| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Penthouse Global Media, Inc

2. **All other names debtor used in the last 8 years**  Penthouse Global Media, Inc
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  4 7 - 2 6 0 1 3 3 5

4. **Debtor's address**

   **Principal place of business**
   8944 Mason Avenue
   Number   Street

   Chatsworth   CA   91311
   City   State   ZIP Code

   United States of America
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**  WWW.Penthouseglobalmedia.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Penthouse Global Media, Inc                                    Case number (if known)_____
         Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

    __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
              District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                                         MM / DD / YYYY
              Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor  **Penthouse Global Media, Inc**      Case number (if known) _____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? **8944 Mason Avenue**
                       Number    Street

**Chatsworth**              **CA**     **91311**
City                        State     ZIP Code

Is the property insured?

☐ No

☑ Yes. Insurance agency **Bolton & Company, Commerce Property Insurance**

Contact name **Brian Metcalfe**

Phone **877-705-1443**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  <u>Penthouse Global Media, Inc</u>    Case number (if known) _____
       Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>01/11/2018</u>
           MM / DD / YYYY

X _/s/ Kelly Holland_    Kelly Holland
Signature of authorized representative of debtor    Printed name

Title  <u>CEO</u>

### 18. Signature of attorney

X _/s/ Michael Weiss_    Date  <u>1/11/18</u>
Signature of attorney for debtor    MM / DD / YYYY

Michael H. Weiss
Printed name

Weiss & Spees, LLP
Firm name

1925 Century Park East, Suite 650
Number    Street

Los Angeles    CA    90067-2701
City    State    ZIP Code

Michael Weiss    mw@weissandspees.com
Contact phone    Email address

107481    CA
Bar number    State

## UNANIMOUS WRITTEN CONSENT

## OF THE BOARD OF DIRECTORS OF

## PENTHOUSE GLOBAL MEDIA, INC., A DELAWARE CORPORATION

Pursuant the Delaware Corporations Code, the undersigned, being all of the directors of PENTHOUSE GLOBAL MEDIA, INC., A Delaware Corporation (the "Corporation"), do hereby dispense with the formality of a meeting and by written consent adopt the following resolutions:

**RESOLVED,** that Kelly Holland, the President, is authorized to cause the Corporation to file for Bankruptcy under Chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED,** that the President of the Corporation be, and hereby is, authorized and directed to take or to cause to be taken all such further actions and to execute, deliver, file and record for and in the name of and on behalf of the Corporation any and all agreements, certificates, documents, applications and other instruments determined by such officer to be necessary or desirable to carry out the intent and purposes of the foregoing resolution;

Dated: January 11, 2018

_____
KELLY HOLLAND

_____
ROBERT CAMPBELL

## UNANIMOUS WRITTEN CONSENT

## OF THE BOARD OF DIRECTORS OF

## PENTHOUSE GLOBAL MEDIA, INC., A DELAWARE CORPORATION

Pursuant the Delaware Corporations Code, the undersigned, being all of the directors of PENTHOUSE GLOBAL MEDIA, INC., A Delaware Corporation (the "Corporation"), do hereby dispense with the formality of a meeting and by written consent adopt the following resolutions:

**RESOLVED,** that Kelly Holland, the President, is authorized to cause the Corporation to file for Bankruptcy under Chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED,** that the President of the Corporation be, and hereby is, authorized and directed to take or to cause to be taken all such further actions and to execute, deliver, file and record for and in the name of and on behalf of the Corporation any and all agreements, certificates, documents, applications and other instruments determined by such officer to be necessary or desirable to carry out the intent and purposes of the foregoing resolution;

Dated: January 11, 2018

_____
KELLY HOLLAND

*(signed)* Robert W. Campbell
_____
ROBERT CAMPBELL