1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEISS & SPEES LLP
Michael H. Weiss (SBN 107481)
mw@weissandspees.com
Laura J. Meltzer (SBN 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-217-4160

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

PENTHOUSE GLOBAL MEDIA, INC.,

      Debtor

Case No.

Ch. 11

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

Dated: January 11, 2018

WEISS & SPEES, LLP
By: /s/ *Michael H. Weiss*
      [Proposed] Attorneys for Debtor
      and Debtor in Possession

**Penthouse Global Media, Inc.**
# Top 20 Creditors
**As of January 11, 2018**

| Greenberg Traurig, LLP | 198,776.58 | | 1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 |
|---|---|---|---|
| Bayard, P. A. | 121,352.53 | | 222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| TGG Accounting | 68,879.15 | | 10188 Telesis Court, Suite 130<br>San Diego, CA 92121 |
| Hogan Lovells US, LLP | 57,962.01 | | 1999 Avenue Of The Stars, Suite 1400<br>Los Angeles, CA 90067 |
| Squar Milner LLP | 52,926.00 | | 4100 Newport Place, Suite 600<br>Newport Beach, CA 92660 |
| Miller Law Group | 46,745.99 | | 111 Sutter Street, Suite 700<br>San Francisco, CA 94104 |
| Sedgwick, LLP | 45,674.83 | | 2301 McGee Street, Suite 500<br>Kansas Ciy, MO 64108-2662 |
| Allen, Dyer, Dopplet, Milbrath & Gilchris | 39,829.08 | | 255 South Orange Ave., Suite 1401<br>Orlando, FL 32801 |
| Bressler Law PLLC IOLTA  Account | 32,083.41 | | 3 West 35th Street, 9th Floor<br>New York, NY  10001 |
| Premium Assignment Corporation/ Marsh USA | 28,727.72 | | P.O. Box 8000<br>Tallahassee, FL 32314-8000 |
| California Choice Benefit Administrators | 25,338.65 | | 721 South Parker, Suite 200<br>Orange, CA 92868 |
| Tom Fox | 20,586.50 | | P.O. Box 2402<br>Santa Cruz, CA 95063 |
| Total Records Information Management LLC | 20,225.17 | | 371 Starke Road<br>Carlstadt, NJ 07072 |
| Iron Mountain | 15,023.06 | | 1000 Campus Drive<br>Collegeville, PA 19426 |
| Akerman LLP | 15,000.00 | | 601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071 |
| GRM Information Management Services, Inc. | 12,604.54 | | P.O. Box 35539<br>Newark, NJ 07193-5539 |
| C.Hocquel Inc. | 10,500.00 | | 8310 Jayseel Street<br>Sunland, CA 91040 |
| Allgemeines Treuunternehmen (ATU) | 9,882.80 | | Aeulestrasse 5 P.O. Box 83<br>9490 Vaduz<br>Furstentum, Liechtenstein |
| DSS Consulting Corporation | 8,225.00 | | 638 Lindero Canyon Road, Suite 117<br>Oak Park, CA 91377 |
| Nextgen Reporting | 6,540.94 | | 999 Old Eagle School, Suite 118<br>Wayne, PA 19087 |

**Penthouse Global Media, Inc.**
# Top 20 Creditors
### As of January 11, 2018

| | | | |
|---|---|---|---|
| TOTAL | 836,883.96 | | |