WEISS & SPEES LLP
Michael H. Weiss (SBN 107481)
mw@weissandspees.com
Laura J. Meltzer (SBN 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-217-4160

[Proposed] Attorneys for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor

Case No. 1:18-bk-10098-MB

Ch. 11

**MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR JOINT ADMINISTRATION PURSUANT TO FED.R.BANK.P. 1015 AND LBR 9013-1(q); DECLARATION OF CATHERINE BRANDT**

[No Hearing Required]

[Order Approving Joint Administration Lodged Concurrently]

Penthouse Global Media, Inc., Debtor and Debtor in Possession ("PGMI") hereby moves for entry of an order for joint administration pursuant to Fed.R.Bank.P. 1015 and Local Bankruptcy Rule 9013-1(q).

1. Debtor filed its Petition for Relief under Chapter 11 on January 11, 2018.

2. The following Petitions for Relief under Chapter 11 were filed on January 11, 2018:

| DEBTOR | Case No. |
| --- | --- |
| Penthouse Global Broadcasting, Inc. | 1:18-10099 |
| Penthouse Global Licensing, Inc. | 1:18-10101 |
| Penthouse Global Digital, Inc. | 1:18-10102 |
| Penthouse Global Publishing, Inc. | 1:18-10103 |

s:\penthouse\penthouse global media, inc [parent]\motion for joint administration v. 2 1.12.18.docx

| | |
|---|---|
| Gmi Online Ventures, Ltd., a New York corporation | 1:18-10104 |
| Penthouse Digital Media Productions, Inc., a New York corporation | 1:18-10105 |
| Tan Door Media, Inc., a California corporation | 1:18-10106 |
| Penthouse Images Acquisitions, Ltd. | 1:18-10107 |
| Pure Entertainment Telecommunications, Inc. (Fka For Your Ears Only, Ltd.), a New York corporation | 1:18-10108 |
| XVHUB Group, Inc. (fka Giant Swallowtail Inc., a Delaware corporation | 1:18-10109 |
| General Media Communications, Inc. | 1:18-10110 |
| General Media Entertainment, Inc. (Fka Penthouse Video, Inc.) | 1:18-10111 |
| Danni Ashe, Inc., A California Corporation | 1:18-10112 |
| Streamray Studios, Inc., a California corporation | 1:18-10113 |

3.  All of the cases have been assigned to the Hon. Martin Barash.

4.  PGMI is the parent company of each of the above debtors and debtors in possession listed in paragraph 2. Brandt Declaration, ¶ 2.

5.  There are blanket liens from lenders that encumber all of the Debtors in these cases. Brandt Decl., ¶ 3.

6.  Joint administration of the cases is warranted, will ease the administrative burden for the court and the parties, and will protect creditors of the different estates against potential conflicts of interest because of the blanket liens. Brandt Decl., ¶ 4.

WHEREFORE, PGMI requests entry of an order approving joint administration with the cases listed in paragraph 2 above.

Dated: January 12, 2018

WEISS & SPEES, LLP
By: /s/*Michael H. Weiss*
[Proposed] Attorneys for Debtor and Debtor in Possession

## DECLARATION OF CATHERINE BRANDT

I, CATHERINE BRANDT declare:

1. I am the Chief Operating Officer of Debtor, Penthouse Global Media, Inc. ("PGMI"). I have personal knowledge of the facts set forth herein and would competently testify thereto.

2. PGMI is the parent company of each of the above debtors and debtors in possession listed in paragraph 2 of the Motion.

3. There are blanket liens from lenders that encumber all of the Debtors in these cases.

4. Joint administration of the cases is warranted, will ease the administrative burden for the court and the parties, and will protect creditors of the different estates against potential conflicts of interest because of the blanket liens.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and that this declaration was executed on this 12th day of January 2018 at Chatsworth, California.

_____
Catherine Brandt

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1925 Century Park East, Suite 650, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR JOINT ADMINISTRATION PURSUANT TO FED.R.BANK.P. 1015 AND LBR 9013-1(q); DECLARATION OF CATHERINE BRANDT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) January 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Krikor J Meshefejian    kjm@lnbrb.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 15, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

U.S. Mail: Hon. Martin R. Barash, U.S. Bankruptcy Judge, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/15/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**