FILED & ENTERED

OCT 05 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Layfield & Barrett, APC,<br><br>Debtor(s) | Case No.:   2:17-bk-19548-NB<br>Chapter:   11<br>Adv. No.:   2:18-ap-01050-NB<br><br>**ORDER SETTING A HEARING ON MOTION TO SET ASIDE DEFAULT**<br><br>Hearing Date:<br>Date:   October 24, 2018<br>Hour:   10:00 a.m.<br>Place: Courtroom 1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On October 4, 2018, Philip J. Layfield ("Mr. Layfield") filed his "Motion To Set Aside Default" (adv. dkt. 27, the "Motion to Set Aside Default"). This Court will hold only a <u>preliminary</u> hearing on the motion, at the time and place set forth above, because of various deficiencies in the Motion to Set Aside Default that appear to preclude any <u>full</u> hearing on the merits, as set forth below.

First, Mr. Layfield's Motion to Set Aside Default was not timely filed and served. Per LBR 9013-1(d)(2)[1], the notice of motion and motion must be filed and served no

---

[1] Unless the context suggests otherwise, a "chapter" or "section" ("§") refers to the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), a "Rule" means the Federal Rules of Bankruptcy

-1-

later than 21 days before the hearing date designated, plus three days for service by mail. October 3, 2018 was 21 days before the hearing. The Motion to Set Aside Default was not filed and served until October 4, 2018.

Second, Mr. Layfield purported to self-calendar the Motion to Set Aside Default. The posted procedures for self-calendaring before the undersigned bankruptcy judge, available at www.cacb.uscourts.gov, provide that self-calendaring is only available on specified days, and is not available if the matter will exceed 15 minutes. The selected date was not one of the specified days, and as this matter can be expected to take at least 15 minutes, it may not be self-calendared.

Third, the proof of service of the motion (adv. dkt. 27, penultimate page) is signed by Mr. Layfield, and the tentative ruling is that this is insufficient because, as stated in the form itself, the person verifying service cannot be a party to the proceeding, and Mr. Layfield is the moving party.

In sum, the Motion to Set Aside Default appears to be procedurally deficient. The foregoing is not intended as a complete list of the deficiencies in the Motion to Set Aside Default. These issues are enough, however, to call into question whether this Court can and should hear the Motion to Set Aside Default.

This Court previously has cautioned Mr. Layfield that he must comply with the applicable rules and procedures, and that continued failure to do so may result in denial of his requested relief and/or other consequences. Although this Court has considered whether to deny the Motion to Set Aside Default without a hearing, this Court has determined that it might be more productive and efficient for all parties to hold a <u>preliminary</u> hearing, with other parties in interest being invited but not required to file any responses or <u>partial</u> responses, without prejudice to filing additional papers if this Court is persuaded to set a briefing schedule and set a continued hearing.

This Court has specially set a series of hearings on other matters in this case and related case for the time and place set forth in the caption. It appears appropriate to

---

Procedure or other federal or local rule, and other terms have the meanings provided in the Code, Rules, and the parties' filed papers.

set the Motion to Set Aside Default for a preliminary hearing at the same date and time as those matters.

For the foregoing reasons, it is hereby ORDERED as follows:

1. The Motion to Set Aside Default is set for a <u>preliminary</u> hearing at the time and place captioned above.

2. Other parties in interest are invited but <u>not required</u> to file any responses or <u>partial</u> responses no later than **October 15, 2018**, without prejudice to filing additional papers if this Court is persuaded to set a briefing schedule and set a continued hearing on the Motion to Set Aside Default.

3. If any responses are filed, Mr. Layfield may file a reply no later than **October 19, 2018**. Mr. Layfield is directed <u>not</u> to file any other papers related to the Motion to Set Aside Default unless and until this Court sets a schedule for further briefing. If this Court is not so persuaded, this Court may deny the Motion to Set Aside Default without any further hearing.

###

Date: October 5, 2018

Neil W. Bason
United States Bankruptcy Judge