Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678


Cannon Solutions America, Inc
15004 Collections Center Drive
Chicago, IL 60693


AT & T
PO Box 5017
Carol Stream, IL 60197


Adobe Systems, Inc
75 Remittance Drive, Suite 1025
Chicago, IL  60675-1025

Orkin
P O Box 7161
Pasadena CA   91109-7161


Paracorp Inc dba PARASEC
PO Box 160568
Sacramento CA   95816-0568


Benedict Limousine
5700 Etiwanda Ave #237
Tarzana, CA 91356


Kristel Yoneda
251 Orangefair Avenue, Apt# 209
Fullerton, CFA   92832

Gam Inventory Management Service
Newark Post Office
PO Box 35594
Newark, NJ 07193-5594


Takedown Piracy Inc
8045 Retriever Ave
Las Vegas, NV 89147


Mazars LLP
Mazars House Gelderd Road
Gildersome Leeds   LS27 7JN


Alpha Cygni
95 Claxton Ave
Watertown, CT 06795

ADT
P O Box 371878
Pitsburg, PA 15250-7878


Safe Keeping Records
8826 Megan Avenue
West Hills, CA   91304


Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg


Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA   90007

David Feldman Worldwide, Inc
PO Box 823473
Philadelphia, PA 19182-3461


Network Domain Services N V
Schottegatweg Oost 44
P.O. Box 812 Willemstad Curacao


Office Depot
PO Box 70025
Los Angeles, CA 90074-0025


Terrence A. Lucero CPA
17609 Ventura Blvd, # 215B
Encino, CA  91316


Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA  19087


DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377


Allgemeines Treuunternehmen Aeules
Aeulestrasse 5 - PO Box 83
Furstentum Liechtenstein


GRM Information Management Services
PO Box 35539
Newark, NJ 07193-5539

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071


Iron Mountain
1000 Campus Drive
Collegeville, PA  19426


C Hocquel Inc
8310 Jayseel St
Sunland, CA 91040


Total Records Info Management LLC
371 Starke Road
Carlstadt, NJ  07072


Tom Fox
PO Box 2402
Santa Cruz CA  95063


California Choice Benefit Admin
721 South Parker, Suite 200
Orange, CA  92868


Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000


Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave Suite 1401
Orlando, FL 32801


Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662


Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104


Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660


Hogan Lovells US, LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067


TGG Accounting
10188 Telesis Court Suite 130
San Diego, CA 92121


Bayard, P A
222 Delaware Ave. Suite 900
P.O. Box 25130 Wilmington, DE 19899


Greenberg Traurig, LLP
1840 Century Park East Suite 1900
Los Angeles, CA 90067

Dennemeyer & Associates
55 rue des Bruyeres
L-1274 Howald, Luxembourg


Corsearch
P O Box 4349
Carol Stream, IL 60197-4349


Law Offices of Max J Sprecher
5850 Canoga Ave 4th Floor
Woodland Hills, CA 91367


Pryor Cashman LLP
7 Times Square
New York, NY  10036


Vincenza Vignetti
Via Tevere 13
Asti AT 14100 Italy


Radisav Antic
Knjaza Milosa 11/7
Pirot Serbia 18300 Serbia


Thomas Pell
1092 Hwy 11W
Bean Station,TN  37708


John Kelly
255 S Rengstorff Ave, Apt 132
Mountain View, CA  94040

Steven Moser
601 Stevens St,
SW Watertown, MN  55388


Jerrod Olson
8944 Mason Ave
Chatsworth, CA 91311


Marcella Monteleone
P O Box 816
Bloomington, IL 60108


EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada


Arash Dadashzadeh
P.O. Box 158
Dana Point, CA  92629


SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127


David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada


Hollywood Vaults Inc
742 Seward Street
Hollywood, CA  90038

Christine Pevarnik
2863 Brookside Drive
Mobile, AL  36693


Cyber Pro Hosting
P O Box 26203
Milwaukee, WI  53226


Corporation Service Company
P O Box 13397
Philadelphia, PA 19101-3397


NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808 USA


Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA  91303


WebDotCalm
237 Town Center West, #267
Santa Maria, CA  93458


Ninja Partners, Inc
1621 E. 6th Street, Suite 1130
Austin, TX  78702


Mojo Host
30300 Telegraph Road, Ste 300
Bingham Farms, MI 48025

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007


Mark Wood
400 W 45th Street # 4F
New York, NY 100369


Camille Todaro
6304 Windcrest Dr #534
Plano, TX 75024


Jeanette Beebe Poet & Journalist, LLC
1336 River Road
Titusville, NJ  08560


OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311


Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650


Denean Gable
1991 Pershing Ave Unit A
Pahrump NV 89048


Kristin Stec
86-20 Park Lane South Unit 4B
Woodhaven, NY 11421

10 Homersham Road Kingston
Upon Thames Surrey,
KT1 3PN United Kingdom


Jennifer Nordbak
835 Locust Ave, Unit 518
Long Beach, CA  90813


Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217


John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403


Keith Harary
PO Box 87025
Vancouver, WA 98687


Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201


Megan Wood
5460 White Oak Ave #A306
Encino, CA 91316


Midwest Lists And Media
9301 Milwaukee Avenue
Niles, IL  60714

Christina Williams
4024 Frye Terrace
Colonial Heights, VA  23834


Steven Austin Barber
301 Harvard Drive
Arcadia, CA  91007


Eric Del Carlo
217 D Street, #310
Eureka, CA  95501


Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122


Ricardo C Ferrise
940 N Stanley Avenue, #8
West Hollywood, CA  90046


Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA  91325


Brad Hodges
2989 Juniper Hills Blvd Apt 104
Las Vegas, NV 89142


Candace Behrle
22647 Ventura Blvd # 209
Woodland Hills, CA 91364

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096


Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210


David Carnie
1408 Stanford Drive
Glendale CA  91205


Thomas O' Brien
200 N San Fernando Rd Loft 304
Los Angeles, CA 90031


Alison Seay
2929 Hiss Avenue
Baltimore, MD  21234


Sahar Yakhi
7037 Alabama Ave, #204
Canoga Park, CA  91303


So Cal Licensing
3430 Precision Drive
North Las Vegas, NV  89032


Alexis Calucag
13330 Huston Street,  Apt "B"
Sherman Oaks, CA  91423

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY   11369


Disgraceful Inc
24303 Woolsey Cyn Rd Spc 31
West Hills, CA 91304


Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403


Zachary Lipez
310 Greenwich St Apt 33E
New York, NY 11206


Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5


Drew Millard
115 West Woodridge Drive
Durham, NC 27707


Thomas Morton
288 Graham Ave, # 1
Brooklyn, NY   11211


Pretty Things Press
P O Box 55
Point Reyes Station, CA   94956

Matt Gallagher
112 Withers Street, Apt 2
Brooklyn, NY 11211 US


Phillip J Hanrahan Jr
6031 N Lake Drive
Whitefish Bay, WI 53217


Todd Francis
4328 Grand View Blvd
Los Angeles, CA 90066


V&M Design
13226 Azores Ave
Sylmar, CA 91342


Willett Associates
PO Box 380414
Birmingham AL   35238


Getty Images
PO Box 953604
St Louis, MO 63195-3604


PR Newswire Association LLC G
P O Box 5897,
New York, NY 10087-5897


Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ   07054

Edgewood Paper
115A Floral Vale Blvd
Yardley, PA  19067-5529


Zinio, LLC
75 Remittance Dr, Dept 6825
Chicago IL  60675-6825


Barbara F Pizio
2342 82nd Street, Apt 3
Brooklyn, NY  11214


Palm Coast Data LLC
Attn Finance Dept 11
Commerce Blvd Palm Coast, FL 32164


DVD Factory
7230 Coldwater Canyon
North Hollywood, CA 91605

Creel, LLC
6330 West Sunset Rd
Las Vegas NV 89118

Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311


EXWORKS Capital Funds I LP
333 W Wacker Drive Suite 1620
Chicago, IL 60606

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA  91311


Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX  78249


Disgraceful Inc
Meghan Slaninko
24303 Woolsey Canyon Road Space #31
West Hills, CA  91304


Jessica Hyatt
4210 Sarah Street  Apt #42
Burbank, CA  91505


Jolie K. Henderson
450 79th Street Apt #1
Miami Beach, FL  33141


Madilyn Bishop
6301 Glade Avenue # K320
Woodland Hills, CA  91367


Savana Maisah Johnson
6419 10th Avenue #23
Los Angeles, CA  90043


Spieglergirls.com
Mark Spiegler
22121 Clarendon St. Unit 454
Woodland Hills, CA 91365

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA  91316


Yehuda Shahar
PR Consulting PO Box 708
Tzur Moshe 42810, Israel


Adult Talent Managers
22020 Clarendon St Suite 300
Woodland Hills, CA  91367


Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA  91352

Murat Saygi Ebulula Mardin
Cad Caglayan Sitesi B
Blok N 12 D 4 34335
Akatlar- Besiktas STANBUL Turkey


Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA  90020


Arkena Inc
125 S Barrington Place
Los Angeles, CA 90049


Laura Arielle Willette
926 N Normandie Ave Apt #10
Los Angeles, CA  90029

AJ Park IP Pty Ltd
Level 14
St James Centre
111 Elizabeth Street
Sydney, NSW 2000


Aspen Setaro
360 S Market St #2004
San Jose, CA 95113


Verizon Business
13031 West Jefferson Blvd
Building 900
Los Angeles, CA  90094


Debbie Cherry
10831 Roycroft Street #77
Sun Valley, CA  91352


Nathanael Kalfa Consulting
16 Broadfields Avenue
Edgware Middlesex HA8 8PF
London, ENGLAND


RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367


Bizarre Video
21621 Nordhoff Street Suite B
Chatsworth, CA  91311


Emily Palan
2412 Delancey Place
Philadelphia, PA  19103

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd #207
Chatsworth, CA   91311

Hotel Majestic
10 La Croisette BP 163
06407 Cannes Cedex, France

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041

Digital Media Consultants, LLC
21781 Ventura Blvd Suite 644
Woodland Hills, CA   91364

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA   91311

Ogun Consulting
Sprl Chaussee de Gand 443
1080 Brussels Belgium

SESAC
35 Music Sq E
Nashville, TN 37203


FedEx
PO Box 7221
Pasadena, CA   91109-7321


Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd #308
Los Angeles, CA 90046


Revideo Inc dba Art Attack Productions
10945 Old Santa Susana Pass
Chatsworth, CA   91311


PriorityWorkforce
2170 S Towne Center Pl #350
Anaheim CA   92806


Phe Inc
302 Meadowland Drive
Hillsborough, NC   27278


Interactive Media
AG Einsiedlerstrasse 23 CH 8834
Schindellegi SZ Switzerland


DREAM MEDIA Corporation
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3


Basmedia B V Pluggematen
2 8331TV Steenwijk
The Netherlands


M7 GROUP
L-1246 2 rue Albert Borschette
Luxembourg