1  WEISS & SPEES LLP
   Michael H. Weiss (SBN 107481)
2  mw@weissandspees.com
   Laura J. Meltzer (SBN 151889)
3  1925 Century Park East, Suite 650
   Los Angeles, California 90067
4  Telephone: 424-245-3100
   Facsimile: 424-217-4160
5
6  [Proposed] Attorneys for Debtors and Debtors
   in Possession
7
                **UNITED STATES BANKRUPTCY COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**
                **SAN FERNANDO VALLEY DIVISION**
9

| | |
|---|---|
| 10  In re:  Penthouse Global Media, Inc., | Lead Case No.  1:18-bk-10098-MB<br>Chapter 11 |
| 11                          Debtor | Jointly Administered With: |
| 12  In re: | Case No. 1:18-bk-10099-MB |
|   Penthouse Global Broadcasting, Inc. | Case No. 1:18-bk-10101-MB |
| 13  Penthouse Global Licensing, Inc. | Case No. 1:18-bk-10102-MB |
|   Penthouse Global Digital, Inc. | Case No. 1:18-bk-10103-MB |
| 14  Penthouse Global Publishing, Inc. | Case No. 1:18-bk-10104-MB |
| 15  GMI Online Ventures, Ltd. | Case No. 1:18-bk-10105-MB |
|   Penthouse Digital Media Productions, Inc. | Case No. 1:18-bk-10106-MB |
| 16  Tan Door Media, Inc. | Case No. 1:18-bk-10107-MB |
|   Penthouse Images Acquisitions, Ltd. | Case No. 1:18-bk-10108-MB |
| 17  Pure Entertainment Telecommunications, Inc. | Case No. 1:18-bk-10109-MB |
| 18  XVHUB Group, Inc. | Case No. 1:18-bk-10110-MB |
|   General Media Communications, Inc. | Case No. 1:18-bk-10111-MB |
| 19  General Media Entertainment, Inc. | Case No. 1:18-bk-10112-MB |
|   Danni Ashe, Inc. | Case No. 1:18-bk-10113-MB |
| 20  Streamray Studios, Inc. | |
| 21                          Debtors | **MOTION FOR AUTHORITY TO PAY**<br>**ACCRUED BUT UNPAID PRE-** |
| 22  □ Affects All Debtors | **PETITION PAYROLL UNDER LBR**<br>**2081-1(a)(6); MEMORANDUM OF** |
|   X Affects: Penthouse Global Media, Inc. | **POINTS AND AUTHORITIES;** |
| 23  X Affects: Penthouse Global Broadcasting, Inc. | **DECLARATION OF KEITH** |
|   X Affects: Penthouse Global Digital, Inc. | **WHITWORTH; EXHIBIT** |
| 24  X Affects: Penthouse Global Publishing, Inc. | |
| 25  □ See attached for additional Debtors | |
|                          Debtor(s) | **[No Hearing Set]** |
| 26 | |

27

28

The above Debtors and Debtors in Possession (collectively, "Debtors") hereby move this court pursuant to Local Bankruptcy Rule 2081-1(a)(6)(the "Motion") for an order approving payment of accrued but unpaid pre-petition payroll (salaries, expenses, and benefits) for the period January 7-11, 2018 in amount not to exceed $12,850.00 per person.

The Court should enter an order on the Motion sooner than 21 days after the filing date of the Petitions because the requested relief is necessary to avoid immediate and irreparable harm to Debtors' ability to maintain the operation of their businesses. The continued functioning of the businesses is necessary to Debtors' efforts to reorganize and is vital to obtaining and maintaining Debtor in possession financing. Whitworth Decl. ¶ 9.

In support of this Motion, Debtors respectfully represent:

1.      Debtors filed their voluntary petitions under Chapter 11 of the United States Bankruptcy code on January 11, 2018.

2.      The Debtors remain as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner, and no official committee has been appointed in the Chapter 11 Case.

3.      A description of the Debtors' background and the events leading to these bankruptcy filings are set forth in the Declaration of Kelly Holland, Chief Executive Officer of Penthouse Global media, Inc. filed concurrently herewith.

4.      On January 16, 2018, the Court entered an order granting the Motion on January 16, 2018 [Dkt. No. 17] designating the case *In re Penthouse Global Media, Inc.*, Case No. 1:18-bk-10098 as the "Lead Case."

**JURISDICTION AND VENUE**

5.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 105(a), 503(a) and 507(a)(4) of the United States Bankruptcy Code ("Section 503" and "Section 507").

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

- 2 -

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

**REQUEST FOR RELIEF**:

7.      By this Motion, Debtors request an order authorizing them to pay pre-petition payroll (salaries, expenses, and benefits) for the period January 7-11, 2018 that accrued but was not paid, not to exceed $12,850 per person.

8.      Penthouse is a leading brand in the Adult Entertainment business. Debtors employ persons who work in a variety of administrative, production and professional capacities. Whitworth Decl., ¶ 3.

9.      Debtors rely on their employees and independent contractors to create and provide the products and services for which Debtors have been or will be paid. Id.

10.     The general job categories of employees include, for example, Administration, Editors and Creative. As of the Petition Date, Penthouse Global Media, Inc. employed 33 people. The payroll periods run bi-weekly. Checks or direct deposits are issued on Friday -- six days after the close of payroll for that payroll period. The salaried employees are paid 1/26th of their annualized salary. For hourly employees, their hours are tracked by a time and attendance, where they clock in and out at the beginning and end of their shifts and for meal periods. Supervisors approve their time over the course of the pay period. Whitworth Decl., ¶ 4.

11.     The Payroll Journal (Exhibit "1") describes the accrued pay (salaries, expenses, and benefits) for the Debtors' employees for the period January 7-11, 2018. Paychex Software prepared the journal. The titles of the employees are described on Exhibit "2". Payroll is deposited or checks are issued the following Friday ending the pay period. There are typically six days to each pay period that end on Saturdays. Whitworth Decl., ¶ 5.

12.     Three film editors were—until today-- employed on a contract basis between Penthouse Global Broadcasting, Inc. and Priority Workforce. They are: Guy Deprisco – Editor; Marcos Quintanilla, Sr. – Editor; and Mark Wenzel - Quality Control/Editor. Payroll for these individuals is not reflected on the Payroll Journal, Exhibit "1." These individuals have been let go by Priority Workforce today. Debtor has hired them. The amount to be paid to these employees is reflected on the invoice on Exhibit "3." The invoice was generated as follows:

- 3 -

Debtors' Payroll Department submits the paper timesheets to Priority for these individuals for any hours they have worked.  Priority pays them on the following Friday of the last day worked.  Thereafter, Priority invoices Penthouse Global Media, Inc. for the payments made to these contract workers.  Whitworth Decl., ¶ 6.  Priority does not control their work, set or negotiate their wages, assign or supervise their work, determine their hours or conditions of employment, and their work schedule.  Id.  Given these conditions of their employments these editors are nevertheless Penthouse's employees under California law despite their previous payment through Priority.  *Futrell v. Payday Cal., Inc.*, 190 Cal. App. 4th 1419, 1426 (2010); Whitworth Decl. ¶ 6.

