| | |
|---|---|
| WEISS & SPEES LLP<br>Michael H. Weiss (SBN 107481)<br>mw@weissandspees.com<br>Laura J. Meltzer (SBN 151889)<br>1925 Century Park East, Suite 650<br>Los Angeles, California 90067<br>Telephone: 424-245-3100<br>Facsimile: 424-217-4160<br><br>[Proposed] Attorneys for Debtors and Debtors in Possession | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>Penthouse Global Media, Inc., Debtor<br>See attached sheet for related cases | Chapter 11 case No.<br>1:18-bk-10098-MB |
| NOTICE OF SETTING INSIDER COMPENSATION | |

| | |
|---|---|
| 1. Name of Insider: | Kelly Holland |
| 2. Relationships to Debtor | CEO, 100% Shareholder |
| 3. Date when relationship with Debtor commenced: | Date of acquisition February 19th, 2016 |
| 4. Position Title: | CEO |
| 5. Potion Description: | Critical decisions regarding all divisions and operations |
| 6. Assigned Duties: | |
| 7. Date employed in current position: | Date of Acquisition February 19, 2016 |
| 8. If previously employed with Debtor in the past two years in a different position, state position(s) and dates): | Employed since November 2006 by former owners prior to acquisition |
| 9. Number of hours worked per week: | 70 hours |
| 10. Total amount of compensation and payment interval: | 218,000K Annual paid bi-monthly |
| 11. Breakdown of compensation (specify amount and payment interval). | $8,307.69 every two weeks |
| Salary: | $218,000K annual |
| Perquisites (total detail below) | |
| Car Allowance | 0 |
| Medical Insurance: | $126.49 per pay period |
| Life Insurance: | $ 174.45 per pay period. Includes Life & Disability |
| Business Expenses: | $38,172.18 |
| Other (Specify): | 0 |
| 12. Identify the source of funds to be used to pay No. 10: | Operating capital |
| 13. Date and amount of last increase in compensation: | No increase since November 2006 |

Case 1:18-bk-10098-MB    Doc 76    Filed 01/29/18    Entered 01/29/18 15:04:33    Desc
Main Document    Page 2 of 17

| 14. Identify any creditor that asserts a security interest (whether or not Debtor disputes the validity thereof) the receipts generated by the operation of the Debtor's business and the amount of its claim: | Possibly Dream Media Inc |
|---|---|
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the Chapter 11 petition (Attach W-2, 1'099, Individual Payroll Cards and related forms): | Art Attack/Revideo - $172,000.00<br>Rancho Providencia - $11,000.00<br><br>Reimbursement of acquisition if paid within last 12 months – ExWorks Capital Fund I, L.P. - $55,000.00 |
| Compensation | |
| Loans: | 0 |
| Perquisites (specify): | |

I declare under penalty of perjury that the answers in the foregoing Notice are true and correct.

Dated: January 23, 2018

_Kelly Holland, CEO_
Print Name and Title of Authorized Agent for Debtor

_Kelly Holland_
Signature of Authorized Agent for Debtor

> Attach proof of service on Creditors' Committee or the Twenty Largest if committee has been appointed and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any part payout of compensation, although compensation may accrue during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1925 Century Park East, suite 650, Los Angeles, CA 90069

A true and correct copy of the foregoing document entitled **(1) NOTICE OF SETTING INSIDER COMPENSATION USTLA-12 RE: C.HOCQUEL, INC./CATHERINE BRANDT; (2) NOTICE OF SETTING INSIDER COMPENSATION USTLA-12 KELLY HOLLAND; (3) NOTICE OF SETTING INSIDER COMPENSATION USTLA-12 KEITH WHITWORTH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 23, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Krikor J Meshefejian    kjm@lnbrb.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 29 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See attached U.S. Mail List**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 29, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**SEE ATTACHED EMAIL SERVICE LIST**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/29/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

# Mailing list top 20 creditors

## Penthouse Global Media, Inc.

EXWORKS Capital Funds I LP
Robert Richardson
333 W Wacker Drive Suite 1620
Chicago, IL 60606
RRichardson@exworkscapital.com


