1  **PETER C. ANDERSON**
   **UNITED STATES TRUSTEE**
2  Russell Clementson, Bar No. 143284
   Trial Attorney  for the U.S. Trustee
3  S. Margaux Ross, Bar No. 137152
   Attorney for the U.S. Trustee
4  **UNITED STATES TRUSTEE**
   915 Wilshire Boulevard, Suite 1850
5  Los Angeles, California  90017
   Telephone: (213) 894-4494; Fax: (213) 894-0276
6  Email: margaux.ross@usdoj.gov

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SAN FERNANDO VALLEY DIVISION**

11

| | |
|---|---|
| In re | Lead Case No. 1:18-bk-10098-MB |
| Penthouse Global Media, Inc., | Chapter  11, Jointly  Administered with: |
| Debtors. | |
| In re: | Case No. 1:18-bk-10099-MB |
| Penthouse Global Broadcasting, Inc. | Case No. 1:18-bk-10101-MB |
| Penthouse Global Licensing, Inc. | Case No. 1:18-bk-10102-MB |
| Penthouse Global Digital, Inc. | Case No. 1:18-bk-10103-MB |
| Penthouse Global Publishing, Inc. | Case No. 1:18-bk-10104-MB |
| GMI Online Ventures, Ltd. | Case No. 1:18-bk-10105-MB |
| Penthouse Digital Media Productions, Inc. Tan | Case No. 1:18-bk-10106-MB |
| Door Media, Inc. | Case No. 1:18-bk-10107-MB |
| Penthouse Images Acquisitions, Ltd. | Case No. 1:18-bk-10108-MB |
| Pure Entertainment Telecommunications, Inc. | Case No. 1:18-bk-10109-MB |
| XVHUB Group, Inc. | Case No. 1:18-bk-10110-MB |
| General Media Communications, Inc. General | Case No. 1:18-bk-10111-MB |
| Media Entertainment, Inc. | Case No. 1:18-bk-10112-MB |
| Danni Ashe, Inc. | Case No. 1:18-bk-10113-MB |
| Streamray Studios, Inc. | |
| | **NOTICE OF APPOINTMENT AND** |
| Affects: | **APPOINTMENT OF OFFICIAL** |
| ☒ ALL Debtors | **COMMITTEE OF UNSECURED** |
| ☐ | **CREDITORS** |
| ☐ | |

1      Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following

2    five (5) creditors to serve on the Committee of Unsecured Creditors:

3

4                          SEE EXHIBIT A ATTACHED

5

6

7    Dated:  January 30, 2018                          UNITED STATES TRUSTEE,
                                                        CENTRAL DISTRICT OF CALIFORNIA
8
                                                        By: /s/ *Russell Clementson*
9                                                            Russell Clementson
                                                            Trial Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2

(1)    DVD Factory Inc.

Representative: Steve Kalson
Mailing Address: 7230 Coldwater Canyon Ave., North Hollywood, CA 91605
Tel: (818) 432-5782
Fax: (818) 432-5783
E-mail: ty@dvdfactoryinc.com
        Steve-dvd@hotmail.com

(2)    LSC Communications US, LLC / Creel Printing.

Representative: Dan Pevonk
Mailing Address: 4101 Winfield Rd., Warrenville, IL 60555
Tel: (630) 821-3108
Fax: (630) 821-3093
E-mail: dan.pevonka@lsccom.com

(3)    TGG

Representative: Matthew A. Garrett, CEO
Mailing Address: 10188 Telesis Court, Suite 130, San Diego, CA 92121
Tel: (760) 697-1033
E-mail: matt.garrett@tgg-accounting.com

(4)    Miller Law Group

Representative: Walter M. Stella
Mailing Address: 111 Sutter Street, San Francisco, CA 94104
Tel: (415) 464-4300
E-mail: wms@millerlawgroup.com

(5)    Palm Coast Data

Representative: Neil Gordon
Mailing Address: 11 Commerce Blvd., Palm Coast, FL 32164
Tel: (386) 447-6431
Fax: (386) 447-2625
E-mail: gordon.neil@palmcoastdata.com

# EXHIBIT A

1

# PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

3

A true and correct copy of the foregoing document entitled: **NOTICE OF APPOINTMENT AND
APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d);
and **(b)** in the manner stated below:

4

5

6

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **1/30/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses
stated below:

7

8

☒ Service information continued on attached page

9

**2.**  <u>**SERVED BY UNITED STATES MAIL**</u>:
On **1/30/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

10

11

☒ Service information continued on attached page

12

13

**3.**  <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state
method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A,** I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the
document is filed.

14

15

16

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

17

| 1/30/2018 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

18

19

20

21

22

23

24

25

26

27

28

1

## SERVICE LIST FOR PROOF OF SERVICE

2

**SERVED ELECTRONICALLY**                          **SERVED BY U.S. MAIL**

3

- Krikor J Meshefejian    kjm@lnbrb.com          Penthouse Global Media, Inc.

4
8944 Mason Ave.
- S Margaux Ross    margaux.ross@usdoj.gov       Chatsworth, CA 91311
- Michael St James    ecf@stjames-law.com

5
- Howard Steinberg    steinbergh@gtlaw.com,
  pearsallt@gtlaw.com;laik@gtlaw.com            DVD Factory Inc.

6
- United States Trustee                         C/O Steve Kalson
  (SV)    ustpregion16.wh.ecf@usdoj.gov         7230 Coldwater Canyon Ave.,

7
North Hollywood, CA 91605
- Michael H Weiss    mw@weissandspees.com,
  lm@weissandspees.com

8
- Beth Ann R Young    bry@lnbyb.com             LSC Communications US, LLC /

9
Creel Printing.
C/O Dan Pevonk

10
4101 Winfield Rd.,
Warrenville, IL 60555

11

12
Matt Garrett
TGG Accounting

13
10188 Telesis Court, Suite 130
San Diego, CA 92121

14

15
M. Jonathan Hayes
Simon Resnik Hayes LLP

16
15233 Ventura Blvd.
Suite 250

17
Sherman Oaks, CA 91403

18
Walter M. Stella

19
111 Sutter Street
San Francisco, CA 94104

20
Neil Gordon

21
11 Commerce Blvd.
Palm Coast, FL 32164

22

23
The Honorable Martin R. Barash
United States Bankruptcy Court

24
21041 Burbank Boulevard
Woodland Hills, CA 91367

25

26

27

28