Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-217-4160

[proposed] Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br>　　PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>　　　　　Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB |
| In re:<br>　　Penthouse Global Broadcasting, Inc.<br>　　Penthouse Global Licensing, Inc.<br>　　Penthouse Global Digital, Inc.<br>　　Penthouse Global Publishing, Inc.<br>　　GMI Online Ventures, Ltd.<br>　　Penthouse Digital Media Productions, Inc.<br>　　Tan Door Media, Inc.<br>　　Penthouse Images Acquisitions, Ltd.<br>　　Pure Entertainment Telecommunications, Inc.<br>　　XVHUB Group, Inc.<br>　　General Media Communications, Inc.<br>　　General Media Entertainment, Inc.<br>　　Danni Ashe, Inc.<br>　　Streamray Studios, Inc.<br><br>　　[X] Affects All Debtors<br>　　☐ Affects<br>　　☐ Affects<br>　　☐ Affects<br>　　☐ Affects<br>　☐ See attached for additional Debtors | Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF WEISS & SPEES, LLP UNDER F.R.B.P. 2014**<br><br>**[No hearing set]** |

1

s:\penthouse\employment apps\statement of disinterestedness.docx

**1.    Name, address and telephone number of Professional submitting this Statement:**

Michael H. Weiss, Esquire
Weiss & Spees, LLP ("W&S")
1925 Century Park East, Suite 650
Los Angeles, California 90067
Tel. (424) 245-3100
FAX (424) 217-4160

**2.    The Services to be rendered by the professional in this case are (specify):**

Debtor seeks to retain W&S as general bankruptcy counsel to perform legal services, including, but not limited to, the following:

(a)    Formulate and seek to confirm a Plan of Reorganization, including but not limited to preparation of a disclosure statement to accompany any such Plan, prosecution of claims objections, investigation and analysis of potential pursuit of property of the estate;

(b)    Perform all other necessary legal services in connection with the scope of its retention as counsel for Debtor.

**3.    The Terms and source of the proposed compensation and reimbursement of the Professional are (specify):**

Services performed by Michael H. Weiss and Sherry D. Spees shall be billed at $550 per hour, services performed by Laura J. Meltzer shall be billed at $350. Paralegal time shall be billed at $175 per hour.

W&S agrees that its professional fees and costs shall be paid by the estate as an expense of administration subject to the approval of the Court and in conjunction with the guidelines of the Office of the United States Trustee. W&S has agreed to accept compensation as set forth above and in accordance with 11 U.S.C. §§ 330 and 331 which will be paid to W&S after ten (10) days if no party objects, subject to a final fee application to this Court.

**4.    The nature and terms of retainer (i.e., non refundable versus an advance against fees) held by the Professional are (specify):**

W&S received a pre-petition retainer in the amount of $70,000 for services in the Bankruptcy cases. Pre-petition fees and costs will be offset against the retainer and the balance of the retainer will be applied against post-petition fees and costs, subject to approval of the court.

5. **The investigation of disinterestedness made by the Professional prior to submitting this statement consisted of (specify):**

None of the attorneys practicing at W&S, nor any persons who are employed by W&S as legal assistants, are related to or have any connection with the judge in this case, Debtors, or creditors of the estates.

6. **The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.**

None of the attorneys practicing at W&S, nor any persons who are employed by W&S as legal assistants, are related to or have any connection with the judge in this case, Debtor, or creditors of the estate. W&S is counsel in an action against an affiliate of one of the creditors of the estate, ExWorks Capital Fund I, L.P. That action is styled: KATUN INTERNATIONAL, INC., a Delaware corporation, and HNB CAPITAL, LLC, a California limited liability company, v. EXWORKS CAPITAL, LLC, a Delaware limited liability company; EXWORKS CAPITAL FUND I, L.P., a Delaware limited partnership; REDRIDGE FINANCE GROUP, LLC; RANDY ABRAHAMS, an individual; BRETT CRABTREE, Los Angeles Superior Court Case No. BC677752.

7. **The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows.**

There are no exceptions.

8. **The Professional is not and was not an investment banker for any outstanding security of the debtor.**

This is correct.

9. **The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.**

This is correct.

10. **The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer, or employee of the debtor or any investment banker for any security of the debtor.**

This is correct.

11. **The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows.**

There are no exceptions.

12. **Name, address and telephone number of the person signing the Statement on behalf of the Professional and relationship of such person to the Professional.**

Michael H. Weiss, Esquire
Weiss & Spees
1925 Century Park East, Suite 650
Los Angeles, California 90067
Tel. (424) 245-3100
mw@weissandspees.com

13. **The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows.**

There are no exceptions.

14. **Total number of pages of supporting documentation.**

None.

15. **After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.**

Executed on the 30th day of January 2018, at Los Angeles, California.

Dated: January 31, 2018                    WEISS & SPEES, LLP

/S/ Michael H. Weiss
Michael H. Weiss
[proposed] Attorneys for Debtors and
Debtors in Possession

s:\penthouse\employment apps\statement of disinterestedness.docx

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1925 Century Park East, suite 650, Los Angeles, CA 90069

A true and correct copy of the foregoing document entitled:

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF WEISS & SPEES, LLP UNDER F.R.B.P. 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) February 1, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Krikor J Meshefejian    kjm@lnbrb.com
Aram Ordubegian    ordubegian.aram@arentfox.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 1, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Overnight: Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367
Email: See attached Service list

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/1/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST SECURED CREDITORS, CREDITORS COMMITTEE AND REQUESTS FOR SPECIAL NOTICE

**SECURED CREDITORS:**

EXWORKS Capital Funds I LP
Robert Richardson
333 W Wacker Drive Suite 1620
Chicago, IL 60606
RRichardson@exworkscapital.com


DREAM MEDIA Corporation
Adam Levin
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024
adam@orevacapital.com

Beth Ann R Young     bry@lnbyb.com


**CREDITORS COMMITTEE:**

DVD Factory Inc.
Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605
Tel: (818) 432-5782
Fax: (818) 432-5783
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

LSC Communications US, LLC / Creel Printing
Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555
Tel: (630) 821-3108
Fax: (630) 821-3093
dan.pevonka@lsccom.com

TGG
Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121
Tel: (760) 697-1033
matt.garrett@tgg-accounting.com

s:\penthouse\jt. admin. service lists, etc\service lists\service list secured cred., creditors comm. and req. for spec. notice 2.1.18.docx

Miller Law Group
Walter M. Stella
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 464-4300
wms@millerlawgroup.com

Palm Coast Data
Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164
Tel: (386) 447-6431
Fax: (386) 447-2625
gordon.neil@palmcoastdata.com

**ECF**

Krikor J Meshefejian    kjm@lnbrb.com
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com
pearsallt@gtlaw.com;
laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com
Arthur.Johnston@bbklaw.com
lisa.spencer@bbklaw.com

**REQUESTS FOR SPECIAL NOTICE**

Aram Ordubegian
aram.ordubegian@arentfox.com

Robert M. Hirsh
robert.hirsh@arentfox.com

Mark A. Mintz
Mmintz@joneswalker.com

Joseph E. Bain
jbain@joneswalker.com

s:\penthouse\jt. admin. service lists, etc\service lists\service list secured cred., creditors comm. and req. for spec. notice 2.1.18.docx