| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Aram Ordubegian (SBN 185142)<br>Robert M. Hirsh (pro hac vice application pending)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone:    213.629.7400<br>Facsimile:    213.629.7401<br>E-mail:    aram.ordubegian@arentfox.com<br>    robert.hirsh@arentfox.com<br><br>☒ *Attorney for*:  Creditor LSC Communications US, LLC / Creel Printing | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 06 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Reaves    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| | |
|---|---|
| In re:<br><br>**PENTHOUSE GLOBAL MEDIA, INC.**, a Delaware corporation<br>                                                                      Debtor(s) | CASE NO.: 1:18-bk-10098-MB<br>JOINTLY ADMINISTERED WITH:<br>Case No. 1:18-bk-10099-MB<br>Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB |
| In re:<br><br>Penthouse Global Broadcasting, Inc.<br>Penthouse Global Licensing, Inc.<br>Penthouse Global Digital, Inc.<br>Penthouse Global Publishing, Inc.<br>GMI Online Ventures, Ltd.<br>Penthouse Digital Media Productions, Inc.<br>Tan Door Media, Inc.<br>Penthouse Images Acquisitions, Ltd.<br>Pure Entertainment Telecommunications, Inc.<br>XVHUB Group, Inc.<br>General Media Communications, Inc.<br>General Media Entertainment, Inc.<br>Danni Ashe, Inc.<br>Streamray Studios, Inc.<br>_____<br>☒   Affects all Debtors<br>☐   Affects Only:<br>                                                                       Debtor(s). | Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| <br>                                                                    Plaintiff(s)<br>vs.<br><br>                                                                    Defendant(s) | [No hearing required per LBR 2090-1(b)(6)] |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY

AFDOCS/15990175.1

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Robert M. Hirsh

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: February 6, 2018

*[signed]* Martin R. Barash
Martin R Barash
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                F 2090-1.2.ORDER.NONRES.ATTY

AFDOCS/15990175.1