1 | **RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

[Proposed] Attorneys for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

  Debtor.

.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No. 1:18-bk-10098-MB

Chapter 11

Jointly Administered with: Case Nos.
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**OMNIBUS OBJECTION TO NOTICES OF SETTING INSIDER COMPENSATION OF CATHERINE BRANDT, KELLY HOLLAND AND KEITH WHITWORTH; AND REQUEST FOR HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(a)(4)**

Hearing:
Date:  TBS
Time:  TBS
Place: Courtroom 303
       21041 Burbank Boulevard
       Woodland Hills, CA 91367

The Honorable Martin R. Barash

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS AND THEIR COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

The Official Committee of Unsecured Creditors (the "Committee") for Penthouse Global Media, Inc., along with all of the other fourteen jointly administered affiliated entities, the chapter 11 debtors and debtors-in-possession in the above-captioned, jointly administered chapter 11 bankruptcy cases (collectively, the "Debtors'), hereby submits this omnibus Objection and Request for Hearing pursuant to Local Bankruptcy Rule 2014-1(a)(4) with respect to the Notice of Setting Insider Compensation (the "Insider Compensation Notices") for Catherine Brandt [Docket No. 75], Kelly Holland [Docket No. 76] and Keith Whitworth [Docket No. 77].

In support of this omnibus Objection, the Committee respectfully represents as follows:

1. The Debtors filed their petitions for relief under chapter 11 of the Bankruptcy Code on January 11, 2018 (the "Petition Date").

2. These cases were consolidated for administrative purposes by the order of this court dated January 16, 2018.

3. On January 30, 2018, the Office of the United States Trustee filed a Notice of Appointment Official Committee of Unsecured Creditors [Docket No. 83], appointing (a) DVD Factory, Inc.; (b) LSC Communications US, LLC/Creek Printing; (c) TGG; (d) Miller Law Group; and (e) Palm Coast Data as members of the Committee (the "Committee Members"). On February 2, 2018, the Committee Members retained this Firm to act as their counsel subject to approval of this Court.

4. The Committee understands that there are concerns and issues regarding the Insiders and their compensation. The Committee objects to any payment until issues regarding the use of cash collateral and the duties of the Insiders have been addressed.

5. The Committee reserves its right to amend this Objection based on the outcome of certain upcoming hearings.

For the reasons discussed above, the Committee requests that the Court sustain its Objection to each of the Insiders Compensation Notices and prohibit the Debtors from paying the

Insiders until such time that the issues regarding cash collateral and the duties of the Insiders have been fully addressed.

Dated: February 6, 2018

RAINES FELDMAN LLP

By: /s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo
[Proposed] Attorneys for the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067


A true and correct copy of the foregoing document entitled (*specify*): **OMNIBUS OBJECTION TO NOTICES OF SETTING INSIDER COMPENSATION OF CATHERINE BRANDT, KELLY HOLLAND AND KEITH WHITWORTH; AND REQUEST FOR HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(a)(4)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 6, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/6/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**