

ORDER No. _____

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER _____

APPEAL?  ☐ Yes ☐ No

**TRANSCRIPT ORDER FORM**

APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Beth Ann R. Young           Attorney Bar# 143945
Law Firm: Levene, Neale, Bender, Yoo & Brill L.L.P.
Mailing Address: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**): John Berwick
Telephone: (310) 229-1234      E-mail: john@lnbyb.com
Bankruptcy Case #: 1:18-bk-10098-MB      Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 02/05/2018   Time: 1:00 PM
Debtor: Penthouse Global Media, Inc.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: M. Barash           Courtroom #: SV 303
**TRANSCRIBER:** Briggs Reporting      **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)         ☒ Entire Hearing
☐ 14 Days                    ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)         ☐ Testimony of Witness _____
☒ Daily (24 hours)           ☐ Other* _____  (name of witness)

*Special Instructions: Please email a copy of the transcript upon completion.

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____  Division: _____  Processed by: _____

**TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*