Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-217-4160

[proposed] Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| IN RE<br>    PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>                    Debtor.<br><br>In re:<br>    Penthouse Global Broadcasting, Inc.<br>    Penthouse Global Licensing, Inc.<br>    Penthouse Global Digital, Inc.<br>    Penthouse Global Publishing, Inc.<br>    GMI Online Ventures, Ltd.<br>    Penthouse Digital Media Productions, Inc.<br>    Tan Door Media, Inc.<br>    Penthouse Images Acquisitions, Ltd.<br>    Pure Entertainment Telecommunications, Inc.<br>    XVHUB Group, Inc.<br>    General Media Communications, Inc.<br>    General Media Entertainment, Inc.<br>    Danni Ashe, Inc.<br>    Streamray Studios, Inc.<br><br>        □ Affects All Debtors<br>        **X** Affects Penthouse Global Media, Inc.<br>        □ Affects<br>        □ Affects<br>        □ Affects<br>    □ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB<br>Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF DERMER BEHRENDT UNDER F.R.B.P. 2014**<br><br>**[No hearing set]** |

1

**1.     Name, address and telephone number of Professional submitting this Statement:**

Jeffrey D. Dermer
Dermer Behrendt ("DB")
13101 W. Washington Blvd, Ste 407
Los Angeles, California 90066
Tel. (310) 266-1075
FAX (310) 954-9194

**2.     The Services to be rendered by the professional in this case are (specify):**

Debtor seeks to retain DB as litigation counsel to perform legal services, including, but not limited to, the following:

(a)     Represent Company's CEO Kelly Holland in pre-existing litigation entitled <u>Slaughter et al v. Penthouse Global Media, Inc. et al</u>, United States District Court, Central District of California case # 2;17-CV-08105 ODW(KS)).  This matter was commenced by Donald Slaughter, Sr. ("Slaughter") and (his affiliated entity) SF Trust, LLC ("SFT") alleging various claims related to the operation of debtor's business including: the alleged wrongful termination of Slaughter, the alleged breach of a consulting agreement with SFT and various other California wage and hour claims. Debtor's CEO, Kelly Holland, has been named as a result of her discharge of her duties to the Company and requires independent counsel under California law.

(b)     Perform all other necessary legal services in connection with the scope of its retention as counsel for Debtor.

**3.     The Terms and source of the proposed compensation and reimbursement of the Professional are (specify):**

Services performed by Jeffrey D. Dermer shall be billed at $400 per hour.

DB agrees that its professional fees and costs shall be paid by the estate as an expense of administration subject to the approval of the Court and in conjunction with the guidelines of the Office of the United States Trustee.  DB has agreed to accept compensation as set forth above and in accordance with 11 U.S.C. §§ 330 and 331 which will be paid to DB after ten (10) days if no party objects, subject to a final fee application to this Court.

2

4. **The nature and terms of retainer (i.e., non refundable versus an advance against fees) held by the Professional are (specify):**

DB has not received the initial $5,000 retainer agreed to in a pre-petition retainer agreement entered into by Kelly Holland and DB.

5. **The investigation of disinterestedness made by the Professional prior to submitting this statement consisted of (specify):**

None of the attorneys practicing at DB, nor any persons who are employed by DB as legal assistants, are related to or have any connection with the judge in this case, Debtors, or creditors of the estates.

6. **The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.**

None of the attorneys practicing at DB, nor any persons who are employed by DB as legal assistants, are related to or have any connection with the judge in this case, Debtor, or creditors of the estate.

7. **The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows.**

Dermer is an unsecured creditor of Debtor with an asserted claim in the amount of $1,840.00. Dermer has declined an invitation to sit on the Committee of Unsecured Creditors.

8. **The Professional is not and was not an investment banker for any outstanding security of the debtor.**

This is correct.

9. **The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.**

This is correct.

s:\penthouse\employment apps\dermer\statement of disint. 2.2.18.docx

**10.** **The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer, or employee of the debtor or any investment banker for any security of the debtor.**

This is correct.

**11.** **The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows.**

There are no exceptions.

**12.** **Name, address and telephone number of the person signing the Statement on behalf of the Professional and relationship of such person to the Professional.**

Jeffrey D. Dermer
Dermer Behrendt
13101 W. Washington Blvd, Ste 407
Los Angeles, California 90066
Tel. (310) 266-1075
jeff@dermerbehrendt.com

**13.** **The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows.**

There are no exceptions.

**14.** **Total number of pages of supporting documentation.**

None.

**15.** **After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.**

Executed on the 1st day of February 2018, at Los Angeles, California.

Dated: February 1, 2018                                DERMER BEHRENDT

                                                       /S/ Jeffrey D. Dermer
                                                       Jeffrey D. Dermer
                                                       [proposed] Attorneys for Debtors and
                                                       Debtors in Possession