

ORDER No. _____

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER _____

APPEAL?  ☐ Yes ☐ No

**TRANSCRIPT ORDER FORM**

APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Beth Ann R. Young          Attorney Bar# 143945
Law Firm: Levene, Neale, Bender, Yoo & Brill L.L.P.
Mailing Address: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): John Berwick
Telephone: (310) 229-1234     E-mail: john@lnbyb.com
Bankruptcy Case #: 1:18-bk-10098-MB     Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 02/06/2018     Time: 9:30 AM
Debtor: Penthouse Global Media, Inc.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: M. Barash          Courtroom #: SV 303
**TRANSCRIBER:** Briggs Reporting          **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**     NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)          ☒ Entire Hearing
☐ 14 Days                     ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)          ☐ Testimony of Witness _____
☒ Daily (24 hours)            ☐ Other* _____  (name of witness)

*Special Instructions: Please email a copy of the transcript upon completion.

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___ ) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___ ) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____   Division: _____   Processed by: _____

**\*\*TRANSCRIBER INSTRUCTIONS**
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*