Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-245-3199

**FILED & ENTERED**

**FEB 07 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier    DEPUTY CLERK**

[Proposed] Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br>    PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>        Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With: |
| In re:<br>   Penthouse Global Broadcasting, Inc.<br>   Penthouse Global Licensing, Inc.<br>   Penthouse Global Digital, Inc.<br>   Penthouse Global Publishing, Inc.<br>   GMI Online Ventures, Ltd.<br>   Penthouse Digital Media Productions, Inc.<br>   Tan Door Media, Inc.<br>   Penthouse Images Acquisitions, Ltd.<br>   Pure Entertainment Telecommunications, Inc.<br>   XVHUB Group, Inc.<br>   General Media Communications, Inc.<br>   General Media Entertainment, Inc.<br>   Danni Ashe, Inc.<br>   Streamray Studios, Inc.<br><br>   ☒ Affects All Debtors<br>   ☐ Affects<br>   ☐ Affects<br>   ☐ Affects<br>   ☐ Affects<br>   ☐ See attached for additional Debtors | Case No. 1:18-bk-10099-MB<br>Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**ORDER CONTINGING HEARING ON MOTION FOR AUTHORITY TO ENTER INTO LICENSE AGREEMENT WITH ANDROCLES ENTERTAINMENT, PVY LTD. OUTSIDE THE ORDINARY COURSE OF BUSINESS**<br><br>Hearings<br>Date:    February 5, 2018    February 6, 2018<br>Time:    1:00 P.M.    9:30 A.M.<br>Ctrm:    303 |

At the time and place noted above, the Court conducted a hearing on the Motion for Authority to Enter into a License Agreement with Androcles Entertainment PTY, Ltd. ("Androcles") (the "Motion") [Dkt. No. 70]. Appearances are as noted on the record. The Court's findings of fact and conclusions of law stated on the record are incorporated by this reference. Having considered the evidence and argument offered in support of and against the Motion and good cause appearing, it is hereby ORDERED

1. The hearing on the Motion is continued to February 14, 2018 at 1:30 pm.

2. Debtor may file an amended License Agreement with Androcles prior to 12:01 a.m. on February 12, 2018.

####

Date: February 7, 2018

Martin R Barash
United States Bankruptcy Judge