Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-217-4160

[proposed] Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br><br>    PENTHOUSE GLOBAL MEDIA, INC., a<br>    Delaware corporation<br><br>               Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB |

| | |
|---|---|
| In re:<br>    Penthouse Global Broadcasting, Inc.<br>    Penthouse Global Licensing, Inc.<br>    Penthouse Global Digital, Inc.<br>    Penthouse Global Publishing, Inc.<br>    GMI Online Ventures, Ltd.<br>    Penthouse Digital Media Productions, Inc.<br>    Tan Door Media, Inc.<br>    Penthouse Images Acquisitions, Ltd.<br>    Pure Entertainment Telecommunications, Inc.<br>    XVHUB Group, Inc.<br>    General Media Communications, Inc.<br>    General Media Entertainment, Inc.<br>    Danni Ashe, Inc.<br>    Streamray Studios, Inc.<br><br>     **X** Affects All Debtors<br>     ☐ Affects<br>     ☐ Affects<br>     ☐ Affects<br>     ☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**STATEMENT OF DISINTERESTEDNESS**<br>**FOR EMPLOYMENT OF AKERMAN LLP**<br>**UNDER F.R.B.P. 2014**<br><br>**[No hearing set]** |

1

1.      **Name, address and telephone number of Professional submitting this Statement:**

Caroline H. Mankey
Akerman LLP ("Akerman")
601 West 5th Street, 3rd Floor
Los Angeles, California 90071
Tel. (213) 688-9500
FAX (213) 627-6342
caroline.mankey@akerman.com

2.      **The Services to be rendered by the professional in this case are (specify):**

Debtor seeks to retain Akerman as litigation counsel to perform legal services in pursuit of the

Debtor's claims in the lawsuit in the United States District Court against various defendants for

infringement of the Debtor's copyrights and trademarks and related claims in a case captioned *Penthouse*

*Global Media, Inc., et al. v. Guccione Collection, LLC, et al.*, Case No. 2:17-cv-04980-PA-FFM (the "IP

Action").

3.      **The Terms and source of the proposed compensation and reimbursement of the**

**Professional are (specify):**

Services performed by Caroline Mankey shall be billed at $495 per hour, services performed by

associates shall be billed at $350 per hour.  Paralegal time shall be billed at $175 per hour.

Akerman agrees that its professional fees and costs shall be paid by the estate as an expense of

administration subject to the approval of the Court and in conjunction with the guidelines of the Office of

the United States Trustee.  Akerman has agreed to accept compensation as set forth above and in

accordance with 11 U.S.C. §§ 330 and 331 which will be paid to Akerman after ten (10) days if no party

objects, subject to a final fee application to this Court.

4.      **The nature and terms of retainer (i.e., non refundable versus an advance against fees) held**

**by the Professional are (specify):**

Akerman has not received any pre-petition retainer for services in the IP Action.

5.      **The investigation of disinterestedness made by the Professional prior to submitting this**

**statement consisted of (specify):**

2

Akerman has 24 offices across the United States and approximately 700 attorneys. On February 1, 2018, Ms. Mankey sent an e-mail designated "High Importance" to all personnel in the firm asking to be notified if any employee or partner of the firm has any relationship with the Judge, Trustee, or Debtors in the Bankruptcy case, or if they hold any interest adverse to the estate of Debtors; are a creditor, equity security holder, or insider of the Debtors (other than a claim for Akerman's fees and costs); were a director/officer/employee of the Debtors within the last 2 years; or are materially adverse to the estate or its creditors by reason of any relationship with the Debtors. Ms. Mankey requested that notice of any such relationship or circumstance be provided to her no later than 5:00 p.m. Pacific Time on February 2, 2018. Ms. Mankey received numerous emails from Akerman employees confirming that no such relationship or circumstances exist. Ms. Mankey did not receive any notice that any Akerman employee had any such relationship or circumstance.

**6.     The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.**

None of the attorneys practicing at Akerman, nor any persons who are employed by Akerman as legal assistants or staff, are related to or have any connection with the judge in this case, Debtor, or creditors of the estate. Akerman previously represented Friendfinder Networks, Inc. in litigation adverse to Debtor Penthouse Global Media, Inc. in Chancery Court in Delaware. However, that litigation concluded prior to Akerman's representation of the Debtor.

**7.     The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows.**

The sole exception to this statement is that Akerman LLP is an unsecured creditor of Debtors with an asserted claim in the amount of $15,000.00.

**8.     The Professional is not and was not an investment banker for any outstanding security of the debtor.**

This is correct.

**9.     The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such**

3

an investment banker in connection with the offer, sale or issuance of any security of the debtor.

To the best of Ms. Mankey's knowledge and belief based on her inquiries and investigation, this is correct.

**10.**    **The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer, or employee of the debtor or any investment banker for any security of the debtor.**

This is correct.

**11.**    **The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows.**

There are no exceptions.

**12.**    **Name, address and telephone number of the person signing the Statement on behalf of the Professional and relationship of such person to the Professional.**

Caroline H. Mankey
Akerman LLP
601 West 5th Street, 3rd Floor
Los Angeles, California 90071
Tel. (213) 688-9500
caroline.mankey@akerman.com

**13.**    **The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows.**

There are no exceptions.

**14.**    **Total number of pages of supporting documentation.**

None.

**15.**    **After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.**

Executed on the 8th day of February 2018, at Los Angeles, California.

4

1  Dated:  February 8, 2018                          AKERMAN LLP

2                                                    /S/ Caroline H. Mankey
                                                     Caroline H. Mankey
3                                                    [proposed] Attorneys for Debtors and
                                                     Debtors in Possession
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s:\penthouse\employment apps\akerman\akerman statement of disinterestedness (bankruptcy).docx
44040424;1