1  Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
2  Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
3  WEISS & SPEES, LLP
1925 Century Park East, Suite 650
4  Los Angeles, CA 90067-2701
5  Telephone: 424-245-3100
Facsimile: 424-245-3199
6

7  Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

8                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
9                     SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| 10 IN RE<br><br>11    PENTHOUSE GLOBAL MEDIA, INC., a<br>     Delaware corporation<br><br>12                      Debtor.<br>13 | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB |
| 14 In re:<br>     Penthouse Global Broadcasting, Inc.<br>15   Penthouse Global Licensing, Inc.<br>     Penthouse Global Digital, Inc.<br>16   Penthouse Global Publishing, Inc.<br>     GMI Online Ventures, Ltd.<br>17   Penthouse Digital Media Productions, Inc.<br>     Tan Door Media, Inc.<br>18   Penthouse Images Acquisitions, Ltd.<br>19   Pure Entertainment Telecommunications, Inc.<br>     XVHUB Group, Inc.<br>20   General Media Communications, Inc.<br>     General Media Entertainment, Inc.<br>21   Danni Ashe, Inc.<br>22   Streamray Studios, Inc.<br><br>23       X Affects All Debtors<br>         □ Affects<br>24       □ Affects<br>         □ Affects<br>25       □ Affects<br>26   □ See attached for additional Debtors<br>27<br>28 | Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**DEBTORS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF ADAM LEVIN, PAUL ABRAMOWITZ AND ROBERT RICHARDSON**<br><br>Hearing:<br>Date:      February 14, 2018<br>Time:      1:30 P.M.<br>Place:     Room 303<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA |

Case No. 1:18-bk-10098-MB
s:\penthouse\dream media - exworks\mfrfs\evidentiary objections docx.docx

Debtors Penthouse Global Media, Inc., a Delaware corporation, Penthouse Global Broadcasting, Inc. Penthouse Global Licensing, Inc. Penthouse Global Digital, Inc. Penthouse Global Publishing, Inc. ("Debtors") submit the following evidentiary objections to the Declarations of Adam Levin [Dkt. No. 59 at pp. 222-23], Paul Abramowitz [Dkt. Nos. 59 and 61] and Robert Richardson [Dkt. No. 62] filed in support of the Motion for Relief from Stay filed by Dream Media Corporation ("DMC") [Dkt Nos. 59]:

## I.    GLOBAL OBJECTION

Debtors object to the entirety of each of the Declarations as hearsay.  FRE 802.  As such, Debtors request that each of the declarants be present at the hearing on the Motion at the time and stated above for cross-examination.  If such declarants are unavailable, the hearing should be continued until such time as they can be present in the Court.  LBR 9013-1(i)(1).

## II.    FURTHER OBJECTIONS TO DECLARATION OF ADAM LEVIN

| Testimony | Objection |
|---|---|
| ¶ 3.    As part of Dream Media's acquisition of the ExWorks Loan Assignment, I valued the Debtors' assets which comprise the Collateral subject to the Security Agreement.  Part of my analysis included the fact that in 2016, PMGI acquired all of the assets of the Penthouse Group of Companies for the sum of $6,500,000, which was fund [sic] by the Loans made by ExWorks, leaving the balance of those Loans for closing costs and working capital.  In or about 2016, the purchase price paid by PMGI approximated the total value of the Collateral | This opinion of value lacks foundation under FRE 702 because Mr. Levin has no specialized valuation expertise. |
| ¶5.    Shortly after Debtors' acquisition of the Collateral in 2016, Debtors sold a large portion of the assets through that certain Club License | This opinion of value lacks foundation under FRE 702 because Mr. Levin has no specialized valuation expertise. |

| | |
|---|---|
| 1  Transaction reflected in the Second Amendment to | |
| 2  Loan Agreement, thereby reducing the Debtors' | |
| 3  asset pool by the sum of at least $2,000,000, and | |
| 4  also reducing the cash flow of the company by the | |
| 5  sum of $1,500,000 annually; and by extension, | |
| 6  reducing the value of the Collateral as well. I | |
| 7  believe that these assets sold through the Club | |
| 8  License Transaction were the most valuable part of | |
| 9  Debtors' company. | |
| 10  ¶6.    In addition to the foregoing, since | This opinion of value lacks foundation |
| 11  the acquisition and inception of the Loans, PMGI | under FRE 702 because Mr. Levin has no |
| 12  has reported losses in excess of $2,000,000, which | specialized valuation expertise. |
| 13  was funded with the assets of the company, | |
| 14  adversely impacting the value of the Collateral. | |
| 15  Based upon the nature of the remaining Collateral, | |
| 16  I believe that the fair market value is estimated to | |
| 17  be less than $6,000,000. | |
| 18  ¶7.    It is also my opinion that the | This opinion of value lacks foundation |
| 19  Collateral continues to decline in value because of | under FRE 702 because Mr. Levin has no |
| 20  Debtors' mismanagement as evidenced by the | specialized valuation expertise. |
| 21  Debtors' prior fraud and on-going losses, as well as | |
| 22  Debtors' inability to operate its businesses | |
| 23  effectively, and the Debtors' lack of financial | |
| 24  resources to protect and preserve the Collateral | |

25

26  / / /

27  / / /

28

1        Respectfully submitted,

2    Dated:  February 8, 2018                          WEISS & SPEES, LLP
                                                        /s/*Michael H. Weiss*
3                                                       ─────────────────────
                                                        Michael H. Weiss
4                                                       [Proposed] Attorneys for Debtors and Debtors in
                                                        Possession Penthouse Global Media, Inc. et al.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1925 Century Park East, suite 650, Los Angeles, CA 90069

A true and correct copy of the foregoing document entitled:
**DEBTORS' EVIDENTIARY OBJECTIONS TO DECLARATIONS OF ADAM LEVIN, PAUL ABRAMOWITZ AND ROBERT RICHARDSON**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

X   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 8, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 9, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Messenger: Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

**ECF 2.7.18**

James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Krikor J Meshefejian    kjm@lnbrb.com

Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Aram Ordubegian    ordubegian.aram@arentfox.com

Hamid R Rafatjoo    hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross    margaux.ross@usdoj.gov

Michael St James    ecf@stjames-law.com

Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com

Christopher K.S. Wong    christopher.wong@arentfox.com

Beth Ann R Young    bry@lnbyb.com

**U.S. Mail Per ECF 2.7.18**

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd.
Suite 250
Sherman Oaks, CA 91403

Robert M Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Mark Mintz
Jones Walker LLP
201 St Charles Avenue, Ste 5100
New Orleans, LA 70170-5100