1  Michael H. Weiss (State Bar Number 107481)
   mw@weissandspees.com
2  Laura J. Meltzer (State Bar Number 151889)
   lm@weissandspees.com
3  WEISS & SPEES, LLP
4  1925 Century Park East, Suite 650
   Los Angeles, CA 90067-2701
5  Telephone: 424-245-3100
   Facsimile: 424-245-3199
6
7  [Proposed] Attorneys for Debtors and Debtors in Possession
   Penthouse Global Media, Inc. et al.

8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9              SAN FERNANDO VALLEY DIVISION

10 | IN RE                                    | Case No. 1:18-bk-10098-MB
   |     PENTHOUSE GLOBAL MEDIA, INC., a       |
11 |     Delaware corporation                 | Chapter 11
   |                                           | Jointly Administered With:
12 |              Debtor.                      |
   |                                           | Case No. 1:18-bk-10099-MB
13 |                                           | Case No. 1:18-bk-10101-MB
   | In re:                                    | Case No. 1:18-bk-10102-MB
14 |     Penthouse Global Broadcasting, Inc.   | Case No. 1:18-bk-10103-MB
15 |     Penthouse Global Licensing, Inc.      | Case No. 1:18-bk-10104-MB
   |     Penthouse Global Digital, Inc.        | Case No. 1:18-bk-10105-MB
16 |     Penthouse Global Publishing, Inc.     | Case No. 1:18-bk-10106-MB
   |     GMI Online Ventures, Ltd.             | Case No. 1:18-bk-10107-MB
17 |     Penthouse Digital Media Productions, Inc. | Case No. 1:18-bk-10108-MB
   |     Tan Door Media, Inc.                  | Case No. 1:18-bk-10109-MB
18 |     Penthouse Images Acquisitions, Ltd.   | Case No. 1:18-bk-10110-MB
19 |     Pure Entertainment Telecommunications, Inc. | Case No. 1:18-bk-10111-MB
   |     XVHUB Group, Inc.                     | Case No. 1:18-bk-10112-MB
20 |     General Media Communications, Inc.    | Case No. 1:18-bk-10113-MB
   |     General Media Entertainment, Inc.     |
21 |     Danni Ashe, Inc.                      | STIPULATION FOR USE OF CASH
   |     Streamray Studios, Inc.               | COLLATERAL AND ADEQUATE
22 |                                           | PROTECTION THROUGH JANUARY 26,
   |     ☒ Affects All Debtors                 | 2018
23 |     ☐ Affects                             |
   |     ☐ Affects                             |
24 |     ☐ Affects                             |
   |     ☐ Affects                             |
25 |     ☐ See attached for additional Debtors |
26
27
28

This stipulation for the Use of Cash Collateral and Adequate Protection is made by and between the undersigned parties by and through their respective counsel and is made with reference to the following facts:

A.    Debtors filed their petitions on January 11, 2018 (the "Petition Date");

B.    Debtors filed their Motion For Order Approving Maintenance of Existing Bank Accounts seeking to keep certain pre-petition accounts open to accept deposits. [Dkt. No. 41].

C.    The Court entered its order granting that motion on January 26, 2018 (the "Account Order"). [Dkt. No. 65].

D.    Under the Account Order, Debtors are allowed to accept deposits in to its prepetition account maintained at East-West Bank, Account XXXXX9062 ("Account 9062") because that account receives deposits from certain overseas parties and changing accounts would disrupt the flow of payments.

E.    Prior to the Petition Date and pursuant to certain loan agreements, ExWorks Capital Fund I, L.P. ("ExWorks") was allowed to "sweep" Account 9062, XXXXX 9047 (Account 9047) and XXXXX9054 ("Account 9054"), on a daily basis.

F.    ExWorks transferred its rights against Debtors under said loan agreements to Dream Media Corporation ("DMC") on or about November 21, 2017.

G.    DMC claims that it has a lien in the monies deposited into Accounts 9047, 9054 and 9062.

H.    Accounts 9054 and 9047 have been inactive prior to the Petition Date.

I.    Through January 26, 2018, DMC had consented to the use of $176,607.72 in cash collateral. DMC has not consented to use of cash collateral after this date.

