

**FILED & ENTERED**

**FEB 26 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Reaves    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Media, Inc.<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Lead Case No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly administered with Case Nos.<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEBTORS' MOTION TO APPROVE POST-PETITION FINANCING AND TO ASSUME EXECUTORY CONTRACT [DKT. 181]**<br><br>Hearing on the Motion<br>Date: February 27, 2018<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>       21041 Burbank Blvd<br>       Woodland Hills, CA 91367 |

**ORDER SETTING BRIEFING SCHEDULE**

The Court held a chapter 11 status conference in the above-captioned case on February 21, 2018, at 10:00 a.m. Appearances are reflected in the record of the hearing. The debtors in the above-captioned jointly administered cases (collectively, the "Debtors") indicated that they were negotiating an agreement to obtain post-petition financing, and they anticipated filing a motion thereon by February 23, 2018 (the "DIP Motion"). The Court specially set a hearing on the DIP Motion for February 27, 2018, at 2:30 p.m., ordered the Debtors to file the DIP Motion by February 23, 2018, and indicated that any opposition would be due the day before the hearing. Debtors filed the DIP Motion on February 23, 2018. Dkt. 181.

**IT IS HEREBY ORDERED THAT:**

1. The Court will conduct a hearing on the DIP Motion on February 27, 2018, at 2:30 p.m. (PST).

2. Any opposition to the DIP Motion shall be filed and served no later than February 26, 2018, at 6:00 p.m. (PST).

3. Any reply to opposition shall be filed and served no later than February 27, 2018, at 11:00 a.m. (PST).

### #

Date: February 26, 2018

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge