Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-217-4160

Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc. et al.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br>　　PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>　　　　　　Debtor.<br><br>In re:<br>　Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc. GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc., Tan Door Media, Inc. Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc., XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc. Streamray Studios, Inc.,<br><br>　　[X] Affects All Debtors<br>　　　☐ Affects:<br>　　　☐ Affects<br>　　　☐ Affects<br>　　　☐ Affects<br>　　　☐ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**AMENDED NOTICE OF HEARING DATE RE OBJECTION TO CLAIM OF DREAM MEDIA CORPORATION AS ASSIGNEE OF EXWORKS CAPITAL FUND I LTD [DKT. NO. 196]**<br><br>Hearing:<br>Date:　　May 1, 2018<br>Time:　　1:30 a.m.<br>Place:　　Room 303<br>　　　　　21041 Burbank Blvd.<br>　　　　　Woodland Hills, CA |

PLEASE TAKE NOTICE that the hearing on the Objection to Claim of Dream Media Corporation as Assignee of ExWorks Capital Fund I Ltd [Dkt No. 196] will be held on May 1, 2018 at 1:30 p.m. in Courtroom 303, United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367.

Dated: February 27, 2018

WEISS & SPEES, LLP

/S/ Michael H. Weiss
Michael H. Weiss
Attorneys for Debtors and Debtors in Possession Penthouse Global Media, Inc. et al.

2