| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael H. Weiss (State Bar Number 107481)<br>mw@weissandspees.com<br>WEISS & SPEES, LLP<br>1925 Century Park East, Suite 650<br>Los Angeles, CA 90067-2701<br>Telephone: 424-245-3100<br>Facsimile: 424-245-3199 | |
| ☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>PENTHOUSE GLOBAL MEDIA, INC., et al., | CASE NO.: 1:18-bk-10098-MB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 05/01/2018<br>TIME: 1:30 pm<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd.<br>Woodland Hills, CA 91364 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any):* <u>DREAM MEDIA CORPORATION AND ITS COUNSEL LEVENE NEIL BENDER YOO & BRILL, LLP</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #<u>N/A</u>) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: <u>02/27/2018</u>

<u>WEISS & SPEES, LLP</u>
Printed name of law firm

<u>/S/ MICHAEL H. WEISS</u>
Signature

Date Notice Mailed: <u>02/27/2018</u>

<u>MICHAEL H. WEISS</u>
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/27/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/28/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Overnight: Dream Media Corporation, c/o Vcorp Services, LLC, 1013 Centre Road, Suite 403-B, Wilmington, DE 19805

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 3007-1.1.NOTICE.OBJ.CLAIM

**ECF 2.26.18**

James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
David W. Meadows    david@davidwmeadowslaw.com
Krikor J Meshefejian    kjm@lnbrb.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Christopher K.S. Wong    christopher.wong@arentfox.com
Beth Ann R Young    bry@lnbyb.com