**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

[Proposed] Attorneys for the Official
Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No. 1:18-bk-10098-MB

Chapter 11

Jointly Administered with: Case Nos.
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE EMPLOYMENT OF RAINES FELDMAN LLP AS COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2018**

[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1(b)(1)]

The Honorable Martin R. Barash

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS AND THEIR COUNSEL OF RECORD, SECURED CREDITORS AND THEIR COUNSEL OF RECORD AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") for Penthouse Global Media, Inc., along with all of the other fourteen jointly administered affiliated entities, the chapter 11 debtors and debtors-in-possession in the above-captioned, jointly administered chapter 11 bankruptcy cases (collectively, the "Debtors'), has submitted an Application of the Official Committee of Unsecured Creditors to Approve Employment of Raines Feldman LLP as Counsel Nunc Pro Tunc as of February 2, 2018 (the "Application") to the United States Trustee and the United States Bankruptcy Court. In the Application, the Committee seeks authority to employ Raines Feldman LLP ("RF" or the "Firm") as its bankruptcy counsel. Information on the Firm can be found on the Firm's website, at www.raineslaw.com.

**PLEASE TAKE FURTHER NOTICE** that that by the Application, the Committee seeks Court approval of the proposed employment of the Firm to, among other things, render the following services to the Committee: (a) assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of these cases; (b) assist, advise and represent the Committee in analyzing Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings; (c) assist, advise and represent the Committee in any manner relevant to reviewing and determining Debtors' rights and obligations under leases and other executory contracts; (d) assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and Debtors' financial condition, Debtors' business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a chapter 11 plan; (e) assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization; (f) assist, advise and represent the Committee on any issues concerning the appointment of a trustee or examiner

1  under Section 1104 of the Bankruptcy Code; (g) assist, advise and represent the Committee in the
2  performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules
3  and in the performance of such other services as are in the interests of those represented by the
4  Committee; (h) assist, advise and represent the Committee in the evaluation of claims and on any
5  litigation matters; (i) advise and represent the Committee members with respect to their duties to
6  the estates and other creditors; (j) assist, advise and represent the Committee with regard to
7  motions and other developments in this case; (k) assist, advise and represent the Committee with
8  respect to matters and proceedings in this case that may impact the treatment of and recovery by
9  general unsecured creditors; and (l) assist, advise and represent the Committee regarding such
10 other matters and issues as may be necessary or requested by the Committee in connection with
11 the administration of these cases.

12 **PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ RF with
13 reasonable fees to be determined by the Court in accordance with Sections 330 and 331 of the
14 Bankruptcy Code. No compensation will be paid to the Firm except upon application to, and
15 approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer
16 in these cases. Neither the Committee nor any of its members (or their representatives) are or will
17 be liable for any fees or costs incurred by RF in its representation of the Committee. A list of
18 RF's professionals most likely to work on these bankruptcy cases and their current hourly rates
19 are contained in the Application. In addition, certain disclosures are contained in the Application
20 and accompanying statement of disinterestedness as set for the in the Declaration of Hamid R.
21 Rafatjoo attached to the Application.

22 **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 327 of the Bankruptcy
23 Code and Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for
24 the Central District of California (the "Local Rules"), a hearing is not required in connection with
25 the Application unless requested by the United States Trustee, a party in interest, or otherwise
26 order by the Court. Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed
27 Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1)
28 and must be filed and served on the Committee, its proposed counsel, and the Office of the United

States Trustee no later than fourteen (14) days from the date of service of this notice. A complete copy of the Application may be obtained from the Clerk of the Bankruptcy Court, or by contacting Bambi Clark, Paralegal, at Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor, Los Angeles, California 90067, T: (310) 440-4100, email: bclark@raineslaw.com.

Dated: March 1, 2018      RAINES FELDMAN LLP

By:     /s/ Hamid R. Rafatjoo
    Hamid R. Rafatjoo
    Attorneys for the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067


A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE EMPLOYMENT OF RAINES FELDMAN LLP AS COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2018**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/1/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 1, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 3/1/2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/1/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

**SERVED VIA U.S. MAIL**

<u>SECURED CREDITORS</u>

EXWORKS Capital Funds LLP
Robert Richardson
333 W Wacker Drive, Suite 1620
Chicago, IL 60606

DREAM MEDIA Corporation
Adam Levin
10990 Wilshire Blvd. Penthouse
Los Angeles, CA 90024

<u>CREDITORS COMMITTEE</u>

DVD Factory
Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creek Printing
Dan Pevonka
4101 Winfield Road
Warrenville, IL 60666

TGG
Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Miller Law Group
Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Palm Coast Data
Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164


**SERVED VIA OVERNIGHT MAIL**

The Honorable Martin Barash
United States Bankruptcy Court
21041 Burbank Blvd., Suite
Woodland Hills, CA 91367