RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for Dream Media Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>　　　　　　　　　　　　Debtor.<br>_____<br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>　　　　　　　　　　　　Debtors.<br><br>  X   Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>STIPULATION FOR USE OF CASH COLLATERAL PENDING DESIGNATION OF CHAPTER 11 TRUSTEE<br><br>Date:    March 1 , 2018 |

This stipulation for the Use of Cash Collateral is made by and between the undersigned parties by and through their respective counsel and is made with reference to the following facts:

A. Debtors filed their petitions on January 11, 2018 (the "Petition Date");

B. On or about January 29, 2018, Debtors filed their Motion For Authority to Use Cash Collateral. [Dkt. No. 71].

C. Following a series of hearings and grant of interim use of cash collateral, on February 28, 2018, the Court denied the Debtors' Motion for Authority to Use Cash Collateral. [Dkt. No. 220].

D. On February 28, 2018, the Court announced from the bench its Order that a Chapter 11 Trustee be appointed in these jointly administered Chapter 11 bankruptcy cases.

E. The United States Trustee's Office is preparing the Order Directing the United States Trustee to Appoint a Chapter 11 Trustee and is also interviewing potential candidates to serve as the Chapter 11 Trustee in these jointly administered Chapter 11 bankruptcy cases.

F. The Debtors have advised Dream Media Corporation that they have a critical need for use of cash collateral to make certain payments set forth on Exhibit "A" attached hereto, in the aggregate sum of $118,125.54.

G. Pending the designation of the Chapter 11 Trustee and the Court's entry of the Order Appointing Chapter 11 Trustee, in full reservation of rights regarding adequate protection, Dream Media Corporation consents to Debtors' use of cash collateral in the sum of $118,125.54 for the payments set forth on Exhibit "A."

H. The Parties support the use of cash collateral in this instance, in order to protect and preserve the Debtors' estate pending the designation of the Chapter 11 Trustee and entry of the Order Appointing Chapter 11 Trustee, which the Parties hope will be imminent.

**IT IS SO STIPULATED.**

Dated:  March 1, 2018                                    Levene, Neale, Bender, Yoo & Brill L.L.P.


                                                         By:       */s/ Beth Ann R. Young*
                                                              Ron Bender
                                                              Beth Ann R. Young
                                                         Attorneys for Dream Media Corporation


Dated:  March 1, 2018                                    Raines Feldman, LLP


                                                         By: _____
                                                         Hamid R. Rafatjoo
                                                         [Proposed] Attorneys for Official Creditors
                                                         Committee


Dated:  March 1, 2018                                    WEISS & SPEES, LLP


                                                         _____
                                                         Michael H. Weiss
                                                         Attorneys for Debtors


No objection:

Office of the United States Trustee

_____
By: Margaux Ross

3

**IT IS SO STIPULATED.**

Dated: March 1, 2018

Levene, Neale, Bender, Yoo & Brill L.L.P.

By: /s/ *Beth Ann R. Young*
Ron Bender
Beth Ann R. Young
Attorneys for Dream Media Corporation

Dated: March 1, 2018

Raines Feldman, LLP

By: *[signature]*
Hamid R. Rafatjoo
[Proposed] Attorneys for Official Creditors Committee

Dated: March 1, 2018

WEISS & SPEES, LLP

*[signature]*
Michael H. Weiss
Attorneys for Debtors

No objection:

Office of the United States Trustee

*[signature]*
By: Margaux Ross

3

# EXHIBIT "A"

| Critical Cash needs March1 | | | |
|---|---|---|---|
| | PUBLISHING | | |
| | Clark Distribution Systems, Inc. | Freight Magazine | $4,114.42 |
| | Palm Coast Data LLC | Postage Mag Subscriptions | $1,500.00 |
| | Palm Coast Data LLC | PH/Mag-Letters Subscription services | $11,363.00 |
| | USPS postage | Subscription postage PHMag and Letters | $7,500.00 |
| | Willett Associates-Freight | Freight magazine | $4,250.00 |
| TOTAL PUBLISHING | | | $28,727.42 |
| | BROADCAST | | |
| | Mile High | Movie contents | $18,500.00 |
| TOTAL BROADCAST | | | $18,500.00 |
| | MEDIA | | |
| | AT&T - IL - # 831-000-6522 306 | Telecom cable for movie | $2,576.00 |
| | Cal Choice Marsh - | Health insurance March | $26,836.12 |
| | Choice builder | Health/dental insurance | $1,990.00 |
| | Eli B. Dubrow | RENT | $39,315.00 |
| | Verizon Digital Media Services | Live Streaming Service | $181.00 |
| TOTAL MEDIA | | | $70,898.12 |
| | | | |
| PAYMENT EXPENSE TOTAL | | | $118,125.54 |
| | | | |
| CASH IN BANK at March 1st 10 AM | | | $138,437.23 |
| Cash in hand after payment | | | $20,311.69 |

Main Document    Page 7 of 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION FOR USE OF CASH COLLATERAL PENDING DESIGNATION OF CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **March 1, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Served By Personal Delivery*
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 1, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  **F 9013-3.1.PROOF.SERVICE**