RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for Dream Media Corporation

**FILED & ENTERED**

**MAR 01 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>          Debtor.<br>_____<br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>          Debtors.<br><br> X Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>ORDER APPROVING STIPULATION FOR USE OF CASH COLLATERAL PENDING DESIGNATION OF CHAPTER 11 TRUSTEE<br><br>Date:  March 1 , 2018 |

1  Upon the Court's review and consideration of the Stipulation for the Use of Cash

2  Collateral Pending Designation of Chapter 11 Trustee (the "Stipulation") [Docket No. 225], and

3  for good cause appearing thereon:

4      1.  The Stipulation is approved in its entirety.

5      2.  Debtors may use cash collateral in the sum of $118,125.54 for the payments set

6          forth on Exhibit "A" to the Stipulation.

7

8

9                                    # # #

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: March 1, 2018

                                        _Martin R. Barash_
25                                      _____
                                        Martin R Barash
26                                      United States Bankruptcy Judge

27

28