United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 18-10098-MB
Penthouse Global Media, Inc.                                                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin                Page 1 of 2                Date Rcvd: Feb 27, 2018
                              Form ID: pdf042            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db             +Penthouse Global Media, Inc.,    8944 Mason Ave.,    Chatsworth, CA 91311-6107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              Alan I Nahmias    on behalf of Interested Party     Courtesy NEF anahmias@mbnlawyers.com,
               jdale@mbnlawyers.com
              Allan B Gelbard    on behalf of Other Professional Allan B. Gelbard xxxesq@aol.com,
               Allan@GelbardLaw.com
              Aram  Ordubegian    on behalf of Creditor    LSC Communications US, LLC  / Creel Printing
               ordubegian.aram@arentfox.com
              Beth Ann R Young    on behalf of Creditor     Interested Party bry@lnbyb.com
              Beth Ann R Young    on behalf of Creditor     Dream Media Corporation bry@lnbyb.com
              Cathy  Ta    on behalf of Interested Party     Penthouse Clubs Worldwide, LLC cathy.ta@bbklaw.com,
               Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
              Christopher K.S.  Wong    on behalf of Creditor    LSC Communications US, LLC  / Creel Printing
               christopher.wong@arentfox.com
              David W. Meadows    on behalf of Interested Party     Courtesy NEF david@davidwmeadowslaw.com
              Hamid R Rafatjoo    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors hrafatjoo@raineslaw.com,    bclark@raineslaw.com;cwilliams@raineslaw.com
              Howard  Steinberg    on behalf of Creditor     Greenberg Traurig, LLP steinbergh@gtlaw.com,
               pearsallt@gtlaw.com;laik@gtlaw.com
              James A Dumas, Jr    on behalf of Creditor     Penthouse Global Broadcasting, Inc.
               jdumas@dumas-law.com,    jdumas@ecf.inforuptcy.com
              James A Dumas, Jr    on behalf of Creditor     NOA Productions SPRL jdumas@dumas-law.com,
               jdumas@ecf.inforuptcy.com
              Krikor J Meshefejian    on behalf of Creditor     Interested Party kjm@lnbrb.com
              Michael  St James    on behalf of Interested Party Michael  St. James ecf@stjames-law.com
              Michael  St James    on behalf of Creditor     Interested Party ecf@stjames-law.com
              Michael H Weiss    on behalf of Debtor     Penthouse Global Digital, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     Tan Door Media, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     XVHUB Group, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     Penthouse Digital Media Productions, Inc.
               mw@weissandspees.com,    lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     GMI Online Ventures, Ltd. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     Danni Ashe, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     General Media Entertainment, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     General Media Communications, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor     Penthouse Global Media, Inc. mw@weissandspees.com,
               lm@weissandspees.com

```
District/off: 0973-1           User: admin              Page 2 of 2                 Date Rcvd: Feb 27, 2018
                               Form ID: pdf042          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael H Weiss    on behalf of Debtor    Pure Entertainment Telecommunications, Inc. fka For Your
               Ears Only, Ltd. mw@weissandspees.com,    lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Streamray Studios, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Broadcasting, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Publishing, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Images Acquisitions, Ltd. mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Attorney   Weiss & Spees, LLP mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Licensing, Inc. mw@weissandspees.com,
               lm@weissandspees.com
              S Margaux Ross    on behalf of U.S. Trustee    United States Trustee (SV) margaux.ross@usdoj.gov
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 33
```

Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-245-3199

Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc., et al.

**FILED & ENTERED**

**FEB 27 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| IN RE<br>   PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>               Debtor.<br><br>In re:<br>   Penthouse Global Broadcasting, Inc.<br>   Penthouse Global Licensing, Inc.<br>   Penthouse Global Digital, Inc.<br>   Penthouse Global Publishing, Inc.<br>   GMI Online Ventures, Ltd.<br>   Penthouse Digital Media Productions, Inc.<br>   Tan Door Media, Inc.<br>   Penthouse Images Acquisitions, Ltd.<br>   Pure Entertainment Telecommunications, Inc.<br>   XVHUB Group, Inc.<br>   General Media Communications, Inc.<br>   General Media Entertainment, Inc.<br>   Danni Ashe, Inc.<br>   Streamray Studios, Inc.<br><br>   **X** Affects All Debtors<br>   ☐ Affects<br>   ☐ Affects<br>   ☐ Affects<br>   ☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB<br>Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**ORDER GRANTING INTERIM USE OF CASH COLLATERAL THROUGH FEBRUARY 27, 2018 AND CONTINUING HEARING RE SAME**<br><br>Hearing:<br>Date:    February 21, 2018<br>Time:   10:00 A.M.<br>Place:   Room 303<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA |

At the time and place noted above, the Court conducted a hearing on Debtors' Motion for Order: (A) Granting (I) Use of Cash Collateral, (Ii) Adequate Protection, and (Iii) Other Related Relief: and (B) Establishing a Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Motion") [Dkt. No. 71]. Appearances are as noted on the record.

