**ORIGINAL**

18-MB-20

ORDER No. _____

CHAPTER _____

APPEAL? ☐ Yes ☐ No

APPEAL No. _____ (if known)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

RECEIVED MAR 02 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy

(File this form on the related case docket)

Ordering Party's Name: Guccione Collection, LLC    Attorney Bar# 261507

Law Firm: Syverson, Lesowitz & Gebelin LLP

Mailing Address: 2029 Century Park East, Suite 2910
Los Angeles, CA 90067

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Steven Gebelin

Telephone: (310) 341-3072    E-mail: steven@syversonlaw.com

Bankruptcy Case #: 1:18-bk-10098-MB    Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 2/28/2018    Time: 1:30 pm

Debtor: Penthouse Global Media, Inc.

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: M. Barash    Courtroom #: SV 303

**TRANSCRIBER:** Briggs Reporting    **ALTERNATE:** Ben Hyatt

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☒ Entire Hearing
☐ 14 Days    ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)    ☐ Testimony of Witness _____
☐ Daily (24 hours)    ☐ Other*    (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*