**ORIGINAL**

ORDER No. 18-MB-19

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHAPTER _____

APPEAL? ☐Yes ☐No

APPEAL No. _____
*(if known)*

### TRANSCRIPT ORDER FORM

(File this form on the related case docket)

Ordering Party's Name: Guccione Collection, LLC          Attorney Bar# 261507

Law Firm: Syverson, Lesowitz & Gebelin LLP

Mailing Address: 2029 Century Park East, Suite 2910
Los Angeles, CA 90067

Person to Contact (If Judge-ordered: Transcriber to contact Procurement** ): Steven Gebelin

Telephone: (310) 341-3072      E-mail: steven@syversonlaw.com

Bankruptcy Case #: 1:18-bk-10098-MB      Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): 2/21/2018   Time: 10:00 am

Debtor: Penthouse Global Media, Inc.

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: M. Barash          Courtroom #: SV 303

**TRANSCRIBER:** Briggs Reporting     **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☒ Entire Hearing
☐ 14 Days              ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)   ☐ Testimony of Witness _____
☐ Daily (24 hours)     ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: 3-2-18   Date Sent to Transcriber: _____ By ☒FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): 10:06:57 Time End (Index #): 12:28:36 Time Start: 2:04:07 Time End: 8:04:46

(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: Kathy Ogier   Division: SFV   Processed by: Patty Garcia

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*