

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER _____

APPEAL? ☐ Yes ☐ No

**TRANSCRIPT ORDER FORM**

APPEAL No. _____
(If known)

(File this form on the related case docket)

Ordering Party's Name: Cathy Ta                          Attorney Bar# 261880
Law Firm: Best Best & Krieger LLP
Mailing Address: 3390 University Avenue, 5th Floor, Riverside, California 92501

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): Lisa Spencer
Telephone: (951) 686-1450        E-mail: lisa.spencer@bbklaw.com
Bankruptcy Case #: 1:18-bk-10098        Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 02/27/2018    Time: 2:30 P.M.
Debtor: Penthouse Global Media Inc.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: M. Barash                          Courtroom #: SV 303
**TRANSCRIBER:** Briggs Reporting        **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)        ☒ Entire Hearing
☐ 14 Days                   ☐ Ruling/Opinion of Judge only
☒ Expedited (7 days)        ☐ Testimony of Witness _____
☐ Daily (24 hours)          ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

**\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*