1  DAVID K. GOTTLIEB
2  17000 Ventura Blvd., Suite 300
   Encino, CA 91316
3  Telephone: (818) 539-7720
   Facsimile: (818) 436-0729
4  Email: dkgtrustee@dkgallc.com

5

6

7

8           UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10          SAN FERNANDO VALLEY DIVISION

11  In re:                                      Lead Case No.: 1:18-bk-10098-MB

12  PENTHOUSE GLOBAL MEDIA, INC.,               Jointly administered with:

13                                              Case No.: 1:18-bk-10099-MB
                                    Debtor.     Case No.: 1:18-bk-10101-MB
14  ─────────────────────────────────           Case No.: 1:18-bk-10102-MB
    In re:                                      Case No.: 1:18-bk-10103-MB
15  PENTHOUSE GLOBAL BROADCASTING,              Case No.: 1:18-bk-10104-MB
16  INC.                                        Case No.: 1:18-bk-10105-MB
    PENTHOUSE GLOBAL LICENSING, INC.            Case No.: 1:18-bk-10106-MB
17  PENTHOUSE GLOBAL DIGITAL, INC.              Case No.: 1:18-bk-10107-MB
    PENTHOUSE GLOBAL PUBLISHING, INC.           Case No.: 1:18-bk-10108-MB
18  GMI ONLINE VENTURES, LTD.                   Case No.: 1:18-bk-10109-MB
19  PENTHOUSE DIGITAL MEDIA                     Case No.: 1:18-bk-10110-MB
    PRODUCTIONS, INC.                           Case No.: 1:18-bk-10111-MB
20  TAN DOOR MEDIA, INC.                        Case No.: 1:18-bk-10112-MB
    PENTHOUSE IMAGES ACQUISITIONS, LTD.         Case No.: 1:18-bk-10113-MB
21  PURE ENTERTAINMENT
22  TELECOMMUNICATIONS, INC., fka For Your      Chapter 11 Cases
    Ears Only, Ltd.
23  XVHUB Group, Inc., fka Giant Swallowtail Inc. ACCEPTANCE OF APPOINTMENT AS
    GENERAL MEDIA COMMUNICATIONS, INC.          CHAPTER 11 TRUSTEE
24  GENERAL MEDIA ENTERTAINMENT, INC.,
    fka Penthouse Video, Inc.                   [NO HEARING SET]
25  DANNI ASHE, INC.
26  STREAMRAY STUDIOS, INC.,

27                                  Debtors.

28  _X_ Affects All Debtors.

1 | I, David K. Gottlieb, proposed Chapter 11 Trustee hereby accept my appointment.

2

3 | DATED: March 6, 2018          David K. Gottlieb

4

5 | By: _____

6 | David K. Gottlieb

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17000 VENTURA BLVD., Suite 300, ENCINO, CA 91316

A true and correct copy of the foregoing document entitled (*specify*): **ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document March 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 6, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash, U.S. Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367
Penthouse Global Media, Inc., 8944 Mason Ave., Chatsworth, CA 91311

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2018 | Renee Johnson | /s/ Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**