| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>Russell Clementson, Bar No. 143284<br>S. Margaux Ross, No. 137152<br>Attorneys for the U.S. Trustee<br>UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California  90017<br>Telephone: (213) 894-4494; Fax: (213) 894-0276<br>Email: margaux.ross@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:18-bk-10098-MB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Application for Order Approving Appointment of Trustee David K. Gottlieb and Fixing Bond |

PLEASE TAKE NOTE that the order titled Order Approving Appointment of a Chapter 11 Trustee

238

was lodged on (*date*) __03/06/2018__ and is attached.  This order relates to the motion which is docket number 238 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**Exhibit A**

1  **PETER C. ANDERSON**
   **UNITED STATES TRUSTEE**
2  Russell Clementson, Bar No. 143284
   S. Margaux Ross, Bar No. 137152
3  Attorneys for the United States Trustee
   **UNITED STATES TRUSTEE**
4  915 Wilshire Blvd., Ste. 1850
   Los Angeles, CA 90017
5  Telephone: (213) 894-4494
   Facsimile: (213) 894-0276
6  E-mail: margaux.ross@usdoj.gov

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                    **SAN FERNANDO VALLEY DIVISION**

10

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                                   Debtor. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No.: 1:18-bk-10101-MB<br>Case No.: 1:18-bk-10102-MB |
| In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA<br>PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT<br>TELECOMMUNICATIONS, INC., fka For Your<br>Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC.,<br>fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>                                   Debtors.<br><br>  X   Affects All Debtors. | Case No.: 1:18-bk-10103-MB<br>Case No.: 1:18-bk-10104-MB<br>Case No.: 1:18-bk-10105-MB<br>Case No.: 1:18-bk-10106-MB<br>Case No.: 1:18-bk-10107-MB<br>Case No.: 1:18-bk-10108-MB<br>Case No.: 1:18-bk-10109-MB<br>Case No.: 1:18-bk-10110-MB<br>Case No.: 1:18-bk-10111-MB<br>Case No.: 1:18-bk-10112-MB<br>Case No.: 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>ORDER APPROVING APPOINTMENT<br>OF A CHAPTER 11 TRUSTEE<br><br>Date:<br>Time: [no hearing set]<br>Ctrm: |

1    The Court having considered the United States Trustee's Application For Order

2  Approving Appointment Of Trustee And Fixing Bond ("Application"), and for good cause

3  appearing,

4    IT IS HEREBY ORDERED that the Application is granted.

5    IT IS FURTHER ORDERED that the appointment of David K. Gottlieb as the chapter

6  11 Trustee by the United States Trustee is approved.

7  # # #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
___03/06/2018____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:  On (*date*) ___03/06/2018____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _N/A_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 N/A

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/06/2018 | Veronica Hernandez | /s/ Veronica Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## BY NOTICE OF ELECTRONIC FILING

S Margaux Ross    margaux.ross@usdoj.gov
Russell Clementson    Russell.clementson@usdoj.gov
James A Dumas    jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com
Allan B Gelbard    xxxesq@aol.com,
Allan@GelbardLaw.com
David W. Meadows
david@davidwmeadowslaw.com
Krikor J Meshefejian    kjm@lnbrb.com
Alan I Nahmias    anahmias@mbnlawyers.com,
jdale@mbnlawyers.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com,
bclark@raineslaw.com;
cwilliams@raineslaw.comMichael St James
ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;
lisa.spencer@bbklaw.com
Michael H Weiss    mw@weissandspees.com,
lm@weissandspees.com
Christopher K.S. Wong
christopher.wong@arentfox.com
Beth Ann R Young    bry@lnbyb.com

## SERVED BY U.S. MAIL

Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden
Suite 970
Beverly Hills, CA 90210

M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd.
Suite 250
Sherman Oaks, CA 91403

Robert M Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Mark Mintz
Jones Walker LLP
201 St Charles Avenue, Ste 5100
New Orleans, LA 70170-5100

David K. Gottlieb
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Ste. 300
Encino, CA 91316

U.S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard
Woodland Hills, California 91367