

**DAVID K. GOTTLIEB, TRUSTEE**
17000 VENTURA BLVD., SUITE 300
ENCINO, CA  91316
Telephone: (818) 539-7720
Telecopier: (818) 436-0729
Email: dkgtrustee@dkgallc.com

**FILED**

MAR 1 2 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br>_____<br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>Debtors.<br>_____<br><br> X   Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No.: 1:18-bk-10101-MB<br>Case No.: 1:18-bk-10102-MB<br>Case No.: 1:18-bk-10103-MB<br>Case No.: 1:18-bk-10104-MB<br>Case No.: 1:18-bk-10105-MB<br>Case No.: 1:18-bk-10106-MB<br>Case No.: 1:18-bk-10107-MB<br>Case No.: 1:18-bk-10108-MB<br>Case No.: 1:18-bk-10109-MB<br>Case No.: 1:18-bk-10110-MB<br>Case No.: 1:18-bk-10111-MB<br>Case No.: 1:18-bk-10112-MB<br>Case No.: 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>Chapter 11 Trustee Bond of David K. Gottlieb (Bond No. SUR0041096) in the sum of $1,000,000 issued by Argonaut Insurance Company<br><br>[NO HEARING SET] |

**Bankruptcy Court of the United States**
*Central District of California, San Fernando Valley Division*

IN THE MATTER OF

| | |
|---|---|
| Penthouse Global Media, Inc., | Lead Case No.: 1:18-bk-10098-MB |
| Penthouse Global Broadcasting. Inc. | Jointly administered with: |
| Penthouse Global Licensing, Inc. | Case No.: 1-18-bk-100099-MB |
| Penthouse Global Digital, Inc. | Case No.: 1:18-bk-10101-MB |
| Penthouse Global Publishing, Inc. | Case No.: 1:18-bk-10102-MB |
| GMI Online Ventures, LTD | Case No.: 1:18-bk-10103-MB |
| Penthouse Digital Media Productions, Inc. | Case No.: 1:18-bk-10104-MB |
| Tan Door Media, Inc. | Case No.: 1:18-bk-10105-MB |
| Penthouse Images Acquisitions, LTD | Case No.: 1:18-bk-10106-MB |
| Pure Entertainment | Case No.: 1:18-bk-10107-MB |
| Telecommunications, Inc., | Case No.: 1:18-bk-10108-MB |
| Fka For Your Ears Only, ltd. | Case No.: 1:18-bk-10109-MB |
| XVHUB Group, Inc., Giant Swallowtail Inc. | Case No.: 1:18-bk-10110-MB |
| General Media Communications, Inc. | Case No.: 1:18-bk-10111-MB |
| General Media Entertainment, Inc., | Case No.: 1:18-bk-10112-MB |
| Fka Penthouse Video, Inc. | Case No.: 1:18-bk-10113-MB |
| Danni Ashe, Inc. | |
| Streamray Studios, Inc. | In Bankruptcy |

Chapter 11                                   Bond No: SUR0041096

_____ *Bankrupt*

KNOW ALL MEN BY THESE PRESENTS:

That we,  **David K. Gottlieb of 17000 Ventura Blvd., Ste 300, Encino, CA  91316**, as principal and the  **Argonaut Insurance Company** _____ a corporation of the State of **Illinois**, as surety, duly authorized to transact business pursuant to the Act of Congress, approved August 13, 1894, are held and firmly bound unto UNITED STATES OF AMERICA in the sum of  **One Million ($1,000,000)** dollars, lawful money of the United States, to be paid to the said United States; for which payment, well and truly to be made, we bind ourselves, and our heirs, executors, administrators, successors, and assigns, jointly and severally, by these presents.

       SIGNED and sealed, this **7th** day of **March, 2018**.

THE CONDITION OF THIS OBLIGATION IS SUCH, That, **WHEREAS** the above-named **David K. Gottlieb** was on the **6th** day of **March, 2018** _____ , appointed **Chapter 11 Trustee** _____ in the case pending in bankruptcy in said Court, wherein **Penthouse Global Media, Inc., et al..** _____ bankrupt and he, the said  **Chapter 11 Trustee** _____ has accepted said trust with all the duties and obligations pertaining thereunto;

**NOW, THEREFORE**, if the said  **Chapter 11 Trustee** _____ as aforesaid, shall obey such orders as said Court may make in relation to said trust, and shall faithfully and truly account for all the monies, assets and effects of the estate of the said bankrupt which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties as said  **Chapter 11 Trustee** _____ then this obligation to be void, otherwise to remain in full force and virtue.

**Witness:**

_____          _____ (Seal)

                                                David K. Gottlieb
                                                **Principal**

                                                **Argonaut Insurance Company**

                                                _____

                                                George H. Adams III
                                                **Attorney-In-Fact**

AS-0103726

# Argonaut Insurance Company
### Deliveries Only: 225 W. Washington, 24th Floor
### Chicago, IL 60606
### United States Postal Service: P.O. Box 469011, San Antonio, TX 78246

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the Argonaut Insurance Company, a Corporation duly organized and existing under the laws of the State of Illinois and having its principal office in the County of Cook, Illinois does hereby nominate, constitute and appoint:

<u>George H. Adams III, Lorraine S. Ross, George Herbert Adams IV</u>

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on its behalf as surety, and as its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

<u>$50,000,000.00</u>

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of Argonaut Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the Company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the Argonaut Insurance Company, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Argonaut Insurance Company has caused its official seal to be hereunto affixed and these presents to be signed by its duly authorized officer on the 18th day of July, 2013.

Argonaut Insurance Company



by: _____

Joshua C. Betz , Senior Vice President

STATE OF TEXAS
COUNTY OF HARRIS  SS:

On this 18th day of July, 2013 A.D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICER OF THE COMPANY, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said corporation, and that Resolution adopted by the Board of Directors of said Company, referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.



KATHLEEN M MEEKS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 07-15-2017

_____
(Notary Public)

I, the undersigned Officer of the Argonaut Insurance Company, Illinois Corporation, do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the Seal of said Company, on the **6th** day of **March** , **2018**

Sarah Heineman , VP-Underwriting Surety

**THIS DOCUMENT IS NOT VALID UNLESS THE WORDS ARGO POWER OF ATTORNEY AND THE SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER ARE IN BLUE, AND THE DOCUMENT IS ISSUED ON WATERMARKED PAPER. IF YOU HAVE QUESTIONS ON AUTHENTICITY OF THIS DOCUMENT CALL (210) 321 - 8400.**