RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for Dream Media Corporation

FILED & ENTERED

MAR 13 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>Debtors.<br><br><u>X</u>  Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>ORDER APPROVING TRUSTEE'S USE OF CASH COLLATERAL THROUGH MARCH 20, 2018 |

DOCS_LA:312912.1 68700/001

This Order for Use of Cash Collateral is made with reference to the following facts, stipulated to by David K. Gottlieb, acting as the duly appointed Chapter 11 Trustee (the "Trustee") and secured creditor, Dream Media Corporation ("Dream Media"), as confirmed through their counsel of record below:

A.      Debtors filed their petitions on January 11, 2018 (the "Petition Date");

B.      On March 6, 2018, the Court entered its Order Approving Appointment of David K. Gottlieb as the Chapter 11 Trustee in these jointly administered Chapter 11 bankruptcy cases [Docket No. 239].

C.      Dream Media asserts secured claims against substantially all of the the Debtors' pre-petition assets including cash collateral (the "Pre-Petition Collateral").

D.      The Trustee has advised Dream Media that the estate has a critical need for use of cash collateral to make certain payments in accordance with the Trustee's budget attached hereto as Exhibit "A."

E.      Dream Media has consented to the Trustee's use of cash collateral in accordance with the budget attached as Exhibit "A" on the condition that: (1) as adequate protection, Dream Media is provided with and shall have a replacement lien, to the extent of any cash collateral actually used, upon the Prepetition Collateral and all postpetition proceeds thereof, excluding all claims, causes of action and recoveries arising under Sections 510, 544, 546, 547, 548, 549, 550 and 551 of the Bankruptcy Code (collectively "Avoidance Actions") (the "Collateral").  The adequate protection liens of Dream Media in the Collateral shall be subject only to any valid, perfected, enforceable and nonavoidable prepetition liens and security interests, if any ("Prior Permitted Liens"), which replacement liens shall have the respective validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used; and (2) all of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of

any post-petition diminution in the value of Dream Media's collateral.  The Trustee has agreed to each of these conditions in order to proceed with use of cash collateral though March 20, 2018, if as or to the extent that the estate has sufficient funds to make those payments as reflected on Exhibit "A."

Therefore, based upon the foregoing and the consent of the Trustee and Dream Media as reflected below, and good cause appearing thereon

IT IS HEREBY ORDERED THAT:

1. The Trustee may use cash collateral in accordance with the Trustee's budget annexed hereto as Exhibit "A."

2. Dream Media is hereby provided with and shall have a replacement lien, to the extent of any cash collateral actually used, upon the Collateral.  The adequate protection liens of Dream Media in the Collateral shall be subject only to Prior Permitted Liens, if any,,which replacement liens shall have the same validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used.

3. All of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of any post-petition diminution in the value of Dream Media's collateral.


# # #


Date: March 13, 2018

Martin R Barash
United States Bankruptcy Judge

# EXHIBIT "A"

**Penthouse Global Media, Inc., et. al.**
**Lead case no. 1:18-10098**
**Estimated Cash Projection**

|  | For the two weeks ending March 24 |
|---|---|
| **REVENUES** | |
| Broadcast | $ 323,261 |
| Digital | 121,868 |
| Publishing | 78,186 |
| Licensing | 1,000 |
| Total receipts | $ 524,315 |
| | |
| **OPERATING EXPENSES** | |
| Payroll & taxes | $ 73,000 |
| Rent | - |
| Corporate expenses | 25,121 |
| Insurance | 102,721 |
| Broadcast costs | 11,407 |
| Publishing costs | 80,693 |
| Digital costs | 19,841 |
| Outside legal for IP | - |
| Miscellaneous | - |
| Total operating disbursements | $ 312,782 |
| Net cash from operations | $ 211,533 |
| | |
| **SUMMARY** | |
| Cash - beginning book balance | $ 63,072 |
| Total cash receipts | 524,315 |
| Total cash disbursements | (312,782) |
| | |
| Cash - ending book balance | $ 274,605 |

**It is so agreed.**

**David K. Gottlieb, Chapter 11 Trustee**

By: _____
     **Linda F. Cantor, Esq.**
**Pachulski Stang Zeihl & Jones LLP**
**Proposed Counsel to Chapter 11 Trustee**

**Dream Media Corporation**

By:_____ */s/  Beth Ann R. Young*_____
     **Beth Ann R. Young, Esq.**
**Levene, Neale, Bender, Yoo & Brill L.L.P.**
**Attorneys for Dream Media Corporation**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCS_LA:312912.1 68700/001

4