Linda F. Cantor (CA Bar No. 153762)
Iain Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4003
Telephone:  310/277-6910
Facsimile:   310/201-0760
E-mail:      lcantor@pszjlaw.com
             inasatir@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br>a Delaware corporation,<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered With: |
| In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC., GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC., STREAMRAY STUDIOS, INC.<br><br>X Affects All Debtors<br>□ Affects<br>□ Affects<br>□ Affects<br>□ Affects<br>□ See attached for additional Debtors | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION OF CHAPTER 11 TRUSTEE OF PENTHOUSE GLOBAL MEDIA, INC. FOR ORDER AUTHORIZING IT TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT WITH AFCO ACCEPTANCE CORPORATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KELLY HOLLAND; DECLARATION OF DAVID K. GOTTLIEB**<br><br>Hearing:<br>Date:     To Be Set<br>Time:     _____<br>Place:    Courtroom 303<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA  91367 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE MARTIN BARASH; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ABOVE-CAPTIONED DEBTORS; THE SECURED CREDITOR OF THE ABOVE-CAPTIONED DEBTORS; AND OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Bankruptcy Rule 9075-1, David K. Gottlieb, the duly appointed Chapter 11 Trustee (the "Trustee") of the above-captioned bankruptcy estate (the "Estate") of Penthouse Global Media, Inc. ("Penthouse") and its subsidiary debtors, has filed an emergency motion requesting that the Court set a hearing on less than 48 hours' notice (the "Hearing") on his motion (the "Motion") for an Order aauthorizing Penthouse to enter into an Insurance Premium Finance Agreement with AFCP Acceptance Corporation (the "AFCO Order").

Telephonic notice of the Hearing will be provided as soon as practicable upon the Court setting a date and time for the Hearing on the Motion.[1]  Pursuant to Local Bankruptcy Rule 9075-1, any response, written or oral, to the Motion may be presented at the Hearing.

A.    **The Relief Requested**

By the Motion, the Trustee moves this Court for an Order Authorizing the Estate to Enter into an Insurance Premium Finance Agreement with AFCO Acceptance Corporation.[2]  The Trustee was appointed on March 6, 2018 at the request of the U.S. Trustee, by order of this Court.  The Estate was in the process of finalizing its insurance coverage which had expired on February 18, 2018.  It was able to get its renewal insurance bound and in place, but had not paid for it.  The Trustee seeks authority to enter into a Premium Financing Agreement because of the Estate's financial position, as it is the only available option to pay for the necessary insurance.  The Estate can only operate and continue its necessary operations if the insurance remains in place and paid for.

---

[1]  Pursuant to Local Bankruptcy Rule 9075-1, the Trustee will file prior to or at the hearing on this Motion a declaration attesting to attempts to provide telephonic notice to the creditors' bankruptcy counsel of the hearing on, and the substance of, the Motion.

[2]  The AFCO financing will enable Debtor to pay the premiums for the insurance policies identified below in paragraph 10, which policies provide coverage for certain Debtors (the insureds are listed at Exhibit "1", attached hereto; Holland Decl., ¶ 5).

**B.**      **The Need for Emergency Relief**

Because the insurance was bound on February 18, 2018, and not paid for, the Trustee is advised that all the insurance bound will be cancelled for non-payment of premium if the premium is not paid within thirty (30) days or less from the date it was bound (February 18, 2018).  The premium will only be paid if this Motion is granted and the premium finance company's agreement to fund the insurance premiums is approved.  As the Trustee was only appointed on March 6, 2018, and only recently completed his due diligence concerning the insurance situation with the Estate, accordingly, the Trustee seeks the relief requested herein on an emergency basis.

## FACTUAL BACKGROUND

1.      The instant cases were commenced by the filing of voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") on January 11, 2018 (the "Petition Date").

2.      This Court has jurisdiction of this matter under 28 U.S.C. § 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2)(M).

3.      Prior to the appointment of the Trustee, the Estate acted as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      The Court entered an Order Approving the Motion for Joint Administration on January 16, 2018 [Dkt. No.17] designating the case of In re Penthouse Global Media, Inc., Case No. 1:18-bk-10098 as the "Lead Case."

5.      David K. Gottlieb was appointed Trustee on March 6, 2018 by order of this Court. [Dkt. No. 239], upon the request of the United States Trustee.

6.      A description of the Estate's background, capital structure, the events leading to these bankruptcy filings and the next steps for the Chapter 11 Case are set forth in the Declaration of Kelly Holland filed on January 23, 2018 (the "Master Declarations of Kelly Holland and Catherine Brandt") [Dkt. No. 42].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## JURISDICTION AND VENUE

7.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

8.    The Estate is required to and does maintain various kinds of insurance coverage in the normal course of its business (collectively, the "Insurance").  As of the Petition Date the Insurance named only Penthouse Global Media, Inc. as the named insured and was as follows:

| Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration |
|---|---|---|---|
| Federal Insurance Company | Business Auto | (17) 3603-08-26 | 2/18/2018 |
| Westchester Surplus Lines | Commercial General Liability | G27955058 002 | 2/18/2018 |
| Underwriters at Lloyds-- Think Risk | Converging Risk Liability | CR-161053 | 2/18/2018 |
| Federal Insurance Company | Property, Business Income | 7175-20-64-ECE | 2/18/2018 |
| Federal Insurance Company | Workers Comp. & Empl. Liability | (18) 7174-78-89 | 2/18/2018 |

9.    Prior to the appointment of the Trustee, the Estate had obtained Certificates of Insurance documenting the binding of continued coverage for the term 2/18/2018 to 3/18/2019.  The Certificates of Insurance are attached hereto as Exhibit "3", referenced in the attached Declaration of Kelly Holland ("Holland Decl."), ¶ 4.  (Additional Certificates of Insurance may be issued when necessary, including but not limited to Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, which Certificate the Trustee is informed and believes on information from the insurance broker will be issued imminently).  The Insurance is summarized as follows:

| Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration |
|---|---|---|---|
| Federal Insurance Company | Auto | 73598307 | 2/18/2019 |
| Westchester Surplus Lines Insurance Company | General Liability | G27955058 003 | 2/18/2019 |
| Federal Insurance Company | Property | 71752064 | 2/18/2019 |
| Federal Insurance Company | Workers Comp. | 71747889 | 2/18/2019 |
| Lloyds of London | MPL | CR-162678 | 2/18/2019 |

10.    The Trustee is prepared to execute a Premium Finance Agreement – Promise of Repayment ("Premium Finance Agreement") with AFCO Acceptance Corporation ("AFCO") (for

the financing of the Estate's Auto, General Liability, Property, Workers Compensation and MPL (collectively, the "Policies") with the carriers set forth in the Premium Finance Agreement, upon approval by this Court.  A true and correct copy of the Premium Finance Agreement is attached hereto as Exhibit "2" (with the interdelineations referenced in ¶ 12 herein); Holland Decl., ¶ 6.

11.    Pursuant to the Premium Finance Agreement, AFCO will provide financing (the "Premium") to the Estate for the purchase of the Policies which are essential for the operation of Debtor's business.  Under the Premium Finance Agreement, the total premium amount is $141,214.22 and the total amount to be financed is $84,025.22.  Under the Premium Finance Agreement, the Estate will become obligated to pay AFCO the sum of $85,676.43 in addition to a cash down payment that is due to be paid immediately in the amount of $57,189.00 to the insured's insurance agent and the balance in seven (7) monthly installments of $12,239.49 each.  The installment payments are due on the Eighteenth day of each month commencing on March 18, 2018. As collateral to secure the repayment of the indebtedness under the Premium Finance Agreement, the Estate is granting AFCO a security interest in, among other things, the unearned premiums or dividends of the Policies, and loss payments which reduce the unearned premiums, subject to any mortgage or loss payee interests.  The Premium Finance Agreement provides that the law of the state of California governs the transaction.  Exhibit "2"; Holland Decl., ¶ 21.

12.    The Premium Finance Agreement has been altered in two instances on the form provided by AFCO: (1) the elimination of Paragraph 5 with the representation that the Insured is solvent; and (2) the elimination of the last sentence of Paragraph 21 which provided for venue to be in the New York State courts.  Both eliminations make the Premium Finance Agreement consistent with applicable bankruptcy law.

13.    Pursuant to the terms of the Premium Finance Agreement, the Estate is appointing AFCO as its attorney-in-fact with the irrevocable power to cancel the policies and collect the unearned premium in the event the Estate is in default of its obligations under the Premium Finance Agreement.  Exhibit "2", Holland Decl., ¶ 3.

14.    The Estate and AFCO have reached an agreement that the appropriate adequate protection would be as follows:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

A.    The Estate be authorized and directed to timely make all payments due under the Premium Finance Agreement and AFCO be authorized to receive and apply such payments to the indebtedness owed by the Estate to AFCO as provided in the Premium Finance Agreement; and

B.    If the Estate does not make any of the payments due under the Premium Finance Agreement as they become due, AFCO and/or third parties, including insurance companies providing the coverage under the Policies shall have the ability to enable them to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the indebtedness owed to AFCO by Debtor.  In exercising such rights, AFCO and/or third parties shall comply with the notice and other relevant provisions of the Premium Finance Agreement.

