| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LLP**<br>Hamid R. Rafatjoo (State Bar No. 181564)<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Telephone: 310.440.4100<br>Facsimile:  310.691.1367<br>E-mail:  hrafatjoo@raineslaw.com<br><br><br><br><br><br>☐   Individual *appearing without an attorney*<br>☒   *Attorney for:* The Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>        Debtors<br><br><br><br><br>☒   Affects All Debtors | CASE NO.: 1:18-bk-10098-MB |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br>**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE EMPLOYMENT OF RAINES FELDMAN LLP AS COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2018** |

PLEASE TAKE NOTE that the order titled ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE EMPLOYMENT OF RAINES FELDMAN LLP AS COUNSEL NUNC PRO TUNC AS OF FEBRUARY 2, 2018

was lodged on (*date*) <u>March 20, 2018</u> and is attached.  This order relates to the motion which is docket number <u>223</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

1 | **RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
2 | 1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
3 | Telephone: 310.440.4100
Facsimile:  310.691.1367
4 | E-mail:  hrafatjoo@raineslaw.com

5 | Attorneys for the Official Committee of
Unsecured Creditors

6

7

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with: Case Nos.<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB |
| ☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | **ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPROVE EMPLOYMENT OF RAINES FELDMAN LLP AS COUNSEL *NUNC PRO TUNC* AS OF FEBRUARY 2, 2018**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1(b)(1)]<br><br> The Honorable Martin R. Barash |

1    The Court having considered the Application of the Official Committee of Unsecured

2  Creditors to Approve Employment of Raines Feldman LLP as Counsel *Nunc Pro Tunc* as of

3  February 2, 2018 (the "Application") and all papers filed by the Official Committee of Unsecured

4  Creditors (the "Committee") in support of the Application, having received no objection to the

5  Application, and with good cause shown,

6        **IT IS ORDERED:**

7        1.        The Application is APPROVED in its entirety.

8        2.        Raines Feldman LLP is employed by the Committee as Counsel pursuant to

9  Bankruptcy Code § 327 and compensation shall be determined by this Court under Bankruptcy

10  Code §§ 330 and 331.

11                                        ###

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender     rb@lnbyb.com
- Linda F Cantor     lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson     russell.clementson@usdoj.gov
- James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard     xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- David W. Meadows     david@davidwmeadowslaw.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Aram Ordubegian     ordubegian.aram@arentfox.com
- Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Michael St James     ecf@stjames-law.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta     cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong     christopher.wong@arentfox.com
- Beth Ann R Young     bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 20, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.