1  Linda F. Cantor (CA Bar No. 153762)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067-4003
3  Telephone: 310/277-6910
   Facsimile: 310/201-0760
4  E-mail: lcantor@pszjlaw.com

5  Proposed Counsel for David K. Gottlieb, Chapter 11 Trustee

6

    UNITED STATES BANKRUPTCY COURT
7   CENTRAL DISTRICT OF CALIFORNIA
    SAN FERNANDO VALLEY DIVISION
8

| IN RE<br><br>PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>Debtor.<br><br>In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC. GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC. STREAMRAY STUDIOS, INC.,<br><br>[X] Affects All Debtors<br>☐ Affects:<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**NOTICE OF FILING PROPOSED ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH MARCH 28, 2018**<br><br>**MARCH 20, 2018** |
|---|---|

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, PARTIES REQUESTING SPECIAL NOTICE AND PARTIES IN INTEREST:**

DOCS_LA:313044.1 32277/001

PLEASE TAKE NOTICE that David K. Gottlieb, solely in his capacity as Chapter 11 Trustee (the "Trustee") of the above-captioned bankruptcy estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, "Debtors") and Dream Media Corporation have agreed to the terms of the Trustee's continued use of cash collateral for the period March 21, 2018 through March 28, 2018 (the "Continued Cash Collateral Period") as memorialized in the proposed Order Approving Trustee's Continued Use of Cash Collateral Through March 28, 2018 (the "Proposed Order").

A copy of the proposed Order being lodged with the Court on March 20, 2018, is appended hereto as Exhibit "A".

Dated: March 20, 2018

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  */s/ Linda F. Cantor*
     Linda F. Cantor

Proposed Counsel for David K. Gottlieb,
Chapter 11 Trustee

# Exhibit A

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    lcantor@pszjlaw.com

Proposed Counsel for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>Debtors.<br><br>__X__ Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH MARCH 28, 2018<br><br>Date:   March 20, 2018 |

This Order for Continued Use of Cash Collateral is made with reference to the following

DOCS_LA:312912.2 68700/001

facts, stipulated to by David K. Gottlieb, acting as the duly appointed Chapter 11 Trustee (the "Trustee") and secured creditor Dream Media Corporation ("Dream Media"), as confirmed through their counsel of record below.

A. Debtors filed their petitions on January 11, 2018 (the "Petition Date").

B. On March 6, 2018, the Court entered its Order Approving Appointment of David K. Gottlieb as the Chapter 11 Trustee in these jointly administered Chapter 11 bankruptcy cases [Docket No. 239].

C. Dream Media asserts secured claims against substantially all of the Debtors' pre-petition assets including cash collateral (the "Pre-Petition Collateral").

D. The Trustee previously requested and Dream Media consented to the Trustee's use of cash collateral for the period March 13, 2018 through March 20, 2018, pursuant to the *Order Approving Trustee's Use of Cash Collateral Through March 20, 2018* [Dkt. No.248].

E. Based upon the estate's critical need for continued use of cash collateral, the Trustee has requested that Dream Media authorize the continued use of cash collateral for the period March 21, 2018 through March 28, 2018 (the "Continued Cash Collateral Period"), to make certain payments in accordance with the Trustee's budget attached hereto as Exhibit "A."

F. Dream Media has consented to the Trustee's use of cash collateral during the Continued Cash Collateral Period to make the payments set forth on Exhibit "A" on the condition that: (1) as adequate protection, Dream Media is provided with and shall have a replacement lien, to the extent of any cash collateral actually used during the Continued Cash Collateral Period, upon the Prepetition Collateral and all postpetition proceeds thereof, excluding all claims, causes of action and recoveries arising under Sections 510, 544, 546, 547, 548, 549, 550 and 551 of the Bankruptcy Code (collectively "Avoidance Actions") (the "Collateral"). The adequate protection liens of Dream Media in the Collateral shall be subject only to any valid, perfected, enforceable and nonavoidable

prepetition liens and security interests, if any ("Prior Permitted Liens"), which replacement liens shall have the respective validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used; and (2) all of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of any post-petition diminution in the value of Dream Media's collateral. The Trustee has agreed to each of these conditions in order to proceed with use of cash collateral during the Continued Cash Collateral Period, if as or to the extent that the estate has sufficient funds to make those payments as reflected on Exhibit "A".

Therefore, based upon the foregoing and the consent of the Trustee and Dream Media as reflected below, and good cause appearing thereon,

IT IS HEREBY ORDERED THAT:

1. The Trustee may use cash collateral during the Continued Cash Collateral Period to make the payments set forth on Exhibit "A" annex hereto.

2. Dream Media is hereby provided with and shall have a replacement lien, to the extent of any cash collateral actually used during the Continued Cash Collateral Period, upon the Collateral. The adequate protection liens of Dream Media in the Collateral shall be subject only to Prior Permitted Liens, if any, which replacement liens shall have the same validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used.

3. All of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of any post-petition diminution in the value of Dream Media's collateral.

###

It is so agreed.

David K. Gottlieb, Chapter 11 Trustee


By: _/s/ Linda F. Cantor----------_
    Linda F. Cantor, Esq.
Pachulski Stang Ziehl & Jones LLP
Proposed Counsel to Chapter 11 Trustee


Dream Media Corporation
By: _[signature: Beth Young]_
    Beth Ann R. Young, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
Attorneys for Dream Media Corporation

4

DOCS_LA:312912.2 68700/001

# EXHIBIT A

**Penthouse Global Media, Inc., et. al.**
**Lead case no. 1:18-10098**
**Estimated Cash Projection**

|  | For the two weeks ending March 31 |
|---|---:|
| **REVENUES** |  |
| Broadcast | $ 153,054 |
| Digital | 77,444 |
| Publishing | 74,233 |
| Licensing | 1,000 |
| Total receipts | $ 305,730 |
|  |  |
| **OPERATING EXPENSES** |  |
| Payroll & taxes | $ 82,000 |
| Rent | - |
| Corporate expenses | 59,323 |
| Insurance | 55,268 |
| Broadcast costs | 147,325 |
| Publishing costs | 80,191 |
| Digital costs | 60,383 |
| Outside legal for IP | 5,000 |
| Contingency | 4,000 |
| Total operating disbursements | $ 493,490 |
| Net cash from operations | $ (187,760) |
|  |  |
| **SUMMARY** |  |
| Cash - beginning book balance | $ 191,815 |
| Total cash receipts | 305,730 |
| Total cash disbursements | (493,490) |
| Cash - ending book balance | $ 4,056 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF FILING PROPOSED ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH MARCH 28, 2018** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 20, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 20, 2018 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite  342/ Courtroom 303
Woodland Hills, California  91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:313044.1 32277/001

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

DOCS_LA:313044.1 32277/001

Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mw@weissandspees.com, lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Interested Parties*
Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard, Suite 801
Encino, CA 91436

*Via Electronic Mail/PDF*
Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403

*Requests for Special Notice*
Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Robert M. Hirsh (*pro hac vice* application to be submitted)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

*Via Electronic Mail/PDF*
Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 9021

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:313044.1 32277/001