| | |
|---|---|
| Linda F. Cantor (CA Bar No. 153762)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: lcantor@pszjlaw.com<br><br>Counsel for David K. Gottlieb, Chapter 11 Trustee | **FILED & ENTERED**<br><br>MAR 21 2018<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ogier   DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br>a Delaware corporation,<br><br>          Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered With: |
| In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC., GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC., STREAMRAY STUDIOS, INC.<br><br>[X] Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**ORDER APPROVING STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTIONS [Docket Nos. 249 and 252]** |

The Court, having read and considered the *Stipulation Re Extension Of Time To Respond To Motions* (the "Motions") [Docket Nos. 249 and 252] (the "Stipulation") and with good cause shown,

DOCS_LA:313058.1 32277/001

IT IS ORDERED:

1. The Stipulation is approved.

2. The deadline to respond to the Motions is extended to close of business on March 21, 2018.

###

Date: March 21, 2018

*[Signature: Martin R. Barash]*

Martin R Barash
United States Bankruptcy Judge

DOCS_LA:313058.1 32277/001