RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for Dream Media Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                              Debtor. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB |
| In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>                              Debtors.<br><br> X  Affects All Debtors. | Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM OF DREAM MEDIA CORPORATION<br><br>Present Date:  May 1, 2018<br>Time:            1:30 pm<br>Place:           Courtroom 303<br>                   21041 Burbank Blvd.<br>                   Woodland Hills CA, 91367<br><br>Proposed New Date: May 15, 2018 |

This stipulation for the continuance of the hearing on the Objection to Claim of Dream Media Corporation as Assignee of ExWorks Capital Fund I Ltd. (the "Claim Objection") [Dkt. No. 196] is made by and between the undersigned parties by and through their respective counsel and is made with reference to the following facts:

A. Debtors filed their petitions on January 11, 2018 (the "Petition Date").

B. On February 26, 2018, the Debtors filed their Claim Objection [Dkt. No. 196]. The Claim Objection is presently set for hearing on the Court's calendar on May 1, 2018, at 1:30 p.m. (the "Hearing Date").

C. Dream Media intends to file a Motion to Dismiss the Claim Objection and/or otherwise defend Dream Media's claim in response to the Claim Objection.

D. On March 6, 2018, the Court entered its Order Approving Appointment of David K. Gottlieb as the Chapter 11 Trustee in these jointly administered Chapter 11 bankruptcy cases [Docket No. 239].

E. Dream Media and the Trustee are actively engaged in discussions regarding multiple case dispositive issues, including a resolution of the Claim Objection. In order to give the parties time to engage in meaningful discussions, and to avoid the expense of litigation regarding the Claim Objection, the parties have agreed, subject to the Court's approval, to a continuance of the Hearing on the Claim Objection to May 15, 2018, or a date thereafter convenient with the Court's calendar.

**IT IS SO STIPULATED.**

Dated: March 26, 2018                                    Levene, Neale, Bender, Yoo & Brill L.L.P.

                                                        By: _____/s/ Beth Ann R. Young_____
                                                            Ron Bender
                                                            Beth Ann R. Young
                                                            Attorneys for Dream Media Corporation

SIGNATURES CONTINUED ON NEXT PAGE

Dated: March 26, 2018

David K. Gottlieb, Chapter 11 Trustee

By: /s/ Linda Cantor

Linda Cantor
Pachulski Stang Ziehl & Jones LLP
Proposed Attorney for Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM OF DREAM MEDIA CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **March 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ *Service information continued on attached page*

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*N/A*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**