RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kjm@lnbyb.com

Attorneys for Dream Media Corporation

**FILED & ENTERED**

**MAR 28 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier       DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                                      Debtor.<br><hr>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>                                      Debtors.<br><br>  X   Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON OBJECTION TO CLAIM OF DREAM MEDIA CORPORATION** |

This Order Granting Continuance of Hearing on the Objection to Claim of Dream Media Corporation as Assignee of ExWorks Capital Fund I Ltd. (the "Claim Objection") [Dkt. No. 196] is made with reference to the Stipulation to Continue Hearing on Claim Objection (the "Stipulation") entered into by David K. Gottlieb, acting as the duly appointed Chapter 11 Trustee (the "Trustee") and secured creditor, Dream Media Corporation ("Dream Media"), through their counsel of record [Dkt. No 289].

Based upon the consent of the Trustee and Dream Media as reflected in the Stipulation, and good cause appearing thereon

**IT IS HEREBY ORDERED THAT** the hearing on the Claim Objection is continued from May 1, 2018, at 1:30 p.m. to May 15, 2018, at 1:30 p.m.

### ###

Date: March 28, 2018

Martin R Barash
United States Bankruptcy Judge