Linda F. Cantor (CA SBN 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th floor
Los Angeles, CA 90067-4003
Telephone:   (310) 277-6910
Facsimile:    (310) 201.0760

Counsel for David K. Gottlieb, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                      Debtor.<br><br>In re:<br><br>☐ Penthouse Global Broadcasting, Inc.<br>☐ Penthouse Global Licensing, Inc.<br>☐ Penthouse Global Digital, Inc.<br>☐ Penthouse Global Publishing, Inc.<br>☐ GMI Online Ventures, Ltd.<br>☐ Penthouse Digital Media Productions, Inc.<br>☐ Tan Door Media, Inc.<br>☐ Penthouse Images Acquisitions, Ltd.<br>☐ Pure Entertainment Telecommunications, Inc., f/k/a For Your Ears Only, Ltd.<br>☐ Xvhub Group, Inc., Fka Giant Swallowtail Inc.<br>☐ General Media Communications, Inc.<br>☐ General Media Entertainment, Inc., f/k/a Penthouse Video, Inc.<br>☐ Danni Ashe, Inc.<br>☐ Streamray Studios, Inc.,<br><br>                      Debtors.<br><br>☒ Affects all Debtors | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No.: 1:18-bk-10101-MB<br>Case No.: 1:18-bk-10102-MB<br>Case No.: 1:18-bk-10103-MB<br>Case No.: 1:18-bk-10104-MB<br>Case No.: 1:18-bk-10105-MB<br>Case No.: 1:18-bk-10106-MB<br>Case No.: 1:18-bk-10107-MB<br>Case No.: 1:18-bk-10108-MB<br>Case No.: 1:18-bk-10109-MB<br>Case No.: 1:18-bk-10110-MB<br>Case No.: 1:18-bk-10111-MB<br>Case No.: 1:18-bk-10112-MB<br>Case No.: 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>**APPLICATION OF THE TRUSTEE TO EMPLOY PROVINCE INC. AS FINANCIAL ADVISOR; DECLARATION OF DAVID ROBERTS IN SUPPORT THEREOF**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |

DOCS_LA:313264.1 32277/001

David K. Gottlieb ("Trustee"), Trustee in the Chapter 11 cases of Penthouse Global Media, Inc., jointly administered with the above-captioned debtors (collectively the "Debtors"), hereby submits this application (the "Application") for the entry of an order authorizing the retention of Province, Inc. ("Province" or the "Firm") as financial advisor to the Trustee, effective as of March 6, 2018, upon the terms and conditions described below. In support of this Application, the Trustee submits the Declaration of David W. Roberts (the "Roberts Declaration"), attached hereto and respectfully represents as follows:

1. GENERAL BACKGROUND

On January 11, 2018 (the "Petition Date"), the Debtors commenced their cases under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Central District of California. In accordance with sections 1107(a) and 1108 of the Bankruptcy Code.

On January 30, 2018, the U.S. Trustee appointed the Committee. See Notice of Appointment of Appointment and Official Committee of Unsecured Creditors [Docket No. 83]. The Committee includes the following entities: (i) DVD Factory Inc.; (ii) LSC Communications US, LLC / Creel Printing; (iii) TGG; (iv) Miller Law Group; and (v) Palm Coast Data.

Status conferences were held in the Debtors' cases on February 21, 2018, February 27, 2018 and February 28, 2018. For reasons stated on the record satisfying the statutory elements specified in 11 U.S.C. § 1104(a)(2) and good cause appearing therefore, the Court ordered that the United States Trustee to appoint a chapter 11 trustee in the Debtors cases [Docket No. 231].

On March 6, 2018, the United State Trustee filed an Application For Order Approving Appointment of Trustee and Fixing Bond [Docket No. 238] seeking the appointment of David K. Gottlieb as Chapter 11 Trustee of the jointly administered Penthouse cases.

By Order entered on March 6, 2018, the Court approved the Appointment of David K. Gottlieb as chapter 11 Trustee [Docket No. 239].

