Linda F. Cantor (CA Bar No. 153762)
Jeffrey L. Kandel (CA Bar No. 115832)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
lcantor@pszjlaw.com
jkandel@pszjlaw.com
Counsel for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered With: |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC. GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC. STREAMRAY STUDIOS, INC.,<br><br>X Affects All Debtors<br>☐ Affects:<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**DECLARATION OF DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE, IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE ON TRUSTEE'S MOTION FOR ORDER CONVERTING CASES TO CHAPTER 7 NUNC PRO TUNC TO MARCH 6, 2018**<br><br>Hearing:<br>Date:<br>Time:<br>Place:   Courtroom 303<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA  91367 |

DOCS_LA:313554.1 32277/001

I, David Gottlieb, declare as follows:

1. I am the duly appointed chapter 11 trustee ("Trustee") of the estates of Penthouse Global Media, Inc. ("PGMI") and its affiliated debtor entities whose cases are being jointly administered with the PGMI case.

2. Unless otherwise indicated, all facts set forth in this Declaration are based on either (a) my personal knowledge, (b) information gathered by professionals rendering services to me), (c) my review of relevant documents including, without limitation, the court file in these Cases, or (d) my opinion based upon my experience and knowledge of the circumstances as described in the Motion. If I were called to testify thereto, I could and would competently do so.

3. I make this Declaration in support of the *Application for Order Setting Hearing on Shortened Notice ("Application")* with respect to the *Motion of David Gottlieb, Chapter 11 Trustee, for Order Converting Case To Chapter 7 Nunc Pro Tunc To March 6, 2018* (the "Motion"). Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

4. On March 6, 2018, I was appointed chapter 11 trustee of the Debtors' Estates (*see* Docket No. 236) and have since, *inter alia*, met with Debtors' personnel, opened bank accounts, employed professionals (subject to court approval), conferred with creditors including Debtors' secured lender Dream Media Corporation ("Dream Media") and Debtors' landlord, reviewed the Court record in these Cases, analyzed the Debtor's financial condition and operating status, and assessed whether the Debtors can continue in operation over a month's period of time.

5. As discussed in the Motion, I have been informed by Province, Inc., my proposed financial advisors, that they have determined that the Debtors are not meeting their obligations as they become due and the estates are becoming increasingly administratively insolvent during these cases. There are approximately $400,000 of unpaid postpetition obligations and $305,000 of unpaid professional fees through the date of my appointment. Projections show the Debtors will lose approximately $732,000 over the next three months. There exists a substantial or continuing loss to or diminution of the estates. I cannot continue to operate in chapter 11 without the ability to ensure payment of expenses being incurred by the estates since the date of my

DOCS_LA:313554.1 32277/001                    2

appointment. Based on the foregoing, I request that a hearing on the Motion be held on shortened notice.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 12th day of April, 2018, at Encino, California.

_____
David Gottlieb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE, IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE ON TRUSTEE'S MOTION FOR ORDER CONVERTING CASES TO CHAPTER 7 NUNC PRO TUNC TO MARCH 6, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 12, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 12, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 12, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:312979.1 32277/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - *Ron Bender    rb@lnbyb.com*
   - *Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com*
   - *Russell Clementson    russell.clementson@usdoj.gov*
   - *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
   - *James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com*
   - *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
   - *Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com*
   - *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
   - *Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com*
   - *David W. Meadows    david@davidwmeadowslaw.com*
   - *Krikor J Meshefejian    kjm@lnbrb.com*
   - *Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
   - *Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com*
   - *Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
   - *S Margaux Ross    margaux.ross@usdoj.gov*
   - *Michael St James    ecf@stjames-law.com*
   - *Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
   - *Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com*
   - *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
   - *Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com*
   - *Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com*
   - *Christopher K.S. Wong    christopher.wong@arentfox.com*
   - *Beth Ann R Young    bry@lnbyb.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:312979.1 32277/001