MARK A. MINTZ, admitted pro hac vice
mmintz@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Tel: (504) 582-8000 / Fax: (504) 589-8368

General Counsel for Penthouse Clubs Worldwide, LLC

JOSEPH E. BAIN, admitted pro hac vice
jbain@joneswalker.com
JONES WALKER LLP
811 Main St., Suite 2900
Houston, TX 77002
Tel: (713) 437-1820 / Fax: (713) 437-1917

General Counsel for Penthouse Clubs Worldwide, LLC

CATHY TA, Bar No. 261880
cathy.ta@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Tel: (951) 686-1450 / Fax: (951) 686-3083

Local Counsel for Penthouse Clubs Worldwide, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter: 11 |
| In re:<br><br>Penthouse Global Broadcasting, Inc.<br>Penthouse Global Licensing, Inc.<br>Penthouse Global Digital, Inc.<br>Penthouse Global Publishing, Inc.<br>GMI Online Ventures, Ltd.<br>Penthouse Digital Media Productions, Inc.<br>Tan Door Media, Inc.<br>Penthouse Images Acquisitions, Ltd.<br>Pure Entertainment Telecommunications, Inc.<br>XVHUB Group, Inc.<br>General Media Communications, Inc.<br>General Media Entertainment, Inc.<br>Danni Ashe, Inc. | Jointly Administered With:<br><br>1:18-bk-10099-MB<br>1:18-bk-10101-MB<br>1:18-bk-10102-MB<br>1:18-bk-10103-MB<br>1:18-bk-10104-MB<br>1:18-bk-10105-MB<br>1:18-bk-10106-MB<br>1:18-bk-10107-MB<br>1:18-bk-10108-MB<br>1:18-bk-10109-MB<br>1:18-bk-10110-MB<br>1:18-bk-10111-MB<br>1:18-bk-10112-MB |

| | |
|---|---|
| Streamray Studios, Inc.,<br><br>　　　　　Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects PENTHOUSE GLOBAL MEDIA, INC. | 1:18-bk-10113-MB<br><br>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |

**PLEASE TAKE NOTICE** of the filing of a *Transfer of Claim Other Than for Security* in the Penthouse Global Broadcasting, Inc. bankruptcy case with respect to the scheduled claim of Elisabeth Anne Yates, as transferor, to Penthouse Clubs Global Licensing, LLC, as transferee, a true and correct copy of which is attached hereto as Exhibit 1.

Dated: April 13, 2018　　　　　　　　　JONES WALKER LLP


By: _____
　　MARK A. MINTZ
　　JOSEPH E. BAIN
　　General Counsel for Penthouse Clubs
　　Worldwide, LLC

Dated: April 13, 2018　　　　　　　　　BEST BEST & KRIEGER LLP


By: /s/ Cathy Ta
　　CATHY TA
　　Local Counsel for Penthouse Clubs
　　Worldwide, LLC

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

65264.00001\30925013.1　　　　　　　　- 1 -　　　　　　　NOTICE OF TRANSFER OF CLAIM OTHER
THAN FOR SECURITY

# EXHIBIT 1

MARK A. MINTZ, admitted pro hac vice
mmintz@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA  70170
Tel: (504) 582-8000 / Fax: (504) 589-8368

General Counsel for Penthouse Clubs Worldwide, LLC

JOSEPH E. BAIN, admitted pro hac vice
jbain@joneswalker.com
JONES WALKER LLP
811 Main St., Suite 2900
Houston, TX  77002
Tel: (713) 437-1820 / Fax: (713) 437-1917

General Counsel for Penthouse Clubs Worldwide, LLC

CATHY TA, Bar No. 261880
cathy.ta@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA  92502
Tel: (951) 686-1450 / Fax: (951) 686-3083

