1  Michael H. Weiss (State Bar Number 107481)
   mw@weissandspees.com
2  Laura J. Meltzer (State Bar Number 151889)
   lm@weissandspees.com
3  WEISS & SPEES, LLP
4  6310 San Vicente Boulevard, Suite 401
   Los Angeles, CA 90048
5  Telephone: 424-245-3100
   Facsimile: 424-217-4160
6
7  Attorneys for Debtors
   Penthouse Global Media, Inc. et al.

8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9              SAN FERNANDO VALLEY DIVISION

10 IN RE                                      | Case No. 1:18-bk-10098-MB
       PENTHOUSE GLOBAL MEDIA, INC., a
11     Delaware corporation                   | Chapter 11
                                              | Jointly Administered With:
12                 Debtor.
                                              | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-
13                                            | 10101-MB, Case No. 1:18-bk-10102-MB
   In re:                                     | Case No. 1:18-bk-10103-MB Case No. 1:18-bk-
14   Penthouse Global Broadcasting, Inc., Penthouse | 10104-MB, Case No. 1:18-bk-10105-MB
     Global Licensing, Inc., Penthouse Global  | Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-
15   Digital, Inc., Penthouse Global Publishing, Inc. | 10107-MB, Case No. 1:18-bk-10108-MB
16   GMI Online Ventures, Ltd. Penthouse Digital | Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-
     Media Productions, Inc., Tan Door Media, Inc. | 10110-MB, Case No. 1:18-bk-10111-MB, Case
17   Penthouse Images Acquisitions, Ltd., Pure  | No. 1:18-bk-10112-MB, Case No. 1:18-bk-10113-
     Entertainment Telecommunications, Inc.    | MB
18   XVHUB Group, Inc., General Media
19   Communications, Inc., General Media
     Entertainment, Inc., Danni Ashe, Inc. and | **OPPOSITION TO APPLICATION TO**
20   Streamray Studios, Inc.                   | **SHORTEN TIME FOR HEARING ON**
                                               | **MOTION TO CONVERT CASE TO**
21     [X] Affects All Debtors                 | **CHAPTER 7 NUNC PRO TUNC**
22     ☐ Affects
       ☐ Affects                               | Hearing:
23     ☐ Affects                               | Date:    TBD
       ☐ Affects                               | Time:    TBD
24     ☐ See attached for additional Debtors   | Place:   Room 303
25                                             |          21041 Burbank Blvd.
                                               |          Woodland Hills, CA
26

27
28

       Case No. 1:18-bk-10098-MB                       1

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE TRUSTEE AND HIS COUNSEL, THE DEBTORS AND THEIR COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ITS COUNSEL, AND ALL OTHER PARTIES IN INTEREST**

Debtors, PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc., GMI Online Ventures, Ltd. Penthouse Digital Media Productions, Inc., Tan Door Media, Inc. Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc. XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc. and Streamray Studios, Inc. (collectively, the "Debtors") hereby submit their opposition to the application of the Chapter 11 Trustee for an order shortening time to hear his motion to convert the case to chapter 7 (Docket No. 303) (the Application"):

1. There is no need for hearing shortening time because there is no immediate danger requiring conversion because the estate's losses will occur "prospectively" over the next three months.

2. Conversion of the case will be monumentally significant, and it should be done with a complete record. Hearing the Trustee's motion on shortened time will stymie the parties' ability to present a complete and accurate record.

3. The Debtors submit the application should be denied because the parties need to take discovery of the trustee and his accountants. After such discovery, the Debtors and others may need to retain their own accountants or financial advisors.

4. The Debtors join in the Opposition of the Official Creditors Committee and Penthouse Clubs Worldwide, LLC.

5. Counsel for the Debtors will not be available on April 18, 2018.

Dated: April 16, 2018

WEISS & SPEES, LLP
/s/ *Michael H. Weiss*
Michael H. Weiss
Attorneys for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6310 San Vicente Blvd., Suite 401, Los Angeles, CA 90048

A true and correct copy of the foregoing document entitled

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 16, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Ron Bender    rb@lnbyb.com
Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
Russell Clementson    russell.clementson@usdoj.gov
Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
David W. Meadows    david@davidwmeadowslaw.com
Krikor J Meshefejian    kjm@lnbrb.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Christopher K.S. Wong    christopher.wong@arentfox.com
Beth Ann R Young    bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____ 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 16, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Overnight
Hon. Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/2018 | Laura J. Meltzer | /S/ Laura J. Meltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE