**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

  Debtor.

.

☒ Affects All Debtors
☐ Affects Penthouse Global Media, Inc.
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No. 1:18-bk-10098-MB

Chapter 11

Jointly Administered with: Case Nos.
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE FILED BY THE CHAPTER 11 TRUSTEE; DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**

Hearing:
Date:  TBS
Time:  TBS
Place: Courtroom 303
         21041 Burbank Boulevard
         Woodland Hills, CA 91367

The Honorable Martin R. Barash

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS, THE CHAPTER 11 TRUSTEE, AND THEIR REPSECTIVE COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

The Official Committee of Unsecured Creditors (the "Committee") for Penthouse Global Media, Inc., along with all of the other fourteen jointly administered affiliated entities, the chapter 11 debtors in the above-captioned, jointly administered chapter 11 bankruptcy cases (collectively, the "Debtors'), hereby submits this Objection to the Application for Order Setting Hearing on Shortened Notice ("Application for OST") [Docket No. 303] regarding the Motion for Order Converting Cases to Chapter 7 Nunc Pro Tunc to March 6, 2018 (the "Motion") [Docket No. 302] filed by the David K. Gottlieb, the Chapter 11 Trustee (the "Trustee").

In support of this Objection, the Committee respectfully represents as follows:

1.  On January 30, 2018, the Office of the United States Trustee (the "UST") appointed the Committee. On February 2, 2018, the Committee hired counsel.

2.  After the Committee participated in its first hearing in these cases, on February 5, 2018, a few things became evident to the Committee: (1) the Debtors and Dream Media Corporation ("Dream Media") were engaged in an epic cash collateral battle; (2) the Debtors' financials were in disarray; and (3) the Debtors were at best marginally profitable. In fact, the parties and the UST had already had some preliminary discussions about the appointment of a chapter 11 trustee or a chief restructuring officer ("CRO"), which the UST opposed.

3.  Prior to the appointment of the Trustee, the parties had numerous discussions with various individuals who were vying for the trustee appointment, including the Trustee. The Trustee was informed of the dire financial situation of the Debtors prior to his appointment.

4.  Between the February 5, 2018 hearing and the Trustee's ultimate appointment, the Committee negotiated a term sheet with Dream Media which provided not only for the payment of professional fees and administrative claims but also a carve out for the general unsecured creditors (the "Committee Term Sheet"). The Committee Term Sheet provided for a 60-day sale process which, along with the sale of the license to Penthouse Clubs Worldwide LLC ("Penthouse Clubs") and the various litigation claims and remaining assets, paved the way for a liquidating

1   chapter 11 plan that would pay administrative and priority claims and provide for a distribution to
2   general unsecured creditors. Upon his appointment, the Trustee was provided with the
3   Committee Term Sheet. The Trustee was also advised of the Debtors' financial situation.

4       5.    Instead of heeding the warnings of the various parties that had been involved in
5   these cases about the Debtors' precarious financial situation and the need for an expedited sale
6   process, the Trustee embarked on his exploration. The Trustee burned at least 6 weeks of time,
7   incurred hundreds of thousands in professional fees, and concluded that the Debtors are in a
8   precarious financial situation. That is exactly what the Trustee had been told prior to his
9   appointment, upon his appointment, and after his appointment. The Trustee's revelation is
10  nothing new and does not constitute cause for granting the Application for OST.

11      6.    Through the Motion, the Trustee seeks one thing: not to pay the administrative
12  claims from the petition date to the date of his appointment so that he and his professionals can be
13  paid. That's it. Such a motion does not need an expedited hearing especially when the Trustee
14  seeks retroactive conversion to further protect his and his professionals' fees—apparently, that is
15  the purpose of a Chapter 11 Trustee.

16      7.    In fact, it is the Committee's understanding that the Trustee and Dream Media
17  have been negotiating a new term sheet governing a sale process (the "Trustee Term Sheet"). The
18  Committee has requested but has been denied a copy of the Trustee Term Sheet. The Committee
19  intends to seek discovery regarding this issue and believes that the Application for OST should be
20  denied to provide the Committee an opportunity to conduct discovery into the Trustee Term
21  Sheet.

