PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  | Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)

2  | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor

3  | Los Angeles, CA  90067
Telephone: 310/277-6910

4  | Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

5  |

6  | Proposed Attorneys for David K. Gottlieb, Chapter 11 Trustee

7  |

8  | **UNITED STATES BANKRUPTCY COURT**

9  | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| 11 | In re: | Cases No.: 1:18-BK-10098-MB |
| 12 | PENTHOUSE GLOBAL MEDIA, INC., | Chapter 11 |
| 13 | Debtor. | Jointly Administered with Cases Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; |

| | |
|---|---|
| | 1:18-bk-10102-MB; 1:18-bk-10103-MB; |
| 14 | ☒ Affects All Debtors | 1:18-bk-10104-MB; 1:18-bk-10105-MB; |
| 15 | ☐ Affects Penthouse Global Broadcasting, Inc. | 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; |
| | ☐ Affects Penthouse Global Licensing, Inc. | 1:18-bk-10110-MB; 1:18-bk-10111-MB; |
| 16 | ☐ Affects Penthouse Global Digital, Inc. | 1:18-bk-10112-MB; 1:18-bk-10113-MB |
| 17 | ☐ Affects Penthouse Global Publishing, Inc. | |
| 18 | ☐ Affects GMI Online Ventures, Ltd. | **NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT WITH** |
| | ☐ Affects Penthouse Digital Media Productions, Inc. | **DREAM MEDIA, INC.** |
| 19 | ☐ Affects Tan Door Media, Inc. | |
| | ☐ Affects Penthouse Images Acquisitions, Ltd. | **Hearing:** |
| 20 | ☐ Affects Pure Entertainment Telecommunications, Inc. | Date:      May 9, 2018 |
| 21 | ☐ Affects XVHUB Group, Inc. | Time:      1:30 p.m. |
| | ☐ Affects General Media Communications, Inc. | Place:     United States Bankruptcy Court 21041 Burbank Boulevard |
| 22 | ☐ Affects General Media Entertainment, Inc. | Courtroom 303 |
| | ☐ Affects Danni Ashe, Inc. | Woodland Hills, California |
| 23 | ☐ Affects Streamray Studios, Inc. | Judge:     Hon. Martin R. Barash |

24 |

25 | **TO ALL CREDITORS:**

26 | **PLEASE TAKE NOTICE** that David K. Gottlieb, in his capacity as Chapter 11 Trustee (the

27 | "Trustee") of the above-captioned bankruptcy estates (the "Estates") of Penthouse Global Media,

28 |

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Inc. and its debtor subsidiaries (the "<u>Debtors</u>"), has filed a motion [Dkt. No. 325] (the "<u>Motion</u>") for

2  entry of an order by the Bankruptcy Court to approve a settlement ("<u>Settlement</u>") between the

3  Trustee and secured creditor Dream Media, Inc. ("Dream Media").

4       **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled for

5  **May 9, 2018, at 1:30 p.m. Pacific Time**, or as soon thereafter as counsel may be heard before the

6  Honorable Martin R. Barash, United States Bankruptcy Judge, in Courtroom 303, 21041 Burbank

7  Boulevard, Woodland Hills, California 91367.

8       The Motion is based upon the Notice of Motion and Motion, the accompanying

9  Memorandum of Points and Authorities and the supporting Declaration of David K. Gottlieb

10  (collectively, the "<u>Motion Pleadings</u>"), the record in these cases, all matters of which this Court may

11  properly take judicial notice and any other evidence before the Court prior to or at the hearing on the

12  Motion.  If you wish to obtain a copy of the Motion Pleadings, please contact the office of proposed

13  counsel for the Trustee, attn.: Janice G. Washington by phone at (310) 277-6910 or by e-mail at

14  jwashington@pszjlaw.com.

