1  MARK A. MINTZ, admitted pro hac vice
   mmintz@joneswalker.com
2  JONES WALKER LLP
   201 St. Charles Ave., Suite 5100
3  New Orleans, LA  70170
   Tel: (504) 582-8000 / Fax: (504) 589-8368
4
   JOSEPH E. BAIN, admitted pro hac vice
5  jbain@joneswalker.com
   JONES WALKER LLP
6  811 Main St., Suite 2900
   Houston, TX  77002
7  Tel: (713) 437-1820 / Fax: (713) 437-1917

8  General Counsel for Penthouse Clubs Worldwide, LLC,
   Penthouse Clubs Global Licensing, LLC, and
9  Kirkendoll Management, LLC

10 MARC J. WINTHROP – State Bar No. 63218
   mwinthrop@wcghlaw.com
11 PETER W. LIANIDES – State Bar No. 160517
   plianides@wcghlaw.com
12 WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP
   1301 Dove Street, Suite 500
13 Newport Beach, CA 92660
   Tel:  (949) 720-4100 / Fax: (949) 720-4111

14 Local Counsel for Penthouse Clubs Worldwide, LLC,
   Penthouse Clubs Global Licensing, LLC, and
15 Kirkendoll Management, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.  1:18-bk-10098-MB |
| PENTHOUSE GLOBAL MEDIA, INC., | Chapter:  11 |
| Debtor. | |
| In re: | Jointly Administered With: |
| Penthouse Global Broadcasting, Inc. | 1:18-bk-10099-MB |
| Penthouse Global Licensing, Inc. | 1:18-bk-10101-MB |
| Penthouse Global Digital, Inc. | 1:18-bk-10102-MB |
| Penthouse Global Publishing, Inc. | 1:18-bk-10103-MB |
| GMI Online Ventures, Ltd. | 1:18-bk-10104-MB |
| Penthouse Digital Media Productions, Inc. | 1:18-bk-10105-MB |
| Tan Door Media, Inc. | 1:18-bk-10106-MB |
| Penthouse Images Acquisitions, Ltd. | 1:18-bk-10107-MB |
| Pure Entertainment Telecommunications, Inc. | 1:18-bk-10108-MB |
| XVHUB Group, Inc. | 1:18-bk-10109-MB |
| General Media Communications, Inc. | 1:18-bk-10110-MB |
| General Media Entertainment, Inc. | 1:18-bk-10111-MB |
| Danni Ashe, Inc. | 1:18-bk-10112-MB |
| Streamray Studios, Inc., | 1:18-bk-10113-MB |
| Debtors. | |

-1-

| | |
|---|---|
| ☒ Affects all Debtors<br>☐ Affects PENTHOUSE GLOBAL MEDIA, INC. | **DECLARATION OF JOHN KIRKENDOLL IN SUPPORT OF OBJECTION OF PENTHOUSE CLUBS WORLDWIDE, LLC, PENTHOUSE CLUBS GLOBAL LICENSING, LLC, AND KIRKENDOLL MANAGEMENT, LLC TO APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>Date:    [Not Set]<br>Time:    [Not Set]<br>Place:   Courtroom 303,<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA 91367 |

DECLARATION OF JOHN KIRKENDOLL

I, John Kirkendoll, hereby declare and state as follows:

1. I am the founder and CEO of Kirkendoll Management, LLC, and the sole member and manager of Penthouse Clubs Global Licensing, LLC and Penthouse Clubs Worldwide, LLC (the collectively, "Penthouse Clubs").

2. I make this declaration in support of Penthouse Clubs' Objection to Application for Order Setting Hearing on Shortened Notice ("Objection"). I am over the age of 18 and, except as set forth herein, have personal knowledge of all facts stated herein. If called as a witness, I could and would testify to the following under oath:

3. Attached hereto as Exhibit A is a true and correct copy of the email I sent to David Gottlieb on April 8, 2018 and that I later forwarded to counsel. The portion of the email containing a privileged communication has been redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected.

Executed this 19th date of April, 2018, in New Orleans, Louisiana.

_____
John Kirkendoll

{N3583113.1}                                -1-

# Exhibit A



Begin forwarded message:

**From:** John Kirkendoll <jkirkendoll@kirkmgmt.com>
**Subject: Penthouse Ch 11**
**Date:** April 8, 2018 at 4:07:38 PM CDT
**To:** David Gottlieb <dgottlieb@dkgallc.com>
**Cc:** lcantor@pszjlaw.com, Kelly Holland <kholland@penthouse.com>

Hello David,

I wanted to take a second an update you on our submission of a Ch.11 plan of reorganization. As you know, we determined that in order to arrive at an accurate valuation we needed to make sure the historical financial statements were 100% reliable. We have hired 8020 Consulting to assist us with the FA work. They will work hand in hand in assisting Stout, as needed, with the valuation. The team from 8020 has been on standby since April 5th awaiting a green light from you to dig into the company's financials. As asked by you, 8020 delivered a list of items they wanted to review to us on Thursday, April 5th and we forwarded that list on to you late on April 5th. We have invested approximately $75,000 in the FA/Valuation process.

Regarding the plan, we intend to submit a plan by no later than May 15, assuming we are not hindered in our efforts to complete the valuation. Big picture, we intend to pay the secured creditor the value of its collateral as supported by the valuation. We intend to divide the unsecured creditors into three groups, paying each differing percentages based upon the need for

1

their continued services with the post chapter 11 company. We will pay 100% of the administrative fees.

Again, we stand ready to assist the debtor with a DIP loan. As you know, we have offered $200,000 but stand ready as necessary to increase that amount if need be. We are hopeful we can hit the ground running with the FA tomorrow. Please let me know if I can answer any questions you might have.

John Kirkendoll
Founder / CEO
jkirkendoll@kirkmgmt.com

**Kirkendoll Management, LLC**
201 St. Charles Ave
Suite 3915
New Orleans, LA 70170
Cell: 970.729.1333
Office: 504.267.5498
www.kirkmgmt.com

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1301 Dove Street, Suite 500 Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JOHN KIRKENDOLL IN SUPPORT OF OBJECTION OF PENTHOUSE CLUBS WORLDWIDE, LLC, PENTHOUSE CLUBS GLOBAL LICENSING, LLC, AND KIRKENDOLL MANAGEMENT, LLC TO APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/19/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/19/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS MAIL
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/19/2018 | Stacy Ly | */s/ Stacy Ly* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

NEF SERVICE LIST

- **Ron Bender**  rb@lnbyb.com
- **Linda F Cantor**  lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Russell Clementson**  russell.clementson@usdoj.gov
- **Brian L Davidoff**  bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**  jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey K Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Allan B Gelbard**  xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**  dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Mirco J Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Mark S Horoupian**  mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- **Peter W Lianides**  plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Krikor J Meshefejian**  kjm@lnbrb.com
- **Alan I Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Iain A W Nasatir**  inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**  margaux.ross@usdoj.gov
- **Michael St James**  ecf@stjames-law.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**  cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**  mw@weissandspees.com, lm@weissandspees.com
- **Michael H Weiss**  lm@weissandspees.com, lm@weissandspees.com
- **Marc J Winthrop**  mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **Christopher K.S. Wong**  christopher.wong@arentfox.com
- **Beth Ann R Young**  bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**