UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Penthouse Global Broadcasting, Inc.<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 1:18-bk-10099-MB<br>Operating Report Number: 1<br>For the Month Ending: 1/31/2018 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ............ 0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ............ 0.00

3. BEGINNING BALANCE: ............ 51,777.72

4. RECEIPTS DURING CURRENT PERIOD:
| | |
| --- | --- |
| Accounts Receivable - Post-filing | 0.00 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify)     (See attached) | 299,444.98 |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD: ............ 299,444.98

5. BALANCE: ............ 351,222.70

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 109,705.41 |
| Disbursements (from page 2) | 163,788.69 |

TOTAL DISBURSEMENTS THIS PERIOD:*** ............ 273,494.10

7. ENDING BALANCE: ............ 77,728.60

8. General Account Number(s):

| DIP Accounts: |
| --- |
| East West Bank #9863 Opened 02/07/18 |
| **Pre-petition authorized by court to remain open:** |
| East West Bank EUR #0448 (Foreign Acct.) |
| East West Bank #3852 (Operating Acct.) |

Depository Name & Location:     Pasadena, CA

\* All receipts must be deposited into the general account.
\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.    Page 1 of 16
\***This amount should be the same as the total from page 2.

Transaction by Account

| Date mm/dd/yyyy | Account | Amount |
|---|---|---|
| | **EWB 0448** | |
| | Transfer from 3795 | 96.98 |
| | Transfer from 0448 | 3,725.09 |
| | | 217.41 |
| 1/12/2018 | Deposit | 18,201.30 |
| 1/12/2018 | Deposit | 95.51 |
| 1/16/2018 | Deposit | 543.15 |
| 1/16/2018 | Deposit | 20,358.77 |
| 1/17/2018 | Deposit | 18,722.62 |
| 1/22/2018 | Deposit | 557.25 |
| 1/23/2018 | Deposit | 10,216.09 |
| 1/24/2018 | Deposit | 21,743.93 |
| 1/25/2018 | Deposit | 25,689.97 |
| 1/29/2018 | Deposit | 2,478.26 |
| | BVBA to 0448 | 23,263.88 |
| 1/30/2018 | Deposit | 3,297.08 |
| | **Subtotal** | **149,207.29** |
| | **EWB 3852** | |
| 1/12/2018 | FCDDA-FFXX 101076069 Cust Sell Eur | 17,932.50 |
| 1/12/2018 | 96th St Entertainment, LLC | 19,285.54 |
| 1/18/2018 | 1/Orange | 14,208.00 |
| 1/25/2018 | FCDDA-FX 101076759 Cust Sell Eur | 91,772.91 |
| 1/1/3018 | UPC Romania SRL | 864.74 |
| 1/30/2018 | Hot Telecomunication Sytems Ltd. | 3,174.00 |
| 1/11/2018 | FR ACC 08088013795 | 3,000.00 |
| | **Subtotal** | **150,237.69** |
| | **Clearing** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | 299,444.98 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|---|
| | | EWB 0448 | | Euros | Dollars | | |
| 1/11/2018 | WIRE | | OQUN Consulting | 6,108.41 | | 7,305.05 | 7,305.05 |
| 1/11/2018 | WIRE | Hotel Cannes | MIOCOM Conference -Final Invoice | 4,767.00 | | 5,736.89 | 5,736.89 |
| 1/12/2018 | Trans | Transfer | Internal Transfer from 0448 [10099] Funds Trans to Broadcast (3852) [10099] $17.932.50 | 15,000.00 | 17,932.50 | | 17,932.50 |
| 1/12/2018 | Trans | Transfer | Internal Transfer from 0448 [10099] Funds Trans to Broadcast (3852) [10099] $91,772.91 | 75,162.09 | 91,772.91 | | 91,772.91 |
| | | EWB 3852 | | | | | |
| 1/11/2018 | WIRE | Priority Workforc Wknd 1/14/18 | Temp Labor | | | 4,106.08 | 4,106.08 |
| 1/12/2018 | 20155 | Samantha Phillips | Contract Employee:Director PET | | | 1,541.87 | 1,541.87 |
| 1/12/2018 | WIRE | Mile High | Film Rights & License | | | 15,000.00 | 15,000.00 |
| 1/17/2018 | 20157 | Dali Lou Ranch Media, LLC | Movie Location Shoot Fee | | | 1,200.00 | 1,200.00 |
| 1/19/2018 | WIRE | Priority Workforc Wknd 1/14/18 | Temp Labor | | | 3,157.20 | 3,157.20 |
| 1/31/2018 | CSHB | Paychex Inv. 1/12/18-Media | Paychex processing fee | | | 749.27 | 749.27 |
| 1/31/2018 | CSHB | EWB | Bank Charge | | | 25.00 | 25.00 |
| 1/31/2018 | CSHB | Pyrll Ganishmnts 1/11/18-Media | Pyrll Ganishmnts Payroll processing fee | | | 751.34 | 751.34 |
| 1/31/2018 | CSHB | Fund trans to DIP Op Act 9646 | Transfer from (3852) [10099] to Media DIP Op Act 9646 [10098] | | | 89,000.00 | 89,000.00 |
| 1/31/2018 | CSHB | Funds Trans to Publ (3795) | Transfer from (3852) [10099] to Publ (3795) [10103] | | | 30,000.00 | 30,000.00 |
| 1/31/2018 | CSHB | Postage-Stamp.com | Postage | | | 15.99 | 15.99 |
| 1/11/2018 | 20134 | Demain Rodigo Laino | Assian Massage Invasion- Sound Mix | | | 800.00 | 800.00 |
| 1/11/2018 | 20149 | Vancie Vega | Assian Massage Invasion 11/29/17-11/30/17 | | | 400.00 | 400.00 |
| 1/12/2018 | 20152 | Jose Ponce | Quality Control Supervisor | | | 4,000.00 | 4,000.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 101,037.50 | 109,705.41 | 163,788.69 | $273,494.10 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# EAST WEST BANK Your financial bridge®

