Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 11 Trustee

FILED & ENTERED

APR 25 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

　　　　　　　　Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**ORDER AUTHORIZING AND APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MARCH 6, 2018**

[Relates to Docket No. 297]

[No Hearing Required]

　　　　The Court has considered the *Chapter 11 Trustee's Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective March 6, 2018* (the "Application") [1]

[Docket No. 297] and the accompanying Declaration of Linda F. Cantor (the "Cantor Declaration"),

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as those ascribed in the Application [Docket No. 297].

DOCS_LA:313648.1 32277/001

and based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones ("PSZJ") does not hold or represent an interest adverse to the estates, that PSZJ is a disinterested person, that is employment is in the best interest of the estates, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules.  Accordingly, it is hereby

**ORDERED** that David K. Gottlieb, the Chapter 11 trustee herein, is authorized to employ PSZJ, effective March 6, 2018, on the terms and conditions set forth more fully in the Application and the accompanying Cantor Declaration.

### #

Date: April 25, 2018

Martin R Barash
United States Bankruptcy Judge

DOCS_LA:313648.1 32277/001

2