| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Weiss & Spees, LLP<br>Michael H. Weiss (SBN 107481)<br>6310 San Vicente Blvd., Suite 401<br>Los Angeles, CA 90048<br>Tel: 424-245-3100<br>FAX: 424-217-4160<br>mw@weissandspees.com | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Penthouse Global Media, Inc.,*<br><br>* Jointly Administered with Cases No. 1:18-bk-10099 through 1:18-bk-10113:<br>Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc.<br>Penthouse Global Publishing, Inc., GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc.,<br>Tan Door Media, Inc., Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc.,<br>XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc.<br>Streamray Studios, Inc.<br><br>**APPLIES TO: IN RE XVHUB GROUP, INC. Case No. 1:18-bk-10109-MB** | Chapter 11 Case Number<br>**1:18-BK-10098-MB**<br><br>**Professional Fee Statement**<br><br>Number: 1<br>Month of: January, 2018 |

| | |
|---|---|
| 1. Name of Professional: | WEISS & SPEES, LLP |
| 2. Date of entry of order approving employment of the professional: | 02/21/2018 |
| 3. Total amount of pre-petition payments received by the professional: | $2,592 |
| 4. Less: Total amount of pre-petition services ($385) rendered and expenses ($1,717): | $2,102 |
| 5. Balance of funds remaining on date of filing of petition: (Only pre-petition expenses were applied against retainer) | $875 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -N/A |
| 7. 100% of total amount of services this reporting period January 1--January 31, 2018 (includes pre-petition services): | $875 |
| 8. 100% of the total costs this reporting period: | $1,717 |
| 9. 80% of fees requested this reporting period: | $700 |
| 10. Amount of pre-petition funds received to be applied to services this reporting period: | $700 |
| 11. Balance of funds remaining for next reporting period: | $175 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 10 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: 2 | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated: 4/26/2018

Type Name of Professional: WEISS & SPEES, LLP         Signature of Professional: /s/ Michael Weiss

Type Name of Attorney for Professional (if applicable):         Signature of Attorney for Professional (if applicable)
Michael H. Weiss

---

# W&S
### weiss&spees LLP

6310 SAN VICENTE BLVD
SUITE 401
LOS ANGELES, CA 90048

Tel: (424) 245-3100
Fax: (424) 245-3199

Invoice for Months Ending    1/31/2018                                    April 19, 2018

Penthouse Global Media, Inc.
8944 Mason Avenue
Chatsworth, CA 91311

1023.000

## Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Penthouse XVHUB Group** | | | |
| 1/11/2018 LJM | Prepare Petition, list of 20 largest creditors, master mailing list, corporate resolution and file same | | 1.10<br>$350.00/hr | $385.00 |
| 1/12/2018 LJM | Prepare and file master mailing verification, statement of related cases, Form 202 Declarations and respond to various case filing deficiencies, and prepare and file master creditor lists | | 0.80<br>$350.00/hr | $280.00 |
| 1/29/2018 LJM | Finalize and submit USTLA documents | | 0.60<br>$350.00/hr | $210.00 |
| | **SUBTOTAL:** | [ | 2.50 | $875.00] |
| **For professional services rendered** | | | 2.50 | $875.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Laura J. Meltzer | 2.50 | 350.00 | $875.00 |

## Additional Charges:

|  | Price | Qty |  |
|---|---|---|---|
| **Penthouse XVHUB Group** | | | |
| 1/11/2018 Filing Fee | 1,717.00 | 1 | 1,717.00 |
| **SUBTOTAL:** | | | [ 1,717.00] |

Penthouse Global Media, Inc.                                                                  Page    2
                                                                                        April 19, 2018
                                                                                     Invoice No.  12074

|  | Amount |
|---|---:|
| **Total additional charges** | $1,717.00 |
| **Total amount of this bill** | $2,592.00 |

## Client funds transactions

| | |
|---|---:|
| **Previous balance of Client Funds** | $0.00 |
| 1/10/2018  Payment to account. Check No. wire | $2,592.00 |
| 1/10/2018  Payment from client trust account applied to this invoice | ($1,717.00) |
| **New balance of Client Funds** | $875.00 |

***Please note our new address effective April 1, 2018:***

| In re: | Penthouse Global Media, Inc. | Chapter 11 Case Number: |
|---|---|---|
| | Debtor | 1:18-bk-10098 |

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is as follows:
6310 San Vicente Blvd., Suite 401
Los Angeles, CA 90048

On April 27, 2018 I served the foregoing PROFESSIONAL FEE STATEMENT on the interested parties by the Court's ECF:

*See attached ECF service list*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2018

Print Name: Laura J. Meltzer                Signature: /S/ Laura J. Meltzer

**ECF 4.23.18**

Ron Bender    rb@lnbyb.com
Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
Russell Clementson    russell.clementson@usdoj.gov
Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
Peter W Lianides    plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
David W. Meadows    david@davidwmeadowslaw.com
Krikor J Meshefejian    kjm@lnbrb.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
S Margaux Ross    margaux.ross@usdoj.gov
Michael St James    ecf@stjames-law.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com
Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com
Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
Christopher K.S. Wong    christopher.wong@arentfox.com
Beth Ann R Young    bry@lnbyb.com