**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br>.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Media, Inc.<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with: Case Nos. 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE REGARDING CHAPTER 11 TRUSTEE'S:**<br>**(1) MOTION FOR ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) SCHEDULING AUCTION AND SALE HEARING; (C) APPROVING SALE PROCEDURES AND NOTICE OF SALE; AND (D) GRANTING RELATED RELIEF; AND**<br>**(2) MOTION FOR ORDER APPROVING SETTLEMENT WITH DREAM MEDIA, INC.**<br><br>Date: May 9, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br><br>The Honorable Martin R. Barash |

The Official Committee of Unsecured Creditors (the "Committee") for Penthouse Global Media, Inc., along with all of the other fourteen jointly administered affiliated entities, the chapter 11 debtors in the above-captioned, jointly administered chapter 11 bankruptcy cases (collectively, the "Debtors'), hereby submits this response (the "Response") to the following motions filed by David Gottlieb, the chapter 11 trustee (the "Trustee"): (1) Motion For Order (A) Approving Sale Of Substantially All Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Scheduling Auction And Sale Hearing; (C) Approving Sale Procedures And Notice Of Sale; And (D) Granting Related Relief [Docket No. 327] (the "Sale Motion"); and (2) Motion for Order Approving Settlement with Dream Media, Inc. [Docket No. 325] (the "Compromise Motion", together with the Sale Motion, the "Trustee's Motions")[1] and the oppositions thereto.

In support of this Response, the Committee respectfully represents as follows:

1. The Committee has reviewed the Trustee's Motions and supports the immediate sale of substantially all of the Debtors' assets and the approval of the Compromise Motion subject to the following modifications which have been negotiated with Dream Media Inc. ("Dream Media"):

   a. If paid by May 25, 2018, Dream Media will accept a payment of $8.25 million as payment in full of its claim; provided, however, that the foregoing does not modify Sections 6 and 7 of the Settlement Agreement which provide for Dream Media to be paid such additional sums as may become available through the Vice Coin Receivable and the sale of the Club License (the "Buy Out Transaction").

   b. Any party seeking to exercise the option under the Buy Out Transaction must pay the Debtors' estates such additional sums as would become due and payable to the estates under the Settlement Agreement and the carveouts.

   c. In the event that Dream Media is not paid in full under the Buy Out Transaction, an auction sale, and from the proceeds of the Vice Coin

---

[1] Unless otherwise indicated herein, all capitalized terms shall have the same meaning as provided in the Trustee's Motions.

2

Receivable and the Club License, Dream Media's deficiency claim shall be subordinated to all other allowed general unsecured claims.

2. The Committee has reviewed the Debtors' opposition to the Trustee's Motions and believes that the Debtors are simply throwing-in the proverbial kitchen sink to delay a sale in the hope that Kirkendoll Management LLC ("Kirkendoll") will propose a plan of reorganization. The Debtors are no longer parties in interest and have nothing to lose by delaying a sale—and their opposition is clear evidence of the same.

3. The Committee has reviewed Kirkendoll's opposition to the Trustee's Motions and believes that Kirkendoll does intend to propose a plan of reorganization. However, the Committee believes that the proposed plan of reorganization is simply not feasible given the facts and circumstances of these cases. Kirkendoll's plan of reorganization would put the entire risk of confirmation on the Debtors' estates (as they continue to lose money). And, at the end of the day, Kirkendoll simply wants the Club License. Therefore, as long as it is able to acquire the Club License, it has no incentive to confirm a plan of reorganization. However, in the interim, Kirkendoll is proving that it is willing to have these estates incur tens of thousands of dollars in additional legal fees as it unleashed a barrage of discovery on the Trustee and Dream Media in an attempt to cause the Trustee to succumb to its demands.

4. Based on the foregoing, the Committee believes that a sale of the Debtors' assets as set forth in the Trustee's Motions is in the best interest of the creditors.

WHEREFORE, the Committee respectfully requests that the Court grant the Trustee's Motions, set an auction and sale date at the Court's earliest convenience, and grant such other relief as the Court may deem just and proper under the facts and circumstances of these cases.

Dated: May 2, 2018                                      RAINES FELDMAN LLP

By:   /s/ Hamid R. Rafatjoo
      Hamid R. Rafatjoo
      Attorneys for the Official Committee of
      Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
 **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE REGARDING CHAPTER 11 TRUSTEE'S:**
   **(1) MOTION FOR ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) SCHEDULING AUCTION AND SALE HEARING; (C) APPROVING SALE PROCEDURES AND NOTICE OF SALE; AND (D) GRANTING RELATED RELIEF; AND**
   **(2) MOTION FOR ORDER APPROVING SETTLEMENT WITH DREAM MEDIA, INC.**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/2/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/2/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/2/2018 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ron Bender     rb@lnbyb.com
- Linda F Cantor     lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson     russell.clementson@usdoj.gov
- Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard     xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag     mhaag@buchalter.com, dcyrankowski@buchalter.com
- David W. Meadows     david@davidwmeadowslaw.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Michael St James     ecf@stjames-law.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta     cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com
- Michael H Weiss     lm@weissandspees.com, lm@weissandspees.com
- Christopher K.S. Wong     christopher.wong@arentfox.com
- Beth Ann R Young     bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.