THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:   (310) 255-6200

*Counsel for JERRICK MEDIA HOLDINGS, INC. and JERRICK VENTURES LLC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>**PENTHOUSE GLOBAL MEDIA, INC.,**<br><br>Debtor.<br><br>☑ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**RESPONSE TO TRUSTEE'S MOTION FOR ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) SCHEDULING AUCTION AND SALE HEARING; (C) APPROVING SALE PROCEDURES AND NOTICE OF SALE; AND (D) GRANTING RELATED RELIEF; AND DECLARATION OF JEREMY FROMMER IN SUPPORT THEREOF**<br><br>Hearing<br><br>Date:  May 9, 2018<br>Time:  1:30 pm<br>Place:  Courtroom 303<br>          21041 Burbank Blvd.<br>          Woodland Hills, California |

3782337.2

Jerrick Media Holdings, Inc. and Jerrick Ventures LLC (collectively, "Jerrick") submit the following response and comments to David K. Gottlieb, Chapter 11 Trustee's ("Trustee") "Motion For Order (A) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Scheduling Auction and Sale Hearing; (C) Approving Sale Procedures and Notice of Sale; and (D) Granting Related Relief" [Docket No. 327] ("Sale Motion").

**INTRODUCTION**

The Sale Motion requests authority from the Bankruptcy Court to sell substantially all of the assets of the bankruptcy estate free and clear of all liens and claims as part of a global settlement agreement reached with Dream Media Corporation ("Dream Media") and includes a stalking horse credit bid of $3,000,000 together with a payment of $500,000 cash and other consideration to the estate. The assets to be sold are not identified with any particularity, but instead are represented to be "comprised primarily of intellectual property, including copyrights, films, trademarks, domain names, and license agreements."

As set forth in the attached declaration of Jeremy Frommer, Jerrick maintains an interest and rights to "OMNI" trademarks, tradenames, and associated intellectual property (collectively, the "OMNI Property"), which may be included as part of the assets to be sold through the Sale Motion. As the holder of such rights, without Jerrick's consent, the OMNI Property may not be sold free and clear of Jerrick's interests.

In addition, Jerrick has expressed an interest in purchasing assets of the Debtor's estate, but is currently unable to explore submission of a bid given the absence of any specific details regarding the assets being offered for sale or the terms of such sale. Until such time as information regarding the assets being offered for sale and the terms of such sale are provided, and adequate time afforded to evaluate the assets and terms, the Sale Motion should not be approved.[1]

---

[1] Jerrick is a party to litigation with Penthouse Global Media, Inc. pending in the United States District Court, Central District of California involving the OMNI Property (*Penthouse Global Media, Inc., et al., vs. Guccione Collection, LLC, et al.,* Case No. 2:17-cv-04980-PA (FFMx)); however, Jerrick was not on the bankruptcy master mailing list and did not receive service of the Sale Motion. Under the circumstances, this submission should be deemed timely filed.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

3782337.2                                  1

**ARGUMENT**

1. Following the appointment of a Trustee in this case, counsel for Jerrick contacted the Trustee (and later his counsel), to express an interest in purchasing assets of the Debtor's estate. After learning of the Sale Motion, counsel for Jerrick again contacted counsel for the Trustee to reiterate such an interest. Counsel for the Trustee responded by advising that: "We are finalizing terms with our proposed investment banker . . . [who] will be coordinating the data room and will begin working on the [sale] process today."

2. After Jerrick executed a Confidentiality Agreement, counsel for the Trustee advised Jerrick to contact the investment banker to discuss the assets being offered for sale and the terms for such sale.

3. On Tuesday, May 1, Jerrick's counsel spoke with the investment banker, Al Masse of Broadway Advisors. Mr. Masse advised that he had yet to review any assets (or list of assets) being proposed for sale, but intended on doing so over the next week in an effort to be in a position to provide details regarding the assets being offered for sale and the terms of such sale.

4. Based on the foregoing, it is currently impossible for Jerrick (or any other interested parties) to participate in the auction process.

