Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4003
Telephone:   310/277-6910
Facsimile:   310/201-0760
E-mail:      lcantor@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 11 Trustee

FILED & ENTERED

MAY 11 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br>a Delaware corporation,<br><br>Debtor.<br><br>☐ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☒ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 11 TRUSTEE AND ELI B. DUBROW, TRUSTEE OF THE ELI B. DUBROW AND MARY COLLINS DUBROW 1981 TRUST, DATED MAY 27, 1981, EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. §365(d)(4)**<br><br>[Relates to Docket No. 460] |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Court having considered the *Stipulation Between Chapter 11 Trustee and Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, dated May 27, 1981, Extending Time to Assume or Reject Unexpired Lease of Nonresidential Real Property pursuant to 11 U.S.C. §365(d)(4)* (the "Stipulation") entered into by and between David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") of Penthouse Digital Media Productions, Inc. (the "Lessee"), one of the debtors in the above-captioned chapter 11 cases, and Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, dated May 27, 1981 (the "Lessor"), with respect to the lease for the premises commonly known as 8944 Mason Ave., Los Angeles, CA 91311 between Lessor as landlord and Lessee as tenant dated as of August 25, 2014 (the "8944 Lease") and the *Amendment Number One to Lease dated August 24, 2014 Eli B. Dubrow Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust dated May 27, 1981, Lessor and Penthouse Digital Media Productions, Inc., a Delaware corporation, Lessee* dated as of July 1, 2016 which, *inter alia*, provided for the additional lease from Lessor to Lessee of the premises commonly known as 8954 Mason Ave., Los Angeles, CA 91311 ("Amendment Number One" and, with the 8944 Lease, the "Lease"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Stipulation is hereby approved.

2.      The last day for the Trustee to assume or reject the Lease under 11 U.S.C. § 365 is hereby extended to and including July 31, 2018 (the "Extension"), subject to the right of the Trustee to request a further extension of such time as permitted by 11 U.S.C. § 365(d)(4)(B) and the right of Lessor to oppose any such request.

3.      During the term of the Extension, the Trustee shall abide by all terms and conditions of the Lease not otherwise excused under section 365 of the Bankruptcy Code, including, without limitation, the timely payment of rent due under the Lease.

4.      The Trustee shall continue to make reasonable efforts to accommodate Lessor's requests to show the premises which are the subject of the Lease to prospective future tenants, as per the practice of the Trustee and Lessor to date.

///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5.    The Court shall retain jurisdiction to hear all disputes arising in connection with this Stipulation, including, without limitation, with respect to its interpretation or enforcement.

###

Date: May 11, 2018

Martin R Barash
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA