| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Linda F. Cantor (CA Bar No. 153762)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: lcantor@pszjlaw.com | **FILED & ENTERED**<br><br>**MAY 17 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gasparia  DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  David K. Gottlieb, Ch. 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA    SAN FERNANDO VALLEY    DIVISION**

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC. (1:18-bk-10098)<br>PENTHOUSE GLOBAL BROADCASTING, INC. (1:18-bk-10099)<br>PENTHOUSE GLOBAL LICENSING, INC. (1:18-bk-10101)<br>PENTHOUSE GLOBAL DIGITAL, INC. (1:18-bk-10102)<br>PENTHOUSE GLOBAL PUBLISHING, INC. (1:18-bk-10103)<br>GMI ONLINE VENTURES, LTD. (1:18-bk-10104)<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC. (1:18-bk-10105)<br>TAN DOOR MEDIA, INC. (1:18-bk-10106)<br>PENTHOUSE IMAGES ACQUISITONS, LTD. (1:18-bk-10107)<br>PURE ENTERTAINMENT TELECOMMNICATIONS, INC. (1:18-bk-10108)<br>XVHUB GROUP, INC. (1:18-bk-10109)<br>GENERAL MEDIA COMMUNICATIONS, INC. (1:18-bk-10110)<br>GENERAL MEDIA ENTERTAINMENT, INC. (1:18-bk-10111)<br>DANNI ASHE, INC. (1:18-bk-10112)<br>STEAMRAY STUDIOS, INC. (1:18-bk-10113)<br><br>Debtor(s) | CASE NO.: 1:18-bk-10098-MB [Jointly Administered]<br>CHAPTER: 11<br><br>**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtors to file proofs of claim (Bar Date) is *(date)*  **July 2 , 2018** , with the exceptions set forth in mandatory court form F 3001-1.NOTICE.BARDATE. With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception. If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

2. On or before (*date*) __June 1, 2018__, the Trustee must serve written notice of the bar date, using mandatory court form F 3003-1.NOTICE.BARDATE, on all creditors and the United States trustee.

3. ☐ Other (*specify*):

# # #

Date: May 17, 2018

*[signature]*
Martin R Barash
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 2                                **F 3003-1.ORDER.BARDATE**
DOCS_LA:313178.1 32277/001