| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Linda F. Cantor (SBN 153762)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: lcantor@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* David K. Gottlieb, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| In re:<br><br>Penthouse Global Media, Inc., Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc., GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc., Tan Door Media, Inc., Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc., XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc., Streamray Studios, Inc.,<br><br>Debtor(s). | CASE NO.: 18-10098-MB<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |

| **Sale Date:** 06/04/2018 | **Time:** 12:00 p.m. |
|---|---|
| **Location:** 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, California 91367 | |

**Type of Sale:**  ☒ Public   ☐ Private    **Last date to file objections:** Not applicable
**Description of property to be sold:**

Substantially all assets of the above-captioned debtors consisting of intellectual property, films, publications, broadcasting and digital rights, excluding certain Excluded Assets as more fully described in Attachment "A" hereto.

The Trustee will accept bids for all or fewer than all of the Debtors' assets.

**Terms and conditions of sale:**
The Trustee has entered into an Asset Purchase Agreement to sell the Debtor's Assets to Dream Media Corporation, subject to overbid pursuant to Order of the Bankruptcy Court entered May 16, 2018. See Dkt. Nos. 477 and 478. The form of Asset Purchase Agreement has been filed in the Bankruptcy
Court Docket as Dkt. No. 468.

**Proposed sale price:**  $3,000,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 6004-2.NOTICE.SALE
DOCS_LA:314389.1 32277/001

**Overbid procedure** (*if any*): <u>See Attachment B</u>

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

If a qualified overbid is received by the Trustee, an auction will be held at a hearing before the Bankruptcy Court on June 4, 2018 at 12:00 p.m. noon (Pacific time) and will continue on June 5, 2018 at 9:00 a.m. (Pacific Time) if not concluded on June 4, 2018. The location of the hearing is: United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, 21041 Burbank Boulevard, Courtroom 303, Woodland Hills, CA 91367.

**Contact person for potential bidders** (*include name, address, telephone, fax and/or email address*):

Any party interested in additional information about Penthouse and its assets should contact Leticia T. Lujan at <u>LTL@broadwayadvisors.com</u> to request a copy of the Non-Disclosure Agreement.

Any party that would like to discuss the opportunity in further detail should contact Alfred M. Masse, Managing Principal of Broadway Advisors, LLC at:

**Broadway Advisors, LLC**
511 30th St., Suite A, Newport Beach, CA, 92663
Alfred M. Masse, Principal
<u>amm@broadwayadvisors.com</u>
310.418.6552

Date: <u>May 17, 2018</u>

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012
DOCS_LA:314389.1 32277/001

Page 2

F 6004-2.NOTICE.SALE

# Attachment A

## Attachment A

*Penthouse*™ is the iconic men's brand. Founded by Bob Guccione in 1965, *Penthouse* has been a leader in the Adult Entertainment Industry for over 50 years. Penthouse' business includes magazine, a thousand film library, a broadcasting group that currently oversees four adult cable and satellite channels, a licensing business that includes a broad array of products or sale worldwide, and a digital platform.

### *Property to be sold*

The Trustee is selling substantially all assets of the Debtors (collectively, "Penthouse") which include certain intellectual property, films, publications, broadcasting and digital rights. Any assets and rights subject to dispute or pending litigation are being sold subject to such disputes, litigation and defenses.

The following assets are **excluded** from the sale:

(a) income, royalties, damages and payments relating to that certain Amendment to Trade-Mark and Trade-Name License Agreement dated December 28, 2017 ("Effective Date") Between Penthouse Global Media Inc., as Licensor, and Tokken MSB O/A Vice-Org, as Licensee (the "Vice Coin Receivable"),

(b) Trademarks and ancillary rights to be sold to Penthouse Clubs Global Licensing LLC or its designee (collectively, "Penthouse Club Licensee") as described in that certain *Term Sheet – Trustee's Exhibit 1* filed with the Court on May 10, 2018 as Dkt. No. 461 (the "Penthouse Clubs IP", and

(c) cash, certain accounts receivables, avoidance actions and such other excluded assets as set forth in the Asset Purchase Agreement between the Trustee and Dream Media Corporation, the Stalking Horse Bidder.

The Trustee will accept bids for all or fewer than all of the Debtors' assets.

### *Penthouse's Business:*

Penthouse has four operating divisions:

- Penthouse Global Publishing, Inc. publishes *Penthouse Magazine* as well as *Penthouse Letters* magazine.

