Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**NOTICE OF (A) MOTIONS FOR ORDERS (1) APPROVING SETTLEMENT WITH KIRKENDOLL MANAGEMENT LLC AND ITS RELATED ENTITIES, AND (2) AUTHORIZING SALE OF INTELLECTUAL PROPERTY ASSETS AND LICENSE OF RELATED ASSETS TO PENTHOUSE CLUBS GLOBAL LICENSING, LLC, AND (B) HEARINGS TO BE HELD ON SHORTENED NOTICE THEREON**<br><br>**Hearings Set by Court on Shortened Notice**<br><br>Date: May 30, 2018<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Courtroom 303<br>Woodland Hills, California<br><br>Judge: Hon. Martin R. Barash |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

 **PLEASE TAKE NOTICE** that David K. Gottlieb, in his capacity as Chapter 11 Trustee (the "Trustee") of the above-captioned bankruptcy estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (the "Debtors"), has filed the following motions:

1) *Notice Of Motion And Motion For Order Approving Settlement With Kirkendoll Management LLC And Its Related Affiliates; Memorandum Of Points And Authorities; Declaration Of David K. Gottlieb In Support Thereof* (the "Kirkendoll Settlement Motion") [Dkt. No. 502], and

2) *Notice Of Motion And Motion For Order (A) Approving The Estates' Sale Of Certain Trademarks To Penthouse Clubs Global Licensing, LLC, Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Approving The Estates' License Of Certain Related Intellectual Property To Penthouse Clubs Global Licensing, LLC; And (C) Granting Related Relief; Memorandum Of Points And Authorities; Declaration Of David K. Gottlieb* (the "IP Sale Motion") [Dkt. No. 503]

 **PLEASE TAKE FURTHER NOTICE** that the Kirkendoll Settlement Motion requests authority to implement a settlement reached between the Trustee and Kirkendoll Management LLC and its related affiliates ("Kirkendoll"), the terms of which are set forth on that certain Term Sheet dated May 9, 2018 and filed with the Bankruptcy Court as Docket No. 461.  Under the settlement, among other things, the Trustee agreed to sell certain trademarks and license certain related intellectual property of the Debtors to Kirkendoll or its affiliate for a purchase price of $1,075,000 and to settle certain contested issues between the Trustee and Kirkendoll.  The IP Sale Motion seeks authority to implement the sale and license to Penthouse Clubs Global Licensing, LLC, a Kirkendoll affiliate, as provided for in the Term Sheet and the settlement.

 **PLEASE TAKE FURTHER NOTICE** that the Court has set the hearings on the Settlement Motion and the IP Sale Motion on shortened time.  The hearings (the "Hearings") on the Settlement Motion and the IP Sale Motion will be held on **May 30, 2018 at 1:00 p.m. (Pacific time)** before the Honorable Martin Barash, United States Bankruptcy Judge, 21041 Burbank Boulevard, Courtroom

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  303, Woodland Hills, CA 91367.  Oppositions, if any, to the Settlement Motion and/or the IP Sale

2  Motion may be raised at the Hearings; however, any written opposition to the Settlement Motion

3  and/or the IP Sale Motion must be filed with the clerk of the Bankruptcy Court and served upon the

4  Trustee's counsel, Linda Cantor, Esq., Pachulski Stang Ziehl & Jones LLP, 13th Floor, Los Angeles,

5  CA 90067, facsimile: 310-201-0760, lcantor@pszjlaw.com, no later than **May 29, 2018 at 5:00 p.m.**

6  **(Pacific time).**  Any written reply to an opposition to the Settlement Motion and/or the IP Sale

7  Motion must be filed with the Bankruptcy Court **no later than 11:00 a.m. on May 30, 2018.**

8  Replies to any oppositions may also be stated on the record at the hearings on the Settlement Motion

9  and the IP Sale Motion.

10      **UNLESS AN OPPOSITION IS TIMELY SERVED AND FILED OR PRESENTED AT**

11  **THE HEARINGS IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE**

12  **CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY**

13  **GRANT THE RELIEF REQUESTED.**

14      **PLEASE TAKE FURTHER NOTICE** that both the Settlement Motion and the IP Sale

15  Motion (collectively, the "Motions") are based upon their respective Notices of Motion and

16  Motions, their accompanying Memoranda of Points and Authorities, the supporting Declarations of

17  David K. Gottlieb (collectively, the "Motion Pleadings"), the record in these cases, all matters of

18  which this Court may properly take judicial notice and any other evidence before the Court prior to

19  or at the hearings on the Motions.  If you wish to obtain a copy of the Motion Pleadings, please

20  contact the office of counsel for the Trustee, attn.: Janice G. Washington by phone at (310) 277-

21  6910 or by e-mail at jwashington@pszjlaw.com.

