FILED & ENTERED

MAY 29 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>　　Debtor and Debtor in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Media, Inc.<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Lead Case No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly administered with Case Nos.<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER RESCHEDULING HEARINGS ON MAY 30, 2018**<br><br>　　　　Current Hearing<br><br>Date:　May 30, 2018<br>Time:　1:00 p.m.<br><br>　　　　**Continued Hearing**<br><br>Date:　May 30, 2018<br>Time:　2:30 p.m.<br>Ctrm:　303<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367 |

**ORDER RESCHEDULING HEARINGS ON MAY 30, 2018**

There are three matters in the above-captioned jointly administered bankruptcy cases currently scheduled for May 30, 2018, at 1:00 p.m.:

(1) The Chapter 11 Trustee's *Motion For Order Approving Settlement With Kirkendoll Management, LLC And Its Related Affiliates* [Dkt. 502];

(2) The Chapter 11 Trustee's *Motion For Order (A) Approving The Estates' Sale Of Certain Trademarks To Penthouse Clubs Global Licensing, LLC, Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Approving The Estates' License Of Certain Related Intellectual Property To Penthouse Clubs Global Licensing, LLC; And (C) Granting Related Relief* [Dkt. 503]; and

(3) The Debtors' *Application for Order Approving Compensation for Catherine Brandt, Chief Operating Officer and Keith Whitworth, Chief Financial Officer for the Period January 11, 2018 to March 6, 2018 as an Expense of Administration [11 U.S.C. § 503(b)(1)(A)(i)]* [Dkt. 343].

The Court, on its own motion, **HEREBY ORDERS** that all three matters listed above are **RESCHEDULED to May 30, 2018, at 2:30 p.m.**

# # #

Date: May 29, 2018

Martin R Barash
United States Bankruptcy Judge