Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**DECLARATION OF ALFRED M. MASSE REGARDING MARKETING EFFORTS IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**<br><br>**Hearing**<br>Date:      June 4, 2018<br>Time:     12:00 p.m.<br>             United States Bankruptcy Court<br>             21041 Burbank Boulevard<br>             Courtroom 303<br><br>Judge: Hon. Martin R. Barash |

DOCS_LA:314689.2 32277/001                     1

# DECLARATION OF ALFRED M. MASSE

I, ALFRED M. MASSE, declare:

1. I am the Managing Principal of Broadway Advisors.

2. I make this declaration in support of the auction to be conducted commencing on June 4, 2018, pursuant to the Court's Order approving the Trustee's Sale Motion [Dkt. No. 477].

3. Unless otherwise indicated, all facts set forth in this Declaration are based on either: (a) my personal knowledge, (b) information obtained and provided by Broadway Advisors consultants assigned to this engagement, (c) information gathered by staff rendering services to the Trustee, (d) my review of relevant documents, or (e) my opinion based upon my experience and knowledge of the circumstances as described in the Application. If I were called to testify thereto, I could and would competently do so.

4. Broadway Advisors is a boutique consulting firm established by leading turnaround professionals who have built a practice around providing highly personalized restructuring services using a cost effective, high value approach.

5. Before becoming Managing Principal of Broadway Advisors and thereafter, I have managed turnaround engagements for more than twenty years and have extensive experience with the turnaround process, including engagements for debtors, creditors and bank groups in both Chapter 11 and out-of-court restructuring situations. I have consulted with and assumed senior management positions in troubled companies across a variety of industries.

6. Broadway Advisors has served as investment banker in numerous transactions in the Central District of California including most recently:

   a. ISC8, Inc. – a publicly traded developer of CyberSecurity software
   b. Vivometrics – manufacturer of ambulatory medical monitoring vests
   c. EZ Lube - $78M operator of automotive maintenance and repair chain
   d. Right Start/babystyle - $85M retailer of children's educational toys and baby apparel

DOCS_LA:314689.2 32277/001

2

7. Understanding the urgency that this assignment required, based both upon the limited cash available to fund operations and the short window of time between the date Broadway Advisors was selected by the Trustee and the May 30, 2018 due date for bids, Broadway Advisors agreed to commence its efforts prior to the entry of the order authorizing its employment. Broadway Advisors and the Trustee agreed upon the sales and marketing efforts to be utilized during this tight time frame, and the Broadway Advisors' team immediately commenced their sales process. These efforts included seeking out, identifying, and obtaining appropriate contact information for the key industry participants in each business sector for which the company's assets participated. For example, publishing as distinct from digital broadcasting as distinct from branded novelty items. The results of these focused and concentrated efforts were identifying hundreds of potential buyers for all of, or distinct segments of, the company. By assuring both financial and strategic buyers were identified, as well as current licensees who might prefer to buy the rights they were licensing, the Broadway Advisors team sought to cast a wide net. Broadway Advisors' employment application was subsequently approved by this Court on May 16, 2018.

8. The Trustee and I agreed upon, and the Broadway Advisors team immediately implemented, the following marketing efforts:

    a. Conducted extensive research and analysis, identified industry leaders in each of the asset categories being offered for sale by the company, compiled a list of target companies to receive marketing materials.

    b. Secured digital advertising and content placement on the following websites:

        i. Digital/Online Placement on Daily Dac– https://www.dailydac.com

            1. A subscription-based deal aggregator providing deals for accredited and opportunistic investors on public and private companies in financial distress.

            2. Home Page feature live on May 21, 2018

            3. Newsletter feature sent to 10,000 subscribers who self-identify as seeking acquisition opportunities for distressed assets

