Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
6310 San Vicente Blvd., Suite 401
Los Angeles, CA 90048
Telephone: 424-245-3100
Facsimile: 424-217-4160

Attorneys for Debtors
Penthouse Global Media, Inc. et al.

**FILED & ENTERED**

**JUN 04 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE<br><br>　　PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation<br><br>　　　　　　Debtor.<br><br>In re:<br>　Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc. GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc., Tan Door Media, Inc. Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc., XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc. Streamray Studios, Inc.,<br><br>　　X Affects All Debtors<br>　　☐ Affects:<br>　　☐ Affects<br>　　☐ Affects<br>　　☐ Affects<br>　　☐ See attached for additional Debtors | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br>Jointly Administered With:<br><br>Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**ORDER GRANTING IN PART APPLICATION FOR ORDER APPROVING COMPENSATION FOR CATHERINE BRANDT, CHIEF OPERATING OFFICER AND KEITH WHITWORTH, CHIEF FINANCIAL OFFICER FOR THE PERIOD JANUARY 11, 2018 TO MARCH 6, 2018 AS AN EXPENSE OF ADMINISTRATION [11 U.S.C. § 503(b)(1)(A)(i)][DKT. NO. 343]**<br><br>Hearing:<br>Date:  May 31, 2018<br>Time: 1:00<br>Place:  Courtroom 303<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367 |

At the above time the Court conducted a hearing on Debtors' Application for Order Approving Compensation for Catherine Brandt, Chief Operating Officer and Keith Whitworth, Chief Financial Officer for the Period January 11, 2018 to March 6, 2018 as an Expense of Administration [11 U.S.C. § 503(b)(1)(A)(i)f (the "Compensation Application")[Dkt. 343].  Appearances were as noted on the record.

Based on the Compensation Application, the Opposition thereto, the arguments of counsel, all documents on file in this case and Good Cause appearing, it is ORDERED that:

1. The Compensation Application is Granted in part;

2. Compensation for Catherine Brandt is allowed as an administrative expense in the amount of $18,000 but is not payable at this time;

3. Compensation for Keith Whitworth is allowed as an administrative expense in the amount of $12,000 but is not payable at this time.

### 

Date: June 4, 2018

Martin R Barash
United States Bankruptcy Judge