Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

IN RE
    PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation

        Debtor.

In re:

PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC. GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC. STREAMRAY STUDIOS, INC.,

[X] Affects All Debtors
☐ Affects:
☐ Affects
☐ Affects
☐ Affects
☐ See attached for additional Debtors

Case No. 1:18-bk-10098-MB

Chapter 11

Jointly Administered With:

Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB

**NOTICE OF FILING PROPOSED ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH THE EARLIER OF THE CLOSING OF SALE OF THE DEBTORS' ASSETS AND JUNE 15, 2018**

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, PARTIES REQUESTING SPECIAL NOTICE AND PARTIES IN INTEREST:**

DOCS_LA:313044.5 32277/001

**PLEASE TAKE NOTICE** that David K. Gottlieb, solely in his capacity as Chapter 11 Trustee (the "Trustee") of the above-captioned bankruptcy estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, "Debtors") and Dream Media Corporation have agreed to the terms of the Trustee's continued use of cash collateral for the period June 6, 2018 through the earlier of the closing of sale of the Debtors' assets and June 15, 2018 (the "Continued Cash Collateral Period") as set forth in the proposed Order Approving Trustee's Continued Use of Cash Collateral Through June 15, 2018 (the "Proposed Order").

A copy of the proposed Order being lodged with the Court on June 5, 2018, is appended hereto as Exhibit "1".

Dated: June 5, 2018

**PACHULSKI STANG ZIEHL & JONES LLP**

By:  */s/ Linda F. Cantor*
     Linda F. Cantor

Counsel for David K. Gottlieb, Chapter 11 Trustee

DOCS_LA:313044.5 32277/001

2

# Exhibit 1

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., FKA FOR YOUR EARS ONLY, LTD.<br>XVHUB GROUP, INC., FKA GIANT SWALLOWTAIL INC.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., FKA PENTHOUSE VIDEO, INC.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br><br>Debtors.<br><br>X  Affects All Debtors. | Lead Case No.: 1:18-bk-10098-MB<br><br>Jointly administered with:<br><br>Case No.: 1:18-bk-10099-MB<br>Case No: 1:18-bk-10101-MB<br>Case No: 1:18-bk-10102-MB<br>Case No: 1:18-bk-10103-MB<br>Case No: 1:18-bk-10104-MB<br>Case No: 1:18-bk-10105-MB<br>Case No: 1:18-bk-10106-MB<br>Case No. 1:18-bk-10107-MB<br>Case No. 1:18-bk-10108-MB<br>Case No. 1:18-bk-10109-MB<br>Case No. 1:18-bk-10110-MB<br>Case No. 1:18-bk-10111-MB<br>Case No. 1:18-bk-10112-MB<br>Case No. 1:18-bk-10113-MB<br><br>Chapter 11 Cases<br><br>**ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH THE EARLIER OF THE CLOSING OF SALE OF THE DEBTORS' ASSETS AND JUNE 15, 2018** |

DOCS_LA:314238.1 32277/001

This Order for Continued Use of Cash Collateral is made with reference to the following facts, stipulated to by David K. Gottlieb, acting as the duly appointed Chapter 11 Trustee (the "Trustee") and secured creditor Dream Media Corporation ("Dream Media"), as confirmed through their counsel of record below.

A. Debtors filed their petitions on January 11, 2018 (the "Petition Date").

B. On March 6, 2018, the Court entered its Order Approving Appointment of David K. Gottlieb as the Chapter 11 Trustee in these jointly administered Chapter 11 bankruptcy cases [Docket No. 239].

C. Dream Media asserts secured claims against substantially all of the Debtors' pre-petition assets including cash collateral (the "Pre-Petition Collateral").

D. The Trustee previously requested and Dream Media consented to the Trustee's use of cash collateral for the periods (a) March 13, 2018 through March 20, 2018, pursuant to the *Order Approving Trustee's Use of Cash Collateral Through March 20, 2018* [Dkt. No.248], (b) March 21, 2018 through March 28, 2018, pursuant to the *Order Approving Trustee's Continued Use of Cash Collateral Through March 28, 2018* [Dkt. No.276], (c) March 29, 2018 through April 14, 2018, pursuant to the *Order Approving Trustee's Continued Use of Cash Collateral Through April 14, 2018* [Dkt. No.294], (d) April 15, 2018 through April 24, 2018 pursuant to the *Order Approving Trustee's Continued Use of Cash Collateral Through April 24, 2018* [Dkt. No. 337]; (e) April 25, 2018 through May 9, 2018 pursuant to the *Order Approving Trustee's Continued Use of Cash Collateral Through May 9, 2018* [Dkt. No.391]; and May 10, 2018 through June 5, 2018 pursuant to the *Order Approving Trustee's Continued Use of Cash Collateral Through June 5, 2018* [Dkt. No.459].

E. On June 4, 2018, the Court held an auction of the Debtors' assets pursuant to Court Order [Dkt. No.477]. The auction produced a winning bidder and the sale is estimated to close by no later than June 15, 2018 (the "Sale Closing"). Based upon the estate's critical need for continued use of cash collateral through the Sale Closing, the Trustee has requested that Dream Media authorize the continued use of cash collateral for the period June 6, 2018 through the earlier of the Sale Closing or June 15, 2018 (the "Continued Cash Collateral Period"), to make certain payments

in accordance with the Trustee's budget attached hereto as Exhibit "A."

F. The Trustee has determined, based upon his professionals' in depth-review of Debtors' books and records, analysis of receivables and payables and the development of projections based on such analysis that the Debtors are not meeting all of their obligations as they become due. Based upon the foregoing, Dream Media asserts that it lacks adequate protection.

G. On April 17, 2018, the Trustee and Dream Media entered into that certain Settlement Agreement, which, *inter alia,* (i) fixes the amount of Dream Media's secured claim and resolves the Debtors' Claim Objection; (ii) sets out a sales process including bidding procedures, an auction date, and related deadlines; and (iii) provides a carve out of the sales proceed otherwise subject to Dream Media's security interest to the Trustee (the "Settlement"), which is further outlined in detail in the Settlement Agreement, the Trustee's 9019 Motion to Approve the Settlement (the "9019 Motion") as well as the Trustee's Motion to Approve the Sales Process and Bidding Procedures (the "Sale Motion"). The 9019 Motion and the Sale Motion were approved by orders of the Court entered May 16, 2018 [Dkt. Nos. 478 and 477, respectively].

H. Pursuant to the terms of the Settlement, Dream Media consents to the Trustee's use of cash collateral to make the payments set forth on Exhibit "A" during the Continued Cash Collateral Period on the condition that as adequate protection, Dream Media is provided with and shall have a replacement lien, to the extent of any cash collateral actually used during the Continued Cash Collateral Period and subject to the terms of the Settlement, upon the Prepetition Collateral and all postpetition proceeds thereof, excluding all claims, causes of action and recoveries arising under Sections 510, 544, 546, 547, 548, 549, 550 and 551 of the Bankruptcy Code (collectively "Avoidance Actions") (the "Collateral"). Subject to the terms of the Settlement, the adequate protection liens of Dream Media in the Collateral shall be subject only to any valid, perfected, enforceable and nonavoidable prepetition liens and security interests, if any ("Prior Permitted Liens"), which replacement liens shall have the respective validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used; and (2) all of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of any post-petition diminution in the value of Dream Media's collateral.

3

DOCS_LA:314238.1 32277/001

I.     The Trustee has agreed to grant adequate protection to Dream Media in order to proceed with use of cash collateral during the Continued Cash Collateral Period, if, as, or to the extent that the estate has sufficient funds to make those payments as reflected on Exhibit "A".

J.     The parties will have their rights and interests as set forth in the Settlement.

Therefore, based upon the foregoing and the consent of the Trustee and Dream Media as reflected below, and good cause appearing thereon,

IT IS HEREBY ORDERED THAT:

1.     The Trustee may use cash collateral during the Continued Cash Collateral Period to make the payments set forth on Exhibit "A" annexed hereto.

2.     Subject to the terms of the Settlement, Dream Media is hereby provided with and shall have a replacement lien, to the extent of any cash collateral actually used during the Continued Cash Collateral Period, upon the Collateral. Subject to the terms of the Settlement, the adequate protection liens of Dream Media in the Collateral shall be subject only to Prior Permitted Liens, if any, which replacement liens shall have the same validity, scope, priority and enforceability of the liens of Dream Media in the cash actually used.

3.     All of Dream Media's rights under 11 U.S.C. §507(b) are reserved to the extent of any post-petition diminution in the value of Dream Media's collateral.

# # #

4

DOCS_LA:314238.1 32277/001

1  It is so agreed.

2  David K. Gottlieb, Chapter 11 Trustee

3

4  By: /s/ Linda F. Cantor
       Linda F. Cantor, Esq.
5  Pachulski Stang Ziehl & Jones LLP
   Proposed Counsel to Chapter 11 Trustee
6

7  Dream Media Corporation

8  By: _____
       Beth Ann R. Young, Esq.
9  Levene, Neale, Bender, Yoo & Brill L.L.P.
10 Attorneys for Dream Media Corporation

5

DOCS_LA:314238.1 32277/001

# Exhibit A

**In Re: Penthouse Global Media, Inc. et al** (Lead Case No. 1:18-10098-MB)
**Cash Collateral Budget**

|  | For the two weeks ending June 15 |
|---|---:|
| **REVENUES** | |
| Broadcast | $ 236,429 |
| Digital | 50,100 |
| Publishing | 15,000 |
| Licensing | - |
| **Total Revenues** | 301,529 |
| | |
| **OPERATING EXPENSES** | |
| Payroll & taxes | 70,000 |
| Rent | - |
| Corporate expenses | 37,445 |
| Insurance | 42,387 |
| Broadcast costs | 57,850 |
| Publishing costs | - |
| Digital costs | 6,400 |
| Outside legal for IP | 5,000 |
| Miscellaneous expenses | 30,000 |
| **Total Operating Expenses** | 249,082 |
| **Net Cash Basis Operating Income (Loss)** | 52,447 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF FILING PROPOSED ORDER APPROVING TRUSTEE'S CONTINUED USE OF CASH COLLATERAL THROUGH THE EARLIER OF THE CLOSING OF SALE OF THE DEBTORS' ASSETS AND JUNE 15, 2018** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 5, 2018 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 5, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE
DOCS_LA:313044.5 32277/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
   Ron Bender on behalf of Interested Party Courtesy NEF
   rb@lnbyb.com

   Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
   lcantor@pszjlaw.com, lcantor@pszjlaw.com

   Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
   russell.clementson@usdoj.gov

   James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
   jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

   James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
   jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

   Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

   Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
   xxxesq@aol.com, Allan@GelbardLaw.com

   David Keith Gottlieb (TR)
   dkgtrustee@dkgallc.com,
   dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

   Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
   mhaag@buchalter.com, dcyrankowski@buchalter.com

   David W. Meadows on behalf of Interested Party Courtesy NEF
   david@davidwmeadowslaw.com

   Krikor J Meshefejian on behalf of Creditor Interested Party
   kjm@lnbrb.com

   Alan I Nahmias on behalf of Interested Party Courtesy NEF
   anahmias@mbnlawyers.com, jdale@mbnlawyers.com

   Iain A W Nasatir on behalf of Interested Party Courtesy NEF
   inasatir@pszjlaw.com, jwashington@pszjlaw.com

   Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

   S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
   margaux.ross@usdoj.gov

   Michael St James on behalf of Creditor Interested Party
   ecf@stjames-law.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    F 9013-3.1.PROOF.SERVICE
DOCS_LA:313044.5 32277/001

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com, lm@weissandspees.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           F 9013-3.1.PROOF.SERV
DOCS_LA:313044.5 32277/001

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mw@weissandspees.com, lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

Brian L. Davidoff  bdavidoff@greenbergglusker.com

Joseph Bain jBain@joneswalker.com on behalf Penthouse Clubs

Cathy Ta cathy.ta@bbklaw.com on behalf Penthouse Clubs

Marc J. Winthrop mwinthrop@wcghlaw.com

Jonathan Hayes jhayes@SRHLawFirm.com

Peter W. Lianides plianides@wcghlaw.com

Mark S. Horoupian mhoroupian@sulmeyerlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              F 9013-3.1.PROOF.SERV
DOCS_LA:313044.5 32277/001

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

3.  **BY ELECTRONIC MAIL IN PDF FORMAT**

Joseph Bain jBain@joneswalker.com on
behalf Penthouse Clubs

Marc J. Winthrop
mwinthrop@wcghlaw.com

Timothy Driver on behalf of Media Asset
Replacements
tim@mediaassetplacements.com

Nick Miseur International
Paxum@callisto-online.biz

Andreas Andreou International
Ph-partners@mindgeek.com

Charlina Johnson
digigirl@hotmail.com

Sergei A. Jantshukovitsh
dolboebizm@gmail.com

Kevin Noonan
knoonan@hotmail.com

Michel Plante International
Paxum@qwebec.com

Sergio Freixas International
deicox@gmail.com

Vladyslav Plashchevatyi International
xfive@setds.net

Qisheng Wu International
adenamediacorp@gmail.com

Philip Tranker International
sales@awnexus.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   F 9013-3.1.PROOF.SERVICE
DOCS_LA:313044.5 32277/001