Linda F. Cantor (CA Bar No. 153762)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com
          vnewmark@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

     Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**APPLICATION TO EMPLOY BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JUNE 6, 2018; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**

[No Hearing Required, Unless Requested]

Judge: Hon. Martin R. Barash

1

DOCS_LA:314857.1 32277/001

# I.

## RELIEF REQUESTED

David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy cases (the "Cases") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors"), hereby files this application (the "Application") to employ BPE&H, an Accountancy Corporation ("BPEH") as special tax advisors to the Debtors' estates (the "Estates"), effective June 6, 2018. BPEH's business offices are located at 21300 Victory Blvd., Suite 520, Woodland Hills, CA 91367.

This Application is brought pursuant to section 327(e), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

### A. Commencement of the Bankruptcy Case and Background Information

On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which Cases are being jointly administered under case number 1:18-bk-10098-MB [Docket No. 17].

On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231]. On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236]. On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as Trustee [Docket No. 239].

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### B. Services to be Performed

The Trustee has determined that it is necessary and appropriate to retain the services of special tax advisors to provide certain specified services to the Estates. Specifically, Applicant proposes to retain BPEH to perform, among other tasks, the following specific acts:

1. Analyze the tax implications of the sale of substantially all of the Debtors' assets;

2

DOCS_LA:314857.1 32277/001

2. Prepare the Estates' tax returns;

3. Consult regarding other tax issues;

4. Review prior tax returns; and

5. Provide other tax services as requested by the Trustee.

### C. Qualifications of the Firm

BPEH is a boutique accounting firm that specializes in providing a full range of services and expertise to business owners and high net worth individuals. These services include, but are not limited to, tax preparation, accounting, financial statement preparation, succession planning and other consulting services. BPEH has been in business for over twenty-five years serving the needs of its clients. More details about the breadth of knowledge of Scott Eisner's knowledge, the BPEH employee who will be primarily responsible for handling this matter, are set forth in the biography attached as **Exhibit "A"** to the Declaration of Scott Eisner (the "Eisner Declaration"), appended hereto.

### D. Absence of Adverse Interests

To the best of the Trustee's knowledge and based upon the Eisner Declaration attached hereto and filed in support hereof, neither BPEH nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Eisner Declaration.

To the best of the Trustee's knowledge, and based on the Eisner Declaration, neither BPEH nor any of its principals, associates or staff represent any interest adverse to that of the Estates. Accordingly, BPEH and its members are "disinterested" persons, as the Trustee understands this term to be defined, within the meaning of section 101(14) of the Bankruptcy Code.

### E. Compensation of the Firm

BPEH will charge its normal and customary hourly rates for the services to be provided hereunder. Scott Eisner will be primarily responsible for this engagement, and his hourly billing rate is $420.00. Other professionals and staff with BPEH may from time to time serve the Trustee as the demands of the Trustee and this Case may require.

3

DOCS_LA:314857.1 32277/001

1   The hourly rates currently in effect are subject to periodic adjustments to reflect economic
2   and other conditions. BPEH will also seek reimbursement of actual and necessary expenses
3   incurred. Actual and necessary expenses would include any reasonable legal fees incurred in
4   defense of its retention application and fee applications in this matter subject to Court approval.

5   The Trustee and BPEH understand that any compensation or reimbursement of expenses paid
6   to BPEH must be approved by this Court upon application consistent with the Bankruptcy Code, the
7   Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning
8   professional compensation and reimbursement entered in this proceeding.

9   It is contemplated that BPEH will seek interim compensation during the Case as permitted by
10  sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be
11  paid to BPEH except as ordered by the Bankruptcy Court pursuant to any interim compensation
12  procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing.
13  BPEH has not received a retainer in this Case. Every effort will be made to ensure that BPEH's
14  services are rendered in the most cost-effective manner possible.

15  Payments will be made to BPEH for its services only from the Estate. There are no
16  arrangements between BPEH and any other entity for the sharing of compensation received or to be
17  received in connection with the case, except insofar as such compensation may be shared among the
18  members of BPEH.

**F. Absence of Pre-Petition Claim**

BPEH has no prepetition claim against the Debtors.

**G. Awareness of and Compliance with Applicable Law**

BPEH is familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

**H. Effective Date of Employment**

The Applicant requests that the Firm's employment be approved effective June 6, 2018 because that is the date BPEH commenced providing services for the Trustee.

DOCS_LA:314857.1 32277/001

## I. Notice

Pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A), notice of this Application was provided to the Debtor, the United States Trustee, the official committee of creditors holding unsecured claims (the "Committee"), and parties requesting special notice.

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(5), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(o)(4) and must be filed with the Court and served upon the Trustee, the United States Trustee, the Committee, and parties requesting special notice no later than fourteen (14) days from the date of service of notice of the filing of the Application.

**WHEREFORE**, the Trustee respectively requests that he, solely in his capacity as the chapter 11 trustee, be authorized to employ BPEH effective June 6, 2018, as special tax advisor to render services as described above, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: June 7, 2018

David K. Gottlieb,
Chapter 11 Trustee

DOCS_LA:314857.1 32277/001

## DECLARATION OF SCOTT EISNER

I, SCOTT EISNER, declare as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and California Society of Certified Public Accounting, and am a partner of BPE&H ("BPEH" or the "Firm"). Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2. I make this declaration in support of the application (the "Application") filed by the Trustee to employ BPEH as his special tax advisor. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3. I participated in the preparation of the Application and know its contents and the exhibit referenced herein.

4. Specifically, the Trustee proposes to retain BPEH to perform, among other tasks, the following:

    a. Analyze the tax implications of the sale of substantially all of the Debtors' assets;

    b. Prepare the Estates' tax returns;

    c. Consult regarding other tax issues;

    d. Review prior tax returns; and

    e. Provide other tax services as requested by the Trustee.

5. BPEH is well qualified to provide the above services to the Trustee. BPEH is a boutique accounting firm that specializes in providing a full range of services and expertise to business owners and high net worth individuals. These services include, but are not limited to, tax preparation, accounting, financial statement preparation, succession planning and other consulting services. BPEH has been in business for over twenty-five years. BPEH is experienced in insolvency related matters, including providing accounting services to various interested parties, including trustees, creditors and debtor-in-possession, and it is well able to perform the accounting services

6

DOCS_LA:314857.1 32277/001

required in this Case. Attached hereto as **Exhibit "A"** and incorporated herein by reference is a copy of my biography setting forth my experience.

6. I will be the BPEH professional who will be primarily responsible for this engagement; my hourly billing rate is $420.00. Other professionals and staff with BPEH may from time to time serve the Trustee as the demands of the Trustee and these Cases may require.

7. The hourly rates of those professionals are as follows:

```
Tax Partners           $350.00 - $400.00
Professional Staff     $135.00 - $275.00
Administrative Staff   $50.00 - $60.00
```

The hourly rates in effect as the Cases progresses will be one of the factors upon which BPEH will base its request for compensation.

8. BPEH will charge its normal and customary hourly rates for the services to be provided hereunder.

9. The hourly rates currently in effect are subject to periodic adjustments to reflect economic and other conditions.

10. BPEH will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

11. The Trustee and BPEH understand that any compensation or reimbursement of expenses paid to BPEH must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

12. It is contemplated that BPEH will seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be paid to BPEH except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing.

13. Every effort will be made to ensure that BPEH's services are rendered in the most cost-effective manner possible.

DOCS_LA:314857.1 32277/001

14. Payments will be made to BPEH for its services only from the Estates. There are no arrangements between BPEH and any other entity for the sharing of compensation received or to be received in connection with the Cases, except insofar as such compensation may be shared among the partners of BPEH.

15. No separate written agreement exists pertaining to the Firm's employment in connection with the Cases.

16. The Firm has no prepetition claim against the Debtors.

17. BPEH has searched past and present clients, and certain parties (such as significant creditors) related to those clients. BPEH searched its clients for the name(s) of the Debtors, counsel for the Debtors, known secured and unsecured creditors, and certain other interested parties ("Searched Persons") to determine the extent if any, of BPEH's (a) conflicts, (b) past relationships, and (c) "connections" with or to the Searched Persons. If, at any subsequent time during the course of the Case, BPEH learns of any representation that may give rise to a conflict, BPEH will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

18. To the best of my knowledge, neither BPEH nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth herein.

19. BPEH is has represented, represents, and in the future will likely represent many creditors or parties in interest in matters unrelated to the Debtors and these Cases. However, BPEH is not representing any of those entities in these Cases, and will not represent any of those entities in any claims that they may have collectively or individually against the Debtors.

20. BPEH has been involved in chapter 11 matters in which Pachulski Stang Ziehl & Jones LLP, the Trustee's bankruptcy counsel, has represented or represents committees, debtors, or other entities.

21. BPEH has prepared tax returns and performed other accounting services for (a) Pachulski Stang Ziehl & Jones LLP, and certain of its partners and employees, (b) the Trustee, and

DOCS_LA:314857.1 32277/001

(c) Levene Neale Bender Yoo and Brill LLP (counsel for Dream Media Corporation, Inc.) and certain of its partners and employees.

22. BPEH is not, and has never been a creditor, an equity security holder or an insider of the Debtors.

23. BPEH is not and has never been an investment banker for any outstanding security of the Debtors.

24. BPEH is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

25. BPEH is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors.

26. Neither BPEH nor any of its principals, associates or staff represents any interest adverse to that of the Estates. Accordingly, BPEH and its members are "disinterested" persons as that term is defined in section 101(14) of the Bankruptcy Code.

27. BPEH is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

28. The Trustee requests that the Firm's employment be approved effective June 6, 2018, which is the date on which BPEH began rendering services to the Trustee.

29. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of June, 2018 in Woodland Hills, California.

_____
Scott Eisner

DOCS_LA:314857.1 32277/001

# Exhibit A

Case 1:18-bk-10098-MB    Doc 538    Filed 06/07/18    Entered 06/07/18 17:01:21    Desc
Main Document    Page 10 of 17

# BPE&H
## AN ACCOUNTANCY CORPORATION

21300 Victory Boulevard, Suite 520 Woodland Hills, CA 91367
www.BPEHCPAS.com

### A Personalized Approach

The personal assistance you receive comes from years of advanced training, technical experience and financial acumen. We view every client relationship like a partnership. Our success is a result of your success.



## Our Services

Our firm offers a wide range of services to our valued clients. Being a boutique local firm, we are able to offer our clients personalized, quality service tailored to each specific need.

BPE&H, An Accountancy Corporation is a mid-sized firm located in Woodland Hills, specializing in providing a full range of services and expertise to business owners and high net worth individuals. These services include tax preparation, accounting, financial statement preparation, succession planning and other consulting services. BPE&H works closely with its clients to ensure their goals and objectives are consistently being met.

BPE&H has been in business for over 25 years, serving the needs of clients and making a difference in our community. BPE&H takes great pride in providing the highest level of service, in a continually evolving and challenging financial, tax and accounting world.

### What we do best

Tax Planning & Compliance

Audit Services

Reviews & Compilations

Accounting & Bookkeeping

Estate Planning

Consulting Services

Due Diligence

Retirement Planning

Business Succession Planning



### Scott Eisner, CPA

"Round the clock service, if that's what it takes." Problem-solving is a big part of what Scott Eisner does and of what clients need him to do. He takes a proprietary interest in their dealings and has no trouble making himself available 24 hours a day if necessary. It isn't a workaholic syndrome, he insists. "It's a terrific thing when you're into what you're doing and know you can bring help and clarity to some pretty complex, sticky situations". A member of the American Institute of Certified Public Accountants and California Society of Certified Public Accounting, Scott received his Bachelor of Science in Business Administration with a major in Accounting in 1978 and his California CPA Certificate in 1981. He'd been Senior Accountant with Arthur Anderson & Company before becoming an owner of BPEF&BB in 1989.

Phone: 818-914-7100    Email: Seisner@bpehcpas.com

## CURRICULUM VITAE

## SCOTT I. EISNER, C.P.A.

| | |
|---|---|
| Birth Date: | August 6, 1956 |
| Birth Place: | Phoenix, AZ |
| CPA Certificate: | State of California 33318E |
| Place of practice: | Shareholder, BPE&H, <br> A Professional Corporation <br> 21300 Victory Blvd., Suite 520 <br> Woodland Hills, CA 91367 <br> (818) 914-7100 <br> Fax (818) 914-7101 <br> <u>11/1982 through present</u> <br> <u>General CPA practice with specialty in audit, manufacturing, real estate, tax planning and tax consulting</u> |
| | Prior practice: <br> January 1979-November 1982 <br> Arthur Andersen & Co. <br> 911 Wilshire Blvd. <br> Los Angeles, CA <br> Senior auditor specializing in manufacturing and distribution |
| Education: | University of Arizona; Tucson, AZ with B.S in Business Administration with a major in Accounting (graduated December, 1978) |
| Professional memberships: | American Institute of Certified Public Accountants |

California Society of Certified Public Accountants
Accountants Global Network (BPE&H is a member firm)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **TRUSTEE'S APPLICATION TO EMPLOY BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JUNE 6, 2018; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 7, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and deter7mined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 7, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 7, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com,
lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                     F 9013-3.1.PROOF.SERVICE DOCS_LA:314857.1 32277/001

| | | |
|---|---|---|
| 1 | lm@weissandspees.com | Michael H Weiss on behalf of Debtor XVHUB Group, Inc. |
| 2 | Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc. | mw@weissandspees.com, lm@weissandspees.com |
| 3 | mw@weissandspees.com, lm@weissandspees.com | |
| 4 | | Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing |
| 5 | Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc. mw@weissandspees.com, | christopher.wong@arentfox.com |
| 6 | lm@weissandspees.com | Beth Ann R Young on behalf of Creditor Dream Media Corporation |
| 7 | Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc. | bry@lnbyb.com |
| 8 | mw@weissandspees.com, lm@weissandspees.com | Beth Ann R Young on behalf of Creditor Interested Party |
| 9 | | bry@lnbyb.com |
| 10 | Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc. | Jonathan Hayes |
| 11 | mw@weissandspees.com, lm@weissandspees.com | jhayes@SRHLawFirm.com |
| 12 | Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc. | Marc J. Winthrop mwinthrop@wcghlaw.com |
| 13 | mw@weissandspees.com, lm@weissandspees.com | Peter W. Lianides plianides@wcghlaw.com |
| 14 | | |
| 15 | Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc. mw@weissandspees.com, | |
| 16 | lm@weissandspees.com | |
| 17 | Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd. | |
| 18 | mw@weissandspees.com, lm@weissandspees.com | |
| 19 | | |
| 20 | Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd. | |
| 21 | mw@weissandspees.com, lm@weissandspees.com | |
| 22 | | |
| 23 | Michael H Weiss on behalf of Debtor Streamray Studios, Inc. | |
| 24 | mw@weissandspees.com, lm@weissandspees.com | |
| 25 | Michael H Weiss on behalf of Debtor Tan Door Media, Inc. | |
| 26 | mw@weissandspees.com, lm@weissandspees.com | |
| 27 | | |
| 28 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE DOCS_LA:314857.1 32277/001

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

DOCS_LA:314857.1 32277/001