1  Linda F. Cantor (CA Bar No. 153762)
Victoria A. Newmark (CA Bar No. 183581)
2  PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA 90067
Telephone: 310/277-6910
4  Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com
5           vnewmark@pszjlaw.com

6

Attorneys for David K. Gottlieb, Chapter 11 Trustee
7

**UNITED STATES BANKRUPTCY COURT**
8  **CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**
9

10  In re:                                                    Cases No.: 1:18-BK-10098-MB

11  PENTHOUSE GLOBAL MEDIA, INC.,                             Chapter 11

12                                 Debtor.                    Jointly Administered with Cases Nos.:
                                                              1:18-bk-10099-MB; 1:18-bk-10101-MB;
                                                              1:18-bk-10102-MB; 1:18-bk-10103-MB;
13  ☒  Affects All Debtors                                    1:18-bk-10104-MB; 1:18-bk-10105-MB;
                                                              1:18-bk-10106-MB; 1:18-bk-10107-MB;
14  ☐  Affects Penthouse Global Broadcasting, Inc.            1:18-bk-10108-MB; 1:18-bk-10109-MB;
    ☐  Affects Penthouse Global Licensing, Inc.               1:18-bk-10110-MB; 1:18-bk-10111-MB;
15  ☐  Affects Penthouse Global Digital, Inc.                 1:18-bk-10112-MB; 1:18-bk-10113-MB
    ☐  Affects Penthouse Global Publishing, Inc.
16  ☐  Affects GMI Online Ventures, Ltd.                      **NOTICE OF CHAPTER 11 TRUSTEE'S**
                                                              **APPLICATION TO EMPLOY BPE&H, AN**
17  ☐  Affects Penthouse Digital Media Productions, Inc.      **ACCOUNTANCY CORPORATION, AS**
    ☐  Affects Tan Door Media, Inc.                           **SPECIAL TAX ADVISORS, EFFECTIVE**
18  ☐  Affects Penthouse Images Acquisitions, Ltd.            **AS OF JUNE 6, 2018; DECLARATION OF**
                                                              **SCOTT EISNER IN SUPPORT THEREOF**
19  ☐  Affects Pure Entertainment Telecommunications, Inc.
    ☐  Affects XVHUB Group, Inc.                              [No Hearing Required, Unless Requested]
20  ☐  Affects General Media Communications, Inc.
    ☐  Affects General Media Entertainment, Inc.
21  ☐  Affects Danni Ashe, Inc.
    ☐  Affects Streamray Studios, Inc.                        Judge: Hon. Martin R. Barash
22

23

**TO: THE DEBTORS AND THEIR COUNSEL OF RECORD, THE UNITED STATES**
24
**TRUSTEE, THE SECURED LENDER, THE OFFICIAL COMMITTEE OF UNSECURED**
25
**CREDITORS AND ITS COUNSEL, AND PARTIES REQUESTING SPECIAL NOTICE:**
26
          **PLEASE TAKE NOTICE** that David K. Gottlieb, chapter 11 trustee (the "Trustee") for the
27
estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (the "Debtors"), in
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314893.1 32277/001

1  the above-entitled chapter 11 cases (the "Cases"), has submitted an application (the "Application")

2  for entry of an order under 11 U.S.C. § 327(a) authorizing the employment and retention of BPE&H,

3  an Accountancy Corporation ("BPEH") as the Trustee's special tax advisors effective June 6, 2018

4  (the "Application"), at the expense of the Debtors' estates (the "Estates").

5        By way of the Application, the Trustee seeks Court approval of the proposed employment of

6  BPEH, effective June 6, 2018, to render the following services to the Trustee:

7      1. Analyze the tax implications of the sale of substantially all of the Debtors' assets;

8      2. Prepare the Estates' tax returns;

9      3. Consult regarding other tax issues;

10     4. Review prior tax returns; and

11     5. Provide other tax services as requested by the Trustee.

12       **PLEASE TAKE FURTHER NOTICE** that it is contemplated that BPEH will seek interim

13 compensation during the case as permitted by § 327(a) and 331(a) of the Bankruptcy Code,

14 Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.  BPEH understands that its

15 compensation in this Case will be paid by the Estates.  No compensation will be paid except upon

16 application to and approval by this Court after notice and a hearing in accordance with sections

17 327(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule

18 2016-1.

19       **PLEASE TAKE FURTHER NOTICE** that the Trustee desires to employ BPEH and to

20 compensate BPEH reasonable fees to be determined by the Court.  BPEH has received no retainer in

21 these Cases.  The BPEH professional who will be primarily responsible for this engagement is Scott

22 Eisner, whose hourly billing rate is $420.00.  Other professionals and staff with BPEH may from

23 time to time serve the Trustee as the demands of this Case may require.  Those hourly rates are as

24 follows:

| | |
|---|---|
| Tax Partners | $350.00 - $400.00 |
| Professional Staff | $135.00 - $275.00 |
| Administrative Staff | $50.00 - $60.00 |

27
28 BPEH will also seek reimbursement of actual and necessary expenses incurred.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314893.1 32277/001

1    **PLEASE TAKE FURTHER NOTICE** that the Application is based upon this Notice of

2    Application, the Application, the complete files and records of the above-captioned Cases, the

3    attached Declaration of Scott Eisner, and upon such other evidentiary matters as may be presented to

4    the Court.

5    **PLEASE TAKE FURTHER NOTICE** that the Trustee submits the Application pursuant to

6    Local Bankruptcy Rule 2014-1(b)(1).  Pursuant to Local Rule 2014-1(b)(1)(C), a hearing is not

7    required in connection with the Application unless requested by the United States Trustee, a party in

8    interest, or otherwise ordered by the Court.

9    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 2014-1(b)(3)(E), any

10    objection to the proposed Application and request for hearing must be in the form prescribed by

11    Local Rule 9013-1(f) and must be filed with the Bankruptcy Court and served on the United States

12    Trustee at 915 Wilshire Blvd. , Suite 1850, Los Angeles, CA 90017, Attn: Margaux Ross, the

13    Trustee at the address on the upper left-hand corner of this notice, and the proposed accountants for

14    the Trustee, BPE&H, Attn: Scott Eisner, at 21300 Victory Blvd., Suite 520, Woodland Hills, CA

15    91367 **no later than fourteen (14) days from the date of service of this notice.**

16    **PLEASE TAKE FURTHER NOTICE** that if you fail to timely file a written response, the

17    Court may treat such failure as a waiver of your right to oppose the Application and may grant the

18    requested relief.

19    **PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Application may

20    be obtained by contacting Beth Dassa, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100

21    Santa Monica Blvd, 13th Floor, Los Angeles, California 90067, Telephone: (310) 277-6910, Email:

22    bdassa@pszjlaw.com.

23

24    Dated: June 7, 2018                              PACHULSKI STANG ZIEHL & JONES LLP

25

26                                                            By: */s/ Linda F. Cantor*
                                                                Linda F. Cantor
27                                                              Attorneys for David K. Gottlieb,
                                                                Chapter 11 Trustee
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314893.1 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JUNE 6, 2018; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 7, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 7, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 7, 2018,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **June 7, 2018** | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314893.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender on behalf of Interested Party
Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee
David Keith Gottlieb (TR)
lcantor@pszjlaw.com,
lcantor@pszjlaw.com

Russell Clementson on behalf of U.S.
Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor
NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@
dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of
Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of
Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested
Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor
LSC Communications US, LLC / Creel
Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors

hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raines
law.com

S Margaux Ross on behalf of U.S.
Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested
Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spenc
er@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney
Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com
Michael H Weiss on behalf of Debtor
General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com
Michael H Weiss on behalf of Debtor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Penthouse Digital Media Productions, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Pure Entertainment Telecommunications,
Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,

lm@weissandspees.com

Christopher K.S. Wong on behalf of
Creditor LSC Communications US, LLC
/ Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Marc J. Winthrop
mwinthrop@wcghlaw.com

Peter W. Lianides
plianides@wcghlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2.   **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA 91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

DOCS_LA:314893.1 32277/001

1   Aram Ordubegian (SBN 185142)
    Robert M. Hirsh (pro hac vice application
2   to be submitted
    ARENT FOX LLP
3   555 West Fifth Street 48th Fl
    Los Angeles, CA 90013-1065
4
    John D. Kirkendoll
5   Founder/CEO
    Kirkendoll Management, LLC
6   201 St Charles Ave., Suite 3915
    New Orleans, LA 70170
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314893.1 32277/001