Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                         Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**STIPULATION BY AND AMONG WGCZ LTD, SRO, THE CHAPTER 11 TRUSTEE, AND WSM INVESTMENT, LLC DBA TOPCO SALES TO CONTINUE HEARING ON THE CONDITIONAL OPPOSITION TO TRUSTEE'S MOTION TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASE AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE  FILED BY WSM INVESTMENT, LLC DBA TOPCO SALES**<br><br>[Relates to Dkts. 469 and 498]<br><u>Hearing</u>:<br>Date:        June 13, 2018<br>Time:       1:30 p.m.<br>Place:      United States Bankruptcy Court<br>              21041 Burbank Boulevard<br>              Courtroom 303<br>              Woodland Hills, California<br><br>Judge: Hon. Martin R. Barash |

1  This stipulation (the "Stipulation") is made and entered into by and among WGCZ Ltd., SRO
2  ("WGCZ" or the "Buyer"), David Gottlieb, the chapter 11 trustee (the "Trustee") of the bankruptcy
3  estates of Penthouse Global Media, Inc. and the other captioned Debtors., and WSM Investment,
4  LLC dba TOPCO Sales ("TOPCO") with respect to the following facts:
5        A.    On April 18, 2018, the Trustee filed his *Motion for Order (A) Approving Sale of*
6  *Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B)*
7  *Scheduling Auction and Sale Hearing; (C) Approving Sale Procedures and Notice of Sale; and (D)*
8  *Granting Related Relief* [Dkt. 327] pursuant to which a buyer may seek to reject or have assumed
9  and assigned to it that certain executory contract between TOPCO and the Debtors (the "TOPCO
10 Agreement").
11       B.    On May 14, 2018, the Trustee filed his *Motion for Order Authorizing Trustee To (A)*
12 *Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign*
13 *Unexpired Leases and Executory Contracts; and (D) Grant Related Relief* [Dkt. 469] (the "Trustee's
14 Executory Contract Motion"), pursuant to which the Trustee has requested approval of the
15 assumption and assignment or rejection of certain agreements of the Debtors including the TOPCO
16 Agreement.
17       C.    On May 21, 2018, TOPCO filed its *Conditional Opposition to Trustee's Notice of*
18 *Motion and Motion Authorizing Him to (A) Assume Unexpired Leases and Executory Contracts; (B)*
19 *Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant*
20 *Related Relief Pursuant to Section 365(A) of the Bankruptcy Code* [Dkt. 498] (the "Conditional
21 Opposition").
22       D.    On June 4, 2018, the Trustee held an auction, and the Buyer was confirmed as the
23 winning bidder for all of the Debtors' assets pursuant to an agreement between the Trustee and the
24 Buyer. (Dkts. 531 and 536). A hearing on the Trustee's Executory Contract Motion is currently set
25 for June 13, 2018. The Asset Purchase Agreement entered into with the Buyer requires that the
26 Buyer designate whether the TOPCO Agreement as an executory contract it wished to have assigned
27 to it as part of the sale transaction (the "Sale") by no later than June 15, 2018
28

{N3609846.1}DOCS_LA:314950.2 32277/001

E.  The Buyer and TOPCO are in negotiations regarding whether the TOPCO Agreement should be assumed or rejected and the terms of such assumption or rejection.

THEREFORE, subject to the approval of the Bankruptcy Court, the Buyer, the Trustee, and TOPCO agree as follows:

1. The Buyer shall have up to and including June 20, 2018 to reach an agreement with TOPCO regarding the assumption or rejection of the TOPCO Agreement, and to file its designation of the TOPCO Agreement as a contract to be assumed and assigned to the Buyer as part of the Sale.

2. If an agreement cannot be reached between TOPCO and Buyer regarding the assumption or rejection of the TOPCO Agreement by June 20, 2018 there shall be a hearing on the Trustee's Executory Contract Motion as it relates to TOPCO's Conditional Opposition on June 28, 2018 at 1:30 PM (the "Continued Hearing Date"), or such other date as is available on the Court' calendar.

3. All parties hereto reserve all of their rights, arguments and remedies, to the fullest extent possible, including the right to file additional pleadings regarding the effect of the rejection of the TOPCO Agreement. Such pleadings, if any, shall be filed 3 days prior to the Continued Hearing Date.

4. In light of this Stipulation, TOPCO and its counsel shall be excused from appearing at the June 13, 2018 hearing.

DATED: June 11, 2018

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
Mark S. Horoupian
Attorneys for WSM INVESTMENT, LLC dba
TOPCO Sales

{N3609846.1}DOCS_LA:314950.2 32277/001

| | | |
|---|---|---|
| 1 | DATED: June 11, 2018 | JONES WALKER LLP |
| 2 | | |
| 3 | | By:  */s/ Mark A. Mintz* |
| 4 | | Mark A. Mintz<br>Attorneys for WGCZ Ltd, s.r.o. |
| 5 | DATED: June 11, 2018 | PACHULSKI STANG ZIEHL & JONES, LLP |
| 6 | | |
| 7 | | By: */s/ Linda F. Cantor* |
| 8 | | Linda F. Cantor<br>Iain A.W. Nasatir |
| 9 | | Attorneys for David K. Gottlieb, Chapter 11 Trustee |

{N3609846.1}DOCS_LA:314950.2 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **STIPULATION BY AND AMONG WGCZ LTD, SRO, THE CHAPTER 11 TRUSTEE, AND WSM INVESTMENT, LLC DBA TOPCO SALES TO CONTINUE HEARING ON THE CONDITIONAL OPPOSITION TO TRUSTEE'S MOTION TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASE AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE FILED BY WSM INVESTMENT, LLC DBA TOPCO SALES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 11, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 11, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| *Via Federal Express*<br>Honorable Martin R. Barash<br>U.S. Bankruptcy Court - Central District of California<br>21041 Burbank Boulevard, Suite 342/ Courtroom 303<br>Woodland Hills, California 91367 | Joseph Bain<br>JBain@joneswalker.com<br><br>Mark Mintz<br>mmintz@joneswalker.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

---

{N3609846.1} This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:314950.2 32277/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor

DOCS_LA:314950.2 32277/001