1  Linda F. Cantor (CA Bar No. 153762)
   Iain A.W. Nasatir (CA Bar No. 148977)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  lcantor@pszjlaw.com

5
   Attorneys for David K. Gottlieb, Chapter 11 Trustee
6
                **UNITED STATES BANKRUPTCY COURT**
7                **CENTRAL DISTRICT OF CALIFORNIA**
                 **SAN FERNANDO VALLEY DIVISION**
8

9  In re:                                    Cases No.: 1:18-BK-10098-MB

10 PENTHOUSE GLOBAL MEDIA, INC.,             Chapter 11

11            Debtor.                        Jointly Administered with Cases Nos.:
                                             1:18-bk-10099-MB; 1:18-bk-10101-MB;
   ┌─────────────────────────────────────┐  1:18-bk-10102-MB; 1:18-bk-10103-MB;
12 │ ☒ Affects All Debtors               │  1:18-bk-10104-MB; 1:18-bk-10105-MB;
   │                                      │  1:18-bk-10106-MB; 1:18-bk-10107-MB;
13 │ ☐ Affects Penthouse Global Broadcasting, Inc. │  1:18-bk-10108-MB; 1:18-bk-10109-MB;
   │ ☐ Affects Penthouse Global Licensing, Inc. │  1:18-bk-10110-MB; 1:18-bk-10111-MB;
14 │ ☐ Affects Penthouse Global Digital, Inc. │  1:18-bk-10112-MB; 1:18-bk-10113-MB
   │ ☐ Affects Penthouse Global Publishing, Inc. │
15 │ ☐ Affects GMI Online Ventures, Ltd. │  **SUBMISSION OF SUPPLEMENTAL**
   │ ☐ Affects Penthouse Digital Media Productions, Inc. │ **DECLARATION OF ROBERT SEIFERT IN**
16 │ ☐ Affects Tan Door Media, Inc.      │  **SUPPORT OF CHAPTER 11 TRUSTEE'S**
   │ ☐ Affects Penthouse Images Acquisitions, Ltd. │ **NOTICE OF MOTION AND MOTION**
17 │ ☐ Affects Pure Entertainment Telecommunications, Inc. │ **AUTHORIZING HIM TO (A) ASSUME**
   │ ☐ Affects XVHUB Group, Inc.          │ **UNEXPIRED LEASES AND EXECUTORY**
18 │ ☐ Affects General Media Communications, Inc. │ **CONTRACTS; (B) ESTABLISH CURE**
   │ ☐ Affects General Media Entertainment, Inc. │ **AMOUNTS; (C) ASSIGN UNEXPIRED**
19 │ ☐ Affects Danni Ashe, Inc.          │ **LEASES AND EXECUTORY**
   │ ☐ Affects Streamray Studios, Inc.   │ **CONTRACTS; AND (D) GRANT RELATED**
20 └─────────────────────────────────────┘  **RELIEF PURSUANT TO SECTION 365(A)**
                                             **OF THE BANKRUPTCY CODE**
21

22                                           **Hearing:**
                                             Date:    June 13, 2018
23                                           Time:    1:30 p.m.
                                             Place:   United States Bankruptcy Court
24                                                     21041 Burbank Boulevard
                                                       Courtroom 303
25                                                     Woodland Hills, California

26                                           Judge: Hon. Martin R. Barash

27         David K. Gottlieb, in his capacity as Chapter 11 Trustee (the "Trustee") of the above-

28 captioned bankruptcy estates of Penthouse Global Media, Inc. and its debtor subsidiaries (the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    "Debtors"), hereby submits the Supplemental Declaration of Robert Seifert, attached hereto as

2    Exhibit A in further support of the Trustee's *Notice Of Motion And Motion Authorizing Trustee To*

3    *(A) Assume Unexpired Leases And Executory Contracts; (B) Establish Cure Amounts; (C) Assign*

4    *Unexpired Leases And Executory Contracts; And (D) Grant Related Relief Pursuant To Section*

5    *365(A) Of The Bankruptcy Code.*

6    Dated: June 12, 2018         PACHULSKI STANG ZIEHL & JONES LLP

7

8                      By:    /s/ Linda F. Cantor

                        Linda F. Cantor (CA Bar No. 153762)

9                         Attorneys for David K. Gottlieb

                        Chapter 11 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF ROBERT SEIFERT

I, Robert Seifert, hereby declare and state as follows:

1.    I am a principal of WGCZ Limited, s.r.o.  I am authorized by WGCZ Limited, s.r.o. to make the representations and statements contained herein on behalf of WGCZ Limited s.r.o., and its affiliated entities (collectively, "WGCZ").  The statements in this declaration are based upon my personal knowledge, information obtained from other members of WGCZ's management team and WGCZ's advisors, my review of documents and information concerning WGCZ's operations and financial affairs, or my opinions based upon my experience and knowledge.

2.    I make this declaration in support of the *Notice of Motion and Motion for Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts and (D) Grant Related Relief Pursuant to Section 365(A) of the Bankruptcy Code* [Dkt. No. 469] (the "Motion") filed by David K. Gottlieb, Chapter 11 Trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors").

3.    On Monday, June 11, 2018, I instructed WGCZ to wire the aggregate amount of $500,000 ("Additional Funding Amount") to WGCZ's non-bankruptcy U.S. counsel's trust account for payment of cure amounts associated with unexpired leases and executory contracts to be assumed in connection with the purchase of substantially all of the Debtors' assets.  One wire for $300,000 of the Additional Funding Amount was initiated today (June 12th), and the remaining $200,000 will be wired on Wednesday (June 13th), if not sooner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

{N3609757.1}                                    -1-

Executed on this 12th date of June, 2018, in Prague, Czech Republic.

/Robert Seifert

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **SUBMISSION OF SUPPLEMENTAL DECLARATION OF ROBERT SEIFERT IN SUPPORT OF CHAPTER 11 TRUSTEE'S NOTICE OF MOTION AND MOTION AUTHORIZING HIM TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 12, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 12, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314968.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

2

Ron Bender on behalf of Interested Party
Courtesy NEF

3

rb@lnbyb.com

4

Linda F Cantor, ESQ on behalf of Trustee
David Keith Gottlieb (TR)

5

lcantor@pszjlaw.com, lcantor@pszjlaw.com

6

Russell Clementson on behalf of U.S. Trustee
United States Trustee (SV)

7

russell.clementson@usdoj.gov

8

James A Dumas, Jr on behalf of Creditor
NOA Productions SPRL

9

jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

10

11

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,

12

jdumas@ecf.inforuptcy.com

13

Jeffrey K Garfinkle on behalf of Creditor
Easy Online Solutions, Ltd. d/b/a MojoHost

14

jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buch

15

alter.com

16

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard

17

xxxesq@aol.com, Allan@GelbardLaw.com

18

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,

19

dgottlieb@iq7technology.com,rjohnson@dkg
allc.com,akuras@dkgallc.com

20

21

Mirco J Haag on behalf of Creditor Easy
Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,

22

dcyrankowski@buchalter.com

23

David W. Meadows on behalf of Interested
Party Courtesy NEF

24

david@davidwmeadowslaw.com

25

Krikor J Meshefejian on behalf of Creditor
Interested Party

26

kjm@lnbrb.com

27

Alan I Nahmias on behalf of Interested Party
Courtesy NEF

28

anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested
Party Courtesy NEF
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.
com

S Margaux Ross on behalf of U.S. Trustee
United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested
Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com
Cathy Ta on behalf of Interested Party
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@
bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney
Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni
Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI
Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Communications, Inc.

1    mw@weissandspees.com,
     lm@weissandspees.com

2

3    Michael H Weiss on behalf of Debtor
     General Media Entertainment, Inc.
     mw@weissandspees.com,

4    lm@weissandspees.com

5    Michael H Weiss on behalf of Debtor
     Penthouse Digital Media Productions, Inc.

6    mw@weissandspees.com,
     lm@weissandspees.com

7

8    Michael H Weiss on behalf of Debtor
     Penthouse Global Broadcasting, Inc.
     mw@weissandspees.com,

9    lm@weissandspees.com

10   Michael H Weiss on behalf of Debtor
     Penthouse Global Digital, Inc.

11   mw@weissandspees.com,
     lm@weissandspees.com

12

13   Michael H Weiss on behalf of Debtor
     Penthouse Global Licensing, Inc.
     mw@weissandspees.com,

14   lm@weissandspees.com

15   Michael H Weiss on behalf of Debtor
     Penthouse Global Media, Inc.

16   mw@weissandspees.com,
     lm@weissandspees.com

17

18   Michael H Weiss on behalf of Debtor
     Penthouse Global Publishing, Inc.
     mw@weissandspees.com,

19   lm@weissandspees.com

20   Michael H Weiss on behalf of Debtor
     Penthouse Images Acquisitions, Ltd.

21   mw@weissandspees.com,
     lm@weissandspees.com

22

23   Michael H Weiss on behalf of Debtor Pure
     Entertainment Telecommunications, Inc. fka
     For Your Ears Only, Ltd.

24   mw@weissandspees.com,
     lm@weissandspees.com

25   Michael H Weiss on behalf of Debtor
     Streamray Studios, Inc.

26   mw@weissandspees.com,

27   lm@weissandspees.com

28   Michael H Weiss on behalf of Debtor Tan
     Door Media, Inc.

mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor
LSC Communications US, LLC / Creel
Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314968.1 32277/001