Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

**FILED & ENTERED**

**JUN 13 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Reaves    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

                Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**ORDER APPROVING STIPULATION BY AND AMONG WGCZ LTD., S.R.O., THE CHAPTER 11 TRUSTEE, AND WSM INVESTMENT, LLC DBA TOPCO SALES TO CONTINUE HEARING ON THE CONDITIONAL OPPOSITION TO CHAPTER 11 TRUSTEE'S NOTICE OF MOTION AND MOTION AUTHORIZING HIM TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE FILED BY WSM INVESTMENT, LLC DBA TOPCO SALES**

**Continued Hearing:**
Date:     July 5, 2018
Time:    1:30 p.m.
Place:    United States Bankruptcy Court
           21041 Burbank Boulevard
           Courtroom 303
           Woodland Hills, California

Judge: Hon. Martin R. Barash

DOCS_LA:314982.1 32277/001

The Court has considered the *Stipulation By And Among WGCZ Ltd., S.R.O., The Chapter 11 Trustee, And WSM Investment, LLC Dba Topco Sales To Continue Hearing On The Conditional Opposition To Chapter 11 Trustee's Notice Of Motion And Motion Authorizing Him To (A) Assume Unexpired Leases And Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases And Executory Contracts; And (D) Grant Related Relief Pursuant To Section 365(A) Of The Bankruptcy Code Filed By WSM Investment, LLC Dba Topco Sale* [Docket No. 554] (the "Stipulation").[1]  Based upon the reasons set forth in the Stipulation, good cause appearing therefore,

It is hereby ORDERED that:

1. The Stipulation is APPROVED.

2. The hearing on the WSM Investment, LLC limited opposition set for June 13, 2018 at 1:30 p.m. is hereby continued to July 5, 2018, at 1:30 p.m. (the "Continued Hearing").

3. As set forth in the Stipulation, and notwithstanding any provision in any order approving the sale of substantially all assets of the Debtors (the "Sale"), no determination as to the effect of the Sale or any rejection of the TOPCO Agreement shall be made until the TOPCO Conditional Opposition has been resolved, either consensually or by order of the Bankruptcy Court at the Continued Hearing.

# # # #

Date: June 13, 2018

Martin R Barash
United States Bankruptcy Judge

---

[1] All terms defined in the Stipulation shall have the same meanings when used herein.

DOCS_LA:314982.1 32277/001