ALAN I. NAHMIAS (#125140)
    anahmias@mbnlawyers.com
STEPHEN F. BIEGENZAHN (#60584)
    sbiegenzahn@mbnlawyers.com
MIRMAN, BUBMAN & NAHMIAS, LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, CA   91367
Phone:  818-451-4600; FAX:   818- 451-4620

Counsel for ELI B. DUBROW, Trustee of
The Eli B. Dubrow and Mary Collins
Dubrow 1981 Trust, dated May 27, 1981

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re: | Case No. 1:18-bk-10098-MB |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, | Chapter 11 |
| Debtor. | |
| ☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc | Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT SEIFERT<br><br>Date:    June 13, 2018<br>Time:   1:30 p.m.<br>Ctrm:   303 |

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE;

DEBTORS AND THEIR COUNSEL OF RECORD; ALL INTERESTED PARTIES, AND THEIR

ATTORNEYS OF RECORD:

    Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, dated May

27, 1981, lessor of the corporate headquarters of the Debtor ("Lessor") respectfully submit the

1

{00513006}

following Evidentiary Objections and requests to strike portions of the Declaration of Robert Seifert which was filed under separate cover as Dkt # 566 ("Seifert Declaration").

# I.
# EVIDENTIARY OBJECTIONS TO AND REQUEST TO STRIKE PORTIONS OF DECLARATION OF ROBERT SEIFERT

Lessor hereby objects to the Seifert Declaration as follows:

| | PROPOSED EVIDENCE | OBJECTION |
|---|---|---|
| 1. | Paragraph 1, Lines 7 - 11<br>"The statements in this declaration are based upon information obtained from other members of WGCZ's management team and WGCZ's advisors, [and] my review of documents and information [etc.].." | Hearsay—FRE 801, 802 and not subject to any exception under FRE 803. |
| 2. | Paragraph 3<br>"On Monday, June 11, 2018, I instructed WGCZ [etc.]The statements in this declaration are based upon information obtained from other members of WGCZ's management team and WGCZ's advisors, [and] my review of documents and information [etc.]." | The statement, even if true, has no probative value.   FRE 602, 701. |

Dated: June 13, 2018                    MIRMAN, BUBMAN & NAHMIAS, LLP

By: _____
ALAN I. NAHMIAS
STEPHEN F. BIEGENZAHN
Attorneys for Lessor

{00513006}

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21860 Burbank Boulevard, Suite 360, Woodland Hills, CA 91367

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*):**
EVIDENTIARY OBJECTIONS TO DECLARATION TO ROBERT SEIFERT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __June 13, 2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner on behalf of Interested Party M7 Group, S.A.
kbanner@greenbergglusker.com, sharper@greenbergglusker.com
Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com
Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com
Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com
Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com
Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com
Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov
Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com
Brian L Davidoff on behalf of Interested Party M7 Group, S.A.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com
David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

---

{00510079}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

*Mark S Horoupian on behalf of Interested Party Courtesy NEF*
mhoroupian@sulmeyerlaw.com,
ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

*Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales*
mhoroupian@sulmeyerlaw.com,
ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

*Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)*
jkandel@pszjlaw.com

*John P Kreis on behalf of Creditor Claxson Media LLC*
jkreis@kreislaw.com, j.kreis@ca.rr.com

*Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC*
alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;sly@wcghlaw.com

*Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC*
plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com

*David W. Meadows on behalf of Interested Party Courtesy NEF*
david@davidwmeadowslaw.com

*Krikor J Meshefejian on behalf of Creditor Interested Party*
kjm@lnbrb.com

*Alan I Nahmias on behalf of Interested Party Courtesy NEF*
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

*Iain A W Nasatir on behalf of Interested Party Courtesy NEF*
inasatir@pszjlaw.com, jwashington@pszjlaw.com

*Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)*
inasatir@pszjlaw.com, jwashington@pszjlaw.com

*Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors*
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

*S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)*
margaux.ross@usdoj.gov

*Michael St James on behalf of Creditor Interested Party*
ecf@stjames-law.com

*Michael St James on behalf of Interested Party Michael St. James*
ecf@stjames-law.com

*Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP*
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

*Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC*
cathy.ta@bbklaw.com, lisa.spencer@bbklaw.com

*United States Trustee (SV)*
ustpregion16.wh.ecf@usdoj.gov

*Michael H Weiss on behalf of Attorney Weiss & Spees, LLP*
mw@weissandspees.com, lm@weissandspees.com

*Michael H Weiss on behalf of Debtor Danni Ashe, Inc.*
lm@weissandspees.com, lm@weissandspees.com

*Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.*
lm@weissandspees.com, lm@weissandspees.com

{00510079}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

*Michael H Weiss on behalf of Debtor General Media Communications, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Streamray Studios, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor Tan Door Media, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Michael H Weiss on behalf of Debtor XVHUB Group, Inc.*
*lm@weissandspees.com, lm@weissandspees.com*
*Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC*
*mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com*
*Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing*
*christopher.wong@arentfox.com*
*Beth Ann R Young on behalf of Creditor Dream Media Corporation*
*bry@lnbyb.com*
*Beth Ann R Young on behalf of Creditor Interested Party*
*bry@lnbyb.com*

☐ Service information continued on attached page

## 2. SERVED BY UNITED STATES MAIL:

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

{00510079}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* __June 13, 1028__ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE'S COPY:
Honorable Martin R. Barash
United States Bankruptcy Judge
21042 Burbank Boulevard, Bin on 1st Floor outside entry of Clerk's Office
Woodland Hills, CA  91367
(via personal delivery)

COUNSEL FOR BUYER WGCZ:
Mark A. Mintz
Jones Walker
mmintz@joneswalker.com
(via email)

Joseph E. Baiin
Jones Walker
jbain@joneswalker.com
(via email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2018 | JACQUELINE DALE | *[signature: Jackie Dale]* |
|---|---|---|
| Date | Printed Name | Signature |

---

{00510079}This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**