Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

Counsel for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation,<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered With: |
| In re:<br><br>PENTHOUSE GLOBAL BROADCASTING, INC., PENTHOUSE GLOBAL LICENSING, INC., PENTHOUSE GLOBAL DIGITAL, INC., PENTHOUSE GLOBAL PUBLISHING, INC., GMI ONLINE VENTURES, LTD., PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., TAN DOOR MEDIA, INC., PENTHOUSE IMAGES ACQUISITIONS, LTD., PURE ENTERTAINMENT TELECOMMUNICATIONS, INC., XVHUB GROUP, INC., GENERAL MEDIA COMMUNICATIONS, INC., GENERAL MEDIA ENTERTAINMENT, INC., DANNI ASHE, INC., STREAMRAY STUDIOS, INC.<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors | Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>Date: **August 28, 2018**<br>Time: **1:30 p.m.**<br>Place: **21041 Burbank Boulevard<br>   Courtroom 303<br>   Woodland Hills, CA 91367**<br><br>Judge: **Hon. Martin R. Barash** |

DOCS_LA:315086.1 32277/001

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE, PARTIES RECEIVING NOTICE OF ELECTRONIC FILINGS AND PARTIES ON THE LIMITED SERVICE LIST:**

**PLEASE TAKE NOTICE THAT** a continued status conference in the above-referenced cases will be held on **August 28, 2018 at 1:30 p.m.** in Courtroom 303 of the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, located at 21041 Burbank Blvd Woodland Hills, CA 91367.

Dated: June 15, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Linda F. Cantor*
     Linda F. Cantor
Attorneys for David K. Gottlieb,
Chapter 11 Trustee for Penthouse Media

DOCS_LA:315086.1 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 15, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **June 15, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 15, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite  342/ Courtroom 303
Woodland Hills, California  91367

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 15, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:315086.1 32277/001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:315086.1 32277/001

| | |
|---|---|
| mw@weissandspees.com, lm@weissandspees.com | mw@weissandspees.com, lm@weissandspees.com |
| Michael H Weiss on behalf of Debtor General Media Entertainment, Inc. mw@weissandspees.com, lm@weissandspees.com | Michael H Weiss on behalf of Debtor XVHUB Group, Inc. mw@weissandspees.com, lm@weissandspees.com |
| Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc. mw@weissandspees.com, lm@weissandspees.com | Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing christopher.wong@arentfox.com |
| Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc. mw@weissandspees.com, lm@weissandspees.com | Beth Ann R Young on behalf of Creditor Dream Media Corporation bry@lnbyb.com |
| Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc. mw@weissandspees.com, lm@weissandspees.com | Beth Ann R Young on behalf of Creditor Interested Party bry@lnbyb.com |
| Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc. mw@weissandspees.com, lm@weissandspees.com | Brian L. Davidoff bdavidoff@greenbergglusker.com |
| Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc. mw@weissandspees.com, lm@weissandspees.com | |
| Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc. mw@weissandspees.com, lm@weissandspees.com | |
| Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd. mw@weissandspees.com, lm@weissandspees.com | |
| Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd. mw@weissandspees.com, lm@weissandspees.com | |
| Michael H Weiss on behalf of Debtor Streamray Studios, Inc. mw@weissandspees.com, lm@weissandspees.com | |
| Michael H Weiss on behalf of Debtor Tan Door Media, Inc. | |

DOCS_LA:315086.1 32277/001

**U.S. Bankruptcy Court
Central District of California
(San Fernando Valley)
In re Penthouse Global Media, Inc.,
Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

3. **SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**

*Debtor*
Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
kholland@penthouse.com

Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Committee Member*
DVD Factory Inc.
Representative: Steve Kalson
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

*Committee Member*
LSC Communications US, LLC
Creel Printing.
Representative: Dan Pevonk
dan.pevonka@lsccom.com

*Committee Member*
Palm Coast Data
Representative: Neil Gordon
gordon.neil@palmcoastdata.com

*Committee Member*
Matthew A. Garrett, CEO
matt.garrett@tgg-accounting.com

*Request for Special Notice or Pecuniary Interest*

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LLC*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc.*
rochelle@rjslawconsult.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:315086.1 32277/001