BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for
M7 Group, S.A.

**FILED & ENTERED**

**JUN 25 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier       DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Penthouse Global Media, Inc,<br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN M7 GROUP, S.A. AND THE CHAPTER 11 TRUSTEE CONTINUING HEARING ON:**<br><br>**(I) MOTION TO COMPEL (1) ASSUMPTION OR REJECTION OF AGREEMENTS AND (2) ADEQUATE PROTECTION PAYMENTS [DOCKET NO. 393]; AND**<br><br>**(II) OBJECTION OF M7 GROUP, S.A. TO PROPOSED CURE AMOUNT AND LIMITED OPPOSITION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE [DOCKET NO. 469]** |

ORDER ON STIPULATION TO CONTINUE
HEARING ON M7 MOTION

53962-00002/3022048.1

**Hearing**
Date:   June 26, 2018
Time:   1:30 p.m.
Place:  Courtroom 303
        21041 Burbank Boulevard
        Woodland Hills, CA 91367

**Continued Hearing**
Date:   July 17, 2018
Time:   1:30 p.m.
Place:  Courtroom 1545
        255 E. Temple Street
        Los Angeles, CA 90012

The Court having considered the *Stipulation Between M7 Group, S.A. and the Chapter 11 Trustee Continuing Hearing on (I) Motion to Compel (1) Assumption or Rejection of Agreements and (2) Adequate Protection Payments [Docket No. 393] and (II) Objection of M7 Group, S.A. to Proposed Cure Amount and Limited Opposition to Chapter 11 Trustee's Motion for Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant Related Relief Pursuant to Section 365(A) of the Bankruptcy Code [Docket No. 469]* [Docket No.597) (the "Stipulation")[1] entered into by and between M7 Group, S.A., a Luxembourg company ("M7") and David Gottlieb, the chapter 11 trustee of the bankruptcy estate of the Debtor, Penthouse Global Media, Inc. (the "Trustee" and together with M7, the "Parties"), through their counsel of record, pursuant to which the Parties have requested a continuance of the Court's hearing currently scheduled for June 26, 2018 at 1:30 p.m. on (I) the *Motion of M7 Group, S.A. for Entry of an Order: (1) Compelling the Chapter 11 Trustee to Promptly Assume or Reject Executory Contract and (2) Compelling Payment of Adequate Protection Payments* [Docket No. 379] (the "M7 Motion"), and (II) *Objection of M7 Group, S.A. to Proposed Cure Amount and Limited Opposition to Chapter 11 Trustee's Motion for Order Authorizing Trustee to: (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Stipulation.

*Leases and Executory Contract; and (D) Grant Related Relief Pursuant to Section 365(a) of the Bankruptcy Code [Docket 500]* (the "M7 Cure Objection"), and good cause appearing therefor,

IT IS ORDERED

1. The Stipulation is approved.

2. The continued hearing on the M7 Motion and M7 Cure Objection currently scheduled for June 26, 2018 at 1:30 p.m. is continued to **July 17, 2018 at 1:30 p.m.** in the above captioned courtroom.

3. The continuance granted herein is without prejudice to the right of the Parties to seek further continuance by stipulation.

###

Date: June 25, 2018

Martin R Barash
United States Bankruptcy Judge

ORDER ON STIPULATION TO
CONTINUE HEARING ON M7
MOTION AND M7 CURE OBJECTION

3

53962-00002/3022048.1