Linda F. Cantor (CA Bar No. 153762)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com
          vnewmark@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB |

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

**NOTICE OF CONSUMMATION OF SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS TO PENTHOUSE WORLD MEDIA, LLC, PENTHOUSE WORLD BROADCASTING, LLC, PENTHOUSE WORLD LICENSING, LLC, PENTHOUSE WORLD DIGITAL, LLC AND PENTHOUSE WORLD PUBLISHING, LLC**

Judge:  Hon. Martin R. Barash

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**PLEASE TAKE NOTICE** that a sale of substantially all of the assets of Penthouse Global Media, Inc. and its above-referenced debtor subsidiaries (the "Debtors") was consummated on June 15, 2018, pursuant to the Bankruptcy Court's *Order (A) Approving Sale Of Substantially All Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests To Successful Bidder; (B) Approving The Estates' Assumption And Assignment Of Certain Unexpired Leases And Executory Contracts; And (C)  Granting Related Relief* [Dkt. No. 577] (the "Sale Order").  A copy of the Sale Order, certified by the Bankruptcy Court, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the purchasers of the Debtors' assets are: Penthouse World Media, LLC, Penthouse World Broadcasting, LLC, Penthouse World Licensing, LLC, Penthouse World Digital, LLC and Penthouse World Publishing, LLC., as designated by the Successful Bidder for the sale of the assets, WCGZ Ltd., at the sale hearing held on June 4, 2018.

Dated:    June 29, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Linda F. Cantor*
      Linda F. Cantor

Attorneys for David K. Gottlieb, Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

# Exhibit A



# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __June 29, 2018__ the attached reproduction(s),

containing ___10___ pages, is a full, true and correct copy of the complete document

entitled: __ORDER (A) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS__

_____ etc. _____,

Case #: __1:18-BK-10098-MB__       Doc #: __577_____

which includes:  ☐ Exhibits  ☐ Attachments

on file in my office and in my legal custody at the marked location:

☐ 255 E. Temple Street, Suite 100          ☐ 3420 Twelfth Street, Suite 125
   Los Angeles, CA 90012                        Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074          ☐ 1415 State Street
   Santa Ana, CA 92701-4593                     Santa Barbara, CA 93101-2511

☑ 21041 Burbank Boulevard
   Woodland Hills, CA 91367

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
               Deputy Clerk

### THIS <u>CERTIFICATION</u> IS VALID ONLY WITH THE
### UNITED STATES BANKRUPTCY COURT SEAL.

1  Linda F. Cantor (CA Bar No. 153762)
   Iain A.W. Nasatir (CA Bar No. 148977)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA 90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  lcantor@pszjlaw.com
5           inasatir@pszjlaw.com

6  Attorneys for David K. Gottlieb, Chapter 11 Trustee

FILED & ENTERED

JUN 14 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier       DEPUTY CLERK

7           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
8           SAN FERNANDO VALLEY DIVISION

9  In re:                                    Cases No.: 1:18-BK-10098-MB

10 PENTHOUSE GLOBAL MEDIA, INC.,             Chapter 11

11                              Debtor.       Jointly Administered with Cases Nos.:
                                             1:18-bk-10099-MB; 1:18-bk-10101-MB;
12 _____           1:18-bk-10102-MB; 1:18-bk-10103-MB;
                                             1:18-bk-10104-MB; 1:18-bk-10105-MB;
13 ☒ Affects All Debtors                      1:18-bk-10106-MB; 1:18-bk-10107-MB;
   ☐ Affects Penthouse Global Broadcasting, Inc.  1:18-bk-10108-MB; 1:18-bk-10109-MB;
14 ☐ Affects Penthouse Global Licensing, Inc.  1:18-bk-10110-MB; 1:18-bk-10111-MB;
                                             1:18-bk-10112-MB; 1:18-bk-10113-MB
15 ☐ Affects Penthouse Global Digital, Inc.
   ☐ Affects Penthouse Global Publishing, Inc.  ORDER (A) APPROVING SALE OF
16 ☐ Affects GMI Online Ventures, Ltd.        SUBSTANTIALLY ALL ASSETS FREE
   ☐ Affects Penthouse Digital Media Productions, Inc.  AND CLEAR OF ALL LIENS, CLAIMS,
17 ☐ Affects Tan Door Media, Inc.             ENCUMBRANCES AND INTERESTS TO
                                             SUCCESSFUL BIDDER; (B) APPROVING
18 ☐ Affects Penthouse Images Acquisitions, Ltd.  THE ESTATES' ASSUMPTION AND
   ☐ Affects Pure Entertainment Telecommunications, Inc.  ASSIGNMENT OF CERTAIN UNEXPIRED
19 ☐ Affects XVHUB Group, Inc.                LEASES AND EXECUTORY
   ☐ Affects General Media Communications, Inc.  CONTRACTS; AND (C)  GRANTING
20 ☐ Affects General Media Entertainment, Inc.  RELATED RELIEF
21 ☐ Affects Danni Ashe, Inc.
   ☐ Affects Streamray Studios, Inc.          Hearing:
22                                            Date:      June 4, 2018
                                             Time:      12:00 p.m.
23                                            Place:     United States Bankruptcy Court
                                                        21041 Burbank Boulevard
24                                                        Courtroom 303
                                                        Woodland Hills, California
25
                                             Judge:  Hon. Martin R. Barash
26

27

28

DOCS_LA:314737.6 32277/001

1    These matters came before the Court (1) pursuant to the *Notice of Motion and Motion for*

2    *Order (A) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims,*

3    *Encumbrances and Interests; (B) Scheduling Auction and Sale Hearing; (C) Approving Sale*

4    *Procedures and Notice of Sale; and (D) Granting Related Relief* [Dkt. No. 327] ("Sale Motion");

5    and the Court's *Order (A) Approving Sale Motion, (B) Scheduling Auction and Hearing for Sale of*

6    *Substantially All Assets of the Debtors; (C) Approving Sale Procedures; and (D) Granting Related*

7    *Relief* [Dkt. No. 477] (the "Sale Matters Order") [1] authorizing David K. Gottlieb, Chapter 11 Trustee

8    (the "Trustee") of the above-captioned bankruptcy estates (the "Estates") of Penthouse Global

9    Media, Inc. and its debtor subsidiaries (the "Debtors") to sell the Assets, subject to approval by the

10    Court, pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy

11    Code") and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (as amended

12    from time to time, the "Bankruptcy Rules"), to the successful bidder at the conclusion of the Auction

13    commenced at the above-referenced time and place (the "Sale"), free and clear of liens, claims,

14    rights, interests and encumbrances, except as provided herein below and in the asset purchase

15    agreement ("APA") by and between the Trustee and the successful bidder, and (2) upon the *Motion*

16    *for Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B)*

17    *Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant*

18    *Related Relief* [Dkt. No. 469] (the "Assumption Motion") and the *Notice of Trustee's Intention to*

19    *(A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign*

20    *Unexpired Leases and Executory Contracts; and (D) Grant Related Relief* [Dkt. No. 470] (the

21    "Assumption Notice") authorizing the assumption, assumption and assignment and/or rejection of

22    certain executory contracts and unexpired leases pursuant to sections 105(a) and 363 of the

23    Bankruptcy Code and Bankruptcy Rules 2002, 6006 and 9014, as set forth herein.  Appearances at

24    the Auction and the Assumption Motion are set forth on the Court record.

25    The Court, having reviewed and considered the Sale Motion, the Sale Matters Order, the

26    Assumption Motion, the Assumption Notice, the objections to the Assumption Motion filed by

27    WSM Investment, LLC dba TOPCO Sales [Dkt. No. 498], M7 Group, S.A.[Dkt. No. 500], Eli B.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Matters Order.

1  Dubrow [Dkt. No. 501], Claxson Media LLC [Dkt. No. 504] and Alpha Cygni, Inc. [Dkt. Nos. 524,

2  as amended by Dkt. No. 527] (collectively, the "Assumption Objections" and each an "Assumption

3  Objection"), and the *Declaration of Alfred M. Masse Regarding Marketing Efforts in Connection*

4  *With Sale of Substantially All of the Debtors' Assets* [Dkt. No. 529] ("Investment Banker

5  Declaration"); and having conducted the Auction pursuant to the Sale Matters Order, and the Trustee

6  having recommended that the Court determine that WCGZ Ltd. (the "Successful Bidder") submitted

7  the highest and best bid for the Assets at the Auction in accordance with the Sale Matters Order; and,

8  based upon the record in these cases, the evidence presented to the Court prior to and at the Auction,

9  the testimony at the Auction and the representations of counsel at the Auction and the hearing on the

10  Assumption Motion, the Court having found that (i) the Court has jurisdiction pursuant to 28 U.S.C.

11  §§ 157 and 1334 to consider approval of the Sale to the Successful Bidder at the Auction,

12  determined in accordance with the Sale Matters Order, and the relief requested by the Assumption

13  Motion; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a

14  core proceeding pursuant to 28 U.S.C. § 157(b); (iv) notice of the Sales Matters Order, the Auction,

15  the Assumption Motion and the amounts necessary to cure defaults under the Assumed Contracts

16  identified on Exhibit A to the Assumption Motion (the "Cure Amounts") and in the Assumption

17  Notice, was sufficient under the circumstances of these cases; and after due deliberation the Court

18  having determined that the Sale to the Successful Bidder and the relief requested in the Assumption

19  Motion are in the best interests of the Estates and their creditors; and good and sufficient cause

20  having been shown;

21  **AND IT IS FURTHER FOUND AND DETERMINED THAT:**

22  A.    The findings and conclusions set forth herein constitute the Court's findings of fact

23  and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding

24  pursuant to Bankruptcy Rule 9014.

25  B.    The Trustee's notice of (a) the Sale Motion, the Sale Matters Order, the Sale

26  Procedures set forth therein, and the Auction to be held in connection with the sale of the Assets to

27  the Successful Bidder [Dkt. No. 481] and (b) the assumption and assignment of executory contracts

28  and unexpired leases pursuant to the Assumption Motion and the Assumption Notice, were

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314737.6 32277/001

appropriate and reasonably calculated to provide all interested parties with timely and proper notice, and no other or further notice is required.

C.     The Trustee has adequately and sufficiently marketed the Assets.

D.     The bidding process at the Auction was conducted in accordance with the Sale Matters Order.  The Auction process set forth in the Sale Matters Order afforded a full and fair opportunity for any entity to make a higher or otherwise better offer for the purchase of the Assets.

E.     Based upon the record in these cases, the Estates have no financial wherewithal to continue to operate for an extended period of time and therefore the Sale of the Assets to the Successful Bidder represents the best and only option for maximizing value to the Estates and the Sale of the Assets is in the best interests of the Estates.

F.     Upon conclusion of the Auction, the Successful Bidder submitted the highest and best bid for the Assets.

G.     Based upon the record in these cases, the Sale to the Successful Bidder must be consummated promptly in order to preserve the value of the Estates.  Accordingly, there is cause to lift the stays contemplated by Bankruptcy Rules 6004 and 6006.

H.     The Trustee has demonstrated that it is within his sound business judgment to assume and assign the executory contracts and unexpired leases and to assign the licenses which are not executory contracts (collectively, the "Licenses") in connection with the Sale pursuant to the terms of the Assumption Motion, as provided herein.

I.     The Purchase Price constitutes fair consideration for the Assets.  It appears that the Successful Bidder is a good faith purchaser of the Assets pursuant to section 363(m) of the Bankruptcy Code, that there has been no collusion of any kind and that the provisions of Section 363(n) of the Bankruptcy Code have not been violated.

**IT IS HEREBY ORDERED THAT:**

1.     The Sale Motion and Assumption Motion are hereby granted.  Except as expressly provided herein, any objections to the Sale Motion and Assumption Motion are overruled.

2.     The Sale of the Assets to the Successful Bidder on the terms and conditions set forth in the APA of the Successful Bidder (the "Successful Bidder APA"), in substantially the form that is

appended hereto as Exhibit "1", is approved. The Trustee is authorized to consummate the

transactions with the Successful Bidder under the Successful Bidder APA in accordance with this

Order. Upon Closing, the Successful Bidder shall acquire all rights in and to the Assets, free and

clear of all liens, claims, encumbrances, and interests, including without limitation the right to use,

publish, and otherwise commercially exploit all audiovisual works and works of visual art included

in the Assets, which works are listed in the schedules of the Successful Bidder APA.

3.    All findings and conclusions set forth above and as set forth by the Court on the

record at the Auction and the hearing to approve the Sale to the Successful Bidder pursuant to the

Sale Matters Order are incorporated herein by reference and are made a part of this Order.

4.    A hearing will be held on June 13, 2018 at 1:30 p.m. before the Bankruptcy Court

(the "Assumption Objection Hearing") to hear and determine the Assumption Objections.

5.    Notwithstanding anything to the contrary, the Successful Bidder is hereby deemed to

assume all of the Trustee's obligations under that certain Master Intellectual Property License

Agreement and the Consent To Use and Registration Agreement, by and between the Trustee, as

Licensor, and Penthouse Clubs Global Licensing, as Licensee, dated as of May 21, 2018.

6.    For all other counterparties to executory contracts, unexpired leases and Licenses

served with the Assumption Motion and the Assumption Notice, the objection deadline has passed.

Except to the extent that counterparty has filed an Assumption Objection and appeared at the hearing

on the Assumption Motion, all counterparties to executory contracts, unexpired leases and Licenses

shall be deemed to have consented to (a) the assumption and assignment of its executory contract or

unexpired lease, (b) the assignment of its License, and (c) the proposed "Cure" amount set forth on

Exhibit A to the Assumption Motion, and the Assumption Motion is granted as to any party that did

not file an Assumption Objection; *provided that* the Successful Bidder shall have the right to

determine which executory contract(s) and unexpired lease(s) shall be (i) assumed and assigned

pursuant to Bankruptcy Code § 365 or (ii) rejected pursuant to Bankruptcy Code § 365 up until the

closing as set forth in the Successful Bidder APA.

7.    The Successful Bidder's offer for the Assets, as embodied in the Successful Bidder

APA, is the highest and best offer for the Assets and is hereby approved.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314737.6 32277/001

8.      The Trustee is authorized to consummate and perform all of its obligations under the Successful Bidder APA and to execute such other documents and take such other actions as are necessary or appropriate to effectuate the Successful Bidder APA.

9.      Pursuant to section 363(f) of the Bankruptcy Code, the Assets shall be sold and transferred free and clear of all liens, claims, encumbrances, and other interests, except (a) that through the Sale, the Successful Bidder shall only acquire the Debtors' rights (as such rights exist)in its assets as described in the Successful Bidder APA, (b) for claims and objections raised in the Assumption Objections, until such claims and objections are either (i) consensually resolved, (ii) determined by Order of the Bankruptcy Court at the Assumption Hearing, or (iii) rendered moot by the determination of the Successful Bidder not to assume the applicable contracts or leases that are the subject of the Assumption Objections, and (c) as otherwise provided in the Successful Bidder APA, with any and all such liens, claims and encumbrances, and other interests to attach to proceeds of such sale with the same validity (or invalidity), priority, force, and effect such liens, claims and encumbrances, and other interests that existed immediately prior to the Sale and subject to the rights, claims, defenses, and objections, if any, of the Estates and all interested parties with respect to any such asserted liens, claims and encumbrances, and other interests, provided that the liens, claims, rights, interests and encumbrances of Dream Media Corporation, Inc. ("Dream Media") shall attach to the proceeds of the Sale pursuant to the terms of the Settlement Agreement by and between the Trustee and Dream Media as authorized by the *Order Approving Settlement With Dream Media Corporation* dated May 16, 2018 [Dkt. No. 478], (the "Dream Media Settlement Agreement").

10.      No later than the Closing as described in the Successful Bidder APA, the Successful Bidder shall designate any unexpired lease or executory contract that it will include as (a) an assumed lease on Schedule 1.1(a) of the Successful Bidder APA, or (b) an assumed executory contract that it will include on Schedule 1.1(b) of the Successful Bidder APA, in accordance with Section 1.8 thereof (collectively, the "Assumed Executory Contracts").

11.      Pursuant to section 365 of the Bankruptcy Code, the assumption and assignment of the Assumed Executory Contracts of the Debtors, as identified or to be identified on Schedules 1.1(a) and 1.1(b) of the Successful Bidder APA, by the Successful Bidder, is hereby authorized and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  approved in all respects, _provided that_ the lease and contracts that are the subject of the Assumption

2  Objections may not be assumed and assigned unless authorized by the Bankruptcy Court at the

3  Assumption Hearing or agreed to by the applicable Assumption Objection Parties.

4      12.    The Successful Bidder shall pay, concurrently with the Closing and as a condition to

5  the Trustee's assumption and assignment thereof (or assignment where applicable with respect to

6  Licenses), all Cure Amounts owing to the counterparties to the Assumed Executory Contracts that

7  are assumed at the Closing.  Any provision in an Assumed Executory Contract that purports to

8  prohibit the assignment of such Assumed Executory Contract, or that purports to allow the

9  counterparty to terminate, recapture, or impose penalties upon assignment, constitute unenforceable

10  anti-assignment provisions and are void and of no force or effect.  Upon Closing, in accordance with

11  Sections 363 and 365 of the Bankruptcy Code, the Successful Bidder shall be fully and irrevocably

12  vested with all right, title and interest of the Estates under the Assumed Executory Contracts, and the

13  Assumed Executory Contracts shall remain in full force and effect for the benefit of the Successful

14  Bidder.  Other than with respect to the contracts and leases that are the subject of the Assumption

15  Objections for which adequate assurance of future performance will be addressed at the Assumption

16  Objection Hearing (to the extent that any particular Assumption Objection is not otherwise

17  resolved), the Successful Bidder shall be deemed to have provided adequate assurance of future

18  performance under the Assumed Executory Contracts within the meaning of Section 365 of the

19  Bankruptcy Code.

20      13.    All executory contracts and unexpired leases that are not Assumed Executory

21  Contracts shall be deemed rejected as of the Closing; _provided that_, the Master License Agreement,

22  between Penthouse Global Licensing, Inc., on the one hand, and Kirkendoll Management, LLC and

23  Penthouse Clubs Worldwide, LLC, on the other hand, dated as of March 29, 2017 (the "MLA") shall

24  be deemed rejected as of the Closing but, notwithstanding anything to the contrary (including, but

25  not limited to, any language within the MLA), the effect of such rejection shall not cause any interest

26  of property to revert to Penthouse Global Licensing, Inc. with all such assets being sold, transferred,

27  and conveyed pursuant to the Court's _Order (A) Approving the Estates' Sale of Certain Trademarks_

28  _to Penthouse Clubs Global Licensing, LLC, Free and Clear of All Liens, Claims, Encumbrances and_

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   *Interests; (B) Approving the Estates' License of Certain Related Intellectual Property to Penthouse*

2   *Clubs Global Licensing, LLC and (C) Granting Related Relief.*  After the Closing, the Trustee will

3   send out notice to all counterparties whose contract or lease will not be assumed and assigned in the

4   Sale.

5         14.    Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, the Sale by the

6   Trustee to the Successful Bidder of the Assets and transactions related thereto, upon the Closing

7   under the Successful Bidder APA, are authorized and approved in all respects.

8         15.    The stays provided for in Bankruptcy Rules 6004(h) and 6006(d) are hereby waived

9   and this Order shall be effective immediately upon its entry.

10        16.    The terms of this Order shall be binding on the Successful Bidder and its successors,

11  the Debtors, their Estates, creditors of the Debtors, and all other parties in interest in these

12  Bankruptcy cases.

13        17.    The relief granted to the Trustee in this Order shall be enforceable by any successor

14  to the Trustee, including any trustee appointed in the Cases in the event that the Cases are converted

15  to cases under chapter 7 of the Bankruptcy Code.

16        18.    The Successful Bidder is a good faith purchaser entitled to the benefits, protections

17  and immunities afforded by section 363(m) of the Bankruptcy Code and the provisions of section

18  363(n) of the Bankruptcy Code have not been violated.  No reversal or modification of this Order on

19  appeal will affect the validity of the Successful Bidder APA or the transactions contemplated

20  thereby.  The Successful Bidder is not an "insider" as defined by Section 101 of the Bankruptcy

21  Code.  Neither the Trustee nor the Successful Bidder is or will be entering into the Successful Bidder

22  APA fraudulently, or for the purposes of hindering, delaying or defrauding any of the Debtors'

23  creditors, and the Purchase Price constitutes reasonably equivalent and fair value (as those terms or

24  their equivalents are defined by the Uniform Fraudulent Conveyance Act, the Uniform Fraudulent

25  Transfer Act and Section 548 of the Bankruptcy Code) for the Assets.

26        19.    With respect to the transactions consummated pursuant to this Order, this Order shall

27  be the sole and sufficient evidence of the transfer of title of the Assets to the Successful Bidder and

28  of the Successful Bidder's right to use and commercially exploit the Assets, and the Sale transaction

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

consummated pursuant to this Order shall be binding upon and shall govern the acts of all persons

and entities who may be required by operation of law, the duties of their office, or contract, to

accept, file, register, or otherwise record or release any documents or instruments, or who may be

required to report or insure any title or state of title in or to any of the property sold pursuant to this

Order, including, without limitation, all filing agents, filing officers, title agents, title companies,

administrative agencies, governmental departments, secretaries of state, and federal, state, and local

officials, and each of such persons and entities is hereby directed to accept this Order as sole and

sufficient evidence of such transfer of title and shall rely upon this Order in consummating the

transactions contemplated hereby.

20.    This Court retains jurisdiction to interpret, implement and enforce the provisions of,

and resolve any disputes arising under or related to, this Order and the Successful Bidder APA, all

amendments thereto, any waivers and consents thereunder and each of the agreements executed in

connection therewith.

21.    The failure specifically to include any particular provision of the Successful Bidder

APA or any of the documents, agreements, or instruments executed in connection therewith in this

Order shall not diminish or impair the force of such provision, document, agreement, or instrument,

it being the intent of the Court that the Successful Bidder APA and each document, agreement, or

instrument executed in connection with or in furtherance of the Successful Bidder APA be

authorized and approved in its entirety.

22.    The Successful Bidder APA and any related agreements, documents, or other

instruments may be modified, amended, or supplemented by the parties thereto in accordance with

the terms thereof without further order of the Court, provided that any such modification,

amendment, or supplement does not have a material adverse effect on the Debtors' Estates.

23.     As soon after the Closing as possible, the Trustee shall pay to Dream Media Corporation, in the manner directed by Dream Media Corporation, all of the proceeds received from the sale of the Assets to the Successful Bidder less the carve out to be retained by the Trustee in accordance with the terms of the Dream Media Settlement Agreement.

# # # # #

Date: June 14, 2018

*Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:314737.6 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CONSUMMATION OF SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS TO PENTHOUSE WORLD MEDIA, LLC, PENTHOUSE WORLD BROADCASTING, LLC, PENTHOUSE WORLD LICENSING, LLC, PENTHOUSE WORLD DIGITAL, LLC AND PENTHOUSE WORLD PUBLISHING, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 29, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 29, 2018 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;

cwilliams@raineslaw.cm

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

Michael H Weiss on behalf of Debtor
General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Digital Media Productions,
Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Pure Entertainment Telecommunications,
Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of
Creditor LSC Communications US, LLC
/ Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Peter W. Lianides
plianides@joneswalker.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

*Request for Special Notice or*
*Pecuniary Interest*

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

3. **SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**

*Debtor*
Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
kholland@penthouse.com

Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Committee Member*
DVD Factory Inc.
Representative: Steve Kalson
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

*Committee Member*
LSC Communications US, LLC
Creel Printing.
Representative: Dan Pevonk
dan.pevonka@lsccom.com

*Committee Member*
Palm Coast Data
Representative: Neil Gordon
gordon.neil@palmcoastdata.com

*Committee Member*
Matthew A. Garrett, CEO
matt.garrett@tgg-accounting.com

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC,*
*Penthouse Clubs Global Licensing, LLC and*
*Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LLC*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media*
*Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc*
Rochelle@rjslawconsult.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

***General Unsecured Creditors***

Adult Talent Managers
22020 Clarendon St., Suite 300
Woodland Hills, CA 91367

OC Modeling
22024 Lassen Street, Unit 114
Chatsworth, CA 91311

Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX 78249

Disgraceful, Inc.
Meghan Slaninko
24303 Woolsey Canyon Road,
Space #31
West Hills, CA 91304

Jessica Hyatt
4210 Sarah Street, Apt #42
Burbank, CA 91505

Jolie K. Henderson
450 79th Street, Apt #1
Miami Beach, FL 33141

Madilyn Bishop
6301 Glade Avenue, # K320
Woodland Hills, CA 91367

Savana Maisah Johnson
6419 10th Avenue, #23
Los Angeles, CA 90043

Spieglergirls.com
Mark Spiegler
22121 Clarendon St., Unit 454
Woodland Hills, CA 91365

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA 91316

Yehuda Shahar
PR Consulting P.O. Box 708

Tzur Moshe 42810, Israel

Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA 91352

Murat Saygi Ebulula Mardin
Cad. Caglayan Sitesi B Blok N: 12
D: 4 34335
Akatlar- Besiktas / ISTANBUL

Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA 90020

Arkena, Inc.
125 S. Barrington Place
Los Angeles, CA 90049

Laura Arielle Willette
926 N. Normandie Ave., Apt #10
Los Angeles, CA 90029

AJ Park IP Pty, Ltd.
Level 14
St. James Centre
111 Elizabeth Street
Sydney, NSW 2000

Aspen Setaro
360 S. Market St, #2004
San Jose, CA 95113

Verizon Business
13031 West Jefferson Blvd.
Building 900
Los Angeles, CA 90094

Debbie Cherry
10831 Roycroft Street, #77
Sun Valley, CA 91352

Nathanael Kalfa Consulting
16 Broadfields Avenue
Edgware Middlesex HA8 8PF
London, ENGLAND

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367

Bizarre Video
21621 Nordhoff Street, Suite B
Chatsworth, CA  91311

Emily Palan
2412 Delancey Place
Philadelphia, PA  19103

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA  91311

Hotel Majestic
10 La Croisette – BP 163
06407 Cannes Cedex, France

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041

Digital Media Consultants,
LLC21781 Ventura Blvd, Suite 644
Woodland Hills, CA  91364

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA  91311

Ogun Consulting
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

SESAC
35 Music Sq E
Nashville, TN 37203

FedEx
P.O. Box 7221
Pasadena, CA  91109-7321

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd., #308
Los Angeles, CA 90046

Revideo, Inc. dba:  Art Attack
Productions
10945 Old Santa Susana Pass
Chatsworth, CA  91311

Priority Workforce
2170 S Towne Center Pl #350
Anaheim CA  92806

Phe, Inc.
302 Meadowland Drive
Hillsborough, NC  27278

Interactive Media
AG Einsiedlerstrasse 23 CH-8834
Schindellegi SZ Switzerland

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3

Basmedia B.V. Pluggematen
2 8331TV Steenwijk
The Netherlands

M7 GROUP
L-1246 2 rue Albert Borschette
Luxembourg

Dennemeyer & Associates
55, rue des Bruyeres
L-1274 Howald, Luxembourg

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012
DOCS_LA:315138.2 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

Corsearch
P.O. Box 4349
Carol Stream, IL 60197-4349 US

SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127

Law Offices of Max J. Sprecher
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada

Pryor Cashman LLP
7 Times Square
New York, NY 10036

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA 90038

Vincenza Vignetti
Via Tevere 13
Asti AT 14100 Italy

Christine Pevarnik
2863 Brookside Drive
Mobile, AL 36693

Radisav Antic
Knjaza Milosa 11/7
Pirot Serbia 18300 Serbia

Cyber Pro Hosting
PO Box 26203
Milwaukee, WI 53226

Thomas Pell
1092 Hwy 11W
Bean Station, TN 37708

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

John Kelly
255 S. Rengstorff Ave., Apt 132
Mountain View, CA 94040

NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808 USA

Steven Moser
601 Stevens St.,
SW Watertown, MN 55388

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA 91303

Jerrod Olson
8944 Mason Ave.
Chatsworth, CA 91311

WebDotCalm
237 Town Center West, #267
Santa Maria, CA 93458

Marcella Monteleone
P O Box 816
Bloomington, IL 60108

Ninja Partners, Inc.
1621 E. 6th Street, Suite 1130
Austin, TX 78702

EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada

Mojo Host
30300 Telegraph Road, Ste 300
Bingham Farms, MI 48025

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA 92629

MEDIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Cybex Security Solutions
   1334 Blue Oaks Blvd
2  Roseville, CA 95678

3  Cannon Solutions America, Inc.
   15004 Collections Center Drive
4  Chicago, IL 60693

5
   AT & T
6  PO Box 5017
   Carol Stream, IL 60197
7

8  Adobe Systems, Inc.
   75 Remittance Drive, Suite 1025
9  Chicago, IL 60675-1025

10 Orkin
   P O Box 7161
11 Pasadena CA 91109-7161

12
   Paracorp Inc dba PARASEC
13 PO Box 160568
   Sacramento CA 95816-0568
14

15 Benedict Limousine
   5700 Etiwanda Ave. #237
16 Tarzana, CA 91356

17 Kristel Yoneda
   251 Orangefair Avenue, Apt # 209
18 Fullerton, CFA 92832

19
   Gam Inventory Management
20 Service
   Newark Post Office
21 PO Box 35594
   Newark, NJ 07193-5594
22

23 Takedown Piracy Inc
   8045 Retriever Ave.
24 Las Vegas, NV 89147

25 Mazars LLP
   Mazars House Gelderd Road
26 Gildersome Leeds  LS27 7JN

27

28

ADT
PO Box 371878
Pittsburg, PA 15250-7878

Safe Keeping Records
8826 Megan Avenue
West Hills, CA 91304

Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg

Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA 90007

David Feldman Worldwide, Inc.
PO Box 823473
Philadelphia, PA 19182-3461

Network Domain Services N.V.
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Terrence A. Lucero CPA
17609 Ventura Blvd., # 215B
Encino, CA 91316

ExWorks Capital Funds I, LP
333 W. Wacker Drive
Suite 1620
Chicago, IL 60606

Dream Media Corporation
10990 Wilshire Blvd., Penthouse
Los Angeles, CA 90024

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1

Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, De  19899

TGG
Representative: Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104

C. Hocquel Inc.
8310 Jayseel St.
Sunland, CA 91040

Allgemeines Treuunternehmen
Aeulestrasse
Aeulestrasse 5 – PO Box 83
Furstentum Liechtenstein

DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA  19087

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662

Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave. Suite 1401
Orlando, FL 32801

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA  92868

Tom Fox
PO Box 2402
Santa Cruz CA  95063

Total Records Information Management LLC
371 Starke Road
Carlstadt, NJ  07072

Iron Mountain
1000 Campus Drive
Collegeville, PA  19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management Services
PO Box 35539
Newark, NJ 07193-5539

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

Mark Wood
400 W. 45th Street, # 4F
New York, NY 100369

John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403

3

4

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007

Keith Harary
PO Box 87025
Vancouver, WA 98687

5

6

Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650

Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201

7

8

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311

Midwest Lists And Media
9301 Milwaukee Avenue
Niles, IL 60714

9

10

Denean Gable
1991 Pershing Ave. Unit A
Pahrump, NV 89048

Christina Williams
4024 Frye Terrace
Colonial Heights, VA 23834

11

12

Kristin Stec 86-20 Park Lane South
Apartment 4B
Woodhaven, NY 11421

Megan Wood
5460 White Oak Ave. #A306
Encino, CA 91316

13

14

15

Camille Todaro
6304 Windcrest Dr. #534
Plano, TX 75024

Steven Austin Barber
301 Harvard Drive
Arcadia, CA 91007

16

17

Jeanette Beebe Poet & Journalist,
LLC
1336 River Road
Titusville, NJ 08560

Ricardo C. Ferrise
940 N. Stanley Avenue, #8
West Hollywood, CA 90046

18

19

20

10 Homersham Road Kingston
Upon Thames Surrey, KT1 3PN
United Kingdom

Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA 91325

21

22

Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217

Eric Del Carlo
217 D Street, #310
Eureka, CA 95501

23

24

Jennifer Nordbak
835 Locust Ave
Unit 518
Long Beach, CA 90813

Candace Behrle
22647 Ventura Blvd. # 209
Woodland Hills, CA 91364

25

26

27

Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122

28

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

West Hills, CA 91304

Brad Hodges
2989 Juniper Hills Blvd. Apt. 104
Las Vegas, NV 89142

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY  11369

Thomas O' Brien
200 N. San Fernando Rd. Loft 304
Los Angeles, CA 90031

Willett Associates
PO Box 380414
Birmingham AL  35238

Alison Seay
2929 Hiss Avenue
Baltimore, MD  21234

Phillip J. Hanrahan Jr.
6031 N. Lake Drive
Whitefish Bay, WI 53217

David Carnie
1408 Stanford Drive
Glendale CA  91205

Matt Gallagher
112 Withers Street, Apt. 2
Brooklyn, NY 11211 US

Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210

V&M Design
13226 Azores Ave
Sylmar, CA 91342

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

So Cal Licensing
3430 Precision Drive
North Las Vegas, NV  89032

Thomas Morton
288 Graham Ave., # 1
Brooklyn, NY  11211

Sahar Yakhi
7037 Alabama Ave., #204
Canoga Park, CA  91303

Pretty Things Press
P.O. Box 55
Point Reyes Station, CA  94956

Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5

Zachary Lipez
310 Greenwich St. Apt 33E
New York, NY 11206

Alexis Calucag
13330 Huston Street,  Apt "B"
Sherman Oaks, CA  91423

Getty Images
PO Box 953604
St. Louis, MO 63195-36

Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403

PR Newswire Association LLC G.
P.O. Box 5897
New York, NY 10087-5897

Disgraceful Inc.
24303 Woolsey Cyn Rd. Spc 31

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:315138.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

1
2

Edgewood Paper
115A Floral Vale Blvd.
Yardley, PA  19067-5529

3
4

Barbara F. Pizio
2342 82nd Street, Apt. 3
Brooklyn, NY  11214

5
6
7

Palm Coast Data LLC
Attn: Finance Dept
11 Commerce Blvd
Palm Coast, FL 32164

8
9

Drew Millard
115 West Woodridge Drive
Durham, NC 27707

10
11

Creel, LLC
6330 West Sunset Rd.
Las Vegas NV 89118

12
13

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ  07054

14
15

Zinio, LLC
75 Remittance Dr., Dept 6825
Chicago IL  60675-6825

16
17

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
DOCS_LA:315138.2 32277/001

**COUNTER-PARTIES**

| PH GLOBAL MEDIA, INC. |
|---|
| CASE NO. 18-10098 |
| COUNTER-PARTY(IES) |

**Adobe**
345 Park Avenue
San Jose, CA 95110

**AFCO Credit Corp**
8885 Rio San Diego Drive
Suite 347
San Diego, CA 92108

**Aflac**
1932 Wynnton Road
Columbus, GA 31999

**Allen Dopplet , Milbrath & Gilchris**
255 S. Orange Avenue
Suite 1401
Orlando, FL 32801

**Allgemeines Treuunternehmen**
Allgemeines Treuunternehmen Aeulestrasse 5
9490 Vaduz, Liectenstein

**AT&T**
PO Box 5019
Carol Stream, IL  60197-5019

**C. HOCQUEL Inc**
Catherine Brandt
9993 Wornom Avenue
Sunland, CA 91040

**California Choice**
721 S. Parker, Suite 200,
Orange, CA 92868

**Choice Builder**
721 S. Parker
Suite 200
Orange, CA 92868

**Cybex Security Solutions**
Cybex Security of Southern California
30 Fairbanks, #114
Irvine, CA 92618

**Dennemeyer & Associate S.A.**
Denneymeyer & Associates S.A.
55 rue des Bruyeres
1274 Howald,
Luxembourg

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow 1981 Trust**
Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow
1981 Trust
P.O. Box 491995
Los Angeles, CA 90049

**GAM inventory Management services**
Gam Inventory Management Services
205 Campus Drive
Kearny, NJ 07032

**GRM Information Management Services**
**Iron Mountain**
One Federal Street
Boston, MA 02110

**Keith L. Whitworth, CPA**
Keith L. Whitworth, CPA
595 Lincoln Avenue
Suite 206
Pasadena, CA 91103

**Kim & Chang Intellectual Property**
Kim & Chang Intellectual Property
Jeongdong Building,
17F,
21-15 Jeongdong-gil,
Jung-gu,
Seoul 04518, Korea

**Lincoln National Life Insurance company**
PO Box 21008
Greensboro, NC  27420-1008

**Mitratech Holdings, Inc.**
Mitratech Holdings, Inc.
5001 Plaza on the Lake, Suite 111
Austin, TX 78746

**Parasec Global Document Filing & Retrieval**
**Safe Keeping Records**
8826 Megan Avenue
West Hills, CA 91304

**Total Record Information Management**
371 Starke Road
Carlstadt, NJ 07072

11

DOCS_LA:315138.2 32277/001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| **PH GLOBAL BROADCASTING, INC.:** |
|---|
| **COUNTER-PARTY(IES)** |
| **CASE NO. 18-10099** |
| **COUNTER-PARTY(IES)** |

**Arkena Inc**
125 S. Barrington Place
Los Angeles, CA 90049

**Arkena SAS**
15 Rue Cognacq-Jay
75007
Paris France

**Art attack dba revideo**
**Atlassian Pty Ltd.**
341 George Street, Sydney
NSW, 2000, Australia

**Basmedia B.V. Pluggematen**
2 8331TV Steenwijk
The Netherlands

**Belgacom SA and Skynet iMotions Activities SA/NV**
Boulevard du Roi albert 11 27
B 1030
Brussels Belgium

**Belgacom SA and Skynet iMotions Activities SA/NV**
Rue Carli 2, 1140
Brussels, Belgium

**Bizzare Video**
21621 Nordhoff Street, Suite B
Chatsworth, CA 91311

**BK International 2016, S.L.**
José Luis De la Guardia Cassinello
DE LA GUARDIA Law Firm
C/ Tubo, 8 (2°-G)
28223 Madrid
SPAIN

**Bouygues Telecom**
32 Avenue Hoche,
75008 Paris France

**Bulgarian Telecommunications Company EAD trading as Vivacom**
Attn: Mr. Evelin Iliev
N151i Tsarigradsko Shose Blrd., Building A
Sofia, Bulgaria 1784

12

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **Bulsatcom AD**
   15 Magnaurska Shkola Str., ZIT, Corpus II, Floor 3
2  1784 Sofia Burgaria
   **CAIW Meida BV**
3  Instriestraat 30, 2671 CT
   Naaldwijk
4  The Netherlands

5  **Canal + International**
   48, Quai du Point du Jour,
6  92659 Boulogne-Billancourt
   Cedex France
7
   **Claxon Media, LLC Playboy TV Latin America**
8  Claxon Media LLC
   990 Biscayne Boulevard
9  Suite 1003
   Miami, Florida 33132
10
   **Coditel Brabant sprl & Coditel Sarl**
11 Rue des Deux Eglises 26
   1000
12 Brussels, Belgium

13 **Coditel Brabant sprl & Coditel Sarl**
   Route d'Arlon 283, 8011
14 Strassen Luxembourg

15 **Colorado Satellite Broadcasting (NOOF)**
   7007 Winchester Circle
16 Suite 200
   Boulder, CO  80301
17
   **Combat ZONE**
18 Dion Giarrusso
   9909 Topanga Canyon Blvd., #207
19 Chatsworth, CA  91311

20 **DBS Satellite Services (1998) LTD, Trading as Yes**
   6 Hayozma Street
21 Industrial Area Kfar Sava Israel

22 **Digital Cable Group AG**
   Chollerstarasse 24 Ch-6301
23 Zug Switzerland

24 **Digital Media Consultants, LLC**
   21781 Ventura Blvd, Suite 644
25 Woodland Hills, CA  91364

26 **Encuentros**
   10945 Old Santa Susana Pass
27 Chatsworth, CA  91311
   **Faronet Srl**
28 Via Atto Tigri 11
   00197 Roma Italy

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**Fifth Dimension Properties Inc.**
5582 Manotick Main Street

2
Manotick, ON
K4M 1E2

3
Canada

4
**FREE**
8 rue La Ville L'Eveque

5
75008 Paris France

6
**Groupe Canal +**
1 Place du Spectacle

7
92863 Issy
Les Moulineaux France

8
**Hellenic Telecommunications Organizations S.A. (OTE)**

9
Attn:  Head of IPTV Content
99 Kifissias Avenue

10
15124 Maroussi Athens, Greece

11
**Hot Telecommunications Systems Ltd.**
Euro park, Yakum Industrial Zone,

12
Kibbutz Yakum 60972 Israel

13
**HP Hrvtska posta d.d. (Electra)**
Jurisiceva 13,

14
10 000 Zagreb Croatia

15
**Lay International**
17867 Suite 201-1202

16
Hyeonsin 76,
3-gil Pyeonteak

17
South Korea

18
**M7 (2 Agreements)**
2 Rue Albert Borschette

19
L-1246 Luxembourg

20
**Magyar Telekom Nyrt**
H-1117

21
Budapest
Kaposvar utca 5-7

22
Hungary

23
**Mikarnial Ltd d/b/a Divan TV Service**
Spyrou Kyprianou 61

24
SK House,
4003 Limassol, Cyprus

25

26
**Mile High**
8148 Devonshire Ville Mont-Royal
Quebec, Canada

27
H4p 2k3

28

14

**Monaco Telecom**
25 Boulevard de Suisse
98000 Monaco

**NC Numericable**
10 Rue Albert Einstein
77420 Champs sur
Marme, France

**Ogun Consulting**
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

**Ogun Sprl**
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

**OK SnowProblem ,SL**
Orense, 5 Street
Planta
28020 Madrid

**One. VIP Doo Skopje f/k/a one.Vip Skopje**
Blvd. Treta Makedonska Brigada 48
1000 Skopje, Macedonia

**ORANGE (a/k/a France Telecom)**
Content Department
44 Avenue de la Republique
CS 50010 92326
Chatillon Cedex France

**Orange Belgium S.A./N.V.**
Avenue du Bourget 3 -
Bourgetlaan 3
1140 Bruxelles
Belgium

**RD Productions f/s/o Rick Gunerman**
5720 Owensmouth Avenue, Suite 136
Woodland Hills, CA 91367

**Salt Mobile SA**
Attention of:  Yoann Carroux
Rue du Caudray 4
CH-1020 Renens
Switzerland

**SkyItalia S.r.I.**
Via Monte Penice 7
20138 Milano, Italy

**So Cal Licensing International, Inc.**
3430 Precision Drive
North Las Vegas, NV 89032

15

1  **Tango S.A.**
   177 rue de Luxembourg,
2  L-8077 Bertance Grand Dutch of Luxembourg

3  **Tele 2 Netherlands BV**
   Wisselwerking 58,
4  Diemen The Netherlands

5  **Telekom Deutsch AG**
   Deutsch Telekom AG
6  T-Online Allee 1 D-64295 Darmstadt

7  **Telekom Romania f/k/a sc Romtelecom**
   City Gate North Tower 3-5 Piata Presci Libere
8  7 18 Floors District 1
   Bucharest Romania
9
   **Telenet b.v.b.a.**
10  Telenet b.v.b.a. Liersesteenweg 4 2800
    Mechelen Belgium
11
    **Telia Estonia AS f/k/a Elion**
12  16 Valge Str. Harjumaa 11415
    Tallinn Estonia
13
    **Telia Lietuva AB**
14  Attention:  Tomas Tamulevicius
    Lvovo Str. 25
15  LT-03501
    Vilnus Lithuania
16
    **T-Mobile Thuis B.V. f/k/a Vodafone Thuis B.V. f/k/a Vodafone**
17  Barbara Strozzilaan 101
    1083 HN Amsterdam
18  The Netherlands

19  **Tokken MSB Inc. o/a Viceorg**
    Tokken MSB Inc. o/a Vice.org
20  5582 Manotick Main Street
    Manotick, Ontario, Canada K4M 1B3
21
    **Top Media Distribution Limited "Top Media";  (Platform: Megogo)**
22  Rialto, BC
    188 Novokostyantynivska Street
23  Kyiv, 04080 Ukraine

24  **TVN Distribution Ltd. fka
    Nordelink Bulgaria Ltd.**
25  **d/b/a Networkx TV**
    18, Tsarkovna Nezavisimost str. 7000
26  Rousse, Bulgaria
    Attn: Mr. Damyan Naidenov, CEO
27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16

1

**Unitymedia NRW GmbH, Unitymedia**
**Hessen GmbH & Co KG, and Unitymedia BW GmbH**

2

The Managing Director Programming Liberty Global B.V.
Boeing Avenue 53 1119 PE

3

Schiphot Rijk
The Netherlands

4

**UPC Romania S.R.L.**

5

62D Sos Nordlui
Bucharest Romania

6

**Vision TV LLC**

7

3/42 Polovetska St.
Kyviv 04107

8

Ukraine

9

**VITIS SAS**
10 Avenue de l'Arche

10

CS 50052
92419

11

Courbevoie Cedex

12

**Vubiquity Management Limited**
3 More London Riverside

13

London SE1 2AQ

14

**Ziggo B.V.**
Attn: Dirextor Content & Programming

15

Atoomweg 100
3542 AB Utrecht

16

The Netherlands

17

**<u>With a copy to:</u>**
Liberty Global

18

Attn: Managing Director Programming
Boeing Avenue 53, 1119 PE

19

Schiphol Rijk
The Netherlands

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

17

1

| PH GLOBAL LICENSING, INC. |
| **CASE NO. 18-10101** |
| **COUNTER-PARTY(IES)** |

2

3

**Palm Beach Beaute**
Paul Smith
124 N. Swinton Avenue
Delray, Florida 33444

**Corsearch**
P.O. Box 4349
Carol Stream, IL 60197-4349

**WSM Investment d/b/a Topco**
WSM Investment, LLC
d/b/a Topsco Sales
3900 Heritage Oak Court, #B
Simi Valley, CA 93063
Attn: Autumn O'Bryan

**Sicem International Srl**
Via Provinciale Lucchese 145,
50019 Sesto Florentino, Italy
Attn: Andreas Lastraioli

**POS Innovation GmbH**
POS: Innovation GmbH Ostenallee
1-3 59063
Hamm, Germany

**TeNeues Calendars & Stationary GmbH f/k/a TeNeues Verlag GmbH & Co KG**
Am Selder 37, D-47906
Kempen
Germany

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| PH GLOBAL DIGITAL, INC.<br>CASE NO. 18-10102 |
| --- |
| **COUNTER-PARTY(IES)** |

**Cyber Pro, Inc. f/s/o Michael Schultz DUPLICATE**
PO Box 26203
Milwaukee, WI 53226

**GoDaddy, Inc.**
14455 N. Hayden Rd.,
Scottsdale, AZ 85260

**Inovio Payments, LLC**
Woodland Hills, CA

**Mannassi IT Solutions, Inc.**
**d/b/a Mannassi IT Solutions**
22222 Sherman Way,
Suite 206
Canoga Park, CA 91303

**MojoHost**
30300 Telegraph Road,
Suite 300,
Bingham Farms, Michigan 48025

**NetNames**
25 Canada Square
Canary Wharf London, UK E14 5LQ

**Support Ninja**
701 Brazos St.,
Suite 1616
Austin, Texas 78701

**Webdot calm**
Lucky Smith
237 Town Center West #267
Santa Maria, CA 93458

19

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| PH GLOBAL PUBLISHING, INC. |
| CASE NO. 18-10103 |
| **COUNTER-PARTY(IES)** |

**Borgmeier Media Groupe GmbH**
Lange Strabe
12, 22749 Delmenhorst,
Germany

**Creel Printing**
6330 W Sunset Rd,
Las Vegas, NV 89118

**John Willett d/b/a Willett Associates**
PO Box 380414
Birmingham, AL 35238

**Palm Coast Data, LLC**
11 Commerce Boulevard
Palm Coast, Florida 32164

**Zinio, LLC**
575 Lexington Avenue,
17th Floor,
New York, NY 10022

**GMI ONLINE VENTURES, LTD.**
2342 82nd Avenue, #3
Brooklyn, NY 11214

20

DOCS_LA:315138.2 32277/001