BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for
M7 Group, S.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Penthouse Global Media, Inc, <br><br><br><br>Debtor. | Case No. 1:18-bk-10098-MB<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF ERRATA TO ORDER APPROVING STIPULATION BETWEEN M7 GROUP, S.A. AND THE CHAPTER 11 TRUSTEE CONTINUING HEARING ON:**<br><br>**(I) MOTION TO COMPEL (1) ASSUMPTION OR REJECTION OF AGREEMENTS AND (2) ADEQUATE PROTECTION PAYMENTS [DOCKET NO. 393]; AND**<br><br>**(II) OBJECTION OF M7 GROUP, S.A. TO PROPOSED CURE AMOUNT AND LIMITED OPPOSITION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE [DOCKET NO. 469]** |

NOTICE OF ERRATA

53962-00002/3042783.1

**Hearing**
Date:  June 26, 2018
Time:  1:30 p.m.
Place: Courtroom 303
       21041 Burbank Boulevard
       Woodland Hills, CA 91367

**CORRECTED Continued Hearing**
Date:  July 17, 2018
Time:  1:30 p.m.
Place: Courtroom 303
       21041 Burbank Boulevard
       Woodland Hills, CA 91367

**TO THE HONORABLE MARTIN A. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES- IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

PLEASE TAKE NOTICE that the Continued Hearing location on the *Order Approving Stipulation Between M7 Group, S.A. and the Chapter 11 Trustee Continuing Hearing on: (I) Motion to Compel (1) Assumption or Rejection of Agreements and (2) Adequate Protection Payments [Docket No. 393]; and (II) Objection of M7 Group, S.A. to Proposed Cure Amount and Limited Opposition to Chapter 11 Trustee's Motion For Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant Related Relief Pursuant to Section 365(A) of the Bankruptcy Code [Docket No. 469]* [Docket No. 600] entered by the Court on June 25, 2018, was incorrectly listed as Courtroom 1545 at 255 E. Temple Street, Los Angeles, CA 90012.

The correct Courtroom location is **Courtroom 303 at 21041 Burbank Boulevard, Woodland Hills, CA 91367**. All other hearing information is valid.

DATED: June 29, 2018        GREENBERG GLUSKER FIELDS CLAMAN
                            & MACHTINGER LLP

                            By: */s/ Brian L. Davidoff*
                                BRIAN L. DAVIDOFF
                                Counsel for M7 Group, S.A.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA TO ORDER APPROVING STIPULATION BETWEEN M7 GROUP, S.A. AND THE CHAPTER 11 TRUSTEE CONTINUING HEARING ON: (I) MOTION TO COMPEL (1) ASSUMPTION OR REJECTION OF AGREEMENTS AND (2) ADEQUATE PROTECTION PAYMENTS [DOCKET NO. 393]; AND (II) OBJECTION OF M7 GROUP, S.A. TO PROPOSED CURE AMOUNT AND LIMITED OPPOSITION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO (A) ASSUME UNEXPIRED LEASES AND EXECUTORY CONTRACTS; (B) ESTABLISH CURE AMOUNTS; (C) ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS; AND (D) GRANT RELATED RELIEF PURSUANT TO SECTION 365(A) OF THE BANKRUPTCY CODE [DOCKET NO. 469]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 29, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Ste. 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2018 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

53962-00002/3042852.1

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- Ron Bender     rb@lnbyb.com
- Linda F Cantor     lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson     russell.clementson@usdoj.gov
- Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Allan B Gelbard     xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Mirco J Haag     mhaag@buchalter.com, dcyrankowski@buchalter.com
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- Peter W Lianides     plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- David W. Meadows     david@davidwmeadowslaw.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Iain A W Nasatir     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Michael St James     ecf@stjames-law.com
- Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Cathy Ta     cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com
- Michael H Weiss     lm@weissandspees.com, lm@weissandspees.com
- Marc J Winthrop     mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- Christopher K.S. Wong     christopher.wong@arentfox.com
- Beth Ann R Young     bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

53962-00002/3042852.1