PAUL M. BRENT, ESQ., SBN 125976   [SPACE BELOW FOR FILING STAMP ONLY]
STEINBERG, NUTTER & BRENT
LAW CORPORATION
23801 CALABASAS ROAD, #2031
CALABASAS, CA 91302
818.876.8535 (TEL)
818.876.8536 (FAX)

Counsel For: WGCZ Ltd., S.R.O.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.<br><br>　　　　Debtor | Case No.: 1:18–bk-10098 MB<br>(Lead Case - Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF DESIGNATION BY WGCZ, LTD, *SRO*, AND WGCA, LTD, *SRO*, TO HAVE AGREEMENT WITH WSM INVESTMENT, LLC dba TOPCO SALES ASSUMED AND ASSIGNED AS PART OF THE SALE OF ASSETS**<br><br>HEARING<br>Date:<br>Time: NO HEARING REQUIRED<br>Place: |

Pursuant to order of the Court (docket no. 594) WGCZ Ltd., *SRO*, and, to the extent required, WGCA Ltd., *SRO*, (collectively "WGCZ") designate that the agreement (the "TOPCO Agreement") in which WSM Investment, LLC, dba Topco sales is the counter party, is herewith assumed and assigned as part of the sale of assets in the above captioned matter.

DATED: July 2, 2018

STEINBERG, NUTTER & BRENT
LAW CORPORATION

By: /s/ P M Brent
Paul M. Brent, Esq.
Attorneys for WGCZ Ltd., S.R.O.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

23801 Calabasas Road # 2031, Calabasas, CA 91302

A true and correct copy of the foregoing document entitled:

**NOTICE OF DESIGNATION BY WGCZ, LTD, *SRO* AND WGCA LTD, *SRO* TO HAVE AGREEMENT WITH WSM INVESTMENT, LLC dba TOPCO SALES ASSUMED AND ASSIGNED AS PART OF THE SALE OF ASSETS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/2/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page XX

**2. SERVED BY UNITED STATES MAIL:** On / /, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/2/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable M. Barash, USBC, 21041 Burbank Blvd. 3rd flr., Woodland Hills, CA 91367
Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7 /2 / 2018      P.M Brent      /s/ P M Brent

# Mailing Information for Case 1:18-bk-10098-MB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Keith Patrick Banner**  kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Ron Bender**  rb@lnbyb.com
- **Stephen F Biegenzahn**  efile@sfblaw.com
- **Paul M Brent**  snb300@aol.com
- **Linda F Cantor**  lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Carol Chow**  carol.chow@ffslaw.com
- **Russell Clementson**  russell.clementson@usdoj.gov
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Brian L Davidoff**  bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**  jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey K Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Allan B Gelbard**  xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**  dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Mirco J Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**  mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- **Jeffrey L Kandel**  jkandel@pszjlaw.com
- **John P Kreis**  jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Andrew B Levin**  alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;sly@wcghlaw.com
- **Peter W Lianides**  plianides@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Krikor J Meshefejian**  kjm@lnbrb.com
- **Alan I Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Iain A W Nasatir**  inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**  margaux.ross@usdoj.gov
- **Michael St James**  ecf@stjames-law.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**  cathy.ta@bbklaw.com, lisa.spencer@bbklaw.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**  mw@weissandspees.com, lm@weissandspees.com
- **Michael H Weiss**  lm@weissandspees.com, lm@weissandspees.com
- **Marc J Winthrop**  mwinthrop@wcghlaw.com, pj@wcghlaw.com;sly@wcghlaw.com
- **Christopher K.S. Wong**  christopher.wong@arentfox.com
- **Beth Ann R Young**  bry@lnbyb.com