Main Document    Page 1 of 4

Linda F. Cantor (CA Bar No. 153762)
Iain A.W. Nasatir (CA Bar No. 148977)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>                    Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**STIPULATION BY AND AMONG WGCZ LTD, SRO, THE CHAPTER 11 TRUSTEE, AND ELI B. DUBROW, TRUSTEE OF THE ELI B. DUBROW AND MARY COLLINS DUBROW 1981 TRUST, DATED MAY 27, 1981 REGARDING ASSUMPTION AND ASSIGNMENT OF REAL PROPERTY LEASE**<br><br>[Relates to Dkts. 327, 469, 501, and 571]<br><br>**Hearing:**<br>Date:    No Further Hearing Necessary<br>Time:<br>Place:<br><br>Judge:    Hon. Martin R. Barash |

This stipulation (the "Stipulation") is made and entered into by and among WGCZ Ltd., SRO ("WGCZ" or the "Buyer"), David Gottlieb, the chapter 11 trustee (the "Trustee") of the bankruptcy estate of Penthouse Global Media, Inc. and the other captioned debtors (collectively, "Debtors"), and Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, Dated May 27,

1

DOCS_LA 315915.1

1981 ("Lessor" and collectively with the Buyer and the Trustee, the "Parties") with respect to the following facts:

A. On April 18, 2018, the Trustee filed his *Motion for Order (A) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (B) Scheduling Auction and Sale Hearing; (C) Approving Sale Procedures and Notice of Sale; and (D) Granting Related Relief* [Dkt. No. 327] (the Trustee's "Motion to Sell") pursuant to which a buyer may seek to reject or have assumed and assigned to it that certain lease with addendums for the premises commonly known as 8944 Mason Ave., Los Angeles, CA 91311 (as such lease may be amended from time to time, the "Real Property Lease").

B. On May 14, 2018, the Trustee filed his *Notice of Motion and Motion for Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant Related Relief Pursuant to Section 365(a) of the Bankruptcy Code* [Dkt. No. 469] (the Trustee's "Motion to Assume/Assign"), pursuant to which the Trustee requested approval of the assumption and assignment or rejection of certain executory contracts and unexpired leases of the Debtors including the Real Property Lease.

C. On May 21, 2018, the Lessor filed a *Conditional Opposition and Reservation of Rights by Eli B. Dubrow, Trustee of the Eli B. Dubrow and Mary Collins Dubrow 1981 Trust, dated May 27, 1981 in Response to Motion for Sale of Assets* [Dkt. No. 501] (the Lessor's "Initial Response"). Subsequently, the Lessor filed a further response [Dkt. No. 571] and certain evidentiary objections relating thereto [Dkt. Nos. 572 and 573] (collectively and including the Initial Response, the Lessor's "Objection").

D. On June 4, 2018, the Trustee held an auction, and the Buyer was confirmed as the winning bidder for all of the Debtors' assets pursuant to an agreement between the Trustee and the Buyer [Dkt. Nos. 531 and 536].

E. On June 13, 2018, the Bankruptcy Court held a hearing ("Hearing") on the Trustee's Motion to Assume/Assign. At such Hearing, the Parties announced the terms of this Stipulation on the record in resolution of the Objection.

DOCS_LA 315915.1

1   THEREFORE, subject to the approval of the Bankruptcy Court, the Parties agree as follows:

2   1.   The Lessor's objection is withdrawn and the Trustee is authorized to assume and assign the Real Property Lease to Buyer.

3   2.   The amounts of $7,952.45 (representing the pre-petition stub rent) and $20,000 in attorney's fees (collectively, the "Cure Amounts") are to be paid by the Buyer to the Lessor upon the order approving the assumption and assignment of the Real Property Lease being final and non-appealable.

4   3.   Within 90 days of the Hearing, Buyer is to obtain a letter of credit ("LC") in the amount of $50,000 to act as adequate assurance of future performance. The LC is to be drawn on a California bank and is to be irrevocable and renewable on an annual basis. If not timely renewed the LC can be drawn upon by the Lessor and applied as an additional security deposit. If the LC is not timely renewed Buyer has a ten (10) business day cure period to renew.

[SIGNATURES ON NEXT PAGE]

3

DOCS_LA 315915.1

DATED: August 21, 2018

MIRMAN, BUBMAN & NAHMIAS LLP

By: _____
    Alan I. Nahmias
    Stephen F. Biegenzahn
    Attorneys for Eli B. Dubrow, Trustee of the Eli
    B. Dubrow and Mary Collins Dubrow 1981
    Trust, dated May 27, 1981

DATED: August 27, 2018

STEINBERG, NUTTER & BRENT, LAW CORP.

By: _____
    Paul Brent

-and-

Mark A. Mintz
Joseph E. Bain
JONES WALKER, LLP
Attorneys for WGCZ Ltd., s.r.o.

DATED: August 28, 2018

PACHULSKI STANG ZIEHL & JONES, LLP

By: _____
    Linda F. Cantor
    Iain A.W. Nasatir
    Attorneys for David K. Gottlieb,
    Chapter 11 Trustee

DOCS_LA 315915.1