**FILED OCT - 9 2018**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

　　　　　　Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Media, Inc.
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB [Jointly Administered]

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**NOTICE OF ADMINISTRATIVE CLAIM**

　　　　Please take notice that David A. Stevenson dba DS Computer Care, whose address and telephone number are 31781 Calle Del Cielo, Castaic, CA 91384 (818) 612-9669, holds an administrative claim pursuant to 11 U.S.C. § 503 as follows:

　　　　Name of Debtor(s) liable on claims: Penthouse Global Media, Inc.

　　　　Amount of Administrative Claim: $ 3,730.80

　　　　Basis of Administrative Claim: Computer work provided to Trustee

　　　　Payment and/or notices/objections should be sent/directed to:
DS Computer Care
31781 Calle Del Cielo
Castaic, CA 91384

Dated: October 2, 2018

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_/s/ David Stevenson_

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:315439.1 32277/001

# DS Computer Care

31781 Calle Del Cielo
Castaic, CA 91384

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2018 | 300 |

| Bill To |
|---|
| Penthouse Global Media, inc.<br>David K. Gottlieb<br>Chapter 11 Trustee |

**DS Computer Care**
Computer, Network & IT Solutions

**David A. Stevenson**

818-612-9669
*David@dscomputercare.com*

| Date Serviced | Description of Work Completed | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/11/2018 | Onsite at Penthouse Global Media to clone hard drives and make backups of computers. Met David Roberts and did a walk through of the computers to clone, Kelly Holland met us and refused to let us do our work, we called Linda Cantor who talked to the buyers lawyers and we were asked us to come back on Tuesday 6-12-2018 to start the work. | 4 | 150.00 | 600.00 |
| 6/14/2018 | Went to store to get last 2 remaining USB Hard Drives (needed to know what capacity to get), Onsite at Penthouse Global Media to copy exported Office 365 Data (roughly 200 GB) from a download that was created by Mannassi IT, when I arrived onsite everyone was gone, and Graham Mannassi refused to help me copy the data, stating there has been new developments and to call the buyers lawyers. After talking with David Roberts and Linda Cantor I was told to leave and come back at a later time. | 3 | 150.00 | 450.00 |
| 6/25/2018 | Onsite at Penthouse Global Media, to meet with Graham Mannassi to get a copy of the exported Office 365 Data, but he was a no show, he returned my phone calls after about 30 minutes and told me that there was nothing to copy since everything that was done was deleted per the buyers lawyers, he told me he would reach out to David Gottlieb's office to discuss extracting the data again and how his fees were going to be paid, I knocked on all of the doors and nobody answered, was advised by Linda Cantor to leave and everything would be handled through the courts. | 2 | 150.00 | 300.00 |
| 6/11/2018 | Mileage | | 32.70 | 32.70 |
| 6/14/2018 | Mileage | | 32.70 | 32.70 |
| 6/25/2018 | Mileage | | 32.70 | 32.70 |
| | Total Reimbursable Expenses | | | 98.10 |

Thank you for your business.

David@DSComputerCare.com    Phone - (818) 612-9669

**Total**    $1,448.10

# DS Computer Care

31781 Calle Del Cielo
Castaic, CA 91384

**Invoice**

| Date | Invoice # |
|---|---|
| 6/28/2018 | 301 |

## DS Computer Care
Computer, Network & IT Solutions

**David A. Stevenson**

818-612-9669
*David@dscomputercare.com*

| Bill To |
|---|
| Penthouse Global Media, inc.<br>David K. Gottlieb<br>Chapter 11 Trustee |

| Date Serviced | Description of Work Completed | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/11/2018 | Went to Fry's to buy 14 Hard Drives and 2 USB Hard drives to make copies of data. Connect with David Roberts to get a backup of the 5 QuickBooks files from the remote environment which was uploaded to DropBox. | 2 | 150.00 | 300.00 |
| 6/12/2018 | Onsite at Penthouse Global Media, made clones of 7 computers and 1 USB Hard Drive (Including a secondary backup set) total of 14 computers and 2 USB Hard Drives. Had to go to store to get additional equipment that we weren't aware of to make sure I was able to make a copy of it. | 13 | 150.00 | 1,950.00 |
| 6/12/2018 | Mileage | | 32.70 | 32.70 |

Thank you for your business.

David@DSComputerCare.com    Phone - (818) 612-9669

**Total**  $2,282.70