Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

                     Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**NOTICE OF DEADLINE FOR FILING REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIMS THAT AROSE BETWEEN JANUARY 11, 2018 AND JUNE 15, 2018**

**DEADLINE:  NOVEMBER 21 , 2018**

      **TO (I) ALL PARTIES WHO PROVIDED GOODS OR SERVICES TO THE DEBTORS AND/OR THE CHAPTER 11 TRUSTEE BETWEEN JANUARY 11, 2018 AND JUNE 15, 2018 AND HAVE NOT BEEN PAID; (II)  PARTIES WHO HOLD CHAPTER 11 ADMINISTRATIVE CLAIMS INCURRED DURING THE RELEVANT TIME PERIOD; (III) ALL ENTITIES HAVING FILED A NOTICE OF APPEARANCE AND DEMAND FOR PAPERS, AND (IV) THE OFFICE OF THE UNITED STATES TRUSTEE:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

1  The Bankruptcy Court has set **November 21, 2018** as the deadline (the "Chapter 11

2  Administrative Bar Date") for parties who incurred chapter 11 administrative claims between

3  January 11, 2018 and June 15, 2018, to assert administrative claims (an "Administrative Claim")

4  against the chapter 11 estate (the "Estate") of Penthouse Global Media, Inc. and its debtor

5  subsidiaries (collectively, the "Debtors").

6  You may assert an Administrative Claim against the Estate by filing a request for payment of

7  Administrative Claim ("Requests for Payment of Administrative Claim").  A Request for Payment of

8  Administrative Claim must be filed on or before the Chapter 11 Administrative Bar Date and must

9  contain the following information:.

10      (1)  the name, address and telephone number of the claimant;

11      (2)  the amount of any alleged Administrative Claim;

12      (3)  a description of the basis for the Administrative Claim; and

13      (4)  the documentary evidence supporting the Administrative Claim.

14  **Failure of a creditor to timely file a Request for Payment of Administrative Claim on or**

15  **before the Chapter 11 Administrative Claim Bar Date will result in disallowance of the claim**

16  **without further notice or hearing.  A creditor who fails to timely file a Request for Payment of**

17  **Administrative Claim shall be forever barred, estopped and enjoined from asserting or**

18  **receiving any distribution with respect to any such Administrative Claim, and the Estate shall**

19  **be forever discharged and released from any and all indebtedness or liability with respect to**

20  **any such Administrative Claims.  You may wish to consult an attorney to protect your rights.**

21  All Requests for Payment of Administrative Claims must be filed with the United States

22  Bankruptcy Court for the Central District of California on the main case docket (not the claims

23  docket) on or before the Chapter 11 Administrative Bar Date or sent by first class U.S. Mail,

24  overnight delivery or hand delivery so as to be received on or before the Chapter 11 Administrative

25  Bar Date, to:

26  **UNITED STATES BANKRUPTCY COURT**
**CLERK OF THE COURT**
27  **21041 BURBANK BLVD.**
**WOODLAND HILLS, CA 91367**
28

2

DOCS_LA:316711.2 32277/001

1    Requests for Payment of Administrative Claims that are emailed or sent by facsimile or

2    telecopy to the Clerk of the Court will not be accepted.

3    Requests for Payment of Administrative Claims must also be served on the Trustee's

4    counsel, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles,

5    California 90067-4100, Attention:  Linda F. Cantor, so that they are received on or before the

6    Chapter 11 Administrative Bar Date.

7    The following Administrative Claims are excepted from the requirement that Administrative

8    Claims be filed by the Chapter 11 Administrative Bar Date and are <u>not</u> required to be filed on or

9    before the Chapter 11 Administrative Bar Date:

10    • fees payable to the Office of the United States Trustee pursuant to 28
        U.S.C. §1930; and

11

12    • fees of professionals retained by Order of the Bankruptcy Court at the
        expense of the Estate.

13    This notice may have been sent inadvertently to persons and other entities (including

14    governmental units) that may not actually have a claim against the Debtors or the Estate.  The fact

15    that you have received this notice does not mean that you have an Administrative Claim against the

16    Debtors or the Estate, or that the Trustee or the Bankruptcy Court concedes that you have an

17    Administrative Claim against the Estate.

18    Any questions regarding this notice should be directed to the Trustee's counsel identified in

19    the upper left-hand corner of the first page hereof, Attention: Beth Dassa, by email at

20    bdassa@pszjlaw.com (<u>EMAIL PREFERRED</u>) or by telephone at (310) 277-6910 or fax at (310)

21    201-0760.

22    DATED: October 22, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

23

24                                                By: <u>/s/ *Linda F. Cantor*_____</u>
                                                      Linda F. Cantor

25

26                                                Attorneys for David K. Gottlieb, Chapter 11 Trustee

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***NOTICE OF DEADLINE FOR FILING REQUESTS FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIMS THAT AROSE BETWEEN JANUARY 11, 2018 AND JUNE 15, 2018*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 22, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 22, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 22, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2018 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com*
- *Ron Bender    rb@lnbyb.com*
- *Stephen F Biegenzahn    efile@sfblaw.com*
- *Paul M Brent    snb300@aol.com*
- *Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Russell Clementson    russell.clementson@usdoj.gov*
- *Joseph Corrigan    Bankruptcy2@ironmountain.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com*
- *Jeffrey L Kandel    jkandel@pszjlaw.com*
- *John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com*
- *Andrew B Levin    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Peter W Lianides    plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Krikor J Meshefejian    kjm@lnbrb.com*
- *Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
- *Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com*
- *Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Michael St James    ecf@stjames-law.com*
- *Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
- *Cathy Ta    cathy.ta@bbklaw.com, paul.nordlund@bbklaw.com;sansanee.wells@bbklaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com*
- *Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com*
- *Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Christopher K.S. Wong    christopher.wong@arentfox.com*
- *Beth Ann R Young    bry@lnbyb.com*


2.  **SERVED BY UNITED STATES MAIL**:

***See attached service list***

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Debtor
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Counsel for Debtor
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA  90048

Trustee
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

Counsel for The Official Committee of
Unsecured Creditors
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel
Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA  91436

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application
to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Office of U.S. Trustee
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, California 91311

## SERVICE LIST

| | |
|---|---|
| 1:18-bk-10098-MB -- | Penthouse Global Media, Inc. |
| 1:18-bk-10099-MB -- | Penthouse Global Broadcasting, Inc. |
| 1:18-bk-10101-MB -- | Penthouse Global Licensing, Inc. |
| 1:18-bk-10102-MB -- | Penthouse Global Digital, Inc. |
| 1:18-bk-10103-MB -- | Penthouse Global Publishing, Inc. |
| 1:18-bk-10104-MB -- | GMI Online Ventures, Ltd. |
| 1:18-bk-10105-MB -- | Penthouse Digital Media Productions, Inc. |
| 1:18-bk-10106-MB -- | Tan Door Media, Inc. |
| 1:18-bk-10107-MB -- | Penthouse Images Acquisitions, Ltd. |
| 1:18-bk-10108-MB -- | Pure Entertainment Telecommunications, Inc. |
| 1:18-bk-10109-MB -- | XVHUB Group, Inc. |
| 1:18-bk-10110-MB -- | General Media Communications, Inc. |
| 1:18-bk-10111-MB -- | General Media Entertainment, Inc. |
| 1:18-bk-10112-MB -- | Danni Ashe, Inc. |
| 1:18-bk-10113-MB -- | Streamray Studios, Inc.. |

10 Homersham Road Kingston
Upon Thames Surrey,
KT1 3PN United Kingdom

Adobe Systems, Inc
75 Remittance Drive, Suite 1025
Chicago, IL  60675-1025

ADT
P O Box 371878
Pitsburg, PA 15250-7878

ADT Security Services Inc.
3190 South Vaughn Way
Aurora, CO 80014-3512

Adult Talent Managers
22020 Clarendon St Suite 300
Woodland Hills, CA 91367-6333

AJ Park IP Pty Ltd
Level 14
St James Centre
111 Elizabeth Street
Sydney, NSW 2000

Alexis Calucag
13330 Huston Street,  Apt 'B'
Sherman Oaks, CA 91423-2027

Alison Seay
2929 Hiss Avenue
Baltimore, MD 21234-4634

Allan B. Gelbard, Esq.
15760 Ventura Blvd.
Suite 801
Encino, CA 91436-3018

Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave Suite 1401
Orlando, FL 32801-3460

Allgemeines Treuunternehmen Aeules
Aeulestrasse 5  PO Box 83
Furstentum Liechtenstein

Alpha Cygni
95 Claxton Ave
Watertown, CT 06795-1903

Alpha Cygni, Inc.
c/o Rasco Klock Perez & Nieto, LLC
555 Fifth Avenue, 17th Floor
NEW YORK, NY 10017-9254

Androcoles Entertainment Pty Ltd
Paul Sigelman
433 N. Camden Drive
Suite 970
Beverly Hills, CA 90210-4413

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369-1233

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA 92629-0158

Arkena Inc
125 S Barrington Place
Los Angeles, CA 90049-3305

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Aspen Setaro
360 S Market St #2004
San Jose, CA 95113-2876

AT & T
P O Box 5017
Carol Stream, IL 60197-5017

Barbara F Pizio
2342 82nd Street, Apt 3
Brooklyn, NY 11214-2751

Basmedia B V Pluggematen
2 8331TV Steenwijk
The Netherlands

Bayard, P A
222 Delaware Ave, Suite 900
P.O. Box 25130 Wilmington, DE 19801-1611

Benedict Limousine
5700 Etiwanda Ave #237
Tarzana, CA 91356-2543

Bizarre Video
21621 Nordhoff Street, Suite B
Chatsworth, CA 91311-5825

Brad Hodges
2989 Juniper Hills Blvd Apt 104
Las Vegas, NV 89142-2959

Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX 78249-4491

BRESSLER LAW PLLC
3 West 35th Street, 9th Floor
New York, NY 10001-2204

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001-2204

C Hocquel Inc
8310 Jayseel St
Sunland, CA 91040-2409

California Choice Benefit Admin
721 South Parker, Suite 200
Orange, CA 92868-4772

Camille Todaro
6304 Windcrest Dr #534
Plano, TX 75024-3018

Candace Behrle
22647 Ventura Blvd # 209
Woodland Hills, CA 91364-1416

Cannon Solutions America, Inc
15004 Collections Center Drive
Chicago, IL 60693-0150

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096-9432

Christina Williams
4024 Frye Terrace
Colonial Heights, VA 23834-4600

Christine Pevarnik
2863 Brookside Drive
Mobile, AL 36693-3511

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd #207
Chatsworth, CA 91311-3602

Corporation Service Company
251 Little Falls
Wilmington, DE 19808-1674

Corporation Service Company
P O Box 13397
Philadelphia, PA 19101-3397

Corsearch
P O Box 4349
Carol Stream, IL 60197-4349

Creel, LLC
6330 West Sunset Rd
Las Vegas NV 89118-3318

Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122-3854

Cyber Pro Hosting
P O Box 26203
Milwaukee, WI 53226-0203

Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678-7014

Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA 90020-3533

Danni Ashe, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

David Carnie
1408 Stanford Drive
Glendale CA 91205-3615

David Feldman Worldwide, Inc
PO Box 823473
Philadelphia, PA 19182-3461

David Keith Gottlieb (TR)
17000 Ventura Boulevard, Suite 300
Encino, CA CA 91316-4112

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada

Debbie Cherry
10831 Roycroft Street #77
Sun Valley, CA 91352-1650

Denean Gable
1991 Pershing Ave Unit A
Pahrump NV 89048-2785

Dennemeyer & Associates
55 rue des Bruyeres
L-1274 Howald, Luxembourg

Dennemeyer & Associates
55 Rue des Bruyeres
L-1274 Luxembourg

Digital Media Consultants, LLC
21781 Ventura Blvd Suite 644
Woodland Hills, CA 91364-1835

Disgraceful Inc
24303 Woolsey Cyn Rd Spc 31
West Hills, CA 91304-1164

Disgraceful Inc
Meghan Slaninko
24303 Woolsey Canyon Road Space #31
West Hills, CA 91304-1164

Donald Slaughter, Sr.
c/o Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025-1164

DREAM MEDIA Corporation
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024-3927

Drew Millard
115 West Woodridge Drive
Durham, NC 27707-2847

DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377-5457

DVD Factory
7230 Coldwater Canyon
North Hollywood, CA 91605-4203

Easy Online Solutions, Ltd., d/b/a/ MojoHost
30300 Telegraph Road, Suite 110
Bingham Farms, MI 48025-5822

Edgewood Paper
115A Floral Vale Blvd
Yardley, PA 19067-5522

Eli B. Dubrow, Trustee of the Eli B. Dubrow
Mary Collins Dubrow 1981 Trust Dated May
c/o Alan I. Nahmias
Mirman, Bubman & Nahmias, LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, CA 91367-7406

Emily Palan
2412 Delancey Place
Philadelphia, PA 19103-6409

Employees of Penthouse Global Media, Inc.
8944 Mason Avenue
Chatsworth, CA 91311-6107

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX
826880
Sacramento, CA 95814

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Eric Del Carlo
217 D Street, #310
Eureka, CA 95501-0454

EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada

EXWORKS Capital Funds I LP
333 W Wacker Drive Suite 1620
Chicago, IL 60606-1246

Federal Insurance Co
436 Walnut St, WA04K
Philadelphia, PA 19106-3703

FedEx
PO Box 7221
Pasadena, CA  91109-7321

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd #308
Los Angeles, CA 90046-2401

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Gam Inventory Management Service
Newark Post Office
P O Box 35594
Newark, NJ 07193-5594

General Media Communications, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

General Media Entertainment, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Getty Images
PO Box 953604
St Louis, MO 63195-3604

GMI Online Ventures, Ltd.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Great Northern Insurance Co
436 Walnut St, WA04K
Philadelphia, PA 19106-3703

Greenberg Traurig, LLP
1840 Century Park East Suite 1900
Los Angeles, CA 90067-2121

GRM Information Management Services
P O Box 35539
Newark, NJ 07193-5539

Hogan Lovells US, LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067-6047

Hollywood Vaults Inc
742 Seward Street
Hollywood, CA 90038-3504

Hotel Majestic
10 La Croisette BP 163
06407 Cannes Cedex, France

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ 07054-3718

IN SOOK KIM (LAY INTERNATIONAL)
SUITE 201-1202,HYEONSIN3-2iL 76
PYEONG TAEK, SOUTH KOREA 17867

Interactive Media
AG Einsiedlerstrasse 23 CH 8834
Schindellegi SZ Switzerland

Internal Revenue Service
300 N. Los Angeles St. STOP 5022
Los Angeles, CA 90012-3478

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426-4908

Iron Mountain Information Management LLC
1 Federal Street, 7th Floor
Boston, MA 02110-2003

Iron Mountain Information Management,
LLC
One Federal Street
Boston, MA 02110-2012

Jason Alan Bekoski
11121 Cypress Tree Point #310
Colorado Springs, CO 80921-7706

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041-3213

JD Receivables LLC
PO Box 382656
Germantown, TN 38183-2656

Jeanette Beebe Poet & Journalist, LLC
1336 River Road
Titusville, NJ 08560-1607

Jennifer Nordbak
835 Locust Ave, Unit 518
Long Beach, CA 90813-5859

Jerrod Olson
8944 Mason Ave
Chatsworth, CA 91311-6107

Jessica Hyatt
4210 Sarah Street  Apt #42
Burbank, CA 91505-3822

Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217-1232

John Kelly
255 S Rengstorff Ave, Apt 132
Mountain View, CA 94040-1701

John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403-1433

Jolie K. Henderson
450 79th Street Apt #1
Miami Beach, FL 33141-1967

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA 91311-1205

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002-6116

Keith Harary
PO Box 87025
Vancouver, WA 98687-7025

Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311-6107

Kelly Publishing
255 S Rengstorff Ave. #132
Mountain View, CA 94040-1701

Kim & Chang (Intellectual Property)
39, Sajik-ro 8-gil, Jongno-gu, Seoul
S. Korea 03170

Kristel Yoneda
251 Orangefair Avenue, Apt # 209
Fullerton, CFA 92832-4407

Kristin Stec
86-20 Park Lane South Unit 4B
Woodhaven, NY 11421-1250

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Laura Arielle Willette
926 N Normandie Ave Apt #10
Los Angeles, CA 90029-3426

Law Offices of Max J Sprecher
5850 Canoga Ave 4th Floor
Woodland Hills, CA 91367-6554

Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201-2009

LOS ANGELES COUNTY TREASURER
AND TAX COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

Los Angeles Office of The City Attorney
Attn: Wendy A Loo Esq.
200 North Main Street, Ste 920
Los Angeles, CA 90012-4128

LSC Communications Inc
4101 Winfield Rd
Warrenville, IL 60555-3521

M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd.
Suite 250
Sherman Oaks, CA 91403-2204

M7 GROUP
L-1246 2 rue Albert Borschette
Luxembourg

Madilyn Bishop
6301 Glade Avenue # K320
Woodland Hills, CA 91367-1909

MANNASSI CONSULTING, INC.
DBA MANNASSI IT SOLUTIONS
22222 SHERMAN WAY STE 206
CANOGA PARK CA 91303-1090

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA 91303-1090

Marcella Monteleone
P O Box 816
Bloomington, IL 61702-0816

Mark Mintz
Jones Walker LLP
201 St Charles Avenue, Ste 5100
New Orleans, LA 70170-5100

Mark Wood
400 W 45th Street # 4F
New York, NY 10036-3567

Matt Gallagher
112 Withers Street, Apt 2
Brooklyn, NY 11211-2314

Megan Wood
5460 White Oak Ave #A306
Encino, CA 91316-4547

Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210-1421

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007-2637

Michael H Weiss
Weiss & Spees
6310 San Vicente Blvd Ste 401
Los Angeles, CA 90048-5427

Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5

Midwest Lists And Media
9301 Milwaukee Avenue
Niles, IL 60714-1303

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104-4547

Mojo Host
30300 Telegraph Road, Ste 300
Bingham Farms, MI 48025-5822

Murat Saygi Ebulula Mardin
Cad Caglayan Sitesi B
Blok N 12 D 4 34335
Akatlar- Besiktas STANBUL Turkey

Nathanael Kalfa Consulting
16 Broadfields Avenue
Edgware Middlesex HA8 8PF
London, ENGLAND

NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808-1660

Network Domain Services N V
Schottegatweg Oost 44
P.O. Box 812 Willemstad Curacao

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA 19087-1707

Ninja Partners, Inc
1621 E. 6th Street, Suite 1130
Austin, TX 78702-3379

NOA Productions SPRL
c/o Dumas & Kim, APC
3435 Wilshire Blvd., Ste. 990
Los Angeles, CA 90010-1998

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311-8328

Office Depot
6600 N Military Trail
S413G
Boca Raton, FL 33496-2434

Office Depot
P O Box 70025
Los Angeles, CA 90074-0025

OFFICE OF  FINANCE   CITY OF LOS
ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Orkin
P O Box 7161
Pasadena CA  91109-7161

Orkin
P O Box 7161
Pasadena CA  91109-7161

Palm Beach Beaute, LLC
124 North Swinton Ave
Delray Beach, FL 33444-2634

Palm Coast Data LLC
Attn Finance Dept
11 Commerce Blvd Palm Coast, FL 32164

Paracorp Inc dba PARASEC
P O Box 160568
Sacramento CA  95816-0568

Penthouse Digital Media Productions, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Global Broadcasting, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Global Broadcasting, Inc.
c/o Dumas & Kim, APC
3435 Wilshire Blvd., Ste. 990
Los Angeles, CA 90010-1998

Penthouse Global Digital, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Global Licensing, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Global Publishing, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Penthouse Images Acquisitions, Ltd.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Phe Inc
302 Meadowland Drive
Hillsborough, NC 27278-8502

Phillip J Hanrahan Jr
6031 N Lake Drive
Whitefish Bay, WI 53217-4647

Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403-3617

PR Newswire Association LLC G
P O Box 5897,
New York, NY 10087-5897

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Pretty Things Press
P O Box 55
Point Reyes Station, CA 94956-0055

PriorityWorkforce
2170 S Towne Center Pl #350
Anaheim CA 92806-6148

Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
Attn.: Seth H. Lieberman

Pure Entertainment Telecommunications,
Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367-4923

Revideo Inc dba Art Attack Productions
10945 Old Santa Susana Pass
Chatsworth, CA 91311-1205

Ricardo C Ferrise
940 N Stanley Avenue, #8
West Hollywood, CA 90046-6324

Robert M Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019-5849

Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA 91352-3631

ROLLIN' DICE PRODUCTIONS
842 WILCOX AVE #1
LOS ANGELES, CA 90038-3654

Safe Keeping Records
8826 Megan Avenue
West Hills, CA 91304-1328

Sahar Yakhi
7037 Alabama Ave, #204
Canoga Park, CA 91303-3141

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Savana Maisah Johnson
6419 10th Avenue #23
Los Angeles, CA 90043-4141

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Sedgwick LLP
Attn:  Curtis D. Parvin
2646 Dupont Drive
Suite 60 $503
Irvine, CA 92612-7651

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO  64108-2662

SESAC
35 Music Sq E
Nashville, TN 37203-4362

SF Trust LLC
c/o Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025-1164

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA 91316-2534

So Cal Licensing
3430 Precision Drive
North Las Vegas, NV 89032-7979

Spieglergirls.com
Mark Spiegler
22121 Clarendon St. Unit 454
Woodland Hills, CA 91365

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660-1413

SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127

Steven Austin Barber
301 Harvard Drive
Arcadia, CA 91007-2637

Steven Moser
601 Stevens St,
SW Watertown, MN 55388-9403

Streamray Studios, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Takedown Piracy Inc
8045 Retriever Ave
Las Vegas, NV 89147-3754

Tan Door Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Terrence A. Lucero CPA
17609 Ventura Blvd, # 215B
Encino, CA 91316-3858

TGG Accounting
10188 Telesis Court Suite 130
San Diego, CA 92121-4779

TGG Accounting
6162 Nancy Ridge Drive Ste 100
San Diego, CA 92121-3223

The Official Committee of Unsecured
Creditor
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-4200

Theodore P Horton-Billard Jr
137 S Maple Drive # 105
Beverly Hills, CA 90212-3333

Thomas Morton
288 Graham Ave, # 1
Brooklyn, NY 11211-4903

Thomas O' Brien
200 N San Fernando Rd Loft 304
Los Angeles, CA 90031-1339

Thomas Pell
1092 Hwy 11W
Bean Station,TN 37708-5806

Timothy Driver
433  North Camden
Suite 970
Beverly Hills, CA 90210-4413

Todd Francis
4328 Grand View Blvd
Los Angeles, CA 90066-6229

Tom Fox
P O Box 2402
Santa Cruz CA 95063-2402

Total Records Info Management LLC
371 Starke Road
Carlstadt, NJ 07072-2107

Total Records Info Management LLC
Stuart Komrower Esq Cole Schotz PC
25 Main St Court Plaza North
Hackensack NJ 07601

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

V&M Design
13226 Azores Ave
Sylmar, CA 91342-4406

FF Business
13031 West Jefferson Blvd
Building 900
Los Angeles, CA 90094-7002

Vincenza Vignetti
Asti AT 14100 Italy

Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650-6816

WebDotCalm
237 Town Center West, #267
Santa Maria, CA 93458-5075

Weiss & Spees, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2752

WGCZ Ltd., S.R.O.
attn. P. Brent
c/o Steinberg Nutter & Brent, Law Corp.
23801 Calabasas Road, #2031
Calabasas, CA 91302-3316

Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA 91325-3044

Willett Associates
PO Box 380414
Birmingham AL 35238-0414

William G. Florence
9655 E. Saguaro Summmit Ct.
gold Canyon, AZ 85118-4886

Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA 90007-3816

XVHUB Group, Inc.
8944 Mason Ave.
Chatsworth, CA 91311-6107

Yehuda Shahar
PR Consulting PO Box 708
Tzur Moshe 42810, Israel

Zachary Lipez
310 Greenwich St Apt 33E
New York, NY 10013-2717

Zinio, LLC
75 Remittance Dr, Dept 6825
Chicago IL  60675-6825

Adobe
345 Park Avenue
San Jose, CA 95110

AFCO Credit Corp
8885 Rio San Diego Drive
Suite 347
San Diego, CA 92108

Aflac
1932 Wynnton Road
Columbus, GA 31999

Aflac
Worldwide Headquarters
Columbus, Georgia  31999

Allgemeines Treuuntemehmen
Aeulestrasse 5
9490 Vaduz
Liectenstein

Art attack dba revideo
10945 Old Santa Susana Pass
Chatsworth, CA  91311

AT&T
PO Box 5019
Carol Stream, IL  60197-5019

Atlassian Pty Ltd.
341 George Street
Sydney, NSW, 2000
Australia

Belgacom SA and Skynet iMotions Activities
SA/NV
Rue Carli 2, 1140
Brussels, Belgium

Belgacom SA and Skynet iMotions Activities
SA/NV
Boulevard du Roi albert 11 27
B 1030
Brussels Belgium

BK International 2016, S.L.
José Luis De la Guardia Cassinello
DE LA GUARDIA Law Firm
C/ Tubo, 8 (2º-G)
28223 Madrid
SPAIN

Borgmeier Media Groupe GmbH
Lange Strabe
12, 22749 Delmenhorst
Germany

Bouygues Telecom
32 Avenue Hoche
75008 Paris France

Bulgarian Telecommunications Company
EAD trading as Vivacom
Attn:  Mr. Evelin Iliev
N151i  Tsarigradsko Shose Blrd., Building A
Sofia, Bulgaria 1784

Bulsatcom AD
15 Magnaurska Shkola Str.
ZIT, Corpus II
Floor 3 1784 Sofia Burgaria

C.HOCQUEL Inc
Catherine Brandt
9993 Wornom Avenue
Sunland, CA 91040

CAIW Meida BV
Instriestraat 30, 2671 CT
Naaldwijk
The Netherlands

Canal + International
48, Quai du Point du Jour
92659 Boulogne-Billancourt
Cedex France

Catherine Brandt
9993 Wornom Avenue
Sunland, CA 91040

Choice Buider
721 S. Parker, Suite 200
Orange, CA 92868

Claxon Media, LLC Playboy TV Latin
America
Claxon Media LLC
990 Biscayne Boulevard, Suite 1003
Miami, Florida 33132

Coditel Brabant sprl & Coditel Sarl
Route d'Arlon 283
8011 Strassen Luxembourg

Coditel Brabant sprl & Coditel Sarl
Rue des Deux Eglises 26
1000 Brussels, Belgium

Colorado Satellite Broadcasting (NOOF)
7007 Winchester Circle, Suite 200
Boulder, CO  80301

CSC Corporate Domains inc
251 Little FGalls Drive
Willmington, DE 19808-1674

Cyber Pro, Inc. f/s/o Michael Schultz
PO Box 26203
Milwaukee, WI 53226

Cybex Security Solutions
Cybex Security of Southern California
30 Fairbanks #114
Irvine, CA 92618

DBS Satellite Services (1998) LTD, Trading
as Yes
6 Hayozma Street
Industrial Area Kfar
Sava Israel

Digital Cable Group AG
Chollerstarasse 24 Ch-6301
Zug Switzerland

Digital World Television SRL
Napoli Italy
Digital World Television SRL
Via Capasso 1
80067 Sorrento Napoli
Italy

D-Smart k/a Dogan TV
Turkey North Cyprus
Deutsche Telekom AG
Fr.-Ebert-Allee 140
53113 Bonn, Germany

Bulgarian Telecommunications Company
EAD trading as Vivacom
Attn:  Mr. Evelin Iliev
1151 Tsarigradsko Shose Blvd, Building A
1784 Sofia Bulgaria

ED Publications, Inc
2431 Estancia Blvd., Bldg. B
Clearwater, FL 33761

Eli B Dubrow trustee of the Eli B Dubrow
and Mary Collins Dubrow 1981 Trust
P.O. Box 491995
Los Angeles, CA 90049

Encuentros
10945 Old Santa Susana Pass
Chatsworth, CA  91311

Faronet Srl
00197 Roma Italy
Faronet Srl
Via Andrea Lavezzolo 28
00127 Roma, ITALY

Fifth Dimension Properties Inc.
5582 Manotick Main Street
Manotick, ON
K4M 1E2
Canada

Franchise Tax Board
Franchise Tax Board Legal Division
P.O. Box 1720
Rancho Cordova, CA 95741-1720

FREE
8 rue La Ville L'Eveque
75008 Paris France

GAM inventory Management services
Gam Inventory Management Services
205 Campus Drive
Kearny, NJ 07032

GoDaddy, Inc.
14455 N. Hayden Rd.
Scottsdale, AZ 85260

Groupe Canal +
1 Place du Spectacle
92863 Issy
Les Moulineaux France

Hellenic Telecommunications Organizations
S.A. (OTE)
99 Kifissias Avenue
15124 Maroussi
Athens, Greece
Attn:  Head of IPTV Content

Hot Telecommunications Systems Ltd.
Euro park
Yakum Industrial Zone
Kibbutz Yakum 60972
Israel

HP Hrvtska posta d.d. (Electra)
Jurisiceva 13
10 000 Zagreb Croatia

Inovio Payments, LLC
Woodland Hills, CA
Inovio Payments
Attn: Accounts Payable
250 Stephenson Hwy
Troy, MI  48083

John R. Cope
8944 Mason Avenue
Chatsworth, CA 91311

John Willett d/b/a Willett Associates
PO Box 380414
Birmingham, AL 35238

Kabel Deutsch G
Vodafone Kabel Deutschland GmbH
Abt. FOLI
Ferdinand-Braun Platz 1
D_40549 Dusseldorf
Germany

Keith L. Whitworth
CPA
595 Lincoln Avenue, Suite 206
Pasadena, CA 91103

Kim & Chang Intellectual Property
Jeongdong Building
17F, 21-15 Jeongdong-gil
Jung-gu, Seoul 04518
Korea

Krea Icerik Hizmetleri Ve Produksiyon AS
"Digiturk"
Turkey North Cyprus
Krea Icerik Hizmetleri Ve Produksiyon AS
Abbasaga Mahallesi Ishani No 45
Kat: 1-2-3
Besiktas – Istanbul  **TURKEY**

Lay International
17867 Suite 201-1202
Hyeonsin 76, 3-gil Pyeonteak
South Korea

Liberty Global
Attn:  Managing Director Programming
Boeing Avenue 53, 1119 PE
Schiphol Rijk
The Netherlands

Lincoln National Life Insurance company
PO Box 21008
Greensboro, NC  27420-1008

M7 (2 Agreements)
2 Rue Albert Borschette
L-1246, Luxembourg

Magyar Telekom Nyrt
H-1117
Budapest
Kaposvar utca 5-7
Hungary

Majestic Fire, Inc.
5160 Van Nuys Boulevard, #257
Sherman Oaks, CA 91403

Marketing Digital Y Servicios 3Mobile Mkt
S.R.L.
Av. San Martin No. 1800 UV: 58MZNO:24,
Tacural,  Suite 301
Equipetrol de la ciudad de Santa Cruz de la
Sierra, Bolivia

Mikarnial Ltd d/b/a Divan TV Service
Spyrou Kyprianou 61
SK House
4003 Limassol, Cyprus

Mitratech Holdings, Inc.
5001 Plaza on the Lake, Suite 111
Austin, TX 78746

Monaco Telecom
25 Boulevard de Suisse
98000 Monaco


NC Numericable
10 Rue Albert Einstein
77420 Champs sur Marme
France

NetNames
25 Canada Square
Canary Wharf London
UK E14 5LQ

OK SnowProblem, SL
Orense, 5 Street
Planta
28020 Madrid


One. VIP Doo Skopje f/k/a one.Vip Skopje
Blvd. Treta Makedonska Brigada 48
1000 Skopje
Macedonia

ORANGE (a/k/a France Telecom)
ContentDepartment
44 Avenue de la Republique CS
50010 92326  Chatillon
Cedex France

Orange Belgium S.A./N.V.
Avenue du Bourget 3 -
Bourgetlaan 3
1140 Bruxelles
Belbium


Orkin
16663 Roscoe Blvd
North Hills, CA 91343

Palm Beach Beaute
Paul Smith
124 N. Swinton Avenue
Delray, Florida 33444

Palm Coast Data, LLC
11 Commerce Boulevard
Palm Coast, Florida 32164


Parasec Global Document Filing & Retrieval
Paracorp Inc d/b/a Parasec
PO Box 16058
Sacramento, CA 95816

Paychex
21820 Burbank Blvd
Suite 1858
Woodland Hills, CA 91367

Personnel Concepts
3200 E Guasti Rd #300
Ontario, CA 91761


Personnel Concepts
Compliance Service Dept.
P.O. Box 3353
San Dimas, CA  91773

POS Innovation GmbH
POS:  Innovation GmbH Ostenallee
1-3 59063
Hamm, Germany

Right Networks
14 Hampshire Dr
Hudson, NH 03051


Salt Mobile SA
Rue du Caudray 4
CH-1020 Renens
Switzerland
Attention of:  Yoann Carroux

Sicem International Srl
50019 Sesto Florentino, Italy
Attn:  Andreas Lastraioli

SkyItalia S.r.l.
20138 Milano, Italy
Sky Italia srl
Via Monte Penice, 7
20138 Milano. Italy


Smash
9619 Canoga Avenue
Chatsworth, CA 91311

Support Ninja
701 Brazos St., Suite 1616
Austin, Texas 78701

Tango S.A.
177 rue de Luxembourg
L-8077 Bertance Grand Dutch of
Luxembourg


Ted Hornton-Billard
137 S Maple Drive, #137
Beverly Hills, CA 90212

Tele 2 Netherlands BV
Wisselwerking 58
Diemen The Netherlands

Telekom Deutsch AG
Deutsch Telekom AG
T-Online Allee 1 D-64295
Darmstadt


Telekom Romania f/k/a sc Romtelecom
City Gate North Tower 3-5 Piata Presci
Libere
7 18 Floors District 1
Bucharest Romania

Telenet b.v.b.a.
Liersesteenweg 4 2800
Mechelen Belgium

Telia Estonia AS f/k/a Elion
16 Valge Str. Harjumaa
11415 Tallinn
Estonia

Telia Lietuva AB
Attention: Tomas Tamulevicius
Lvovo Str. 25
LT-03501 Vilnus
Lithuania

TeNeues Calendars & Stationary GmbH
f/k/a
TeNeues Verlag GmbH & Co KG
Am Selder 37, D-47906
Kempen
Germany

T-Mobile Thuis B.V. f/k/a Vodafone Thuis
B.V. f/k/a Vodafone
Barbara Strozzilaan 101
1083 HN Amsterdam
The Netherlands

TTokken MSB Inc. o/a Viceorg
Tokken MSB Inc. o/a Vice.org
5582 Manotick Main Street
Manotick
Ontario, CAnada K4M 1B3

Top Media Distribution Limited "Top Media"
(Platform: Megogo)
Rialto, BC
188 Novokostyantynivska Street
Kyiv, 04080 Ukraine

TVN Distribution Ltd. fka Nordelink Bulgaria
Ltd.
d/b/a Networkx TV
18, Tsarkovna Nezavisimost str.
7000 Rousse, Bulgaria
Attn: Mr. Damyan Naidenov, CEO

Unitymedia NRW GmbH, Unitymedia Hessen
GmbH & Co KG and Unitymedia BW GmbH
The Managing Director Programming Liberty
Global B.V.
Boeing Avenue 53
1119 PE Schiphot Rijk
The Netherlands

Uline
2950 E Jurupa St
Ontario, CA 91761

UPC Romania S.R.L.
62D Sos Nordlui
Bucharest Romania

Vision TV LLC
3/42 Polovetska St.
Kyviv 04107
Ukraine

VITIS SAS
10 Avenue de l'Arche
CS 50052
92419
Courbevoie Cedex

Voilia
Ukraine

Vubiquity Management Limited
3 More London Riverside
London SE1 2AQ

Waste Management
1001 Fannin Street
Houston, Texas 77002

WIPO
World Intellectual Property Organization
34, chemin des Colombettes
CH-1211 Geneva 20
Switzerland

WSM Investment d/b/a Topco
WSM Investment, LLC
d/b/a Topsco Sales
3900 Heritage Oak Court, #B
Simi Valley, CA 93063
Attn: Autumn O'Bryan

Ziggo B.V.
Attn: Dirextor Content & Programming
Atoomweg 100
3542 AB Utrecht
The Netherlands

Ziggo B.V.
Liberty Global
Attn: Managing Director Programming
Boeing Avenue 53, 1119 PE
Schiphol Rijk
The Netherlands

Zinio, LLC
575 Lexington Avenue, 17th Floor
New York, NY 10022

Mandalay Bay Resort & Casino
3950 Las Vegas Blvd. South
Law Vegas, NV 89119

Victor Gonzalez
2956 N. Brighton
Burbank, CA 91504

Brianna Heller
11255 Monogram Ave
Granada Hills, CA 91344

Sasha Hiltpold
1847 Winona Blvd., Apt. 306
Los Angeles, CA 90027

Gorilla Convict, LLC
1019 Willott Road
St. Peters, MO 63376

Dubravka Pintaric
Sloan Harper
17656 Avenida Manzana
Desert Hot Springs, CA 92241

Citco
Curacao International Trust Company
Network Domain Services N.V.
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao

Lock Solutions, Inc.
11107 Burbank Blvd.
North Hollywood, CA 91601

Ready Refresh
A Division of Nestle Waters North America
Inc.
P.O. Box 856158
Louisville, KY 40285-6158

Ameci Pizza Kitchen
20021 Roscoe Blvd.
Winnetka, CA 91306

General Media Communications, Inc.
c/o FriendFinder Networks Inc.
19749 Dearborn Street
Chatsworth, CA 91311
Attn: Director, Licensing

General Media Communications, Inc.
220 Humboldt Court
Sunnyvale, CA 94089
Attention: General Counsel

General Media Communications, Inc.
19749 Dearborn Street
Chatsworth, CA 91311
Attention: Director, Licensing

Palm Beach Beaute, LLC
124 N Swinton A venue
Delray Beach, FL 33444
Attn: Mr. Harold Hickovics, CEO

Fox Rothschild LLP
Attention: Howard Bregman, Esq.
222 Lakeview Avenue, Suite 700
West Palm Beach, Florida 33401

Sam Phillips
1560 N. Laurel Avenue #103
Los Angeles, CA 90046

ATMLA
22020 Clarendon St.
#300
Woodland Hills, CA 91367

Mark C. Wenzel
43850 N. 20th St. East #34
Lancaster, CA 93535

Rock n Roll Gypsy
32710 Wagon Wheel Rd.
Santa Clarita, CA 91390

KL Group, Inc.
6433 Topanga Canyon Blvd. #615
Canoga Park, CA 91303

SPF Transfer
9145 Owensmouth Ave.
Chatsworth, CA 91311

Susan Templeton
PO Box 1736
Frazier Park, CA 93225

Randco
15120 Monte Street
Sylmar, CA 91342

TA Security
PO Box 3908
Orange, CA 92857

Wendy Nitz
8826 Megan Avenue
Canoga Park, CA 91304

Too Much Media
1116 Campus Drive West
Morganville, NJ 07551

Corsearch
Attn: A/R Department
111 8th Avenue, 13th Floor
New York, NY 10011

George Adams and Company Ins. Agy. LLC
4501 Cartwright Road
Suite 402
Missouri City, TX 77459

Peggy Druyun
3866 San Gabriel St.
Simi Valley, CA 93063

Amanda Flores
13226 Azores Ave
Sylmar, CA 91342

Stormy Entertainment
1124 Glendon Dr.
Forney, TX 75126

California Choice Benefit Administrators
Attn: Accounts Receivable
PO Box 7088
Orange, CA 92863-7088

Choice Builder
Attn: Accounts Receivable
PO Box 7405
Orange, CA 92863-7405

Angela Derasmo
104 Ventura Way
Chatsworth, CA 91311

LADWP
PO Box 36808
Los Angeles, CA 90039

The Lincoln Financial National Life
Insurance Co
PO Box 7247-0477
Philadephia, PA 19170-0477

SoCal Gas
PO Box C
Monterey Park, CA 91756-5111

Marika Hase
22647 Ventura Blvd. #1006
Woodland Hills , CA 91367

Elisabeth Anne Yates
2232 S. Nellis Blvd.
Box 404
Las Vegas, NV 89104

Leia Cimarolli
5225 Blakeslee Avenue
Unit 450
North Hollywood, CA 91601

Rachel Anne James
237 N. Park View St.
Los Angeles, CA 90026

Alan Dershowitz Consulting LLC
c/o CBIZ MHM LLC
1675 N. Military Trail
5th Floor
Boca Raton, FL 33486

Ashley Hinojosa
11920 Painter Ave.
Whittier , CA 90605

Ashley Nicole Deckard
16826 Glenbrook Blvd.
Clermont, FL 34714

Camille Todaro
6308 Windcrest Dr. #3122
Plano, TX 75024

Candice A. McMillan
5625 Salem Church Rd.
Knoxville, TN 37938

Corinna Jo Ireland
21740 Uimus Dr.
Woodland , CA

Eric Del Carlo
1204 Lincoln Ave.
Arcata, CA 95521

Holmes World Media Inc.
1632 Highland Ridge Rd.
Georgetown, TX 78628

Jessie Doak
269 S Beverly Dr
Beverly Hills, CA 90212

Kier LLC
61 Duffield Street
Unit 3
Brooklyn, NY 11201

Kristin Stec
36 Carlton Street
Malverne, NY 11565

Matthew Westphalen
6657 Rhea Ave.
Reseda, CA 91335

Meatier Shower Productions, Inc.
Attn: Joe DeRosa
3941 Veselich Ave
Apt. 350
Los Angeles, CA 90039

Melinda Smith
4230 Centinela Ave.
Los Angeles, CA 90066

The Mish Way Inc.
301 Harvard Drive
Arcadia, CA 91007

Mitchell Sunderland
960 Oxford Avenue , Apt. 101
Los Angeles, CA 90006

Sarah A. Eastly
6017 Annunciation Street
New Orleans, LA 70188

Kelly Holland
10945 Old Santa Susana Pass Rd.
Chatsworth, CA 91311-1205

John R. Cope
1924 Leman Street
South Pasadena, CA 91030

Tracy Bagatelle Black
Bagatelle Black Public Relations
22010 Jodi Place
Santa Clarita, CA 91350

Iron Mountain Film & Sound
PO Box 27129
New York, NY 10087-7129

101 Modeling Inc.
6234 Shoup Ave.
Woodland Hills , CA 91367

Effin Lighting Inc.
17125 Parthenia St.
Northridge, CA 91325

Nexxxt Level Talent Agnecy LLC
21501 Roscoe Blvd.
Unit 120
Canoga Park, CA 91304

Terilyn Groves
11760 Laurelcrest Dr.
Studio City, CA 91604

Brandon Freasier
12215 Castlebay Place
Porter Ranch, CA 91326

Britney Marketing Inc.
1157 Brookmeade Circle
Beaumont, CA 92223

Chad Michael Fjerstad
316 Pasadena Ave.
Unit 5
South Pasadena, CA 91030

CF Work Inc.
6038 Tampa Ave.
Suite 321
Tarzana, CA 91356

Bonnie Faizel
1620 Silver Glen Avenue
Las Vegas, NV 89123

Zendesk
1019 Market Street
San Francisco, CA 94103

Renee Parry
PO Box 3115
Glendale , CA 91221

Miles Raymer
1130 Bedford Ave.
Unit 214
Brooklyn, NY 11216

Jason Sullivan
13506 Dryer Street
Sylmar, CA 91342

ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago , IL 60680-1741

CSC Corporate Domains, Inc.
PO Box 13397
Philadelphia, PA 19101-3397

AFCO
PO Box 360572
Pittsburgh, CA 15250-6572

Randco
15120 Monte Street
Sylmar, CA 91342

C. Hocquel Inc.
8310 Jayseel Street
Sunland , CA 91040

Waste Management - Los Angeles
PO Box 541065
Los Angeles, CA 90054-1065

Arkena, Inc.
3000 Olympic Blvd.
Suite 2369
Santa Monica , CA 90404

Darryl Rosenfeld
32710 Wagon Wheel Rd.
Santa Clarita, CA 91390

Delicate Gem Corp.
64 West 47th Street
Unit F18
New York, NY 10036

Rancho Providencia
10945 Old Santa Susana Pass Rd.
Chatsworth, CA 91311

U.S. Trustee
U.S. Trustee Payment Center
PO Box 530202
Atlanta, GA 30353-0202

Lawrence Wilkerson
595 Lincoln Avenue
Suite 206
Pasadena, CA 91103

BizFilings
39922 Treasury Center
Chicago, IL 60694-9900

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Jagger Rosenfeld
43564 Gadsten Ave. #402
Lancaster, CA 93550

Rick Gumerman
22044 Clarendon St. #315
Woodland Hills, CA 91367

Michele Ann Novacich
6710 Variel Ave #415
Woodland Hills, CA 91303

Matthew Brannis
6234 Shoup Avenue
Woodland Hills, CA 91367

Christina Alvena Ignatov
3251 Cardiff Ave. #2
Los Angeles, CA 90033

Jill Sharma
22031 Victory Blvd.
Woodland Hills , CA 91303

DMV Renewal
PO Box 942894
Sacramento, CA 94294-0894

Jay Mourad
25743 Hogan Drive
Unit F-5
Valencia, CA 91355

Encuentros Post
10945 Old Santa Susana Pass Rd
Chatsworth, CA 91311

Amanda Woods
14357 Martha Street
Van Nuys , CA 91401

Bruno Burghard
1540 Third Street
Simi Valley, CA 93065

Elena Gharbigi
7763 Via Catalina Ave.
Burbank, CA 91501

Fabiana Cardozo Rivera
12907 Terrace Blvd.
Plainfield, IL 60585

Shelby Productions
541 S. Spring St.
Unit 304
Los Angeles, CA 90013

Steve Delmonte
328 W Delavan Ave
Buffalo, NY 14213

Audio Network
246 5th Avenue
6th Floor
New York, NY 10010

Chad Stafford
5622 Celine Drive
Citrus Heights, CA 95610

James Nono
4227 Brunswick Avenue
Los Angeles, CA 90039

Sean Madzelonka
6234 Shoup Avenue
Woodland Hills, CA 91367

Spieglergirls, Inc.
22647 Ventura Blvd.
No. 1006
Woodland Hills, CA 91367

Barber Fabrication
14612 Voltaire Drive
Frazier Park , CA 93225

Motley Models
5776D Lindero Canyon Rd.
No. 397
Westlake Village, CA 91362

Broadway Advisors LLC
511 30th Street
Newport Beach, CA 92663

Mitratec Holding Inc.
5001 Plaza on the Lake
Suite 111
Austin, TX 78746

Christine Bishop
2863 Brookside Drive
Mobile , AL 36693

YNot Mail
PO Box 922728
Norcorss, GA 30010

321 Bayshore Investments, Inc.
1717 North Bayshore Drive
Suite 4256
Miami, FL 33132

Sarah Walker
250 Rowayton Ave
Norwalk, CT 06853

James Silk Cartoons
4872 North 1000 West
Earl Park, IN 47942

Matrix Models
269 South Beverly Dr.
Suite 922
Beverly Hills, CA 90212

Ariauna Albright
4300 Colfax Ave.
No. 9
Studio City, CA 91604

DS Computer Care
31781 Calle Del Cielo
Castaic , CA 91384

Win-Win ALLSI Inc.
3111 Burbank Blvd., #204
Burbank, CA 91505

Parasec Global Document Filing & Retrieval
Safe Keeping Records
8826 Megan Avenue
West Hills, CA 91304

Art attack dba revideo
Atlassian Pty Ltd.
341 George Street, Sydney
NSW, 2000, Australia

Faronet Sri
Via Atto Tigri 11
00197 Roma Italy

Kabel Deutsch G
Betastrasse 6-8
Unterfoehring, 85774
Gennany

Ogun Consulting
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

Ogun Sprl
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

GMI ONLINE VENTURES, LTD.
2342 82nd A venue, #3
Brooklyn, NY 11214