UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Penthouse Global Media, Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:      1:18-bk-10098-MB<br>Operating Report Number:    10<br>For the Month Ending:     9/30/2018 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     21,194,898.95

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,992,690.21

3. BEGINNING BALANCE:      2,245,317.66

4. RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | 0.00 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | 0.00 |
| Other (Specify)    (See attached - page 4) | 202,383.54 |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD:     202,383.54

5. BALANCE:     2,447,701.20

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 7) | 100,868.77 |
| Disbursements (from page 7) | 754.95 |

TOTAL DISBURSEMENTS THIS PERIOD:***     101,623.72

7. ENDING BALANCE:     2,346,077.48

8. General Account Number(s):

| |
| --- |
| Texas Capital Bank #1697  (Operating) |
| Texas Capital Bank #2984  (Operating) |
| Texas Capital Bank #2992 (closed 6/30/18) |
| Texas Capital Bank #3008 (closed 6/30/18) |
| **Prepetition accounts authorized to remain open:** |
| East West Bank #9646  (Operating) |
| East West Bank #3035  (Operating) |
| Bank of America #8253  (Credit Card Collections) |

Depository Name & Location:     TCB - Richardson, TX;  EWB - Pasadena, CA;  BOA - Tampa, FL

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.

***This amount should be the same as the total from page 2.

Transaction by Account

| Date mm/dd/yy | Payee or DIP account | Amount |
|---|---|---|
| | **BOA 8253:** | |
| | No deposits | |
| | | |
| | | **$0.00** |
| | **EWB 9646:** | |
| 9/6/2018 | Onln Bkg Trft C FR ACC 08088013852 | 67,521.64 |
| 9/21/2018 | Onln Bkg Trft C FR ACC 08088013852 | 33,993.13 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Sub-Total | **$101,514.77** |
| | **EWB: 3035-DIP** | |
| | No deposits | |
| | | 0.00 |
| | Sub-Total | **$0.00** |
| | **TCB 1697 - General:** | |
| 9/6/2018 | WIRE IN T: 1304 FED # 001187 PENTHOUSE GLOBAL MEDIA INC | 66,875.64 |
| 9/21/2018 | WIRE IN T: 1406 FED # 001548 PENTHOUSE GLOBAL MEDIA INC | 33,993.13 |
| | | |
| | | |
| | | |
| | | **$100,868.77** |
| | **TCB: 2984 - Segregated** | |
| | No deposits | 0.00 |
| | | 0.00 |
| | Sub-Total | **$0.00** |
| | **TCB: 2992 - Segregated Sale Acct:** | |
| | Closed account | |
| | | |
| | | 0.00 |
| | Sub-Total | **$0.00** |
| | **TCB: 3008 - Kirkendoll Settlement:** | |
| | Closed account | |
| | | 0.00 |
| | Sub-Total | **$0.00** |

|  | **TOTAL CREDITS THIS PERIOD:** | **$202,383.54** |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | **BOA: 8253** | | | | |
| 09/04/18 | Debit | Monthly Fee for Business Advantage | | | 29.95 | 29.95 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | Sub-Total | 0.00 | 29.95 | 29.95 |
| | | **EWB: 9646-DIP** | | | | |
| 09/04/18 | Debit | Cash Managemnt | BB PREMIER WIRE MO DULE | | 30.00 | 30.00 |
| 09/04/18 | Debit | Cash Managemnt | BB PREMIER ACH MOD ULE | | 30.00 | 30.00 |
| 09/04/18 | Debit | Cash Managemnt | BB PREMIER ACH ORI G ACCT | | 120.00 | 120.00 |
| 09/04/18 | Debit | Cash Managemnt | BB PREMIER MONTHLY | | 258.00 | 258.00 |
| 09/05/18 | Debit | Cash Managemnt | DEPBRIDGE+ EQUIPME NT | | 50.00 | 50.00 |
| 09/05/18 | Debit | Cash Managemnt | DEPBRIDGE+ MONTHLY | | 120.00 | 120.00 |
| 09/06/18 | Debit | Outgoing Wire | Penthouse Global M edia Inc. | 66,875.64 | | 66,875.64 |
| 09/06/18 | Debit | Service Charge | OUTGOING WIRE | | 12.00 | 12.00 |
| 09/21/18 | Debit | Outgoing Wire | Penthouse Global M edia Inc. | 33,993.13 | | 33,993.13 |
| 09/21/18 | Debit | Service Charge | OUTGOING WIRE | | 12.00 | 12.00 |
| 09/30/18 | Debit | Maintenance Fee | | | 14.00 | 14.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Sub-Total | 100,868.77 | 646.00 | 101,514.77 |
| | | **EWB: 3035-DIP** | | | | |
| 09/06/18 | Debit | Cash Managemnt | BB PREMIER CROSS B ORDER | | 25.00 | 25.00 |
| 09/06/18 | Debit | Cash Managemnt | ACH POS PAY DEBIT ACCT | | 40.00 | 40.00 |
| 09/30/18 | Debit | Maintenance Fee | | | 14.00 | 14.00 |
| | | | Sub-Total | 0.00 | 79.00 | 79.00 |
| | | **TCB 1697 - General:** | | | | |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | Sub-Total | 0.00 | 0.00 | 0.00 |
| | | **TCB: 2984 - Segregated:** | | | | |
| | | No disbursements | | 0.00 | 0.00 | 0.00 |
| | | | Sub-Total | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 |

| Date mm/dd/yy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | TOTAL DISBURSMENTS THIS PERIOD | $ 100,868.77 | $ 754.95 | 101,623.72 |

GENERAL ACCOUNT
BANK RECONCILIATION
Texas Capital Bank #1697  (Operating)

| Bank statement Date: | 9/30/2018 | Balance on Statement: | $1,976,916.45 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |

TOTAL DEPOSITS IN TRANSIT | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 51066 | 03/28/18 | 100.00 |
| 51070 | 03/28/18 | 500.00 |
| 51071 | 03/28/18 | 250.00 |
| 51087 | 03/29/18 | 100.00 |
| 51314 | 05/24/18 | 1,000.00 |

TOTAL OUTSTANDING CHECKS: | 1,950.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $1,974,966.45

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

 **TEXAS CAPITAL BANK®**

2350 Lakeside Blvd., Ste. 800, Richardson, TX 75082

*Statement Ending 09/30/2018*

Page 1 of 2

**RETURN SERVICE REQUESTED**

ESTATE OF PENTHOUSE GLOBAL
MEDIA INC, DEBTOR
DAVID K GOTTLIEB, TRUSTEE
CASE # 18-10098
17000 VENTURA BLVD STE 300
ENCINO CA 91316-4112

## Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
| | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 2350 Lakeside Blvd Ste 800 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| CHAPTER 11 BANKRUPTCY CHECKING | 1697 | $1,976,916.45 |

## CHAPTER 11 BANKRUPTCY CHECKING- 1697

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2018 | **Beginning Balance** | **$1,876,047.68** |
| | 2 Credit(s) This Period | $100,868.77 |
| | 0 Debit(s) This Period | $0.00 |
| 09/30/2018 | **Ending Balance** | **$1,976,916.45** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 09/06/2018 | WIRE IN T:1304 FED # 001187 *PENTHOUSE GLOBAL MEDIA INC* | $66,875.64 |
| 09/21/2018 | WIRE IN T:1406 FED # 001548 *PENTHOUSE GLOBAL MEDIA INC* | $33,993.13 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/31/2018 | $1,876,047.68 | 09/06/2018 | $1,942,923.32 | 09/21/2018 | $1,976,916.45 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |


Member FDIC
EQUAL HOUSING LENDER

GENERAL ACCOUNT
BANK RECONCILIATION
Texas Capital Bank #2984  (Segregated)

| Bank statement Date: | 9/30/2018 | Balance on Statement: | $368,191.21 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $368,191.21 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

 **TEXAS CAPITAL BANK**®

2350 Lakeside Blvd., Ste. 800, Richardson, TX 75082

*Statement Ending 09/30/2018*

**Page 1 of 2**

**RETURN SERVICE REQUESTED**

ESTATE OF PENTHOUSE GLOBAL
MEDIA INC, DEBTOR
DAVID K GOTTLIEB, TRUSTEE
CASE # 18-10098
17000 VENTURA BLVD STE 300
ENCINO CA 91316-4112

**Managing Your Accounts**

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
|  | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 2350 Lakeside Blvd Ste 800 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| CHAPTER 11 BANKRUPTCY CHECKING | 2984 | $368,191.21 |

## CHAPTER 11 BANKRUPTCY CHECKING-        2984

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2018 | Beginning Balance | $368,191.21 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 09/30/2018 | Ending Balance | $368,191.21 |

### Daily Balances

| Date | Amount |
|---|---|
| 08/31/2018 | $368,191.21 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 Member FDIC
EQUAL HOUSING LENDER

GENERAL ACCOUNT
BANK RECONCILIATION
East West Bank #3035  (Operating)

| Bank statement Date: | 9/30/2018 | Balance on Statement: | $722.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $722.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# EAST WEST BANK Your financial bridge®

135 N. Los Robles Avenue, Suite 100
Pasadena, CA 91101

Direct inquiries to:
626-768-6088

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: September 01, 2018
ENDING DATE: September 30, 2018
Total days in statement period: 30
3035
( 0)

PENTHOUSE GLOBAL MEDIA INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #1:18-BK-10098-MB
17000 VENTURA BLVD SUITE 300
ENCINO CA 91311

Set up Direct Deposit and allow your payments to go into your account automatically. Save yourself a trip to the bank and no more waiting for paper checks. Enrolling is easy! Talk to your payer today.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3035 | Beginning balance | | $801.00 |
| Low balance | $736.00 | Total additions | ( 0) | .00 |
| Average balance | $746.83 | Total subtractions | ( 3) | 79.00 |
| | | Ending balance | | $722.00 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 09-06 | Cash Managemnt | BB PREMIER CROSS B ORDER MODULE | 25.00 |
| 09-06 | Cash Managemnt | ACH POS PAY DEBIT ACCT | 40.00 |
| 09-30 | Maintenance Fee | | 14.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 801.00 | 09-06 | 736.00 | 09-30 | 722.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION
East West Bank #9646  (Operating)

| Bank statement Date: | 9/30/2018 | Balance on Statement: | $1,974.00 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT**                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                    | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                    | $1,974.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# EAST WEST BANK  Your financial bridge®

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: September 01, 2018
ENDING DATE: September 30, 2018
Total days in statement period: 30
9646
( 0)

PENTHOUSE GLOBAL MEDIA INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #1:18-BK-10098-MB
17000 VENTURA BLVD SUITE 300
ENCINO CA 91316

Set up Direct Deposit and allow your
payments to go into your account
automatically. Save yourself a trip to the
bank and no more waiting for paper
checks. Enrolling is easy! Talk to your
payer today.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 9646 | Beginning balance | | $1,974.00 |
| Low balance | $1,366.00 | Total additions | ( 2) | 101,514.77 |
| Average balance | $1,956.80 | Total subtractions | ( 11) | 101,514.77 |
| | | Ending balance | | $1,974.00 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 09-06 | Onln Bkg Trfit C | 67,521.64 |
| | 09-21 | Onln Bkg Trfit C | 33,993.13 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 09-04 | Cash Managemnt | BB PREMIER WIRE MO DULE | 30.00 |
| 09-04 | Cash Managemnt | BB PREMIER ACH MOD ULE | 30.00 |
| 09-04 | Cash Managemnt | BB PREMIER ACH ORI G ACCT MAINT | 120.00 |
| 09-04 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 258.00 |
| 09-05 | Cash Managemnt | DEPBRIDGE+ EQUIPME NT | 50.00 |
| 09-05 | Cash Managemnt | DEPBRIDGE+ MONTHLY MAINT. | 120.00 |
| 09-06 | Outgoing Wire | Penthouse Global M edia Inc. | 66,875.64 |
| 09-06 | Service Charge | OUTGOING WIRE | 12.00 |
| 09-21 | Outgoing Wire | Penthouse Global M edia Inc. | 33,993.13 |
| 09-21 | Service Charge | OUTGOING WIRE | 12.00 |
| 09-30 | Maintenance Fee | | 14.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 1,974.00 | 09-05 | 1,366.00 | 09-21 | 1,988.00 |
| 09-04 | 1,536.00 | 09-06 | 2,000.00 | 09-30 | 1,974.00 |

# EAST WEST BANK Your financial bridge®

ACCOUNT STATEMENT
Page   2   of   2
STARTING DATE: September 01, 2018
ENDING DATE: September 30, 2018
9646

9300 Flair Drive Suite 106
El Monte CA 91731

PENTHOUSE GLOBAL MEDIA INC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

GENERAL ACCOUNT
BANK RECONCILIATION
Bank of America #8253  (Credit Card Collections)

| Bank statement Date: | 9/30/2018 | Balance on Statement: | $223.82 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $223.82 |
|---|---|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

PENTHOUSE GLOBAL MEDIA, INC.
8944 MASON AVE
CHATSWORTH, CA  91311-6107

**Business Advantage**

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking

for September 1, 2018 to September 30, 2018                Account number:        8253
**PENTHOUSE GLOBAL MEDIA, INC.**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2018 | $253.77 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -29.95 | Average ledger balance: $226.81 |
| **Ending balance on September 30, 2018** | **$223.82** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**                        LIFE / BETTER CONNECTED®

## The world's gonna know you. We're gonna help.

During October, we're celebrating National Women's Small Business Month. To view our
2018 Women Business Owner Spotlight, read articles from small business experts, and join in the
conversations, visit the Small Business Community at **bankofamerica.com/SBwomen**.

©2018 Bank of America Corporation | AR8NQHWF | SSM-04-18-0710.B

PULL: E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:    IMAGE: I  BC: CA6



**Bank of America**                                              **Your checking account**

PENTHOUSE GLOBAL MEDIA, INC.  |  Account #          8253  |  **September 1, 2018 to September 30, 2018**

## Service fees

Based on the activity on your business accounts for the statement period ending 08/31/18, a Monthly Fee was charged for your primary
Business Advantage Checking account.  You can avoid the fee in the future by meeting one of the requirements below:

○  $2,500+ in new net purchases on a linked Business credit card

○  $15,000+ average monthly balance in primary checking account

○  $35,000+ combined average monthly balance in linked business accounts

○  active use of Bank of America Merchant Services

○  active use of Payroll Services

○  enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards
please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/04/18 | Monthly Fee for Business Advantage | -29.95 |
| **Total service fees** | | **-$29.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 09/01 | 253.77 | 09/04 | 223.82 |

---

| Bank of America **Business Advantage** | LIFE / BETTER CONNECTED® |
|---|---|
| **Your Digital Tip of the Month** | Guaranteed bank-to-bank transfers<br><br>Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.<br><br>Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.** |

ARH98YHQ | SSM-03-18-0013.B

### GENERAL ACCOUNT
### BANK RECONCILIATION
Texas Capital Bank #2992  (closed)

| Bank statement Date: | 8/31/2018 | Balance on Statement: | $0.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | $0.00 |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT**                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                                   0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                                      $0.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

GENERAL ACCOUNT
BANK RECONCILIATION
Texas Capital Bank #3008  (closed)

| Bank statement Date: | 8/31/2018 | Balance on Statement: | $0.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | $0.00 | |

**TOTAL DEPOSITS IN TRANSIT**  0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

**TOTAL OUTSTANDING CHECKS:**  0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**  $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)
Texas Capital Bank #1770 (Payroll)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     614,223.23

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     614,223.23

3. BEGINNING BALANCE:     0.00

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)     0.00

5. BALANCE:     0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ENDING BALANCE:     0.00

8. PAYROLL Account Number(s):     Texas Capital Bank #1770 - (March - June 2018)
East West Bank #9646 - (January and February 2018)

Depository Name & Location:     TCB - Richardson TX; EWB - Pasadena, CA

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION
Texas Capital Bank #1770 (Payroll)

Bank statement Date: _____7/31/2018_____   Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

|                                                                      |
|----------------------------------------------------------------------|
|                                                                      |

ADJUSTED BANK BALANCE:                                      | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

Texas Capital Bank #2877  (Tax)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS ................ 0.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS ................ 0.00

3. BEGINNING BALANCE: ................ $0.00

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account) ................ 0.00

5. BALANCE: ................ $0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:*** ................ 0.00

7. ENDING BALANCE: ................ $0.00

8. TAX Account Number(s):        Texas Capital Bank #2877
                                 (Note: Tax account has not been used)

   Depository Name & Location:   TCB - Richardson, TX

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | None | None | None | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# TAX ACCOUNT
## BANK RECONCILIATION
Texas Capital Bank #2877  (Tax)

| Bank statement Date: | 7/31/2018 | Balance on Statement: | $0.00 |
| --- | --- | --- | --- |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
| --- | --- | --- | --- |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
| --- | --- | --- | --- |

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $0.00 |
| --- | --- |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | | | |
|---|---|---|---|
| | TCB #1697 | General Account: | $1,974,966.45 |
| | TCB #1770 | Payroll Account: | 0.00 |
| | TCB #2877 | Tax Account: | 0.00 |
| *Other Accounts: | Texas Capital Bank #2984 (Operating) | | 368,191.21 |
| | East West Bank #3035 (Operating) | | 722.00 |
| | East West Bank #9646 (Operating) | | 1,974.00 |
| | Bank of America #8253 (Credit Card Collections) | | 223.82 |
| | Texas Capital Bank #2992 (Seg. Sale Acct.) | | 0.00 |
| | Texas Capital Bank #3008 (Kirkendoll Settlement) | | 0.00 |
| *Other Monies: | | | |
| | | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                         $2,346,077.48

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | None-No petty cash account. | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                              0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| **Dream Media, Inc.** | **None** | **None** | 7 | **None** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | **TOTAL DUE:** 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: None

* Payroll taxes included in payments to Paychex        Total Wages Paid *: 143,987.95

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | None | None | None |
| State Withholding | None | None | None |
| FICA- Employer's Share | None | None | None |
| FICA- Employee's Share | None | None | None |
| Federal Unemployment | None | None | None |
| Sales and Use | None | None | None |
| Real Property | None | None | None |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less | 0.00 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | 7,582.83 | 0.00 | 0.00 |
| Over 120 days | 43,890.39 | 0.00 | 0.00 |
| TOTAL: | 51,473.22 | 0.00 | 0.00 |

8/1/2018

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less | 0.00 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 7,582.83 | 0.00 | 0.00 |
| 91 - 120 days | 11,309.82 | 0.00 | 0.00 |
| Over 120 days | 32,580.57 | 0.00 | 0.00 |
| TOTAL: | 51,473.22 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Westchester Surplus L | 1,000,000 | 2/18/2019 | 2/18/2019 |
| Worker's Compensation | Federal Insur. Comp. | Statutory | 2/18/2019 | 2/18/2019 |
| Casualty | Federal Insur. Comp. | Covered by Gen Liabilty | 2/18/2019 | 2/18/2019 |
| Vehicle | Federal Insur. Comp. | 1,000,000 | 2/18/2019 | 2/18/2019 |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 3/31/2018 | 1,291,175.92 | 12,911.76 | 5/1/2018 | 12,911.76 | 0.00 |
| 6/30/2018 | 13,451,451.17 | 134,514.51 | 7/24/2018 | 134,514.51 | 0.00 |
| 9/30/2018 | 754.95 | 7.55 | DUE 10/31/2018 |  | 7.55 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 147,433.82 |  |  | 147,426.27 | 7.55 |

* Post-Petition Accounts Payable SHOULD NOT include professional fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professional fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report.

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Kelly Holland | None | None | 0.00 |
| Keith Whitworth | 3/5/2018 | $6,667/month | 0.00 |
| Robert Campbell | None | None | 0.00 |
| Catherine Brandt | 3/5/2018 | $12,000/month | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Kelly Holland | None | None | 0.00 |
| Keith Whitworth | None | None | 0.00 |
| Robert Campbell | None | None | 0.00 |
| Catherine Brandt | None | None | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

**NOTE: This profit and loss statement has been adjusted for MOR reporting purposes only for the asset sale. The Trustee's tax professionals will make actual purchase price allocations and gain/loss calculations for tax purposes.**

| | Current Month | Cumulative Post-Petition |
|---|---:|---:|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | 0.00 | 294.15 |
| Net Sales/Revenue | 0.00 | (294.15) |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | 0.00 | 0.00 |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | (294.15) |
| Other Operating Income (Miscellaneous publishing) | 0.00 | 8,596.96 |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | 863,821.39 |
| Payroll Taxes | | 7,231.33 |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | 112,057.20 |
| Lease Expense - Personal Property | | |
| Insurance | | 268,524.74 |
| Real Property Taxes | | |
| Telephone and Utilities | | 47,709.56 |
| Repairs and Maintenance | | 5,414.17 |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Bank and payroll processing fees) | 754.95 | 336,214.52 |
| Total Operating Expenses | 754.95 | 1,640,972.91 |
| Net Gain/(Loss) from Operations | (754.95) | (1,632,670.10) |
| **Non-Operating Income:** | | |
| Interest Income | . | |
| Net Gain on Sale of Assets (Itemize) | | 12,721,036.57 |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 12,721,036.57 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (US Trustee quarterly fees) | 0.00 | 139,064.51 |
| Total Non-Operating Expenses | 0.00 | 139,064.51 |
| **NET INCOME/(LOSS)** | (754.95) | 10,949,301.96 |

x BALANCE SHEET
(ACCRUAL BASIS ONLY)

**NOTE:** This balance sheet has been adjusted for MOR reporting purposes only for the asset sale. The Trustee's tax professionals will make the actual purchase price allocations and adjustments for tax purposes.

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 2,346,077.48 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize)  Intercompany | | |
| Total Current Assets | | 2,346,077.48 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 6,053.68 | |
| Other (Itemize) Total Other Current Assets | | |
| Total Other Assets | | 6,053.68 |
| | | |
| TOTAL ASSETS | | 2,352,131.16 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 51,473.22 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 51,473.22 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities (Taxes) | | |
| Unsecured Liabilities | 972,369.37 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 972,369.37 |
| TOTAL LIABILITIES | | 1,023,842.59 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (10,075,527.30) | |
| Post-petition Profit/(Loss) | 10,947,316.17 | |
| Direct Charges to Equity | 456,499.70 | |
| TOTAL EQUITY | | 1,328,288.57 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 2,352,131.16 |

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the Trustee made any payments on the Debtor's pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the trustee during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization **Chapter 11 Trustee was appointed March 6, 2018.  By order entered May 16, 2018, the Trustee's motion to sell substantially all Debtors' assets at auction on June 4, 2018 was approved.  The assets sold for $11.2 million. The sale closed on or about June 15, 2018 and the Trustee discontinued his operations of the business.  The Trustee also sold club licensing rights for $1.075 million.  The Trustee is winding up the Debtors' affairs and is preparing a liquidating plan of reorganization.**

4. Describe potential future developments which may have a significant impact on the case:  N/A

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  N/A

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, **David K. Gottlieb, Chapter 11 Trustee**, declare under penalty of perjury that I have fully read and understood the foregoing operating report and that the information contained herein is true and complete to the best of my knowledge.

10/31/18
_____
Date

_____
David K. Gottlieb, Chapter 11 Trustee
Solely in his capacity as Chapter 11 Trustee