PAUL M. BRENT, ESQ., SBN 125976
STEINBERG, NUTTER & BRENT
LAW CORPORATION
23801 CALABASAS ROAD, #2031
CALABASAS, CA 91302
818.876.8535 (TEL)
818.876.8536 (FAX)

Counsel For: WGCZ Ltd., S.R.O.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.<br><br>            Debtor | Case No.: 1:18–bk-10098 MB<br>(Lead Case - Jointly Administered)<br>Chapter 11<br><br>STIPULATION (1) EXTENDING DATE TO FILE PROTECTIVE ORDER MOTION, AND (2) CONTINUING DATE FOR COMPLIANCE WITH ORDER ISSUED PURSUANT TO FRBP 2004 TO DECEMBER 6, 2018<br><br><u>CURRENT HEARING</u><br>Date:<br>Time: NO HEARING SET<br>Place: |

TO: THE HONORABLE BANKRUTCY COURT AND ANY OTHER INTERESTED PARTY:

WHEREAS:

A.    On or about October 18, 2018, the duly appointed Chapter 11 Trustee, David Gottleib, (the "Trustee") filed the *Chapter 11 Trustee's Motion For Production of Documents From WGCZ LTD., S.R.O. Pursuant to Fed.R.Bankr.P. 2004 And LBR 2004-1; Memorandum of*

1

1   *Points and Authorities; Declaration of Linda F. Cantor* (the "2004 Motion"), a motion
2   requesting the issuance of an order pursuant to FRBP 2004 (the "Motion") to allow for the
3   issuance and service of a subpoena upon WGCZ Ltd., *SRO* ("WGCZ");
4       B.    From and after the filing of the Motion counsel for the parties have been meeting
5   and conferring in order to resolve objections raised by WGCZ to the Motion;
6       C.    On October 30, 2018, the Bankruptcy Court issued an order granting the Motion
7   setting November 16, 2018, as the date for production pursuant to the Motion; and,
8       D.    Whereas the Trustee has yet to serve the subpoena,
9   **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:**
10      1.    The subpoena shall be deemed served upon WGCZ by virtue and upon execution
11  of this Stipulation without the necessity for personal service;
12      2.    The date for compliance with the subpoena shall be set for December 6, 2018 (in
13  lieu of November 16, 2018);
14      3.    WGCZ has provided objections and reserved all objections with regard to the
15  Motion, the order approving the Motion, and compliance with the subpoena;
16      4.    The last date for serving further objections by WGCZ to the subpoena, absent
17  further agreement of the parties, shall be November 19, 2018;
18      5.    Should it be necessary for WGCZ to file a motion for protective order
19  concerning the subpoena and/or Motion, the last day to do so, absent further agreement of the
20  parties, shall be November 20, 2018 with a hearing to take place on such a motion on or after
21  December 4, 2018 (subject to the Court's availability).
22  //
23  //
24  //
25  //
26  //
27  //

6. Other than continuing the setting of dates herein and effectuating service, neither of the parties have waived any rights nor objections to the Motion, the order approving the Motion, and/or complying with the order approving the Motion, all of which are expressly reserved.

DATED: November 2, 2018

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Iain A.W. Nasatir
Attorneys for the Chapter 11 Trustee

DATED: November 2, 2018

STEINBERG, NUTTER & BRENT
LAW CORPORATION

By: ___/s/ P M Brent___
Paul M. Brent, Esq.
Attorneys for WGCZ Ltd., S.R.O.

DOCS_LA:317670.1 32277/001

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 23801 Calabasas Road # 2031, Calabasas, CA 91302

A true and correct copy of the foregoing document entitled: **STIPULATION (1) EXTENDING DATE TO FILE PROTECTIVE ORDER MOTION, AND (2) CONTINUING DATE FOR COMPLIANCE WITH ORDER ISSUED PURSUANT TO FRBP 2004 TO DECEMBER 6, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/5/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page XX

**2. SERVED BY UNITED STATES MAIL:** On / /, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/6/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable M. Barash
USBC, 21041 Burbank Blvd. 3rd Floor
Woodland Hills, CA 91367

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10 / 6 2018        P.M Brent        /s/ P M Brent

DOCS_LA:317670.1 32277/001

# Mailing Information for Case 1:18-bk-10098-MB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ron Bender**     rb@lnbyb.com
- **Stephen F Biegenzahn**     efile@sfblaw.com
- **Paul M Brent**     snb300@aol.com
- **Linda F Cantor**     lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Carol Chow**     carol.chow@ffslaw.com
- **Russell Clementson**     russell.clementson@usdoj.gov
- **Joseph Corrigan**     Bankruptcy2@ironmountain.com
- **Brian L Davidoff**     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey K Garfinkle**     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Allan B Gelbard**     xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Mirco J Haag**     mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**     mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- **Jeffrey L Kandel**     jkandel@pszjlaw.com
- **John P Kreis**     jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Andrew B Levin**     alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Peter W Lianides**     plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Krikor J Meshefejian**     kjm@lnbrb.com
- **Alan I Nahmias**     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Iain A W Nasatir**     inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**     margaux.ross@usdoj.gov
- **Michael St James**     ecf@stjames-law.com
- **Howard Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**     cathy.ta@bbklaw.com,

- paul.nordlund@bbklaw.com, sansanee.wells@bbklaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**   mw@weissandspees.com, lm@weissandspees.com
- **Michael H Weiss**   lm@weissandspees.com, lm@weissandspees.com
- **Marc J Winthrop**   mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com
- **Beth Ann R Young**   bry@lnbyb.com