| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION | REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM | Administrative Expense Claims Bar Date November 21, 2018 |
|---|---|---|

USE OF THIS FORM IS VOLUNTARY - NOT MANDATORY - NO REPRESENTATION AS TO THE ADEQUACY OF THIS FORM IS MADE – THIS FORM MAY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE BELOW DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS ARISING ON OR AFTER JANUARY 11, 2018.

In re: PENTHOUSE GLOBAL MEDIA, INC, Debtor, Case no. 1:18-bk-10098-MB
(Lead Case - Jointly Administered)

Penthouse Global Broadcasting, Inc. 1:18-bk-10099-MB; Penthouse Global Licensing, Inc. 1:18-bk-10101-MB; Penthouse Global Digital, Inc. 1:18-bk-10102-MB; Penthouse Global Publishing, Inc. 1:18-bk-10103-MB; GMI Online Ventures, Ltd. 1:18-bk-10104-MB; Penthouse Digital Media Productions, Inc. 1:18-bk-10105-MB; Tan Door Media, Inc. 1:18-bk-10106-MB; Penthouse Images Acquisitions, Ltd. 1:18-bk-10107-MB; Pure Entertainment Telecommunications, Inc. 1:18-bk-10108-MB; XVHUB Group, Inc. 1:18-bk-10109-MB; General Media Communications, Inc. 1:18-bk-10110-MB; General Media Entertainment, Inc. 1:18-bk-10111-MB; Danni Ashe, Inc. 1:18-bk-10112-MB; Streamray Studios, Inc. 1:18-bk-10113-MB

| Name of Creditor (The person or entity to whom the debtor owes money or property) WGCZ Ltd., S.R.O.; Penthouse World Media, LLC, et. al. | Name, Address and tel. no. of Creditor C/o PAUL M. BRENT, ESQ. STEINBERG, NUTTER & BRENT LAW CORPORATION 23801 CALABASAS ROAD, #2031 CALABASAS, CA 91302 818.876.8535 (TEL) |
|---|---|

1. BASIS FOR CLAIM (check one):
   __ Goods sold        __X__ Services performed
   __ Money loaned
   X_ Other (Specify):  See attached

2. DESCRIPTION OF CLAIM (IF KNOWN):
   See attached

3. TOTAL AMOUNT OF CLAIM: an amount not less than $ 548,749.03

4. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents.

| Date: 11/20/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim Catherine Brandt COO of Penthouse World Media, LLC, et.al. & WGCZ, Ltd., S.R.O. |
|---|---|

All Requests for Payment of Administrative Claims must be filed with the United States Bankruptcy Court for the Central District of California on the main case docket on or before the Chapter 11 Administrative Bar Date or sent by first class U.S. Mail, overnight delivery or hand delivery so as to be received on or before the Chapter 11 Administrative Bar Date, to: **UNITED STATES BANKRUPTCY COURT CLERK OF THE COURT 21041 BURBANK BLVD. WOODLAND HILLS, CA 91367 w/ a copy to** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Attention: Linda F. Cantor

ATTACHMENT TO REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM OF WGCZ, Ltd., S.R.O, Penthouse World Media, LLC, et. al. (collectively "WGCZ")[1]

The elements of, and this Request for, Payment of Administrative Claim (the "Request") are based on numerous items and documents, including, and without limitation not limited to, the Order Approving the Sale of Assets to WGCZ entered in this Case (dkt. no. 577); the Asset Purchase Agreement in this Case (dkt. no. 567) ; other pleadings filed by WGCZ in the Case (see for e.g. dkt. nos. 698 and 701) (all of which are incorporated herein to the extent required and/or necessary); voluminous documents provided to and already in the possession of the Chapter 11 Trustee as part of the reconciliation process between WGCZ and the Chapter 11 Trustee; voluminous documents, bank statements and reports in possession of the Chapter 11 Trustee; voluminous corporate documentation already in possession of the Trustee; assignment of claims from various creditors; claims filed by various creditors; voluminous documents reflecting payments made by WGCZ to creditors and third parties due to the failure of the Trustee to comply with his statutory obligations relative to the payment of claims.

Further, the filing of this Request shall not deem that the amounts due WGCZ fall solely into the rubric of administrative claims. This request is filed prophylactically and the amounts set forth hereunder include amounts owed to WGCZ on theories including but not limited to unjust enrichment and constructive trust under the sale and failure by the Trustee to account to and/or pay over amounts which are the property of WGCZ and are and have been wrongfully retained by the Trustee and/or the Estate and/or inappropriately paid over to professionals and other third parties. Such amounts may not necessarily be "administrative amounts" as defined under the Bankruptcy Code as they are owed to WGCZ independent of the post petition claims of any other party.

---

[1] WGCZ Ltd, SRO was the successful bidder at the sale of the Debtors' assets while Penthouse World Media, LLC, et.al, was/were the parties that executed the Asset Purchase Agreement. The claim filed herein is not duplicative on behalf of each but is filed in a fashion to protect the successful bidder at the sale and the parties who executed the Asset Purchase Agreement. Further reservations and objections to jurisdiction and all rights are reserved as to each separately, specifically and generally.

Providing and/or setting forth the amounts herein is not a waiver of any such rights or claims and does not constitute an admission of the nature of the claim.

Additionally this claim is filed, and remains, subject to amendment and revisions and is also filed without prejudice to object to the jurisdiction of the Honorable Bankruptcy Court and all rights and objections are specifically and generally asserted and reserved. The act of filing this claim is not intended to constitute a waiver of the right to challenge the bankruptcy court's authority to enter a final judgment nor any right or waiver of right to a trial by jury, all of which objections are both asserted and reserved.

The following categories, without limitation to future revisions and amendments, make up the claimed amount:

I. Expenses Incurred that the Trustee Should have Paid and were paid by WGCZ  - $ 58,888.01

II. Revenue paid post sale to the Trustee that is/was the property of WGCZ (without offset) –

$  86,693.46

III. Revenue due WGCZ but retained by the Trustee – $ 403,167.56

a. Publishing - $ 73,438.28

b. Digital - $326,729.28

These claims also include amounts due to WGCZ, including claims for servicing accounts and/or amounts which were unpaid by the Trustee and/or or which the Trustee wrongfully retained monies.

The claimed amount also includes income and property received and/or retained by the Trustee and Estate which is rightfully the property of WGCZ

Based on the information provided to it WGCZ believes that the sum of not less than $  548,749.03

is due and payable to it.

Uncertainty as to any amount is due to the fact that deposits and other information are available only to the Trustee and the Trustee has not provided such information. Further, due to privacy concerns WGCZ is limited to publicly providing certain information which may reveal and/or disclose matters such as third party identities and/or confidential or commercially sensitive information. WGCZ is informed and believes that the Trustee already has such information and/or will or has entered into appropriate confidentiality agreements designed to maintain the confidentiality of such information but that WGCZ is precluded from attaching such documentation to this claim at this time.

PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

23801 Calabasas Road # 2031, Calabasas, CA 91302

A true and correct copy of the foregoing document entitled:

PROOF OF CLAIM

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/20/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page XX

**2. SERVED BY UNITED STATES MAIL**: On 11/21/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

L. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Tel: 310.277.6910 | Fax: 310.201.0760


Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/21/18 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

L. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Tel: 310.277.6910 | Fax: 310.201.0760


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11 /21 /2018        P.M Brent        /s/ P M Brent

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Ron Bender**   rb@lnbyb.com
- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Paul M Brent**   snb300@aol.com
- **Linda F Cantor**   lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Carol Chow**   carol.chow@ffslaw.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**   jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey K Garfinkle**   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Allan B Gelbard**   xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- **Mirco J Haag**   mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**   mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- **Jeffrey L Kandel**   jkandel@pszjlaw.com
- **John P Kreis**   jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Andrew B Levin**   alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Peter W Lianides**   plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Krikor J Meshefejian**   kjm@lnbrb.com
- **Alan I Nahmias**   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Iain A W Nasatir**   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **S Margaux Ross**   margaux.ross@usdoj.gov
- **Michael St James**   ecf@stjames-law.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Cathy Ta**   cathy.ta@bbklaw.com, paul.nordlund@bbklaw.com;sansanee.wells@bbklaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**   mw@weissandspees.com, lm@weissandspees.com
- **Michael H Weiss**   lm@weissandspees.com, lm@weissandspees.com
- **Marc J Winthrop**   mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com

- **Christopher K.S. Wong**  christopher.wong@arentfox.com
- **Beth Ann R Young**  bry@lnbyb.com