1  Linda F. Cantor (CA Bar No. 153762)
   Iain A.W. Nasatir (CA Bar No. 148977)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  lcantor@pszjlaw.com
5
   Attorneys for David K. Gottlieb, Chapter 11 Trustee
6
                    **UNITED STATES BANKRUPTCY COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**
                    **SAN FERNANDO VALLEY DIVISION**
8

9  In re:                                  Cases No.: 1:18-BK-10098-MB

10 PENTHOUSE GLOBAL MEDIA, INC.,            Chapter 11

11                       Debtor.            Jointly Administered with Cases Nos.:
                                            1:18-bk-10099-MB; 1:18-bk-10101-MB;
12 ☒ Affects All Debtors                    1:18-bk-10102-MB; 1:18-bk-10103-MB;
                                            1:18-bk-10104-MB; 1:18-bk-10105-MB;
13 ☐ Affects Penthouse Global Broadcasting, Inc.   1:18-bk-10106-MB; 1:18-bk-10107-MB;
                                            1:18-bk-10108-MB; 1:18-bk-10109-MB;
   ☐ Affects Penthouse Global Licensing, Inc.      1:18-bk-10110-MB; 1:18-bk-10111-MB;
14 ☐ Affects Penthouse Global Digital, Inc.        1:18-bk-10112-MB; 1:18-bk-10113-MB
   ☐ Affects Penthouse Global Publishing, Inc.
15 ☐ Affects GMI Online Ventures, Ltd.      **STIPULATION BY AND AMONG WGCZ**
16 ☐ Affects Penthouse Digital Media Productions, Inc.   **LTD, S.R.O. AND DAVID K. GOTTLIEB,**
                                            **THE CHAPTER 11 TRUSTEE FOR THE**
17 ☐ Affects Tan Door Media, Inc.           **BANKRUPTCY ESTATES OF PENTHOUSE**
   ☐ Affects Penthouse Images Acquisitions, Ltd.   **GLOBAL MEDIA, INC. TO RESOLVE**
18 ☐ Affects Pure Entertainment Telecommunications,   **ISSUES CONCERNING DOCUMENTS AND**
   Inc.                                     **DATA INFORMATION TO BE PRODUCED**
19 ☐ Affects XVHUB Group, Inc.              **BY WGCZ LTD, S.R.O. TO THE TRUSTEE**
20 ☐ Affects General Media Communications, Inc.
   ☐ Affects General Media Entertainment, Inc.
21 ☐ Affects Danni Ashe, Inc.
   ☐ Affects Streamray Studios, Inc.
22

23         This stipulation (the "Stipulation") is made and entered into by and among WGCZ Ltd.,

24 S.R.O. ("WGCZ" or "World") and David K. Gottlieb, the chapter 11 trustee (the "Trustee") of the

25 bankruptcy estates of Penthouse Global Media, Inc., and shall act so as to resolve issues concerning

26 documents and data and information to be produced by WGCZ, Ltd. S.R.O. to the Trustee, pursuant

27 to the Trustee's Application for Examination of World pursuant to FRBP 2004 (the "Application"),

28 which application was approved by court order on October 29, 2018. The Application requested that

   World produce the following documents and/or data:

   DOCS_LA:317959.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    No. 1: "All data of the Debtors stored in Office 365 data for the time period February 19,

2    2016 through June 15, 2018, including all information contained in Outlook, Excel, Word,

3    PowerPoint and Access";

4    No. 2: "All data of the Debtors stored in OneDrive for the time period February 19, 2016

5    through June 15, 2018;" and

6    No. 3: "All data of the Debtors stored in Quickbooks for the time period February 19, 2016

7    through June 15, 2018." (the "Requested Documents" or "RD").

8    Counsel for World, in response to the Application, provided formal and informal objections

9    to counsel for the Trustee. As a result of that meet and confer process the parties stipulate to the

10    production of the RD as follows:

11    With regard to the Requested Documents, and subject to the below conditions as well as any

12    further order of the Bankruptcy Court, World will produce to the Trustee, the RD in readable and

13    searchable file(s).

14    1.    With respect to No. 3, the production will occur on or before November 21, 2018.

15    2.    With respect to Nos. 1 and 2, the production will occur as soon as reasonably

16    possible. Counsel for World has advised that certain data responsive to categories nos. 1 & 2 have

17    been archived ("Archived Files" or "AF") with respect to former employees, including but not

18    limited to Kelly Holland, Robert Campbell, Keith Whitworth, and has agreed to prioritize the

19    production of those individuals' archived files. Other data that is not Archived Files will be subject

20    to production as RD.

21    The production of the RD and AF is premised upon the following conditions and protections.

22    A.    The Trustee and World are informed and believe that the Debtors posted on their

23    business website a policy (the "Privacy Policy") relating to the collection and use of certain

24    customer information ("Customer Information") of the Debtors' customers ("Customers") including

25    the circumstances under which Customer Information was shared by one or more of the Debtors

26    through third party websites and otherwise.

27    B.    As a condition to the production of the RD and AF, the Trustee acknowledges and

28    agrees that, in respect to any and all personally identifiable information (as defined in 11 U.S.C. §

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

101(41A)) of and relating to Customers that was sold and transferred to World under the Agreement (as approved by the Bankruptcy Court), the Trustee shall fully abide by and implement the Privacy Policy, as if the Trustee were in the Debtors' capacity, in respect to the Customer Information.

C.     Attorney/Client Privilege. The Trustee and World acknowledge and agree that certain information in the RD and AF, including electronic records and communications may contain information that is subject to an attorney/client, work product or other applicable privilege ("Privileged Information"). The Trustee agrees that the inclusion of Privileged Information in the RD shall not constitute a waiver of any applicable privilege held by World and/or the Debtors and that such Privileged Information need not be produced as part of the RD and AF. With respect to the RD and AF the Trustee and World reserve all rights to the assertion of any applicable privilege with respect to the Privileged Information.

D.     Further, the RD and AF shall be, as practicable as possible, scrubbed of such Privileged Information by virtue of eliminating, masking, screening, omitting and/or deleting from the files containing the RD and AF to be provided to the Trustee by setting forth parameters designed to redact and/or eliminate such Privileged Information from the RD and AF. The parameters to be utilized include but are not limited to omitting any communication and/or Privileged Information from the RD and AF wherein any counsel for the Debtors or World was a transmitter or recipient of such communication and/or where any document was drafted and/or revised and/or reviewed by counsel at World.

E.     "Confidential Information" shall mean (i) any trade secret and trade formula utilized in the operation of World's business as well as any information concerning any business employee of World that is non-public, confidential and/or subject to any applicable employee privacy laws, whether in printed, electronic or other form or given verbally, and (ii) all memoranda, notes and other documents and analyses internally developed by World (and/or sold to World as part of the sale) to the extent they contain or otherwise reflect any information specified herein under clause (i) above ("Internal Confidential Information"). The Trustee agrees that he (i) will abide by applicable employee privacy laws, and (ii) will not disclose any Confidential Information.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

F.      No provision in this Agreement, however, shall be construed to limit the right of any party hereto to disclose any documents or information that was or is subsequently obtained through means other than the Application, including without limitation subsequent litigation or discovery requests. Documents and information that are not otherwise "Confidential Information" will not gain the protection of any privilege or confidentiality by virtue of this Stipulation or production via the Application.

G.      Notwithstanding the foregoing, the Trustee shall be permitted to disclose Confidential Information in the event that such disclosure is required pursuant to a subpoena, order or request issued by a court of competent jurisdiction or by a judicial or governmental order or process. In the event that the Trustee receives any such subpoena, order or request, the Trustee will promptly notify World thereof, unless such notification shall be prohibited by applicable law or legal process, so that World may at its election seek a protective order or other appropriate remedy. In the event that such protective or other order or remedy is not obtained, the Trustee agrees to furnish only that portion of the Confidential Information which the Trustee is advised by counsel is legally required to be disclosed.

H.      The Trustee agrees to take all reasonable measures to protect the secrecy of and avoid disclosure or use of the Confidential Information in order to prevent it from falling into the public domain or the possession of persons other than his accountants and counsel authorized to have the Confidential Information. The Trustee agrees to notify World in writing of any misuse or misappropriation of the Confidential Information which may come to his attention.

G.      Only those objections relating to the burden and cost of production, are reserved.

1    This Stipulation contemplates the entry of an order approving its contents. The Trustee and

2    World agrees that the Bankruptcy Court shall have jurisdiction to determine any disputes or other

3    matters that may arise relating to this Stipulation.

4    DATED: November 20, 2018                    STEINBERG, NUTTER & BRENT, LAW CORP

5                                                By:

6                                                    Paul M. Brent
                                                     Attorneys for WGCZ Ltd., S.R.O.
7

8    DATED: November 20, 2018                    PACHULSKI STANG ZIEHL & JONES, LLP

9
                                                By:        /s/ Iain A.W. Nasatir
10                                                  Linda A. Cantor
                                                    Iain A.W. Nasatir
11                                                  Attorneys for David K. Gottlieb, Chapter 11
12                                                  Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_LA:317959.1 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **STIPULATION BY AND AMONG WGCZ LTD, S.R.O. AND DAVID K. GOTTLIEB, THE CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATES OF PENTHOUSE GLOBAL MEDIA, INC. TO RESOLVE ISSUES CONCERNING DOCUMENTS AND DATA INFORMATION TO BE PRODUCED BY WGCZ LTD, S.R.O. TO THE TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 21, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 21, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 21, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2018 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:317605.1 32277/001
DOCS_LA:317971.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee
United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA
Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgal
lc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested
Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor
Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party
Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC
Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.c
om
S Margaux Ross on behalf of U.S. Trustee
United States Trustee (SV)

margaux.ross@usdoj.gov

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party
Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@b
bklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss
& Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni
Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI
Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General
Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General
Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael H Weiss on behalf of Debtor
Penthouse Digital Media Productions, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure
Entertainment Telecommunications, Inc. fka
For Your Ears Only, Ltd.
mw@weissandspees.com,

lm@weissandspees.com
Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB
Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor
LSC Communications US, LLC / Creel
Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes jhayes@SRHLawFirm.com

Peter W. Lianides plianides@wcghlaw.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**U.S. Bankruptcy Court
Central District of California
(San Fernando Valley)
In re Penthouse Global Media, Inc.,
Case No. 18-10098-MB**

**2. SERVED BY UNITED STATES
MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

**3. SERVICE VIA ELECTRONIC MAIL
IN PDF FORMAT**

*Debtor*
Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
kholland@penthouse.com

Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Committee Member*
DVD Factory Inc.
Representative: Steve Kalson
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

*Committee Member*
LSC Communications US, LLC
Creel Printing.
Representative: Dan Pevonk
dan.pevonka@lsccom.com

*Committee Member*
Palm Coast Data
Representative: Neil Gordon
gordon.neil@palmcoastdata.com

*Committee Member*
Matthew A. Garrett, CEO
matt.garrett@tgg-accounting.com

*Request for Special Notice or
Pecuniary Interest*

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC,
Penthouse Clubs Global Licensing, LLC and
Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LLC*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media
Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc*
Rochelle@rjslawconsult.com