1  Linda F. Cantor (CA Bar No. 153762)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067-4003
3  Telephone:   310/277-6910
   Facsimile:    310/201-0760
4  E-mail:       lcantor@pszjlaw.com

5  Counsel for David K. Gottlieb, Chapter 11 Trustee

6

7                  **UNITED STATES BANKRUPTCY COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
8                  **SAN FERNANDO VALLEY DIVISION**

9  In re:                                    Case No. 1:18-bk-10098-MB

10        PENTHOUSE GLOBAL MEDIA, INC.,       Chapter 11
          a Delaware corporation,
11                                            Jointly Administered With:
                        Debtor.
12                                            Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-
   In re:                                     10101-MB, Case No. 1:18-bk-10102-MB, Case No.
13                                            1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB,
   PENTHOUSE GLOBAL BROADCASTING,             Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-
14 INC., PENTHOUSE GLOBAL LICENSING, INC.,    10106-MB, Case No. 1:18-bk-10107-MB, Case No.
   PENTHOUSE GLOBAL DIGITAL, INC.,            1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB,
15 PENTHOUSE GLOBAL PUBLISHING, INC.,         Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-
   GMI ONLINE VENTURES, LTD., PENTHOUSE       10111-MB, Case No. 1:18-bk-10112-MB and
16 DIGITAL MEDIA PRODUCTIONS, INC., TAN       Case No. 1:18-bk-10113-MB
   DOOR MEDIA, INC., PENTHOUSE IMAGES
17 ACQUISITIONS, LTD., PURE                   **NOTICE OF CONTINUED STATUS**
   ENTERTAINMENT TELECOMMUNICATIONS,          **CONFERENCE**
18 INC., XVHUB GROUP, INC., GENERAL MEDIA
   COMMUNICATIONS, INC., GENERAL MEDIA        **Date:  March 12, 2019**
19 ENTERTAINMENT, INC., DANNI ASHE, INC.,     **Time:  1:30 p.m.**
   STREAMRAY STUDIOS, INC.                    **Place:  21041 Burbank Boulevard**
20                                            **        Courtroom 303**
                                              **        Woodland Hills, CA  91367**
21 X Affects All Debtors
   □ Affects                                  **Judge:  Hon. Martin R. Barash**
22 □ Affects
   □ Affects
23 □ Affects
   □ See attached for additional Debtors
24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE, PARTIES RECEIVING NOTICE OF ELECTRONIC FILINGS AND PARTIES ON THE LIMITED SERVICE LIST:**

3      **PLEASE TAKE NOTICE THAT** a continued status conference in the above-referenced

4   cases will be held on **March 12, 2019 at 1:30 p.m.** in Courtroom 303 of the United States

5   Bankruptcy Court for the Central District of California, San Fernando Valley Division, located at

6   21041 Burbank Blvd Woodland Hills, CA 91367.

7

8   Dated: January 9, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

9

10                                    By:    _/s/ Linda F. Cantor_
                                              Linda F. Cantor
11                                     Attorneys for David K. Gottlieb,
                                       Chapter 11 Trustee for Penthouse Media

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:315086.1 32277/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 9, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **January 9, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 9, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite  342/ Courtroom 303
Woodland Hills, California  91367

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2019 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender on behalf of Interested Party
Courtesy NEF
rb@lnbyb.com

Linda F Cantor, ESQ on behalf of Trustee
David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee
United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor
NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor
Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

Mirco J Haag on behalf of Creditor Easy
Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com

David W. Meadows on behalf of Interested
Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor
Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party
Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested
Party Courtesy NEF
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee
United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested
Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party
Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney
Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni
Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI
Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Communications, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  mw@weissandspees.com,
   lm@weissandspees.com

2

3  Michael H Weiss on behalf of Debtor
   General Media Entertainment, Inc.
   mw@weissandspees.com,
4  lm@weissandspees.com

5  Michael H Weiss on behalf of Debtor
   Penthouse Digital Media Productions, Inc.
6  mw@weissandspees.com,
   lm@weissandspees.com

7

8  Michael H Weiss on behalf of Debtor
   Penthouse Global Broadcasting, Inc.
   mw@weissandspees.com,
9  lm@weissandspees.com

10 Michael H Weiss on behalf of Debtor
   Penthouse Global Digital, Inc.
11 mw@weissandspees.com,
   lm@weissandspees.com

12 Michael H Weiss on behalf of Debtor
13 Penthouse Global Licensing, Inc.
   mw@weissandspees.com,
14 lm@weissandspees.com

15 Michael H Weiss on behalf of Debtor
   Penthouse Global Media, Inc.
16 mw@weissandspees.com,
   lm@weissandspees.com

17

18 Michael H Weiss on behalf of Debtor
   Penthouse Global Publishing, Inc.
   mw@weissandspees.com,
19 lm@weissandspees.com

20 Michael H Weiss on behalf of Debtor
   Penthouse Images Acquisitions, Ltd.
21 mw@weissandspees.com,
   lm@weissandspees.com

22

23 Michael H Weiss on behalf of Debtor Pure
   Entertainment Telecommunications, Inc. fka
   For Your Ears Only, Ltd.
24 mw@weissandspees.com,
   lm@weissandspees.com

25

26 Michael H Weiss on behalf of Debtor
   Streamray Studios, Inc.
   mw@weissandspees.com,
27 lm@weissandspees.com

28 Michael H Weiss on behalf of Debtor Tan
   Door Media, Inc.

mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor
LSC Communications US, LLC / Creel
Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

DOCS_LA:315086.1 32277/001

**U.S. Bankruptcy Court**
**Central District of California**
**(San Fernando Valley)**
**In re Penthouse Global Media, Inc.,**
**Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

3. **SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**

*Debtor*
Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
kholland@penthouse.com

Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Committee Member*
DVD Factory Inc.
Representative: Steve Kalson
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

*Committee Member*
LSC Communications US, LLC
Creel Printing.
Representative: Dan Pevonk
dan.pevonka@lsccom.com

*Committee Member*
Palm Coast Data
Representative: Neil Gordon
gordon.neil@palmcoastdata.com

*Committee Member*
Matthew A. Garrett, CEO
matt.garrett@tgg-accounting.com

*Request for Special Notice or Pecuniary Interest*

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LLC*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc.*
rochelle@rjslawconsult.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:315086.1 32277/001

**F 9013-3.1.PROOF.SERVICE**