Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

**FILED & ENTERED**

MAR 12 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**ORDER CONVERTING CASE TO CHAPTER 7**

**Hearing:**
Date:        February 26, 2019
Time:        1:30 p.m.
Courtroom:   303
Place:       21041 Burbank Blvd.
             Woodland Hills, CA
Judge:       Hon. Martin R. Barash

DOCS_LA:319635.1 32277/001

This matter came before the Court upon the *Notice of Motion and Motion of David K. Gottlieb, Chapter 11 Trustee, For Order Converting Cases to Chapter 7* [Docket No. 790] (the "Motion") filed by David K. Gottlieb, the duly appointed chapter 11 trustee (the "Trustee") for the estate of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors").

The Court, having considered the Motion and the Declaration of David K. Gottlieb in support thereof, and having found that due and proper notice of the Motion has been given, and no opposition to the Motion having been filed, the Court waived appearances at the hearing, and having found that under 11 U.S.C. § 1112(b)(4)(A) cause exists to grant the Motion,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Debtors' chapter 11 cases are converted to cases under chapter 7 of the Bankruptcy Code.

3. Within 30 days of the date of this order, the Trustee shall file and transmit to the United States trustee a final report and account.

Date: March 12, 2019

Martin R Barash
United States Bankruptcy Judge

DOCS_LA:319635.1 32277/001