# Memorandum
## Office of the United States Trustee
*Region 16*

| Subject: | Date: |
|---|---|
| INTERIM TRUSTEE APPOINTMENT/REQUEST FOR NOTICE OF 341 MEETING | March 13, 2019 |

TO:  UNITED STATES BANKRUPTCY COURT
     SAN FERNANDO VALLEY DIVISION

FROM:  OFFICE OF THE U.S. TRUSTEE
       Gabriel A. Rodriguez

| CASE NAME | CASE NUMBER | TRUSTEE | 341(a) DATE/TIME |
|---|---|---|---|
| Penthouse Global Media, Inc. | 1:18-bk-10098-MB | David K. Gottlieb | April 1, 2019 @ 10:30 AM |

I.  A trustee has been appointed in the above case for one of the following reasons:

(X)  This case was converted from Chapter 11 to chapter 7 and has not been set for a 341 Meeting of Creditors.

### Check if appropriate:

( )  The office of the U.S. Trustee has converted this case. The order of conversion is being prepared and will be lodged with the court shortly.

( )  This involuntary case had an Order for Relief entered and should be set for a 341 Meeting of Creditors.

II.  A 341 Meeting of Creditors should be re-noticed for the following reason(s):

\*  ORDERED ENTERED, MARCH 12, 2019.

\* If the entered date for the conversion is not included upon receipt of this memorandum it must be entered by the Docket Clerk.
\* The entered date for the order for Relief will always be inserted by the office of the United States Trustee.

If you have any questions regarding this matter, please call Veronica Hernandez at (213) 894-3441.

| | |
|---|---|
| 1 | **PETER C. ANDERSON** |
|   | **UNITED STATES TRUSTEE** |
| 2 | 915 Wilshire Boulevard, Suite 1850 |
|   | Los Angeles, California 90017 |
| 3 | Telephone: (213) 894-6811 |
|   | Facsimile: (213) 894-0276 |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor(s).

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No. 1:18-bk-10098-MB

Chapter 11

Jointly Administered with: Case Nos.
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS INTERIM TRUSTEE**

Pursuant to 11 U.S.C. § 701 and 11 U.S.C. § 322:

David K. Gottlieb
D. Gottlieb & Associates, LLC
17000 Ventura Boulevard, Suite 300
Encino, CA 91316

is appointed Interim Trustee in the above captioned matter and is hereby designated to preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: MARCH 12, 2019

PETER C. ANDERSON
UNITED STATES TRUSTEE

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14) and on this basis I hereby accept my appointment as Interim Trustee in the matter of *In Re: Penthouse Global Media, Inc., Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc. GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc., Tan Door Media, Inc., Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc., XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc. Streamray Studios, Inc., Case No.: 1:18-bk-10098-MB, Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB.* I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: 3/13/19

David K. Gottlieb
Interim Trustee