Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

[Proposed] Attorneys for David K. Gottlieb, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

    Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB

Chapter 7

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF MARCH 12, 2019; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**

[No Hearing Required, Unless Requested]

1

DOCS_LA:319213.2 32277/001

## I.

## RELIEF REQUESTED

David K. Gottlieb, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned bankruptcy cases (the "Cases") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors"), hereby files this application (the "Application") to employ BPE&H, an Accountancy Corporation ("BPEH") as special tax advisors to the Debtors' estates (the "Estates"), effective March 12, 2019. BPEH's business offices are located at 21300 Victory Blvd., Suite 520, Woodland Hills, CA 91367.

This Application is brought pursuant to section 327(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

### A. Commencement of the Bankruptcy Case and Background Information

On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which Cases are being jointly administered under case number 1:18-bk-10098-MB [Docket No. 17].

On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231]. On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236]. On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as Trustee [Docket No. 239].

On June 7, 2018, the Trustee filed an *Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of June 6, 2018* [Docket No. 538], which was approved by order entered on June 26, 2018 [Docket No. 602].

On January 31, 2019, the Trustee filed a *Notice of Motion and Motion for Order Converting Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion"). The Bankruptcy Court entered its Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket No. 810] (the "Conversion Order") on March 12, 2019, and the Office of the United States Trustee appointed

DOCS_LA:319213.2 32277/001

David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812]. The Cases continue to be jointly administered under Case No.: 1:18-bk-10098-MB.

### B. Services to be Performed

The Trustee seeks Court approval to retain BPEH, effective as of March 12, 2019, as he has determined that it is necessary and appropriate to retain the services of special tax advisors to provide certain specified services to the Estates. Moreover, BPEH is familiar with the facts of the case, having served as accountants to the Trustee during the Chapter 11 Cases. Specifically, Applicant proposes to retain BPEH to perform, among other tasks, the following specific acts:

1. Analyze the tax implications of the sale of Debtors' assets;
2. Prepare the Estates' tax returns;
3. Consult regarding other tax issues;
4. Review prior tax returns; and
5. Provide other tax services as requested by the Trustee.

### C. Qualifications of the Firm

BPEH is a boutique accounting firm that specializes in providing a full range of services and expertise to business owners and high net worth individuals. These services include, but are not limited to, tax preparation, accounting, financial statement preparation, succession planning and other consulting services. BPEH has been in business for over twenty-five years serving the needs of its clients. More details about the breadth of knowledge of Scott Eisner's knowledge, the BPEH employee who will be primarily responsible for handling this matter, are set forth in the biography attached as **Exhibit "A"** to the Declaration of Scott Eisner (the "Eisner Declaration"), appended hereto.

### D. Absence of Adverse Interests

To the best of the Trustee's knowledge and based upon the Eisner Declaration attached hereto and filed in support hereof (the "Eisner Declaration")[1], neither BPEH nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any

---

[1] The Trustee respectfully requests that the Court take judicial notice of the Chapter 11 Trustee's Application, the Prior Eisner Declaration and the record in these Cases pursuant to Federal Rule of Evidence 201

3

party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except (a) BPEH has served as accountants to the Chapter 11 Trustee in these Cases; and (b) to the extent set forth in the Eisner Declaration.

### E.    Compensation of the Firm

BPEH will charge its normal and customary hourly rates for the services to be provided hereunder. Scott Eisner will be primarily responsible for this engagement, and his hourly billing rate is $460. Other professionals and staff with BPEH may from time to time serve the Trustee as the demands of the Trustee and this Case may require.

The hourly rates currently in effect are subject to periodic adjustments to reflect economic and other conditions. BPEH will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

The Trustee and BPEH understand that any compensation or reimbursement of expenses paid to BPEH must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

It is contemplated that BPEH will seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be paid to BPEH except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing. BPEH has not received a retainer in these Cases. Every effort will be made to ensure that BPEH's services are rendered in the most cost-effective manner possible.

Payments will be made to BPEH for its services only from the Estates. There are no arrangements between BPEH and any other entity for the sharing of compensation received or to be received in connection with the Cases, except insofar as such compensation may be shared among the members of BPEH.

### F.    Absence of Pre-Petition Claim

BPEH has no prepetition claim against the Debtors.

4

DOCS_LA:319213.2 32277/001

### G. Awareness of and Compliance with Applicable Law

BPEH is familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

### H. Effective Date of Employment

The Applicant requests that the Firm's employment be approved effective as of the date of entry of the Conversion Order (i.e., March 12, 2019).

### I. Notice

Pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A), notice of this Application was provided to the Debtors and their counsel of record, the creditors holding the twenty largest unsecured claims, and all parties who filed and served a request for special notice as of the date of service of the Notice.

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(5), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(o)(4) and must be filed with the Court and served upon the Trustee, the United States Trustee, the Committee, and parties requesting special notice no later than fourteen (14) days from the date of service of notice of the filing of the Application.

**WHEREFORE**, the Trustee respectively requests that he, solely in his capacity as the chapter 7 trustee, be authorized to employ BPEH effective March 12, 2019, as special tax advisor to render services as described above, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: April 10, 2019

David K. Gottlieb,
Chapter 7 Trustee

## DECLARATION OF SCOTT EISNER

I, SCOTT EISNER, declare as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and California Society of Certified Public Accounting, and am a partner of BPE&H ("BPEH" or the "Firm"). Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2. I make this declaration in support of the application (the "Application") filed by the Trustee to employ BPEH as his special tax advisor. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3. I participated in the preparation of the Application and know its contents and the exhibit referenced herein.

4. Specifically, the Trustee proposes to retain BPEH to perform, among other tasks, the following:

   a. Analyze the tax implications of the sale of Debtors' assets;

   b. Prepare the Estates' tax returns;

   c. Consult regarding other tax issues;

   d. Review prior tax returns; and

   e. Provide other tax services as requested by the Trustee.

5. BPEH is well qualified to provide the above services to the Trustee, and has done so in its previous capacity as special tax advisors to the Chapter 11 Trustee. BPEH is a boutique accounting firm that specializes in providing a full range of services and expertise to business owners and high net worth individuals. These services include, but are not limited to, tax preparation, accounting, financial statement preparation, succession planning and other consulting services. BPEH has been in business for over twenty-five years. BPEH is experienced in insolvency related matters, including providing accounting services to various interested parties, including trustees, creditors and debtor-in-possession, and it is well able to perform the accounting services

required in this Case. Attached hereto as **Exhibit "A"** and incorporated herein by reference is a copy of my biography setting forth my experience.

6. I will be the BPEH professional who will be primarily responsible for this engagement; my hourly billing rate is $460. Other professionals and staff with BPEH may from time to time serve the Trustee as the demands of the Trustee and these Cases may require. The hourly rates of those professionals are as follows:

| | |
|---|---|
| Tax Partners | $375 - $440 |
| Professional Staff | $120 - $325 |
| Administrative Staff | $ 60 - $ 75 |

The hourly rates in effect as the Cases progresses will be one of the factors upon which BPEH will base its request for compensation.

7. BPEH will charge its normal and customary hourly rates for the services to be provided hereunder.

8. The hourly rates currently in effect are subject to periodic adjustments to reflect economic and other conditions.

9. BPEH will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

10. The Trustee and BPEH understand that any compensation or reimbursement of expenses paid to BPEH must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

11. It is contemplated that BPEH will seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be paid to BPEH except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing.

12. Every effort will be made to ensure that BPEH's services are rendered in the most cost-effective manner possible.

DOCS_LA:319213.2 32277/001

13. Payments will be made to BPEH for its services only from the Estates. There are no arrangements between BPEH and any other entity for the sharing of compensation received or to be received in connection with the Cases, except insofar as such compensation may be shared among the partners of BPEH.

14. No separate written agreement exists pertaining to the Firm's employment in connection with the Cases.

15. The Firm has no prepetition claim against the Debtors.

16. BPEH has searched past and present clients, and certain parties (such as significant creditors) related to those clients. BPEH searched its clients for the name(s) of the Debtors, counsel for the Debtors, known secured and unsecured creditors, and certain other interested parties ("Searched Persons") to determine the extent if any, of BPEH's (a) conflicts, (b) past relationships, and (c) "connections" with or to the Searched Persons. If, at any subsequent time during the course of the Case, BPEH learns of any representation that may give rise to a conflict, BPEH will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

17. To the best of my knowledge, neither BPEH nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth herein.

18. BPEH is has represented, represents, and in the future will likely represent many creditors or parties in interest in matters unrelated to the Debtors and these Cases. However, BPEH is not representing any of those entities in these Cases, and will not represent any of those entities in any claims that they may have collectively or individually against the Debtors.

19. BPEH is and has been involved in bankruptcy matters in which Pachulski Stang Ziehl & Jones LLP, the Trustee's bankruptcy counsel, has represented or represents committees, debtors, or other entities.

20. BPEH has prepared tax returns and performed other accounting services for (a) Pachulski Stang Ziehl & Jones LLP, and certain of its partners and employees, (b) the Trustee, and

DOCS_LA:319213.2 32277/001

(c) Levene Neale Bender Yoo and Brill LLP (counsel for Dream Media Corporation, Inc.) and certain of its partners and employees.

21. BPEH is not, and has never been a prepetition creditor, an equity security holder or an insider of the Debtors.

22. BPEH is not and has never been an investment banker for any outstanding security of the Debtors.

23. BPEH is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

24. BPEH is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors.

25. BPEH was retained by this Court and represented the Chapter 11 Trustee in these Cases, and has incurred professional fees in connection with that representation. BPEH's fees and expenses through August 31, 2018 were approved by the Court, and payment of approximately 69% of the Firm's fees and expenses was authorized.[2] BPEH will seek approval of additional Chapter 11 fees and expenses, upon notice and hearing, at a later date.

26. Neither BPEH nor any of its principals, associates or staff represents any interest adverse to that of the Estates. Accordingly, BPEH and its members are "disinterested" persons as that term is defined in section 101(14) of the Bankruptcy Code.

27. BPEH is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

28. The Trustee requests that BPEH's employment be approved effective as of the date of entry of the Conversion Order (i.e., March 12, 2019).

---

[2] See *Order Granting Interim Fee Applications Filed By 1) David K. Gottlieb, Chapter 11 Trustee; 2) Akerman LLP; 3) BPE&H; 4) Pachulski Stang Ziehl & Jones LLP; 5) Province, Inc.; 6) Raines Feldman LLP, and 7) Weiss & Spees, LLP On An Interim Basis* [Dkt. No. 715].

9

DOCS_LA:319213.2 32277/001

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of April 2019 in Woodland Hills, California.

*Scott Eisner*
Scott Eisner

DOCS_LA:319213.2 32277/001

# Natalia Nikulin, CPA, MBA

10732 Independence Ave, Chatsworth, CA 91311 - natalianikulin@gmail.com - (734) 644-0880

---

Highly motivated, detail oriented accountant with over 12 years of accounting experience, solution-focused and known for accuracy, attention to detail and timeliness in making business decisions to effectively manage accounting issues. Capable of acquiring new skills and taking on new roles and responsibilities quickly and effectively. Easily interface with all levels of staff and leadership.

### Key Skills:

- US GAAP
- Account Reconciliation
- Financial Reporting
- Journal Entries & General Ledger
- Tax Return Preparation
- Tax Planning
- Tax Research
- External Audits & Attestation

### Technical Skills:

ProFx Tax, Datafaction & Datafaction Imaging, Laserfiche, Creative Solutions, Ultra Tax CS, QuickBooks, Peachtree, CCH Engagement, Excel, Power Point, Microsoft Outlook, Microsoft Office.

### Work Experience:

**BPE&H, An Accountancy Corporation, Woodland Hills, CA**          May 2016 – Present
Senior Tax Preparer
- Review tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepare highly complex returns.
- Review and prepare returns for clients with multi-state and foreign business activity.
- Assist partners in resolution of issues resulted from IRS audit of clients' tax returns.
- Research tax issues using various sources.

**Meloni Hribal Tratner LLP, Woodland Hills, CA**          January 2016 – May 2016
Tax Supervisor
- Supervise tax return preparation and work assignments for tax staff.
- Review tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepare more complex returns as assigned by managers and partners.
- Review and prepare returns for clients with multi-state and foreign business activity.
- Train staff on CCH Engagement and ProFx software.
- Assist partners in resolution of issues resulted from IRS audit of clients' tax returns.
- Research tax issues using various sources.
- Handle other projects assigned by management as needed.

**Singer Burke Zimmer Butler, LLP, Encino, CA**          November 2012 – January 2016
Tax Accountant
- Prepared tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepared returns for clients with multi-state business activity.
- Performed tax projection and tax planning for business clients and individuals.
- Performed business management clients' year-end close-outs for tax projection purposes.
- Reviewed business management clients' financial statements.
- Was point of contact for all non business management tax clients.

- Reviewed non-business management clients' financial statements and proposed AJEs.
- Researched tax issues using various sources.
- Assisted partners in resolution of issues resulted from IRS audit of clients' tax returns. Actively communicated with IRS and states' departments of revenue in written form as well as over the phone.
- Handled special projects assigned by management as needed.
- 

**Silberstein Ungar, PLLC, Bingham Farms, MI**                        January 2011 – July 2011
Senior Auditor/ Senior Tax Preparer
**Tax Preparation**
- Prepared tax returns including: corporate, partnership, individual, and other comprising of exempt organizations, trust, estate, pension plan, personal property, gift and single business tax.
- Prepared returns for clients with multi-state business activity.
- Performed tax projection and tax planning for business clients and individuals.
- Researched tax issues online using various sources.
- Assisted partners in resolution of issues resulted from IRS audit of client's tax returns.

**Auditing & Attestation**
- Performed audits for publically traded franchise chains and non-public for-profit organizations.
- Performed analytical procedures necessary to produce various reports.
- Performed day-to-day audit work
- Evaluated financial reporting and its compliance with GAAP and other regulations.
- Maintained professional communication with various levels of client's personnel.

September 2008 – December 2010 - Maternity leave.

**Clayton & McKervey, P.C., Southfield, MI**
Associate                                                                                        December 2007 – September 2008
**Tax Preparation**
- Prepared all parts of tax returns including: corporate (70%), partnership (20%), individual (10%).
- Business returns included, but were not limited to, preparation of: book to tax reconciliation, schedule of cost of goods sold, M-1(M-3), M-2 and pass-through schedules.
- Prepared returns for clients with multi-state business activity.
- Performed tax projections and tax planning for business clients and individuals.
- Researched tax issues online using Checkpoint, BNA Tax and other sources.

**Auditing & Attestation**
- Carried out all stages of audit and attestation engagements for non-public for-profit organizations.
- Performed analytical procedures necessary to produce various reports.
- Evaluated financial reporting and its compliance with GAAP and other regulations.
- Performed clients' financial statements compilation, including consolidation, and review.

**Education and Professional Designation:**
CPA certified (December 2007). CA CPA certified in 2013. Member of CalCPA and AICPA.
Wayne State University, Detroit, MI    (December 2004)
Master of Science Degree in Business Management Administration with concentration in Accounting.
Ivanovo State University, Russia. Master Degree in Law. (June 1994).

Scott I. Eisner, CPA (CA CPA, License #33318)

University of Arizona, Bachelor of Science in Business Administration; Major in Accounting-December 1978

Arthur Andersen & Co. (Los Angeles, CA) January 1979 through November 1982 (Senior Auditor)

Block, Good & Gagerman (Sherman Oaks, CA) November 1982 through December 1987 (Senior/Supervisor/Manager) – Accounting and Tax

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger) January 1988-Present (Senior Manager/Shareholder) – Practice areas include real estate, professional services firms, business consulting in both Tax and Accounting

Document Number: 316864

Robert L. Price, CPA (CA CPA, License #130051)

California State University Northridge, Bachelor's degree in Finance-May 1979

University of Southern California, MBT-May 1981

Ernst & Whinney (currently Ernst & Young) June 1981-December 1983 (Tax department)

Various Private Companies January 1984-December 2001 including controller, chief financial officer and tax director for large commercial real estate development/investment companies and whole distribution company

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger) January 2002-Present (Senior Tax Manager/Shareholder)-As Tax Partner practice areas include all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

Document Number: 316864

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document **entitled CHAPTER 7 TRUSTEE's APPLICATION TO EMPLOY BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF MARCH 12, 2019; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 11, 2019, I checked the CMp/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On April 11, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 11, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2019 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Pure Entertainment Telecommunications,
Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of
Creditor LSC Communications US, LLC
/ Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor
Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor
Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Peter W. Lianides
plianides@wcghlaw.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# U.S. Bankruptcy Court - Central District of California
## In re Penthouse Global Media, Inc.,
## Case No. 18-10098-MB

**2. SERVED BY UNITED STATES MAIL:**

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

**3. SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**

*Debtor*
Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Request for Special Notice or Pecuniary Interest*
Rollin' Dice Productions
842 Wilcox Ave #1
Los Angeles Ca 90038-3654

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LL*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc*
Rochelle@rjslawconsult.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319213.2 32277/001