Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Proposed Attorneys for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-BK-10098-MB

Chapter 7

Jointly Administered with Case Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LAW OFFICES OF BRADLEY E. BROOK, APC AS SPECIAL COUNSEL, EFFECTIVE AS OF APRIL 16, 2019, PURSUANT TO SECTIONS 327(a), 328. 330 AND 331 OF THE BANKRUPTCY CODE; DECLARATION OF BRADLEY E. BROOK IN SUPPORT THEREOF**

[No Hearing Required]

David K. Gottlieb, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned bankruptcy cases (the "Cases") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors"), hereby files this application (the "Application") for entry of an order authorizing the Trustee's retention and employment of the Law Offices of Bradley E. Brook, APC ("the Firm"), effective as of April 16, 2019, as special counsel to (a) analyze, prepare and prosecute

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

objections to claims with compensation to be paid on an hourly basis, and (b) pursue claims and causes of action against third parties including, without limitation, avoidance actions on a contingency fee basis as discussed below and as set forth in the Declaration of Bradley E. Brook (the "Brook Declaration") attached hereto and filed in support hereof. The Firm's business offices are located at 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064. This Application is brought pursuant to section 327(a), 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

1. On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which Cases are being jointly administered under case number 1:18-bk-10098-MB [Docket No. 17].

2. On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231].

3. On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236].

4. On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as Trustee [Docket No. 239].

5. On January 31, 2019, the Chapter 11 Trustee filed a *Motion for Order Converting Cases to Chapter 7* [Docket 790], which was granted by Order entered on March 12, 2019 [Docket No. 810].

6. On March 13, 2019, the Office of the United States Trustee appointed David K. Gottlieb to serve as Chapter 7 Trustee in the Cases [Docket No. 812].

7. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The venue is proper pursuant to 28 U.S.C. § § 1408 and 1409.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I.

**RELIEF REQUESTED**

The Trustee seeks Court approval to retain the Firm as special counsel, effective as of April 16, 2019. The Trustee requests that the Court authorize the Firm to be retained to perform the services described in this Application and the supporting Brook Declaration annexed hereto.

II.

**BASIS FOR RELIEF**

Section 327(a) of the Bankruptcy Code provides as follows:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C. § 327(a).

The Trustee seeks to retain the Firm as special counsel to (a) analyze, prepare and prosecute objections to claims asserted in the Cases, primarily administrative expense claims at this juncture, on an hourly fee basis, and (b) prosecute avoidance actions and other applicable causes of action against third parties on a contingency fee basis. Section 328(a) of the Bankruptcy Code permits employment of a professional "on any reasonable terms and conditions of employment, including…on a fixed or percentage fee basis…." The Trustee believes that the proposed compensation scheme described above is reasonable under the circumstances of these Cases.

The Trustee proposes to pay the Firm (a) on an hourly basis to analyze, prepare and prosecute objections to administrative claims; and (b) on a contingency fee basis as set forth below. The hourly rate to be charged by Bradley E. Brook, the principal of the Firm who will be providing services to the Trustee in these Cases, is $450.00, as further disclosed in the accompanying Brook Declaration in support of this Application. Paraprofessional time will be charged at $80.00 per hour. The Firm will seek compensation for its services for the Estates and file interim and final fee applications with the court as required by applicable law.

**III.**

**SERVICES TO BE PROVIDED BY THE FIRM**

This Application seeks to retain the Firm as special counsel to (a) analyze, prepare and prosecute objections to claims asserted in the Cases, primarily administrative expense claims at this juncture, on an hourly fee basis, and (b) prosecute avoidance actions and other applicable causes of action against third parties on a contingency fee basis. The Trustee will ensure there will be no duplication of services by any other firm retained at the expense of the estates.

**IV.**

**THE FIRM'S QUALIFICATIONS**

The Firm has expertise in the areas of insolvency, business reorganization, claims litigation, bankruptcy causes of action, collection and other debtor/creditor matters. The Firm has served as bankruptcy counsel to petitioning creditors, trustees, debtors and creditors in a myriad of bankruptcy cases and can provide services in an expedient and economical manner. Based on the foregoing, the Trustee believes that the Firm is well qualified to act as special counsel on behalf of the Trustee in these Cases, and that the Firm's retention is in the best interests of the Debtors' estates and case constituents.

**V.**

**CONFLICTS INVESTIGATION**

To check and clear potential conflicts of interest in these Cases, the Firm researched its client database for the past two years to determine whether it had any relationships with the following entities (collectively, the "Interested Parties"):

(a) the Debtors;

(b) the equity holder of Penthouse Global Media, Inc.;

(c) the creditors holding the 20 largest unsecured claims against the Debtors;

(d) Exworks Capital Funds I LP and Dream Media Corporation; and

(e) the parties listed on **Exhibit "B"** to the Brook Declaration.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Firm's research of its relationships with the Interested Parties indicates that the Firm has not represented in the past two years, and does not currently represent, any of these entities in matters unrelated to these chapter 7 Cases.

VI.

**THE FIRM IS DISINTERESTED**

To the best of the Trustee's knowledge and based upon the Brook Declaration, the Trustee believes that neither the Firm nor its principals or employees has any connection with the Debtors, any creditors of the estates, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

To the best of the Trustee's knowledge and based upon the attached Brook Declaration, neither the Firm nor its principals or employees is a creditor, equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

To the best of the Trustee's knowledge and based upon the attached Brook Declaration, neither the Firm nor its principals or employees is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

To the best of the Trustee's knowledge and based upon the Brook Declaration, the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse to the estates.

The Firm has conducted an extensive conflict check within the Firm's database and thus far the Firm has not encountered any creditors of the Debtors in which an actual conflict exists between the Firm and such creditors. If, at any subsequent time during the course of these proceedings, the Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

To the best of the Trustee's knowledge, based upon the Brook Declaration, the Trustee believes that the Firm (a) has no connection with the Interested Parties, the United States Trustee for the Central District of California (the "U.S. Trustee"), any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the

Central District of California, except as set forth in the Brook Declaration; (b) is disinterested, and (b) does not represent or hold any interest adverse to the Trustee, the Debtors or to their estates with respect to the matters on which the Firm is to be employed. Therefore, the Trustee believes that the Firm's representation is permissible under sections 327(a) and 328 of the Bankruptcy Code and is in the best interests of the Debtors' estates. The Trustee will ensure there will be no duplication of services by any other firm.

**VI.**

**COMPENSATION TO THE FIRM**

Mr. Brook has agreed to charge an hourly rate for work performed in these Cases of $450.00 and paraprofessional time at $80.00 per hour. The Firm's attorney biographical material is attached to the Brook Declaration as **Exhibit "A".**

With respect to its work performed relating to preparing and prosecuting objections to administrative claims, the Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with section 327(a), 328, 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court. The Firm will maintain records in support of any actual and necessary costs and expenses incurred in connection with the rendering of its services in these Cases. The Firm understands that its fees and expenses are subject to allowance by the Bankruptcy Court.

With respect to prosecuting avoidance actions and other causes of action against third parties, and subject to the provisions of section 328 of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules, the Trustee proposes to pay the Firm on a contingency fee basis, subject to Court approval. The contingency fee shall be calculated as follows:

(i) If a matter is resolved before filing a lawsuit or formal initiation of proceedings, then Attorney's fee will be twenty five percent (25%) of the gross recovery;

(ii) If a matter is resolved prior to sixty (60) days before the date initially set for the trial or arbitration of the matter then the Firm's fee will be thirty three and one-third percent (33.33%) of the gross recovery; and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(iii) If the matter is resolved after the times set forth in (i) and (ii), above, then Firm's fee will be forty percent (40%) of the gross recovery.

The Trustee acknowledges that (a) the contingency fee terms are not set by law, but are negotiated, (b) the Firm's work on any matter not subject to the contingency fee terms will be incurred pursuant to the hourly rate terms, and (c) all fees are subject to Court approval.

The Trustee believes that the hourly and contingency compensation arrangements with the Firm are reasonable and similar to the rates charged by the Firm to other clients in similar circumstances.

## VII.

## RESPONSES TO APPLICATION

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the U. S. Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Trustee, its counsel, and the U. S. Trustee no later than fourteen days from the date of service of notice of the filing of the Application.

**WHEREFORE**, the Trustee requests that this Court approve the employment of the Firm as special counsel, effective as of April 16, 2019, pursuant to section 327(a), 328, 330 and 331 of the Bankruptcy Code, to render services as described above, with compensation to be paid by the estates as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: April 16, 2019

Chapter 7 Trustee

By: ______________________
David K. Gottlieb

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF BRADLEY E. BROOK**

I, Bradley E. Brook, declare and state as follows:

1. I am the sole shareholder of the Law Offices of Bradley E. Brook, APC (the "Firm"). Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto. Terms not otherwise defined herein shall have the meanings ascribed to them in the *Chapter 7 Trustee's Application to Employ Law Offices of Bradley E. Brook as Special Counsel, Effective as of April 16, 2019*[1].

2. The name, address, telephone number and facsimile number of the Firm are:

Law Offices of Bradley E. Brook, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: 310.839.2004
Facsimile: 310.945.0022

3. A true and correct copy of my resume is attached hereto as **Exhibit A.**

4. The Firm is being retained by the Trustee to (a) analyze, prepare and prosecute objections to claims asserted in the Cases, primarily administrative expense claims at this juncture, on an hourly fee basis, and (b) prosecute avoidance actions and other applicable causes of action against third parties on a contingency fee basis.

5. The Firm is willing to provide the foregoing services on the following compensation basis: (a) on an hourly basis to prepare and prosecute objections to administrative claims; and (b) on a contingency fee basis as set forth below. My hourly rate being charged in these Cases is $450.00. Paraprofessional time will be charged in these Cases at $80.00 per hour.

6. The Firm will file interim and final fee applications with the court as required by applicable law.

7. With respect to its work performed relating to preparing objections to administrative claims, the Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with section 327(e), 328, 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court. The Firm will maintain records in

[1] Capitalized terms not defined herein shall have the same meanings as ascribed to them in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

support of any actual and necessary costs and expenses incurred in connection with the rendering of its services in these Cases.

8. With respect to prosecuting avoidance actions and preparing causes of action against third parties, the Trustee proposes to pay the Firm on a contingency fee basis, subject to Court approval. The Firm's contingency fee shall be calculated as follows:

(iv) If a matter is resolved before filing a lawsuit or formal initiation of proceedings, then Attorney's fee will be twenty five percent (25%) of the gross recovery;

(v) If a matter is resolved prior to sixty (60) days before the date initially set for the trial or arbitration of the matter then the Firm's fee will be thirty three and one-third percent (33.33%) of the gross recovery; and

(vi) If the matter is resolved after the times set forth in (i) and (ii), above, then Firm's fee will be forty percent (40%) of the gross recovery.

9. The Firm has expertise in the areas of insolvency, business reorganization, claims litigation, bankruptcy causes of action, collection and other debtor/creditor matters. The Firm has served as bankruptcy counsel to petitioning creditors, trustees, debtors and creditors in a myriad of bankruptcy cases and can provide services in an expedient and economical manner. Based on the foregoing, the Trustee believes that the Firm is well qualified to act as special counsel on behalf of the Trustee in these Cases, and that the Firm's retention is in the best interests of the Debtors' estates and case constituents.

10. The Firm will cooperate with the Trustee's efforts to ensure there will be no duplication of the services the Firm is to provide on behalf of the estates.

11. To check and clear potential conflicts of interest in these Cases, the Firm researched its client database for the past two years to determine whether it has or had any relationships with the following entities, limited to potential conflicts in its engagement as special litigation counsel (collectively, the "Interested Parties"):

(a) the Debtors;

(b) the equity holder of Penthouse Global Media, Inc.;

(c) the creditors holding the 20 largest unsecured claims against the Debtors;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(d)    Exworks Capital Funds I LP and Dream Media Corporation; and

(e)    the creditors of the estates, which are listed on **Exhibit "B"** hereto.

12.    The Firm's research of its relationships with the Interested Parties indicates that the Firm has not represented in the past two years, and does not currently represent, any of these entities in matters unrelated to these chapter 7 Cases.  Neither the Firm nor its principals or employees is a creditor, equity security holder, or an "insider" of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.

13.    Neither the Firm nor its principals or employees is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

14.    The Firm has no connection with the U. S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Central District of California, and the Firm does not represent or hold any interest adverse to the Trustee, the Debtors or to their estates with respect to the matters on which the Firm is to be employed.

15.    The Firm has not encountered any creditors of the Debtors in which an actual conflict exists between the Firm and such creditors.  The Firm has advised the Trustee that it will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new facts or relationships are disclosed, the Firm will supplement its disclosure to this Court.

16.    The Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the Firm does not hold any interest adverse to the estates.

17. I am familiar with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and United States Trustee Guidelines with respect to its retention by the Trustee and will comply with them.

I declare under penalty of perjury that the foregoing under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of April, 2019 at Los Angeles, California.

Bradley E. Brook

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit A

**LAW OFFICES OF BRADLEY E. BROOK, APC**

**Bradley E. Brook, Esq.**

Born Shaker Heights, Ohio, April 5, 1960; admitted to bar, 1986, California and U.S. District Court, Central District of California. Education: Northwestern University (B.S. 1982); Ohio State University; Hastings College of the Law, University of California (J.D., 1986).

Employment: Principal, Law Offices of Bradley E. Brook and/or Law Offices of Bradley E. Brook, APC (1990-2003, 2006 to present); Of counsel, Pachulski, Stang, Ziehl, Young & Jones LLP (1990 to 2002), Principal, Brook & Hochman, LLP (2003-2005).

Principal practice focus: Civil business litigation, collection matters and representation of debtors, creditors, trustees and committees in bankruptcy proceedings. Numerous judgments obtained or successful defenses of clients before juries, judges, and arbitrators. In 2009, filed largest individual involuntary case in the Ninth Circuit and prevailed on issue of first impression leading to a recovery in excess of $120 million and full payment of all creditor claims. Have both prosecuted and defended actions involving fraudulent conveyances, preferential transfers, and the recovery of assets both for judgment creditors and for bankruptcy estates.

Published opinions: *In re Marciano*, 798 F.3d 1123 (9th Cir. 2013); *In re Parmatex* (199 F.3d 1029 (9th Cir. 1998); *In re Marciano*, 459 B.R. 27 (9th Cir. BAP 2011); *In re Elder*, 262 B.R. 799 (C.D. Cal. 2001); *In re Marciano*, 446 B.R. 407 (Bankr.C.D.Cal. 2010); *Ken Berg v. MTC Electronic Technologies, Inc.*, 61 Cal.App.4th 349 (2nd District 1998). Co-Author: "Two Years Later: Eight Questions Left Unanswered (or Extremely Confused) by Deprizio", California Bankruptcy Journal, Spring 1991.

# Exhibit B

# EXHIBIT B

## CONFLICTS CHECK PARTIES

10 Homersham Road Kingston
101 Modelling Inc.
321 Bayshore Investments Inc.
Abramowitz, Paul
Adult Talent Managers
AJ Park IP Pty Ltd.
Akerman LLP
Allen Dyer Dopplet Milbrath & Gilchris
Allgemeines Treuunternehmen (ATU)
Andreas Andreou International
Androcles Entertainment Pty Ltd
Apparel Brand Consultants LLC
Arash Dadashzadeh
Arkena Inc.
Arkena SAS
Art Attack Productions
Aspen Setaro
Atlassian
Basmedia BV Pluggematen
Bayard PA
Behrle, Candace
Bekoski, Jason
Bishop, Christine
Bishop, Madilyn
Bizarre Video
Blockbuster Locations
BPE&H, an Accountancy corporation
Brandt, Catherine
Brenda Reshell Kibler
Bressler Law PLLC ILOTA Account
Broder, Melissa
C. Hocquel Inc.
California Choice Benefit Administrators
Calucag, Alexis
Campbell, Robert
Carnie, David
Cherry, Debbie
Collingwood, Chris
Combat Zone
Corporation Service Company
Corsearch
Creel LLC
Crispin Boyar
CSC Corporate Domains, Inc
Curacao International Trust Company

Cyber Pro Hosting
Cyber Security Solutions
Dadashzadeh, Arash
Danay Lynn Gonzalez
Danni Ashe Inc.
Del Carlo, Eric M.
Denean Gable
Dennemeyer & Associates S.A.
Digital Media Consultants LLC
Disgraceful Inc.
Dream Media Corporation
Driver, Timothy
DSS Consulting Corporation
Dubrow, Eli B., Trustee
Durand, Romaric
DVD Factory
Edgewood Paper
Elle et Lui
Elliott, Warren E.
Encuertros
EX Situ Marketing
Ex-Works Capital Funds I LP
Federal Express
Ferrise, Ricardo C.
Feuer, Sharon
Florence, William G.
Fluffy White Dog Media
Francis, Todd
Franchise Tax Board
Function Fox Systems Inc
Gallagher, Matt
GAM Inventory Management Services
General Media Communications Inc.
General Media Entertainment Inc.
Getty Images
GMI Online Ventures Ltd.
Gonzalez, Victor
Gorilla Convict, LLC
Gottlieb, David K.
Greenberg Traurig LLP
GRM Information Management Services Inc.
Gronbak, Rasmus
GSI US
Hanrahan Jr., Phillip J.
Harary, Keith

Heller, Brianna
Henderson, Jolie K.
Hiltpold, Sasha
Hingston, Michael
Hodges, Brad
Hogan Lovelis US LLP
Holland, Kelly
Hollywood Vaults Inc.
Horton-Billard, Jr., Theodore
Hotel Majestic
Hudson News Distributors LLC
Hyatt, Jessica
Inovio Payments, Inc
Interactive Media
Iron Mountain
J.A. Cast Capital, LLC
Jantshukovitsh, Sergei A.
Jeanette Beebe Poet & Journalist LLC
Johnson, Charlina
Kelly, John
Kelly Publishing
Kirkendoll Management LLC
LSC Communications Inc
Laura Arielle Willette
Law Offices of Max J. Sprecher
Lehrman, Jessica
Levene Neale Bender Yoo & Brill
Levin, Adam
Lincoln National Life Insurance Company
Lipez, Zachary
Los Angeles County Treasurer & Tax
Collector
Los Angeles Office of the City Attorney
M7 Group
Mannassi IT Solutions
Matrix Models
McSweeney, Leah
Melissa Reanna de Biel Way
Michel Plante International
Midwest Lists and Media
Mikios, Szili
Mile High
Millard, Drew
Miller Law Group
Mish Way, Inc., The
Mojo Host
Monteleone, Marcella
Morton, Thomas

Moser, Steven
Murat Saygi Ebulula Mardin
Nathanael Kalfa Consulting
NetNames Accounts Receivable
Nextgen Reporting
Nick Miseur International
Ninja Partners Inc.
NOA Productions SPRL
Noonan, Kevin
Nordbak, Jennifer
O'Brien, Thomas
OC Modeling
O'Callaghan, Deidre
Ogun Consulting
Olson, Jerrod
Orkin
Pachulski Stang Ziehl & Jones LLP
Palan, Emily
Palm Beach Beaute
Palm Coast Data LLC
Pell, Thomas
Penthouse Digital Media Productions Inc.
Penthouse Global Broadcasting Inc.
Penthouse Global Digital Inc.
Penthouse Global Licensing Inc.
Penthouse Global Publishing Inc.
Penthouse Images Acquisitions Ltd.
Penthouse World Broadcasting, LLC
Penthouse World Digital, LLC
Penthouse World Licensing, LLC
Penthouse World Media, LLC,
Penthouse World Publishing, LLC
Personnel Concepts
Pevarnik, Christine
Phe Inc.
Philip Tranker International
Picha, Tracy
Pink Panda LLC
Pintaric, Dubravka
Pizio, Barbara F.
Plashchevatyi, Vladyskav
Ponce, Jose
PR Newswire Associates LLC
Premium Assignment Corporation/Marsh
Pretty Things Press
PriorityWorkforce
Province, Inc.
Pryor Cashman LLP
Pure Entertainment Telecommunications Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Radisav Antic
Raganeto, Luciano
Raines Feldman LLP
Ready Refresh by Nestle
RD Productions
Right Networks
Revideo Inc.
Rollin Dice Productions, LLC
Safe Keeping Records
Sahar Yakhi
Savana Maisah Johnson
Seay, Allison
Sedgwick LLP
Serenity Balthazar
Sergio Freixas International
SESAC
Shahar, Yehuda
Smash Pictures
So Cal Licensing
Sotello, Robert
Spieglergirls.com
Spratt, Shannon
Squar Milner LLP
Stec, Kristin
SternDoor Inc.
Steven Austin Barber
Streamray Studios Inc.
Szili Miklos
Tan Door Media Inc.
Tanguay, David
Templeton, Susan
Taylor, John
TGG Accounting
Todaro, Camille
Tom Fox
Total Records Information Management LLC
Turner, Gareth
Ukanis, Whitney
Uline
USPS/Creel
US Postal Service
United States Trustee
USA
V&M Design
Varko, Ivan
Verizon Business
Vincenza Vignetti
Vladyslav Plashchevatyl International
WGCZ LTD., SRO; Penthouse World Media
Wallace, Caroline
Waste Management
WebDotCalm
Weiss & Spees, LLP
WGCZ Ltd. S.R.O.
Whitworth, Keith L.
Willett Associates
Williams, Christina
WIPO
Wood, Mark
Wood, Megan
XVHUB Group Inc.
Zinio LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY LAW OFFICES OF BRADLEY E. BROOK, APC AS SPECIAL COUNSEL, EFFECTIVE AS OF APRIL 16, 2019, PURSUANT TO SECTIONS 327(a), 328. 330 AND 331 OF THE BANKRUPTCY CODE; DECLARATION OF BRADLEY E. BROOK IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 16, 2019, I checked the CMp/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On April 16, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 16, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2019 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd. mw@weissandspees.com, lm@weissandspees.com
Michael H Weiss on behalf of Debtor Streamray Studios, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc. mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc. mw@weissandspees.com, lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party bry@lnbyb.com

Brian L. Davidoff bdavidoff@greenbergglusker.com

Jonathan Hayes jhayes@SRHLawFirm.com

Peter W. Lianides plianides@wcghlaw.com

Mark S. Horoupian mhoroupian@sulmeyerlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 F 9013-3.1.PROOF.SERVICE

**U.S. Bankruptcy Court - Central District of California
In re Penthouse Global Media, Inc.,
Case No. 18-10098-MB**

**2. SERVED BY UNITED STATES MAIL:**

***Debtor***
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

**3. SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**

***Debtor***
Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

***Request for Special Notice or Pecuniary Interest***
Rollin' Dice Productions
842 Wilcox Ave #1
Los Angeles Ca 90038-3654

***Counsel for Walter***
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

***Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC***
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

***Counsel for WGCZ Ltd., S.R.O.***
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

***Counsel for LSC Communications, US, LL***
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

***Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC***
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

***Counsel for Alpha Cygni, Inc***
Rochelle@rjslawconsult.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:317564.8 32277/001