Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Proposed Attorneys for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| In re: | Cases No.: 1:18-BK-10098-MB |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., | Chapter 7 |
| Debtor. | Jointly Administered with Cases Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB |
| ☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATIONS TO RETAIN PROFESSIONALS**<br><br>[Local Bankruptcy Rule 9013-1]<br><br>Date: May 29, 2019<br>Time: 11:00 a.m.<br>Place: 21041 Burbank Blvd., Suite 342<br>Courtroom 303<br>Woodland Hills, CA 91367<br><br>Judge: Hon. Martin R. Barash |

**PLEASE TAKE NOTICE** that a hearing will be held on **May 29, 2019 at 11:00 a.m.** before the Honorable Martin R. Barash, United States Bankruptcy Judge, at the U.S. Bankruptcy

DOCS_LA:321770.1 32277/002

Court located at 21041 Burbank Blvd., Woodland Hills, CA 91367 in Courtroom 303, for the Court to consider:

(a) the Chapter 7 Trustee's applications for orders authorizing the employment of:

    (i)    Pachulski Stang Ziehl Jones LLC as general bankruptcy counsel [Docket No. 858]; (ii) BPE&H as special tax advisors [Docket No. 857]; and (iii) Province, Inc. as Financial Advisor [Docket No. 854], each filed and served on April 11, 2019 (collectively, the "Applications");

(b) the *Omnibus Objection to All Applications to Employ Professionals Filed by the Chapter 7 Trustee on April 11, 2019* [Docket No. 856]; and

(c) *the Reply To Omnibus Objection To Certain Applications To Employ Professionals Filed By The Chapter 7 Trustee On May 8, 2019*.

**PLEASE TAKE FURTHER NOTICE** that no hearing will be held upon the *Chapter 7 Trustee's Application to Employ Law Offices of Bradley E. Brook, APC as Special Counsel, Effective as of April 16, 2019, pursuant to Sections 327(a), 328. 330 And 331 of the Bankruptcy Code* [Dkt. No. 839] (the "Brook Application'). For the avoidance of confusion, there was no objection filed to the Brook Application [See Docket No. 855] and the order lodged with the Court with respect to the Brook Application may be entered in accordance with Local Bankruptcy Rule 9013-1(o)(3).

Dated: May 10, 2019            PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Linda F. Cantor*
         Linda F. Cantor
         Proposed Attorneys for David K. Gottlieb,
         Chapter 7 Trustee

DOCS_LA:321770.1 32277/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S APPLICATIONS TO RETAIN PROFESSIONALS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2019**, I checked the CMp/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On **May 10, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2019 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| 1 | Inc.<br>mw@weissandspees.com, | Streamray Studios, Inc.<br>mw@weissandspees.com, |
| 2 | lm@weissandspees.com | lm@weissandspees.com |
| 3 | Michael H Weiss on behalf of Debtor<br>Penthouse Global Broadcasting, Inc. | Michael H Weiss on behalf of Debtor Tan<br>Door Media, Inc. |
| 4 | mw@weissandspees.com,<br>lm@weissandspees.com | mw@weissandspees.com,<br>lm@weissandspees.com |
| 5 | | |
| 6 | Michael H Weiss on behalf of Debtor<br>Penthouse Global Digital, Inc.<br>mw@weissandspees.com, | Michael H Weiss on behalf of Debtor<br>XVHUB Group, Inc.<br>mw@weissandspees.com, |
| 7 | lm@weissandspees.com | lm@weissandspees.com |
| 8 | Michael H Weiss on behalf of Debtor<br>Penthouse Global Licensing, Inc. | Christopher K.S. Wong on behalf of<br>Creditor LSC Communications US, LLC |
| 9 | mw@weissandspees.com,<br>lm@weissandspees.com | / Creel Printing<br>christopher.wong@arentfox.com |
| 10 | | |
| 11 | Michael H Weiss on behalf of Debtor<br>Penthouse Global Media, Inc. | Beth Ann R Young on behalf of Creditor<br>Dream Media Corporation |
| 12 | mw@weissandspees.com,<br>lm@weissandspees.com | bry@lnbyb.com |
| 13 | Michael H Weiss on behalf of Debtor | Beth Ann R Young on behalf of Creditor<br>Interested Party |
| 14 | Penthouse Global Publishing, Inc.<br>mw@weissandspees.com, | bry@lnbyb.com |
| 15 | lm@weissandspees.com | Brian L. Davidoff<br>bdavidoff@greenbergglusker.com |
| 16 | Michael H Weiss on behalf of Debtor<br>Penthouse Images Acquisitions, Ltd. | Jonathan Hayes |
| 17 | mw@weissandspees.com,<br>lm@weissandspees.com | jhayes@SRHLawFirm.com |
| 18 | Michael H Weiss on behalf of Debtor | Peter W. Lianides<br>plianides@wcghlaw.com |
| 19 | Pure Entertainment Telecommunications,<br>Inc. fka For Your Ears Only, Ltd.<br>mw@weissandspees.com, | |
| 20 | lm@weissandspees.com<br>Michael H Weiss on behalf of Debtor | Mark S. Horoupian<br>mhoroupian@sulmeyerlaw.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

**U.S. Bankruptcy Court - Central District of California**
**In re Penthouse Global Media, Inc.,**
**Case No. 18-10098-MB**

**2. SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Scott Eisner, CPA
BPE&H, An Accountancy Corporation
21300 Victory Blvd, #520
Woodland Hills, CA 91367

Law Offices of Bradley E. Brook
4321 Motor Ave
Culver City, CA 90232-3448

Walter Bowser
Director
Province
17000 Ventura Blvd, Suite 300
Encino, CA 91316

**3. SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**
*Debtor*
Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Request for Special Notice or Pecuniary Interest*
Rollin' Dice Productions
842 Wilcox Ave #1
Los Angeles Ca 90038-3654

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LL*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:321770.1 32277/002

| | | |
|---|---|---|
| 1 | *Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC* | bbortnick@rascoklock.com |
| 2 | Theodore B. Stolman | *Counsel for Alpha Cygni, Inc* |
| 3 | ted.stolman@ffslaw.com<br>Blaine Bortnick | Rochelle@rjslawconsult.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:321770.1 32277/002