United States Bankruptcy Court
Central District of California

In re:  
Penthouse Global Media, Inc.  
    Debtor

Case No. 18-10098-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1     User: agasparia     Page 1 of 2     Date Rcvd: Jul 07, 2020  
                        Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db           +Penthouse Global Media, Inc.,   8944 Mason Ave.,   Chatsworth, CA 91311-6107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

        Alan I Nahmias    on behalf of Interested Party    Courtesy NEF anahmias@mbnlawyers.com,
          jdale@mbnlawyers.com
        Allan B Gelbard    on behalf of Other Professional Allan B. Gelbard xxxesq@aol.com,
          Allan@GelbardLaw.com
        Andrew B Levin    on behalf of Interested Party    Kirkendoll Management LLC alevin@wcghlaw.com,
          Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
        Beth Ann R Young    on behalf of Creditor    Interested Party bry@lnbyb.com
        Beth Ann R Young    on behalf of Creditor    Dream Media Corporation bry@lnbyb.com
        Bradley E Brook    on behalf of Trustee David Keith Gottlieb (TR) bbrook@bbrooklaw.com,
          paulo@bbrooklaw.com;brookecfmail@gmail.com
        Bradley E Brook    on behalf of Plaintiff DAVID K GOTTLIEB bbrook@bbrooklaw.com,
          paulo@bbrooklaw.com;brookecfmail@gmail.com
        Brian L Davidoff    on behalf of Interested Party    Silver Reel Entertainment Mezzanine Fund, L.P.
          bdavidoff@greenbergglusker.com,    calendar@greenbergglusker.com;jking@greenbergglusker.com
        Carol   Chow    on behalf of Interested Party    Jerrick Ventures LLC carol.chow@ffslaw.com,
          easter.santamaria@ffslaw.com
        Carol   Chow    on behalf of Interested Party    Jerrick Media Holdings, Inc. carol.chow@ffslaw.com,
          easter.santamaria@ffslaw.com
        Cathy Ta    on behalf of Creditor    Penthouse Clubs Worldwide, LLC cathyta@cathyta.net
        Christopher K.S.  Wong    on behalf of Creditor    LSC Communications US, LLC  / Creel Printing
          christopher.wong@arentfox.com,  yvonne.li@arentfox.com
        David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,  dgottlieb@iq7technology.com,
          rjohnson@dkgallc.com,akuras@dkgallc.com
        David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
        Hamid R Rafatjoo    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors hrafatjoo@raineslaw.com,  bclark@raineslaw.com
        Howard   Steinberg    on behalf of Creditor    Greenberg Traurig, LLP steinbergh@gtlaw.com,
          pearsallt@gtlaw.com;laik@gtlaw.com
        Iain A W Nasatir    on behalf of Trustee David Keith Gottlieb (TR) inasatir@pszjlaw.com,
          jwashington@pszjlaw.com
        Iain A W Nasatir    on behalf of Interested Party    Courtesy NEF inasatir@pszjlaw.com,
          jwashington@pszjlaw.com
        James A Dumas, Jr    on behalf of Creditor    Penthouse Global Broadcasting, Inc.
          jdumas@dumas-law.com,  jdumas@ecf.inforuptcy.com
        James A Dumas, Jr    on behalf of Creditor    NOA Productions SPRL jdumas@dumas-law.com,
          jdumas@ecf.inforuptcy.com
        Jeffrey K Garfinkle    on behalf of Creditor    Easy Online Solutions, Ltd. d/b/a MojoHost
          jgarfinkle@buchalter.com,  docket@buchalter.com;dcyrankowski@buchalter.com
        Jeffrey L Kandel    on behalf of Trustee David Keith Gottlieb (TR) jkandel@pszjlaw.com
        John P Kreis    on behalf of Creditor    Claxson Media LLC jkreis@kreislaw.com,  j.kreis@ca.rr.com
        Joseph  Corrigan    on behalf of Creditor    Iron Mountain Information Management, LLC
          Bankruptcy2@ironmountain.com

```
District/off: 0973-1           User: agasparia              Page 2 of 2                   Date Rcvd: Jul 07, 2020
                               Form ID: pdf042              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Krikor J Meshefejian    on behalf of Creditor    Interested Party kjm@lnbyb.com
              Linda F Cantor, ESQ    on behalf of Trustee David Keith Gottlieb (TR) lcantor@pszjlaw.com,
               lcantor@pszjlaw.com
              Marc J Winthrop    on behalf of Interested Party    Kirkendoll Management LLC
                mwinthrop@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com
              Mark S Horoupian    on behalf of Interested Party    WSM Investment, LLC dba TOPCO Sales
                mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
              Mark S Horoupian    on behalf of Interested Party    Courtesy NEF mhoroupian@sulmeyerlaw.com,
               mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
              Michael  St James    on behalf of Interested Party Michael  St. James ecf@stjames-law.com
              Michael  St James    on behalf of Creditor    Interested Party ecf@stjames-law.com
              Michael D Kwasigroch    on behalf of Defendant    Revideo, Inc. attorneyforlife@aol.com
              Michael D Kwasigroch    on behalf of Defendant Kelly  Holland attorneyforlife@aol.com
              Michael H Weiss    on behalf of Attorney    Weiss & Spees, LLP mw@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Licensing, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Digital, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Tan Door Media, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    XVHUB Group, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Digital Media Productions, Inc.
               lm@weissandspees.com, lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    GMI Online Ventures, Ltd. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Danni Ashe, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    General Media Entertainment, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Publishing, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    General Media Communications, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Media, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Pure Entertainment Telecommunications, Inc. fka For Your
               Ears Only, Ltd. lm@weissandspees.com, lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Streamray Studios, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Global Broadcasting, Inc. lm@weissandspees.com,
               lm@weissandspees.com
              Michael H Weiss    on behalf of Debtor    Penthouse Images Acquisitions, Ltd. lm@weissandspees.com,
               lm@weissandspees.com
              Mirco J Haag    on behalf of Creditor    Easy Online Solutions, Ltd. d/b/a MojoHost
                mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
              Paul M Brent    on behalf of Interested Party    WGCZ Ltd., S.R.O. snb300@aol.com
              Peter W Lianides    on behalf of Interested Party    Kirkendoll Management LLC
                plianides@wghlawyers.com,
               pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
              Ron Bender    on behalf of Interested Party    Courtesy NEF rb@lnbyb.com
              Russell Clementson    on behalf of U.S. Trustee    United States Trustee (SV)
                russell.clementson@usdoj.gov
              S Margaux Ross    on behalf of U.S. Trustee    United States Trustee (SV) margaux.ross@usdoj.gov,
                Kate.Bunker@UST.DOJ.GOV
              Stephen F Biegenzahn    on behalf of Creditor Eli B. Dubrow efile@sfblaw.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 57
```

FILED & ENTERED

JUL 07 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>　　　　　　　Debtor.<br>_____<br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No.: 1:18-BK-10098-MB<br><br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT BETWEEN TRUSTEE OF DEBTORS' ESTATES AND LSC COMMUNICATIONS, LLC DBA CREEL PRINTING**<br><br>Date:　June 26, 2020<br>Time:　1:30 p.m.<br>Ctrm:　303<br><br>Judge:　Hon. Martin R. Barash |

      Chapter 7 Trustee David Gottlieb's Motion to Approve Settlement between Trustee of Debtors' Estates and LSC Communications US, LLC dba Creel Printing (the "Motion") [Dkt. #912] relating to the proposed resolution of the Trustee's motion to disallow the administrative claim of Creel [Dkt. #891] and the adversary action he had filed against Creel [Case #1:20-ap-01002-MB] came on for hearing on June 26, 2020 at 1:30 p.m. before the Honorable Martin R. Barash. Appearances were made as noted in the record. There was no opposition to the Motion.

      The Court having read and considered the Notice of Motion, the Motion, the memorandum of points and authorities therein, the Declaration of David Gottlieb and the settlement agreement attached to the Motion, and good cause appearing therefor,

      **IT IS HEREBY ORDERED** that:

      1.    The Motion is granted.

      2.    LSC Communications US, LLC dba Creel Printing's Chapter 11 administrative claim, filed twice, once in this case [Dkt. #526] and once through proof of claim number 37-1, each in the sum of $131,504.91 shall be allowed only once and then as a Chapter 11 administrative claim in the sum of $65,000 only.

###

Date: July 7, 2020

_____
Martin R Barash
United States Bankruptcy Judge