DAVID K. GOTTLIEB
16255 VENTURA BOULEVARD, SUITE 440
ENCINO, CA  91436
Telephone: (818) 539-7720
Telecopier: (818) 436-0729

Chapter 7 Trustee

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

CHAPTER 7
CASE NO.: 1:18-bk-10098-MB

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10107-MB; 1:18-bk-10108-MB;
1:18-bk-10109-MB; 1:18-bk-10111-MB;
1:18-bk-10113-MB

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Streamray Studios, Inc.

**NOTICE OF MOTION AND MOTION NO. 2 UNDER LOCAL BANKRUPTCY RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**

No hearing unless requested under Local Bankruptcy Rule 9013-1(g)(1)]

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 Trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is December 31, 2021.
3. Cash disbursements period: to April 12, 2021 to December 31, 2021.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: _____    _____
                                        Chapter 7 trustee

| In re<br>PENTHOUSE GLOBAL MEDIA, INC.          Debtor(s). | CHAPTER 7<br>CASE NO. 1:18-bk-10098-MB |
|---|---|

**F2016-02.2 DISBURSEMENT**

## DECLARATION OF TRUSTEE

I, DAVID K. GOTTLIEB, the duly appointed chapter 7 Trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___18th___ day of April 2021, at Encino, California.

_____
David K. Gottlieb, Chapter 7 Trustee

| In re<br>PENTHOUSE GLOBAL MEDIA, INC.<br>Debtor(s). | CHAPTER 7<br>CASE NO. . 1:18-BK-10098-MB |
|---|---|

## EXHIBIT "A"

**SUMMARY/STATUS OF CASE:**

This Cash Disbursement Motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

On January 11, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

Penthouse Global Media, Inc. is the parent company and owner of the affiliated subsidiary Debtors.

The cases are jointly administered for procedural purposes pursuant to order entered January 16, 2018 designating the case of In re Penthouse Global Media, Inc., Case No. 1:18-bk-10098 as the "Lead Case."

On February 21, 2018, the Court held a status conference, at which time it was determined that the appointment of a Chapter 11 Trustee of the Estates was appropriate.  On March 2, 2018, the Court entered its order directing the appointment of a Chapter 11 Trustee and on March 6, 2018, the Office of the United States Trustee appointed David K. Gottlieb as the Chapter 11 Trustee in the cases.

By order entered June 14, 2018, The Trustee obtained Bankruptcy Court authorization to sell substantially all of the Estates' assets to the successful bidder at a bankruptcy auction held June 4, 2018.

The successful bidder at the auction was the Buyer.

On June 15, 2018, the sale of substantially all of the Debtors' assets to the Buyer was consummated pursuant to the terms of an Asset Purchase Agreement between the Trustee and the Buyer's assignees.

On January 31, 2019, the Trustee filed a motion to convert the Debtors' cases to cases under Chapter 7 of the Bankruptcy Code.  The Court granted the conversion motion by order entered March 12, 2018, and the Office of the United States Trustee appointed David Gottlieb to serve as Chapter 7 Trustee.

As of April 12, 2021, there is a total of $1,035,943.92 in funds held by the estate.

Trustee's accountants have prepared estate returns for 2020.

There is approximately $100.00 tax due with Form 1120 and $14,000.00 due with Form 100.

The Trustee seeks approval of this Cash Disbursement Motion to disburse funds to the Internal Revenue Service and Franchise Tax Board.

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other:

$ _____ Other:

$ _____ Other:

$ _____ Other:

**Total:** $ _____ Estimated Recurring Monthly Expenditures During the Cash Disbursement
Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court
Approval is
Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the
Estate

$_____Courier Fees re: Filing of Original Trustee Bond

$_____ Books and Records Destruction Costs - Estimated

$_____ Taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____14,000_____ Other:  California Form 100 – 2020

$_____100.00_____ Other:  Federal Form 1120 – 2020


**Total:** $ 14,100.00 ___ Estimated Other Expenses During the Cash Disbursement Period



**KROST**

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS SINCE 1939
Pasadena • Valencia • West Los Angeles • Woodland Hills
KROSTCPAs.com

APRIL 9, 2021


PENTHOUSE GLOBAL MEDIA, INC. &
SUBSIDIARIES
17000 VENTURA BLVD., SUITE 300
ENCINO, CA  91316


PENTHOUSE GLOBAL MEDIA, INC. &:

WE HAVE PREPARED AND ENCLOSED YOUR 2020 CORPORATION INCOME
TAX RETURNS FOR THE YEAR ENDED DECEMBER 31, 2020.

THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  IF YOU
WISH TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE
SIGN, DATE, AND RETURN FORM 8879-C TO OUR OFFICE.  WE WILL
THEN SUBMIT YOUR ELECTRONIC RETURN TO THE IRS.  DO NOT MAIL
THE PAPER COPY OF THE RETURN TO THE IRS.  RETURN FEDERAL FORM
8879-C TO US BY APRIL 15, 2021.

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

WE HAVE ALSO PREPARED AND ENCLOSED FORM 851.

WE HAVE PREPARED FORM 5471 FOR ELECTRONIC FILING WITH THE
FEDERAL RETURN.

THE CALIFORNIA FORM 100 RETURN HAS BEEN PREPARED FOR
ELECTRONIC FILING. IF YOU WISH TO HAVE IT TRANSMITTED
ELECTRONICALLY TO THE FTB, PLEASE SIGN, DATE AND RETURN FORM
8453-C TO OUR OFFICE. WE WILL THEN SUBMIT THE ELECTRONIC
RETURN TO THE FTB. DO NOT MAIL A PAPER COPY OF THE RETURN TO
THE FTB.  RETURN FORM 8453-C TO US BY APRIL 15, 2021.

YOUR PAYMENT SHOULD BE MADE AS INSTRUCTED BELOW BY APRIL 15,
2021.

ENCLOSE A CHECK OR MONEY ORDER FOR $80.00, PAYABLE TO
FRANCHISE TAX BOARD.  SEPARATELY MAIL FTB 3586 WITH PAYMENT
TO:

          FRANCHISE TAX BOARD
          PO BOX 942857
          SACRAMENTO, CA  94257-0531

THE CALIFORNIA ESTIMATED INCOME TAX DUE DATES AND REQUIRED
PAYMENTS ARE AS FOLLOWS:

```
          INSTALLMENT NO. 1 BY 04/15/21 . . . . . . $13,600

          INSTALLMENT NO. 2 BY 06/15/21 . . . . . . NO PAYMENT DUE

          INSTALLMENT NO. 3 BY 09/15/21 . . . . . . NO PAYMENT DUE

          INSTALLMENT NO. 4 BY 12/15/21 . . . . . . NO PAYMENT DUE
```

MAIL THE CALIFORNIA 100-ES ESTIMATED TAX PAYMENTS TO:

```
          FRANCHISE TAX BOARD
          P.O. BOX 942857
          SACRAMENTO, CA  94257-0531
```

VERY TRULY YOURS,


SCOTT I. EISNER

■

## Voucher at bottom of page.

---

**DO NOT MAIL A PAPER COPY OF THE CORPORATE OR EXEMPT ORGANIZATION TAX RETURN WITH THE PAYMENT VOUCHER.**
**If the amount of payment is zero, do not mail this voucher.**

---

**WHERE TO FILE:** Using black or blue ink, make check or money order payable to the "Franchise Tax Board." Write the corporation number, FEIN, CA SOS file number and "2020 FTB 3586" on the check or money order. Detach voucher below. Enclose, but **do not** staple the check or money order with voucher and mail to:

**FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

---

**WHEN TO FILE:** **Corporations - File and Pay by the 15th day of the 4th month following the close of the taxable year.**

**S corporations - File and Pay by the 15th day of the 3rd month following the close of the taxable year.**

**Exempt organizations - File and Pay by the 15th day of the 5th month following the close of the taxable year.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

---

**ONLINE SERVICES:** Corporations or exempt organizations can make payments online using Web Pay for Businesses. Corporations or exempt organizations can make an immediate payment or schedule payments up to a year in advance. Go to ftb.ca.gov/pay for more information.

---

039035  11-10-20

_ _ _ DETACH HERE _ _ _ _ _ _ _ _ _ _ _ _ IF NO PAYMENT IS DUE, DO NOT MAIL THIS VOUCHER _ _ _ _ _ _ _ _ _ _ _ _ _ DETACH HERE _ _ _

**CAUTION: You may be required to pay electronically, see instructions.**

| TAXABLE YEAR | **Payment Voucher for Corporations** | CALIFORNIA FORM |
|---|---|---|
| **2020** | **and Exempt Organizations e-filed Returns** | **3586 (e-file)** |

3772944    PENT              000000000000        20        FORM  1
TYB  01-01-2020    TYE  12-31-2020
PENTHOUSE GLOBAL MEDIA INC SUBSIDIARIES

16255 VENTURA BLVD                    440
ENCINO          CA  91436

(818) 539-7980

                    Total Payment Amt          80.

■                        ┌ 022 ┐    6181206      ┌          ┐          FTB 3586 2020  ■

PENTHOUSE GLOBAL MEDIA INC & SUBSIDIAR                    47-2601335

## Form at bottom of page. 

| Installment 1 - | File and Pay by the 15th day of the 4th month of the taxable year. When the due date falls on a weekend or holiday, the deadline to file and pay without a penalty is extended to the next business day.<br><br>**If no payment is due, do not mail this form.** |
|---|---|

**WHERE TO FILE:** Using black or blue ink, make the check or money order payable to the "Franchise Tax Board." Write the corporation number, FEIN, and CA SOS file number, if applicable, and "2021 Form 100-ES" on the check or money order. Detach form below. Enclose, but **do not** staple, the payment with this form and mail to:

**FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**ONLINE SERVICES:** Corporations can make payments online using Web Pay for Businesses. Corporations can make an immediate payment or schedule payments up to a year in advance. Go to **ftb.ca.gov/pay** for more information.

---

### WORKSHEET FOR COMPUTATION OF ESTIMATED TAX
(Complete and retain for your files)

| | | | |
|---|---|---|---|
| 1. | Estimated Income | $ | |
| 2. | Tax - Amount on line 1 X _____ ........ MINIMUM TAX LIABILITY | $ | 13,600 |
| 3. | Tax Credits | $ | |
| 4. | Balance (subtract line 3 from line 2) (not less than minimum tax, if applicable) | $ | 13,600 |
| 5. | Other taxes | $ | |
| 6. | Total estimated tax - Add lines 4 and 5 (not less than minimum tax, if applicable) | $ | 13,600 |
| 7. | Overpayment on prior year return designated to be credited to this estimate | $ | |
| 8. | Amount already paid towards estimated tax | $ | |
| 9. | Net estimated tax | $ | 13,600 |

---

- - - - DETACH HERE - - - - - - - - - - - - - IF NO PAYMENT IS DUE, DO NOT MAIL THIS FORM - - - - - - - - - - - - DETACH HERE - - - -

Caution: The corporation may be required to pay electronically. See instructions.

| | | Installment 1 |
|---|---|---|
| TAXABLE YEAR | | CALIFORNIA FORM |
| **2021** | **Corporation Estimated Tax** | **100-ES** |

3772944        PENT              000000000000        21        FORM   1
TYB   01-01-2021   TYE   12-31-2021
PENTHOUSE GLOBAL MEDIA INC & SUBSIDIARIES

16255 VENTURA BLVD SUITE 440
ENCINO          CA   91436

EST TAX AMT       13600.   QSUB TAX AMT
                          Amount of Payment      13600.

---

039821 11-24-20        022        6101216                    Form 100-ES 2020

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 16255 Ventura Blvd., Suite 440, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION AND MOTION NO. 2 UNDER LOCAL BANKRUPCY RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On    4/13/2021    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **April 13 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, CA 91367

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2021 | Renee Johnson | /s/ Renee Johnson |
|-----------|---------------|-------------------|
| Date | Printed Name | Signature |

4

1

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
2     **In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

3     **1.  NOTICE OF ELECTRONIC FILING (NEF)**

4     Ron Bender on behalf of Interested
Party Courtesy NEF
5     rb@lnbyb.com

6     Stephen F Biegenzahn on behalf of
Creditor Eli B. Dubrow
7     efile@sfblaw.com

8     Paul M Brent on behalf of
Interested Party WGCZ Ltd.,
9     S.R.O.
snb300@aol.com
10

11    Bradley E Brook on behalf of
Plaintiff DAVID K GOTTLIEB
12    bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfm
13    ail@gmail.com

14    Bradley E Brook on behalf of
Plaintiff DAVID K GOTTLIEB
15    bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfm
16    ail@gmail.com
17

18    Bradley E Brook on behalf of
Trustee David Keith Gottlieb (TR)
19    bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfm
20    ail@gmail.com

21    Linda F Cantor, ESQ on behalf of
Trustee David Keith Gottlieb (TR)
22    lcantor@pszjlaw.com,
lcantor@pszjlaw.com
23

24    Carol Chow on behalf of Interested
Party Jerrick Media Holdings, Inc.
25    carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com
26

27    Carol Chow on behalf of Interested
Party Jerrick Ventures LLC
28

carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com

Russell Clementson on behalf of
U.S. Trustee United States Trustee
(SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of
Creditor Iron Mountain
Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of
Interested Party Silver Reel
Entertainment Mezzanine Fund,
L.P.
bdavidoff@greenbergglusker.com,
calendar@greenbergglusker.com;jk
ing@greenbergglusker.com

James A Dumas, Jr on behalf of
Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of
Creditor Penthouse Global
Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of
Creditor Easy Online Solutions,
Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankow
ski@buchalter.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

1

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjoh
nson@dkgallc.com,akuras@dkgall
c.com

Mirco J Haag on behalf of Creditor
Easy Online Solutions, Ltd. d/b/a
MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com;doc
ket@buchalter.com

Mark S Horoupian on behalf of
Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;c
caldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of
Interested Party WSM Investment,
LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;c
caldwell@sulmeyerlaw.com

Jeffrey L Kandel on behalf of
Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor
Claxson Media LLC
jkreis@kreislaw.com,
j.kreis@ca.rr.com

Michael D Kwasigroch on behalf
of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf
of Defendant Kelly Holland
attorneyforlife@aol.com

Andrew B Levin on behalf of
Interested Party Kirkendoll
Management LLC
alevin@wcghlaw.com,

Meir@virtualparalegalservices.co
m;pj@wcghlaw.com;jmartinez@w
cghlaw.com

Peter W Lianides on behalf of
Interested Party Kirkendoll
Management LLC
plianides@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghl
awyers.com;Meir@virtualparalegal
services.com

David W. Meadows on behalf of
Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of
Creditor Interested Party
kjm@lnbyb.com

Alan I Nahmias on behalf of
Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of
Interested Party Courtesy NEF
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Iain A W Nasatir on behalf of
Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of
Creditor Committee The Official
Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com

S Margaux Ross on behalf of U.S.
Trustee United States Trustee (SV)
margaux.ross@usdoj.gov,
Kate.Bunker@UST.DOJ.GOV

Michael St James on behalf of

Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of
Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of
Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.c
om

Cathy Ta on behalf of Creditor
Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of
Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Danni Ashe, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor GMI Online Ventures, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Communications, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Entertainment, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Digital Media
Productions, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Broadcasting, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Digital,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Licensing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Media,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Publishing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Images
Acquisitions, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Pure Entertainment
Telecommunications, Inc. fka For
Your Ears Only, Ltd.
lm@weissandspees.com,

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Streamray Studios, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Tan Door Media, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor XVHUB Group, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Marc J Winthrop on behalf of
Interested Party Kirkendoll
Management LLC
mwinthrop@wghlawyers.com,

pj@wcghlaw.com;jmartinez@
wghlawyers.com

Christopher K.S. Wong on
behalf of Creditor LSC
Communications US, LLC /
Creel Printing
christopher.wong@arentfox.co
m, yvonne.li@arentfox.com

Beth Ann R Young on behalf
of Creditor Dream Media
Corporation
bry@lnbyb.com

Beth Ann R Young on behalf
of Creditor Interested Party
bry@lnbyb.com

4

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA  90048

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of*
*Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

*Counsel for Buyers*
Razmig Izakelian, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa St Fl 10
Los Angeles, CA 90017-5003

Michael Thomas Zeller
Quinn Emanuel et al LLP
865 S Figueroa St Fl 10
Los Angeles, CA 90017-5003

Kenneth John Shaffer
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St Fl 10
Los Angeles, CA 90017-5003

Michelle Fullmer
Fisher Broyles
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA  91436

Kelly Holland
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice
application to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

Joseph Corrigan
Bankruptcy2@ironmountain.com
Iron Mountain Information
Management, LLC One Federal
Street, 7th Floor
Boston, MA  02110

Internal Revenue Service
Bankruptcy Specialist
Attention:  Angela Smith
Insolvency Group 1
300 North Los Angeles Street M/S
5022
Los Angeles, CA  90012

***General Unsecured Creditors***
Adult Talent Managers
22020 Clarendon St., Suite 300
Woodland Hills, CA  91367

OC Modeling
22024 Lassen Street, Unit 114
Chatsworth, CA  91311

Brenda Reshell Kibler
7839 Sandpiper Park
San Antonio, TX  78249

Disgraceful, Inc.
Meghan Slaninko
24303 Woolsey Canyon Road,
Space #31
West Hills, CA  91304

Jessica Hyatt
4210 Sarah Street, Apt #42
Burbank, CA  91505

Jolie K. Henderson
450 79th Street, Apt #1
Miami Beach, FL  33141

Madilyn Bishop
6301 Glade Avenue, # K320
Woodland Hills, CA  91367

Savana Maisah Johnson
6419 10th Avenue, #23
Los Angeles, CA  90043

Sharon Feuer
Blockbuster Locations
17451 Oak Creek Court
Encino, CA  91316

Yehuda Shahar
PR Consulting P.O. Box 708
Tzur Moshe 42810, Israel

Robert Sotello
9966 Roscoe Blvd
Sun Valley, CA  91352

Danay Lynn Gonzalez
530 S Kingsley Road #106
Los Angeles CA  90020

Arkena, Inc.
125 S. Barrington Place
Los Angeles, CA 90049

Laura Arielle Willette
926 N. Normandie Ave., Apt #10
Los Angeles, CA  90029

AJ Park IP Pty, Ltd.
Level 14
St. James Centre
111 Elizabeth Street
Sydney, NSW 2000

Verizon Business
13031 West Jefferson Blvd.
Building 900
Los Angeles, CA  90094

Debbie Cherry
10831 Roycroft Street, #77
Sun Valley, CA  91352

RD Productions
5720 Owensmouth #136
Woodland Hills, CA 91367

Bizarre Video
21621 Nordhoff Street, Suite B
Chatsworth, CA  91311

Emily Palan
2412 Delancey Place
Philadelphia, PA  19103

Szili Miklos
Akademia Korut 67 6000,
Kecskemet Hungary

Arkena SAS
15 Rue Cognacq-Jay
75007 Paris France

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA 91311

Hotel Majestic
10 La Croisette – BP 163
06407 Cannes Cedex, France

Jason Bekoski
168 E Port Hueneme Road
Port Hueneme CA 93041

Digital Media Consultants,
LLC21781 Ventura Blvd, Suite 644
Woodland Hills, CA 91364

Jose Ponce
10945 Old Santa Susana Pass Rd
Chatsworth CA 91311

Ogun Consulting
Sprl Chaussee de Gand, 443
1080 Brussels Belgium

SESAC
35 Music Sq E
Nashville, TN 37203

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Fluffy White Dog Media
Eric Mittleman
8033 Sunset Blvd., #308
Los Angeles, CA 90046

Revideo, Inc. dba:  Art Attack
Productions
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Priority Workforce
PO Box 15667
Santa Ana, CA 92735

Priority Workforce
15941 Red Hill Ave., Suite 100
Tustin, CA 92780

Phe, Inc.
302 Meadowland Drive
Hillsborough, NC 27278

Interactive Media
AG Einsiedlerstrasse 23 CH-8834
Schindellegi SZ Switzerland

Mile High
8148 Devonshire Ville Mont-Royal
Quebec, Canada H4p 2k3

Basmedia B.V. Pluggematen
2 8331TV Steenwijk
The Netherlands

Corsearch
P.O. Box 4349
Carol Stream, IL 60197-4349 US

Law Offices of Max J. Sprecher
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

Pryor Cashman LLP
7 Times Square
New York, NY 10036

Vincenza Vignetti
Via Tevere 13
Asti AT 14100 Italy

Radisav Antic
Knjaza Milosa 11/7
Pirot Serbia 18300 Serbia

Thomas Pell
1092 Hwy 11W
Bean Station, TN 37708

John Kelly
255 S. Rengstorff Ave., Apt 132
Mountain View, CA 94040

Steven Moser
601 Stevens St.,
SW Watertown, MN  55388

Jerrod Olson
8944 Mason Ave.
Chatsworth, CA 91311

Marcella Monteleone
P O Box 816
Bloomington, IL 60108

EX Situ Marketing
765 Beaubien East #507
Montreal QC H2S 1S8 Canada

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA  92629

SternDoor Inc
3901 Main Street #201
Philadelphia, PA 19127

David Tanguay
537 Rue Helene-Baillargeon
Montreal, Quebec H2J 4E8 Canada

Hollywood Vaults Inc.
742 Seward Street
Hollywood, CA  90038

Christine Pevarnik
2863 Brookside Drive
Mobile, AL  36693

Cyber Pro Hosting
PO Box 26203
Milwaukee, WI  53226

Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

NetNames Accounts Receivable
2711 Centerville RD
Wilmington, DE 19808 USA

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA  91303

WebDotCalm
237 Town Center West, #267
Santa Maria, CA  93458

Cybex Security Solutions
1334 Blue Oaks Blvd
Roseville, CA 95678

Cannon Solutions America, Inc.
15004 Collections Center Drive
Chicago, IL 60693

AT & T
PO Box 5017
Carol Stream, IL 60197

Adobe Systems, Inc.
75 Remittance Drive, Suite 1025
Chicago, IL  60675-1025

Orkin
P O Box 7161
Pasadena CA  91109-7161

Paracorp Inc. d/b/a Parasec
Global Document Filing & Retrieval
P.O. Box 160568
Sacramento, CA 95816-0568

Benedict Limousine
5700 Etiwanda Ave. #237
Tarzana, CA 91356

Kristel Yoneda
251 Orangefair Avenue, Apt # 209
Fullerton, CFA  92832

Gam Inventory Management
Service
Newark Post Office
PO Box 35594
Newark, NJ 07193-5594

Takedown Piracy Inc
8045 Retriever Ave.
Las Vegas, NV 89147

Alpha Cygni
95 Claxton Ave.
Watertown, CT 06795

ADT
PO Box 371878
Pittsburg, PA 15250-7878

Williams, Corsi & Associates
3141 South Grand Avenue
Los Angeles, CA 90007

David Feldman Worldwide, Inc.
PO Box 823473
Philadelphia, PA 19182-3461

Network Domain Services N.V.
Schottegatweg Oost 44
P.O. Box 812
Willemstad Curacao

Office Depot
PO Box 70025
Los Angeles, CA 90074-0025

Terrence A. Lucero CPA
17609 Ventura Blvd., # 215B
Encino, CA 91316

ExWorks Capital Funds I, LP
333 W. Wacker Drive
Suite 1620
Chicago, IL 60606

Dream Media Corporation
10990 Wilshire Blvd., Penthouse
Los Angeles, CA 90024

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, De 19899

TGG
Representative: Matthew A. Garrett,
CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104

C. Hocquel Inc.
8310 Jayseel St.
Sunland, CA 91040

Allgemeines Treuunternehmen
Aeulestrasse
Aeulestrasse 5 – PO Box 83
Furstentum Liechtenstein

DSS Consulting Corporation
638 Lindero Canyon Road, Ste 117
Oak Park, CA 91377

Nextgen Reporting
999 Old Eagle School, Suite 118
Wayne, PA 19087

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO 64108-2662

Allen, Dyer, Dopplet, Milbrath &
Gilchrist
255 South Orange Ave. Suite 1401
Orlando, FL 32801

Bressler Law PLLC IOLTA
Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit
Administrators
721 South Parker, Suite 200
Orange, CA 92868

Tom Fox
PO Box 2402
Santa Cruz CA 95063

Total Records Information
Management LLC
371 Starke Road
Carlstadt, NJ 07072

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management
Services
PO Box 35539
Newark, NJ 07193-5539

Mark Wood
400 W. 45th Street, # 4F
New York, NY 100369

Melissa Reanna de Biel Way
301 Harvard Drive
Arcadia, CA 91007

Warren E. Elliott
2688 Southridge Street
Sierra Vista, AZ 85650

OC Modeling
22024 Lassen Street Unit 114
Chatsworth, CA 91311

Kristin Stec 86-20 Park Lane South
Apartment 4B
Woodhaven, NY 11421

Jeanette Beebe Poet & Journalist,
LLC
1336 River Road
Titusville, NJ 08560

10 Homersham Road Kingston
Upon Thames Surrey, KT1 3PN
United Kingdom

Jessica Lehrman
33 South Elliott Place Apt #1
Brooklyn, NY 11217

Jennifer Nordbak
835 Locust Ave
Unit 518
Long Beach, CA 90813

John Taylor
14723 Magnolia Blvd
Sherman Oaks, CA 91403

Keith Harary
PO Box 87025
Vancouver, WA 98687

Leah McSweeney
61 Duffield Street #3
Brooklyn, NY 11201

Midwest Lists And Media
9301 Milwaukee Avenue
Niles, IL 60714

Christina Williams
4024 Frye Terrace
Colonial Heights, VA 23834

Megan Wood
5460 White Oak Ave. #A306
Encino, CA 91316

Steven Austin Barber
301 Harvard Drive
Arcadia, CA 91007

Ricardo C. Ferrise
940 N. Stanley Avenue, #8
West Hollywood, CA 90046

Whitney Ukanis
8841 Chimineas Avenue
Northridge, CA 91325

Candace Behrle
22647 Ventura Blvd. # 209
Woodland Hills, CA 91364

Crispin Boyer
1425 Broadway # 24076
Seattle, WA 98122

Brad Hodges
2989 Juniper Hills Blvd. Apt. 104
Las Vegas, NV 89142

Thomas O' Brien
200 N. San Fernando Rd. Loft 304
Los Angeles, CA 90031

Alison Seay
2929 Hiss Avenue
Baltimore, MD 21234

David Carnie
1408 Stanford Drive
Glendale CA 91205

Melissa Broder
9882 Portola Drive
Beverly Hills, CA 90210

Chris Collingwood
110 Petticoat Hill Road,
Williamsburg, MA 01096

So Cal Licensing
3430 Precision Drive
North Las Vegas, NV 89032

Sahar Yakhi
7037 Alabama Ave., #204
Canoga Park, CA 91303

Michael Hingston
11203-71 Avenue Edmonton
AB Canada, AB T6G 0A5

Alexis Calucag
13330 Huston Street, Apt "B"
Sherman Oaks, CA 91423

Pink Panda, LLC
1937 Allens Lane
Wilmington, NC 28403

Disgraceful Inc.
24303 Woolsey Cyn Rd. Spc 31
West Hills, CA 91304

Apparel Brand Consultants LLC
97-05 24th Avenue
East Elmhurst, NY 11369

Willett Associates
PO Box 380414
Birmingham AL 35238

Phillip J. Hanrahan Jr.
6031 N. Lake Drive
Whitefish Bay, WI 53217

Matt Gallagher
112 Withers Street, Apt. 2
Brooklyn, NY 11211 US

V&M Design
13226 Azores Ave
Sylmar, CA 91342

Todd Francis
4328 Grand View Blvd.
Los Angeles, CA 90066

Thomas Morton
288 Graham Ave., # 1
Brooklyn, NY  11211

Pretty Things Press
P.O. Box 55
Point Reyes Station, CA  94956

Zachary Lipez
310 Greenwich St. Apt 33E
New York, NY 11206

Getty Images
PO Box 953604
St. Louis, MO 63195-36

PR Newswire Association LLC G.
P.O. Box 5897
New York, NY 10087-5897

Edgewood Paper
115A Floral Vale Blvd.
Yardley, PA  19067-5529

Barbara F. Pizio
2342 82nd Street, Apt. 3
Brooklyn, NY  11214

Palm Coast Data LLC
Attn: Finance Dept
11 Commerce Blvd
Palm Coast, FL 32164

Creel, LLC
6330 West Sunset Rd.
Las Vegas NV 89118

Hudson News Distributors, LLC
701-705 Jefferson Road
Parsippany, NJ  07054

Zinio, LLC
75 Remittance Dr., Dept 6825

Chicago IL  60675-6825Sarah
Vaughn
19761 Parthenia St.
Northridge, CA 91324

Attorneys for Alpha Cygni
Blaine Bortnick, Esq.
Rasco Klock Perez & Nieto, LLC
555 Fifth Avenue, 17th Floor
New York, NY 10017
Email: bbortnick@rascoklock.com

Waste Management
2625 W. Grandview Rd.
Phoenix, AZ 85023
Email: javilla@wm.com

1

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PENTHOUSE GLOBAL MEDIA, INC.**

2

3    Allen Dopplet , Milbrath & Gilchrist, PA
     255 S. Orange Avenue, Suite 1401
4    Orlando, FL 32801

5    C.HOCQUEL Inc
     9993 Wornom Ave.
6    Sunland, CA 91040

7    Eli B Dubrow trustee of the Eli B Dubrow and Mary Collins Dubrow 1981 Trust
8    c/o Alan I. Nahmias
     21860 Burbank Blvd., Ste. 360
9    Woodland Hills, CA 91367

10   Iron Mountain
11   1 Federal Street, 7th Floor
     Boston, MA 02110

12

     Kim & Chang Intellectual Property
13   39, Sajik-ro8-gil
     Jongno-gu, Seoul
14   SOUTH KOREA 03170

15

     Total Record Information Management
16   Cole Schotz P.C.
     Attn: Stuart Komrower, Esq.
17   25 Main Street, Court Plaza North
     Hackensack, NJ 07601
18

19

20

21

22

23

24

25

26

27

28

DOCS_LA:334552.1 32277/002