| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**DAVID K. GOTTLIEB, TRUSTEE**<br>16255 VENTURA BLVD., Suite 440<br>ENCINO, CA 91436<br>Telephone: (818) 539-7720<br>Telecopier: (818) 436-0729<br>Email: dkgtrustee@dkgallc.com<br><br>☐ Individual *appearing without an attorney*<br>☐ Attorney for: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** |
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC. | CASE NO.: 1:20-bk-10293-VK<br><br>CHAPTER 7 |
|  | Jointly Administered with Cases Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10111-MB; 1:18-bk-10113-MB |
| Debtor(s).<br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Streamray Studios, Inc. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion₁):** Notice of Motion and Notion No. 2Under Local Bankruptcy Rule 2016-2 for Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; And Declaration of Trustee |

PLEASE TAKE NOTE that the order titled <u>Order Authorizing Employment of Berkeley Research Group, LLC as Accountants</u> was lodged on May 27, 2021 and is attached. This order relates to the motion which is docket number __932__.

---

1.Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                Page 1                F 9021-1.2.BK. NOTICE.LODGEMENT

# EXHIBIT "A"

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID K. GOTTLIEB<br>17000 VENTURA BLVD.<br>SUITE 300<br>ENCINO, CA  91316<br>Telephone: (818) 539-7720<br>Telecopier: (818) 436-0729<br>Email: dkgtrustee@dkgallc.com<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.<br><br><br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Streamray Studios, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-10098-MB<br>CHAPTER:  7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10107-MB; 1:18-bk-10108-MB;<br>1:18-bk-10109-MB; 1:18-bk-10111-MB;<br>1:18-bk-10113-MB<br><br>**ORDER ON TRUSTEE'S MOTION NO. 2 FOR APPROVAL OF CASH DISBURSEMENTS**<br>**[LBR 2016-2]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based upon the trustee's cash disbursement motion filed as docket entry number <u>932 </u>(Motion), the Motion is:

☒ Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

☐ Denied.  The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____.  The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Other (*specify*):

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 16255 Ventura Boulevard, Ste. 440, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 27, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **May 27, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, CA 91367

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 14, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **May 27, 2021** | Renee Johnson | */s/ Renee Johnson* |
|---|---|---|
| Date | Printed Name | Signature |

4

## U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## In re Penthouse Global Media, Inc., Case No. 18-10098-MB

### 1. NOTICE OF ELECTRONIC FILING (NEF)

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

1

| | | |
|---|---|---|
| 1 | David Keith Gottlieb (TR) | Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com |
| 2 | dkgtrustee@dkgallc.com, | |
| 3 | dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com | |
| 4 | | Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC |
| 5 | Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost | plianides@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com |
| 6 | mhaag@buchalter.com, | |
| 7 | dcyrankowski@buchalter.com;docket@buchalter.com | |
| 8 | | David W. Meadows on behalf of Interested Party Courtesy NEF |
| 9 | Mark S Horoupian on behalf of Interested Party Courtesy NEF | david@davidwmeadowslaw.com |
| 10 | mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com | Krikor J Meshefejian on behalf of Creditor Interested Party |
| 11 | | kjm@lnbyb.com |
| 12 | Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales | Alan I Nahmias on behalf of Interested Party Courtesy NEF |
| 13 | | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| 14 | mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com | |
| 15 | | Iain A W Nasatir on behalf of Interested Party Courtesy NEF |
| 16 | Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR) | inasatir@pszjlaw.com, jwashington@pszjlaw.com |
| 17 | jkandel@pszjlaw.com | |
| 18 | | Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR) |
| 19 | John P Kreis on behalf of Creditor Claxson Media LLC | inasatir@pszjlaw.com, jwashington@pszjlaw.com |
| 20 | jkreis@kreislaw.com, j.kreis@ca.rr.com | |
| 21 | | Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 22 | Michael D Kwasigroch on behalf of Defendant Revideo, Inc. attorneyforlife@aol.com | hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| 23 | | |
| 24 | Michael D Kwasigroch on behalf of Defendant Kelly Holland attorneyforlife@aol.com | S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV) |
| 25 | | margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV |
| 26 | Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC | |
| 27 | | Michael St James on behalf of |
| 28 | alevin@wcghlaw.com, | |

2

Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of
Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of
Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor
Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of
Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Danni Ashe, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor GMI Online Ventures, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Communications, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Entertainment, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Digital Media
Productions, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Broadcasting, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Digital,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Licensing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Media,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Publishing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Images
Acquisitions, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Pure Entertainment
Telecommunications, Inc. fka For
Your Ears Only, Ltd.
lm@weissandspees.com,

3

lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
lm@weissandspees.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
lm@weissandspees.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

4

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

DOCS_LA:334552.1 32277/002