1
2
3
4
5

Michael H. Weiss, Esq., P.C. (State Bar Number 107481)
mhw@mhw-pc.com
8581 Santa Monica Boulevard #4
West Hollywood, CA 90069
Telephone: 424-293-3237

Attorneys for Debtors
Penthouse Global Media, Inc. et al.

6
7

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

8
9
10

IN RE

      PENTHOUSE GLOBAL MEDIA, INC., a
Delaware corporation

                Debtor.

Case No. 1:18-bk-10098-MB

Chapter 11
Jointly Administered With:

Case No. 1:18-bk-10099-MB, Case No. 1:18-bk-10101-MB, Case No. 1:18-bk-10102-MB, Case No. 1:18-bk-10103-MB, Case No. 1:18-bk-10104-MB, Case No. 1:18-bk-10105-MB, Case No. 1:18-bk-10106-MB, Case No. 1:18-bk-10107-MB, Case No. 1:18-bk-10108-MB, Case No. 1:18-bk-10109-MB, Case No. 1:18-bk-10110-MB, Case No. 1:18-bk-10111-MB, Case No. 1:18-bk-10112-MB and Case No. 1:18-bk-10113-MB

11
12
13
14
15
16
17
18

In re:

    Penthouse Global Broadcasting, Inc., Penthouse Global Licensing, Inc., Penthouse Global Digital, Inc., Penthouse Global Publishing, Inc. GMI Online Ventures, Ltd., Penthouse Digital Media Productions, Inc., Tan Door Media, Inc. Penthouse Images Acquisitions, Ltd., Pure Entertainment Telecommunications, Inc., XVHUB Group, Inc., General Media Communications, Inc., General Media Entertainment, Inc., Danni Ashe, Inc. Streamray Studios, Inc.,

**NOTICE OF CHANGE OF FIRM NAME,**

**ADDRESS AND TELEPHONE NUMBER**

19
20
21
22

[X] Affects All Debtors
    □ Affects:
    □ Affects
    □ Affects
    □ Affects
    □ See attached for additional Debtors

Hearing:
Date:
Time:
Place:  Courtroom 303
        21041 Burbank Blvd.
        Woodland Hills, CA 91367

23
24
25
26
27
28

    PLEASE TAKE NOTICE:  The Firm of Weiss & Spees, LLP has dissolved, and its

representation of the Debtor in these cases has been transferred to Michael H. Weiss, Esq., P.C., whose

address is 8581 Santa Monica Boulevard, Number 4, West Hollywood, California 90069 and whose

telephone is (424) 293-3237.

MICHAEL. H. WEISS ESQ.
PROFESSIONAL CORPORATION
By: /s/*Michael H. Weiss*
Attorneys for Debtors