Bradley E. Brook (CA Bar No. 125323)
LAW OFFICES OF BRADLEY E. BROOK, APC
10866 Washington Blvd. #108
Culver City, CA 90232
Tel: 310/839-2004; Fax: 310-945-0022
E-mail: bbrook@bbrooklaw.com

Special counsel for David K. Gottlieb, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>⊠ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No.: 1:18-BK-10098-MB<br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**NOTICE OF MOTION AND MOTION OF TRUSTEE FOR ORDER DISALLOWING REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM NO. 64-1 FILED BY ALLEN, DYER, DOPPELT & GILCHRIST P.A. IN THE SUM OF $41,394.20; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT THEREOF**<br><br>**Date:   October 27, 2021**<br>**Time:   11:00 am**<br>**Place:  Courtroom 303**<br>**        21041 Burbank Blvd.**<br>**        Woodland Hills, CA 91367**<br>**Judge:  Hon. Martin R. Barash** |

**PLEASE TAKE NOTICE** that David K. Gottlieb, solely in his capacity as the duly appointed, authorized and acting Chapter 7 Trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors") hereby moves (the "Motion") the Court for an order disallowing the Request for Payment of Administrative Claim No. 64-1 filed by Allen, Dyer, Doppelt and Gilchrist, P.A. ("Claimant") in the sum of $41,394.20 (the "Claim"). The grounds for the Motion are that Claimant is a law firm which never sought nor obtained court approval for its employment under 11 U.S.C. § 327 and is barred from being compensated from these estates whether under 11 U.S.C. § 503 or otherwise.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion has been scheduled for October 27, 2021 at 11:00 a.m. before the Honorable Martin Barash, United States Bankruptcy Judge, in Courtroom 303, 20141 Burbank Boulevard, Woodland Hills, California 91367. Pursuant to the SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO, the Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom. The following is the unique ZoomGov connection information for the above-referenced hearing:

**Video/audio web address:    https://cacb.zoomgov.com/j/1600150150**

**ZoomGov meeting number: 160 015 0150**

**Password: 602527**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

**PLEASE TAKE FURTHER NOTICE** that the Motion has been served upon the claimant listed above and all parties entitled thereto and is based upon the supporting Memorandum of Points and Authorities and Declaration of David K. Gottlieb, the statements, arguments and representations of counsel who appear at the hearing on the Motion, the files and records in the above-captioned cases, any evidence properly before the court prior to or at the hearing regarding the Motion and all matters of which the court may properly take judicial notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), responses to the Motion must be filed with the Court and served upon the Trustee's counsel at the address in the upper left-hand corner of this Motion no later than fourteen (14) days prior to the

hearing date.  Responses must contain a written statement of all reasons the Motion is opposed and must include declarations and copies of all documentary evidence on which the responding party intends to rely.  Responses must be filed either electronically or at the following location:

United States Bankruptcy Court<br>
21041 Burbank Blvd.<br>
Woodland Hills, CA 91367

**PLEASE TAKE FURTHER NOTICE** that if a response is not timely filed and served, the Trustee will request that the court grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed and served upon the Trustee's counsel, the Court, in its discretion, may treat the initial hearing as a status conference if it determines that the Motion involves disputed factual issues or will require presentation of substantial evidence or argument.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order (a) granting the Motion; (b) disallowing the Claim as an administrative claim against the Debtors' estates; and (c) granting the Trustee such other and further relief as may appropriate under the circumstances.

Dated: September 29, 2021                    LAW OFFICES OF BRADLEY E. BROOK, APC

                                        By: _Bradley E. Brook_____
                                            Bradley E. Brook, Esq.
                                            Special counsel for David K. Gottlieb, Chapter 7
                                            Trustee of Penthouse Global Media, Inc. and its
                                            affiliated debtor entities

_Submitted by:_

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

By: _/s/ Linda F. Cantor_____
    Linda F. Cantor
    Counsel for David K. Gottlieb, Chapter 7 Trustee
    of Penthouse Global Media, Inc. and its debtor affiliates

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    BACKGROUND.

### A.    The Debtors' Bankruptcy Cases, Jurisdiction and Venue.

On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtors' Cases are being jointly administered under lead case number 1:18-bk-10098-MB [Docket No. 17].  On March 2, 2018, the Court entered an order directing the appointment of a chapter 11 Trustee [Docket No. 231].  On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236].  On that same day, the Court entered an order approving the appointment of David K. Gottlieb as Trustee [Docket No. 239].

On January 31, 2019, the Trustee filed a *Notice of Motion and Motion for Order Converting Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion").  The Bankruptcy Court entered its Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket No. 810] (the "Conversion Order") on March 12, 2019, and the Office of the United States Trustee appointed David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812].

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this matter is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

### B.    The Administrative Claims Bar Date And The Claim.

On October 22, 2018, the Trustee filed and served the *Notice Of Deadline For Filing Requests For Payment Of Chapter 11 Administrative Claims That Arose Between January 11, 2018 And June 15, 2018* [Docket No. 714] (the "Administrative Claim Bar Date Notice"), setting November 21, 2018 as the bar date for filing chapter 11 administrative claims (the "Bar Date").

On or about October 19, 2018, the Claimant filed the Claim which was assigned claim number 64-1 by the court clerk requesting payment in the sum of $41,394.20. A true and correct copy of the Claim is attached hereto as Exhibit "1". The Claim describes the sum due on account of

4

"Trademark Legal Services" and attached to the Claim are a series of invoices for legal fees and

costs associated with obtaining/retaining trademarks.

### C.  The Claimant Never Sought Nor Obtained Approval For Its Employment.

The Claimant does not present any evidence that approval for its employment in this case

was sought nor does the court docket reflect that an application seeking approval for its employment

under 11 U.S.C. § 327 was filed. There is no order approving Claimant's employment in these cases.

## II.  ARGUMENT

### A.  The Claimant Is Barred From Receiving Payment From The Estates On Account Of The Claim Which Must Be Disallowed As An Administrative Expense.

Court approval for the employment of Claimant by the debtor in possession or the Trustee

pursuant to 11 U.S.C. §327 was never sought nor obtained in these cases. It is well-settled in this

Circuit that employment of a professional for a debtor in possession is a prerequisite to the payment

of fees. *Atkins v. Wain, Samuel & Co*., 69 F.3d 970, 973 (9th Cir. 1995) ("[P]rofessionals who

perform services for a debtor in possession cannot recover fees for services rendered to the estate

unless those services have been previously authorized by a court order."). Courts generally rely on

11 U.S.C. § 503(b)(2) as a basis for granting administrative status to compensation to professionals.[1]

Section 503 grants administrative status to claims for "compensation and reimbursement awarded

under section 330(a) of this title." *In re Weibel*, 176 B.R. at 212. Section 503 is not permitted to be

used to allow professionals to side-step or otherwise avoid the requirements of §§ 327 and 330. *In re*

*Mehdipour*, 202 B.R. 474, 479 (9th Cir. BAP 1996). "Court approval of the employment of counsel

for a debtor in possession is *sine qua non* to counsel getting paid. Failure to receive court approval

for the employment of a professional in accordance with §327 and Rule 2014 precludes the payment

of fees." *In re Weibel*, 176 B.R. at 211 quoting *In re Shirley*, 134 B.R. 940, 944 (9th Cir. BAP 1992).

The Code and Rules preclude fee awards for services performed on behalf of a bankruptcy estate

---

[1] An attorney cannot receive an administrative claim under section 503(b)(1) for professional services rendered when counsel has not been employed because to do so would nullify the reference to section 330(a) in section 503(b)(2). *In re Weibel, Inc.*, 176 B.R. 209, 213 (9th Cir. BAP 1994).
.

based on state law theories not provided for by the Code, such as quantum meruit. *In re Weibel*, 176 B.R. at 212; *In re Shirley*, 134 B.R. at 944.

Since approval of the Claimant's employment was never sought nor obtained, Claimant is barred from obtaining any recovery for any sum as an administrative claim or otherwise. The Claim must be disallowed as an administrative expense against the Debtors' estates.

## III.    RESERVATION OF RIGHTS.

The Trustee has not attempted to raise in this Motion each defense, counterclaim, or setoff that may apply to the Claim.  If a response to this Motion is received, the Trustee reserves the right to amend or supplement it, or file additional pleadings to assert any defenses, counterclaims, and/or setoffs against the Claim. In all instances, the Trustee reserves the right to file pleadings to challenge the validity, amount, or status of the Claim upon different grounds than set forth herein or otherwise.

## IV.    CONCLUSION.

For the reasons set forth herein, the Trustee respectfully requests that the Court enter an order: (a) granting the Motion; (b) disallowing the Claim as an administrative expense; and (c) granting such other and further relief as may be appropriate under the circumstances.

Dated: September 29, 2021            LAW OFFICES OF BRADLEY E. BROOK, APC

By: *Bradley E. Brook*_____
    Bradley E. Brook, Esq.
    Special counsel for David K. Gottlieb, Chapter 7
    Trustee of Penthouse Global Media, Inc. and its
    affiliated debtor entities

*Submitted by:*

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

By: */s/ Linda F. Cantor*_____
    Linda F. Cantor
    Counsel for David K. Gottlieb, Chapter 7 Trustee
    of Penthouse Global Media, Inc. and its debtor affiliates

6

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1.      I am the duly appointed chapter 7 trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor subsidiaries. I make this Declaration in support of the *Motion Of Trustee For Order Disallowing Request For Payment Of Administrative Claim No. 64-1 Filed By Allen, Dyer, Doppelt & Gilchrist, P.A. In The Sum Of $41,394.20* (the "Motion"). All capitalized terms used but not defined in this Declaration have the meanings ascribed to them in the Motion.

2.      Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others under my supervision), my review of the books and records of the Debtors, the proofs of claim filed in this case, or my opinion based on my experience as a consultant and financial advisor for trustees. If called upon to testify, I would testify to the facts set forth in this Declaration.

3.      Attached hereto as Exhibit "1" is a true and correct copy of Administrative Claim Number 64-1.

4.      I have reviewed the docket in these cases and the Administrative Claims and other pleadings register via the Public Access to Court Electronic Records. There is no docket entry reflecting that any application to approve the employment of the Claimant was ever filed nor has an order approving its employment ever been entered. As such, I respectfully request that the Motion be granted and the Claim disallowed as an administrative expense against the Debtors' estates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of September, 2021 at Calabasas, California.

_____
David K. Gottlieb

7

EXHIBIT "1"

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION | REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM | Administrative Expense Claims Bar Date<br><br>October 22, 2018 |
|---|---|---|

USE OF THIS FORM IS VOLUNTARY - NOT MANDATORY - NO REPRESENTATION AS TO THE ADEQUACY OF THIS FORM IS MADE – THIS FORM MAY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE BELOW DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS ARISING ON OR AFTER JANUARY 11, 2018.

In re: PENTHOUSE GLOBAL MEDIA, INC, Debtor,  Case no. 1:18-bk-10098-MB
(Lead Case - Jointly Administered)

---

Penthouse Global Broadcasting, Inc. 1:18-bk-10099-MB; Penthouse Global Licensing, Inc. 1:18-bk-10101-MB;
Penthouse Global Digital, Inc. 1:18-bk-10102-MB; Penthouse Global Publishing, Inc. 1:18-bk-10103-MB;
GMI Online Ventures, Ltd. 1:18-bk-10104-MB; Penthouse Digital Media Productions, Inc. 1:18-bk-10105-MB;
Tan Door Media, Inc. 1:18-bk-10106-MB; Penthouse Images Acquisitions, Ltd. 1:18-bk-10107-MB;
Pure Entertainment Telecommunications, Inc. 1:18-bk-10108-MB; XVHUB Group, Inc. 1:18-bk-10109-MB;
General Media Communications, Inc. 1:18-bk-10110-MB; General Media Entertainment, Inc. 1:18-bk-10111-MB;
Danni Ashe, Inc. 1:18-bk-10112-MB; Streamray Studios, Inc. 1:18-bk-10113-MB

---

| Name of Creditor<br>(The person or entity to whom the debtor owes money or property)<br><br>ALLEN, DYER, DOPPELT + GILCHRIST, PA | Name, Address and tel. no. of Creditor<br><br>ALLEN, DYER, DOPPELT + GILCHRIST, PA<br>255 S. Orange Avenue, Suite 1401<br>Orlando, FL  32801<br>Tel: 407-841-2330 |
|---|---|

1.   BASIS FOR CLAIM (check one) :

___ Goods sold          XX Services performed
___ Money loaned
___ Other (Specify):

2.   DESCRIPTION OF CLAIM (IF KNOWN):  TRADEMARK LEGAL SERVICES

3.   TOTAL AMOUNT OF CLAIM:  $41,394.20

4.   SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents.

Date: October 19, 2018

Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim

DAVID L SKALOU, SHAREHOLDER

FILED

OCT 22 2018

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

All Requests for Payment of Administrative Claims must be filed with the United States Bankruptcy Court for the Central District of California on the main case docket (not the claims docket) on or before the Chapter 11 Administrative Bar Date or sent by first class U.S. Mail, overnight delivery or hand delivery so as to be received on or before the Chapter 11 Administrative Bar Date, to: **UNITED STATES BANKRUPTCY COURT CLERK OF THE COURT▯21041 BURBANK BLVD. WOODLAND HILLS, CA 91367 w/ a copy to** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Attention: Linda F. Cantor

Case 1:18-bk-10098-MB    Claim 54-1 Filed 10/22/18    Desc Main Document    Page 2
of 75

# CLAIM SUMMARY

**Billed Fees from 01/11/2018 to 06/15/18:**

| | |
|---|---|
| Client ID PWM (Penthouse World Media, LLC): | **$19,346.75** |
| Client ID PGMI (Penthouse Global Media, Inc.) | **$1,876.25** |
| Client ID PWD (Penthouse World Digital, LLC) | **$197.50** |
| **Work in Process (Unbilled Fees)** | $2,204.50 |
| **Unpaid Costs:** | <u>$17,769.20</u> |
| **TOTAL CLAIM:** | $41,394.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Allen,Dyer,Doppelt + Gilchrist, PA<br>Run: 10/19/2018 1:19:13 PM | | | **Bill History**<br>by Billing Attorney/Client/Matter<br>1/11/2018 to 6/15/2018 | | | | Page 1<br>File: BILHST |

**Billing Attorney**
**Client**

| Matter | Date | Number | Expenses | Fees | Interest | Tax | Total | Description |
|---|---|---|---|---|---|---|---|---|
| DLS | David L. Sigalow | | | | | | | |
| PWM | Penthouse World Media, LLC | | | | | | | |
| 0097003_GB | FORUM | | | | | | | |
| | 03/30/18 | 378311 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **197.50** | **0.00** | **0.00** | **197.50** | |
| 0097003_IN | FORUM | | | | | | | |
| | 03/30/18 | 378312 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **197.50** | **0.00** | **0.00** | **197.50** | |
| 0097014_JP3 | ONE KEY LOGO (Japan) CI 3 | | | | | | | |
| | 03/30/18 | 378313 | 1,395.00 | 316.00 | 0.00 | 0.00 | 1,711.00 | |
| | **Matter Total** | | **1,395.00** | **316.00** | **0.00** | **0.00** | **1,711.00** | |
| 0097014_SI | ONE KEY LOGO | | | | | | | |
| | 03/30/18 | 378314 | 0.00 | 691.25 | 0.00 | 0.00 | 691.25 | |
| | **Matter Total** | | **0.00** | **691.25** | **0.00** | **0.00** | **691.25** | |
| 0097017_BB | PENTHOUSE IC 9- Barbados | | | | | | | |
| | 05/18/18 | 380194 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **197.50** | **0.00** | **0.00** | **197.50** | |
| 0097017_BB1 | PENTHOUSE | | | | | | | |
| | 03/30/18 | 378315 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 | |
| | **Matter Total** | | **0.00** | **98.75** | **0.00** | **0.00** | **98.75** | |
| 0097017_CN1 | PENTHOUSE (China) CI 9 | | | | | | | |
| | 03/30/18 | 378316 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **197.50** | **0.00** | **0.00** | **197.50** | |
| 0097017_CN2 | PENTHOUSE (China) CI 14 | | | | | | | |
| | 03/30/18 | 378317 | 0.00 | 395.00 | 0.00 | 0.00 | 395.00 | |
| | **Matter Total** | | **0.00** | **395.00** | **0.00** | **0.00** | **395.00** | |
| 0097017_ES1 | PENTHOUSE (Spain - ICs 25, 41, 42) | | | | | | | |
| | 03/30/18 | 378318 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 | |
| | 05/18/18 | 380195 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **296.25** | **0.00** | **0.00** | **296.25** | |
| 0097017_IN | PENTHOUSE ( INDIA IC- 16) | | | | | | | |
| | 03/30/18 | 378319 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 | |
| | 04/26/18 | 379387 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 | |
| | **Matter Total** | | **0.00** | **493.75** | **0.00** | **0.00** | **493.75** | |
| 0097017_JP | PENTHOUSE (Japan) CI 3, 30 | | | | | | | |
| | 03/30/18 | 378320 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 | |
| | **Matter Total** | | **0.00** | **98.75** | **0.00** | **0.00** | **98.75** | |
| 0097017_MK | PENTHOUSE (MACEDONIA CL 16) | | | | | | | |
| | 03/30/18 | 378321 | 0.00 | 592.50 | 0.00 | 0.00 | 592.50 | |
| | 04/26/18 | 379388 | 0.00 | 138.25 | 0.00 | 0.00 | 138.25 | |
| | **Matter Total** | | **0.00** | **730.75** | **0.00** | **0.00** | **730.75** | |

Allen,Dyer,Doppelt + Gilchrist, PA
Run: 10/19/2018 1:19:13 PM

# Bill History
by Billing Attorney/Client/Matter
1/11/2018 to 6/15/2018

Page 2
File: BILHST

| Billing Attorney Client Matter | Date | Number | Expenses | Fees | Interest | Tax | Total Description |
|---|---|---|---|---|---|---|---|
| DLS | David L. Sigalow | | | | | | |
| PWM | Penthouse World Media, LLC | | | | | | |
| 0097017_PY1 PENTHOUSE IC 9- Paraguay | | | | | | | |
| | 03/30/18 | 378322 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | Matter Total | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| 0097017_PY2 PENTHOUSE (IC 16) | | | | | | | |
| | 05/18/18 | 380196 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| | | Matter Total | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| 0097017_PY4 PENTHOUSE (IC- 43) Paraguay | | | | | | | |
| | 05/18/18 | 380197 | 0.00 | 612.25 | 0.00 | 0.00 | 612.25 |
| | | Matter Total | 0.00 | 612.25 | 0.00 | 0.00 | 612.25 |
| 0097017_SI PENTHOUSE | | | | | | | |
| | 03/30/18 | 378323 | 0.00 | 395.00 | 0.00 | 0.00 | 395.00 |
| | | Matter Total | 0.00 | 395.00 | 0.00 | 0.00 | 395.00 |
| 0097053_MK THREE KEY LOGO (MACEDONIA CL 16) | | | | | | | |
| | 03/30/18 | 378325 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | Matter Total | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| 0097057_PY VARIATIONS | | | | | | | |
| | 03/30/18 | 378326 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | Matter Total | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| 0097114_1 LIFE ON TOP | | | | | | | |
| | 03/30/18 | 378327 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | Matter Total | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| 0097174 PENTHOUSE (Malaysia - IC 25) | | | | | | | |
| | 03/30/18 | 378328 | 0.00 | 335.75 | 0.00 | 0.00 | 335.75 |
| | | Matter Total | 0.00 | 335.75 | 0.00 | 0.00 | 335.75 |
| 0097187 Trademark Watch Service Notices for GMCI | | | | | | | |
| | 03/30/18 | 378329 | 0.00 | 434.50 | 0.00 | 0.00 | 434.50 |
| | 05/18/18 | 380199 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | Matter Total | 0.00 | 533.25 | 0.00 | 0.00 | 533.25 |
| 0097331 Germany: Opp to TM Reg, DE 3020110055800 for the mark PENTHO | | | | | | | |
| | 03/30/18 | 378330 | 0.00 | 359.50 | 0.00 | 0.00 | 359.50 |
| | 05/18/18 | 380200 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |
| | | Matter Total | 0.00 | 655.75 | 0.00 | 0.00 | 655.75 |
| 0097526 PENTHOUSE (India) IC 34 | | | | | | | |
| | 04/26/18 | 379389 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| | | Matter Total | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| 0097527 PENTHOUSE (Canada) | | | | | | | |
| | 03/30/18 | 378331 | 0.00 | 671.50 | 0.00 | 0.00 | 671.50 |
| | | Matter Total | 0.00 | 671.50 | 0.00 | 0.00 | 671.50 |
| 0097561 PENTH USE and KEYHOLE and ONE KEY DESIGNS (China: IC 25) | | | | | | | |
| | 03/30/18 | 378332 | 0.00 | 138.25 | 0.00 | 0.00 | 138.25 |

Allen,Dyer,Doppelt + Gilchrist, PA
Run:  10/19/2018 1:19:13 PM

# Bill History
by Billing Attorney/Client/Matter
1/11/2018 to 6/15/2018

Page 3
File: BILHST

| Billing Attorney Client Matter | Date | Number | Expenses | Fees | Interest | Tax | Total Description |
|---|---|---|---|---|---|---|---|
| DLS | David L. Sigalow | | | | | | |
| PWM | Penthouse World Media, LLC | | | | | | |
| 0097561 | PENTH USE and KEYHOLE and ONE KEY DESIGNS (China: IC 25) | | | | | | |
| | 04/26/18 | 379390 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| | | **Matter Total** | **0.00** | **335.75** | **0.00** | **0.00** | **335.75** |
| 0097587 | PENTHOUSE.NZ (New Zealand) | | | | | | |
| | 03/30/18 | 378333 | 0.00 | 138.25 | 0.00 | 0.00 | 138.25 |
| | | **Matter Total** | **0.00** | **138.25** | **0.00** | **0.00** | **138.25** |
| 0097605 | PENTHOUSE (Russia) IC 10 | | | | | | |
| | 03/30/18 | 378334 | 0.00 | 197.50 | 0.00 | 0.00 | 197.50 |
| | | **Matter Total** | **0.00** | **197.50** | **0.00** | **0.00** | **197.50** |
| 0097606 | Opposition to TM Application for PENTHOUSE COFFEE, SN 77/717 | | | | | | |
| | 03/30/18 | 378335 | 0.00 | 962.50 | 0.00 | 0.00 | 962.50 |
| | 04/26/18 | 379391 | 0.00 | 1,925.00 | 0.00 | 0.00 | 1,925.00 |
| | 05/18/18 | 380202 | 0.00 | 70.00 | 0.00 | 0.00 | 70.00 |
| | | **Matter Total** | **0.00** | **2,957.50** | **0.00** | **0.00** | **2,957.50** |
| 0097607 | PENTHOUSE (IC 32) | | | | | | |
| | 05/18/18 | 380203 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |
| | | **Matter Total** | **0.00** | **296.25** | **0.00** | **0.00** | **296.25** |
| 0097625 | PENTHOUSE KEY SUITES (IC 43) | | | | | | |
| | 03/30/18 | 378336 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | **Matter Total** | **0.00** | **98.75** | **0.00** | **0.00** | **98.75** |
| 0097629 | China: Petition to Cancel GMCI's Reg. for the Mark PENTHOUSE | | | | | | |
| | 03/30/18 | 378337 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |
| | | **Matter Total** | **0.00** | **296.25** | **0.00** | **0.00** | **296.25** |
| 0097634 | PENTHOUSE SECRET SERVICE (ICs 9, 10) | | | | | | |
| | 03/30/18 | 378338 | 250.00 | 398.75 | 0.00 | 0.00 | 648.75 |
| | | **Matter Total** | **250.00** | **398.75** | **0.00** | **0.00** | **648.75** |
| 0097641 | CALIGULA (ICs 41, 43) | | | | | | |
| | 03/30/18 | 378339 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | **Matter Total** | **0.00** | **98.75** | **0.00** | **0.00** | **98.75** |
| 0097643 | China: Possible Opposition Against Takano's PENTHOUSE, A/N 1 | | | | | | |
| | 03/30/18 | 378340 | 0.00 | 1,678.75 | 0.00 | 0.00 | 1,678.75 |
| | | **Matter Total** | **0.00** | **1,678.75** | **0.00** | **0.00** | **1,678.75** |
| 0097645 | PET TESTED PET APPROVED & ONE KEY LOGO (IC 10) | | | | | | |
| | 03/30/18 | 378341 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | | **Matter Total** | **0.00** | **98.75** | **0.00** | **0.00** | **98.75** |
| 0097646 | PENTHOUSE PALACE (IC 41, 43) | | | | | | |
| | 03/30/18 | 378342 | 0.00 | 493.75 | 0.00 | 0.00 | 493.75 |
| | | **Matter Total** | **0.00** | **493.75** | **0.00** | **0.00** | **493.75** |
| 0097647 | PENTHOUSE LOUNGE (ICs 41, 43) | | | | | | |
| | 03/30/18 | 378343 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |

Allen,Dyer,Doppelt + Gilchrist, PA
Run:  10/19/2018 1:19:13 PM

# Bill History
by Billing Attorney/Client/Matter
1/11/2018 to 6/15/2018

Page 4
File: BILHST

| Billing Attorney Client Matter | Date | Number | Expenses | Fees | Interest | Tax | Total Description |
|---|---|---|---|---|---|---|---|
| DLS | David L. Sigalow | | | | | | |
| PWM | Penthouse World Media, LLC | | | | | | |
| 0097647 | PENTHOUSE LOUNGE (ICs 41, 43) | | | | | | |
| | Matter Total | | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |
| 0097656 | PENTHOUSE PET (IC 10) | | | | | | |
| | 03/30/18 | 378344 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | Matter Total | | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| 0097659 | Penthouse Global Media, Inc. Bankruptcy Matter | | | | | | |
| | 04/26/18 | 379396 | 0.00 | 342.50 | 0.00 | 0.00 | 342.50 |
| | Matter Total | | 0.00 | 342.50 | 0.00 | 0.00 | 342.50 |
| 0097660 | China: Opposition Against Takano's PENTHOUSE CLUB (& Design) | | | | | | |
| | 04/26/18 | 379397 | 0.00 | 395.00 | | | 395.00 |
| | Matter Total | | 0.00 | 395.00 | 0.00 | 0.00 | 395.00 |
| 0115573 | General Trademark Matters | | | | | | |
| | 03/30/18 | 378345 | 0.00 | 95.00 | 0.00 | 0.00 | 95.00 |
| | 05/18/18 | 380204 | 0.00 | 1,481.25 | 0.00 | 0.00 | 1,481.25 |
| | Matter Total | | 0.00 | 1,576.25 | 0.00 | 0.00 | 1,576.25 |
| | Client Total | | 1,645.00 | 17,701.75 | 0.00 | 0.00 | 19,346.75 |
| | Billing Attorney Total | | 1,645.00 | 17,701.75 | 0.00 | 0.00 | 19,346.75 |
| | Report Totals | | 1,645.00 | 17,701.75 | 0.00 | 0.00 | 19,346.75 |

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.      378311
                                                                 Prod:         DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:       PGMI
MATTER:       0097003_GB1          FORUM

CLIENT REF. NO(s).                 General Media Communications,
                                   GB04

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/29/2018 | DLS | Receive and review electronic mail message from British associates regarding the possible expiration of this mark and the grace period. Prepare and dispatch reply. Docket relevant dates and information. | 0.25 | 98.75 |
| 02/22/2018 | DLS | Receive and review reminder from Jenkins firm concerning the possible expiration of the registration and advising of the grace period for renewing same. Prepare and dispatch reply. | 0.25 | 98.75 |

|   |   |
|---|---|
| Total For Professional Services | $      197.50 |
| New Charges this Invoice | $      197.50 |
| Balance In Trust                $0.00 |   |
| **Total Invoice Due** | **$      197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378312
                                                                 Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097003_IN          FORUM

CLIENT REF. NO(s).              General Media Communications,
                                IN05

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/22/2018 | DLS | Prepare and dispatch electronic mail message to Indian associates regarding the costs and procedures for renewing the registrations in India for the marks FORUM and PENTHOUSE in International Class 16 | 0.50 | 197.50 |
| | | Total For Professional Services | | $    197.50 |
| | | New Charges this Invoice | | $    197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$    197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN, DYER, DOPPELT + GILCHRIST, PA**

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                **INVOICE**                Bill No.    378313
Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097014_JP3        ONE KEY LOGO (Japan) Cl 3

CLIENT REF. NO(s).        General Media Communications,
JP02

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/04/2017 | DLS | Receive and review confirmation from foreign associates that they will proceed with the renewal in IC 3 only and also record the change of address. Prepare dispatch reply. | 0.25 | 98.75 |
| 12/06/2017 | DLS | Receive and review confirmation from foreign associates that the renewal application in IC 3 and the change of address have been filed. Docket relevant dates and information. Report to client by electronic mail. | 0.25 | 98.75 |
| 01/10/2018 | DLS | Receive and review Certificate of Renewal, Notice of Change of Address and letters from Japanese associates. Prepare and dispatch reply. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.30 | 118.50 |
| | | Total For Professional Services | $ | 316.00 |

| Date | Disbursements Incurred: | Check no. | Vendor | |
|------|--------------------------|-----------|--------|--|
| 01/23/2018 | Local Counsel File Renewal Application | 2011 | Konishi & Nakamura | 1,395.00 |
| | Total For Disbursements | | | $ 1,395.00 |
| | New Charges this Invoice | | | $ 1,711.00 |
| | Balance In Trust | | $0.00 | |
| | Applied from Trust | | | -1,000.00 |
| | **Total Invoice Due** | | | **$ 711.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018

**INVOICE**

Bill No.      378314
Prod:         DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097014_SI          ONE KEY LOGO

CLIENT REF. NO(s).              General Media Communications,
                                SI02

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/09/2018 | DLS | Receive and review electronic mail message from Ms. Kelly Holland. Review of CTM registrations and reply to Ms. Holland advising that the CTM registrations for PENTHOUSE, PET OF THE MONTH and PET OF THE YEAR in IC 16 will "cover" the corresponding registrations in Slovenia. | 0.75 | 296.25 |
| 02/26/2018 | DLS | Receive and review reminder from foreign associates as to what will be the cost and requirements for filing four renewal applications in Slovenia and updating the address of record. Prepare and dispatch detailed message to Ms. Kelly Holland concerning same. | 1.00 | 395.00 |

| | | | | |
|---|---|---|---|---|
| | Total For Professional Services | | $ | 691.25 |
| | | | | |
| | New Charges this Invoice | | $ | 691.25 |
| | Balance In Trust | $0.00 | | |
| | **Total Invoice Due** | | **$** | **691.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018                    **INVOICE**                    Bill No.    380194
                                                              Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097017_BB          PENTHOUSE IC 9- Barbados

CLIENT REF. NO(s).               General Media Communications,
                                 T00035BB00

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/26/2018 | DLS | Receive and review electronic mail message regarding the status of trademark registrations for PENTHOUSE and THREE KEY LOGO in Barbados. Research same and dispatch reply. | 0.50 | 197.50 |
| | | Total For Professional Services | $ | 197.50 |
| | | New Charges this Invoice | $ | 197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | **$** | **197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018        **INVOICE**

Bill No.    378315
Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097017_BB1       PENTHOUSE

CLIENT REF. NO(s).      General Media Communications,
T00035BB01

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/14/2018 | DLS | Receive and review Certificate of Renewal. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | $ | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Case 1:18-bk-10098-MB   Doc 950-1   Filed 09/30/21   Entered 09/30/21 17:18:46   Desc
Main Document   Page 23
Case 1:18-bk-10098-MB   Claim 54-1   Filed 10/22/18   Desc Main Document   Page 21 of 156
of 75 Page 21 of 156

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                   **INVOICE**                   Bill No.    378316
                                                               Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097017_CN1          PENTHOUSE (China) Cl 9

CLIENT REF. NO(s).               General Media Communications,
                                 CN07

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/01/2018 | DLS | Prepare and dispatch electronic mail message to Chinese associates recommending that they take steps to respond to the Office Action and take minimum steps to address the corporate change of address issues. | 0.50 | 197.50 |
| | | Total For Professional Services | | $   197.50 |
| | | New Charges this Invoice | | $   197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$   197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Case 1:18-bk-10098-MB   Claim 54-1   Filed 10/22/18   Desc Main Document   Page 14
of 75

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018        **INVOICE**        Bill No.    378317
       Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

| CLIENT: | PGMI | |
|---|---|---|
| MATTER: | 0097017_CN2 | PENTHOUSE (China) CI 14 |
| CLIENT REF. NO(s). | | General Media Communications, CN11 |

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 01/26/2018 | DLS | Receive and review electronic mail messages from foreign associates concerning the efforts of our foreign associates to perfect the changes of name in support of the Chinese trademark registrations. Prepare and dispatch detailed reply. Report to Ms. Kelly Holland. | 1.00 | 395.00 |
| | | Total For Professional Services | $ | 395.00 |
| | | | | |
| | | New Charges this Invoice | $ | 395.00 |
| | | Balance In Trust      $0.00 | | |
| | | **Total Invoice Due** | **$** | **395.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018         **INVOICE**         Bill No.    378318
                                                              Prod:     DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097017_ES1       PENTHOUSE (Spain - ICs 25, 41, 42)

CLIENT REF. NO(s).        General Media Communications,
ES22

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/27/2018 | DLS | Receive and review reminder concerning the upcoming renewal date. Prepare and dispatch reply. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust        $0.00 | | |
| | | **Total Invoice Due** | $ | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN,DYER,DOPPELT + GILCHRIST, PA**

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018 | **INVOICE** | Bill No.  380195
| | Prod:  DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097017_ES1         PENTHOUSE (Spain - ICs 25, 41, 42)

CLIENT REF. NO(s).              General Media Communications,
                                ES22

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/23/2018 | DLS | | 0.25 | 98.75 |
| 04/24/2018 | DLS | Receive and review confirmation that the renewal may be filed within the six-month grace period through October 24, 2018. Prepare and dispatch reply. Docket relevant dates and information. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 197.50 |
| | | New Charges this Invoice | $ | 197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | **$** | **197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                          **INVOICE**                    Bill No.     378319
                                                                       Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097017_IN            PENTHOUSE ( INDIA IC- 16)

CLIENT REF. NO(s).                General Media Communications,
                                  IN06

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/22/2018 | DLS | Prepare and dispatch urgent electronic mail message to Indian associates regarding the costs and procedures for renewing the registrations in India for the marks FORUM and PENTHOUSE in International Class 16 | 0.75 | 296.25 |
| | | Total For Professional Services | | $   296.25 |
| | | New Charges this Invoice | | $   296.25 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | $   **296.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018

## INVOICE

| Bill No. | 379387 |
|----------|--------|
| Prod: | DLS |

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:        PGMI
MATTER:     0097017_IN          PENTHOUSE ( INDIA IC- 16)

CLIENT REF. NO(s).                General Media Communications,
                                              IN06

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/28/2018 | DLS | Dispatch electronic mail message to the original Indian associates inquiring as to the current owner of the registrations for PENTHOUSE and FORUM in International Class 16 and what can be done to renew them. | 0.50 | 197.50 |
| | | Total For Professional Services | | $    197.50 |

|  |  |  |
|---|---|---|
| New Charges this Invoice | | $    197.50 |
| Balance In Trust | $0.00 | |
| **Total Invoice Due** | | **$    197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

### ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                     **INVOICE**                     Bill No.     378320
                                                                    Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097017_JP          PENTHOUSE (Japan) CI 3, 4, 30

CLIENT REF. NO(s).               General Media Communications,
                                 JP09

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/18/2017 | DLS | Prepare and dispatch electronic mail message to Ms. Kelly Holland requesting instructions concerning the renewal of the Japanese trademark registration for PENTHOUSE in International Class 3. | 0.25 | 98.75 |
| | | Total For Professional Services | | $   98.75 |

New Charges this Invoice                                    $    98.75

Balance In Trust                    $0.00

**Total Invoice Due**                                       $    **98.75**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                                  **INVOICE**                    Bill No.     378321
                                                                              Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:       PGMI
MATTER:       0097017_MK              PENTHOUSE (MACEDONIA CL 16)

CLIENT REF. NO(s).                   General Media Communications,
                                     MK03

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/15/2017 | DLS | Receive and review electronic mail message concerning the renewal of PGMI registrations in Macedonia. Prepare and dispatch reply requesting information regarding the change of corporate address. | 0.50 | 197.50 |
| 02/16/2018 | DLS | Receive and review reply a response from foreign associates concerning the costs and issues involved with renewing the registrations in Macedonia. Prepare and dispatch detailed electronic mail message to Ms. Kelly Holland concerning the upcoming due dates for renewing the four registrations in Macedonia and issues concerning same. | 1.00 | 395.00 |

Total For Professional Services                                           $    592.50

New Charges this Invoice                                                  $    592.50

Balance In Trust                            $0.00

**Total Invoice Due**                                                    $    **592.50**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Case 1:18-bk-10098-MB   Claim 54-1   Filed 10/22/18   Desc Main Document   Page 21
of 75

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018          **INVOICE**

| | |
|---|---|
| Bill No. | 379388 |
| Prod: | DLS |

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097017_MK        PENTHOUSE (MACEDONIA CL 16)

CLIENT REF. NO(s).        General Media Communications,
MK03

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 03/28/2018 | DLS | Prepare and dispatch electronic mail message to foreign associates concerning the length of the "grace period" and the grace period surcharge directed to same. | 0.35 | 138.25 |
| | | Total For Professional Services | $ | 138.25 |
| | | New Charges this Invoice | $ | 138.25 |
| | | Balance In Trust     $0.00 | | |
| | | **Total Invoice Due** | **$** | **138.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                                    **INVOICE**                          Bill No.    378322
                                                                                       Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097017_PY1          PENTHOUSE IC 9- Paraguay

CLIENT REF. NO(s).                General Media Communications,
                                  T00035PY01

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/18/2017 | DLS | Receive and review Certificate of Renewal. Docket relevant dates and information. Report to Ms. Mary Gedon and Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | | $    98.75 |
| | | New Charges this Invoice | | $    98.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | $    **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018

# INVOICE

Bill No.    380196
Prod:    DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097017_PY2    PENTHOUSE (IC 16)

CLIENT REF. NO(s).    General Media Communications,
T00035PY02

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/18/2018 | DLS | Receive and review reminder notices regarding the renewal of PENTHOUSE registrations in Paraguay within International Classes 16, 41 and 43. | 0.50 | 197.50 |
| | | Total For Professional Services | | $    197.50 |
| | | New Charges this Invoice | | $    197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$    197.50** |

Terms: Payable Upon Receipt
IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018                            **INVOICE**                    Bill No.      380197
                                                                       Prod:         DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097017_PY4          PENTHOUSE (IC- 43) Paraguay

CLIENT REF. NO(s).               General Media Communications,
                                 T00035PY04

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/24/2018 | DLS | Prepare detailed electronic mail message to Ms. Kelly Holland regarding the final due date for renewing trademark applications in Paraguay for the mark PENTHOUSE in International Classes 16, 41 and 43 and our options as to how to proceed. Receive and review replies. Prepare and dispatch replies. | 1.20 | 474.00 |
| 04/25/2018 | DLS | Receive and review electronic mail message from Ms. Kelly Holland requesting confirmation of the goods and services set forth in connection with the trademark registrations in Paraguay for the mark PENTHOUSE in International Classes 41 and 43. | 0.35 | 138.25 |

|  | Total For Professional Services |  | $ | 612.25 |
|--|--|--|--|--|
|  | New Charges this Invoice |  | $ | 612.25 |
|  | Balance In Trust | $0.00 |  |  |
|  | **Total Invoice Due** |  | **$** | **612.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018

## INVOICE

Bill No.    378323
Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097017_SI          PENTHOUSE

CLIENT REF. NO(s).            General Media Communications,
                             SI03

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/29/2018 | DLS | Prepare and dispatch detailed e-mail message to foreign associates concerning the costs and procedures in renewing five (5) single-class trademark and service mark registrations in Slovenia. | 1.00 | 395.00 |

|  |  | Total For Professional Services |  | $    395.00 |

|  |  | New Charges this Invoice |  | $    395.00 |
|  |  | Balance In Trust | $0.00 |  |
|  |  | **Total Invoice Due** |  | **$    395.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

# ALLEN,DYER,DOPPELT + GILCHRIST, PA

## Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018

# INVOICE

Bill No.    378325
Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097053_MK          THREE KEY LOGO (MACEDONIA CL 16)

CLIENT REF. NO(s).               General Media Communications,
                                 MK05

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/18/2018 | DLS | Receive and review reminder from foreign associates regarding the upcoming due date for renewing the registration. Prepare and dispatch reply. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | $ | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018        **INVOICE**

| | |
|---|---|
| Bill No. | 378326 |
| Prod: | DLS |

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

| | | |
|---|---|---|
| CLIENT: | PGMI | |
| MATTER: | 0097057_PY | VARIATIONS |
| CLIENT REF. NO(s). | | General Media Communications, PY06 |

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 11/03/2017 | DLS | Receive and review confirmation that the registration has been renewed. Docket relevant dates and information. Report to Attorney Relani Belous. | | 0.00 |
| 01/25/2018 | DLS | Receive and review Certificate of Renewal. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |

| | | |
|---|---|---|
| New Charges this Invoice | | $    98.75 |
| Balance In Trust | $0.00 | |
| **Total Invoice Due** | | $    **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378327
                                                                Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097114_1              LIFE ON TOP

CLIENT REF. NO(s).                General Media Communications,
                                  T00164US01

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/26/2018 | DLS | Prepare and dispatch electronic mail message to Ms. Kelly Holland regarding the upcoming due date for filing a Declaration of Continued Use in support of the registration for LIFE ON TOP in International Class 41. | 0.25 | 98.75 |

|  |  | Total For Professional Services |  | $ 98.75 |
|  |  | New Charges this Invoice |  | $ 98.75 |
|  |  | Balance In Trust | $0.00 |  |
|  |  | **Total Invoice Due** |  | **$ 98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN, DYER, DOPPELT + GILCHRIST, PA**

Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

REPRINT

March 30, 2018                              **INVOICE**                    Bill No.    378328
                                                                            Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097174            PENTHOUSE (Malaysia - IC 25)

CLIENT REF. NO(s).             GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/29/2017 | DLS | Receive and review reminder from foreign associates in Malaysia regarding the response to the Office Action. Prepare and dispatch reply. | 0.35 | 138.25 |
| 01/02/2018 | DLS | Receive and review reminder from foreign associates in Malaysia regarding the response to the Office Action. Prepare and dispatch electronic mail message to Ms. Kelly Holland. | 0.50 | 197.50 |
| | | Total For Professional Services | $ | 335.75 |

New Charges this Invoice                                                $      335.75

Balance In Trust                                     $0.00

**Total Invoice Due**                                                   $      335.75

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018        **INVOICE**

Bill No.    378329
Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:   0097187       Trademark Watch Service Notices for GMCI

CLIENT REF. NO(s).       GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/07/2017 | DLS | Receive and review trademark watch service notices. | 0.25 | 98.75 |
| 12/17/2017 | DLS | Receive and review trademark watch service notices. | 0.25 | 98.75 |
| 12/22/2017 | DLS | Receive and review trademark watch service notices. | 0.25 | 98.75 |
| 01/12/2018 | DLS | Receive and review electroinic mail message from Ms. Kelly Holland regarding possible oppositions in the UK regarding the OMNI registrations. Prepare and dispatch repy. | 0.35 | 138.25 |
| | | Total For Professional Services | $ | 434.50 |
| | | | | |
| | | New Charges this Invoice | $ | 434.50 |
| | | Balance In Trust      $0.00 | | |
| | | **Total Invoice Due** | $ | **434.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018

## INVOICE

Bill No.    380199
Prod:    DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097187    Trademark Watch Service Notices for GMCI

CLIENT REF. NO(s).    GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/30/2018 | DLS | Telephone conference with Corsearch representatives concerning the trademark watch service and issues relating thereto. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | $ | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**          Bill No.    378330
                                                       Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097331        Germany: Opp to TM Reg, DE 3020110055800 for the mark
                          PENTHOUSE (Stylized) in the Name of G & E Stut

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/13/2017 | DLS | Receive and review electronic mail message from foreign associates requesting permission to file a new extension of time. Prepare and dispatch reply requesting that they wait for express instructions. | 0.35 | 138.25 |
| 01/08/2018 | DLS | Receive and review electronic mail message from German associates requesting authorization to secure an additional extension of time to submit evidence in support of our appeal. Prepare and dispatch authorization to proceed with same. Receive and review confirmation in reply. | 0.50 | 197.50 |
| 01/26/2018 | NM | Receive and review email from the associates advising us of the new deadline.  Acknowledge receipt of same and docket relevant date. | 0.25 | 23.75 |

Total For Professional Services                                  $   359.50

New Charges this Invoice                                         $   359.50

Balance In Trust                            $0.00

**Total Invoice Due**                                            $   **359.50**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018                    **INVOICE**                    Bill No.   380200
                                                               Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097331        Germany: Opp to TM Reg, DE 3020110055800 for the mark
                          PENTHOUSE (Stylized) in the Name of G & E Stut

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/06/2018 | DLS | Receive and review reminder concerning the evidentiary due date. Assemble copies of bankruptcy documents and dispatch request for a suspension or additional extension in view of the situation. Report to Ms. Kelly Holland. | 0.75 | 296.25 |
| | | Total For Professional Services | $ | 296.25 |
| | | New Charges this Invoice | $ | 296.25 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | $ | **296.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018                    **INVOICE**                    Bill No.    379389
                                                                Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097526              PENTHOUSE (India) IC 34

CLIENT REF. NO(s).               GMCI
                                 GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/12/2018 | DLS | Receive and review reminder from foreign associates of the upcoming hearing date with respect to the open applications for PENTHOUSE and the ONE KEY LOGO. Prepare and dispatch reply requesting specific details and cost estimates. | 0.50 | 197.50 |
| | | Total For Professional Services | | $   197.50 |
| | | New Charges this Invoice | | $   197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$   197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378331
                                                                Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097527        PENTHOUSE (Canada)

CLIENT REF. NO(s).        GMCI
                          GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/08/2017 | DLS | Receive and review reminder from Canadian associates about the upcoming due date for filing a Declaration of Use. Prepare and dispatch detailed e-mail message to Ms. Kelly Holland concerning same. | 0.50 | 197.50 |
| 01/05/2018 | DLS | Receive and review final reminder from Canadian associates. Prepare and dispatch reply. Prepare and dispatch urgent detailed memorandum to Ms. Kelly Holland outlining our options. | 0.50 | 197.50 |
| 01/08/2018 | DLS | Telephone conference with Canadian counsel. Prepare and dispatch urgent reminders about our options. Receive and review electronic mail messages from Ms. Mary Gedon requesting an extension of time. Prepare and dispatch reply and urgent memorandum to Canadian associates requesting an application for an extension of time. | 0.35 | 138.25 |
| 01/16/2018 | DLS | Receive and review confirmation from foreign associates that the extension has been granted and suggesting amendments to the identification of goods in order to attest to use of the mark in commerce. Docket relevant dates and information. Prepare and dispatch reply. | 0.35 | 138.25 |

|  |  |  |
|--|--|--|
| Total For Professional Services | $ | 671.50 |
|  |  |  |
| New Charges this Invoice | $ | 671.50 |
| Balance In Trust | $0.00 |  |
| **Total Invoice Due** | **$** | **671.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                            **INVOICE**                 Bill No.    378332
                                                                      Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097561          PENTH USE and KEYHOLE and ONE KEY DESIGNS (China: IC 25)

CLIENT REF. NO(s).           GMCI
                             GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/06/2018 | DLS | Receive and review electronic mail message confirming that the subject application has been approved for registration and requesting payment of the (reduced) registration fees. Prepare and dispatch reply. Report to Mr. Kelly Holland. | 0.35 | 138.25 |
| | | Total For Professional Services | | $    138.25 |
| | | New Charges this Invoice | | $    138.25 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$    138.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018                    **INVOICE**                    Bill No.    379390
                                                                 Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097561         PENTH USE and KEYHOLE and ONE KEY DESIGNS (China: IC 25)

CLIENT REF. NO(s).          GMCI
                            GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/05/2018 | DLS | Receive and review confirmation that the registration has issued. Docket relevant dates and information. | 0.25 | 98.75 |
| 03/09/2018 | DLS | Receive and review copy of the Certificate of Registration. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 197.50 |

|  |  |  |
|---|---|---|
| New Charges this Invoice | | $ 197.50 |
| Balance In Trust | $0.00 | |
| **Total Invoice Due** | | **$   197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018            **INVOICE**        Bill No.    378333
                                                            Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097587        PENTHOUSE.NZ (New Zealand)

CLIENT REF. NO(s).        GMCI
                        GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/05/2018 | DLS | Receive and review confirmation from foreign associates that the domain name registration for PENTHOUSE.NZ has been renewed. Prepare and dispatch reply. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.35 | 138.25 |

Total For Professional Services        $    138.25

New Charges this Invoice            $    138.25

Balance In Trust            $0.00

**Total Invoice Due**            $    **138.25**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018          **INVOICE**

Bill No.    378334
Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:    0097605        PENTHOUSE (Russia) IC 10

CLIENT REF. NO(s).      GMCI
                         GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/13/2017 | DLS | Receive and review electronic mail message from foreign associates about the upcoming due date for responding to the preliminary refusal. Prepare and dispatch reply. Prepare detailed report to Ms. Kelly Holland regarding our options going forward. | 0.50 | 197.50 |
| | | Total For Professional Services | | $  197.50 |
| | | New Charges this Invoice | | $  197.50 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | $  **197.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378335
                                                                Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097606          Opposition to TM Application for PENTHOUSE COFFEE, SN 77/717122

CLIENT REF. NO(s).           GMCI
                             GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/12/2017 | ARI | Receive and review motion for extension of time to respond to summary judgment motion, docket relevant dates therefor and prepare correspondence to Kelly Holland regarding same. | 0.20 | 70.00 |
| 01/05/2018 | ARI | Prepare and file response to Second Motion for Extension and correspondence to Ms. Kelly Holland and applicant regarding same. | 1.00 | 350.00 |
| 01/09/2018 | ARI | Receive and review third motion for extension, docket relevant dates and prepare correspondence to Kelly Holland and Mary Gedeon regarding same. | 0.25 | 87.50 |
| 01/09/2018 | ARI | Prepare and file response to Third Request for Extension of Time and docket relevant dates therefor. | 0.50 | 175.00 |
| 02/08/2018 | ARI | Receive and review Fourth Motion for Extension of Time, docket relevant dates therefor and prepare correspondence to Kelly Holland regarding same. | 0.20 | 70.00 |
| 02/09/2018 | ARI | Review and respond to email from Mary Gedeon regarding manufacturer. | 0.10 | 35.00 |
| 02/19/2018 | ARI | Prepare response to fourth request for extension of time. | 0.50 | 175.00 |
| | | Total For Professional Services | | $   962.50 |

New Charges this Invoice                                          $   962.50

Balance In Trust                        $0.00

**Total Invoice Due**                                            $   **962.50**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

### ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018                          **INVOICE**                    Bill No.    379391
                                                                       Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:       PGMI
MATTER:       0097606          Opposition to TM Application for PENTHOUSE COFFEE, SN 77/717122

CLIENT REF. NO(s).             GMCI
                               GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/16/2018 | ARI | Receive and review response to motion for summary judgment and prepare correspondence to Kelly Holland regarding same. | 0.50 | 175.00 |
| 03/28/2018 | ARI | Prepare reply brief. | 3.50 | 1,225.00 |
| 03/29/2018 | ARI | Continue researching and preparing reply brief. | 1.50 | 525.00 |
| | | Total For Professional Services | $ | 1,925.00 |

| | | | |
|---|---|---|---|
| New Charges this Invoice | | $ | 1,925.00 |
| Balance In Trust | $0.00 | | |
| **Total Invoice Due** | | **$** | **1,925.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018                            **INVOICE**                          Bill No.    380202
                                                                             Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:        PGMI
MATTER:        0097606          Opposition to TM Application for PENTHOUSE COFFEE, SN 77/717122

CLIENT REF. NO(s).             GMCI
                               GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/18/2018 | ARI | Receive and review response to motion to strike and prepare correspondence to Kelly Holland regarding same. | 0.20 | 70.00 |
| | | Total For Professional Services | $ | 70.00 |
| | | New Charges this Invoice | $ | 70.00 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | $ | **70.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN,DYER,DOPPELT + GILCHRIST, PA**

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018 **INVOICE** Bill No.    380203
                                     Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097607         PENTHOUSE (IC 32)

CLIENT REF. NO(s).         GMCI
                           GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 04/30/2018 | DLS | Receive and review PTO Action. Prepare and dispatch electronic mail message to PTO Examiner agreeing to the amendments to the identification of goods. Receive and review Examiner's Amendment. Docket relevant dates and information. Report to Ms. Kelly Holland and Ms. Mary Gedon. | 0.75 | 296.25 |
| | | Total For Professional Services | $ | 296.25 |
| | | | | |
| | | New Charges this Invoice | $ | 296.25 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | **$** | **296.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378336
                                                                 Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097625          PENTHOUSE KEY SUITES (IC 43)

CLIENT REF. NO(s).           GMCI
                             GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/29/2018 | DLS | Prepare and dispatch electronic mail message to Ms. Kelly Holland concerning the upcoming due date for filing a Statement of Use or an extension request. | 0.25 | 98.75 |
| | | Total For Professional Services | | $    98.75 |

New Charges this Invoice                                      $     98.75

Balance In Trust                        $0.00

**Total Invoice Due**                                        $     98.75

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                  **INVOICE**                Bill No.    378337
                                                            Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097629            China: Petition to Cancel GMCI's Reg. for the Mark PENTHOUSE, No.
                              9429567, IC 25 filed by Takano

CLIENT REF. NO(s).            GMCI
                              GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/26/2018 | DLS | Receive and review electronic mail message from foreign associates and the decision denying the Petition to Cancel. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.75 | 296.25 |
| | | Total For Professional Services | $ | 296.25 |
| | | New Charges this Invoice | $ | 296.25 |
| | | Balance In Trust            $0.00 | | |
| | | **Total Invoice Due** | $ | **296.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                    Bill No.    378338
                                                                 Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097634          PENTHOUSE SECRET SERVICE (ICs 9, 10)

CLIENT REF. NO(s).          GMCI
                            GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/11/2017 | DLS | Conduct search for PENTHOUSE SECRET SERVICE. Prepare and dispatch electronic mail message to Ms. Kelly Holland regarding the upcoming due date for filing a Statement of Use. . | 0.25 | 98.75 |
| 12/12/2017 | DLS | Prepare and file Request for Extension of Time to File Statement of Use. | | 300.00 |
| | | Total For Professional Services | $ | 398.75 |

| Date | Disbursements Incurred: | | Check no. | Vendor | |
|------|------------------------|--|-----------|--------|--|
| 01/03/2018 | Official Fees Extension of Time | | 55357 | Cardmember Service | 250.00 |
| | Total For Disbursements | | | | $ 250.00 |
| | New Charges this Invoice | | | | $ 648.75 |
| | Balance In Trust | | $0.00 | | |
| | **Total Invoice Due** | | | | **$ 648.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                          **INVOICE**                    Bill No.    378339
                                                                       Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097641          CALIGULA (ICs 41, 43)

CLIENT REF. NO(s).           GMCI
                             GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/26/2018 | DLS | Receive and review Notice of Allowance. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |

| | | | | |
|---|---|---|---|---|
| New Charges this Invoice | | | $ | 98.75 |
| Balance In Trust | $0.00 | | | |
| **Total Invoice Due** | | | **$** | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**                Bill No.    378340
                                                            Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:    0097643        China: Possible Opposition Against Takano's PENTHOUSE, A/N
                          17316831, IC 25

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/21/2018 | DLS | Receive and review detailed report on the evidence and documents required for filing in support of the possible oppositions against the two new Takano applications for PENTHOUSE in China. Prepare and dispatch reply. Report to Ms. Kelly Holland by electronic mail. | 2.00 | 790.00 |
| 02/21/2018 | DLS | Receive and review detailed report on the evidence and documents required for filing in support of the possible oppositions against the two new Takano applications for PENTHOUSE in China. Prepare and dispatch reply. Report to Ms. Kelly Holland by electronic mail. | 1.50 | 592.50 |
| 02/26/2018 | DLS | Prepare and dispatch detailed report to Ms. Kelly Holland concerning the denial of the Takano petition to cancel the GMCI trademark registration in IC 25 in China and the impact of same on the possible oppositions to Takano's trademark application and the possible petition to cancel the Takano registration. | 0.75 | 296.25 |

|  |  |
|---|---|
| Total For Professional Services | $  1,678.75 |

|  |  |  |
|---|---|---|
| New Charges this Invoice | | $  1,678.75 |
| Balance In Trust | $0.00 | |
| **Total Invoice Due** | | **$  1,678.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018          **INVOICE**          Bill No.    378341
                                                                     Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097645           PET TESTED PET APPROVED & ONE KEY LOGO (IC 10)

CLIENT REF. NO(s).          GMCI
                                     GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 12/13/2017 | DLS | Receive and review Notice of Allowance. Docket relevant dates and information. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | | $   98.75 |
| | | New Charges this Invoice | | $   98.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | | **$   98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018                    **INVOICE**

| | |
|---|---|
| Bill No. | 378342 |
| Prod: | DLS |

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:        PGMI
MATTER:     0097646              PENTHOUSE PALACE (IC 41, 43)

CLIENT REF. NO(s).            PGMI
                             PGMI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/16/2018 | DLS | Prepare and file Response to Office Action, Declaration of Acquired Distinctiveness and request for suspension. | 1.25 | 493.75 |
| | | Total For Professional Services | | $    493.75 |

| | | | |
|---|---|---|---|
| New Charges this Invoice | | $ | 493.75 |
| Balance In Trust | $0.00 | | |
| **Total Invoice Due** | | **$** | **493.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018            **INVOICE**       Bill No.    378343
                                                            Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097647          PENTHOUSE LOUNGE (ICs 41, 43)

CLIENT REF. NO(s).           GMCI
                                   GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/16/2018 | DLS | Prepare and file Response to Office Action and request for suspension. | 0.75 | 296.25 |
| | | Total For Professional Services | $ | 296.25 |
| | | New Charges this Invoice | $ | 296.25 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | **$** | **296.25** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018        **INVOICE**        Bill No.    378344
                                                                Prod:         DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:    0097656            PENTHOUSE PET (IC 10)

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 02/14/2018 | DLS | Receive and review Notice of Publication. Docket relevant dates. Report to Ms. Kelly Holland. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | | | |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust     $0.00 | | |
| | | **Total Invoice Due** | $ | **98.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN, DYER, DOPPELT + GILCHRIST, PA**

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018                              **INVOICE**                    Bill No.    379396
                                                                          Prod:       DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0097659          Penthouse Global Media, Inc. Bankruptcy Matter

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/24/2018 | SBH | Receive and review email from counsel re: monitoring bankruptcy proceedings | 0.20 | 23.00 |
| 01/25/2018 | SBH | Review bankruptcy court pleadings | 0.30 | 34.50 |
| 01/26/2018 | NM | Prepare a table of upcoming due dates for the next six months. | 3.00 | 285.00 |
| | | Total For Professional Services | $ | 342.50 |

New Charges this Invoice                                              $      342.50

Balance In Trust                      $0.00

**Total Invoice Due**                                               $      **342.50**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

April 26, 2018                           **INVOICE**                    Bill No.     379397
                                                                        Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:      PGMI
MATTER:      0097660          China: Opposition Against Takano's PENTHOUSE CLUB (& Design), No.
                              22864470, IC 25

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/07/2018 | DLS | Receive and review electronic mail from Ms. Kelly Holland regarding the possible oppositions in China and strategies directed to same. Prepare and dispatch replies. | 0.50 | 197.50 |
| 03/14/2018 | DLS | Receive and review follow-up electronic mail messages concerning the oppositions in China. Prepare and dispatch reply confirming we will not be filing oppositions and explaining that we will be better off seeking cancellation on the grounds of bad faith. | 0.50 | 197.50 |

Total For Professional Services                              $    395.00

New Charges this Invoice                                     $    395.00

Balance In Trust                             $0.00

**Total Invoice Due**                                        $    395.00

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

**ALLEN,DYER,DOPPELT + GILCHRIST, PA**

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018

**INVOICE**

Bill No.    378345
Prod:    DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

| CLIENT: | PGMI | |
|---------|------|--|
| MATTER: | 0115573 | General Trademark Matters |
| CLIENT REF. NO(s). | | GMCI |

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/04/2018 | NM | Review of trademark application spreadsheet and insert application filing dates. | 1.00 | 95.00 |
| | | Total For Professional Services | $ | 95.00 |
| | | New Charges this Invoice | $ | 95.00 |
| | | Balance In Trust | $1.00 | |
| | | **Total Invoice Due** | $ | **95.00** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018                       **INVOICE**                     Bill No.     380204
                                                                   Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:     PGMI
MATTER:     0115573          General Trademark Matters

CLIENT REF. NO(s).           GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/29/2018 | DLS | Receive and review electronic mail message from Chinese associates regarding the proposal for updating the corporate addresses of the Chinese trademark registrations. | 0.75 | 296.25 |
| 04/03/2018 | DLS | Prepare and dispatch electronic mail message to Chinese associates requesting clarification as to the options available with respect to the change of address and cancellation of registrations that are not of interest. Prepare and dispatch detailed electronic mail message to Ms. Kelly Holland concerning same. | 1.50 | 592.50 |
| 04/26/2018 | DLS | Prepare and dispatch trademark status report. | 0.50 | 197.50 |
| 04/30/2018 | DLS | Prepare chart of upcoming due dates for the months of May - August and dispatch by electornic mail. | 1.00 | 395.00 |

Total For Professional Services                                       $   1,481.25

New Charges this Invoice                                              $   1,481.25

Balance In Trust                              $1.00

**Total Invoice Due**                                                **$   1,481.25**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Allen,Dyer,Doppelt + Gilchrist, PA
Run:  10/17/2018 11:34:21 AM

# Bill History
by Billing Attorney/Client/Matter
1/1/2018 to 10/31/2018

Page 1
File: BILHST

| Billing Attorney Client Matter | Date | Number | Expenses | Fees | Interest | Tax | Total Description |
|---|---|---|---|---|---|---|---|
| DLS | David L. Sigalow | | | | | | |
| PGMI | Penthouse Global Media, Inc. | | | | | | |
| 0097036_GB | PENTHOUSE VIDEO | | | | | | |
| | 03/30/18 | 378324 | 0.00 | 98.75 | 0.00 | 0.00 | 98.75 |
| | 05/18/18 | 380198 | 0.00 | 493.75 | 0.00 | 0.00 | 493.75 |
| | **Matter Total** | | **0.00** | **592.50** | **0.00** | **0.00** | **592.50** |
| 0097345 | PENTHOUSE (India - IC 3) | | | | | | |
| | 05/18/18 | 380201 | 0.00 | 592.50 | 0.00 | 0.00 | 592.50 |
| | **Matter Total** | | **0.00** | **592.50** | **0.00** | **0.00** | **592.50** |
| 0097347 | PENTHOUSE (India - IC 25) | | | | | | |
| | 06/28/18 | 381523 | 0.00 | 395.00 | 0.00 | 0.00 | 395.00 |
| | **Matter Total** | | **0.00** | **395.00** | **0.00** | **0.00** | **395.00** |
| 0097356 | ONE KEY LOGO (India - IC 38) | | | | | | |
| | 06/28/18 | 381524 | 0.00 | 296.25 | 0.00 | 0.00 | 296.25 |
| | **Matter Total** | | **0.00** | **296.25** | **0.00** | **0.00** | **296.25** |
| | **Client Total** | | **0.00** | **1,876.25** | **0.00** | **0.00** | **1,876.25** |
| | **Billing Attorney Total** | | **0.00** | **1,876.25** | **0.00** | **0.00** | **1,876.25** |
| | **Report Totals** | | **0.00** | **1,876.25** | **0.00** | **0.00** | **1,876.25** |

## ALLEN,DYER,DOPPELT + GILCHRIST, PA

### Attorneys at Law

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 30, 2018      **INVOICE**      Bill No.   378324
     Prod:      DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:   0097036_GB      PENTHOUSE VIDEO

CLIENT REF. NO(s).      General Media Communications,
     GB21

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/26/2018 | DLS | Receive and review electronic mail message from foreign associates concerning the upcoming due date for renewing the registration. Prepare and dispatch reply. | 0.25 | 98.75 |
| | | Total For Professional Services | $ | 98.75 |
| | | New Charges this Invoice | $ | 98.75 |
| | | Balance In Trust | $0.00 | |
| | | Total Invoice Due | $ | 98.75 |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

| | | |
|---|---|---|
| May 18, 2018 | **INVOICE** | Bill No.  380198 |
| | | Prod:  DLS |

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:  PGMI
MATTER:  0097036_GB    PENTHOUSE VIDEO

CLIENT REF. NO(s).    General Media Communications,
GB21

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 04/09/2018 | DLS | Receive and review reminder from British associates regarding the renewal of the trademark registration. Prepare and dispatch replies requesting information on the costs, the grace period and the grace period surcharge. Receive and review reply. Report to Ms. Kelly Miller requesting instructions. | 0.75 | 296.25 |
| 04/10/2018 | DLS | Receive and review reply from Ms. Kelly Holland regarding the UK trademark registrations for PENTHOUSE VIDEO, PENTHOUSE VIDEO CLUB and PENTHOUSE VARIATIONS. Prepare and dispatch reply. Advise British associates to close their files in connection with the registrations for PENTHOUSE VIDEO and PENTHOUSE VIDEO CLUB. | 0.50 | 197.50 |
| | | Total For Professional Services | $ | 493.75 |
| | | | | |
| | | New Charges this Invoice | $ | 493.75 |
| | | Balance In Trust | $0.00 | |
| | | **Total Invoice Due** | **$** | **493.75** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

## ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

May 18, 2018      **INVOICE**

Bill No.   380201
Prod:     DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

CLIENT:    PGMI
MATTER:   0097345      PENTHOUSE (India - IC 3)

CLIENT REF. NO(s).      GMCI
                       GMCI

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 03/14/2018 | DLS | Receive and review electronic mail messages regarding the upcoming hearing date in India for the marks PENTHOUSE in ICs 3 and 25 and the ONE KEY LOGO (IC 38). Prepare and dispatch request for an extension of time. | 0.50 | 197.50 |
| 03/30/2018 | DLS | Receive and review electronic mail message from Indian associates advising that they have secured an extension of time and are awaiting evidence of use of the mark i connection with the marks PENTHOUSE in ICs 3 and 25 and the ONE KEY LOGO (IC 38). Docket relevant dates and information. | 0.50 | 197.50 |
| 04/12/2018 | DLS | Receive and review reminder from Indian associates. Prepare and dispatch reply requesting if it is possible to secure an extension of time. Receive and review replies. | 0.50 | 197.50 |

|  |  |  |
|---|---|---|
| Total For Professional Services | $ | 592.50 |
| New Charges this Invoice | $ | 592.50 |
| Balance In Trust | $0.00 | |
| **Total Invoice Due** | **$** | **592.50** |

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Allen,Dyer,Doppelt + Gilchrist, PA
Run: 10/19/2018 12:12:10 PM

# Aged Accounts Receivable

by Client/Matter
As of 10/19/2018

| Client/Matter | Type | Total | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|---|
| **PWD** | Penthouse World Digital, LLC | | | | | | |
| 0097455 | QUICKIES (Puerto Rico - IC 41) | | | | | | |
| | Fee | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total AR | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Prepaid | 0.00 | | | | | |
| **Client Total** | Fee | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total AR | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Prepaid | 0.00 | | | | | |
| **Report Total** | Fee | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total AR | 197.50 | 0.00 | 0.00 | 0.00 | 0.00 | 197.50 |
| | Prepaid | 0.00 | | | | | |

# ALLEN, DYER, DOPPELT + GILCHRIST, PA

**Attorneys at Law**

255 S. Orange Avenue
Suite 1401
Orlando, FL 32801
Tel (407) 841-2330
Fax (407) 841-2343

# REPRINT

March 29, 2018 — **INVOICE**

Bill No.     378308
Prod:        DLS

Penthouse Global Media, Inc.
Attn: Ms. Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311

| CLIENT: | PGMI |
| MATTER: | 0097455 | QUICKIES (Puerto Rico - IC 41) |

CLIENT REF. NO(s).        PDMP
                          PDMP

## For Professional Services Rendered:

| Date | Atty | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 01/05/2018 | DLS | Receive and review electronic mail letter from foreign associates advising that another Declaration of Use and specimen will be required in support of the registration by 2019. Docket relevant dates and information. | 0.25 | 98.75 |
| 01/29/2018 | DLS | Receive and review electronic mail message from foreign associates concerning the filing of a Statement of Use in support of this registration. Docket relevant dates and information. Prepare and dispatch reply requesting clarification. | 0.25 | 98.75 |

Total For Professional Services        $    197.50

New Charges this Invoice        $    197.50

Balance In Trust        $0.00

**Total Invoice Due**        **$    197.50**

Terms: Payable Upon Receipt

IRS # 59-1298851

Payments can be made via check, wire, credit card or electronic bill pay

Allen,Dyer,Doppelt + Gilchrist, PA
Run: 10/19/2018 12:23:09 PM

# Work In Process Aging
by Client/Matter
From 01/01/2018 To 06/15/2018

| Client Matter | Type | Total | Current | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|---|
| **PWM   Penthouse World Media, LLC** | | | | | | | |
| 0097004_FFORUM & Design | Fee | 98.75 | 98.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097014_JONE KEY LOGO (Japan) Cl 1, 2, 5, 8, 16, 17, : | Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097017_BPENTHOUSE (IC 28) Brazil | Fee | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097027_BPENTHOUSE FORUM | Fee | 790.00 | 790.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097027_BPENTHOUSE FORUM | Fee | 98.75 | 0.00 | 98.75 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097332  PENTHOUSE (Cl. 32 Child Appl) | Fee | 98.75 | 98.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097471  QUICKIES (Turks & Caicos) - IC 41 | Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097526  PENTHOUSE (India) IC 34 | Fee | 197.50 | 0.00 | 197.50 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097527  PENTHOUSE (Canada) | Fee | 237.00 | 98.75 | 138.25 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097607  PENTHOUSE (IC 32) | Fee | 98.75 | 98.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097641  CALIGULA (ICs 41, 43) | Fee | 98.75 | 98.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097647  PENTHOUSE LOUNGE (ICs 41, 43) | Fee | 197.50 | 0.00 | 197.50 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0097656  PENTHOUSE PET (IC 10) | Fee | 98.75 | 98.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Client Total** | **Fee** | **2,204.50** | **1,572.50** | **632.00** | **0.00** | **0.00** | **0.00** |
| | **Exp** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Report Total** | **Fee** | **2,204.50** | **1,572.50** | **632.00** | **0.00** | **0.00** | **0.00** |
| | **Exp** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| Name | Price |
| --- | --- |
| Sena & Berton | $805.50 |
| Hilborne | $225.28 |
| Hilborne | $383.67 |
| Finet | $66.00 |
| Hilborne | $384.55 |
| Bodner | $1,791.00 |
| Balesail | $840.00 |
| Balesail | $240.00 |
| Bucoy | $624.00 |
| Bucoy | $755.00 |
| Isler | $2,580.64 |
| Aj Park | $517.00 |
| Aj Park | $667.00 |
| Aj Park | $217.00 |
| Aj Park | $509.96 |
| Aj Park | $250.48 |
| Aj Park | $259.48 |
| Taylor Wessing | $492.00 |
| IP Conn | $393.00 |
| Bereskin | $379.85 |
| Bereskin | $379.85 |
| Taylor Wessing | $1,198.00 |
| Taylor Wessing | $1,228.00 |
| Taylor Wessing | $36.05 |
| Taylor Wessing | $190.00 |
| Taylor Wessing | $76.00 |
| Taylor Wessing | $76.00 |
| Taylor Wessing | $152.00 |
| Taylor Wessing | $76.00 |
| Taylor Wessing | $190.00 |
| Berkemeyer | $297.00 |
| Berkemeyer | $297.00 |
| Singh | $181.00 |
| Sena & Berton | $252.89 |
| SIB | $411.00 |
| Taylor Wessing | $114.00 |
| Singh & Associates | $52.00 |
| Singh & Associates | $181.00 |
| TOTAL | $17,769.20 |



**AJPark**
intellectual property

Aon Centre
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE
### 1007910

31 May 2018

Allen Dyer Doppelt Milbrath Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
USA

| | |
|---|---|
| GST no. | 124-177-537 |
| Client no. | 22210 |

**Your ref**   97588
**AJP ref**    778525 JZA/mlc

**Attention  Mr David Sigalow**

**Copy       Allen Dyer Doppelt Milbrath Gilchrist - Ms Dolly Martinez**

**RENEWAL OF YOUR DOMAIN NAME**
**GMCI Internet Operations, Inc**
**penthousemagazine.nz**

United States dollars

**Fees**

Our fee for attending to payment of a renewal fee for a domain name.                    $190.00

**Disbursements**

Official fees.                                                                           $43.48

Office expense recovery, including photocopying, printing and communication charges.     $26.00

**Payment due by 30 July 2018.**

| Cheques to: | Bank transfers to: | | |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | Sub-total | $259.48 |
| PO Box 949 | Swift Code WPACNZ2W | GST | $0.00 |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | **Total** | **$259.48** |
| New Zealand | Wellington, New Zealand | Less payment | |
| | Please send remittance advice to mail@ajpark.com | **Balance due** | **US$259.48** |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the
extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ), they are
provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. AJ Park
operates as part of the IPH Limited group, an ownership group under the Code of Conduct for Trans-Tasman Patent and Trade Marks
Attorneys 2018. For more information, see www.ajpark.com/about-us.

Page     1         Client No.   22210



**AJPark**
intellectual property

Aon Centre
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

### 1007910

31 May 2018

Allen Dyer Doppelt Milbrath Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
USA

GST no.    124-177-537
Client no.    22210

**Your ref   97588**
**AJP ref   778525 JZA/mlc**

**Attention  Mr David Sigalow**

**Copy     Allen Dyer Doppelt Milbrath Gilchrist - Ms Dolly Martinez**

**RENEWAL OF YOUR DOMAIN NAME**
**GMCI Internet Operations, Inc**
**penthousemagazine.nz**

United States dollars

**Fees**

Our fee for attending to payment of a renewal fee for a domain name.    $190.00

**Disbursements**

Official fees.    $43.48

Office expense recovery, including photocopying, printing and communication charges.    $26.00

**Payment due by 30 July 2018.**

| Cheques to: | Bank transfers to: | | |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | Sub-total | $259.48 |
| PO Box 949 | Swift Code WPACNZ2W | GST | $0.00 |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | **Total** | **$259.48** |
| New Zealand | Wellington, New Zealand | Less payment | |
| | Please send remittance advice to mail@ajpark.com | **Balance due** | **US$259.48** |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ), they are provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. AJ Park operates as part of the IPH Limited group, an ownership group under the Code of Conduct for Trans-Tasman Patent and Trade Marks Attorneys 2018. For more information, see www.ajpark.com/about-us.

# BUCOY POBLADOR & ASSOCIATES

21st Floor, Chatham House
116 Valero Corner V. A. Rufino Streets
Salcedo Village, Makati City 1227
Philippines
http://www.poblaw.com
http://www.bpalaw.com.ph
e-mail:   mail@poblaw.com

**TIN: 007-066-019-000 V**

BILL NO.        :   0000119471
BILL DATE        :
                    4/28/2017

**BILLED TO :**

ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
255 SOUTH ORANGE AVE, SUITE 1401
ORLANDO, FLORIDA 32801
U.S.A.

| Client No.<br>Our Reference No. | 23-02-0000000944<br>2-09-00000021761 | Serial No./Registration No.<br>Date Filed/Date Issued | 03150-4-2016<br>MARCH 22, 2016 |
|---|---|---|---|

Re        PENTHOUSE
          GENERAL MEDIA COMMUNICATIONS, INC.
          INTERNATIONAL CLASSES 9,16,41,43

Your Ref. No. : 97428

**FOR SERVICES TO DATE:**
PROFESSIONAL SERVICES IN ATTENDING TO THE PREPARATION AND SUBMISSION
OF THE DECLARATION OF ACTUAL USE AND EVIDENCE OF USE OF THE TRADEMARK
"PENTHOUSE" DUE WITHIN THREE (3) YEARS FROM THE FILING DATE; FOR
REVIEW OF THE TRADEMARK FILE; FOR PREPARATION OF DOCUMENTS AND COMMU-
NICATIONS; FOR PAYMENT OF THE CORRESPONDING FEE (COVERING 4 CLASSES);
FOR ADVICE TO CLIENT COMPLIANCE WITH THE SAID STANDING REQUIREMENT.

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICE FEE | : | 380.00 USD |
| TOTAL OTHER CHARGES | : | 55.00 USD |
| DISBURSEMENT EXPENSES: | | |
|   OFFICIAL FEES | : 200.00 USD | |
|   COMMUNICATION COST | : 16.00 USD | |
|   TRANSPORTATION COST | : 1.00 USD | |
|   PHOTOCOPYING | : 10.00 USD | |
| TOTAL DISBURSEMENT EXPENSES | : | 227.00 USD |
| LESS: 10 % DISCOUNT ON SERVICES RENDERED | ( | 38.00 USD ) |
| NET AMOUNT DUE | | 624.00 USD |

**PAYMENT FOR THIS BILL IS DUE WITHIN 30 DAYS. BILLS THAT BECOME 60 DAYS OVERDUE WILL BE CHARGED INTEREST AT 1% PER MONTH. PLEASE INDICATE BILL NUMBER(S) ON REMITTANCE.**

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL |
|---|---|---|---|---|---|
| 624.00 | .00 | .00 | .00 | 755.00 | 1,379.00 |

# CHANGE OF ADDRESS

*To report a change of address, please fill in details below and fax to +(632) 845-3870 to +(632) 845-3872 or send a copy to* **Bucoy Poblador & Associates,** 21st Floor, Chatham House, 116 Valero corner V. A. Rufino Streets, Salcedo Village, Makati City 1227 Philippines. Telephone No. + (632) 887-59-05.   E-mail: **mail@poblaw.com** and URL: **http://www.poblaw.com**
**http://www.bpalaw.com.ph**

**New Billing/Mailing Address:**

|  |
| --- |
|  |
|  |
|  |

| Phone No. | | Fax No.: |
| --- | --- | --- |
| e-mail: | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# REMITTANCE INSTRUCTIONS

**REMITTANCE BY TELEGRAPHIC TRANSFER TO:**

**Dollar SA No. 9059517103365**
**STANDARD CHARTERED BANK**
**Ayala Avenue, Makati City, Philippines**
**Swift Code: SCBLPHMM**

**CITIBANK DOLLAR SA 8141164253**
Paseo de Roxas, Makati City, Philippines
**Swift Code: CITIPHMX**

OR

**Dollar SA No. 168-0129587**
**BANCO DE ORO, ALFARO BRANCH**
**116 Valero cor. V.A. Rufino Sts., Salcedo Village**
**Makati City, Philippines**
**Swift Code: BNORPHMM**

ACCOUNTS

Under the name of BUCOY POBLADOR & ASSOCIATES
21st Floor, Chatham House
116 Valero corner V. A. Rufino Streets, Salcedo Village
1227 Makati City, Philippines

OR BY CROSSED CHECK TO:

**BUCOY POBLADOR & ASSOCIATES**
**ADC Post Office Box 7340 & 7384**
**Ninoy Aquino International Airport**
**Metro Manila, Philippines**

# SENA & BERTON MORENO

**ABOGADOS**
**AGENTES DE LA PROPIEDAD INDUSTRIAL**

RIVADAVIA 611 Piso 5 - C1002AAE - BUENOS AIRES
Tel. 4342-5796/6809 4343-0794 4331-7316/7358/7760
FAX 4331-7774/7415 (DIRECTOS) e-mail: law@sbm.com.ar

**B** Código 6 .

0012-00001585

Fecha: 21/09/2017

CUIT: 30-52704967-5
ING. BRUTOS No.: 122439-5 (C.F.)
INICIO DE ACTIVIDADES: 19/09/1992

N/Ref:
V/Ref:

IVA RESPONSABLE INSCRIPTO

Client:      8/03855      AMS/MC

Cuenta de: 803855 - ALLEN, DYER, DOPPELT, MILBRATH &
GILCHRIST, P.A.
Dirección:  1221 BRICKELL AVENUE, SUITE 2400
Localidad:  MIAMI, FLORIDA - - NO DISPONIBLE - - ESTADOS
UNIDOS
CUIT:       55-00000212-6
IVA:        EXENTO INTERNACIONAL
Condiciones de venta: 30 DIAS

| CONCEPTO | | DEBE |
|---|---|---|
| Professional services relating to the renewal of trademark No. 2181068 PENTHOUSE in Int'l class 41, for and on behalf of in the name of General Media Communications, Inc., in Argentina including the filing of the renewal application and excluding additional services to be rendered as a result of eventual office actions issued by the Trademark Office and final steps of prosecution. | U$S | 550,00 |
| Reimbursement for official fees | U$S | 140,00 |

| | | | |
|---|---|---|---|
| TAXABLE AMT. | | U$S | 550,00 |
| NON TAXABLE AMT. | | U$S | 140,00 |
| SUBTOTAL | | U$S | 690,00 |
| VAT | 21,00 | U$S | 115,50 |
| VAT | 0,00 | U$S | 0,00 |
| TOTAL | | U$S | 805,50 |

It isDOLARES: Eight hundred five and fifty cents

C.A.E.: 67385438866836      Vto.: 01/10/2017      Via Cobranza

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

General Media Communications, Inc.
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

matter no.
GEN36.D1002

Invoice number
1300105898

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 (89) 2 10 38 - 0
Fax +49 (89) 2 10 38 - 300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

Secretary +49 (0)89 2 10 38 185
o.guenzel@taylorwessing.com

| Date | Billing partner | **Invoice** |
| 1 June 2016 | Ortrun Günzel | |

| Matter | General Media Communications, Inc. / G & E Stuttgart GmbH<br>w/ Trademark Infringement "PENTHOUSE" |

Your reference

Bill Period    February 2016 and March 2016

For our services according to the attached narratives we hereby charge the following fees and
disbursements:

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.80 h x EUR 350.00/h legal services | 280.00 | | | |
| **Dr. Christian Tenkhoff** | | | | |
| 3.40 h x EUR 270.00/h legal services | 918.00 | | | |
| | 1,198.00 | 0.00 | | 1,198.00 |
| Total including VAT (**EUR 0.00**) | 1,198.00 | 0.00 | 0.00 | **1,198.00** |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN DE18 2007 0000 0022 6357 00 BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Kiew Klagenfurt London München
Paris Prag Shanghai Singapur Warschau Wien

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schneid, LL.M. >
Roman Barwaldt, Notar
Thomas Wisniewski >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder <·>
Dr. Thomas Dörmer, LL.M. >
Dr. Tim Hesting >
Dr. Hagen Hasselbrink, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Antonia Boehm, LL.M. □
Dr. Daniel Neudecker >
Dr. Claire Nora Dietz-Polte, LL.M. □
Nico Jänske >
Patrick Aley
Kevin Mitchell, LL.M.
Dr. Sebastian Klabunde
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max <·
Holger-F. Wagner □
Gustaf-Rudolf Schlepper, LL.M. <·>
Dr. Christiane Hoordemann-Napp <·>
Dr. Michael Samer <·>
Dr. Wolfgang Gabonska <·>
Dr. Walter Potthast >
Dr. Heinrich Stallknecht, Dipl.-Finanzw. >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Janssen <·>
Dr. Michael Maltz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >·>
Dr. Peter Helich >
Dr. Gunbritt Kammerer-Galahn <·>
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gätessen >
Dr. Torsten van Jeger >
Olaf Gierz, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermanni >
Olaf A. Kranz <·>
Dr. Sascha R. Grosjean <·>
Dietmar Mampel >
Dr. Oliver Klöck >
Andreas M. Haak <·>
Dr. Oliver Bertram <·>
Retard Kuppers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Mara Weers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
[line obscured] LL.M., M.J.I., StB >
Dr. Christof Höhne, LL.M. >
Dr. Matthias Hülsewig, LL.M. <·>
Dr. Johannes Simon, LL.M. >
Dr. Anna Saskia Förster <·>
Dr. Mareike Ruhe <·>
Sonja Leutnant <·>
Dr. Alexander Köpfler <□
Christoph Janssen, LL.M. □
Dr. Kathrin Monen, LL.M. <·>
Dr. Jan Schumacher <·>□
Dr. Michael Johannes Pils □
Dr. Bastian Konrad □
Katrion Vanden Bossche
Dr. Cornelia Maetschke-Biersack □
Dr. Kerstin Mara Albers-Mohlitz >
Dr. Daniel Kunz, LL.M.
Alexander Welter
Dr. Joachim Mandl
Margret Willems, LL.M.
Dr. Florian Michallik >·
Maroike Christina Gehrmann >·
Birte Kohn-Gerdes, LL.M. onc.
Dr. Jörg Henkel
Dr. Steffon Kranz
Jan-Patrick Vogel, LL.M.
Alexander Rubusch, LL.M. Eur.
Caroline Strom
Fabian Feldmann
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa <·
Christian Nicolai, LL.M.
Dr. Frauke Koch
Katrin Isabel Müller

**(middle column top)**
Maren Kie >
Torbenl Ruckert >
Dr. Marina Schulte
Dr. Anna Sprunglo, LL.M.
Dr. Heiko Franke
Dr. Marie-Sophie Freifrau von Thannhausen
Cristina Books
Barbara Thiemann, LL.M.
Dr. Alexander Karrenstein, LL.M.

Rodney Dukes >
Timothy Eyles <·>
Adam Marks >
Laurence Cobb <·>
Clason Valsamidis <·>
Giles Armstrong <·>
Claudia Joneth <·>
Christopho Fischer <·>

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar >
Dr. phil. nat. Klaus Kopka °
Alt Aretz >
Dr. Julia Wulf, Notarin >
Claus Peter Kreuzhke >
Jörg Bausch <·>
Hassan Selbsi >
Christoph F. Vaupel, LL.M./Fly <·>
**Marcus Hartmann** >
Claus Goedecke >
Peter Bert <·>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Liebsmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Säuberlich, Notar >
Gun Huang, lic jur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Dr. Markus Weyer >
Christian Weygand >
Susanne Lüddecke <·>
Stefanie Rüter, LL.M. (EU) □
Dr. Sebastian Gärtner, LL.M. <·>
Dr. Stefan Frankel <·>□
Dr. Nikolai Voß <·>
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. □
Thomas Kahl <·>
Dr. Simon Wenthworth□
Marion Schröder
Dr. Julia Schweitzer >
Nina Brenzel, LL.M.
Dr. Sebastian Beyer, LL.M.
Anne Sophie Steinhardt
Dr. Marten Rinscheid
Olga Radjuk, MLE
Stefanie Hecker
Lukas Müller
Dr. Robert Bauer
Christopher Pone <·

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronkowski °
Jürgen Reip °
Maja Stadler-Euler °
Dr. Klaus Willenbruch °
Axel C. Filges <·>
Dr. Jan Curschmann >
Bernhard Kreft >
Prof. Dr. Axel Bosch, M.C.J. <·>
Dr. Kai Greve <·>
Dr. Michael Baumhauer >
Dr. Dagmar Enthelt-Laudien >
Dr. Andreas Meissner <·>
Robert P. Wethmar, LL.M. <·>
Daniel Alzenzteyn >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaaf >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fritz, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. <·>
Hauke Bornkamm, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Anja Fanga, LL.M. >
Dr. Alexander Penze >
Marc Müller >

**(fourth column)**
Dr. Jan Rebeling <·>
Dr. Holger Schrewe, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz <·>
Dr. Tobias Schelinski <·>
Dr. Janna Poschmann >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge <·>
Dr. Jan Korn >
Alexander R. Roth, M.Jur. <·>
Dr. Jens Wesner, LL.M. <·>
Anneke Brandt <·>
Sven Kahlert <·>
Dr. Matthias Laas >
Dr. Angela Menges <·>
Paul Voigt, Lic. en Derecho <·>□
Anja Kristina Hellwig >
Dr. Indre Domgörgen, M.Jur. <·>
Dr. Astrid Schaflhauf <·>
Dr. Stefan Abelo >
Donata v. Enzberg, LL.M. (UCT)
Dr. Petra Timmermann <·>
Dr. Philipp Kurk, Dipl.-Verwaltungswirt >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stellpflug >
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiaowen Paulus-Ye
Jan Andresen
Carsten Volnberg >
Jonas Warnken
Dr. Felix Kamali, LL.M.
Dr. Katja Schmidt
Tim Witt, Dipl.-Kfm.
Steffen Kamper, LL.M.
Dr. Alexander Senninger, LL.M.
Anne Nolten, LL.M.
Christine Simon
Katharina Reuer, M.Jur.
Jan Feuerhake, LL.M.
Hennes Tutt
Daniel Graske
Michael Götz
Dr. Marc-Sebastian Muhle
Frauke Uhlenbroock, LL.M.
Dr. Johanna Spiegel

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm.†
Dr. Michael Sommer, StB °
Dr. Sabine Rojahn °
Magdalena Hannschmfeger-Ksoll °
Dr. Ursel Raaf >
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Redeweg >
Thomas Raab >
Dr. Cornelius Westbrecht >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Heinemann >
Dr. Christian Traichel <·>
Dr. Andreas Wirth >
Dr. Christian Frank >
Dr. Christian Lerchner >
Wolfgang Schönig >
Dr. Dirk Lorenz <·>
Dr. Christoph de Coster, LL.M. >
Dr. Sibylle Gierschmann, LL.M. <·>□
Martin Kraus >
Harald Bechteler <·>
Dr. Peter Helich >
Andreas Bauer <·>
Dr. Martin Rothermel >
Dr. Christoph Brandenburg >
Dr. Oliver Röhrky >
Dr. Nicolai Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah <·>
Dr. Axel Godman <·>
Dr. Lilan Rövitz-Haas >
Dr. Kilian Friemel <·>
Dr. Walter H. Henle, LL.M. >
Mike Gottschand >
Nicola Batistini-Kohler, LL.M. >
Dr. Hendrik Bösa >
Stefan Kroeber >
Dr. Thomas Pattloch, LL.M. >
Dr. Jakob Riemenschneider, StB >
Ortrun Günzel <·>
Dr. Adrian Bimbach, LL.M. >
Dr. Anja Lunze, LL.M. <·>
Dennis Liters, LL.M. >
Henry Lauf □
Dr. Sonja Ackermann, M.Jur. (Oxford) >
Dr. Elisabeth Schütz □
Dr. Oliver Treptow □
Dr. Benedikt Rohrßen □
Dr. Verena Ahmann□

**(sixth column top)**
Sara Burghart, LL.M. <·
Thorkos Räimfisß <·
Dr. Christian Maron <·>
Johannes Reue <·>
Verena Bertram
Dr. jur. Christian Saurenssig
Diana Hamholt, LL.M.
Philipp Koehler
Dr. Jan Phillip Rektorschek <·>
Manuela Dachauer
Hildegard Gunzel
Christiane Richter-Wienke, LL.M. <·
Dr. Michael Kleffer
Pia Thiess, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Guang Li, LL.M. <·>□
Dr. Michael Nauta
Julia Jäli
Cora Nies
Tessa Hochgürtel
Dr. Jonas Woitzyk
Marc Kretschmer
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Marike Duppelfeld, LL.M.
Anna Geissler

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 30
brussel@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak <·>

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor Central Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 46
shanghai@taylorwessing.com

Ralph V. Koppitz <·>
Dr. Michael Tan <·>□

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijng 100022
People's Republic of China
Tel. +86 10 85 87 58 66
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel <·>
Johnny Zhao <·>
Ingo Vinck <·>

> Fachanwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
> Fachanwalt für Verwaltungsrecht
> Fachanwalt für Familienrecht
> Fachanwalt für Internationales Wirtschaftsrecht
> Fachanwalt für Medizinrecht
> Fachanwalt für Bau- und Architektenrecht
> Fachanwalt für Handels- und Gesellschaftsrecht
> Fachanwalt für Informationstechnologierecht
> Fachanwalt für Gewerblichen Rechtsschutz
> Fachanwalt für Erbrecht
> Fachanwalt für Miet- und Wohnungseigentumsrecht
> Fachanwalt für Bank- und Kapitalmarktrecht
> Fachanwalt für Transport- und Speditionsrecht
> Fachanwalt für Versicherungsrecht
° Solicitor (England and Wales)
° Avocat à la Cour
° Attorney-at-Law (California)
° Attorney-at-Law (New York)
° Mediator
° Ortsansicht zugelassen
° Counsel
° Of Counsel, kein Gesellschafter i.S.d. PartGG
> Partner
> Salary Partner, kein Gesellschafter i.S.d. PartGG

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors Bond Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

billing details for Invoice number 1300105898 with reference to the fee arrangement

TaylorWessing

| Client: | **General Media Communications, Inc. (GEN36)** |
| Matter: | **General Media Communications, Inc. / G & E Stuttgart GmbH** |
| | **w/ Markenverletzung "PENTHOUSE" (GEN36.D1002)** |
| from: | **02/17/16 to 04/30/16** |

| Date | Hours | Narrative |
|------|-------|-----------|

**Attorney: Ortrun Günzel (D0959)**

| 03/17/16 | 0.80 | discussing case with Christian Tenkhoff; amending draft email to you |
| | **0.80** | **Total time for Ortrun Günzel (D0959)** |

**Attorney: Dr. Christian Tenkhoff (D1369)**

| 02/17/16 | 0.70 | Analysing the strategy concerning a possible law suit against the other side. |
| 02/18/16 | 0.90 | Looking up case law concerning the forfeiture of trade mark rights and possibilities for filing a court Action in Germany. |
| 03/02/16 | 0.60 | Preparing a draft email to Client. |
| 03/17/16 | 1.20 | Discussing strategy with Ortrun Günzel; Revising and finalising Report to US-Colleagues. |
| | **3.40** | **Total time for Dr. Christian Tenkhoff (D1369)** |

**Berlin**
Ebertstraße 15
D -10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bierwirth, Notar >
Thomas Wisniewski >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Thomas Dörmer, LL.M. >
Dr. Tim Hestling >
Dr. Hagen Hasselbrink, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Rechert, LL.M. >
Dr. Jens Wolf >
Annina Boehm, LL.M.
Dr. Daniel Neudecker >
Dr. Claire Nora Dietz-Polte, LL.M. >
Nico Jänicke >
Patrick Alexy
Kevin Mitchell, LL.M.
Dr. Sebastian Klabunde
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Holger-F. Wassel >
Gustaf-Rudolf Schlepper, LL.M. >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Sassenbach >
Dr. Wolfgang Golonska >
Dr. Walter Potthast >
Dr. Heinrich Stallknecht, Dipl.-Finanzw. >
Prof. Dr. Norbert Kamper >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Molitz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Dr. Peter Hense >
Dr. Gunbritt Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Torsten von Jeger >
Olaf Gilert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermanns >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dietmar Mampel >
Dr. Oliver Köck >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Kuppers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Weers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Matthias Hülsewig, LL.M. >
Johannes Simon, LL.M. >
Dr. Anne Saskia Förster >
Dr. Mareike Ruhe >
Sonja Leutnant >
Dr. Alexander Kopfler >
Christoph Janssen, LL.M. >
Dr. Kathrin Menen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Bastian Konrad >
Katrien Vanden Bossche
Dr. Cornelia Maetschke-Biersack >
Dr. Kerstin Maria Albers-Mehlitz >
Dr. David Kunz, LL.M.
Alexander Wetter
Dr. Joachim Mandl
Patrique Willems, LL.M.
Dr. Florian Michaltis >
Mareike Christina Gehrmann >
Birte Kohn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Dr. Steffen Krantz
Jan-Patrick Vogel, LL.M.
Alexander Rabusch, LL.M. Eur.
Caroline Strom
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa
Dr. Frauke Koch
Katrin Isabel Müller

Maren Kl
Terben Klixkort
Dr. Marina Schulte
Dr. Anna Spiragoli, LL.M.
Dr. Heiko Franke
Dr. Marie-Sophie Freifrau von Thannhausen
Christian Böckle
Barbara Thormann, LL.M.
Dr. Alexander Kerrenstein, LL.M.

Rodney Dukes >
Timothy Eyles >
Adam Marks >
Laurence Cobb >
Christian Valsamidis >
Giles Anneckens >
Claudia Jonath >
Christophe Fischer >

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar >
Dr. phil. nat. Klaus Kupka >
Alt Arez >
Dr. Julia Wulf, Notarin >
Claus Peter Kreutner >
Jörg Dausch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goeckeler >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Stauberich, Notar >
Guri Hsuang, lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Dr. Sanja Mezger >
Christine Weyand >
Susanne Lüddecke >
Stefanie Ritter, LL.M. (EUR) >
Dr. Sebastian Glatzner, LL.M. >
Dr. Stefan Fröhlich >
Dr. Nikolis Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Karl >
Dr. Simon Westhwein >
Marian Schröder >
Dr. Julia Schwander >
Nina Resnek, LL.M.
Dr. Sebastien Boyer, LL.M.
Anna Sophie Steinhardt
Dr. Martin Rinscheid
Olga Radjuk, MLE
Stefanie Hecker
Lukas Müller
Dr. Robert Bauer
Christopher Pene >

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronikowski >
Jürgen Rilp >
Mago Stadler-Euler >
Dr. Klaus Wittenbruch >
Axel C. Frigas >
Dr. Jan Curschmann >
Bernhard Kloft >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Meissner >
Reinhard P. Wehrman, LL.M. >
Daniel Abendroth >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaaf >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Heiko Bornschein, LL.M. >
Dr. Sabine Kalson >
Dr. Jens Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Alexander Prinze >
Marc Müller >

Dr. Jan Beckerling >
Dr. Holger Schreiro, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Schönski >
Dr. Janina Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Kern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wesner, LL.M. >
Anneke Brandt >
Sven Kahlert >
Dr. Matthias Lang >
Dr. Angela Menges >
Paul Voigt, Lic. en Derecho >
Dr. Angela Menges, Dipl.-Ing. (FH) >
Anja Krisina Hefting >
Dr. Indre Domgrorgen, M. Jur. >
Dr. Astrid Schäftland >
Dr. Stefan Röh >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Philipp Rork, Dipl.-Verwaltungswirt >
Dr. David Klein, LL.M >
Timo Stefglflug
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiqoven Paulus-Ye
Jan Andresen
Carsten Vollnberg >
Jonas Warnken
Bn Fête-Keman, LL.M.
Dr. Katja Schmidt
Tim Wett, Dipl.-Kfm.
Steffen Kemper, LL.M.
Alexander Benninger, LL.M.
Anne Nolte, LL.M.
Christine Simon
Katharina Bauer, M.Jur.
Jan Feuerhake, LL.M.
Hannes Tutt
Daniel Graske
Michael Götz
Dr. Marc-Sebastian Muhle
Frauke Uhlenbroock, LL.M.
Dr. Johanna Spiegel

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Hanreschlegger-Ksoll >
Dr. Ursel Pfaff >
Dr. Wolfgang A. Rehmann >
Dr. Hennrich Rodewig >
Thomas Rasb >
Dr. Connetus Weitbrecht >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Hensmann >
Dr. Christian Trachtel >
Dr. Andreas Werth >
Dr. Christian Frank >
Dr. Christian Lebrecht >
Wolfgang Rehm >
Dr. Dirk Lorenz >
Christoph de Coster, LL.M. >
Dr. Sibylle Gerschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Heisich >
Andreas Bauer >
Dr. Maron Rothermel >
Dr. Christoph Brandenburg >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Marco Epping >
Dr. Gabert Hofwagen >
Dr. Dietrich Kamlah >
Dr. Axel Gedaon >
Dr. Lilian Klevesz-Haas >
Dr. Klaus Friemel >
Dr. Walter R. Henle, LL.M. >
Mike Goldammer >
Nicola Bastasins-Kohler, LL.M. >
Dr. Hendrik Boss >
Stefan Kroeker >
Dr. Thomas Pattloch, LL.M. >
Dr. Jakob Rechenschneider, StB >
Orttrun Günzel >
Dr. Adnan Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Dennis Lions, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schab >
Dr. Berchtold Maier >
Dr. Beneidkt Rohrßen >
Dr. Verena Ahmann >

Sara Burghart, LL.M.
Thanos Rammos >
Dr. Christian Maron >
Johannes Räus >
Verena Borzam
Dr. jur. Christian Saueressig
Diana Heimhalt, LL.M.
Philipp Koehler
Dr. Jan-Philip Rektorschek >
Manuela Dachauer
Hildegard Günzel
Christiane Richter-Wienke, LL.M.
Dr. Michael Keffer
Pia Thress, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Guang Li, LL.M.
Dr. Michael Nauta
Julia Jell
Cora Ness
Tessa Hocngürtel
Dr. Jonas Wortzyk
Marc Kretschmar
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Markia Duppelfeld, LL.M.
Anna Geister

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel >
Johnny Zhao >
Ingo Vinck >

Fachanwalt für Steuerrecht
Fachanwalt für Arbeitsrecht
Fachanwalt für Verwaltungsrecht
Fachanwalt für Familienrecht
Fachanwalt für Internationales Wirtschaftsrecht
Fachanwalt für Versicherungsrecht
Fachanwalt für Bau- und Architektenrecht
Fachanwalt für Handels- und Gesellschaftsrecht
Fachanwalt für Informationstechnologierecht
Fachanwalt für Gewerblichen Rechtsschutz
Fachanwalt für Erbrecht
Fachanwalt für Medizinrecht
Fachanwalt für Bank- und Kapitalmarktrecht
Fachanwalt für Transport- und Speditionsrecht
Fachanwalt für Vergaberecht
Solicitor (England und Wales)
Avocat à la Cour
Attorney-at-Law (California)
Attorney-at-Law (New York)
Mediator
Örtlich nicht zugelassen
nicht zugleich Rechtsanwalt
Counsel
Of Counsel; kein Gesellschafter (Sal. Partner)
Partner
Salary Partner; kein Gesellschafter (Salary Partner)

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

Case 1:18-bk-10098-MB   Claim 54-1   Filed 10/22/18   Desc Main Document   Page 74
of 75

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

matter no.
GEN36.D1000

Invoice number
1300114633

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 (89) 2 10 38 - 0
Fax +49 (89) 2 10 38 - 300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

Secretary +49 (0)89 2 10 38 185
o.guenzel@taylorwessing.com

| Date | Billing partner | **Invoice** |
|---|---|---|
| 16 September 2016 | Ortrun Günzel | |

| Matter | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
|---|---|
| Your reference | Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
| Bill Period | August 2016 |

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.50 h x EUR 350.00/h legal services | 175.00 | | | |
| **Dr. Christian Tenkhoff** | | | | |
| 3.90 h x EUR 270.00/h legal services | 1,053.00 | | | |
| | 1,228.00 | 0.00 | | 1,228.00 |
| Total including VAT **(EUR 0.00)** | 1,228.00 | 0.00 | 0.00 | 1,228.00 |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN .DE18 2007 0000 0022 6357 00  BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Wisniewski >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Busch >
Dr. Hagen Hassebrauck, Notar >
Johannes Calat, Lic. en Droit >
Dr. Hermann Rachert, LL.M. >
Dr. Jens Wolf >
Annina Böhm, LL.M. >
Paul Voigt, Lic. en Derecho >
Nico Brunotte >
Patrick Kavy
Kevin Mitchell, LL.M.
Dr. Sebastian Klabunde
Dr. Sebastian Höfling
Dr. Franziska Daubert, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 85 47 0
Fax +49 211 85 47 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max °
Holger-F. Wessel °
Dietmar Rudolf Schneider, LL.M.
Dr. Christiane Herzelmann-Napp >
Dr. Michael Sinne °
Dr. Wolfgang Golenia >
Dr. Walter Pottbast >
Dr. Heinrich Stalkowski, Dipl.-Finanzw.
Dr. Norbert Kamper >
Dr. Klaus Grossmann >
Franz Jansson >
Dr. Michael Maltz >
Marc-André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Helich >
Dr. Clemens Kochinke-Gasmi >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gliessen >
Dr. Torsten van Jeger >
Olaf Görtz, LL.M.
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz °
Dr. Sascha R. Groppen >
Dr. Oliver Klück >
Andreas M. Haak °>
Dr. Oliver Bertram >
Dr. Bert Kimpel, StB >
Inga Gerdes, LL.M. >
Dr. Christian Müller, LL.M. >
Martin Werner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Weppner, M.C.L., StB >

Dr. Anne Saskia Förster >
Dr. Mareike Ruhe >
Sonja Leutnant >
Dr. Alexander Kopfler >
Christoph Janssen, LL.M. >
Dr. Kathrin Manen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Bastian Korsau >
Katrien Vanden Bossche
Dr. Cornelis Moetschke-Bersack >
Dr. Kerstin Maria Albers-Mahlitz >
Dr. Daniel Kunz, LL.M.
Dr. Joachim Mandl
Patrique Willems, LL.M.
Dr. Marie-Luise Hohenloh >
Mareike Christine Gohlmann >
Britta Kahn-Gerdes, LL.M. ooc.
Dr. Jörg Henkel
Dr. Stephan Kranz
Dr. Paul-Mark Vogel, LL.M.
Alexander Rubusch, LL.M. Eur.
Caroline Strom
Fabian Feldmann
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa >
Christian Noata, LL.M.
Dr. Frauke Koch
Katrin Isabel Müller
Tchen Kukkert
Dr. Verena Schulte
Dr. Anne Sprengsin, LL.M.
Dr. Heiko Franke

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spreg, Notar (a.D.) °
Dr. phil. nat. Klaus Kupka °
Dr. Julia Wulf, Notarin >
Claus Peter Knuffke >
Jörg Masurek >
Hassan Sohla >
Christoph F. Vaupel, LL.M. °
Marcus Heymann >
Claus Goettsche >
Peter Bert °>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Jörn Bödewadt, Notar >
Gün Heintz, lic.iur. >
Michael Stern >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Christine Weyand °>
Susanne Lüddecke >
Dr. Stefan Fröhlich >
Dr. Nikola Voß °
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl °>
Dr. Simon Werthmann >
Dr. Martin Barnitz, LL.M. (McGill) >
Marion Schröder >
Dr. Jan Schmeckel °
Nina Finkel, LL.M. >
Dr. Sebastian Beyer, LL.M.
Anne Sophie Stenhardt
Olga Pasjuk, MLE
Stefanie Hecker >
Lukas Maier
Dr. Robert Bauer
Christopher Perne °
Stella Junes >
Tobias Henke, LL.M.

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 05 0
Fax +49 40 3 68 05 280
hamburg@taylorwessing.com

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronikowski °
Jürgen Rösch °
Dr. Klaus Wöckenbruch °>
Axel C. Filges °>
Dr. Jan Curschmann >
Bernhard Klett >
Prof. Dr. Axel Bosch, M.C.J. °>
Dr. Kai Greve °>
Dr. Michael Baumhauer >
Dr. Dagmar Enthält-Laudien >
Dr. Andreas Messmer >
Robert P. Wethman, LL.M. >
Darrel Ajzensztejn >
Dr. Peter Semmann, LL.M. >
Dr. Frank Koch >
Jorg Wimmers, LL.M. >
Carsten Barthol >
Dr. Henning Hartmann, LL.M. >
Dr. Tessa Schaaf >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. °>
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M. Eur. >
Hauke Bornscheuer, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Anja Fenge, LL.M.
Dr. Alexander Peinze >
Marc Müller °>
Dr. Dirk Weddeland °>
Dr. Jan Rebeling °>
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schütz °>

Dr. Marc
Cristina Böcke
Dr. Barbara Thiemann, LL.M.
Dr. Alexander Kerrenstein, LL.M.

Rodney Dukes °
Timothy Eyles °
Adam Marks °>
Laurence Cobb °>
Christian Valsamidis °>
Giles Armstrom °>
Claudia Jonath °>
Christopho Fischer °>

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. °
Dr. Michael Sommer, StB °
Dr. Sabine Röjahn °
Magdalena Hanschger-Koch °>
Dr. Ursel Paal °
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Redeweg >
Thomas Raab >
Dr. Cornelius Weithreich >
Michael-Florian Ranft >
Dr. Peter Nebauer >
Stephen M. Herrmann >
Dr. Christian Traichel °>
Dr. Christian Frank >
Dr. Christian Lederer >
Wolfgang Schaller >
Dr. Dirk Lorenz °>
Christoph de Coster, LL.M. >
Dr. Sibylle Gierschmann, LL.M. °>
Martin Klaus >
Harald Bechteler >
Dr. Peter Helich >
Andreas Bauer °>
Dr. Martin Rothermel >
Dr. Christoph Brandenburg >
Dr. Oliver Göttling >
Dr. Nikolai Weigend, LL.M. >
Dr. Marga Esping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamfah °>
Dr. Axel Gedaschko >
Dr. Ivan Klewitz-Haas >
Dr. Khan Freimer >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Wolfert °
Mike Gildenstern >
Dr. Hendrik Boss >
Stefan Kroeker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel °>
Dr. Adrian Brinbach, LL.M. >
Dr. Ana Lutze, LL.M. >
Henry Lau °
Dr. Sonja Ackermann, M.Jur. (Oxford) >
Dr. Elisabeth Schalk °
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann °
Sara Burghart, LL.M. °
Thanos Rammos °>
Dr. Christian Maron >
Johannes Buse °>
Verena Bertram
Dr. jur. Christian Saueressig
Dana Heimhalt, LL.M.
Philipp Koehler
Dr. Jan-Philip Roktorschek >
Manuela Dachauer °
Hildegard Gunzel
Christiane Fischer-Wienko, LL.M. >
Dr. Verena Janßen °
Pia Thiess, Maître en Droit (Panc II)

**Prof. Dr. Dr. Christoph Stumpf**
Dr. Janno Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge °>
Dr. Jan Kern >
Alexander R. Rath, M.Jur. °>
Dr. Jens Wiesner, LL.M. °>
Annelie Brandt °>
Sven Kahlert °>
Dr. Matthias Laas °>
Dr. Angela Kreuges °>
Martin Lanzer, Dipl.-Ing. (FH) °
Dr. Stefan Koch °>
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Immenkamm >
Dr. Philipp Kock, Dipl.-Verwaltungswirt >
Anja Kristina Helwig >
Dr. Astrid Schattland >
Dr. Stephan von Minckwitz, LL.M. >
Dr. David Klein, LL.M. >
Timo Sterpflug >
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiaowen Paulus-Ye
Jan Andresen
Carsten Volmberg >
Jonas Wannow
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Nolen, LL.M.
Christina Simon
Katharina Rauer, M.Jur.
Jan Feuerhake, LL.M.
Hannes Turt
Dr. Daniel Graske
Michael Görz
Dr. Marc-Sebastian Muhle
Frauke Uhlenbrock, LL.M.
Dr. Johanna Spiegel

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 27 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz °>
Dr. Michael Tan °>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2507&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel °>
Johnny Zhao °>
Inga Winck °

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queens Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Romanschneider, StB °>

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak °>

Dr. Rebekka Krause
Dr. Björn Biehl
Dr. Guang Li, LL.M.
Dr. Michael Nauta
Julia Jell
Tessa Hochgürtel
Dr. Jonas Woitzyk
Marc Kretschmer
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Monika Duppelfeld, LL.M.
Anna Geissler
Friedrich Schrost
Boris Fischer
Tessa Böttger

° Fachanwalt für Steuerrecht
° Fachanwalt für Arbeitsrecht
° Fachanwalt für Verwaltungsrecht
° Fachanwalt für Familienrecht
° Fachanwalt für Internationales Wirtschaftsrecht
° Fachanwalt für Versicherungsrecht
° Fachanwalt für Bau- und Architektenrecht
° Fachanwalt für Handels- und Gesellschaftsrecht
° Fachanwalt für Insolvenzrecht
° Fachanwalt für Gewerblichen Rechtsschutz
° Fachanwalt für Erbrecht
° Fachanwalt für Urheber- und Medienrecht
° Fachanwalt für Bank- und Kapitalmarktrecht
° Fachanwalt für Transport- und Speditionsrecht
° Fachanwalt für Vergaberecht
° Solicitor (England and Wales)
° Avocat à la Cour
° Attorney-at-Law (California)
° Attorney-at-Law (New York)
° Mediator
° Gründmitteilt zugelassen
° nicht zugleich Rechtsanwalt
° Counsel
° Of Counsel, kein Gesellschafter i.S.d. PartGG
° Partner
° Salary Partner, kein Gesellschafter i.S.d. PartGG

TaylorWessing

| Client: | General Media Communications, Inc. (GEN36) |
|---|---|
| Matter: | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000) |
| from: | 08/12/16 to 08/31/16 |

| Date | Hours | Narrative |
|---|---|---|

**Attorney: Ortrun Günzel (D0959)**

| 08/12/16 | 0.50 | Review and discussion of draft assessment prepared by Christian Tenkhoff. |
|---|---|---|
| | **0.50** | **Total time for Ortrun Günzel (D0959)** |

**Attorney: Dr. Christian Tenkhoff (D1369)**

| 08/12/16 | 3.90 | Receiving request from US counsel; Studying file and current state of proceeding; Research on the aspect of forfeiture; Research concerning the withdrawal of an Appeal; assessment of consequences for the current case; drafting a summary to the Client and recommendation for best strategy to proceed; Discussion with Ortrun Günzel; Revising and finalising draft. |
|---|---|---|
| | **3.90** | **Total time for Dr. Christian Tenkhoff (D1369)** |

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bieroldt, Notar >
Thomas Wisniewski >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Butler >
Dr. Hagen Hasselbrink, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Reichert, LL.M. >
Dr. Jens Wolf >
Amina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Nico Jansohn >
Patrick Alexy
Kevin Mitchell, LL.M. >
Dr. Sebastian Klabunde
Dr. Sebastian Hoefling
Dr. Michael Bauer, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max °
Holger-R. Wiesel °
Gustav-Rudolf Schleiper, LL.M. >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Sanne °,>
Dr. Wolfgang Göranska °,>
Dr. Walter Potthast >
Dr. Heinrich Stalknecht, Dipl.-Finanzw. °,>
Prof. Dr. Norbert Kemper >
Dr. Klaus Grossmann >
Franz Jansson °,>
Dr. Michael Rath >
Marc André Gimmy °,>
Dr. Thomas Fehrenbach >
Detlef Klett °,>
Dr. Peter Hellich >
Dr. Gunbret Kammerer-Galahn °,>
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Griessen >
Dr. Torsten van Jeger >
Olaf Grün, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Herrmann >
Olaf A. Kranz °,>
Dr. Sascha R. Grosjean °,>
Dr. Oliver Klöck >
Andreas M. Haak °,>
Dr. Oliver Bertram >
Robert Küppers, LL.M. >
Dr. Bert Kimpel, StB °,>
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Uwe Weers >
Martin Genner >
Dr. Roland Schmidt-Bleker °,>
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M., StB >
Dr. Sonja Felix Weppner, M.C.L., StB >
Dr. Anne Sachs Forster °,>
Dr. Mareike Ruhn °,>
Sonja Leutnant °,>
Dr. Alexander Kapfler °,>
Christoph Janssen, LL.M. °,>
Dr. Kathrin Menon, LL.M. °,>
Dr. Jan Schumacher °,>
Dr. Michael Johannes Pils °,>
Dr. Herslian Konsur °,>
Katrien Vanden Bossche >
Dr. Cornelia Moetscheke-Bersaok °,>
Dr. Kerstin Maria Ahlers-Mohltz °,>
Dr. Daniel Kunz, LL.M. >
Dr. Joachim Mandl >
Patrique Willems, LL.M. °,>
Dr. Sebastian Hantke >
Mareike Christina Gehrmann °,>
Birte Kohn-Gerdes, LL.M. occ. >
Dr. Jörg Henkel >
Dr. Steffen Kranz >
Jan-Patrick Vogel, LL.M. >
Alexander Rubusch, LL.M. Eur. >
Carolina Strom >
Fabian Feldmann >
Dr. Lisa Günther >
Karolina Larizza, LL.M. >
Dr. Katja Rosa °,>
Christian Nicola, LL.M. >
Dr. Frauke Koch >
Katrin Isabel Müller >
Torben Klükkert >
Dr. Marina Schulte >
Dr. Anne Spingoo, LL.M. >
Dr. Heiko Franke

**Dr. Marie**
Cristina Böcke
Dr. Barbara Tivemann, LL.M.
Dr. Alexander Karrenstein, LL.M.

Rodney Dukes °,>
Timothy Eyles °,>
Adam Marks °,>
Laurence Cobb °,>
Christian Valsamidis °,>
Giles Anselheim °,>
Claudia Jonath °,>
Christopho Fischer °,>

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 71 30 0
Fax +49 69 71 30 100
frankfurt@taylorwessing.com

Michael H. Sprung, Notar (a.D.) °
Dr. phil. nat. Klaus Kopka °
Alf Anz °,>
Dr. Julia Wurl, Notarin >
Claus Peter Knufinke >
Jörg Baasch °,>
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert °,>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Basseocher >
Dr. Kaus Zimmermann, Dipl.-Kfm.
Guo Huang, Fo un. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Christina Weyand °,>
Susanne Luntdocke °,>
Dr. Stefan Fröhlich °,>
Dr. Nikolai Voß °,>
Dr. Anna Luca Izzo-Wagner, LL.M. Eur. °,>
Thomas Kahl °,>
Dr. Simon Werthwein °,>
Dr. Martin Bartlik, LL.M. (McG4) °,>
Marion Schröder
Dr. Julia Schweitzer >
Nora Resnick, LL.M. >
Dr. Sebastian Beyer, LL.M. >
Anne Sophie Steinhardt >
Olga Raduk, MLE >
Stefanie Hecker >
Lukas Maier >
Dr. Robert Bauer >
Christopher Pione °,>
Stella Junaza >
Tobias Henke, LL.M.

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild °,>
Dr. Christoph von Oppein-Bronikowski °,>
Aciano Wolf °,>
Dr. Klaus Wilterscheich °,>
Axel C. Filges °,>
Dr. Jan Curschmann >
Bernhard Klatt >
Prof. Dr. Axel Bösch, M.C.J. °,>
Dr. Kai Grevo °,>
Dr. Michael Baumhauer >
Dr. Dagmar Enthob-Leutten >
Dr. Andreas Meissner °,>
Robert P. Wethmar, LL.M. °,>
Daniel Aizenzstjen >
Dr. Peter Dieckmann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. °,>
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaof >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. °,>
Dr. Waibke Baars, LL.M. °,>
Dieter Lang, LL.M Eur. °,>
Hauke Bornschein, LL.M. °,>
Dr. Sabine Kaben >
Dr. Jens Wiel >
Dr. Tilmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Anja Fengs, LL.M. >
Dr. Alexander Penzo >
Marc Müller °,>
Dr. Dirk Wieddekind °,>
Dr. Jan Rabeling °,>
Dr. Holger Schmoos, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz °,>

Dr. Janna Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Hermann >
Dr. Thorsten Trege °,>
Dr. Jan Kern >
Alexander R. Rath, M.Jur. °,>
Dr. Jens Wagner, LL.M. °,>
Anneke Brandt °,>
Sven Kohlert °,>
Dr. Matthias Laue °,>
Dr. Angela Menges °,>
Martin Lauer, Dipl.-Ing. (FH) >
Dr. Stefan Aich °,>
Donato v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann °,>
Dr. Philipp Kock, Dipl.-Verwaltungswirt °,>
Anja Kristina Helwig >
Dr. Astrid Schaffland >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. °,>
Timo Steipfling >
Konstanten Schrader, LL.M. >
Dr. Martin Knaup, LL.B. >
Xaowen Paulus-Ye >
Jan Andresen >
Carsten Vohrberg °,>
Jonas Warnken >
Dr. Katja Schmidt >
Dr. Alexander Senninger, LL.M. >
Anne Nolth, LL.M. >
Christina Simon >
Katharina Rauer, M.Jur. >
Jan Feuerhake, LL.M. >
Hannes Tutt >
Dr. Daniel Graske >
Konrad Fritz >
Dr. Marc-Sebastian Mühe >
Frauke Uhtenbrock, LL.M. >
Dr. Johanna Spegel >

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm.°
Dr. Michael Sommer, StB °
Dr. Sabine Rojahn °,>
Magdalena Hanschfinger-Ksoll °
Dr. Ursel Peal °
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Radewig >
Thomas Rieß >
Ex. Cornelius Weilbrecht >
Michael-Florian Ranft >
Dr. Peter Heitkamer >
Stephan M. Ansmann >
Dr. Christian Trachel °,>
Dr. Christian Frank >
Dr. Christian Lederer >
Wolfgang Schäller >
Dr. Dirk Lorenz °,>
Christoph de Coster, LL.M. °,>
Dr. Sibylle Gerschmann, LL.M. °,>
Martin Kraus >
Harald Bechtolar °,>
Dr. Peter Helbn >
Andreas Bauer °,>
Dr. Maren Rothermel >
Dr. Christoph Brandenburg >
Dr. Oliver Hattig >
Dr. Maura Weigelein-Schwerdtner >
Dr. Mona Esping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamiah °,>
Dr. Axel Goeßeon °,>
Dr. Lion Klewitz-Haas >
Dr. Kilan Fraemel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Maia Goldmann >
Dr. Hendrik Boss >
Stefan Kreeker >
Dr. Thomas Pattlouch, LL.M. >
Ortrun Günzel °,>
Dr. Adrian Bernbach, LL.M. >
Dr. Anja Lange, LL.M. °,>
Henry Lauf °,>
Dr. Sonja Ackermann, M. Jur. (Oxford) °,>
Dr. Elisabeth Schulz >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Thanos Rammos °,>
Dr. Christian Maron °,>
Johannes Rapp °,>
Verena Bertram >
Dr. jur. Christian Sauerossig >
Diana Hermhalt, LL.M. >
Philipp Koehler >
Dr. Jan Philip Rektorschek >
Manuela Dachauer >
Hildegard Ginzel >
Christiana Richter-Wenke, LL.M. >
Dr. Michael Kiefer >
Pia Thiess, Maître en Droit (Paris II)

Dr. Rebekka Krause >
Dr. Björn Biehl >
Dr. Guang Li, LL.M. °,>
Dr. Michael Neuta >
Julia Jot >
Tessa Hochgurtel >
Dr. Jonas Woitzyk >
Marc Kretzschmer >
Dr. Christian Terkhoft, LL.M. (UCL) >
Dr. Monika Duppelfeld, LL.M.
Anna Geissler >
Friedrich Schlott >
Boris Fischer >
Tessa Böttger

**Brüssel**
Rue de Livorne, 7 box 4
B - 1050 Brussels
Tel. +32 2 290 03 39
brussel@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Andreas M. Haak °,>

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1500
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz °,>
Dr. Michael Tan °,>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2507/08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel °,>
Johnny Zhao °,>
Inga Winck °,>

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB °,>

° Für Anwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
° Fachanwalt für Verwaltungsrecht
° Fachanwalt für Familienrecht
° Fachanwalt für Internationales Wirtschaftsrecht
° Fachanwalt für Versicherungsrecht
° Fachanwalt für Bau- und Architektenrecht
° Fachanwalt für Handels- und Gesellschaftsrecht
° Fachanwalt für Informationstechnologierecht
° Fachanwalt für Gewerblichen Rechtsschutz
° Fachanwalt für Erbrecht
° Fachanwalt für Urheber- und Medienrecht
° Fachanwalt für Bank- und Kapitalmarktrecht
° Fachanwalt für Transport- und Speditionsrecht
° Fachanwalt für Vergaberecht
° Solicitor (England and Wales)
° Avocat à la Cour
° Attorney at Law (California)
° Attorney at Law (New York)
° Mediator
° Ortlich nicht zugelassen
° nicht als Rechtsanwalt zugelassen
° Counsel
° Of Counsel/kein Gesellschafter (Sozii Partner)
° Partner
° Salary Partner/kein Gesellschafter (Sozii Partner)

TaylorWessing

Taylor Wessing  Isartorplatz 8  80331 München

General Media Communications, Inc.
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

matter no
GEN36.D3

invoice number
1300123603

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 (89) 2 10 38 - 0
Fax +49 (89) 2 10 38 - 300
muenchen@taylorwessing.com

Verzeichnis der Partner unter
www.taylorwessing.com

Secretary +49 (0)89 2 10 38 185
o.guenzel@taylorwessing.com

| Date | Billing partner | **Invoice** |
| --- | --- | --- |
| 17 January 2017 | Ortrun Günzel | |

Matter            General Media Communications, Inc. ./. mk-group Holding GmbH u. a. wegen
                  Domain "penthouse-over-release.de"

Your reference

Bill Period        December 2016

For our services according to the attached narratives we hereby charge the following fees and
disbursements:

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
| --- | --- | --- | --- | --- |
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.10 h x EUR 350.00/h legal services | 35.00 | | | |
| 3.0% Office costs on EUR 35.00 | | 1.05 | | |
| Subtotal excl. taxes | 35.00 | 1.05 | | **36.05** |
| Total including VAT **(EUR 0.00)** | 35.00 | 1.05 | 0.00 | **36.05** |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN  DE18 2007 0000 0022 6357 00  BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brussel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

billing details for Invoice number 1300123603 with reference to the fee arrangement

TaylorWessing

| Client: | **General Media Communications, Inc. (GEN36)** |
| Matter: | **General Media Communications, Inc. ./. mk-group Holding GmbH u. a. wegen Domain "penthouse-over-release.de" (GEN36.D3)** |
| from: | **12/15/16** to **12/31/16** |

| Date | Hours | Narrative |
|------|-------|-----------|

**Attorney: Ortrun Günzel (D0959)**

| 12/15/16 | 0.10 | E-Mail to David Sigalow asking whether we can be of any further assistance. |
|----------|------|------|
| | **0.10** | **Total time for Ortrun Günzel (D0959)** |

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

Matter number
GEN36.D1000

Invoice number
1300133739

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 (89) 2 10 38 - 0
Fax +49 (89) 2 10 38 - 300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

Secretary +49 (0)89 2 10 38 185
o.guenzel@taylorwessing.com

| Date | Billing partner | **Invoice** |
|---|---|---|
| 8 June 2017 | Ortrun Günzel | |

| Matter | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
|---|---|

Your reference

Bill Period    May 2017

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.30 h x EUR 380.00/h legal services | 114.00 | | | |
| **Dr. Christian Tenkhoff** | | | | |
| 1.40 h x EUR 270.00/h legal services | 378.00 | | | |
| | | | | |
| Subtotal excl. taxes | 492.00 | 0.00 | | 492.00 |
| Total including VAT (**EUR 0.00**) | 492.00 | 0.00 | 0.00 | 492.00 |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN  DE18 2007 0000 0022 6357 00  BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Wisniewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Rechert, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. >
Nico Jänicke >
Annina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Aloxy >
Thanos Rammos >
Kevin Mitchell, LL.M. >
Dr. Lea Maria Siering >
Anne Sophie Steinhardt >
Dr. Sebastian Rabunda >
Dr. Sebastian Hoefing >
Dr. Franziska Dautert, LL.M. >
Jan Pieper

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max °
Dietmar Mampel °
Gustaf-Rudolf Schlepper, LL.M. >
Dr. Christiane Hoerdemann-Napp °>
Dr. Michael Sämer °>
Dr. Wolfgang Götzelaka °>
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper °>
Dr. Klaus Grossmann >
Franz Janssen °>
Dr. Michael Maltz >
Marc André Gimmy °>
Dr. Thomas Fehrenbach >
Detlef Klett °>
Dr. Peter Hellich >
Dr. Gunbert Kemmerer-Galahn °>
Dr. Wolfgang Gruber, LL.M. >
Dr. Torsten van Jager >
Olaf Gärtel, LL.M. >
Dr. Ernst-Albrecht von Beauvois, LL.M. >
Andrea Hermanns >
Olaf A. Kranz °>
Dr. Sascha R. Grosjean °>
Dr. Oliver Klöck >
Andreas M. Haak °>
Dr. Oliver Bertram >
Roland Kläpers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Ventz >
Martin Gerner >
Dr. Roland Schmidt-Böker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Matthias Hülsewig, LL.M. >
Johannes Simon, LL.M. >
Dr. Anne Saskia Förster >
Dr. Mareike Ruhe °>
Sonja Leutnane °
Dr. Alexander Köpfler >
Christoph Janssen, LL.M. °>
Dr. Kathrin Monen, LL.M. °>
Dr. Jan Schumacher °>
Dr. Michael Johannes Piß >
Dr. Cornelia Maetschke-Biersack °>
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke °>
Dr. Joachim Mandt °>
Katrien Vanden Bossche
Dr. Kerstin Maria Albers-Mohlitz >
Parupa Vohra, LL.M. >
Mareike Christine Gehrmann >
Britta Kohn-Gerdes, LL.M. occ.
Dr. Jörg Henkel °
Jan-Patrick Vogel, LL.M. Eur.
Alexander Rubusch, LL.M. Eur.
Fabian Feldmann
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa >
Christian Necals, LL.M.
Dr. Frauke Koch
Katrin Isabel Müller
Ferton Rückert
Dr. Marina Schulte
Dr. Anne Springob, LL.M.
Cristina Bockle

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronikowski °
Jürgen Rep °
Maja Stadler-Euler °
Dr. Klaus Wiffenbruch °>
Axel C. Filges °
Dr. Jan Curschmann >
Eberhard Molt >
Prof. Dr. Axel Bosch, M.C.J. °>
Dr. Kai Greve °>
Dr. Michael Baumhauer >
Dr. Dagmar Enthalt-Lauden >
Dr. Andreas Messner °>
Robert P. Wetthmar, LL.M. °>
Daniel Aizenstros >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wenmers, LL.M. °>
Carsten Barthel >
Dr. Mark Hapeko, LL.M. >
Dr. Tessa Schaaf >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. °>
Hauke Bornschein, LL.M. °>
Dr. Sabine Kaben >
Dr. Jens Wolf >

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 71 30 0
Fax +49 69 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) °
Dr. phil. nat. Klaus Kupka °
Alf Arntz >
Dr. Jutta Mütt, Notarin >
Claus Peter Knufinke >
Jörg Bausch °>
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert °>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Stäubertch, Notar >
Gun Huang, lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Moucher >
Sabine Schomaker >
Clemens Niedner >
Christine Weyand >
Susanne Ludtcocke °>
Dr. Stefan Fröhlich >
Dr. Nikola Voß °>
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. °>
Thomas Kahl °
Dr. Simon Werthwein >
Dr. Martin Bartik, LL.M (McGa) >
Ulf Gosejacob °
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer >
Marten Schröder >
Dr. Julia Schweitzer >
Nina Resinek, LL.M. >
Anne Sophie Steinhardt >
Olga Radjuk, MLE >
Stefanie Hester >
Lukas Müller >
Christopher Peine °>
Stella Junge, LL.M. >
Tobias Henke, LL.M. >
Dr. Jan W. Grawe °>
Christopher Stahl, LL.M. Eur.
Peter Leuzensky, LL.M. >
Georg Havla >
Ines Müller-Marschhausen >
Dr. Michael Beyer, Dipl.-Volkswirt

Dr. Barbra     arrenstein... >
Dr. Alexan...
Isabel Bernhöft
Fritz-Ulli Pieper, LL.M.
Florian Grimm
Stefanie Morgenstern

Rodney Dukes °>
Timothy Eyles °>
Adam Marks °>
Laurence Cobb °>
Clauson Yabsameds °>
Giles Amsallem °>
Claudia Joneth °>
Christophe Fleichor °>

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn °
Magdalena Hornschteger-Ksoll °
Dr. Ursel Past °
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Rodewig >
Thomas Haab >
Dr. Cornelius Wettbrecht >
Michael-Florian Ranft >
Dr. Peter Holbauer >
Stephan Kreutzschmann >
Dr. Christian Trachat °>
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz °>
Christoph de Coster, LL.M. >
Dr. Sibylle Gierschmann, LL.M. °>
Martin Kraus >
Harald Brochmer °>
Dr. Peter Heischs >
Andreas Bauer °>
Dr. Martin Rothermel >
Dr. Oliver Rombly >
Dr. Nicola Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah °>
Dr. Axel Gostrea °>
Dr. Lison Kiewitz-Haas >
Dr. Kilian Friemel °>
Dr. Walter H. Hente, LL.M. >
Hermann-Ulrich Viskorf °>
Mike Goldammer >
Dr. Hendrik Bass >
Stefan Krocker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Glauer °>
Dr. Adrian Bienbach, LL.M. >
Dr. Ana Lunga, LL.M. >
Henry Lau °>
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk °>
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >

Dr. Oliver Kröncher >
Dr. Anja Fengc, LL.M. >
Dr. Alexander Peinze >
Marc Müller °>
Dr. Dirk Wieddekind °>
Dr. Jan Rebeling °>
Dr. Holger Schreve, LL.M. >
Dr. Phipp Behrendt, LL.M. >
Dr. Carsten Schulz °>
Dr. Tobias Schramlov >
Dr. Janina Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Bretta Heymann >
Dr. Thorsten Troge °>
Dr. Jan Kern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wenner, LL.M. °>
Annette Bongardt >
Sven Kahlert °
Dr. Matthias Laas °
Dr. Angela Menge °>
Martin Leuner, Dipl.-Ing. (FH) >
Dr. Stefan Alich °>
Doreta v. Enzborg, LL.M. (UCT) >
Dr. Petra Temmesmann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stelpflug >
Dr. Martin Heidrich, LL.M. °>
Konstantin Schrader, LL.M. >
Dr. Martin Knaup, LL.B.
Xiaoven Paulus-Yo
Jan Andresen >
Carsten Vohberg >
Jonas Warnken
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Hahm, LL.M.
Christine Simon
Katharina Rauer, M.Jur.
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Daniel Graske
Michael Götz
Dr. Marc-Sebastian Muhle
Frauke Unkenbroock, LL.M.
Dr. Johannes Spiegel
Dr. Friedonko Voskamp, LL.M.
André Guskow
Falke Mauer
Dr. Christine Hepp
Franziska Grener, LL.M.
Dr. Marek Barudi, M.Jur.
Dr. Maximilian Oelrichsägel
Charlotte Rödiger, LL.M.
Christian Klugel

Sara Burghart, LL.M.
Dr. Christian Maren °°
Johannes Raue °°
Dr. jur. Christian Saueressig °°
Dr. Guang Li, LL.M. °°
Philipp Koehler °
Dr. Jan Philip Rektorschek °°
Verena Bertram
Manuela Dachauer °
Christiane Reicher-Wienke, LL.M. °
Dr. Michael Kieffer
Pia Thress, Maître en Droit (Paris II)
Dr. Rebakka Krause
Dr. Michael Nauta
Julia Jell
Dr. Jonas Woitzyk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Duppelfeld, LL.M.
Boris Fischer
Tessa Bottger
Dr. Michael Beor
Katja Schiffelholz, LL.M.
Andrea Sautter
Julius Zacharias
Dr. Daniel Schrembs, LL.M. >
Freiherr Ruprecht von Wechs zur Wenne

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak °°>

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 02 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz °°>
Dr. Michael Tan °°>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel °°>
Johnny Zhao °°>
Ingo Vinck °°>

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 3681
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB °°>

° Fachanwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
°° Fachanwalt für Verwaltungsrecht
> Fachanwalt für Familienrecht
> Fachanwalt für Internationales Wirtschaftsrecht
> Fachanwalt für Versicherungsrecht
> Fachanwalt für Bau- und Architektenrecht
> Fachanwalt für Handels- und Gesellschaftsrecht
> Fachanwalt für Informationstechnologierecht
> Fachanwalt für Gewerblichen Rechtsschutz
> Fachanwalt für Erbrecht
> Fachanwalt für Miet- und Wohnungseigentumsrecht
> Fachanwalt für Bank- und Kapitalmarktrecht
> Fachanwalt für Transport- und Speditionsrecht
> Fachanwalt für Vergaberecht
> Fachanwalt für Insolvenzrecht
> Solicitor (England and Wales)
> Avocat à la Cour
> Attorney-at-Law (California)
> Attorney-at-Law (New York)
> Mediator
> Österreichischer zugelassen
> Recht zyplisch Rechtsanwalt
> Counsel
Ɵ Of Counsel, kein Gesellschafter (Sitz PartGG)
> Partner
> Salary Partner, kein Gesellschafter (Sitz PartGG)

billing details for Invoice number 1300133739 with reference to the fee arrangement

TaylorWessing

| Client: | **General Media Communications, Inc. (GEN36)** |
| Matter: | **General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000)** |
| from: | **05/12/17 to 05/31/17** |

| Date | Hours | Narrative |
|------|-------|-----------|

**Attorney: Ortrun Günzel (D0959)**

| 05/12/17 | 0.30 | Discussion of further proceeding with Christian Tenkhoff; reviewing draft E-Mail prepared by Christian Tenkhoff. |
| | **0.30** | **Total time for Ortrun Günzel (D0959)** |

**Attorney: Dr. Christian Tenkhoff (D1369)**

| 05/12/17 | 1.40 | Receiving request concerning further strategy from David Sigalow; Review of file and drafting email in Response. |
| | **1.40** | **Total time for Dr. Christian Tenkhoff (D1369)** |

**Berlin**

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Wisniewski [1]>
Dr. Ten Wunnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar >
Johannes Caffel, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. [1]
Nico Jancke [1]>
Annina Boehm, LL.M. [1]
Paul Voigt, Lic. en Derecho [1]>
Patrick Aloxy [1]
Thanos Rammos [1]
Kevin Mitchell, LL.M. [1]
Dr. Lea Mina Sering [1]
Anne Sophie Steinbach
Dr. Sebastian Klabunde
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.
Jan Feper

**Düsseldorf**

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max [1]
Detmar Mampel [1]
Gustaf-Rudolf Schlieper, LL.M.[1]>
Dr. Christiane Hoerdemann-Napp [1]>
Dr. Michael Simon [1][1]>
Dr. Wolfgang Gabronka [1][1]>
Dr. Walter Potthast >
Prof. Dr. Norbert Kamper [1]>
Dr. Klaus Grossmann >
Franz Jansson [1]>
Dr. Michael Meltz >
Marc André Gimmy [1]>
Dr. Thomas Fehrenbach >
Detlef Klett [1]>
Dr. Peter Heiden >
Dr. Gunbritt Kammerer-Galahn [1]>
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Tersten van Jöger >
Olaf Gätrt, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Krause [1]>
Dr. Sascha R. Grosjean [1]>
Dr. Oliver Klöck >
Andreas M. Haak [1]>
Dr. Oliver Bertram >
Roland Küppers, LL.M. >
Dr. Bert Kanpel, StB >
Ingo Gordes, LL.M. >
Dr. Carsten Müller, LL.M. >
Mary Meiers >
Martin Gärner >
Dr. Roland Schmidt-Bleker [1]>
Dr. Michael Brüggemann >
Dr. Hans Manuel Nagel, LL.M. >
Dr. Christian Felix Wenner, M.C.J., StB >
Dr. Christof Jelinic, LL.M. >
Dr. Matthias Hülsewig, LL.M. >
Johannes Simon, LL.M. [1]>
Dr. Anna Saskia Forster [1][1]
Dr. Mareike Ruhe [1][1]
Sonja Leutnant [1]
Dr. Alexander Köpfler [1]
Christoph Janssen, LL.M. [1]
Dr. Kathrin Monsen, LL.M. [1][1]
Dr. Jan Schumacher [1]
Dr. Michael Johannes Pils [1]
Dr. Cornelia Maetschke-Biersack [1][1]
Dr. Dawid Kunz, LL.M. [1]
Dr. Heiko Franke [1]
Dr. Joachim Mandl [1]
Katrien Vanden Bossche
Dr. Kerstin Maria Albers-Mohltz [1]
Patrizia Welens, LL.M.
Mareike Christine Gehrmann [1]
Ente Kohn-Gerdes, LL.M. eec.
Dr. Jorg Henkel
Jan-Patrick Vogel, LL.M. [1]
Alexander Rutzsch, LL.M. Eur.
Fabian Feldmann
Dr. Lisa Günther
Katinna Lange, LL.M.
Dr. Katja Rose [1]
Christian Nicola, LL.M.
Dr. Frauke Koch
Katrin Isabel Maller
Torben Rükkert
Dr. Marena Schulte
Dr. Anna Springub, LL.M.
Cristina Bockle

**Dr. Barba**
Dr. Alexander Barrenstein, LL.M.
Isabel Bernholt
Fritz-Uli Pieper, LL.M.
Florian Grimm
Stefane Morgenstern

Rodney Dukes [1]>
Timothy Eyles [1]>
Adam Marks [1]>
Laurence Cobb [1]>
Christian Verbannds [1]>
Gilles Amsallem [1]>
Claudia Jonath [1]>
Christophe Flaicher [1]>

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 71 30 0
Fax +49 69 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) [1]>
Dr. phil. nat. Klaus Kupka [1]>
Alf Aretz >
Dr. Julia Wulf, Notarin >
Claus Peter Knufinke >
Jörg Bausch [1]>
Hasson Schtz >
Christoph F. Väupsl, LL.M. [1][1]>
Marcus Hartmann >
Claus Goedecke >
Peter Bert [1]>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Stäubettch, Notar >
Qun Huang, lic lan >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Christine Weyand [1]>
Susanne Luddacke [1]>
Dr. Stefan Fröhlich >
Dr. Nikolai Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. [1]>
Thomas Kahl [1]>
Dr. Simon Werthwein [1]>
Dr. Martin Bartik, LL M (McGill) >
Ulf Gosejacob [1]>
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer [1]>
Marion Schröder
Dr. Jana Schweitzer >
Nina Rosinski, LL.M.
Anna Sophie Steinhardt
Olga Radjuk, MLE
Stefanie Hocker
Lukas Müller
Christopher Peine [1]>
Stella Juneja, LL.M.
Tobias Henke, LL.M.
Dr. Jan W. Grawe [1]
Christopher Stahl, LL.M. Eur.
Peter Louzensky, LL.M.
Georg Hawla
Ines Muller-Morscshhausen
Dr. Michael Beyer, Dipl.-Volkswirt

**Hamburg**

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild [1]
Dr. Christoph von Oppeln-Bronkowski [1]
Jürgen Rep [1]
Maja Stadler-Euler [1]
Dr. Klaus Wiefenbruch [1]
Axel C. Filges [1]
Dr. Jan Curschmann >
Bernhard Klatt >
Prof. Dr. Axel Bosch, M.C.J. [1][1][1]>
Dr. Kai Greve [1]>
Dr. Michael Baumhauer >
Dr. Dagmar Enkhardt-Leuiden >
Dr. Andreas Moessner [1]>
Robert P. Wethmar, LL.M. [1]>
Daniel Alpenstorb >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jorg Wimmers, LL.M. [1]>
Carsten Barthol >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M. >
Hauke Borchmann, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >

Dr. Oliver Mönchner >
Dr. Anja Fenge, LL.M. >
Dr. Alexander Peinze >
Marc Müller [1]>
Dr. Dirk Weddekind [1]>
Dr. Jan Riebeling [1]>
Dr. Holger Schreve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Janna Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Breta Heymann >
Dr. Thorsten Topp [1]>
Dr. Jan Kern >
Alexander R. Roth, M.Jur. [1]>
Dr. Jens Wesner, LL.M. [1]>
Anneke Brandt [1][1]>
Sven Kahlert [1]
Dr. Matthias Laas [1]
Dr. Angela Menges [1][1]
Martin Launer, Dipl.-Ing. (FH) [1]
Dr. Stefan Alich [1][1]
Donata v. Enzberg, LL.M. (UCT) [1]
Dr. Petra Tennormann [1]
Dr. Stephan von Marschall, LL.M. [1][1][1]
Dr. David Klein, LL.M. [1]
Timo Steßpflug [1]
Dr. Marten Heidrich, LL.M. [1]
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiaoven Paulus-Ye
Jan Andresen
Carsten Vollnberg [1]
Jonas Wenken
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Nöltin, LL.M.
Christine Simon
Katharina Reuer, M.Jur.
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Darell Graske
Michael Götz
Dr. Marc-Sebastian Muhle
Frauke Unterbrinock, LL.M.
Dr. Johanna Spiegel
Dr. Friederike Voskamp, LL.M.
André Guskow
Falko Mauer
Dr. Christine Hepp
Franziska Gröner, LL.M.
Dr. Mirek Baruck, M.Jur.
Dr. Maximilian Oehlschlagel
Charlotte Rudiger, LL.M.
Christian Klügel

**München**

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm.[1]
Dr. Michael Sommer, StB [1]>
Dr. Sabine Rojahn [1]>
Magdalena Harreschtieger-Kscl [1]>
Dr. Ursel Paal [1]>
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Redeweg >
Thomas Raab >
Dr. Cornelius Weterbrecht >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Hünemörder >
Dr. Christian Treichel [1]>
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz [1]>
Christoph de Carter, LL.M. [1][1]>
Dr. Sibylle Gerschmann, LL.M. [1][1][1]>
Martin Kraus >
Harald Becherstoss >
Dr. Peter Helich >
Andreas Bauer [1]>
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Marco Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah [1]>
Dr. Axel Gedon [1]>
Dr. Léon Klewitz-Haas >
Dr. Kilian Frienel [1]>
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Walorf [1]
Mike Goldammer >
Dr. Hendrik Bosse >
Stefan Krocker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel [1]>
Dr. Adrian Bimbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Laut [1]
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk [1]>
Dr. Benedikt Rohrßen [1]

Sara Burghart, LL.M.
Dr. Christian Maron [1]
Johannes Hasse [1]
Dr. jur. Christian Saueressig [1]
Dr. Guang U, LL.M., LL.M. [1]
Philipp Koehler [1]
Dr. Jan Philip Rektorschek [1][1]
Verena Bertram
Manuela Dachauer [1]
Christiane Richter-Wienko, LL.M. [1]
Dr. Michael Keffer
Pia Thress, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Michael Nauta
Julia Jell
Dr. Jonas Woitzyk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Duppolfeld, LL.M.
Boris Fischer
Tessa Bottger
Dr. Michael Beer
Katja Schittelholz, LL.M.
Andrea Sauter
Julius Zacharies
Dr. Daniel Schrembs, LL.M.
Freiherr Ruprecht von Wechs zur Wenne

**Brüssel**

Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 68 00
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak [1][1]>

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz [1]>
Dr. Michael Tan [1][1]

**Beijing**

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hazel [1]
Johnny Zhao [1]
Ingo Vinck [1]

**Hongkong**

Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3760 4588
Fax +852 3760 4099
hongkong@taylorwessing.com

Dr. Jakob Remenschneider, StB [1]>

[1] Fachanwalt für Steuerrecht
[1] Fachanwalt für Arbeitsrecht
[1] Fachanwalt für Verwaltungsrecht
[1] Fachanwalt für Familienrecht
[1] Fachanwalt für Internationales Wirtschaftsrecht
[1] Fachanwalt für Urheberrecht
[1] Fachanwalt für Bau- und Architektenrecht
[1] Fachanwalt für Handels- und Gesellschaftsrecht
[1] Fachanwalt für Informationstechnologierecht
[1] Fachanwalt für Gewerblichen Rechtsschutz
[1] Fachanwalt für Erbrecht
[1] Fachanwalt für Urheber- und Medienrecht
[1] Fachanwalt für Bank- und Kapitalmarktrecht
[1] Fachanwalt für Transport- und Speditionsrecht
[1] Fachanwalt für Vergaberecht
[1] Fachanwalt für Insolvenzrecht
> Solicitor (England and Wales)
> Avocat à la Cour
> Attorney-at-Law (California)
> Attorney-at-Law (New York)
> Mediator
> Öffentlich bestellter und
> nicht zugelaß. Rechtsanwalt
> Dentist
> Of Counsel bei Gesellschafter i.Sd. PartGG
> Partner
> Salary Partner, kein Gesellschafter i Sd. PartGG

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

General Media Communications, Inc.
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

matter no.
GEN36.D1000

Invoice number
1300138010

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

**Invoice**

| Date | Billing partner |
|------|-----------------|
| 4 August 2017 | Ortrun Günzel |

| Matter | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
|--------|----|
| Your reference | Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
| Bill Period | July 2017 |

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 190.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 190.00 | 0.00 | | **190.00** |
| Total including VAT **(EUR 0.00)** | 190.00 | 0.00 | 0.00 | **190.00** |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN DE18 2007 0000 0022 6357 00 BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

1/3

**Berlin**
Eberstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Wenkewski >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbach, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Rechardt, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. °
Nico Janicke °°
Annina Boehm, LL.M. °
Paul Voigt, Lic. en Derecho °°
Patrick Alexy °°
Thanos Rammos, LL.M. °
Kevin Mitchell, LL.M. °
Dr. Lea Maria Siering °
Anne Sophie Steinhardt
Dr. Sebastian Rabunda >
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.
Jan Pieper
Christian Altenqult

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustaf-Rudolf Schleper, LL.M. >
Dr. Christian Hoordemann-Napp >
Dr. Michael Sanne >
Dr. Wolfgang Galonska >
Dr. Walter Potthost >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Janeson >
Dr. Michael Malitz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Hellich >
Dr. Gunbritt Kemmner-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Torsten van Jager >
Olaf Geert, LL.M. >
Dr. Ernst Albrecht von Beauvais, LL.M. >
Andrea Hermanns >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak °>
Dr. Oliver Bertram °>
Dr. Bert Kimpel, StB °>
Ingo Gerdes, LL.M. >
Dr. Carsten Mürter, LL.M. >
Mara Wesers >
Martin Gomer >
Dr. Roland Schmidt-Blokerr °>
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Christel Hohne, LL.M. °
Dr. Matthias Hasewag, LL.M. °°
Dietmar Mampel °°
Johannes Simon, LL.M. °°
Dr. Anne Saskia Förster °°
Dr. Mareike Ruhe °°°
Sonja Leutnant °
Dr. Alexander Kapfler °
Christoph Janssen, LL.M. °
Dr. Kathrin Monen, LL.M. °°
Dr. Jan Schumacher °>
Dr. Michael Johannes Pils °
Dr. Cornelia Maetschke-Bersack °°
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke °
Dr. Joachim Mandl °
Dr. Markus Behme, LL.M. °
Prof. Dr. Jens Escher °>
Katrin Vanden Bossche
Dr. Kerstin Maria Albers-Mohlitz °°
Patrique Willems, LL.M.
Mareike Christina Gahrmann °
Birte Kohn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Jan-Patrick Vogel, LL.M. °>
Alexander Rubusch, LL.M. Eur.
Fabian Feldmann °
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Kraß °
Dr. Frauke Koch
Katrin Isabel Müller
Torben Klukkert
Dr. Marina Schulte
Dr. Anne Springob, LL.M.

Cristina E
Dr. Barbara        ermann, LL.M.
Dr. Alexander Karrenstein, LL.M.
Isabel Bernholt
Fritz-Ulli Pieper, LL.M.
Florian Grimm
Stefanie Morgenstern
Frank Marek
Kathleen Munstermann

Rodney Dukes °>
Timothy Eyles °°>
Adam Marks °>
Laurence Cobb °°>
Clarissa Valsendis °>
Giles Amsallem °>
Claudia Jonath °°>
Christophe Flscher °°>

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) °
Dr. phil. nat. Klaus Kugka °
Alf Aretz >
Dr. Jula Wolf, Notarin >
Claus Peter Kruhtner >
Jörg Bausch °>
Hassan Sohbi >
Christoph F. Vaupel, LL.M. °>
Marcus Hermann >
Claus Goedecke >
Peter Bert °>
Dr. Henning Moelle, LL.M. >
Dr. Hans-Georg Lohmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Saubelich, Notar >
Gun Huang, Ic.ur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Christine Weyand °>
Dr. Stefan Fröhlich >
Dr. Nikolai Veiß °
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. °
Thomas Kahl °
Dr. Simon Werthwein °
Dr. Martin Bartnik, LL.M (McGill) °
Ulf Gosejacob °
Dr. Sebastian Bayer, LL.M. °
Dr. Robert Bauer °
Marian Schroder °
Dr. Julia Schweitzer °
Nina Resnik, LL.M.
Anne Sophie Steinhardt
Olga Radjuk, MLE
Stefanie Hecker
Lukas Müter
Christopher Peine °
Stella Jansen, LL.M.
Tobias Henke, LL.M.
Dr. Jan W. Grawe °
Christopher Stahl, LL.M. Eur.
Peter Louzensky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Dr. Michael Berger, Dipl.-Volkswirt

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41 °
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronkowski °
Jürgen Rep °
Max Stadtler-Euler °
Dr. Klaus Wiffenbruch °>
Axel C. Fögas °
Dr. Jan Curschmann >
Bernhard Kloft >
Prof. Dr. Axel Bösch, M.C.J. °°>
Dr. Kai Greve °>
Dr. Michael Baumheuer >
Dr. Dagmar Eleholt-Lauden >
Dr. Andreas Meissner °>
Robert P. Wethmar, LL.M. >
Daniel Agnastopoulos >
Dr. Peter Soemann, LL.M. >
Dr. Frank Koch >
Jörg Wammers, LL.M. >
Carsten Bartholl >
Dr. Jens Hendrix, LL.M. >
Dr. Tessa Schoof >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. °>
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. °>
Hauke Bornschein, LL.M. >
Dr. Sabine Kabon >
Dr. Jens Wolf >

Sara Burghart, LL.M. °
Dr. Christian Marzen °
Johannes Rose °°
Dr. jur. Christian Sauerossig °
Dr. Georg Li, LL.M. °°°°
Philipp Koehler °°>
Dr. Jan Philip Rektorschek °°>
Dr. Daniel Tietjen °
Verena Bertram
Manuela Dachauer °
Christiano Richter-Wienke, LL.M.
Dr. Michael Kieffer
Pia Thyssen, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Michael Neuta
Julia Jöll
Dr. Jonas Woitzyk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Duppelfeld, LL.M. °°>
Boris Fischer
Tessa Böttger
Katja Schiefelbein, LL.M.
Andreas Sautter °
Julius Zacharias °
Dr. Daniel Schrembs, LL.M.
Freiherr Raimund von Weichs zur Wenne
Eva Gänzle

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz °°>
Dr. Michael Tan °°>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307608, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hazel °°>
Johnny Zhao °°
Ingo Vanck °

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB °°>

Dr. Oliver Kirschner >
Dr. Anja Fenge, LL.M. >
Dr. Alexander Pekura >
Marc Müller °>
Dr. Dirk Weddigokoll °>
Dr. Jan Rebeling °>
Dr. Holger Schreve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz °>
Dr. Tobias Schmelzle >
Dr. Janina Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Trage °>
Dr. Jan Rom >
Alexander R. Roth, M.Jur. °>
Dr. Jens Wiesner, LL.M. °°>
Amanda Brandt °°>
Sören Köhlert °°>
Dr. Matthias Laas °°
Dr. Angela Menges °°>
Martin Laurer, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann °>
Dr. Stephan von Marschall, LL.M. °°>
Dr. David Klein, LL.M. °°
Timo Steinfatt °
Dr. Martin Heidrich, LL.M. °°
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiaovson Paulus-Ye
Jan Andresen
Carsten Volmberg °
Jonas Warnder
Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Nolten, LL.M.
Christine Simon
Katharina Reder, M.Jur.
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Daniel Graske
Michael Götz °°>
Dr. Marc-Sebastian Mühle
Frauke Uhlenbroock, LL.M.
Dr. Johanna Stiegel
Dr. Friederike Veskamp, LL.M.
André Guskow
Falko Maurer
Dr. Christine Hopp
Franziska Greiner, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oehlschlägel
Charlotte Rüdiger, LL.M.
Dr. Stefan Horn
Dr. Johannes A. Höft

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB °>
Dr. Sabine Rojahn °
Magdalena Harnischfeger-Ksoll °
Dr. Ursel Raaf °
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Redeweg >
Thomas Raab >
Dr. Cornelius Westerbeck >
Michael-Florian Ranitt >
Dr. Peter Hofbauer >
Stephan H.T. Heimann >
Dr. Christian Traichel °>
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz °>
Christoph de Casar, LL.M. °°>
Dr. Sibylle Gerschmann, LL.M. °°°°>
Martin Kraus >
Harald Bochneter °°>
Dr. Peter Helch >
Andreas Bauer °°>
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Maria Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah °>
Dr. Ulrich Vogel-Haas >
Dr. Kilian Friemel °>
Dr. Walter R. Henle, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf °>
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk °
Dr. Benedikt Rohrßen °
Dr. Verena Ahmann

> Fachanwalt für Steuerrecht
° Fachanwalt für Arbeitsrecht
> Fachanwalt für Verwaltungsrecht
> Fachanwalt für Familienrecht
> Fachanwalt für Internationales Wirtschaftsrecht
> Fachanwalt für Versicherungsrecht
> Fachanwalt für Bau- und Architektenrecht
> Fachanwalt für Handels- und Gesellschaftsrecht
> Fachanwalt für Informationstechnologierecht
> Fachanwalt für Gewerblichen Rechtsschutz
> Fachanwalt für Erbrecht
> Fachanwalt für Urheber- und Medienrecht
> Fachanwalt für Bank- und Kapitalmarktrecht
> Fachanwalt für Transport- und Speditionsrecht
> Fachanwalt für Vergaberecht
> Fachanwalt für Insolvenzrecht
> Solicitor (England and Wales)
> Avocat à la Cour
> Attorney-at-Law (California)
> Attorney-at-Law (New York)
> Mediator
> Öffentlich bestellter und
   vereidigter Rechtsanwalt
> Counsel
> Of Counsel, kein Gesellschafter i.Sd. PartGG
> Partner
> Salary Partner, kein Gesellschafter i.Sd. PartGG

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB. Sitz Düsseldorf, AG Essen, PR 1550

billing details for Invoice number 1300138010 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.50 h x EUR 380.00/h legal services | 190.00 | | | |
| Subtotal excl. taxes | 190.00 | 0.00 | | 190.00 |

2/3

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Barvelst, Notar >
Thomas Sinewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselblatt, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. [C]
Noa Jancke [C1]
Annina Boelsen, LL.M. [C]
Paul Voigt, Lic. en Derecho [C1]
Patrick Alexy [C]
Thanos Rammos, LL.M. [C]
Kevin Mitchell, LL.M. [C]
Dr. Lea Mara Soering [C]
Anne Sophie Steinhardt
Dr. Sebastian Klabunde >
Dr. Sebastian Hoelling
Dr. Franziska Dautert, LL.M.
Jan Pieper
Christian Ahrendt

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max [C]
Gustaf-Rudolf Schleiper, LL.M. [C]
Dr. Christiane Hoordemann-Napp [C]
Dr. Michael Sanne [C] [C]
Dr. Wolfgang Galonska [C] >
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper [C] >
Dr. Klaus Grossmann >
Franz Janssen [C] >
Dr. Michael Maltz >
Marc André Gimmy [C] >
Dr. Thomas Fehrenbach >
Detlef Klett [C] >
Dr. Peter Hellich >
Dr. Gunbritt Hemmerer-Galahn [C] >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillesson >
Dr. Torsten van Jeger >
Olaf Giert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz [C] >
Dr. Sascha R. Grosjean >
Dr. Oliver Klöck >
Andreas M. Haak [C] >
Dr. Oliver Bertram [C] >
Roland Küppers, LL.M. >
Dr. Bert Kimpel, StB [C] >
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Malte Weuss >
Martin Gerner >
Dr. Roland Schmidt-Bleker [C] >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Christof Höhne, LL.M. [C] >
Dr. Katrina Hutschig, LL.M. >
Detmar Mampel [C]
Johannes Simon, LL.M. [C] >
Dr. Anne Saskia Förster [C] [C]
Dr. Mareike Ruhe [C] [C]
Sonja Leutnant [C]
Dr. Alexander Kapfer [C]
Christoph Jonsson, LL.M. [C]
Dr. Kathrin Monen, LL.M. [C] [C]
Dr. Jan Schumacher [C]
Dr. Michael Johannes Pils [C]
Dr. Cornelia Maetschke-Bersack [C]
Dr. Daniel Kunz, LL.M. [C]
Dr. Heiko Franke [C]
Dr. Joachim Mandl [C]
Dr. Markus Bohnau, LL.M. [C]
Prof. Dr. Jens Escher [C]
Kathrin Vandoin Bossche
Dr. Kerstin Maria Albers-Mohlitz [C]
Patrique Willems, LL.M.
Mareike Christine Gehrmann [C]
Birte Kohn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Jan-Patrick Vogel, LL.M. [C]
Alexander Rubusch, LL.M. Eur.
Fabian Feldmann [C]
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa [C]
Dr. Frauke Koch
Karen Isabel Müller
Torben Mükkert
Dr. Marina Schulte
Dr. Anne Springob, LL.M.

Cristina B [C]
Dr. Barbara …emann, LL.M.
Dr. Alexander Karrenstein, LL.M.
Isabel Bernhoft
Fritz-Ulli Pieper, LL.M.
Florian Grimm
Stefanie Morgenstern
Frank Marek
Kathleen Munstermann

Rodney Dukes >
Timothy Eyles [C] >
Adam Marks [C] >
Laurence Cobb [C] >
Christian Valbandas [C] >
Giles Amsallem [C] >
Claudia Jonath [C] >
Christoph Flacher [C] >

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 71 30 0
Fax +49 69 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka [C]
Alf Aratz >
Dr. Jutta Wulf, Notarin >
Claus Peter Knufinke >
Jörg Bausch >
Hassan Schb >
Christoph F. Vaupel, LL.M. [C] >
Marcus Hartmann >
Claus Goedecke >
Peter Bert [C] >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
**Dr. Gregor Staechelin** [C]
Dr. Uwe Sauberlich, Notar >
Qun Huang, lic.iur. >
Michael Stern >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Hiedner >
Christina Weyand [C] >
Dr. Stefan Fröhlich >
Dr. Nikolai Maltz >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. [C]
Thomas Kohl [C]
Dr. Simon Werthwein [C]
Dr. Martin Bartlik, LL.M (McGill) [C]
Ulf Gosejacob [C]
Dr. Sebastian Beyer, LL.M. [C]
Dr. Robert Bauer [C] [C]
Marian Schröder [C]
Dr. Julia Schweitzer [C]
Nina Resnek, LL.M.
Anne Sophie Steinhardt
Olga Radjuk, MLE
Stefanie Hecker
Lukas Müller
Christopher Perle [C]
Dr. Jan W. Grawe [C]
Christopher Stahl, LL.M. Eur.
Peter Louzensky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Dr. Michael Beyer, Dipl.-Volkswirt

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild [C]
Dr. Christoph von Oppeln-Bronkowski [C]
Jürgen Rep [C]
Maja Stadler-Euler [C]
Dr. Klaus Wittenburg [C]
Axel C. Filges [C]
Dr. Jan Curschmann >
Bernhard Kloth >
Prof. Dr. Axel Bosch, M.C.J. [C] [C] >
Dr. Kai Greve [C] >
Dr. Michael Baumhauer >
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Messmer [C] >
Robert P. Welthmar, LL.M. [C] >
Daniel Aizenstein >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hakenberg, LL.M. >
Dr. Tessa Schoof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. vom dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. [C]
Hauke Bornschein, LL.M. [C]
Dr. Sabine Kaben >
Dr. Jens Wolf >

Dr. Oliver Mitschang >
Dr. Anja Fergo, LL.M. >
Dr. Alexander Fronze >
Marc Müller [C] >
Dr. Dirk Wueddekind >
Dr. Jan Rebeling [C] >
Dr. Holger Schwabe, LL.M.
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz [C] >
Dr. Tobias Scheinost >
Dr. Janina Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Trege [C] >
Dr. Jan Kron >
Alexander R. Roth, M.Jur. [C] >
Dr. Jens Wesnor, LL.M. [C] >
Angela Wagner-Heider [C]
Sven Konkert [C]
Dr. Matthias Laad [C]
Dr. Angela Menges [C] [C]
Martin Lauxer, Dipl. (FH) [C]
Donata v. Enzberg, LL.M. (UCT) [C] >
Dr. Petra Timmermann [C]
Dr. Stephan von Marschall, LL.M. [C] [C]
Dr. David Klein, LL.M. [C]
Timo Stebeling [C]
Dr. Martin Heidrich, LL.M. [C]
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xiaowen Pavlus-Ye
Jan Andresen
Carsten Volmberg [C]
Jan Kokott
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Nolin, LL.M.
Christine Simon
**Karl-Börts Ratter, LL.M.** [C]
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Daniel Groske
Michael Götz [C]
Dr. Marc-Sebastian Muhle
Frauke Uffenbroock, LL.M.
Dr. Johanna Spiegel
Dr. Friedrike Vaskamp, LL.M.
André Guskow
Falko Maurer
Dr. Christene Hopp
Franziska Greiner, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oehlschlägel
Charlotte Rödiger, LL.M.
Christian Klügel
Dr. Stefan Horn
Dr. Johannes A. Höft

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. [C]
Dr. Michael Sommer, StB [C] >
Dr. Sabine Rojahn [C]
Magdalena Harnischfeger-Ksoll [C]
Dr. Ursel Paul [C]
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Rodewig >
Thomas Raab >
Dr. Cornelius Westerkamp >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Hannemann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz [C] >
Christoph de Caster, LL.M. [C] >
Dr. Sibylle Gierschmann, LL.M. [C] [C] >
Martin Kraus >
Harald Bechtelar [C] >
Dr. Peter Helich >
Andreas Bauer [C] >
Dr. Martin Rothermel >
Dr. Johanna Boehm >
Dr. Nicola Wiegand, LL.M. [C] >
Dr. Marija Epping >
Dr. Gabert Mongan >
Dr. Dietrich Kamlah [C] >
Dr. Axel Gatton [C] >
Dr. Léon Niewitz-Haars >
Dr. Kilian Fremel [C] >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf [C]
Mike Goldammer >
Dr. Hendrik Bass >
Stefan Kroeker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel [C] >
Dr. Adrian Birnbach, LL.M. >
Dr. Marcel Amann, LL.M. >
Henry Lauf [C]
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk [C]
Dr. Benedikt Rohrßen >
Dr. Jens Wolf >

Sara Burghart, LL.M. [C]
Dr. Christian Maron [C] [C]
Johannes Rataj [C] [C]
Dr. jur. Christian Saueressig [C]
Dr. Guang Li, LL.M., LL.M. [C]
Philipp Koehler [C]
Dr. Jan Philip Rektorschek [C] [C]
Dr. Daniel Tietjen [C]
Verena Bertram
Manuela Dachauer [C]
Christiane Richter-Wienke, LL.M. [C]
Dr. Michael Keßler
Pia Thress, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Michael Nauta
Julia Zoll
Dr. Jonas Woityzk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Krapp [C]
Dr. Monika Duppelfeld, LL.M.
Boris Fischer
Tessa Böttger
Dr. Michael Boer
Katja Schaffelhofz, LL.M.
Andrea Seutter
Julius Zacharias
Dr. Daniel Schrembs, LL.M.
Freiherr Raymund von Weichs zur Wenne
Eva Gänzle

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak [C] [C] >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanying West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz [C] [C]
Dr. Michael Tan [C] [C]

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel [C] [C]
Johnny Zhao [C] [C]
Ingo Vinck [C] [C]

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Remenschneider, StB [C] >

[C] Fachanwalt für Steuerrecht
[C] Fachanwalt für Arbeitsrecht
[C] Fachanwalt für Verwaltungsrecht
[C] Fachanwalt für Familienrecht
[C] Fachanwalt für Internationales Wirtschaftsrecht
[C] Fachanwalt für Versicherungsrecht
[C] Fachanwalt für Bau- und Architektenrecht
[C] Fachanwalt für Handels- und Gesellschaftsrecht
[C] Fachanwalt für Informationstechnologierecht
[C] Fachanwalt für Gewerblichen Rechtsschutz
[C] Fachanwalt für Erbrecht
[C] Fachanwalt für Bank- und Kapitalmarktrecht
[C] Fachanwalt für Transport- und Speditionsrecht
[C] Fachanwalt für Vergaberecht
[C] Fachanwalt für Insolvenzrecht
[C] Solicitor (England and Wales)
[C] Avocat à la Cour
[C] Attorney-at-Law (California)
[C] Attorney-at-Law (New York)
[C] Mediator
[C] Attorney-at-Law (Florida)
[C] nicht zugleich Rechtsanwalt
[C] Counsel
> Of Counsel, kein Gesellschafter i.S.d. PartGG
> Partner
> Salary Partner, kein Gesellschafter i.S.d. PartGG

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

billing details for Invoice number 1300138010 with reference to the fee arrangement

TaylorWessing

| Client: | General Media Communications, Inc. (GEN36) |
| Matter: | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000) |
| from: | 07/03/17 to 07/31/17 |

| Date | Hours | Narrative |
|------|-------|-----------|
| **Attorney: Ortrun Günzel (D0959)** | | |
| 07/03/17 | 0.10 | Reminding of Deadline expiring on July 06, 2017 and suggesting to file a further Extension of time. |
| 07/04/17 | 0.30 | Preparing and filing a request for an Extension of time; our report to you thereon. |
| 07/12/17 | 0.10 | Reporting on and forwarding the official confirmation of the court that the Deadline was Extended. |
| | **0.50** | **Total time for Ortrun Günzel (D0959)** |

## Berlin

Ebertstraße 15
D – 10117 Berlin
Tel. +49.30.88.56.36.0
Fax +49.30.88.56.36.100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Winnewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Euler >
Dr. Hagen Hasselbrink, Notar >
Johannes Catot, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jan Wolf >
Volker Herrmann, LL.M.
Nico Jänicke >
Anna Boshm, LL.M.
Paul Voigt, Lic. en Derecho >
Patrick Atexy >
Thomas Rammos, LL.M.
Kevin Mischall, LL.M. >
Dr. Lea Mara Sienig >
Anne Sophie Steinhardt
Dr. Sebastian Kaburada
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.
Jan Pieper
Christian Arendt

## Düsseldorf

Isartor str Straße 15
D – 40215 Düsseldorf
Tel. +49.211.83.87.0
Fax +49.211.83.87.100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustaf-Rudolf Schlepper, LL.M >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Samer >
Dr. Wolfgang Gdanska >
Dr. Walter Potthast >
Prof. Dr. Norbert Kamper >
Dr. Klaus Grossmann >
Franz Jansson >
Dr. Michael Mälitz >
Marc André Gimmy >
Dr. Thomas Fahrenbach >
Detlef Klett >
Dr. Peter Hellich >
Dr. Gunbritt Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gößesen >
Dr. Torsten van Jeger >
Olaf Gierl, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Herrmann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak >
Dr. Oliver Bachmann >
Roland Ruppers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Mario Weiss >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Wiegner, M.C.L., StB >
Dr. Christian Hahne, LL.M. >

## Hamburg

Hanseatic Trade Center
D – 20457 Hamburg
Tel. +49.40.3.68.03.0
Fax +49.40.3.68.03.280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppen-Bronkowski >
Jürgen Rep >
Maja Studio-Euler >
Dr. Klaus Willenbruch >
Axel C. Filges >
Dr. Jan Oursmann >
Bernhard Klein >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Enthalt-Laudien >
Dr. Andreas Messner >
Robert P. Wethmar, LL.M. >
Daniel Agrenzstein >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Barthell >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schoof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Bornschain, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >

## Frankfurt am Main

Thurn-und-Taxis-Platz 6
D – 60313 Frankfurt a.M.
Tel. +49.69.9.71.30.0
Fax +49.69.9.71.30.100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wolf, Notarin >
Claus Peter Krufinke >
Jörg Dausch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Michael Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Suadicani >
Dr. Uwe Sauberlich, Notar >
Qun Huang, Ira iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Christina Weyand >
Dr. Stefan Fröhlich >
Dr. Nicola Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kehl >
Dr. Simon Wernthaven >
Dr. Martin Barsk, LL.M (McGill) >
Ulf Gosepoth >
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer >
Marlon Schröder >
Dr. Julia Schweitzer >
Nina Resinek, LL.M.
Anne Sophie Steinhardt
Olga Radjuk, MLE
Stefanie Hecker
Lukas Müller
Christopher Peine >
Stella Jurata, LL.M.
Tobias Henke, LL.M.
Dr. Jan W. Grawe >
Christopher Stahl, LL.M. Eur.
Peter Loutzensky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Dr. Michael Beyer, Dipl.-Volkswirt

## München

Isartorplatz 8
D – 80331 München
Tel. +49.89.2.10.38.0
Fax +49.89.2.10.38.300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Harnischfeger-Ksoll >
Dr. Ursel Raaf >
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Rodewig >
Thomas Blaab >
Dr. Cornelius Wettrecht >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Castro, LL.M. >
Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Brachter >
Dr. Peter Hench >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicole Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gebert Heisgen >
Dr. Dietrich Kamlah >
Dr. Axel Gedon >
Dr. Lian Klevitz-Haas >
Dr. Khan Fremel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Caldammer >
Dr. Hendrik Boss >
Stefan Koeper >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lange, LL.M. >
Henry Laaf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk >
Dr. Benedikt Rohrßen >
Dr. Jens Wolf >

## (rechte Spalte)

Cristina E >
Dr. Barbara Iemann, LL.M.
Dr. Anja Fengo, LL.M. >
Dr. Alexander Peukert >
Marc Müller >
Dr. Dirk Wieddekind >
Dr. Jan Rebeling >
Dr. Holger Schwarz, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Scheinfeld >
Dr. Janine Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Hern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wiesner, LL.M. >
Anneke Brandt >
Sven Kahlert >
Dr. Matthias Laas >
Dr. Angela Menges >
Martin Lauter, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stellpflug >
Dr. Martin Heidrich, LL.M. >
Konstantin Schrader, LL.M.
Dr. Martin Knaup, LL.B.
Xeovon Paulus-Yo
Jan Andresen
Carsten Volmberg >
Jonas Wandner
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Christine Smron
Kathariha Krause, LL.M.
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Daniel Graske
Michael Götz >
Dr. Marc-Sebastian Muhle
Frauke Uhlenbroock, LL.M.
Dr. Johanna Spiegl
Dr. Friederike Veskamp, LL.M.
André Guskow
Falko Maurer
Dr. Christine Hepp
Franziska Greiner, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oehlschlägel
Charlotte Rudiger, LL.M.
Christian Rügen
Dr. Stefan Horn
Dr. Johannes A. Holt

## Köln (rechte obere Spalte)

Dr. Oliver Rittscher >
Sara Burghart, LL.M.
Dr. Christian Meurer >
Johannes Rave >
Dr. jur. Christian Sauerssig >
Dr. Guang Li, LL.M. >
Philipp Koehler >
Dr. Jan Philip Rektorschek >
Dr. Daniel Tietjen >
Verena Bertram
Manuela Dachauer >
Christiane Richter-Wienke, LL.M. >
Dr. Michael Kistler
Pia Thress, Maître en Droit (Paris II)
Dr. Rebekka Krause
Dr. Michael Nauta
Julia Joll
Dr. Jonas Woltzyk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Duppelfeld, LL.M.
Boris Fischer
Tessa Böttger
Dr. Michael Boer
Katja Schüttefuss, LL.M.
Andrea Sautter
Julius Zacharias
Dr. Daniel Schremba, LL.M.
Freiherr Ruprecht von Welchs zur Wenne
Eva Gänzle

## Brüssel

Rue de Livorne, 7 box 4
B – 1050 Brussels
Tel. +32.2.290.03.39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

## Shanghai

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 42
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

## Beijing

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel >
Johnny Chan >
Ingo Klock >

## Hongkong

Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700.4081
Fax +852 3700.4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

matter no.
GEN36.D1000

Invoice number
1300139973

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

Date
5 September 2017

Billing partner
Ortrun Günzel

**Invoice**

Matter

Your reference

Bill Period

General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings
against registration of DE302011055800.0/41 "PENTHOUSE"
Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"
August 2017

For our services according to the attached narratives we hereby charge the following fees and
disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 76.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 76.00 | 0.00 | | 76.00 |
| Total including VAT **(EUR 0.00)** | 76.00 | 0.00 | 0.00 | 76.00 |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors and Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN .DE18 2007 0000 0022 6357 00 .BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien          1/3

## Berlin

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Barwaldt, Notar >
Thomas Winnewisser >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar >
Johannes Calet, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. >
Nico Jänicke >
Amina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Alexy >
Thanos Rammos, LL.M. >
Kevin Mitchell, LL.M. >
Dr. Lea Maria Siering >
Anne Sophie Heerhartz >
Dr. Sebastian Klabunde >
Dr. Sebastian Hoefling >
Dr. Franziska Dautert, LL.M. >
Jan Pieper >
Christian Ahrendt >

## Düsseldorf

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0 >
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich M. Max >
Gustaf-Rudolf Schleper, LL.M >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Samer >
Dr. Wolfgang Golanska >
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Malitz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Helich >
Dr. Gudrunt Kömmerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gilessen >
Dr. Torsten van Jeger >
Olaf Glaert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andreas Herrmann >
Cat A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klück >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Kuppers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gerdes, LL.M. >
Dr. Carsten Milter, LL.M. >
Mara Vieira >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Weppner, M.C.J., StB >
Dr. Matthias Hülsmann, LL.M. >
Dietmar Maupel >
Johannes Simon, LL.M. >
Dr. Anna Saskia Förster >
Dr. Mareike Rühe >
Sonja Leutnant >
Dr. Alexander Köpfler >
Christoph Janssen, LL.M. >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pie >
Dr. Cornelia Maetschke-Bersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Bohme, LL.M. >
Prof. Dr. Jens Escher >
Katrein Vanden Bossche >
Dr. Kerstin Maria Albers-Mehlitz >
Patrique Wilems, LL.M.
Marein Christine Gehrmann >
Birte Kahn Gerdes, LL.M. ooc.
Dr. Jorg Henkel
Jan-Patrick Vogel, LL.M. >
Alexander Rubusch, LL.M. Eur.
Dr. Lisa Günther
Karolina Lango, LL.M.
Dr. Katja Rosa
Dr. Frauke Koch
Katrin Isabel Müller
Torben Klukkert
Dr. Manna Schulte
Dr. Anne Springob, LL.M.
Cristina Buckle

## Frankfurt am Main

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wulf, Notarin >
Claus Peter Knuhlke >
Jörg Bausch >
Hassan Sahlin >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Hartung Moebs, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Stanchen >
Dr. Uwe Sauerbohn, Notar >
Gun Huang, la.lur. >
Michael Stern >
Ulrich Reers >
Dr. Volker Bass, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Dr. Thomas Dieker >
Michael Sehert >
Christina Weyand >
Dr. Stefan Fröhlich >
Dr. Nikolas Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Werthwein >
Dr. Martin Bartik, LL.M (McGill) >
Ulf Gosejacob >
Dr. Sebastian Boyer, LL.M. >
Dr. Robert Bauer >
Marion Schröder >
Dr. Julia Schweitzer >
Anne Sophie Steinhardt >
Olga Radjuk, MLE >
Stefanie Hecker >
Lukas Müller >
Christopher Peine >
Stella Junus, LL.M. >
Tobias Henke, LL.M. >
Dr. Jan W. Grewe >
Christopher Stahl, LL.M. Eur. >
Peter Louzensky, LL.M. >
Georg Havlik >
Ines Müller-Marschhausen >
Dr. Michael Beyer, Dipl.-Volkswrt >
David Bocker, LL.M.
Dorothee Berg >
Johannes Orlau >

## Hamburg

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronikowski >
Jürgen Riep >
Maja Stadler-Euler >
Dr. Klaus Wölenbruch >
Axel C. Figes >
Dr. Jan Gutschmann >
Bernhard Kloft >
Prof. Dr. Axel Bösch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Enthoft-Laudien >
Dr. Andreas Meissner >
Robert P. Waithman, LL.M. >
Daniel Agrenzalzon >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schrof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Borschheim, LL.M. >

## München

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Herrschnfeger-Ksoll >
Dr. Ursel Paal >
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Rodewig >
Thomas Raab >
Dr. Cornelius Weitbrecht >
Helmut Franzl Schrr >
Dr. Peter Hofbauer >
Stephan M. Hinnemann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Coster, LL.M. >
Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bochner >
Dr. Peter Helich >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Reinitz >
Dr. Nicolai Wiegand, LL.M. >
Dr. Marina Epping >
Dr. Gabbert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Gedrn >
Dr. Lilian Klowitz-Haas >
Dr. Klora Fremd >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Goldammer >
Dr. Hendrik Boss >
Stefan Kröder >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Bembach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk >
Dr. Benedikt Rohrßen >

## München (continued)

Dr. Barbar.
Isabel Bern...
Fritz-Ulli Pieper, LL.M.
Florian Grimm >
Stefanie Morgenstern >
Frank Marek >
Kathleen Munstermann >
Dr. Nora E. Wessendorf, LL.M.

Rodney Dukes >
Dr. Timothy Eyles >
Adam Marks >
Laurence Cobb >
Christian Valsamidis >
Claudia Jonath >
Christophe Fletcher >

More Müller >
Dr. Dirk Wiedekind >
Dr. Jan Robbing >
Dr. Holger Schneve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Schelinski >
Dr. Janno Pachtmann >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Korts >
Alexander R. Roth, M.Jur. >
Dr. Jana Wiesner, LL.M. >
Annike Brandt >
Sven Kahlert >
Dr. Matthias Laas >
Dr. Angela Menges >
Martin Launer, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stelpflug >
Dr. Martin Hedrich, LL.M. >
Konstantin Schrader, LL.M. >
Dr. Martin Knaup, LL.B.
Xiaowen Paulus-Ye
Jan Andresen
Carsten Vahlsberg >
Jonas Grunstra >
Dr. Katja Schmidt
Dr. Alexander Sennungar, LL.M.
Anne Nehm, LL.M.
Christine Simon
Katharina Reuer, M.Jur.
Jan Feuerhake, LL.M.
Hannes Tutt
Dr. Daniel Graske
Michael Götz >
Dr. Marc-Sebastian Mühle
Frauke Standrook, LL.M.
Dr. Johanna Spiegel
Dr. Frederike Voskamp, LL.M.
André Guskow
Dr. Christiane Fischer
Franziska Greiner, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oelrichlägel
Charlotte Rediger, LL.M.
Christian Klügel
Dr. Stefan Horn
Dr. Johannes A. Hört

## Dr. Verena Ahmann

Sara Burghart, LL.M.
Dr. Christian Macon
Johannes Rauz >
Dr. jur. Christian Saueressig
Dr. Guang Li, LL.M.
Philipp Koehler >
Dr. Jan Philip Rektorschek >
Dr. Daniel Tietjen >
Verena Bertram
Manuela Dachauer >
Christiane Richter-Wienke, LL.M. >
Dr. Michael Keiffer
Pia Thiess, Maître en Droit (Paris II)
Dr. Rebekka Krause
Julia Jell
Dr. Jonas Woltzyk >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kopp
Dr. Monika Duppelfeld, LL.M. >
Boris Feldler
Tessa Böttger
Dr. Michael Beer >
Katja Schildfeiholz, LL.M.
Andrea Sauter >
Julius Zacharias
Dr. Daniel Schrembs, LL.M.
Freiherr Ruprecht von Weichs zur Wenne
Eva Gänzle
Gabriele Seeliger

## Brüssel

Rue de Livorno, 7 box 4
B - 1000 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Andreas M. Haak >

## Shanghai

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

## Beijing

Taylor Wessing Beijing Representative Office
Unit 230/1608, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 97 58 86
Fax +86 10 85 97 58 85
beijing@taylorwessing.com

Christoph Mezel >
Johnny Zhao >
Ingo Vinck >

## Hongkong

Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co.
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3 700 4089
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

billing details for Invoice number 1300139973 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.20 h x EUR 380.00/h legal services | 76.00 | | | |
| | | | | |
| Subtotal excl. taxes | 76.00 | 0.00 | | 76.00 |

2/3

**Berlin**

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar >
Thomas Wisniewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar >
Johannes Callot, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Volker Hartmann, LL.M. >
Nico Jänicke >
Amina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Rexy >
Thomas Reimnitz, LL.M. >
Kevin Mitchell, LL.M. >
Dr. Lea Maria Siering >
Anne Sophia Steinhardt >
Dr. Sebastian Klabunde >
Dr. Sebastian Hoefling >
Dr. Franziska Dautert, LL.M. >
Jan Pieper >
Christian Altenstädt

**Düsseldorf**

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustaf-Rudolf Schlepper, LL.M. >
Dr. Chrustanne Hoerdemann-Napp >
Dr. Michael Samer >
Dr. Wolfgang Galonska >
Dr. Walter Potthast >
Dr. Norbert Kämper >
Dr. Klaus Gorzmann >
Franz Janssen >
Dr. Michael Mahtz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Helsch >
Dr. Gundula Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gössen >
Dr. Torsten van Jeger >
Olaf Görrt, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermanns >
Olaf A. Krenz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klöck >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Küppers, LL.M. >
Dr. Bert Kimpel, StB >
Ingo Gordes, LL.M. >
Dr. Carsten Müller, LL.M. >
Marco Villgers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Bruggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Matthias Hülsverg, LL.M. >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anne Saskia Förster >
Dr. Mareike Ruhe >
Sonja Leutnant >
Dr. Alexander Kapfler >
Christoph Janssen, LL.M. >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Cornelia Maetschke-Bersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Böhme, LL.M. >
Prof. Dr. Jens Escher >
Katrien Vanden Bossche >
Dr. Kristin Maria Albers-Mollitz >
Panrque Wabnitz, LL.M. >
Mareike Christine Gehrmann >
Birte Kleim-Gerdes, LL.M. oec.
Dr. Jörg Henkel >
Jan-Patrick Vogel, LL.M. >
Alexander Rulausch, LL.M. Eur.
Dr. Lisa Günther >
Karolina Lange, LL.M. >
Dr. Katja Rosa >
Dr. Frauke Koch >
Katrin Isabel Müller >
Tertten Keukken >
Dr. Marina Schulte >
Dr. Anne Sprengob, LL.M. >
Cristina Böckle

**Hamburg**

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronkowski >
Jürgen Rey >
Maja Stadler-Euler >
Dr. Klaus Wittenbruch >
Axel C. Filges >
Dr. Jan Gerschmann >
Bernhard Kloft >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Meissner >
Robert P. Wethmar, LL.M. >
Daniel Apenszynjn >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jorg Wimmers, LL.M. >
Carsten Barthel >
Dr. Mark Hoenike, LL.M. >
Dr. Tosja Schoof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Borchmann, LL.M. >

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt am M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wulf, Notarin >
Claus Peter Knutinke >
Jörg Bousch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Sauberlich, Notar >
Oun Huang, Lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Sveryn Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Steinri >
Christina Weyand >
Dr. Stefan Fröhlich >
Dr. Nadine Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Wertmvein >
Dr. Martin Bartik, LL.M (McGill) >
Ulf Gosejacob >
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer >
Marco Schreder >
Dr. Julia Schweizer >
Anne Sophie Steinhardt >
Olga Radjuk, MLE >
Stefanie Hacker >
Lukas Müller >
Christopher Paine >
Stefa Junga, LL.M. >
Tobias Henke, LL.M. >
Dr. Jan W. Grave >
Christopher Stahl, LL.M. Eur. >
Peter Leuzinsky, LL.M. >
Georg Havlik >
Ines Müller-Marschhausen >
Dr. Michael Beyer, Dipl.-Volkswirt >
David Becker, LL.M. >
Dorothee Barg >
Johannes Gräu >

**München**

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Reglin >
Magdalena Henschefeger-Ksoll >
Dr. Josef Graf >
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Redeing >
Thomas Rauh >
Dr. Cornelius Weitbrecht >
Norbert Flosbach Rauh >
Dr. Peter Hofbauer >
Stephan M. Hennemann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Coster, LL.M. >
Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Helsch >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Rhannev >
Dr. Nicola Wiegand, LL.M. >
Dr. Marya Epping >
Dr. Gabert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Godron >
Dr. Léon Klawitz-Haas >
Dr. Klaus Friemel >
Dr. Walter H. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Galdammer >
Dr. Hendrik Boss >
Stefan Kreeker >
Dr. Thomas Patitsch, LL.M. >
Christian Gunzel >
Dr. Adrian Bimbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schick >
Dr. Benedikt Rohrßen >

**Dr. Barbara Isobel Berr...
Fritz-Uli Pieper, LL.M.
Florian Grimm
Stefanie Morgenstern
Frank Marek
Kathleen Munstermann
Dr. Nora E. Wessendorf, LL.M.**

Rodney Dukes >
Dr. Thomas Jansen >
Adam Marks >
Laurence Cobb >
Christian Valsamidis >
Gilles Amsallem >
Claudia Janoth >
Christopha Fischer >

Dr. Dirk Weddelend >
Dr. Jan Rebeling >
Dr. Holger Scherwe, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Schelinski >
Dr. Janina Pochhammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Kress >
Alexander R. Roth, M.Jur. >
Dr. Jens Wesner, LL.M. >
Anneke Brandt >
Sven Kahlert >
Dr. Matthias Laas >
Dr. Angela Menges >
Martin Launer, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stelpflug >
Dr. Martin Hazdrich, LL.M. >
Konstantin Schrader, LL.M. >
Dr. Martin Knaup, LL.B.
Xiaoven Paulus-Ye >
Jan Andreasen >
Carsten Volinberg >
Jonas Wernwein >
Dr. Katja Schmidt >
Dr. Alexander Senninger, LL.M. >
Anne Nahm, LL.M. >
Christine Simon >
Katharina Reuer, M.Jur. >
Jan Feuerhake, LL.M. >
Hannes Tutt >
Dr. Daniel Graske >
Michael Götz >
Dr. Marc-Sebastian Muhle >
Frauke Ultenbrock, LL.M. >
Dr. Johanna Spiegel >
Dr. Frederike Vosskamp, LL.M. >
André Guskow >
Dr. Christina Fischer >
Franziska Greiner, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilian Oehlschlägel >
Charlotte Rodiger, LL.M. >
Christian Klügel >
Dr. Stefan Horn >
Dr. Johannes A. Holt >

**Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Christian Maron >
Johannes Rauer >
Dr. jur. Christian Saueressig >
Dr. Guang Li, LL.M. >
Philipp Kochler >
Dr. Jan Philip Rektorschek >
Dr. Daniel Tietjen >
Verena Bertram >
Manuela Dachauer >
Christiane Richter-Wienke, LL.M. >
Dr. Michael Keiffer >
Pia Thriess, Maître en Droit (Paris II) >
Dr. Rebokka Krause >
Julia Jett >
Dr. Jonas Woitzyk >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Monika Duppelfeld, LL.M. >
Boris Fischer >
Tessa Böttger >
Dr. Angela Beber >
Katja Schriftenolz, LL.M. >
Andrea Sautter >
Julius Zacharias >
Dr. Daniel Schrembs, LL.M. >
Froherr Ruppecht von Weichs zur Wenne >
Eva Gänzle >
Gabriele Seelger**

**Brüssel**

Rue de Livorne, 7 box 4
B - 1000 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

**Beijing**

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel >
Johnny Zhao >
Ingo Vinck >

**Hongkong**

Taylor Wessing Hong Kong Office
in association with HJ7, Chan & Co.
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

billing details for Invoice number 1300139973 with reference to the fee arrangement

TaylorWessing

| Client: | **General Media Communications, Inc. (GEN36)** |
| Matter: | **General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000)** |
| from: | **08/08/17 to 08/31/17** |

| Date | Hours | Narrative |
| --- | --- | --- |

### Attorney: Ortrun Günzel (D0959)

| 08/08/17 | 0.10 | Sending a reminder to David Sigalow asking for instructions. |
| 08/09/17 | 0.10 | Receipt and Review of E-Mail from David Sigalow; Brief Response thereto. |
| | 0.20 | Total time for Ortrun Günzel (D0959) |

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M.
Roman Barwaldt, Notar >
Thomas Wisniewski >
Dr. Tim Wannenmann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Butler >
Dr. Hagen Hasselbrink, Notar >
Johannes Callet, Lic. en Droit >
Dr. Norman Reichert, LL.M. >
Dr. Jenz Wolf >
Volker Herrmann, LL.M.
Nico Jancke >
Amina Boehm, LL.M.
Paul Voigt, Lic. en Derecho >
Patrick Aloy >
Thomas Rammos, LL.M.
Kevin Mitchell, LL.M.
Dr. Lea Maria Siering >
Anne Sophie Steinhardt
Dr. Sebastian Klabunde
Dr. Sebastian Hoefling
Dr. Franziska Dautert, LL.M.
Jan Peper
Carolan Ahrendt

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich M. Max °
Gustaf-Rudolf Schleiper, LL.M
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Semer >
Dr. Wolfgang Galenska >
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Maltz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Hellich >
Dr. Gunbret Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Torsten van Jager >
Olaf Gierst, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klöck >
Andreas M. Haak >
Dr. Olwer Bertram >
Roland Kuppers, LL.M. >
Dr. Bert Kempel, StB >
Ingo Gerdes, LL.M. >
Dr. Christian Müller, LL.M. >
Maria Menzis >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Bruggemann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Felix Wagener, M.C.L., StB >
Dr. Matthias Hülsewig, LL.M. >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anna Saskia Förster >
Dr. Mareike Ruhe >
Sonja Lautnann >
Dr. Alexander Kapfler >
Christoph Janssen, LL.M. >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schluender >
Dr. Michael Johannes Pils >
Dr. Cornelia Maetschke-Biersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandt >
Dr. Markus Böhme, LL.M. >
Prof. Dr. Jens Escher >
Katrien Vanden Bossche
Dr. Kerstin Maria Albers-Mehlitz >
Patrizya Welerns, LL.M.
Elzieke Christine Gohrmann >
Birte rohns-Cordes, LL.M. oec.
Dr. Jörg Henkel
Jan-Patrick Vogol, LL.M. >
Alexandra Rabusch, LL.M. Eur.
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rose >
Dr. Frauke Koch
Katrin Isabel Muller
Torben Walkner
Dr. Marvin Schurre
Dr. Anna Sprengib, LL.M.
Cristina Budde

Dr. Barbara
Isabel Berns
Fritz-Ulti Pieper, LL.M.
Florian Grimm
Stefanie Morgenstern
Frank Marek
Nathan Munstermann
Dr. Nora E. Wessendorf, LL.M.

Rodney Dukes >
Timothy Eyles **>
Adam Marks **>
Laurence Cobb **>
Christian Vatamidis **>
Gilles Arealborn **>
Claudia Jonath **>
Christophe Flacher **>

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) **
Dr. phil. nat. Klaus Kupka °
Alf Arotz >
Dr. Julia Wolf, Notann >
Claus Peter Kruelnke >
Jorg Bausch >
Hassan Sohbs >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bort **>
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Skaberich, Notar >
Qun Huang, lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Stritört >
Christine Weyand >
Dr. Stefan Fröhlich >
Dr. Nikola Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Wettwerin >
Dr. Martin Bartlik, LL.M (McGill) >
Ulf Gosgjaco >
Dr. Sebastian Beyer, LL.M) >
Dr. Robert Bauer **>
Marion Schroder **
Dr. Julia Schweizer **
Anne Sophie Steinhardt
Olga Radjuk, MLE
Stefano Hacker
Lukas Muller
Christopher Peine **
Stella Junga, LL.M.
Tobas Henke, LL.M.
Dr. Jan W. Grewe **
Christopher Stehl, LL.M. Eur.
Peter Louzensky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Dr. Michael Beyer, Dipl.-Volkswirt
David Bocker, LL.M.
Dorothea Barg
Johannes Ottav

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Grota Weil **
Dr. Christoph von Oppeln-Bronkowski **
Jürgen Reip **
Maja Stadler-Euler **
Dr. Klaus Wittenbruch **
Axel C. Filges **
Dr. Jan Curschmann >
Bernhard Kloft >
Prof. Dr. Axel Bösch, M.C.J. **>
Dr. Kai Grewe **>
Dr. Michael Baumhauer >
Dr. Dagner Entholt-Laudien >
Dr. Andreas Meissner **>
Ralph P. Welthmar, LL.M. **>
Daniel Arenstorpi >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jorg Wenners, LL.M. >
Carsten Barthol >
Dr. Marx Hoenke, LL.M. >
Dr. Tessa Schoct >
Dr. Marco Hartmann-Rüppel, Dpl.-Volksw. >
Dr. Axel Fehr, vom dem Bussche, LL.M. >
Dr. Wethke Baars, LL.M. **>
Dieter Lang, LL.M.Eur. **>
Hauke Brorschinski, LL.M. >

Dr. Jana Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Ana Fenge, LL.M. >
Dr. Alexander Plenzke >
Marc Muller **>
Dr. Dirk Weddeskind **>
Dr. Jan Rebking **>
Dr. Holger Schneve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz **>
Dr. Tobias Scheinecke **>
Dr. Janina Posthammer >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Troge **>
Dr. Jan Kern >
Alexander R. Roth, M.Jur. **>
Dr. Jens Wesner, LL.M. **>
Anneke Brandt **°
Sven Kahlert **>
Dr. Matthias Laas **
Dr. Angela Menges **>
Martin Launer, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Tannermann >
Dr. Stephan von Marschall, LL.M. **>
Dr. David Klein, LL.M. **>
Timo Steipflug **>
Dr. Martin Hedrich, LL.M. **>
Konstantin Schreder, LL.M.
Dr. Martin Knaup, LL.B.
Xiaowan Paulus-Ye
Jan Andreasen
Carsten Vollberg **>
**Jonas Warnken**
Dr. Katja Schmidt
Dr. Alexander Semninger, LL.M.
Anne Nolim, LL.M.
Christine Simon
Katharina Rauer, M.Jur.
Jan Faserhoble, LL.M.
Hannes Tutt
Dr. Daniel Graske
Dr. Marc-Sebastian Mühle
Frauke Strantbrook, LL.M.
Dr. Johanna Spiegel
Dr. Friederiko Voskamp, LL.M.
André Guskow
Dr. Christiane Fischer
Franziska Gremer, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oehlschlägel
Charlotte Röttger, LL.M.
Christian Klügel
Dr. Stefan Horn
Dr. Johannes A. Hoft

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. °
Dr. Michael Semnier, StB **
Dr. Sabine Rojahn **
Magdalena Hanreichsfoger-Kraft **
Dr. Ursel Pfad **>
Dr. Wolfgang A. Rehmann >
Dr. Henrich Rodevog >
Thomas Raab >
Dr. Cornelius Wettbrecht >
Michael Rimann-Rehdt >
Dr. Peter Hofbauer >
Stephan M. Heinemann >
Dr. Christian Traichel **>
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz **>
Christoph de Coster, LL.M. **>
Dr. Sibylle Gierschmann, LL.M. **>
Martin Knurs >
Harald Bechteler >
Dr. Peter Hellich >
Andreas Bauer **>
Dr. Oliver Rehberg >
Dr. Noelai Weggard, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah **>
Dr. Axel Godam **>
Dr. Lilan Kiewitz-Haas >
Dr. Klaus Fröhind >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Goldammer >
Dr. Hendrik Boss >
Stefan Kreder >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Brrsbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf **>
Dr. Sonja Ackermann, M. Jur. (Oxford) **>
Dr. Elisabeth Schuk °
Dr. Benedikt Rohrßen **>

Dr. Verena Ahmann **>
Sara Burghart, LL.M. >
Dr. Christian Manon **>
Johannes Riuo **>
Dr. jur. Christian Saueressig **>
Dr. Giuang Li, LL.M. **>
Philipp Koehler **
Dr. Jan Philip Rektorschek **>
Dr. Daniel Tietjen >
Verena Bertram
Manuela Dachauer **
Christiane Richter-Wienke, LL.M. **>
Dr. Michael Keiffer
Pia Theiss, Maître en Droit (Paris II)
Dr. Rebekka Krause
Julia Jell
Dr. Jonas Wotzyk
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp
Dr. Monika Duppelfeld, LL.M.
Boris Fascher
Tessa Böttger
Dr. Michael Boer
Katja Schiffelholz, LL.M.
Andrea Sautter
Julius Zacharias
Dr. Daniel Schrembs, LL.M.
Freiherr Ruprecht von Weichs zur Wenne
Eva Ganzle
Gabriele Steiger

**Brüssel**
Rue de Livorne, 7 box 4
B - 1000 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Maron Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak **>

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan **>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307/08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 59 85
beijing@taylorwessing.com

Christoph Hezel **>
Johnny Zhao **
Ingo Vinck **>

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co.
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4102
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB **>

** Fachanwalt für Steuerrecht
** Fachanwalt für Arbeitsrecht
** Fachanwalt für Verwaltungsrecht
** Fachanwalt für Familienrecht
** Fachanwalt für internationales Wirtschaftsrecht
** Fachanwalt für Versicherungsrecht
** Fachanwalt für Bau- und Architektenrecht
** Fachanwalt für Handels- und Gesellschaftsrecht
** Fachanwalt für Informationstechnologierecht
** Fachanwalt für Gewerblichen Rechtsschutz
** Fachanwalt für Erbrecht
** Fachanwalt für Miet- und Maklerrecht
** Fachanwalt für Bank- und Kapitalmarktrecht
** Fachanwalt für Transport- und Speditionsrecht
** Fachanwalt für Urheberrecht
** Fachanwalt für Insolvenzrecht
°  Solicitor (England and Wales)
>  Avocat a la Cour
°  Attorney at Law (California)
>  Attorney at Law (New York)
**  Mediator
**  Gerichtlicher zugelassen
**  Nicht als Rechtsanwalt/Rechtsanwältin zugelassen
**  Counsel
°  Of Counsel, kein Gesellschafter/Sitz Partner
>  Partner
>  Salary Partner, kein Gesellschafter/Sitz Partner

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

matter no.
GEN36.D1000

Invoice number
1300144538

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

| Date | Billing partner | **Invoice** |
|---|---|---|
| 6 November 2017 | Ortrun Günzel | |

Matter

General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings
against registration of DE302011055800.0/41 "PENTHOUSE"

Your reference

Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"

Bill Period

October 2017

For our services according to the attached narratives we hereby charge the following fees and
disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 76.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 76.00 | 0.00 | | 76.00 |
| Total including VAT **(EUR 0.00)** | 76.00 | 0.00 | 0.00 | 76.00 |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN  DE18 2007 0000 0022 6357 00  BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

1/3

**Berlin**

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
[email protected]

Dr. Gregor Schmid, LL.M. >
Ronan Barwaldt, Notar, Amtssitz Berlin >
Thomas Wieneroke > >
Dr. Tim Zumbansen >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Breck >
Dr. Sebastian Butler > >
Dr. Hagen Fosselfeldk, Notar, Amtssitz Berlin >
Johannes Callet, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jana Welt >
Volker Herrmann, LL.M. °
Nico Jänicke > >
Alexandra Pohl, LL.M. >
Hya Vogst, Lic.en Derecho > >
Patrick Abay °
Tobias Kunesch, LL.M. >
Sven Manson, LL.M. >
Dr. Jan Malte Frazog
Anne Sophie Sorenson
Dr. Sigrun Kaufmann °
Dr. Jonathan Schroder >
In Häring Rehaart

**Düsseldorf**

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
[email protected]

Dr. Joachim H. Maier °
Gustav-Rudolf Schiepper, LL.M. >
Dr. Christiane Hoerdemann-Nopp >
Dr. Michael Sarrer > >
Dr. Wolfgang Gulomka > >
Dr. Walter Rottnauer >
Prof. Dr. Norbert Kamper > >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Maier >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Hütsch >
Dr. Guntralt Kammerer-Gälwn ° >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillesson >
Dr. Torsten van Jager >
Olaf Gätzl, LL.M. >
Dr. Ernst-Albrecht von Bohuvas, LL.M. >
Andrea Hermanns >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak °° >
Dr. Oliver Bertram >
Roland Koppers, LL.M. >
Dr. Beni Kimcel, StB >
Ina Graubu, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Gemer >
Martin Gemer >
Dr. Roland Schmidt-Bicker >
Dr. Michael Brueggmann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Erik Wagner (SIC), StB
Dr. Matthias Hülsewig, LL.M. > >
Dietmar Mampel >
Johannes Simon, LL.M. > >
Dr. Anna Saskia Forster > >
Dr. Mareike Ruhe °° >
Sonja Leutnant °°
Dr. Alexander Kepke °
Christoph Janssen, LL.M. >
Dr. Kathrin Moravek, LL.M. > >
Dr. Jan Schumacher > >
Dr. Michael Johannes Pils °
Dr. Cornelia Maetschke-Bersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke °
Dr. Joachim Mandl °
Dr. Markus Bohme, LL.M. °
Prof. Dr. Jens Escher °°
Dr. Kerstin Maria Albers-Mehlitz °°
Mareike Christine Gehrmann °°
Katrein Vanden Bossche
Patrique Vallena, LL.M.
Birte Kohn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Jan-Patrick Vogel, LL.M. >
Alexander Rubusch, LL.M. Eur.
Dr. Lisa Günther
Karolina Lango, LL.M.
Dr. Kaja Hassa °
Dr. Frauke Koch
Katrin Isabel Müller
Torben Klukkert
Dr. Marina Schulte
Dr. Anne Spengala, LL.M.
Cristina Bockle
Dr. Barbara Tinemann, LL.M.
Isabel Bernholt
Fritz-Ulli Pieper, LL.M.

---

Florian Bin >
Alexander Müller-Lystern
Frank Marek
Kathleen Munstermann
Dr. Nora E. Westendorf, LL.M. °
Philip Scholz

Rodney Bukes >
Timothy Eyles °° >
Andreas Maas >
Lawrence Cobb > >
Christian Vattamidis >
Gilles Amsallem > >
Claudia Jonath > >
Christopher Fischer >

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
[email protected]

Michael H. Spraig, Notar (a.D.) °
Dr. phil.nat. Klaus Kapkte °°
Alf Aretz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kreutke >
Jörg Bausch > °
Hassan Sohis >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Oredecken >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Luffmann, LL.M. >
Dr. Gregor Strechzisn >
Dr. Uwe Säuberlich, Notar, Amtssitz Frankfurt a.M. >
Cun Huong, lic.en.
Michael Stein >
Ulrich Reers >
Dr. Volker Bass, M.P.A. >
Svenja Mausdart >
Sabine Schomoker >
Clemens Nedner >
Michael Seinert >
Christine Weyand °° >
Dr. Stefan Fröhlich >
Dr. Nikolai Voth °
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. °
Thomas Kahl °
Dr. Simon Wertkvenn °°
Dr. Martin Bartek, LL.M (MCG1), Notar, Amtssitz Frankfurt a.M. °°
Ulf Gosejacob °
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer °°
Dr. Jan W. Gluwe >
Marion Schröder >
Dr. Julia Schweitzer °
Anne Sophie Steinhardt
Olga Raduk, MLE
Stefano Hecker
Lukas Müller
Christopher Peine >
Stefa Juraja, LL.M.
Tobias Henke, LL.M.
Christopher Stahl, LL.M. Eur.
Peter Louzendky, LL.M.
Georg Havek
Ines Müller-Marschhausen
Dr. Michael Beyer, Dipl.-Volkswirt
David Becker, LL.M.
Dorothee Barg
Johannes Cißa

**Hamburg**

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
[email protected]

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronkowski °
Jurgen Biegl °
Maja Stadler-Euler °
Dr. Klaus Willenbruch °
Axel C. Filges °
Dr. Jan Geschwandtner
Bernhard Klatt >
Prof. Dr. Axel Bosch, M.C.J. °° > °
Dr. Kia Greve > °
Dr. Michael Baumhauer >
Dr. Dagmar Enthalt-Laurien >
Dr. Andreas Messmer °°
Robert P. Wethmar, LL.M. >
Daniel Agenstajen >
Dr. Peter Seemann, LL.M. >
Dr. Hendrik Boss >
Jörg Wimmers, LL.M. °° >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volkswirt >
Dr. Axel Frhr. von dem Bussche, LL.M. °° >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. °° >
Hauke Bonschalb, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kirschner >

---

Marc Müller >
Dr. Dirk Weddekend >
Dr. Jan Rebeling °° >
Dr. Holger Steinbreck, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz °° >
Dr. Tobias Schönsoll >
Dr. Jana Rosenkranz >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Bregе °° >
Dr. Jan Korn >
Alexander R. Roth, M.Jur. °° >
Dr. Jens Weinert, LL.M. >
Anned Brandt °°
Sven Köhler °°
Dr. Matthias Lais °°
Dr. Angela Menges °° >
Martin Lauer, Dipl.-Ing. (FH) °
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann °°
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stafpillig °°
Dr. Martin Hedrich, LL.M. >
Dr. Martin Knaup, LL.B. °
Xaowyen Paulus-Yo °
Jan Andresen °
Jonas Warnken °
Konstantinos Schindt, LL.M. >
Carsten Vesnberg °
Dr. Katja Schmidt °
Dr. Alexander Schwinger, LL.M. >
Anne Nolten, LL.M. >
Christine Simon °
Katharina Reuer, M.Jur.
Jan Feuerholm, LL.M.
Hannes Tutt °
Dr. Daniel Gaske
Michael Glitz °°
Dr. Marc-Sebastian Muhle °
Frauke Uferbrock, LL.M. >
Dr. Johanna Spiegel >
Dr. Friederika Veskamp, LL.M. >
André Gorkov >
Dr. Christine Fischer >
Franziska Greiner, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilan Oehlschlägel >
Charlotte Rodger, LL.M. >
Dr. Stefan Horn >
Dr. Johannes A. Hoft >
Benedikt F. Flötor
Jacek Kowieski
Lucas de Ponte Müller

**München**

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
[email protected]

Dr. Klaus Zimmermann, Dipl.-Kfm. °
Dr. Michael Sommer, StB °
Dr. Sabine Rojahn °
Magdalena Harnischfeger-Ksoll °
Dr. Ursol Paal °
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Radeweg >
Thomas Raab >
Dr. Cornelius Wertbrecht >
Michael-Florian Ranft >
Dr. Peter Hellmair >
Stephan M. Hönemann > >
Dr. Christian Trachtel II >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz[1] >
Christoph de Cesare, LL.M. >
Dr. Sibylle Gierschmann, LL.M. >° >
Martin Kraus >
Harald Beschorner >
Dr. Peter Helich >
Andreas Bauer °
Dr. Martin Rothermel >
Dr. Oliver Rebhy >
Dr. Nicole Weppind, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah °° >
Dr. Axel Gorbov °° >
Dr. Lilan Kuenzl-Haas >
Dr. Kilan Fromel °° >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Geldmimer >
Dr. Hendrik Boss >
Stefan Krooker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel °° >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. °° >
Henry Lauf °
Dr. Sonja Ackermann, M.Jur. (Oxford) °
Dr. Elisabeth Schalk °
Dr. Benedikt Rohrßen °°
Dr. Verena Ahmann °°
Sara Burghart, LL.M. °
Dr. Christian Marco °°
Johannes Raue °°

---

Dr. jur. Christian Saueressig °
Dr. Guang Li, LL.M. (Oxxlo...) °
Philipp Köpker °
Dr. Jan Philip Röktorschoek °
Dr. Ken Uerner[1] >
Verena Bertram °°
Manuela Damausr °
Christiane Richter-Wienke, LL.M. °
Dr. Michael Koffer
Fei Präets, Maître en Droit (Paris II)
Dr. Rebekka Krause
Julia Jell
Dr. Jonas Worczyk
Dr. Christian Tenkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Duppelfeld, LL.M.
Boris Fischer
Tessa Bettger °
Dr. Michael Bisor
Andrea Sautter
Julius Zschorneck
Dr. Daniel Schrembs, LL.M.
Frehren Ruprecht von Woechst zur Wenne
Eva Csiszka
Gabriela Sedger °
Sebastian Kratzer
Johannes Krumminrow

**Brüssel**

Brussels Corni...
B - 1040 Brussels
Tel. +32 2 290 05 36
[email protected]

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volkswirt >
Andreas M. Haak (5) °

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
[email protected]

Ralph V. Koppitz °°
Dr. Michael Tan °°

**Beijing**

Taylor Wessing Beijng Representative Office
Unit 2007&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 97 56 86
Fax +86 10 85 97 58 85
[email protected]

Christoph Hazel °° °
Johnny Zhao °
Ingo Vinck °

**Hongkong**

Taylor Wessing Hong Kong Office,
in association with Wang Chan & Co.
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3760 0261
Fax +852 3760 0099
[email protected]

Dr. Jakob Remonschneider, StB °° °

° Fachanwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
° Fachanwalt für Verwaltungsrecht
° Fachanwalt für Familienrecht
°° Fachanwalt für Internationales Wirtschaftsrecht
°° Fachanwalt für Versicherungsrecht
° Fachanwalt für Bau- und Architektenrecht
° Fachanwalt für Handels- und Gesellschaftsrecht
°° Fachanwalt für Informationstechnologierecht
° Fachanwalt für Gewerblichen Rechtsschutz
° Fachanwalt für Erbrecht
° Fachanwalt für Miet- und Wohnungseigentumsrecht
° Fachanwalt für Bank- und Kapitalmarktrecht
° Fachanwalt für Transport- und Speditionsrecht
° Fachanwalt für Vergaberecht
° Fachanwalt für Insolvenzrecht
° Solicitor (England und Wales)
° Avocat à la Cour
° Attorney-at-Law (California)
° Attorney-at-Law (New York)
° Mediator
°° Rechtsanwalt zugelassen
°° nicht zugelassen Rechtsanwalt
°° Counsel
°° Of Counsel, freie Gesellschafter u.a. Partner
°° Steuerberater, kein Gesellschafter (bzw. Partner)

billing details for Invoice number 1300144538 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.20 h x EUR 380.00/h legal services | 76.00 | | | |
| | | | | |
| Subtotal excl. taxes | 76.00 | 0.00 | | 76.00 |

2/3

**Berlin**

Ebertstraße 15
D – 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 35 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Borwald, Notar, Amtssitz Berlin >
Dr. Thomas Wessrevski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Busler >
Dr. Hagen Hesselbrink, Notar, Amtssitz Berlin >
Johannes Caßel, Lic. en Droit >
Dr. Norman Rodrich, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. >
Nico Juncke >
Armin Bohm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Abey >
Thomas Hamann, LL.M. >
Karin Mussel, LL.M. >
Dr. Lea Maria Siering >
Anne Sophie Steinhardt >
Dr. Sebastian Kuhnade >
Dr. Sebastian Hoefling >
Dr. Matthias Rendich, LL.M. >

**Düsseldorf**

Benrather Straße 15
D – 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 67 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustav-Rudolf Schleper, LL.M. >
Dr. Constanze Hoerdemann-Napp >
Dr. Michael Sasse >
Dr. Wolfgang Gabelska >
Dr. Walter Potthast >
Prof. Dr. Norbert Kemper >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Mältz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Kellich >
Dr. Gunbrett Kimmerer-Gahlin >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gheusen >
Dr. Torsten van Jeger >
Olaf Gärtl, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Ruppka, LL.M. >
Dr. Bert Kempel, StB >
Inga Gerdes, LL.M. >
Dr. Carsten Mäter, LL.M. >
Mara Weers >
Martin Gerner >
Dr. Roland Schmidt-Böker >
Dr. Michael Brüggemann >
Dr. Matthias Husevig, LL.M. >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anne Saskia Forster >
Dr. Mareike Ruhe >
Sonja Leumann >
Dr. Alexander Kopfer >
Christoph Janssen, LL.M. >
Dr. Katharin Manen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Cornelia Maetschke-Biersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Böhme, LL.M. >
Prof. Dr. Jens Escher >
Dr. Kerstin Maria Albers-Mohitz >
Mareike Christine Gehrmann >
Katrien Vanden Bossche >
Patrique Willems, LL.M. >
Birte Kuhn-Gerdes, LL.M. occ. >
Dr. Jörg Henkel >
Jan-Patrick Vogel, LL.M. >
Alexander Rubusch, LL.M. Eur. >
Dr. Lisa Gunther >
Karolina Lange, LL.M. >
Dr. Katja Rosa >
Dr. Franke Koch >
Katrin Isabel Müller >
Torben Rukkert >
Dr. Marina Schulte >
Dr. Anne Springob, LL.M. >
Cristina Bockla >
Dr. Barbara Treemann, LL.M. >
Isabel Beerhoff >
Fritz-Ulli Pieper, LL.M. >

Florian Gr...
Stefano M...nstern
Frank Marek >
Kathleen Muestermann
Dr. Nora H. Wesserckoff, LL.M. >
Philip Schelz

Rodney Evans >
Timothy Eyles >
Adam Marks >
Lawrence Cobb >
Christian Valsamidis >
Giles Amzallem >
Claudio Jonath >
Christopher Fischer >

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D – 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spreng, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Arotz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kruhnke >
Jorg Bausch >
Hassan Sebbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus-Friedrich >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Georg Streichert >
Dr. Uwe Stubenrich, Notar, Amtssitz Frankfurt a.M. >
Gun Huang, lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A >
Sonya Meagher >
Sabine Schomaker >
Clemens Niedner >
Dr. Stefan Frölilich >
Dr. Nikolai Voß >
Dr. Anne Lucia Izzo-Wagner, LL.M. >
Thomas Kahl >
Dr. Simon Werthwein >
Dr. Martin Bartik, LL.M (MrGf), Notar, Amtssitz Frankfurt a.M. >
Ulf Gosegarck >
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Gräwe >
Marion Schroder >
Dr. Julia Schweizer >
Anne Sophie Steinhardt >
Stefann Heeder >
Lukas Müller >
Christopher Pene >
Stefa Junag, LL.M >
Isabel Henko, LL.M. >
Christopher Stahl, LL.M. Eur. >
Peter Leuzensky, LL.M. >
Georg Havak >
Ines Müller-Marschhausen >
Dr. Michael Boyer, Dipl.-Volkswirt >
David Decker, LL.M. >
Dorothea Barg >
Johannes Catru

**Hamburg**

Hanseatic Trade Center
Am Sandtorkai 41
D – 20457 Hamburg
Tel. +49 40 3 68 05 0
Fax +49 40 3 68 05 380
hamburg@taylorwessing.com

Dr. Geela Wild >
Dr. Christoph von Oppeln-Bronikowski >
Jurgen Rup >
Maja Stader-Euler >
Dr. Klaus Willenbruch >
Axel C. Filges >
Dr. Jan Curschmann >
Bernhard Kloft >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Grove >
Dr. Michael Baumhauer >
Dr. Dagmar Enthalt-Laudien >
Dr. Andreas Messner >
Robert P. Wehtmar, LL.M. >
Daniel Alpenstadt >
Dr. Peter Seemann, LL.M. >
Dr. Hendrik Bess >
Jörg Winkens, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenke, LL.M. >
Dr. Tessa Schonof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Doctor Lang, LL.M. Eur. >
Hauke Bretzmann, LL.M. >
Dr. Sabine Keben >
Dr. Jens Wolf >
Dr. Tilmann Pfiefer >
Dr. Oliver Kirschner >

Florian Gr... (München column)

**München**

Isartorplatz 8
D – 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Horn-schleger-Kscil >
Dr. Ursel Paal >
Dr. Wolfgang A. Rohmann >
Dr. Heinrich Rodewig >
Thomas Raab >
Dr. Cornelius Wehtbrecht >
Michael-Florian Ranft >
Dr. Peter Huthaler >
Stephan M. Heindsmann >
Dr. Christian Trachtel 1) >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz 1) >
Dr. Stephan de Crosse, LL.M. >
Dr. Sibylle Gerschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Heldrich >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Reeped >
Dr. Moritz Weggand, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Godron >
Dr. Lilian Klewitz-Haas >
Dr. Klara Fremtel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Goldammer >
Dr. Henrik Bess >
Stefan Kroeker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schulte >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Christian Marcon >
Johannes Raue >

Dr. Alexander Penze >
Marc Wudek >
Dr. Dirk Weddeland >
Dr. Jan Reboling >
Dr. Holger Schreeve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schultz >
Dr. Tobias Schelinski >
Dr. Janna Reschmann >
Prof. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Terge >
Dr. Jan Kern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wiesner, LL.M. >
Anneke Brands >
Sven Kohlert >
Dr. Matthias Lass >
Dr. Angela Menges >
Marlon Lawyer, Dipl.-Ing. (FH) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stelpflug >
Dr. Martin Heidrich, LL.M. >
Dr. Martin Kreun, LL.M. >
Xiaoyoen Pauluo Ye >
Jan Andreeon >
Jonas Warnken >
Konstantin Schrecker, LL.M >
Carsten Veinberg >
Dr. Katja Schmidt >
Dr. Alexander Sennager, LL.M. >
Anne Rebin, LL.M. >
Christine Simon >
Katharina Reuer, M.Jur. >
Jan Fesenfeld, LL.M. >
Hannes Tutt >
Dr. Daniel Graske >
Michael Götz >
Dr. Hans-Sebastian Muhle >
Frauke Ullenbruck, LL.M. >
Dr. Johanna Spiegel >
Dr. Friederike Voskamp, LL.M. >
André Gaskov >
Dr. Christine Fischer >
Franziska Gruner, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilien Oehlschlägel >
Charlotte Rödiger, LL.M. >
Dr. Stefan Horn >
Dr. Johannes A. Hütt >
Benedikt F. Flözer >
Jacek Kowalski >
Lucas de Ponte Müßer >

Dr. Christian Sauressig >
Dr. Georg U. LL.M. >
Philipp Koehler >
Dr. Jan Philipp Rektorschok >
Dr. Daniel Tietjen >
Verena Borkann >
Manuela Dschaurer >
Christena Richter-Wienke, LL.M. >
Dr. Michael Kettler >
Fia Treers, Maître en Droit (Paris II) >
Dr. Rebecka Krause >
Julia Jell >
Dr. Jonas Wietzyk >
Dr. Christian Terkhnoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Manda Dupperfeld, LL.M. >
Boris Fischer >
Tessa Böttger >
Dr. Michael Borr >
Katja Schrefbchott, LL.M. >
Andrea Sautter >
Julius Zechariah >
Dr. Daniel Schrembhs, LL.M. >
Freiherr Ruprecht von Wrechs zur Wenne >
Eva Gruda >
Gabriela Scekyor >
Sebastian Krutzer >
Johannes Kuznmerow >

**Brüssel**

Trône 4
B – 1000 Brussels
Tel. +32 2 290 03 30
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak 15) >

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

**Beijing**

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 97 58 99
Fax +86 10 85 97 58 85
beijing@taylorwessing.com

Christian Bezoli >
Johnny Zhao >
Inga Vinck >

**Hongkong**

Taylor Wessing Hong Kong Office
in association with RHK Chan & Co
21st Floor
8 Queen's Road Centre
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Remennschneider, StB >

1) Fachanwalt für Steuerrecht
2) Fachanwalt für Arbeitsrecht
3) Fachanwalt für Verwaltungsrecht
4) Fachanwalt für Familienrecht
5) Fachanwalt für Internationales Wirtschaftsrecht
6) Fachanwalt für Versicherungsrecht
7) Fachanwalt für Bau- und Architektenrecht
8) Fachanwalt für Handels- und Gesellschaftsrecht
9) Fachanwalt für Informationstechnologierecht
10) Fachanwalt für Gewerblichen Rechtsschutz
11) Fachanwalt für Erbrecht
12) Fachanwalt für Miet- und Medizinrecht
13) Fachanwalt für Bank- und Kapitalmarktrecht
14) Fachanwalt für Transport- und Speditionsrecht
15) Fachanwalt für Vergaberecht
Fachanwalt für Insolvenzrecht
Solicitor (England and Wales)
Avocat à la Cour
Attorney-at-Law (California)
Attorney-at-Law (New York)
Mediator
Conseil (etc.)
Of Counsel beim Gesellschafter
Counsel

billing details for Invoice number 1300144538 with reference to the fee arrangement

TaylorWessing

Client:         **General Media Communications, Inc. (GEN36)**
Matter:         **General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal
                proceedings against registration of DE302011055800.0/41 "PENTHOUSE"
                (GEN36.D1000)**
from:           **10/06/17 to 10/31/17**

| Date | Hours | Narrative |
|------|-------|-----------|

**Attorney: Ortrun Günzel (D0959)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 10/06/17 | 0.20 | Preparing and filing a request for an Extension of time; our Report to you. |
| | **0.20** | **Total time for Ortrun Günzel (D0959)** |

**Berlin**

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 56 0
Fax +49 30 88 56 56 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar, Amtssitz Berlin >
Thomas Wierwaule >
Dr. Tim Wunnerlich >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Busler >
Dr. Hagen Hasselblink, Notar, Amtssitz Berlin >
Johannes Callet, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jens Wolf >
Volker Herrmann, LL.M. >
Nico Janicke >
Andrea Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Abey >
Theresa Hermann, LL.M. >
Robin Matzke, LL.M. >
Dr. Lea Mann-Steinberg >
Anne Sophie Stenerodt
Dr. Sebastian Kattunde
Dr. Sebastian Hardung
Dr. Franziska Blumert, LL.M.
Jan Felber
Christoph Ahrendt

**Düsseldorf**

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustav-Rudolf Schöper, LL.M. >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Bauer >
Dr. Wolfgang Gabriels >
Dr. Walter Pottheat >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Jansen >
Dr. Michael Maltz >
Marc André Grimm >
Dr. Thomas Fehrenbach >
Detlef Klett >
Dr. Peter Heinh >
Dr. Guntram Kammerer-Gälahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gliessen >
Dr. Torsten van Jeger >
Olaf Olert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz >
Dr. Sascha R. Gregson >
Dr. Oliver Rosskopf >
Andreas M. Haak >
Dr. Oliver Bertram >
Richard Ruppert, LL.M. >
Dr. Boris Kimpel, StB >
Inga Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Weers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M. >
Dr. Annalena Hülsewig, LL.M. >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anne Saskia Forster >
Dr. Mareike Ruhe >
Sonja Leumann >
Dr. Alexander Kepper >
Christoph Janssen, LL.M. >
Dr. Katrina Manon, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Cornelia Maciejcwka-Borsack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Bohnau, LL.M. >
Prof. Dr. Jens Escher >
Dr. Kerstin Maria Albers-Mohitz >
Marc-Ivo Christine Gennmann >
Katrien Vandein Bossche
Patrique Willems, LL.M.
Birte Kehm-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Jan-Patrick Vogel, LL.M.
Alexander Rubusch, LL.M. Eur.
Dr. Lisa Günther
Kristina Lange, LL.M.
Dr. Katja Roß >
Dr. Frauke Koch
Katrin Isabel Müller
Torben Riekert
Dr. Maria Schulte
Anne Springob, LL.M.
Cristina Buccio
Dr. Barbara Trautmann, LL.M.
Josef Borchardt
Fritz-Ulli Pieper, LL.M.

**Florian Grill**
Stefanie Müller
Frank Moede
Kathleen Munstermann
Dr. Nora E. Wessendorf, LL.M.
Philip Scholz

Rodney Dolans >
Timothy Eyles >
Arjan Maier >
Laurence Cobb >
Christian Vatsaridis >
Gilles Amsallem >
Claudia Jonath >
Christophe Fischer >

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spreng, Notar (a.D.) >
Dr. phil. nat. Klaus Rupke >
Alf Arotz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kruhfke >
Jörg Bausch >
Hassan Sonbol >
Christoph F. Vaupel, LL.M. >
Marcus Herrmann >
Claus Gossecker >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Sauberlich, Notar, Amtssitz Frankfurt a.M. >
Olaf Hanau, Lic. et. >
Michael Stein >
Ulrich Reers >
Dr. Volker Bass, M.P.A. >
Sivona Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Sinhart >
Christine Weyand >
Dr. Stefan Fröhlich >
Dr. Stefan Weyand >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kehl >
Dr. Simon Werthmann >
Dr. Martin Bartik, LL.M. (McGill), Notar, Amtssitz Frankfurt a.M. >
Ulf Grzejacob >
Dr. Sebastian Bayer, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Greave >
Marion Schröder >
Dr. Julia Schweizer >
Anne Sophie Sternbardt
Olga Radek, MLE
Stefan Hecker
Lukas Müller
Christopher Pene >
Steffa Janßa, LL.M.
Tobias Henke, LL.M.
Christopher Stahl, LL.M. Eur.
Peter Leuzersky, LL.M.
Georg Havik
Ines Murer-Marschhausen
Dr. Michael Bayer, Dipl.-Volkswirt
David Becker, LL.M.
Dorothee Barg
Johannes Cithau

**Hamburg**

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronkowski >
Jürgen Rieß >
Maja Stadler-Euler >
Dr. Klaus Weiswraich >
Axel C. Fiiges >
Dr. Jan Curschmann >
Bernhard Klett >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Enhfelt-Lauden >
Dr. Andreas Messmer >
Robert P. Webhmar, LL.M. >
Daniel Arenstzten >
Dr. Peter Siemann, LL.M. >
Dr. Frank Koch >
Jorg Wimmers, LL.M. >
Carsten Barthof >
Dr. Mark Hoareke, LL.M. >
Dr. Tessa Schaaf >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Bars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Borntchen, LL.M. >
Dr. Sabine Raben >
Dr. Jens Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kirschner >

Dr. Alexander Penzo >
Dr. Dirk Wieddekind >
Dr. Jan Rehbeing >
Dr. Holger Stappert, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Schmidt >
Dr. Janine Fochtmann >
Prof. Dr. Dr. Christoph Stumpf >
Dr. Britta Heymann >
Dr. Thorsten Trcge >
Dr. Jan Klan >
Alexander R. Roth, M.Jur. >
Dr. Jens Wagner, LL.M. >
Anneke Brandt >
Sven Kahlert >
Dr. Matthias Lass >
Dr. Angela Menges >
Martin Launer, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCL) >
Dr. Petra Timmermann >
Dr. Stephan von Menshut, LL.M. >
Dr. David Klein, LL.M. >
Timo Stellpflug >
Dr. Maren Heidrich, LL.M. >
Dr. Marion Knaup, LL.B. >
Xiaoven Paulus-Ye >
Jan Andreson >
Jonas Warnken >
Konstantin Schneider, LL.M. >
Carsten Veltkmp >
Dr. Katja Schmidt >
Dr. Alexander Stemmiger, LL.M. >
Anno Nehm, LL.M.
Christian Simon
Katharina Rieser, M.Jur.
Dr. Julia Wagner, LL.M.
Hannes Tutt
Dr. Daniel Craske
Michael Götz >
Dr. Marc-Sebastian Muliz >
Franke Unterdörfer, LL.M. >
Dr. Johanna Sbyegel >
Dr. Friederike Vesterling, LL.M. >
André Guskow
Dr. Christine Fischer
Franziska Gerner, LL.M.
Dr. Malik Baruh, M.Jur.
Dr. Maximilian Oehlschlägel
Charlotte Rödiger, LL.M.
Dr. Stefan Horn
Dr. Johannes A. Hoft
Benedikt F. Flater
Jacek Kowalski
Lucas de Ponte Müller

**München**

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 39 0
Fax +49 89 2 10 39 100
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Harnischfeger-Ksell >
Dr. Ursel Past >
Dr. Wolfgang A. Rehmann >
Dr. Heinrich Rodewig >
Thomas Raab >
Dr. Cornelius Weitbrecht >
Michael-Florian Ranft >
Dr. Peter Hofmann >
Stephan M. Neumann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph du Canter, LL.M.
Dr. Stylle Gerschmann, LL.M.
Martin Kreis >
Harald Baucher >
Dr. Peter Hölich >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Rothery >
Dr. Nicolai Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gebert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Gedron >
Dr. Ulan-Kienzl-Haas >
Dr. Klaus Friemel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Grüdemann >
Dr. Hendrik Boss >
Stefan Kreder >
Dr. Thomas Pattloch, LL.M. >
Ornum Gansel >
Dr. Adrian Bentsson, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M.Jur. (Oxford) >
Dr. Elisabeth Schalk >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Christian Marco >
Johannes Raue >

Dr. jur. Christian Saueressig >
Dr. Georg Lu, LL.M. >
Philipp Koehler >
Dr. Jan Philip Reichsracher >
Dr. Daniel Tiorjan >
Verena Bertram >
Manuela Dachauer >
Christiane Richter-Wenke, LL.M. >
Pia Thesen, Maitre en Droit (Paris II) >
Dr. Robokka Krause >
Julia Jell >
Dr. Jonas Woetzyk >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Annika Duppelfeld, LL.M.
Bernd Fischer
Tessa Böttger
Dr. Michael Beer
Katja Schmidholz, LL.M.
Andrea Sauter
Julius Zacharias
Dr. Daniel Schrembs, LL.M.
Frerherr Ruprecht von Weichs zur Wenne
Leon Jannink
Gabriela Doeliger
Sebastian Kratzer
Johannes Krummschmov

**Brüssel**

Rue de Loxum 23 nd I
B - 1000 Brussels
Tel. +32 2 290 05 38
brussel@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Andreas M. Haak [5] >

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz [5] >
Dr. Michael Tan [5] >

**Beijing**

Taylor Wessing Beijing Representative Office
Unit 2307&09, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christian Kuzz >
Johnny Zhao >
Inga Vinogel >

**Hongkong**

Taylor Wessing Hong Kong Office
in association with HM Chan & Co.
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3709 4097
Fax +852 3709 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

> Fachanwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
> Fachanwalt für Verwaltungsrecht
> Fachanwalt für Familienrecht
> Fachanwalt für Internationales Wirtschaftsrecht
> Fachanwalt für Versicherungsrecht
> Fachanwalt für Medizinrecht
> Fachanwalt für Handels- und Gesellschaftsrecht
> Fachanwalt für Informationstechnologierecht
> Fachanwalt für Gewerblichen Rechtsschutz
> Fachanwalt für Erbrecht
> Fachanwalt für Urheber- und Medienrecht
> Fachanwalt für Bank- und Kapitalmarktrecht
> Fachanwalt für Transport- und Speditionsrecht
> Fachanwalt für Bau- und Architektenrecht
> Fachanwalt für Insolvenzrecht
> Avocat à la Cour
> Attorney-at-Law (California)
> Attorney-at-Law (New York)
> Mediator
> Solicitor (England and Wales)
> Registered Foreign Lawyer
> Officiating Notary Public
[5] China-zugelassen

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors and Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1550

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

General Media Communications, Inc.
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

*97331*

Matter no.
GEN36.D1000

Invoice number
1300158942

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

| Date | Billing partner | **Invoice** |
|------|-----------------|-------------|
| 12 March 2018 | Ortrun Günzel | |

**Matter**

General Media Communications, Inc. / G & E - Stuttgart GmbH re *Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"*

**Your reference**
**Bill Period**

Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"
January 2018

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 152.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 152.00 | 0.00 | | 152.00 |
| Total including VAT (**EUR 0.00**) | 152.00 | 0.00 | 0.00 | 152.00 |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN DE18 2007 0000 0022 6357 00 BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brunn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

1/3

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Barwaldt, Notar, Amtssitz Berlin >
Thomas Wisniewski >
Dr. Jan Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Breck >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar, Amtssitz Berlin >
Johannes Cofet, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Hans Joachim Rock >
Xaver Hermann, LL.M. >
Nicci Jancke >
Andrea Bodmin, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick König >
Thomas Rammos, LL.M. >
Karen Macholl, LL.M. >
Dr. Lea Maria Spring >
Dr. Anna Sophie Steinhardt >
Dr. Sebastian Klabunde >
Dr. Sebastian Hoefling >
Dr. Francisca Dautert, LL.M. >
Jan Pieper >
Christian Ahrendt >
Vladimir Yaroshevskiy

**Düsseldorf**
Benrather Straße 15
D - 40215 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustav-Rudolf Schlepper, LL.M. >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Sander >
Dr. Wolfgang Golonska >
Dr. Walter Forthaus >
Prof. Dr. Norbert Kemper >
Dr. Klaus Grossmann >
Franz Jansson >
Dr. Michael Mertz >
Marc Andre Gimmy >
Dr. Thomas Feierabend >
Detlef Klett >
Dr. Peter Hellich >
Dr. Gabriele Kemmerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
... >
Dr. ... >
Dr. Ernst Albrecht von Beauvais, LL.M. >
Andrea Hermanns >
Olaf A. Kranz >
Dr. Saschia R. Grotjean >
Dr. Oliver Klock >
Andreas M. Haak >
Dr. Bert Kimpel, StB >
Dr. Christian Müller, LL.M. >
Marja Weers >
Markus Körner >
Dr. Richard Schmidt-Bleker >
Dr. Michael Brüggemann >
Dr. Peter Florian >
Dr. Thomas Hubinger, LL.M. >
Detmar Mampel >
Dominik Simon, LL.M. >
Dr. Anna Sabina Förster >
Dr. Nicole Ruhe >
Silke Leutmann >
Dr. Alexander Kepitel >
Christoph Janzen, LL.M. >
Dr. Kathrin Moran, LL.M. >
Dr. Jan Schumacher >
Dr. Matthias Johannes Pike >
Dr. Cornelia Maetschke-Bersack >
Dr. Daniel Kunz, LL.M. >
Dr. Michael Franke >
Dr. Johannes Mandt >
Dr. Miriam Behme, LL.M. >
Prof. Dr. Jens Escher >
Dr. Stefan Maria Albers-Mohlitz >
Mareike Christine Gehrmann >
Katrien Vanden Bossche >
Mathias Weber, LL.M. >
Béla Hans Gördes, LL.M. oec. >
Dr. Jörg Heisel >
Dr. Philipp Vogel, LL.M. >
Mirza ur Rehmatch, LL.M. Eur. >
Dr. Karl Leuther >
Romana Gomis, LL.M. >
Dr. Karl Essau >
Dr. Philipp Koch >
Dr. Maria Schadra >
Carina Springob, LL.M. >
Dr. Barbara Thomann, LL.M. >
Prof. Jens Pieper, LL.M. >
Frank Müller >
Pathipan Muestermann, LL.M.

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M. >
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael M. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kruhinke >
Jörg Bausch >
Hassan Sohbi >
Christoph E. Waupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Sauberlich, Notar, Amtssitz Frankfurt a.M. >
Quh Huang, lic.jur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Bass, M.P.A. >
Svenja Meucher >
Sabine Schomaker >
Clemens Niedner >
Michael Sinhart >
Christine Weyand >
Dr. Damian Fröhlich >
Dr. Nicolai Wolff >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Worthiwen >
Dr. Martin Bartk, LL.M (Mag.) Notar, Amtssitz Frankfurt a.M. >
Ulf Gosejacob >
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Grawe >
Marion Schröder >
Olga Radjuk, MLE >
Stefanie Hocker >
Lukas Müller >
Christopher Peine >
Stella Junga, LL.M. >
Tobias Henke, LL.M. >
Christopher Stahl, LL.M. Eur. >
Dr. Michael Beyer, Dipl.-Volkswirt >
Jacqueline Urbing >
Peter Loszynsky, LL.M. >
Georg Havlik >
Ines Müller-Marschhausen >
Dorothea Burg >
Johannes Grlau, Mag.iur. >
Li Alena Backstrom

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 05 0
Fax +49 40 3 68 05 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronikowska >
Jürgen Rep >
Maja Stauder-Euler >
Dr. Klaus Wilenbruch >
Axel C. Filges >
Dr. Jan Curschmann >
Bernhard Kloth >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Maissner >
Robert P. Wethmar, LL.M. >
Daniel Alpenzorin >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schoof >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Bonsieben, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Anja Fengo, LL.M. >
Dr. Alexander Penzo >
Marc Müller >
Dr. Dirk Weddeking >

Dr. Nora Philip Schu.. >
Sebastian Runz, LL.M. >
Okka Thormer >

Rodney Dukes >
Timothy Eyles >
Adam Marks >
Laurence Cobb >
Christian Vorsamanis >
Giles Amsalem >
Claudia Jonath >
Christophe Flachler >

Dr. Nora >
Peter Schweve.. >
Dr. Philip Beltendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Schelinski >
Dr. Janna Pochhammer >
Dr. Britta Heymann >
Dr. Thorsten Trogo >
Dr. Jan Kern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wiesner, LL.M. >
Anneke Brandt >
Sven Kehlert >
Dr. Matthias Lass >
Dr. Angela Menges >
Martin Lauter, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stelpflug >
Dr. Martin Heidrich, LL.M. >
Dr. Martin Knaup, LL.B. >
Xiaoven Pavius-Ye >
Jan Andresen >
Jonas Warmen >
Miriam Kundmann >
Konstantin Schrader, LL.M. >
Carsten Vollnberg >
Dr. Katja Schmidt >
Dr. Alexander Senninger, LL.M. >
Anne Nottin, LL.M. >
Christine Simon-Wiehl >
Katharina Reuer, M.Jur. >
Jan Feuerhake, LL.M. >
Hannes Tutt >
Dr. Daniel Graske >
Michael Gatz >
Dr. Marc-Sebastien Muhio >
Frauke Uhlenbrock, LL.M. >
Dr. Johanna Spiegel >
Dr. Friedenke Voskamp, LL.M. >
André Guskow >
Dr. Christine Fischer >
Franziska Greiner, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilian Oehlschlägel >
Charlotte Rodeger, LL.M. >
Dr. Stefan Horn >
Dr. Johannes A. Höft >
Benedikt F. Flötre >
Jacek Lappon >
Lucas de Ponte Müfer >
Marina Alves Guimerâes, LL.M. int. >
Christian Kupfer

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Heinrich Rodewig >
Dr. Cornelius Werbrecht >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Hemschefger-Ksoll >
Dr. Ursel Pixel >
Dr. Wolfgang A. Rehmann >
Thomas Raab >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Heinmann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Coster, LL.M. >
Prof. Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Hellich >
Andreas Bauer >
Dr. Karin Mothenal >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Maria Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Gerdon >
Dr. Ulian Klewitz-Haas >
Dr. Kilian Friemel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Geldammer >
Dr. Hendrik Boss >
Stefan Moeder >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Bimbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Verena Wagner >
Johannes Raus >
Dr. jur. Christian Saueressig >
Dr. Guang Li, LL.M. >
Philipp Roehler >
Dr. Jan Phillip Rektorschek >

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 30
brussel@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hazel >
Johnny Zhao >
Ingo Vinck >

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

Dr. Daniel Tietjen >
Verena Bertram >
Christiano Pichler-Wienko, LL.M. >
Dr. Michael Kleifior >
Manuela Dochnahl >
Pia Thiess, Maître en Droit (Paris II) >
Dr. Rebekka Krause >
Julia Jell >
Dr. Jonas Wotzyk >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Monika Bucher, LL.M. >
Boris Fischer >
Tessa Böttger >
Dr. Michael Beer >
Katja Schittehelz, LL.M. >
Sabine Kratzer >
Julius Zachanas >
Dr. Daniel Schremb, LL.M. >
Freiherr Ruprecht von Wechs zur Wenne >
Gabriela Seefiger >
Sebastian Kratzer >
Johannes Krummerow >
Tim Schwarz >
Nikolay Stoykov >
Markus Pfadt >
Anna Maria Fischer

[>] Fachanwalt für Steuerrecht
[>] Fachanwalt für Arbeitsrecht
[>] Fachanwalt für Verwaltungsrecht
[>] Fachanwalt für Familienrecht
[>] Fachanwalt für internationales Wirtschaftsrecht
[>] Fachanwalt für Versicherungsrecht
[>] Fachanwalt für Bau- und Architektenrecht
[>] Fachanwalt für Informationstechnologierecht
[>] Fachanwalt für Gewerblichen Rechtsschutz
[>] Fachanwalt für Handels- und Medienrecht
[>] Fachanwalt für Bank- und Kapitalmarktrecht
[>] Fachanwalt für Transport- und Speditionsrecht
[>] Fachanwalt für Vergaberecht
[>] Fachanwalt für Insolvenzrecht
[>] Solicitor (England and Wales)
[>] Avocat à la Cour
[>] Attorney-at-Law (California)
[>] Attorney-at-Law (New York)
[>] Mediator
[>] Österreich zugelassen
[>] zahl. zugleich Rechtsanwalt
[>] Counsel
[>] Of Counsel, sonst Geschäftsführer i.S.d. PartGG
[>] Partner
[>] Salary Partner, kein Geschäftsführer i.S.d. PartGG

billing details for Invoice number 1300158942 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.40 h x EUR 380.00/h legal services | 152.00 | | | |
| | | | | |
| Subtotal excl. taxes | 152.00 | 0.00 | | **152.00** |

2/3

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar, Amtssitz Berlin >
Thomas Wisniewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselbrink, Notar, Amtssitz Berlin >
Johannes Calet, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Reck >
Volker Herrmann, LL.M >
Nico Jänicke >
Annina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Aleyy >
Thanos Rammos, LL.M. >
Kevin Mitchell, LL.M. >
Dr. Leo Maria Sereno >
Dr. Anne Sophie Steinhardt >
Dr. Sebastian Klabunde >
Dr. Sebastian Hoefling >
Dr. Franziska Dautert, LL.M.
Jan Pieper
Christian Ahrendt
Vladimir Yaroshevskyy

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustaf-Rudolf Schröper, LL.M. >
Dr. Christiane Hoerdemann-Maco >
Dr. Michael Sänger >
Dr. Wolfgang Gatzkiega >
Dr. Walter Porthaat >
Prof. Dr. Norbert Kornhaa >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Maier >
Marc-André Grimm >
Dr. Thomas Ferrenbach >
Detlef Kott >
Dr. Peter Hellen >
Dr. Gunbritt Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M >
Dr. Frederick Gössner >
Dr. Torsten van Jegow >
Olaf Grieft, LL.M >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Herrmann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Rock >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Küppers, LL.M. >
Dr. Bert Kimpel, StB >
Jörg Gerdes, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Weiers >
Martin Gerner >
Dr. Roland Schmidt-Beker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Matthias Hulsweg, LL.M >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anna Saskia Forstner >
Dr. Mareike Ruhe >
Sonja Leutnant >
Dr. Alexander Kopfer >
Christoph Janssen, LL.M. >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Cornelia Maetschke-Biersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Böhme, LL.M. >
Prof. Dr. Jens Escher >
Dr. Kerstin Maria Albers-Menitz >
Mareike Christine Oehmann >
Kathrin Vanden Bossche >
Patroya Willems, LL.M. >
Birte Kahn-Gerdes, LL.M.
Dr. Jörg Henkel
Jan-Patrice Vogel, LL.M. >
Alexander Rubusch, LL.M. Eur.
Dr. Lisa Günther
Karolina Lange, LL.M. >
Dr. Katja Rosa >
Dr. Frauke Koch
Torben Klükkert
Dr. Marina Schulte
Dr. Anne Spengsob, LL.M
Cristina Böckle
Dr. Barbara Thiemann, LL.M.
Fritz-Uli Pieper, LL.M.
Frank Marek
Kathleen Munstermann, LL.M.

Dr. Nora
Philip Sol
Sebastian Runz, LL.M.
Okka Thörner

Rodney Dukes >
Timothy Eyles >
Adam Marks >
Laurence Cobb >
Christian Valsamidis >
Gilles Amsallem >
Claudia Jonath >
Christophe Fischer >

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spreng, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Artz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kruteinke >
Jörg Bausch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Sauberlich, Notar, Amtssitz Frankfurt a.M. >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Sinhart >
Christine Weyand >
Dr. Stefan Freytag >
Dr. Anne-Laura Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Wertmann >
Dr. Martin Funck, LL.M. (McGill), Notar, Amtssitz Frankfurt a.M. >
Carl Gerentrup >
Dr. Sebastian Heyn, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Grawe >
Maren Schröder >
Olga Radjuk, MLE >
Steffanie Herber
Lukas Müller >
Constantin Hook >
Stefan Jungius, LL.M.
Tobias Herten, LL.M
Christopher Stahl, LL.M. Eur.
Dr. Michael Beyer, Dipl.-Volkswirt
Jacqueline Ubbing
Peter Louzensky, LL.M.
Georg Henrik
Ines Müller-Marschhausen
Dorothea Barg
Johannes Ortlau, Magister
Li Alena Backsten

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gerd Wild >
Dr. Christoph von Oppen-Bronkowska >
Jürgen Rep >
Maya Stadler-Euler >
Dr. Klaus Wärebruch >
Axel C. Figes >
Dr. Jan Oeschmann >
Bernhard Motz >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Meissner >
Robert P. Wettmeir, LL.M. >
Dr. Joachim Schrey >
Dr. Tomer Koemann, LL.M. >
Dr. Frank Koch >
Jörg Wammers, LL.M. >
Carsten Barthall >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa School >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Detlef Lang, LL.M.Eur. >
Hauke Boinschein, LL.M. >
Dr. Sabine Klaben >
Dr. Jens Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kreschner >
Dr. Anja Fenge, LL.M. >
Dr. Alexander Pranz >
Marc Müller >
Dr. Dirk Wedderland >

Dr. Daniel Tietjen >
Verena Bertram >
Christiane Richter-Wienke, LL.M. >
Dr. Michael Kieffer >
Manuela Dachauer >
Pia Thiess, Maître en Droit (Paris II) >
Dr. Rebekka Krause >
Julia Jell >
Dr. Jonas Wiotzyk >
Dr. Christian Frankhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Monika Buchner, LL.M. >
Boris Fischer >
Tessa Böttger >
Dr. Michael Beer >
Kaja Schittfeholz, LL.M. >
Andrea Saurer >
Julius Zacharias >
Dr. Daniel Schrems, LL.M.
Freiherr Ruprecht von Wechs zur Wenne
Gabriela Seefiger
Sebastian Kretzer
Johannes Krummerow
Tim Schwarz
Nikolay Stoykov
Markus Pfadt
Anna Maria Fischer

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 42
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307608, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 98 86
Fax +86 10 85 87 98 80
beijing@taylorwessing.com

Ralph V. Koppitz >
Johanna Zhao
Inga Varga

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3770 4091
Fax +852 3770 4099
hongkong@taylorwessing.com

Dr. Jakob Remmerschnoder, StB >

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm.
Dr. Heinrich Rodewig >
Dr. Cornelius Weitbrecht >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Hanschfinger-Ksoll >
Dr. Ursel Feel >
Dr. Wolfgang A. Rehmann >
Thomas Raab >
Michael-Florian Ranft >
Dr. Peter Hotbauer >
Stephan M. Heinemann >
Dr. Christian Teichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Coster, LL.M. >
Prof. Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Helich >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Gedron >
Dr. Lilian Klawitz-Haas >
Hermann-Ulrich Viskorf >
Mike Gärdemann >
Dr. Hendrik Boss >
Stefan Krüger >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lanze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schenk >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Benedikt Windau >
Johannes Koos >
Dr. jur. Christian Sauerossig >
Dr. Guang Li, LL.M. >
Philipp Koehler >
Dr. Philip Rektorschek >

Fachanwalt für Steuerrecht
Fachanwalt für Arbeitsrecht
Fachanwalt für Versicherungsrecht
Fachanwalt für Familienrecht
Fachanwalt für Informationstechnologierecht
Fachanwalt für Verwaltungsrecht
Fachanwalt für Bau- und Architektenrecht
Fachanwalt für Handels- und Gesellschaftsrecht
Fachanwalt für Urheber- und Medienrecht
Fachanwalt für Gewerblichen Rechtsschutz
Fachanwalt für Bank- und Kapitalmarktrecht
Fachanwalt für Transport- und Speditionsrecht
Fachanwalt für Migrationsrecht
Fachanwalt für Insolvenzrecht
Solicitor (England and Wales)
Attorney at Law (California)
Attorney at Law (New York)
Mediator
Of Counsel
Gründer- und Geschäftsführer (als PartGG)
Partner
Salary Partner bzw. Geschäftsführer (als PartGG)

billing details for Invoice number 1300158942 with reference to the fee arrangement

TaylorWessing

| Client: | **General Media Communications, Inc. (GEN36)** |
|---|---|
| Matter: | **General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000)** |
| from: | **01/08/18 to 01/31/18** |

| Date | Hours | Narrative |
|---|---|---|

**Attorney: Ortrun Günzel (D0959)**

| Date | Hours | Narrative |
|---|---|---|
| 01/08/18 | 0.20 | Considering instructions from David Sigalo; preparing and filing a request for extension of term with the German Federal Patent Court |
| 01/19/18 | 0.20 | Forwarding the court's confirmation that the Deadline has been Extended; our Brief Report to Mr. Sigalow thereon. |
| | **0.40** | **Total time for Ortrun Günzel (D0959)** |

3/3

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bieraeugle, Notar, Amtssitz Berlin >
Thomas Wisniewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Budor >
Dr. Hagen Hasselbrink, Notar, Amtssitz Berlin >
Johannes Calier, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Reck >
Volker Herrmann, LL.M. >
Nico Jancke >
Antona Boehm, LL.M. >
Paul Voigt, Lic. en Derecho >
Patrick Aivy >
Thanos Rammos, LL.M. >
Kevin Micheli, LL.M. >
Dr. Lea Maria Siering >
Dr. Arno Sophie Sternhardt >
Dr. Sebastian Klabunde >
Dr. Sebastian Hoefling >
Dr. Franziska Dautert, LL.M. >
Jan Pieper
Christian Ahrendt
Vladimir Yaroshevskiy

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustav-Rudolf Schlepper, LL.M >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Sanner >
Dr. Wolfgang Golombka >
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Jansson >
Dr. Michael Mertz >
Marc André Ginnery >
Dr. Thomas Ferxenbach >
Detlef Klett >
Dr. Peter Hellich >
Dr. Guntram Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M >
Dr. Frederick Gllesson >
Dr. Torsten van Jeger >
Olaf G.Fent, LL.M >
Dr. Ernst-Albrecht von Beauvais, LL.M >
Andrea Herrmann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Block >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Kuppers, LL.M >
Dr. Bert Kempel, StB >
Ingo Gordes, LL.M >
Dr. Carsten Müller, LL.M. >
Mara Woers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Felix Weppner, M.C.L., StB >
Dr. Matthias Hulsewig, LL.M >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anne Saska Förster >
Dr. Mareke Ruhe >
Sonja Leutnant >
Dr. Alexander Kepfler >
Christoph Janzen, LL.M >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pits >
Dr. Cornelia Matschke-Biersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Marxf >
Dr. Markus Bohmo, LL.M >
Prof. Dr. Jens Escher >
Dr. Kerstin Maria Albers-Mohlitz >
Mareke Christina Gollmann >
Kathren Vanden Bossche
Patreque Willems, LL.M
Brite Kahn-Gordes, LL.M. etc.
Dr. Jörg Henkel
Jan-Patrick Vogel, LL.M
Alexander Halbach, LL.M. Eur
Dr. Lisa Günther
Karolina Lange, LL.M.
Dr. Katja Rosa
Dr. Frauke Koch
Jeroen Klukkert
Dr. Marina Schulte
Dr. Anne Springob, LL.M.
Cristina Böhle
Dr. Barbara Thomann, LL.M
Fritz-Ulli Pieper, LL.M
Frank Marek
Kathleen Munstermann, LL.M

**Hamburg**
Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronikowski >
Jürgen Rep >
Mara Stader-Euler >
Dr. Klaus Weinbrauch >
Axel C. Fages >
Dr. Jan Curschmann >
Bernhard Kloth >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Ka Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Enthoft-Lauden >
Dr. Andreas Messner >
Robert P. Wethmar, LL.M >
Daniel Agnesktraz >
Dr. Peter Soemann, LL.M. >
Dr. Frank Koch >
Jörg Wammers, LL.M >
Carsten Barthall >
Dr. Mark Hoenike, LL.M >
Dr. Tessa School >
Dr. Marco Herrmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Bornschein, LL.M. >
Dr. Sabine Katon >
Dr. Jens Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kerschner >
Dr. Anja Fengo, LL.M >
Dr. Alexander Penzo >
Maric Müller >
Dr. Dirk Westerkamp >

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Knuifelke >
Jörg Bausch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M. >
Dr. Lars-Gerrit Lüßmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Säuberlich, Notar, Amtssitz Frankfurt a.M. >
Gün Huang, lic.iur. >
Michael Stein >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Nedner >
Michael Simart >
Christine Weyand >
Dr. Stefan Fischlich >
Dr. Nikole Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Karl >
Dr. Simon Werthwein >
Dr. Martin Bünik, LL.M (McGill), Notar, Amtssitz Frankfurt a.M. >
Ulf Grönloeb >
Dr. Sebastian Bever, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Grawe >
Marion Schröder >
Olga Razuk, MLE >
Stefanie Hecker >
Lukas Müller >
Christopher Perse >
Stefan Janeck, LL.M >
Tobias Hemm, LL.M.
Christopher Stahl, LL.M. Eur.
Dr. Michael Bryer, Dipl.-Volkswirt
Jacqueline Ueberg
Peter Louzensky, LL.M.
Georg Hewlik
Ines Müller-Marschhausen
Dorothea Barg
Johannes Citlan, Magi.iur.
Li Alona Backsten

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Heinrich Redwog >
Dr. Cornelius Wettbrecht >
Dr. Michael Sommer, StB >
Dr. Sabine Rojahn >
Magdalena Hanischfeger-Ksoll >
Dr. Ursel Paal >
Dr. Wolfgang A. Rehmann >
Thomas Raab >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Heinemann >
Dr. Christian Teichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph do Coster, LL.M. >
Prof. Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bechteler >
Dr. Peter Hellich >
Andreas Bauer >
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gisbert Hohagen >
Dr. Detrich Kamlah >
Dr. Axel Gedon >
Dr. Lisan Kleusz-Haas >
Dr. Kilian Friemel >
Dr. Walter H. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Geldammer >
Dr. Hendrik Boss >
Stefan Knoerer >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk >
Dr. Benedikt Rohrßen >
Dr. Verena Ahmann >
Sara Burghart, LL.M. >
Dr. Guang Li, LL.M. >
Dr. jur. Christian Sazerestig >
Dr. Anja Philipp >
Dr. Jan Philip Rektorschek >

(column continued)

Dr. Nora I. >
Dr. Philipp Skh. >
Sebastian Puhl, LL.M. >
Okka Thörner >

Rodney Dukes >
Timothy Eyles >
Adam Marks >
Laurence Cobb >
Christian Valasmith >
Gizes Amsatern >
Claudia Jonath >
Christophe Fischer >

Dr. Nora I. >
Dr. Philipp Schrevel, LL.M >
Dr. Carsten Schulz >
Dr. Tobias Schelinski >
Dr. Janina Pochhammer >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Kern >
Alexander R. Roth, M.Jur. >
Dr. Jens Wiesner, LL.M. >
Annelie Brandt >
Sven Kahlert >
Dr. Matthias Laas >
Dr. Angela Menges >
Martin Leuner, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stellpflug >
Dr. Martin Heidrich, LL.M. >
Dr. Martin Knaup, LL.B. >
Xiaowen Paulus-Ye >
Jan Andresen >
Jonas Wannken >
Konstantin Schrader, LL.M. >
Carsten Vohtberg >
Dr. Katja Schmidt >
Dr. Alexander Senninger, LL.M >
Anne Notkin, LL.M. >
Christine Simon-Wiehl >
Katharina Reuer, M.Jur. >
Jan Feuerhake, LL.M. >
Hannes Tutt >
Dr. Daniel Graske >
Michael Götz >
Dr. Marc-Sebastian Muhle >
Frauke Uhlenbroock, LL.M. >
Dr. Johanna Spiegel >
Dr. Friederike Kraskamp, LL.M. >
André Guskow >
Dr. Christian Fischer >
Franziska Gronen, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilian Oehlschlägel >
Charlotte Rödiger, LL.M. >
Dr. Stefan Horn >
Dr. Johannes A. Höft >
Benedikt F. Floter >
Jacek Lagon >
Lucas de Ponte Müller >
Marina Alves Guimarães, LL.M. int.
Christian Kupfer

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Chun Yin Cheung >
Johnny Zhao >
Jaya Vinick >

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB >

(right-most column)

Dr. Daniel Tietjen >
Verena Bertram >
Christiane Richter-Wienke, LL.M. >
Dr. Michael Kieffer >
Manuela Dachauer >
Pia Thiess, Maître en Droit (Paris II) >
Dr. Rebokka Krause >
Jula Jell >
Dr. Jonas Woltzelz >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Menike Bucher, LL.M.
Boris Fischer
Tessa Böttger
Dr. Michael Beer
Katja Schiefelholz, LL.M.
Andrea Sautter
Julius Zacharias
Dr. Donal Schremtss, LL.M.
Freiherr Ruprecht von Weichs zur Wenne
Gabriela Seeliger
Sebastian Kratzer
Johannes Krummerow
Tim Schwarz
Nikolay Stoykov
Markus Pfadt
Anna Maria Fischer

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

Matter no.
GEN36.D1000

Invoice number
1300164605

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

| | | |
|---|---|---|
| Date | Billing partner | **Invoice** |
| 25 April 2018 | Ortrun Günzel | |

Matter

General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"

Your reference

Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE"

Bill Period

March 2018

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 76.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 76.00 | 0.00 | | 76.00 |
| Total including VAT (EUR 0.00) | 76.00 | 0.00 | 0.00 | 76.00 |

Ortrun Günzel
Rechtsanwältin

97331

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors and Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN DE18 2007 0000 0022 6357 00 BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

1/3

## Berlin

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Barwiddt, Notar, Amtssitz Berlin >
Thomas Wanlewski >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder >
Dr. Hagen Hasselblatt, Notar, Amtssitz Berlin >
Johannes Callet, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Röck [?]
Volker Hermann, LL.M. >
Nico Jänicke [?]
Anna Boohm, LL.M. >
Paul Vogt, Lic. en Derecho >
Patrick Alexy [?]
Thomas Rammes, LL.M.
Kevin Mitchell, LL.M. >
Dr. Lea Maria Siering [?]
Dr. Anne Sophie Sternhardt >
Dr. Sebastien Kabunde >
Dr. Sebastian Hoofnig
Dr. Franziska Deutert, LL.M.
Jan Pieper
Christian Ahrendt
Vladimir Yaroshevsky
Stephan Meyer, LL.M.

## Düsseldorf

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max >
Gustaf-Rudolf Schaeper, LL.M >
Dr. Christiane Hoerdemann-Napp >
Dr. Michael Samer >
Dr. Wolfgang Galonska >
Dr. Walter Potthast >
Prof. Dr. Norbert Kämper >
Dr. Klaus Grossmann >
Franz Janssen >
Dr. Michael Matitz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klntt >
Dr. Peter Hellch >
Dr. Gunbritt Kammerer-Galahn >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Grössen >
Dr. Torsten van Jeger >
Olaf Gfert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak >
Dr. Oliver Bertram >
Roland Küppers, LL.M. >
Dr. Gert Kempel, StB >
Inga Geides, LL.M. >
Dr. Carsten Müller, LL.M. >
Maria Weiers >
Martin Gerner >
Dr. Roland Schmidt-Bleker >
Dr. Michael Brüggemann >
Stephan Manuel Nagel, LL.M >
Dr. Simon Felix Wenzler, M.C.J., StB >
Dietmar Koszegi [?]
Johannes Simon, LL.M. >
Dr. Anna Saskia Forster >
Dr. Maraike Ruhe >
Sonja Leutnant >
Dr. Alexander Köpfler >
Christoph Janssen, LL.M >
Dr. Kathrin Monen, LL.M. >
Dr. Jan Schumacher >
Dr. Michael Johannes Pils >
Dr. Cornelia Maeschke-Biersack >
Dr. Daniel Kunz, LL.M. >
Dr. Heiko Franke >
Dr. Joachim Mandl >
Dr. Markus Bohme, LL.M. >
Prof. Dr. Jens Escher >
Dr. Kerstin Maria Albers-Mohatz >
Mareike Christina Gohrmann >
Karoline Lange, LL.M. >
Jan-Patrick Vogel, LL.M. >
Katrein Vanden Bossche >
Patrique Willems, LL.M
Buste Köhn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Alexander Rubusch, LL.M. Eur.
Dr. Lisa Günther
Dr. Katja Rosa
Dr. Frauke Koch
Torben Kükkert
Dr. Manna Schulte
Dr. Anne Sprengob, LL.M.
Cristina Böckle
Dr. Barbara Thiemann, LL.M.
Fritz-Uli Pieper, LL.M. >
Frank Marek
Kathleen Munstermann, LL.M.

## Frankfurt am Main

Thurn-und-Taxis-Platz 6
D - 60315 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka >
Alf Aretz >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Knuhtke >
Jorg Bausch >
Hassan Sohbi >
Christoph F. Vaupel, LL.M. >
Marcus Hartmann >
Claus Goedecke >
Peter Bert >
Dr. Henning Moelle, LL.M.
Dr. Lars-Gerrit Luftmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Stalckstein, Notar, Amtssitz Frankfurt a.M. >
Gun Huang, Iic iur. >
Michael Stern >
Ulrich Reers >
Dr. Volker Baas, M.P.A. >
Svenja Maicher >
Sabine Schenkner >
Clemens Niedner >
Michael Sinhart >
Christine Weyand >
Dr. Stefan Fremlich >
Dr. Nikola Voß >
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. >
Thomas Kahl >
Dr. Simon Werthwein >
Dr. Martin Bartik, LL.M (McGll), Notar, Amtssitz Frankfurt a.M. >
Ulf Gosejacob >
Dr. Sebastian Boyer, LL.M. >
Dr. Robert Bauer >
Dr. Jan W. Grawe >
Marion Schreder >
Olga Riepka, MLE >
Stefanie Hecker >
Christopher Pone >
Stella Jungo, LL.M. >
Tobias Henke, LL.M. >
Christopher Stahl, LL.M. Eur. >
Dr. Michael Boyer, Dipl.-Volkswirt >
Jacqueline Unterg
Peter Leuzensky, LL.M. >
Georg Havlik >
Ines Müller-Alzenschausen >
Dorothea Barg >
Johannes Cebau, Mag.Iur. >
Li Alana Backstein

## Hamburg

Hanseatic Trade Center
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild >
Dr. Christoph von Oppeln-Bronikowski >
Jürgen Reip >
Maja Stadler-Euler >
Dr. Klaus Wiltenburch >
Axel C. Fîzges >
Dr. Jan Curschmann >
Bernhard Kloft >
Prof. Dr. Axel Bosch, M.C.J. >
Dr. Kai Greve >
Dr. Michael Baumhauer >
Dr. Dagmar Enthalt-Laudien >
Dr. Andreas Messmer >
Robert P. Wethmar, LL.M. >
Daniel Aizenstatyn >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schoon >
Dr. Marco Hartmann-Ruppel, Dipl.-Volksw. >
Dr. Axel Fehr, von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. >
Dieter Lang, LL.M.Eur. >
Hauke Bernschein, LL.M. >
Dr. Sabine Kaben >
Dr. Jens Wolf >
Dr. Tillmann Pfofer >
Dr. Oliver Krschner >
Dr. Anja Fenge, LL.M. >

---

Dr. Nora E
Philip Sch.
Sebastian Runz, LL.M.
Okka Thorner
Diana Henrichs
Thomas Voigtmeier
Nele Suitmeis
Eva-Maria Siepker

Rodney Dukes >
Timothy Eyles >
Adam Myles >
Laurence Cobb >
Christian Valsamidis >
Giles Annsalmin >
Claudia Joseph >
Christophe Flacher >

Dr. Dirk Wieddekind >
Dr. Jan Phan >
Dr. Holger Schreve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz >
Dr. Tobias Scheiinski >
Dr. Janina Pochhammer >
Dr. Britta Heymann >
Dr. Thorsten Troge >
Dr. Jan Korn >
Alexander R. Roth, M.Jur. >
Dr. Jens Wagner, LL.M. >
Sven Kahlert >
Dr. Matthias Laas >
Dr. Angela Menges >
Martin Lauser, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) >
Dr. Petra Timmermann >
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. >
Timo Stellpflug >
Dr. Martin Heidrich, LL.M. >
Dr. Martin Knaup, LL.B. >
XLeoven Paulus-Yu >
Jan Andresen >
Jonas Warnken >
Miriam Montfrooii >
Konstantin Schrader, LL.M. >
Dr. Katja Schmidt >
Dr. Alexander Senninger, LL.M. >
Anne Nolon, LL.M. >
Christina Simon-Wiehl >
Katharina Bauer, M.Jur. >
Jan Foehneke, LL.M. >
Hennes Tutt >
Dr. Daniel Gräske >
Dr. Marc-Sebastian Muhle >
Frauke Uhlenbrock, LL.M. >
Dr. Johanna Spiegel >
Dr. Friederike Voskamp, LL.M. >
André Gockow >
Dr. Christine Fischer >
Franziska Gresner, LL.M. >
Dr. Malek Barudi, M.Jur. >
Dr. Maximilian Oelschlägel >
Dr. Stefan Horn >
Dr. Johannes A. Hoft >
Dr. Benedikt F. Floter >
Lucas da Ponte Müller >
Manna Alves Guimarães, LL.M. int.
Christian Kupfer >
Philip Koppen

## München

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Heinrich Rodewig >
Dr. Cornelius Wettbrecht >
Dr. Michael Stommer, StB >
Dr. Sabina Riquhn >
Magdalena Hamschfeger-Ksoll >
Dr. Wolfgang A. Rehmann >
Thomas Ranb >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Hanemann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Dirk Lorenz >
Christoph de Cuvlt [?]
Prof. Dr. Stefan Gerichhausen, LL.M. >
Martin Kraus >
Harald Bechsler >
Dr. Peter Hellch >
Andreas Bauer >
Dr. Maria Rothermel >
Dr. Oliver Rothley >
Dr. Nicolai Wiegand, LL.M. >
Dr. Maria Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah >
Dr. Axel Gedern >
Dr. Hannes-Jahos >
Dr. Klaus Fiemel >
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Goldammer >
Dr. Hendrik Boss >
Stefan Kröeker >
Dr. Thomas Pattloch, LL.M. >
Ottrum Günzel >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. >
Henry Lauf >
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schick >
Dr. Benedikt Rohrßen >
Dr. Johannes Mohr >
Sora Burghart, LL.M. >
Dr. Christian Maron >
Dr. Jan, Christian Seuvernig >
Dr. Guang Li, LL.M. >
Philipp Koehler >
Dr. Philipp Rektorschek >
Dr. Daniel Tietjen >

---

Verena Bertram >
Christiane Richter-Wienke, LL.M. >
Michael Keffer >
Max Luttmann >
Manuela Dachauer >
Pia Thress, Maître en Droit >
Dr. Rebekka Krause >
Dr. Jonas Wotzke >
Dr. Christian Tenkhoff, LL.M. (UCL) >
Dr. Jonathan Alexander Kropp >
Dr. Monika Bucher, LL.M. >
Boris Fischer >
Tessa Böttger >
Dr. Michael Beer >
Katja Schüttefohr, LL.M. >
Andreas Sautter >
Julius Zacharias >
Dr. Daniel Schrembs, LL.M. >
Freiherr Ruprecht von Weichs zur Wenne
Gabriele Steiger >
Sebastian Kratzer >
Tim Schwarz >
Nikolay Stoykov >
Markus Prädr >
Anna Maria Fischer >
Thomas Renshagen

## Brüssel

Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak >

## Shanghai

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz >
Dr. Michael Tan >

## Beijing

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 80
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel >
Johnny Zhao >
Inga Vinck >

## Hongkong

Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Hermann-Linder, StB >

---

> Fachanwalt für Steuerrecht
> Fachanwalt für Arbeitsrecht
> Fachanwalt für Verwaltungsrecht
> Fachanwalt für Familienrecht
> Fachanwalt für Internationales Wirtschaftsrecht
> Fachanwalt für Versicherungsrecht
> Fachanwalt für Bau- und Architektenrecht
> Mike Goldammer >
> Fachanwalt für Handels- und Gesellschaftsrecht
> Fachanwalt für Informationstechnologierecht
> Fachanwalt für Gewerblichen Rechtsschutz
> Fachanwalt für Erbrecht
> Fachanwalt für Miet- und Wohnungseigentumsrecht
> Fachanwalt für Bank- und Kapitalmarktrecht
> Fachanwalt für Transport- und Speditionsrecht
> Fachanwalt für Vergaberecht
> Fachanwalt für Insolvenzrecht
> Solicitor (England and Wales)
> Avocat à la Cour
> Attorney-at-Law (External)
> Attorney-at-Law (New York)
> Mediator
> consultant zugelassen
> nicht zugelassen als Rechtsanwalt
> Consult
> Of Counsel zum Rechtsanwalt bzw. Notar
> Taylor Partners, ein Gesellschafter Sd Partners

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB. Sitz Düsseldorf, AG Essen, PR 1530

billing details for Invoice number 1300164605 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.20 h x EUR 380.00/h legal services | 76.00 | | | |
| | | | | |
| Subtotal excl. taxes | 76.00 | 0.00 | | **76.00** |

2/3

billing details for Invoice number 1300164605 with reference to the fee arrangement

TaylorWessing

| Client: | General Media Communications, Inc. (GEN36) |
|---|---|
| Matter: | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" (GEN36.D1000) |
| from: | 03/29/18 to 03/31/18 |

| Date | Hours | Narrative |
|---|---|---|

### Attorney: Ortrun Günzel (D0959)

| 03/29/18 | 0.20 | Checking adverse party's Website and taking screenshots thereof; Brief Report to Mr. Sigalow. |
|---|---|---|
| | 0.20 | Total time for Ortrun Günzel (D0959) |

TaylorWessing

Taylor Wessing · Isartorplatz 8 · 80331 München

**General Media Communications, Inc.**
6800 Broken Sound Pkwy, Suite 200
Boca Raton, FL, 33487
USA

Matter no.
GEN36.D1000

Invoice number
1300168629

Isartorplatz 8
80331 München
Postfach 20 20 55
80020 München

Tel +49 89 21038-0
Fax +49 89 21038-300
muenchen@taylorwessing.com

Verzeichnis der Partner unter:
www.taylorwessing.com

o.guenzel@taylorwessing.com
Secretary +49 89 21038-185

| Date | Billing partner | **Invoice** |
|---|---|---|
| 28 May 2018 | Ortrun Günzel | |

| | |
|---|---|
| Matter | General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
| Your reference | Appeal proceedings against registration of DE302011055800.0/41 "PENTHOUSE" |
| Bill Period | April 2018 |

For our services according to the attached narratives we hereby charge the following fees and disbursements:

| Performance totals | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| Fees and Disbursements | 190.00 | 0.00 | 0.00 | |
| Subtotal excl. taxes | 190.00 | 0.00 | | **190.00** |
| Total including VAT **(EUR 0.00)** | 190.00 | 0.00 | 0.00 | **190.00** |

Ortrun Günzel
Rechtsanwältin

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors und Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

IBAN DE18 2007 0000 0022 6357 00 BIC (Swift Code) DEUTDEHHXXX
Deutsche Bank Hamburg
Steuer-Nr. 133/5949/1039 ID-Nr. DE 121196622

Amsterdam Beijing Berlin Bratislava Brünn Brüssel
Budapest Cambridge Dubai Düsseldorf Eindhoven
Frankfurt Hamburg Hongkong Kiew Klagenfurt London
München Paris Prag Shanghai Singapur Warschau Wien

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Greger Schmid, LL.M. >
Roman Brtnard, Notar, Amtsgerichtsbezirk Berlin >
Thomas Wisniewski ¹² >
Dr. Tim Winnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder ¹³ >
Dr. Hagen Hasselbrink, Notar, Amtsgericht Berlin >
Johannes Callet, Lic. en Droit >
Dr. Norman Röchert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Reck ¹³
Volker Herrmann, LL.M. ¹³
Nico Jänicke ¹³
Amina Boehm, LL.M. ¹³
Paul Voigt, Lic. en Derecho ¹² ¹³
Patrick Klaey ¹³
Thanos Rammos, LL.M. ¹³
Kevin Matschat, LL.M. ¹³
Dr. Lea Maria Siering ¹³
Dr. Anne Sophie Sternhardt ¹³
Dr. Sebastian Klabunde ¹³
Dr. Sebastian Haerting ¹³
Dr. Franziska Dautert, LL.M. ¹³
Jan Pieper
Christian Ahrendt
Vladimir Yaroshevsky
Stephan Meyer, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max ¹³
Gustaf-Rudolf Schlepper, LL.M. ¹³ >
Dr. Christiana Hoerdemann-Napp ¹³ >
Dr. Michael Samer ¹² ¹³ >
Dr. Wolfgang Gatonska ¹³ >
Dr. Walter Potthast >
Prof. Dr. Norbert Kemper ¹³ >
Dr. Klaus Grossmann >
Franz Janssen ¹² >
Dr. Michael Mälitz >
Marc André Gimmy ¹³ >
Dr. Thomas Fehrenbach >
Detlef Klett ¹³ >
Dr. Peter Helisch >
Dr. Guribrizt Kemmerer-Gałahn ¹³ >
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Torsten van Jeger >
Olaf Gillert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Arenz ¹³ >
Dr. Sascha R. Grosjean ¹³ >
Dr. Oliver Klöck >
Dr. Markus A. Hask ¹³ >
Dr. Oliver Bertram ¹³ >
Roland Kuppers, LL.M. >
Dr. Ben Kimpel, StB ¹³ >
Ingo Gerdes, LL.M. >
Dr. Carsten Kruse, LL.M. >
Maria Wiora >
Carsten Gerner >
Dr. Roland Schmidt-Dicke >
Dr. Michael Brüggemann >

**Hamburg**
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Ursula Wolf ¹³
Dr. Christoph von Oppeln-Bronikowski ¹³
Jürgen Rieß ¹³
Maja Stachle-Euler ¹³
Dr. Klaus Wiedmann ¹²
Axel C. Frings ¹³
Dr. Jan Curschmann >
Bernhard Klatt >
Dr. Axel Busch, M.C.J. ¹³ >
Dr. Kai Cheng ¹³ >
Dr. Michael Baumhauer >
Dr. Dagmar Gerlach-Laudien >
Dr. Andreas Messmar ¹³ >
Robert P. Wethmar, LL.M. ¹³ >
Detlef Agenstein >
Dr. Peter Schimann, LL.M. >
Dr. Frank Roth >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaal >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Filler, von denen ¹³
Dr. Wiebke Baars, LL.M. ¹³ >
Dieter Lang, LL.M.Eur. ¹³ >
Dr. Andreas Bauer, LL.M. ¹³ >
Dr. Stefan Köbon >
Dr. Jens Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kirschner >
Dr. Daniel Tietjen ¹³

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spieg, Notar (a.D.) >
Dr. phil. nat. Klaus Kupka ¹³
Alf Aretz ¹² >
Dr. Julia Wulf, Notarin, Amtsgericht Frankfurt a.M. >
Claus Peter Kruckow >
Jörg Bausch >
Dr. Jackob Guttmann >
Christoph F. Maipel, LL.M. ¹³ >
Marcus Hartmann >
Claus Goedecke >
Peter Bert ¹² >
Dr. Henning Moelle, LL.M. >
Dr. Ullesheim Eichhorn, LL.M. ¹³ >
Dr. Gregor Stanchen >
Dr. Uwe Saubersich, Notar, Amtsgericht Frankfurt a.M. >
Gero Hlawig, lic.iur. >
Michael Stein >
Dr. Volker Baas, M.P.A. >
Sveina Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Seibert >
Christina Weyand ¹³ >
Dr. Stefan Fröhlich ¹³ >
Dr. Nikola Voß ¹³
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. ¹³
Thomas Kahl ¹³
Dr. Simon Westhaven ¹³
Dr. Maren Bartlik, LL.M (M.C.G.), Notar, Amtsgericht Frankfurt a.M. ¹³
Ulf Gasejacob ¹³
Dr. Sebastian Bayer, LL.M. >
Dr. Robert Bauer ¹³ >
Dr. Jan W. Grawe ¹² ¹³
Marion Schröder >
Olga Krokuh, MLE
Stefanie Hecker
Christopher Paine ¹³
Stella Junge, LL.M. >
Fabian Henke, LL.M. >
Christopher Stahl, LL.M. Eur.
Dr. Michael Beyer, Dipl.-Volkswirt >
Jacqueline Üping
Peter Lowtzansky, LL.M. >
Georg Havlik
Ines Müller-Marschhausen
Dorothea Berg
Johannes-Tobias Margula >
Dr. Alexa Beckstein >

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. >
Dr. Heinrich Rodewig >
Dr. Cornelius Weitbrecht >
Dr. Michael Sommer, StB >
Dr. Sabine Magnin >
Magdalena Herschlegel-Kroll >
Dr. Wolfgang A. Rehmann >
Thomas Bach >
Michael-Florian Ranft >
Dr. Peter Hottbauer >
Stephan M. Hanemann >
Dr. Christian Trachtel ¹³ >
Dr. Christian Frank >
Dr. Christian Lederer >
Dr. Gerhard Schmidt ¹³
Christoph de Coster, LL.M. >
Prof. Dr. Sibylle Gierschmann, LL.M. ¹³ >
Marita Kraus >
Harald Bechteler ¹³ >
Dr. Peter Hettich >
Andreas Bauer ¹³
Dr. Martin Rothermel >
Dr. Clevo Rentrop >
Dr. Nicole Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gerbert Hahagen >
Dr. Dietrich Kamlah ¹³ >
Dr. Axel Godron ¹³ >
Dr. Lian Kiłowitz-Haas >
Dr. Klaus Framel ¹³ >
Dr. Walter R. Herrle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Goldammer >
Dr. Hendrik Bóss >
Stefan Krooker >
Dr. Thomas Pattloch, LL.M. >
Ottrun Günzel ¹³ >
Dr. Adnan Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. ¹³ >
Henry Lauf ¹³
Dr. Sonja Ackermann, M. Jur. (Oxford) >
Dr. Elisabeth Schalk ¹³
Dr. Benedikt Rohrßen ¹³
Dr. Verena Ahmann ¹³
Sara Borghart, LL.M. ¹³
Dr. Christian Maron ¹² ¹³
Johannes Ehm ¹² ¹³
Dr. Jan Christian Sauerssig ¹³
Dr. Guang Li, LL.M. ¹² ¹³
Philipp Koehler ¹³
Dr. Jan Philip Rektorschek ¹³
Dr. Daniel Tietjen ¹³

Dr. Nora Fr ¹³
Philip Schmitz ¹³
Sebastian Runz, LL.M. ¹³
Okka Thomer ¹³
Dr. Karsten Angenendt ¹³
Thomas Vogtmeier ¹³
Nele Sutmeier ¹³
Eva-Maria Sepker ¹³

Rodney Dukes ¹³
Timothy Eyles ¹³ >
Adam Marks ¹³ >
Laurence Cobb ¹³ >
Christian Valsamidis ¹³ >
Giles Anstelem ¹³ >
Claudia Jonath ¹³ >
Christophe Fichter ¹³ >

Dr. Dirk Wiedekind ¹³ >
Dr. Jan Riebeling ¹³ >
Dr. Holger Schneve, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz ¹³ >
Dr. Tobias Scholenski ¹³ >
Dr. Janina Pochhammer >
Dr. Britta Heymann >
Dr. Thorsten Troge ¹³ >
Dr. Jan Kern >
Alexander R. Rath, M.Jur. ¹³ >
Dr. Jens Wrensne, LL.M. ¹³ >
Anneke Brenner ¹³ >
Sven Kohlert ¹³
Dr. Matthias Laas ¹³
Dr. Angela Menges ¹² ¹³
Martin Launer, Dipl.-Ing. (FH) ¹³
Donata v. Enzberg, LL.M. (UCT) ¹³
Dr. Petra Timmermann ¹³
Dr. Stephan von Marschall, LL.M. >
Dr. David Klein, LL.M. ¹³ >
Timo Stöfplug ¹³
Dr. Martin Heidrich, LL.M. ¹³ >
Dr. Martin Knaup, LL.B. ¹³ >
Xiaowan Paulus ¹³
Jan Anderson ¹³
Jonas Warnken ¹³
Miriam Murdterek ¹³
Konstantin Schreder, LL.M. ¹³
Dr. Katja Schmidt ¹³
Dr. Alexander Senninger, LL.M. ¹³
Anne Rahm, LL.M. ¹³
Christine Simon-Wehl ¹³
Katharina Rauer, M.Jur. ¹³
Jan Feuerhake, LL.M. ¹³
Hannes Tutt ¹³
Dr. Daniel Gräzer ¹³
Dr. Marc-Sebastian Mühle ¹³
Frauke Ohlenbrock, LL.M. ¹³
Dr. Johanna Spiegel ¹³
Dr. Friederike Voskamp, LL.M. ¹³
Andre Guskow ¹³
Dr. Christine Fischer ¹³
Franzeska Greiner, LL.M. ¹³
Dr. Malok Brandt, M.Jur. ¹³
Dr. Maximilian Oehlschlägel ¹³
Dr. Stefan Horn ¹³
Dr. Johannes A. Höft ¹³
Dr. Benedikt F. Filder ¹³
Lucas du Ponte Müller ¹³
Marina Alves Guimarães, LL.M. int. ¹³
Christian Kupfer ¹³
Philip Köppen ¹³

**Verona Bertram ¹³**
Christiane Richter-Wenke, LL.M. ¹³
Maik Luttmann ¹³
Manuela Dachauer ¹³
Pia Theiss, Maître en Droit (Paris II) ¹³
Dr. Rebekka Krause ¹³
Dr. Jonas Woitzyk ¹³
Dr. Christian Terkhoft, LL.M. (UCL) ¹³
Dr. Jonathan Alexander Kropp ¹³
Dr. Monika Buchler, LL.M. ¹³
Bora Fischer ¹³
Tessa Bottger ¹³
Dr. Michael Beer ¹³
Katja Schiffelholz, LL.M. ¹³
Andrea Sautter ¹³
Julius Zacharias ¹³
Dr. Daniel Schrembs, LL.M. ¹³
Freiherr Ruprecht von Welchs zur Wenne ¹³
Gabriela Spölgen ¹³
Sebastian Kratzer ¹³
Johannes Krummerow ¹³
Tim Schwarz ¹³
Nikolay Stoykov ¹³
Markus Pfadt ¹³
Anna Maria Fischer ¹³
Thomas Ranshagen ¹³

**Brüssel**
Rue de Lavoine, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 03 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak ¹² ¹³

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 48
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz ¹² >
Dr. Michael Tan ¹² ¹³

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 56 86
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hezel ¹³ >
Johnny Zhao ¹³
Ingo Vinck ¹³

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB ¹³ >

¹ Fachanwalt für Steuerrecht
² Fachanwalt für Arbeitsrecht
³ Fachanwalt für Verwaltungsrecht
⁴ Fachanwalt für Erbrecht
⁵ Fachanwalt für Insolvenzrecht
⁶ Fachanwalt für Bau- und Architektenrecht
⁷ Fachanwalt für Handels- und Gesellschaftsrecht
⁸ Fachanwalt für Informationstechnologierecht
⁹ Fachanwalt für Gewerblichen Rechtsschutz
¹⁰ Fachanwalt für Erbrecht
¹¹ Fachanwalt für Urheber- und Medienrecht
¹² Fachanwalt für Bank- und Kapitalmarktrecht
¹³ Fachanwalt für Transport- und Speditionsrecht
¹⁴ Fachanwalt für Vergaberecht
¹⁵ Fachanwalt für Insolvenzrecht
¹⁶ Solicitor (England and Wales)
¹⁷ Avocat à la Cour
¹⁸ Attorney-at-Law (New York)
¹⁹ Mediator
²⁰ Certified non-zugelassen
²¹ nicht zugelassen Rechtsanwalt
² Counsel
Of Counsel, kein Gesellschafter i.S.d. PartGG
Partner
Salary Partner, kein Gesellschafter i.S.d. PartGG

billing details for Invoice number 1300168629 with reference to the fee arrangement

TaylorWessing

| Performance | fees EUR | disbursements EUR taxable | disbursements EUR non taxable | Total EUR |
|---|---|---|---|---|
| **Fees** | | | | |
| **Ortrun Günzel** | | | | |
| 0.50 h x EUR 380.00/h legal services | 190.00 | | | |
| | | | | |
| Subtotal excl. taxes | 190.00 | 0.00 | | **190.00** |

2/3

**Berlin**
Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M. >
Roman Bärwaldt, Notar, Amtssitz Berlin >
Thomas Wisniewski ° >
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder °>
Dr. Hagen Hasselbrink, Notar, Amtssitz Berlin >
Johannes Callet, Lic. en Droit >
Dr. Norman Reichert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Reck °
Volker Hermann, LL.M. °
Nico Janicke ° >
Annina Boehm, LL.M. >
Paul Voigt, Lic. en Derecho °>
Patrick Alexy °
Thanos Rammos, LL.M. >
Kevin Mitchell, LL.M. °
Dr. Lea Mana Steyns °
Dr. Anne Sophie Steenhardt °>
Dr. Sebastian Klabunde °
Dr. Sebastian Hoefling °
Dr. Franziska Dautert, LL.M. °
Jan Pieper
Vladimir Alvarez
Vladimir Yaroshevskiy
Stephan Meyer, LL.M.

**Düsseldorf**
Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max °
Gustaf-Rudolf Schlipper, LL.M. °>
Dr. Christiane Hoerdemann-Napp °>
Dr. Michael Samer ° >
Dr. Wolfgang Gatonska °>
Dr. Walter Potthast >
Prof. Dr. Norbert Kemper ° >
Dr. Klaus Grossmann >
Franz Janssen ° >
Dr. Michael Maatz >
Marc André Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett ° >
Dr. Peter Helsch >
Dr. Gunbritt Kemmerer-Galahn °>
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gillessen >
Dr. Torsten von Jeger >
Olaf Gillert, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermann >
Olaf A. Kranz ° >
Dr. Sascha R. Grosjean >
Dr. Oliver Klock >
Andreas M. Haak °>
Dr. Oliver Bertram °>
Roland Küppers, LL.M. >
Dr. Bert Kimpel, StB °>
[illegible] >
[illegible]
[illegible]
[illegible]
[illegible]
Dr. Michael Gruppenmann >
Dr. Simon Felix Weppner, M.C.L., StB >
Dietmar Mampel >
Johannes Simon, LL.M. >
Dr. Anne Saskia Förster °>
Dr. Mareike Ruhe °>
Sonja Leutnant °
Dr. Alexander Kapfer °
Christoph Janssen, LL.M. °
Dr. Kathrin Monen, LL.M. °
Dr. Jan Schumacher °
Dr. Michael Johannes Pils °
Dr. Cornelia Maetschke-Biersack °
Dr. Daniel Kunz, LL.M. °
Dr. Heiko Fromke °
Dr. Joachim Mandl °
Dr. Markus Böhme, LL.M. °
Prof. Dr. Jens Escher °
Dr. Karsten Maria Albers-Moritz °
Mareike Christina Göhrmann °
Kordina Lange, LL.M. °
Jan-Patrick Vogel, LL.M. °
Kannan Vanden Bossche
Patrique Willems, LL.M.
Bete Kelm-Gerdes, LL.M. occ.
Dr. Jörg Henkel
Alexander Rabusch, LL.M. Eur.
Dr. Lea Günther
Dr. Katja Rosa °
Dr. Frauke Koch
Torben Kukkert
Dr. Manna Schulte
Dr. Anna Spring, LL.M.
Cristina Bockle
Dr. Barbara Tresmann, LL.M.
Fritz-Ulli Pieper, LL.M.
Frank Marek
Kathleen Münstermann, LL.M.

**Dr. Nora E**
Philip Scho...
Sebastian Plenz, LL.M. >
Okke Thörner
Marian Bauer
Thomas Vogtmeier
Nele Sutmeier
Eva-Maria Stepker

Rodnay Dukes ° >
Timothy Eyles ° >
Adam Marks ° >
Laurence Cobb ° >
Christian Valsamidis ° >
Gilles Amsallem >
Claudia Joseph ° >
Christopher Fischer °>

**Frankfurt am Main**
Thurn-und-Taxis-Platz 6
D - 00515 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) °
Dr. phil. nat. Klaus Kupka °
Alf Metz °° >
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kraufmke >
Jörg Bausch °>
Hassan Saldu >
Christoph F. Vaupel, LL.M. ° >
Marcus Hartmann >
Claus Goedecke >
Peter Dert ° >
Dr. Henning Meelin, LL.M. >
Dr. Lars-Gerrit Lußmann, LL.M. >
Dr. Gregor Staschen >
Dr. Uwe Stachelin, Notar, Amtssitz Frankfurt a.M. >
Qun Huang, lic iur. >
Michael Stein >
Dr. Volker Beas, M.P.A. >
Svenja Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Sinhart >
Christine Weyand °>
Dr. Stefan Fröhlich °
Dr. Niketa Voß °>
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. °>
Thomas Karl °>
Dr. Simon Werthwein °
Dr. Martin Bartik, LL.M (McG.l), Notar, Amtssitz Frankfurt a.M. >
Ulf Gosejacob °>
Dr. Sebastian Beyer, LL.M. >
Dr. Robert Bauer °>
Dr. Jan W. Grawe °>
Marcus Schröder °>
Olga Rodjuk, MLE
Stefanie Hecker
Christopher Peine °>
Stella Janzeg, LL.M. >
Tobias Henke, LL.M. >
Christopher Stahl, LL.M. Eur.
Dr. Michael Bayer, Dipl.-Volkswirt
Jacqueline Ulbrig
Peter Louzensky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Valentine Barg
Johannes Ortau, Magister.
Dr Alena Hackmann

**Hamburg**
Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 03 0
Fax +49 40 3 68 03 280
hamburg@taylorwessing.com

Dr. Gisela Wild °
Dr. Christoph von Oppeln-Bronkowska °
Jürgen Rap °
Maja Stadler-Euler °
Dr. Klaus Wittenbruch °
Axel C. Filges °
Dr. Jan Curschmann >
Bernhard Klatt >
Prof. Dr. Axel Bösch, M.C.J. ° >
Dr. Kai Greve ° >
Dr. Michael Baumhauer °
Dr. Dagmar Entholt-Laudien >
Dr. Andreas Moschner ° >
Robert P. Wethmar, LL.M. °°>
Daniel Agerszewing >
Dr. Peter Seemann, LL.M. >
Dr. Frank Koch >
Jörg Wimmers, LL.M. °°>
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa School >
Dr. Martin Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Frhr. von dem Bussche, LL.M. >
Dr. Wiebke Baars, LL.M. °>
Dieter Lang, LL.M.Eur. ° >
Dr. Alexander Pranger, LL.M. >
Dr. Sabina Kaben >
Dr. Jens Wolf >
Dr. Tilmann Pfeifer >
Dr. Oliver Kerschner >
Dr. Anja Fange, LL.M. >

**Dr. Dirk Wiedeland** °>
Dr. Jan Rebeling ° >
Dr. Holger Schnerr, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz °>
Dr. Tobias Scholmim °>
Dr. Jasina Popkhammer >
Dr. Britta Heymann >
Dr. Thorsten Troge °°>
Dr. Jan Korn >
Alexander R. Roth, M.Jur. °>
Dr. Jens Wiesner, LL.M. >
Anneke Brandt °°>
Sven Körten °>
Dr. Matthias Lüas °°
Dr. Angela Menges °>
Dr. Martin Lauser, Dipl.-Ing. (FH) >
Donata v. Enzberg, LL.M. (UCT) °°>
Dr. Petra Timmermann °>
Dr. Stephan von Manstein, LL.M. °>
Dr. David Klein, LL.M. °>
Timo Stellpflug °°>
Dr. Martin Heidrich, LL.M. >
Dr. Martin Knaup, LL.M. °>
Xiaowen Pautus-Yu °
Jan Andresen °
Jonas Warnken °°>
Miriam Mundhenk °
Konstantin Schrader, LL.M. °
Dr. Katja Schmidt °
Dr. Alexander Senninger, LL.M. °
Anne Nolten, LL.M. °
Christine Simon-Wiehl °
Katharina Reuer, M.Jur. °
Jan Feuerhake, LL.M. °
Hannes Tutt, °
Dr. Daniel Graski °
Dr. Marc-Sebastian Muhle °
Frauke Uhlenbrock, LL.M. °
Dr. Johanna Spiegel °
Dr. Friederike Voskamp, LL.M. °
André Guskow °
Dr. Christine Fischer °
Franziska Grener, LL.M. °
Dr. Malek Baroudi, M.Jur. °
Dr. Maximilian Dethloff °
Dr. Stefan Horn °
Dr. Johannes A. Hött °
Dr. Benedikt F. Piloot °
Lucas de Ponte Müller °
Marina Alves Guimarães, LL.M. int. °
Christian Kupfer
Philip Koppen

**München**
Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. °
Dr. Heinrich Rodowag °
Dr. Cornelius Weithbrecht °
Dr. Michael Sommer, StB °
Dr. Sabine Rojahn °
Magdalena Haschke-ger-Ksoll °
Dr. Wolfgang A. Rehmann °
Thomas Haab °
Michael-Florian Rantt >
Dr. Peter Hofbauer °
Stephan M. Hanemann >
Dr. Christian Traichel °>
Dr. Christian Frank >
Dr. Christian Lederer °°>
Dr. Lothar Harings °>
Christoph de Castro, LL.M. °>
Prof. Dr. Sibylle Gierschmann, LL.M. >
Martin Kraus >
Harald Bochteler °>
Dr. Peter Helsch >
Andreas Bauer °>
Dr. Martin Rothermel >
Dr. Oliver Rottkay >
Dr. Nicolai Wiegand, LL.M. >
Dr. Manja Epping >
Dr. Gebott Hohagen >
Dr. Dietrich Kamlah °>
Dr. Axel Godron °>
Dr. Lidian Klewitz-Haas >
Dr. Kilian Fremel °>
Dr. Walter R. Henle, LL.M. >
Mirko Geldmacher >
Dr. Hendrik Boss >
Stefan Krocker >
Dr. Thomas Pattloch, LL.M. >
Ortrun Günzel ° >
Dr. Adrian Birnbach, LL.M. >
Dr. Anja Lunze, LL.M. °>
Henry Lauf °>
Dr. Sonja Ackermann, M. Jur. (Oxford) °>
Dr. Elisabeth Schäfe °
Dr. Benedikt Rohrßen °>
Dr. Verena Ahmann °
Sara Burghart, LL.M. °
Dr. Christian Maron °
Dr. Jan. Christina Saueressig °
Dr. Guang Li, LL.M. °
Philipp Koof °
Dr. Jan Philip Rektorschek °
Dr. Daniel Tietjen °

**Verena Bertram** °
Christiane Richter-Wienke, LL.M. °>
Dr. Michael Kehre °°°>
Maik Luttmann °
Manuela Dachauer °>
Pia Thress, Maître en Droit (Paris II) °
Dr. Rebekka Krause °
Dr. Jens Woitzyk °
Dr. Christian Terkhoff, LL.M. (UCL) °
Dr. Jonathan Alexander Kropp °
Dr. Monika Bucher, LL.M. °
Boris Fischer °
Tessa Böttger °
Dr. Michael Beer °
Katja Schiffelholz, LL.M. °
Andrea Stutter °
Julius Zacharias °
Dr. Daniel Schrembs, LL.M. °
Freiherr Ruprecht von Weichs zur Wenne °
Gabriele Seeliger °
Sebastian Kretzer °
Johannes Krummerow °
Tim Schwarz °
Nikolay Stoykov °
Markus Pfadt °
Anna Maria Fischer °
Thomas Rennhagen °

**Brüssel**
Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak °°>

**Shanghai**
Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1509
No. 1468 Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 48
shanghai@taylorwessing.com

Ralph V. Koppitz °°>
Dr. Michael Tan °°>

**Beijing**
Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 67 58 86
Fax +86 10 85 67 58 85
beijing@taylorwessing.com

Christoph Hezel °°>
Johnny Zhao °°
Ingo Vinck °°

**Hongkong**
Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 3700 4081
Fax +852 3700 4099
hongkong@taylorwessing.com

Dr. Jakob Riemenschneider, StB °°>

° Fachanwalt für Steuerrecht
°° Fachanwalt für Arbeitsrecht
° Fachanwalt für Verwaltungsrecht
° Fachanwalt für Familienrecht
° Fachanwalt für Internationales Wirtschaftsrecht
° Fachanwalt für Versicherungsrecht
° Fachanwalt für Bau- und Architektenrecht
° Fachanwalt für Handels- und Gesellschaftsrecht
° Fachanwalt für Informationstechnologierecht
° Fachanwalt für Gewerblichen Rechtsschutz
° Fachanwalt für Erbrecht
° Fachanwalt für Steuerrecht
° Fachanwalt für Miet- und Wohnungseigentumsrecht
° Fachanwalt für Bank- und Kapitalmarktrecht
° Fachanwalt für Transport- und Speditionsrecht
° Fachanwalt für Vergaberecht
° Fachanwalt für Insolvenzrecht
° Solicitor (England and Wales)
° Avocat à la Cour
° Attorney-at-Law (California)
° Attorney-at-Law (New York)
° Mediator
° nicht tätiger Rechtsanwalt
° nicht zugelassen Rechtsanwalt
° Counsel
° Of Counsel, kein Gesellschafter d. Soc. Partn.
° Partner
° Salary Partner, kein Gesellschafter d. Soc. Partn.

Taylor Wessing Partnerschaftsgesellschaft von Rechtsanwälten, Steuerberatern, Solicitors and Avocats à la Cour mbB, Sitz Düsseldorf, AG Essen, PR 1530

billing details for Invoice number 1300168629 with reference to the fee arrangement

TaylorWessing

Client:        **General Media Communications, Inc. (GEN36)**
Matter:        **General Media Communications, Inc. / G & E - Stuttgart GmbH re Appeal
               proceedings against registration of DE302011055800.0/41 "PENTHOUSE"
               (GEN36.D1000)**
from:          **04/10/18 to 04/30/18**

| Date | Hours | Narrative |
|------|-------|-----------|

**Attorney: Ortrun Günzel (D0959)**

| 04/10/18 | 0.50 | Filing request for suspension of proceeding; e-mail to David Sigalow with Brief Report thereon. |
|----------|------|-------------------------------------------------------------------------------------------------|
|          | 0.50 | **Total time for Ortrun Günzel (D0959)** |

**Berlin**

Ebertstraße 15
D - 10117 Berlin
Tel. +49 30 88 56 36 0
Fax +49 30 88 56 36 100
berlin@taylorwessing.com

Dr. Gregor Schmid, LL.M.
Roman Barwaldt, Notar, Amtssitz Berlin >
Thomas Wisniewski ‹¹ ›
Dr. Tim Wünnemann >
Marc-Oliver Kurth, LL.M. >
Dr. Patrick Brock >
Dr. Sebastian Buder ‹¹ ›
Dr. Hagen Hasselbrink, Notar, Amtssitz Berlin >
Johannes Calet, Lic. en Droit >
Dr. Norman Rochert, LL.M. >
Dr. Jens Wolf >
Hans-Joachim Reck ⁴²
Volker Herrmann, LL.M. ⁴²
Nico Jänicke ‹¹ ›
Amina Boehm, LL.M. ⁴²
Paul Vogt, Lic. en Derecho ‹¹ ›
Patrick Alexy ⁴²
Franca Remmers, LL.M. ⁴²
Kevin Mitchell, LL.M. ⁴²
Dr. Lea Maria Siering ⁴²
Dr. Anne Sophie Steinhardt ⁴²
Dr. Sebastian Kisbunde >
Dr. Sebastian Hoofling
Dr. Franziska Dautert, LL.M.
Jan Pieper
Christian Ahrend
Vladimir Yaroshevskiy
Stephan Meyer, LL.M.

**Düsseldorf**

Benrather Straße 15
D - 40213 Düsseldorf
Tel. +49 211 83 87 0
Fax +49 211 83 87 100
duesseldorf@taylorwessing.com

Dr. Dietrich H. Max ⁴²
Gustaf-Rudolf Schlieper, LL.M. >
Dr. Christiana Heerdmann-Napp ‹¹ ›
Dr. Michael Somer ‹¹ ²›
Dr. Wolfgang Gatenska ‹¹ ›
Dr. Walter Pottnast >
Prof. Dr. Norbert Kämper ‹¹ ›
Dr. Klaus Grossmann >
Franz Janssen ‹¹ ›
Dr. Michael Matiz >
Marc Andre Gimmy >
Dr. Thomas Fehrenbach >
Detlef Klett ‹¹ ›
Dr. Peter Helbich >
Dr. Gunbritt Kammerer-Galahn ‹⁴ ›
Dr. Wolfgang Gruber, LL.M. >
Dr. Frederick Gössnen >
Dr. Torsten van Jeger >
Olaf Gärtn, LL.M. >
Dr. Ernst-Albrecht von Beauvais, LL.M. >
Andrea Hermanni >
Olaf A. Kranz ‹¹ ›
Dr. Sascha R. Grosjean ‹¹ ›
Dr. Oliver Klock >
Andreas M. Haak ‹¹ ›
Dr. Oliver Bertram ‹¹ ›
Roland Küppers, LL.M. >
Dr. [illegible] Kümpel, StB >
[illegible], LL.M >
[several illegible lines]
Dr. [illegible] Struppmann ⁴²
Dr. Simon Felix Weppner, M.C.L., StB >
Dietmar Mampel ‹¹ ›
Johannes Simon, LL.M. ‹¹ ¹›
Dr. Anne Saskia Forster ‹¹ ›
Dr. Marike Huhn ‹¹ ¹›
Sonja Leutnant ‹¹ ›
Dr. Alexander Kapfer ‹¹ ›
Christoph Janssen, LL.M ‹¹ ›
Dr. Kathrin Meißen, LL.M. ‹¹ ›
Dr. Jan Schumacher ‹¹ ›
Dr. Michael Johannes Pils ‹¹ ›
Dr. Cornelia Maetschke-Biersack ‹¹ ¹›
Dr. Daniel Kunz, LL.M. ‹¹ ›
Dr. Heike Franke ⁴²
Dr. Joachim Mandl ‹¹ ›
Dr. Markus Böhme, LL.M. ‹¹ ›
Prof. Dr. Jens Escher ‹¹ ›
Dr. Karsten Maria Alberts-Mehlitz ‹¹ ¹›
Mareike Christine Gehrmann ‹¹ ²›
Karoline Lange, LL.M. ‹¹ ›
Jan-Patrick Vogel, LL.M >
Katrien Vandien Bossche
Patrique Witems, LL.M.
Birte Kohn-Gerdes, LL.M. oec.
Dr. Jörg Henkel
Alexander Ruloussh, LL.M. Eur.
Dr. Lisa Günther
Dr. Katja Roza ‹¹ ›
Dr. Frauke Kordt
Torben Kükkert
Dr. Marina Schulte
Dr. Anne Springob, LL.M.
Cristina Beckle
Dr. Barbara Theimann, LL.M.
Fritz-Ulli Pieper, LL.M.
Frank Marek
Kathleen Münstermann, LL.M.

**Frankfurt am Main**

Thurn-und-Taxis-Platz 6
D - 60313 Frankfurt a.M.
Tel. +49 69 9 71 30 0
Fax +49 69 9 71 30 100
frankfurt@taylorwessing.com

Michael H. Spring, Notar (a.D.) ⁰
Dr. phil. nat. Klaus Kupka ⁰
Alf Aretz ‹¹ ›
Dr. Julia Wulf, Notarin, Amtssitz Frankfurt a.M. >
Claus Peter Kreznke >
Jörg Bausch ‹¹ ›
Christoph F. Vaupel, LL.M. ‹¹ ›
Marcus Hartmann >
Claus Geeecke >
Peter Dert ‹¹ ›
[illegible] Mareda, LL M >
Dr. Lars-Gerrit Luttmann, LL.M. >
Dr. Gregor Staechelin >
Dr. Uwe Stuberlich, Notar, Amtssitz Frankfurt a.M. >
Qun Huang, lic ut. >
Michael Stan >
Dr. Volker Isaac, M.P.A. >
Svanja Maucher >
Sabine Schomaker >
Clemens Niedner >
Michael Sinhart >
Christine Weyand ‹¹ ›
Dr. Stefan Fröhlich ‹¹ ›
Dr. Nikola Voß ‹¹ ›
Dr. Anna Lucia Izzo-Wagner, LL.M. Eur. ‹¹ ›
Thomas Kroll ‹¹ ›
Dr. Simon Werthwein ‹¹ ›
Dr. Maren Bartlik, LL.M (M.C.I.), Notar, Amtssitz Frankfurt a.M. ‹¹ ›
Ulf Gorzejacob ‹¹ ›
Dr. Sebastian Boyce, LL.M. >
Dr. Robert Bauer ‹¹ ›
Dr. Jan W. Grawe ‹¹ ¹›
Marian Schröder ‹¹ ›
Olga Rozuk, M.LE
Stefanie Hecker
Christopher Peine ‹¹ ›
Stella Janega, LL.M.
Tobias Henke, LL.M.
Christopher Stahl, LL.M. Eur.
Dr. Michael Beyer, Dipl.-Volkswirt
Jacqueline Unling
Peter Leuteratky, LL.M.
Georg Havlik
Ines Müller-Marschhausen
Dorothea Berg
Johannes Gellar, Mag ut.
Li Meroi Backstein

**Hamburg**

Am Sandtorkai 41
D - 20457 Hamburg
Tel. +49 40 3 68 05 0
Fax +49 40 3 68 05 280
hamburg@taylorwessing.com

Dr. Gisela Wild ⁰
Dr. Christoph von Oppen-Bronkowski ⁰
Jürgen Rep ⁰
Maja Stadler-Euler ⁰
Dr. Klaus Willzbruch ‹¹ ›
Axel G. Filges ⁰
Dr. Jan Curschmann >
Bernhard Klett >
Prof. Dr. Axel Bösch, M.C.J. ‹¹ ›
Dr. Kai Greve ‹¹ ›
Dr. Michael Baumbauer >
Dr. Dagmar Enthalt-Laudien >
Dr. Andreas Messmer ‹¹ ›
Robert P. Wethmar, LL.M. ‹¹ ›
Daniel Agenztion >
Dr. Peter Stamann, LL.M >
Dr. Frank Koch >
Jörg Wimmers, LL.M. >
Carsten Bartholl >
Dr. Mark Hoenike, LL.M. >
Dr. Tessa Schaal >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Dr. Axel Fritz, von dem Bussche, LL.M. ‹¹ ›
Dr. Wiebke Baars, LL.M. ‹¹ ›
Dieter Lang, LL.M.Eur. ‹¹ ›
Hauke Borrmann, LL.M. >
Dr. Sabine Kaben >
Dr. Jorn Wolf >
Dr. Tillmann Pfeifer >
Dr. Oliver Kieschnke >
Dr. Olaf Franz, LL.M. >

**München**

Isartorplatz 8
D - 80331 München
Tel. +49 89 2 10 38 0
Fax +49 89 2 10 38 300
muenchen@taylorwessing.com

Dr. Klaus Zimmermann, Dipl.-Kfm. ‹¹ ›
Dr. Henisch Rodewig ⁰
Dr. Cornelius Weltrecht ⁰
Dr. Michael Sommer, StB ⁰
Dr. Sabine Rojahn ⁰
Magdalena Hannschteger-Ksoll ⁰
Dr. Wolfgang A. Rehmann >
Thomas Rasb >
Michael-Florian Ranft >
Dr. Peter Hofbauer >
Stephan M. Honnemann >
Dr. Christian Traichel >
Dr. Christian Frank >
Dr. Christian Lederer >
Christoph de Coster, LL.M. ‹¹ ›
Prof. Dr. Sibylle Gierschmann, LL.M. ‹¹ ¹›
Martin Kraus >
Harald Bachleiter ‹¹ ›
Dr. Peter Helbich >
Andreas Bauer ‹¹ ›
Dr. Martin Rothermel >
Dr. Oliver Rothley >
Dr. Nicole Weigand, LL.M. >
Dr. Marco Epping >
Dr. Gisbert Hohagen >
Dr. Dietrich Kamlah ‹¹ ›
Dr. Axel Gebhart >
Dr. Leon Konrad-Haas >
Dr. Klaus Fessmel ‹¹ ›
Dr. Walter R. Henle, LL.M. >
Hermann-Ulrich Viskorf >
Mike Gattkemann >
Dr. Hendrek Boss >
Stefan Kröpker >
Dr. Thomas Pattloch, LL.M. >
Ottrun Günzel ‹¹ ›
Dr. Adrian Bernisch, LL.M. >
Dr. Anja Lunze, LL.M. ‹¹ ›
Henry Lauf ⁰
Dr. Sonja Ackermann, M. Jur. (Oxford) ‹¹ ›
Dr. Elisabeth Schalk ⁰
Dr. Benedikt Rohrßen ⁰
Dr. Verena Ahmann ‹¹ ›
Sara Burghart, LL.M. ‹¹ ›
Dr. Christian Maron ‹¹ ›
Johannes Rauer ‹¹ ›
Dr. jur. Christian Saueressig ⁰
Dr. Guang Li, LL.M. ‹¹ ›
Philipp Koehler ⁰
Dr. Jan Philip Rektorschek ‹¹ ›
Philipp Koehler ⁰

**Frankfurt (right column top)**

Dr. Nora E
Philip Schr...
Sebastian Runz, LL.M.
Okka Thorner
Daniel Mauss
Thomas Vogtmeier
Nele Sutmeier
Eva-Maria Sapker

Rodney Dukes ‹¹ ›
Timothy Eyles ‹¹ ›
Adam Marks ‹¹ ›
Lawrence Cobb ‹¹ ›
Christian Vatsamidis ‹¹ ›
Gilles Amsallem ‹¹ ›
Claudia Jonath ‹¹ ›
Christophe Fischer ‹¹ ›

Dr. Dirk Wieddekind ‹¹ ›
Dr. Jan Rietberg ‹¹ ›
Dr. Holger Schraven, LL.M. >
Dr. Philipp Behrendt, LL.M. >
Dr. Carsten Schulz ‹¹ ›
Dr. Tobias Schelinski ‹¹ ›
Dr. Janina Pochhammer >
Dr. Britta Heymann >
Dr. Thorsten Troge ‹¹ ›
Dr. Jan Kein >
Alexander R. Roth, M.Jur.‹¹ ›
Dr. Jons Wissner, LL.M. ‹¹ ›
Anneke Brandt ‹¹ ›
Sven Kahlert ⁰
Dr. Matthias Laas ⁰
Dr. Angela Menges ‹¹ ›
Martin Launer, Dipl.-Ing. (FH) ⁰
Donata v. Enzberg, LL.M. (UCT) ‹¹ ›
Dr. Petra Tannermann ‹¹ ›
Dr. Stephan von Marschall, LL.M. ‹¹ ›
Dr. David Klein, LL.M. ‹¹ ›
Timo Stelpflug ⁰
Dr. Martin Heidrich, LL.M. ‹¹ ›
Dr. Martin Knaup, LL.B. ⁰
Xiaowen Paulus-Ye ⁰
Jan Andresen ‹¹ ›
Jonas Warnken ‹¹ ›
Miriam Munthbonk ⁰
Konstanten Schrader, LL.M.
Dr. Katja Schmidt
Dr. Alexander Senninger, LL.M.
Anne Neitin, LL.M.
Christine Simon-Wehl
Katharina Reuer, M.Jur.
Jan Freudental, LL.M.
Hannes Tutt
Dr. Daniel Gräske ⁰
Dr. Marc-Sebastian Muhla
Frauke Unterhacek, LL.M.
Dr. Johanna Spiegel
Dr. Friederike Voskamp, LL.M.
André Gacilow
Dr. Christine Feicher
Franzeska Greiner, LL.M.
Dr. Malek Barudi, M.Jur.
Dr. Maximilian Oehtschlägel
Dr. Stefan Horn
Dr. Johannes A. Holt
Dr. Benedikt F. Föder
Lucas de Ponte Müller
Marina Alves Gusmaôos, LL.M. int.
Christian Kupfer
Philip Köppen

**München / additional right entries**

Verena Bertram ⁰
Christiane Richter-Wienke, LL.M. ⁰
Dr. Michael Keffer ⁰
Maik Luttmann ⁰
Manuela Dachauer ⁰
Pia Theiss, Maître en Droit (Paris II) ‹¹ ›
Dr. Rebekka Krause
Dr. Simone Woitzyk
Dr. Christian Terkhoff, LL.M. (UCL)
Dr. Jonathan Alexander Kropp
Dr. Monika Bucher, LL.M.
Boris Fischer
Tessa Bottger
Dr. Michael Baer
Katja Schüttefelz, LL.M.
Andrea Stutter
Julius Zachanias
Dr. Daniel Schrembis, LL.M.
Freiherr Ruprecht von Wechs zur Wenne
Gabriela Seeliger
Sebastian Kratzer
Johannes Krummerow
Tim Schwarz
Nikolay Stoykov
Markus Pfadt
Anna Maria Fischer
Thomas Renshagen

**Brüssel**

Rue de Livorne, 7 box 4
B - 1060 Brussels
Tel. +32 2 290 05 39
brussels@taylorwessing.com

Dr. Wolfgang A. Rehmann >
Dr. Marco Hartmann-Rüppel, Dipl.-Volksw. >
Andreas M. Haak ‹¹ ›

**Shanghai**

Taylor Wessing Shanghai Representative Office
15th Floor United Plaza, Unit 1569
No. 1468, Nanjing West Road
200040 Shanghai
People's Republic of China
Tel. +86 21 62 47 72 47
Fax +86 21 62 47 72 49
shanghai@taylorwessing.com

Ralph V. Koppitz ‹¹ ›
Dr. Michael Tan ‹¹ ›

**Beijing**

Taylor Wessing Beijing Representative Office
Unit 2307&08, West Tower, Twin Towers
B-12 Jianguomenwai Avenue, Chaoyang District
Beijing 100022
People's Republic of China
Tel. +86 10 85 87 58 80
Fax +86 10 85 87 58 85
beijing@taylorwessing.com

Christoph Hazel ‹¹ ›
Johnny Zhao ‹¹ ›
Inga Vinck ‹¹ ›

**Hongkong**

Taylor Wessing Hong Kong Office
in association with H.M. Chan & Co
21st Floor
8 Queen's Road Central
Hong Kong
People's Republic of China
Tel. +852 2700 4081
Fax +852 5700 4099

Dr. Jakob Remmertsmoder, StB >

**[right-column legend, partly illegible]**

⁰ Fachanwalt für Steuerrecht
⁰ Fachanwalt für Arbeitsrecht
⁰ Fachanwalt für Verwaltungsrecht
⁰ Fachanwalt für Erbrecht
⁰ Fachanwalt für Internationales Wirtschaftsrecht
⁰ Fachanwalt für Bank- und Kapitalmarktrecht
⁰ Fachanwalt für Familienrecht
⁰ Fachanwalt für Handels- und Gesellschaftsrecht
⁰ Fachanwalt für Gewerblichen Rechtsschutz
⁰ Fachanwalt für Informationstechnologierecht
⁰ Fachanwalt für Bau- und Architektenrecht
⁰ Fachanwalt für Medizinrecht
⁰ Fachanwalt für Transport- und Speditionsrecht
⁰ Fachanwalt für Versicherungsrecht
⁰ Fachanwalt für Insolvenzrecht
⁰ Solicitor (England and Wales)
⁰ Avocat à la Cour
⁰ Attorney-at-Law (California)
⁰ Attorney-at-Law (New York)
⁰ Mediator
⁰ Lehrbeauftragter / Lehrbeauftragter
⁰ nicht zugelassen/Rechtsanwalt
⁰ Konsul
⁰ Of Counsel, Lic. Gesellschafter d.Taylor Wessing Partnerschaft
⁰ Partner

Salary Partner, kein Gesellschafter der Taylor Wessing ...

# BaleSail

## BALESAIL IP LAW OFFICE

## <u>Debit Note</u>

No. 17016

Your Ref.:                                                                    Our Ref.：117011, 117012, 117013

To: ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.                    Date：March 28, 2017

**Re: Trademark recordal of change of address applications for TM Registration Nos.732679, 1050864, 4572565 in China**

|  | Official fee | Package service fee which includes all the disbursements | Subtotal |
|---|---|---|---|
| Recordal of change of address | USD 80.00×3 | USD 200.00×3 | USD 840.00 |

**TOTAL DUE THIS DEBIT NOTE**                                    <u>**USD 840.00**</u>

Remark：Please make remittance in 30 days from receipt of this note.

**BENEFICIARY: BALESAIL IP LAW OFFICE**
**ACCOUNT: 318160596791**
**BANK: BANK OF CHINA BEIJING CHEGONGZHUANG SUB-BRANCH**
**ADDRESS: Building2, 9ChegongZhuang Road, Beijing100044, China**
**SWIFE CODE: BKCHCNBJ110**

## HILBORNE HAWKIN & CO

2875 Michelle Drive Suite 170
Irvine Ca 92606

Phone #(714) 283-1155

| Date | Invoice # |
|------|-----------|
| 5/19/2017 | 17-11109 |

Allen, Dyer, Doppelt, Milbrath et al.
255 South Orange Avenue, Ste. 1401
Orlando, FL 32801

| | |
|---|---|
| RE: Annual Trademark Annuity for QUICKIES (word) in Turks and Caicos in Class 41<br>OUR REF: 17887<br>YOUR REF: 97471<br>Contact: David Sigalow | |
| PROFESSIONAL FEES<br>----------------------------------- | |
| Annual Trademark Annuity:<br>Obtaining and reviewing 2017 Annual Maintenance Certificate for accuracy; forwarding the original<br>certificate to client and advising the same; docketing all further deadline. | 125.00 |
| DISBURSEMENTS | |
| Photocopies | 15.00 |
| Fax and communication | 10.00 |
| Bank Wire Processing Fees | 25.00 |
| Courier/Certified Mail for receiving and forwarding certificates to you | 50.00 |

PLEASE INCLUDE OUR INVOICE NUMBER TO ENSURE PROPER CREDIT.
Wire transfers may be made to: BANK OF AMERICA, 2680 NORTH TUSTIN AVENUE,
ORANGE, CA 92865, Routing No. 026009593, Swift No. BofA US3N, Hilborne, Hawkin
& Co. Account No. 0967042327. Tax ID #33-0373739. Please include $30.00 bank charge
on top of the invoice amount. All amounts in U.S. Dollar.

| | |
|---|---|
| **Invoice Total** | $225.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $225.00 |

## HILBORNE HAWKIN & CO

2875 Michelle Drive Suite 170
Irvine Ca 92606

Phone #(714) 283-1155

| Date | Invoice # |
|---|---|
| 11/3/2017 | 17-12238 |

Allen, Dyer, Doppelt, Milbrath et al.
255 South Orange Avenue, Ste. 1401
Orlando, FL 32801

---

RE:  Trademark Renewal in Barbados for PENTHOUSE in class 9
   OUR REF: 22353
   YOUR REF: 97017_BB
   Contact: David Sigalow

### PROFESSIONAL FEES
-------------------------------------

| | |
|---|---|
| Obtaining, Reviewing, and Forwarding Certificate of Renewal: Periodically corresponding with the trademark office to encourage timely issuance of Certificate of Renewal; obtaining and reviewing Certificate for accuracy; informing trademark office of any registry errors, ensuring correction of same, and obtaining corrected Certificate of Renewal; forwarding to you original Renewal Certificate; docketing any further deadlines, and advising you of same. | 250.00 |
| Obtaining, Reviewing, and Forwarding Certificate of Address Change: Periodically corresponding with the trademark office to encourage timely issuance of Certificate of Recordal of Address Change; obtaining and reviewing Certificate for accuracy; informing trademark office of any registry errors, ensuring correction of same, and obtaining corrected Certificate of Recordal of Address Change; forwarding to you original Certificate; docketing any further deadlines, and advising you of same. | 0.00 |

### DISBURSEMENTS

| | |
|---|---|
| Fax and communication | 10.00 |
| Photocopies | 15.00 |
| Bank Wire Processing Fees | 25.00 |
| (VAT) | 34.83 |
| Courier mail for forwarding documents to Registry | 23.84 |
| Additional official fees previously not billed | 25.00 |

---

PLEASE INCLUDE OUR INVOICE NUMBER TO ENSURE PROPER CREDIT.
Wire transfers may be made to: BANK OF AMERICA, 2680 NORTH TUSTIN AVENUE,
ORANGE, CA 92865, Routing No. 026009593, Swift No. BofA US3N, Hilborne, Hawkin
& Co. Account No. 0967042327. Tax ID #33-0373739. All amounts in U.S. Dollar.

| | |
|---|---|
| **Invoice Total** | $383.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $383.67 |

# BaleSail

## BALESAIL IP LAW OFFICE

## __Debit Note__

No. 18001

Your Ref.:                                                    Our Ref.: 118001

To: Allen, Dyer, Doppelt + Gilchrist, PA                     Date: Jan. 5, 2018

Re: Recordal of change of address application for  PENTHOUSE  under the registration
No. 14988276 in class 16 in China

|  | Official fee | Package service fee which includes all the disbursements | Subtotal |
|---|---|---|---|
| Recordal of change of address | USD 40.00 | USD 200.00 | USD 240.00 |

**TOTAL DUE THIS DEBIT NOTE**                              __USD 240.00__

Remark: Please make remittance in 30 days from receipt of this note.

**BENEFICIARY: BALESAIL IP LAW OFFICE**
**ACCOUNT: 318160596791**
**BANK: BANK OF CHINA BEIJING CHEGONGZHUANG SUB-BRANCH**
**ADDRESS: Building2, 9ChegongZhuang Road, Beijing100044, China**
**SWIFE CODE: BKCHCNBJ110**

Room 602-15, Block 4, Zhuyu Business Center, No.9 Shouti Nan Road, Haidian District, Beijing, 100048, P.R.China
Telephone: +86 10 5715 2175    Facsimile: +86 10 8260 9405
www.balesail.com    E-mail: balesail@balesail.com

# HILBORNE HAWKIN & CO

2875 Michelle Drive Suite  170
Irvine Ca 92606

Phone #(714) 283-1155

| Date | Invoice # |
|------|-----------|
| 2/7/2018 | 18-10274 |

Allen, Dyer, Doppelt, Milbrath et al.
255 South Orange Avenue, Ste. 1401
Orlando, FL 32801

RE:   Trademark Renewal in Barbados for PENTHOUSE in class 16
  OUR REF: 22356
  YOUR REF: 97017_BB1
  Contact: David Sigalow

**PROFESSIONAL FEES**
-------------------------------------

| | |
|---|---:|
| Obtaining, Reviewing, and Forwarding Certificate of Renewal:<br>Periodically corresponding with the trademark office to encourage timely issuance of Certificate of Renewal; obtaining and reviewing Certificate for accuracy; informing trademark office of any registry errors, ensuring correction of same, and obtaining corrected Certificate of Renewal; forwarding to you original Renewal Certificate; docketing any further deadlines, and advising you of same. | 250.00 |
| Obtaining, Reviewing, and Forwarding Certificate of Address Change:<br>Periodically corresponding with the trademark office to encourage timely issuance of Certificate of Recordal of Address Change; obtaining and reviewing Certificate for accuracy; informing trademark office of any registry errors, ensuring correction of same, and obtaining corrected Certificate of Recordal of Address Change; forwarding to you original Certificate; docketing any further deadlines, and advising you of same. | 0.00 |

**DISBURSEMENTS**

| | |
|---|---:|
| Courier mail for forwarding documents to Registry | 24.71 |
| Fax and communication | 10.00 |
| Photocopies | 15.00 |
| Bank Wire Processing Fees (May deduct if paying by check) | 25.00 |
| Courier/Certified Mail for receiving and forwarding certificates to you | 25.01 |
| VAT | 34.83 |

PLEASE INCLUDE OUR INVOICE NUMBER TO ENSURE PROPER CREDIT.
Wire transfers may be made to: BANK OF AMERICA, 2680 NORTH TUSTIN AVENUE, ORANGE, CA 92865, Routing No. 026009593, Swift No. BofA US3N, Hilborne, Hawkin & Co. Account No. 0967042327. Tax ID #33-0373739. All amounts in U.S. Dollar.

| Invoice Total | $384.55 |
|---|---:|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $384.55 |

**FINET**

*A & Finet International IP & Law Office*
*A & Finet Intellectual Property Agency Co., Ltd.*

Beijing office
(Add ) Suite 716, 7th Floor, Tower 1, Zhongkun Building,
No. 59 Gaoliangqiao Street, Haidian District,
Beijing 100044, China
(Tel ) + 86-10-8219-1990
(Fax) + 86-10-8219-1855

Taipei office
(Add ) 5F. -3, No. 20, Sec. 3, Bade Rd., Taipei 10559, Taiwan
(Tel ) + 886-2-2570-1010
(Fax) + 886-2-2570-1500/1582/1532
(Web) http://www.finetpat.com
(E-mail) finetpat@ms26.hinet.net

# Debit Note                    18-155

To: Allen, Dyer, Doppelt & Gilchrist, P.A.

Date: February 2, 2018
Your Ref.: 97561
Our Ref.: F618CN-TJABB

**Re: Trademark Application in China**
**Trademark(s):** "PENTH USE and Device"
**Class(es):** 25
**Application No(s).:** 14988276

|  | USD |
|---|---|
| Registration fee | 300 |
| Credit amount (Credit Note no. 17-520) | -270 |
| **Payment due in full upon receipt** | |
| Total Payable | 30 |
| **Total Payable + Bank Service Charge** | **66** |

By remittance:
**Beneficiary/Account name: A & Finet International IP & Law Office**
**First Commercial Bank Pa Teh Branch Taipei Taiwan**
**Account No.: 14840009557        Swift Code: FCBKTWTP**
**Add.：No.111, Sec.1, Tun Hwa S. Road, Taipei, Taiwan R.O.C.**
**\*\*If the payment is going to be settled by remittance,

1. **Please add USD36 of bank service charge to the total payable.** The bank service charge incurred by your bank should not be paid at our side.

2. Please make sure the beneficiary of the remittance is **A & Finet International IP & Law Office** and also be advised not to use any other abbreviations. In case if there is a word limitation of the beneficiary's name on the remittance note, please kindly restate the full name of **A & Finet International IP & Law Office** in the remark column (or "additional information") to avoid the payments being rejected by the bank due to inconsistency of the beneficiary's name.

# IP CONN LIMITED PARTNERSHIP

LEVEL 3 , 280 PARNELL ROAD
AUCKLAND 1052
NEW ZEALAND
NIT: 108-325-704

| Date: | 25/01/2017 |
|---|---|
| Invoice Nbr.: | 200421178 |

| Name: | ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A |
|---|---|
| Address: | 777 BRICKELL AVENUE SUITE 1114  MIAMI, FL 33131 |

|  | Terms of payments |
|---|---|
|  | **0 Days** |

| Subject and Description | Sales Unit Price | Total |
|---|---|---|
| PROFESSIONAL FEES AND EXPENSES FOR THE CHANGE OF ADDRESS OF THE TRADEMARK VARIATIONS. REG. NO.: P179978 IN INTL. CLASS: 16 - LOCAL CLASS: 38. INSTRUCTED BY DADID SIGALOW ON JUNE 6, 2016. |  |  |
| PROFESSIONAL FEES | **320,00** | **320,00** |
| EXPENSES | **73,00** | **73,00** |
| Instrucciones de pago al reverso de la página / Payment instructions on the reverse of the page. | **TOTAL:** US$ | 393,00 |
|  | **TOTAL PAYMENT:** US$ | 393,00 |

# ESTUDIO ANTEQUERA PARILLI & RODRÍGUEZ

*Honorarios Profesionales / Professional Fees*

r_soporte_factura_convenio_3
Pág. 1 / 1
25/01/2017

| | |
|---|---|
| CLIENTE / CLIENT:  **ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A** | FECHA / DATE:25/01/2017 |
| FACTURA / INVOICE:   **200421178** | MONEDA / CURRENCY:   DOLARES |

ASUNTO / MATTER:    VARIATIONS Reg. No.  P179978 in Class 16

COD: 30937

TITULAR / OWNER :  **General Media Communications, Inc.**

REFERENCIA / REFERENCE :   **97057_VE**

REGISTRO / NUMERO / FILE / APPLICATION : **P179978**

| Servicios / Services | Honorarios \ Professional fees | Gastos / Expenses | Total |
|---|---|---|---|
| **Professional fees and expenses for the change of address of the trademark VARIATIONS. Reg. No.: P179978 in Intl. class: 16 - Local class: 38. Instructed by Dadid Sigalow on June 6, 2016.** | 320,00 | 73,00 | 393,00 |
| Total : | 320,00 | 73,00 | 393,00 |

| | |
|---|---|
| **Total Servicios / Services** | 393,00 |



**BODNER FLOM**
LAW OFFICES · PATENT ATTORNEYS

**DEBIT NOTE 7297**

June 22, 2017

David L. Sigalow, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 South Orange Avenue
Suite 1401
Orlando, Florida 32801
USA

Re:  Renewal of Israeli Trademark Registration No. 54442 for **ONE KEY LOGO** in class 16 owned by
General Media Communications, Inc.; *Your Ref: 97014_IL; Our Ref: 759-003-4777*

**BILL FOR PROFESSIONAL LEGAL SERVICES**

| Legal services, including | | Cost (US$) |
|---|---|---|
| Renewal of one trademark registration in one class | | $300.00 |
| Prepare/file request to record registrant change of address | | $300.00 |
| Publication of change of address (discounted) | | $50.00 |
| Value Added Tax – 17% | | $111.00 |
| Disbursements including: | Trademark Office renewal fee | $890.00 |
| | Trademark Office change of address fee | $100.00 |
| | Copying and mail charges | $40.00 |
| **TOTAL:** | | **$1,791.00** |

om/dn7297

Payment Terms: 14 days from date of issue
Wire transfers to **MARC PHILLIP BODNER** as beneficiary, Santander Bank, 1302 Avenue J, Brooklyn, NY  11230  USA
Branch: 2134   Account: 0346066632   ABA(Routing): 231372691 Swift: SVRNUS33
**Please instruct your bank to make payment net of all transfer fees**
Checks payable to **MARC PHILLIP BODNER**, 920 East 17th Street, Suite 116, Brooklyn, New York 11230 USA

**ISLER & PEDRAZZINI AG**

PATENT- & MARKENANWÄLTE · PATENT & TRADEMARK ATTORNEYS

Giesshübelstrasse 45
Postfach 1772
CH - 8027 Zürich
Telefon +41-44-283 47 00
Telefax +41-44-283 47 47
mail@islerpedrazzini.ch
www.islerpedrazzini.ch

ADDM & G
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
International Property Attorneys
P.O. Box 3791
**Orlando, FL 32801**
USA

Michael Degkwitz[4]
Michael Liebetanz, Dipl. Phys., MLP-HSG[1,2]
Corsin Blumenthal, Dr. iur.[3]
Natalia Clerc, Dipl. Phys. ETH[1,2]
Stefan Day, lic. iur., LL.M.[5]
Tobias Bremi, Dr. sc. nat. ETH, Dipl. CEIPI[1,2]
Andreas Detken, Dr. rer. nat., Dipl. Phys.[1,2]
Harry Frischknecht, Masch. Ing. FH, NDS BWI[1,2]
Frédéric Brand, lic. iur., LL.M.[3]
Deborah Pestalozzi, Dipl. Mol. Biol.[1,2]
Andrea Rutz, Dr. sc. ETH, Dipl. El. Ing. ETH[1,2]
Simon Strässle, Dr. sc. nat., Dipl. Phys.[1,2]
Matthias Bebi, lic. iur., LL.M.[3]
Joseph Schmitz, Dipl. Mol. Biol. ETH[1,2]
Lorena Piticco, Dr. sc. ETH, MSc. Chem. ETH[2]
Marc Wullschleger, Dr. iur.[3]

[1] Patentanwalt
[2] European Patent Attorney
[3] Rechtsanwalt - Attorney-at-Law
[4] Rechtsanwalt (zugelassen in Deutschland)

Our VAT-No. CHE-108.137.985 MWST

Ihre Ref. / Your Ref.
Uns. Ref. / Our Ref.       S25137/FB/KH
Datum / Date              September 15, 2017

**PENTHOUSE of General Media Communications Inc. / Penthouse 25 of Restlezz GmbH;
Possible Opposition against CH-703573
Services from August 09, 2017 to September 15, 2017**

DEBIT NOTE  No.  839361 / MWSA/FB  *(Please indicate our invoice number)*

Attending to your e-mail dated August 8, 2017 and writing to
you on August 9, 2017; writing to you on August 23, 2017;
attending to your e-mail dated August 29, 2017 and writing to
you on August 29, 2017; attending to your e-mail dated August
30, 2017, preparing and sending out a warning letter to
the opposite party on  August 31, 2017 and reporting to you the
same day; telephone conversation with a manager of the
opposite party dated September 5, 2017 and reporting to you the
same day; attending to your e-mail dated September 5, 2017,
writing to the opposite party on September 6, 2017 and reporting
to you the same day; telephone conversation with Mr.
Blickenstorfer (representative of "Mascott" night club) on
September 7, 2017, Attending to the e-mail of Mr.
Blickenstorfer of September 10, 2017, attending to the letter of
the opposite party's attorney dated September 11, 2017, e-mail
to Mr. Blickenstorfer on September 12, 2017, e-mailt to the
attorney of the opposite party on Septemnber 12, 2017 and
reporting to you the same day;; telephone conversation with the
opposite party's attorney on September 13, 2017, attending to
your email dated September 14, 2017 and writing to you on
September 15, 2017                                          USD        2'580.64

0,0 % VAT based on 2'580.64 USD (Export)

| | | |
|---|---|---|
| **Total** | **USD** | **2'580.64** |

**payable within 30 days in USD without charges to the beneficiary**

| | |
|---|---|
| Credit Suisse, Zürich | Swift Code CRESCHZZ80A |
| Account No. 0835-392555-12 | IBAN CH13 0483 5039 2555 1200 0 | Clearing Nr: 4835 |

# Bereskin & Parr

# Invoice

### WE HAVE SWITCHED BANKS!
### PLEASE SEE UPDATED BANKING INFORMATION AT THE END OF THIS INVOICE

Allen Dyer Doppelt Milbrath & Gilchrist, P.A.
255 South Orange Avenue
Suite 1401
Orlando, FL 32802-3791
United States of America

Scotia Plaza
40 King Street West, 40th Floor
Toronto, Ontario
Canada M5H 3Y2
Tel: 416-364-7311
Fax: 416-361-1398

**Professional responsible for this matter:**
**Terry Edwards**

HST/GST # 126168095 RT0001
QST # 1208679321 TQ0001

February 12, 2018
Invoice Number:  900248160

**Client: 10940-TM93954CA00**
**Trademark (Canada): 'PENTHOUSE'**

**YOUR REFERENCE: 97527**

**Serial Number: 1658828**

SERVICES

| <u>Date</u> | <u>Description</u> | | |
|---|---|---|---|
| 08 Jan 18 | Requesting  an extension of time for advising Trade-marks Office of use, noting new deadline, and reporting | | |
| TOTAL SERVICES | | $ | 350.00 |

NON-TAXABLE DISBURSEMENTS

| Trademark Office | $ | 125.00 | |
|---|---|---|---|
| Total Non-Taxable Disbursements | | $ | 125.00 |

All payments are due 30 days from invoice date, Interest will be charged on overdue amounts.

| | | |
|---|---|---|
| TOTAL BALANCE DUE IN CANADIAN FUNDS | $ | 475.00 |
| BALANCE DUE IN U.S. DOLLARS | USD | 379.85 |

**Beneficiary Bank Information**: CIBC, 199 Bay Street, CCW Concourse Level, Toronto, ON M5L 1G9, Canada

Beneficiary information and cheque mailing address: Bereskin & Parr LLP, 40 King Street West, 40th Floor, Toronto, ON M5H 3Y2, Canada

| USD bank account | CAD bank account |
|---|---|
| Account No.: 04-06511<br>Bank No.: 0010<br>Transit No.: 00002<br>**Intermediary Bank:**<br>Wells Fargo Bank, N.A.<br>ABA Number: 026005092<br>Swift Code* PNBPUS3NNYC | Account No.: 72-11201<br>Bank No.: 0010<br>Transit No.: 00002<br>Swift Code*: CIBCCATT |

*Swift code is used for wire payment only

All bank charges must be paid in addition to the invoice balance

Please indicate invoice number(s) when making payment and send remittance details to remittance@bereskinparr.com

Visa, MasterCard or American Express payments in Canadian dollars only.

All payments are due 30 days from invoice date. Interest will be charged on overdue accounts



**AJPark**
intellectual property

State Insurance Tower
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

### 979917

31 August 2017

Penthouse Media Group Inc
6800 Broken Sound Parkway NW
Suite 100
Boca Raton FL 33487
USA

GST no.        124-177-537
Client no.        105775

**AJP ref    837046 MAH/pmd**

**Attention  Relani Belous**

**Liquidation of Licensee advice**

United States dollars

### Fees

Our fee for services for the period ending 31 August 2017 including reviewing ASIC company       $500.00
extracts; preparing email advice; reviewing relevant obligations under Australian Law;
finalising and sending our advice.

### Disbursements

Office expense recovery, including photocopying, printing and communication charges.       $17.00

**Payment due by 20th of month following invoice date.**

| Cheques  to: | Bank transfers to: | Sub-total | $517.00 |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | GST | $0.00 |
| PO Box 949 | Swift Code WPACNZ2W | **Total** | **$517.00** |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | Less payment | |
| New Zealand | Wellington, New Zealand | **Balance due** | **US$517.00** |
| | Please send remittance advice to mail@ajpark.com | | |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ) they are provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. For more information, see www.ajpark.com. AJ Park operates as part of the IPH Limited group.


**AJ Park**
intellectual property

State Insurance Tower
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

### 985548

26 October 2017

Penthouse Media Group Inc
6800 Broken Sound Parkway NW
Suite 100
Boca Raton FL 33487
USA

GST no.          124-177-537
Client no.              105775

**AJP ref      839580 JZA/ALB/jnh**

**Attention  Relani Belous**

**PAMELA WEINTRAUB**
**New Zealand trade mark**
**OMNI in class 16**

|  | United States dollars |
|---|---|

### Fees
Our fee for receiving provisional refusal with instructions to provide advice; considering the same; providing advice and recommendations; receiving your instructions to respond to the provisional refusal; drafting response; filing response at IPONZ; and reporting to you.  $650.00

### Disbursements
Office expense recovery, including photocopying, printing and communication charges.  $17.00

**Payment due by 20th of month following invoice date.**

| Cheques to: | Bank transfers to: |  |  |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | Sub-total | $667.00 |
| PO Box 949 | Swift Code WPACNZ2W | GST | $0.00 |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | **Total** | **$667.00** |
| New Zealand | Wellington, New Zealand | Less payment |  |
|  | Please send remittance advice to mail@ajpark.com | **Balance due** | **US$667.00** |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ) they are provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. For more information, see www.ajpark.com. AJ Park operates as part of the IPH Limited group.



State Insurance Tower
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

### 988978

22 November 2017

Penthouse Media Group Inc
6800 Broken Sound Parkway NW
Suite 100
Boca Raton FL 33487
USA

GST no.    124-177-537
Client no.    105775

**AJP ref    839580 JZA/ALB/jnh**

**Attention  Relani Belous**

**PENTHOUSE GLOBAL MEDIA, INC.**
**New Zealand trade mark**
**OMNI in class 16**

|  | United States dollars |
|---|---|
| **Fees** | |
| Our fee for receiving compliance report from IPONZ; considering the same; and reporting to you. | $200.00 |
| **Disbursements** | |
| Office expense recovery, including photocopying, printing and communication charges. | $17.00 |

**Payment due by 20th of month following invoice date.**

| Cheques  to: | Bank transfers to: | Sub-total | $217.00 |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | GST | $0.00 |
| PO Box 949 | Swift Code WPACNZ2W | **Total** | **$217.00** |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | Less payment | |
| New Zealand | Wellington, New Zealand | **Balance due** | **US$217.00** |
|  | Please send remittance advice to mail@ajpark.com | | |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ) they are provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. For more information, see www.ajpark.com. AJ Park operates as part of the IPH Limited group.

Page    1        Client No.   105775



**AJ Park**
intellectual property

Aon Centre
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

Date:        31 May 2018

Client No:   22210

Allen Dyer Doppelt Milbrath Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
USA

**Email**
mail@ajpark.com
**Telephone**
+64 4 473 8278
**Freephone**
0800 257 275
(NZ Only)
**Facsimile**
+64 4 472 3358

www.ajpark.com

# STATEMENT OF ACCOUNT

US Dollars

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMOUNT | BALANCE OWING |
|------|-------------|-------------|-----------------|---------------|
| 02-Feb-18 | 995585 | Mr David Sigalow penthouse.nz | $250.48 | $250.48 |
| 31-May-18 | 1007910 | Mr David Sigalow penthousemagazine.nz | $259.48 | $259.48 |

| 3 Months+ | 2 Months | 1 Month | Current | Total |
|-----------|----------|---------|---------|-------|
| $250.48 | $0.00 | $0.00 | $259.48 | US$509.96 |

| Cheques to: | Bank transfers to: |
|-------------|--------------------|
| AJ Park IP Limited | AJ Park IP Limited |
| PO Box 949 | Account BBK205591USD374001 |
| Wellington 6140 | Swift Code – WPACNZ2W |
| New Zealand | Westpac Banking Corporation |
| | 318 Lambton Quay |
| | Wellington |
| | New Zealand |
| | Please send remittance advice to: mail@ajpark.com |

AJ Park services are provided by AJ Park IP Limited or AJ Park Law Limited. All 'legal services' within the meaning of the Lawyers and Conveyancers
Act 2006 (NZ) are provided solely by AJ Park Law Limited. AJ Park operates as part of the IPH Limited group, an ownership group under the Code of
Conduct for Trans-Tasman Patent and Trade Marks Attorneys 2018. For more information, see www.ajpark.com/about-us.



**AJPark**
intellectual property

State Insurance Tower
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

**995585**

2 February 2018

Allen Dyer Doppelt Milbrath Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
USA

GST no.    124-177-537
Client no.    22210

**Your ref**   97587
**AJP ref**    778543 JZA/eka

**Attention**  Mr David Sigalow

**Copy**       Allen Dyer Doppelt Milbrath Gilchrist - Ms Dolly Martinez

**GMCI INTERNET OPERATIONS, INC**
**Renewal of domain name - penthouse.nz**

United States dollars

**Fees**

Our fee for attending to payment of a renewal fee for a domain name.                          $190.00

**Disbursements**

Official fees.                                                                                $43.48

Office expense recovery, including photocopying, printing and communication charges.          $17.00

**Payment due by 3 April 2018.**

| | | | |
|---|---|---|---|
| Cheques to: | Bank transfers to: | Sub-total | $250.48 |
| AJ Park | AJ Park, Account BBK205591USD374001 | GST | $0.00 |
| PO Box 949 | Swift Code WPACNZ2W | **Total** | **$250.48** |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | Less payment | |
| New Zealand | Wellington, New Zealand | **Balance due** | **US$250.48** |
| | Please send remittance advice to mail@ajpark.com | | |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the
extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ) they are
provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. For more
information, see www.ajpark.com. AJ Park operates as part of the IPH Limited group.



State Insurance Tower
Level 22
1 Willis Street
Wellington 6011
PO Box 949
Wellington 6140
New Zealand

**Telephone**
+ 64 4 473 8278

**Freephone**
0800 257 275
(NZ only)

**Facsimile**
+ 64 4 472 3358

www.ajpark.com

## TAX INVOICE

### 995585

2 February 2018

Allen Dyer Doppelt Milbrath Gilchrist
255 South Orange Avenue
Suite 1401
Orlando FL 32801
USA

GST no.          124-177-537
Client no.              22210

**Your ref     97587**
**AJP ref     778543 JZA/eka**

**Attention  Mr David Sigalow**

**Copy       Allen Dyer Doppelt Milbrath Gilchrist - Ms Dolly Martinez**

**GMCI INTERNET OPERATIONS, INC**
**Renewal of domain name - penthouse.nz**

United States dollars

### Fees

Our fee for attending to payment of a renewal fee for a domain name.                    $190.00

### Disbursements

Official fees.                                                                          $43.48

Office expense recovery, including photocopying, printing and communication charges.    $17.00

**Payment due by 3 April 2018.**

| Cheques to: | Bank transfers to: | | |
|---|---|---|---|
| AJ Park | AJ Park, Account BBK205591USD374001 | Sub-total | $250.48 |
| PO Box 949 | Swift Code WPACNZ2W | GST | $0.00 |
| Wellington 6140 | Westpac Bank, 318 Lambton Quay | **Total** | **$250.48** |
| New Zealand | Wellington, New Zealand | Less payment | |
| | Please send remittance advice to mail@ajpark.com | **Balance due** | **US$250.48** |

AJ Park services are provided by AJ Park IP Limited (GST number 124-177-537) or AJ Park Law Limited (GST number 124-177-375). To the extent services detailed on this invoice comprise 'legal services' within the meaning of the Lawyers and Conveyancers Act 2006 (NZ) they are provided solely by AJ Park Law Limited and your rights with respect to such services are governed by the provisions of that Act. For more information, see www.ajpark.com. AJ Park operates as part of the IPH Limited group.

Page     1          Client No.  22210

# BERKEMEYER
### ATTORNEYS & COUNSELORS

**ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue
Suite 1401, Orlando, FL 32801
P.O.Box 3791 Orlando, FL 32802
**U.S.A.**

**AE121434**
**PRESUPUESTO**
**REPORT**
**PROFESSIONAL**
**FEES**
**EXPENSES**
**AND ADVANCES**

November 24, 2017

To the attention of David Sigalow
dsigalow@addmg.com

Y/Ref.: 97057_PY

Description of Services:

- For obtaining and forwarding of Official Certificate No. 446868, for the trademark **"VARIATIONS"**, in class 16, in the name of **General Media Communications, Inc.**, including our final fees.

| | | |
|---|---|---|
| - Professionals Fees.................................................................... | US$ | 297.00 |
| **FINAL AMOUNT**....................................................... | **US$** | **297.00** |

### TWO HUNDRED AND NINETY SEVEN DOLLARS

ABA: 021000089
Swift: CITIUS33
Bank: CITIBANK N.A.
Bank Address: 111 Wall St, New York, NY 10005
Account Name: MORGAN STANLEY SMITH BARNEY LLC
Account number: 40611172
For further credit to: 442-038794
Berkemeyer Attorneys and Counselors

*DUE DATE: 12/24/2017*

# BERKEMEYER

### ATTORNEYS & COUNSELORS

**ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue
Suite 1401, Orlando, FL 32801
P.O.Box 3791 Orlando, FL 32802
**U.S.A.**

## AE121795

**PRESUPUESTO
REPORT
PROFESSIONAL
FEES
EXPENSES
AND ADVANCES**

December 12, 2017

To the attention of David Sigalow
dsigalow@addmg.com.

Y/Ref.: 97017_PY1

Description of Services:

- For obtaining and forwarding of Official Certificate No. 448779, for the trademark
**"PENTHOUSE"**, in class 9, in the name of **GENERAL MEDIA
COMMUNICATIONS, INC.**, including our final fees.

| | | |
|---|---|---|
| - Professionals Fees............................................................ | US$ | 297.00 |
| **FINAL AMOUNT**................................................................ | **US$** | **297.00** |

### TWO HUNDRED AND NINETY SEVEN DOLLARS

ABA: 021000089
Swift: CITIUS33
Bank: CITIBANK N.A.
Bank Address: 111 Wall St, New York, NY 10005
Account Name: MORGAN STANLEY SMITH BARNEY LLC
Account number: 40611172
For further credit to: 442-038794
Berkemeyer Attorneys and Counselors

*DUE DATE: 01/12/2018*

Case 1:18-bk-10098-MB    Doc 954-1 Part 2 Filed 10/22/18    Desc Part 2 Page
64 of 66

# SINGH & ASSOCIATES

Founder - Manoj K. Singh

## ADVOCATES & SOLICITORS

Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
Florida-
United States America.

No:

**S&A/TM/17-18/B16625**

Date: 13-Mar-2018
PAN No: AAXPS2824H
LCS: Legal Consultancy Services

**MEMO OF FEES**

| Our Ref: | S&A/12-13/TM/00474 | Your Ref: | N.A. |
|---|---|---|---|

| Matter Name: FILING APPLICATIONS SEEKING EXTENSION OF TIME FOR THE TRADEMARKS "PENTHOUSE" WITH APP NOS 2364654 AND 2364656 IN CLASSES 03 AND 25 RESPECTIVELY AND FOR THE TRADEMARK "ONE KEY LOGO (DEVICE)" WITH APP NO 2369648 IN CLASS 38 |
|---|

| Client/Applicant Name: ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A. |
|---|

| Billing Summary | Amount |
|---|---|
| Our Fees : | 126.00 |
| Official Fees/Court Fees: | 45.00 |
| Disbursement : | 10.00 |
| **Total Fees and Disbursements** | **181.00** |
| Add: SGST @ 9.00% | 0.00 |
| Add: CGST @ 9.00% | 0.00 |
| **Total** | **181.00** |
| **Total Amount Due (Rounded Off)** | **US$ 181.00** |

| US DOLLAR  ONE HUNDRED EIGHTY ONE  ONLY |
|---|

| Terms: | Immediate |
|---|---|
| Wire Transfer details: | |
| Account Name: | Singh and Associates |
| Account No: | 909020045331631 |
| Bank Swift Code: | AXISINBB049 |
| IFSC  Code: | UTIB0000049 |
| Type Of Account: | Current Account |
| Bank Name/Address: | Axis Bank Limited |
| | Eros Corporate Tower, Ground Floor, Nehru Palace, New Delhi - 110019 |
| Branch Name: | |
| Please do indicate our Fee Note Number as reference in your remittance. | S&A/TM/17-18/B16625 |

**E - 337, East Of Kailash, New Delhi - 110065**
**Ph: +91-11-46667000 Fax: +91-11-46667001**
**Email: newdelhi@singhassociates.in, Website: www.singhassociates.in**

Page Number : 1 of 4



**Billing Detail**

No: S&A/TM/17-18/B16625

Date: 13-Mar-2018

# SINGH & ASSOCIATES

Founder - Manoj K. Singh

## ADVOCATES & SOLICITORS

**Matter Name:** FILING APPLICATIONS SEEKING EXTENSION OF TIME FOR THE TRADEMARKS "PENTHOUSE" WITH APP NOS 2364654 AND 2364656 IN CLASSES 03 AND 25 RESPECTIVELY AND FOR THE TRADEMARK "ONE KEY LOGO (DEVICE)" WITH APP NO 2369648 IN CLASS 38

### OUR FEE

Currency :US$

| Description of Our Services | Amount |
|---|---|
| DRAFTING AND FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "PENTHOUSE" WITH APP NO 2364654 IN CLASS 03 IN INDIA [@USD 42 PER TRADEMARK PER CLASS] | 42.00 |
| DRAFTING AND FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "PENTHOUSE" WITH APP NO 2364656 IN CLASS 25 IN INDIA [@USD 42 PER TRADEMARK PER CLASS] | 42.00 |
| DRAFTING AND FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "ONE KEY LOGO (DEVICE)" WITH APP NO 2369648 IN CLASS 38 IN INDIA [@USD 42 PER TRADEMARK PER CLASS] | 42.00 |

### OFFICIAL FEES/COURT FEES

| Description of Official Fees/Court Fees | Amount |
|---|---|
| OFFICIAL FEES FOR FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "PENTHOUSE" WITH APP NO 2364654 IN CLASS 03 IN INDIA [@USD 15 PER TRADEMARK PER CLASS] | 15.00 |
| OFFICIAL FEES FOR FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "PENTHOUSE" WITH APP NO 2364656 IN CLASS 25 IN INDIA [@USD 15 PER TRADEMARK PER CLASS] | 15.00 |
| OFFICIAL FEES FOR FILING APPLICATION SEEKING EXTENSION OF TIME FOR THE TRADEMARK "ONE KEY LOGO (DEVICE)" WITH APP NO 2369648 IN CLASS 38 IN INDIA [@USD 15 PER TRADEMARK PER CLASS] | 15.00 |

### DISBURSEMENT/EXPENSES

| Description of Expenses | Amount |
|---|---|
| EXPENSES | 10.00 |

**Additional Information**

**Our Ref:-**  S&A/12-13/TM/00474

**Your Ref:-**  N.A.

**BA:-**  SR1

**Singh & Associates**

E - 337, East Of Kailash, New Delhi - 110065
Ph: +91-11-46667000 Fax: +91-11-46667001
Email: newdelhi@singhassociates.in, Website: www.singhassociates.in

[This being a computer generated invoice therefore no signature required]

E - 337, East Of Kailash, New Delhi - 110065
Ph: +91-11-46667000 Fax: +91-11-46667001
Email: newdelhi@singhassociates.in, Website: www.singhassociates.in

Wire Transfer Details: (Funds to be transferred electronically, with the following information)

|  | US $ | EURO | GBP |
|---|---|---|---|
| To | JP MORGAN CHASE BANK, New York SWIFT- (CHASUS33) (Payment should be routed either via CHIPS ABA 0002 OR FED ABA 021000021) | JPMorgan Chase Bank Frankfurt | Sort Code 60-92-42 Chase Manhattan Bank, London SWIFT- (CHASGB2L) London, SWIFT(CHASGB2L) |
| For credit to | 001-1-407376 AXIS Bank Ltd, Mumbai. | DE8150110800623160539 2 AXIS Bank Ltd Mumbai. | 0011131588 AXIS Bank Ltd, Mumbai. |
| For further credit to | AXISINBB049 (SWIFT ADDRESS) AXIS Bank Ltd, Eros Corporate Tower, Ground Floor, Nehru Palace, New Delhi - 110019 | AXISINBB049 (SWIFT ADDRESS) AXIS Bank Ltd Eros Corporate Tower, Ground Floor, Nehru Palace, New Delhi - 110019 | AXISINBB049 (SWIFT ADDRESS) AXIS Bank Ltd Eros Corporate Tower, Ground Floor, Nehru Palace, New Delhi - 110019 |
| Ultimate beneficiary | Name: Singh and Associates Account No: 909020045331631 | Name:Singh and Associates Account No: 909020045331631 | Name: Singh and Associates Account No: 909020045331631 |

E - 337, East Of Kailash, New Delhi - 110065
Ph: +91-11-46667000 Fax: +91-11-46667001
Email: newdelhi@singhassociates.in, Website: www.singhassociates.in

Page Number : 4 of 4

## SENA & BERTON MORENO

**ABOGADOS**
**AGENTES DE LA PROPIEDAD INDUSTRIAL**

| **B** | |
| --- | --- |
| Código 6 | . |

0012-00002506

RIVADAVIA 611 Piso 5 - C1002AAE - BUENOS AIRES
Tel. 4342-5796/6809 4343-0794 4331-7316/7358/7760
FAX 4331-7774/7415 (DIRECTOS) e-mail: law@sbm.com.ar

Fecha: 15/06/2018

CUIT: 30-52704967-5
ING. BRUTOS No.: 122439-5 (C.F.)
INICIO DE ACTIVIDADES: 19/09/1992

N/Ref:
V/Ref: 97017_AR2

IVA RESPONSABLE INSCRIPTO          Client:          8/03855          AMS/MAP

Cuenta de:  803855 - ALLEN, DYER, DOPPELT, MILBRATH &
            GILCHRIST, P.A.
Dirección:  1221 BRICKELL AVENUE, SUITE 2400
Localidad:  MIAMI, FLORIDA - - NO DISPONIBLE - - ESTADOS
            UNIDOS
CUIT:       55-00000212-6
IVA:        EXENTO INTERNACIONAL
Condiciones de venta:  30 DIAS

| CONCEPTO | | DEBE |
| --- | --- | --- |
| Professional services relating to final steps of prosecution, processing particulars of registered trademark No. 2924645 PENTHOUSE in Int'l class 16, granted in Argentina in the name of GENERAL MEDIA COMMUNICATIONS INC., for its maintenance and surveillance for a period of ten years and forwarding the corresponding Certificate of Registration. | U$S | 209,00 |

| | | | |
| --- | --- | --- | --- |
| TAXABLE AMT. | U$S | | 209,00 |
| SUBTOTAL | U$S | | 209,00 |
| VAT | 21,00 | U$S | 43,89 |
| VAT | 0,00 | U$S | 0,00 |
| TOTAL | U$S | | 252,89 |

It isDOLARES: Two hundred fifty two and eighty nine cents

C.A.E.: 68255413057498          Vto.: 25/06/2018          Via Cobranza

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION OF TRUSTEE FOR ORDER DISALLOWING REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM NO. 64-1 FILED BY ALLEN, DYER, DOPPELT & GILCHRIST P.A. IN THE SUM OF $41,394.20; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT THEREOF** will be served or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below**:**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **September 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 30, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2021 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 1.  1:18-bk-10098-MB Notice will be electronically mailed to:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B.
Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd.,
S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K
GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K
GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith
Gottlieb (TR)
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse
Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith
Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media
Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures
LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United
States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain
Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel
Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com,

calendar@greenbergglusker.com;jking@greenberggluske
r.com

James A Dumas, Jr on behalf of Creditor NOA
Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse
Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online
Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B.
Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,ak
uras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online
Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy
NEF
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerla
w.com

Mark S Horoupian on behalf of Interested Party WSM
Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerla
w.com

Razmig Izakelian on behalf of Interested Party WGCZ
Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Michael D Kwasigroch on behalf of Defendant Revideo,
Inc.
attorneyforlife@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:340032.1 32277/002

**F 9013-3.1.PROOF.SERVICE**

Michael D Kwasigroch on behalf of Defendant Kelly
Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert
Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll
Management LLC
alevin@wcghlaw.com,
Meir@virtualparalegalservices.com;pj@wcghlaw.com;jm
artinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll
Management LLC
plianides@wghlawyers.com,
jmartinez@wghlawyers.com;mweinberg@wghlawyers.co
m

David W. Meadows on behalf of Interested Party
Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested
Party
kjm@lnbyb.com

Alan I Nahmias on behalf of Interested Party Courtesy
NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy
NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Iain A W Nasatir on behalf of Trustee David Keith
Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The
Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

S. Marguax Ross on behalf of U.S. Trustee United States
Trustee (SV)
margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael
St. James
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg
Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs
Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss mhw@mhw-pc.com,

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor GMI Online
Ventures, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media
Communications, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media
Entertainment, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Digital
Media Productions, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Broadcasting, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Digital, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Licensing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Media, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Publishing, Inc.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:340032.1 32277/002

F 9013-3.1.PROOF.SERVICE

mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Images
Acquisitions, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Pure Entertainment
Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Streamray Studios,
Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Tan Door Media,
Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor XVHUB Group,
Inc.
mhw@mhw-pc.com

Marc J Winthrop on behalf of Interested Party Kirkendoll
Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC
Communications US, LLC / Creel Printing
christopher.wong@arentfox.com,
yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media
Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340032.1 32277/002

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:

*Claimant*

David Sigalow, Esq.
Allen, Dyer, Doppelt & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, FL 32801

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

*Office of U.S. Trustee*
**Kate Bunker**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:340032.1 32277/002

**F 9013-3.1.PROOF.SERVICE**