1  Bradley E. Brook (CA Bar No. 125323)
   LAW OFFICES OF BRADLEY E. BROOK, APC
2  10866 Washington Blvd. #108
   Culver City, CA 90232
3  Tel: 310/839-2004; Fax: 310-945-0022
   E-mail: bbrook@bbrooklaw.com
4
5  Special counsel for David K. Gottlieb, Chapter 7 Trustee

6              **UNITED STATES BANKRUPTCY COURT**

7     **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

8  In re:

9  PENTHOUSE GLOBAL MEDIA, INC.,

10                    Debtor.

11  ☒  Affects All Debtors
    ☐  Affects Penthouse Global Broadcasting,
12  Inc.
    ☐  Affects Penthouse Global Licensing, Inc.
13  ☐  Affects Penthouse Global Digital, Inc.
    ☐  Affects Penthouse Global Publishing, Inc.
14  ☐  Affects GMI Online Ventures, Ltd.
    ☐  Affects Penthouse Digital Media
15  Productions, Inc.
    ☐  Affects Tan Door Media, Inc.
16  ☐  Affects Penthouse Images Acquisitions,
    Ltd.
17  ☐  Affects Pure Entertainment
    Telecommunications, Inc.
18  ☐  Affects XVHUB Group, Inc.
    ☐  Affects General Media Communications,
19  Inc.
    ☐  Affects General Media Entertainment, Inc.
20  ☐  Affects Danni Ashe, Inc.
    ☐  Affects Streamray Studios, Inc.

Case No.: 1:18-BK-10098-MB
Chapter 7

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-
10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-
MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB;
1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-
MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**NOTICE OF MOTION AND MOTION OF
TRUSTEE FOR ORDER DISALLOWING AND
EXPUNGING FROM CHAPTER 11 FINAL
REPORT CERTAIN BOOK ENTRY CLAIMS;
MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF DAVID
K. GOTTLIEB IN SUPPORT THEREOF**

**This Motion Affects The Following Book Entry
Claims That Were Listed by the Debtors and
Scheduled on the Trustee's Final Chapter 11
Report [Dkt. No. 831]:**

| Claimant | Scheduled Amount |
|---|---|
| **Basmedia B.V. Pluggematen** | **$29,795.46** |
| **Arkena SAS** | **$5,705.24** |
| **Arkena Inc.** | **$166.66** |
| **Total Records Information Mgmt.** | **$924.58** |
| **Southern California Licensing** | **$3,000.00** |
| **Combat Zone** | **$12,500.00** |

Date:    **October 27, 2021**
Time:    **11:00 am**
Place:   **Courtroom 303**
         **21041 Burbank Blvd.**
         **Woodland Hills, CA 91367**
Judge:  **Hon. Martin R. Barash**

1

**PLEASE TAKE NOTICE** that David K. Gottlieb, solely in his capacity as the duly appointed, authorized and acting Chapter 7 Trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors") hereby moves (the "Motion") the Court for an order disallowing each of the following claims (the "Book Entry Claims") and expunging them from Exhibit "A" of the *Chapter 11 Trustee's (1) Final Report And Account And (2) Schedule Of Post-Petition Debts Pursuant To Local Bankruptcy Rule 2015-2 And Federal Bankruptcy Rule 1019-5* [Docket No. 831] (the "Chapter 11 Report")[1] which was a compilation of purported Chapter 11 administrative claims as of June 15, 2018 that appeared in Debtor's books and records:

| Name of Book Entry Claimant | Amount to be Disallowed and Expunged from Chapter 11 Report | Page within Exhibit "1" (the Chapter 11 Report which is Docket #831) each Book Entry Claim appears) |
|---|---|---|
| Basmedia B.V. Pluggematen | $29,795.46 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena SAS | $5,705.24 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena Inc | $166.66 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Total Records Information Management | $924.58 | See Page 8 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Southern California Licensing International, Inc. | $3,000.00 | See Page 10 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |

The Motion is made on two grounds. First, each holder of a Book Entry Claim forfeited any right to the allowance of an administrative expense from the Debtors' estate by failing to file a Request for Payment of Administrative Claim by November 21, 2018 (the "Bar Date"). The Bar Date had been set by the *Notice Of Deadline For Filing Requests For Payment Of Chapter 11 Administrative Claims That Arose Between January 11, 2018 And June 15, 2018* [Docket No. 714] (the "Administrative Claim Bar Date Notice").

Separately, the Debtors' estates have no liability to any of the holders of Book Entry Claims. Virtually all of the Debtors' assets were set to be sold by auction. Each Book Entry Claim holder was the counterparty to an executory contract or lease with a Debtor to whom a post-petition liability had allegedly accrued but was unpaid. Their contracts were all listed in a schedule attached to a

---

[1] The Chapter 11 Report is attached as Exhibit "1" hereto.

pleading, filed and served upon each of them, that identified each contract, the counterparty, and a specific sum required to be paid by the purchaser of the Debtors' assets would be solely responsible for paying to cure all prepetition and postpetition defaults if it chose to have the contract assumed and assigned to it (the "Cure Amount"). The purchaser of virtually all of Debtors' assets, WGCZ, Ltd. (the "Buyer") designated the Book Entry Claims as among the contracts to be assumed and assigned and, per order of the court, was solely responsible for paying the Cure Amount to the counterparty and the Debtors' estates were relieved of any such obligation. Accordingly, each Book Entry Claim should be disallowed as an administrative claim against the Debtors' estates and expunged from Exhibit "A" of the Chapter 11 Report.

. **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion has been scheduled for October 27, 2021 at 11:00 a.m. before the Honorable Martin Barash, United States Bankruptcy Judge, in Courtroom 303, 20141 Burbank Boulevard, Woodland Hills, California 91367. Pursuant to the SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO, the Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom. The following is the unique ZoomGov connection information for the above-referenced hearing:

**Video/audio web address: https://cacb.zoomgov.com/j/1600150150**

**ZoomGov meeting number: 160 015 0150**

**Password: 602527**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), responses to the Motion must be filed with the Court and served upon the Trustee's counsel at the address in the upper left-hand corner of this Motion no later than fourteen (14) days prior to the hearing date, plus an additional 3 days if you were served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  Responses must contain a written statement of all reasons the Motion is opposed and must include declarations and copies of all documentary evidence on which the responding party intends to rely.  Responses must be filed either electronically or at the following location:

United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

**PLEASE TAKE FURTHER NOTICE** that if a response is not timely filed and served, the Trustee will request that the court grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed and served upon the Trustee's counsel, the Court, in its discretion, may treat the initial hearing as a status conference if it determines that the Motion involves disputed factual issues or will require presentation of substantial evidence or argument.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order (a) granting the Motion; (b) disallowing each Book Entry Claim as an administrative expense of the Debtors' estates and expunging each from Exhibit "A" to the Chapter 11 Report; and (c) granting the Trustee such other and further relief as may appropriate under the circumstances.

Dated: October 4, 2021              LAW OFFICES OF BRADLEY E. BROOK, APC

By: *Bradley E. Brook*_____
       Bradley E. Brook, Esq.
       Special counsel for David K. Gottlieb, Chapter 7 Trustee

*Submitted by*:

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

By: */s/ Linda F. Cantor*_____
       Linda F. Cantor
       Counsel for David K. Gottlieb, Chapter 7 Trustee
       of Penthouse Global Media, Inc. and its debtor affiliates

4

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    BACKGROUND.

### A.    The Debtors' Bankruptcy Case, Jurisdiction and Venue.

On January 11, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the U.S. Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code"). The Debtors' Cases are being jointly administered under lead case number 1:18-bk-10098-MB [Docket No. 17]. On March 2, 2018, the Court entered an order directing the appointment of a chapter 11 Trustee [Docket No. 231]. On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236]. On that same day, the Court entered an order approving the appointment of David K. Gottlieb as Trustee [Docket No. 239].

On January 31, 2019, the Trustee filed a *Notice of Motion and Motion for Order Converting Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion"). The Bankruptcy Court entered its Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket No. 810] (the "Conversion Order") on March 12, 2019, and the Office of the United States Trustee appointed David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812].

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this matter is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

### B.    The Book Entry Claim Holders' Contracts Were Assumed And Assigned To The Buyer Who Became Solely Responsible For Paying The Cure Amount.

On April 14, 2018, the Trustee filed a Notice of *Motion and Motion for Order (A) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Scheduling Auction and Sale Hearing; (C) Approving Sale Procedures and Notice of Sale; and (D) Granting Related Relief* [Docket No. 327] ("Sale Motion").

On May 14, 2018, the Trustee filed a *Notice of Motion and Motion for Order Authorizing Trustee to (A) Assume Unexpired Leases and Executory Contracts; (B) Establish Cure Amounts; (C) Assign Unexpired Leases and Executory Contracts; and (D) Grant Related Relief Pursuant to*

*Section 365(A) of the Bankruptcy Code* [Docket No. 469] (the "<u>Assumption Motion</u>"). Attached as

Exhibit "A" to the Assumption Motion is a schedule of executory contracts and leases which were

eligible to be designated by the successful bidder for the Debtors' assets for the Trustee to assume

and assign to it (the "<u>Schedule</u>"). The Schedule included the name of the counterparty, identified the

contract which may have been eligible to be assumed and assigned and the Cure Amount which was

the sum that included any incurred but unpaid postpetition obligations. Each of the contracts

underlying the Book Entry Claims was included in the Schedule and each of the holders of such

claims was served with the Assumption Motion and did not file an objection to the proposed Cure

Amount or any other pleading in connection with the Assumption Motion.

On June 14, 2018, the Court entered its *Order (A) Approving Sale Of Substantially All Assets*

*Free And Clear Of All Liens, Claims, Encumbrances And Interests To Successful Bidder; (B)*

*Approving The Estates' Assumption And Assignment Of Certain Unexpired Leases And Executory*

*Contracts; And (C) Granting Related Relief* [Docket No. 577] (the "<u>Sale Order</u>"). Among other

things, the Sale Order approved WCGZ Ltd. as the successful bidder (the "<u>Buyer</u>") and authorized

the assumption and assignment to it of certain executory contracts and leases (collectively, the

"<u>Assumed Contracts</u>"). The Sale Order provides that unless the contract party filed an objection to

the Cure Amount, such contract party was deemed to have consented to the Trustee's assumption

and assignment of their executory contract or unexpired lease and the Trustee's proposed cure

amount.  Paragraph 6 of the Sale Order provides:

> For all other counterparties to executory contracts, unexpired leases and licenses
> served with the Assumption Motion and the Assumption Notice, the objection deadline
> has passed. Except to the extent that counterparty has filed an Assumption Objection and
> appeared at the hearing on the Assumption Motion, all counterparties to executory
> contracts, unexpired leases and Licenses shall be deemed to have consented to (a) the
> assumption and assignment of its executory contract or unexpired lease, (b) the
> assignment of its License, and (c) the proposed "Cure" amount set forth on Exhibit A to
> the Assumption Motion, and the Assumption Motion is granted as to any party that did
> not file an Assumption Objection; provided that the Successful Bidder shall have the
> right to determine which executory contract(s) and unexpired lease(s) shall be (i)
> assumed and assigned pursuant to Bankruptcy Code § 365 or (ii) rejected pursuant to
> Bankruptcy Code § 365 up until the closing as set forth in the Successful Bidder APA.

6

Thus, the Buyer became exclusively responsible for curing any monetary pre-petition and

post-petition defaults of any executory contract and lease which it agreed to have assumed and

assigned.  Paragraph 12 of the Sale Order provides, in relevant part:

> The Successful Bidder shall pay, concurrently with the Closing and as a condition to the Trustee's assumption and assignment thereof (or assignment where applicable with respect to Licenses), all Cure Amounts owing to the counterparties to the Assumed Executory Contracts that are assumed at the Closing…Upon Closing, in accordance with Sections 363 and 365 of the Bankruptcy Code, the Successful Bidder shall be fully and irrevocably vested with all right, title and interest of the Estates under the Assumed Executory Contracts, and the Assumed Executory Contracts shall remain in full force and effect for the benefit of the Successful Bidder. Other than with respect to the contracts and leases that are the subject of the Assumption Objections for which adequate assurance of future performance will be addressed at the Assumption Objection Hearing (to the extent that any particular Assumption Objection is not otherwise resolved), the Successful Bidder shall be deemed to have provided adequate assurance of future performance under the Assumed Executory Contracts within the meaning of Section 365 of the Bankruptcy Code.

The Buyer subsequently identified to the Trustee the specific executory contracts and leases

which would constitute the Assumed Contracts and for which it would be solely responsible for

paying the Cure Amount.

On June 25, 2018, the Trustee filed a *Notice pf Rejection of Certain Executory Contracts and*

*Deadline to File Proof of Claim Based On Rejection Of Such Executory Contracts* (the "Notice Of

Assumed Contracts") [Docket No. 596] designating those leases and executory contracts which the

Buyer agreed to have be assumed and assigned which included all of the contracts of the Book Entry

Claim holders and they were each served with the Notice of Assumed Contracts.

**C.    The Administrative Claims Bar Date.**

On October 22, 2018, the Trustee filed the Chapter 11 Administrative Claims Bar Date

Notice establishing November 21, 2018 as the Bar Date. None of the Book Entry Claim holders filed

a Request for Payment of an Administrative Claim prior to the Bar Date nor ever.

**D.    The Book Entry Claims.**

Exhibit "A" to the Chapter 11 Report which is appended hereto as Exhibit "1" is a list of

purported administrative expenses that had arisen between the Petition Date and June 15, 2018, but

for which no Request for Payment of Administrative Claim was filed. The contracts underlying the

Book Entry Claims are each included in Exhibit "A" as are the Cure Amounts as summarized in the following chart:

| Name of Book Entry Claimant | Amount to be Disallowed and Expunged from Chapter 11 Report | Page within Exhibit "1" (the Chapter 11 Report which is Docket #831) each Book Entry Claim appears) |
|---|---|---|
| Basmedia B.V. Pluggematen | $29,795.46 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena SAS | $5,705.24 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena Inc | $166.66 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Total Records Information Management | $924.58 | See Page 8 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Southern California Licensing International, Inc. | $3,000.00 | See Page 10 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |

Subsequently to the filing of the Trustee's Report, the Trustee and his professionals have been engaged in the process of reconciling the Chapter 11 administrative claims with the legal obligations of the Debtors' estates. They have concluded that the Book Entry Claims are not valid administrative expenses and should be expunged from the Trustee's Final Report and disallowed in their respective entireties.

## II.    ARGUMENT

### A.    The Claimant Has the Burden to Prove the Validity of its Administrative Expense Claim.

The allowance of an administrative expense claim is codified in section 503(b) of the Bankruptcy Code, which states in relevant part:

After notice and a hearing, there shall be allowed administrative expenses . . . including – (1)(A) the actual, necessary costs and expenses of preserving the estate . . . 11 U.S.C. § 503 (b)(1)(A).  Unlike general unsecured proofs of claims, administrative claims lack presumptive validity. *In re Blanchard,* 547 B.R. 347, 352 (Bankr.C.D. Cal. 2016). "The burden of proving an administrative expense claim is on the claimant." *Microsoft Corp. v. DAK Indus. (In re DAK Indus.),* 66 F.3d, 1091,1094 (9th Cir. 1995); *see also Einstein/Noah Bagel Corp. v. Smith (In re BCE*

*West LP*), 319 F.3d 1166, 1173 (9th Cir. 2003). "The administrative expense applicant must prove entitlement to the requested reimbursement by a preponderance of the evidence." *Gull Indus. v. John Mitchell, Inc. (In re Hanna)*, 168 B.R. 386, 388 (9th Cir. BAP 1994). The Trustee has demonstrated that the sole responsibility for satisfying this Claim belonged to the Buyer. The Claimant has not met its burden and the Claim must be disallowed in its entirety against the Debtors' estates.

**B.**     **None Of The Book Entry Claim Holders Filed A Request For Payment Of An Administrative Claim.**

As is set forth in the Administrative Claim Bar Date Notice, any Request for Payment of a Chapter 11 Administrative Claims was required to be filed by a claimant on or before the Bar Date of November 21, 2018. Among other things, the Administrative Claim Bar Date Notice advises creditors, in bold print, as follows:

> **Failure of a creditor to timely file a Request for Payment of Administrative Claim on or before the Chapter 11 Administrative Claim Bar Date will result in disallowance of the claim without further notice or hearing. A creditor who fails to timely file a Request for Payment of Administrative Claim shall be forever barred, estopped and enjoined from asserting or receiving any distribution with respect to any such Administrative Claim, and the Estate shall be forever discharged and released from any and all indebtedness or liability with respect to any such Administrative Claims. You may wish to consult an attorney to protect your rights.[2]**

Each Book Entry Claim holder was served with the Administrative Claim Bar Date Notice. None of the Book Entry Claim claimants filed a Request for Payment of Administrative Claim prior to the Bar Date or at any time thereafter. Therefore, each of the Book Entry Claims should be disallowed as an administrative expense of these Debtors' estates and expunged from the Chapter 11 Report.

**C.**     **The Debtors' Estates Have No Liability For The Book Entry Claims.**

As is set forth in the Sale Order, the Buyer is solely responsible to pay all unpaid post-petition sums which were due the counterparty on account of the Assumed Contracts, including the claims of the Book Entry Claim Holders. No objections to the Cure Amounts appended to the Assumption Motion were filed by any of the claimants with Book Entry Claims. Pursuant to the Sale Order, the Buyer was responsible for payment of the Cure Amounts applicable to each such

---

[2] *See* Administrative Claim Bar Date Notice [Docket No. 714], p. 2, lines 14-20.

claimant's assumed contract.  Any amounts other than the Cure Amounts were disallowed by the

Court.  As such, the Book Entry Claims are not liabilities of the Debtors' estates. Each should be

disallowed as an administrative expense and expunged from the Chapter 11 Report.

## III.    RESERVATION OF RIGHTS.

The Trustee has not attempted to raise in this Motion each defense, counterclaim, or setoff

that may apply to the Book Entry Claims.  If a response to this Motion is received, the Trustee

reserves the right to amend or supplement this Motion, or file additional pleadings to assert any

objections, defenses, counterclaims, and/or setoffs against the Book Entry Claims.  In all instances,

the Trustee reserves the right to file future pleadings or to supplement this Motion to challenge the

validity, amount, or status of the Book Entry Claim upon different grounds than set forth herein or

otherwise.

## IV.    CONCLUSION.

For the reasons set forth herein, the Trustee respectfully requests that the Court enter an

order: (a) granting the Motion; (b) expunging the Book Entry Claims from the Chapter 11 Report;

(c) disallowing each Book Entry Claim in all amounts, and (d) granting such other and further relief

as may be appropriate under the circumstances.

Dated: October 4, 2021            LAW OFFICES OF BRADLEY E. BROOK, APC

By: _Bradley E. Brook_____
    Bradley E. Brook, Esq.
    Special counsel for David K. Gottlieb, Chapter 7 Trustee

_Submitted by_:

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:    lcantor@pszjlaw.com

By: _/s/ Linda F. Cantor_____
    Linda F. Cantor
    Counsel for David K. Gottlieb, Chapter 7 Trustee
    of Penthouse Global Media, Inc. and its debtor affiliates

10

### DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1.       I am the duly appointed chapter 7 trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor subsidiaries. I make this Declaration in support of the *Motion Of Trustee For Order Disallowing And Expunging From Chapter 11 Final Report Certain Book Entry Claims; Memorandum Of Points And Authorities* (the "Motion").  All capitalized terms used but not defined in this Declaration have the meanings ascribed to them in the Motion.

2.       Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others under my supervision), my review of the books and records of the Debtors, the Administrative Claims and other pleadings filed in this case, or my opinion based on my experience as a consultant and financial advisor for trustees.  If called upon to testify, I would testify to the facts set forth in this Declaration.  Attached hereto as Exhibit "1" is a true and correct copy of the Chapter 11 Report. The Book Entry Claims are each listed in Exhibit "A" to Exhibit "1" and as set forth in the following chart:

| Name of Book Entry Claimant | Amount to be Disallowed and Expunged from Chapter 11 Report | Page within Exhibit "1" (the Chapter 11 Report which is Docket #831) each Book Entry Claim appears) |
|---|---|---|
| Basmedia B.V. Pluggematen | $29,795.46 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena SAS | $5,705.24 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Arkena Inc | $166.66 | See Page 9 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Total Records Information Management | $924.58 | See Page 8 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |
| Southern California Licensing International, Inc. | $3,000.00 | See Page 10 of 42 of the Chapter 11 Report, attached as Exhibit "1" hereto |

3.       I have reviewed the Book Entry Claims identified in the Motion with persons under my supervision. Each of the Book Entry Claims arises from a contract that was assumed and assigned to the Buyer who was solely responsible to cure any defaults of the Book Entry Claims by

paying the Cure Amount in accordance with the Sale Order. The Court docket reflects that no objection to the Cure Amount set forth in the Assumption Motion was filed by the Claimant. As such, the Debtors' estates are not responsible for any administrative liability to any of the Book Entry Claim holders.

4.    I have reviewed the docket and Administrative Claims filed in these cases via the Public Access to Court Electronic Records.  None of the holders of the Book Entry Claims filed a Request for Payment of an administrative claim in these cases prior to the Bar Date or thereafter.

5.    I respectfully request the entry of an order granting the Motion, expunging all of the Book Entry Claims from the Chapter 11 Report, and disallowing each of them in its respective entirety against the Debtors' estates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of October, 2021, at _____Encino_____, California.

_____
David K. Gottlieb

EXHIBIT "1"

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**CHAPTER 11 TRUSTEE'S (1) FINAL REPORT AND ACCOUNT AND (2) SCHEDULE OF POST PETITION DEBTS PURSUANT TO LOCAL BANKRUPTCY RULE 2015-2 AND FEDERAL BANKRUPTCY RULE 1019-5; DECLARATION OF DAVID K. GOTTLIEB**

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY**

**JUDGE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

David K. Gottlieb, the Chapter 11 Trustee (the "Trustee") of the above-captioned

bankruptcy estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries

DOCS_LA:320469.2 32277/001

(collectively, "Debtors"), hereby submits his Final Report and Schedule of Postpetition Debt pursuant to Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019-5.

1. **Assets of the Estates**

The Trustee consummated sales of substantially all of the Debtors' assets on June 15, 2018 (the "Sale Closing Date"), pursuant to Orders of the Bankruptcy Court.[1] As of March 12, 2019, the date the Order converting these cases to chapter 7 was entered (the "Conversion Date"), the aggregate funds in the Estates amounted to $699,804.01.   In addition to cash, the remaining assets of the Estates to be transferred to the Chapter 7 Trustee consist of, but are not limited to, the following:

a. Accounts Receivable owed to the Estates pursuant to the Asset Purchase Agreement by and among the Debtors' Estates and WCGZ Ltd.;

b. Potential preference and other causes of action;

c. A percentage of the recovery by Dream Media Corporation (if any) from its pursuit of the Vice Coin Receivable in accordance with the terms of the settlement between the Trustee and Dream Media Corporation[2]; and

d. With respect to Penthouse Global Media, Inc., equity in the 14 affiliated debtors and certain non-Debtor entities.

2. **Liabilities Incurred and/or Asserted for the Postpetition Period**

The Debtors' books and records as of the Sale Closing Date indicate that the debts listed on **Exhibit "A"** were incurred after the commencement of the Debtors' chapter 11 cases through the Sale Closing Date; the Trustee believes these debts remain unpaid as of the Conversion Date.[3]

---

[1] *See* (1) *Order (A) Approving Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances and Interests to Successful Bidder, Approving the Estates' Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief* dated June 14, 2018 [Dkt. No. 577]; (2) *Order Approving Settlement with Kirkendoll Management, LLC and its Related Affiliates* [Dkt. No. 542], and (3) *Order (A)Approving The Estates' Sale Of Certain Trademarks To Penthouse Clubs Global Licensing, LLC, Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Approving The Estates' License Of Certain Related Intellectual Property To Penthouse Clubs Global Licensing, LLC; and (C) Granting Related Relief* [Dkt. No. 543].

[2] *See Order Approving Settlement With Dream Media Corporation* [Dkt. No. 458].

[3] After the Sale Closing Date, the purchasers of the Debtors' assets have been operating the Debtors' former businesses. The Trustee and his professionals do not have information as to whether any claims listed on Exhibit A have been paid

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

1  Exhibit "A" also includes unpaid professional fees and expenses for amounts (i) incurred through

2  August 31, 2018 and approved by Order of the Court, and (ii) incurred after August 31, 2018

3  through the Conversion Date, for which no applications for approval have been made.

4         In addition, an administrative claim bar date was set in these cases for claims asserted to have

5  been incurred between January 11, 2018 (the "Petition Date") and the Sale Closing Date of June 15,

6  2018. Administrative claims filed by claimants pursuant to the administrative bar date notice[4] are

7  listed on Exhibit "B" hereto.  Many of the filed administrative claims are not reflected on the

8  Debtors' books and records and the Trustee reserves all rights with respect to the claims listed on

9  Exhibit "A" and Exhibit "B" including, without limitation, the right to object to such claims on any

10  and all applicable grounds.

11

12  Dated: April 4, 2019                          Respectfully submitted,

13

14

15                                               David K. Gottlieb
                                                 Chapter 11 Trustee for Penthouse Global Media,
16                                               Inc., et al.

17

18

19

20

21

22

23

24

25

26  _____
    by the buyers or whether the buyers have different claim amounts currently listed in their books and records for such
27  parties.
    [4] See Notice of Deadline for Filing Requests for Payment of Chapter 11 Administrative Claims that Arose Between
28  January 11, 2018 and June 15, 2018 [Dkt. No. 714] (the "Administrative Bar Date Notice").

                                            3

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1.    I am the duly appointed chapter 11 trustee (the "Trustee") for the estate of Penthouse Global Media, Inc., the above-captioned debtor and its related debtor subsidiaries (collectively, the "Debtors"). I was appointed Trustee of the Debtor's estates by Order of the Bankruptcy Court entered March 6, 2018.

2.    I make this Declaration in support of the *Chapter 11 Trustee's (1) Final Report And Account And (2) Schedule Of Post-Petition Debts Pursuant To Local Bankruptcy Rule 2015-2 And Federal Bankruptcy Rule 1019-5* (the "Report"). Unless otherwise indicated, the matters set forth in this Declaration are based on my personal knowledge and my review of relevant documents, including, without limitation, information supplied to me by my professionals, the Debtors and by others, as well as matters for which judicial notice is sought. If called upon to testify, I could and would testify competently to the facts set forth herein. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Report.

3.    I consummated sales of substantially all of the Debtors' assets on June 15, 2018, pursuant to Orders of the Bankruptcy Court.[1] As of March 12, 2019 Conversion Date, the aggregate funds in the Estates amounted to $699,804.01. In addition to cash, the remaining assets of the Estates to be transferred to the Chapter 7 Trustee consist of, but are not limited to, the following:

    a.    Accounts Receivable owed to the Estates pursuant to the Asset Purchase Agreement by and among the Debtors' Estates and WCGZ Ltd.;

    b.    Potential preference and other causes of action;

---

[1] *See* (1) *Order (A) Approving Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances and Interests to Successful Bidder, Approving the Estates' Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief* dated June 14, 2018 [Dkt. No. 577]; (2) *Order Approving Settlement with Kirkendoll Management, LLC and its Related Affiliates* [Dkt. No. 542], and (3) *Order (A)Approving The Estates' Sale Of Certain Trademarks To Penthouse Clubs Global Licensing, LLC, Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Approving The Estates' License Of Certain Related Intellectual Property To Penthouse Clubs Global Licensing, LLC; and (C) Granting Related Relief* [Dkt. No. 543].

1

DOCS_LA:320469.2 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

c.    A percentage of the recovery by Dream Media Corporation from its pursuit of
the Vice Coin Receivable in accordance with the terms of the settlement
between the Trustee and Dream Media Corporation[2]; and

d.    With respect to Penthouse Global Media, Inc., equity in the 14 affiliated
debtors and certain non-Debtor entities.

4.    The Debtors' books and records as of the Sale Closing Date indicate that the debts
listed on **Exhibit "A"** were incurred after the commencement of the Debtors' chapter 11 cases
through the Sale Closing Date.  Based on the information available to me as chapter 11 Trustee, it is
my understanding that these debts remain unpaid as of the Conversion Date.[3]  **Exhibit "A"** also
includes unpaid professional fees and expenses for amounts (i) incurred through August 31, 2018
and approved by Order of the Court, and (ii) incurred after August 31, 2018 through the Conversion
Date, for which applications for approval have not been made.

5.    In addition, an administrative bar date was set in these cases for claims asserted to
have been incurred between the Petition Date and the Sale Closing Date.  Administrative claims filed
by claimants pursuant to the Administrative Bar Date Notice are listed on **Exhibit "B"** hereto.
Many of the filed administrative claims are not reflected on the Debtors' books and records and the
Trustee reserves all rights with respect to the claims listed on **Exhibit "A"** and **Exhibit "B"**
including, without limitation, the right to object to such claims on any and all applicable grounds.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019, at Encino, California.

David K. Gottlieb

---

[2] *See Order Approving Settlement With Dream Media Corporation* [Dkt. No. 458].

[3] After the Sale Closing Date, the purchasers of the Debtors' assets have been operating the Debtors' former businesses.
My professionals and I do not have information as to whether any claims listed on Exhibit A have been paid by the
buyers or whether the buyers have different claim amounts currently listed in their books and records for such parties.

2

DOCS_LA:320469.2 32277/001

EXHIBIT A

**SCHEDULE OF ADMINISTRATIVE CLAIMS PURSUANT TO DEBTORS' BOOKS
AND RECORDS FOR THE PERIOD AFTER THE COMMENCEMENT OF THESE
CASES THROUGH THE CASE CONVERSION DATE**

**PENTHOUSE GLOBAL MEDIA, INC.**
**SCHEDULE OF DEBTS INCURRED POST-PETITION BY PH**
**ENTITIES**
**PH GLOBAL MEDIA, INC.  (MAIN CASE)**
**CASE NO. 18-10098**

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| **PH GLOBAL MEDIA, INC.** | | |
| **CASE NO. 18-10098** | | |
| **C.HOCQUEL Inc** | Catherine Brandt<br>9993 Wornom Avenue<br>Sunland, CA 91040 | 18,000.00 |
| **Curacao International Trust Company** | Schottegatweg Oost 44<br>Willemstad, Curacao | 2,049.05 |
| **Cybex Security Solutions** | 30 Fairbanks #114<br>Irvine, CA 92618 | 292.96 |
| **FEDEX** | PO Box 7221<br>Pasadena, CA  91109-7321 | 71.50 |
| **Franchise Tax Board** | Franchise Tax Board Legal Division<br>P.O. Box 1720<br>Rancho Cordova CA 95741-1720 | 242.37 |
| **GAM inventory Management services** | 205 Campus Drive<br>Kearny, NJ 07032 | 374.08 |
| **Keith L. Whitworth, CPA** | 595 Lincoln Avenue,  Suite 206<br>Pasadena, CA 91103 | 11,332.20 |
| **Lincoln National Life Insurance company** | PO Box 21008, Greensboro, NC  27420-1008 | 4,397.93 |
| **Los Angeles Office of The City Attorney** | Attn: Wendy A Loo Esq.<br>200 North Main Street, Ste 920<br>Los Angeles, CA 90012-4128<br>Sherman Oaks, CA 91403 | 13,583.53 |
| **Orkin** | 16663 Roscoe Blvd, North Hills, CA 91343 | 160.34 |
| **Personnel Concepts** | 3200 E Guasti Rd #300, Ontario, CA 91761 | 118.40 |
| **Ready Refresh by Nestle** | P O Box 856158<br>Louisville, KY 40285-6158 | 83.48 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| Right Networks | 14 Hampshire Dr, Hudson, NH 03051 | 21.00 |
| Safe Keeping Records | 8826 Megan Avneue, West Hills  CA 91304 | 65.20 |
| Serenity Balthazar | 16140 Armstead Street Granada Hills, CA 91344 | 39.37 |
| Total Record Information Management | 371 Starke Road ,Carlstadt, NJ 07072 | 924.58 |
| Uline | 2950 E Jurupa St, Ontario, CA 91761 | 251.70 |
| United States Trustee | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| Waste Management | P O Box 43530 Phoenix, AZ 85080 | 371.85 |
| WIPO | World Intellectual Property Organization 34, chemin des Colombettes CH-1211 Geneva 20, Switzerland | 287.46 |
|  |  |  |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| **PH GLOBAL BROADCASTING, INC.** **CASE NO. 18-10099** | | |
| | | |
| **101 Modelling Inc.** | 6234 Shoup Ave. Woodland Hills , CA 91367 | 100.00 |
| **Adult Talent Managers** | 22020 Clarendon St Suite 300 Woodland Hills, CA 91367-6333 | 50.00 |
| **Arkena Inc** | 125 S. Barrington Place Los Angeles, CA 90049 | 166.66 |
| **Arkena SAS** | 15 Rue Cognacq-Jay 75007 Paris France | 5,705.24 |
| **Art attack dba revideo** | 10945 Old Santa Susana Pass Chatsworth, CA  91311 | 61,451.62 |
| **Basmedia B.V. Pluggematen** | 2 8331TV Steenwijk The Netherlands | 29,795.46 |
| **Bizzare Video** | 21621 Nordhoff Street, Suite B Chatsworth, CA  91311 | 7,200.00 |
| **Digital Media Consultants, LLC** | 21781 Ventura Blvd, Suite 644 Woodland Hills, CA  91364 | 785.63 |
| **Encuentros** | 10945 Old Santa Susana Pass Chatsworth, CA  91311 | 5,001.00 |
| **FEDEX** | PO Box 7221 Pasadena, CA  91109-7321 | 67.58 |
| **GS1 US** | Operations Center 7887 Washington Village Drive, Suite 300 Dayton, OH  45459 | 500.00 |
| **Jason Bekoski** | 11121 Cypress Tree Point #310 Colorado Springs, CO 80921 | 320.00 |
| **Matrix Models** | 269 South Beverly Dr. Suite 922 Beverly Hills, CA 90212 | 100.00 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| Rollin' Dice Productions, LLC | 842 Wilcox Ave. #1<br>Los Angeles, CA 90038 | 9,714.00 |
| So Cal Licensing International, Inc. | 3430 Precision Drive<br>North Las Vegas, NV 89032 | 3,000.00 |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
|  |  |  |
| PH GLOBAL LICENSING, INC.<br>CASE NO. 18-10101 |  |  |
|  |  |  |
| Corsearch | P.O. Box 4349<br>Carol Stream, IL 60197-4349 | 530.00 |
| Palm Beach Beaute | Paul Smith<br>124 N. Swinton Avenue<br>Delray, Florida 33444 | 312.00 |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
|  |  |  |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| **PH GLOBAL DIGITAL, INC.**<br>**CASE NO. 18-10102** | | |
| | | |
| **Andreas Andreou** | ph_partners@mindgeek.com | 211.41 |
| **Arash Dadashzadeh** | P.O. Box 158<br>Dana Point, CA 92629-0158 | 331.43 |
| **Atlassian** | 341 George Street<br>Sydney, NSW, 2000<br>Australia | 100.00 |
| **Christine Bishop** | 2863 Brookside Drive<br>Mobile, AL 36693-3511 | 1,260.00 |
| **CSC Corporate Domains, Inc** | 251 Little Falls<br>Wilmington, DE 19808-1674 | 2,827.36 |
| **David Tanguay** | 537 Rue Helene-Baillargeon<br>Montreal, Quebec H2J 4E8 Canada | 1,462.26 |
| **EX Situ Marketing** | 765 Beaubien East #507<br>Montreal QC H2S 1S8 Canada | 231.00 |
| **Function Fox Systems Inc** | #2-415 Dunedin Street<br>Victoria, BC  V8T 5G8<br>Canada | 130.00 |
| **Gareth Turner** | rmps@inbox.com | 49.88 |
| **Inovio Payments, Inc** | 250 Stephenson Hwy<br>Tryoy, MI  48083 | 2,769.12 |
| **Ivan Varko** | j.daizy@gmail.com | 212.68 |
| **Kelley Publishing** | 255 S Rengstorff Ave. #132<br>Mountain View, CA 94040-1701 | 289.68 |
| **Mannassi IT Solutions, Inc. d/b/a Mannassi IT Solutions** | 22222 Sherman Way,        Suite 206<br>Canoga Park, CA 91303 | 924.81 |
| **Marcella Monteleon** | P O Box 816<br>Bloomington, IL 61702-0816 | 248.80 |
| **NetNames** | 25 Canada Square<br>Canary Wharf<br>London, UK E14 5LQ | 6,250.00 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| Raganeto Lucianco | Via Parucco 20<br>Pianezza, TO  10040<br>ITALY | 199.07 |
| Rasmus Gronbak | info@dsfinvestments.com | 202.23 |
| Romaric Durand | info@glomiro.com | 225.00 |
| SternDoor Inc | 3901 Main Street #201<br>Philadelphia, PA 19127 | 369.31 |
| Szili Mikios | Akademia Korut 67 6000,<br>Kecskemet, Hungary | 1,596.00 |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
| Vladyslav Plashchevatyi | xfive@setds.net | 510.82 |
| | | |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| PH GLOBAL PUBLISHING, INC. CASE NO. 18-10103 | | |
| | | |
| Barbara F. Pizio | 2342 82nd Street, Apt 3 Brooklyn, NY 11214-2751 | 5,200.00 |
| Brianna Heller | 11255 Monogram Avenue Granada Hills, CA 91344 | 100.00 |
| Caroline Wallace | 1742 N. Mariposa Ave.,  Apt #1 Los Angeles, CA  90027 | 200.00 |
| Creel Printing | 6330 W Sunset Rd, Las Vegas, NV 89118 | 677.28 |
| Deirdre O'Callaghan | 1636 N. Fairfax Avenue Los Angeles, CA  90046 | 200.00 |
| Drew Millard | 115 West Woodridge Drive Durham, NC 27707-2847 | 2,000.00 |
| Dubravka Pintaric | 17656 Avenida Manzana Desert Hot Springs, CA 92241 | 100.00 |
| Gorilla Convict, LLC | 1019 Willott Road St. Peters, MO 63376 | 3,200.00 |
| J.A. Cast Capital LLC | Elizabeth Podner 14553 Alton Oaks Ave El Paso, TX 79938 | 100.00 |
| Kristin Stec | 86-20 Park Lane South Unit 4B Woodhaven, NY 11421-1250 | 200.00 |
| Mish Way, Inc., The | 301 Harvard Drive Arcadia, CA 91007 | 1,200.00 |
| Sasha Hiltpold | 1847 Winona Blvd, #306 Los Angeles, CA 90027 | 100.00 |
| Shannon Spratt | 1545 Wigwam Parkway Henderson, NV 89074 | 100.00 |
| Todd Francis | 4328 Grandview Blvd. Los Angeles, CA 90066 | 500.00 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| Tracy Picha | 5475 Inglis St., Apt 301<br>Halifax, NS  B3H 1J6<br>CANADA | 275.00 |
| US Postal Service | Office of the Postmaster General<br>475 L'Enfant Plaza<br>Washington DC 20260 | 22.01 |
| USPS/CREEL | 6330 West Sunset Rd<br>Las Vegas NV 89118-3318 | 7,500.00 |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
| V&M Design/ Amanda Flores | 13226 Azores Ave<br>Sylmar, CA 91342 | 1,800.00 |
| Victor Gonzalez | 2956 W Brighton Street<br>Burbank, CA 91504 | 704.90 |
| Zinio, LLC | 575 Lexington Avenue, 17th Floor<br>New York, NY 10022 | 920.78 |
|  |  |  |
| GMI ONLINE VENTURES, LTD<br>CASE NO. 18-10104 |  |  |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
| PH DIGITAL MEDIA PRODUCTIONS, INC<br>CASE NO. 18-10105 |  |  |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |
| TAN DOOR MEDIA, INC<br>CASE NO. 18-10106 |  |  |
| United States Trustee | Office of the United States Trustee<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | 325.00 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| **PH IMAGES ACQUISITIONS, LTD** **CASE NO. 18-10107** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| **PURE ENTERTAINMENT TELECOMMUNICATIONS INC** **CASE NO. 18-10108** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| **XVHUB GROUP, INC** **CASE NO. 18-10109** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| **GENERAL MEDIA COMMUNICATIONS, INC** **CASE NO. 18-10110** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| **GENERAL MEDIA ENTERTAINMENT, INC** **CASE NO. 18-10111** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |
| **DANNI ASHE, INC** **CASE NO. 18-10112** | | |
| **United States Trustee** | Office of the United States Trustee 21041 Burbank Boulevard Woodland Hills, CA 91367 | 325.00 |

4/4/2019

| PENTHOUSE ENTITY / Creditor | CONTACT, STREET ADRESS, CITY, STATE, COUNTRY | POST-PETITION DEBT |
|---|---|---|
| **STEMRAY STUDIOS, INC** | | |
| **CASE NO. 18-10113** | | |
| **United States Trustee** | Office of the United States Trustee | 325.00 |
| | 21041 Burbank Boulevard | |
| | Woodland Hills, CA 91367 | |
| | | |
| | | $227,842.02 |

4/4/2019

CASE NO. 18-10098-MB
PENTHOUSE GLOBAL MEDIA, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

# EXHIBIT B
## CASE NO. 18-10098-MB
### Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date

| Creditor | Amount Owing |
|---|---|
| David K. Gottlieb<br>Managing Member<br>D. Gottlieb & Associates, LLC<br>17000 Ventura Blvd., Suite 300<br>Encino, California, 91316<br><br>Chapter 11 Trustee | $144,402.02<br>**Approved by Court and unpaid**<br>$117,583.42<br>**Post Fee Application** |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br><br>Counsel to Chapter 11 Trustee | $336,088.67<br>**Approved by Court and unpaid**<br>$139,045.93<br>**Post Fee Application** |
| Raines Feldman, LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067<br><br>Counsel to Creditor Committee | $60,411.10<br>**Approved by Court and unpaid**<br>$28,415.77<br>**Post Fee Application** |
| Province, Inc.<br>811 W 7th St, Suite 910<br>Los Angeles, CA 90017<br><br>Financial Advisor to Trustee | $170,104.80<br>**Approved by Court and unpaid**<br>$89,755.43<br>**Post Fee Application** |
| BPEH, an Accountancy corporation<br>21300 Victory Blvd., Suite 520<br>Woodland Hills, CA 91367<br><br>Special Tax Counsel to Trustee | $3,539.12<br>**Approved by Court and unpaid**<br>$15,524.00<br>**Post Fee Application** |
| Weiss & Spees, LLP<br>6310 San Vicente Blvd Ste 401<br>Los Angeles, CA 90048<br><br>Counsel to Debtor | $79,289.11<br>**Approved by Court and unpaid** |

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Akerman LLP<br>601 West Fifth Street<br>Suite 300<br>Los Angeles, CA 90071<br><br>Special Intellectual Property Counsel to Trustee | $30,429.44<br>**Approved by Court and unpaid**<br><br>$6,166.69<br>**Post Fee Application** |
| Christine Bishop<br>2863 Brookside Drive<br>Mobile, AL 36693 | $1,260.00 |
| Theodore P. Horton-Billard, Jr<br>137 S Maple Drive #105<br>Beverly Hills, CA 90212 | $5,000.00 |
| Rollin' Dice Productions, LLC<br>Attn: Chafik Lahzami<br>842 Wilcox Ave. #1<br>Los Angeles, CA 90038 | $9,714.00 |
| Jason Alan Bekoski<br>11121 Cypress Tree Point Suite 310<br>Colorado Springs, CO 80921 | $5,120.00 |
| WebDotCalm<br>Lucky Smith<br>237 Town Center West #267<br>Santa Maria, CA 93458 | $2,515.00 |
| V&M Design or Victor Gonzalez<br>or Amanda Flores<br>13226 Azores Ave<br>Sylmar, CA 91342 | $1,800.00 |
| Mannassi IT Solutions<br>22222 Sherman Way, Suite 206<br>Canoga Park, CA 91303 | $1,215.01 |
| The Mish way Inc.<br>14612 Voltaire Dr.<br>Frazier Park, CA 93225 | $1,200.00 |
| Victor Gonzalez<br>2956 N. Brignton St.<br>Burbank, CA 91504 | $704.90 |
| Digital Media Consultants LLC<br>David Kraus<br>21781 Ventura Blvd., #644<br>Woodland Hills, CA 91364 | $5,382.98 |

2

| | |
|---|---|
| Digital Media Consultants LLC<br>David Kraus<br>21781 Ventura Blvd., #644<br>Woodland Hills, CA 91364 | $5,810.48 |
| Hudson News Distributors, LLC<br>Attn: Hasena Cyril<br>701 Jefferson Rd<br>Parsippany, NJ 07054 | $6,878.41 |
| Eric M Del Carlo<br>1204 Lincoln Ave<br>Arcata, CA 95521 | $640.00 |
| FUNCTION FOX SYSTEMS<br>#2-415 DUNETIN ST<br>VICTORIA BC<br>CANADA V9ZOY3 | $260.00 |
| ARASH DADASHZADEH<br>5420 KODAK MOUNTAIN DR<br>YORBA LINDA, CA 92887 | $2,121.60 |
| John Willett dba Willett Associates<br>PO Box 380414<br>Birmingham, AL 35238 | $4,250.00 |
| Jason Alan Bekoski<br>11121 Cypress Tree Point #310<br>Colorado Springs, CO 80921 | $320.00 |
| Szili Miklos<br>6000 Kecskemet Akademia KRT. 67<br>Hungary, 36304783gg9 | $5,726.00 |
| Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan, 7th Floor<br>1 Federal St.<br>Boston, MA 02110 | $10,041.61 |
| Dennemeyer & Associates S.A.<br>55 rue des Bruyeres<br>L-1274 Howald<br>Luxembourg | $1,920.04 |
| 321 Bayshore Investments Inc<br>1717 N Bayshore Dr Ste 4256<br>Miami FL 33132 | $1,250.00 |
| Ogun Consulting SPRL<br>fso Nathanael Kalfa<br>Chaussee De Gand 443<br>1080 Brussels Belgium | $451.05 |

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Franchise Tax Board **(Claim No. 9)**<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | $197.19 |
| Smash Pictures<br>9619 Canoga Ave<br>Chatsworth CA 91311 | $10,000.00 |
| Combat Zone<br>9619 Canoga Ave<br>Chatsworth CA 91311 | $12,500.00 |
| Bizarre Video<br>21621 Nordhoff St<br>Chatsworth CA 91311 | $11,200.00 |
| WGCZ LTD., SRO; Penthouse World Media<br>c/o Paul M Brent, Esq.<br>23801 Calabasas Road, #2031<br>Calabasas, CA 91302 | $548,749.03 |
| LSC Communications Inc<br>4101 Winfield Rd<br>Warrenville, IL 60555 | $13,504.91 |
| Eli B. Dubrow, Trustee of the Eli B. Dubrow and<br>Mary Collins Dubrow 1981 Trust Dated May<br>c/o Alan I. Nahmias<br>Mirman, Bubman & Nahmias, LLP<br>21860 Burbank Boulevard, Suite 360<br>Woodland Hills, CA 91367 | $20,000.00 |
| SESAC, Inc.<br>35 Music Square East<br>Nashville, TN 37203 | $5,118.17 |
| NOA Productions SPRL<br>c/o DUMAS & KIM, APC.<br>3435 Wilshire Blvd., Ste. 990<br>Los Angeles, CA 90010 | $525,567.00 |
| Susan Templeton<br>221 Pine Canyon Dr #1736<br>Frazier Park CA 93225 | $757.00 |
| Allen Dyer Doppelt & Gilchrist PA<br>255 S Orange Ave Ste 1401<br>Orlando FL 32801 | $41,394.20 |
| Deirdre O'Callaghan<br>1636 N Fairfax Ave<br>Los Angeles CA 90046 | $200.00 |

4

| | | |
|---|---|---|
| Barbara F Pizio<br>2342 82nd Street, Apt 3<br>Brooklyn, NY 11214 | | $5,200.00 |
| Catherine Brandt, CEO<br>C Hocquel Inc<br>9993 Wornom Ave<br>Sunland CA 91040 | | $18,000.00 |
| Keith L. Whitworth, CPA<br>595 Lincoln Avenue<br>Suite 206<br>Pasadena, CA  91103 | | $12,000.00 |
| Waste Management<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023 | | $594.18 |
| | **Total** | **$2,519,318.26** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5

CASE NO. 18-10106-MB
TAN DOOR MEDIA, INC.

EXHIBIT B

**SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

**TAN DOOR MEDIA, INC.**

**CASE NO. 18—10106-MB**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| Franchise Tax Board (Claim No. 4 (2/28/2019))<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | TBD |
| Total | $ 0.00 |

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CASE NO. 18-10112-MB

DANNI ASHE, INC.

EXHIBIT B

**SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE ADMINISTRATIVE CLAIM BAR DATE**

**EXHIBIT B**

**DANNI ASHE, INC.**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| FRANCHISE TAX BOARD (Claim No. 4)<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | TBD |
| **Total** | **$ 0.00** |

1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

CASE NO. 18-10113-MB
STEAMRAY STUDIOS, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

**EXHIBIT B**

**STEAMRAY STUDIOS, INC.**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| FRANCHISE TAX BOARD (Claim No. 4)<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | TBD |
| **Total** | **$ 0.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

CASE NO. 18-10110-MB

GENERAL MEDIA COMMUNICATIONS, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT B

## GENERAL MEDIA COMMUNICATIONS, INC.

### CASE NO. 18—10110-MB

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| FRANCHISE TAX BOARD (Claim No. 5 (3/28/18) BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | TBD |
| Total | $ 0.00 |

1

CASE NO. 18-10105-MB
PENTHOUSE DIGITAL MEDIA, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

**EXHIBIT B**

**PENTHOUSE DIGITAL MEDIA, INC.**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| LOS ANGELES COUNTY TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | $1,294.00 |
| William G Florence<br>9655 E Saguaro Summit Ct<br>Gold Canyon AZ 85118 | $100.00 |
| Franchise Tax Board (Claim No. 8 (11/20/2018))<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | TBD |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$ 1,394.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

CASE NO. 18-10107-MB
PENTHOUSE IMAGES ACQUISITIONS, LTD.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

Case 1:18-bk-10098-MB    Doc 839    Filed 02/04/21    Entered 02/04/21 16:09:51    Desc
Main Document    Page 47 of 60

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT B**

**PENTHOUSE IMAGES ACQUISITIONS, LTD.**

**CASE NO. 18—10107-MB**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| FRANCHISE TAX BOARD (Claim No. 4 (11/10/18) BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | TBD |
| Total | $ 0.00 |

1

CASE NO. 18-10111-MB

GENERAL MEDIA ENTERTAINMENT, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

# EXHIBIT B

## GENERAL MEDIA ENTERTAINMENT, INC.

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| FRANCHISE TAX BOARD (ADMINISTRATIVE) BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | TBD |
| Total | $ 0.00 |

1

CASE NO. 18-10109-MB
XVHUB GROUP, INC.

EXHIBIT B

SCHEDULE OF FILED ADMINISTRATIVE CLAIMS ASSERTED FOR THE PERIOD
AFTER THE COMMENCEMENT OF THESE CASES THROUGH THE
ADMINISTRATIVE CLAIM BAR DATE

**EXHIBIT B**

**XVHUB GROUP, INC.**

**CASE NO. 18—10109-MB**

**Schedule of Filed Administrative Claims asserted for the period after the Commencement of
these Cases through the Administrative Claim Bar Date**

| Creditor | Amount Owing |
|---|---|
| | TBD |
| FRANCHISE TAX BOARD (Claim No. 5 (11/20/18))<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | |
| **Total** | **$ 0.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED CHAPTER 11 TRUSTEE'S (1) FINAL REPORT AND ACCOUNT AND (2) SCHEDULE OF POST PETITION DEBTS PURSUANT TO LOCAL BANKRUPTCY RULE 2015-2 AND FEDERAL BANKRUPTCY RULE 1019-5; DECLARATION OF DAVID K. GOTTLIEB** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 4, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On April 4, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 4, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, California  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 4, 2019 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:317605.1 32277/001
DOCS_LA:320469.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbrb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Aram Ordubegian on behalf of Creditor LSC Communications US, LLC / Creel Printing
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com;cwilliams@raineslaw.com

S Margaux Ross on behalf of U.S.

Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Interested Party Penthouse Clubs Worldwide, LLC
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mw@weissandspees.com,
lm@weissandspees.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:317605.1 32277/001
DOCS_LA:320469.2 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mw@weissandspees.com,

lm@weissandspees.com
Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mw@weissandspees.com,
lm@weissandspees.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

Brian L. Davidoff
bdavidoff@greenbergglusker.com

Jonathan Hayes
jhayes@SRHLawFirm.com

Peter W. Lianides
plianides@wcghlaw.com

Mark S. Horoupian
mhoroupian@sulmeyerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:317605.1 32277/001
DOCS_LA:320469.2 32277/001

**F 9013-3.1.PROOF.SERVICE**

## U.S. Bankruptcy Court - Central District of California
## In re Penthouse Global Media, Inc.,
## Case No. 18-10098-MB

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

**3.** <u>**SERVICE VIA ELECTRONIC MAIL IN PDF FORMAT**</u>

*Debtor*
Robert W. Campbell
Penthouse Global Media, Inc.
rcampbell@penthouse.com

*Committee Member*
DVD Factory Inc.
Representative: Steve Kalson
ty@dvdfactoryinc.com
Steve-dvd@hotmail.com

*Committee Member*
LSC Communications US, LLC
Creel Printing.
Representative: Dan Pevonk
dan.pevonka@lsccom.com

*Committee Member*
Palm Coast Data
Representative: Neil Gordon
gordon.neil@palmcoastdata.com

*Committee Member*
Matthew A. Garrett, CEO
matt.garrett@tgg-accounting.com

*Request for Special Notice or Pecuniary Interest*
Rollin' Dice Productions
842 Wilcox Ave #1
Los Angeles Ca 90038-3654

*Counsel for Walter*
Miller Law Group
Representative: Walter M. Stella
wms@millerlawgroup.com

*Counsel for Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC*
Mark A. Mintz
mmintz@joneswalker.com

Joseph Bain on behalf Penthouse Clubs
jBain@joneswalker.com

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
jkirkendoll@kirkmgmt.com

*Counsel for WGCZ Ltd., S.R.O.*
Mark Bryn
mark@markbryn.com

Paul M. Brent, Esq.
Steinberg, Nutter & Brent
snb300@aol.com

*Counsel for LSC Communications, US, LLC*
Aram Ordubegian (SBN 185142)
aram.ordubegian@arentfox.com
Robert M. Hirsh
(pro hac vice application to be submitted)
ARENT FOX LLP
robert.hirsh@arentfox.com

*Counsel for Jerrick Media Jerrick Media Holdings, Inc. And Jerrick Ventures LLC*
Theodore B. Stolman
ted.stolman@ffslaw.com

Blaine Bortnick
bbortnick@rascoklock.com

*Counsel for Alpha Cygni, Inc*
Rochelle@rjslawconsult.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled:  **NOTICE OF MOTION AND MOTION OF TRUSTEE FOR ORDER DISALLOWING AND EXPUNGING FROM CHAPTER 11 FINAL REPORT CERTAIN BOOK ENTRY CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **October 4, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 4, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2021 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 1.  1:18-bk-10098-MB Notice will be electronically mailed to:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B.
Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd.,
S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K
GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K
GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith
Gottlieb (TR)
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse
Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith
Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media
Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures
LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United
States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain
Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel
Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com,

calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA
Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse
Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online
Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B.
Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,ak
uras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online
Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy
NEF
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerla
w.com

Mark S Horoupian on behalf of Interested Party WSM
Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerla
w.com

Razmig Izakelian on behalf of Interested Party WGCZ
Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Michael D Kwasigroch on behalf of Defendant Revideo,
Inc.
attorneyforlife@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Michael D Kwasigroch on behalf of Defendant Kelly
Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert
Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll
Management LLC
alevin@wcghlaw.com,
Meir@virtualparalegalservices.com;pj@wcghlaw.com;jm
artinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll
Management LLC
plianides@wghlawyers.com,
jmartinez@wghlawyers.com;mweinberg@wghlawyers.co
m

David W. Meadows on behalf of Interested Party
Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested
Party
kjm@lnbyb.com

Alan I Nahmias on behalf of Interested Party Courtesy
NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy
NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Iain A W Nasatir on behalf of Trustee David Keith
Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The
Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Kate Bunker on behalf of U.S. Trustee United States
Trustee (SV)
Kate.Bunker@UST.DOJ.GOV

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael
St. James
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg
Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs
Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss
mhw@mhw-pc.com,

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor GMI Online
Ventures, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media
Communications, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media
Entertainment, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Digital
Media Productions, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Broadcasting, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Digital, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Licensing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global
Media, Inc.
mhw@mhw-pc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

DOCS_LA:340080.1 32277/002

F 9013-3.1.PROOF.SERVICE

Michael H Weiss on behalf of Debtor Penthouse Global
Publishing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Images
Acquisitions, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Pure Entertainment
Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Streamray Studios,
Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Tan Door Media,
Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor XVHUB Group,
Inc.
mhw@mhw-pc.com

Marc J Winthrop on behalf of Interested Party Kirkendoll
Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC
Communications US, LLC / Creel Printing
christopher.wong@arentfox.com,
yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media
Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:340080.1 32277/002

**F 9013-3.1.PROOF.SERVICE**

**2.** **SERVED BY UNITED STATES MAIL**:

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

*Office of U.S. Trustee*
**Kate Bunker**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Arkena, Inc.
Attention: Thiery Maupetit
c/o KLCO LLP
125 S. Barrington Place
Los Angeles, CA 90049

Arkena, Inc.
Attention: Thiery Maupetit
3000 Olympic Blvd. Suite 2369
Santa Monica, CA 90404

(International)

Arkana SAS
Attention Accounts Receivable Manager
15 Rue Cognacq-Jay
75007 Paris France

(International)
Attention: Bas Ardesch and/or Accounts
Receivable Manager
Basmedia B.V. Pluggematen
2 8331TV Steenwijk
The Netherlands

Attention: Bas Ardesch and/or Accounts
Receivable Manager
Basmedia B.V. Pluggematen
PO Box 153
8330 AD Steenwijk
The Netherlands

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:340080.1 32277/002

**F 9013-3.1.PROOF.SERVICE**