| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BETH ANN R. YOUNG (State Bar No. 143945)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Fax: (310) 229-1244<br>Email: bry@lnbyg.com<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Beth Ann R. Young__, __1433945__, __bry@lnbyb.com__
  *Name*      *Bar ID Number*      *E-Mail Address*
 ❏ am **counsel of record** or
  ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

---

 ☑ am **counsel of record** or
  ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

 Attorney Name changed to _____
 New Firm/Government Agency Name _Levene, Neale, Bender, Yoo & Golubchik L.L.P._____
 New Address _2818 La Cienega Avenue, Los Angeles, CA 90034_____
 New Telephone Number_____ New Facsimile Number _____
 New E-Mail Address _bry@lnbyg.com_____

---

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:***
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 10/27/21                                      /s/ Beth Ann R. Young
                                                     Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title |
| --- | --- |
| 1:13-bk-15687-VK | Antonio Lamar Dixon |
| 1:16-bk-10045-VK | Duane Daniel Martin and Tisha Michelle Martin |
| 1:18-bk-10098-MB | Penthouse Global Media, Inc. |
| 1:18-bk-10099-MB | Penthouse Global Broadcasting, Inc. |
| 1:18-bk-10101-MB | Penthouse Global Licensing, Inc. |
| 1:18-bk-10102-MB | Penthouse Global Digital, Inc. |
| 1:18-bk-10103-MB | Penthouse Global Publishing, Inc. |
| 1:18-bk-10104-MB | GMI Online Ventures, Ltd. |
| 1:18-bk-10105-MB | Penthouse Digital Media Productions, Inc. |
| 1:18-bk-10106-MB | Tan Door Media, Inc. |
| 1:18-bk-10107-MB | Penthouse Images Acquisitions, Ltd. |
| 1:18-bk-10108-MB | Pure Entertainment Telecommunications, Inc. |
| 1:18-bk-10109-MB | XVHUB Group, Inc. |
| 1:18-bk-10110-MB | General Media Communications, Inc. |
| 1:18-bk-10111-MB | General Media Entertainment, Inc. |