| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Bradley E. Brook, Esq. #125323<br>Law Offices of Bradley E. Brook, APC<br>10866 Washington Blvd. #108<br>Culver City, CA 90232<br>T: 310-839-2004<br>F: 310-945-0022<br>E: bbrook@bbrooklaw.com | FOR COURT USE ONLY |
| ☒ *Attorney for:* David K. Gottlieb, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ▾

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, et. al.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-10098-MB<br><br>CHAPTER: 7  ▾<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 12/08/2021<br>TIME: 11:00 am<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

1.  TO *(specify claimant and claimant's counsel, if any)*:  Smash Pictures (attention Iris Sherman, controller)

2.  NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #85-1    ) filed in the above referenced case.  The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3.  **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  11/08/2021

Law Offices of Bradley E. Brook, APC
Printed name of law firm

Bradley E. Brook
Signature

Date Notice Mailed:  11/08/2021

Bradley E. Brook
Printed name of attorney for objector

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  Bradley E. Brook (CA Bar No. 125323)
   LAW OFFICES OF BRADLEY E. BROOK, APC
2  10866 Washington Blvd. #108
   Culver City, CA 90232
3  Tel: 310/839-2004; Fax: 310-945-0022
   E-mail: bbrook@bbrooklaw.com
4
   Special counsel for David K. Gottlieb, Chapter 7 Trustee
5

6              **UNITED STATES BANKRUPTCY COURT**

7   **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

8    In re:                                          Case No.: 1:18-BK-10098-MB
                                                     Chapter 7
9    PENTHOUSE GLOBAL MEDIA, INC.,
                                                     Jointly Administered with Cases Nos.:
10                          Debtor.                  1:18-bk-10099-MB; 1:18-bk-10101-MB;
                                                     1:18-bk-10102-MB; 1:18-bk-10103-MB;
11   ☒  Affects All Debtors                          1:18-bk-10104-MB; 1:18-bk-10105-MB;
     ☐  Affects Penthouse Global Broadcasting,       1:18-bk-10106-MB; 1:18-bk-10107-MB;
12   Inc.                                            1:18-bk-10108-MB; 1:18-bk-10109-MB;
     ☐  Affects Penthouse Global Licensing, Inc.     1:18-bk-10110-MB; 1:18-bk-10111-MB;
13   ☐  Affects Penthouse Global Digital, Inc.       1:18-bk-10112-MB; 1:18-bk-10113-MB
     ☐  Affects Penthouse Global Publishing, Inc.
14   ☐  Affects GMI Online Ventures, Ltd.
     ☐  Affects Penthouse Digital Media              **NOTICE OF MOTION AND MOTION OF**
15   Productions, Inc.                               **TRUSTEE FOR ORDER DISALLOWING**
     ☐  Affects Tan Door Media, Inc.                 **REQUEST FOR PAYMENT OF**
16   ☐  Affects Penthouse Images Acquisitions,       **ADMINISTRATIVE CLAIM NO. 85-1**
     Ltd.                                            **FILED BY SMASH PICTURES**
17   ☐  Affects Pure Entertainment                   **IN THE SUM OF $10,000.00;**
     Telecommunications, Inc.                        **MEMORANDUM OF POINTS AND**
18   ☐  Affects XVHUB Group, Inc.                    **AUTHORITIES; DECLARATION OF**
     ☐  Affects General Media Communications,        **DAVID K. GOTTLIEB IN SUPPORT**
19   Inc.                                            **THEREOF**
     ☐  Affects General Media Entertainment, Inc.
20   ☐  Affects Danni Ashe, Inc.                     **Date:    December 8, 2021**
     ☐  Affects Streamray Studios, Inc.              **Time:   11:00 am**
21                                                   **Place:   Courtroom 303**
                                                              **21041 Burbank Blvd.**
22                                                            **Woodland Hills, CA 91367**
                                                     **Judge:  Hon. Martin R. Barash**
23
                                                     **Last Date to File A Response: 11/24/2021**
24

25

26

27

28
                                    1

1    **PLEASE TAKE NOTICE** that David K. Gottlieb, solely in his capacity as the duly

2    appointed, authorized and acting Chapter 7 Trustee (the "Trustee") of Penthouse Global Media, Inc.

3    and its debtor affiliates (collectively, the "Debtors") hereby moves (the "Motion") the Court for an

4    order disallowing the Request for Payment of Administrative Claim No. 85-1 filed by Smash

5    Pictures ("Claimant") in the sum of $10,000.00 (the "Claim"). The grounds for the Motion are that

6    the invoice supporting the Claim reflects that a movie was delivered to Debtors before these cases

7    were filed and was not sold to the Debtors, but rather was provided pursuant to the parties' licensing

8    arrangement. Accordingly, the Claim is not entitled to allowance as an administrative expense.

9    **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion has been

10    scheduled for December 8, 2021 at 11:00 a.m. before the Honorable Martin Barash, United States

11    Bankruptcy Judge, in Courtroom 303, 20141 Burbank Boulevard, Woodland Hills, California 91367.

12    **The Court will conduct the hearing remotely, using ZoomGov audio and video technology.**

13    **Individuals will not be permitted access to the courtroom.** The following is the unique ZoomGov

14    connection information for the above-referenced hearing:

15    **Video/audio web address: https://cacb.zoomgov.com/j/1617986034**

16    **ZoomGov meeting number: 161 798 6034**

17    **Password: 477579**

18    **Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

19    **PLEASE TAKE FURTHER NOTICE** that the Motion has been served upon the claimant

20    listed above and all parties entitled thereto and is based upon the supporting Memorandum of Points

21    and Authorities and Declaration of David K. Gottlieb, the statements, arguments and representations

22    of counsel who appear at the hearing on the Motion, the files and records in the above-captioned

23    cases, any evidence properly before the court prior to or at the hearing regarding the Motion and all

24    matters of which the court may properly take judicial notice.

25    **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f),

26    responses to the Motion must be filed with the Court and served upon the Trustee's counsel at the

27    address in the upper left-hand corner of this Motion no later than fourteen (14) days prior to the

28

2

1  hearing date, plus an additional 3 days if you were served by mail, or pursuant to F.R.Civ.P.

2  5(b)(2)(D) or (F). Responses must contain a written statement of all reasons the Motion is opposed

3  and must include declarations and copies of all documentary evidence on which the responding party

4  intends to rely.  Responses must be filed either electronically or at the following location:

5                          United States Bankruptcy Court
                          21041 Burbank Blvd.
6                          Woodland Hills, CA 91367

7        **PLEASE TAKE FURTHER NOTICE** that if a response is not timely filed, the Trustee will

8  request that the relief requested in the Motion be granted without further notice or hearing.

9        **PLEASE TAKE FURTHER NOTICE** that if a response is timely filed and served upon the

10  Trustee's counsel, the Court may treat the initial hearing as a status conference if it determines that

11  the Motion involves disputed facts or will require presentation of substantial evidence or argument.

12        **WHEREFORE,** the Trustee respectfully requests that the Court enter an order (a) granting

13  the Motion; (b) disallowing the Claim as an administrative claim against the Debtors' estates; and (c)

14  granting the Trustee such other and further relief as may appropriate under the circumstances.

15  Dated: November 8, 2021              LAW OFFICES OF BRADLEY E. BROOK, APC

16                                 By: *Bradley E. Brook*_____

17                                     Bradley E. Brook, Esq.
                                     Special counsel for David K. Gottlieb, Chapter 7 Trustee
18
    *Submitted by:*
19
    Linda F. Cantor (CA Bar No. 153762)
20  PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
21  Los Angeles, CA  90067
    Telephone: 310/277-6910
22  Facsimile: 310/201-0760
    E-mail:  lcantor@pszjlaw.com
23
    By: */s/ Linda F. Cantor*_____
24       Linda F. Cantor
         Counsel for David K. Gottlieb, Chapter 7 Trustee
25       of Penthouse Global Media, Inc. and its debtor affiliates

26

27

28
                                          3

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.    BACKGROUND.**

3

**A.    The Debtors' Bankruptcy Cases, Jurisdiction and Venue.**

4

On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of

5

the Bankruptcy Code (the "Petition Date"). The Debtors' Cases are being jointly administered under

6

lead case number 1:18-bk-10098-MB [Docket No. 17].  On March 2, 2018, the Court entered an

7

order directing the appointment of a chapter 11 Trustee [Docket No. 231].  On March 6, 2018, the

8

United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236].  On

9

that same day, the Court entered an order approving the appointment of David K. Gottlieb as Trustee

10

[Docket No. 239].

11

On January 31, 2019, the Trustee filed a *Notice of Motion and Motion for Order Converting*

12

*Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion").  The Bankruptcy Court entered its

13

Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket No. 810] (the

14

"Conversion Order") on March 12, 2019, and the Office of the United States Trustee appointed

15

David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812].

16

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a

17

core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this matter is appropriate pursuant to

18

28 U.S.C. §§ 1408 and 1409.

19

**B.    The Administrative Claims Bar Date And The Claim.**

20

On October 22, 2018, the Trustee filed and served the *Notice Of Deadline For Filing*

21

*Requests For Payment Of Chapter 11 Administrative Claims That Arose Between January 11, 2018*

22

*And June 15, 2018* [Docket No. 714] (the "Administrative Claim Bar Date Notice"), setting

23

November 21, 2018 as the bar date for filing chapter 11 administrative claims (the "Bar Date").

24

On or about November 21, 2018, the Claimant filed the Claim which was assigned claim

25

number 85-1 by the court clerk requesting payment in the sum of $10,000.00. Attached to the Claim

26

is a single invoice that reflects that the movie was shipped to Debtors on January 2, 2018. At the

27

28

4

1 | bottom of the Claim is a statement that reads, "All product must be returned within 30 days." A true

2 | and correct copy of the Claim is attached hereto as Exhibit "1".

3 | **II.     ARGUMENT.**

4 |        **A.     <u>The Claimant Has the Burden to Prove the Validity of its Administrative</u>**

5 | **<u>Expense Claim</u>.**

6 |        The allowance of an administrative expense claim is codified in section 503(b) of the

7 | Bankruptcy Code, which states in relevant part:

8 |        After notice and a hearing, there shall be allowed administrative expenses . . . including –

9 | (1)(A) the actual, necessary costs and expenses of preserving the estate . . .11 U.S.C. § 503

10 | (b)(1)(A). Unlike general unsecured proofs of claims, administrative claims lack presumptive

11 | validity. *In re Blanchard,* 547 B.R. 347, 352 (Bankr.C.D. Cal. 2016). "The burden of proving an

12 | administrative expense claim is on the claimant."  *Microsoft Corp. v. DAK Indus. (In re DAK*

13 | *Indus.),* 66 F.3d, 1091,1094 (9th Cir. 1995); *see also Einstein/Noah Bagel Corp. v. Smith* (*In re BCE*

14 | *West LP*), 319 F.3d 1166, 1173 (9th Cir. 2003). "The administrative expense applicant must prove

15 | entitlement to the requested reimbursement by a preponderance of the evidence." *Gull Indus. v. John*

16 | *Mitchell, Inc. (In re Hanna)*, 168 B.R. 386, 388 (9th Cir. BAP 1994).

17 |        **B.     <u>The Invoice Attached To The Claim Reflects That The Film Was Delivered</u>**

18 | **<u>Prepetition Under A Licensing Arrangement</u>.**

19 |        The invoice attached to the Claim reflects a shipping date of January 2, 2018 which precedes

20 | the Petition Date of January 11, 2018. The Trustee's professionals have not located an entry for the

21 | movie, which appears to be a sequel, identified in the books and records of the Debtors. However,

22 | they have located an entry for the original movie which was obtained for use by Debtors pursuant to

23 | a license agreement. The arrangement between the parties appears to be one of a licensing

24 | arrangement rather than one in which the Debtors acquired the movie and all intellectual property

25 | rights. In fact, the invoice attached to the Claim notes that Debtors are required to return the movie

26 | within thirty days.

27 |

28 |

1    An allowable administrative expense includes "the actual, necessary costs and expenses of

2    preserving the estate, including wages, salaries, or commissions for services rendered after the

3    commencement of the case." § 503(b)(1)(A). To be deemed an administrative expense, the claim

4    must have arisen from a transaction with the debtor in possession, and directly and substantially

5    benefitted the estate. *In re Ybarra ("Ybarra")*, 424 F.3d 1018, 1025 (9th Cir. 2005) *citing In re*

6    *Abercrombie*, 139 F.3d 755, 757 (9th Cir. 1998) *quoting Microsoft Corp. v. DAK Industries,* 66 F.3d

7    1091, 1094 (9th Cir. 1995). "The purpose of administrative priority status is to encourage third

8    parties to contract with the bankruptcy estate for the benefit of the estate as a whole. (citations

9    omitted)." *Ybarra* at 1026.  "Thus, under the Code, only claims arising from post-petition

10    transactions may be granted such priority. (citations omitted)." *Ybarra* at 1025-26. The invoices

11    supporting the Claim reflect that the transaction occurred prepetition and, it appears, pursuant to a

12    licensing arrangement with the Debtors. The Claim is not entitled to allowance under 11 U.S.C.

13    §503(b)(9) because the transaction was not a sale of goods. The Claimant has provided no additional

14    evidence nor accounting for its transactions with the Debtors. The Claimant has not met its burden of

15    proof and the Claim must be disallowed as an administrative expense.

16    **III.    RESERVATION OF RIGHTS.**

17    The Trustee has not attempted to raise in this Motion each defense, counterclaim, or setoff

18    that may apply to the Claim.  If a response to this Motion is received, the Trustee reserves the right

19    to amend or supplement it, or file additional pleadings to assert any defenses, counterclaims, and/or

20    setoffs against the Claim.  In all instances, the Trustee reserves the right to file future pleadings to

21    challenge the validity, amount, or status of the Claim upon different grounds than set forth herein or

22    otherwise.

23    //

24    //

25    //

26    //

27    //

28

6

1

## IV.    CONCLUSION.

2          For the reasons set forth herein, the Trustee respectfully requests that the Court enter an

3     order: (a) granting the Motion; (b) disallowing the Claim as an administrative expense; and (c)

4     granting such other and further relief as may be appropriate under the circumstances.

5     Dated: November 8, 2021                    LAW OFFICES OF BRADLEY E. BROOK, APC

6                                               By: *Bradley E. Brook*_____
                                                    Bradley E. Brook, Esq.
7                                                   Special counsel for David K. Gottlieb, Chapter 7
                                                    Trustee of Penthouse Global Media, Inc. and its
8                                                   affiliated debtor entities

9

10    *Submitted by:*

11    Linda F. Cantor (CA Bar No. 153762)
      PACHULSKI STANG ZIEHL & JONES LLP
12    10100 Santa Monica Blvd., 13th Floor
      Los Angeles, CA  90067
13    Telephone: 310/277-6910
      Facsimile: 310/201-0760
14    E-mail:   lcantor@pszjlaw.com

15
      By: */s/ Linda F. Cantor*_____
16        Linda F. Cantor
          Counsel for David K. Gottlieb, Chapter 7 Trustee
17        of Penthouse Global Media, Inc. and its debtor affiliates

18

19

20

21

22

23

24

25

26

27

28

7

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1.      I am the duly appointed chapter 7 trustee (the "Trustee") of Penthouse Global Media, Inc. and its debtor subsidiaries. I make this Declaration in support of the *Motion Of Trustee For Order Disallowing Request For Payment Of Administrative Claim No. 85-1 Filed By Smash Pictures In The Sum Of $10,000.00* (the "Motion").  All capitalized terms used but not defined in this Declaration have the meanings ascribed to them in the Motion.

2.      Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others under my supervision), my review of the books and records of the Debtors, the Administrative Claims and other pleadings filed in this case, or my opinion based on my experience as a consultant and financial advisor for trustees.  If called upon to testify, I would testify to the facts set forth in this Declaration.

3.      Attached hereto as Exhibit "1" is a true and correct copy of Claim Number 85-1.

4.      I have reviewed the Claim with persons under my supervision. The Claim attaches a single invoice which reflects that a movie was shipped to Debtors on January 2, 2018 which predates the filing date of these Cases of January 11, 2018. From my professionals, I understand that in the regular course of their business, Debtors typically licensed content rather than to purchase the content and the intellectual property outright. Debtors and the Claimant entered into a license agreement for the original of the movie and the invoice attached to the Claim reflects that the product must be returned within 30 days of receipt, a practice consistent with a licensing arrangement. As such, I respectfully request the entry of an order granting the Motion and disallowing the Claim as an administrative expense against the Debtors' estates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of November, 2021 at Calabasas, California.

David K. Gottlieb

8

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION | REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM | Administrative Expense Claims Bar Date November 21, 2018 |
|---|---|---|

USE OF THIS FORM IS VOLUNTARY - NOT MANDATORY - NO REPRESENTATION AS TO THE ADEQUACY OF THIS FORM IS MADE. THIS FORM MAY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE BELOW DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS ARISING ON OR AFTER JANUARY 11, 2018.

FILED
NOV 21 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re: PENTHOUSE GLOBAL MEDIA, INC, Debtor, Case no. 1:18-bk-10098-MB
(Lead Case - Jointly Administered)

Penthouse Global Broadcasting, Inc. 1:18-bk-10099-MB; Penthouse Global Licensing, Inc. 1:18-bk-10101; Penthouse Global Digital, Inc. 1:18-bk-10102-MB; Penthouse Global Publishing, Inc. 1:18-bk-10103-MB; GMI Online Ventures, Ltd. 1:18-bk-10104-MB; Penthouse Digital Media Productions, Inc. 1:18-bk-10105-MB; Tan Door Media, Inc. 1:18-bk-10106-MB; Penthouse Images Acquisitions, Ltd. 1:18-bk-10107-MB; Pure Entertainment Telecommunications, Inc. 1:18-bk-10108-MB; XVHUB Group, Inc. 1:18-bk-10109-MB; General Media Communications, Inc. 1:18-bk-10110-MB; General Media Entertainment, Inc. 1:18-bk-10111-MB; Danni Ashe, Inc. 1:18-bk-10112-MB; Streamray Studios, Inc. 1:18-bk-10113-MB

| Name of Creditor (The person or entity to whom the debtor owes money or property) **Smash Pictures** | Name, Address, and tel. no. of Creditor **Smash pictures 9619 Canoga Ave Chatsworth, CA 91311** |
|---|---|

1. BASIS FOR CLAIM (check one)
   X  Goods sold          Services performed
      Money loaned
      Other (Specify)

2. DESCRIPTION OF CLAIM (IF KNOWN) **Invoice 18119**

3. TOTAL AMOUNT OF CLAIM: **$10,000.00**

4. SUPPORTING DOCUMENTS  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents.

| Date 11/20/18 | Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim Iris Shamam Controller |
|---|---|

All Requests for Payment of Administrative Claims must be filed with the United States Bankruptcy Court for the Central District of California on the main case docket (not the claims docket) on or before the Chapter 11 Administrative Bar Date or sent by first class U.S. Mail, overnight delivery or hand delivery so as to be received on or before the Chapter 11 Administrative Bar Date, to: **UNITED STATES BANKRUPTCY COURT CLERK OF THE COURT 21041 BURBANK BLVD, WOODLAND HILLS, CA 91367 w/ a copy to** Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Attention: Linda F. Cantor

# Invoice

**Smash**pictur

9619 Canoga Ave.
Chatsworth, CA 91311

| Date | Invoice # |
|------|-----------|
| 1/23/2018 | 18119 |

Phone:  818-772-7219
Fax:      818-772-7754

**Bill To**

Penthouse Global Broadcasting, Inc.
Att: Catherine Brandt
8944 Mason Ave
Chatsworth CA 91311

**Ship To**

| P O Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|------------|-------|-----|------|-----|--------|---------|
| | COD | | 1/2/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LIC- DADDYLOVES2 | LIC - DADDY LOVES MY BIG TITS #2 | 10,000.00 | 10,000.00 |
| | | PLEASE PAY COD | | |

\* All product must be be retuned within 30 days. \*

| **Total** | $10,000.00 |
|-----------|-----------|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF OBJECTION TO CLAIM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **November 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Smash Pictures
Attention: Iris Sherman (controller)
9619 Canoga Ave.
Chatsworth, CA 91311

⊠      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

⊠      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2021 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**1.  1:18-bk-10098-MB Notice will be electronically mailed to:**

2

3

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

bdavidoff@greenbergglusker.com,
calendar@greenbergglusker.com;jking@greenberg
glusker.com

4

5

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

6

7

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

8

9

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;dcyrankowski@buchalter.c
om

10

11

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

12

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

13

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gmail.com

14

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.c
om,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi
.com

15

16

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

17

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.c
om

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

18

19

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulm
eyerlaw.com

20

21

22

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulm
eyerlaw.com

23

24

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

25

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

26

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

27

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

28

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael D Kwasigroch on behalf of Defendant
Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant
Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant
Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party
Kirkendoll Management LLC
alevin@wcghlaw.com,
Meir@virtualparalegalservices.com;pj@wcghlaw.c
om;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party
Kirkendoll Management LLC
plianides@wghlawyers.com,
jmartinez@wghlawyers.com;mweinberg@wghlaw
yers.com

David W. Meadows on behalf of Interested Party
Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor
Interested Party
kjm@lnbyb.com

Alan I Nahmias on behalf of Interested Party
Courtesy NEF
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party
Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Iain A W Nasatir on behalf of Trustee David Keith
Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee
The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

S. Marguax Ross on behalf of U.S. Trustee United
States Trustee (SV)
margaux.ross@usdoj.gov,
Kate.Bunker@UST.DOJ.GOV

Michael St James on behalf of Creditor Interested
Party
ecf@stjames-law.com,

stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party
Michael St. James
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg
Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs
Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss mhw@mhw-pc.com,

Michael H Weiss on behalf of Debtor Danni Ashe,
Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor GMI Online
Ventures, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General
Media Communications, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General
Media Entertainment, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse
Digital Media Productions, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse
Global Broadcasting, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse
Global Digital, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse
Global Licensing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse
Global Media, Inc.
mhw@mhw-pc.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

Michael H Weiss on behalf of Debtor Penthouse
Global Publishing, Inc.
mhw@mhw-pc.com

3

4

Michael H Weiss on behalf of Debtor Penthouse
Images Acquisitions, Ltd.
mhw@mhw-pc.com

5

6

7

Michael H Weiss on behalf of Debtor Pure
Entertainment Telecommunications, Inc. fka For
Your Ears Only, Ltd.
mhw@mhw-pc.com

8

9

Michael H Weiss on behalf of Debtor Streamray
Studios, Inc.
mhw@mhw-pc.com

10

Michael H Weiss on behalf of Debtor Tan Door
Media, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor XVHUB
Group, Inc.
mhw@mhw-pc.com

Marc J Winthrop on behalf of Interested Party
Kirkendoll Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC
Communications US, LLC / Creel Printing
christopher.wong@arentfox.com,
yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream
Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested
Party
bry@lnbyb.com

11

12

**2.** **SERVED BY UNITED STATES MAIL**:

13

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

14

15

16

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

17

18

19

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

20

21

22

23

*Office of U.S. Trustee*
**Kate Bunker**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

24

25

26

27

28