Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Cases No.: 1:18-BK-10098-MB

Chapter 7

Jointly Administered with Cases Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**

**<u>Hearing:</u>**
**Date: December 8, 2021**
**Time: 11:00 am**
**Place: Courtroom 303**
**21041 Burbank Blvd.**
**Woodland Hills, CA 91367**

**Judge:** Hon. Martin R. Barash

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# I.

# RELIEF REQUESTED

David K. Gottlieb, the duly appointed chapter 7 trustee (the "Trustee") in the above-captioned bankruptcy cases (the "Cases") of Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors"), hereby files this application (the "Application") to employ KROST Certified Public Accountants and Consultants ("KROST"), as successor by merger to BPE&H, an Accountancy Corporation, as special tax advisors to the Debtors' estates (the "Estates"), effective January 1, 2020. KROST's business offices are headquartered at 225 S. Lake Avenue, Suite 400, Pasadena, CA 91101.

This Application is brought pursuant to section 327(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

## A. Commencement of the Bankruptcy Case and Background Information

On January 11, 2018, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code; their Cases are being jointly administered under case number 1:18-bk-10098-MB [Docket No. 17].

On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231]. On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236]. On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as chapter 11 trustee [Docket No. 239].

On June 7, 2018, the chapter 11 trustee filed an *Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of June 6, 2018* [Docket No. 538], which was approved by order entered on June 26, 2018 [Docket No. 602].

On January 31, 2019, the chapter 11 trustee filed a *Notice of Motion and Motion for Order Converting Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion"). The Bankruptcy Court entered its Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket No. 810] (the "Conversion Order") on March 12, 2019, and the Office of the United States

Trustee appointed David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812]. The Cases continue to be jointly administered under Case No.: 1:18-bk-10098-MB.

On April 11, 2019, the Trustee filed an *Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of March 12, 2018* (the "Chapter 7 Trustee's BPEH Application") [Docket No. 834], which was approved by order entered on May 28, 2019 [Docket No. 875].[1]

**B. KROST's Merger with BPE&H**

Effective January 1, 2020, KROST merged (the "Merger") in BPE&H (the "BPEH"). Thirty professionals including Scott Eisner and six other principals of BPEH (Martin Belak-Berger, Bob Price, Phil D'Amico, Scott Gilmore, and founding BPEH principals Jerry Block and Jane Plant) joined the leadership team at KROST. With the addition of approximately 30 team members, KROST's practice expanded to approximately 200 team members firm wide.

While a partner at BPEH Scott Eisner was the tax partner primarily responsible for the services rendered to the Trustee. Since the Merger, Mr. Eisner has continued to render services in the same manner that he had at BPEH, and as such, there has been virtually no difference in the way the Trustee's tax advisory team functions as a result of the Merger.

**C. Services to be Performed**

The Trustee seeks Court approval to retain KROST as of January 1, 2020, the effective date of the Merger, to continue the ongoing services of special tax advisors providing certain specified services to the Estates set forth in the Chapter 7 Trustee's BPEH Application. KROST's tax advisory services are necessary for the continued administration and closing of these cases, which is projected to occur in the first half of 2022. Specifically, KROST will (a) prepare the Estates' tax returns; (b) consult regarding other tax issues; (c) Review prior tax returns; and (d) provide other tax services as requested by the Trustee. Mr. Eisner, a partner with KROST and partner of BPEH prior to the Merger, has substantial familiarity with the facts of the Cases, having served as accountant primarily responsible for the tax advisory services rendered to the chapter 11 trustee during the

[1] The Trustee respectfully requests that the Court take judicial notice of the Chapter 7 Trustee's BPEH Application, the Prior Eisner Declaration and the record in these Cases pursuant to Federal Rule of Evidence 201

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Chapter 11 Cases and also for tax advisory services rendered to the Trustee throughout the chapter 7 Cases including, without limitation, the preparation and filing of tax returns on behalf of the Estates, preparation of letters requesting prompt tax determinations, analysis and consultation with the Trustee's professionals regarding tax claims, assistance with the analysis of tax refunds and other claim matters..

**D. Qualifications of the Firm**

Established in 1939 in Pasadena, California, KROST is a full-service certified public accounting and consulting firm serving clients across various industries in the areas of tax, accounting, consulting, assurance and advisory, M&A and capital markets, corporate tax incentives, and wealth management. The Merger expanded KROSTs corporate support systems, alleviated workload and allowed for better customer service. The biography of Scott Eisner, the KROST partner who will be primarily responsible for overseeing the work to be performed in this matter; is attached as **Exhibit "A"** to Mr. Eisner's Declaration (the "Eisner Declaration"), appended hereto.

**E. Absence of Adverse Interests**

To the best of the Trustee's knowledge and based upon the Eisner Declaration attached hereto and filed in support hereof[2], neither KROST nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except that (a) BPEH (now KROST) served as accountants to the Chapter 11 Trustee in these Cases; (b) BPEH (now KROST) served as accountants to the Trustee; and (c) to the extent set forth in the Eisner Declaration. To the best of the Trustee's knowledge, and based on the Eisner Declaration, neither KROST nor any of its principals, associates or staff represent any interest adverse to that of the Estates. As set forth below and in the Eisner Declaration, KROST is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code.

[2] The Trustee respectfully requests that the Court take judicial notice of the chapter 11 trustee's Application, the Prior Eisner Declaration and the record in these Cases pursuant to Federal Rule of Evidence 201.



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**F. Compensation of the Firm**

KROST will charge its normal and customary hourly rates for the services to be provided hereunder. Tax partner Scott Eisner will continue to be primarily responsible for overseeing the work performed by KROST in this engagement, utilizing professionals and administrative staff whose substantial familiarity with these Cases and lower billing rates allow them to provide services efficiently and economically. The hourly rates charged by KROST tax partners range between $435.00 and $545.00. The rates for other professional staff ranges between $140.00 to $325.00 per hour, and administrative staff are billed at between $120.00 and $165.00 per hour. The majority of professional and administrative work performed in these Cases is and has been charged at the lower to mid-ranges of these rates scales. Consequently, the rates charges by KROST in these Cases is substantially the same as the rates that would have been charged by BPEH.[3] KROST's fees incurred subsequent to the Merger in these Cases amounts to $12,925.52.

KROST's hourly rates currently in effect are subject to periodic adjustments to reflect economic and other conditions. KROST will also seek reimbursement of actual and necessary expenses incurred.

The Trustee and KROST understand that any compensation or reimbursement of expenses paid to KROST must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

It is contemplated that KROST may seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be paid to KROST except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing. KROST has not received a retainer in these Cases. Every effort will be made to ensure that KROST's services are rendered in the most cost-effective manner possible.

Payments will be made to KROST for its services only from the Estates. There are no arrangements between KROST and any other entity for the sharing of compensation received or to

[3] See Eisner Declaration at paragraph 8.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

be received in connection with the Cases, except insofar as such compensation may be shared among the members of KROST.

**G. Absence of Pre-Petition Claims**

KROST has no prepetition claims against the Debtors. BPEH, like other professionals retained in the chapter 7 cases and previously retained in the chapter 11 cases, is owed fees for services performed in the chapter 11 cases, including certain outstanding amounts previously allowed by order of the Bankruptcy Court[4] and fees for services rendered through the date the cases were converted to chapter 7. As successor by merger to BPEH, KROST holds these receivables.

**H. Familiarity with the Bankruptcy Code and Rules**

KROST is familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

**I. Effective Date of Employment**

The Applicant requests that the Firm's employment be approved effective as of the date of the Merger (i.e., January 1, 2020).

**J. Notice**

Pursuant to Local Bankruptcy Rule 2014-1(b)(2)(A), notice of this Application was provided to the Debtors and their counsel of record, the creditors holding the twenty largest unsecured claims, and all parties who filed and served a request for special notice as of the date of service of the Notice.

Pursuant to Local Bankruptcy Rule 2014-1(b)(5), any response to the Application must be in the form prescribed by Local Bankruptcy Rule 9013-1(o)(4) and must be filed with the Court and served upon the Trustee, the United States Trustee, the Committee, and parties requesting special notice no later than fourteen (14) days from the date of service of notice of the filing of the Application.

---

[4] *See Order Granting Interim Fee Applications Filed By 1) David K. Gottlieb, Chapter 11 Trustee 2) Akerman LLP; 3) BPEH, 4) Pachulski Stang Ziehl & Jones LLP, 5) Province, Inc., 6) Raines Feldman LLP, and 7) Weiss & Spees, LLP On An Interim Basis* [Dkt. No. 715] (authorizing the chapter 11 trustee to pay approximately 69% of the allowed amounts on an interim basis.)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE**, the Trustee respectively requests that he, solely in his capacity as the chapter 7 trustee, be authorized to employ KROST effective January 1, 2020, as special tax advisor to render services as described above, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: November 17, 2021

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Linda F. Cantor*
     Linda F. Cantor

Attorneys for David Gottlieb,
Chapter 7 Trustee

**DECLARATION OF SCOTT EISNER**

I, SCOTT EISNER, declare as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and California Society of Certified Public Accounting, and am a partner of KROST, Certified Public Accountants and Consultants ("KROST" or the "Firm"). Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2. I make this declaration in support of the application (the "Application") filed by the Trustee to employ KROST as his special tax advisor. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3. I participated in the preparation of the Application and know its contents and the exhibit referenced herein.

4. Effective January 1, 2020, KROST merged (the "Merger") in BPE&H (the "BPEH"). Thirty professionals including myself and six other principals of BPEH (Martin Belak-Berger, Bob Price, Phil D'Amico, Scott Gilmore, and founding BPEH principals Jerry Block and Jane Plant) joined the leadership team at KROST. With the addition of approximately 30 team members, KROST's practice expanded to approximately 200 team members firm wide.

5. While a partner at BPEH, I was the accountant primarily responsible for the services rendered to the Trustee. Since the Merger, I have continued to render services in the same manner that I had at BPEH, and as such, there has been virtually no difference in the way the Trustee's accountancy team has functioned as a result of the Merger.

6. KROST is well qualified to provide the above services to the Trustee, and has done so in its previous capacity as special tax advisors to the chapter 11 trustee. KROST is experienced in insolvency related matters, including providing accounting services to various interested parties, including trustees, creditors and debtor-in-possession, and it is well able to perform the accounting services required in this Case. Attached hereto as **Exhibit "A"** and incorporated herein by reference is a copy of my biography setting forth my work experience.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7. KROST will charge its normal and customary hourly rates for the services to be provided hereunder. As a KROST tax partner, I will continue to be primarily responsible for overseeing the work performed by KROST in this engagement, utilizing professionals and administrative staff whose substantial familiarity with these Cases and lower billing rates allow them to provide services efficiently and economically. The hourly rates charged by KROST tax partners range between $435.00 and $545.00. The rates for other professional staff ranges between $140.00 to $325.00 per hour, and administrative staff are billed at between $120.00 and $165.00 per hour. These hourly rates are subject to periodic adjustments to reflect economic and other conditions. The majority of work performed in these cases is charged at the lower to mid-ranges of these rates scales.

8. While the rates currently charged by KROST for senior tax partners is higher than those charged by BPEH in December 2019 prior to the Merger[5], the rates charged by KROST for tax professionals is substantially the same, without taking into account that rates for accounting services in general have increased over the time period since the date of the Merger.[6] I have utilized primarily KROST tax professionals at the lower end of the rate scale in staffing these cases. Personally I have billed only 4.3 hours since January 2020. As a result, the fees and expenses incurred by KROST subsequent to the Merger are either substantially the same or not appreciably greater than those that would have been incurred by BPEH since January 2020 had the Merger not occurred (not taking into account rate increases in general). The total fees incurred by KROST subsequent to the merger amounts to $12,925.52.

9. KROST will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses.

10. The Trustee and KROST understand that any compensation or reimbursement of expenses paid to KROST must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

11. It is contemplated that KROST will seek interim compensation during the Cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No

[5] My rate per hour at BPEH in December 2019 was $460 per hour while my rate at KROST is $545 per hour.
[6] In December 2019, BPEH charged between $120 - $325 per hour for tax professionals, whereas KROST currently charges between $140 - $325 per hour for tax professionals.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

compensation will be paid to KROST except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing.

12. Every effort will be made to ensure that KROST's services are rendered in the most cost-effective manner possible.

13. Payments will be made to KROST for its services only from the Estates. There are no arrangements between KROST and any other entity for the sharing of compensation received or to be received in connection with the Cases, except insofar as such compensation may be shared among the partners of KROST.

14. No separate written agreement exists pertaining to the Firm's employment in connection with the Cases.

15. The Firm has no prepetition claim against the Debtors. BPEH, like the other professionals retained in the chapter 7 cases and previously retained in the chapter 11 cases, is owed fees for services performed in the chapter 11 cases, including certain outstanding amounts previously allowed by order of the Bankruptcy Court[7] and fees for services rendered through the date the Cases were converted to chapter 7. As successor by merger to BPEH, KROST holds these receivables.

16. KROST has searched past and present clients, and certain parties (such as significant creditors) related to those clients. KROST searched its clients for the name(s) of the Debtors, counsel for the Debtors, known secured and unsecured creditors, and certain other interested parties ("Searched Persons") to determine the extent if any, of KROST's (a) conflicts, (b) past relationships, and (c) "connections" with or to the Searched Persons. If, at any subsequent time during the course of the Case, KROST learns of any representation that may give rise to a conflict, KROST will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

17. To the best of my knowledge, neither KROST nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the Estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth herein.

[7] See Footnote 8 herein.

18. KROST has represented, represents, and in the future will likely represent many creditors or parties in interest in matters unrelated to the Debtors and these Cases. However, KROST is not representing any of those entities in these Cases, and will not represent any of those entities in any claims that they may have collectively or individually against the Debtors.

19. KROST is and has been involved in bankruptcy matters in which Pachulski Stang Ziehl & Jones LLP, the Trustee's bankruptcy counsel, has represented or represents committees, debtors, or other entities.

20. KROST has prepared tax returns and performed other accounting services for (a) Pachulski Stang Ziehl & Jones LLP, and certain of its partners and employees, (b) the Trustee, and (c) Levene Neale Bender Yoo and Brill LLP (counsel for Dream Media Corporation, Inc.) and certain of its partners and employees.

21. KROST is not, and has never been a prepetition creditor, an equity security holder or an insider of the Debtors.

22. KROST is not and has never been an investment banker for any outstanding security of the Debtors.

23. KROST is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

24. KROST is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors.

25. BPEH, which subsequently merged into KROST, was retained by this Court and represented the chapter 11 trustee in these Cases, and later was retained by the Chapter 7 Trustee, during which periods it incurred professional fees in connection with that representation. BPEH's chapter 11 fees and expenses through August 31, 2018 were approved by the Court, and payment of approximately 69% of BPEH's approved fees and expenses was authorized.[8] KROST will seek approval of additional Chapter 11 fees and expenses, upon notice and hearing, at a later date.

[8] *See Order Granting Interim Fee Applications Filed By 1) David K. Gottlieb, Chapter 11 Trustee; 2) Akerman LLP; 3) BPE&H; 4) Pachulski Stang Ziehl & Jones LLP; 5) Province, Inc.; 6) Raines Feldman LLP, and 7) Weiss & Spees, LLP On An Interim Basis* [Dkt. No. 715] (authorizing the chapter 11 trustee to pay approximately 69% of the allowed amounts on an interim basis.).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

26. Neither KROST nor any of its principals, associates or staff represents any interest adverse to that of the Estates.

27. KROST is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee and will comply with them.

28. On behalf of the Firm, I respectfully that KROST's employment be approved effective as of the date the Merger (i.e., January 1, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of November, 2021 in Woodland Hills California.

/s/ Scott Eisner
Scott Eisner

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Scott I. Eisner, CPA

Education-
  University of Arizona-Graduated December 1978, Bachelor of Science in Business Administration with a major in Accounting

Professional Experience-
  Krost CPA's and Consultants-Tax Principal (January 2020-Present)
  BPE&H, an Accountancy Corporation (November 1982-December 2019); Shareholder since January 1989—specializing in tax and accounting services
  Arthur Andersen & Company-Senior Accountant (January 1979-November 1982)

Professional Affiliations-
  Member of California Institute of Certified Public Accountants
  Member of American Institute of Certified Public Accountants
  CPA #33318E (State of California)-Active

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE's APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, an Accountancy Corporation, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **November 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2021 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**1. 1:18-bk-10098-MB Notice will be electronically mailed to:**

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

John P Kreis on behalf of Creditor Claxson Media

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyb.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Interested Party Courtesy NEF
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

S. Marguax Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss mhw@mhw-pc.com,

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Global Licensing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com,
yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

**2. SERVED BY UNITED STATES MAIL:**

***Debtor***
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

***Counsel for Debtor***
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

***Trustee***
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

***Office of U.S. Trustee***
**Kate Bunker**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Scott Eisner
KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, an Accountancy Corporation
21650 Oxnard Street Suite 1700
Woodland Hills, CA 91367

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA