Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>　　　　　　　Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF (I) CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020, AND (II) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**[RELATES TO DKT. NOS. 1030 AND 1031]**<br><br>**Hearing:**<br>Date: December 8, 2021<br>Time: 11:00 a.m.<br>　　　United States Bankruptcy Court<br>　　　21041 Burbank Boulevard<br>　　　Courtroom 303<br><br>Judge: Hon. Martin R. Barash |

## DECLARATION OF DAVID K. GOTTLIEB

I, David K. Gottlieb, declare as follows:

1. I am the duly appointed chapter 7 trustee ("Trustee") of the estates of Penthouse Global Media, Inc. ("PGMI") and its affiliated debtor entities whose cases are being jointly administered with the PGMI case.

2. Unless otherwise indicated, all facts set forth in this Declaration are based on either (a) my personal knowledge, (b) information gathered by professionals rendering services to me), (c) my review of relevant documents including, without limitation, the court file in these Cases, or (d) my opinion based upon my experience and knowledge of the circumstances as described in the Motion. If I were called to testify thereto, I could and would competently do so.

3. I make this Declaration in support of the (i) *Chapter 7 Trustee's Application To Employ KROST, Certified Public Accountants & Consultants, Successor By Merger to BPE&H, an Accountancy Corporation, as Special Tax Advisors, effective As Of January 1, 2020*, and (ii) *Memorandum of Points and Authorities in Support Thereof* (together, the "Application Documents"), which I have reviewed and support.[1]

4. KROST is the successor by merger to BPE&H, the Firm that served as tax advisors to the estates since soon after my appointment as chapter 11 Trustee. BPE&H was first retained in these cases by order entered on June 26, 2018, effective as of June 6, 2018 [Docket No. 602]. After the conversion of these cases, BPE&H was retained in the chapter 7 cases by order entered on May 28, 2019 [Docket No. 875]. KROST merged (the "Merger") in BPE&H effective as of January 1, 2019.

5. While a partner at BPE&H, Scott Eisner was the tax partner primarily responsible for the services rendered to me as Trustee on behalf of the estates. Since the Merger, Mr. Eisner has continued to render services in the same manner that he had at BPE&H, and as such, there has been virtually no difference in the way the Trustee's tax advisory team functions as a result of the Merger. Consequently, from the perspective of the administration of these cases and their professionals, the Merger was unremarkable and hardly noticeable. Mr. Eisner continued to provide tax services,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application Documents.

2

1  overseeing substantially the same personnel, and there was no change in the nature or scope of their
2  services. Under these circumstances, and in light of the unfolding of the Coivd-19 pandemic less
3  than three months later, the fact of the Merger and the dissolution of BPE&H were regrettably
4  overlooked. Throughout these cases and others under my administration, there has been no pattern
5  of inattention or negligence in soliciting judicial approval for the employment of professionals.

6.  KROST's services since the Merger were necessary and have benefitted the estates in a significant manner. The estates are subject to state and federal corporate tax and reporting requirements. Without KROST's services, the estates could not have complied with their filing and other legal tax requirements. KROST prepared the estates' federal and state tax returns for calendar years 2019 and 2020, utilizing their expertise to minimize tax liability, and prepared requests for prompt determinations of tax liability for those years, which served as the basis for tax claim objections filed in these cases. KROST assisted counsel in these cases analyze the requests for allowance and payment of administrative tax claims, provided support and declarations in support thereof, provided support for the estates' entitlement to tax refunds and KROST's analysis served as the basis for contesting the City of Los Angeles business tax claims. KROST's work was performed properly, efficiently, and to a high standard of quality.

7.  As chapter 7 Trustee, I seek Court approval to retain KROST as of January 1, 2020, the effective date of its merger with BPE&H, to continue their ongoing services as special tax advisors providing certain specified services to the estates set forth in the Application. KROST's tax advisory services are necessary for the continued administration and closing of these cases, which is projected to occur in the first half of 2022. Specifically, KROST will (a) prepare the estates' tax returns; (b) consult regarding other tax issues; (c) review prior tax returns; and (d) provide other tax services as requested by me, as Trustee, and my professionals.

8.  Mr. Eisner, a partner with KROST and partner of BPE&H prior to the Merger, has substantial familiarity with the facts of the cases, having served as accountant primarily responsible for the tax advisory services rendered to me as chapter 11 trustee during the chapter 11 cases and also for tax advisory services rendered to me as the chapter 7 Trustee throughout the chapter 7 cases including, without limitation, the preparation and filing of tax returns on behalf of the estates,

3

preparation of letters requesting prompt tax determinations, analysis and consultation with my professionals regarding tax claims, assistance with the analysis of tax refunds and other claim matters.

9. To the best of my knowledge as Trustee, and based upon the Eisner Declaration attached to the Application and filed in support hereof[2], neither KROST nor any of its principals, associates or staff has any connection with the Debtors, any creditors of the estates, any party in interest herein, the United States Trustee, or any person employed in the Office of the United States Trustee, except that (a) BPE&H (now KROST) served as accountants to the chapter 11 trustee in these cases; (b) BPE&H (now KROST) served as accountants to the Trustee; and (c) to the extent set forth in the Eisner Declaration. To the best of my knowledge as Trustee, and based on the Eisner Declaration, neither KROST nor any of its principals, associates or staff represent any interest adverse to that of the estates.

10. KROST has agreed to charge its normal and customary hourly rates for the services to be provided hereunder. Tax partner Scott Eisner will continue to be primarily responsible for overseeing the work performed by KROST in this engagement, utilizing professionals and administrative staff whose substantial familiarity with these cases and lower billing rates allow them to provide services efficiently and economically. I am informed and believe that the hourly rates charged by KROST tax partners range between $435.00 and $545.00. The rates for other professional staff ranges between $140.00 to $325.00 per hour, and administrative staff are billed at between $120.00 and $165.00 per hour. Pursuant to KROST's agreement to keep costs low in these cases, the majority of professional and administrative work performed in these cases is and has been charged at the lower to mid-ranges of these rates scales. Consequently, based on the Eisner Declaration I am informed and believe that the rates charges by KROST in these cases is substantially the same as the rates that would have been charged by BPE&H.[3]

---

[2] I respectfully requests that the Court take judicial notice of the chapter 11 trustee's Application, the Prior Eisner Declaration and the record in these Cases pursuant to Federal Rule of Evidence 201.

[3] *See* Eisner Declaration at paragraph 8.

4

11.  I understand that KROST's hourly rates currently in effect are subject to periodic adjustments to reflect economic and other conditions. KROST will also seek reimbursement of actual and necessary expenses incurred.

12.  I understand, as does KROST, that any compensation or reimbursement of expenses paid to KROST must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

13.  It is contemplated that KROST may seek interim compensation during the cases as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. No compensation will be paid to KROST except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by, the Bankruptcy Court after notice and a hearing. KROST has not received a retainer in these cases. Every effort will be made to ensure that KROST's services are rendered in the most cost-effective manner possible.

14.  For the reasons set forth above and in the Application Documents, I am requesting that the Court approve KROST's employment to be effective as of the date the Firm merged with BPE&H, which was January 1, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2021 at Encino, California.

_____
David K. Gottlieb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled **DECLARATION OF DAVID K. GOTTLIEB IN SUPPORT OF (I) CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, AN ACCOUNTANCY CORPORATION, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020, AND (II) MEMORANDUM OF POINTS AND AUHTORITIES IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2021 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| Date | Printed Name | Signature |

6

## 1. 1:18-bk-10098-MB Notice will be electronically mailed to:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

| | |
|---|---|
| Michael D Kwasigroch on behalf of Defendant Revideo, Inc.<br>attorneyforlife@aol.com | Michael St James on behalf of Interested Party Michael St. James<br>ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com |
| Michael D Kwasigroch on behalf of Defendant Kelly Holland<br>attorneyforlife@aol.com | Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP<br>steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com |
| Michael D Kwasigroch on behalf of Defendant Robert Campbell<br>attorneyforlife@aol.com | Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC<br>cathyta@cathyta.net |
| Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC<br>alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com | United States Trustee (SV)<br>ustpregion16.wh.ecf@usdoj.gov<br><br>Michael H Weiss mhw@mhw-pc.com, |
| Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC<br>plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com | Michael H Weiss on behalf of Debtor Danni Ashe, Inc.<br>mhw@mhw-pc.com |
| David W. Meadows on behalf of Interested Party Courtesy NEF<br>david@davidwmeadowslaw.com | Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.<br>mhw@mhw-pc.com |
| Krikor J Meshefejian on behalf of Creditor Interested Party<br>kjm@lnbyb.com | Michael H Weiss on behalf of Debtor General Media Communications, Inc.<br>mhw@mhw-pc.com |
| Alan I Nahmias on behalf of Interested Party Courtesy NEF<br>anahmias@mbnlawyers.com, jdale@mbnlawyers.com | Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.<br>mhw@mhw-pc.com |
| Iain A W Nasatir on behalf of Interested Party Courtesy NEF<br>inasatir@pszjlaw.com, jwashington@pszjlaw.com | Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.<br>mhw@mhw-pc.com |
| Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)<br>inasatir@pszjlaw.com, jwashington@pszjlaw.com | Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.<br>mhw@mhw-pc.com |
| Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>hrafatjoo@raineslaw.com, bclark@raineslaw.com | Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.<br>mhw@mhw-pc.com |
| S. Marguax Ross on behalf of U.S. Trustee United States Trustee (SV)<br>margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV | Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.<br>mhw@mhw-pc.com |
| Michael St James on behalf of Creditor Interested Party<br>ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com | Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.<br>mhw@mhw-pc.com |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com,
yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

**2. SERVED BY UNITED STATES MAIL:**

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

*Office of U.S. Trustee*
**Kate Bunker**
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Scott Eisner
KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, an Accountancy Corporation
Woodland Hills
21650 Oxnard Street Suite 1700
Woodland Hills, CA 91367

9