Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>      Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-BK-10098-MB<br><br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**NOTICE OF CHAPTER 7 TRUSTEE's APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020**<br><br>**Hearing:**<br>**Date:   December 8, 2021**<br>**Time: 11:00 am**<br>**Place: Courtroom 303**<br>**21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367**<br><br>**JUDGE:   Hon. Martin R. Barash** |
|---|---|

DOCS_LA:340605.1 32277/002

**TO: THE DEBTORS AND THEIR COUNSEL OF RECORD, THE UNITED STATES TRUSTEE, CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that David K. Gottlieb, chapter 7 trustee (the "Trustee") for the estates (the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (the "Debtors"), in the above-entitled chapter 7 cases (the "Cases"), has submitted an application (the "Application") for entry of an order under 11 U.S.C. § 327(a) authorizing the employment and retention of KROST, Certified Public Accountants & Consultants ("KROST") as the Trustee's special tax advisors effective January 1, 2020 (the "Application"), at the expense of the Debtors' Estates. KROST is the successor by merger to BPE&H, which has been previously employed by the Trustee in these Cases to render tax advisory services. BPE&H merged with KROST effective January 1, 2020, and the Application therefore seeks to retain KROST, as successor to BPE&H, effective as of the date of the merger.

**PLEASE TAKE FURTHER NOTICE** that the Application is based upon this Notice of Application, the Application and Declaration of Scott Eisner appended thereto, the *Memorandum Of Points And Authorities In Support Of Chapter 7 Trustee's Application To Employ KROST, Certified Public Accountants & Consultants, Successor By Merger To BPE&H, An Accountancy Corporation, As Special Tax Advisors, Effective As Of January 1, 2020* (the "Memorandum"), the Declarations of David K. Gottlieb and Linda F. Cantor in support of the Memorandum, the complete files and records of the above-captioned Cases, and upon such other evidentiary matters as may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application has been scheduled for December 8, 2021 at 11:00 a.m. before the Honorable Martin Barash, United States Bankruptcy Judge, in Courtroom 303, 20141 Burbank Boulevard, Woodland Hills, California 91367. **The Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom. The following is the unique ZoomGov connection information for the above-referenced hearing:**

DOCS_LA:340605.1 32277/002

**Video/audio web address: https://cacb.zoomgov.com/j/1617986034**

**ZoomGov meeting number: 161 798 6034**

**Password: 477579**

**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to retain KROST to provide the following services:

1. Analyze the tax implications of the Debtors' assets;
2. Prepare the Estates' tax returns;
3. Consult regarding other tax issues;
4. Review prior tax returns; and
5. Provide other tax services as requested by the Trustee.

**PLEASE TAKE FURTHER NOTICE** that it is contemplated that KROST will seek interim compensation during the Cases as permitted by § 327(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.  KROST understands that its compensation in these Cases will be paid by the Estates.  No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 327(a) and 331(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that the Trustee desires to employ KROST and to compensate KROST reasonable fees to be determined by the Court.  KROST has received no retainer in these Cases.  The KROST professional who will be primarily responsible for this engagement is Scott Eisner, whose hourly billing rate is $545.00.  The hours billing rates for KROST other professionals are as follows:

```
Tax Partners            $434 - 545
Professional Staff      $140 - $325
Administrative Staff    $120 - $165
```

The majority of work in these Cases will be performed by Professional Staff at the lower range of their rate scale.  KROST will also seek reimbursement of actual and necessary expenses incurred.

DOCS_LA:340605.1 32277/002

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), responses to the Application must be filed with the Court and served upon the Trustee's counsel at the address in the upper left-hand corner of this Motion no later than fourteen (14) days prior to the hearing date, plus an additional 3 days if you were served by mail, or pursuant to F.R.Civ.P.5(b)(2)(D) or (F). Responses must contain a written statement of all reasons the Application is opposed and must include declarations and copies of all documentary evidence on which the responding party intends to rely. Responses must be filed either electronically or at the following location:

> United States Bankruptcy Court
> 21041 Burbank Blvd.
> Woodland Hills, CA 91367

**PLEASE TAKE FURTHER NOTICE** that if you fail to timely file a written response, the Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Application and the pleadings in support of the Application may be obtained by contacting Janice Washington at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067, Telephone: (310) 277-6910, Email: jwashington@pszjlaw.com.

Dated: November 17, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Linda F. Cantor*
    Linda F. Cantor
    Attorneys for David K. Gottlieb,
    Chapter 7 Trustee

DOCS_LA:340605.1 32277/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE's APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR. On **November 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

*Via Federal Express*
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 17, 2021 | Janice Washington | */s/ Janice G. Washington* |
| Date | Printed Name | Signature |

DOCS_LA:340605.1 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## In re Penthouse Global Media, Inc., Case No. 18-10098-MB

**1. NOTICE OF ELECTRONIC FILING (NEF)**

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey K Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| David Keith Gottlieb (TR) dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com | Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com |
| Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com | Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC plianides@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com |
| Mark S Horoupian on behalf of Interested Party Courtesy NEF mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com | David W. Meadows on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com | Krikor J Meshefejian on behalf of Creditor Interested Party kjm@lnbyb.com |
| | Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR) jkandel@pszjlaw.com | Iain A W Nasatir on behalf of Interested Party Courtesy NEF inasatir@pszjlaw.com, jwashington@pszjlaw.com |
| John P Kreis on behalf of Creditor Claxson Media LLC jkreis@kreislaw.com, j.kreis@ca.rr.com | Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR) inasatir@pszjlaw.com, jwashington@pszjlaw.com |
| Michael D Kwasigroch on behalf of Defendant Revideo, Inc. attorneyforlife@aol.com | Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Michael D Kwasigroch on behalf of Defendant Kelly Holland attorneyforlife@aol.com | S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV) margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV |
| Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC alevin@wcghlaw.com, | Michael St James on behalf of |

2

Creditor Interested Party
ecf@stjames-law.com

Michael St James on behalf of
Interested Party Michael St. James
ecf@stjames-law.com

Howard Steinberg on behalf of
Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;laik@gtlaw.com

Cathy Ta on behalf of Creditor
Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of
Attorney Weiss & Spees, LLP
mw@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Danni Ashe, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor GMI Online Ventures, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Communications, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor General Media
Entertainment, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Digital Media
Productions, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Broadcasting, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Digital,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Licensing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global Media,
Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Global
Publishing, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Penthouse Images
Acquisitions, Ltd.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of
Debtor Pure Entertainment
Telecommunications, Inc. fka For
Your Ears Only, Ltd.
lm@weissandspees.com,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
lm@weissandspees.com,
lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R Young on behalf of Creditor Dream Media Corporation
bry@lnbyb.com

Beth Ann R Young on behalf of Creditor Interested Party
bry@lnbyb.com

4

**U.S. Bankruptcy Court
Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

DOCS_LA:334552.1 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Counsel for Debtor
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

*Trustee*
Trustee
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
16255 Ventura Blvd., Suite 440
Encino, California, 91436

*Office of U.S. Trustee*
Office of U.S. Trustee
Kate Bunker
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Scott Eisner
KROST, CERTIFIED PUBLIC
ACCOUNTANTS & CONSULTANTS,
SUCCESSOR BY MERGER TO BPE&H,
an Accountancy Corporation
Woodland Hills
21650 Oxnard Street Suite 1700
Woodland Hills, CA 91367

*Counsel for The Official Committee of Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA 91436

Kelly Holland
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice
application to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

Joseph Corrigan
Iron Mountain Information
Management, LLC One Federal Street,
7th Floor
Boston, MA 02110

Internal Revenue Service
Bankruptcy Specialist
Attention: Angela Smith
Insolvency Group 1
300 North Los Angeles Street M/S 5022
Los Angeles, CA 90012

**20 LARGEST CREDITORS**

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

Bayard, P.A.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, De 19899

TGG
Representative: Matthew A. Garrett, CEO
10188 Telesis Court, Suite 130
San Diego, CA 92121

Hogan Lovells US, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Squar Milner LLP
4100 Newport Place, Suite 600
Newport Beach, CA 92660

Miller Law Group
111 Sutter Street Suite 700
San Francisco, CA 94104

Sedgwick, LLP
2301 McGee Street, Suite 500
Kansas City, MO 64108-2662

Allen, Dyer, Dopplet, Milbrath & Gilchrist
255 South Orange Ave. Suite 1401
Orlando, FL 32801

Bressler Law PLLC IOLTA Account
3 West 35th Street, 9th Floor
New York, NY 10001

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

California Choice Benefit Administrators
721 South Parker, Suite 200
Orange, CA 92868

Tom Fox
PO Box 2402
Santa Cruz CA 95063

Total Records Information Management LLC
371 Starke Road
Carlstadt, NJ 07072

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

GRM Information Management Services
PO Box 35539
Newark, NJ 07193-5539

C. Hocquel Inc.
8310 Jayseel St.
Sunland, CA 91040

Allgemeines Treuunternehmen Aeulestrasse
Aeulestrasse 5 –
PO Box 83
Furstentum Liechtenstein

DOCS_LA:334552.1 32277/002

| | |
|---|---|
| DSS Consulting Corporation<br>638 Lindero Canyon Road, Ste 117<br>Oak Park, CA 91377 | Nextgen Reporting<br>999 Old Eagle School<br>Suite 118<br>Wayne, PA  19087 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:334552.1 32277/002