Linda F. Cantor (CA Bar No. 153762)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee

**FILED & ENTERED**

**DEC 23 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Cases No.: 1:18-bk-10098-MB<br><br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER AUTHORIZING AND APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, AS SPECIAL TAX ADVISORS, EFFECTIVE AS OF JANUARY 1, 2020**<br><br>[Relates to Docket No. 1030] |

The Court having reviewed and considered the *Chapter 7 Trustee's Application to Employ KROST, Certified Public Accountants & Consultants, Successor By Merger to BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of January 1, 2020* [Dkt. No. 1030]

DOCS_LA:341237.1 32277/002

(the "Application")[1], the Declaration of Scott Eisner annexed thereto, the concurrently filed Memorandum of Points and Authorities [Dkt. No. 1031], and the Declarations of David Gottlieb and Linda Cantor in support of the Application [Dkt. Nos. 1032 and 1033, respectively], and the Application having been modified by agreement between KROST and the United States Trustee as set forth in the Supplemental Declaration of Scott Eisner in support of the Application [Dkt. No. 1036] (the "Supplemental Eisner Declaration"), and based upon the record before the Court, it appears that KROST does not hold or represent an interest adverse to the estates, that KROST is a disinterested person, and that its employment is in the best interest of the estates, and the Trustee having provided adequate notice of the Application, and no other or further notice need be provided, no objection to the Application having been filed, and appearances at the scheduled hearing on the Application having been waived by the Court, it is ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to section 327(a) of the Bankruptcy Code, the Trustee is authorized to employ KROST, effective as of January 1, 2020, on the terms and conditions set forth in the Application, as modified by the Supplemental Eisner Declaration.

### #

Date: December 23, 2021

Martin R Barash
United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as those ascribed in the Application [Docket No. 1030].

DOCS_LA:341237.1 32277/002