Bradley E. Brook (CA Bar No. 125323)
LAW OFFICES OF BRADLEY E. BROOK, APC
10866 Washington Blvd. #108
Culver City, CA 90232
Tel: 310/839-2004; Fax: 310-945-0022
E-mail: bbrook@bbrooklaw.com

Special counsel for David K. Gottlieb, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 31 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>               Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No.: 1:18-BK-10098-MB<br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER GRANTING TRUSTEE'S MOTION DISALLOWING DISALLOWING REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM NO. 78-1 FILED BY SZILI MIKLOS A/K/A ROBERT ZUCKER IN THE AMOUNT OF $5,726.00, BUT ALLOWING IT ONLY IN THE SUM OF $1,596.00 [DKT. #1082]**<br><br>**Scheduled Hearing**<br><br>Date: March 30, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 303 at 21041 Burbank Blvd., Woodland Hills, CA 91367<br>Judge: Hon. Martin Barash<br>Hearing to be conducted by Zoom.gov (and appearances were waived) |

1

The Court, having considered the Motion filed by David K. Gottlieb as Chapter 7 trustee for the estates of Penthouse Global Media, Inc. and each of the debtor entities which are being jointly administered therewith for an Order Disallowing Request For Payment Of Administrative Claim No. 78-1 Filed By Szili Miklos a/k/a Robert Zucker In The Amount Of $5,726.00, But Allowing It Only In The Sum Of $1,596.00 (the "Motion") [Docket #1082], the Memorandum Of Points And Authorities and the Declaration Of David K. Gottlieb In Support Thereof along with any and all exhibits attached thereto, and the record in these cases, finding that adequate and proper notice of the Motion was provided to the claimant and that no opposition had been filed, and determining that there was good cause appearing for the granting of the Motion and that no hearing was necessary and excusing the appearance of counsel,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Request for Payment of Administrative Claim No. 78-1 against the Debtors' estates is disallowed in the amount of $5,726.00, but is allowed as a Chapter 11 administrative expense in the sum of $1,596.00.

####

Date: March 31, 2022

Martin R Barash
United States Bankruptcy Judge

2