David K. Gottlieb, Ch. 7 Trustee
21650 Oxnard St. Suite 500
Woodland Hills, CA 91367
Telephone: (818) 539-7720
Email: dkgtrustee@dkgallc.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Penthouse Global Media Inc<br><br><br><br>Debtor(s) | Case No.: 18-10098 MB<br><br>Chapter 7<br><br>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION<br><br>(No Hearing Required) |
|---|---|

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(b)(4)(c).

DATED: 10/25/22

David K. Gottlieb
Chapter 7 Trustee

| In re | CHAPTER 7 |
|---|---|
| Penthouse Global Media Inc | CASE NO.: 18-10098 MB |
| Debtor(s). | |

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard St. Suite 500, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (specify): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/26/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyg.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Paul M Brent    snb300@aol.com
- Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Michael D Kwasigroch    attorneyforlife@aol.com
- Andrew B Levin    ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- Peter W Lianides    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- David W. Meadows    david@davidwmeadowslaw.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
- Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Michael St James    ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

- Cathy Ta    cathyta@cathyta.net
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Michael H Weiss    mhw@mhw-pc.com, lm@weissandspees.com
- Marc J Winthrop    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@arentfox.com
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 10/26/22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Caroline H. Mankey, Akerman, LLP, 601 W. Fifth Street, Third Floor, Los Angeles, CA 90071

Linda F. Cantor, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

Bradley E. Brook, The Law Offices of Bradley E. Brook, APC, 10866 Washington Blvd., Ste. 108, Culver City, CA 90232

Walter Bowser, Province, Inc., 16255 Ventura Blvd., Suite 440, Encino, CA 91436

Scott Eisner, Krost, CPA, 21650 Oxnard Street, Ste. 1700, Woodland Hills, CA 91367

Scott Eisner, BPE&H, 21650 Oxnard Street, Ste. 1700, Woodland Hills, CA 91367

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery:**

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/22 | Renee Johnson | /s/ Renee Johnson |
|---|---|---|
| Date | Type Name | Signature |