13.     The outstanding accrued payroll (including salaries, expenses and benefits) for that period for Debtors is:

| | |
|---|---|
| Penthouse Global Media, Inc. | $ 5,201.58 |
| Penthouse Global Broadcasting, Inc. | 12,130.56 |
| Penthouse Global Digital, Inc. | 3,218.78 |
| Penthouse Global Publishing, Inc. | 4,996.53 |
| Priority Workforce editors | 6,339.92 |
| TOTAL | $31,887.37 |

Whitworth Decl., ¶ 7.

14.     Local Bankruptcy Rule 2081-1(a)(6) provides that motions to pay prepetition payroll and to honor prepetition employment procedures must be supported by evidence that establishes the following:  (A) The employees are still employed; (B) The necessity for payment; (C) The benefit of the procedures; (D) The prospect of reorganization; (E) Whether the employees are insiders; (F) Whether the employees' claims are within the limits established by 11 U.S.C. §507; and that (G) The payment will not render the estate administratively insolvent.

15.     All of the employees which are the subject of this motion meet all of the requirements of Rule 2081-1(a)(6):

a.   The employees set forth on Exhibit "1" are still employed.  Whitworth Decl., ¶ 8.

b.   It is necessary to pay their accrued pre-petition wages.  If not paid, their pre-petition wages, they have little to no incentive to remain in Debtors' employ

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

- 4 -

and will likely leave for other employment that provides certain payment for their services.  It may be difficult to replace experienced skilled employees in light of the bankruptcy and may require increasing the hourly rate to attract the workers with the necessary skills and experience. Id. at 9.

c.  The procedures in place described in paragraph 11, above, are consistent with accepted and regular business practices and have been in place since Debtors' commenced their operations.  Whitworth Decl. ¶ 10;

d.  Debtors believe that DIP financing will be obtained and approved and are optimistic that they will successfully reorganize because the bankruptcy was the result of an unusual circumstance.  The bankruptcy filings were precipitated by the losses from the substantial fraud and embezzlement by Debtors' former CFO, Donald Slughter.  As a result of the fraud and embezzlement, Debtors' lender filed for receivership proceedings, which precipitated the bankruptcy petitions.  Debtors currently have 30 employees and gross annual revenue of $10,000,000 and believe that the prospect of a successful reorganization is very strong.  Holland Decl. ¶¶ 6, 10, 11.

e.  None of the employees to be paid hereunder are Insiders.  Whitworth Decl. ¶ 11.

f.  Each of the proposed payment to each employee is for less than $12,850.00 the limit set forth in section 507.

g.  In light of the anticipated DIP financing, payment of the pre-petition wage claims will not render the estates administratively insolvent.  See Exhibit "1" to the accompanying Declaration of Catherine Brandt, ¶ 3 which shows that if the DIP financing is received, then these estates are not administratively insolvent.

17.    Claims for employee wages and benefits must be paid in a chapter 11 reorganization. *In re Escalera Res. Co.*, 2015 Bankr. LEXIS 4003, *8 (Bank. D. CO 2015).

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

There can be little doubt that employees are the lifeblood of any operating business. Thus, "actions to stabilize a debtor's relationships with its employees are critical to one of the principal goals of the Chapter 11 process: to preserve going-concern value." *In re Tusa-Expo Holdings, Inc.*, 2008 Bankr. LEXIS 2852, 2008 WL 4857954 *2 (Bankr. N.D. Tex. 2008). In many cases, preservation of going-concern value and ensuring the possibility of reorganization requires the timely payment of employee wages and benefits, including prepetition claims. Sections 1106-1108 of the Bankruptcy Code provide a statutory connection from mere Section 507 priority to potential early payment of employee wage and benefit claims in appropriate circumstances to realize a reorganization.

Id., 2015 Bankr. LEXIS 4003, *9-10 (citations omitted).

**CONCLUSION**

WHEREFORE, Debtors request entry of an order approving payment of pre-petition payroll (salaries, expenses, and benefits) that accrued but was not paid for the period January 7-11, 2018 in the amount requested herein as set forth on Exhibit "1."

Dated: January 23, 2018

WEISS & SPEES, LLP
By: /s/*Michael H. Weiss*
[Proposed] Attorneys for Debtor
and Debtor in Possession

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

## DECLARATION OF KEITH WHITWORTH

I, KEITH WHITWORTH, declare as follows:

1.      I am the Chief Financial Officer of Penthouse Global Media, Inc. I have personal knowledge of the facts set forth herein and would competently testify to them.

2.      In that capacity, my responsibilities include overseeing the Payroll Department which is responsible for monitoring payroll hours and salaries for employees, ensuring all deductions, court orders, tax levy's, etc. are implemented and recorded accurately in making payroll.  Payroll is prepared using Paychex Software.

3.      Penthouse is a leading brand in the Adult Entertainment business.  Debtors employ persons who work in a variety of skilled administrative, production and professional capacities. Debtors rely on their employees and independent contractors to create and provide the products and services for which Debtors have been or will be paid.

4.      The general job categories of employees include, for example, Administration, Editors and Creative.  There were 33 people employed by Penthouse Global Media, Inc. as of the Petition date.  The payroll periods run bi-weekly, and the checks or direct deposits are issued on Friday's 6 days after the close of payroll for that payroll period.  The salaried employees are paid 1/26th of their annualized salary. For hourly employees, their hours are tracked by Time & Attendance software, where they are required to clock in and out at the beginning and end of their shifts and for meal periods. Supervisors approve their time over the course of the pay period.

5.      The Payroll Journal attached as Exhibit "1" accurately describes the accrued pay (salaries, expenses, and benefits) for the Debtors' employees for the period January 7-11, 2018.  It was prepared by the Payroll Department using Paychex Software.  The titles of the employees are described on Exhibit "2".

6.      Three film editors were—until today-- employed on a contract basis between Penthouse Global Broadcasting, Inc. and Priority Workforce.  They are: Guy Deprisco – Editor; Marcos Quintanilla, Sr. – Editor; and Mark Wenzel - Quality Control/Editor.  Payroll for these individuals is not reflected on the Payroll Journal, Exhibit "1."  These individuals have been let go by Priority Workforce today.  Debtor has hired them.  The amount to be paid to these

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

employees is reflected on the invoice on Exhibit "3." The invoice was generated as follows: Debtors' Payroll Department submits the paper timesheets to Priority for these individuals for any hours they have worked. Priority pays them on the following Friday of the last day worked. Thereafter, Priority invoices Penthouse Global Media, Inc. for the payments made to these contract workers. Priority did not control their work, set or negotiate their wages, assign or supervise their work, determine their hours or conditions of employment, and their work schedule. Given these conditions of their employments these editors are nevertheless Penthouse's employees under California law despite their previous payment through Priority.

7.    The outstanding accrued payroll (including salaries, expenses and benefits) for the period January 7-11, 2018 period for the Debtors is:

| | |
|---|---|
| Penthouse Global Media, Inc. | $ 5,201.58 |
| Penthouse Global Broadcasting, Inc. | 12,130.56 |
| Penthouse Global Digital, Inc. | 3,218.78 |
| Penthouse Global Publishing, Inc. | 4,996.53 |
| Priority Workforce editors | 6,339.92 |
| TOTAL | $31,887.37 |

8.    The employees set forth on Exhibit "1" along with the Priority edits are still employed.

9.    It is necessary to pay their accrued pre-petition wages. If they are not paid their pre-petition wages, they have little to no incentive to remain in Debtors' employ and will likely leave for other employment that provides certain payment for their services. It may be difficult to replace experienced skilled employees in light of the bankruptcy and may require increasing the hourly rate to attract the workers with the necessary skills and experience. The continued functioning of the businesses is necessary to Debtors' efforts to reorganize and is vital to obtaining and maintaining Debtor in possession financing.

10.    The procedures in place described above, are consistent with accepted and regular business practices and have been in place since Debtors' commenced their operations in 2016.

11.    None of the employees are Insiders.

WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct and that this declaration was executed on this 23rd day of January 2018 at

Chatsworth, California.

KEITH WHITWORTH

WEISS & SPIES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Tel: (424) 245-3100

# EXHIBIT 1

# PAYROLL JOURNAL

(Prior to Processing)

0083 1505-5075   Penthouse Global Media Inc

**HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS** | **WITHHOLDINGS** | **DEDUCTIONS** | **NET PAY ALLOCATIONS**

---

**\*\*\*\* 1 BROADCASTING**

### Acuna, Geraldo B — 195057

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 21.6500 | 23.97 | 518.95 | |
| Overtime | 32.4750 | 0.15 | 4.87 | |
| Vacation | 21.6500 | 8.00 | 173.20 | |
| EMPLOYEE TOTAL | | 32.12 | 697.02 | |

Withholdings: Social Security 34.20 · Medicare 8.00 · CA Disability 5.52 · Total 47.72
Deductions: TO-PIA DEN EE 14.70 · TO-PIA MED EE 117.84 · TO-PIA VIS EE 12.87 · Total 145.41
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 6076 503.89 · Net Pay 503.89

### Adler, Anthony — 60

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 21.0000 | 24.00 | 504.00 | |
| Overtime | 31.5000 | 0.07 | 2.21 | |
| EMPLOYEE TOTAL | | 24.07 | 506.21 | |

Withholdings: Social Security 26.10 · Medicare 6.11 · CA Disability 4.21 · Total 36.42
Deductions: TO-PIA DEN EE 4.59 · TO-PIA MED EE 76.67 · TO-PIA VIS EE 4.06 · Total 85.32
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 5755 384.47 · Net Pay 384.47

### Castillo, Sandra C — 73

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 17.0000 | 32.00 | 544.00 | |
| Overtime | 25.5000 | 4.48 | 114.24 | |
| EMPLOYEE TOTAL | | 36.48 | 658.24 | |

Withholdings: Social Security 37.92 · Medicare 8.87 · Fed Income Tax 30.97 · CA Income Tax 1.57 · CA Disability 6.12 · Total 85.45
Deductions: ACCADV 14.28 · TO-PIA DEN EE 1.82 · TO-PIA MED EE 30.53 · Total 46.63
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 1440 526.16 · Net Pay 526.16

### Fuentes, Jorge Al... — 62

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 25.0000 | 31.50 | 787.50 | |
| EMPLOYEE TOTAL | | 31.50 | 787.50 | |

Withholdings: Social Security 41.88 · Medicare 9.79 · Fed Income Tax 56.27 · CA Income Tax 7.49 · CA Disability 6.72 · Total 122.15
Deductions: TO-PIA DEN EE 4.59 · TO-PIA MED EE 106.61 · TO-PIA VIS EE 4.06 · Total 115.26
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 8053 550.09 · Net Pay 550.09

### Gilmore, Michael S — 416057

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 21.6300 | 32.00 | 692.16 | |
| EMPLOYEE TOTAL | | 32.00 | 692.16 | |

Withholdings: Social Security 42.92 · Medicare 10.04 · Fed Income Tax 23.06 · CA Income Tax 7.32 · CA Disability 6.92 · Total 90.26
Deductions: (none)
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 9150 601.90 · Net Pay 601.90

### Hudson, Aurora C — 96

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 20.0000 | 22.65 | 453.00 | |
| Overtime | 30.0000 | 0.25 | 7.50 | |
| Sick | 20.0000 | 8.00 | 160.00 | |
| EMPLOYEE TOTAL | | 30.90 | 620.50 | |

Withholdings: Social Security 36.18 · Medicare 8.46 · Fed Income Tax 28.16 · CA Income Tax 0.95 · CA Disability 5.83 · Total 79.58
Deductions: ACCADV 14.28 · AFCCAN 21.14 · TO-PIA DEN EE 1.60 · Total 37.02
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 2129 503.90 · Net Pay 503.90

### Kelley, Albert R — 84

| Description | Rate | Hours | Earnings | Reimb & Other |
|---|---|---|---|---|
| Hourly | 19.6800 | 31.97 | 629.17 | |
| Overtime | 29.5200 | 0.37 | 10.92 | |
| EMPLOYEE TOTAL | | 32.34 | 640.09 | |

Withholdings: Social Security 37.24 · Medicare 8.71 · CA Disability 6.01 · Total 51.96
Deductions: ACCADV 14.28 · TO-PIA DEN EE 1.61 · TO-PIA MED EE 19.44 · TO-PIA VIS EE 4.06 · Total 39.39
Net Pay Allocations: Direct Deposit # Unknown 0.00 · Check Amt 0.00 · Chkg 8179 548.74 · Net Pay 548.74

0083 1505-5075  Penthouse Global Media Inc
Run Date 01/18/18  04:44 PM

Period Start - End Date  01/07/18 - 01/11/18
Check Date  01/19/18

Payroll Journal
Page 1 of 6
PYRJRN

# PAYROLL JOURNAL

**0083 1505-5075** Penthouse Global Media Inc

(Prior to Processing)

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |
| **\*\*\*\* 1 BROADCASTING (cont.)** | | | | | | | | | | |
| Kennedy, Sheila A 91 | Hourly | 25.0000 | 24.00 | 600.00 | | Social Security 37.20<br>Medicare 8.70<br>Fed Income Tax 29.81<br>CA Income Tax 1.32<br>CA Disability 6.00 | | | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 9803 516.97 | |
| | EMPLOYEE TOTAL | | 24.00 | 600.00 | | 83.03 | | | Net Pay 516.97 | |
| Mourad, Jay 195058 | Hourly<br>Overtime | 23.0000<br>34.6200 | 31.85<br>0.27 | 735.10<br>9.35 | | Social Security 32.16<br>Medicare 7.52<br>CA Disability 5.19 | | ACADV 27.90<br>TO-PIA DEN EE 14.70<br>TO-PIA MED EE 170.21<br>TO-PIA VIS EE 12.87 | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 3352 473.90 | |
| | EMPLOYEE TOTAL | | 32.12 | 744.45 | | 44.87 | | 225.68 | Net Pay 473.90 | |
| Prabowo, Juliyadi A 75 | Hourly<br>Overtime | 26.0000<br>39.0000 | 32.00<br>0.43 | 832.00<br>16.77 | | Social Security 47.37<br>Medicare 11.08<br>Fed Income Tax 39.99<br>CA Income Tax 6.61<br>CA Disability 7.64 | | TO-PIA DEN EE 9.18<br>TO-PIA MED EE 67.45<br>TO-PIA VIS EE 7.99 | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 4103 659.46 | |
| | EMPLOYEE TOTAL | | 32.43 | 848.77 | | 104.69 | | 84.62 | Net Pay 659.46 | |
| Price, Ian J 230800 | Hourly<br>Overtime | 23.0000<br>34.5000 | 32.00<br>5.25 | 736.00<br>181.13 | | Social Security 50.47<br>Medicare 11.80<br>CA Disability 8.14 | | ACADV 27.90<br>TO-PIA DEN EE 10.11<br>TO-PIA MED EE 57.02<br>TO-PIA VIS EE 7.99 | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 2961 743.70 | |
| | EMPLOYEE TOTAL | | 37.25 | 917.13 | | 70.41 | | 103.02 | Net Pay 743.70 | |
| Quintanilla, Marc... 90 | Hourly<br>Overtime | 21.0000<br>31.5000 | 32.00<br>2.27 | 672.00<br>71.51 | | Social Security 41.36<br>Medicare 9.67<br>Fed Income Tax 36.52<br>CA Income Tax 2.79<br>CA Disability 6.67 | | ACADV 22.14<br>CRITCL 17.34<br>TO-PIA DEN EE 5.28<br>TO-PIA MED EE 27.59<br>TO-PIA VIS EE 4.06 | Readychex # Unknown<br>Check Amt 570.09 | |
| | EMPLOYEE TOTAL | | 34.27 | 743.51 | | 97.01 | | 76.41 | Net Pay 570.09 | |
| Rosenfeld, Darryl... 81 | Salary | | | 1,230.76 | | Social Security 66.81<br>Medicare 15.62<br>CA Disability 10.78 | | TO-PIA DEN EE 4.58<br>TO-PIA MED EE 140.53<br>TO-PIA VIS EE 7.99 | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 4322 984.45 | |
| | EMPLOYEE TOTAL | | | 1,230.76 | | 93.21 | | 153.10 | Net Pay 984.45 | |
| Sanchez, Andres I 195060 | Hourly<br>Sick | 22.0000<br>22.0000 | 32.00<br>8.00 | 704.00<br>176.00 | | Social Security 52.50<br>Medicare 12.27<br>Fed Income Tax 58.04<br>CA Income Tax 6.74<br>CA Disability 8.47 | | TO-PIA DEN EE 4.59<br>TO-PIA MED EE 24.66<br>TO-PIA VIS EE 4.06 | Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 0701 708.67 | |
| | EMPLOYEE TOTAL | | 40.00 | 880.00 | | 138.02 | | 33.31 | Net Pay 708.67 | |

Period Start - End Date  01/07/18 - 01/11/18
Check Date  01/19/18

# PAYROLL JOURNAL

(Prior to Processing)

**0083 1505-5075** Penthouse Global Media Inc

| EMPLOYEE NAME / ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 1 BROADCASTING (cont.)<br>St Cyr, Mandie L<br>195055 | Salary | | | 786/14 | | Social Security 35/21<br>Medicare 8/23<br>Fed Income Tax 43/74<br>CA Income Tax 5/43<br>CA Disability 5/68 | ACCADV 22/14<br>AFFCAN 23/86<br>CRITCL 20/22<br>HOSADV 35/76<br>STD 10/08<br>TO-PIA DEN EE 10/11<br>TO-PIA MED EE 98/21<br>TO-PIA VIS EE 7/99 | 459/46<br>Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 6980 459/46 |
| | EMPLOYEE TOTAL | | | 786/14 | | 98/29 | 228/39 | Net Pay 228/39 / 459/46 |
| Villa, Richard A<br>68 | Hourly<br>Overtime | 24/0000<br>36/0000 | 31/67<br>0/50 | 760/08<br>18/00 | | Social Security 40/71<br>Medicare 9/52<br>CA Disability 6/57 | ACCADV 14/28<br>HOSADV 22/02<br>STD 8/64<br>TO-PIA DEN EE 4/59<br>TO-PIA MED EE 76/55<br>TO-PIA VIS EE 4/06 | 591/14<br>Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 1618 591/14 |
| | EMPLOYEE TOTAL | | 32/17 | 778/08 | | 56/80 | 130/14 | Net Pay 591/14 |
| **** 2 DIGITAL<br>Balthazar, Serene...<br>72 | Hourly | 15/0000 | 30/00 | 450/00 | | Social Security 24/76<br>Medicare 5/79<br>Fed Income Tax 9/75<br>CA Disability 3/99 | ACCADV 14/28<br>TO-PIA DEN EE 5/28<br>TO-PIA MED EE 31/05 | 355/10<br>Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 4100 355/10 |
| | EMPLOYEE TOTAL | | 30/00 | 450/00 | | 44/29 | 50/61 | Net Pay 355/10 |
| Guerrero, Theresa...<br>52 | Hourly<br>Vacation | 22/0000<br>22/0000 | 31/98<br>0/40 | 703/56<br>8/80 | | Social Security 39/13<br>Medicare 9/16<br>Fed Income Tax 32/92<br>CA Income Tax 2/00<br>CA Disability 6/31 | ACCADV 14/28<br>STD 2/52<br>TO-PIA DEN EE 3/13<br>TO-PIA MED EE 55/90<br>TO-PIA VIS EE 7/90 | Direct Deposit # Unknown 0.00<br>Check Amt 89/31<br>Chkg 4229<br>Savg 4380 450/00 |
| | EMPLOYEE TOTAL | | 32/38 | 712/36 | | 89/52 | 83/73 | Net Pay 539/11 |
| Metcalf-Bowers, T....<br>416058 | Hourly<br>Overtime | 15/0000<br>22/5000 | 32/00<br>1/25 | 480/00<br>28/13 | | Social Security 31/50<br>Medicare 7/37<br>Fed Income Tax 20/62<br>CA Disability 5/08 | | 443/56<br>Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 1115 443/56 |
| | EMPLOYEE TOTAL | | 33/25 | 508/13 | | 64/57 | | Net Pay 443/56 |
| Olson, Jerrod<br>70 | Hourly | 27/8000 | 32/00 | 889/60 | | Social Security 49/92<br>Medicare 11/68<br>Fed Income Tax 72/23<br>CA Income Tax 10/65<br>CA Disability 8/05 | ACCADV 14/28<br>STD 7/56<br>TO-PIA DEN EE 4/59<br>TO-PIA MED EE 61/40<br>TO-PIA VIS EE 4/06 | 645/18<br>Direct Deposit # Unknown<br>Check Amt 0.00<br>Chkg 8981 645/18 |
| | EMPLOYEE TOTAL | | 32/00 | 889/60 | | 152/53 | 91/89 | Net Pay 645/18 |

Period Start - End Date 01/07/18 - 01/11/18
Check Date 01/19/18

# PAYROLL JOURNAL

0083 1505-5075  Penthouse Global Media Inc

| EMPLOYEE NAME / ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | | NET PAY ALLOCATIONS (Prior to Processing) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **** 2 DIGITAL (cont.) | | | | | | | | | | | |
| Vaughn, Sarah R / 82 | Hourly | 15.0000 | 31.00 | 465.00 | | Social Security | 37.54 | AD&D | 14.28 | Direct Deposit # Unknown | |
| | Salary | | | 193.69 | | Medicare | 8.78 | TO-PIA DEN EE | 3.95 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 48.26 | TO-PIA MED EE | 30.91 | Chkg 7241 | 498.60 |
| | | | | | | CA Income Tax | 6.26 | TO-PIA VIS EE | 4.06 | | |
| | | | | | | CA Disability | 6.05 | | | | |
| | EMPLOYEE TOTAL | | 31.00 | 658.69 | | | 106.89 | | 53.20 | Net Pay | 498.60 |
| **** 3 PUBLISHING | | | | | | | | | | | |
| Barber-Way, Melis... / 93 | Salary | | | 1,138.46 | | Social Security | 63.69 | ACCADV | 19.02 | Direct Deposit # Unknown | |
| | | | | | | Medicare | 14.90 | STD | 20.70 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 42.36 | TO-PIA DEN EE | 8.20 | Chkg 0576 | 781.42 |
| | | | | | | CA Income Tax | 7.24 | TO-PIA MED EE | 79.78 | Savg 3507 | 86.82 |
| | | | | | | CA Disability | 10.27 | TO-PIA VIS EE | 4.06 | | |
| | EMPLOYEE TOTAL | | | 1,138.46 | | | 138.46 | | 131.76 | Net Pay | 868.24 |
| Gonzalez, Victor ... / 200 | Hourly | 28.8500 | 16.00 | 461.60 | | Social Security | 53.06 | ACCADV | 27.90 | Direct Deposit # Unknown | |
| | Overtime | 43.2750 | 3.55 | 153.63 | | Medicare | 12.41 | SUPPRT | 90.11 | Check Amt | 0.00 |
| | Sick | 28.8500 | 16.00 | 461.60 | | Fed Income Tax | 40.00 | SUPPRT 2 | 504.23 | Chkg 2567 | 145.45 |
| | | | | | | CA Income Tax | 2.12 | TO-PIA DEN EE | 4.58 | | |
| | | | | | | CA Disability | 8.55 | TO-PIA MED EE | 172.69 | | |
| | | | | | | | | TO-PIA VIS EE | 15.72 | | |
| | EMPLOYEE TOTAL | | 35.55 | 1,076.83 | | | 116.15 | | 815.23 | Net Pay | 145.45 |
| Hallquist, Michae... / 80 | Salary | | | 923.07 | | Social Security | 48.62 | ACCADV | 19.02 | Direct Deposit # Unknown | |
| | | | | | | Medicare | 11.37 | STD | 14.40 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 2.07 | TO-PIA DEN EE | 3.13 | Chkg 3476 | 699.90 |
| | | | | | | CA Disability | 7.84 | TO-PIA MED EE | 106.96 | | |
| | | | | | | | | TO-PIA VIS EE | 9.76 | | |
| | EMPLOYEE TOTAL | | | 923.07 | | | 69.90 | | 153.27 | Net Pay | 699.90 |
| Korn, Zachary J / 65 | Hourly | 20.0000 | 31.37 | 627.40 | | Social Security | 38.54 | TO-PIA DEN EE | 4.59 | Direct Deposit # Unknown | |
| | | | | | | Medicare | 8.54 | TO-PIA MED EE | 33.51 | Check Amt | 0.00 |
| | | | | | | Fed Income Tax | 12.78 | | | Chkg 4640 | 525.55 |
| | | | | | | CA Disability | 5.89 | | | | |
| | EMPLOYEE TOTAL | | 31.37 | 627.40 | | | 63.75 | | 38.10 | Net Pay | 525.55 |
| Westphalen, Matth... / 416054 | Salary | | | 1,230.77 | | Social Security | 69.81 | TO-PIA DEN EE | 3.13 | Readychex # Unknown | |
| | | | | | | Medicare | 16.32 | TO-PIA MED EE | 93.67 | Check Amt | 966.97 |
| | | | | | | Fed Income Tax | 52.21 | TO-PIA VIS EE | 7.99 | | |
| | | | | | | CA Income Tax | 9.41 | | | | |
| | | | | | | CA Disability | 11.26 | | | | |
| | EMPLOYEE TOTAL | | | 1,230.77 | | | 159.01 | | 104.79 | Net Pay | 966.97 |

0083 1505-5075  Penthouse Global Media Inc
Run Date 01/18/18 04:44 PM

Period Start - End Date  01/07/18 - 01/11/18
Check Date  01/19/18

Payroll Journal
Page 4 of 6
PYRJRN

# PAYROLL JOURNAL

0083 1505-5075  Penthouse Global Media Inc

(Prior to Processing)

| EMPLOYEE NAME / ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|---|
| **** 1 LEGAL / 4 MEDIA | | | | | | | | |
| Gedeon, Naife M 195065 | Hourly | 29.4000 | 30.50 | 896.70 | | Social Security 53.17 | STD 14.40 | Direct Deposit # Unknown |
| | Overtime | 44.1000 | 1.98 | 87.32 | | Medicare 12.44 | TO-PIA DEN EE 4.59 | Check Amt 0.00 |
| | | | | | | Fed Income Tax 59.35 | TO-PIA MED EE 117.84 | Chkg 4013 702.61 |
| | | | | | | CA Income Tax 6.99 | TO-PIA VIS EE 4.06 | |
| | | | | | | CA Disability 8.58 | | |
| | EMPLOYEE TOTAL | | 32.48 | 984.02 | | 140.52 | 140.89 | Net Pay 702.61 |
| Messersmith, Heat... 74 | Hourly | 20.0000 | 32.00 | 640.00 | | Social Security 38.10 | ACCADV 27.90 | Direct Deposit # Unknown |
| | Overtime | 30.0000 | 0.08 | 2.40 | | Medicare 8.91 | STD 7.56 | Check Amt 0.00 |
| | | | | | | CA Disability 6.15 | TLV 100.00 | Chkg 3309 453.78 |
| | EMPLOYEE TOTAL | | 32.08 | 642.40 | | 53.16 | 135.46 | Net Pay 453.78 |
| **** 2 ACCOUNTING / 4 MEDIA | | | | | | | | |
| Budinsky, Ofelia 416055 | Salary | | | 1,076.92 | | Social Security 66.77 | | Direct Deposit # Unknown |
| | | | | | | Medicare 15.61 | | Check Amt 0.00 |
| | | | | | | Fed Income Tax 31.35 | | Chkg 9630 939.27 |
| | | | | | | CA Income Tax 13.15 | | |
| | | | | | | CA Disability 10.77 | | |
| | EMPLOYEE TOTAL | | | 1,076.92 | | 137.65 | | Net Pay 939.27 |
| **** 3 CORPORATE ADMINISTRATION / 4 MEDIA | | | | | | | | |
| Lopez, Angela 66 | Hourly | 18.0000 | 31.93 | 574.74 | | Social Security 33.16 | TO-PIA DEN EE 4.59 | Direct Deposit # Unknown |
| | Overtime | 27.0000 | 0.77 | 20.79 | | Medicare 7.76 | TO-PIA MED EE 52.05 | Check Amt 0.00 |
| | | | | | | Fed Income Tax 39.78 | TO-PIA VIS EE 4.06 | Chkg 9166 448.78 |
| | | | | | | CA Disability 5.35 | | |
| | EMPLOYEE TOTAL | | 32.70 | 595.53 | | 86.05 | 60.70 | Net Pay 448.78 |
| Villamar, Tamara D 195062 | Hourly | 26.2500 | 27.00 | 708.75 | | Social Security 46.44 | HOSADV 18.66 | Direct Deposit # Unknown |
| | Sick | 26.2500 | 4.25 | 111.56 | | Medicare 10.87 | TO-PIA DEN EE 4.59 | Check Amt 0.00 |
| | | | | | | Fed Income Tax 12.79 | TO-PIA MED EE 43.95 | Chkg 5701 666.86 |
| | | | | | | CA Income Tax 4.60 | TO-PIA VIS EE 4.06 | |
| | | | | | | CA Disability 7.49 | | |
| | EMPLOYEE TOTAL | | 31.25 | 820.31 | | 82.19 | 71.26 | Net Pay 666.86 |
| **** 4 FACILITIES / 4 MEDIA | | | | | | | | |
| Rivas, Vera 195059 | Hourly | 13.2000 | 82.00 | 1,082.40 | | Social Security 59.74 | ACCADV 22.14 | Direct Deposit # Unknown |
| | | | | | | Medicare 13.97 | TO-PIA DEN EE 3.16 | Check Amt 0.00 |
| | | | | | | Fed Income Tax 51.94 | TO-PIA MED EE 85.51 | Chkg 2993 722.47 |
| | | | | | | CA Income Tax 5.84 | TO-PIA VIS EE 7.99 | Savg 6321 100.00 |
| | | | | | | CA Disability 9.64 | | |
| | EMPLOYEE TOTAL | | 82.00 | 1,082.40 | | 141.13 | 118.80 | Net Pay 822.47 |

Period Start - End Date   01/07/18 - 01/11/18
Check Date   01/19/18

# PAYROLL JOURNAL

0083 1505-5075  Penthouse Global Media Inc

| EMPLOYEE NAME / ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS (Prior to Processing) |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | |
| **COMPANY TOTALS** | | | | | | | | |
| 32 Person(s) | Hourly | | 821.35 | 17,147.71 | | Social Security 1,411.98 | ACCADV 316.02 | Check Amt 1,537.06 |
| 32 Transaction(s) | Salary | | | 6,579.81 | | Medicare 330.23 | AD&D 14.28 | Dir Dep 17,511.36 |
| | Overtime | | 21.67 | 726.77 | | Fed Income Tax 866.97 | AFFCAN 45.02 | |
| | Sick | | 36.25 | 909.16 | | CA Income Tax 108.71 | CRITCL 37.56 | |
| | Vacation | | 8.40 | 182.00 | | CA Disability 227.75 | HOSADV 76.44 | |
| | | | | | | | STD 85.86 | |
| | | | | | | | SUPPRT 90.11 | |
| | | | | | | | SUPPRT 2 504.23 | |
| | | | | | | | TLV 100.00 | |
| | | | | | | | TO-PIA DEN EE 149.56 | |
| | | | | | | | TO-PIA MED EE 1,978.53 | |
| | | | | | | | TO-PIA VIS EE 155.78 | |
| | COMPANY TOTAL | | 887.71 | 25,547.45 | | 2,945.64 | 3,553.39 Net Pay | 19,048.42 |
| | | | | | | *Employer Liabilities* | | |
| | | | | | | Social Security 1,412.00 | | |
| | | | | | | Medicare 330.23 | | |
| | | | | | | Fed Unemploy 136.65 | | |
| | | | | | | CA Unemploy 774.32 | | |
| | | | | | | CA Emp Train 22.78 | | |
| | | | | | TOTAL EMPLOYER LIABILITY | 2,675.98 | | |
| | | | | | TOTAL TAX LIABILITY | 5,621.62 | | |

(IC) = Independent Contractor

Period Start - End Date  01/07/18 - 01/11/18
Check Date  01/19/18

# EXHIBIT 2

**Employee Title/Positions**

**Kelly Holland: Chief Executive Officer**

<u>Broadcasting:</u>

- **Drew Rosenfeld: Director of Broadcast Operations, Post Production Acquisitions & Licensing**
- **Ian Price** - Post Production Supervisor
- **Albert Kelley-** Post Production Coordinator
- **Richard Villa** - Assistant Editor / Digital Asset Coordinator
- **Gerry Acuna** - Editor / Social Media
- **Aurora Hudson** - Editor
- **Anthony Adler** -Senior Editor / VOD Specialist
- **Andres Sanchez-**Studio Technician / Post Production Assistant
- **Jay Mourad –** Technician / Facilities
- **Jorge A. Fuentes** - Senior Editor / Premiere Specialist
- **Marcos Quintanilla, Jr.** - Editor
- **Mike Gilmore** - Editor
- **Yuliyadi Prabowo –** Art Director
- **Sheila Kennedy –** Assistant

- **Mandie St. Cyr** - Operating Specialist, Programming
  - **Sandra Castillo** -  Programmer

<u>Publishing</u>
- **Melissa Barber-Way –** Executive Editor
- **Matthew Westphalen** - Creative Director
- **Zack Korn –** Graphic Designer
- **Victor Gonzalez –** Print Production Coordinator
- **Mike Hallquist** - Graphic Designer

<u>Digital:</u>
- **Jerrod Olsen –** Director of Digital Media & Content Coordinator
- **Sarah Vaughn –** Receptionist/Digital Assist.
- **Serenity Balthazar –** Digital Assistant
- **Theresa Guerrero** - Web Development
- **Victor Umana (PT)** - Web Developer

<u>Media: Legal:</u>
- **Mary Gedeon –** Paralegal
- **Heather Messersmith –** Compliance/Record Keeping Assistant

<u>Media: Administration:</u>
- **Tamara Villamar –** Corporate - Payroll/HR/Compliance
- **Angela Lopez –** Corporate – Omni Web content/Publishing Administration
- **Vera Rivas –** Facilities/Custodian

<u>Media: Accounting</u>
- **Ofie Budinsky –** Staff Accountant/Data Analyst

# EXHIBIT 3



**INVOICE**

2170 S Towne Centre Pl Suite 350 Anaheim, CA  92806
Phone - (714) 453-2898

Branch:   Corporate

| Customer ID | PO Number | Terms | Invoice Date | Invoice Number | Weekending Date |
|---|---|---|---|---|---|
| 19273 | | | 01/05/2018 | 114005 | 12/31/2017 |

Penthouse Global Broadcast, Inc.
8944 Mason Avenue
Los Angeles, CA  91311

| Reference | Employee | Wage Code | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 259,676.00 | DePrisco, Guy | Regular | 40.00 | 25.44 | 1,017.60 |
| 259,676.00 | | Overtime | 1.00 | 38.16 | 38.16 |
| 259,672.00 | Quintanilla, Marcos | Regular | 40.00 | 24.31 | 972.40 |
| 267,537.00 | Wenzel, Mark | Regular | 32.00 | 29.18 | 933.76 |
| 267,537.00 | | California Sick Leave | 8.00 | 27.60 | 220.80 |

| Total Reg Hours | Total OT Hours | Total DT Hours | Total Other Hours | Total Hours | Total Bill Amount |
|---|---|---|---|---|---|
| 112.00 | 1.00 | 0.00 | 8.00 | 121.00 | 3,182.72 |

| Customer Name | Customer Number | Invoice Date | Invoice # | Week Ending Date |
|---|---|---|---|---|
| Penthouse Global Broadcast, Inc. | 19273 | 01/05/2018 | 114005 | 12/31/2017 |

REMIT TO:  **Priority Workforce**
**2170 S Towne Centre Pl**
**Suite 350 Anaheim, CA  92806**

| INVOICE TOTAL | 3,182.72 |
|---|---|

Client (or any subsidiary, affiliate, or other related entity) shall not employ the Priority Workforce associates named, either directly or indirectly, in a full-time, temporary, part time, consulting, or other capacity, for a period of ninety (90) days following the last date of assignment. In the event of a breach of the foregoing, Client agrees to pay to Priority Workforce as liquid damages, a sum equal to 20% of the annual base salary of the associate(s).



**INVOICE**

2170 S Towne Centre Pl Suite 350 Anaheim, CA 92806
Phone - (714) 453-2898

Branch:    Corporate

| Customer ID | PO Number | Terms | Invoice Date | Invoice Number | Weekending Date |
|---|---|---|---|---|---|
| 19273 | | | 01/12/2018 | 234630 | 01/07/2018 |

Penthouse Global Broadcast, Inc.
8944 Mason Avenue
Los Angeles, CA 91311

| Reference | Employee | Wage Code | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 259,676.00 | DePrisco, Guy | Regular | 40.00 | 25.44 | 1,017.60 |
| 259,672.00 | Quintanilla, Marcos | Regular | 40.00 | 24.31 | 972.40 |
| 267,537.00 | Wenzel, Mark | Regular | 40.00 | 29.18 | 1,167.20 |

| Total Reg Hours | Total OT Hours | Total DT Hours | Total Other Hours | Total Hours | Total Bill Amount |
|---|---|---|---|---|---|
| 120.00 | 0.00 | 0.00 | 0.00 | 120.00 | 3,157.20 |

| Customer Name | Customer Number | Invoice Date | Invoice # | Week Ending Date |
|---|---|---|---|---|
| Penthouse Global Broadcast, Inc. | 19273 | 01/12/2018 | 234630 | 01/07/2018 |

REMIT TO:  **Priority Workforce**
**2170 S Towne Centre Pl**
**Suite 350 Anaheim, CA 92806**

| INVOICE TOTAL | 3,157.20 |
|---|---|

Client (or any subsidiary, affiliate, or other related entity) shall not employ the Priority Workforce associates named, either directly or indirectly, in a full-time, temporary, part time, consulting, or other capacity, for a period of ninety (90) days following the last date of assignment. In the event of a breach of the foregoing, Client agrees to pay to Priority Workforce as liquid damages, a sum equal to 20% of the annual base salary of the associate(s).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1925 Century Park East, suite 650, Los Angeles, CA 90069

A true and correct copy of the foregoing document entitled **(1) MOTION FOR AUTHORITY TO PAY ACCRUED BUT UNPAID PRE-PETITION PAYROLL UNDER LBR 2081-1(a)(6) (2) APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)] AND DECLARATION OF MICHAEL H. WEISS**;
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 23, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Krikor J Meshefejian     kjm@lnbrb.com
S Margaux Ross     margaux.ross@usdoj.gov
Michael St James     ecf@stjames-law.com
Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com
Beth Ann R Young     bry@lnbyb.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On January 23, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Messenger:
Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/23/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# Mailing list top 20 creditors

## Penthouse Global Media, Inc.

EXWORKS Capital Funds I LP
333 W Wacker Drive Suite 1620
Chicago, IL 60606

DREAM MEDIA Corporation
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024

Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Bayard, P.A.
222 Delaware Ave., Suite 900
P. O. Box 25130
Wilmington, DE 19899

TGG Accounting
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street, Suite 700
San Francisco, CA 94104

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO 64108-2662

Allen, Dyer, Dopplet, Milbrath & Gilchris
255 South Orange Ave., Suite 1401
Orlando, FL 32801

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation/Marsh USA
P. O. Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA 92868

Tom Fox
P. O. Box 2402
Santa Cruz, CA 95063

Total Records Information Management LLC
371 Starke Road
Carlstadt, NJ 07072

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management Services, Inc.
P. O. Box 35539
Newark, NJ 07193-5539

C.Hocquel Inc.
8310 Jayseel Street
Sunland, CA 91040

Allgemeines Treuunternehmen (ATU)
Aeulestrasse 5 P. O. Box 83
9490 Vaduz
Furstentum, Liechtenstein

DSS Consulting Corporation
638 Lindero Canyon Road, Suite 117
Oak Park, CA 91377

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA 19087

# Penthouse Global Broadcasting, Inc.

M7 Group
L1246 2 rue Albert Borschette
Luxembourg

Basmedia B.V.
Pluggematen2
8331TV
Steenwijk, The Netherlands

Mile High
8148 Devonshire
Ville Mont-Royal
Quebec, Canada H4P2K3

Elle et Lui, LLC
761 S. Rainbow # 120
Las Vegas, NV 89145

Interactive Media AG
Einsiedlestrasse 23
CH-8834 Schindellegi SZ
Switzerland

PHE, Inc.
302 Meadowland Drive
Hillsborough, NC 27278

Art Attack Productions/ReVideo Inc.
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Fluffy White Dog Media
8033 Sunset Blvd., Suite 308
Los Angeles, CA 90046

Priority Workforce
2170 S Towne Center Pl, # 350
Anaheim, CA 92806

FedEx
P. O. Box 7221
Pasadena, CA 91109-7321

SESAC, Inc.
35 Music Square E
Nashville, TN 37203

Digital Media Consultants, LLC
21781 Ventura Blvd., Suite 644
Woodland Hills, CA 91364

Jason Bekoski
168 E. Port Hueneme Road
Port Hueneme, CA 93041

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris, France

Combat Zone
9909 Topanga Canyon Blvd., #20
Chatsworth, CA 91311

Szili Miklos
Adademia Korut 67
6000, Kecskemet, Hungary

Emily Palan
2412 Delancey Place
Philadelphia, PA 19103

Bizarre Video
21621 Nordhoff St., Suite B
Chatsworth, CA 91311

Nathanael Kalfa Consulting
Chaussee de Gand, 443
1080 Brussels, Belgium

Verizon – UpLynk
13031 W Jefferson Blvd., Bldg 900
Los Angeles, CA 90094

## Penthouse Global Licensing, Inc.

Pryor Cashman LLP
7 Times Square
New York, NY 10036

Max J. Sprecher, Law Office of
5850 Canoga Ave., 4th Floor
Woodland Hills, CA 91367

Corsearch
P. O. Box 4349
Carol Stream, IL 60197-4349

E.D. Publications Inc.
2431 Estancia Blvd., Bldg B
Clearwater, FL 33761-2608

Dennemeyer & Associates
55, rue des Bruyeres
L-1274 Howald, Luxembourg

## Penthouse Global Digital, Inc.

MojoHost
30300 Telegraph Road, Suite 300
Bingham Farms, MI 48025

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA 91303

Ninja Partners, Inc.
1621 E. 6th Street, Suite 1130
Austin, TX 78702

NetNames USA Inc.
2711 Centerville Rd
Wilmington, DE 19808

Corporation Service Company
P. O. Box 13397
Philadelphia, PA 19101-3397

Cyber Pro Hosting
P. O. Box 26203
Milwaukee, WI 53226

WebDot Calm
237 Town Center West, # 267
Santa Maria, CA 93458

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA 90038

Philip Tranker
adenamediacorp@gmail.com
David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J4E8
Canada

Christine Pevarnik
2863 Brookside Drive
Mobile, AL 36693

Qisheng Wu
adenamediacorp@gmail.com

Vladyslav Plashchevatyi
xfive@setds.net

Sergio Freixas
deicox@gmail.com

SternDoor Inc.
affiliate@idealgasm.com

Arash Dadashzadeh
contact@pornixe.com

EX Situ Marketing
penthousepartners@thebestpartner.com
Marcella Monteleon
Marcym25@sweetspicy.com

Steven Moser
601 Stevens St., SW
Watertown, MN 55388

Kelly Publishing
255 S Rengstorff Ave., Apt 132
Mountain View, CA 94040

## Penthouse Global Publishing, Inc.

Creel Printing
6330 West Sunset Road
Las Vegas, NV 89118

Palm Coast Data LLC
11 Commerce Blvd.
Palm Coast, FL 32164

DVD Factory
7230 Coldwater Canyon
North Hollywood, CA 91605

Barbara F. Pizio
2342 82nd Street, Apt 3
Brooklyn, NY 11214

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago, IL 60675-6825

Edgewood Paper
115A Floral Vale Blvd.
Yardley, PA 19067-5529
Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ 07054

PR Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087-5897

Getty Images
P. O. Box 953604
St. Louise, MO 63195-3604

V&M Design/Amanda Flores
13226 Azores Ave
Sylmar, CA 91342

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

Philip J. Hanrahan Jr.
6031 N lake Drive
Whitefish Bay, WI 53217

Alan Dershowitz Consulting LLC
1675 N. Military Trail, 5th floor
Boca Raton, FL 33486

Pretty Things Press
P. O. Box 55
Point Reyes Station, CA 94956

Thomas Morton
288 Graham Ave., #1
Brooklyn, NY 11211

Drew Millard
115 W Woodridge Drive
Durham, NC 27707

Michael Hingston
11203-71 Avenue
Edmonton, AB
Canada, AB T6G 0A5

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369

Disgraceful Inc.
24303 Woolsey Cyn Rd, Spc 31
West Hills, CA 91304

Matt Gallagher
112 Withers Street, Apt 2
Brooklyn, NY 11211