DREAM MEDIA Corporation
Adam Levin
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024
adam@orevacapital.com


Greenberg Traurig, LLP
Jeff Joyner
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
joynerj@gtlaw.com


Bayard, P.A.
Steve Brauerman
222 Delaware Ave., Suite 900
P. O. Box 25130
Wilmington, DE 19899
SBrauerman@bayardlaw.com


TGG Accounting
Ryan Larson
10188 Telesis Court, Suite 130
San Diego, CA 92121
ryan.larson@tgg-accounting.com

Hogan Lovells US, LLP
Barry Dastin
1999 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067
barry.dastin@hoganlovells.com

Squar Milner LLP
Keith Troutman
4100 Newport Place, Suite 600
Newport Beach, CA 92660
ktroutman@Squarmilner.com


Miller Law Group
Walter Stella
 111 Sutter Street, Suite 700
San Francisco, CA 94104
wms@millerlawgroup.com


Sedgwick, LLP
Anne-Marie Rutledge
2301 McGee Street, Suite 500
Kansas City, MO 64108-2662
Anne-Marie.Rutledge@sedgwicklaw.com


Allen, Dyer, Dopplet, Milbrath & Gilchrist
David Sigalow
255 South Orange Ave., Suite 1401
Orlando, FL 32801
dsigalow@allendyer.com


Bressler Law PLLC IOLTA Account
Josh Bressler
3 West 35th Street, 9th Floor
New York, NY 10001
jrb@jrblaw.com


Cancel
California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA 92868

Tom Fox
P. O. Box 2402
Santa Cruz, CA 95063
tomfox@gmail.com

Total Records Information Management LLC
Denise Miller
371 Starke Road
Carlstadt, NJ 07072
dmiller@totalrecords.com


Iron Mountain
1000 Campus Drive
Collegeville, PA 19426
ironmountainbillingservices@billtrust.com


Akerman LLP
Caroline Mankey
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
caroline.mankey@akerman.com


GRM Information Management Services, Inc.
Dan Cartel
P. O. Box 35539
Newark, NJ 07193-5539
dcartel@cmiweb.com


C.Hocquel Inc.
Catherine Brandt
8310 Jayseel Street
Sunland, CA 91040
catherinehbrandt@gmail.com


Allgemeines Treuunternehmen (ATU)
Dr. Beunyamin Taskapan
Aeulestrasse 5 P. O. Box 83
9490 Vaduz
Furstentum, Liechtenstein
Buenyamin.Taskapan@atu.li


DSS Consulting Corporation
Dean Skupen
638 Lindero Canyon Road, Suite 117
Oak Park, CA 91377
dskupen@gmail.com

Nextgen Reporting
Jeremy Smiler
999 Old Eagle School, Suite 118
Wayne, PA 19087
jsmiler@nextgenreporting.com


## Penthouse Global Broadcasting, Inc.

NOA Productions SPRL
Jacky Wauters
Avenue Montjoie 84
1180 Brussels, Belgium
jwauters@noaproductions.tv

M7 Group
Bill Wijdeveld
L1246 2 rue Albert Borschette
Luxembourg
Bill.Wijdeveld@m7group.eu

Basmedia B.V.
Bas Ardasch
Pluggematen2
8331TV
Steenwijk, The Netherlands
bas@basmedia.nl

Mile High
Stacey Tower
8148 Devonshire
Ville Mont-Royal
Quebec, Canada H4P2K3
srt@mile-high-media.com

Elle et Lui, LLC
761 S. Rainbow # 120
Las Vegas, NV 89145
philippe.dude@gmail.com

Interactive Media AG
Peter Muszely
Einsiedlestrasse 23
CH-8834 Schindellegi SZ
Switzerland
gero@lifeselector.com

PHE, Inc.
Peter Reynolds
302 Meadowland Drive
Hillsborough, NC 27278
peter@plaidbagmedia.com

Art Attack Productions/ReVideo Inc.
Kelly Holland
10945 Old Santa Susana Pass
Chatsworth, CA 91311
Kholland@penthouse.com

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd., Suite 308
Los Angeles, CA 90046
Eman714@mac.com

Priority Workforce
Robin Delozier
2170 S Towne Center Pl, # 350
Anaheim, CA 92806
Rdelozier@priorityworkforce.com

FedEx
P. O. Box 7221
Pasadena, CA 91109-7321

SESAC, Inc.
Dave Asher
35 Music Square E
Nashville, TN 37203
dascher.sesacmlc@gmail.com

Digital Media Consultants, LLC
21781 Ventura Blvd., Suite 644
Woodland Hills, CA 91364
dkravis.dmc@gmail.com; David Kravis

Jason Bekoski
168 E. Port Hueneme Road
Port Hueneme, CA 93041
jbekoski@penthouse.com

Arkena SAS
Eglantine Lasserre
15 Rue Cognacq-Jay
75007 Paris, France
eglantine.lasserre@arkena.com

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #20
Chatsworth, CA 91311
dion@combatzone.net

Szili Miklos
Adademia Korut 67
6000, Kecskemet, Hungary
adultretoucher@gmail.com

Emily Palan
2412 Delancey Place
Philadelphia, PA 19103
ejpalan@icloud.com

Bizarre Video
Keith Gordon
21621 Nordhoff St., Suite B
Chatsworth, CA 91311
bizarrevideo1@aol.com

Nathanael Kalfa Consulting
Chaussee de Gand, 443
1080 Brussels, Belgium
nkalfa@ogun.tv

Verizon – UpLynk
13031 W Jefferson Blvd., Bldg 900
Los Angeles, CA 90094

## Penthouse Global Licensing, Inc.

Pryor Cashman LLP
Jaimie Brickell
7 Times Square
New York, NY 10036
JBrickell@PRYORCASHMAN.com

Max J. Sprecher, Law Office of
Max Sprecher
5850 Canoga Ave., 4th Floor
Woodland Hills, CA 91367
max@sprecherlaw.com

Corsearch
P. O. Box 4349
Carol Stream, IL 60197-4349
E.D. Publications Inc.
2431 Estancia Blvd., Bldg B
Clearwater, FL 33761-2608
CLS-Watching@wolterskluwer.com


Dennemeyer & Associates;
Ms. Oana Florciel
55, rue des Bruyeres
L-1274 Howald, Luxembourg
ofloricel@dennemeyer-law.com

## Penthouse Global Digital, Inc.

MojoHost
Brad Mitchell
30300 Telegraph Road, Suite 300
Bingham Farms, MI 48025
brad@mojohost.com


Mannassi IT Solutions
Beverley Mannassi
22222 Sherman Way, Suite 206
Canoga Park, CA 91303
Beverley@mannassi.com

S:\PENTHOUSE\Jt. Admin. of Cases Master File\Revised Final Mailing list top 20 creditors 1.23.18name-email.docx

Ninja Partners, Inc.
Craig Crisler
1621 E. 6th Street, Suite 1130
Austin, TX 78702
craig@supportninja.com


NetNames USA Inc.
James Mathieson
2711 Centerville Rd
Wilmington, DE 19808
James.Mathieson@netnames.com


Corporation Service Company
P. O. Box 13397
Philadelphia, PA 19101-3397


Cyber Pro Hosting
P. O. Box 26203
Milwaukee, WI 53226
michael@sweethosting.com


WebDot Calm
Lucky Smith
237 Town Center West, # 267
Santa Maria, CA 93458
lsmith@penthouse.com


Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA 90038

Philip Tranker
adenamediacorp@gmail.com

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J4E8
Canada

Christine Pevarnik
2863 Brookside Drive
Mobile, AL 36693
christi830@icloud.com


Qisheng Wu
adenamediacorp@gmail.com

Vladyslav Plashchevatyi
xfive@setds.net

Sergio Freixas
deicox@gmail.com

SternDoor Inc.
affiliate@idealgasm.com

Arash Dadashzadeh
contact@pornixe.com

EX Situ Marketing
penthousepartners@thebestpartner.com

Marcella Monteleon
Marcym25@sweetspicy.com

Steven Moser
601 Stevens St., SW
Watertown, MN 55388

Kelly Publishing
255 S Rengstorff Ave., Apt 132
Mountain View, CA 94040


## Penthouse Global Publishing, Inc.

Creel Printing
Daniel Pevonka
6330 West Sunset Road
Las Vegas, NV 89118
dan.pevonka@lsccom.com

Palm Coast Data LLC
Gordon Neil
11 Commerce Blvd.
Palm Coast, FL 32164

S:\PENTHOUSE\Jt. Admin. of Cases Master File\Revised Final Mailing list top 20 creditors 1.23.18name-email.docx

Gordon.Neil@palmcoastdata.com

DVD Factory
7230 Coldwater Canyon
North Hollywood, CA 91605
ty@dvdfactoryinc.com; Ty Kirstein

Barbara F. Pizio
2342 82nd Street, Apt 3
Brooklyn, NY 11214
barbarapizio@gmail.com

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago, IL 60675-6825

Edgewood Paper
Kathleen Abriola
115A Floral Vale Blvd.
Yardley, PA 19067-5529

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ 07054
koma@edgewoodpaper.com


PR Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087-5897

Getty Images
P. O. Box 953604
St. Louise, MO 63195-3604
GettyImagesAMERCollections@gettyimages.com


V&M Design/Amanda Flores
Victor Gonzales
13226 Azores Ave
Sylmar, CA 91342
vgonzalez@penthouse.com


Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

Philip J. Hanrahan Jr.
6031 N lake Drive
Whitefish Bay, WI 53217

Alan Dershowitz Consulting LLC
1675 N. Military Trail, 5th floor
Boca Raton, FL 33486
carolynanncohen@gmail.com


LScarabino@cbiz.com; Lisa Sacrabino

Pretty Things Press
P. O. Box 55
Point Reyes Station, CA 94956

Thomas Morton
288 Graham Ave., #1
Brooklyn, NY 11211

Drew Millard
115 W Woodridge Drive
Durham, NC 27707

Michael Hingston
11203-71 Avenue
Edmonton, AB
Canada, AB T6G 0A5

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369

Disgraceful Inc.
24303 Woolsey Cyn Rd, Spc 31
West Hills, CA 91304


Matt Gallagher
112 Withers Street, Apt 2
Brooklyn, NY 11211

Mailed No Email Addresses:

FedEx
P. O. Box 7221
Pasadena, CA 91109-7321

Verizon – UpLynk
13031 W Jefferson Blvd., Bldg 900
Los Angeles, CA 90094

Corporation Service Company
P. O. Box 13397
Philadelphia, PA 19101-3397

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA 90038

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J4E8
Canada

Steven Moser
601 Stevens St., SW
Watertown, MN 55388

Kelly Publishing
255 S Rengstorff Ave., Apt 132
Mountain View, CA 94040

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago, IL 60675-6825

Edgewood Paper
Kathleen Abriola
115A Floral Vale Blvd.
Yardley, PA 19067-5529

s:\penthouse\jt. admin. of cases master file\mail no email addresses 1.24.18.docx

PR Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087-5897

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

Philip J. Hanrahan Jr.
6031 N lake Drive
Whitefish Bay, WI 53217

Pretty Things Press
P. O. Box 55
Point Reyes Station, CA 94956

Thomas Morton
288 Graham Ave., #1
Brooklyn, NY 11211

Drew Millard
115 W Woodridge Drive
Durham, NC 27707

Michael Hingston
11203-71 Avenue
Edmonton, AB
Canada, AB T6G 0A5

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369

Disgraceful Inc.
24303 Woolsey Cyn Rd, Spc 31

West Hills, CA 91304

Matt Gallagher
112 Withers Street, Apt 2
Brooklyn, NY 11211