J.    From Petition Date through January 26, 2018, DMC or ExWorks swept $29,900.32 from Account 9062 (the "Sweeps").

K.    From January 27, 2018 through February 2, 2018, DMC or ExWorks has swept $5,383.36 from Account 9062, although DMC was under the impression that the sweeps had been terminated on or about January 25, 2018.

L.    Debtors were unable to close Account 9047, 9054 and 9062 without the consent of either

Case No. 1:18-bk-10098-MB                2

DMC or ExWorks, which consent DMC provided to Debtors through their counsel on January 25, 2018.

NOW THEREFORE, the undersigned parties agree as follows:

1. DMC does not consent to any further use of cash collateral absent further order of the Court.

2. DMC is allowed to retain the sums swept from Account 9062 prior to January 26, 2018 as adequate protection of Debtors' use of cash collateral through that date. However, DMC does not contend that the Sweeps constitute "adequate protection" for Debtors' prior use of cash collateral.

3. Debtors shall establish a new cash collateral account (the "New Account") into which all sums from Account 9062 shall be swept on a daily basis.

4. Any lien of DMC in the funds deposited into Account 9062 and swept into the New Account shall be subject to DMC's lien.

5. All funds collected by either DMC or ExWorks from Account 9062 after January 26, 2018, a sum of $5,386.36, shall be returned to Debtors, which shall deposit said funds into the New Account.

6. DMC and ExWorks consent to the closing of Accounts 9047 and 9054.

7. Nothing herein represents consent by DMC to any further use of its cash collateral by Debtors.

8. Nothing herein waives any right of any party to object to DMC's claims against Debtors or its lien upon the assets of Debtor.

[signatures on the following page]

1   Dated:  February 9, 2018                       WEISS & SPEES, LLP
                                                   /s/ *Michael H. Weiss*
2                                                  Michael H. Weiss
                                                   [Proposed] Attorneys for Debtors and Debtors in
3                                                  Possession, Penthouse Global Media, Inc. et al.

4   Dated:  February **9**, 2018                   Levene, Neale, Bender, Yoo & Brill L.L.P.

5
                                                   By:
6                                                  Beth Ann R. Young
7                                                  Attorneys for Dream Media Corporation

8   Dated:  February ___, 2018                     Raines Feldman, LLP

9
                                                   By:_____
10                                                 Hamid R. Rafatjoo
                                                   [Proposed] Attorneys for Official Creditors
11                                                 Committee

12

13

14

15

16

17

18                                                        .

19

20

21

22

23

24

25

26

27

28

Case No. 1:18-bk-10098-MB                          4

1   Dated:  February 12, 2018                    WEISS & SPEES, LLP
                                                 /s/ *Michael H. Weiss*
2                                                Michael H. Weiss
                                                 [Proposed] Attorneys for Debtors and Debtors in
3                                                Possession, Penthouse Global Media, Inc. et al.

4   Dated:  February ___, 2018                   Levene, Neale, Bender, Yoo & Brill L.L.P.

5

6                                                By:_____
                                                 Beth Ann R. Young
7                                                Attorneys for Dream Media Corporation

8   Dated:  February ___, 2018                   Raines Feldman, LLP

9

10                                               By: /S/ Hamid R. Rafatjoo
                                                 Hamid R. Rafatjoo
11                                               [Proposed] Attorneys for Official Creditors
                                                 Committee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1925 Century Park East, suite 650, Los Angeles, CA 90069

A true and correct copy of the foregoing document entitled:
**STIPULATION FOR USE OF CASH COLLATERAL AND ADEQUATE PROTECTION THROUGH JANUARY 26, 2018**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 12, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Overnight: Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/12/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|-----------|------------------|----------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ECF 2.18.18**

- **James A Dumas**    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Aram Ordubegian**    ordubegian.aram@arentfox.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **Michael St James**    ecf@stjames-law.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**    mw@weissandspees.com, lm@weissandspees.com
- **Christopher K.S. Wong**    christopher.wong@arentfox.com
- **Beth Ann R Young**    bry@lnbyb.com