The Court adopts its findings of fact and conclusions of law as stated on the record at the conclusion of the hearing. Having considered the evidence and argument offered in support of and against the Motion and good cause appearing, it is hereby ORDERED:

1. Debtors are hereby granted interim use of cash collateral for the purposes making payroll in the amount of $72,622.39

2. The hearing on the Motion for interim use of cash collateral is continued to February 27, 2018 at 2:30 p.m.

####

Date: February 27, 2018

Martin R Barash
United States Bankruptcy Judge

2

Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-245-3199

Attorneys for Debtors and Debtors in Possession
Penthouse Global Media, Inc., et al.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br>　　PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>　　　　　　　Debtor.<br><br>In re:<br>　　Penthouse Global Broadcasting, Inc.<br>　　Penthouse Global Licensing, Inc.<br>　　Penthouse Global Digital, Inc.<br>　　Penthouse Global Publishing, Inc.<br>　　GMI Online Ventures, Ltd.<br>　　Penthouse Digital Media Productions, Inc.<br>　　Tan Door Media, Inc.<br>　　Penthouse Images Acquisitions, Ltd.<br>　　Pure Entertainment Telecommunications, Inc.<br>　　XVHUB Group, Inc.<br>　　General Media Communications, Inc.<br>　　General Media Entertainment, Inc.<br>　　Danni Ashe, Inc.<br>　　Streamray Studios, Inc.<br><br>　　　[X] Affects All Debtors<br>　　　　□ Affects<br>　　　　□ Affects<br>　　　　□ Affects<br>　　　　□ Affects<br>　　□ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB<br>Case No. 1:18-bk-10101-MB<br>Case No. 1:18-bk-10102-MB<br>Case No. 1:18-bk-10103-MB<br>Case No. 1:18-bk-10104-MB<br>Case No. 1:18-bk-10105-MB<br>Case No. 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>**ORDER GRANTING INTERIM USE OF CASH COLLATERAL THROUGH FEBRUARY 27, 2018 AND CONTINUING HEARING RE SAME**<br><br>Hearing:<br>Date:　　February 21, 2018<br>Time:　　10:00 A.M.<br>Place:　　Room 303<br>　　　　　21041 Burbank Blvd.<br>　　　　　Woodland Hills, CA |

s:\penthouse\dream media - exworks\cash collateral\corrected order re interim use of cc with signatures-2.26.18.docx

1

At the time and place noted above, the Court conducted a hearing on Debtors' Motion for Order: (A) Granting (I) Use of Cash Collateral, (Ii) Adequate Protection, and (Iii) Other Related Relief: and (B) Establishing a Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Motion") [Dkt. No. 71].  Appearances are as noted on the record.

The Court adopts its findings of fact and conclusions of law as stated on the record at the conclusion of the hearing.  Having considered the evidence and argument offered in support of and against the Motion and good cause appearing, it is hereby ORDERED:

1. Debtors are hereby granted interim use of cash collateral for the purposes making payroll in the amount of $72,622.39

2. The hearing on the Motion for interim use of cash collateral is continued to February 27, 2018 at 2:30 p.m.

####

2

APPROVED AS TO FORM:

Dated: February 26, 2018      Levene, Neale, Bender, Yoo & Brill L.L.P.

By: /s/ B. Young
Beth Ann R. Young
Attorneys for Dream Media Corporation

Dated: February ___, 2018      Raines Feldman, LLP

By: _____
Hamid R. Rafatjoo
[Proposed] Attorneys for Official Creditors Committee

3

APPROVED AS TO FORM:

Dated: February ___, 2018                    Levene, Neale, Bender, Yoo & Brill L.L.P.

By:_____
Beth Ann R. Young
Attorneys for Dream Media Corporation

Dated: February 26, 2018                     Raines Feldman, LLP

By: _____
Hamid R. Rafatjoo
[Proposed] Attorneys for Official Creditors Committee

3