15.    The Trustee is informed and believes that the terms of the Premium Finance Agreement are commercially fair and reasonable including the granting of a lien on the Polices to AFCO.  The Estate is required to maintain adequate insurance coverage and without it, would be forced to cease operations.  The Estate cannot obtain unsecured credit to fund the Policies.

16.    The Trustee has performed due diligence and has been informed that the insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years.  The Trustee has also confirmed that the pricing of the policies reflects the latest underwriting information supplied by the Estate to the insurance broker.

17.    The relief requested by this Motion is appropriate under the circumstances.  The Trustee submits that authorization of the Premium Finance Agreement will ensure that the Estate can continue necessary operations, and will not prejudice the legitimate interests of creditors and other parties in interest, including the Estate's secured creditors.  A copy of the proposed order is attached as Exhibit "4."

**WHEREFORE**, the Trustee requests entry of an order:

A.    Approving the Premium Finance Agreement;

B.    Authorizing Debtor and AFCO to undertake all reasonable actions necessary to enter into, effectuate and implement the Premium Finance Agreement; and

C.    For all other relief as is just and proper.

Dated:  March 14, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Linda F. Cantor*
        Linda F. Cantor

        Attorneys for David K. Gottlieb,
        Chapter 11 Trustee for Penthouse Media

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1.     I am the duly appointed chapter 11 trustee (the "Trustee") for the estate of Penthouse Global Media, Inc., the above-captioned debtor (the "Estate"). I was appointed Trustee of the Debtor's estate by Order of the Bankruptcy Court entered March 6, 2018.

2.     Except as otherwise stated, all facts contained in this Declaration are based upon personal knowledge (albeit my own or that gathered from others at my direction), my review of relevant documents, or my opinion based upon my experience concerning the Debtor and the administration of the estate's assets.  If called upon to testify, I could and would testify to the facts set forth in this Declaration.  This Declaration is filed in accordance with Local Bankruptcy Rule 2016-1(a)(1)(J).

3.     I have reviewed the *Notice Of Emergency Motion And Emergency Motion Of Chapter 11 Trustee Of Penthouse Global Media, Inc. For Order Authorizing It To Enter Into Insurance Premium Finance Agreement With AFCO Acceptance Corporation; Memorandum Of Points And Authorities; Declaration Of Kelly Holland; Declaration Of David K. Gottlieb* (the "Emergency Motion").

4.     As Trustee, I am prepared to execute the Premium Finance Agreement – Promise of Repayment ("Premium Finance Agreement") (attached as Exhibit 2 to the Motion, with interdelineations), with AFCO Acceptance Corporation ("AFCO") (for the financing of the Estate's Auto, General Liability, Property, Workers Compensation and MPL (collectively, the "Policies") with the carriers set forth in the Premium Finance Agreement, upon approval by this Court.  I am informed and believe that, pursuant to the insurance bound and the Certificates of Insurance referenced in the Motion, additional Certificates of Insurance may be issued when necessary, including but not limited to Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, which Certificate on information from the insurance broker will be issued imminently.

5.     I am informed and believe that the insurance was bound on February 18, 2018, and not paid for.  I am further informed that all the insurance bound will be cancelled for non-payment of premium if the premium is not paid within thirty (30) days or less from the date it was bound

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(February 18, 2018).  The premium will only be paid if the Emergency Motion is granted and the premium finance company's agreement to fund the insurance premiums is approved.  As I was only appointed on March 6, 2018, and only recently completed my due diligence concerning the insurance situation with the Estate, accordingly, I seeks the relief requested herein on an emergency basis.

6.      I am informed and believe that the terms of the Premium Finance Agreement are commercially fair and reasonable including the granting of a lien on the Polices to AFCO.  The Estate is required to maintain adequate insurance coverage and without it, would be forced to cease operations.  The Estate cannot obtain unsecured credit to fund the Policies.

7.      I have performed due diligence and have been informed that the insurance policies being renewed are substantially similar in their terms and scope as the policies issued in prior years.  I have also confirmed that the pricing of the policies reflects the latest underwriting information supplied by the Estate to the insurance broker.

8.      Pursuant to the Cash Collateral Order entered by the Court on March 13, 2018, Dream Media Corporation, the Debtor's secured lender, has authorized use of its cash collateral to pay the down payment and initial installment due under the Premium Finance Agreement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of March, 2018 at Los Angeles, California.

David K. Gottlieb

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# DECLARATION OF KELLY HOLLAND

I, Kelly Holland, declare as follows:

1.      I am the Chief Executive officer of Penthouse Global Media, Inc. debtor and debtor-in-possession and submit this declaration in support of the Motion for an Order Authorizing Debtor to Enter into an Insurance Premium Finance Agreement with AFCO Acceptance Corporation (the "Motion").  I have personal knowledge of the facts stated herein, and if called as a witness could testify competently thereto.

2.      I have reviewed all of the factual statements in this Motion and, based on my personal knowledge of the Debtor's books, records, and business practices, as set forth above they are accurate, true and correct.

3.      The Estate is required to and does maintain various kinds of insurance coverage in the normal course of its business (collectively, the "Insurance").  As of the Petition Date the Insurance named only Penthouse Global Media, Inc. as the named insured and was as follows:

| Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration |
| --- | --- | --- | --- |
| Federal Insurance Company | Business Auto | (17) 3603-08-26 | 2/18/2018 |
| Westchester Surplus Lines | Commercial General Liability | G27955058 002 | 2/18/2018 |
| Underwriters at Lloyds-- Think Risk | Converging Risk Liability | CR-161053 | 2/18/2018 |
| Federal Insurance Company | Property, Business Income | 7175-20-64-ECE | 2/18/2018 |
| Federal Insurance Company | Workers Comp. & Empl. Liability | (18) 7174-78-89 | 2/18/2018 |

4.      Prior to the appointment of the Trustee, the Estate had obtained Certificates of Insurance documenting the binding of continued coverage for the term 2/18/2018 to 3/18/2019.  The Certificates of Insurance are attached as Exhibit "3" to the Motion.  The Insurance that is bound includes certain the Certificates of Insurance and is summarized as follows:

| Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration |
| --- | --- | --- | --- |
| Federal Insurance Company | Auto | 73598307 | 2/18/2019 |
| Westchester Surplus Lines Insurance Company | General Liability | G27955058 003 | 2/18/2019 |
| Federal Insurance Company | Property | 71752064 | 2/18/2019 |
| Federal Insurance Company | Workers Comp. | 71747889 | 2/18/2019 |
| Lloyds of London | MPL | CR-162678 | 2/18/2019 |

5.      The insureds under these policies are listed in Exhibit "1" to the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.      A true and correct copy of the Premium Finance Agreement is attached hereto as Exhibit "2" to the Motion (with the interdeclinations referenced in ¶ 12 of the Motion).

7.      The Estate and AFCO have reached an agreement that the appropriate adequate protection would be as follows:

A.      The Estate be authorized and directed to timely make all payments due under the Premium Finance Agreement and AFCO be authorized to receive and apply such payments to the indebtedness owed by the Estate to AFCO as provided in the Premium Finance Agreement; and

B.      If the Estate does not make any of the payments due under the Premium Finance Agreement as they become due, AFCO and/or third parties, including insurance companies providing the coverage under the Policies shall have the ability to enable them to take all steps necessary and appropriate to cancel the Policies, collect the collateral and apply such collateral to the indebtedness owed to AFCO by Debtor.  In exercising such rights, AFCO and/or third parties shall comply with the notice and other relevant provisions of the Premium Finance Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Chatsworth, California on this 14th day of March, 2018.

Kelly Holland

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT "1"

EXHIBIT "1"

## Current Insured List

**Danni Ashe, Inc.**

**General Media Communications, Inc.**

**General Media Entertainment, Inc.**

**GMCI Internet Operations, Inc.**

**GMI Online Ventures, Ltd.**

**Great Gannily Enterprise Limited**

**NAFT Media, S.L.***

**Network Domain Services N.V.**

~~**Penthouse Clubs International Establishment**~~

**Penthouse Digital Media Productions, Inc.**

**Penthouse Images Acquisitions, Ltd.**

~~**PMGI Holdings, Inc.**~~

**Pure Entertainment Telecommunications, Inc.**

~~**Streamray Studios, Inc.**~~

~~**Tan Door Media, Inc.**~~

~~**XVHUB Group, Inc. (fka Giant Swallowtail Inc.)**~~

~~**General Media Art Holdings, Inc,**~~

**Penthouse Global Media, Inc.**

**Penthouse Global Licensing, Inc.**

**Penthouse Global Publishing, Inc.**

**Penthouse Global Digital, Inc.**

**Penthouse Global Broadcasting, Inc.**

012

# EXHIBIT "2"

EXHIBIT "2"

**AFCO**

**Insured Name** : Penthouse Global Media Inc.
**Quote Number :** 100001178771

---

# IMPORTANT NOTICE TO THE AGENT

## PFA INCOMPLETE: Customer Identification Required

---

## WHAT YOU NEED TO DO:

To **prevent delay in processing and funding** of this Premium Finance Agreement (PFA), please refer to the Customer Identification Program (CIP) Disclosure Notice located after the attached PFA to determine what identification information is missing in accordance with the USA Patriot Act.

**REQUIRED:** A valid Physical/Street Address, City, State and Zip Code

and **ONE** of the following:

- Tax Identification Number (Tax ID/TIN/FEIN)
- Social Security Number (SSN)
  If providing the SSN, also provide the following:
    o  Date of Birth (DOB) of the individual represented by the SSN
    o  Full Name of the same individual
- Publicly Traded Stock Symbol (NYSE, NASDAQ, and/or AMEX)

---

**HOW TO SUBMIT INFORMATION SECURELY:**

- Agents can login to our quoting system (www.afco.com)
- Agents can call your Account Executive and/or Marketing Office
- Agents or Insureds can provide missing information on the CIP Disclosure Notice located after the attached PFA

To learn more, please visit our website (www.afco.com/cip)

---

AFCO takes careful measures to protect your information. It will be kept confidential, secure and will not be shared with anyone.

**FILE NO. 1829**

(CHECK APPROPRIATE BOX)

## AFCO

### Premium Finance Agreement - Promise of Repayment

8885 Rio San Diego Drive, Suite 347, San Diego, CA 92108
TEL. NOS. 619-209-5210  800-288-7920

| | |
|---|---|
| | PERSONAL |
| X | COMMERCIAL |

Page 1 of 3

| Agent (Name and Address) | 10054391 | Insured (Name and Address as shown on the policy) |
|---|---|---|
| Marsh USA Inc.<br>Attn : Scott Silva<br>1560 Sawgrass Corporate Pkwy Ste 300<br>Sunrise, FL 33323<br>954-838-3400 | | Penthouse Global Media Inc.<br>Attn : Catherine Brandt<br>8944 Mason Ave<br>Chatsworth, CA 91311 |

| A) Total Premiums | B) Down Payment | C) Amount Financed | D) Finance Charge | E) Total Payments |
|---|---|---|---|---|
| $141,214.22 | $57,189.00 | $84,025.22 | $1,651.21 | $85,676.43 |

| F) Annual Percentage Rate | No. of Payments | Amount of Payments | First Installment Due | Installment Due Dates |
|---|---|---|---|---|
| 5.867 % | 7 (Monthly) | $12,239.49 | 03/18/2018 | 18th |

### SCHEDULE OF POLICIES

| Policy Prefix and Numbers | Effective Date of Policy/Inst. | Name of Insurance Company and Name and Address of General or Policy Issuing Agent or Intermediary | Type of Coverage | Months Covered | Premium $ |
|---|---|---|---|---|---|
| 73598307 | 02/18/2018 | Federal Insurance Company<br>Fee | AUTO<br>FEE | 12<br>NRef | 2,767.00<br>1.76 |
| G27955058 003 | 02/18/2018 | Westchester Surplus Lines Insurance Company<br>Tax | GL<br>TAX | 12<br>Ref | 78,750.00<br>2,520.00 |
| 71752064 | 02/18/2018 | Federal Insurance Company<br><br>Policy Detail Continued... | PROP | 12 | 11,866.00 |

### Security Agreement

**(1) DEFINITIONS:** The above named insured (the "Insured") is the borrower. AFCO Acceptance Corporation ("AFCO") is the lender to whom the debt is owed. "Insurance company" or "company", "insurance policy" or "policy" and "premium" refer to those items listed under the "Schedule of Policies". Singular words shall mean plural and vice-versa as may be required in order to give this Agreement meaning.
**(2) PROMISE OF REPAYMENT:** The insured (i) requests AFCO to pay the premiums in the Schedule of Policies, less the Down Payment and any installments paid prior to acceptance of this Agreement and (ii) promises to pay to AFCO the amount stated in Block E above, according to the Payment Schedule shown above, subject to the remaining terms of this Agreement. No additional authority, acts, approvals or licenses are or will be necessary as a prerequisite to the enforceability of this Agreement. Payments to AFCO are deemed made only upon receipt in good funds. Checks are accepted, subject to collection.

### INSURED AGREES TO ALL TERMS SET FORTH ON ALL PAGES OF THIS AGREEMENT AND ANY ADDENDA THERETO.

| | | | |
|---|---|---|---|
| SIGNATURE OF INSURED(S) OR AUTHORIZED AGENT OF INSURED(S) | PRINT NAME | TITLE | DATE |

### MARSH's Representations and Undertakings

(1 ) The form of signature of the agent or broker notwithstanding, these representations and undertakings shall be deemed to be made by MARSH in its corporate capacity and not by the individual broker actually signing the Premium Finance Loan documentation. (2) The policies are in full force and effect and the information in the Schedule of Policies and the premiums are correct. (3) The insured has received a copy of the Premium Finance Loan documentation. (4) (i) MARSH shall hold in trust for AFCO only those funds which have been actually received by MARSH or credited to MARSH's account; (ii) MARSH shall have no liability or obligation with respect to any return premiums or other payments made by the carrier directly to the insured or other third part(ies); (iii) MARSH shall have no liability or obligation to AFCO for remitting return premiums or other payments to parties other than AFCO if such remittance is made pursuant to court order or other legal process and MARSH will use its best efforts to promptly advise AFCO of the service of any such court order or other legal process; (iv) MARSH shall have no obligation to return unearned commissions in the event of the appointment by the insured of a new broker and the mid-term cancellation and rewrite of the policies listed on the Premium Finance Loan documentation, provided however, that AFCO shall not be precluded from enforcing its rights against any insurer under any applicable law or regulation; and (v) MARSH shall have no obligation to refund commissions in the event of a premium reduction required by law unless such law requires the refund of such commissions. (5) AFCO represents that its decision to accept the Premium Finance Loan and to extend credit to the insured is based upon its own judgment as to the creditworthiness of the insured and the carrier and is not based upon any representation of or information supplied by MARSH other than is expressly stated in the Premium Finance Loan documentation. (6) None of the policies is non-cancelable, retrospectively rated, subject to minimum earned premiums or of a deposit premium type, unless AFCO is notified to the contrary by MARSH as part of the underwriting process. (7) The policies can be canceled by the insured and the unearned premiums will be computed on the standard short-rate or pro-rata table, unless AFCO is notified to the contrary by MARSH as part of the underwriting process. (8) MARSH represents on a best knowledge basis only, no independent check or verification having been made, that a proceeding in bankruptcy, receivership or insolvency has not been instituted by or against the named insured. (9) The disclosures required by Section 778.2 of the California Insurance Code have been provided to the Insured.

### IF THERE ARE ANY EXCEPTIONS TO THE ABOVE STATEMENTS, THEY ARE LISTED BELOW:

| | | | |
|---|---|---|---|
| **SIGNATURE OF AGENT OR BROKER** | **TITLE** | **DATE** | *: Subject to Audit |

### FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL INSTITUTIONS, STATE OF CALIFORNIA

CPFAM-2 (4/10) c. AFCO Acceptance Corp. 2010    QIV# 100001178771.001

**FILE NO. 1829**

**AFCO** ▾

(CHECK APPROPRIATE BOX)

☐ **PERSONAL**

☒ **COMMERCIAL**

### Premium Finance Agreement - Promise of Repayment

8885 Rio San Diego Drive, Suite 347, San Diego, CA 92108
TEL. NOS. 619-209-5210  800-288-7920

Page 2 of 3

### SCHEDULE OF POLICIES

| Policy Prefix and Numbers | Effective Date of Policy/Inst. | Name of Insurance Company and Name and Address of General or Policy Issuing Agent or Intermediary | Type of Coverage | Months Covered | Premium $ |
|---|---|---|---|---|---|
| 71747889 | 02/18/2018 | Federal Insurance Company | WC | 12* | 17,603.00 |
|  |  | Fee | FEE | NRef | 1,021.00 |
| CR-162678 | 02/18/2018 | Lloyds of London | MPL | 12 | 25,708.00 |
|  |  | R-T Specialty, LLC |  |  |  |
|  |  | 841 Prudential Drive, 12th Floor |  |  |  |
|  |  | Jacksonville, FL 32207 |  |  |  |
|  |  | USA |  |  |  |
|  |  | Fee | FEE | NRef | 150.00 |
|  |  | Tax | TAX | Ref | 827.46 |

QIV# 100001178771.001

Page 3 of 3

**(3) SECURITY INTEREST AND POWER OF ATTORNEY:** The Insured assigns and hereby gives a security interest to AFCO as collateral for the total amount payable in this Agreement in (a) any and all unearned premiums or dividends which may become payable for any reason under all insurance policies financed by AFCO, (b) loss payments which reduce the unearned premiums, subject to any mortgagee or loss payee interests and (c) any interest in any state guarantee fund relating to any financed policy. If any circumstances exist in which all premiums related to any policy could become fully earned in the event of any loss, AFCO shall be named a loss-payee with respect to such policy. AFCO at its option may enforce payment of this debt without recourse to the security given to AFCO. The Insured irrevocably appoints AFCO as its attorney in fact with full authority to (i) cancel all insurance financed by AFCO for the reason set forth in paragraph 11, pursuant to this agreement, (ii) receive all sums hereby assigned to AFCO and (iii) execute and deliver on the Insured's behalf all documents, instruments of payment, forms and notices of any kind relating to the insurance in furtherance of this Agreement.

**(4) WARRANTY OF ACCURACY:** The Insured (i) warrants that all listed insurance policies are in full force and effect and that it has not and will not assign any interest in the policies except for the interest of mortgagees and loss payees and (ii) authorizes AFCO to insert or correct on this Agreement, if omitted or incorrect, the insurer's name, the policy numbers, and the due date of the first installment and to correct any obvious errors. In the event of any such change, correction or insertion, AFCO will give the Insured written notice thereof.

~~(5) REPRESENTATION OF SOLVENCY: The Insured represents that it is not insolvent or the subject of any insolvency proceeding.~~

**(6) ADDITIONAL PREMIUMS:** The money paid by AFCO is only for the premium as determined at the time the insurance policy is issued. AFCO's payment shall not be applied by the insurance company to pay for any additional premiums owed by the Insured resulting from any type of misclassification of the risk. The Insured shall pay to the insurer any additional premiums or any other sums that become due for any reason. If AFCO assigns the same account number to any additional extension or extensions of credit, (i) this Agreement and any other agreement(s) identified by such account number shall be deemed to comprise a single and indivisible loan transaction, (ii) any default with respect to any component of such transaction shall be deemed a default with respect to all components of such transaction and (iii) any unearned premiums relating to any component of such transaction may be collected and applied by AFCO to the totality of such transaction.

**(7) SPECIAL INSURANCE POLICIES:** If the insurance policy is auditable or is a reporting form policy or is subject to retrospective rating, then the Insured promises to pay to the insurance company the earned premium computed in accordance with the policy provisions which is in excess of the amount of premium advanced by AFCO which the insurance company retains.

**(8) NAMED INSURED:** If the insurance policy provides that the first named insured in the policy shall be responsible for payment of premiums and shall act on behalf of all other insureds regarding the policy, then the same shall apply to this Agreement and the Insured represents that it is authorized to sign on behalf of all insureds. If not, then all insureds' names must be shown on this Agreement unless a separate agreement appoints an insured to act for the others.

**(9) AGREEMENT BECOMES A CONTRACT:** This Agreement becomes a binding contract when AFCO mails the Insured its acceptance and is not a contract until such time. The Insured agrees that (i) this Agreement may be transmitted by facsimile, E-mail or other electronic means to AFCO, (ii) any such transmitted Agreement shall be deemed a fully enforceable duplicate original document and (iii) such Agreement, when accepted by AFCO, shall constitute a valid and enforceable contract.

**(10) DEFAULT AND DISHONORED CHECK CHARGES:** If the Insured is late in making a loan payment to AFCO by 10 or more days, the Insured will pay to AFCO a default charge not to exceed 5% of the delinquent installment, but will be at least $1. If a check is dishonored, the Insured will pay a dishonored check fee not to exceed $15.

**(11) CANCELLATION:** If the Insured does not pay any installment according to the terms of this agreement with AFCO, AFCO may cancel all insurance policies financed by AFCO after giving 10 days notice of its intent to do so and the full balance due to AFCO shall be immediately payable. Payment of unearned premiums shall not be deemed to be payment of installments to AFCO, in full or in part.

**(12) AGREED RATE OF CHARGE:** The rate of charge for a loan not exceeding $2,499.99 computed from the earliest effective date of the insurance coverage shall not exceed:
(a) 2% per month on the part of the unpaid principal balance not exceeding $1,000; 1% per month of any remainder of such unpaid balance in excess of $1,000; or
(b) 1.6% per month of the unpaid principal balance.
All other rates of charge shall be agreed upon by the parties to the contract. All contracts shall be subject to a minimum charge of $25.00.

**(13) MONEY RECEIVED AFTER NOTICE OF CANCELLATION:** Any payments made to AFCO after mailing of AFCO's Notice of Cancellation may be credited to the Insured's account without affecting the acceleration of this Agreement and without any liability or obligation to request reinstatement of a canceled policy. Any money AFCO receives from an insurance company shall be credited to the amount due AFCO with any surplus paid over to whomever is entitled to the money. No refund of less than $1.00 shall be made. In the event that AFCO requests, on the Insured's behalf, reinstatement of the policy, such request does not guarantee that coverage will be reinstated.

**(14) COLLECTION EXPENSE - ATTORNEY FEES:** The Insured agrees to pay AFCO's collection expenses. If AFCO obtains a court judgment against the Insured, the Insured agrees to pay to AFCO court costs and reasonable attorney's fees as allowed by the court in the judgment.

**(15) REFUND CREDITS:** The Insured will receive (i) a refund credit of part of the finance charge if it voluntarily prepays the outstanding debt in full before the last installment due date according to Section 18629 of the Financial Code and (ii) a refund credit of the finance charge if the maturity of the loan is accelerated for any reason according to Section 18642 of the Financial Code. The methods for computing these refund credits are stated below.
(a)  Voluntary Prepayment - (i) If prepayment in full is made during the first three months and 15 days after the earliest insurance policy effective date as shown on the front of the contract, AFCO will compute a finance charge by multiplying the agreed rate of charge as stated at the end of this Agreement by the unpaid principal balances for the number of days from the earliest policy effective date to the date of prepayment in full. AFCO will apply each payment made by the Insured, first to finance charge and then to principal. AFCO will then subtract this actual finance charge from the finance charge shown in Box D of the contract to obtain the refund credit. (ii) If prepayment in full is made more than three months and 15 days after the earliest insurance policy effective date, the refund credit shall be computed by the Rule of 78s method.
(b)  Acceleration of Maturity - If payment of the unpaid balance of the loan to AFCO is accelerated for any reason, AFCO shall make the same refund or credit as would be required if this loan contract was paid in full on the date of acceleration. Paragraph 15(a) states the method of computing the refund or credit. The unpaid balance remaining after subtracting the refund or credit shall be treated as the unpaid principal balance. The Insured agrees to pay AFCO interest on the unpaid principal balance, computed at the agreed rate of charge stated at the end of this Agreement, until AFCO is actually paid in full, notwithstanding any cancellation of coverage. If AFCO issues a Notice of Cancellation, AFCO may recalculate the total finance charge payable pursuant to this Agreement, and the Insured agrees to pay interest, on the Amount Financed set forth herein, from the first effective date of coverage, at the highest lawful rate of interest.

**(16) INSURANCE AGENT OR BROKER:** The insurance agent or broker named in this Agreement (the "Agent") is the Insured's agent, not AFCO's and AFCO is not legally bound by anything the agent or broker makes to the Insured orally or in writing. AFCO has not participated in the choice, placement, acquisition or underwriting of any financed insurance. Any disclosures made by the Agent are made in its capacity as the Insured's agent and AFCO makes no representations with respect to the accuracy of any such disclosures.

**(17) NOT A CONDITION OF OBTAINING INSURANCE:** This Agreement is not required as a condition for obtaining insurance coverage.

**(18) SUCCESSORS AND ASSIGNS:** All legal rights given to AFCO shall benefit AFCO's successors and assigns. The Insured will not assign this Agreement and/or the policies without AFCO's written consent except for the interest of mortgagees and loss payees.

**(19) LIMITATION OF LIABILITY - CLAIMS AGAINST AFCO:** AFCO's liability for breach of any of the terms of this agreement or the wrongful exercise of any of its powers shall be limited to the amount of the principal balance outstanding, except in the event of willful misconduct. Any claims against AFCO shall be litigated exclusively in the Supreme Court of the State of New York, County of New York.

**(20) DISCLOSURE:** The insurance company and any intermediaries and the insurance agent or broker named in this Agreement and their successors are authorized and directed to provide AFCO with full and complete information regarding all financed insurance policy or policies, including, without limitation, the status and calculation of unearned premiums.

**(21) ENTIRE DOCUMENT - GOVERNING LAW - ENFORCEMENT VENUE:** This document is the entire agreement between AFCO and the Insured and can only be changed in a writing signed by both parties except as stated in paragraph (4). The laws of the state of California will govern this Agreement unless otherwise stated. ~~AFCO may, at its option, prosecute any action to enforce its rights hereunder in the Supreme Court of the State of New York, County of New York, and the Insured (i) waives any objection to such venue and (ii) will honor any order issued by or judgment entered in such Court.~~

CPFAM-2 (4/10) c. AFCO Acceptance Corp. 2010

016

Insured Name : Penthouse Global Media Inc.
Quote Number : 100001178771

**<u>USA PATRIOT Act/Customer Identification Program Disclosure Notice:</u>**

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight terrorism and money laundering activities, federal law requires us to obtain, verify, and record information that identifies each person or business that opens an account or establishes a relationship with us.

What this means for you: When you open an account or establish a relationship with us, we will ask for your name, physical address, TIN/FEIN and/or Social Security # and date of birth (consumers and sole proprietors), and other information that will allow us to identify you. We may also ask for other identifying documents, if deemed necessary.

To learn more, please visit our website (www.afco.com/cip)

---

Please provide the required information below: (*Required Field)

\*TIN/FEIN:_____ or   SSN: _____ D.O.B:_____

    (xx-xxxxxxx)    (xxx-xx-xxxx)    (mm/dd/yyyy)

(Required for Personal Lines or Sole Proprietors only)

\*Insured Name: Penthouse Global Media Inc.

\*Physical Street Address: 8944 Mason Ave

\*City, State, Zip Code: Chatsworth, CA ,91311

[   ] *Please check if physical address is same as listed on page 1 of the Premium Finance Agreement.*

If we have questions about the information above, we may need to contact you. Please provide:

Email address: _____   Phone: _____

Or email your information securely to AFCO at: CIP@afco.com

Or mail this form to AFCO. Attn:  CIP, Post Office Box 100507, Florence, SC  29502.

CIP 7/2017

 **FINANCE PROPOSAL**

---

**AGENT :**

Marsh USA Inc.
Attn : Scott Silva
1560 Sawgrass Corporate Pkwy Ste 300
Sunrise, FL 33323
954-838-3400

**BORROWER :**

Penthouse Global Media Inc.
Attn : Catherine Brandt
8944 Mason Ave
Chatsworth, CA 91311

---

**Quote Number :**  100001178771.001                     **Printed :**      02/23/2018    10:58 AM

| | |
|---|---|
| Policy Effective Date : | 02/18/2018 |
| Annual Percentage Rate : | 5.867 % |
| Total Premium : | $141,214.22 |
| Down Payment : | $57,189.00 |
| Amount Financed : | $84,025.22 |
| Finance Charge : | $1,651.21 |
| Total Payments : | $85,676.43 |

7  Monthly  Installments at $12,239.49

First Installment due on  03/18/2018

---

**IT PAYS TO FINANCE WITH AFCO**

# EXHIBIT "3"

EXHIBIT "3"

# ACORD

## CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:**  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | **INSURER(S) AFFORDING COVERAGE** | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : N/A | N/A |
| **INSURED**<br>Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 | INSURER B : Federal Insurance Company | 20281 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER: ATL-004392843-08          REVISION NUMBER: 2

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY  ☐ PRO-JECT  ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS<br>X HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | **UMBRELLA LIAB**  ☐ OCCUR<br>**EXCESS LIAB**  ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Akinori Sakamoto<br>21111 Juan Ave.<br>Hawaiian Gardens, CA  90716 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE**<br>of Marsh USA Inc.<br><br>Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**          The ACORD name and logo are registered marks of ACORD          017

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: ATL-004392834-06 | REVISION NUMBER: 6 |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | PER STATUTE | OTH-ER |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)** | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Cinema Vehicles is included as Additional Insured where required by written contract with respect to Auto Liability.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Cinema Vehicles<br>12580 Saticoy Street<br>North Hollywood, CA  91605 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc.<br><br>Manashi Mukherjee   *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**       The ACORD name and logo are registered marks of ACORD       018

AGENCY CUSTOMER ID: CN117590477

LOC #: Lauderdale

**ACORD**®

# ADDITIONAL REMARKS SCHEDULE

Page 2 of 2

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc. |
| | 8944 Mason Ave |
| **POLICY NUMBER** | Chatworth, CA  91311 |

| CARRIER | NAIC CODE |
|---|---|
| | **EFFECTIVE DATE:** |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25   **FORM TITLE:** Certificate of Liability Insurance

CONTINUED FROM DESCRIPTION SECTION:

© 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD
019

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. 1560 Sawgrass Corporate Pkwy, Suite 300 Sunrise, FL 33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| **INSURED** Penthouse Global Media Inc. 8944 Mason Ave Chatworth, CA 91311 | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004392837-09    REVISION NUMBER: 4

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)** If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Cinema Vehicles is included as Additional Insured and Loss Payee where required by written contract with respect to Auto Liability.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Cinema Vehicles 12580 Saticoy St. North Hollywood, CA 91605 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc. Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD    020

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. 1560 Sawgrass Corporate Pkwy, Suite 300 Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED Penthouse Global Media Inc. 8944 Mason Ave Chatworth, CA  91311 | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES  CERTIFICATE NUMBER: ATL-004392844-09  REVISION NUMBER: 6

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE  OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
The City of Santa Clarita, its respective elected and appointed boards, officials, officers, agents and employees is/are included as additional insured (except workers' compensation) where required by written contract. This insurance is primary and non-contributory over any existing insurance and limited to liability arising out of the operations of the named insured and where required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Santa Clarita 23920 Valencia Blvd. Santa Clarita, CA  91355 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee  *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

021

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. 1560 Sawgrass Corporate Pkwy, Suite 300 Sunrise, FL 33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED Penthouse Global Media Inc. 8944 Mason Ave Chatworth, CA 91311 | INSURER B : N/A | | N/A |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES        CERTIFICATE NUMBER: ATL-004392841-11        REVISION NUMBER: 5

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | PER STATUTE | OTH-ER |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Sable Ranch - Owner: Derek Hunt

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Derek Hunt Sable Ranch 25933 Sand Canyon Rd. Canyon Country, CA 91387 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)        The ACORD name and logo are registered marks of ACORD        022

# ACORD | CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL  33323 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | INSURER C : | | |
| 8944 Mason Ave | INSURER D : | | |
| Chatworth, CA  91311 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004392822-10    REVISION NUMBER: 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N | | | | | | PER STATUTE [ ] OTH-ER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | Property-All Risk | | | 71752064  Othr Ded may apply per terms & cond | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | | | | Deductible: | SEE ATTACHED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Eastern Costume Company is included as Additional Insured where required by written contract with respect to General Liability. Eastern Costume Company is included as loss payee where required by written contract with respect to Property.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Eastern Costume Company  7243 Coldwater Canyon Ave.  North Hollywood, CA  91605 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc.  Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD    023

AGENCY CUSTOMER ID: CM117590477
LOC #:   Lauderdale

## ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page __2__ of __2__

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc. |
| **POLICY NUMBER** | 8944 Mason Ave |
| | Chatworth, CA  91311 |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: __25__   FORM TITLE: Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.

Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000

Machinery Breakdown: Included in Property

Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000

Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000

Property Sublimit – Any Other Location Personal Property is $50,000

Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | |
| Sunrise, FL  33323 | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | 10172 |
| **INSURED** | INSURER B : Federal Insurance Company | 20281 |
| Penthouse Global Media Inc. | INSURER C : | |
| 8944 Mason Ave | INSURER D : | |
| Chatworth, CA  91311 | INSURER E : | |
| | INSURER F : | |

## COVERAGES  CERTIFICATE NUMBER: ATL-004392839-09  REVISION NUMBER: 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | AUTOMOBILE LIABILITY | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED  RETENTION $ | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | | | | | | PER STATUTE  OTH-ER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | Property-All Risk | | | 71752064 Othr Ded may apply per terms & cond | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | | | | Deductible: | SEE ATTACHED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Eastern Costume Company is included as Additional Insured where required by written contract with respect to General Liability. Eastern Costume Company is included as loss payee where required by written contract with respect to Property.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Eastern Costume Company 7243 Coldwater Canyon Ave. North Hollywood, CA  91605 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee  *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**  The ACORD name and logo are registered marks of ACORD

025

AGENCY CUSTOMER ID: 00117590477

LOC #:    Lauderdale

# ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page   2   of   2

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 |

**POLICY NUMBER**

| CARRIER | NAIC CODE |
|---|---|
|  |  |

**EFFECTIVE DATE:**

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER:    25    FORM TITLE:  Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.

Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000

Machinery Breakdown: Included in Property

Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000

Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000

Property Sublimit – Any Other Location Personal Property is $50,000

Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

© 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD
026

# ACORD

## CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. 1560 Sawgrass Corporate Pkwy, Suite 300 Sunrise, FL 33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED Penthouse Global Media Inc. 8944 Mason Ave Chatworth, CA 91311 | INSURER B : N/A | | N/A |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES  CERTIFICATE NUMBER: ATL-004392842-10  REVISION NUMBER: 1

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | PER STATUTE / OTHER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Easy Rider Productions, Inc. 22267 Circle J Ranch Rd. Saugus, CA 91350 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc. Manashi Mukherjee   *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)  The ACORD name and logo are registered marks of ACORD

027

**ACORD** <span>CERTIFICATE OF LIABILITY INSURANCE</span>

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL 33323 | | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : N/A | | N/A |
| INSURED | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | INSURER C : | | |
| 8944 Mason Ave | INSURER D : | | |
| Chatworth, CA 91311 | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: ATL-004392828-03 | REVISION NUMBER: 4 |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Rental date begins Tuesday, July 18th, 2017

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Enterprise Holdings, Inc., its subsidiary and affiliated companies, limited liability companies and EAN Trust 3300 E Artesia Blvd Long Beach, CA 90805 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD    028

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 02/21/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Marsh USA Inc. | | |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| Sunrise, FL  33323 | E-MAIL ADDRESS: | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| CN117590477--STD-18-19 | INSURER A : N/A | N/A |
| INSURED | INSURER B : Federal Insurance Company | 20281 |
| Penthouse Global Media Inc. | INSURER C : | |
| 8944 Mason Ave | INSURER D : | |
| Chatworth, CA  91311 | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER: ATL-004392829-07          REVISION NUMBER: 4

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | ☐ PER STATUTE ☐ OTHER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Certificate Holder is included as additional insured and Loss Payee where required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Enterprise Holdings, Inc., its subsidiary and affiliated companies, limited liability companies and EAN Trust 8230 N. Sepulveda Blvd. #B Van Nuys, CA  91402 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:**  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | **PHONE** (A/C, No, Ext): | | **FAX** (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | **E-MAIL ADDRESS:** | | |
| Sunrise, FL  33323 | | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | 10172 |
| **INSURED** | INSURER B : Federal Insurance Company | 20281 |
| Penthouse Global Media Inc. | INSURER C : | |
| 8944 Mason Ave | INSURER D : | |
| Chatworth, CA  91311 | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004392845-08    REVISION NUMBER: 1

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | **UMBRELLA LIAB** OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | Property-All Risk | | | 71752064 Othr Ded may apply per terms & cond | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | | | Deductible: | SEE ATTACHED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| EXWORKS CAPITAL FUND I, L.P. 333 W. Wacker Drive, Suite 1620 Chicago, IL  60606 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc. |
| | Manashi Mukherjee  *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD    030

AGENCY CUSTOMER ID: __CN117590477__
LOC #: __Lauderdale__

 ®

## ADDITIONAL REMARKS SCHEDULE

Page __2__ of __2__

| AGENCY | | NAMED INSURED |
|---|---|---|
| Marsh USA Inc. | | Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 |
| **POLICY NUMBER** | | |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: __25__      FORM TITLE: Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.


Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000


Machinery Breakdown: Included in Property


Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000


Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000


Property Sublimit – Any Other Location Personal Property is $50,000


Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

**ACORD 101 (2008/01)**                    **© 2008 ACORD CORPORATION.  All rights reserved.**

The ACORD name and logo are registered marks of ACORD

031

# ACORD

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL 33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED<br>Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA 91311 | INSURER B : N/A | | N/A |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER: ATL-004392831-09     REVISION NUMBER: 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE / OTH-ER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Filmwerx Locations<br>PO Box 36775<br>Los Angeles, CA 91384 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc.<br>Manashi Mukherjee     *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD     032

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL  33323 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | INSURER C : | | |
| 8944 Mason Ave | INSURER D : | | |
| Chatworth, CA  91311 | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: ATL-004392823-04 | REVISION NUMBER: 4 |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSD | SUBR WVD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X | | COMMERCIAL GENERAL LIABILITY | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | CLAIMS-MADE  X  OCCUR | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | X POLICY  PRO-JECT  LOC | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | OTHER: | | | | | $ |
| B | | | AUTOMOBILE LIABILITY | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | X ANY AUTO | | | | BODILY INJURY (Per person) | $ |
| | | | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | X HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | | UMBRELLA LIAB  OCCUR | | | | EACH OCCURRENCE | $ |
| | | | EXCESS LIAB  CLAIMS-MADE | | | | AGGREGATE | $ |
| | | | DED  RETENTION $ | | | | | $ |
| B | | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE  OTH-ER | |
| | | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N  (Mandatory in NH)  N/A | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Greg Estevao | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 14402 Collins St. | |
| Sherman Oaks, CA  91401 | |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. |
| | Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD          033

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL  33323 | | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | 10172 |
| **INSURED** | INSURER B : Federal Insurance Company | 20281 |
| Penthouse Global Media Inc. | INSURER C : | |
| 8944 Mason Ave | INSURER D : | |
| Chatworth, CA  91311 | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004392830-07    REVISION NUMBER: 4

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | ADDL INSD | SUBR WVD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | | | **COMMERCIAL GENERAL LIABILITY** | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | CLAIMS-MADE  X  OCCUR | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | X  POLICY   PRO-JECT   LOC | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | OTHER: | | | | | $ |
| | | | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | ANY AUTO | | | | BODILY INJURY (Per person) | $ |
| | | | | OWNED AUTOS ONLY   SCHEDULED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | HIRED AUTOS ONLY   NON-OWNED AUTOS ONLY | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | | | **UMBRELLA LIAB**   OCCUR | | | | EACH OCCURRENCE | $ |
| | | | | **EXCESS LIAB**   CLAIMS-MADE | | | | AGGREGATE | $ |
| | | | | DED   RETENTION $ | | | | | $ |
| | | | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | PER STATUTE   OTHER | |
| | | | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N/A | | | | E.L. EACH ACCIDENT | $ |
| | | | | (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | | | Property-All Risk | 71752064 | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | Othr Ded may apply per terms & cond | | | Deductible: | SEE ATTACHED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Gregory S. Thornhill and Owner are included as Additional Insured where required by written contract with respect to General Liability.

Owner is included as Additional Insured and Loss Payee where required by written contract with respect to Property.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Gregory S. Thornhill 28218 Cascade Rd. Castaic, CA  91384 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD    034

AGENCY CUSTOMER ID: CN117590477

LOC #: _Lauderdale_

# ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page  2  of  2

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 |
| **POLICY NUMBER** | |
| | |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** _25_     **FORM TITLE:** Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.

Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000

Machinery Breakdown: Included in Property

Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000

Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000

Property Sublimit – Any Other Location Personal Property is $50,000

Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

     © 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477-Penth-Media-18-19 | INSURER A : Lloyds Underwriters | | |
| INSURED<br>Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004227828-05    REVISION NUMBER: 5

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR<br>☐ **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N / A | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Media Liability<br>SIR:150,000 | | | CR-162678 | 02/18/2018 | 02/18/2019 | Each Claim | 3,000,000 |
| | | | | | | | Aggregate | 3,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Title List Attached
HBO Ole Acquisitions, LLC, its parents, subsidiaries and related companies, their licensees and affiliates and the respective officers, directors, agents and employees of each of them are included as Additional Insured where required by written contract with respect to work performed by the named insureds.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| HBO Ole Acquisition, LLC<br>396 Alhambra Circle, Suite 400<br>Coral Gables, FL  33134 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br>Manashi Mukherjee    _Manashi Mukherjee_ |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

036

**ACORD®**

## ADDITIONAL REMARKS SCHEDULE

AGENCY CUSTOMER ID: CN117590477

LOC #: Lauderdale

Page __2__ of __2__

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA 91311 |

| POLICY NUMBER | |
|---|---|

| CARRIER | NAIC CODE |
|---|---|
| | EFFECTIVE DATE: |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: __25__   FORM TITLE: Certificate of Liability Insurance

Program Title as Follows:
1) Love Affair, A:
2) Sex Academy: Ultimate Oral Sex:
3) Affairs:
4) Inked:
5) Asian sorority Sex Club:
6) How to Train your Pornstar:
7) Nymphs:
8) Budapest Kiss:
9) Naughty Office, The:
10) Rock a Billy Pets:
11) California Dreaming:
12) Perfect Kiss, The:
13) VIP Massage:
14) Deeper Into Love:
15) Sex Academy: Erotic Massage For Couples:
16) Dirty Girls & Sex Toys:
17) Love Affairs:
18) Treats:
19) Euro Adventures Sex in Prague:
20) Latin Girls Exposed:
21) Sugar Daddies:
22) Fathers I'd Like to Fuck 2:
23) Intimate Adventures:
24) Role Play Lovers:
25) First Class Tits:
26) My Dirty Secret:
27) A Sensual Mind:
28) Fucking Older Guys:
29) The Babysitter's Blog:
30) Pet Retreat:
31) Garden of Envy:
32) Sex Academy: Sensual Positions

**ACORD** **CERTIFICATE OF LIABILITY INSURANCE**

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | |
| Sunrise, FL  33323 | | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | 10172 |
| INSURED | INSURER B : Federal Insurance Company | 20281 |
| Penthouse Global Media Inc. | INSURER C : | |
| 8944 Mason Ave | INSURER D : | |
| Chatworth, CA  91311 | INSURER E : | |
| | INSURER F : | |

**COVERAGES**          **CERTIFICATE NUMBER:** ATL-004392825-05          **REVISION NUMBER:** 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | ADDL INSD | SUBR WVD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | | | **COMMERCIAL GENERAL LIABILITY** | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | CLAIMS-MADE [X] OCCUR | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | X POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | OTHER: | | | | | $ |
| B | | | | **AUTOMOBILE LIABILITY** | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | | | ANY AUTO | | | | BODILY INJURY (Per person) | $ |
| | | | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | X | | | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | | | **UMBRELLA LIAB** [ ] OCCUR | | | | EACH OCCURRENCE | $ |
| | | | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | AGGREGATE | $ |
| | | | | DED [ ] RETENTION $ | | | | | $ |
| B | | | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE [ ] OTHER | |
| | | | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N] N/A (Mandatory in NH) | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | | | | Property-All Risk | 71752064 | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | Othr Ded may apply per terms & cond | | | Deductible: | SEE ATTACHED |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Re: 20308 Tamara Place, Santa Clarita, CA, 91350
Heather Zinda is included as additional insured where required by written contract with respect to General and Auto Liability. The certificate holder is included as loss payee where required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Heather Zinda 20308 Tamara Pl Santa Clarita, CA  91350 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.
**ACORD 25 (2016/03)**          **The ACORD name and logo are registered marks of ACORD**          038



AGENCY CUSTOMER ID: CN117590477

LOC #: _____Lauderdale_____

# ADDITIONAL REMARKS SCHEDULE

Page __2__ of __2__

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 |
| **POLICY NUMBER** | |
| **CARRIER** | **NAIC CODE** | **EFFECTIVE DATE:** |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** __25__   **FORM TITLE:** Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.

Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000

Machinery Breakdown: Included in Property

Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000

Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000

Property Sublimit – Any Other Location Personal Property is $50,000

Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:**  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED<br>  Penthouse Global Media Inc.<br>  8944 Mason Ave<br>  Chatworth, CA  91311 | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES

**CERTIFICATE NUMBER:** ATL-004392835-06      **REVISION NUMBER:** 6

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ | 1,000,000 |
| | | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ | 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ | 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ | EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ | 2,000,000 |
| | X | POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ | 2,000,000 |
| | | OTHER: | | | | | | | $ | |
| B | | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ | 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ | |
| | | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ | |
| | X | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ | |
| | | | | | | | | Coll/Comp Ded: | $ | 1,000 |
| | | **UMBRELLA LIAB**  OCCUR | | | | | | EACH OCCURRENCE | $ | |
| | | **EXCESS LIAB**  CLAIMS-MADE | | | | | | AGGREGATE | $ | |
| | | DED  RETENTION $ | | | | | | | $ | |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X  PER STATUTE  OTH-ER | | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N  N/A (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ | 1,000,000 |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ | 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ | 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| Kelly Holland<br>10945 Old Santa Susana Pass Road<br>Chatsworth, CA  91311 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc.<br><br>Manashi Mukherjee     *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**      The ACORD name and logo are registered marks of ACORD

040

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 02/21/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL 33323 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | INSURER C : | | |
| 8944 Mason Ave | INSURER D : | | |
| Chatworth, CA 91311 | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: ATL-004392824-04 | REVISION NUMBER: 2 |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | AUTOMOBILE LIABILITY | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED RETENTION $ | | | | | | | $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE OTH-ER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) N N/A | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Kitten Kay Sera | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| 1040 N Laurel Ave #6 | |
| Los Angeles, CA 90046 | |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. |
| | Manashi Mukherjee _Manashi Mukherjee_ |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)       The ACORD name and logo are registered marks of ACORD

041

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | CONTACT<br>NAME: | | |
|---|---|---|---|
| | PHONE<br>(A/C, No, Ext): | | FAX<br>(A/C, No): |
| | E-MAIL<br>ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED<br>   Penthouse Global Media Inc.<br>   8944 Mason Ave<br>   Chatworth, CA  91311 | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: ATL-004392832-03          REVISION NUMBER: 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | X POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | | **UMBRELLA LIAB**  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB**  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED   RETENTION $ | | | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**     Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE  OTHER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N  N/A | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Molly Morse, Hector Ponzone and Jill Morse Lane<br>339 South Kingsley Drive,<br>Los Angeles, CA  90020 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br><br>Manashi Mukherjee          *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD          042

| ACORD® | **CERTIFICATE OF LIABILITY INSURANCE** | | DATE (MM/DD/YYYY)<br>02/21/2018 |
|---|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323<br><br>CN117590477--STD-18-19 | CONTACT<br>NAME: | | |
|---|---|---|---|
| | PHONE<br>(A/C, No, Ext): | | FAX<br>(A/C, No): |
| | E-MAIL<br>ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| INSURED<br>Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**          CERTIFICATE NUMBER: ATL-004737151-03          REVISION NUMBER: 2

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR<br>LTR | TYPE OF INSURANCE | ADDL<br>INSD | SUBR<br>WVD | POLICY NUMBER | POLICY EFF<br>(MM/DD/YYYY) | POLICY EXP<br>(MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X  **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE  X OCCUR | | | | | | DAMAGE TO RENTED<br>PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY ☐ PRO-<br>JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT<br>(Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED<br>AUTOS ONLY ☐ SCHEDULED<br>AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED<br>AUTOS ONLY ☐ NON-OWNED<br>AUTOS ONLY | | | | | | PROPERTY DAMAGE<br>(Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| B | **WORKERS COMPENSATION<br>AND EMPLOYERS' LIABILITY**  Y/N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER<br>STATUTE ☐ OTH-<br>ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE<br>OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | N N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Olympic Holding LLC<br>748 N Detroit St<br>Los Angeles, CA  90046 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br><br>Manashi Mukherjee   *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

043

# ACORD° CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | | |
|---|---|---|---|---|
| Marsh USA Inc. | | **PHONE (A/C, No, Ext):** | | **FAX (A/C, No):** |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | | **E-MAIL ADDRESS:** | | |
| Sunrise, FL  33323 | | | | |
| | | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED | | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | | INSURER C : | | |
| 8944 Mason Ave | | INSURER D : | | |
| Chatworth, CA  91311 | | INSURER E : | | |
| | | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | ATL-004803109-04 | REVISION NUMBER: | 3 |
|---|---|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded | $ 1,000 |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE [ ] OTHER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N] N/A | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017 is included as Additional Insured where required by written contract with respect to General Liability and Auto Liability.

Penthouse Global Licensing, Inc., Penthouse Global Publishing, Inc., Penthouse Global Digital, Inc., Penthouse Global Broadcasting, Inc., Pure Entertainment Telecommunications, Inc., Penthouse Digital Media Productions, Inc., Penthouse Images Acquisitions, Ltd., Danni Ashe, Inc. , General Media Communications, Inc., General Media Entertainment, Inc., GMCI Internet Operations, Inc., GMI Online Ventures, Ltd., Great Gannily Enterprise Limited, NAFT Media, S.L.*, Network Domain Services N.V. is/are included as a named insured where required by written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Penthouse Global Media Inc. 8944 Mason Ave Chatworth, CA  91311 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** of Marsh USA Inc. |
| | Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

044

| ACORD® | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY)<br>02/21/2018 |
|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | CONTACT<br>NAME: | | |
|---|---|---|---|
| | PHONE<br>(A/C, No, Ext): | | FAX<br>(A/C, No): |
| | E-MAIL<br>ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED<br>  Penthouse Global Media Inc.<br>  8944 Mason Ave<br>  Chatworth, CA  91311 | INSURER B : Federal Insurance Company | | 20281 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: ATL-004392821-03 | REVISION NUMBER: 1 |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X  **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X  POLICY  ☐ PRO-JECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** | | | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X  ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X  HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Coll/Comp Ded: | $ 1,000 |
| | **UMBRELLA LIAB**  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB**  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**          Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE<br>OFFICER/MEMBER EXCLUDED?  ☐ N  N/A<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X  PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | Property-All Risk | | | 71752064<br>Othr Ded may apply per terms & cond | 02/18/2018 | 02/18/2019 | Limit: | SEE ATTACHED |
| | | | | | | | Deductible: | SEE ATTACHED |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Evidence of Coverage Only

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Penthouse Global Media, Inc.<br>8944 Mason Ave<br>Chatsworth, CA  91311 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br><br>Manashi Mukherjee          *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD          045

**ACORD®**

AGENCY CUSTOMER ID: CN117590477
LOC #: Lauderdale

# ADDITIONAL REMARKS SCHEDULE

Page 2 of 2

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA Inc. | Penthouse Global Media Inc. |
| **POLICY NUMBER** | 8944 Mason Ave |
| | Chatworth, CA  91311 |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25    **FORM TITLE:** Certificate of Liability Insurance

All Risk of direct physical loss or damage to real and personal property on a replacement cost basis, subject to policy terms, conditions and exclusions. Coverage Includes, but is not limited to fire, extended perils such as vandalism, malicious mischief, flood, earthquake and boiler & machinery.

Property:
Premises #1/Building #1
Business Income with Extra Expense
Waiting Period 24 hours (Consecutive Hours)
Extended Period Unlimited
Limit: $167,000

Machinery Breakdown: Included in Property

Additional Coverages - Specific Limits
Prohibition of Access
Per Occurrence Limit: $50,000
Annual Aggregate Limit: $100,000

Earthquake Sprinkler Leakage Sublimit
Policy Aggregate Limit: $500,000
EQSL Sub Limit
Premises 1
Premises Annual Aggregate Limit: $500,000
Per Occurrence Limit: $500,000
Property Damage Per Premises/Per Occurrence Percentage Deductible: 5%
Waiting Period Per Premises/Per Occurrence (Consecutive Hours): 72 hours

Flood:
Policy Annual Aggregate Limit: $4,000,000
Flood (Inundation, Back-Up and Mud Flow Included)
Premises 1
Premises Annual Aggregate Limit: $4,000,000
Per Occurrence Limit: $4,000,000
Per Occurrence Waiting Period (Consecutive Hours): 24 Hours
Per Occurrence Dollar Deductible: $25,000

Property Sublimit – Any Other Location Personal Property is $50,000

Deductible: $10,000
The deductible shown above applies to all coverages except Business Income and Extra Expense, and all premises, unless a specific deductible is shown following a coverage.

Blanket#1 Deductible $2,500
Personal Property
EDP Property on Premises

**ACORD 101 (2008/01)**    © 2008 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

046

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 02/21/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| CN117590477-Penth-Media-18-19 | INSURER A : Lloyds Underwriters | | |
| INSURED<br>Penthouse Global Media Inc.<br>8944 Mason Ave<br>Chatworth, CA  91311 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: ATL-004227827-03          REVISION NUMBER: 2

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB**  ☐ OCCUR<br>☐ **EXCESS LIAB**  ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y/N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  ☐ N  N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | ☐ PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Media Liability<br>SIR:150,000 | | | CR-162678 | 02/18/2018 | 02/18/2019 | Each Claim | 3,000,000 |
| | | | | | | | Aggregate | 3,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Evidence of Coverage Only

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Penthouse Global Media, Inc.<br>8944 Mason Ave<br>Chatsworth, CA  91311 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br><br>Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**          The ACORD name and logo are registered marks of ACORD          047

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 1560 Sawgrass Corporate Pkwy, Suite 300 | E-MAIL ADDRESS: | | |
| Sunrise, FL  33323 | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| **INSURED** | INSURER B : Federal Insurance Company | | 20281 |
| Penthouse Global Media Inc. | INSURER C : | | |
| 8944 Mason Ave | INSURER D : | | |
| Chatworth, CA  91311 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER: ATL-004733459-04     REVISION NUMBER: 4

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| B | | **AUTOMOBILE LIABILITY** | | X | 73598307 | 02/18/2018 | 02/18/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X | HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | Coll/Comp Ded | $ 1,000 |
| | | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | 71747889 (CA) | 02/18/2018 | 02/18/2019 | X PER STATUTE [ ] OTHER | |
| | | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N] **(Mandatory in NH)** | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Evidence of Coverage Only

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Penthouse Global Media, Inc. 8944 Mason Ave Chatsworth, CA  91311 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE of Marsh USA Inc. |
| | Manashi Mukherjee     *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD     048

# ACORD

## CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/21/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Marsh USA Inc.<br>1560 Sawgrass Corporate Pkwy, Suite 300<br>Sunrise, FL  33323 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| CN117590477--STD-18-19 | INSURER A : Westchester Surplus Lines Insurance Co | | 10172 |
| INSURED<br>  Penthouse Global Media Inc.<br>  8944 Mason Ave<br>  Chatworth, CA  91311 | INSURER B : N/A | | N/A |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: ATL-004392840-10    REVISION NUMBER: 5

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | **COMMERCIAL GENERAL LIABILITY** | | | G27955058003 | 02/18/2018 | 02/18/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ EXCLUDED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | **UMBRELLA LIAB** OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | **EXCESS LIAB** CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] N/A<br>**(Mandatory in NH)**<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | | PER STATUTE / OTHER | |
| | | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Re: Rancho Deluxe - Owner: Steve Arkin

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Steve Arkin<br>Rancho Deluxe<br>Back 70 LLC / Back 40 LLC<br>16030 Placerita Cyn Rd.<br>Canyon Country, CA  91387 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>of Marsh USA Inc.<br><br>Manashi Mukherjee    *Manashi Mukherjee* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD    049

# EXHIBIT "4"

EXHIBIT "4"

1  Linda F. Cantor (CA Bar No. 153762)
   Iain Nasatir (CA Bar No. 148977)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067-4003
   Telephone:  310/277-6910
4  Facsimile:   310/201-0760
   E-mail:      lcantor@pszjlaw.com
5               inasatir@pszjlaw.com

6  Counsel for David K. Gottlieb, Chapter 11 Trustee

7            **UNITED STATES BANKRUPTCY COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
8            **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| 9  In re: | Case No. 1:18-bk-10098-MB |
| 10      PENTHOUSE GLOBAL MEDIA, INC., | Chapter 11 |
|         a Delaware corporation, | |
| 11                          Debtor. | Jointly Administered With: |
| 12  In re: | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB |
| 13  PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC., GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC., STREAMRAY STUDIOS, INC. | |
| | **[PROPOSED] ORDER APPROVING EMERGENCY MOTION OF CHAPTER 11 TRUSTEE OF PENTHOUSE GLOBAL MEDIA, INC. FOR ORDER AUTHORIZING IT TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT WITH AFCO ACCEPTANCE CORPORATION** |
| [X] Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors | Hearing:<br>Date:    March 16, 2018<br>Time:    _____a.m.<br>Place:   Courtroom 303<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA  91367 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   This matter came before the Court upon the emergency motion (the "Motion") of David K.

2   Gottlieb, in his capacity as the duly appointed chapter 11 trustee ("Trustee") of the estates of the

3   above-captioned debtors ("Debtors") for an order authorizing and affirming the Debtors' entry into a

4   Premium Finance Agreement ("Agreement') with AFCO Credit Corp. ("AFCO"), which Agreement

5   provides for the financing of the insurance premiums to be paid for the Debtors' insurance policies

6   and the granting of security interests with respect thereto.  Appearances were as noted on the record.

7   The Court, having considered the Motion, the arguments of counsel, any opposition thereto,

8   and the Court finding that notice of the hearing was sufficient and proper in accordance with the

9   local rules governing emergency motions, and it appearing that all legal requisites having been met

10  and sufficient cause appearing, it is hereby ORDERED that:

11  1.      The Motion is granted;

12  2.      Pursuant to 11 U.S. C. Section 364(c)(2), the Penthouse Global Media Inc. ("PGMI")

13  is hereby authorized to enter into the Insurance Premium Finance Agreement, a copy of which is

14  attached to the Motion as Exhibit 2;

15  3.      AFCO is hereby granted a first and only priority security interest in:

16  (a)      any and all unearned premiums and dividends which may become payable

17  under the financed insurance policies for whatever reason; and

18  (b)      loss payments which reduce the unearned premiums, subject to any mortgagee

19  or loss payee interests;

20  4.      PGMI is hereby directed to pay AFCO all sums due pursuant to the Agreement;

21  5.      The full rights of AFCO pursuant to the Agreement and controlling state law be and

22  the same hereby are fully preserved and protected and are and shall remain unimpaired by the

23  pendency of the bankruptcy case or any subsequent conversion of this proceeding to a Chapter 7 or

24  any subsequent appointment of a trustee; and

25  6.      In the event that the Debtor defaults upon any of the terms of the Agreement, AFCO

26  may exercise such rights as it may otherwise have under state law, but for the pendency of this

27  proceeding and, without the necessity of further application to this Court, cancel all insurance

28  policies listed on the Agreement or any amendment thereto, and receive and apply all unearned

1   insurance premiums to the account of the Debtor.  In the event that, after such application of

2   unearned premiums, any sums still remain due to AFCO pursuant to the Agreement, such deficiency

3   shall be deemed an administrative expense of the estate.

5

6                           # # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify* **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION OF CHAPTER 11 TRUSTEE OF PENTHOUSE GLOBAL MEDIA, INC. FOR ORDER AUTHORIZING IT TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT WITH AFCO ACCEPTANCE CORPORATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KELLY HOLLAND; DECLARATION OF DAVID K. GOTTLIEB** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on **March 14, 2018**. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 14, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 14, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Courtroom 303
Woodland Hills, California 91367

*Via Email*

**Debtor**
Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311
rcampbell@penthouse.com

*Via Email*

**Atty for Kirkendoll Mgmt**
Mark A. Mintz
JONES WALKER LLP
201 St Charles Ave
New Orleans, LA 70170
mmintz@joneswalker.com

*Via Email*

**Interested Party**
John D. Kirkendoll
Kirkendoll Management, LLC
201 St Charles Ave Suite 3915
New Orleans, LA 70170
jkirkendoll@kirkmgmt.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2018 | Melisa DesJardien | */s/ Melisa DesJardien* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

*For Case 1:18-bk-10098-MB*

- Ron Bender    rb@lnbyb.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

2. **SERVED BY UNITED STATES MAIL**:

***Debtor***
Kelly Holland, Pres. & CEO
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:312940.2 32277/001