2. PROPOSED USE OF A FINANCIAL ADVISOR

Due to the nature of these Chapter 11 cases, the Trustee has selected Province to act as financial advisor based upon its experience and skill level.

2

DOCS_LA:313264.1 32277/001

The services of Province are deemed necessary to enable the Trustee to successfully administer and assess the value of the Debtors' estates and ensure a successful sale process that maximizes recovery. Province will provide such advisory services to the Trustee and his legal advisors as Province and the Trustee deem appropriate and feasible over the course of these Chapter 11 cases, including but not limited to:

(a) assisting with taking possession and control of the Debtors' books and records including computer systems and electronic data as directed by the Trustee;

(b) compiling and analyzing cash receipts and disbursements and reporting findings;

(c) analyzing and/or compiling the Debtors' cash flow budgets and overall financial condition to assess continued operations and/or to assist with restructuring, a plan of reorganization or liquidation or implementation of a sale process;

(d) analyzing and compiling data re: bankruptcy issues including but not limited to: cash collateral; operating cash flow projections; sale of assets; conversion of the case to Chapter 7; substantive consolidation and preparation of a plan of reorganization or liquidation;

(e) if a sale is pursued, monitoring the sale process, supplementing the list of prospective bidders, assisting with review of potential bids, interfacing with the Trustee, his professionals and other professionals as directed by the Trustee, and advising the Trustee regarding the process;

(f) assisting the Trustee in reviewing the Debtors' financial reports, including, but not limited to, SOFAs, Schedules, cash budgets, and Monthly Operating Reports; and/or assisting the Trustee with preparation of Monthly Operating Reports;

(g) monitoring the Debtors' performance under a DIP Financing arrangement and/or cash collateral agreement and assisting the Trustee with financial data in addressing an event of default;

(h) preparing and/or reviewing as applicable, potential avoidance actions including: preferences, fraudulent transfers and post-petition payments on pre-petition debt;

(i) preparing and reviewing as applicable, claim analyses and estimation process, if necessary;

(j) performing forensic accounting, including reconstruction of financial data to allow analyses to be performed;

(k) reviewing prior tax returns and reconstructing, if necessary, data for tax return preparation;

(l) advising the Trustee on the current state of these chapter 11 Cases;

3

  (m) if a sale is pursued, monitoring the sale process, supplementing the list of prospective bidders, assisting with review of potential bids, interfacing with the Trustee, his professionals and other professionals as directed by the Trustee, and advising the Trustee regarding the process;

  (n) advising the Trustee in negotiations with third parties;

  (o) providing litigation support as necessary;

  (p) if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Province has provided advice, including avoidance actions, claims, appropriate interest rate, plan provisions, as necessary; and

  (q) providing other accounting services and activities as are approved by the Trustee, the Trustee's counsel, and as agreed to by Province.

3. PROVINCE'S QUALIFICATIONS

The Trustee seeks authorization to employ Province as financial advisor pursuant to section 327(a) of the Bankruptcy Code, effective as of September 22, 2017. The Firm has extensive experience representing trustees, debtors, creditors, creditors' committees, and others in a wide variety of bankruptcy cases, including but not limited to, as financial advisor to the trustee in Samson Resources, Maxus Energy, Radio Shack, Coldwater Creek, KSL Media, Loehmann's and Circuit City, the debtors in Woodbridge, Focus Property Group, Argosy Casino (Penn National) and American West Homes, and the official committees of unsecured creditors in Aerosoles, Payless ShoeSource, True Religion, Fresh & Easy, Aéropostale, Golfsmith, HHGregg, Performance Sports Group, Pacific Sunwear, The Wet Seal, National Air Cargo, Magnetation, and numerous other matters.

Province employees specialize in providing financial advisory services in connection with bankruptcies, distressed assets and asset sales in the bankruptcy context and are well-qualified to represent the Trustee in rendering the services described above. A summary of the experience and qualifications of those members of Province expected to render services to the Trustee is attached as **Exhibit A** to the Roberts Declaration.

4. DISINTERESTEDNESS

To the best of the Trustee's knowledge, the partners of, counsel to, and associates of Province do not have any connection with or any interest adverse to the Debtors, its creditors, or any other

4

party in interest, or their respective attorneys and accountants, except as may be set forth in the Roberts Declaration.

Based upon the Roberts Declaration, the Trustee submits that Province is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. Specifically:

(a) Province is not and was not a creditor, an equity security holder or an insider of the Debtors;

(b) Province is not and was not an investment banker for any outstanding security of the Debtors;

(c) Province is not and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

(d) Province is not and was not, within two (2) years before the date of the filing 25 of the petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors;

(e) Subject to the disclosures contained herein, Province neither has nor represents any interest materially adverse to the interests of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason; and

(f) No member of Province is a relative or employee of the United States Trustee for the Central District of California or a bankruptcy jud

The Trustee is the Managing Member of the firm D. Gottlieb & Associates, LLC. D. Gottlieb & Associates, LLC has a monthly leasing agreement and maintains space within Province, Inc's Encino office. D. Gottlieb & Associates, LLC has no direct or indirect financial interest in Province, Inc. and Province, Inc. has no direct or indirect interest in D. Gottlieb & Associates, LLC.

Province currently works with the Trustee in the KSL Media matter. Pachulski Stang Ziehl & Jones LLP (counsel to the Trustee) has worked and currently works with Province on various matters unrelated to the Debtors.

The Trustee has been informed that Province will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise. If any new relevant facts or relationships are discovered, Province will supplement its disclosure to the Court.

5

DOCS_LA:313264.1 32277/001

5. <u>PROFESSIONAL COMPENSATION</u>

The Trustee desires to employ the Firm and compensate the Firm with reasonable fees to be determined by the Court.  No compensation will be paid to the Firm except upon compliance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of this Court.  The Firm has received no retainer in this case to represent the Committee.

Province's standard hourly rates are:

| | |
|---|---|
| Principal | $690-745 |
| Managing Director | $580-630 |
| Senior Director | $540-570 |
| Director | $470-530 |
| Senior Associate | $400-460 |
| Associate | $340-390 |
| Analyst | $270-330 |
| Para professional | $150 |

Province's approach is to utilize a small staff to optimize efficiencies and avoid redundant efforts.  Where work could be performed by professionals with lower rates, Province intends to use such professionals to perform these assignments.

In addition to the hourly rate, Province will bill for all of its out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Application. To ensure the prompt presentation of this Application, the Trustee requests that the Court consider this Application as soon as possible on the Court's docket and approve this Application effective as of March 6, 2018.  No hearing is required unless requested by the United States Trustee, a party in interest or the Court.

//
//
//
//
//
//
//
//

6

DOCS_LA:313264.1 32277/001

WHEREFORE, the Trustee respectively requests that he, solely in his capacity as the Chapter 11 Trustee, be authorized to employ Province and that the Court enter an order approving the employment of Province as financial advisor pursuant to section 327(a) of the Bankruptcy Code, effective as of March 6, 2018, to render services as described herein, with the terms of compensation approved pursuant to section 328 of the Bankruptcy Code, and to be paid in accordance with sections 330 and 331 of the Bankruptcy Code as an expense of administration.

DATED: March 29, 2018                    Respectfully submitted,

By: _____
David K. Gottlieb,
Chapter 11 Trustee

## DECLARATION OF DAVID W. ROBERTS

I, DAVID W. ROBERTS, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules as follows:

1. I am a Director with the firm of Province, Inc. ("Province"). I am authorized to submit this Declaration in Support of the Application of the Trustee to Employ Province, Inc. As Financial Advisor (the "Application"). I am a certified public accountant (CPA), duly licensed and authorize to practice accounting in the State of California. I am also a certified insolvency and restructuring advisor (CIRA) and a certified fraud examiner (CFE). I am a member in good standing in the California Society of Certified Public Accountants (CalCPA) and the American Institute of Certified Public Accountants (AICPA). Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2. Neither I, Province, nor any employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

3. Province has extensive experience representing trustees, debtors, creditors, creditors' committees, and others in a wide variety of bankruptcy cases, including but not limited to, as financial advisor to the trustee in Samson Resources, Maxus Energy, Radio Shack, Coldwater Creek, KSL Media, Loehmann's and Circuit City, the debtors in Woodbridge, Focus Property Group, Argosy Casino (Penn National) and American West Homes, and the official committees of unsecured creditors in Aerosoles, Payless ShoeSource, True Religion, Fresh & Easy, Aéropostale, Golfsmith, HHGregg, Performance Sports Group, Pacific Sunwear, The Wet Seal, National Air Cargo, Magnetation, and numerous other matters.

//

//

8

DOCS_LA:313264.1 32277/001

4. Province will provide such advisory services to the Trustee and his legal advisors as Province and the Trustee deem appropriate and feasible over the course of these Chapter 11 cases, including but not limited to:

(a) assisting with taking possession and control of the Debtors' books and records including computer systems and electronic data as directed by the Trustee;

(b) compiling and analyzing cash receipts and disbursements and reporting findings;

(c) analyzing and/or compiling the Debtors' cash flow budgets and overall financial condition to assess continued operations and/or to assist with restructuring, a plan of reorganization or liquidation or implementation of a sale process;

(d) analyzing and compiling data re: bankruptcy issues including but not limited to: cash collateral; operating cash flow projections; sale of assets; conversion of the case to Chapter 7; substantive consolidation and preparation of a plan of reorganization or liquidation;

(e) if a sale is pursued, monitoring the sale process, supplementing the list of prospective bidders, assisting with review of potential bids, interfacing with the Trustee, his professionals and other professionals as directed by the Trustee, and advising the Trustee regarding the process;

(f) assisting the Trustee in reviewing the Debtors' financial reports, including, but not limited to, SOFAs, Schedules, cash budgets, and Monthly Operating Reports; and/or assisting the Trustee with preparation of Monthly Operating Reports;

(g) monitoring the Debtors' performance under a DIP Financing arrangement and/or cash collateral agreement and assisting the Trustee with financial data in addressing an event of default;

(h) preparing and/or reviewing as applicable, potential avoidance actions including: preferences, fraudulent transfers and post-petition payments on pre-petition debt;

(i) preparing and reviewing as applicable, claim analyses and estimation process, if necessary;

(j) performing forensic accounting, including reconstruction of financial data to allow analyses to be performed;

(k) reviewing prior tax returns and reconstructing, if necessary, data for tax return preparation;

(l) advising the Trustee on the current state of these chapter 11 Cases;

9

DOCS_LA:313264.1 32277/001

(m) if a sale is pursued, monitoring the sale process, supplementing the list of prospective bidders, assisting with review of potential bids, interfacing with the Trustee, his professionals and other professionals as directed by the Trustee, and advising the Trustee regarding the process;

(n) advising the Trustee in negotiations with third parties;

(o) providing litigation support as necessary;

(p) if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Province has provided advice, including avoidance actions, claims, appropriate interest rate, plan provisions, as necessary; and

(q) providing other accounting services and activities as are approved by the Trustee, the Trustee's counsel, and as agreed to by Province.

Province employees specialize in providing financial advisory services in connection with bankruptcies, distressed assets and asset sales in the bankruptcy context and are well-qualified to represent the Trustee in rendering the services described above. A summary of the experience and qualifications of those members of Province expected to render services to the Trustee is attached here to as **Exhibit A**.

4. Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a). However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estate, the professionals, and the Office of the Trustee.

5. Province has conducted an extensive conflict check within its database and thus far, Province has not encountered any creditors of the Debtors in which an actual conflict exists between Province and such creditors. If, at any time during the course of this proceeding, Province learns of any representation which may give rise to a conflict, Province will promptly file with the Court and the US Trustee, an amended declaration identifying and specifying such involvement.

6. Province and certain of its principals have represented and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these chapter 11 cases. At this time, Province is unaware of any such representation. If Province

10

DOCS_LA:313264.1 32277/001

identifies any further such representations, Province shall make further disclosures as may be appropriate at that time.

7. Province represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and these cases, whose members may be creditors and/or committee members in this case. Province, will not represent any members of these committees in any claims that they may have individually against the Debtors.

8. Province has represented, represents, and in the future will likely represent debtors, creditors' committees, and other parties in interest in cases unrelated to the Debtors and these chapter 11 cases wherein professionals retained in these cases have also served as professionals.

9. Province represented, represents, and in the future will likely represent parties in interest in other chapter 11 cases that are wholly unrelated to the Debtors and these chapter 11 cases wherein advisors to Committee members retained in these cases are also serving as professionals.

10. In unrelated matters to that of the Debtors, Bayard, P.A. and Greenberg Traurig, LLP has represented Peter Kravitz, a principal of Province, in his role as Liquidating Trustee in various matters.

11. Pachulski Stang Ziehl & Jones LLP (counsel to the Trustee) has worked and currently works with Province on various matters unrelated to the Debtors.

12. Province currently works with the Trustee in the KSL Media matter.

13. The Trustee is the Managing Member of the firm D. Gottlieb & Associates, LLC. D. Gottlieb & Associates, LLC has a monthly leasing agreement and maintains space in Province's Encino office. D. Gottlieb & Associates, LLC has no direct or indirect financial interest in Province, Inc. and Province, Inc. has no direct or indirect interest in D. Gottlieb & Associates, LLC.

14. Province has neither received any retainer from the Debtors nor any payment, nor has it received any promise of payment, during the one-year period prior to the filing of the Debtors' petitions. No compensation has been paid or promised to be paid from a source other than the Debtors' estate in this chapter 11 case. No promises have been received by Province nor

11

DOCS_LA:313264.1 32277/001

by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Province has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among employees of Province.  Province intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Province.

15. Province's standard hourly rates are:

| | |
|---|---|
| Principal | $690-745 |
| Managing Director | $580-630 |
| Senior Director | $540-570 |
| Director | $470-530 |
| Senior Associate | $400-460 |
| Associate | $340-390 |
| Analyst | $270-330 |
| Para professional | $150 |

16. Province's approach is to utilize a small staff to optimize efficiencies and avoid redundant efforts.  Where work could be performed by professionals with lower rates, Province intends to use such professionals to perform these assignments.

17. In addition to the fees described above, Province will bill for all of its out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed March 29, 2018, at Encino, California.

/s/ David W. Roberts
DAVID W. ROBERTS

# EXHIBIT A

# Exhibit A

**PETER KRAVITZ**
**PRINCIPAL & GENERAL COUNSEL**

**EDUCATIONAL BACKGROUND AND BAR ADMISSIONS**

J.D., Rutgers University Law School, 1995 (Editorial Board of Rutgers Law Journal)
B.A., Lehigh University, 1992
Directors' Consortium Graduate Fall 2013 (jointly offering by Chicago Booth School of Business, Stanford Graduate School of Business, Rock Center for Corporate Governance and the Tuck School of Business at Dartmouth)
Bar Admissions: CA and USDC for Central District of California, 1995

**COMPLEX CIVIL LITIGATION AND BUSINESS COUNSELING BACKGROUND**

American Lawyer Top 100 law firm partner; Martindale-Hubbell Peer Review of AV (Preeminent, 5.0 out of 5.0); selected as 2013 and 2014 Southern California Super Lawyer for Bankruptcy, Litigation and Trusts.

**BUSINESS AFFAIRS**

Served as Executive VP of Business Affairs and General Counsel of the largest privately held RV dealership group ($425+ million in annual revenues and over 500 employees to manage). Mr. Kravitz undertook a prominent role within the industry by reshaping manufacturer-dealer agreements, forcing repurchases of entire aging inventories, ensuring financial compliance practices and managing corporate property development.

**RESTRUCTURING SERVICES**

The focus of Mr. Kravitz' national practice is now dedicated to serving as a Chief Restructuring Officer; advisor to and member of bankruptcy oversight and creditor committees; Chapter 11/ Liquidating Trustee/Plan Administrator; Disbursing Agent; and member of Boards of Directors where his legal and business backgrounds are well-served.
Additionally, as President of a winding-down insurance company, Mr. Kravitz has personally managed the resolution of billions of dollars of personal injury, workers compensation and environmental claims returning over $20+ million in previously unaccounted for returns to the related bankruptcy estate and its beneficiaries.

**PAUL HUYGENS**
**PRINCIPAL**

**EDUCATIONAL BACKGROUND AND CERTIFICATIONS**

B.A., Santa Clara University, 1997
CPA License, Nevada
Certified Fraud Examiner
Member, Association of Certified Fraud Examiners
Member, Nevada Society of CPAs
Board Member, Meadows Bank
Chairman of the Board, Boys Town

**BUSINESS RESTRUCTURING AND TURNAROUND BACKGROUND**

Mr. Huygens is a founding principal of Province and has 20 years of experience in consulting and management on a national basis, primarily involving out-of-court restructurings, complex chapter 11 cases, and distressed financial transactions. He is an effective leader who produces creative and pragmatic solutions to complicated issues, and is a recent award winner in the Service Provider category with M&A Advisor. Mr. Huygens has represented debtors, chapter 7 and 11 trustees, creditors and creditor committees in cases spanning a range of industries, including gaming, hospitality, construction, metals & mining, real estate, media, alternative energy, ecommerce and retail. His experience includes the origination and restructuring of debt, fraud investigation, expert testimony, prepackaged and traditional reorganization plans, forensic and reconstructive accounting, asset sales, debtor-in-possession and exit financing, crisis management, interim management and strategic alternative consulting.

**PRIOR BUSINESS EXPERIENCE**

Mr. Huygens has spent the bulk of his career in the financial arena, serving as COO, CFO, Restructuring Officer or equivalent positions. He was previously a manager of assurance and advisory services for Deloitte with an emphasis in gaming and real estate, where he was responsible for coordinating the firm's efforts for audit and consulting engagements and numerous financial transactions, including public equity offerings, public and private debt offerings, and purchase and merger transactions.

**WALTER BOWSER**
**DIRECTOR**

**EDUCATIONAL BACKGROUND AND CERTIFICATIONS**

M.B.A., Carnegie Mellon University, 1989
B.A., University of Southern California, 1983
CPA License, Texas
Certified Fraud Examiner
Member, American Institute of CPAs
Member, Association of Certified Fraud Examiners

**BUSINESS RESTRUCTURING & CONSULTING BACKGROUND**

Mr. Bowser provides financial advisory and project management services in complex situations including acquisitions, forensic accounting, acquisition integration, and debt restructuring resulting in significant value increase to owners. Mr. Bowser has represented debtors, chapter 7 and 11 trustees, creditors and creditor committees in a variety of industries, including construction, metals, real estate, advertising, manufacturing, aerospace, and retail.  Before joining Province, he worked for PriceWaterhouseCoopers, providing consulting and accounting services to clients in the real estate, banking, and manufacturing industries.

**PRIOR BUSINESS EXPERIENCE**

Mr. Bowser is a financial executive with 20 years of financial management experience in retail, manufacturing, professional services, real estate, and IT. He has served as a controller, VP of Finance, and CFO in companies ranging in size from $50 million to $500 million. Throughout his career, he has guided companies through major changes such as merger integration, divestitures, ERP implementation, major contract negotiation, capital restructuring, and bankruptcy. Mr. Bowser has acquired skills in managing the IT, insurance, and supply chain functions as well as the typical responsibilities of the CFO related to banking, tax, audit, financial planning, and control.

**DAVID ROBERTS**
**DIRECTOR**

**EDUCATIONAL BACKROUND AND CERTIFICATIONS**

Master of Accountancy, Brigham Young University, 1984
B.S. Accounting, Brigham Young University, 1984

Certified Public Accountant (CPA), California and Utah
Certified in Financial Forensics (CFF)
Certified Insolvency and Restructuring Advisor (CIRA)
Certified Fraud Examiner (CFE)

Member, American Institute of Certified Public Accountants (AICPA)
Member, California Society of Certified Public Accountants (CalCPA)
Member, CalCPA Forensic Services Section
Member, Utah Association of Certified Public Accountants (UACPA)
Member, Association of Insolvency and Restructuring Advisors (AIRA)
Member, Association of Certified Fraud Examiners (ACFE)
Member, American Bankruptcy Institute (ABI)
Member, Los Angeles Bankruptcy Forum (LABF)

**BANKRUPTCY / INSOLVENCY AND FORENSIC ACCOUNTING BACKGROUND**

Mr. Roberts provides forensic accounting services in a broad range of complex bankruptcy, fiduciary accounting, fraud and litigation matters.  His experience of more than 30 years includes expert witness testimony in litigation and expert consulting services regarding: bankruptcy and insolvency, forensic and fiduciary trust and estate accounting matters and fraud investigations of Ponzi and other fraud schemes and related negligence, damage calculations, lost profits and shareholder dispute issues.

**PRIOR BUSINESS EXPERIENCE**

Mr. Roberts started his career with Coopers & Lybrand (now PricewaterhouseCoopers) providing tax, audit and forensic accounting services.  He joined Neilson, Elggren Durkin & Co. to focus on forensic accounting services related to bankruptcy, insolvency, fraud investigations, and litigation (both expert consulting and expert witness services).  Prior to joining Province, Mr. Roberts was a partner in the Bankruptcy and Insolvency Services unit of Crowe Horwath LLP.  He has assisted Chapter 11 and Chapter 7 Trustees and creditors in recovering hundreds of millions of dollars for the benefit of creditors.  He has given testimony at trial, depositions and/or before a grand jury in a variety of bankruptcy, fraud, partnership disputes and trust and estate matters.

**RICKY NG**
**ASSOCIATE**

**EDUCATIONAL BACKGROUND & CERTIFICATIONS**
M.S., Finance, Shanghai Advanced Institute of Finance, SJTU, 2013
B.B.A., University of Michigan, Ross School of Business, 2008
NASD Series 7
NASD Series 63

**BUSINESS ADVISORY BACKGROUND**
Mr. Ng has experience in financial analysis, valuation, market analytics, banking, and real estate, and has been providing his financial expertise to companies for nearly a decade. Most recently he worked for a public merchant home builder where he performed market research to help price current and potential new inventory, and worked on the cash flow model for new project feasibility. In addition, he has provided pro forma revenue projections of potential retail tenants for a new shopping center in Asia to maximize the project's overall profitability.

**PRIOR EXPERIENCE**
Mr. Ng started his career in the ABS Conduit Group at JP Morgan where he monitored the collateral (trade receivables, credit cards, auto loans/leases) in the group's securitized loan portfolio. While with the firm, he has worked on the restructuring of a cross-border warehouse revolver for Macquarie. Afterwards, he was a co-founder of on-demand delivery startup in Manhattan and held acquisition discussions with the subsidiary of a major financial institution.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF THE TRUSTEE TO EMPLOY PROVINCE INC. AS FINANCIAL ADVISOR; DECLARATION OF DAVID ROBERTS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 29, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 29, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2018 | NANCY H. BROWN | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:313269.1 32277/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ron Bender    rb@lnbyb.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:313269.1 32277/001