Local Counsel for Penthouse Clubs Worldwide, LLC

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.  1:18-bk-10098-MB |
| PENTHOUSE GLOBAL MEDIA, INC., | Chapter:  11 |
| Debtor. | |
| In re: | Jointly Administered With: |
| Penthouse Global Broadcasting, Inc. | 1:18-bk-10099-MB |
| Penthouse Global Licensing, Inc. | 1:18-bk-10101-MB |
| Penthouse Global Digital, Inc. | 1:18-bk-10102-MB |
| Penthouse Global Publishing, Inc. | 1:18-bk-10103-MB |
| GMI Online Ventures, Ltd. | 1:18-bk-10104-MB |
| Penthouse Digital Media Productions, Inc. | 1:18-bk-10105-MB |
| Tan Door Media, Inc. | 1:18-bk-10106-MB |
| Penthouse Images Acquisitions, Ltd. | 1:18-bk-10107-MB |
| Pure Entertainment Telecommunications, Inc. | 1:18-bk-10108-MB |
| XVHUB Group, Inc. | 1:18-bk-10109-MB |
| General Media Communications, Inc. | 1:18-bk-10110-MB |
| General Media Entertainment, Inc. | 1:18-bk-10111-MB |
| Danni Ashe, Inc. | 1:18-bk-10112-MB |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| | |
|---|---|
| Streamray Studios, Inc.,<br><br>　　　　　　Debtors.<br><br>☐ Affects all Debtors<br>☒ Affects PENTHOUSE GLOBAL BROADCASTING, INC. | 1:18-bk-10113-MB<br><br>**TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |

Attached hereto is a *Transfer of Claim Other Than for Security* with respect to the scheduled claim of Elisabeth Anne Yates, as transferor, to Penthouse Clubs Global Licensing, LLC, as transferee.

Dated: April 13, 2018　　　　　　　　　JONES WALKER LLP

By: _____
　　MARK A. MINTZ
　　JOSEPH E. BAIN
　　General Counsel for Penthouse Clubs
　　Worldwide, LLC

Dated: April 13, 2018　　　　　　　　　BEST BEST & KRIEGER LLP

By: /s/ Cathy Ta
　　CATHY TA
　　Local Counsel for Penthouse Clubs
　　Worldwide, LLC

65264.00001\30913930.1　　　　　　　　　- 1 -　　　　　　　TRANSFER OF CLAIM OTHER THAN FOR SECURITY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  Penthouse Global Broadcasting, Inc.              ,          Case No. 1:18-bk-10098-MB

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Penthouse Clubs Global Licensing, LLC | Elisabeth Ann Yates |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
201 St. Charles Ave., Ste. 3915
New Orleans, LA 70170

Court Claim # (if known): _____
Amount of Claim: ____$1,200.00____
Date Claim Filed: _____

Phone:  504-267-5498
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____          Date: 04/12/2018
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3390 University Ave., 5th Floor, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): _____
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 13, 2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 13, 2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 13, 2018_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2018 | Lisa Spencer | /s/ Lisa Spencer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**

In re: Penthouse Global Media, Inc.
1:18-bk-10098-MB

**No. 1 (NEF)**

- Ron Bender    rb@lnbyb.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com (Attorney for Creditors' Committee)
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

**No. 3 (Personal Delivery)**

Hon. Judge Martin R. Barash
United States Bankruptcy Court
Bin on first floor outside WH entry to Intake Section

65264.00001\30518272.1
4/13/18

**No. 2 (U. S. Mail)**

**Debtor**
**Penthouse Global Media, Inc.**
8944 Mason Ave.
Chatsworth, CA 91311

**Penthouse Global Broadcasting, Inc.**
8944 Mason Ave.
Chatsworth, CA 91311

**Request for Notice**

**Attorneys for Penthouse Clubs Worldwide**
Mark A. Mintz
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170-5100

Joseph E. Bain
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX 77002

**Attorneys for LSC Communications US, LLC**
**Creel Printing**
Aram Ordubegian
Arent Fox LLP
555 West Fifth St., 48th Floor
Los Angeles, CA 90013-1065

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3390 University Ave., 5th Floor, Riverside, CA  92501

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 13, 2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 13, 2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 13, 2018_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2018 | Lisa Spencer | /s/ Lisa Spencer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

In re:  Penthouse Global Media, Inc.
1:18-bk-10098-MB

### No. 1 (NEF)

- Ron Bender    rb@lnbyb.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com (Attorney for Creditors' Committee)
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

### No. 3 (Personal Delivery)

Hon. Judge Martin R. Barash
United States Bankruptcy Court
Bin on first floor outside WH entry to Intake Section

**No. 2 (U. S. Mail)**

**Debtor**
**Penthouse Global Media, Inc.**
8944 Mason Ave.
Chatsworth, CA 91311

**Penthouse Global Broadcasting, Inc.**
8944 Mason Ave.
Chatsworth, CA 91311

**Request for Notice**

**Attorneys for Penthouse Clubs Worldwide**
Mark A. Mintz
Jones Walker LLP
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170-5100

Joseph E. Bain
Jones Walker LLP
811 Main St., Suite 2900
Houston, TX 77002

**Attorneys for LSC Communications US, LLC**
**Creel Printing**
Aram Ordubegian
Arent Fox LLP
555 West Fifth St., 48th Floor
Los Angeles, CA 90013-1065

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820