22      8.    In addition, the Application for OST and the Motion do not disclose and the
23  financial projections supporting the Motion do not address, among other things, the following
24  issues: (1) Stormy Daniels will pose for the May/June issue of Penthouse Magazine—which
25  should increase the Debtors' revenues given her relationship with David Dennison a.k.a. the
26  President of the United States; (2) Penthouse Clubs is still willing to purchase its license for
27  $800,000; (3) Penthouse Clubs has formulated a plan of reorganization and has retained financial
28  advisors to perform due diligence—but was only recently provided access to the Debtors' books

and records after repeatedly requesting access; and (4) the Debtors' cryptocurrency agreement with Vice Coin has raised $13 million, which will result in a material cash infusion into the Debtors' estates.

9. The Application for OST cannot be granted. The Committee intends to conduct discovery into such issues. In addition, since the Trustee intends to operate the Debtors in a Chapter 7, the Committee intends to seek discovery into how that will make any difference in the Debtors' continuing operational losses—other than adversely impact the post-petition administrative creditors and create a windfall for the Trustee to hire yet more professionals.

For the reasons discussed above, the Committee requests that the Court deny the Application for OST, set a hearing on the Motion in 30-45 days to provide the parties sufficient time to conduct discovery, and order such other and further relief as is just and proper.

Dated: April 16, 2018                                    RAINES FELDMAN LLP

                                                         By:    /s/ Hamid R. Rafatjoo
                                                             Hamid R. Rafatjoo
                                                             Attorneys for the Official Committee of
                                                             Unsecured Creditors

**DECLARATION OF HAMID R. RAFATJOO**

I, Hamid R. Rafatjoo, hereby declare and state as follows:

1. I am an attorney duly authorized to practice before the United States Bankruptcy Court for the Central District of California. I am a Partner of Raines Feldman LLP, counsel of record for the Official Committee of Unsecured Creditors (the "Committee").

2. I make this Declaration in support of the Objection to Application for Order Setting Hearing on Shortened Notice filed by the Chapter 11 Trustee. I am over the age of 18 and, except as otherwise set forth herein, have personal knowledge of all facts stated herein. If called as a witness, I could and would testify to the following under oath:

3. Attached hereto as Exhibit A is a true and correct copy of an April 11, 2018 article discussing Stormy Daniels posing for Penthouse Magazine. There are numerous such articles available on the internet.

4. Attached hereto as Exhibit B is a true and correct copy of a March 19, 2018 article indicating that the Debtors' cryptocurrency agreement with Vice Industry Token Inc. has raised $13 million, which should result in a material cash infusion into the Debtors' estates.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of April, 2018, in Los Angeles, California.

                                               /s/ Hamid R. Rafatjoo
                                               Hamid R. Rafatjoo

# EXHIBIT A



SHARE | TWEET



*April 11, 2018*

# Stormy Daniels Poses For 'Penthouse' As She Journeys Down Another Avenue Of Her New Found Fame

The former porn star is 'milking her alleged one-night stand with Donald Trump for maximum exposure,' suggests Page Six.

CELEBRITIES         JOE RAEDLE / GETTY IMAGES

Roz Zurko

Stormy Daniels' allegations of a one night stand with Donald Trump seemed to have taken on a life of their own. She's received quite a bit of attention for her alleged story of one romp with Trump and her willingness to repeat these allegations do not appear to wane.

It doesn't look like Stormy and her allegations will be fading any time soon as her latest venture is a "tell-all" interview with *Penthouse Magazine,* which also includes the former porn star posing nude. According to *Page Six,* the "top-heavy" Stormy appears naked in the double May-June issue of *Penthouse Magazine.*

Her words on an alleged Trump fling along with her naked images will grace the latest edition of *Penthouse,* which will hit the newsstands at the end of this month. You may be wondering what she can possibly say in this *Penthouse* interview that she hasn't said already.

Stormy has been very detailed with her allegations, offering an alleged blow-by-blow description of her alleged conversations with Trump during the hours leading up to her claimed encounter. According to *Page Six*, the former porn star will "answer a lot of questions that Anderson Cooper didn't ask" during his interview with Stormy.



SPONSORED

## THE STARS' BEST KEPT SECRETS: JEREMY IRONS

FEATURED BY CONNATIX

Jeremy Irons has been entertaining audiences for over four decades, in everything from period dramas to superhero epics. But what are some things you might not have known about this legendary performer?

"It's a great feature" and "she looks amazing," claimed a spokesperson for the magazine. There was no answer offered when asked how much Stormy was paid for this interview along with her naked images, reports *Page Six*.



Joe Raedle / Getty Images



TRENDING STORIES

TV

'Young And The Restless' Spoilers: Body Disappears – JT Still Alive?

TV

'Bold And The Beautiful' Spoilers Week Of April 16: Liam Moves In With Hope, Bill Begs Steffy To Be His

Stormy's claims started with her alleged reveal of having unprotected sex with Trump back in 2006. She also claims that she was "warned to stay silent" in 2011. Then just days before the presidential election in 2016 she was paid $130,000 as a "part of a nondisclosure agreement she is seeking to invalidate."

While the *Penthouse* interview would appear to be a breach of that agreement, it hasn't seemed to stop her from discussing her allegations during other venues. If that agreement is ruled as still valid, it would make her liable for a penalty of $1 million.

Exhibit A, Page 7



It is not known how much money Stormy has realized from her interviews and the naked images in the *Penthouse* spread. It is also not known what future plans she has for her new-found fame or where she plans to cash-in with this alleged story next.

Before she stepped on the scene as Donald Trump's accuser, Stormy's net worth was said to be in the neighborhood of $2 million, according to *Celebrity Net Worth*. With that said, that looming $1 million may just be a drop in the bucket compared to what she's already accumulated in wealth from this story-sharing crusade. Not to mention her potential future earnings if her Trump allegations continue to sustain her new-found fame.

According to *Express*, Stormy lives in Dallas with her husband, Glendon Crain. He is known as Brendon Miller on the screen, just as Stormy Daniels is her screen name. The former porn star's birth name is Stephanie Clifford. Donald Trump has denied Stormy Daniels' affair allegations from the minute they emerged and he continues to do so today.

SHARE | TWEET | PIN IT

'Bold And The Beautiful' Spoilers: Secret May Sweeps Wedding For Bill And Steffy

Khloe Kardashian Has Full Custody Of Baby Girl Because Of This Legal Technicality, 'Hollywood Life' Reports

'Bold And The Beautiful' Spoilers For Mon. April 16: Taylor's Wrath, Steffy Supports Liam, 'Bridge' Puzzled

Galaxy X: Samsung's Foldable Phone Could Be Dead On Arrival Due To Rival Huawei's Foldable Device

## FEATURED BY CONNATIX



**EMMA WATSON SHARES MAKEUP SECRET SHE GOT FROM HER MUM**

Emma Watson has a special secret makeup trick that she ⋮ mother.



# EXHIBIT B

Crowdfundinsider Would Like to Send You Push Notifications.

Notifications can be turned off anytime

Don't Allow    Allow

# Vice Industry Token: Penthouse Launches Blockchain Platform & ICO for Adult Entertainment

5   18                                          23 SHARES

March 19, 2018 @ 8:08 am By JD Alois



Penthouse Global Media, publisher of the Penthouse magazine, has announced it will create a Vice Industry Token (VIT) for visitors to be able to pay and earn tokens across Penthouse's original content, as well as comment on and vote for content.

The Vice Token is a Blockchain platform and cryptographic token for the vice industry that allows producers to more efficiently monetize their content (IE Porn) by rewarding viewers just for watching content. Penthouse says today's ad-based, free viewing model is broken, dominated by tube sites and benefiting only web traffic companies. The token is said to enable producers to deliver high-quality content catered to the specific desires of their most enthusiastic fans. The token is in the midst of an initial coin offering and the crowd sale ends tomorrow (March 20th).  The ICO has raised 24398.26 ETH as of today – about $13 million.

> "This news is coming hot on the heels of our previous announcements this week," said Stuart Duncan, chief executive officer of Vice Industry Token. "This industry has been a technology leader from the start and Penthouse has always been a

## Subscribe to our weekly email

Email Address

Subscribe

## Sponsored Links by DQ Promote

Exhibit B, Page 9

Kelly Holland, CEO and owner of Penthouse, said they want to accelerate their "bold move" into crypto by allowing people to both earn and spend cryptocurrenc on all their online portals

> "VIT will help us to expand into the new markets presented to us, and it will assist us in expanding our global brand loyalty. Additionally, it will increase our advertising reach and exposure."

**Have a crowdfunding offering you'd like to share?** Submit an offering for consideration using our **Submit a Tip** form and we may share it on our site!

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE FILED BY THE CHAPTER 11 TRUSTEE; DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/16/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/16/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ron Bender    rb@lnbyb.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Michael St James    ecf@stjames-law.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
- Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong    christopher.wong@arentfox.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**