15       **PLEASE TAKE FURTHER NOTICE** that the Settlement generally provides for (a) the

16  allowance of the Dream Media claim in the amount of $10,440,903.14 as of the petition date (the

17  "<u>Allowed Dream Media Claim</u>")[1]; (b) Dream Media shall be the stalking horse bidder at an auction

18  of the Debtors' assets to be held on or about June 1, 2018, with an initial credit bid of $3 million,

19  provided that Dream Media may credit bid up to the amount of the Allowed Dream Media Claim; (c)

20  a substantial carve out and release of Dream Media's liens, claims and interests as against certain

21  assets of the Debtors up to $1.8 million (exclusive of avoidance actions) for the benefit of the

22  Estates; (d) Dream Media will consent to the Trustee's use of cash collateral through the close of

23  sale of the auction; (e) the assignment to Dream Media of the Vice Coin receivable (as defined

24

25

26

27  [1] If Dream Media is oversecured, the Allowed Dream Media Claim will increase by $200,000 per month (representing interest on the Allowed Dream Media Claim) up to the aggregate value of the Debtors' assets.

28

1  below);and (f) broad mutual releases and waivers of California Civil Code § 1542 and similar laws

2  by the Trustee and Dream Media. [2]

3       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f),

4  if you wish to oppose the Motion, you must file a written response with the Court and serve a copy

5  of it upon the undersigned counsel no later than fourteen (14) days prior to the hearing on the

6  Motion.  The failure to properly file and serve an opposition may be deemed consent to the relief

7  requested in the Motion or a waiver of any right to oppose the Motion.

8  DATED: April 18, 2018          PACHULSKI STANG ZIEHL & JONES LLP

9

10          By:   */s/ Linda F. Cantor*
         Proposed Attorneys for David K. Gottlieb, Chapter 11

11          Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[2] While the summary herein of the principal terms of the Settlement Agreement is intended to be accurate, parties in interest should read the full Settlement Agreement for the complete terms and if there is any discrepancy between the summary herein and the Settlement Agreement, the terms of the Settlement Agreement control.

*June 2012*
DOCS_LA:313712.1 32277/001

1

# PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

4

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT WITH DREAM MEDIA, INC.** will be served or was served (a)

5

on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

6

7

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 18, 2018, I checked the CM/ECF docket for this

8

bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

9

10

☒ Service information continued on attached page

11

**2. SERVED BY UNITED STATES MAIL**:
On April 18, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed

12

envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24

13

hours after the document is filed.

14

☒ Service information continued on attached page

15

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to

16

F.R.Civ.P. 5 and/or controlling LBR, on April 18, 2018 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service

17

method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than

18

24 hours after the document is filed.

19

*Via Federal Express*
Honorable Martin R. Barash

20

U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite  342/ Courtroom 303

21

Woodland Hills, California  91367

22

☐ Service information continued on attached page

23

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

24

25

| April 18, 2018 | Janice G. Washington | */s/ Janice G. Washington* |
|----------------|----------------------|----------------------------|
| Date | Printed Name | Signature |

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*June 2012*
DOCS_LA:313712.1 32277/001

1

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

2

Russell Clementson on behalf of U.S.
Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor
NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@
dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of
Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of
Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested
Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor
LSC Communications US, LLC / Creel
Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raines
law.com

S Margaux Ross on behalf of U.S.
Trustee United States Trustee (SV)

margaux.ross@usdoj.gov

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested
Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spenc
er@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney
Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Penthouse Digital Media Productions, Inc.
    mw@weissandspees.com,
2   lm@weissandspees.com

3   Michael H Weiss on behalf of Debtor
4   Penthouse Global Broadcasting, Inc.
    mw@weissandspees.com,
5   lm@weissandspees.com

6   Michael H Weiss on behalf of Debtor
    Penthouse Global Digital, Inc.
7   mw@weissandspees.com,
    lm@weissandspees.com
8
    Michael H Weiss on behalf of Debtor
9   Penthouse Global Licensing, Inc.
    mw@weissandspees.com,
10  lm@weissandspees.com

11  Michael H Weiss on behalf of Debtor
    Penthouse Global Media, Inc.
12  mw@weissandspees.com,
    lm@weissandspees.com
13
    Michael H Weiss on behalf of Debtor
14  Penthouse Global Publishing, Inc.
    mw@weissandspees.com,
15  lm@weissandspees.com

16  Michael H Weiss on behalf of Debtor
    Penthouse Images Acquisitions, Ltd.
17  mw@weissandspees.com,
    lm@weissandspees.com
18
    Michael H Weiss on behalf of Debtor
19  Pure Entertainment Telecommunications,
    Inc. fka For Your Ears Only, Ltd.
20  mw@weissandspees.com,
    lm@weissandspees.com

21

22

23

24

25

26

27

28

Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of
Creditor LSC Communications US, LLC
/ Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Peter W. Lianides
plianides@wcghlaw.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

3   **2. <u>SERVED BY UNITED STATES
MAIL</u>:**

4

5   *Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.

6   Chatsworth, CA 91311

7   *Counsel for Debtor*

8   Michael H. Weiss, Esq.
WEISS & SPEES LLP

9   6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

10

*Trustee*

11   David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC

12   17000 Ventura Blvd., Suite 300
Encino, California, 91403

13

*Office of U.S. Trustee*

14   Margaux S. Ross
915 Wilshire Blvd. , Suite 1850

15   Los Angeles, CA 90017

16   *Counsel for The Official Committee of
Unsecured Creditors*

17   c/o Hamid R. Rafatjoo
Raines Feldman LLP

18   1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

19

DVD Factory Inc.

20   Representative: Steve Kalson
7230 Coldwater Canyon Ave.

21   North Hollywood, CA 91605

22   LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk

23   4101 Winfield Rd.
Warrenville, IL 60555

24

Palm Coast Data

25   Representative: Neil Gordon
11 Commerce Blvd.

26   Palm Coast, FL 32164

27

28

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA 91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

ARENT FOX LLP
Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application to be sub
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

*June 2012*
DOCS_LA:313712.1 32277/001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice
application to be submitted)
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Adult Talent Managers
22020 Clarendon St., Suite 300
Woodland Hills, CA 91367

OC Modeling
22024 Lassen Street, Unit 114
Chatsworth, CA 91311

Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX 78249

Disgraceful, Inc.
Meghan Slaninko
24303 Woolsey Canyon Road,
Space #31
West Hills, CA 91304

Jessica Hyatt
4210 Sarah Street, Apt #42
Burbank, CA 91505

Jolie K. Henderson
450 79th Street, Apt #1
Miami Beach, FL 33141

Madilyn Bishop
6301 Glade Avenue, # K320
Woodland Hills, CA 91367

Savana Maisah Johnson
6419 10th Avenue, #23
Los Angeles, CA 90043

Spieglergirls.com
Mark Spiegler
22121 Clarendon St., Unit 454
Woodland Hills, CA 91365

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA 91316

Yehuda Shahar
PR Consulting P.O. Box 708
Tzur Moshe 42810, Israel

Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA 91352

Murat Saygi Ebulula Mardin
Cad. Caglayan Sitesi B Blok N: 12
D: 4 34335
Akatlar- Besiktas / ISTANBUL

Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA 90020

Arkena, Inc.
125 S. Barrington Place
Los Angeles, CA 90049

Laura Arielle Willette
926 N. Normandie Ave., Apt #10
Los Angeles, CA 90029

AJ Park IP Pty, Ltd.
Level 14
St. James Centre
111 Elizabeth Street
Sydney, NSW 2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Aspen Setaro
360 S. Market St, #2004
San Jose, CA 95113

Verizon Business
13031 West Jefferson Blvd.
Building 900
Los Angeles, CA  90094

Debbie Cherry
10831 Roycroft Street, #77
Sun Valley, CA  91352

Nathanael Kalfa Consulting
16 Broadfields Avenue
Edgware Middlesex HA8 8PF
London, ENGLAND

RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367

Bizarre Video
21621 Nordhoff Street, Suite B
Chatsworth, CA  91311

Emily Palan
2412 Delancey Place
Philadelphia, PA  19103

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA  91311

Hotel Majestic
10 La Croisette – BP 163
06407 Cannes Cedex, France

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041

Digital Media Consultants, LLC21781
Ventura Blvd, Suite 644
Woodland Hills, CA  91364

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA  91311

Ogun Consulting
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

SESAC
35 Music Sq E
Nashville, TN 37203

FedEx
P.O. Box 7221
Pasadena, CA  91109-7321

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd., #308
Los Angeles, CA 90046

Revideo, Inc. dba:  Art Attack
Productions
10945 Old Santa Susana Pass

Chatsworth, CA  91311
PriorityWorkforce
2170 S Towne Center Pl #350
Anaheim CA  92806

Phe, Inc.
302 Meadowland Drive
Hillsborough, NC  27278

Interactive Media
AG Einsiedlerstrasse 23 CH-8834
Schindellegi SZ Switzerland

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Elle et Lui,
Las Vegas, NV

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3

Basmedia B.V. Pluggematen
2 8331TV Steenwijk
The Netherlands

M7 GROUP
L-1246 2 rue Albert Borschette
Luxembourg

Dennemeyer & Associates
55, rue des Bruyeres
L-1274 Howald, Luxembourg

Corsearch
P.O. Box 4349
Carol Stream, IL 60197-4349 US

Law Offices of Max J. Sprecher
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

Pryor Cashman LLP
7 Times Square
New York, NY  10036

Vincenza Vignetti
Via Tevere 13
Asti AT 14100 Italy

Radisav Antic
Knjaza Milosa 11/7
Pirot Serbia 18300 Serbia

Thomas Pell
1092 Hwy 11W
Bean Station,TN  37708

John Kelly
255 S. Rengstorff Ave., Apt 132
Mountain View, CA  94040

Steven Moser
601 Stevens St.,
SW Watertown, MN  55388

Jerrod Olson
8944 Mason Ave.
Chatsworth, CA 91311

Marcella Monteleone
P O Box 816
Bloomington, IL 60108

EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA  92629

SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA  90038

Christine Pevarnik
2863 Brookside Drive
Mobile, AL  36693

Cyber Pro Hosting
PO Box 26203
Milwaukee, WI  53226

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808 USA

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA  91303

WebDotCalm
237 Town Center West, #267
Santa Maria, CA  93458

Ninja Partners, Inc.
1621 E. 6th Street, Suite 1130
Austin, TX  78702

Mojo Host
30300 Telegraph Road, Ste 300
Bingham Farms, MI 48025

Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678

Cannon Solutions America, Inc.
15004 Collections Center Drive
Chicago, IL 60693

AT & T
PO Box 5017
Carol Stream, IL 60197

Adobe Systems, Inc.
75 Remittance Drive, Suite 1025
Chicago, IL  60675-1025

Orkin
P O Box 7161
Pasadena CA  91109-7161

Paracorp Inc dba PARASEC
PO Box 160568
Sacramento CA  95816-0568

Benedict Limousine
5700 Etiwanda Ave. #237
Tarzana, CA 91356

Kristel Yoneda
251 Orangefair Avenue, Apt # 209
Fullerton, CFA  92832

Gam Inventory Management
Service
Newark Post Office
PO Box 35594
Newark, NJ 07193-5594

Takedown Piracy Inc
8045 Retriever Ave.
Las Vegas, NV 89147

Mazars LLP
Mazars House Gelderd Road
Gildersome Leeds  LS27 7JN

Alpha Cygni
95 Claxton Ave.
Watertown, CT 06795

ADT
PO Box 371878
Pittsburg, PA 15250-7878

Safe Keeping Records
8826 Megan Avenue
West Hills, CA  91304

Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg

Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA  90007

David Feldman Worldwide, Inc.
PO Box 823473
Philadelphia, PA 19182-3461

Network Domain Services N.V.
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Terrence A. Lucero CPA
17609 Ventura Blvd., # 215B
Encino, CA  91316

ExWorks Capital Funds I, LP
333 W. Wacker Drive
Suite 1620
Chicago, IL  60606

Dream Media Corporation
10990 Wilshire Blvd., Penthouse
Los Angeles, CA  90024

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, De  19899

TGG
Representative: Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104

C. Hocquel Inc.
8310 Jayseel St.
Sunland, CA 91040

Allgemeines Treuunternehmen
Aeulestrasse
Aeulestrasse 5 – PO Box 83
Furstentum Liechtenstein

DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA  19087

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662

Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave. Suite 1401
Orlando, FL 32801

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA  92868

Tom Fox
PO Box 2402
Santa Cruz CA  95063

Total Records Information Management
LLC
371 Starke Road
Carlstadt, NJ  07072

Iron Mountain
1000 Campus Drive
Collegeville, PA  19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management Services
PO Box 35539
Newark, NJ 07193-5539

Mark Wood
400 W. 45th Street, # 4F
New York, NY 100369

*June 2012*
DOCS_LA:313712.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007

Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311

Denean Gable
1991 Pershing Ave. Unit A
Pahrump, NV  89048

Kristin Stec 86-20 Park Lane South
Apartment 4B
Woodhaven, NY 11421

Camille Todaro
6304 Windcrest Dr. #534
Plano, TX 75024

Jeanette Beebe Poet & Journalist, LLC
1336 River Road
Titusville, NJ  08560

10 Homersham Road Kingston
Upon Thames Surrey, KT1 3PN
United Kingdom

Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217

Jennifer Nordbak
835 Locust Ave
Unit 518
Long Beach, CA  90813

John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403

Keith Harary
PO Box 87025
Vancouver, WA 98687

Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201

Midwest Lists And Media

9301 Milwaukee Avenue
Niles, IL  60714

Christina Williams
4024 Frye Terrace
Colonial Heights, VA  23834

Megan Wood
5460 White Oak Ave. #A306
Encino, CA 91316

Steven Austin Barber
301 Harvard Drive
Arcadia, CA  91007

Ricardo C. Ferrise
940 N. Stanley Avenue, #8
West Hollywood, CA  90046

Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA  91325

Eric Del Carlo
217 D Street, #310
Eureka, CA  95501

Candace Behrle
22647 Ventura Blvd. # 209
Woodland Hills, CA 91364

Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122

Brad Hodges
2989 Juniper Hills Blvd. Apt. 104
Las Vegas, NV 89142

Thomas O' Brien
200 N. San Fernando Rd. Loft 304
Los Angeles, CA 90031

Alison Seay
2929 Hiss Avenue
Baltimore, MD  21234

David Carnie
1408 Stanford Drive
Glendale CA  91205

Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210

1

2

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096

Thomas Morton
288 Graham Ave., # 1
Brooklyn, NY  11211

3

4

So Cal Licensing
3430 Precision Drive
North Las Vegas, NV  89032

Pretty Things Press
P.O. Box 55
Point Reyes Station, CA  94956

5

6

Sahar Yakhi
7037 Alabama Ave., #204
Canoga Park, CA  91303

Zachary Lipez
310 Greenwich St. Apt 33E
New York, NY 11206

7

8

Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5

Getty Images
PO Box 953604
St. Louis, MO 63195-36

9

10

Alexis Calucag
13330 Huston Street,  Apt "B"
Sherman Oaks, CA  91423

PR Newswire Association LLC G.
P.O. Box 5897
New York, NY 10087-5897

11

12

Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403

Edgewood Paper
115A Floral Vale Blvd.
Yardley, PA  19067-5529

13

14

Disgraceful Inc.
24303 Woolsey Cyn Rd. Spc 31
West Hills, CA 91304

Barbara F. Pizio
2342 82nd Street, Apt. 3
Brooklyn, NY  11214

15

16

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY  11369

Palm Coast Data LLC
Attn: Finance Dept
11 Commerce Blvd
Palm Coast, FL 32164

17

18

Willett Associates
PO Box 380414
Birmingham AL  35238

Drew Millard
115 West Woodridge Drive
Durham, NC 27707

19

20

Phillip J. Hanrahan Jr.
6031 N. Lake Drive
Whitefish Bay, WI 53217

Creel, LLC
6330 West Sunset Rd.
Las Vegas NV 89118

21

22

Matt Gallagher
112 Withers Street, Apt. 2
Brooklyn, NY 11211 US

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ  07054

23

24

V&M Design
13226 Azores Ave
Sylmar, CA 91342

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago IL  60675-6825

25

26

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*June 2012*
DOCS_LA:313712.1 32277/001

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Joseph Bain jBain@joneswalker.com
on behalf Penthouse Clubs

Marc J. Winthrop
mwinthrop@wcghlaw.com

Timothy Driver on behalf of Media
Asset Replacements
tim@mediaassetplacements.com

Nick Miseur International
Paxum@callisto-online.biz

Andreas Andreou International
Ph-partners@mindgeek.com

Charlina Johnson
digigirl@hotmail.com

Sergei A. Jantshukovitsh
dolboebizm@gmail.com

Kevin Noonan
knoonan@hotmail.com

Michel Plante International
Paxum@qwebec.com

Sergio Freixas International
deicox@gmail.com

Vladyslav Plashchevatyi International
xfive@setds.net

Qisheng Wu International
adenamediacorp@gmail.com

Philip Tranker International
sales@awnexus.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*June 2012*
DOCS_LA:313712.1 32277/001