135 N. LOS ROBLES AVE
PASADENA, CA, 91101
UNITED STATES

*Rec'd 2/8/18*

Direct Inquiries to:
626-768-6823

**Account Statement**
Page 1 of 3
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
Total Days in Statement Period: 31
0448

OZ 01    ADDRESS SERVICE REQUESTED
PENTHOUSE GLOBAL BROADCASTING INC (DEBTOR IN POSSESSION)
PENTHOUSE DIGITAL MEDIA PROD. INC.
8944 MASON AVE
CHATSWORTH, CA. 91311-6107
UNITED STATES

yox4a
00386

---

## Foreign Currency DDA - (FCDDA)

| | |
|---|---|
| Account Title | FCDDA - EUR |
| Currency Denomination | EURO EUR |

*(1.2) 104,027.75*

| | | | | |
|---|---|---|---|---|
| Account Number | 0448 | Beginning balance | | 86,689.79 |
| Low balance | 0.00 | Total additions | (22) | 158,766.17 |
| Average balance | 30,525.11 | Total subtractions | (9) | 201,237.50 |
| | | Ending balance | | 44,218.46 |

*(1.24)*

Linked USD Account:    8088013852

*(IMPORTANT NOTICE: ALL US DOLLAR SERVICE CHARGES WILL BE POSTED AGAINST THE LINKED ACCOUNT INDICATED ABOVE. PLEASE REVIEW US STATEMENT FOR ANY ASSOCIATED FEES OR CONTACT A CUSTOMER SERVICE REPRESENTATIVE DURING AVAILABLE BUSINESS HOURS.)*

---

### CREDITS

| Bank Ref Number | Posting Date | Value Date | Transaction Description | | Additions |
|---|---|---|---|---|---|
| 101076621 | 01-11-2018 | 01-11-2018 | DEPOSIT - INCOMING-DA | [Details: DEUTSCHE TELEKOM AG NO.PAS 1000075362 FROM 04.12.17 PAYMENT ON BEHALF OF TELEKOM DEUTSC] | 81.09 |
| 101076625 | 01-11-2018 | 01-11-2018 | DEPOSIT - INCOMING-DA | [Details: TELIA EESTI AS / ARVE ETA00036] | 3,725.09 |
| 101076693 | 01-11-2018 | 01-11-2018 | DEPOSIT - INCOMING-DA | [Details: VODAFONE KABEL DEUTSCHLAND GMBH 01-DES7820004682KDVS0020J] | 181.67 |
| | | | DEPOSIT - INCOMING-DA | | |

3409    rev 05-16

Page 2 of 3
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
0448

| Bank Ref | Posting Date | Value Date | Transaction Description | Details | Amount |
|---|---|---|---|---|---|
| 101076899 | 01-16-2018 | 01-16-2018 | | [Details: DEUTSCHE TELEKOM AG NO.PAS 1000076700 FROM 15.12.17 PAYMENT ON BEHALF OF TELEKOM DEUTSC] | 78.71 |
| 101076919 | 01-16-2018 | 01-16-2018 | DEPOSIT - INCOMING-DA | [Details: BSK KOLEKT EOOD INV.BUL033, BUL034 BULSATCOM EAD] | 15,000.00 |
| 101077096 | 01-17-2018 | 01-17-2018 | DEPOSIT - INCOMING-DA | [Details: DIGITAL CABLE GROUP AG DC00025] | 443.98 |
| 101077098 | 01-17-2018 | 01-17-2018 | DEPOSIT - INCOMING-DA | [Details: BOUYGUES TELECOM 1 N FAI6301000054/15.12.2017] | 16,641.68 |
| 101077301 | 01-18-2018 | 01-18-2018 | DEPOSIT - INCOMING-DA | [Details: DEUTSCHE TELEKOM AG SEE ADVICE 20123271 PAYMENT ON BEHALF OF TELEKOM DEUTSC] | 15,309.64 |
| 101077666 | 01-23-2018 | 01-23-2018 | DEPOSIT - INCOMING-DA | [Details: BULGARIAN TELECOMMUNICATIONS COMPANY INV.VIV00010/14.12.2017 DEDUCTED 10 PRC.WHT] | 455.00 |
| 101077787 | 01-24-2018 | 01-24-2018 | DEPOSIT - INCOMING-DA | [Details: SAS CANAL + REUNION REGLEMENT DE VOS FACTURES FACT CR0017-7 FACT CR0017-8] | 8,308.33 |
| 101077981 | 01-25-2018 | 01-25-2018 | DEPOSIT - INCOMING-DA | [Details: UNITYMEDIA NRW GMBH NO.8000857419/18.12.2017] | 17,524.97 |
| 101078114 | 01-26-2018 | 01-26-2018 | DEPOSIT - INCOMING-DA | [Details: TELENET BVBA PAYREF 1264 INVOICE(S): TEL00025] | 18,750.00 |
| 101078364 | 01-30-2018 | 01-30-2018 | DEPOSIT - INCOMING-DA | [Details: GROUPE CANAL + SA REGLEMENT DE VOS FACTURES 1200462803 1200462804 1200465271 1200465272 CG00026 CG00027] | 20,807.66 |
| 101078545 | 01-31-2018 | 01-31-2018 | DEPOSIT - INCOMING-DA | [Details: NET-TV ZRT. NETTV033, OCTOBER, NOVEMBER 2017] | 2,000.00 |
| 101078549 | 01-31-2018 | 01-31-2018 | DEPOSIT - INCOMING-DA | [Details: TELIA EESTI AS / ARVE ETA00037] | 2,660.80 |

## Debits

| Bank Ref Number | Posting Date | Value Date | Transaction Description | | Additions |
|---|---|---|---|---|---|
| | | | | | |
| 101076572 | 01-11-2018 | 01-12-2018 | WITHDRAWAL - OUTGOING-DA | [Details: 101076572-0176A7 / OGUN CONSULTING / AVENUE WINSTON CHURCHILL 234A /] | 6,108.41 |
| 101076759 | 01-12-2018 | 01-12-2018 | RECEIVE - FCDDA-FX | [Details: 101076759 / 1.1955000000 / USD -17932.5000 / 2018-01-12] | 15,000.00 |
| 101076689 | 01-11-2018 | 01-16-2018 | WITHDRAWAL - OUTGOING-DA | [Details: 101076689-BA863E / HOTEL MAJESTIC /] | 4,767.00 |
| 101078033 | 01-25-2018 | 01-25-2018 | RECEIVE - FCDDA-FX | [Details: 101078033 / 1.2210000000 / USD -91772.9100 / 2018-01-25] | 75,162.09 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | 01-10-2018 | 23,287.34 | 01-22-2018 | 48,873.79 |
| | | 01-11-2018 | 27,275.19 | 01-23-2018 | 49,328.79 |
| | | 01-12-2018 | 6,166.78 | 01-24-2018 | 57,637.12 |
| | | 01-15-2018 | 6,166.78 | 01-25-2018 | 0.00 |
| | | 01-16-2018 | 16,478.49 | 01-26-2018 | 18,750.00 |
| | | 01-17-2018 | 33,564.15 | 01-29-2018 | 18,750.00 |

4000

Page 3 of 3

STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
0448

| | | | |
|---|---|---|---|
| 01-18-2018 | 48,873.79 | 01-30-2018 | 39,557.66 |
| 01-19-2018 | 48,873.79 | 01-31-2018 | 44,218.46 |

# EAST WEST BANK Your financial bridge℠

135 N Los Robles Ave
Pasadena, CA 91101

Direct inquiries to:
626-768-6088

**ACCOUNT STATEMENT**
Page  1  of  5
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
Total days in statement period: 31
3852
( 29 )

PENTHOUSE GLOBAL BROADCASTING INC
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC
8944 MASON AVE
CHATSWORTH CA 91311-6107

The security of your account and personal
information is our top priority! To learn
more about our online security practices
and how to protect yourself from
cybercrime, visit eastwestbank.com and
search "Privacy & Security".

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3852 | Beginning balance | | $26,718.65 |
| Enclosures | 29 | Total additions | ( 15) | 267,094.04 |
| Low balance | $15,905.84 | Total subtractions | ( 44) | 271,095.20 |
| Average balance | $28,732.18 | Ending balance | | $22,717.49 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 01-11 | Onla Bkg Trfct C | FR ACC 08088013795 | 3,000.00 |
| | 01-12 | Swift IN Bk Cre | FCDDA-FX 101076769 CUST SELL EUR | 17,932.50 |
| | 01-16 | Wire Trans-IN | 96TH STREET ENTERT AINMENT LLC | 19,285.54 |
| | 01-18 | Wire Trans-IN | 1/ORANGE | 14,208.00 |
| | 01-25 | Swift IN Bk Cre | FCDDA-FX 101078033 CUST SELL EUR | 91,772.91 |
| | 01-30 | Wire Trans-IN | UPC ROMANIA SRL | 864.74 |
| | 01-31 | Wire Trans-IN | HOT TELECOMMUNICAT ION SYSTEMS LTD | 3,174.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

3409     rev 05-16.

# EASTWEST BANK Your financial bridge®

135 N Los Robles Ave
Pasadena, CA 91101

ACCOUNT STATEMENT
Page 2 of 5
STARTING DATE: January 01, 2018
ENDING DATE: January 31, 2018
3852

PENTHOUSE GLOBAL BROADCASTING INC

| Number | Date | Amount | | Number | Date | Amount |
|--------|------|--------|---|--------|------|--------|
| 20134 | 01-11 | 800.00 | | 20149 * | 01-11 | 400.00 |
| | | | | 20152 * | 01-12 | 4,000.00 |
| | | | | 20155 * | 01-12 | 1,541.87 |
| | | | | 20157 * | 01-22 | 1,200.00 |
| | | | | * Skip in check sequence | | |

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|-------------------------|---|--------------|
| 01-11 | Outgoing Wire | Priority Workforce dba Geneva Staff | 4,106.08 |
| 01-11 | Preauth Debit | PAYCHEX CGS GARNISH 180111 COL0075713959 | 751.34 |
| 01-12 | Intl Wire Xfer | MILE HIGH DISTRIBU TION INC. | 15,000.00 |
| 01-12 | POS Purchase | MERCHANT PURCHASE TERMINAL 469216 STAMPS COM 866 608 2 CA | |
| | | 44909500009 19999 SEQ # 80112810G508 | 15.99 |
| 01-12 | Preauth Debit | PAYCHEX EIB INVOICE 180112 X74560E00028774 | 749.27 |
| 01-16 | Debit Memo | FCDDA DEC 2017-154 MONTHLY CHARGES EUR | 25.00 |
| 01-19 | Outgoing Wire | Priority Workforce dba Geneva Staff | 3,157.20 |
| 01-22 | Onln Bkg Trfn D | TO ACC 08088013785 | 30,000.00 |
| 01-26 | Onln Bkg Trfn D | TO ACC 05500009646 | 4,000.00 |
| 01-26 | Onln Bkg Trfn D | TO ACC 05500009646 | 85,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 26,718.65 | 01-09 | 30,926.55 | 01-19 | 47,105.84 |
| 01-02 | 25,703.01 | 01-10 | 23,226.55 | 01-22 | 15,905.84 |
| 01-03 | 16,667.20 | 01-11 | 20,169.13 | 01-25 | 107,678.75 |
| 01-04 | 28,797.51 | 01-12 | 16,794.50 | 01-26 | 18,678.75 |
| 01-05 | 29,701.51 | 01-16 | 36,055.04 | 01-30 | 19,543.49 |
| 01-08 | 26,143.55 | 01-18 | 50,263.04 | 01-31 | 22,717.49 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___1/31/2018___    Balance on Statement: ___$0.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | $0.00 |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    ___0.00___

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    ___0.00___

Bank statement Adjustments:    _____
Explanation of Adjustments-
NOTE: Account as of 2-13-2018.

ADJUSTED BANK BALANCE:    ___$0.00___

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                        0.00
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                         0.00
    (Transferred from General Account)

5.  BALANCE:                                                                0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                     0.00

7.  ENDING BALANCE:                                                         0.00

8.  PAYROLL Account Number(s):          **See MOR for lead debtor Penthouse Global Media,
                                        Inc. Case No 1:18-10098**

    Depository Name & Location:

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS      0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS      0.00

3. BEGINNING BALANCE:      0

4. RECEIPTS DURING CURRENT PERIOD:      0.00
   (Transferred from General Account)

5. BALANCE:      0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***      0.00

7. ENDING BALANCE:      0.00

8. TAX Account Number(s):      **See MOR for lead debtor Penthouse Global Media, Inc. Case No 1:18-10098**

   Depository Name & Location:

## I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 77,728.60 |
| Payroll Account: | 0.00 |
| Tax Account: | 0.00 |

*Other Accounts: _____  _____
_____  _____

*Other Monies: _____  _____

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**  77,728.60

### Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 1/31/2018 | None | 0.00 |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| **Dream Media, Inc. (See MOR for lead debtor Penthouse Global Media, Inc. Case No 1:18-10098)** | **None** | **None** | **1** | **None** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: None

Total Wages Paid: None

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | None | None | None |
| State Withholding | None | None | None |
| FICA- Employer's Share | None | None | None |
| FICA- Employee's Share | None | None | None |
| Federal Unemployment | None | None | None |
| Sales and Use | None | None | None |
| Real Property | None | None | None |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 126,808.84 | 178,922.33 | 258,420.03 |
| 31 - 60 days | 0.00 | 18,232.86 | 0.00 |
| 61 - 90 days | 0.00 | 3,108.87 | 0.00 |
| 91 - 120 days | 0.00 | 92,502.75 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 126,808.84 | 292,766.81 | 258,420.03 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Westchester Surplus L | 1,000,000 | 2/18/2018 | 2/18/2018 |
| Worker's Compensation | Federal Insur. Comp. | Statutory | 2/18/2018 | 2/18/2018 |
| Casualty | Federal Insur. Comp. | Covered by Gen Liabilty | 2/18/2018 | 2/18/2018 |
| Vehicle | Federal Insur. Comp. | 1,000,000 | 2/18/2018 | 2/18/2018 |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 3/31/2018 | 0.00 | 325.00 | Due 4/30/2018 | 0.00 | 325.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 325.00 |  | 0.00 | 325.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Kelly Holland | None | None | 0.00 |
| Keith Whitworth | None | None | 0.00 |
| Robert Campbell | None | None | 0.00 |
| Catherine Brandt | None | None | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Kelly Holland | None | None | 0.00 |
| Keith Whitworth | None | None | 0.00 |
| Robert Campbell | None | None | 0.00 |
| Catherine Brandt | None | None | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*.Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

**NOTE: See attached Profit & Loss statement for Penthouse Global Broadcasting, Inc.**

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| Operating Expenses: | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| NET INCOME/(LOSS) | 0.00 | 0.00 |

5:06 PM

03/01/18

Accrual Basis

# Penthouse Global Broadcasting, Inc.
## Profit & Loss
### January 11 - 31, 2018

|  | Jan 11 - 31, 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Program - EURO | 111,495.23 |
| Program - US | 22,150.37 |
| Revshare - EURO | 91,705.26 |
| **Total Income** | 225,350.86 |
| **Cost of Goods Sold** | |
| Sales Commissions | 8,410.35 |
| Satellite | 40,547.24 |
| **Total COGS** | 48,957.59 |
| **Gross Profit** | 176,393.27 |
| **Expense** | |
| **Advertising and Promotion** | |
| Trade Shows | 1,750.00 |
| **Total Advertising and Promotion** | 1,750.00 |
| **Facility** | |
| Repairs and Maintenance | 770.23 |
| Telephone | 102.16 |
| **Total Facility** | 872.39 |
| **Operations** | |
| Bank Service Charges | 3,698.19 |
| Postage & Shipping | 112.57 |
| **Travel & Entertainment** | |
| Lodging | 1,120.00 |
| Meals | 41.87 |
| **Total Travel & Entertainment** | 1,161.87 |
| **Total Operations** | 4,972.63 |
| **Total Expense** | 7,595.02 |
| **Net Ordinary Income** | 168,798.25 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Exchange Gain or Loss | -6,398.45 |
| **Total Other Expense** | -6,398.45 |
| **Net Other Income** | 6,398.45 |
| **Net Income** | 175,196.70 |

## X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

**NOTE: See attached Balance Sheet for Penthouse Global Broadcasting, Inc.**

ASSETS | Current Month End
---|---

Current Assets:
Unrestricted Cash
Restricted Cash
Accounts Receivable
Inventory
Notes Receivable
Prepaid Expenses
Other (Itemize)  VAT & Intercompny

| | |
|---|---|
| Total Current Assets | 0.00 |

Property, Plant, and Equipment
Accumulated Depreciation/Depletion

| | |
|---|---|
| Net Property, Plant, and Equipment | 0.00 |

Other Assets (Net of Amortization):
Due from Insiders
Other (Itemize) Total Other Current Assets

| | |
|---|---|
| Total Other Assets | 0.00 |

| | |
|---|---|
| TOTAL ASSETS | 0.00 |

LIABILITIES
Post-petition Liabilities:
Accounts Payable
Taxes Payable
Notes Payable
Professional fees
Secured Debt
Other (Itemize)

| | |
|---|---|
| Total Post-petition Liabilities | 0.00 |

Pre-petition Liabilities:
Secured Liabilities
Priority Liabilities
Unsecured Liabilities
Other (Itemize)

| | |
|---|---|
| Total Pre-petition Liabilities | 0.00 |

| | |
|---|---|
| TOTAL LIABILITIES | 0.00 |

EQUITY:
Pre-petition Owners' Equity
Post-petition Profit/(Loss)
Direct Charges to Equity

| | |
|---|---|
| TOTAL EQUITY | 0.00 |

| | |
|---|---|
| TOTAL LIABILITIES & EQUITY | 0.00 |

5:05 PM
03/01/18
Accrual Basis

## Penthouse Global Broadcasting, Inc.
## Balance Sheet
### As of January 31, 2018

| | Jan 31, 18 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       0448 -PGBI (EURO) (EWB) | 55,011.11 |
|       3852 -PGBI *OPERATING* (EWB) | 22,717.49 |
|     **Total Checking/Savings** | 77,728.60 |
|     **Accounts Receivable** | |
|       Accounts Receivable - AUD | 5,633.66 |
|       Accounts Receivable - EURO | 485,270.02 |
|       Accounts Receivable - RON | 1,685.05 |
|       Accounts Receivable - US | 37,907.99 |
|       Accounts Receivable Legal - EUR | 11,830.74 |
|       Accounts Receivable Legal - US | 8,859.38 |
|     **Total Accounts Receivable** | 551,186.84 |
|     **Other Current Assets** | |
|       **Intercompanies** | |
|         2016 | 2,583,419.88 |
|         2017 | 3,434,913.46 |
|         2018 | 166,402.98 |
|         BB | -2,264,022.85 |
|       **Total Intercompanies** | 3,920,713.47 |
|       Undeposited Funds | 214.11 |
|       VAT Receivable | 176,510.67 |
|     **Total Other Current Assets** | 4,097,438.25 |
|   **Total Current Assets** | 4,726,353.69 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -142,351.00 |
|     Computer Equipment | 118,099.41 |
|     Furniture and Equipment | 23,155.70 |
|     Leasehold Improvements | 231,111.22 |
|   **Total Fixed Assets** | 230,015.33 |
|   **Other Assets** | |
|     **Intangibles** | |
|       Accumulated Amortization | -449,252.00 |
|       **Film Library** | |
|         **1. ABOVE THE LINE** | |
|           Director | 53,500.00 |
|         **Total 1. ABOVE THE LINE** | 53,500.00 |
|         **2. PRODUCTION COSTS** | |
|           Agency Fees | 59,581.00 |
|           Continuity | 5,150.00 |
|           Filming Permit | 450.00 |
|           Independent Contractors | 124,195.00 |
|           Licensed Music | 18,425.40 |
|           Location | 29,532.50 |
|           Photo Retouch | 39,883.50 |
|           Quality Control | 64,150.00 |
|           Service Providers | 395,348.44 |
|           Studio | 7,207.53 |
|           2. PRODUCTION COSTS - Other | 500,964.65 |
|         **Total 2. PRODUCTION COSTS** | 1,244,888.02 |
|         **3. ADDITIONAL RENTALS** | 3,934.50 |

5:05 PM
03/01/18
Accrual Basis

# Penthouse Global Broadcasting, Inc.
## Balance Sheet
### As of January 31, 2018

| | Jan 31, 18 |
|---|---|
| **4. PRODUCTION CREWS** | |
| Cinematographers | 18,575.78 |
| Crew | 20,392.54 |
| Makeup Artists | 10,815.70 |
| Production Assistant | 6,050.00 |
| **Total 4. PRODUCTION CREWS** | 55,834.02 |
| **5. CAST / TALENT** | 69,643.29 |
| **6. POST PRODUCTION** | |
| Editors | 51,016.50 |
| Encoding | 36,567.00 |
| PriorityWorkforce | 114,910.37 |
| 6. POST PRODUCTION - Other | 845,807.53 |
| **Total 6. POST PRODUCTION** | 1,048,301.40 |
| ACQUIRED | 517,808.61 |
| LICENSED | 264,157.20 |
| Film Library - Other | 936,508.00 |
| **Total Film Library** | 4,194,573.04 |
| **Total Intangibles** | 3,745,321.04 |
| **Total Other Assets** | 3,745,321.04 |
| **TOTAL ASSETS** | 8,701,690.06 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable - EUR | 330,657.79 |
| Accounts Payable - US | 290,715.75 |
| **Total Accounts Payable** | 621,373.54 |
| **Other Current Liabilities** | |
| Accrued Commissions | 231,888.37 |
| Accrued Liabilities | 5,960.10 |
| Deferred Revenue | 278,990.00 |
| Due to Kelly Holland | 5,288.00 |
| **Total Other Current Liabilities** | 522,126.47 |
| **Total Current Liabilities** | 1,143,500.01 |
| **Total Liabilities** | 1,143,500.01 |
| **Equity** | |
| Retained Earnings | 7,172,594.88 |
| Net Income | 385,595.17 |
| **Total Equity** | 7,558,190.05 |
| **TOTAL LIABILITIES & EQUITY** | 8,701,690.06 |

XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | | X |

**In February, we discovered the bank did not stop ACH payments, certain checks, and bank fees and they did not close all relevant bank accounts as requested.**

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
**Chapter 11 Trustee appointed March 6, 2018.**

4. Describe potential future developments which may have a significant impact on the case:  N/A

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  N/A

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,    **David Gottlieb, CPA, Managing Trustee**

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/23/18

Date

Solely in his capacity as Chapter 11 Trustee