5. As drafted, aside from not providing any list of assets being offered for sale, the Sale Motion only solicits aggregate bids for all of the assets of the estate and does not appear to allow bids for individual lots. Although it is impossible to determine without a complete list of assets being offered for sale, there may be added value for the estate if the process allows for submission of individual bids.

6. Further, Jerrick takes exception to the Sale Motion provisions to the extent OMNI Property is being offered for sale free and clear of Jerrick's interests. (The facts underlying Jerrick's interest are detailed in the accompanying Frommer Declaration.) Under similar circumstances, a Bankruptcy Court in Delaware rejected a sale free and clear without a determination that the property to be sold was in fact property of the estate. *See, In re Whitehall Jewelers Holdings, Inc.*, No. 08-11261 (KG), 2008 WL 2951974, at *4, 6 (Bankr. D. Del. July 28, 2008) ("[a] bankruptcy court may not allow the sale of property as 'property of the estate' without

3782337.2                                            2

first determining whether the property is property of the estate . . ." and "the Court cannot determine whether the Consigned Goods are property of the estate through a contested matter, such as a sale motion under Section 363. Federal Rule of Bankruptcy Procedure 7001(2) requires that an adversary proceeding be commenced to 'determine the validity, priority, or extent of [an] interest in property'") *citing Moldo v. Clark (In re Clark)*, 266 B.R. 163, 172 (B.A.P. 9th Cir. 2001); *Darby v. Zimmerman (In re Popp)*, 323 B.R. 260, 266 (B.A.P. 9th Cir. 2005). Similarly here, Jerrick's interests in the OMNI Property cannot be the subject of a sale free and clear because such interests may not be part of the Debtor's estate. Consequently, the Sale Motion should be amended to either expressly exclude the OMNI Property from the sale or, alternatively, to limit the sale to only the estate's claimed rights, if any, in such assets, subject to Jerrick's ownership interests.

Dated: May 4, 2018

FREEMAN, FREEMAN & SMILEY, LLP

By: */s/ Carol Chow*
THEODORE B. STOLMAN
CAROL CHOW
*Counsel for Jerrick Media Holdings, Inc. and Jerrick Ventures LLC*

3782337.2

3

## DECLARATION OF JEREMY FROMMER

I, Jeremy Frommer, declare as follows:

1. I am over eighteen years of age, am competent in all respects and duly authorized to make this declaration. I have personal knowledge of the statements set forth below except for those facts stated on information and belief, and as to those facts, I am informed and believe them to be true. If called upon to do so, I could and would testify competently as to the matters stated in this Declaration because I know them of my own personal knowledge. This declaration is submitted in support of Jerrick Media Holdings, Inc. and Jerrick Ventures LLC (collectively, "Jerrick") Response to the Trustee's Motion For an Order (A) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Scheduling Auction and Sale Hearing; (C) Approving Sale Procedures and Notice of Sale; and (D) Granting Related Relief.

1. I am the Chief Executive Officer of Jerrick Media Holdings, Inc. ("Jerrick Media"), a publicly traded technology and digital media holding company with its principal place of business in Englewood, New Jersey. (Jerrick Ventures, LLC is a subsidiary of Jerrick Media.)

2. In 2012, I purchased the contents of unclaimed storage units that had been previously owned by the deceased Bob Guccione ("Guccione"), the founder, owner, and publisher of Penthouse and Omni magazines. The storage units contained, among other things, documents and archives relating to *OMNI* – a science and science fiction magazine published by Guccione until 1998 – including original editions, photographs, and illustrations. Thereafter, I began acquiring other assets of Guccione's estate. (All of these items were contributed to and were/are owned by Jerrick.)

3. On or about June 27, 2013, Jerrick submitted an application to the United States Patent and Trademark Office for the trademark "OMNI Reboot." The requested registration was rejected in April 2014 on the basis of likelihood of confusion with a registered OMNI trademark held for which there was a previously filed "intent-to-use" application.

3782337.2 4

4. In May 2016, Jerrick commenced a proceeding before the Trademark Trial and Appeal Board seeking to cancel the competing registration filed for the OMNI mark due to, among other things, the registrant's lack of a *bona fide* intent to use the mark in commerce at the time the application was filed and the failure to actually use the mark in commerce at the time the trademark was registered. By contrast, Jerrick had been using the OMNI mark in commerce since, at least, August 2013. Based upon the foregoing, the competing registration of the OMNI mark was invalid.

5. In or around June 2017, Penthouse Global Media, Inc. purportedly acquired the competing registrant's interests, if any, in the OMNI mark and commenced an action in the United States District Court for the Central District of California (*Penthouse Global Media, Inc., et al., vs. Guccione Collection, LLC, et al.*, Case No. 2:17-cv-04980-PA (FFMx)) for the purpose of determining rights to the OMNI mark. That case is currently pending.

6. To the extent it is determined that the OMNI mark belongs to Jerrick, it is not property of the Debtor's estate and cannot be sold free and clear of Jerrick's rights.

7. Further, Jerrick is interested in purchasing assets of the estate, however, without a list of the specific items being offered for sale, and the proposed terms for such sale, Jerrick is unable to formulate any bid to purchase assets.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 4, 2018, at Englewood, New Jersey.

_____
JEREMY FROMMER

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Freeman, Freeman & Smiley, 1888 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document(s) described as follows: **RESPONSE TO TRUSTEE'S MOTION FOR ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) SCHEDULING AUCTION AND SALE HEARING; (C) APPROVING SALE PROCEDURES AND NOTICE OF SALE; AND (D) GRANTING RELATED RELIEF; AND DECLARATION OF JEREMY FROMMER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On **May 4, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Brian L Davidoff on behalf of Interested Party M7 Group, S.A.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inoruptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inoruptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

☒ Service information continued on attached page

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

☒ Service information continued on attached page

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc.
fka For Your Ears Only, Ltd.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
lm@weissandspees.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**2. SERVED BY UNITED STATES MAIL**:

On **May 4, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

### SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **May 4, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Delivery**
Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2018 | Denice Sanchez | */s/ Denice Sanchez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**SERVICE LIST**

**IN RE PENTHOUSE GLOBAL MEDIA, INC.**
**U.S. Bankruptcy Court Case No. 1:18-bk-10098-MB**

| | |
|---|---|
| DVD Factory Inc.<br>Attn: Steve Kalson<br>7230 Coldwater Canyon Ave.<br>North Hollywood, CA 91605 | Allan B. Gelbard<br>Attorney at Law<br>15760 Ventura Blvd., Suite 801<br>Encino, CA 91436 |
| LSC Communications US, LLC<br>*I* Creel Printing<br>Attn: Dan Pevonk<br>4101 Winfield Rd.<br>Warrenville, IL 60555 | Mark A. Mintz<br>Attorney at Law<br>JONES WALKER<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100 |
| TGG<br>Attn: Matthew A. Garrett, CEO<br>10188 Telesis Court<br>Suite 130<br>San Diego, CA 92121 | John D. Kirkendoll<br>Founder/CEO<br>Kirkendoll Management, LLC<br>201 St. Charles Ave., Suite 3915<br>New Orleans, LA 70170 |
| Miller Law Group<br>Attn: Walter M. Stella<br>111 Sutter Street<br>San Francisco, CA 94104 | Howard J. Steinberg<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067 |
| Palm Coast Data<br>Attn: Neil Gordon<br>11 Commerce Blvd.<br>Palm Coast, FL 32164 | Joseph E. Bain<br>Jones Walker LLP<br>811 Main St., Suite 2900<br>Houston, TX 77002 |
| Kelly Holland<br>President and Chief Executive Officer<br>Penthouse Global Media, Inc.<br>8944 Mason Ave.<br>Chatsworth, CA 91311 | Timothy Driver<br>433 North Camden, Suite 970<br>Beverly Hills, CA 90210 |
| Robert W. Campbell<br>Penthouse Global Media, Inc.<br>8944 Mason Ave.<br>Chatsworth, CA 91311 | |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100