- Penthouse Global Broadcasting, Inc. operates eight channels in over 100 countries. PGBI accounts for approximately 50% of the companies' revenue.

- Penthouse Global Licensing, Inc. has licensing agreements in hundreds of countries based upon Penthouse trademarks, copyrights and media content. Licenses range from wellness products to apparel, fragrances and books.

- Penthouse Global Digital, Inc. runs membership websites as well as several free websites.

- Assets for sale, in whole or in part, consist of the following:

    - Intellectual Property

        o Trademarks and Copyrights – The Company owns over 2,000 trademarks and copyrights including Penthouse, Penthouse Letters, Forum, Pet of the Month, Pet of the Year, Penthouse TV, Penthouse.com, PenthouseMagazine.com.

        o Licensing – The Company has licensing agreements based upon its extensive trademark and media library.

        o Publishing Rights – The Company has the publishing rights to Penthouse, Penthouse Letters and Forum in conjunction with the trademarks and copyrights noted above. Current subscriptions are approximately 22,000 for Penthouse and 11,000 for Penthouse Letters.

- Films – Penthouse's film catalogue has over 1,200 titles including the 1979 controversial cult classic "Caligula". The library includes copyright and remake rights.

- Penthouse Magazine Back Issues, Photographs, and Movie Scripts –dating back to inception as well as thousands of photographs, slides and movie scripts.

- Broadcasting/Programming – The Company operates channels in over 100 countries (including the United States).

- Digital –The Company operates Penthouse.com and Penthouse Magazine.com which include both free and membership services including HD videos, galleries and a portal to web-cam services websites.

# Attachment B

**Attachment B**

**Sale Procedures**

The Trustee entered into an Asset Purchase Agreement ("APA") with a stalking horse bidder and that APA has been filed with the Bankruptcy Court as Docket No. 468. The transaction outlined in the APA is subject to competitive bidding and the Bankruptcy Court has approved guidelines and requirements for the bidding process and sale auction.

- $3,000,000.00 is the opening stalking horse bid for all of Penthouse's assets.

- Overbid increments of $100,000 (or amount divisible by $100,000), if the offer is for all of Penthouse's assets.

- Parties interested in acquiring less than all of Penthouse's assets may make an offer for select assets and provide a deposit equal to 10% of their initial bid.

- The Trustee seeks to maximize net sale proceeds. He may be accepting several offers for select assets if the combined value of those bids exceeds the highest offer for all assets.

Key Dates:

- **Bids are due Wednesday, May 30, 2018 at 5:00 P.M. PST.**

- **Auction to be held on June 4, 2018 at 12:00 p.m. noon (Pacific time).** <u>Only qualified bidders may participate in the auction.</u>

Bid Requirements:

- To be considered a qualified bid, the Trustee must receive, on or before May 30, 2018, an irrevocable offer in the form of an executed Modified APA, without a financing contingency, internal approval or due diligence contingency, at a price that conforms with the overbid procedures and on such other terms that are no less favorable to the Estates than those contained in the APA;

- Make a Bid Deposit in the amount of $250,000 for the purchase of all assets; or if interested in purchasing select assets, 10% of offer (if deemed a qualified bid); and

- Provide written evidence reasonably satisfactory to the Trustee of the bidder's financial ability to fully and timely perform all obligations under the Modified APA, including payment in cash at closing of any successful Bid amount.

**Contact Persons**

Any party interested in additional information about Penthouse and its assets should contact Leticia T. Lujan at LTL@broadwayadvisors.com to request a copy of the Non-Disclosure Agreement.

Any party that would like to discuss the opportunity in further detail should contact Alfred M. Masse, Managing Principal of Broadway Advisors, LLC at:

**Broadway Advisors, LLC**
511 30th St., Suite A, Newport Beach, CA, 92663
Alfred M. Masse, Principal
amm@broadwayadvisors.com
310.418.6552

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 17, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 17, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012
DOCS_LA:314389.1 32277/001

Page 3

F 6004-2.NOTICE.SALE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012
DOCS_LA:314389.1 32277/001
Page 3
F 6004-2.NOTICE.SALE

F 6004-2.NOTICE.SALE

mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Brian L. Davidoff  bdavidoff@greenbergglusker.com

mhoroupian@sulmeyerlaw.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mw@weissandspees.com, lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012
DOCS_LA:314389.1 32277/001
Page 3
F 6004-2.NOTICE.SALE