22  Dated: May 22, 2018          PACHULSKI STANG ZIEHL & JONES LLP

23

24              By:   /s/ Linda F. Cantor
              Attorneys for David K. Gottlieb, Chapter 11
25              Trustee

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF (A) MOTIONS FOR ORDERS (1) APPROVING SETTLEMENT WITH KIRKENDOLL MANAGEMENT LLC AND ITS RELATED ENTITIES, AND (2) AUTHORIZING SALE OF INTELLECTUAL PROPERTY ASSETS AND LICENSE OF RELATED ASSETS TO PENTHOUSE CLUBS GLOBAL LICENSING, LLC, AND (B) HEARINGS TO BE HELD ON SHORTENED NOTICE THEREON** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 22, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 22, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 22, 2018, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 22, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)

margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Penthouse Digital Media Productions, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Peter W. Lianides
plianides@wcghlaw.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

## 2. SERVED BY UNITED STATES MAIL:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of*
*Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA  91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application
to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

**General Unsecured Creditors**
Adult Talent Managers
22020 Clarendon St., Suite 300
Woodland Hills, CA 91367

OC Modeling
22024 Lassen Street, Unit 114
Chatsworth, CA 91311

Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX 78249

Disgraceful, Inc.
Meghan Slaninko
24303 Woolsey Canyon Road,
Space #31
West Hills, CA 91304

Jessica Hyatt
4210 Sarah Street, Apt #42
Burbank, CA 91505

Jolie K. Henderson
450 79th Street, Apt #1
Miami Beach, FL 33141

Madilyn Bishop
6301 Glade Avenue, # K320
Woodland Hills, CA 91367

Savana Maisah Johnson
6419 10th Avenue, #23
Los Angeles, CA 90043

Spieglergirls.com
Mark Spiegler
22121 Clarendon St., Unit 454
Woodland Hills, CA 91365

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA 91316

Yehuda Shahar
PR Consulting P.O. Box 708
Tzur Moshe 42810, Israel

Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA 91352

Murat Saygi Ebulula Mardin
Cad. Caglayan Sitesi B Blok N: 12 D: 4
34335
Akatlar- Besiktas / ISTANBUL

Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA 90020

Arkena, Inc.
125 S. Barrington Place
Los Angeles, CA 90049

Laura Arielle Willette
926 N. Normandie Ave., Apt #10
Los Angeles, CA 90029

AJ Park IP Pty, Ltd.
Level 14
St. James Centre
111 Elizabeth Street
Sydney, NSW 2000

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Aspen Setaro
360 S. Market St, #2004
San Jose, CA 95113

Verizon Business
13031 West Jefferson Blvd.
Building 900
Los Angeles, CA 90094

Debbie Cherry
10831 Roycroft Street, #77
Sun Valley, CA 91352

Nathanael Kalfa Consulting
16 Broadfields Avenue
Edgware Middlesex HA8 8PF
London, ENGLAND

RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367

Bizarre Video
21621 Nordhoff Street, Suite B
Chatsworth, CA 91311

Emily Palan
2412 Delancey Place
Philadelphia, PA 19103

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA 91311

Hotel Majestic
10 La Croisette – BP 163
06407 Cannes Cedex, France

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041

Digital Media Consultants, LLC21781
Ventura Blvd, Suite 644
Woodland Hills, CA 91364

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA 91311

Ogun Consulting
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

SESAC
35 Music Sq E
Nashville, TN 37203

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd., #308
Los Angeles, CA 90046

Revideo, Inc. dba: Art Attack
Productions
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Priority Workforce
2170 S Towne Center Pl #350
Anaheim CA 92806

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:314478.1 32277/001

F 9013-3.1.PROOF.SERVICE

Phe, Inc.
302 Meadowland Drive
Hillsborough, NC  27278

Interactive Media
AG Einsiedlerstrasse 23 CH-8834
Schindellegi SZ Switzerland

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3

Basmedia B.V. Pluggematen
2 8331TV Steenwijk
The Netherlands

M7 GROUP
L-1246 2 rue Albert Borschette
Luxembourg

Dennemeyer & Associates
55, rue des Bruyeres
L-1274 Howald, Luxembourg

Corsearch
P.O. Box 4349
Carol Stream, IL 60197-4349 US

Law Offices of Max J. Sprecher
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

Pryor Cashman LLP
7 Times Square
New York, NY  10036

Vincenza Vignetti
Via Tevere 13
Asti AT 14100 Italy

Radisav Antic
Knjaza Milosa 11/7
Pirot Serbia 18300 Serbia

Thomas Pell
1092 Hwy 11W
Bean Station, TN  37708

John Kelly
255 S. Rengstorff Ave., Apt 132
Mountain View, CA  94040

Steven Moser
601 Stevens St.,
SW Watertown, MN  55388

Jerrod Olson
8944 Mason Ave.
Chatsworth, CA 91311

Marcella Monteleone
P O Box 816
Bloomington, IL 60108

EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA  92629

SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA  90038

Christine Pevarnik
2863 Brookside Drive
Mobile, AL  36693

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Cyber Pro Hosting
PO Box 26203
Milwaukee, WI 53226

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808 USA

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA 91303

WebDotCalm
237 Town Center West, #267
Santa Maria, CA 93458

Ninja Partners, Inc.
1621 E. 6th Street, Suite 1130
Austin, TX 78702

Mojo Host
30300 Telegraph Road, Ste 300
Bingham Farms, MI 48025

MEDIA
Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678

Cannon Solutions America, Inc.
15004 Collections Center Drive
Chicago, IL 60693

AT & T
PO Box 5017
Carol Stream, IL 60197

Adobe Systems, Inc.
75 Remittance Drive, Suite 1025
Chicago, IL 60675-1025

Orkin
P O Box 7161
Pasadena CA 91109-7161

Paracorp Inc dba PARASEC
PO Box 160568
Sacramento CA 95816-0568

Benedict Limousine
5700 Etiwanda Ave. #237
Tarzana, CA 91356

Kristel Yoneda
251 Orangefair Avenue, Apt # 209
Fullerton, CFA 92832

Gam Inventory Management Service
Newark Post Office
PO Box 35594
Newark, NJ 07193-5594

Takedown Piracy Inc
8045 Retriever Ave.
Las Vegas, NV 89147

Mazars LLP
Mazars House Gelderd Road
Gildersome Leeds  LS27 7JN

Alpha Cygni
95 Claxton Ave.
Watertown, CT 06795

ADT
PO Box 371878
Pittsburg, PA 15250-7878

Safe Keeping Records
8826 Megan Avenue
West Hills, CA 91304

Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA  90007

David Feldman Worldwide, Inc.
PO Box 823473
Philadelphia, PA 19182-3461

Network Domain Services N.V.
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Terrence A. Lucero CPA
17609 Ventura Blvd., # 215B
Encino, CA  91316

ExWorks Capital Funds I, LP
333 W. Wacker Drive
Suite 1620
Chicago, IL  60606

Dream Media Corporation
10990 Wilshire Blvd., Penthouse
Los Angeles, CA  90024

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, De  19899

TGG
Representative: Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104

C. Hocquel Inc.
8310 Jayseel St.
Sunland, CA 91040

Allgemeines Treuunternehmen
Aeulestrasse
Aeulestrasse 5 – PO Box 83
Furstentum Liechtenstein

DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA  19087

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662

Allen, Dyer, Dopplet, Milbrath &
Gilchrist
255 South Orange Ave. Suite 1401
Orlando, FL 32801

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA  92868

Tom Fox
PO Box 2402
Santa Cruz CA  95063

Total Records Information Management
LLC
371 Starke Road
Carlstadt, NJ  07072

Iron Mountain
1000 Campus Drive
Collegeville, PA  19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management Services
PO Box 35539
Newark, NJ 07193-5539

Mark Wood
400 W. 45th Street, # 4F
New York, NY 100369

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007

Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311

Denean Gable
1991 Pershing Ave. Unit A
Pahrump, NV  89048

Kristin Stec 86-20 Park Lane South
Apartment 4B
Woodhaven, NY 11421

Camille Todaro
6304 Windcrest Dr. #534
Plano, TX 75024

Jeanette Beebe Poet & Journalist, LLC
1336 River Road
Titusville, NJ  08560

10 Homersham Road Kingston
Upon Thames Surrey, KT1 3PN
United Kingdom

Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217

Jennifer Nordbak
835 Locust Ave
Unit 518
Long Beach, CA  90813

John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403

Keith Harary
PO Box 87025
Vancouver, WA 98687

Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Midwest Lists And Media
9301 Milwaukee Avenue
Niles, IL 60714

Christina Williams
4024 Frye Terrace
Colonial Heights, VA 23834

Megan Wood
5460 White Oak Ave. #A306
Encino, CA 91316

Steven Austin Barber
301 Harvard Drive
Arcadia, CA 91007

Ricardo C. Ferrise
940 N. Stanley Avenue, #8
West Hollywood, CA 90046

Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA 91325

Eric Del Carlo
217 D Street, #310
Eureka, CA 95501

Candace Behrle
22647 Ventura Blvd. # 209
Woodland Hills, CA 91364

Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122

Brad Hodges
2989 Juniper Hills Blvd. Apt. 104
Las Vegas, NV 89142

Thomas O' Brien
200 N. San Fernando Rd. Loft 304
Los Angeles, CA 90031

Alison Seay
2929 Hiss Avenue
Baltimore, MD 21234

David Carnie
1408 Stanford Drive
Glendale CA 91205

Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096

So Cal Licensing
3430 Precision Drive
North Las Vegas, NV 89032

Sahar Yakhi
7037 Alabama Ave., #204
Canoga Park, CA 91303

Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5

Alexis Calucag
13330 Huston Street, Apt "B"
Sherman Oaks, CA 91423

Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403

Disgraceful Inc.
24303 Woolsey Cyn Rd. Spc 31
West Hills, CA 91304

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:314478.1 32277/001

Willett Associates
PO Box 380414
Birmingham AL  35238

Phillip J. Hanrahan Jr.
6031 N. Lake Drive
Whitefish Bay, WI 53217

Matt Gallagher
112 Withers Street, Apt. 2
Brooklyn, NY 11211 US

V&M Design
13226 Azores Ave
Sylmar, CA 91342

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

Thomas Morton
288 Graham Ave., # 1
Brooklyn, NY  11211

Pretty Things Press
P.O. Box 55
Point Reyes Station, CA  94956

Zachary Lipez
310 Greenwich St. Apt 33E
New York, NY 11206

Getty Images
PO Box 953604
St. Louis, MO 63195-36

PR Newswire Association LLC G.
P.O. Box 5897
New York, NY 10087-5897

Edgewood Paper
115A Floral Vale Blvd.
Yardley, PA  19067-5529

Barbara F. Pizio
2342 82nd Street, Apt. 3
Brooklyn, NY  11214

Palm Coast Data LLC
Attn: Finance Dept
11 Commerce Blvd
Palm Coast, FL 32164

Drew Millard
115 West Woodridge Drive
Durham, NC 27707

Creel, LLC
6330 West Sunset Rd.
Las Vegas NV 89118

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ  07054

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago IL  60675-6825

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:314478.1 32277/001

F 9013-3.1.PROOF.SERVICE

*3.*    **SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT:**

Joseph Bain
jBain@joneswalker.com on behalf
Penthouse Clubs

Marc J. Winthrop
mwinthrop@wcghlaw.com

Timothy Driver on behalf of Media Asset
Replacements
tim@mediaassetplacements.com

Nick Miseur International
Paxum@callisto-online.biz

Andreas Andreou International
Ph-partners@mindgeek.com

Charlina Johnson
digigirl@hotmail.com

Sergei A. Jantshukovitsh
dolboebizm@gmail.com

Kevin Noonan
knoonan@hotmail.com

Michel Plante International
Paxum@qwebec.com

Sergio Freixas International
deicox@gmail.com

Vladyslav Plashchevatyi International
xfive@setds.net

Qisheng Wu International
adenamediacorp@gmail.com

Philip Tranker International
sales@awnexus.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Keith Patrick Banner
KBanner@GreenbergGlusker.com

Michael Weiss
mw@weissandspees.com
lm@weissandspees.com

Marc Winthrop
mwinthrop@wcghlaw.com

Joseph Bain
JBain@joneswalker.com

Mark Mintz
mmintz@joneswalker.com

Peter Lianides
plianides@joneswalker.com

John D. Kirkendoll
jkirkendoll@kirkmgmt.com

Hamid Rafatjoo (Response)
hrafatjoo@raineslaw.com

cwilliams@raineslaw.com

bclark@raineslaw.com

Mark S. Haroupian
mhoroupian@sulmeyerlaw.com

Timothy Driver
tim@mediaassetplacements.com

Theodore B. Stolman
ted.stolman@ffslaw.com

Carol Chow
carol.chow@ffslaw.com

Beth Young
bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## POTENTIAL BIDDERS:

| Company | First Name | Last Name | Email Address |
|---|---|---|---|
| ADLI Law Group | Anthony | DiMonte | anthony.dimonte@adlilaw.com |
| ADLI Law Group | Paul I. | Menes | paul.menes@adlilaw.com |
| ADLI Law Group | Drew | Sherman | drew.sherman@adlilaw.com |
| Allan Gebhard | Allan | Gebhard | xxxesq@aol.com |
| Dream Media Inc. | Adam | Levin | adam@orevacapital.com |
| Evil Angel | Adam | Grayson | adam@evilangel.com |
| Evolved Novelties | | | sales@evolvednovelties.com |
| Fleshlight | | | customerservice@fleshlight.com |
| Frontier Credit Inc. | Dan | Coleman | Dcoleman@nts.net |
| FTS | Jonathan | Lipman | jonathan@jlig.com |
| Icon | | | pr@iconbrands.com |
| Jerrick Media Holdings Inc. | Jeremy | Frommer | jeremy@jerrick.media |
| Larry Flynt Production (Hustler) | Tony | Cochi | Cochi@lfp.com |
| Leo.com (My Free Cams) | Leo | Radvinsky | Lradvinsky@gmail.com |
| Leslie Cohen Law PC | Leslie | Cohen | leslie@lesliecohenlaw.com |
| LSC Communications | Dan | Pevonka | dan.pevonka@rrdonnelley.com |
| Maxim | Sardar | Biglari | Licensing@Maxim.com |
| MindGeek | Karim | El Marazi | karimelmarazi@mindgeek.com |
| MindGeek | | | info.luxembourg@mindgeek.com |
| NOA Productions | Eli | Gamson | elig@noaproductions.com |
| Suicide Girls | | | missy@suicidegirls.com |
| Suicide Girls | | | sean@suicidegirls.com |
| Treats! Magazine | Steve | Shaw | info@treatsmagazine.com |
| Worldwide Media Capital | Ted | Lebowitz | TLTLTLTL@aol.com |
| XR Brands | | | endusersupport@xrbrands.com |

## U.S. MAIL (NO EMAIL ADDRESSES AVAILABLE)

| Company | First Name | Last Name | Address |
|---|---|---|---|
| | | | 17802 IH 10 West, Suite 400, San Antonio, Texas 78257 |
| Bilgari Holdings, Inc. | Philip L. | Cooley | |
| Doc Johnson | Ronald | Braverman | 11933 Vose Street, North Hollywood, CA 91609 |
| | | | 302 Meadowlands Drive Hillsborough, NC 27278 |
| PHE, Inc. | Phil | Harvey | |
| Vivid Entertainment | Steven | Hirsch | 3599 Cahuenga Blvd, Los Angeles, CA 90068 |
| Bressler Law Pllc | Joshua | Bressler | 3 West 35th Street |
| | | | 9th Floor |
| | | | New York, NY 10001 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## PENTHOUSE GLOBAL MEDIA, INC.

| | |
|---|---|
| Adobe | vmonga@adobe.com |
| AFCO Credit Corp | Scott.Silva@marsh.com |
| Aflac | joseph_gonzalez@us.aflac.com |
| Allen Dopplet , Milbrath & Gilchris | dsigalow@allendyer.com |
| Allgemeines Treuunternehmen | sophia.mueller@atu.li |
| AT&T | nl2363@att.com |
| C.HOCQUEL Inc | catherinehbrandt@gmail.com |
| California Choice | memberprocessing@calchoice.com |
| Choice Buider | customerservice@choicebuilder.com |
| Dennemeyer & Associate S.A. | ekilby@dennemeyer.com |
| Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow 1981 Trust | elidubrow@icloud.com |
| GAM inventory Management services | MPalao@guaranteeasset.com |
| GRM Information Management Services | |
| Iron Mountain | Sherlyn.Manarang@ironmountain.com |
| Keith L. Whitworth, CPA | whit_cpa@yahoo.com |
| Kim & Chang Intellectual Property | lawkim@KimChang.com |
| Lincoln National Life Insurance company | pkelce@financialguide.com |
| Mitratech Holdings, Inc. | nick.rodriguez@mitratech.com |
| Parasec Global Document Filing & Retrieval | vvalenzuela@parasec.com |
| Safe Keeping Records | wendy@safekeepingrecords.com |
| Total Record Information Management | dmiller@totalrecords.com |

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## PENTHOUSE GLOBAL BROADCASTING, INC.

| | |
|---|---|
| Arkena Inc | thierry.maupetit@arkena.com |
| Arkena SAS | thierry.maupetit@arkena.com |
| Art attack dba revideo | chickmedia@gmail.com |
| Basmedia B.V. Pluggematen | Bas@basmedia.nl |
| Belgacom SA and Skynet iMotions Activities SA/NV | Robert.CASTRO@proximus.com / brigitte.paquay@proximus.com |
| Bizzare Video | bizarrevideo1@aol.com |
| BK International 2016, S.L. | delaguardialawfirm@gmail.com |
| Bouygues Telecom | VMARTIN1@bouyguestelecom.fr / NDELBLOU@bouyguestelecom.fr |
| Bulgarian Telecommunications Company EAD trading as Vivacom | Evelin.Iliev@vivacom.bg |
| Bulsatcom AD | deny.djalova@bulsat.com / k.sredkov@bulsat.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| CAIW Meida BV | H.Broekhuis@office.caiw.nl |
| Canal + International | Alexandre.GRUNER@canal-plus.com |
| Claxon Media, LLC Playboy TV Latin America | |
| Coditel Brabant sprl & Coditel Sarl | Sebastien.Germain@sfr.eu |
| Colorado Satellite Broadcasting (NOOF) | tcochi@lfp.com |
| Combat ZONE | dion@combatzone.net |
| DBS Satellite Services (1998) LTD, Trading as Yes | NYaniv@yes.co.il / Keren.Gleicher@dbs.co.il |
| Digital Cable Group AG | ‼ HYPERLINK "mailto:veli.velija@qlgroup.ch" |
| Digital Media Consultants, LLC | dkravis.dmc@gmail.com |
| Encuentros | jponce@penthouse.com |
| Faronet Srl | chiara.monetti@faronet.it / roberto@faronet.it |
| Fifth Dimension Properties Inc. | stu@erostv.com |
| FREE | spero@iliad.fr |
| Groupe Canal + | Benoit.JAUBERT@canal-plus.com / Raphaelle.SALORD@canal-plus.com |
| Hellenic Telecommunications Organizations S.A. (OTE) | akoloveloni@ote.gr / gkokkinakis@ote.gr |
| Hot Telecommunications Systems Ltd. | Ron.Hermelin@hot.net.il / Lee.Shick@hot.net.il |
| HP Hrvtska posta d.d. (Electra) | zeljko.safranec@hpprodukcija.hr |
| Kabel Deutsch G | Th.Fischer@vodafone.com |
| Lay International | drheo1218@gmail.com |
| M7 (2 Agreements) | Bill.Wijdeveld@m7group.eu |
| M7 (2 Agreements) | |
| Magyar Telekom Nyrt | Kiraly.Ildiko@telekom.hu / Haasz.Orsolya@telekom.hu |
| Mikarnial Ltd d/b/a Divan TV Service | del@divan.tv / cont1@divan.tv |
| Mile High | MARIA@MILE-HIGH-MEDIA.COM |
| Monaco Telecom | o.combeau@monaco-telecom.mc |
| NC Numericable | benjamin.rebillard@sfr.com / benjamin.cornic@sfr.com |
| Ogun Consulting | nkalfa@ogun.tv |
| Ogun Sprl | nkalfa@ogun.tv |
| OK SnowProblem ,SL | delaguardialawfirm@gmail.com |
| One. VIP Doo Skopje f/k/a one.Vip Skopje | Tome.Miladinoski@onevip.mk |
| ORANGE (a/k/a France Telecom) | stephan.bergeon@orange.com |
| Orange Belgium S.A./N.V. | beatrice.willot@orange.com / yuri.willems@orange.com |
| RD Productions f/s/o Rick Gunerman | rdproductions19@gmail.com |
| Salt Mobile SA | yoann.carroux@salt.ch |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| SkyItalia S.r.I. | simone.maggi@skytv.it / antonella.dominici@skytv.it |
| Smash | wyatt@smashpictures.com |
| So Cal Licensing International, Inc. | wendy@socallicensing.com |
| Tango S.A. | artur.fonseca@tangoservices.lu |
| Tele 2 Netherlands BV | tjeerd.govaert@tele2.com |
| Telekom Deutsch AG | Tina.Ruebhagen@telekom.de / Sven.Weissenfels@telekom.de |
| Telekom Romania f/k/a sc Romtelecom | adina.mitroiu@telekom.ro / stefanita.radu@telekom.ro |
| Telenet b.v.b.a. | siegfried.moens@telenetgroup.be |
| Telia Estonia AS f/k/a Elion | birjo.kiik@telia.ee |
| Telia Lietuva AB | Tomas.Tamulevicius@telia.lt |
| T-Mobile Thuis B.V. f/k/a Vodafone Thuis B.V. f/k/a Vodafone | robert.de.lint@t-mobile.nl |
| Top Media Distribution Limited "Top Media"; (Platform: Megogo) | roman.sahaidak@megogo.net |
| TVN Distribution Ltd. fka Nordelink Bulgaria Ltd. d/b/a Networkx TV | maximov@networx.bg / draganov@networx-bg.com |
| Unitymedia NRW GmbH, Unitymedia Hessen GmbH & Co KG, and Unitymedia BW GmbH | Eileen.Wolf@unitymedia.de |
| UPC Romania S.R.L. | camelia.alexandru@upc.ro / Madalina.Radulescu@upc.ro |
| Vision TV LLC | n.panchenko@1plus1.tv |
| VITIS SAS | ariane.meheust@videofutur.com |
| Vubiquity Management Limited | ross.jones@3vision.tv |
| Ziggo B.V. | inge.keus@vodafoneziggo.com |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PENTHOUSE GLOBAL LICENSING, INC.**

| Palm Beach Beaute | psmith@gabinc.net |
| Corsearch | william.stahl@corsearch.com |
| WSM Investment d/b/a Topco | gabriel.scally@topcosales.us |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PENTHOUSE GLOBAL DIGITAL, INC.**

| CSC Corporate Domains inc, | Matthew.Mower@cscglobal.com |
| Cyber Pro, Inc. f/s/o Michael Schultz DUPLICATE | sweetmike@penthouse.com |
| Inovio Payments, LLC | lfileccia@nabancard.com |
| Mannassi IT Solutions, Inc. d/b/a Mannassi IT Solutions | beverley@mannassi.com |
| MojoHost | brad@mojohost.com |
| NetNames | james.mathieson@netnames.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Support Ninja | craig@supportninja.com |
| Webdot calm | lucky@webdotcalm.com |
| Ynot mail | rochard@ynot.com |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**PENTHOUSE GLOBAL PUBLISHINHG, INC.**

| Borgmeier Media Groupe GmbH | Kasubke@borgmeier.de |
| Creel Printing | dan.pevonka@lsccom.com |
| John Willett d/b/a Willett Associates | john.willett@charter.net |
| Palm Coast Data, LLC | Andrews.Louise@palmcoastdata.com |
| Zinio, LLC | ascheffel@zinio.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:314478.1 32277/001

| COUNTER-PARTIES |
|---|
| **PH GLOBAL MEDIA, INC.** |
| **CASE NO. 18-10098** |
| **COUNTER-PARTY(IES)** |

**Adobe**
345 Park Avenue
San Jose, CA 95110

**AFCO Credit Corp**
8885 Rio San Diego Drive
Suite 347
San Diego, CA 92108

**Aflac**
1932 Wynnton Road
Columbus, GA 31999

**Allen Dopplet , Milbrath & Gilchris**
255 S. Orange Avenue
Suite 1401
Orlando, FL 32801

**Allgemeines Treuunternehmen**
Allgemeines Treuuntermehmen Aeulestrasse 5
9490 Vaduz, Liectenstein

**AT&T**
PO Box 5019
Carol Stream, IL  60197-5019

**C. HOCQUEL Inc**
Catherine Brandt
9993 Wornom Avenue
Sunland, CA 91040

**California Choice**
721 S. Parker, Suite 200,
Orange, CA 92868

**Choice Builder**
721 S. Parker
Suite 200
Orange, CA 92868

**Cybex Security Solutions**
Cybex Security of Southern California
30 Fairbanks, #114
Irvine, CA 92618

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**Dennemeyer & Associate S.A.**
Denneymeyer & Associates S.A.
55 rue des Bruyeres
1274 Howald,
Luxembourg

**Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow 1981 Trust**
Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow
1981 Trust
P.O. Box 491995
Los Angeles, CA 90049

**GAM inventory Management services**
Gam Inventory Management Services
205 Campus Drive
Kearny, NJ 07032

**GRM Information Management Services**
**Iron Mountain**
One Federal Street
Boston, MA 02110

**Keith L. Whitworth, CPA**
Keith L. Whitworth, CPA
595 Lincoln Avenue
Suite 206
Pasadena, CA 91103

**Kim & Chang Intellectual Property**
Kim & Chang Intellectual Property
Jeongdong Building,
17F,
21-15 Jeongdong-gil,
Jung-gu,
Seoul 04518, Korea

**Lincoln National Life Insurance company**
PO Box 21008
Greensboro, NC  27420-1008

**Mitratech Holdings, Inc.**
Mitratech Holdings, Inc.
5001 Plaza on the Lake, Suite 111
Austin, TX 78746

**Parasec Global Document Filing & Retrieval**
**Safe Keeping Records**
8826 Megan Avenue
West Hills, CA 91304

**Total Record Information Management**
371 Starke Road
Carlstadt, NJ 07072

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

> **PH GLOBAL BROADCASTING, INC.:**
> **COUNTER-PARTY(IES)**
> **CASE NO. 18-10099**
>
> **COUNTER-PARTY(IES)**

**Arkena Inc**
125 S. Barrington Place
Los Angeles, CA 90049

**Arkena SAS**
15 Rue Cognacq-Jay
75007
Paris France

**Art attack dba revideo**
**Atlassian Pty Ltd.**
341 George Street, Sydney
NSW, 2000, Australia

**Basmedia B.V. Pluggematen**
2 8331TV Steenwijk
The Netherlands

**Belgacom SA and Skynet iMotions Activities SA/NV**
Boulevard du Roi albert 11 27
B 1030
Brussels Belgium

**Belgacom SA and Skynet iMotions Activities SA/NV**
Rue Carli 2, 1140
Brussels, Belgium

**Bizzare Video**
21621 Nordhoff Street, Suite B
Chatsworth, CA 91311

**BK International 2016, S.L.**
José Luis De la Guardia Cassinello
DE LA GUARDIA Law Firm
C/ Tubo, 8 (2°-G)
28223 Madrid
SPAIN

**Bouygues Telecom**
32 Avenue Hoche,
75008 Paris France

**Bulgarian Telecommunications Company EAD trading as Vivacom**
Attn: Mr. Evelin Iliev
N151i Tsarigradsko Shose Blrd., Building A
Sofia, Bulgaria 1784

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:314478.1 32277/001

**Bulsatcom AD**
15 Magnaurska Shkola Str., ZIT, Corpus II, Floor 3
1784 Sofia Burgaria

**CAIW Meida BV**
Instriestraat 30, 2671 CT
Naaldwijk
The Netherlands

**Canal + International**
48, Quai du Point du Jour,
92659 Boulogne-Billancourt
Cedex France

**Claxon Media, LLC Playboy TV Latin America**
Claxon Media LLC
990 Biscayne Boulevard
Suite 1003
Miami, Florida 33132

**Coditel Brabant sprl & Coditel Sarl**
Rue des Deux Eglises 26
1000
Brussels, Belgium

**Coditel Brabant sprl & Coditel Sarl**
Route d'Arlon 283, 8011
Strassen Luxenbourg

**Colorado Satellite Broadcasting (NOOF)**
7007 Winchester Circle
Suite 200
Boulder, CO  80301

**Combat ZONE**
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA  91311

**DBS Satellite Services (1998) LTD, Trading as Yes**
6 Hayozma Street
Industrial Area Kfar Sava Israel

**Digital Cable Group AG**
Chollerstarasse 24 Ch-6301
Zug Switzerland

**Digital Media Consultants, LLC**
21781 Ventura Blvd, Suite 644
Woodland Hills, CA  91364

**Encuentros**
10945 Old Santa Susana Pass
Chatsworth, CA  91311

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**Faronet Srl**
Via Atto Tigri 11
00197 Roma Italy

**Fifth Dimension Properties Inc.**
5582 Manotick Main Street
Manotick, ON
K4M 1E2
Canada

**FREE**
8 rue La Ville L'Eveque
75008 Paris France

**Groupe Canal +**
1 Place du Spectacle
92863 Issy
Les Moulineaux France

**Hellenic Telecommunications Organizations S.A. (OTE)**
Attn: Head of IPTV Content
99 Kifissias Avenue
15124 Maroussi Athens, Greece

**Hot Telecommunications Systems Ltd.**
Euro park, Yakum Industrial Zone,
Kibbutz Yakum 60972 Israel

**HP Hrvtska posta d.d. (Electra)**
Jurisiceva 13,
10 000 Zagreb Croatia

**Lay International**
17867 Suite 201-1202
Hyeonsin 76,
3-gil Pyeonteak
South Korea

**M7 (2 Agreements)**
2 Rue Albert Borschette
L-1246 Luxembourg

**Magyar Telekom Nyrt**
H-1117
Budapest
Kaposvar utca 5-7
Hungary

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**Mikarnial Ltd d/b/a Divan TV Service**
Spyrou Kyprianou 61
SK House,
4003 Limassol, Cyprus

**Mile High**
8148 Devonshire Ville Mont-Royal
Quebec, Canada
H4p 2k3

**Monaco Telecom**
25 Boulevard de Suisse
98000 Monaco

**NC Numericable**
10 Rue Albert Einstein
77420 Champs sur
Marme, France

**Ogun Consulting**
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

**Ogun Sprl**
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

**OK SnowProblem ,SL**
Orense, 5 Street
Planta
28020 Madrid

**One. VIP Doo Skopje f/k/a one.Vip Skopje**
Blvd. Treta Makedonska Brigada 48
1000 Skopje, Macedonia

**ORANGE (a/k/a France Telecom)**
Content Department
44 Avenue de la Republique
CS 50010 92326
Chatillon Cedex France

**Orange Belgium S.A./N.V.**
Avenue du Bourget 3 -
Bourgetlaan 3
1140 Bruxelles
Belgium

**RD Productions f/s/o Rick Gunerman**
5720 Owensmouth Avenue, Suite 136
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**Salt Mobile SA**
Attention of:  Yoann Carroux
Rue du Caudray 4
CH-1020 Renens
Switzerland

**SkyItalia S.r.I.**
Via Monte Penice 7
20138 Milano, Italy

**So Cal Licensing International, Inc.**
3430 Precision Drive
North Las Vegas, NV 89032

**Tango S.A.**
177 rue de Luxembourg,
L-8077 Bertance Grand Dutch of Luxembourg

**Tele 2 Netherlands BV**
Wisselwerking 58,
Diemen The Netherlands

**Telekom Deutsch AG**
Deutsch Telekom AG
T-Online Allee 1 D-64295 Darmstadt

**Telekom Romania f/k/a sc Romtelecom**
City Gate North Tower 3-5 Piata Presci Libere
7 18 Floors District 1
Bucharest Romania

**Telenet b.v.b.a.**
Telenet b.v.b.a. Liersesteenweg 4 2800
Mechelen Belgium

**Telia Estonia AS f/k/a Elion**
16 Valge Str. Harjumaa 11415
Tallinn Estonia

**Telia Lietuva AB**
Attention:  Tomas Tamulevicius
Lvovo Str. 25
LT-03501
Vilnus Lithuania

**T-Mobile Thuis B.V. f/k/a Vodafone Thuis B.V. f/k/a Vodafone**
Barbara Strozzilaan 101
1083 HN Amsterdam
The Netherlands

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:314478.1 32277/001

**Tokken MSB Inc. o/a Viceorg**
Tokken MSB Inc. o/a Vice.org
5582 Manotick Main Street
Manotick, Ontario, Canada K4M 1B3

**Top Media Distribution Limited "Top Media"; (Platform: Megogo)**
Rialto, BC
188 Novokostyantynivska Street
Kyiv, 04080 Ukraine

**TVN Distribution Ltd. fka**
**Nordelink Bulgaria Ltd.**
**d/b/a Networkx TV**
18, Tsarkovna Nezavisimost str. 7000
Rousse, Bulgaria
Attn: Mr. Damyan Naidenov, CEO

**Unitymedia NRW GmbH, Unitymedia**
**Hessen GmbH & Co KG, and Unitymedia BW GmbH**
The Managing Director Programming Liberty Global B.V.
Boeing Avenue 53 1119 PE
Schiphot Rijk
The Netherlands

**UPC Romania S.R.L.**
62D Sos Nordlui
Bucharest Romania

**Vision TV LLC**
3/42 Polovetska St.
Kyviv 04107
Ukraine

**VITIS SAS**
10 Avenue de l'Arche
CS 50052
92419
Courbevoie Cedex

**Vubiquity Management Limited**
3 More London Riverside
London SE1 2AQ

**Ziggo B.V.**
Attn: Dirextor Content & Programming
Atoomweg 100
3542 AB Utrecht
The Netherlands

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**With a copy to:**
Liberty Global
Attn: Managing Director Programming
Boeing Avenue 53, 1119 PE
Schiphol Rijk
The Netherlands

| PH GLOBAL LICENSING, INC. |
| CASE NO. 18-10101 |
| COUNTER-PARTY(IES) |

**Palm Beach Beaute**
Paul Smith
124 N. Swinton Avenue
Delray, Florida 33444

**Corsearch**
P.O. Box 4349
Carol Stream, IL 60197-4349

**WSM Investment d/b/a Topco**
WSM Investment, LLC
d/b/a Topsco Sales
3900 Heritage Oak Court, #B
Simi Valley, CA 93063
Attn: Autumn O'Bryan

**Sicem International Srl**
Via Provinciale Lucchese 145,
50019 Sesto Florentino, Italy
Attn: Andreas Lastraioli

**POS Innovation GmbH**
POS: Innovation GmbH Ostenallee
1-3 59063
Hamm, Germany

**TeNeues Calendars & Stationary GmbH f/k/a TeNeues Verlag GmbH & Co KG**
Am Selder 37, D-47906
Kempen
Germany

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

| PH GLOBAL DIGITAL, INC. |
| :--- |
| CASE NO. 18-10102 |
| COUNTER-PARTY(IES) |

**Cyber Pro, Inc. f/s/o Michael Schultz DUPLICATE**
PO Box 26203
Milwaukee, WI 53226

**GoDaddy, Inc.**
14455 N. Hayden Rd.,
Scottsdale, AZ 85260

**Inovio Payments, LLC**
Woodland Hills, CA

**Mannassi IT Solutions, Inc.**
**d/b/a Mannassi IT Solutions**
22222 Sherman Way,
Suite 206
Canoga Park, CA 91303

**MojoHost**
30300 Telegraph Road,
Suite 300,
Bingham Farms, Michigan 48025

**NetNames**
25 Canada Square
Canary Wharf London, UK E14 5LQ

**Support Ninja**
701 Brazos St.,
Suite 1616
Austin, Texas 78701

**Webdot calm**
Lucky Smith
237 Town Center West #267
Santa Maria, CA 93458

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

| PH GLOBAL PUBLISHING, INC. |
| CASE NO. 18-10103 |
| COUNTER-PARTY(IES) |

**Borgmeier Media Groupe GmbH**
Lange Strabe
12, 22749 Delmenhorst,
Germany

**Creel Printing**
6330 W Sunset Rd,
Las Vegas, NV 89118

**John Willett d/b/a Willett Associates**
PO Box 380414
Birmingham, AL 35238

**Palm Coast Data, LLC**
11 Commerce Boulevard
Palm Coast, Florida 32164

**Zinio, LLC**
575 Lexington Avenue,
17th Floor,
New York, NY 10022

**GMI ONLINE VENTURES, LTD.**
2342 82nd Avenue, #3
Brooklyn, NY 11214

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:314478.1 32277/001

**F 9013-3.1.PROOF.SERVICE**