            4. Social Media features which include Twitter and LinkedIn postings

        ii. Inforuptcy – https://www.inforuptcy.com

1. An online marketplace for the sale of bankruptcy assets and claims
2. Shared with subscribers on May 21, 2018

iii. AVN (Adult Video News) – https://avn.com

1. World's largest consolidator of adult entertainment industry news
2. Website traffic estimate 1.34 Million total views per month
3. Home page feature was live on May 22, 2018
4. Article included in Legal section of site

iv. XBIZ – https://www.XBIZ.com

1. Leading publisher of adult entertainment news and information
2. Website traffic estimate 880,000 total views per month
3. Home page feature live on May 23, 2018

c. Prepared an Acquisition Opportunity Summary ("Teaser"), consisting of a Company Overview, Industry Overview, description of the major assets being offered for sale, the transaction including stalking horse bid, summary of bid procedures, and key dates. The Teaser was approved and initially sent to a list of over 300 individuals previously identified by Broadway Advisors including those set forth in paragraph 7 herein above. These potential buyers represent the adult entertainment industry, current licensees, PE and Hedge Funds, IP attorneys, and bankruptcy professionals who may have clients interested in the assets. Additional Teasers were sent to over 100 additional potential buyers as additional contact information was obtained.

d. Managed digital due diligence data room which included populating data room as information was received, tracking receipt of NDA prior to assigning access to interested parties, acting as liaison between interested parties and Trustee to address questions raised during due diligence process, and monitoring user activity.

e. Initiated a telemarketing campaign in which we identified likely bidders from the adult entertainment industry and contacted them directly via telephone to discuss opportunity and determine interest. We contacted over thirty targeted parties via telephone and in-person meetings, including large industry players, equity funds/buy-out firms, and

large broadcast partners in Europe and North America, discussing among other things, purchasing all the assets and licensing opportunities.

9. A total of over 400 individuals representing the adult entertainment industry, current licensees, PE and Hedge Funds, IP attorneys, and bankruptcy professionals had been contacted via telephone, email and in-person meetings by the Broadway Advisors team.

10. As of May 31, 2018, with respect to the marketing process and data room access,

    a. The Teaser was downloaded 215 times.

    b. Nineteen Non-disclosure Areeement's ("NDA's") were issued and seventeen were signed and returned.

        i. Eight were prepared and sent out following the above described telemarketing campaign and the publishing of details regarding the auction on social media and websites.

        ii. Access to data room was provided to all parties who executed a NDA

11. Broadway Advisors maintained regular communication with those parties who expressed an interest in submitting a bid. In some instances almost daily telephone conversations to ensure the bidder remained interested, answering questions regarding the bid process and shepherding the bid in before the deadline.

12. I believe the marketing efforts described above were the appropriate commercially reasonable methods to maximize and achieve the highest and best possible sales price for the Debtors' assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of June, 2018 at Newport Beach, California.

_____
ALFRED M. MASSE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **F** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 1, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On June 1, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 1, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 1, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

*June 2012*
DOCS_LA:314689.2 32277/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Keith Patrick Banner on behalf of Interested Party M7 Group, S.A.
kbanner@greenbergglusker.com, sharper@greenbergglusker.com

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party M7 Group, S.A.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

Jeffrey L Kandel on behalf of

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:314689.2 32277/001

F 9013-3.1.PROOF.SERVICE

Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor
Claxson Media LLC
jkreis@kreislaw.com,
j.kreis@ca.rr.com

Andrew B Levin on behalf of
Interested Party Kirkendoll
Management LLC
alevin@wcghlaw.com,
bayrelevin@hotmail.com;pj@wcghlaw.com;sly@wcghlaw.com

Peter W Lianides on behalf of
Interested Party Kirkendoll
Management LLC
plianides@wcghlaw.com,
pj@wcghlaw.com;sly@wcghlaw.com

David W. Meadows on behalf of
Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of
Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of
Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of
Interested Party Courtesy NEF
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of
Creditor Committee The Official
Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S.
Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of
Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of
Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of
Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of
Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Danni Ashe, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor GMI Online Ventures, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Communications, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Entertainment, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Digital Media
Productions, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:314689.2 32277/001

F 9013-3.1.PROOF.SERVICE

Broadcasting, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Digital,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Licensing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Media,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Publishing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Images
Acquisitions, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Pure Entertainment
Telecommunications, Inc. fka For
Your Ears Only, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Streamray Studios, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Tan Door Media, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor XVHUB Group, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Marc J Winthrop on behalf of
Interested Party Kirkendoll
Management LLC
mwinthrop@wcghlaw.com,
pj@wcghlaw.com;sly@wcghlaw.com

Christopher K.S. Wong on behalf
of Creditor LSC Communications
US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of
Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of
Creditor Interested Party
bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:314689.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA 91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:314689.2 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA