1
2
3
4

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

5

Attorneys for Attorneys for David K. Gottlieb, Chapter 7 Trustee
and Former Chapter 11 Trustee

6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

**UNITED STATES BANKRUPTCY COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

9
10
11
12

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

　　　　　　　Debtors.

Case No.: 1:18-bk-10098-MB
Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

13
14
15
16
17
18
19
20
21
22

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Steamray Studios, Inc.

**SECOND AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR INTERIM AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID K. GOTTLIEB, FORMER CHAPTER 11 TRUSTEE; DECLARATION OF LINDA F. CANTOR IN SUPPORT THEREOF**

**Second Application Period**
　　September 1, 2018 – March 11, 2019

**Employment Period**
　　March 6, 2018 – March 11, 2019

[Hearing Date TBD]

23
24
25
26
27
28

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE FORMER CHAPTER 11 TRUSTEE, THE DEBTORS AND THEIR COUNSEL, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

1

# TABLE OF CONTENTS

**<u>Pages</u>**

I.      APPLICATION SUMMARY ................................................................................2

    A.      Summary of Employment Period Data (March 6, 2018 – March 11, 2019): ............2

    B.      Summary of Second Application Period Data (September 1, 2018 –
March 11, 2019) (these amounts are included in the totals for
Section A above): ...............................................................................................2

    C.      Employment of the Firm ....................................................................................2

II.     INTRODUCTORY STATEMENT ....................................................................3

III.    BRIEF NARRATIVE HISTORY AND POSTURE OF THE CASE DURING
THE EMPLOYMENT PERIOD .........................................................................3

    A.      Overview of Services Performed during the Employment Period..........................3

    B.      Reconciliation of Accounts Receivable ..............................................................5

    C.      Pursuit and Recovery of Estate Assets................................................................6

    D.      Causes of Action and Avoidance Actions ...........................................................7

    E.      Litigation Pending In Other Courts.....................................................................8

    F.      Chapter 11 Administrative Claims.......................................................................8

    G.      First Interim Fee Application of Estate Professionals. ..........................................9

    H.      Projected Amounts Available for Payment of Chapter 11 Claims. ...........................9

IV.     PLAN PROGRESS (LBR 2016-1(a)(1)(A)(i)).................................................9

V.      FUNDS ON HAND (LBR 2016-1(a) (1) (A) (iii))...........................................10

VI.     CLIENT'S DECLARATION (LBR 2016-1(a)(1)(J)) ........................................10

VII.    NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME
EXPENDED DURING THE SECOND APPLICATION PERIOD .........................10

    A.      Services Performed and Time Expended During the Second Application
Period ...............................................................................................................10

        1.      Asset Analysis and Recovery..................................................................10

        2.      Asset Disposition ...................................................................................11

        3.      Bankruptcy Litigation / Contested Matters ..............................................11

        4.      Case Administration................................................................................12

        5.      Claims Administration/Objections...........................................................12

        6.      Compensation of Professionals/Others ...................................................12

        7.      Insurance Coverage................................................................................13

        8.      Litigation (Non-Bankruptcy) ..................................................................13

        9.      Plan & Disclosure Statement ..................................................................14

        10.     Retention of Professionals/Others...........................................................14

        11.     Detailed Listing of all Time Spent by the Professional on the
Matters for Which Compensation is Sought [LBR 2016-1(a)(1)(E),
(G) and (I)] ...........................................................................................14

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

i

B.    List of Expenses by Category [LBR 2016-1(a)(1)(F)] .............................................. 15

C.    Hourly Rates [LBR-1(a)(1)(G)] .............................................................................. 15

D.    Description of Professional Education and Experience [LBR 2016-1(a)(1)(H)] ..... 15

E.    Client's Declaration (LBR 2016-1(a)(1)(J)) ........................................................... 15

F.    Applicant's Review of the Requirements of LBR 2016-1 [LBR 2016-1(a)(1)(K)] . 15

G.    No Fee Sharing ........................................................................................................ 15

H.    Notice of Application and Hearing .......................................................................... 16

VIII.    THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED
UPON APPLICABLE LAW .............................................................................................. 16

A.    Factors in Evaluating Requests for Compensation .................................................. 16

B.    The Lodestar Award Should be Calculated by Multiplying a Reasonable
Hourly Rate by the Hours Expended ........................................................................ 17

IX.    CONCLUSION .................................................................................................................. 19

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP (the "Firm" or "PSZJ"), counsel to David K. Gottlieb, former chapter 11 trustee (the "Chapter 11 Trustee" or "Gottlieb") for the Estates (individually, an "Estate" and, collectively, the "Estates") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors"), hereby submits this *Second and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Former Chapter 11 Trustee* (the "Final Application"), for the period of March 6, 2018 through March 11, 2019 (the "Employment Period") pursuant to sections 330 of the Bankruptcy Code.[1]

For the Final Application, the Firm seeks (a) final allowance of compensation in the amount of $1,059,895.50 and reimbursement of expenses in the amount of $32,710.95 for a total award of $1,092,606.45, covering the period March 6, 2018 through August 31, 2018, as set forth in the Firm's first interim fee application (the "First Interim Application")[2], and (b) final allowance of compensation in the amount of $157,378.50 and reimbursement of expenses in the amount of $6,545.59 for a total award of $163,924.09, for the period September 1, 2018 through March 11, 2019, as explained below.

The Firm's attorneys and paralegals billed 1,400.40 hours to this matter during the Employment Period.  Of the total amount sought herein, $157,378.50 is for fees incurred and $6,545.59 is for expenses advanced during the period September 1, 2018 through March 11, 2019 (the "Second Application Period").  These amounts have not been the subject of prior interim applications.

---

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.  All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

[2] Pursuant to the order approving the First Interim Application, the Firm was awarded, on an interim basis, fees in the amount of $1,059,895.50 and expenses in the amount of $32,710.95.  *See Order Granting Interim Fee Applications Filed By 1) David K. Gottlieb, Chapter 11 Trustee 2) Akerman LLP; 3) BPE&H, 4) Pachulski Stang Ziehl & Jones LLP, 5) Province, Inc., 6) Raines Feldman LLP, and 7) Weiss & Spees, LLP On An Interim Basis* [Docket No. 715] (the "First Interim Fee Order").

DOCS_LA:343148.3 32277/002

# I.

## APPLICATION SUMMARY

**A.**      **Summary of Employment Period Data (March 6, 2018 – March 11, 2019):**

| | | | |
|---|---|---|---|
| 1. | Total Fees Subject to Final Approval | | $1,217,274.00 |
| 2. | Total Expenses Subject to Final Approval | | $39,256.54 |
| 3. | Total Request | (TOTAL:  Lines 1 and 2) | $1,256,530.54 |
| 4. | Total Fees Paid per First Interim Application | | $723,806.83 |
| 5. | Total Expenses Paid per First Interim Application | | $32,710.95 |
| 6. | Total Previously Paid | (TOTAL:  Lines 4 and 5) | ($756,517.78)[3] |
| 7. | Total Due | | $500,012.76 |
| 8. | Total Hours Billed | | 1,400.40 |
| 9. | Blended Hourly Rate Including Paralegals | | $822.90 |
| 10. | Blended Hourly Rate Excluding Paralegals | | $952.25 |

**B.**      **Summary of Second Application Period Data (September 1, 2018 – March 11, 2019) (these amounts are included in the totals for Section A above):**

| | | | |
|---|---|---|---|
| 1. | Fees | | $157,378.50 |
| 2. | Expenses | | $6,545.59 |
| 3. | Total Request for Second Application Period | (TOTAL:  Lines 1 and 2) | $163,924.09 |
| 4. | Total Hours Billed | | 207.90 |
| 5. | Blended Hourly Rate Including Paralegals | | $756.99 |
| 6. | Blended Hourly Rate Excluding Paralegals | | $962.24 |

**C.**      **Employment of the Firm**

The Firm was employed as counsel to the Chapter 11 Trustee, by order entered April 25, 2018 with employment effective as of March 6, 2018 [Docket No. 374].[4]  To limit professional fees, the Firm did not bill for many hours of services performed and wrote off approximately $81,000.00 in fees during the Employment Period.

---

[3] The First Interim Fee Order authorized payment to professionals of approximately 69.24% of the amounts awarded.

[4] Upon conversion of these cases from chapter 11 to chapter 7, the firm was employed as counsel to Gottlieb by order entered March 12, 2019, with employment effective as of March 12, 2019 [Docket No. 810].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:343148.3 32277/002

## II.

### INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Compensation Guidelines").  Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F, *cert. denied*, 425 U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar."  *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007). The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

As of November 16, 2022, the Trustee is holding funds in the amount of $1,025,631.12.

### III.

### BRIEF NARRATIVE HISTORY AND POSTURE OF THE
### CASE DURING THE EMPLOYMENT PERIOD

#### [LBR 2016-1(a)(1)(A)]

This Final Application describes fees incurred and expenses advanced during the Second Application Period - September 1, 2018 through March 11, 2019, and incorporates herein by reference PSZJ's First Interim Application which described the fees and costs incurred between March 6, 2018 and August 31, 2019 (the "First Interim Period").  This is the Firm's second and final application for fees and expenses as counsel for the Trustee in the chapter 11 cases.

**A.    Overview of Services Performed during the Employment Period**

During the First Interim Period, with the combined efforts of the Trustee and professionals retained in these cases, the Debtors' business operations were stabilized, post-petition financial losses

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:343148.3 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

were curtailed, settlements were reached with the Debtors' secured lender and the Penthouse club licensee, and a sale process was implemented that maximized value and conveyed the Debtors' assets to assignees of WGCZ Ltd., S.R.O. (the "Purchaser") as a going concern.[5]  The Debtors' employees were offered jobs by the Purchaser and the claims of parties to assumed executory contracts were cured.

During the Second Application Period, the Trustee and his professionals addressed post-sale closing matters, evaluated Estate causes of action including litigation pending in other forums by and against the Debtors, set an administrative claim bar date, evaluated filed administrative claims, and drafted a potential chapter 11 plan of liquidation.  However, disputes with the Purchaser over many hundreds of thousands of dollars of outstanding sale proceeds developed which were not to be readily resolved, and the amount of administrative claims that were filed (including, without limitation, that of the Purchaser in excess of $548,000), undermined plan feasibility.  After consultation with the Official Committee of Unsecured Creditors and the Office of the United States Trustee, the Trustee determined to convert these Cases to cases under Chapter 7 of the Bankruptcy Code for final administration of the Estates' assets.

On January 31, 2019, the Trustee filed a motion to convert the Debtors' cases to cases under chapter 7 of the Bankruptcy Code, which motion was approved by Order entered March 12, 2019.[6]  The Office of the United States Trustee appointed Mr. Gottlieb as the Chapter 7 Trustee for the Debtors' estates and set a 341(a) meeting of creditors for April 1, 2019 [Dkt. No. 812].  The Trustee filed the *Chapter 11 Trustee's (1) Final Report and Account and (2) Schedule of Post Petition Debts Pursuant to Local Bankruptcy Rule 2015-2 and Federal Bankruptcy Rule 1019-5* [Dkt. No. 831] on April 4, 2019.

A summary of the specific work performed during the Second Application Period is as follows.

---

[5] The assets retained by the Estates following the sale consisted of (a) asset sale proceeds, (b) outstanding accounts receivable attributable to the pre-Sale Closing Date, (c) claims and causes of action including, without limitation, avoidance actions, (d) a percentage interest in any recovery by Dream Media Corporation of the Vice Coin Receivable, and (e) with respect to Penthouse Global Media, Inc., its equity in the 14 other Debtors.

[6] See Docket No. 810.

DOCS_LA:343148.3 32277/002

**B.      Reconciliation of Accounts Receivable**

The Trustee's sale of the Debtors' assets to the assignees of WGCZ Ltd., S.R.O. (the "Purchaser") closed June 15, 2018 (the "Sale Closing Date").  The Asset Purchase Agreement between the Trustee and the Purchaser (the "APA")[7] includes a provision to address post-closing accounts receivable that may have been paid to the Debtors rather than the Purchaser and vice-versa. Specifically, accounts receivable attributable to operation of the Debtors' business during any period up to and including the Sale Closing Date were excluded from the purchase ("Excluded Assets"). Section 4.13 of the Final APA, entitled "Wrong Pocket", provides that the Trustee shall remit to Purchaser funds to the extent they relate to accounts receivable acquired by the Purchaser (*e.g.*, accounts receivable attributable to the period after the Sale Closing Date).  Conversely, Purchaser is required to remit to the Trustee any accounts receivable that constitute an Excluded Asset received after the closing.

Following the Sale Closing Date and throughout the Second Interim Period, the Trustee and his professionals tracked and allocated post-closing accounts receivables, conferred and met with business and legal representatives of the Purchaser to assess the source of their receivables and worked to determine amounts that were required by the Purchaser and Trustee to be turned over to the other party.  Disputes developed over these turnover amounts.  Moreover, the Purchaser asserted certain claims against the Estates relating to the APA that purported to offset amounts otherwise owing to the Estates, including that it was owed money for customer subscriptions that had been received by the Estates prior to the Sale Closing Date.  The subscription claim (which was unsupported by the APA or any other writing) and other theories of recovery were set forth in the Purchaser's Request for Payment of Administrative Claim [Docket No. 740] and a Proof of Claim (Claim Docket No. 88-1) (the "WGCZ Claim") in the amount of $548, 749.03, purportedly based on (a) Estate expenses paid by the Purchaser, (b) revenue paid to the Trustee that was property of the Purchaser, and (c) funds improperly withheld by the Purchaser.[8]  Therefore the "Wrong Pocket"

---

[7] The modified form of APA signed by the Purchaser was filed with the Court on June 12, 2018 [Dkt. No. 567] (the "Final APA").

[8] Among other things, Purchaser's claim is alleged to be based on "amounts owed to WGCZ on theories including but not limited to unjust enrichment and constructive trust under the sale and failure by the Trustee to account to and/or pay over

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:343148.3 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  reconciliation under the APA could not be resolved as a straightforward accounting matter until the

2  allegations in the WGCZ Claim were addressed in the claims administration process.  During the

3  Second Application Period, the Trustee researched and analyzed the Purchaser's claims and

4  propounded discovery on the Purchaser.   (Ultimately, after conversion of these cases to Chapter 7,

5  the Chapter 7 Trustee and the Purchaser entered into a global settlement resolving the WGCZ Claim

6  and the APA reconciliation amounts.)

7  **C.**      **Pursuit and Recovery of Estate Assets**

8        During the First Interim Period, the Trustee and his professionals had been working to obtain

9  the release by Humboldt Merchant Services, which provided merchant credit card services to the

10  Debtors and to the Estates, for the release of funds in the amount of $158,445 owed to the Estates

11  since the Sale Closing Date.  During the Second Application Period with the cooperation of

12  professionals retained by the Purchaser, these funds (as well as funds owed to the Purchaser) were

13  released.

14        The Firm was contacted regarding certain funds held as a retainer by Morrison & Forrester on

15  behalf of the predecessors of the Debtors.  The Firm researched chain of title matters and analyzed the

16  Estates' entitlement to and claims against the retainer funds.

17        Penthouse was party to a September 2017 agreement with Vice.Org, Tokken MSB Inc. and

18  Stuart Kenneth Duncan under which capital was to be raised pursuant to an initial crowd sale and

19  Initial Coin Offering to create an adult crypto currency token for the global adult industry.  In

20  consideration of Penthouse's agreement to participate in the crowd offering, Penthouse was to be paid

21  20% of the gross revenue raised in the crowd sale and 10% of all tokens generated in the first block

22  offering (collectively, the "Vice Coin Receivable").  The Vice Coin Receivable served as collateral

23  for Debtors' prepetition secured lender Dream Media.  Under the Trustee's settlement with Dream

24  Media, the Estates were entitled to receive 10% of any net recovery obtained by Dream Media for the

25  Vice Coin Receivable, provided that Dream Media's maximum recovery is the amount of its claim,

26

27

28  amounts which are the property of WGCZ and are and have been wrongfully retained by the Trustee and/or the Estate
and/or inappropriately paid over to professionals and other third parties."

DOCS_LA:343148.3 32277/002

which was paid down significantly from the asset sale proceeds.  Therefore, it was possible that the Estates' recovery from the Vice Coin Receivable could exceed 10%.

Dream Media determined not to pursue the Vice Coin Receivable, authorizing the Trustee to do so on behalf of the Estates.  During the Second Application Period, the Trustee's professionals conducted an initial review and analysis of the Vice Coin Receivable claims, analyzed cryptocurrency matters, and considered litigation and collection issues.  The Trustee determined to seek contingency counsel to pursue this asset.

**D.    Causes of Action and Avoidance Actions**

The Trustee evaluated potential causes of action and avoidance action.  In this regard, the Trustee engaged in communications with the Purchaser to obtain updated financial information and computer back-up data for the period of the inception of the Debtors (in or about February 2016) through the Sale Closing Date.  Although the Trustee was able to obtain access to the Quick Book files in order to prepare Estates' 2017 tax returns, his access to other information was hindered by Kelly Holland who was retained post-closing by the Purchaser, and counsel for the Purchaser.  The Trustee moved for and obtained an Order approving a 2004 examination of the Debtors[9] and the Purchaser and Trustee entered into a stipulation to address confidentiality, employee privacy and other matters raised by the Purchaser.[10]  Pursuant to the Stipulation, the Purchaser provided certain of the requested data in QuickBooks to the Trustee.  However, the Trustee's financial advisors had difficulty accessing the information and identified certain information that was still missing and had not been provided prior to the conversion of these cases due, in large part, to obstructionist tactics by Purchaser's counsel.[11]  Potential avoidance and other litigation claims were identified and considered by the Trustee's professionals.  The Trustee negotiated with special claims litigation counsel to

---

[9] See Docket No. 709– *Chapter 11 Trustee's Motion for Production of Documents from WGCZ LTE, S.R.O. Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Linda F. Cantor,* and Docket No. 717 - *Order Granting Chapter 11 Trustee's Motion for Production of Documents from WGCZ Ltd., S.R.O. Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1,* dated October 18, 2018.

[10] See Docket No. 737 - *Stipulation By and Among WGCZ Ltd, S.R.O. and David K. Gottlieb, The Chapter 11 Trustee for The Bankruptcy Estates of Penthouse Global Media, Inc. to Resolve Issues Concerning Documents and Data Information to Be Produced by WGCZ Ltd, S.R.O. to The Trustee* dated November 11, 2018.

[11] The ultimate settlement between the Purchaser and Trustee, which occurred during the Chapter 7 cases, was greatly facilitated by (and perhaps only obtained as a result of) the professionalism, good faith and competence of substitute counsel retained by the Purchaser.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

pursue causes of action on a contingency basis and to litigate claims objections. Following the Trustee's determination to convert these cases to chapter 7, special counsel was not retained during the Second Application Period but the Trustee retained special claims litigation counsel in the chapter 7 cases.

**E.     Litigation Pending In Other Courts**

Several years prior to the Petition Date, on August 11, 2016, a state court action was filed against Global Media Communications, Inc. ("GMCI"), one of the Debtors herein, by Metropolitan Lumber, Hardware & Building Supplies, Inc. ("Metropolitan Lumber"), pending in the New York Supreme Court on the Petition Date.[12]  A related action, titled General Media Communications, Inc. v. The Executive Club, LLC, Case Index No. 653291/2016 (the "Related Action"), was also pending on the Petition Date. The Related Action asserted claims of GMCI against an affiliate of Metropolitan Lumber that arose before the Petition Date and had not been stayed. The Trustee's counsel substituted in for Debtors' outside counsel with regards to the direct claims, and on information and belief, the Purchaser pursued the Related Action Claims. The direct claims were ultimately disposed of in the chapter 7 cases through a stipulation to stay all actions pending dismissal of the GMCI case.

The Trustee's and his professionals evaluated litigation claims initiated by Donald Slaughter Sr., *et.al* against Penthouse Global Media, Inc. ("PGMI") and Kelly Holland ("Holland") (including the Estates' and Holland's cross-claims) that had been pending in the U.S. District Court for the Central District of California as of the Petition Date. Slaughter's claims included wrongful termination, among others, and counter-claims for fraud and defamation, among other claims. The Trustee's professionals substituted in for counsel retained by Holland and the claims by and against the Estate were resolved by the Trustee.

**F.     Chapter 11 Administrative Claims**

The Trustee filed a motion to set a bar date for the filing of administrative claims arising between the Petition Date and the June 15th Sale Closing Date, during the period of the Estates'

---

[12] . That case was titled *Metropolitan Lumber, Hardware & Building Supplies, Inc., et al v. General Media Communications, Inc.*, Case Index Number 654224/2016.

DOCS_LA:343148.3 32277/002

operations in order to capture substantially all potential administrative claims in the chapter 11 Cases. The Court set November 21, 2019, as the administrative claims bar date. Creditors filed administrative claims asserting approximately $2,290,027.22 in post-petition liabilities (plus tax amounts to be determined).

The Trustee determined, based on his professionals' review and analysis of administrative claims, that the claims were greatly overstated and / or factually unsupportable. Claims objections and related litigation were pursued by special claims litigation counsel in the chapter 7 cases.

**G.    First Interim Fee Application of Estate Professionals.**

During the Second Application Period, professionals retained by the Debtors and by the Trustee prepared and filed their first interim fee applications. The Firm assisted the Trustee's non-bankruptcy professionals prepare fee applications, and addressed objections filed by the Purchaser and the Office of the United States Trustee relating to appropriate reserves because the total amount of professional fees sought exceeded the amounts then in the Estates.

With the agreement of the United States Trustee, and to maintain reserves for chapter 11 administrative claims, including the WGCZ Claim, ongoing chapter 11 expenses and obligations to the office of the United States Trustee, the Trustee held back from payment approximately 31% of all allowed professional fees approved on an interim basis.

**H.    Projected Amounts Available for Payment of Chapter 11 Claims.**

Based upon currently estimated chapter 7 administrative claims, the Trustee calculates that holders of allowed chapter 11 administrative claims will receive a 69.2 % distribution on their claims. Therefore, all allowed non-professional administrative claims and allowed claims of professionals for services rendered during the Second Application Period will receive a distribution of 69.2% on their claims. The Trustee does not anticipate making any further distribution on account of fees allowed under the First Interim Fee Order.

**IV.**

**PLAN PROGRESS (LBR 2016-1(A)(1)(A)(I))**

The Debtors ceased operations as of the close of sale of the Debtors' assets on June 15, 2018. The Trustee and his professionals analyzed plan feasibility and determined a plan of liquidation was

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

not feasible and therefore converted these cases to cases under chapter 7 of the Bankruptcy Code.

**V.**

**FUNDS ON HAND (LBR 2016-1(A) (1) (A) (III))**

As of November 16, 2022, the Trustee had $1,025,631.12 in funds on hand.

**VI.**

**CLIENT'S DECLARATION (LBR 2016-1(A)(1)(J))**

A declaration will be filed regarding the Chapter 11 Trustee's review of this Application.

**VII.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED
DURING THE SECOND APPLICATION PERIOD**

Pursuant to the Compensation Guide and Local Bankruptcy Rule 2016-1(a) (1) (D), the Firm has classified all services performed for which compensation is sought for this period into one of various major categories. The Firm attempted to place the services performed in the category that best relates to the service provided. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. Invoices for the Second Application Period with time and expense detail are attached hereto as **Exhibit "C".**

**A.** **Services Performed and Time Expended During the Second Application Period**

**1.** **Asset Analysis and Recovery**

This category relates to work regarding the analysis of assets of the Estates and the recovery thereof for the benefit of the Estates and their creditors.

During the Second Application Period, the Firm, among other things: (1) conferred with Humboldt representatives, Buyer's counsel, and the Trustee regarding turnover of funds to Trustee; (2) reviewed corporate history, conferred and drafted memorandum regarding Morrison & Forester retainer funds; (3) conferred regarding and worked on 2004 motion for examination of buyer and conferred with Paul Brent and Trustee regarding the same; (4) researched and analyzed Vice Coin receivables, drafted memorandum, and conferred with Beth Young regarding the same; (5) reviewed Asset Purchase Agreement and discovery issues; (6) conferred regarding Slaughter litigation; (7) reviewed 2004 examination stipulation; (8) reviewed discovery matters; (9) conferred with Friend

Finder counsel and CEO regarding retainer funds; and (10) conferred with Paul Brent regarding Penthouse World claims.

The Firm spent **19.50 hours** on matters relating to the Asset Analysis and Recovery category, accounting for **$18,922.50** of the fees incurred during the Second Application Period.

### 2.    Asset Disposition

This category relates to work regarding the sale and disposition of assets.  Specifically, during the Second Application Period, the Firm, among other things: (1) conferred with Trustee, Paul Brent, Province, financial consultants, consultant for buyer and buyer's counsel regarding post-closing matters; (2) conferred regarding holdback amounts and reconciliations under Asset Purchase Agreement and prepared for hearing thereon; (3) reviewed contract assignment documents and analyzed reconciliation matters and potential administrative claims regarding sale terms; (4) analyzed subscription funds and asserted claims of buyer regarding prepayment of same; (5) conferred with Beth Young regarding provisions of APA; (6) assisted regarding entitlement of certain parties to receivables; (7) drafted declarations for Adam Levin regarding APA intent; (8) reviewed and updated documents for purchaser regarding customer privacy policy and employee personal information; and (9) conferred regarding assumption issues and Morrison retainer.

The Firm spent **13.80 hours** on matters relating to the Asset Disposition category, accounting for **$13,190.00** of the fees incurred during the Second Application Period.

### 3.    Bankruptcy Litigation / Contested Matters

The Firm included time in this category generally related to the various litigation proceedings relating to the Debtors and contested matters in these bankruptcy proceedings.  During the Second Application Period, the Firm, among other things: (1) drafted response to evidentiary objections; (2) prepared ex parte application, 2004 motion and order regarding WGCZ Ltd., and conferred regarding the same; (3) emails to/from Gelbart and Trustee regarding Slaughter substitution; (4) conferred with Paul Brent regarding discovery issues; (5) conferred with Trustee regarding discovery disputes.

The Firm spent **35.80 hours** on matters relating to the Bankruptcy Litigation category, accounting for **$29,900.00** of the fees incurred during the Second Application Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

11

### 4.    Case Administration

During the Second Application Period, the Firm, among other things: (1) attended to case calendaring matters; (2) reviewed various orders; (3) drafted the fourth, fifth and sixth status reports and attended hearings thereon; (4) conferred with H. Rafatjoo regarding case strategy and Committee position; (5) drafted motion and order to convert case and conferred with S. Eisner, C. Mankey, W. Bowser and M. Weiss regarding the same.

The Firm spent **15.10 hours** on matters relating to the Case Administration category, accounting for **$15,022.50** of the fees incurred during the Second Application Period.

### 5.    Claims Administration/Objections

During the Period, the Firm, among other things: (1) reviewed and conferred with numerous creditors regarding administrative claims; (2) prepared the administrative claims bar date motion and related pleadings, and conferred with the Court regarding the same; (3) reviewed and analyzed claims and conferred with the Chapter 11 Trustee and Province regarding the same; (4) reviewed Province's analysis regarding reconciliation exposure to buyer under the APA; (5) reviewed Slaughter case matter and the priority of potential indemnity claim against the Estate; (6) reviewed the Metropolitan Lumber docket; (7) reviewed accounts payable schedules; (8) conferred with P. Brent regarding administrative claims and access to Debtors' books and records, claims asserted by Buyer against the Estates and possible settlement and conveyance of equity interests, (9) conferred with creditors regarding amended proofs of claim; (10) prepared chart of all filed claims; (11) reviewed and analyzed claim and exit strategy; and (12) conferred with creditors regarding case conversion.

The Firm spent **33.50 hours** on matters relating to Claims Administration/Objections category, accounting for **$18,226.50** of the fees incurred during the Second Application Period.

### 6.    Compensation of Professionals/Others

The Firm placed under this category time spent related to the compensation of PSZJ and other professionals.

Specifically, during the Second Application Period, the Firm, among other things:  (1) prepared the Firm's First Interim Application, exhibits, and related pleadings; (2) reviewed and conferred with other professionals regarding fee applications and summarized issues regarding the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

same; (3) reviewed and responded to objections to fee applications and conferred with P. Brent and the Chapter 11 Trustee regarding the same; (4) reviewed interim fee holdback matters, conferred with the Chapter 11 Trustee and Buyer's counsel regarding the same, and drafted response setting forth hold-back proposals in response to objections by the U.S. Trustee and WGCZ Ltd; (5) conferred with the Chapter 11 Trustee, Court and U.S. Trustee regarding fee orders; (6) reviewed updated claims analysis and outline of oral argument regarding fee applications; and (7) attended hearing on interim fee applications.

The Firm spent **50.00 hours** on matters relating to Compensation of Professionals/Others, accounting for **$31,894.00** of the fees incurred during the Second Application Period.

**7.    Insurance Coverage**

Time billed to this category was minimal and included conferring with P. Brent regarding 2004 materials.

The Firm spent **0.40 hours** on matters relating to the Insurance Coverage category, accounting for **$390.00** of the fees incurred during the Second Application Period.

**8.    Litigation (Non-Bankruptcy)**

The Firm placed under this category time spent related litigation in non-bankruptcy courts. During the Second Application Period, the Firm, among other things, (1) reviewed and analyzed pending litigation with Metropolitan Lumber and Slaughter and conferred with counsel regarding the same; (2) analyzed offset issues and drafted correspondence to Pryor Cashman regarding Metropolitan Lumber case and inquiry regarding potential offset issues; (3) conferred with plaintiff's counsel regarding Metropolitan Lumber order to show cause and substitution of counsel issues; (4) conferred with Chapter 11 Trustee and Slaughter's counsel regarding dismissal proposal; and (5) reviewed order entered by Court in Metropolitan Lumber matter and conferred with Pryor Cashman regarding required appearance by NY Court.

The Firm spent **14.20 hours** on matters relating to the Litigation/Non-Bankruptcy category, accounting for **$13,645.00** of the fees incurred during the Second Application Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:343148.3 32277/002

**9.    Plan & Disclosure Statement**

The Firm placed under this category time spent related to work regarding a plan and disclosure statement.

Specifically, during the Second Application Period, the Firm (1) conferred regarding disclosure statements updates; (2) reviewed and revised updated draft disclosure statement; and (3) reviewed and analyzed a proposed Plan and liquidation analysis.

The Firm spent **4.00 hours** on matters relating to the Plan and Disclosure Statement category, accounting for **$3,340.00** of the fees incurred during the Second Application Period.

**10.    Retention of Professionals/Others**

The Firm placed under this category time spent related to work regarding the retention of the Firm and retention of others.

Specifically, during the Second Application Period, the Firm: (1) drafted a memorandum to the Chapter 11 Trustee regarding Pryor Cashman retention; (2) reviewed and revised B. Brook retention application and conferred with B. Brook regarding the same; (3) prepared the Firm's and S. Eisner's retention applications in the chapter 7 case; and (4) reviewed Province's retention application.

The Firm spent **21.60 hours** on matters relating to the Retention of Professionals/Others category, accounting for **$12,848.00** of the fees incurred during the Second Application Period.

**11.    Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought [LBR 2016-1(a)(1)(E), (G) and (I)]**

**Exhibit "A"** contains a summary, by category, of the Firm's services and expenses in these cases that were incurred during the Second Application Period.  Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Trustee.  **Exhibit "C"** contains the Firm's detailed time records during the Second Application Period; and the First Interim Fee Application attached as **Exhibit "D"** contains the Firm's detailed time records during the First Interim Period, as well as a summary, by category, of the Firm's services and expenses in these cases that were incurred during the First Interim Period.

14

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.    List of Expenses by Category [LBR 2016-1(a)(1)(F)]**

The Firm advanced costs in the amount of $6,545.59 during the Second Application Period (the Court previously awarded costs for the First Interim Period in the amount of $32,710.95 as set forth in the First Interim Application).  The costs incurred during the Second Application Period are summarized in **Exhibit "A"** attached hereto, which provides a monthly breakdown that complies with the Compensation Guidelines.  During the Second Application Period, the Firm charged $.20 per page for photocopying, $.10 per page for scanning documents, and $1.00 per page for incoming and outgoing faxes.  The Firm has also charged for unusual expenses, such as court costs and special messenger services, including Federal Express.

**C.    Hourly Rates [LBR-1(a)(1)(G)]**

The hourly rates of all professionals and paraprofessionals rendering services in these cases during the Second Application Period are set forth on **Exhibit "A"** attached hereto.

**D.    Description of Professional Education and Experience [LBR 2016-1(a)(1)(H)]**

**Exhibit "B"** includes a description of the professional education and biographies of the professionals employed by the Firm who rendered the majority of the services in these cases during the Second Application Period.

**E.    Client's Declaration (LBR 2016-1(a)(1)(J))**

A declaration will be filed regarding the Chapter 11 Trustee's review of this Application, as well as other fee applications filed with the Court.

**F.    Applicant's Review of the Requirements of LBR 2016-1 [LBR 2016-1(a)(1)(K)]**

The attached declaration of Linda F. Cantor includes a statement that the Applicant has reviewed the requirements of LBR 2016-1 and that the Application complies with such rule.

**G.    No Fee Sharing**

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these cases, except to the extent they are shared among members of the Firm.

DOCS_LA:343148.3 32277/002

**H.    Notice of Application and Hearing**

Notice of the submission of this Application and the hearing thereon has been given to all parties entitled to notice in accordance with this Court's Order Granting Motion of Chapter 11 Trustee to Limit Scope of Notice entered June 13, 2018 [Docket No. 569] and to all parties requesting electronic notice.  Accordingly, adequate notice has been given.  Complete copies of the Application will be promptly furnished to any other party in interest upon specific request.  Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

## VIII.

## THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED

## BASED UPON APPLICABLE LAW

The fees and expenses requested by this Application are an appropriate award for the Firm's services in acting as counsel to the Chapter 11 Trustee.  The Firm brought to bear its extensive knowledge base dealing with complex chapter 11 issues, as well as difficult transactional, intellectual property and litigation matters.

**A.    Factors in Evaluating Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred in these cases.

The professional services rendered by the Firm have required an expenditure of substantial time and effort.  During the Employment Period, 1,400.40 hours have been recorded by members of the Firm and more time was actually expended but either was not recorded or was written off.  (In an effort to limit its legal fees in these Cases, the Firm wrote off in excess of $81,000 in fees incurred during the First Interim Period.)  The Firm's blended hourly rate in these cases for the Employment Period including paraprofessionals is $822.90.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16

1    Moreover, time and labor devoted is only one of many pertinent factors in determining an

2    award of fees and costs.  Based on the skills brought to bear in these cases by the Firm and the results

3    obtained and in light of the accepted lodestar approach, the Firm submits that the compensation

4    requested herein is reasonable and appropriate.

5    **B.**    **The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended**

6

7    In determining the amount of allowable fees under section 330 (a) of the Bankruptcy Code,

8    courts are to be guided by the same "general principles" as are to be applied in determining awards

9    under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy

10    matters."  *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter &*

11    *Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa*

12    *Finance* is the controlling authority and characterizing the factor test[13] identified in *Johnson v.*

13    *Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.*

14    526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now

15    subsumed within more refined analyses).

16    The United States Supreme Court has evaluated the lodestar approach and endorses its usage.

17    In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while

18    the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those

19    factors.  *Hensley* at 434, n. 9.[14]  The following year, another civil rights case, *Blum vs. Stenson*, 465

20    U.S. 886 (1984), provided the so-called lodestar calculation:

21

22

---

[13] The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent,(7) time limitations imposed by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12) awards in similar cases.

[14] For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco,* 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds,* 984 F.2d 345 (9th Cir. 1993) (extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation").

17

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . .  Adjustments to that fee then may be made as necessary in the particular case.

*Blum* at 888.

Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to determining fees should be applied using the lodestar approach, rather than an ad hoc approach. While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq., should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . . ." *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate").

While the lodestar approach is the primary basis for determining fee awards under the federal fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar approach. *Buckridge,* 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a multiplier based on the criteria listed in §330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.,* 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is customary, it does not mandate such an approach in all cases.…  Fee shifting cases are persuasive, but due to the uniqueness of bankruptcy proceedings, they are not controlling").

Attached hereto as **Exhibit "C"** is a copy of the Firm's time reports and records kept in the regular course of business reflecting the services rendered and the expenses incurred by the Firm during the Second Application Period; similar reports and records were set forth in the First Interim

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

18

Fee Application. The Firm's time reports are initially handwritten or recorded via computer by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. The Firm is sensitive to issues of "lumping," and unless time was spent in one time frame on a variety of different matters, separate time entries are set forth in the time reports. The Firm's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services in the Southern California region, other than in a case under the Bankruptcy Code.

## IX.

## <u>CONCLUSION</u>

This is the Firm's second and final request for compensation and reimbursement of expenses as counsel to the Chapter 11 Trustee. The Firm believes that the services rendered for which compensation is sought in this Application have been beneficial to the creditors, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

**WHEREFORE**, Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court (1) allow on final basis, fees awarded in the total amount of $1,059,895.50 and reimbursement of expenses in the total amount of $32,710.95 for the First Interim Period, for a total award of $1,092,606.45; (2) further allow on a final basis, fees in the total amount of $157,378.50 and reimbursement of expenses in the total amount of $6,545.59 for the Second Application Period, for a total award of $163,924.09; (3) authorize and order payment to the Firm of its allowed fees and expenses, to the extent of funds available therefor; and (4) grant such other and further relief as is appropriate in the circumstances of this case.

Dated: November 16, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Linda F. Cantor*
 Linda F. Cantor

Attorneys for David K. Gottlieb, Chapter 7
Trustee and Former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

19

# DECLARATION OF LINDA F. CANTOR

I, Linda F. Cantor, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this court.  I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for David K. Gottlieb, Chapter 7 Trustee and former Chapter 11 Trustee.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      The Firm is not charging the Trustee for outgoing faxes.  The Firm's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  The Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

5.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.  Any volume discount received by the Firm is passed on to the client.

6.      The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

7.      To limit professional fees, the Firm did not bill for many hours of services performed and wrote off approximately $81,000.00 in fees during the Employment Period.

8.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

DOCS_LA:343148.3 32277/002

9.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

10.      <u>Local Bankruptcy Rule 2016-1(a) (1) (K) Compliance</u> -- I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of November, 2022 at Los Angeles, California.

*/s/ Linda F. Cantor*
Linda F. Cantor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# EXHIBIT A

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

I. SERVICES

| Attorney / Paralegal* / Clerk** | Rate | Hours | | Total |
|---|---|---|---|---|
| September 1, 2018 – March 11, 2019 | | | | |
| | | | | |
| ASSET ANALYSIS | | | | |
| Cantor, Linda F. | 975 | 17.70 | $ | 17,257.50 |
| Nasatir, Iain W. | 925 | 0.30 | $ | 277.50 |
| Hunter, James K.T. | 925 | 1.50 | $ | 1,387.50 |
| SUB TOTAL | | 19.50 | $ | 18,922.50 |
| | | | | |
| ASSET DISPOSITION | | | | |
| Gruber, Richard J. | 1,025 | 0.60 | $ | 615.00 |
| Cantor, Linda F. | 975 | 7.30 | $ | 7,117.50 |
| Hunter, James K.T. | 925 | 5.90 | $ | 5,457.50 |
| SUB TOTAL | | 13.80 | $ | 13,190.00 |
| | | | | |
| BANKRUPTCY LITIGATION | | | | |
| Cantor, Linda F. | 975 | 5.00 | $ | 4,875.00 |
| Hunter, James K.T. | 925 | 1.40 | $ | 1,295.00 |
| Nasatir, Iain A.W. | 925 | 23.10 | $ | 21,367.50 |
| Dassa, Beth D. | 375 | 6.30 | $ | 2,362.50 |
| SUB TOTAL | | 35.80 | $ | 29,900.00 |
| | | | | |
| CASE ADMINISTRATION | | | | |
| Cantor, Linda F. | 1,025 | 9.80 | $ | 10,045.00 |
| Cantor, Linda F. | 975 | 3.70 | $ | 3,607.50 |
| Hochman, Harry D. | 925 | 1.40 | $ | 1,295.00 |
| Dassa, Beth D. | 375 | 0.20 | $ | 75.00 |
| SUB TOTAL | | 15.10 | $ | 15,022.50 |
| | | | | |
| CLAIMS ADMINISTRATION | | | | |
| Cantor, Linda F. | 1,025 | 1.50 | $ | 1,537.50 |
| Cantor, Linda F. | 975 | 7.70 | $ | 7,507.50 |
| Nasatir, Iain A.W. | 925 | 0.10 | $ | 92.50 |
| Dassa, Beth D. | 395 | 0.70 | $ | 276.50 |
| Dassa, Beth D. | 375 | 23.50 | $ | 8,812.50 |
| SUB TOTAL | | 33.50 | $ | 18,226.50 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

## COMPENSATION PROF.

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 21.90 | $ | 21,352.50 |
| Dassa, Beth D. | 395 | 0.20 | $ | 79.00 |
| Dassa, Beth D. | 375 | 13.00 | $ | 4,875.00 |
| SUB TOTAL | | 35.10 | $ | 26,306.50 |

## COMPENSATION PROF./OTHER

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 375 | 14.90 | $ | 5,587.50 |
| SUB TOTAL | | 14.90 | $ | 5,587.50 |

## INSURANCE COVERAGE

| | | | | |
|---|---|---|---|---|
| Nasatir, Iain W. | 975 | 0.40 | $ | 390.00 |
| SUB TOTAL | | 0.40 | $ | 390.00 |

## PLAN & DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| Cantor Linda F. | 975 | 1.20 | $ | 1,170.00 |
| Kim, Jonahtan J. | 775 | 2.80 | $ | 2,170.00 |
| SUB TOTAL | | 4.00 | $ | 3,340.00 |

## LITIATION/NON-BANKRUPTCY

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 2.40 | $ | 2,460.00 |
| Cantor, Linda F. | 975 | 3.20 | $ | 3,120.00 |
| Morris, John A. | 1,025 | 0.30 | $ | 307.50 |
| Hunter, James K.T. | 975 | 1.60 | $ | 1,560.00 |
| Hunter, James K.T. | 925 | 6.70 | $ | 6,197.50 |
| SUB TOTAL | | 14.20 | $ | 13,645.00 |

## RETENTION OF PROFESSIONALS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 2.60 | $ | 2,665.00 |
| Cantor, Linda F. | 975 | 4.20 | $ | 4,095.00 |
| Dassa, Beth D. | 395 | 0.90 | $ | 355.50 |
| Dassa, Beth D. | 375 | 2.70 | $ | 1,012.50 |
| SUB TOTAL | | 10.40 | $ | 8,128.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

RETENTION OF PROFESSIONALS/OTHERS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 0.60 | $ | 585.00 |
| Dassa, Beth D. | 395 | 8.00 | $ | 3,160.00 |
| Dassa, Beth D. | 375 | 2.60 | $ | 975.00 |
| SUB TOTAL | | 11.20 | $ | 4,720.00 |
| TOTAL HOURS | | 207.90 | $ | 157,378.50 |
| TOTAL SERVICES | | | $ | 157,378.50 |

II.  EXPENSES

| | | |
|---|---|---|
| Conference Call | $ | 45.77 |
| Courtlink | $ | 0.71 |
| Incoming Faxes | $ | 1.20 |
| Filing Fee | $ | 210.00 |
| Lexis/Nexis - Legal Research | $ | 424.31 |
| Pacer - Legal Research | $ | 520.40 |
| Postage | $ | 955.75 |
| Reproduction Expense | $ | 2,776.40 |
| Reproduction/Scan Copy | $ | 385.90 |
| Federal Express | $ | 142.10 |
| Legal Vision - Messenger | $ | 289.50 |
| Outside Services | $ | 793.55 |
| SUB-TOTAL EXPENSES | $ | 6,545.59 |
| TOTAL EXPENSES | $ | 6,545.59 |
| TOTAL SERVICES AND EXPENSES | $ | 163,924.09 |

**In Respect to Penthouse Media Global, Inc.**

In re

        Penthouse Global Media, Inc.



                Debtor

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | 157,378.50 |
| Expenses Requested | 6,545.59 |

CHAPTER          11
Case No.   18-10098
Bankruptcy Counsel for Chapter 11 Trustee

FEE APPLICATION      September 1, 2018 – March 11, 2019

ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Cantor, Linda F. | 1988 | 1025 | 16.30 | 16,707.50 |
| Cantor, Linda F. | 1988 | 975 | 72.50 | 70,687.50 |
| Gruber, Richard J. | 1982 | 1025 | 0.60 | 615.00 |
| Morris, John A. | 1991 | 1025 | 0.30 | 307.50 |
| Hunter, James K.T. | 1976 | 975 | 1.60 | 1,560.00 |
| Hunter, James K.T. | 1976 | 925 | 15.50 | 14,337.50 |
| Hochman, Harry D. | 1987 | 925 | 1.40 | 1,295.00 |
| Nasatir, Iain W. | 1983 | 975 | 0.40 | 390.00 |
| Nasatir, Iain W. | 1983 | 925 | 23.50 | 21,737.50 |
| Kim, Jonathan J. | | 775 | 2.80 | 2,170.00 |
| | | TOTAL | 134.90 | 129,807.50 |

PARAPROFESSIONALS*/CLERK**

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Dassa, Beth D. | N/A | 395 | 9.80 | 3,871.00 |
| Dassa, Beth D. | N/A | 375 | 63.20 | 23,700.00 |
| | | TOTAL | 73.00 | 27,571.00 |

|  |  |
|---|---|
| TOTAL HOURS | 207.90 |
| TOTAL FEES REQUESTED | 157,378.50 |
| BLENDED HOURLY RATE INCLUDING PARAPROFESSIONALS | 756.99 |
| BLENDED HOURLY RATE EXCLUDING PARAPROFESSIONALS | 962.24 |

PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2018 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis | $ - | $ - | $ - | $ - | | | | $ - | 2,022.50 | $ 7,960.00 | 4,747.50 | $ 4,192.50 | 18,922.50 |
| Asset Disposition | | | | | | | | | $ 4,875.00 | $ 8,315.00 | | | 13,190.00 |
| Bankruptcy Litigation | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ 15,840.00 | 12,210.00 | $ 1,850.00 | 29,900.00 |
| Case Administration | $ - | $ - | | | $ - | | | | 75.00 | $ 1,657.50 | | $ 1,950.00 | 3,682.50 |
| Claims Administration | $ - | $ - | | | | | | $ - | 8,190.00 | $ 3,592.50 | 3,757.50 | 872.50 | 16,412.50 |
| Compensation Prof. | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | 13,927.50 | $ 12,300.00 | $ - | $ - | 82,107.50 |
| Compensation Prof/Others | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | 5,100.00 | $ 487.50 | $ - | $ - | 5,587.50 |
| Litigation/Non-Bankruptcy | $ - | $ - | | | | | | $ - | 682.50 | $ 3,580.00 | 4,870.00 | 185.00 | 9,317.50 |
| Plan & Disclosure Statement | $ - | $ - | | $ - | $ - | | $ - | | | $ 3,340.00 | | | 3,340.00 |
| Retention of Professionals | $ - | $ - | | | $ - | $ - | | $ - | $ - | | 5,107.50 | $ - | 5,107.50 |
| Retention of Prof./Others | $ - | $ - | | | $ - | $ - | | $ - | 195.00 | $ 1,365.00 | $ - | $ - | 1,560.00 |
| Totals | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 35,067.50 | $ 58,437.50 | 30,692.50 | $ 9,050.00 | 133,247.50 |

| 2019 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | $ 8,815.00 | $ 2,012.50 | $ 512.50 | $ - | $ - | $ - | | $ - | $ - | | | | 11,340.00 |
| Claims Administration | $ 686.50 | $ 1,127.50 | | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | 1,814.00 |
| Compensation Prof | $ - | $ 79.00 | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | 79.00 |
| Insurance Coverage | $ 390.00 | $ - | | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | 390.00 |
| Litigation/Non-Bankruptcy | $ 487.50 | $ 2,610.00 | $ 1,230.00 | | | | | | | | | | 4,327.50 |
| Retention of Prof | $ - | $ 3,020.50 | | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | 3,020.50 |
| Retention of Prof/Others | $ 276.50 | $ 2,883.50 | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | 3,160.00 |
| Totals | $10,655.50 | $ 11,733.00 | $ 1,742.50 | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | 24,131.00 |

SUPPLEMENTARY CHARGES
PACHULSKI STANG ZIEHL & JONES LLP
<u>IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.</u>

| 2018 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conference Call | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 28.92 | 16.85 | $ - | $ - | $ - | 45.77 |
| Court Link | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.71 | $ - | 0.71 |
| Federal Express | | | | | | | | | | 65.01 | 18.84 | 9.31 | 93.16 |
| Filing Fee | $ - | $ - | $ - | | $ - | $ - | | $ - | 195.00 | $ - | $ - | | 195.00 |
| Incoming Faxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0.60 | 0.60 | $ - | 1.20 |
| Legal Vision | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 195.00 | 94.50 | $ - | 289.50 |
| Lexis Nexis (Research) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 424.31 | $ - | $ - | $ - | 424.31 |
| Outside Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 793.55 | $ - | $ - | 793.55 |
| Pacer (Court Research) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 162.90 | 141.70 | 138.50 | 46.20 | 489.30 |
| Postage | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | 541.75 | 81.12 | 4.76 | 1.10 | 628.73 |
| Reproduction Expense | $ - | $ - | $ - | | | $ - | $ - | | 2,209.00 | 286.20 | 11.40 | $ - | 2,506.60 |
| Reproduction/Scan Copy | $ - | $ - | | | | | | $ - | 171.70 | 144.60 | 7.00 | 7.30 | 330.60 |
| | | | | | | | | | | | | | |
| Totals | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 28.92 | $ 3,721.51 | 1,707.78 | 276.31 | 63.91 | 5,798.43 |

| 2019 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filing Fee | $ 15.00 | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ 15.00 |
| Federal Express | $ - | $ - | $ 9.92 | | | | | | | | | $ - | $ 9.92 |
| Lexis/Nexis (Research) | $ 39.02 | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $39.02 |
| Pacer (Court Research) | $ 9.70 | $ 16.40 | $ 5.00 | $ - | | | $ - | | | | $ - | | $31.10 |
| Postage | $ 326.22 | $ - | $ 0.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $327.02 |
| Reproduction Expense | $ 264.60 | $ - | $ 5.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $269.80 |
| Reproduction/Scan Copy | $27.70 | $ 21.00 | $ 6.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $55.30 |
| | | | | | | | | | | | | | |
| Totals | $682.24 | $ 37.40 | $ 27.52 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $747.16 |

# EXHIBIT B

**PACHULSKI STANG ZIEHL JONES**

# Richard J. Gruber

Los Angeles

Tel: 310.277.6910

## EDUCATION

▲ Brandeis University (B.A., *magna cum laude*, 1977).

▲ University of California School of Law, Los Angeles (J.D. 1982).

## BAR AND COURT ADMISSIONS

▲ 1982, California.



Mr. Gruber is a transactional lawyer who specializes in representing clients in connection with real estate and general business matters (both in bankruptcy and non-bankruptcy contexts). His expertise includes handling asset purchases and sales and other personal-property transactions, the organization and sale of businesses, and all aspects of real-estate purchase and sale transactions, drafting and negotiating commercial leases, and real estate and personal-property financing documentation. He also negotiates and prepares partnership and limited liability company formation agreements, and provides general counseling in the corporate partnership and limited liability company areas. He is a graduate of Brandeis University and received his J.D. from UCLA. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Gruber is admitted to practice in California and is resident in our Los Angeles office.

## News

PSZJ Attorneys Named in 2023

Edition of *Best
Lawyers in America*
August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Completes
Restructuring of
Loudpack
December 3, 2020

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

PSZJ Attorneys
Named in *Best
Lawyers in America*
August 15, 2019

Auction for Digital
Domain Assets
Produces $30M -
Double Opening Bid
September 24, 2012

Prince Sports
Confirms
Reorganization Plan;
Shifts From
Manufacturing
Business to Licensing
Operation
August 2012

**PACHULSKI STANG ZIEHL & JONES**

# Linda F. Cantor

Los Angeles

Tel: 310.277.6910

## EDUCATION

- University of Michigan (A.B., with high distinction)
- University of Michigan (M.S.W.)
- University of Michigan (J.D., *cum laude*)

## BAR AND COURT ADMISSIONS

- 1988, Illinois
- 1991, California



Ms. Cantor's practice focuses on representing companies and creditor representatives in financial restructurings and bankruptcy reorganizations. She has substantial experience representing debtors, trustees, secured creditors, and creditors' committees in chapter 11 bankruptcy cases.

She has been named to the *Los Angeles and San Francisco Daily Journal*'s list of "Top 100 Women Lawyers," which identifies California's leading women lawyers. The *Daily Journal* recognized Ms. Cantor for her roles in representing the chapter 11 trustee for Guess Jeans co-founder Georges Marciano and representing American Suzuki Motor Corporation in its chapter 11 case. She has been active in several other top PSZJ cases, including representing the chapter 11 trustee appointed in the bankruptcy cases of Penthouse Global Media and its fourteen debtor subsidiaries.

She holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and has been named to *Super Lawyers'* coveted "Top Women" list, consisting of only fifty practitioners in the region. She has also been listed in *Best Lawyers* every year since 2018. She is a graduate of the University of Michigan, where she later received her J.D.

Ms. Cantor, a member of the firm since 1990, is admitted to practice in Illinois and California, and is resident in our Los Angeles office.

## Representations

Chapter 11 debtors in California Hispanic Commission on Alcohol and Drug Abuse, Woodforest Square LLC, Henderson Holdings, American Suzuki Motor Corporation, Woodside Homes, OwnIt Mortgage Solutions, Prime Measurement Products, Whitehouse Hotels (developer of the Ritz Carlton Hotel and related developments in New Orleans, Louisiana), Breed Technologies, American Rice, Focal Communications, Gateway Educational Products, Imperial Aluminum; Vulcan Metal Products, Dana Corporation, Ocean Park Hotels, Arlie & Company

Chapter 11 trustees in New Val Ford dba Magic Ford, 21st Century Film Corporation, NSB Film Corporation, Georges Marciano; The Tulving Company; Penthouse Global Media

Court-appointed receiver in Mazda and Kia Superstores

Creditors' committees in Boy Scouts of America, Ditech Holding Corporation, Hollander Sleep Products LLC, Payless Holdings LLC, Barneys New York, Cobalt International Energy, Loews Cineplex Entertainment, B.U.M. International, The Boston Stores, Madison Associates (formerly Pannell Kerr Foster), C&R Clothiers

## Programs and Lectures

ABI Winter Leadership Conference (issues arising in hotel bankruptcy cases); ABI Southwest Bankruptcy Conference (post-confirmation/jurisdiction); California Bankruptcy Forum (ethics matters)

## News

PSZJ Attorneys Named in 2023 Edition of *Best Lawyers in America*
August 18, 2022

Seventeen PSZJ Attorneys Named to 2022 Southern California's "Super Lawyers" List
January 20, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America

August 19, 2021

## Publications

"The Impact of Bankruptcy on Entertainment License Agreements: Protecting the Rights of Debtor Licensees," 19 *California Bankruptcy Journal* 225 (1991)

## Events

Do the Right Thing:
Dealing With
Unethical Tactics in
Bankruptcy, Both
Inside and Outside of
the Courtroom

California Bankruptcy Forum 25th Annual Insolvency Conference

San Diego, May 18, 2013

# PACHULSKI STANG ZIEHL & JONES

# John Morris

New York
Tel: 212.561.7700

## EDUCATION

- Carnegie Mellon University (B.S. 1986)
- Rutgers School of Law -- Newark (J.D. 1990)

## BAR AND COURT ADMISSIONS

- 1991, New York



Mr. Morris has broad experience litigating complex business, commercial, and bankruptcy-related matters, including corporate governance issues, contested sale motions, breach of contract and breach of fiduciary duty cases, valuation disputes, fraudulent transfer and preference cases, and claim objections. As lead trial counsel, Mr. Morris has tried numerous cases in bankruptcy, federal, and state courts, and has arbitrated and mediated numerous matters. In addition, Mr. Morris has been actively involved in several matters originating from the Cayman Islands, including the representation of liquidators of certain investment funds in substantial commercial litigation in the United States, as well as several cases arising under chapter 15 of the Bankruptcy Code.

Previously, Mr. Morris served as senior vice president and general counsel of The Robert Allen Group, a leader in the design and distribution of decorative fabrics and home furnishings; before that, he was a partner in the litigation department of a national law firm. Mr. Morris holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He graduated from Carnegie Mellon University and received his J.D. from Rutgers University School of Law -- Newark, where he served as Articles Editor of the *Rutgers Law Review*. Mr. Morris is admitted to practice in New York, and is resident in our New York office.

## Representations

Creditors' committees in Barney's New York, Inc., Ditech Holding Corporation, Woodbridge Group of Companies LLC, Haggen Holdings, ERG Resources, Residential Capital (conflicts counsel), Aeropostale, Circuit City Stores, and Energy Futures (*ad hoc* committee of certain lien holders) (conflicts counsel), among others

Debtors, reorganized debtors, and estate fiduciaries in Fuse LLC, Forever 21, Inc., AEI Winddown, Inc. (Acquion Energy), Reorganized TK Holdings Trust (a successor to certain interests of TK Holdings, Inc.), Biolitec Holdings U.S., Magnum Hunter Resources Corporation, Saad Investments Company Limited (in liquidation), Quicksilver, Mesa Air Group, Inc., among others

## News

Eight PSZJ Attorneys Named to New York Metro "Super Lawyers" and "Rising Stars" Lists for 2021

September 2021

Pachulski Stang Ziehl & Jones: Five M&A Advisor Turnaround Awards

February 2014

The Second Circuit Clarifies Standard for Obtaining Chapter 15 Recognition

*Pachulski Bulletin No. 13*, April 2013

## Events

Preference Claims in Bankruptcy Litigation: Statutory Defenses You Must Consider

Knowledge Group Live Webcast Series
Webinar, February 28, 2020

Using and
Challenging Expert
Witness Testimony in
Bankruptcy Litigation:
Winning Strategies

Knowledge Group Live Webcast Series

Webinar, November 5, 2019

# PACHULSKI STANG ZIEHL & JONES

# Iain A.W. Nasatir

Los Angeles
Tel: 310.277.6910

## EDUCATION

▲ Williams College; Columbia University (B.A. 1979)

▲ Benjamin N. Cardozo School of Law (J.D., *cum laude*, 1982)

▲ Order of Barristers; National Moot Court Team

## BAR AND COURT ADMISSIONS

▲ 1983, New York

▲ 1991, California



Iain Nasatir specializes in insurance coverage, insolvency, regulatory, reinsurance, and bankruptcy disputes. Currently, he is involved with insurance coverage issues in the firm's representations of creditors' committees of sexual-abuse survivors in the chapter 11 bankruptcies of the Diocese of Buffalo, the Diocese of Rochester, the Archdiocese of New Orleans, and the Archdiocese of Santa Fe, and in other sex-abuse related bankruptcies (e.g., Boy Scouts of America and U.S.A Gymnastics). Prior committee representations involving sexual-abuse coverage issues include bankruptcies of the Gallup, Stockton and Davenport dioceses and The Weinstein Company. Other cases have involved debtors' obligations for SIRS and deductibles in bankruptcy (e.g., law firms Sedgwick and Heller Ehrman) and the interplay between state insurance regulators and bankruptcy court jurisdiction (e.g., Superior National, Fremont General and Executive Life).

For further information on the diocesan and other sex-abuse cases, please see general firm discussion.

In the course of the firm's bankruptcy representation of Sizzler Restaurants, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity

for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company and other similar carriers.

On the litigation front, Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation deposits. He also obtained dismissals for the same client in lawsuits brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away."

He attended Stowe School in Bucks, England, Williams College, Columbia College and Cardozo School of Law. Mr. Nasatir is admitted to practice in New York and California, and is resident in our Los Angeles office.

## Representations

Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America

Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; Executive Life

## Professional Affiliations

Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)

Member, International Association of Insurance Receivers

## Programs and Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association, Turnaround Management Association, International Association of Insurance Receivers and ABA TIPS Insurance Coverage Programs

## News

PSZJ Attorneys Named in 2023 Edition of *Best Lawyers in America*

August 18, 2022

PSZJ Attorneys Named in 2022 Edition of Best Lawyers in America
August 19, 2021

PSZJ Attorneys Named in 2021 Edition of *Best Lawyers in America*
August 20, 2020

## Publications

The Rights and Duties of Insurers and Insureds Under Self-Insured Retentions
*50 The Brief 44 (Fall 2020)*

Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39*ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

"Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995)

"For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994)

"Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994)

Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)

## Events

The SIR Dilemma: When Does (And When Should) an Excess Carrier Get Involved?
27th Annual American Bar Association Insurance Coverage Litigation Midyear Conference
Tucson, February 20, 2020

Everything You Don't
Want to Learn About
Directors and Officers'
Insurance Policies . . .
After It's Too Late!

Turnaround Management Association
Webinar, September 24, 2015

The Right Choice –
Private Runoff,
Rehabilitation or
Liquidation

IAIR Insolvency Workshop 2013
Savannah GA, January 30, 2013

# Harry Hochman

Los Angeles

Tel: 310.277.6910

## EDUCATION

- University of Michigan (A.B. with high distinction 1982)
- University of California at Los Angeles (J.D. 1987)

## BAR AND COURT ADMISSIONS

- California, 1987

## CLERKSHIPS

- Law clerk, Judge William J. Rea (C.D. Cal. 1987-89)
- Judicial extern, Judge William Matthew Byrne, Jr. (C.D. Cal. 1986)



Mr. Hochman is experienced in both litigation and bankruptcy practice. He handles business litigation and appeals in federal and state courts, and has represented committees, debtors, trustees, and creditors in bankruptcy cases. He is a graduate of the University of Michigan and received his law degree from the UCLA School of Law, where he was editor in chief of the *UCLA Pacific Basin Law Journal*. He served as a federal law clerk to the Honorable William J. Rea and as a judicial extern to the Honorable Wm. Matthew Byrne, Jr. Mr. Hochman has taught as an adjunct professor of legal writing and advocacy at the University of Southern California Gould School of Law. He was been named in the 2018 and 2019 editions of by *Best Lawyers in America* for his work in bankruptcy litigation, and holds an AV Preeminent Peer Rating, *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. Mr. Hochman is admitted to practice in California and is resident in our Los Angeles office.

## Representations

National Association of Bankruptcy Trustees as amicus curiae in *Merit Management Group v. FTI Consulting, Inc.* (U.S. Supreme Court) and in *USACM Liquidating Trust v. Deloitte & Touche* (9th Circuit); *Bondi*

(extraordinary commissioner of Parmalat Finanziaria S.p.A.) *v. Citigroup* (Parmalat) (NJ Supreme Court); *Peterson* (chapter 7 trustee for Lancelot Investors Fund) *v. McGladrey* (7th Circuit); and *Kirschner* (trustee of the Refco Litigation Trust) *v. KPMG* (NY Court of Appeals)

## Reported Cases

*In re Future Media Productions, Inc.*, 530 F.3d 1178 (9th Cir. 2008)

*In re GC Companies, Inc.*, 298 B.R. 226 (D. Del. 2003)

*In re General Teamsters, Warehousemen and Helpers Union, Local 890*, 265 F.3d 869 (9th Cir. 2001)

*In re DAK Industries, Inc.*, 66 F.3d 1091 (9th Cir. 1995)

*In re Gordon*, 988 F.2d 1000 (9th Cir. 1993)

## News

PSZJ Attorneys Named in 2023 Edition of *Best Lawyers in America*
August 18, 2022

PSZJ Attorneys Named in 2022 Edition of Best Lawyers in America
August 19, 2021

PSZJ Attorneys Named in 2021 Edition of *Best Lawyers in America*
August 20, 2020

## Publications

Tectonic Changes Impact Evolving Turnaround Industry
*Journal of Corporate Renewal (Nov/Dec 2014)*, December 2014

# James K.T. Hunter

Los Angeles
Tel: 310.277.6910

### EDUCATION

▲ New College, University of
South Florida (B.A. 1973)

▲ Harvard University Law School
(J.D., *cum laude*, 1976)

### BAR AND COURT
### ADMISSIONS

▲ 1976, California



Mr. Hunter specializes in business and commercial litigation, including bankruptcy litigation. He also has extensive experience in state and federal court appeals. He is a graduate of New College in Sarasota, Florida, and received his J.D. from Harvard Law School. Mr. Hunter is admitted to practice in California and is resident in our Los Angeles office.

## Representations

Woodside Group; Pacific Energy Resources; Lehman SunCal; Fleming Companies; Adamson Apparel; Fremont General; Inacom Communications

## News

PSZJ Attorneys
Named in 2023
Edition of *Best
Lawyers in America*
August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

PSZJ Attorneys
Named in *Best
Lawyers in America*
August 15, 2019





# Jonathan J. Kim

Tel: 310.277.6910    |    jkim@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Duke University (A.B., *magna cum laude*, 1992)

Harvard University Law School (J.D., *cum laude*, 1995)

**BAR AND COURT ADMISSIONS**

1995, California

Mr. Kim has represented both debtors and creditors on a wide range of issues in chapter 11 cases, bankruptcy litigation, and federal court appeals, with substantial experience in plan, corporate/transactional, and litigation matters. He is a graduate of Duke University and received his J.D. from Harvard. He is a member of the Financial Lawyers Conference. Mr. Kim is admitted to practice in California, and is resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Woodside Homes; Ownit Mortgage Solutions; Murray Inc.; Peregrine Systems

## Publications

Important Issues and Developments When Filing a Proof of Claim
DailyDAC, April 7, 2022

The Nuts & Bolts of *Ipso Facto* Clauses and Golden Share Arrangements That May Sidestep the Bankruptcy Code's Prohibition
DailyDAC, July 15, 2021

Distressed Investor Considerations in E&P Oil and Gas Restructurings
Practical Law, July 2020

Navigating the Retail Apocalypse
262 New York Law Journal No. 59, September 23, 2019

High Court Bankruptcy IP Case May Spur Rejection Litigation
Law360, May 22, 2019

PACHULSKI
STANG
ZIEHL
JONES

Jonathan J. Kim (Cont.)

The Enforceability of a Make-Whole Provision in Bankruptcy: It Says What It Says
Journal of Corporate Renewal
May 9, 2017

Navigating Corporate Bankruptcy in the Electronic Age
Bankruptcy Law 360, January 15, 2015

Potential Risks and Lessons for Debtor-Licensors in Chapter 15 Cases Based on Recent Fourth Circuit Decision
International Bar Association: Insolvency and Restructuring International, September 2014

Authored or coauthored program materials for: "The Great Debate" (ABI Annual Bankruptcy Battleground West Conference, March 2011); "Trends and Issues in Commercial Real Estate Lending Covenants and Documentation" (California Bankruptcy Forum 2011); "The Mootness Doctrine as Applied to Bankruptcy Sales" (August 2009); "Retail Debtor Cases – Recent Issues" (Bloomberg Bankruptcy Law Seminar, May 2008); "Report From the Front: Creditors Committees After BAPCPA" (ABI Mid-Atlantic Conference 2006)

# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

September 30, 2018
Invoice    120679
Client    32277
Matter    00001
**LFC**

RE:   Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2018

| | |
|---|---:|
| FEES | $35,067.50 |
| EXPENSES | $3,721.51 |
| **TOTAL CURRENT CHARGES** | **$38,789.01** |
| **BALANCE FORWARD** | **$1,092,606.45** |
| **LAST PAYMENT** | **$756,517.78** |
| **TOTAL BALANCE DUE** | **$374,877.68** |

Pachulski Stang Ziehl & Jones LLP                          Page:      2
Gottlieb, David (Penthouse)                                Invoice 120679
32277    - 00001                                           September 30, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 2.10 | $2,022.50 |
| AD | Asset Disposition [B130] | 5.00 | $4,875.00 |
| CA | Case Administration [B110] | 0.20 | $75.00 |
| CO | Claims Admin/Objections[B310] | 15.60 | $8,190.00 |
| CP | Compensation Prof. [B160] | 22.10 | $13,927.50 |
| CPO | Comp. of Prof./Others | 13.60 | $5,100.00 |
| LN | Litigation (Non-Bankruptcy) | 0.70 | $682.50 |
| RPO | Ret. of Prof./Other | 0.20 | $195.00 |
| | | 59.50 | $35,067.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 38.20 | $14,325.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 0.50 | $462.50 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 20.80 | $20,280.00 |
| | | | | 59.50 | $35,067.50 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Conference Call [E105] | $16.85 |
| Filing Fee [E112] | $195.00 |
| Lexis/Nexis- Legal Research [E | $424.31 |
| Pacer - Court Research | $162.90 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    3
Invoice 120679
September 30, 2018

## Summary of Expenses

| Description | Amount |
|---|---|
| Postage [E108] | $541.75 |
| Reproduction Expense [E101] | $2,209.00 |
| Reproduction/ Scan Copy | $171.70 |
| | $3,721.51 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     4
Gottlieb, David (Penthouse)                                         Invoice 120679
32277    - 00001                                                    September 30, 2018

---

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 09/04/2018 | LFC | AA | Review and revise draft corporate history letter to Humboldt Bank for release of funds | 0.40 | 975.00 | $390.00 |
| 09/11/2018 | JKH | AA | Office conference with Linda F. Cantor regarding Humboldt account status, retainer status and strategy. | 0.40 | 925.00 | $370.00 |
| 09/14/2018 | LFC | AA | Telephone conference with Ryan Duvall, Paul Brent regarding turnover of Humboldt funds to trustee | 0.30 | 975.00 | $292.50 |
| 09/18/2018 | LFC | AA | Telephone conference with Humboldt representatives, Paul Brent and Ryan Duvall regarding return of Humboldt Funds  (.3) and draft e-mails regarding same to trustee and buyer's counsel  (.2) | 0.50 | 975.00 | $487.50 |
| 09/20/2018 | LFC | AA | Confirm Humboldt account numbers for release of funds and e-mails to buyer and trustee regarding same | 0.20 | 975.00 | $195.00 |
| 09/20/2018 | LFC | AA | Confer with Dream Media counsel regarding fee applications, holdback amounts and ViceCoin recovery matters | 0.20 | 975.00 | $195.00 |
| 09/26/2018 | JKH | AA | Emails from Linda F. Cantor, Gottlieb regarding Humbold reserve release. | 0.10 | 925.00 | $92.50 |
|  |  |  |  | **2.10** |  | **$2,022.50** |

### Asset Disposition [B130]

| 09/05/2018 | LFC | AD | Telephone conference with Paul Brent regarding post-closing matters | 0.30 | 975.00 | $292.50 |
| 09/12/2018 | LFC | AD | Telephone conference with Paul Brent regarding pending post-sale matters | 0.20 | 975.00 | $195.00 |
| 09/14/2018 | LFC | AD | Conference call with Trustee, Province, buyer's counsel and financial consultant regarding post-closing matters | 0.60 | 975.00 | $585.00 |
| 09/14/2018 | LFC | AD | Review Epoch request for Trustee information and confer with Buyer and Trustee regarding same relating to post-sale A/Rs | 0.20 | 975.00 | $195.00 |
| 09/21/2018 | LFC | AD | Conference call with Trustee, Province, buyer's counsel and consultant regarding post-closing matters | 0.50 | 975.00 | $487.50 |
| 09/21/2018 | LFC | AD | Follow-up call with Walt Bowser of Province, Inc. regarding post closing and collection matters | 0.50 | 975.00 | $487.50 |
| 09/21/2018 | LFC | AD | Follow-up call with David Gottlieb regarding subscription prepayment matters | 0.10 | 975.00 | $97.50 |
| 09/21/2018 | LFC | AD | Review Asset Purchase Agreement regarding | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/21/2018 | LFC | AD | reconciliations ( .4) and e-mail correspondence with Rick Gruber regarding same  (.2) | | | |
| 09/21/2018 | LFC | AD | Review contract assignment documents and analysis regarding reconciliation matters and potential administrative claims relating to sale terms | 0.80 | 975.00 | $780.00 |
| 09/24/2018 | LFC | AD | Telephone conference with buyer's counsel regarding professional fee applications and objection to protect purchaser and purchaser's potential claims against the estate | 0.40 | 975.00 | $390.00 |
| 09/28/2018 | LFC | AD | Conference call with Trustee, Province, buyer and consultant for buyer regarding post-closing matters | 0.50 | 975.00 | $487.50 |
| 09/28/2018 | LFC | AD | Telephone conference with Paul Brent regarding post-closing matters  (.2) and e-mail memo to Trustee regarding same  (.1) | 0.30 | 975.00 | $292.50 |
| | | | | **5.00** | | **$4,875.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/17/2018 | BDD | CA | Review order limiting notice re service lists | 0.10 | 375.00 | $37.50 |
| 09/24/2018 | BDD | CA | Attend to misc. calendaring matters | 0.10 | 375.00 | $37.50 |
| | | | | **0.20** | | **$75.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/2018 | LFC | CO | Review draft administrative bar date motion and notice, and revise same | 0.30 | 975.00 | $292.50 |
| 09/04/2018 | LFC | CO | Review administrative claims | 0.20 | 975.00 | $195.00 |
| 09/05/2018 | LFC | CO | Telephone call to Rolling Dice Productions regarding administrative claims | 0.50 | 975.00 | $487.50 |
| 09/05/2018 | BDD | CO | Email L. Cantor re administrative bar date motion | 0.10 | 375.00 | $37.50 |
| 09/05/2018 | BDD | CO | Email L. Cantor re Motion for Allowance/Payment of Admin Expense Claims (11 USC 503) | 0.10 | 375.00 | $37.50 |
| 09/05/2018 | BDD | CO | Preparation of Administrative Claims Bar Date Motion (1.8); email L. Cantor re same (.10) | 1.90 | 375.00 | $712.50 |
| 09/05/2018 | BDD | CO | Email M. Kulick re administrative claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/06/2018 | BDD | CO | Preparation of Notice of Deadline of Filing Requests for Payment of Chapter 11 Administrative Claims (.50): email L. Cantor re same (.10) | 0.60 | 375.00 | $225.00 |
| 09/07/2018 | BDD | CO | Email M. Kulick re service of admin claims bar date notice | 0.10 | 375.00 | $37.50 |
| 09/11/2018 | LFC | CO | review Administrative Bar Date Motion and proposed notice thereof | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:      6

Invoice 120679

September 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/11/2018 | LFC | CO | Review current list of potential administrative claimants for service of notice and confer with Province and Buyer regarding same | 0.30 | 975.00 | $292.50 |
| 09/11/2018 | BDD | CO | Email W. Bowser re addresses for admin claimants | 0.10 | 375.00 | $37.50 |
| 09/11/2018 | BDD | CO | Meeting with L. Cantor re admin claims bar date motion | 0.20 | 375.00 | $75.00 |
| 09/11/2018 | BDD | CO | Work on edits to admin claims bar date motion per L. Cantor comments | 0.40 | 375.00 | $150.00 |
| 09/12/2018 | LFC | CO | Review revised administrative bar date motion and notice | 0.10 | 975.00 | $97.50 |
| 09/12/2018 | LFC | CO | Confer with Beth Dassa (.1) and final review of changes to Bar Date Motion and Notice (.1) | 0.20 | 975.00 | $195.00 |
| 09/12/2018 | BDD | CO | Call with L. Cantor re admin claims bar date motion | 0.20 | 375.00 | $75.00 |
| 09/12/2018 | BDD | CO | Revisions to admin claims bar date motion (.60); email L. Cantor re same (.10) | 0.70 | 375.00 | $262.50 |
| 09/12/2018 | BDD | CO | Further revisions to admin bar date motion (.50); emails L. Cantor & M. Kulick re same (.20) | 0.70 | 375.00 | $262.50 |
| 09/12/2018 | BDD | CO | Email W. Bowser re admin claims bar date motion and service list | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CO | Email M. Kulick re service list for admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CO | Preparation of Notice of Filing Admin Bar Date Motion (.40); email L. Cantor re same (.10) | 0.50 | 375.00 | $187.50 |
| 09/13/2018 | BDD | CO | Email L. Cantor re admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | BDD | CO | Email M. Kulick re admin bar date service list | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | BDD | CO | Email W. Bowser re supplemental addresses for bar date motion service list | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | BDD | CO | Email M. Kulick re additional addresses for bar date motion service list | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | BDD | CO | Email M. Kulick re admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | BDD | CO | Email M. Kulick re revisions to service list re bar date motion | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CO | Email L. Cantor re admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CO | Email R. Johnson re admin claims | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CO | Emails (multiple) M. Kulick re admin bar date service list | 0.50 | 375.00 | $187.50 |
| 09/17/2018 | BDD | CO | Email M. Kulick re additional addresses for service of admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CO | Email M. Kulick re creditor, Mannassi IT Solutions | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 120679
32277   - 00001                                                     September 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/17/2018 | BDD | CO | Emails L. Cantor re creditor addresses for service of admin bar date motion | 0.20 | 375.00 | $75.00 |
| 09/17/2018 | BDD | CO | Email J. Washington re admin bar date service list | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CO | Call with L. Cantor re admin bar date service list | 0.20 | 375.00 | $75.00 |
| 09/18/2018 | LFC | CO | Review numerous e-mail memos, invoices and administrative claim list re: notice of administrative claim bar date | 0.40 | 975.00 | $390.00 |
| 09/18/2018 | BDD | CO | Review service list for admin claims bar date motion/notice and email P. Brent re same | 0.30 | 375.00 | $112.50 |
| 09/18/2018 | BDD | CO | Email L. Cantor re inclusion of Horton Billard on admin bar date service list | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | LFC | CO | Review revised bar date motion and notice and draft order | 0.20 | 975.00 | $195.00 |
| 09/20/2018 | LFC | CO | Confer with Beth Dassa and Myra Kulick regarding Administrative bar date notice and service lists | 0.20 | 975.00 | $195.00 |
| 09/20/2018 | BDD | CO | Emails to/conferences with L. Cantor and M. Kulick re admin bar date motion | 0.80 | 375.00 | $300.00 |
| 09/20/2018 | BDD | CO | Revisions to Bar Date Motion, Notice of Filing Motion and Bar Date Notice (.70); emails L. Cantor re same (.20) | 0.90 | 375.00 | $337.50 |
| 09/20/2018 | BDD | CO | Work on service lists for bar date motion and notice of filing bar date motion | 0.80 | 375.00 | $300.00 |
| 09/20/2018 | BDD | CO | Email L. Cantor re finalized bar date motion/notice of filing | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CO | Email M. Kulick re changes to bar date motion/notice | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CO | Email M. Kulick re Akerman and admin bar date motion | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CO | Email L. Cantor re admin bar date motion/notice service lists | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CO | Email M. Kulick re finalized bar date motion/notice and readiness for filing | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CO | Email L. Cantor re filed docs (bar date motion/notice) | 0.10 | 375.00 | $37.50 |
| 09/26/2018 | LFC | CO | Penthouse Review Metropolitan Lumber docket and pleadings; notice of bankruptcy and proof of claim filed late | 0.30 | 975.00 | $292.50 |
| 09/26/2018 | LFC | CO | Review Slaughter case matter and the priority of any potential indemnity claim against the estate | 0.80 | 975.00 | $780.00 |
| 09/27/2018 | LFC | CO | Review Province analysis regarding reconciliation exposure to buyer under APA for holdback proposal | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    8
Gottlieb, David (Penthouse)                                          Invoice 120679
32277    - 00001                                                    September 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/27/2018 | BDD | CO | Email N. Brown re admin bar date notice | 0.10 | 375.00 | $37.50 |
| 09/27/2018 | BDD | CO | Call with/email to "David" (admin creditor) re preparing and sending in admin claim form | 0.20 | 375.00 | $75.00 |
| | | | | 15.60 | | $8,190.00 |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/06/2018 | BDD | CP | Email L. Cantor re PSZJ fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | LFC | CP | Confer with professionals and Beth Dassa regarding preparation of special counsel and special tax advisors fee applications | 0.40 | 975.00 | $390.00 |
| 09/12/2018 | BDD | CP | Email L. Gardiazabal re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CP | Email L. Cantor re PSZJ fees/expenses re 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CP | Email R. Johnson re PSZJ fees/expenses for 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CP | Email R. Johnson re Trustee funds on hand | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | LFC | CP | Review and respond to Trustee's administrator's inquiries regarding administrative claims and cash on hand | 0.20 | 975.00 | $195.00 |
| 09/13/2018 | LFC | CP | Review status of fee applications | 0.30 | 975.00 | $292.50 |
| 09/13/2018 | BDD | CP | Emails (several) L. Cantor re PSZJ 1st interim fee application | 0.20 | 375.00 | $75.00 |
| 09/13/2018 | BDD | CP | Continue drafting PSZJ 1st interim fee application | 6.50 | 375.00 | $2,437.50 |
| 09/13/2018 | BDD | CP | Email L. Cantor re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | LFC | CP | Review and revise First Interim Fee Application for PSZJ | 3.40 | 975.00 | $3,315.00 |
| 09/14/2018 | BDD | CP | Email L. Cantor re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | LFC | CP | Review service lists for Fee applications notice | 0.10 | 975.00 | $97.50 |
| 09/17/2018 | BDD | CP | Email M. Kulick re Exhibit C To PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CP | Preparation of Exhibit A (fee/expense summary to PSZJ 1st interim fee application | 2.10 | 375.00 | $787.50 |
| 09/17/2018 | BDD | CP | Revisions to PSZJ 1st interim fee application | 0.80 | 375.00 | $300.00 |
| 09/17/2018 | BDD | CP | Conferences with/emails to L. Cantor re PSZJ 1st interim fee application | 0.50 | 375.00 | $187.50 |
| 09/17/2018 | BDD | CP | Email M. Kulick re Exhibit A to PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CP | Email M. Kulick re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:       9
Gottlieb, David (Penthouse)                                         Invoice 120679
32277    - 00001                                                   September 30, 2018

|            |      |     |                                                                                                  | Hours | Rate   | Amount     |
|------------|------|-----|--------------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/17/2018 | BDD  | CP  | and tables, etc.                                                                                 |       | 375.00 | $37.50     |
| 09/17/2018 | BDD  | CP  | Email M. Kulick re Exhibit B to PSZJ 1st interim fee application                                  | 0.10  | 375.00 | $37.50     |
| 09/18/2018 | LFC  | CP  | Review and comment on omnibus notice of fee applications                                          | 0.10  | 975.00 | $97.50     |
| 09/18/2018 | LFC  | CP  | Telephone conference with Province regarding fee application (.1) and review initial draft of Province fee application (.2) | 0.30  | 975.00 | $292.50    |
| 09/18/2018 | LFC  | CP  | Review and comment on Submission pleadings for non-bankruptcy professionals                       | 0.20  | 975.00 | $195.00    |
| 09/18/2018 | LFC  | CP  | Review and make final revisions to PSZJ first interim fee application                             | 0.80  | 975.00 | $780.00    |
| 09/18/2018 | LFC  | CP  | Confer with Beth Dassa regarding revisions to PSZJ fee application.                               | 0.10  | 975.00 | $97.50     |
| 09/18/2018 | BDD  | CP  | Email L. Cantor re PSZJ 1st interim fee application                                               | 0.10  | 375.00 | $37.50     |
| 09/18/2018 | BDD  | CP  | Multiple emails to/calls with M. Kulick re PSZJ 1st interim fee application                       | 0.70  | 375.00 | $262.50    |
| 09/18/2018 | BDD  | CP  | Revise PSZJ 1st interim fee application per L. Cantor comments (1.0); email L. Cantor re same (.10) | 0.50  | 375.00 | $187.50    |
| 09/18/2018 | BDD  | CP  | Revisions to Exhibit A to PSZJ 1st interim fee application (.10); email M. Kulick re same (.10)   | 0.20  | 375.00 | $75.00     |
| 09/24/2018 | LFC  | CP  | Review schedule prepared by Trustee regarding holdback amount (.1) and confer with D. Gottlieb regarding same | 0.20  | 975.00 | $195.00    |
| 09/24/2018 | LFC  | CP  | Confer with professionals regarding extension of time for UST and buyer to file responses to fee application, potential hold-back amounts  and e-mail memos to UST and buyer regarding same | 0.50  | 975.00 | $487.50    |
| 09/24/2018 | LFC  | CP  | Review all professionals' fee applications and summarize issues                                  | 1.30  | 975.00 | $1,267.50  |
| 09/25/2018 | LFC  | CP  | Confer with Committee Counsel regarding fee application objection (.1) and confer with OUST regarding same  (.2) | 0.30  | 975.00 | $292.50    |
| 09/25/2018 | LFC  | CP  | Review interim fee holdback matters with professionals (.3) and confer with Buyer's counsel regarding same  (.2) | 0.20  | 975.00 | $195.00    |
| 09/26/2018 | LFC  | CP  | Confer with Akerman regarding objection to allowance of their firm's fees on  final basis         | 0.10  | 975.00 | $97.50     |
| 09/27/2018 | LFC  | CP  | E-mail and voicemails with Paul Brent and Trustee regarding fee application objection             | 0.30  | 975.00 | $292.50    |
| 09/29/2018 | LFC  | CP  | Review WGCZ fee application objection                                                             | 0.10  | 975.00 | $97.50     |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00001

Page:   10
Invoice 120679
September 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2018 | LFC | CP | Outline response to objection | 0.30 | 975.00 | $292.50 |
| 09/29/2018 | LFC | CP | Review e-mail memos by and between professionals and UST regarding fee applications | 0.20 | 975.00 | $195.00 |
| | | | | **22.10** | | **$13,927.50** |

### Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/07/2018 | BDD | CPO | Email L. Cantor re Debtor's counsel fees | 0.10 | 375.00 | $37.50 |
| 09/10/2018 | BDD | CPO | Email R. Johnson re professional fees re 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/11/2018 | BDD | CPO | Email B. Clark re Raines Feldman fees/expenses | 0.10 | 375.00 | $37.50 |
| 09/11/2018 | BDD | CPO | Emails C. Mankey at Akerman re interim fee application | 0.20 | 375.00 | $75.00 |
| 09/11/2018 | BDD | CPO | Email R. Johnson re professional fees incurred | 0.20 | 375.00 | $75.00 |
| 09/11/2018 | BDD | CPO | Email C. Mankey re special counsel fee application | 0.10 | 375.00 | $37.50 |
| 09/11/2018 | BDD | CPO | Email C. Mankey re Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Email L. Cantor re S. Eisner fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Email C. Mankey re service of interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Assist in preparation of BPE&H 1st interim fee application (1.2); email S. Eisner re same (.10) | 1.30 | 375.00 | $487.50 |
| 09/12/2018 | BDD | CPO | Email M. Kulick re BPE&H fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Email L. Cantor re BPE&H 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Email L. Cantor re Akerman interim fee application | 0.10 | 375.00 | $37.50 |
| 09/12/2018 | BDD | CPO | Review Local Rules re Ps & As for professionals' fee applications (.10); email L. Cantor re same (.10) | 0.20 | 375.00 | $75.00 |
| 09/12/2018 | BDD | CPO | Emails C. Mankey re Akerman 1st interim fee application | 0.20 | 375.00 | $75.00 |
| 09/13/2018 | BDD | CPO | Email R. Johnson re Province fees/expenses for 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | BDD | CPO | Email W. Bowser re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | BDD | CPO | Email R. Johnson re Province fees/expenses | 0.10 | 375.00 | $37.50 |
| 09/13/2018 | BDD | CPO | Email R. Johnson re Trustee fees/expenses for 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | BDD | CPO | Email R. Johnson re Trustee revised fees/expenses for 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/14/2018 | BDD | CPO | Email S. Eisner re BPE&H 1st interim fee | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    11
Gottlieb, David (Penthouse)                                          Invoice 120679
32277    - 00001                                                     September 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/17/2018 | BDD | | application | | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email C. Mankey re Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Revisions to BPE&H Interim Fee Application per L. Cantor comments (.70); email L. Cantor re same (.10); email S. Eisner re same (.10) | 0.60 | 375.00 | $225.00 |
| 09/17/2018 | BDD | CPO | Email R. Johnson re service of fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email M. Kulick re BPE&H fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email L. Cantor re BPE&H fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email R. Johnson re finalized service list | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email M. Kulick re BPE&H finalized fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email M. Kulick re service list for fee applications | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email C. Mankey re Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Work on omnibus notice of interim fee applications (1.0); email M. Kulick re same (.10) | 1.10 | 375.00 | $412.50 |
| 09/17/2018 | BDD | CPO | Email L. Cantor re Gottlieb declaration in support of fee applications | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email L. Cantor re inclusion of BPE&H in omnibus fee notice | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email L. Cantor re omnibus fee notice | 0.10 | 375.00 | $37.50 |
| 09/17/2018 | BDD | CPO | Email L. Cantor re cover page to BPE&H fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Review/revise Akerman final fee application (2.5); multiple emails to C. Mankey re same (.40); emails L. Cantor re same (.30) | 3.20 | 375.00 | $1,200.00 |
| 09/18/2018 | BDD | CPO | Conference with L. Cantor re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email W. Bowser re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Revisions to cover sheet for BPE&H 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Preparation of cover sheet for Akerman 1st interim fee application (.10); email M. Kulick re same (.10) | 0.20 | 375.00 | $75.00 |
| 09/18/2018 | BDD | CPO | Email C. Mankey re Exhibit A to Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re Akerman 1st interim fee application and exhibits re same | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Further revisions to Akerman fee application per conference with L. Cantor and email to C. Mankey re same | 0.20 | 375.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    12

Gottlieb, David (Penthouse)

Invoice 120679

32277   - 00001

September 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/18/2018 | BDD | CPO | Email M. Kulick re omnibus notice of fee applications | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email L. Cantor re Akerman finalized fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email C. Mankey re execution of Akerman fee application/declaration | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Preparation of cover sheet to Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Revisions to Omnibus notice of interim fee applications | 0.20 | 375.00 | $75.00 |
| 09/18/2018 | BDD | CPO | Email all professionals re omnibus notice of fee applications | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email R. Johnson re omnibus notice of fee applications | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re filing of all professional fee applications | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email W. Bowser re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email L. Cantor re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email N. Brown re Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Review/revise Province 1st interim fee application | 0.40 | 375.00 | $150.00 |
| 09/18/2018 | BDD | CPO | Email W. Bowser re revisions to Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re BPE&H fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email W. Bowser re submission of Province 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re omnibus notice of fee applications | 0.10 | 375.00 | $37.50 |
| 09/18/2018 | BDD | CPO | Email M. Kulick re file stamped copy of Akerman fee application | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CPO | Email E. Mattson re Province fee application | 0.10 | 375.00 | $37.50 |
| 09/20/2018 | BDD | CPO | Email M. Kulick re Province interim fee application | 0.10 | 375.00 | $37.50 |
| 09/24/2018 | BDD | CPO | Preparation of D. Gottlieb ISO fee applications (.20); email L. Cantor re same (.10) | 0.30 | 375.00 | $112.50 |
| 09/27/2018 | BDD | CPO | Email D. Gottlieb re declaration ISO fee applications | 0.10 | 375.00 | $37.50 |
| 09/27/2018 | BDD | CPO | Email M. Kulick re D. Gottlieb declaration ISO fee | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    13
Invoice 120679
September 30, 2018

Gottlieb, David (Penthouse)

32277    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/25/2018 | PDD | | applications | | 975.00 | $97.50 |
| | | | | **13.60** | | **$5,100.00** |

### Litigation (Non-Bankruptcy)

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/25/2018 | LFC | LN | Review status of pending litigation with Metropolitan Lumber and Slaughter | 0.40 | 975.00 | $390.00 |
| 09/28/2018 | LFC | LN | Analysis of offset issues (.2) and draft correspondence to Pryor Cashman regarding Metropolitan Lumber case and inquiry regarding potential offset issues (.1) | 0.30 | 975.00 | $292.50 |
| | | | | **0.70** | | **$682.50** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/27/2018 | LFC | RPO | Draft memo to Trustee regarding Pryor Cashman retention matters | 0.20 | 975.00 | $195.00 |
| | | | | **0.20** | | **$195.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                              **$35,067.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:     14
Gottlieb, David (Penthouse)                                         Invoice 120679
32277     - 00001                                                  September 30, 2018

Pachulski Stang Ziehl & Jones LLP

Page:      15
Invoice 120679
September 30, 2018

Gottlieb, David (Penthouse)

32277    - 00001

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:      16
Invoice 120679
September 30, 2018

Pachulski Stang Ziehl & Jones LLP

Page:    17

Gottlieb, David (Penthouse)

Invoice 120679

32277    - 00001

September 30, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered          09/30/2018
~~through~~

| | | |
|---|---|---|
| Total Fees | | $35,067.50 |
| Chargeable costs and disbursements | | $3,721.51 |
| Total Due on Current Invoice..................... | | $38,789.01 |

Outstanding Balance from prior Invoices as    09/30/2018      **(May not reflect recent payments)**
~~of~~

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |

**Total Amount Due on Current and Prior Invoices**                                          $374,877.68

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| David Gottlieb | October 31, 2018 |
| 17000 Ventura Blvd. ste. 300 | Invoice    120681 |
| Los Angeles, CA  91403 | Client    32277 |
|  | Matter    00001 |
|  | **LFC** |

RE:  Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2018

| | |
|---|---|
| FEES | $58,437.50 |
| EXPENSES | $942.55 |
| **TOTAL CURRENT CHARGES** | **$59,380.05** |
| **BALANCE FORWARD** | **$374,877.68** |
| **TOTAL BALANCE DUE** | **$434,257.73** |

Pachulski Stang Ziehl & Jones LLP

Page:      2

Gottlieb, David (Penthouse)

Invoice 120681

32277    - 00001

October 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 8.20 | $7,960.00 |
| AD | Asset Disposition [B130] | 8.80 | $8,315.00 |
| BL | Bankruptcy Litigation [L430] | 20.60 | $15,840.00 |
| CA | Case Administration [B110] | 1.70 | $1,657.50 |
| CO | Claims Admin/Objections[B310] | 5.90 | $3,592.50 |
| CP | Compensation Prof. [B160] | 12.80 | $12,300.00 |
| CPO | Comp. of Prof./Others | 1.30 | $487.50 |
| LN | Litigation (Non-Bankruptcy) | 3.80 | $3,580.00 |
| PD | Plan & Disclosure Stmt. [B320] | 4.00 | $3,340.00 |
| RPO | Ret. of Prof./Other | 3.00 | $1,365.00 |
| | | 70.10 | $58,437.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 14.10 | $5,287.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 8.20 | $7,585.00 |
| JJK | Kim, Jonathan J. | Counsel | 775.00 | 2.80 | $2,170.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 10.20 | $9,435.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 34.20 | $33,345.00 |
| RJG | Gruber, Richard J. | Counsel | 1025.00 | 0.60 | $615.00 |
| | | | | 70.10 | $58,437.50 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Conference Call [E105] | $28.92 |
| Federal Express [E108] | $65.01 |

Pachulski Stang Ziehl & Jones LLP                          Page:     3
Gottlieb, David (Penthouse)                                Invoice 120681
32277    - 00001                                           October 31, 2018

## Summary of Expenses

| Description | Amount |
|---|---|
| Legal Vision Atty Mess Service | $195.00 |
| Pacer - Court Research | $141.70 |
| Postage [E108] | $81.12 |
| Reproduction Expense [E101] | $286.20 |
| Reproduction/ Scan Copy | $144.60 |
| | $942.55 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277  - 00001

Page:     4
Invoice 120681
October 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2018 | LFC | AA | E-mail memos regarding Humboldt funds received and disbursed | 0.10 | 975.00 | $97.50 |
| 10/03/2018 | LFC | AA | Telephone conference and e-mail memos  with Paul Brent regarding Humboldt Funds | 0.10 | 975.00 | $97.50 |
| 10/08/2018 | LFC | AA | Prepare outline of oral argument for professional fee applications and proposed holdback amounts  .8  CP Review and analysis regarding Morrison & Foerster retainer | 0.40 | 975.00 | $390.00 |
| 10/11/2018 | JKH | AA | Office conferences, emails Linda F. Cantor regarding Morrison Foerster retainer, Marc Bell claim. | 0.40 | 925.00 | $370.00 |
| 10/11/2018 | LFC | AA | Telephone conference with Bradley Brook re: debtor books and records | 0.60 | 975.00 | $585.00 |
| 10/11/2018 | LFC | AA | Review corporate history (.4) and confer with Jim Hunter regarding retainer funds (.2) AA | 0.60 | 975.00 | $585.00 |
| 10/11/2018 | LFC | AA | Draft and review  e-mail and correspondence to Morrison & Foerster regarding retainer funds | 0.50 | 975.00 | $487.50 |
| 10/11/2018 | LFC | AA | Research and draft e-mail to counsel for Mark Bell Capital Partners regarding retainer funds | 0.30 | 975.00 | $292.50 |
| 10/11/2018 | LFC | AA | Telephone conference with Marc Bell regarding retainer funds and history of Penthouse entities | 0.40 | 975.00 | $390.00 |
| 10/15/2018 | LFC | AA | Confer with Beth Dassa regarding 2004 examination motion | 0.20 | 975.00 | $195.00 |
| 10/17/2018 | LFC | AA | Review ex parte application issues for 2004 exam motion  (.3) and confer with Beth Dassa regarding same (.2) | 0.50 | 975.00 | $487.50 |
| 10/17/2018 | LFC | AA | Telephone conference with Beth Young regarding ViceCoin Receivable | 0.20 | 975.00 | $195.00 |
| 10/18/2018 | LFC | AA | Telephone conference with Paul Brandt regarding 2004 exam | 0.10 | 975.00 | $97.50 |
| 10/18/2018 | LFC | AA | Review and revise draft 2004 motion and order | 0.40 | 975.00 | $390.00 |
| 10/18/2018 | LFC | AA | Telephone conference with David Gottlieb regarding 2004 motion | 0.20 | 975.00 | $195.00 |
| 10/18/2018 | LFC | AA | Telephone conferences with Beth Dassa (.2) and Jim Hunter (.1) regarding 2004 motion | 0.30 | 975.00 | $292.50 |
| 10/18/2018 | LFC | AA | Telephone conference with Paul Brandt regarding discovery matters | 0.20 | 975.00 | $195.00 |
| 10/18/2018 | LFC | AA | Review and consider ex parte / application for order shortening time on motion for 2004 examination (.3) and review e-mail memos from Alan Kornfeld and James Hunter regarding same  (.2) | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:     5

Invoice 120681

October 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2018 | LFC | AA | Review final version of motion, service matters and e-mail correspondence with Beth Dassa and Myra Kulick regarding motion and service | 0.60 | 975.00 | $585.00 |
| 10/24/2018 | LFC | AA | Telephone conference with Paul Brent regarding 2004 examination | 0.40 | 975.00 | $390.00 |
| 10/24/2018 | LFC | AA | Telephone conference with David K Gottlieb regarding 2004 examination | 0.20 | 975.00 | $195.00 |
| 10/24/2018 | LFC | AA | Review APA and discovery issues | 0.20 | 975.00 | $195.00 |
| 10/24/2018 | LFC | AA | Confer with James Hunter regarding Slaughter litigation (.1) and 2004 examination matters  (.2) | 0.30 | 975.00 | $292.50 |
| 10/29/2018 | LFC | AA | Address 2004 examination matters | 0.20 | 975.00 | $195.00 |
| 10/30/2018 | IAWN | AA | Exchange emails and telephone conferences with Paul Brent re stipulation | 0.30 | 925.00 | $277.50 |
| | | | | **8.20** | | **$7,960.00** |

## Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2018 | LFC | AD | E-mail memos with Rick Gruber regarding holdback amounts and reconciliation under APA | 0.30 | 975.00 | $292.50 |
| 10/01/2018 | LFC | AD | Confer with Jim Hunter regarding extrinsic evidence matters with respect to interpretation of APA | 0.30 | 975.00 | $292.50 |
| 10/01/2018 | LFC | AD | Analysis regarding subscription funds and asserted claims of buyer regarding prepayment of same | 0.80 | 975.00 | $780.00 |
| 10/01/2018 | LFC | AD | Review schedules of subscription income | 0.20 | 975.00 | $195.00 |
| 10/01/2018 | LFC | AD | Telephone conference with Beth Young regarding APA provisions | 0.10 | 975.00 | $97.50 |
| 10/01/2018 | LFC | AD | Draft Declarations for Adam Levin re:  APA intent | 0.20 | 975.00 | $195.00 |
| 10/01/2018 | RJG | AD | Assist L Cantor on issue relating to who's entitled to certain receivables. | 0.60 | 1025.00 | $615.00 |
| 10/05/2018 | JKH | AD | Emails, telephone conference, office conference with Linda F. Cantor regarding evidentiary objections and review documents, conference calls with Gottlieb and Bowser regarding same (1.5); Review response and office conference with Linda F. Cantor regarding same (.1); Office conference with Linda F. Cantor and telephone conference with Bowser regarding potential buyer issues, analyses of expenses, review of APA terms, obligations (1.7). | 3.30 | 925.00 | $3,052.50 |
| 10/05/2018 | LFC | AD | Review and update documents for purchaser regarding customer privacy policy and employee personal information | 0.40 | 975.00 | $390.00 |
| 10/08/2018 | JKH | AD | Office conferences with Linda F. Cantor, telephone conferences with Bowser and Brent and review | 1.60 | 925.00 | $1,480.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:   6
Invoice 120681
October 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | calendar, attachments in preparation for hearing regarding holdback (1.3); Office conference with Linda F. Cantor regarding assumption issues, Morrison retainer (.3). | | | |
| 10/09/2018 | JKH | AD | Conference with Linda F. Cantor, Gottlieb, Bowser regarding preparation for Holdback hearing, review email and attachment regarding same. | 0.70 | 925.00 | $647.50 |
| 10/10/2018 | JKH | AD | Office conference with Linda F. Cantor, regarding Holdback hearing, remaining issues. | 0.30 | 925.00 | $277.50 |
| | | | | 8.80 | | $8,315.00 |

## Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2018 | LFC | BL | Confer with Jim Hunter regarding evidentiary objections (.2) to Response to evidentiary objections (.2) | 0.40 | 975.00 | $390.00 |
| 10/05/2018 | LFC | BL | Draft Response to evidentiary objections | 0.20 | 975.00 | $195.00 |
| 10/15/2018 | BDD | BL | Confer with L. Cantor re 2004 Motion of WGCZ LTD., S.R.O | 0.10 | 375.00 | $37.50 |
| 10/15/2018 | BDD | BL | Work on 2004 Motion for Production of Documents from WGCZ LTD., S.R.O | 1.20 | 375.00 | $450.00 |
| 10/16/2018 | LFC | BL | Review files and e-mail memos  (.5) and revise 2004 Motion  and supporting declaration | 1.60 | 975.00 | $1,560.00 |
| 10/16/2018 | BDD | BL | Email L. Cantor re revised 2004 motion | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | JKH | BL | Emails from, to Beth D. Dassa regarding Buyer 2004 ex parte and search files regarding same. | 0.20 | 925.00 | $185.00 |
| 10/17/2018 | LFC | BL | Review and revise application for order shortening time and motion to compel production | 0.80 | 975.00 | $780.00 |
| 10/17/2018 | BDD | BL | Conferences with/emails to L. Cantor re 2004 motion for production of documents without hearing and on less than 21 days notice; legal research re same | 0.80 | 375.00 | $300.00 |
| 10/17/2018 | BDD | BL | Call with S. Kahn re Motion for 2004 Exam (w/o hearing) | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | BDD | BL | Email L. Cantor re motion for 2004 exam without hearing | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | BDD | BL | Email J. Hunter re motion for 2004 exam | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | BDD | BL | Revisions to 2004 motion for production of documents and preparation of ex parte application re same; email L. Cantor re same | 1.10 | 375.00 | $412.50 |
| 10/18/2018 | JKH | BL | Emails, telephone conference with Linda F. Cantor, emails, office conference with Beth D. Dassa regarding 2004 application, stipulation and search | 0.80 | 925.00 | $740.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | files review draft documents regarding same. | | | |
| 10/18/2018 | BDD | BL | Email L. Cantor re revised 2004 motion | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Preparation of order on 2004 motion; email L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 10/18/2018 | BDD | BL | Confer with J. Hunter re 2004 motion for production of documents; email re same | 0.20 | 375.00 | $75.00 |
| 10/18/2018 | BDD | BL | Email L. Cantor re stip/order in lieu of 2004 motion for production of documents | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Email M. Kulick re order on 2004 examination | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Email L. Cantor re subpoena attached as exhibit to 2004 order | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Preparation of subpoena re 2004 motion for production of documents; email L. Cantor re same | 0.30 | 375.00 | $112.50 |
| 10/18/2018 | BDD | BL | Email L. Cantor re filing of 2004 motion | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Confer with J. Hunter re finalized 2004 motion | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Revisions to 2004 Motion/Order/Subpoena per J. Hunter comments; email L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 10/18/2018 | BDD | BL | Email L. Cantor re service of 2004 motion | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | BL | Numerous emails to/from L. Cantor and M. Kulick re filing/service of 2004 motion | 0.50 | 375.00 | $187.50 |
| 10/23/2018 | JKH | BL | Emails from, to Gelbart, Gottlieb regarding Slaughter substitution and review same. | 0.20 | 925.00 | $185.00 |
| 10/24/2018 | JKH | BL | Office conference with Linda F. Cantor regarding Buyer 2004 issues, strategy. | 0.20 | 925.00 | $185.00 |
| 10/25/2018 | IAWN | BL | Office conference with Linda F Cantor re 2004 motion issues | 0.20 | 925.00 | $185.00 |
| 10/25/2018 | LFC | BL | Telephone conference with Paul Brent re discovery issues | 0.80 | 975.00 | $780.00 |
| 10/25/2018 | LFC | BL | Confer with Iain Nasatir regarding  discovery dispute | 0.20 | 975.00 | $195.00 |
| 10/25/2018 | LFC | BL | Further confer with Paul Brent regarding discovery | 0.30 | 975.00 | $292.50 |
| 10/25/2018 | LFC | BL | Telephone conference with David Gottlieb regarding discovery dispute | 0.20 | 975.00 | $195.00 |
| 10/26/2018 | IAWN | BL | Review 2004 motion and related documents, exchange emails and telephone calls with Paul Brent and Linda F Cantor re same | 2.70 | 925.00 | $2,497.50 |
| 10/26/2018 | LFC | BL | Telephone conference with Iain Nasatir regarding 2004 examination and protective order | 0.30 | 975.00 | $292.50 |
| 10/26/2018 | LFC | BL | Review e-mails and proposed language for protective order | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    8

Invoice 120681

October 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2018 | IAWN | BL | Work on stipulation on 2004 and revisions, exchange emails with Linda F Cantor re same | 2.20 | 925.00 | $2,035.00 |
| 10/31/2018 | IAWN | BL | Worked on stipulation, exchange emails and telephone calls with Paul Brent and Linda FCantor and client re same | 2.80 | 925.00 | $2,590.00 |
| | | | | **20.60** | | **$15,840.00** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2018 | LFC | CA | Draft Fourth Status Report | 0.80 | 975.00 | $780.00 |
| 10/04/2018 | LFC | CA | Revise status report and draft declaration in support thereof | 0.40 | 975.00 | $390.00 |
| 10/11/2018 | LFC | CA | Review Florida Department of State and responses | 0.50 | 975.00 | $487.50 |
| | | | | **1.70** | | **$1,657.50** |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2018 | LFC | CO | E-mail response to Rolling Dice inquiry regarding administrative claim bar date | 0.10 | 975.00 | $97.50 |
| 10/01/2018 | LFC | CO | Review Accounts Payable schedules | 0.30 | 975.00 | $292.50 |
| 10/01/2018 | BDD | CO | Call with "Sam" (wife of creditor de Carlo) re filling out POC form | 0.10 | 375.00 | $37.50 |
| 10/01/2018 | BDD | CO | Email to/conf with L. Cantor re administrative claims filed | 0.20 | 375.00 | $75.00 |
| 10/01/2018 | BDD | CO | Email to Chafik Lahzami re admin claims vs. POC | 0.20 | 375.00 | $75.00 |
| 10/03/2018 | BDD | CO | Email D. Stevenson re administrative claim | 0.10 | 375.00 | $37.50 |
| 10/08/2018 | LFC | CO | Review draft non-opposition to administrative bar date motion and proposed order | 0.20 | 975.00 | $195.00 |
| 10/08/2018 | BDD | CO | Email L. Cantor re admin claim requests | 0.10 | 375.00 | $37.50 |
| 10/08/2018 | BDD | CO | Preparation of order re Admin Claim Bar Date and Dec of Non Opp re same (.50); email L. Cantor re same (.10) | 0.60 | 375.00 | $225.00 |
| 10/08/2018 | BDD | CO | Email L. Cantor re Order/Dec re admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 10/10/2018 | BDD | CO | Email M. Kulick re Order/Dec Non Opp re admin claims bar date motion | 0.10 | 375.00 | $37.50 |
| 10/12/2018 | LFC | CO | E-mail correspondence with Rolling Dice and Mannassi regarding administrative claims | 0.20 | 975.00 | $195.00 |
| 10/15/2018 | LFC | CO | Draft response to Keith Whitworth correspondence | 0.10 | 975.00 | $97.50 |
| 10/15/2018 | LFC | CO | Review LA County bill invoice (.1), claims filed in cases (.2) and TC with bankruptcy representative at | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:      9

Invoice 120681

October 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | LA County tax collectors to suppress assessing lien against debtors  (.3) | | | |
| 10/15/2018 | BDD | CO | Email L. Cantor re sending bar date motion to LA County | 0.10 | 375.00 | $37.50 |
| 10/15/2018 | BDD | CO | Email L. Cantor re admin bar date order | 0.10 | 375.00 | $37.50 |
| 10/15/2018 | BDD | CO | Call to K. Ogier at BK court re admin bar date order | 0.10 | 375.00 | $37.50 |
| 10/16/2018 | LFC | CO | Telephone conference4 with LA County Treasurer Office regarding suppression of liens and potential administrative claim | 0.30 | 975.00 | $292.50 |
| 10/16/2018 | LFC | CO | Telephone conference with Paul Brent regarding administrative claims and access to debtors' books and records | 0.30 | 975.00 | $292.50 |
| 10/16/2018 | BDD | CO | Call to chambers re administrative claims bar date order | 0.10 | 375.00 | $37.50 |
| 10/16/2018 | BDD | CO | Email L. Cantor re administrative claims bar date order | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | LFC | CO | Telephone conferences with Beth Dassa (.1) and David Gottlieb (.1) regarding entry of court orders on administrative claims and professional fees | 0.20 | 975.00 | $195.00 |
| 10/18/2018 | BDD | CO | Email L. Cantor re administrative claims bar date order | 0.10 | 375.00 | $37.50 |
| 10/18/2018 | BDD | CO | Email D. Gottlieb re administrative claims bar date order | 0.10 | 375.00 | $37.50 |
| 10/19/2018 | BDD | CO | Call with K. Ogier at BK court re administrative bar date order | 0.10 | 375.00 | $37.50 |
| 10/19/2018 | BDD | CO | Email L. Cantor re entry of administrative claims bar date order | 0.10 | 375.00 | $37.50 |
| 10/22/2018 | BDD | CO | Work on service of Notice to File Chapter 11 Admin claims; emails M. Kulick re eame | 0.80 | 375.00 | $300.00 |
| 10/22/2018 | BDD | CO | Email John Kelly (creditor) re filing amended proof of claim | 0.10 | 375.00 | $37.50 |
| 10/23/2018 | BDD | CO | Email L. Cantor re Arash Zadeh admin claim | 0.10 | 375.00 | $37.50 |
| 10/23/2018 | BDD | CO | Email Arash (creditor) re instructions on filing admin claim | 0.10 | 375.00 | $37.50 |
| 10/29/2018 | BDD | CO | Email creditor Jason Bekoski re instructions to file admin claim | 0.10 | 375.00 | $37.50 |
| | | | | 5.90 | | $3,592.50 |

## Compensation Prof. [B160]

| 10/01/2018 | LFC | CP | Penthouse Review UST Objections to fee applications | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
Gottlieb, David (Penthouse)                                         Invoice 120681
32277   - 00001                                                    October 31, 2018

| Date | | | | Hours | Rate | Amount |
|------|------|------|------|-------|------|--------|
| 10/01/2018 | LFC | CP | Draft Response setting forth hold-back proposals in response to objections by UST and WGCZ Ltd. including declarations of David Gottlieb and Walter Bowser | 4.50 | 975.00 | $4,387.50 |
| 10/02/2018 | LFC | CP | Review Debtor's counsel's Reply to UST and WGCZ Ltd. | 0.10 | 975.00 | $97.50 |
| 10/02/2018 | LFC | CP | Review and finalize Response re holdback amounts | 0.30 | 975.00 | $292.50 |
| 10/04/2018 | LFC | CP | Review Supplemental Opposition and Evidentiary Objections | 0.30 | 975.00 | $292.50 |
| 10/04/2018 | LFC | CP | Outline response to objections | 0.40 | 975.00 | $390.00 |
| 10/08/2018 | LFC | CP | Further review updated claim analysis and outline of oral argument regarding fee applications | 1.60 | 975.00 | $1,560.00 |
| 10/09/2018 | LFC | CP | Travel to and attend hearings on professional fee applications and status report | 4.20 | 975.00 | $4,095.00 |
| 10/10/2018 | LFC | CP | Review revised distribution analysis | 0.20 | 975.00 | $195.00 |
| 10/10/2018 | LFC | CP | Prepare draft Order approving first interim fee applications | 0.80 | 975.00 | $780.00 |
| 10/17/2018 | BDD | CP | Call with Kathy from BK court re fee order | 0.10 | 375.00 | $37.50 |
| 10/17/2018 | BDD | CP | Email L. Cantor re fee order | 0.10 | 375.00 | $37.50 |
| 10/19/2018 | BDD | CP | Email L. Cantor re fee order | 0.10 | 375.00 | $37.50 |
| | | | | **12.80** | | **$12,300.00** |

### Comp. of Prof./Others

| Date | | | | Hours | Rate | Amount |
|------|------|------|------|-------|------|--------|
| 10/02/2018 | BDD | CPO | Email L. Cantor re replies to objections to fee applications | 0.10 | 375.00 | $37.50 |
| 10/10/2018 | BDD | CPO | Confer with L. Cantor (and email re same) re order on interim fee applications | 0.20 | 375.00 | $75.00 |
| 10/22/2018 | BDD | CPO | Call to clerk re fee order | 0.10 | 375.00 | $37.50 |
| 10/22/2018 | BDD | CPO | Email L. Cantor re fee order | 0.10 | 375.00 | $37.50 |
| 10/22/2018 | BDD | CPO | Email D. Gottlieb re fee order | 0.10 | 375.00 | $37.50 |
| 10/23/2018 | BDD | CPO | Emails D. Gottlieb re status of fee order | 0.20 | 375.00 | $75.00 |
| 10/23/2018 | BDD | CPO | Call with M. Ross re fee order | 0.20 | 375.00 | $75.00 |
| 10/23/2018 | BDD | CPO | Email L. Cantor re call with M. Ross | 0.10 | 375.00 | $37.50 |
| 10/24/2018 | BDD | CPO | Email D. Gottlieb re fee order | 0.10 | 375.00 | $37.50 |
| 10/25/2018 | BDD | CPO | Email D. Gottlieb re entered fee order | 0.10 | 375.00 | $37.50 |
| | | | | **1.30** | | **$487.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    11

Invoice 120681

October 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 10/02/2018 | LFC | LN | Email correspondence with debtors' counsel, Trustee and James Hunter regarding Slaughter litigation and determination as to future action | 0.40 | 975.00 | $390.00 |
| 10/03/2018 | JKH | LN | Telephone conferences with Linda F. Cantor, Gelbart, conference call with Gottlieb, Linda F. Cantor regarding Slaughter litigation, status report, case analysis (1.2); Review filed, docket regarding same (.4). | 1.60 | 925.00 | $1,480.00 |
| 10/03/2018 | LFC | LN | Address Slaughter lawsuit status filing and next steps | 0.40 | 975.00 | $390.00 |
| 10/04/2018 | JKH | LN | Office conference with Linda F. Cantor regarding Slaughter case substitution (.1); Email from Gottlieb, telephone conference with Gelbart regarding same (.2). | 0.30 | 925.00 | $277.50 |
| 10/04/2018 | LFC | LN | Address Slaughter litigation matters | 0.50 | 975.00 | $487.50 |
| 10/09/2018 | JKH | LN | Emails from, to Gelbart regarding Slaughter case status, substitution, conflict check. | 0.20 | 925.00 | $185.00 |
| 10/10/2018 | JKH | LN | Emails, office conference with Aaron Bonn regarding Slaughter conflict check. | 0.20 | 925.00 | $185.00 |
| 10/24/2018 | JKH | LN | Email Gelbart substitution and office conference with Linda F. Cantor regarding contacting Slaughter. | 0.20 | 925.00 | $185.00 |
|  |  |  |  | 3.80 |  | $3,580.00 |
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 10/11/2018 | JJK | PD | Emails Cantor re plan matters and review docket/filings for DS updates. | 0.30 | 775.00 | $232.50 |
| 10/12/2018 | JJK | PD | Emails Cantor on DS updates; revise DS for updates. | 2.50 | 775.00 | $1,937.50 |
| 10/12/2018 | LFC | PD | Confer with JJK regarding updated disclosure statement | 0.20 | 975.00 | $195.00 |
| 10/12/2018 | LFC | PD | Review and analysis regarding plan and liquidation analysis | 0.40 | 975.00 | $390.00 |
| 10/15/2018 | LFC | PD | Review and revise updated disclosure statement draft | 0.60 | 975.00 | $585.00 |
|  |  |  |  | 4.00 |  | $3,340.00 |
| **Ret. of Prof./Other** | | | | | | |
| 10/24/2018 | LFC | RPO | Confer with Bradley Brook regarding retention | 0.10 | 975.00 | $97.50 |
| 10/25/2018 | BDD | RPO | Email B. Brook re retention re avoidance actions/causes of action against third parties and objections to adminsitrative claims | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    12

Invoice 120681

October 31, 2018

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 10/26/2018 | BDD | RPO | Email B. Brook re retention application | 0.10 | 375.00 | $37.50 |
| 10/29/2018 | LFC | RPO | Review Bradley Brook retention matters | 0.30 | 975.00 | $292.50 |
| 10/29/2018 | BDD | RPO | Email B. Brook re retention application | 0.10 | 375.00 | $37.50 |
| 10/29/2018 | BDD | RPO | Email L. Cantor re hourly v. contingency amounts re B. Brook retention | 0.10 | 375.00 | $37.50 |
| 10/29/2018 | BDD | RPO | Email B. Brook re retention application | 0.10 | 375.00 | $37.50 |
| 10/30/2018 | BDD | RPO | Preparation of B. Brook retention application and declaration of B. Brook ISO application | 1.90 | 375.00 | $712.50 |
| 10/30/2018 | BDD | RPO | Email M. Kulick re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| 10/30/2018 | BDD | RPO | Email L. Cantor re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| | | | | 3.00 | | $1,365.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$58,437.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:    13
Gottlieb, David (Penthouse)                                         Invoice 120681
32277    - 00001                                                    October 31, 2018

_____

### **Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 08/10/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 7.00 |
| 08/17/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 5.17 |
| 08/28/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 7.27 |
| 08/29/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 9.48 |
| 10/01/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/02/2018 | FE | Federal Express [E108] 773381770620 | 9.53 |
| 10/02/2018 | FE | 32277.00001 FedEx Charges for 10-02-18 | 9.53 |
| 10/02/2018 | PO | 32277.00001 :Postage Charges for 10-02-18 | 6.52 |
| 10/02/2018 | RE | ( 42 @0.20 PER PG) | 8.40 |
| 10/02/2018 | RE | ( 168 @0.20 PER PG) | 33.60 |
| 10/02/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/02/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/03/2018 | PO | 32277.00001 :Postage Charges for 10-03-18 | 1.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    14
Gottlieb, David (Penthouse)                                         Invoice 120681
32277    - 00001                                                   October 31, 2018

| | | | |
|---|---|---|---|
| 10/04/2018 | FE | 32277.00001 FedEx Charges for 10-04-18 | 9.53 |
| 10/04/2018 | RE | ( 32 @0.20 PER PG) | 6.40 |
| 10/04/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/04/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/04/2018 | RE2 | SCAN/COPY ( 174 @0.10 PER PG) | 17.40 |
| 10/04/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/04/2018 | RE2 | SCAN/COPY ( 296 @0.10 PER PG) | 29.60 |
| 10/04/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/04/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/04/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/04/2018 | RE2 | SCAN/COPY ( 98 @0.10 PER PG) | 9.80 |
| 10/04/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/04/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/05/2018 | FE | 32277.00001 FedEx Charges for 10-05-18 | 26.85 |

Pachulski Stang Ziehl & Jones LLP                              Page:     15
Gottlieb, David (Penthouse)                                    Invoice 120681
32277    - 00001                                              October 31, 2018

---

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/05/2018 | PO | 32277.00001 :Postage Charges for 10-05-18 | 2.72 |
| 10/05/2018 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 10/05/2018 | RE | ( 48 @0.20 PER PG) | 9.60 |
| 10/08/2018 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 10/08/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/08/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/08/2018 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 10/09/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/10/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 10/10/2018 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    16
Gottlieb, David (Penthouse)                                          Invoice 120681
32277    - 00001                                                     October 31, 2018

| | | | |
|---|---|---|---|
| 10/10/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/10/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/11/2018 | FE | 32277.00001 FedEx Charges for 10-11-18 | 9.57 |
| 10/11/2018 | LV | Legal Vision Atty/Mess. Service- Inv. 03518, San Fernando Bankruptcy Court, BDD | 65.00 |
| 10/11/2018 | PO | 32277.00001 :Postage Charges for 10-11-18 | 1.57 |
| 10/11/2018 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 10/11/2018 | RE | ( 21 @0.20 PER PG) | 4.20 |
| 10/11/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/11/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/12/2018 | PO | 32277.00001 :Postage Charges for 10-12-18 | 0.94 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    17
Gottlieb, David (Penthouse)                                         Invoice 120681
32277    - 00001                                                    October 31, 2018

| Date | | Description | Amount |
|------|------|------|------|
| 10/15/2018 | PO | 32277.00001 :Postage Charges for 10-15-18 | 0.47 |
| 10/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2018 | RE2 | SCAN/COPY ( 103 @0.10 PER PG) | 10.30 |
| 10/15/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/17/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/17/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/18/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court, BDD | 65.00 |
| 10/18/2018 | PO | 32277.00001 :Postage Charges for 10-18-18 | 67.80 |
| 10/18/2018 | RE | ( 195 @0.20 PER PG) | 39.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    18
Gottlieb, David (Penthouse)                                         Invoice 120681
32277    - 00001                                                    October 31, 2018

| | | | |
|---|---|---|---|
| 10/18/2018 | RE | ( 690 @0.20 PER PG) | 138.00 |
| 10/18/2018 | RE | ( 195 @0.20 PER PG) | 39.00 |
| 10/18/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/18/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/18/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/18/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/18/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/18/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/18/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/19/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/19/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/22/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court, BDD | 65.00 |
| 10/22/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/22/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    19
Gottlieb, David (Penthouse)                                         Invoice 120681
32277    - 00001                                                   October 31, 2018

| | | | |
|---|---|---|---|
| 10/23/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/25/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/29/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/31/2018 | PAC | Pacer - Court Research | 141.70 |
| 10/31/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

**Total Expenses for this Matter**                                  **$942.55**

Pachulski Stang Ziehl & Jones LLP

Page:    20

Gottlieb, David (Penthouse)

Invoice 120681

32277    - 00001

October 31, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered          10/31/2018
through

| | |
|---|---|
| Total Fees | $58,437.50 |
| Chargeable costs and disbursements | $942.55 |
| Total Due on Current Invoice..................... | $59,380.05 |

Outstanding Balance from prior Invoices as          10/31/2018          **(May not reflect recent payments)**
of

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |

**Total Amount Due on Current and Prior Invoices**                    $434,257.73

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

November 30, 2018
Invoice    121173
Client     32277
Matter     00001
**LFC**

RE:  Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2018

| | |
|---|---:|
| FEES | $30,692.50 |
| EXPENSES | $1,070.46 |
| **TOTAL CURRENT CHARGES** | **$31,762.96** |
| **BALANCE FORWARD** | **$434,257.73** |
| **TOTAL BALANCE DUE** | **$466,020.69** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    2

Invoice 121173

November 30, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 4.90 | $4,747.50 |
| BL | Bankruptcy Litigation [L430] | 13.20 | $12,210.00 |
| CO | Claims Admin/Objections[B310] | 8.90 | $3,757.50 |
| LN | Litigation (Non-Bankruptcy) | 5.20 | $4,870.00 |
| RP | Retention of Prof. [B160] | 6.90 | $5,107.50 |
| | | 39.10 | $30,692.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 10.90 | $4,087.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 13.20 | $12,210.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 4.60 | $4,255.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 10.40 | $10,140.00 |
| | | | | 39.10 | $30,692.50 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| CourtLink | $0.71 |
| Federal Express [E108] | $18.84 |
| Incoming Faxes [E104] | $1.20 |
| Legal Vision Atty Mess Service | $94.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00001

Page:      3
Invoice 121173
November 30, 2018

## Summary of Expenses

| Description | Amount |
|---|---|
| Outside Services | $793.55 |
| Pacer - Court Research | $138.50 |
| Postage [E108] | $4.76 |
| Reproduction Expense [E101] | $11.40 |
| Reproduction/ Scan Copy | $7.00 |
| | $1,070.46 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00001

Page:    4
Invoice 121173
November 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 11/05/2018 | LFC | AA | Confer with Iain Nasatir regarding 2004 examination stipulation with World Media | 0.20 | 975.00 | $195.00 |
| 11/06/2018 | LFC | AA | Review Committee counsel notes regarding potential fraudulent transfers | 0.10 | 975.00 | $97.50 |
| 11/07/2018 | LFC | AA | Review revised 2004 examination stipulation | 0.20 | 975.00 | $195.00 |
| 11/07/2018 | LFC | AA | Review and outline transfers by and among Penthouse entities and retainer funds ownership | 1.50 | 975.00 | $1,462.50 |
| 11/07/2018 | LFC | AA | Confer with James Hunter regarding retainer funds ownership | 0.30 | 975.00 | $292.50 |
| 11/08/2018 | JKH | AA | Emails, office conferences with Linda F. Cantor regarding Morrison, Foerster retainer status, strategy. | 0.50 | 925.00 | $462.50 |
| 11/08/2018 | LFC | AA | Draft memorandum regarding retainer funds to Morrison & Foerster | 0.40 | 975.00 | $390.00 |
| 11/09/2018 | LFC | AA | Telephone conference with FriendFinder counsel regarding rights to retainer funds and e-mail memo outlining same | 0.40 | 975.00 | $390.00 |
| 11/12/2018 | JKH | AA | Emails Linda F. Cantor, Gottlieb, office conference with Linda F. Cantor regarding Friendfinde retainer issue resolution. | 0.10 | 925.00 | $92.50 |
| 11/12/2018 | LFC | AA | E-mail correspondence with FFN counsel and CEO regarding retainer funds and follow-up with chapter 11 trustee | 0.30 | 975.00 | $292.50 |
| 11/15/2018 | LFC | AA | Telephone conference with Paul Brent regarding discovery | 0.20 | 975.00 | $195.00 |
| 11/16/2018 | LFC | AA | Review discovery matters | 0.20 | 975.00 | $195.00 |
| 11/19/2018 | LFC | AA | Review and comment on proposed stipulation by WCGZ SRO | 0.30 | 975.00 | $292.50 |
| 11/20/2018 | LFC | AA | Review revised stipulation and provide comments to Iain re: 2004 examination of buyer | 0.20 | 975.00 | $195.00 |
| | | | | **4.90** | | **$4,747.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/02/2018 | IAWN | BL | Exchanged emails and telephone conferences with Paul Brent re stipulations on 2004, with client and Linda F Cantor re same, revised and commented on stipulations | 1.40 | 925.00 | $1,295.00 |
| 11/07/2018 | IAWN | BL | Review stipulations and redline re 2004, exchange emails and telephone conferences with Paul Brent re same | 1.20 | 925.00 | $1,110.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00001

Page:    5
Invoice 121173
November 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2018 | IAWN | BL | Exchange telephone conferences with Paul Brent | 0.20 | 925.00 | $185.00 |
| 11/15/2018 | IAWN | BL | Exchange emails and telephone calls with Linda F Cantor and Paul Brent re stipulation on 2004, arrange for service of 2004 for notice purposes | 1.00 | 925.00 | $925.00 |
| 11/16/2018 | IAWN | BL | Office conference with Linda F Cantor re organizing claims, plan, objections to world claim | 0.50 | 925.00 | $462.50 |
| 11/17/2018 | IAWN | BL | Exchange voicemails and telephone conferences with Paul Brent re stipulation | 0.20 | 925.00 | $185.00 |
| 11/19/2018 | IAWN | BL | Exchange emails and telephone conferences with Paul Brent and Linda F Cantor, worked on stipulation and revised and sent out to Paul Brent | 3.40 | 925.00 | $3,145.00 |
| 11/20/2018 | IAWN | BL | Exchange emails and telephone conferences with Paul Brent and Linda F Cantor and David K Gottlieb re stipulation, review and revise stipulations, exchange emails and telephone conferences with Paul Brent re objections and email errors | 2.60 | 925.00 | $2,405.00 |
| 11/21/2018 | IAWN | BL | Exchange emails and telephone conferences with Paul Brent re Quickbooks and stipulation, exchange emails and telephone conferences with Linda F Cantor re Quickbooks, finalize stipulation | 1.80 | 925.00 | $1,665.00 |
| 11/28/2018 | IAWN | BL | Exchange emails and telephone calls re Quickbooks | 0.30 | 925.00 | $277.50 |
| 11/29/2018 | IAWN | BL | Exchange emails and telephone conference with Linda F Cantor re vice.org, review file and pull related materials | 0.60 | 925.00 | $555.00 |
| | | | | 13.20 | | $12,210.00 |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/2018 | BDD | CO | Email creditor, John Kelley re admin claim | 0.10 | 375.00 | $37.50 |
| 11/06/2018 | BDD | CO | Research all claims registers and lead docket re Metropolitan Lumber; call with/emails to L. Cantor re same | 0.70 | 375.00 | $262.50 |
| 11/06/2018 | BDD | CO | Review all filed admin claims to date; email L. Cantor re same | 0.80 | 375.00 | $300.00 |
| 11/06/2018 | BDD | CO | Follow up email to John Kelley re admin claim | 0.10 | 375.00 | $37.50 |
| 11/07/2018 | BDD | CO | Email L. Cantor re Williams, Babbit & Weisman request for notice of admin bar date | 0.10 | 375.00 | $37.50 |
| 11/07/2018 | BDD | CO | Email N. Campos (Williams, Babbit & Weisman) re request for notice of admin bar date | 0.10 | 375.00 | $37.50 |
| 11/09/2018 | BDD | CO | Email F. Tobias at Dennemeyer re filing admin claim | 0.10 | 375.00 | $37.50 |
| 11/13/2018 | BDD | CO | Review all administrative claims filed today and prepare spreadsheet re same (1.2); email L. Cantor | 1.30 | 375.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      6

Gottlieb, David (Penthouse)

Invoice 121173

32277   - 00001

November 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | re same (.10) | | | |
| 11/15/2018 | BDD | CO | Research creditor information for I. Nasatir; email L. Cantor and I. Nasatir re same | 0.20 | 375.00 | $75.00 |
| 11/20/2018 | LFC | CO | Review administrative claims filed | 0.10 | 975.00 | $97.50 |
| 11/20/2018 | BDD | CO | Email L. Cantor re creditor call | 0.10 | 375.00 | $37.50 |
| 11/20/2018 | BDD | CO | Call with T. Bullard, creditor re status of admin claims | 0.20 | 375.00 | $75.00 |
| 11/20/2018 | BDD | CO | Email creditor Matteo Varga re admin claim | 0.10 | 375.00 | $37.50 |
| 11/20/2018 | BDD | CO | Call with creditor, Debby Cherry, re claims status | 0.20 | 375.00 | $75.00 |
| 11/26/2018 | LFC | CO | Review administrative claim charts | 0.30 | 975.00 | $292.50 |
| 11/26/2018 | BDD | CO | Update amin claims spreadsheet; email L. Cantor re same | 0.80 | 375.00 | $300.00 |
| 11/26/2018 | BDD | CO | Review all filed claims and admin claims and further update chart re same (.6); conference with and email to L. Cantor re same (.1) | 0.70 | 375.00 | $262.50 |
| 11/27/2018 | LFC | CO | Penthouse Review schedules of administrative and priority claims and confer with Beth Dassa regarding claims analysis | 0.30 | 975.00 | $292.50 |
| 11/27/2018 | BDD | CO | Further revisions to claims charts (admin and other priority claims) per L. Cantor request; email L. Cantor re same | 1.40 | 375.00 | $525.00 |
| 11/27/2018 | BDD | CO | Preparation of new version of chart re priority claim amounts; email L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 11/27/2018 | BDD | CO | Further review of all filed/scheduled claims, including all priority and admin; update chart re same; email L. Cantor re same | 0.70 | 375.00 | $262.50 |
| | | | | 8.90 | | $3,757.50 |

## Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/04/2018 | JKH | LN | Emails from, to Linda F. Cantor regarding Metropolitan order to show cause and review documents regarding same. | 0.20 | 925.00 | $185.00 |
| 11/05/2018 | JKH | LN | Office conference, email from Linda F. Cantor regarding Metropolitan order to show cause, strategy. | 0.40 | 925.00 | $370.00 |
| 11/05/2018 | LFC | LN | Confer with Jim Hunter regarding Metropolitan Lumber action and substitution of counsel issues | 0.20 | 975.00 | $195.00 |
| 11/05/2018 | LFC | LN | E-mail and call to plaintiff's counsel regarding Metropolitan Lumber action | 0.10 | 975.00 | $97.50 |
| 11/06/2018 | JKH | LN | Office conference with Linda F. Cantor regarding Metropolitan Lumber call, substitution, proof of | 0.30 | 925.00 | $277.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:     7

Invoice 121173

November 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claim issues. | | | |
| 11/06/2018 | LFC | LN | Review Metropolitan Lumber action and review claim register for call with counsel | 0.30 | 975.00 | $292.50 |
| 11/06/2018 | LFC | LN | Review Slaughter action complaint and cross-claims in connection with dismissal of estate action and potential amendment of complaint | 0.30 | 975.00 | $292.50 |
| 11/12/2018 | JKH | LN | Review docket, pleadings regarding Slaughter dismissal, research, telephone conferences with Gelbard, Wong and Dermer regarding same and prepare request for dismissal (.7); Emails, office conferences with Linda F. Cantor regarding Metropolitan, Slaughter counter-claim (.3). | 1.00 | 925.00 | $925.00 |
| 11/13/2018 | JKH | LN | Emails from, to, telephone conference with Wong regarding status report, dismissal (.4); Email from Linda F. Cantor regarding Metropolitan Hardware response (.1). | 0.50 | 925.00 | $462.50 |
| 11/13/2018 | LFC | LN | E-mail correspondence to trustee and General Media Communications counsel regarding pending Metropolitan Lumber lawsuit | 0.20 | 975.00 | $195.00 |
| 11/16/2018 | JKH | LN | Research, preparation of Request for Dismissal of Slaughter case and email counsel regarding same. | 0.70 | 925.00 | $647.50 |
| 11/27/2018 | JKH | LN | Email Slaughter counsel regarding request for dismissal lack of response (.1); Emails from, to Dermer, Gottlieb, Linda F. Cantor and office conference with Linda F. Cantor, Gottlieb regarding Dermer response (.3). | 0.40 | 925.00 | $370.00 |
| 11/27/2018 | LFC | LN | Confer with Jim Hunter regarding Slaughter litigation / proposed assignment of claims and e-mail memos regarding same | 0.10 | 975.00 | $97.50 |
| 11/28/2018 | JKH | LN | Emails from, to Dermer regarding Slaughter dismissal and office conference with Linda F. Cantor, telephone conference with Gottlieb regarding response. | 0.40 | 925.00 | $370.00 |
| 11/29/2018 | JKH | LN | Email Dermer regarding response to Slaughter claim solicitation. | 0.10 | 925.00 | $92.50 |
| | | | | 5.20 | | $4,870.00 |

### Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2018 | LFC | RP | Review and revise application to retain Law Firm of Bradley Brook | 1.50 | 975.00 | $1,462.50 |
| 11/05/2018 | BDD | RP | Email L. Cantor re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| 11/06/2018 | BDD | RP | Email L. Cantor re Pryor Cashman employment application (re pending lawsuits0 | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    8

Invoice 121173

November 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2018 | BDD | RP | Confer with L. Cantor re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| 11/07/2018 | BDD | RP | Preparation of B. Brook declaration ISO retention application (.80); email L. Cantor re same (.10) | 0.90 | 375.00 | $337.50 |
| 11/08/2018 | LFC | RP | Review and revise declaration of Bradley Brook regarding retention by estate | 0.40 | 975.00 | $390.00 |
| 11/12/2018 | LFC | RP | Review and revise application to retain Bradley Brook and review and comment regarding retention agreements | 1.60 | 975.00 | $1,560.00 |
| 11/14/2018 | LFC | RP | Review revisions to Bradley Brook retention agreements and address outstanding issues | 0.30 | 975.00 | $292.50 |
| 11/14/2018 | BDD | RP | Research information re draw down of retainers and email L. Cantor re same | 0.40 | 375.00 | $150.00 |
| 11/14/2018 | BDD | RP | Email L. Cantor re draw down of fees | 0.10 | 375.00 | $37.50 |
| 11/14/2018 | BDD | RP | Email L. Cantor re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| 11/15/2018 | LFC | RP | Call with Bradley Brook | 0.40 | 975.00 | $390.00 |
| 11/15/2018 | BDD | RP | Revisions to B. Brook retention application and declaration re same | 0.80 | 375.00 | $300.00 |
| 11/19/2018 | BDD | RP | Email L. Cantor re B. Brook retention application | 0.10 | 375.00 | $37.50 |
| | | | | **6.90** | | **$5,107.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$30,692.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:      9
Gottlieb, David (Penthouse)                                         Invoice 121173
32277    - 00001                                                   November 30, 2018

## **Expenses**

| | | | |
|---|---|---|---|
| 10/22/2018 | IF | Incoming Faxes [E104] | 0.60 |
| 10/22/2018 | OS | Legal Vision Group, Inv. 03634, L. Sneed | 793.55 |
| 11/02/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/07/2018 | PO | 32277.00001 :Postage Charges for 11-07-18 | 4.76 |
| 11/07/2018 | RE | ( 49 @0.20 PER PG) | 9.80 |
| 11/08/2018 | CL | 32277.00001 CourtLink charges for 11-08-18 | 0.71 |
| 11/08/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/14/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/15/2018 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 11/15/2018 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 11/16/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/16/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/16/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                            Page:    10
Gottlieb, David (Penthouse)                                 Invoice 121173
32277    - 00001                                            November 30, 2018

_____

| 11/19/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/20/2018 | IF | Incoming Faxes [E104] | 0.60 |
| 11/21/2018 | LV | Legal Vision Atty/Mess. Service- Inv. 03988, Messenger- Manassi IT Solutions, Janice | 94.50 |
| 11/26/2018 | FE | 32277.00001 FedEx Charges for 11-26-18 | 9.42 |
| 11/26/2018 | FE | 32277.00001 FedEx Charges for 11-26-18 | 9.42 |
| 11/26/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/30/2018 | PAC | Pacer - Court Research | 138.50 |

**Total Expenses for this Matter**                          **$1,070.46**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    11

Invoice 121173

November 30, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered          11/30/2018
through

| | |
|---|---|
| Total Fees | $30,692.50 |
| Chargeable costs and disbursements | $1,070.46 |
| Total Due on Current Invoice..................... | $31,762.96 |

Outstanding Balance from prior Invoices as    11/30/2018    **(May not reflect recent payments)**
of

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |
| 120681 | 10/31/2018 | $58,437.50 | $942.55 | $59,380.05 |

**Total Amount Due on Current and Prior Invoices**                          $466,020.69

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

December 31, 2018
Invoice    121174
Client    32277
Matter    00001
**LFC**

RE:   Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2018

| | |
|---|---|
| FEES | $9,050.00 |
| EXPENSES | $63.91 |
| **TOTAL CURRENT CHARGES** | **$9,113.91** |
| **BALANCE FORWARD** | **$466,020.69** |
| **TOTAL BALANCE DUE** | **$475,134.60** |

Pachulski Stang Ziehl & Jones LLP                                Page:        2
Gottlieb, David (Penthouse)                                     Invoice 121174
32277    - 00001                                                December 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 4.30 | $4,192.50 |
| BL | Bankruptcy Litigation [L430] | 2.00 | $1,850.00 |
| CA | Case Administration [B110] | 2.00 | $1,950.00 |
| CO | Claims Admin/Objections[B310] | 0.90 | $872.50 |
| LN | Litigation (Non-Bankruptcy) | 0.20 | $185.00 |
| | | 9.40 | $9,050.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 2.10 | $1,942.50 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 0.20 | $185.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 7.10 | $6,922.50 |
| | | | | 9.40 | $9,050.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $9.31 |
| Pacer - Court Research | $46.20 |
| Postage [E108] | $1.10 |
| Reproduction/ Scan Copy | $7.30 |
| | $63.91 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:      3

Invoice 121174

December 31, 2018

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:    4

Invoice 121174

December 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 12/11/2018 | LFC | AA | Research and analysis re Vice Coin receivable | 1.30 | 975.00 | $1,267.50 |
| 12/12/2018 | LFC | AA | Research Vice Coin matters and draft memorandum regarding recovery options and issues | 2.70 | 975.00 | $2,632.50 |
| 12/20/2018 | LFC | AA | Penthouse Conference call with Paul Brent regarding Penthouse World claims and 2004 examination | 0.30 | 975.00 | $292.50 |
| | | | | **4.30** | | **$4,192.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 12/04/2018 | IAWN | BL | Exchange emails with Linda F Cantor re Playboy complaint, pull documents for trustee re same | 0.40 | 925.00 | $370.00 |
| 12/11/2018 | IAWN | BL | Exchange emails and office conferences with Linda F Cantor re Bitcoin value | 0.10 | 925.00 | $92.50 |
| 12/11/2018 | IAWN | BL | Exchange emails with Linda F Cantor and trustee re password protected files and Kelly Holland lawsuit | 0.20 | 925.00 | $185.00 |
| 12/12/2018 | IAWN | BL | Exchange emails and telephone calls with Linda F Cantor and David K Gottlieb and Paul Brent re 2004 documents | 0.50 | 925.00 | $462.50 |
| 12/12/2018 | IAWN | BL | Exchange emails and office conferenxces with Linda F Cantor re Bitcoin summary value | 0.40 | 925.00 | $370.00 |
| 12/17/2018 | IAWN | BL | Exchange emails with Walter Bowser, Linda F Cantor re 2004 documents and 5th status report | 0.20 | 925.00 | $185.00 |
| 12/18/2018 | IAWN | BL | Review Walter Bowser email | 0.10 | 925.00 | $92.50 |
| 12/18/2018 | IAWN | BL | Exchange emails with Paul Brent and David K Gottlieb re 2004 access | 0.10 | 925.00 | $92.50 |
| | | | | **2.00** | | **$1,850.00** |
| **Case Administration [B110]** | | | | | | |
| 12/17/2018 | LFC | CA | Draft Fifth status report | 1.50 | 975.00 | $1,462.50 |
| 12/18/2018 | LFC | CA | Finalize fifth status report | 0.30 | 975.00 | $292.50 |
| 12/20/2018 | LFC | CA | Conference call with Hamid Rafatjoo regarding case strategy and committee position | 0.20 | 975.00 | $195.00 |
| | | | | **2.00** | | **$1,950.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 12/06/2018 | IAWN | CO | Exchange emails with Linda F Cantor re Bitcoin claim | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    5

Invoice 121174

December 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2018 | LFC | CO | Review and analyze claim and exit strategy | 0.80 | 975.00 | $780.00 |
|  |  |  |  | **0.90** |  | **$872.50** |

### Litigation (Non-Bankruptcy)

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2018 | JKH | LN | Telephone conference with Wong regarding Slaughter status report status. | 0.10 | 925.00 | $92.50 |
| 12/04/2018 | JKH | LN | Review Slaughter status report. | 0.10 | 925.00 | $92.50 |
|  |  |  |  | **0.20** |  | **$185.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                **$9,050.00**

Pachulski Stang Ziehl & Jones LLP                                        Page:      6
Gottlieb, David (Penthouse)                                             Invoice 121174
32277    - 00001                                                        December 31, 2018

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/11/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/18/2018 | FE | 32277.00001 FedEx Charges for 12-18-18 | 9.31 |
| 12/18/2018 | PO | 32277.00001 :Postage Charges for 12-18-18 | 1.10 |
| 12/18/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/18/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/18/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/31/2018 | PAC | Pacer - Court Research | 46.20 |

**Total Expenses for this Matter**                                      **$63.91**

Pachulski Stang Ziehl & Jones LLP                                Page:       7
Gottlieb, David (Penthouse)                                     Invoice 121174
32277    - 00001                                                December 31, 2018

---

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered            12/31/2018
through

Total Fees                                                      $9,050.00

Chargeable costs and disbursements                               $63.91

Total Due on Current Invoice....................                 $9,113.91

Outstanding Balance from prior Invoices as      12/31/2018    **(May not reflect recent payments)**
of

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |
| 120681 | 10/31/2018 | $58,437.50 | $942.55 | $59,380.05 |
| 121173 | 11/30/2018 | $30,692.50 | $1,070.46 | $31,762.96 |

**Total Amount Due on Current and Prior Invoices**                $475,134.60

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

January 31, 2019
Invoice   122829
Client   32277
Matter   00001
**LFC**

RE:  Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2019

| | |
|---|---:|
| FEES | $10,655.50 |
| EXPENSES | $682.24 |
| **TOTAL CURRENT CHARGES** | **$11,337.74** |
| **BALANCE FORWARD** | **$501,604.89** |
| **A/R Adjustments** | **-$12,929.87** |
| **TOTAL BALANCE DUE** | **$500,012.76** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    2

Invoice 122829

January 31, 2019

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 395.00 | 1.40 | $553.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 975.00 | 0.40 | $390.00 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 0.50 | $487.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 9.00 | $9,225.00 |
| | | | | 11.30 | $10,655.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:       3

Invoice 122829

January 31, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 8.60 | $8,815.00 |
| CO | Claims Admin/Objections[B310] | 1.10 | $686.50 |
| IC | Insurance Coverage | 0.40 | $390.00 |
| LN | Litigation (Non-Bankruptcy) | 0.50 | $487.50 |
| RPO | Ret. of Prof./Other | 0.70 | $276.50 |
| | | 11.30 | $10,655.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    4

Invoice 122829

January 31, 2019

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $39.02 |
| Filing Fee [E112] | $15.00 |
| Pacer - Court Research | $9.70 |
| Postage [E108] | $326.22 |
| Reproduction Expense [E101] | $264.60 |
| Reproduction/ Scan Copy | $27.70 |
| | $682.24 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    5

Invoice 122829

January 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 01/08/2019 | LFC | CA | Travel and attend 5th case status conference | 1.80 | 1025.00 | $1,845.00 |
| 01/09/2019 | LFC | CA | Prepare notice of continued case status hearing | 0.10 | 1025.00 | $102.50 |
| 01/15/2019 | LFC | CA | Telephone conference with Hamid RaRafatjoo regarding case conversion | 0.20 | 1025.00 | $205.00 |
| 01/16/2019 | LFC | CA | Draft motion to convert cases to chapter 7 | 1.00 | 1025.00 | $1,025.00 |
| 01/17/2019 | LFC | CA | Work on motion to convert cases to chapter 7 and supporting declarations | 2.00 | 1025.00 | $2,050.00 |
| 01/18/2019 | LFC | CA | Finalize motion to convert cases and declaration and prepare separate notice and service list for filing and service | 2.60 | 1025.00 | $2,665.00 |
| 01/30/2019 | LFC | CA | Finalize conversion motion and e-mail memo to trustee regarding same | 0.30 | 1025.00 | $307.50 |
| 01/30/2019 | LFC | CA | Telephone conference with Scott Eisner regarding case conversion motion | 0.20 | 1025.00 | $205.00 |
| 01/31/2019 | LFC | CA | Draft and send e-mail memos to Caroline Mankey, Scott Eisner, Walt Bowser and Michael Weiss regarding motion to convert cases | 0.40 | 1025.00 | $410.00 |
| | | | | **8.60** | | **$8,815.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 01/02/2019 | BDD | CO | Email Creditor Karina Pires (creditor: Transcontinental) re bar date; claim (.10); email L Cantor re same (.10) | 0.20 | 395.00 | $79.00 |
| 01/02/2019 | BDD | CO | Review schedules re creditor (Karina) claim (.20); email L. Cantor re same (.10) | 0.30 | 395.00 | $118.50 |
| 01/02/2019 | BDD | CO | Email Karina Pires re Transcontinental notice of bar date | 0.10 | 395.00 | $39.50 |
| 01/10/2019 | BDD | CO | Email creditor David Kravis re admin claims | 0.10 | 395.00 | $39.50 |
| 01/30/2019 | LFC | CO | Telephone conference with Paul Brent regarding claims asserted by buyer against estates, possible settlement and conveyance of equity interests | 0.40 | 1025.00 | $410.00 |
| | | | | **1.10** | | **$686.50** |
| **Insurance Coverage** | | | | | | |
| 01/04/2019 | IAWN | IC | Exchange emails and telephone calls with Paul Brent and Linda F Cantor re 2004 materials | 0.40 | 975.00 | $390.00 |
| | | | | **0.40** | | **$390.00** |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00001

Page:        6
Invoice 122829
January 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 01/31/2019 | JKH | LN | Telephone conferences with Slaughter counsel and Linda F. Cantor regarding dismissal of counterclaims, proof of claim status. | 0.50 | 975.00 | $487.50 |
| | | | | **0.50** | | **$487.50** |
| **Ret. of Prof./Other** | | | | | | |
| 01/31/2019 | BDD | RPO | Email L. Cantor re applications to employ professionals (PSZJ, Province, Eisner) once case is converted to ch. 7 | 0.10 | 395.00 | $39.50 |
| 01/31/2019 | BDD | RPO | Review ch. 11 retention applications for PSZJ, Province and Eisner re conversion of case to ch. 7 (.40); email L. Cantor re same (.10) | 0.50 | 395.00 | $197.50 |
| 01/31/2019 | BDD | RPO | Email L. Cantor re applications to employ professionals in ch. 7 case | 0.10 | 395.00 | $39.50 |
| | | | | **0.70** | | **$276.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$10,655.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 122829
32277    - 00001                                                    January 31, 2019

_____

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/07/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/09/2019 | FE | 32277.00001 FedEx Charges for 01-09-19 | 9.73 |
| 01/09/2019 | FE | 32277.00001 FedEx Charges for 01-09-19 | 9.73 |
| 01/09/2019 | FE | 32277.00001 FedEx Charges for 01-09-19 | 9.73 |
| 01/09/2019 | PO | 32277.00001 :Postage Charges for 01-09-19 | 0.47 |
| 01/09/2019 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 01/09/2019 | RE | ( 3 @0.20 PER PG) | 0.60 |
| 01/15/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 01/18/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/18/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/18/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/18/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/18/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/22/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 01/22/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/22/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 01/31/2019 | FE | 32277.00001 FedEx Charges for 01-31-19 | 9.83 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      8
Gottlieb, David (Penthouse)                                         Invoice 122829
32277   - 00001                                                    January 31, 2019

---

| 01/31/2019 | FF | Filing Fee [E112]Courts/USBC, LFC | 15.00 |
|---|---|---|---|
| 01/31/2019 | PAC | Pacer - Court Research | 9.70 |
| 01/31/2019 | PO | 32277.00001 :Postage Charges for 01-31-19 | 325.75 |
| 01/31/2019 | RE | ( 304 @0.20 PER PG) | 60.80 |
| 01/31/2019 | RE | ( 500 @0.20 PER PG) | 100.00 |
| 01/31/2019 | RE | ( 200 @0.20 PER PG) | 40.00 |
| 01/31/2019 | RE | ( 304 @0.20 PER PG) | 60.80 |
| 01/31/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/31/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |

**Total Expenses for this Matter**                                **$682.24**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    9

Invoice 122829

January 31, 2019

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **01/31/2019**

| | |
|---|---:|
| **Total Fees** | **$10,655.50** |
| **Total Expenses** | **682.24** |
| **Total Due on Current Invoice** | **$11,337.74** |

**Outstanding Balance from prior invoices as of**    **01/31/2019**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |
| 120681 | 10/31/2018 | $58,437.50 | $942.55 | $59,380.05 |
| 121173 | 11/30/2018 | $30,692.50 | $1,070.46 | $31,762.96 |
| 121174 | 12/31/2018 | $9,050.00 | $63.91 | $9,113.91 |
| 122826 | 02/28/2019 | $11,733.00 | $37.40 | $11,770.40 |
| 122828 | 03/11/2019 | $1,742.50 | $27.52 | $1,770.02 |

**Total Amount Due on Current and Prior Invoices:**            **$500,012.76**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

February 28, 2019

Invoice    122826
Client      32277
Matter      00001
**LFC**

RE:   Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2019

| | |
|---|---|
| FEES | $11,733.00 |
| EXPENSES | $37.40 |
| **TOTAL CURRENT CHARGES** | **$11,770.40** |
| **BALANCE FORWARD** | **$488,064.47** |
| **TOTAL BALANCE DUE** | **$499,834.87** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    2

Invoice 122826

February 28, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 395.00 | 8.40 | $3,318.00 |
| HDH | Hochman, Harry D. | Counsel | 925.00 | 1.40 | $1,295.00 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 1.10 | $1,072.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 5.90 | $6,047.50 |
| | | | | 16.80 | $11,733.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    3

Invoice 122826

February 28, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 2.10 | $2,012.50 |
| CO | Claims Admin/Objections[B310] | 1.10 | $1,127.50 |
| CP | Compensation Prof. [B160] | 0.20 | $79.00 |
| LN | Litigation (Non-Bankruptcy) | 2.60 | $2,610.00 |
| RP | Retention of Prof. [B160] | 3.50 | $3,020.50 |
| RPO | Ret. of Prof./Other | 7.30 | $2,883.50 |
| | | 16.80 | $11,733.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:       4

Invoice 122826

February 28, 2019

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $16.40 |
| Reproduction/ Scan Copy | $21.00 |
| | $37.40 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00001

Page:     5
Invoice 122826
February 28, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** |  |  |  |  |  |  |
| 02/25/2019 | HDH | CA | Review status report and motion to convert | 0.40 | 925.00 | $370.00 |
| 02/25/2019 | HDH | CA | Conference with Linda F. Cantor re motion to convert | 0.40 | 925.00 | $370.00 |
| 02/26/2019 | HDH | CA | Telephone conference with Linda F. Cantor re hearing (.1); prepare for hearing (.4); Telephone call from Court and transmit info (.1) | 0.60 | 925.00 | $555.00 |
| 02/26/2019 | LFC | CA | Confer with HDH regarding motion to convert | 0.20 | 1025.00 | $205.00 |
| 02/26/2019 | LFC | CA | Draft order converting cases to chapter 7   (.2)   and revise same   (.1) | 0.30 | 1025.00 | $307.50 |
| 02/26/2019 | LFC | CA | Confer with Iain Nasatir regarding insurance matters | 0.20 | 1025.00 | $205.00 |
|  |  |  |  | **2.10** |  | **$2,012.50** |
| **Claims Admin/Objections[B310]** |  |  |  |  |  |  |
| 02/05/2019 | LFC | CO | E-mail correspondence with creditors regarding chapter 11 case conversion | 0.30 | 1025.00 | $307.50 |
| 02/07/2019 | LFC | CO | Telephone conference with Paul Brent regarding status of discovery requests and settlement proposal re: purchaser?s claims against the Estates | 0.40 | 1025.00 | $410.00 |
| 02/07/2019 | LFC | CO | Review and respond to several creditor e-mail inquiries and telephone conference with creditor regarding status of payment of administrative claims and effects of case conversion | 0.40 | 1025.00 | $410.00 |
|  |  |  |  | **1.10** |  | **$1,127.50** |
| **Compensation Prof. [B160]** |  |  |  |  |  |  |
| 02/05/2019 | BDD | CP | Emails L. Cantor re ch. 7 trustee application to employ PSZJ as general BK counsel | 0.20 | 395.00 | $79.00 |
|  |  |  |  | **0.20** |  | **$79.00** |
| **Litigation (Non-Bankruptcy)** |  |  |  |  |  |  |
| 02/04/2019 | JKH | LN | Telephone conference with Slaughter counsel regarding settlement, dismissal. | 0.10 | 975.00 | $97.50 |
| 02/05/2019 | LFC | LN | Review order entered by court in Metropolitan Lumber matter (.1) confer with James Hunter (.1) and Pryor Cashman, previous counsel to debtors, regarding required appearance by New York court (.2) | 0.40 | 1025.00 | $410.00 |
| 02/06/2019 | JKH | LN | Emails, office conference with Linda F. Cantor | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:    6

Invoice 122826

February 28, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding Metropolitan Lumber status, order, strategy regarding same. | | | |
| 02/21/2019 | JKH | LN | Emails from, to Wong, Gottlieb regarding Slaughter dismissal proposal. | 0.20 | 975.00 | $195.00 |
| 02/22/2019 | JKH | LN | Emails from, to Wong regarding Slaughter stipulation regarding dismissal, review same. | 0.20 | 975.00 | $195.00 |
| 02/26/2019 | JKH | LN | Emails from, Beth E. Levine, John A. Morris and Linda F. Cantor regarding Metropolitan strategy and office conference with Linda F. Cantor regarding same. | 0.20 | 975.00 | $195.00 |
| 02/26/2019 | LFC | LN | Address Metropolitan Lumber court order and e-mail memos regarding same | 0.60 | 1025.00 | $615.00 |
| 02/28/2019 | LFC | LN | Confer with former counsel regarding Metropolitan Lumber action | 0.20 | 1025.00 | $205.00 |
| 02/28/2019 | LFC | LN | Analysis of issues (.2), confer with James Hunter (.1) and draft e-mail memo summarizing litigation and bankruptcy issues in Metropolitan Lumber case for John Morris and trustee | 0.30 | 1025.00 | $307.50 |
| | | | | **2.60** | | **$2,610.00** |

## Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2019 | LFC | RP | Review and revise application to retain PSZJ as counsel for chapter 7 trustee | 1.00 | 1025.00 | $1,025.00 |
| 02/04/2019 | LFC | RP | Analysis regarding prior representation issues | 0.70 | 1025.00 | $717.50 |
| 02/04/2019 | LFC | RP | Confer with Beth Dassa regarding retention applications | 0.30 | 1025.00 | $307.50 |
| 02/04/2019 | BDD | RP | Emails L. Cantor re Ch. 7 trustee's application to retain PSZJ as general BK counsel | 0.20 | 395.00 | $79.00 |
| 02/04/2019 | BDD | RP | Email M. Kulick re revisions to Ch. 7 Trustee's App to Employ PSZJ | 0.10 | 395.00 | $39.50 |
| 02/05/2019 | LFC | RP | Review retention matters for application to be retained by chapter 7 trustee | 0.60 | 1025.00 | $615.00 |
| 02/05/2019 | BDD | RP | Conference with L. Cantor re ch. 7 trustee application to retain PSZJ and disclosure issues | 0.30 | 395.00 | $118.50 |
| 02/05/2019 | BDD | RP | Revisions to PSZJ employment application | 0.10 | 395.00 | $39.50 |
| 02/06/2019 | BDD | RP | Email L. Cantor re PSZJ disinterestedness re ch. 7 employment | 0.10 | 395.00 | $39.50 |
| 02/06/2019 | BDD | RP | Confer with L. Cantor re Ch. 7Trustee's Application to Employ PSZJ as general BK counsel | 0.10 | 395.00 | $39.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    7

Invoice 122826

February 28, 2019

|  |  |  |  | 3.50 |  | $3,020.50 |
|---|---|---|---|---|---|---|

**Ret. of Prof./Other**

| 02/04/2019 | BDD | RPO | Prepare draft of Ch. 7 Trustee's application to employ PSZJ as BK counsel | 1.60 | 395.00 | $632.00 |
|---|---|---|---|---|---|---|
| 02/06/2019 | BDD | RPO | Email L. Cantor re Trustee's App to Employ PSZJ as general BK counsel | 0.10 | 395.00 | $39.50 |
| 02/07/2019 | BDD | RPO | Email L. Cantor re APA | 0.10 | 395.00 | $39.50 |
| 02/07/2019 | BDD | RPO | Prepare draft applications of Ch. 7 trustee to employ BPEH as tax advisors (1.50); confer with L. Cantor re same (.20); preparation of notice re same (.80); email L. Cantor re same (.10) | 2.60 | 395.00 | $1,027.00 |
| 02/07/2019 | BDD | RPO | Prepare draft applications of Ch. 7 trustee to employ Province as financial advisors (1.80); confer with L. Cantor re same (.20); preparation of notice re same (.60); email L. Cantor re same (.10) | 2.70 | 395.00 | $1,066.50 |
| 02/07/2019 | BDD | RPO | Email M. Kulick re Notice of Filing of Ch. 7 Trustee's Application to Employ PSZJ as general BK counsel | 0.10 | 395.00 | $39.50 |
| 02/07/2019 | BDD | RPO | Email M. Kulick re Ch.7 Trustee's applications to employ BPEH & Province | 0.10 | 395.00 | $39.50 |
|  |  |  |  | 7.30 |  | $2,883.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                                  **$11,733.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    8

Invoice 122826

February 28, 2019

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 02/01/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/01/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 02/04/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/05/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/05/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/06/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 02/06/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/07/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/07/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 02/07/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/11/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/11/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/11/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/25/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/25/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/28/2019 | PAC | Pacer - Court Research | 16.40 |

**Total Expenses for this Matter**                **$37.40**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    9

Invoice 122826

February 28, 2019

---

### REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    **02/28/2019**

| | |
|---|---:|
| **Total Fees** | **$11,733.00** |
| **Total Expenses** | **37.40** |
| **Total Due on Current Invoice** | **$11,770.40** |

**Outstanding Balance from prior invoices as of**    **02/28/2019**    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |
| 120681 | 10/31/2018 | $58,437.50 | $942.55 | $59,380.05 |
| 121173 | 11/30/2018 | $30,692.50 | $1,070.46 | $31,762.96 |
| 121174 | 12/31/2018 | $9,050.00 | $63.91 | $9,113.91 |
| 122825 | 01/31/2019 | $10,655.50 | $2,274.37 | $12,929.87 |

**Total Amount Due on Current and Prior Invoices:**    **$499,834.87**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

March 11, 2019

| | |
|---|---|
| Invoice | 122828 |
| Client | 32277 |
| Matter | 00001 |
| | **LFC** |

RE:   Penthouse Global Media et al.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/11/2019

| | |
|---|---|
| FEES | $1,742.50 |
| EXPENSES | $27.52 |
| **TOTAL CURRENT CHARGES** | **$1,770.02** |
| **BALANCE FORWARD** | **$499,834.87** |
| **TOTAL BALANCE DUE** | **$501,604.89** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:    2
Invoice 122828
March 11, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1025.00 | 0.30 | $307.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 1.40 | $1,435.00 |
| | | | | 1.70 | $1,742.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    3

Gottlieb, David (Penthouse)

Invoice 122828

32277   - 00001

March 11, 2019

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 0.50 | $512.50 |
| LN | Litigation (Non-Bankruptcy) | 1.20 | $1,230.00 |
| | | 1.70 | $1,742.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

Gottlieb, David (Penthouse)

Invoice 122828

32277    - 00001

March 11, 2019

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $9.92 |
| Pacer - Court Research | $5.00 |
| Postage [E108] | $0.80 |
| Reproduction Expense [E101] | $5.20 |
| Reproduction/ Scan Copy | $6.60 |
| | $27.52 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00001

Page:     5

Invoice 122828

March 11, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 03/04/2019 | LFC | CA | Penthouse Draft Sixth Status Report | 0.50 | 1025.00 | $512.50 |
|  |  |  |  | **0.50** |  | **$512.50** |
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 03/01/2019 | LFC | LN | Telephone conference with John Morris regarding appearance and bankruptcy case matters in Metropolitan Lumber case | 0.30 | 1025.00 | $307.50 |
| 03/01/2019 | LFC | LN | Review underlying Metropolitan Lumber pleadings | 0.30 | 1025.00 | $307.50 |
| 03/05/2019 | LFC | LN | Review and revise substitution of counsel form for Metropolitan Lumber case and e-mail memos regarding same | 0.30 | 1025.00 | $307.50 |
| 03/06/2019 | JAM | LN | Communications with D. Gottlieb, L. Cantor re substitution of counsel in Metropolitan Lumber litigation. | 0.30 | 1025.00 | $307.50 |
|  |  |  |  | **1.20** |  | **$1,230.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                              $1,742.50

Pachulski Stang Ziehl & Jones LLP                                        Page:      6
Gottlieb, David (Penthouse)                                             Invoice 122828
32277    - 00001                                                        March 11, 2019

---

**Expenses**

| | | | |
|---|---|---|---|
| 03/01/2019 | PO | 32277.00001 :Postage Charges for 03-01-19 | 0.80 |
| 03/04/2019 | FE | 32277.00001 FedEx Charges for 03-04-19 | 9.92 |
| 03/04/2019 | RE | ( 26 @0.20 PER PG) | 5.20 |
| 03/04/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/04/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/04/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/11/2019 | PAC | Pacer - Court Research | 5.00 |
| 03/11/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

**Total Expenses for this Matter**                                      **$27.52**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00001

Page:      7

Invoice 122828

March 11, 2019

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**      **03/11/2019**

| | |
|---|---:|
| **Total Fees** | **$1,742.50** |
| **Total Expenses** | **27.52** |
| **Total Due on Current Invoice** | **$1,770.02** |

**Outstanding Balance from prior invoices as of**      **03/11/2019**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $52,606.80 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $55,650.90 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $52,670.00 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $86,136.35 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |
| 120256 | 08/31/2018 | $42,437.50 | $501.25 | $42,938.75 |
| 120679 | 09/30/2018 | $35,067.50 | $3,721.51 | $38,789.01 |
| 120681 | 10/31/2018 | $58,437.50 | $942.55 | $59,380.05 |
| 121173 | 11/30/2018 | $30,692.50 | $1,070.46 | $31,762.96 |
| 121174 | 12/31/2018 | $9,050.00 | $63.91 | $9,113.91 |
| 122825 | 01/31/2019 | $10,655.50 | $2,274.37 | $12,929.87 |
| 122826 | 02/28/2019 | $11,733.00 | $37.40 | $11,770.40 |

**Total Amount Due on Current and Prior Invoices:**                    **$501,604.89**

# EXHIBIT D

1   Linda F. Cantor (CA Bar No. 153762)
    PACHULSKI STANG ZIEHL & JONES LLP
2   10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA  90067
3   Telephone: 310/277-6910
    Facsimile: 310/201-0760
4   E-mail:  lcantor@pszjlaw.com
5
6   Attorneys for David K. Gottlieb, Chapter 11 Trustee
7
8                  UNITED STATES BANKRUPTCY COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                 SAN FERNANDO VALLEY DIVISION

11  In re:                                    Case No.: 1:18-bk-10098-MB

12  PENTHOUSE GLOBAL MEDIA, INC.,             Chapter 11

13                        Debtor.             Jointly Administered with Cases Nos.:
                                              1:18-bk-10099-MB; 1:18-bk-10101-MB;
14                                            1:18-bk-10102-MB; 1:18-bk-10103-MB;
                                              1:18-bk-10104-MB; 1:18-bk-10105-MB;
15  ☒ Affects All Debtors                     1:18-bk-10106-MB; 1:18-bk-10107-MB;
    ☐ Affects Penthouse Global Broadcasting, Inc.   1:18-bk-10108-MB; 1:18-bk-10109-MB;
16  ☐ Affects Penthouse Global Licensing, Inc.      1:18-bk-10110-MB; 1:18-bk-10111-MB;
    ☐ Affects Penthouse Global Digital, Inc.        1:18-bk-10112-MB; 1:18-bk-10113-MB
17  ☐ Affects Penthouse Global Publishing, Inc.
    ☐ Affects GMI Online Ventures, Ltd.       FIRST APPLICATION OF
18  ☐ Affects Penthouse Digital Media Productions, Inc.   PACHULSKI STANG ZIEHL & JONES
    ☐ Affects Tan Door Media, Inc.            LLP FOR INTERIM APPROVAL OF
19  ☐ Affects Penthouse Images Acquisitions, Ltd.   COMPENSATION AND
    ☐ Affects Pure Entertainment Telecommunications, Inc.   REIMBURSEMENT OF EXPENSES AS
20  ☐ Affects XVHUB Group, Inc.               COUNSEL TO THE CHAPTER 11
    ☐ Affects General Media Communications, Inc.   TRUSTEE; DECLARATION OF LINDA
21  ☐ Affects General Media Entertainment, Inc.    F. CANTOR IN SUPPORT THEREOF
    ☐ Affects Danni Ashe, Inc.
22  ☐ Affects Streamray Studios, Inc.         [First Interim Fee Period:  March 6, 2018 - August 31,
                                              2018]
23
24                                            Date:      October 9, 2018
                                              Time:      1:30:p.m.
25                                            Place:     21041 Burbank Blvd., Suite 342
26                                                       Courtroom 303
                                                         Woodland Hills, CA  91367
27                                            Judge:     Hon. Martin R. Barash
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

.    **<u>TABLE OF CONTENTS</u>**

**<u>Page</u>**

I.      INTRODUCTORY STATEMENT ..........................................................................1

        A.      Local Rules and Guides ........................................................................... 1

        B.      Date of Filing of Chapter 11 Petition: .................................................... 2

        C.      Order Directing Appointment of Chapter 11 Trustee Entered: ............... 2

        D.      Order Re Employment Entered (LBR 2014-1(b): .................................. 2

        E.      Compensation and Expenses Sought: ...................................................... 2

II.     OVERVIEW OF THE CASE ..............................................................................3

        A.      General Description of Debtors' Business ................................................ 3

III.    SIGNIFICANT DEVELOPMENTS DURING THE FIRST INTERIM FEE PERIOD .......4

        A.      Early Case Matters & Appointment of the Trustee ................................. 4

        B.      Appointment of the Committee ............................................................... 5

        C.      The Trustee's Investigations ................................................................... 5

        D.      Dream Media Settlement and Sale Related Matters ................................ 7

        E.      Kirkendoll Settlement ........................................................................... 10

        F.      Post-Closing Issues .............................................................................. 12

        G.      Other Case Matters ............................................................................... 12

IV.     PLAN PROGRESS (LBR 2016-1(a)(1)(A)(i)).................................................13

V.      FUNDS ON HAND (LBR 2016-1(a) (1) (A) (iii))..........................................13

VI.     CLIENT'S DECLARATION (LBR 2016-1(a)(1)(J)) ......................................13

VII.    NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED
        DURING THE FIRST INTERIM FEE PERIOD ...................................................13

        A.      Services Performed and Time Expended During the First Interim Fee Period ....... 14

                1.      Asset Analysis and Recovery...................................................... 14

                2.      Asset Disposition ....................................................................... 15

                3.      Bankruptcy Litigation / Contested Matters................................. 22

                4.      Case Administration.................................................................... 25

                5.      Claims Administration/Objections............................................... 26

                6.      Compensation of Professionals/Others....................................... 26

                7.      Executory Contracts ................................................................... 27

                8.      Financial Filings ......................................................................... 29

                9.      Avoidance Actions ..................................................................... 29

                10.     Financing.................................................................................... 29

                11.     Insurance Coverage..................................................................... 30

                12.     Litigation (Non-Bankruptcy) ...................................................... 30

i

| | 13. | Meeting of Creditors ............................................................................ 30 |
| | 14. | Operations ........................................................................................... 31 |
| | 15. | Plan & Disclosure Statement ............................................................... 32 |
| | 16. | Retention of Professionals/Others ...................................................... 32 |
| | 17. | Relief from Stay .................................................................................. 33 |
| | 18. | Stay Litigation .................................................................................... 33 |
| B. | | Detailed Listing of All Time Spent By the Professional on the Matters for Which Compensation is Sought (Local Bankruptcy Rule 2016-1(a) (1) (E)) ........... 34 |
| C. | | List of Expenses by Category (Local Bankruptcy Rule 2016-1(a) (1) (F)). ............ 34 |
| D. | | Hourly Rates (Local Bankruptcy Rule 2016-1(a) (1) (G) and (I). ........................... 34 |
| E. | | Description of Professional Education and Experience (Local Bankruptcy Rule 2016-1(a) (1) (H)). .................................................................................... 34 |
| F. | | Notice of Application and Hearing ...................................................................... 34 |

VIII.    THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW ................................................................................................ 35

| A. | The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended. ......................................................... 35 |

IX.    CONCLUSION ..................................................................................................................... 38

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

ii

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THE CHAPTER 11 TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pachulski Stang Ziehl & Jones LLP (the "Firm" or "PSZJ"), general bankruptcy counsel to David K. Gottlieb, Chapter 11 Trustee (the "Chapter 11 Trustee" or the "Trustee") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors"), hereby submits its *First Application for Interim Approval of Compensation and Reimbursement of Expenses* (the "Application") for the period March 6, 2018 through August 31, 2018 (the "First Interim Fee Period"), pursuant to sections 330 and 331 of the United States Code (the "Bankruptcy Code").

**I.**

**INTRODUCTORY STATEMENT**

**A.    Local Rules and Guides**

Local Bankruptcy Rule 2016-1(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Compensation Guide").[1]  Section 330(a)(3) directs the Court to consider "the nature, the extent, and the value" of the legal services provided when determining the amount of reasonable compensation to award.  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the lodestar.  *In re Charles Russell Buckridge, Jr.,* 367 B.R. 191, 201 (C.D. Cal. 2007).  The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 598 (9th Cir. 2006.  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

---

[1] The Compensation Guide is promulgated by the United States Department of Justice and can be found on the United States Department of Justice website at: http://www.justice.gov/ust/eo/rules_regulations/guidelines/docs/feeguide.htm.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

1

**B.**     **Date of Filing of Chapter 11 Petition:**

The Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on January 11, 2018 (the "Petition Date").

**C.**     **Order Directing Appointment of Chapter 11 Trustee Entered:**

March 2, 2018, and Order Approving Application for Appointment of Trustee entered on March 6, 2018.

**D.**     **Order Re Employment Entered (LBR 2014-1(b):**

On April 5, 2018, the Chapter 11 Trustee filed his application to employ PSZJ as his counsel in the Debtor's Chapter 11 case [Docket No. 297].  On April 25, 2018, the Court entered an order approving PSZJ's employment as counsel to the Chapter 11 Trustee [Docket No. 374].

**E.**     **Compensation and Expenses Sought:**

This is the Firm's first fee application.  The Firm has not received a retainer in this matter.

By way of this Application, the Firm seeks interim allowance of $1,092,606.45 incurred during the First Interim Fee Period as set forth as below:

Fees Sought:          $1,059,895.50

Expenses Sought:      $32,710.95

**TOTAL**          **$1,092,606.45**

Blended Hourly Rate for this Application

--Including Paraprofessionals:  $888.80

--Excluding Paraprofessionals: $942.26

The Firm incurred fees and expenses in excess of the amounts sought in this Application. The Firm voluntarily wrote off $80,370.50 in fees and $863.83 in expenses it incurred during the First Interim Fee Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

2

**II.**

**OVERVIEW OF THE CASE**

**A.    General Description of Debtors' Business**

Prior to the Petition Date, the Debtors comprised a leading brand in the Adult Entertainment business.  Penthouse Global Media, Inc. (the "Parent" or "PGMI") owns all of the shares of each of the other Debtors.  The record in these cases reflect that the sole shareholder of the Parent is Kelly Holland, who acquired the Debtors pursuant to a Stock Purchase Agreement by and among PGMI, FriendFinder Networks Inc. and Streamray Inc. dated as of February 19, 2016.

The record in these cases further reflects that, as of the Petition Date, PGMI was comprised of four operating divisions: (i) Penthouse Global Broadcasting, Inc. ("PGBI"), which operated various channels in over 100 countries and accounted for approximately 50% of the Debtors' revenue (General Media Entertainment Inc., Penthouse Digital Media, Inc., and Pure Entertainment Telecommunications, together with PGBI, comprised this division); (ii) Penthouse Global Publishing, Inc., which published Penthouse magazine and other magazines; (iii) Penthouse Global Licensing, Inc., which had licensing agreements for the Debtors' trademark and media library; and (iv) Penthouse Global Digital, Inc., which ran several websites.  The corporate family was also comprised of certain "legacy companies" without assets (including Danni Ashe Inc., General Media Communications, Inc., Streamray Studios, Inc., and XVHUB Group).  The record in these cases also reflects that as of the Petition Date, the Debtors employed approximately 33 workers and numerous outside consultants and contributors, with gross annual revenue of approximately $10 million.

According to the Debtors' Court filings, the Debtors' primary assets are their intellectual property which, together with the Debtors' other assets, secure obligations owed to Dream Media Corporation ("Dream Media"), as assignee of ExWorks Capital Fund I, Ltd. ("ExWorks").  In their early Court filings, the Debtors estimated that approximately $10.3 million was owed to Dream Media (with which the Trustee entered into a global settlement as described further below), and estimated that unsecured trade claims totaled approximately $3 to $5 million.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

3

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

## III.

## SIGNIFICANT DEVELOPMENTS DURING THE FIRST INTERIM FEE PERIOD

### A.    Early Case Matters & Appointment of the Trustee

Shortly after the Petition Date, the Debtors sought and obtained early relief in their Chapter 11 cases, including approval to maintain their existing bank accounts and pay prepetition payroll and other administrative relief.  The Debtors also obtained approval to employ Weiss & Spees LLP as their bankruptcy counsel.

On January 24, 2018, Dream Media, the Debtors' secured creditor, filed a motion for relief from the automatic stay, to be able to proceed with its non-bankruptcy remedies to possess and sell its collateral.  Among other claims, Dream Media asserted that the Debtors lacked any equity in Dream Media's collateral (substantially all of the Debtors' assets) and that the Debtors' business was continuing to decline.  Shortly thereafter, on January 29, 2018, the Debtors filed a motion to use Dream Media's cash collateral on an emergency basis, proposing that Dream Media would be adequately protected by replacement liens and a superpriority administrative claim. After hearings held on February 5 and 6, 2018, the Court entered an interim order authorizing the Debtors' use of cash collateral only for the purposes set forth therein (including payment of certain vendors and creditors for specified amounts).  Following a series of hearings and other related motions and pleadings, on February 28, 2018, the Court denied the Debtors' motion for use of cash collateral and announced from the bench its Order that a chapter 11 trustee be appointed in the Chapter 11 cases; pending such appointment, Dream Media consented to the Debtors' use of cash collateral for limited purposes.

On March 2, 2018 the Court entered its order directing the appointment of a chapter 11 trustee [Docket No. 231], and on March 6, 2018, the Office of the United States Trustee appointed David K. Gottlieb as the chapter 11 trustee in the cases [Docket No. 239].  Subsequent to the Trustee's appointment (discussed below), the Trustee entered into several cash collateral stipulated orders with Dream Media allowing the Trustee to use cash collateral to continue to operate the Debtors' businesses, providing Dream Media with replacement liens in the prepetition collateral and

4

all postpetition proceeds thereof (to the extent of cash collateral used and with the same validity,

priority and scope of Dream Media's prepetition liens), excluding Avoidance Actions.

The Trustee was authorized to employ (effective as of March 6, 2018) Pachulski Stang Ziehl

& Jones LLP as his counsel and Province Inc. as his financial advisors, pursuant to orders entered on

April 25, 2018.  The Trustee also employed (i) Broadway Advisors, LLC as his investment banker,

pursuant to an order entered on May 16, 2018, (ii) Akerman LLP as his special intellectual property

counsel, pursuant to an order entered on May 24, 2018, and (iii) BPE&H, an Accountancy

Corporation, as his special tax advisors, pursuant to an order entered on June 26, 2018.

**B.      Appointment of the Committee**

On or about January 30, 2018, the United States Trustee appointed the Committee to

represent the interests of general unsecured creditors.  The current members are DVD Factory, Inc.,

LSC Communications US, LLC, TGG, Miller Law Group, and Palm Coast Data.  The Committee

employed Raines Feldman LLP as its bankruptcy counsel, approved by order entered on March 21,

2018.

**C.      The Trustee's Investigations**

Immediately upon his appointment, the Trustee and his professionals were required to

perform a very considerable amount of work over a limited period of time.  Such work included

reviewing the record in these cases and the transcripts of hearings (both written and audio),

addressing pressing operating matters such as pending claims and litigation, trademark filing

matters, funds held by third parties, the Debtors' proposed financing motion with Kirkendoll (as

defined below), the Debtors' motion to enter into a license agreement with Androcles Entertainment

Pvy Ltd., insurance premium financing matters, outstanding accounts payable, and the pending

motion for relief from stay filed by Debtors' secured creditor.  Beginning on the day after his

appointment, the Trustee and his professionals met extensively with the Debtors' CEO, Kelly

Holland, and with the Debtors' accounting staff regarding pending matters and day-to-day

operations including record keeping and procedures for compliance with applicable laws and statues

concerning models and performers.

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

For the first five weeks after the Trustee's appointment, the Firm attended meetings with the Trustee and the Debtors, and Province worked full time on-site at the Debtors' premises (including several weekends) reviewing and reconciling the Debtors' books and records, analyzing cash flow and developing projections to determine the feasibility of continued operations and potential exit strategies. This was a time intensive task because the Debtors' books and records were in serious disarray. Among other things, Province advised the Trustee that (a) the Debtors' historical records for 2016 and 2017 were incomplete and reportedly inaccurate; (b) many of the reports in the accounting system were out of synch because cash postings of collections against receivables; payment posting to payables; invoicing customers and entering vendor invoices into payables were not performed on a timely basis; (c) Province encountered hundreds of entries to the cash receipts and disbursements journal with blank descriptions for the payor, which required Province to resort to bank statements and invoices to test the accuracy of certain revenue streams in the cash projections; (d) source documents had to be reviewed to investigate many transactions and many of such documents were incomplete or could not be located; (e) the Debtors did not establish a new set of books and records on the Petition Date; and (f) fundamental reporting systems and processes for tracking cash, payables, and receivables had to be modified or established to conform with the reporting requirements of the Office of the United States Trustee and allow operations to be properly reviewed and overseen by the Chapter 11 Trustee.

Based upon Province's lengthy and detailed analysis of the Debtors' books and accounting records, Province determined that the Debtors were not meeting their obligations as they became due on a post-petition basis. Province's projections showed that Debtors' ongoing expenses of operating their businesses exceeded the income generated by such operation and that the Debtors were on course to lose approximately $732,000 over the following three months. For these reasons, on April 16, 2018, the Trustee filed a motion to convert the Chapter 11 Cases to chapter 7 and an application to hear such motion on shortened notice. However, in light of the strenuous objections by other case constituents to the application to shorten notice, the lengthy period of time before a hearing could be held on the conversion motion due to discovery requests and the availability of the parties and the

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law

6

Court, and the clear indication of substantial litigation on the application to shorten time as well as on the conversion motion, the Trustee made the determination to withdraw the conversion motion, and focus his efforts and estate resources on a sale process.

In order to address Dream Media's alleged secured claim, the Firm conducted an extensive perfection analysis including legal research, reviewing all steps taken by Dream Media and ExWorks, its predecessor in interest, to perfect their respective liens. The Firm also closely analyzed the Debtors' filed objection to Dream Media's claim, conducted legal research on usury issues, and reviewed and considered other potential claims and causes of action, including without limitation, avoidance claims against Dream Media and ExWorks. In tandem with this process, discussions and negotiations with Dream Media took place and, following several weeks of meetings, the Trustee and Dream Media entered into a settlement agreement (the "Dream Media Settlement") providing for, *inter alia*, (a) the Estates' continued use of Dream Media's cash collateral, (b) the sale of substantially all of the Debtors' assets through a public auction with Dream Media acting as the stalking horse bidder, (c) certain "carve-outs" from the proceeds of sale of Dream Media's collateral, (d) allocations of the proceeds of sale or recoveries from other assets, as described below, and (e) mutual releases.

**D.    Dream Media Settlement and Sale Related Matters**

On April 18, 2018, the Trustee filed his motion for approval of the above-referenced Dream Media Settlement (the "Dream Media Settlement Motion") [Docket No. 326]. The Dream Media Settlement provides for (i) the allowance of the Dream Media claim in the amount of $10,440,903.14 as of the Petition Date[2]; (ii) Dream Media would be the stalking horse bidder at an auction of the Debtors' assets (as discussed above); (iii) a substantial carve out and release of Dream Media's liens, claims and interests as against certain assets of the Debtors up to $1.8 million (exclusive of Avoidance Actions, cash and accounts receivable prior to the closing of sale) for the benefit of the

---

[2] Provided, however, if Dream Media were determined to be oversecured, the allowed Dream Media claim will increase by $200,000 per month (representing interest on the allowed Dream Media claim) up to the aggregate value of the Debtors' assets.

Estates; (iv) Dream Media will consent to the Trustee's use of cash collateral through the close of

sale of the auction; (v) the assignment to Dream Media of the Vice Coin Receivable (with a carve-

out for the benefit of the Estates of 10% of any recovery from such receivable); and (vi) broad

mutual releases and waivers of claims.  Notwithstanding the foregoing, once Dream Media has been

paid in full including post-petition interest, additional recoveries inure to the benefit of the Estates.

On April 18, 2018, the Trustee also filed a motion to sell certain assets of the Debtors, as

contemplated by the Dream Media Settlement Motion, [Docket No. 327] (the "Sale Motion")

seeking approval of the sale of substantially all of the Debtors' assets (excluding cash and certain

deposits, Avoidance Actions, accounts receivable attributable to the pre-closing period, the Vice

Coin Receivable and the intellectual property subject to the Penthouse Club Owners' license

agreement), free and clear of liens and encumbrances and of related sale procedures.  The proposed

sale of assets (consisting primarily of intellectual property including copyrights, films, trademarks,

domain names, and license agreements) would be to Dream Media, as the stalking horse bidder,

pursuant to the terms of the Dream Media Settlement, or alternatively to a successful overbidder,

subject to an auction process as described in the Sale Motion.  Holding a $10.44 million claim

against the Estates secured by a first priority lien and security interest on the subject assets

(discussed further below), Dream Media agreed to purchase the assets for a credit bid in the amount

of $3,000,000, in addition to a cash payment to the Estates of $550,000 and additional consideration

as set forth in the Dream Media Settlement Motion.

As discussed in the Sale Motion, the Estates would benefit from (a) the payment by Dream

Media to the Trustee, for the benefit of the Estates, $550,000 in cash if the winning bid at the auction

turned out to be $3 million and a payment of 10% of the extent to which the winning  bid turned out

to be higher than $3 million up to a sum of $10 million, and 20% of that portion of the winning bid

which turned out to be higher than $10 million, and (b) the release at the sale closing of Dream

Media's liens, claims and interests against certain other assets (or portions thereof) not included in

the assets to be sold (cash, Avoidance Actions, the Vice Coin Receivable and the intellectual

property subject to the Penthouse Club Owners' license agreement) up to the carve-out amount set

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

8

forth in the Dream Media Settlement.

There were several objections to the Dream Media Settlement Motion and the Sale Motion including objections filed by the Debtors, Penthouse Clubs Worldwide, LLC, Penthouse Clubs Global Licensing, LLC and Kirkendoll Management, LLC ("collectively, "Kirkendoll"), certain licensees and a licensor. Prior to the hearing on the sale and settlement motions, Kirkendoll propounded extensive document requests to the Trustee and his professionals providing less than 7 days' notice for responses, and Kirkendoll held depositions of the Trustee and Province in connection with its objection. The Firm performed a significant amount of work in response to the Kirkendoll discovery and the filed objections. Following further discussions and analysis, Kirkendoll and the Trustee negotiated the terms and conditions of a proposed sale and licensing transaction. A term sheet memorializing an agreement between the Trustee and Kirkendoll, with the consent of Dream Media (the "Term Sheet"), was finalized on May 9, 2018, immediately before the hearings on the Dream Media Settlement and Sale Motion. An executed copy of the Term Sheet was filed with the Court on May 10, 2018 as Docket No. 461. Following oral argument by the Trustee, the Debtors and the objecting parties (including argument by Australian counsel related to a last minute plan and disclosure statement filed the day of the hearing by Androcles Entertainment Pty Ltd.), the Court granted the Sale Motion, with respect to the sale procedures and related matters (including a May 30, 2018, bid deadline and June 4th auction date), and approved the Dream Media Settlement Motion, pursuant to the terms and findings set forth in the respective Court orders entered on May 16, 2018 [Docket Nos. 477 & 478].

Following the approval of the Sale Motion, the Trustee and his professionals worked extensively with the investment banker and the Debtors to populate a due diligence room and identify executory contracts to be included in the sale process. The Trustee and his professionals negotiated the terms of an Asset Purchase Agreement with Dream Media (the "APA"), which served as a template for third party overbidders, and negotiated with such third parties concerning their proposed bids and proposed revisions to the APA.

9

On June 4, 2018, the Trustee held an auction pursuant to the sale procedures approved by the Court.  Pursuant to the Settlement Agreement, the opening bid at the auction was a credit bid by Dream Media of $3 million.  This was immediately followed by three bids for partial assets of the Debtors with a purchase price totaling $4.2 million.  Additional incremental bidding at the auction ensued.  Ultimately, a $11.2 million offer by WCGZ Ltd. (which does business as XVideos.com) was accepted as the highest and best offer for substantially all of the Debtors' assets.  Immediately after the auction, a hearing was held and the sale to WCGZ Ltd. was approved by the Court pursuant to an order entered on June 14, 2018 [Docket No. 577].  The sale transaction closed on June 15, 2018, and the Trustee received $1,490,000 of the $11.2 million purchase price in accordance with the terms of the Dream Media Settlement; the balance of $9,710,000 was paid to Dream Media.  (Concurrently with the closing of sale to WCGZ Ltd., the Kirkendoll sale and license transaction closed resulting in an additional payment to the Trustee and Dream Media, as discussed below.)

In connection with the proposed sale transaction, on May 14, 2018, the Trustee filed a motion to assume and assign certain contracts and leases to the successful buyer of the Debtors' assets, to be determined at the sale hearing [Dkt. No. 469] (the "Executory Contract Motion").  The Executory Contract Motion set forth the amounts necessary to cure any defaults under the contracts and lease to be assumed and assigned, and provided for the rejection of any contract the successful buyer determined not to assume.  Several contract counterparts filed objections to the Executory Contract Motion concerning the proposed cure amounts and the provision of adequate assurance of future performance.  The Firm filed responses to those objections.  As part of the Order approving the sale to WCGZ Ltd., the Bankruptcy Court granted the Executory Contract Motion, provided that certain objections to the motion were continued to be addressed at later hearings.  Following several continued hearings, all objections to the Executory Contract Motion were resolved.

**E.    Kirkendoll Settlement**

Pursuant to the terms of the Term Sheet, on May 21, 2018, the Trustee filed motions [Docket Nos. 502 & 503] seeking orders (i) approving his settlement with Kirkendoll, and (ii) relatedly, authorizing the Kirkendoll Sale (defined below), free and clear of all liens and encumbrances.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

Absent the settlement, not only would Kirkendoll pursue its objections, it intended to sponsor a plan in these cases which the Trustee believed was not feasible and had the potential of rendering the Estates increasingly insolvent.  In order to avoid a potential confirmation battle and other costly and protracted litigation, and resolve all issues between the parties relating to that certain Master License Agreement dated March 29, 2017 (the "Original MLA") (pursuant to which Kirkendoll had a license to use the PENTHOUSE CLUB mark and certain other trademarks and copyrighted materials (the "Penthouse Club IP")), the Trustee and Kirkendoll entered into the settlement.  Specifically, the settlement, among other things, effectuates a private sale (the "Kirkendoll Sale") wherein Kirkendoll would pay an additional $1.075 million (in addition to the $2.6 million originally paid by the Kirkendoll Entities under the Original MLA), in exchange for a transfer of all rights and title of the Debtors in the Penthouse Club IP, coupled with a license agreement granting Kirkendoll a perpetual license to use certain other copyrights, trademarks and other intellectual property (the "Related Penthouse IP") in the operation of gentlemen's clubs.  The Firm worked closely with the Trustee's special intellectual property counsel, Akerman LLP, and with counsel for Kirkendoll, to negotiate and finalize the terms of the Kirkendoll transactional documents on an expedited basis pursuant to the terms of the Term Sheet.

After hearings held on May 30, 2018, the Court granted both motions pursuant to orders entered on June 8, 2018 [Docket Nos. 542 & 543].  The Kirkendoll Sale closed immediately following the closing of the sale transaction with WCGZ Ltd., and the Trustee received the estates' $310,000 portion of the $1.075 million purchase price; Dream Media received the $765,000 balance of the purchase price pursuant to the terms of the Dream Media Settlement.  Through the WCGZ Ltd. and Kirkendoll sale transactions, the Estates received $1.8 million and Dream Media was paid $10,475,000.00[3].

---

[3] The remaining balance owing to Dream Media as of June 15, 2018 was $1,065,903.14.

DOCS_LA:316414.4 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

**F.      Post-Closing Issues**

          The Debtors' operations ceased as of the close of sale to WCGZ Ltd.  The Trustee and

WCGZ Ltd. are in the process of reconciling their books and records for the pre-closing and post-

closing periods.  Under the APA, the Estates are entitled to retain all accounts receivable relating to

the period up to and including the closing date., most of which have been paid post-closing.

Operating expenses for the pre-closing and post-closing period must also be reconciled.  This

process has been ongoing since the June 15th closing date and Province and the Firm have been

working with WCGZ Ltd. to reconcile accounts receivable as well as accounts payable in order to

determine the scope of unpaid administrative claims.  The Trustee is also working with WCGZ Ltd.

to obtain copies of their Quick Book files and back-up other data on the company's computers,

which will assist the Trustee's avoidance action analysis.

**G.      Other Case Matters**

          During the Application period, the Trustee and his professionals negotiated and entered into

an insurance premium financing motion and several stipulations for use of cash collateral with

Dream Media.  The Trustee conferred with the creditors' committee counsel and certain third parties

regarding potential plans of reorganization and offers to purchase the Debtors' assets.  During the

period from his appointment through the date of sale closing, the Trustee and his professionals

worked closely with the Debtors addressing ongoing operating matters.

          Also during the Application period, the Trustee and his professionals have been working with

WCGZ Ltd. to close the Debtors' accounts with Humboldt Merchant Services ("HMS"), which

provided merchant credit card processing services to the Debtors, and to collect funds of the Estates

held by HMS.  HMS would not close the Debtors' accounts until WCGZ Ltd. established new

accounts for credit card sale made to its customers (e.g., the Debtors' former customers). The

Trustee is endeavoring to make a joint demand upon HMS with WCGZ Ltd. in the immediate future.

WCGZ Ltd. recently retained an account professional with whom HMS is familiar, which may

expedite the turnover process.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

12

## IV.

## PLAN PROGRESS (LBR 2016-1(a)(1)(A)(i))

The Debtors ceased operations as of the close of sale of the Debtors' assets on June 15, 2018. The Trustee and his professionals have been analyzing plan feasibility, and the Firm has prepared a proposed plan and disclosure statement.  While initial projections indicated that a straightforward plan of liquidation may be implemented, variables such as (a) the actual amount of receivables collected for pre-closing operations, (b) allowance of administrative claims, (c) recoveries on avoidance actions, and (d) the amount collected by Dream Media on account on the Vice Coin Receivable will be determinative factors.  As noted above, the reconciliation of accounts payable and receivable has been in process during the Application period.  That information will enable the Trustee to test the actual collections against the Debtors' projected receivables for the pre-closing period.  During the Application period, the Trustee set the date for professionals to file first interim fee applications and will be filing an initial administrative bar date motion which should capture the vast majority of administrative claims against the Estates.

## V.

## FUNDS ON HAND (LBR 2016-1(a) (1) (A) (iii))

As of September 12, 2018, the Trustee had $2,396,801.75 in funds on hand.

## VI.

## CLIENT'S DECLARATION (LBR 2016-1(a)(1)(J))

A declaration will be filed regarding the Chapter 11 Trustee's review of this Application.

## VII.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED

## DURING THE FIRST INTERIM FEE PERIOD

Pursuant to the Compensation Guide and Local Bankruptcy Rule 2016-1(a) (1) (D), the Firm has classified all services performed for which compensation is sought for this period into one of various major categories.  The Firm attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to one or more

13

categories, services pertaining to one category may in fact be included in another category.  Invoices

for the First Interim Fee Period with time and expense detail are attached hereto as **Exhibit "C".**

A.    <u>**Services Performed and Time Expended During the First Interim Fee Period**</u>

       1.    <u>**Asset Analysis and Recovery**</u>

This category relates to work regarding the analysis of assets of the estate and the recovery

thereof for the benefit of the estates and their creditors.

During the First Interim Fee Period, the Firm has, among other things: (1) conferred with

Humboldt Merchant Services regarding the release and recovery of estate funds and addressed

account issues; (2) addressed claims against the lender; (3) conferred with the Debtors in regards to

related entities and connections; (4) reviewed materials regarding a turn-over motion; (5) reviewed

and analyzed trademark litigation matters and perfection issues; (5) reviewed lender rights and

performed security interest analysis relating to Master License Agreement and researched rejection

of Master License Agreement; (6) performed perfection analysis and lien search and reviewed

perfection issues regarding Dream Media and ExWorks; (7) reviewed and analyzed Uniform

Commercial Code filing information; (8) reviewed Kirkendoll Master License Agreement; (9)

reviewed Debtors' DIP financing motion; (10) reviewed Dream Media loan documents; (11)

reviewed 2004 motion for Stuart Duncan; (12) reviewed and analyzed several iterations of a

settlement term sheet; (13) analyzed Kirkendoll Master License Agreement provisions regarding

excluded trademarks; (14) reviewed Dream Media collateral perfection documents and control

agreements; (15) researched copyright liens and secured party assignment; (16) drafted a

memorandum for the Trustee regarding claim perfection matters; (17) reviewed trademark

assignment document and performed research regarding the same; (18) conferred with intellectual

property counsel regarding international trademarks and domain name perfection issues; (19)

reviewed proposed contracts for licensing and prepared memos regarding the same; (20) analyzed

potential avoidance actions and conferred with Trustee regarding the same; (21) conferred with

Dream Media and Debtors regarding the Kirkendoll license; (22) performed preference analysis and

worked on an initial preference chart; (23) reviewed adequate protection term sheet and reviewed

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

DOCS_LA:316414.4 32277/001

and revised adequate protection agreement with M7 and reconciled figures regarding the same; (24)
reviewed financial advisor analysis of M7 contract and proposed agreement and prepared analysis of
changes to M7 contract; (25) reviewed files regarding Humboldt account receivables and addressed
collection action/turnover issues regarding merchant account; (26) addressed lease cure issues; (27)
conferred with Humboldt Bank regarding termination of merchant services accounts and transition
of services to new buyer; (28) conferred with Dream Media counsel regarding Vice Coin receivable
status/settlement matters and email buyer regarding the same; (29) addressed issues regarding
privilege and document turnover; (30) participated on call with ASK Financial regarding avoidance
actions and litigation claims; (31) drafted memorandum to the Trustee regarding claims, causes of
action, reconciliation and turnover matters; (32) addressed potential D&O claims; (33) participated
on call regarding potential causes of action, avoidance, fraudulent transfer, D&O liability, and claim
objections; and (34) conferred with financial advisor regarding outstanding information requests
from buyer.

The Firm spent **124.30 hours** on matters relating to the Asset Analysis and Recovery
category, accounting for **$112,237.50** of the fees incurred during the First Interim Fee Period.

### 2.    Asset Disposition

This category relates to work regarding the sale and disposition of assets.

Specifically, during the First Interim Fee Period, the Firm, among other things: (1) met with
the Trustee regarding the Kirkendoll Master License; (2) conferred with the Trustee, David Peress of
Hilco Streambank Group regarding marketing and sale process for intellectual property; (3)
addressed interest of Evil Angel in purchasing Debtors' contracts; (4) conferred with investment
bankers (including SSG) and valuation firms regarding valuation and sale of Debtors' assets; (5)
conferred with Steve Gerbsman of Gerbsman Partners regarding marketing and sale of Debtors'
assets; (6) reviewed draft purchase and sale agreement and analysis of credit bidding matters; (7)
drafted and revised sale/procedures and proposed Gerbsman retention motions and drafted notices
regarding the same; (8) reviewed credit bidding cases; (9) emailed Kirkendoll counsel, financial
advisors and Debtors regarding financial consultants' due diligence; (10) prepared for and

15

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

participated in meeting with Committee counsel and Trustee; (11) prepared credit bid Asset

Purchase Agreement per final term sheet; (12) met with potential buyer regarding sales process; (13)

conferred with Committee counsel regarding investment banker, sale, alternative transaction for sale

of assets, Kirkendoll matters and other pending matters; (14) reviewed investment banker proposals

and conferred with Broadway Advisors regarding managing the marketing and sale process; (15)

participated in calls with potential sale representative; (16) reviewed background documents

regarding contract parties' objections to settlement and sale motion and as to conflicting information

held by Debtors, and drafted reply brief and declarations in support regarding sale and settlement

motions; (17) reviewed due diligence materials and conferred with investment banker regarding the

same; (18) conferred with prospective purchasers and Broadway Advisors regarding access to

Debtors' asset data; (19) analyzed contract assumption and assignment process in connection with

sale of assets; (20) reviewed intellectual property documents and ownership information; (21)

conferred with counsel for TOPCO Sales regarding sale and licensing issues; (22) prepared analysis

and drafted motion to assume and assign executory contracts in connection with sale of assets; (23)

conferred with counsel for Dream Media regarding Asset Purchase Agreement and sale of assets in

whole and in lots; (24) worked on executory contract schedules and sale matters; (25) reviewed and

considered Jerrick response to sale motion and conferred with intellectual property counsel regarding

the same; (26) reviewed Debtors' accounts receivable in connection with opposition to sale motion;

(27) conferred with Trustee regarding sale and Kirkendoll settlement matters; (28) reviewed

intellectual property and inclusion in term sheet; (29) conferred with licensor regarding Omni rights

in connection with sale of assets; (30) conferred with Broadway Advisors and Dream Media

regarding due diligence and non-disclosure provisions and review loan document confidentiality

provisions regarding the same; (31) reviewed and analyzed revisions to sales procedures and other

modifications as set forth on the record at the sale hearing, and prepared draft order approving the

sale motion; (32) revised Asset Purchase Agreement; (33) reviewed comments to Asset Purchase

Agreement with Dream Media; (34) reviewed and revised entered order and comments thereon; (35)

reviewed and addressed findings on non-disclosure agreement; (36) reviewed comments of third

DOCS_LA:316414.4 32277/001

parties and considered revisions to form of order regarding sale motion and related pleadings; (37)

reviewed Debtors' asset portfolio; (38) conferred with transactional and intellectual property counsel

regarding Asset Purchase Agreement; (39) addressed current and updated assets lists and further

update requests for information; (40) reviewed post-petition contracts/licenses and revised Asset

Purchase Agreement to address same; (41) conferred with investment bankers, reviewed files and

records and provided additional data for due diligence; (42) reviewed initial comments to intellectual

property licensing agreement; (43) finalized forms of notice of entered order and bid procedures for

sale; (44) reviewed issues regarding forms of orders as raised by Kirkendoll and review orders and

drafted email correspondence regarding the same; (45) conferred with Kirkendoll regarding sale

matters; (46) conferred with investment banker, Trustee and Dream Media regarding sale of assets;

(47) reviewed and respond to draft Consent to Use document; (48) conferred with Committee and

Dream Media counsel regarding Buy Out Transaction under settlement agreement; (49) conferred

with FTS creditor regarding outstanding claim and purchase offer; (50) reviewed and commented on

draft Teaser prepared by investment banker; (51) prepared notice of sale of assets; (52) conferred

with potential bidder regarding sale and bid process; (53) reviewed and addressed sale matters

including notices, bid procedures, license assumption and creditor claims; (54) reviewed and

incorporated comments from Kirkendoll regarding sale notice and bidding procedures; (55) emails

with Jonathan Lippman regarding claims and offer to purchase certain assets; (56) reviewed

comments provided by Dream Media regarding non-disclosure agreement and corresponded

regarding the same; (57) reviewed memoranda from intellectual property counsel regarding

upcoming registrations and filings and provide same to investment bankers; (58) reviewed

Kirkendoll draft agreements for transfer of licenses and trademarks; (59) conferred with Dream

Media and intellectual property counsel regarding forms of Kirkendoll transfer agreements and

transfer of domain names; (60) conferred with Douglas Duncan of Vice Coin regarding sale matters

and prepared correspondence regarding the same; (61) conferred with the Trustee regarding Duncan

information request and sale matters; (62) reviewed intellectual property counsel

revisions/comments to transfer agreements; (63) analyzed choice of law issues; (64) conferred with

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

DOCS_LA:316414.4 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

Dream Media counsel regarding sale matters, drafted memorandum to Trustee regarding status of

documents and potential resolutions and conferred with Kirkendoll counsel; (65) prepared numerous

emails and conferred with counsel regarding Kirkendoll documents; (66) conferred with Trustee

regarding sale and Kirkendoll transactional documents; (67) reviewed additional comments and

changes to transactional documents by Kirkendoll and intellectual property and transactional

counsel; (68) conferred with intellectual property counsel (Akerman) regarding sale documents and

deal regarding the same; (69) reviewed additional changes to Asset Purchase Agreement; (70)

worked on transactional documents, further comments and revisions, numerous email memorandums

and calls with counsel; (71) addressed outstanding open items on document and review and

comment on proposed final forms of sale and license agreement; (72) reviewed and responded to

email regarding Asset Purchase Agreement schedules and bidding requirements; (73)  reviewed

Delaware law distinctions and drafted memorandum outlining choice of law provisions; (74)

reviewed final transactional documents; (75) finalized all pleadings and exhibits for filing; (76)

conferred with Trustee regarding private sale of assets; (77) reviewed confidential memorandum and

conferred with Broadway Partners regarding sale offers; (78) conferred with bidders regarding

auction process and sale order provisions; (79) reviewed and responded to email regarding sale and

due diligence matters; (80) reviewed hearing transcript of May 9 sale and settlement motion; (81)

conferred with Hayden of Middletown Agency regarding sale matter and followed up regarding the

same; (82) conferred with Kirkendoll counsel regarding sale questions and license matters; (83)

reviewed Kirkendoll sale issues with intellectual property counsel; (84) conferred with Rick Lambo

for LFP regarding purchase offer; (85) conferred with Steve Gubner regarding sale of assets and

process; (86) conferred with Committee counsel, investment banker and Trustee regarding updated

sale process; (87) conferred with Douglas Duncan regarding sale matters and send Asset Purchase

Agreement and additional information concerning the sale; (88) reviewed purchase offers and

correspondence regarding the same; (89) conferred with United States Trustee regarding sale

matters; (90) reviewed and responded to numerous email memorandums from prospective

purchasers regarding offers and additional documentation; (91) emailed correspondence regarding

18

access to data room, modified non-disclosure agreement and Dream Media confidentiality

agreement; (92) emailed M. Gedeon re FTS invoices; (93) reviewed sale matters; (94) conferred

with counsel for Dream Media regarding sale matters; (95) addressed marketing efforts for sale of

assets; (96) reviewed and analyzed bids and mark-ups of Asset Purchase Agreement; (97) conferred

with Trustee regarding bids; (98) researched and analyzed Alpha Cygni trademark agreement and its

objection to sale motion; (99) drafted order approving sale of trademarks to Kirkendoll; (100)

reviewed and analyzed Kirkendoll mark-up of Asset Purchase Agreement; (101) reviewed pleadings

related to sale motion and auction and prepared outline responses to objections to motion to

assume/assign executory contracts; (102) addressed bidder inquiries and conferred with bidders'

counsel and investment banker regarding bidding process; (103) reviewed bids and mark-ups of

Asset Purchase Agreement and prepare comments and proposed changes; (104) reviewed bidding

procedures and conferred with Trustee and investment banker regarding the same, and researched

363(m) and 363(n) good faith purchaser and collusion issues; (105) drafted correspondence to

bidders regarding procedures and good faith purchaser findings; (106) review bid summary and

prepare documents for sale hearing and auction; (107) reviewed Kirkendoll contract provisions and

call with Kirkendoll counsel regarding comments / mark-up of Asset Purchase Agreement and sale

matters; (108) telephone conference with Kirkendoll regarding Asset Purchase Agreement; (109)

prepared proposed Asset Purchase Agreement revisions for draft of sale order; (110) reviewed

pleadings, objections, and proposed forms of Asset Purchase Agreement and drafter order approving

the sale of substantially all of the Debtors' assets; (111) drafted orders approving Kirkendoll sale and

settlement; (112) prepared for hearing on sale motion, auction, and motion to assume and assign

executory contracts; (113) reviewed and responded to emails from purchaser and counsel regarding

auction; (114) attended and participated in auction; (115) conferred with buyer's counsel regarding

sale implementation matters; (116) prepared documents and materials for counsel to buyer; (117)

revised form of sale order; (118) calls and numerous correspondence to address inquiries from

buyer's counsel and co-counsel regarding implementation of sale; (119) conferred with Trustee

regarding closing issues; (120) corresponded with bidder regarding return of deposit; (121) review of

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

19

post-petition agreements for Schedule 1.1 of the Asset Purchase Agreement; (122) conferred with

buyer's counsel regarding terms of the Asset Purchase Agreement, tax analysis and related matters;

(123) reviewed and responded to calls and correspondence regarding sale matters; (124) reviewed

documents regarding trademark assignment and researched trademark issues; (125) worked on form

of sale order, Asset Purchase Agreement, comments from buyer's counsel and co-counsel and

revisions to orders; (126) emailed and corresponded with buyer's counsel and contract counterparties

regarding sale and assumption/assignment matters; (127) drafted response to Alpha Cygni sale

objection; (128) addressed sale questions/issues, reviewed and considered assumption motion

objections/responses, reviewed revisions to forms and provisions of Asset Purchase Agreement and

schedules regarding the same, drafted summary of issues and evidence for adequate assurance

matters including corresponding with tax advisors, counsel for buyer, Dream Media, intellectual

property counsel and Trustee regarding the sale process; (129) conferred with buyer's co-counsel

and counsel regarding executory contracts and sale matters; (130) prepared emails regarding access

to premises to copy files prior to sale closing; (131) reviewed/revised final versions of sale order,

Asset Purchase Agreement, service lists and submissions in support of motion to assume/assign

executory contracts and leases; (132) responded to inquiries concerning cure amounts; (133) worked

on sale closing matters; (134) reviewed Dream Media accounting regarding sale proceeds; (135)

reviewed drafts of sale transfer documents and provided comments regarding same; (136) Emailed

Debtor and buyer and third parties regarding executory contracts and final sale documents; (137)

analyzed mechanism for modifying executory contract schedule including reviewing sale order,

Asset Purchase Agreement provisions and preparing memorandum outlining proposed tactics; (138)

reviewed amendment to Asset Purchase Agreement to address executory contract issues; (139)

conferred with Buyer's counsel regarding Asset Purchase Agreement schedules and exhibits; (140)

conferred with IT, Trustee and buyer's counsel regarding access to computers to back-up files and

address Debtors' refusal to allow Trustee's IT professionals to back-up data at Debtors' headquarters

prior to sale closing; (141) reviewed all revised transfer documents and blacklines and conferred

with Trustee regarding execution of final transfer documents, reviewed schedule/exhibits to Asset

20

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

Purchase Agreement and conferred with co-counsel, Trustee and buyer's counsel regarding closing

of the sale transaction; (142) reviewed lien release documents and emailed memorandums to buyer's

counsel and Dream Media counsel regarding execution of same; (143) drafted notice of continued

status conference; (144) confirmed closing of Kirkendoll trademark sale; (145) analyzed transfer of

subsidiary stock to purchaser and consequences for case administration and treatment under the plan;

(146) reviewed and analyzed sale of subsidiary entities; (147) conferred with intellectual property

counsel regarding sale of stock versus assignment of interests; (148) reviewed and prepared revised

Asset Purchase Agreement schedules; (149) conferred with Trustee regarding ownership transition

matters; (150) conferred with buyer's counsel regarding transition matters including computer data

back-up; (151) drafted notice of consummation of sale and identification of new buyers; (152)

analyzed attorney/client matters in chapter 11 case where debtors are out of possession; (153)

prepared draft lease assignment; (154) reviewed and sent lease assignment forms to buyer's counsel;

(155) drafted non-disclosure agreement for employee data; (156) addressed privacy/employee data

matters; (157) reviewed seller's privacy policy and assumption of policy matters; (158) call with

Paul Brent regarding non- disclosure agreement and addendum to Asset Purchase Agreement and

transition matters to implement sale; (159) drafted, reviewed and revised addendum to Asset

Purchase Agreement for privilege and customer information data; (160) worked on sale transition

matters; (161) addressed post-sale disclosure matters, including reconciliation and closing of

accounts; (162) prepared correspondence to buyer's counsel regarding outstanding matters to

implement sale documents and case administrative proceedings; (163) conferred with financial

advisors regarding status of data provided by buyer; (164); prepared schedule of all outstanding

matters and information needed by Trustee from buyers and/or Debtors; (165) reviewed financial

data provided by buyer's counsel; (166) addressed post-sale reconciliation matters including memos

to third parties regarding payment of administrative cure claims; (167) reviewed financial

information and email records for call with buyer's counsel regarding reconciliation; (168) conferred

with buyer's counsel regarding financial reconciliation as provided in the Asset Purchase

Agreement; (169) reviewed bank statements and wire transfer information and conferred with

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

buyer's counsel regarding the same; (170) confer with financial advisors re post-sale reconciliation process; (171) reviewed additional post-sale reconciliation documents; (172) addressed post-closing matters and reviewed underlying additional financial data for call with buyer's counsel and CFO; (173) participated on call with Trustee, financial advisors, buyer's counsel and CFO regarding transition and reconciliation matters; (174) reviewed documents and financial data provided by buyer's counsel regarding post-sale payables and receivables and reconciliation process; (175) reviewed data for reconciliation analysis; (176) reviewed and analyzed intellectual property and stock transfer issues; (177) reviewed additional financial data in support of reconciliation; and (178) prepared final forms of schedules to Asset Purchase Agreement for filing with the Court.

The Firm spent **269.10 hours** on matters relating to the Asset Disposition category, accounting for **$256,001.50** of the fees incurred during the First Interim Fee Period.

### 3. Bankruptcy Litigation / Contested Matters

The Firm included time in this category generally related to the various litigation proceedings relating to the Debtors and contested matters in these bankruptcy proceedings.  During the First Interim Fee Period, the Firm, among other things: (1) reviewed audio of Feb. 27, 2018 hearings on contested cash collateral motion, motion for relief from stay, motion to approve DIP financing, and assumption of master license with club licensees; (2) reviewed motions for adequate protection and related pleadings filed by MojoHost; (3) conferred with Dream Media and Debtor regarding MojoHost motions, projected payments and services provided; (4) reviewed Dream Media settlement proposal and provided comments; (5) reviewed vice.org cryptocurrency documents and analyzed same; (6) analyzed Metropolitan Lumber litigation position re bankruptcy and set-off and inter-office conferences regarding the same; (7) researched and analyzed cases re choice of law; (8) conferred with Dream Media counsel regarding operations, sale, claim and proposed term sheet for settlement; (9) drafted and revised memorandum regarding Dream Media objection and merits of law; (10) reviewed vice.org contract and related documents and prepared 2004 motion regarding the same; (11) reviewed case law on retroactive relief from employment, compensation, and case conversion; (12) reviewed 2004 motion and options regarding subpoena and research regarding

22

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

same; (13) reviewed, revised, and finalized motion to convert case; (14) conferred with financial

advisors regarding potential settlement with Dream Media; (15) conference with Trustee and

financial advisor regarding projections and conversion of case; (16) researched 2004 and 9016

scope, including drafting of 2004 motion re Stuart Duncan; (17) conferred with Committee counsel

regarding Kirkendoll regarding chapter 7 conversion and plan proposal; (18) reviewed draft

settlement agreement; (19) conferred with counsel for Dream Media regarding 2004 exam and

conversion matters; (20) reviewed, drafted comments, and revised proposed settlement agreement;

(21) prepared and revised application for order shortening time, supporting declaration and order

thereon; (22) conferred with Debtors' counsel regarding hearing dates; (23) exchanged emails with

Joseph Bain (counsel for Kirkendoll) regarding discovery; (24) met with Trustee and Committee

counsel concerning case conversion; (25) conferred with U.S. Trustee regarding pending matters;

(26) reviewed revised settlement proposal and issues; (27) reviewed objections to application for

order shortening time; (28) drafted, reviewed and revised settlement motion; (29) analyzed

provisions to settlement agreement and call with counsel for Dream Media regarding 9019 motion

and settlement; (30)  emails to Joseph Bain regarding discovery; (31) email exchange with Trustee

regarding preparation of documents; (32) analyze areas of testimony and discovery requests; (33)

reviewed deposition notices and discovery requests and prepare list of parties for document search;

(34) worked on document searches with IT Department; (35) held interoffice calls regarding

discovery and Dream Media objection and privilege matters; (36) conferred with counsel for Dream

Media regarding Kirkendoll discovery process and lender objections to requests for production; (37)

drafted discovery requests; (38) researched privilege issues; (39) reviewed and responded to requests

for discovery/depositions; (40) outlined issues for settlement litigation and objection responses; (41)

reviewed correspondence regarding objection analysis and information requests; (42) prepared for

deposition preparation of Trustee and financial advisor; (43) met with financial advisors regarding

operations and cash flow of Debtors; (44) met with Trustee regarding Kirkendoll depositions and

contested matters; (45) researched issues raised in objection to settlement and sale motion; (46)

conferred with Debtors' counsel regarding discovery, privilege, depositions and joint stipulation;

DOCS_LA:316414.4 32277/001

(47) reviewed and addressed issues raised in objections to sale and settlement motions and prepared draft reply pleading; (48) conferred with counsel for Dream Media and Kirkendoll regarding plan, sale and settlement; (49) met with Trustee regarding plan and sale/settlement issues; (50) reviewed updated trademark and copyright searches; (51) performed research regarding shareholders; (52) attended deposition of Adam Levin (of Dream Media); (53) met with Joe Bain regarding Club licenses and plan; (54) reviewed and researched case regarding Rule 408 and privilege; (55) reviewed Kirkendoll objection to discovery; (56) reviewed Trustee and financial advisor transcripts; (57) outlined settlement terms; (58) interoffice memos/conferences regarding open issues for hearing/trial; (59) analyzed outstanding issues for hearing on sale motion; (60) drafted stipulation regarding resolution of Kirkendoll objection and plan proposal in anticipation of term sheet; (61) drafted objection to Kirkendoll's ex parte and researched competing bids as evidence, and prepared for hearing regarding the same; (62) reviewed Kirkendoll term sheet and conferred with Trustee regarding the same; (63) conferred with Trustee and special counsel and participated in conference call with Kirkendoll management, Dream Media, and Committee counsel regarding term sheet for settlement; (64) reviewed and analyzed Kirkendoll Master License Agreement ("MLA"); (65) conferred with Kirkendoll regarding license agreement; (66) reviewed pleadings and prepared for contested hearing on sale /settlement motions; (67) conferred with Trustee and counsel for Dream Media regarding revised term sheet and MLA issues; (68) reviewed revisions to term sheet and settlement terms; (69) attended hearings on sale and settlement motions and Debtors' request for allowance and payment of administrative claims, and met with Kirkendoll and counsel regarding the same; (70) conferred with Trustee regarding execution of term sheet; (71) prepared 9019 orders and reviewed comments/proposed revisions to sale and settlement motion and incorporated certain revisions into final forms of orders; (72) prepared Trustee 9019b declaration, and revised/finalized motion regarding the same; (73) researched Delaware v. California law; (74) drafted notice of withdrawal of objection to Dream Media's proof of claim; (75) reviewed files and correspondence regarding turnover demand; (76) reviewed Dream Media draft Complaint; (77) prepared for and attended hearing and post-hearing meetings; (78) addressed Al Masse (Broadway Advisors)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

employment; (79) prepared Al Masse declaration regarding marketing and email exchange regarding the same; (80) held interoffice conferences regarding collusion vs. collaborative sale and reviewed emails regarding the same; (81) conferred with objecting parties regarding auction process and contract assumption matters; (82) drafted order approving Kirkendoll settlement: (83) attended sale hearing, pre-hearing and post-hearing; (84) exchanged emails/calls with Joseph Bain regarding 9019 order and releases; (85) reviewed Judge Montali decision regarding rejection of license and circulate email regarding Judge Barash opinion of Montali; (86) researched, reviewed and analyzed Raima, Temnology and Sima cases regarding effect of trademark rejection; (87) researched, reviewed, and analyzed attorney fee 1717 cases and related material; (88) worked on reply to objection to motion to assume executory contracts and analyzed cases; (89) worked on revised Topco brief; (90) held interoffice conferences regarding settlement progress and objections and revisions to brief; (91) conferences with Mark Mintz (Kirkendoll counsel) regarding settlement progress and reviewed emails between Mintz and Horoupian (Topco counsel) regarding settlement of Topco objection; (92) Review WGCZ Ltd. declaration and office conferences regarding the same; (93) prepared for and attended hearing on objection to lease assumption and cure; (94) addressed privilege issues regarding transferred books and records addendum; and (95) reviewed issues settling Crypto currency and Dream Media obligation to the Estates.

The Firm spent **343.30 hours** on matters relating to the Bankruptcy Litigation category, accounting for **$324,505.00** of the fees incurred during the First Interim Fee Period.

### 4.    Case Administration

During the First Interim Fee Period, the Firm, among other things: (1) attended to case strategy and pending issues; (2) reviewed and analyzed documents and attended to docket issues; (3) maintained a memorandum of critical dates and attended to calendaring matters; (4) maintained document control; (5) performed work regarding case status reports and attended status hearings thereon; (6) performed work regarding a motion to limit notice; (7) reviewed notices of insider compensation; (8) researched case conversion issues; (9) reviewed Debtors' monthly operating reports; and (10) corresponded and conferred regarding case administration issues.

25

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

The Firm spent **66.10 hours** on matters relating to the Case Administration category, accounting for **$57,348.50** of the fees incurred during the First Interim Fee Period.

### 5. Claims Administration/Objections

During the First Interim Fee Period, the Firm, among other things: (1) performed legal research and analysis regarding claims / causes of action based on usury law including preparation of memorandum regarding same; (2) reviewed prior cash flow projections, cash collateral orders, and memoranda and schedules relating to outstanding payables and claims based thereon; (3) reviewed and analyzed claims (including M7 claims and claim schedules) and other vendor operating claims; (4) reviewed claim-related documents and prepared spreadsheets (including several updated thereto) regarding claims and claims analysis; (5) responded to inquiries from creditors and prepared notices of stay violation to certain aggressive pre-petition and post-petition creditors; (6) drafted notices of withdrawal of insider compensation that had been filed by the Debtors; (7) prepared notice and general bar date order, and proof of claim template; (8) researched and analyzed history of Debtors, financial relationships and claims by and among debtor and non-debtor subsidiaries; (9) prepared notice of 9019 motion regarding Dream Media claim; (10) reviewed Debtors' application to approve administrative claims for Catherine Brandt and Ken Whitworth; (11) conferred with U.S. Trustee regarding insider compensation matters; (12) outlined bases of objections to certain priority claims and tax claims and conferred regarding same; and (13) conferred with Trustee and buyer regarding administrative bar date.

The Firm spent **82.10 hours** on matters relating to Claims Administration/Objections category, accounting for **$67,035.50** of the fees incurred during the First Interim Fee Period.

### 6. Compensation of Professionals/Others

The Firm placed under this category time spent related to the compensation of PSZJ and other professionals.

Specifically, during the Fee Period, the Firm, among other things:  (1) prepared the notice to professionals to file first interim fee applications; (2) conferred regarding the Firm's first interim fee

26

application; (3) conferred regarding Akerman's fee application; and (4) began working on the Firm's first interim fee application.

The Firm spent **5.40 hours** on matters relating to Compensation of Professionals/Others, accounting for **$2,085.00** of the fees incurred during the First Interim Fee Period.

### 7.    Executory Contracts

The Firm placed under this category time spent related to issues regarding executory contracts and unexpired leases.  During the First Interim Fee Period, the Firm, among other things: (1) conferred with counsel for landlord regarding rent, mitigation of claims,  insurance matters and leasehold reduction; (2) addressed contract provisions for talent and licensing; (3) reviewed applicability of section 365(n) to trademark license and reviewed license agreement; (4) drafted memorandum outlining trademark rejection issues, and cases regarding split of authority and other applicable case pleadings; (5) reviewed Vice-Coin contract matters; (6) reviewed cryptocurrency matters and US Trustee position; (7) researched contract rejection matters; (8) reviewed cash flow and conferred with financial advisor regarding amounts due to/from M-7; (9) conferred with U.S. Trustee regarding M-7 claim matters; (10) reviewed lease provisions regarding HVAC for Debtor premises and conferred with Kelly Holland regarding the same; (11) addressed licensee contract claim for work distributed in Australia; (12) reviewed Omni Trademark Agreement with Alpha Cygni, litigation claims and related matters for call with Alpha Cygni counsel; (13) drafted language for assignment of contract; (14) prepared a motion to extend time to assume Debtors' office lease; (15) conferred with special counsel regarding OMNI license matters; (16) outlined issues for addressing executory contracts and assumption/rejection protocol; (17) held inter-office conferences regarding M-7 and set-offs and preference matters; (18) reviewed licensing matters; (19) conferred with US Trustee counsel regarding filing documents under seal; (20) reviewed M7 reply to settlement proposal and drafted memorandum regarding the same; (21) conferred with Trustee regarding M7 and Kirkendoll licenses and plan issues; (22) reviewed stipulation to extend lease assumption/rejection date (re Mason Avenue) and prepared order regarding the same; (23) reviewed schedule of licenses; (24) reviewed motion to sell substantially all of Debtors' assets; (25) conferred

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law

27

with financial advisor and Debtor regarding revisions to schedule of executory contracts and reviewed updated contract schedule; (26) reviewed/revised draft motion to assume/assign executory contracts and notices of intent to assume/assign; (27) drafted opposition to motion to compel assumption/assignment of contract by M7; (28) conferred with Debtor regarding license agreement in respond to inquiries on cure amounts in motion to assume/assign contract; (29) conferred with licensees regarding cure/settlement of oppositions to assumption motion; (30) reviewed executory contract oppositions and terms of agreements; (31) analyzed executory contract matters with respect to Alpha Cygni objection; (32) reviewed M7 cure analysis and confer with Trustee and financial advisor regarding the same; (33) reviewed litigation pleadings regarding Jerrick and considered rescission matters for Alpha Cygni reply to objection to motion to assume/assign; (34) reviewed/responded to inquiry raised by buyer's counsel; (35) reviewed draft response to objection to motion assume contracts; (36) reviewed/revised stipulation with TOPCO to continue hearing; (37) conferred with landlord's counsel regarding cure and attorney's fees; (38) conferred with U.S. Trustee regarding outstanding objections to assumption motion, cure issues; (39) conferred with Trustee regarding proposed settlement with M7; (40) prepared for and attended hearing on objections to assumption and assignment of executory contracts; (41) addressed outstanding executory contract inquiries and transfer issues; (42) finalized notice of rejection of executory contracts, exhibit and service list; (43) conferred with Trustee regarding landlord matters, (44) prepared forms of assignment of lease for landlord/buyer; (45) reviewed Palm Beach Beaute license use post-rejection matters and confer with intellectual property counsel regarding the same; (46) reviewed correspondence and executory contract schedules and drafted response to Greek licensee information request; (47) reviewed and provided comments/revisions to assumption and assignment of lease agreement; (48) reviewed final forms of assumption/assignment agreement and M7 Stipulation and followed up on settlement matters; (49) and drafted order approving stipulation with Eli Dubrow, landlord, regarding assumption/assignment of lease.

The Firm spent **62.00 hours** on matters relating to the Executory Contracts category, accounting for **$58,445.00** of the fees incurred during the First Interim Fee Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

### 8.    Financial Filings

The Firm placed under this category time spent related to revising the Debtors' schedules and statement of financial affairs.

The Firm spent **35.80 hours** on matters relating to financial filings including review of schedules and statements in preparation of 341(a) meeting of creditors and potential revisions and amendments to same, accounting for **$13,425.00** of the fees incurred during the First Interim Fee Period.

### 9.    Avoidance Actions

This category pertains to avoidance actions under section 544-549 of the Bankruptcy Code. During the First Interim Fee Period, the Firm analyzed potential avoidance actions and performed a preference analysis and prepared a chart regarding the same.

The Firm spent **12.80 hours** on matters relating to the Avoidance Action category, accounting for **$8,920.00** of the fees incurred during the First Interim Fee Period.

### 10.    Financing

Time billed to this category included, among other things: (1) reviewing budgetary issues; (2) meeting with Trustee and financial advisors regarding cash flow and budget matters; (3) meetings with Dream Media and its counsel regarding cash collateral, budget and case administration; (4) reviewing/revising proposed cash collateral stipulated order with financial advisors and Dream Media counsel regarding the same; (5) finalizing cash collateral order and reviewing cash collateral budgets/projections regarding chapter 11 vendors; (6) reviewing draft insurance financing motion; (7) attending hearing on Trustee's motion to enter into AFCO insurance finance agreement; (8) preparing order and notice on continued cash collateral use; (9) reviewing projections for cash collateral use reports and conferring with financial advisor regarding the same; (10) conferring with Trustee and Timothy Driver regarding investment into Penthouse companies through offering transactions; and (11) and drafting revised cash collateral stipulated order.

The Firm spent **18.70 hours** on matters relating to the Financing category, accounting for **$18,232.50** of the fees incurred during the First Interim Fee Period.

29

### 11.    Insurance Coverage

Time billed to this category included, among other things: (1) reviewing insurance policies/binders/premium finance agreement regarding Trustee appointment, premium due date and analyzing issues regarding the same; (2) researching insurance broker information; (3) drafting emergency motion to enter into insurance premium finance agreement; (4) conferring with insurance broker regarding continuing coverage, additional insured parties and other issues; (5) inter-office conferences regarding Debtor insurance coverage and issues, elimination of Lloyd's policy, case conversion, and change of control consequences; (6) addressing assumption of insurance policies and cancellation issues with Marsh; (7) conferring with Debtor regarding insurance issues; (8) conferring with Sakyi regarding group insurance; and (9) reviewing file regarding D&O insurance issues, analyzing objection discussing Campbell and Penthouse directors and officers, and drafting response regarding D & O coverage.

The Firm spent **58.00 hours** on matters relating to the Insurance Coverage category, accounting for **$51,405.00** of the fees incurred during the First Interim Fee Period.

### 12.    Litigation (Non-Bankruptcy)

The Firm placed under this category time spent related litigation in non-bankruptcy courts. During the First Interim Fee Period, the Firm, among other things, (1) reviewed pending litigation matters and conferred with special litigation counsel; (2) reviewed and revised motion to stay District Court litigation; (3) conferred with intellectual property counsel regarding the Jerrick claims/ and offer and litigation settlement; and (4) conferred with Alpha Cygni counsel regarding purchase of rights that are subject to litigation.

The Firm spent **7.40 hours** on matters relating to the Litigation/Non-Bankruptcy category, accounting for **$7,215.00** of the fees incurred during the First Interim Fee Period.

### 13.    Meeting of Creditors

During the First Interim Fee Period, the Firm attended a Section 341(a) creditors meeting, and reviewed and analyzed documents.

DOCS_LA:316414.4 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

The Firm spent **4.00 hours** on matters relating to the Meeting of Creditors category,

accounting for **$3,900.00** of the fees incurred during the First Interim Fee Period.

**14.    Operations**

The Firm place in this category time related to operational matters of the Debtors, which

included, among other things, (1) reviewing potential exit strategies; (2) addressing cash flow issues

with counsel for Dream Media; (3) addressing operating issues including recovery of funds, vendors,

and protection of trademark rights; (4) addressing Humboldt bank account matters; (5) meeting with

Debtors and Debtors' counsel; (6) reviewing revised budget; (7) corresponding with Humboldt Bank

regarding release of funds and re-establishment of merchant accounts; (8) reviewing updated cash

flow projections and updated solvency analyses; (9) reviewing financial projections; (10) reviewing

due diligence list and preparing memorandum regarding outstanding cash management questions;

(11) conferring with Trustee and financial advisors regarding projections; (12) conferring with

Trustee regarding chapter 7 conversion and plan proposal; (13) reviewing projected fees of

professionals; (14) reviewing contract liability provision analysis; (15) reviewing operating budget;

(16) calls with Trustee, Kelly Holland and accounting personnel regarding operating matters; (17)

reviewing pending operating issues and trademark renewal matters; (18) addressing licensing issues;

(19) reviewing/responding to emails regarding operating expenses, outstanding invoices, retention of

special counsel and potential consequences of auction; (20) reviewing updated balance sheets and

operating results through case; (21) reviewing schedule of pending intellectual property registration

deadline and outstanding matters from intellectual property counsel; (22) conferring with Trustee

regarding limiting continuing obligations pending sale; (23) conferring with Debtor regarding

operating matters; (24) reviewing proposed employee termination letter; (25) conferring with

Trustee and financial advisors regarding information needed from company; (26) addressing

operating transition matters with buyer; (27) reviewing insurance matters; (28) reviewing

correspondence from Florida intellectual property counsel regarding pending matters; (29)

conferring with financial advisors regarding data back-up and information access; and (30)

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

31

reviewing banking information from Trustee and conferring with buyer's counsel regarding the same.

The Firm spent **22.60 hours** on matters relating to the Operations category, accounting for **$22,035.00** of the fees incurred during the First Interim Fee Period.

### 15. Plan & Disclosure Statement

The Firm placed under this category time spent related to work regarding a plan and disclosure statement.

Specifically, during the First Interim Fee Period, the Firm, among other things: (1) conferred with counsel for potential plan proponent regarding financing and plan terms; (2) conferred with Kirkendoll regarding access to books and records; (3) drafted confidentiality agreement for corporate document review; (4) reviewed restructuring proposal from Tim Driver and prepared a memo to the Trustee regarding the same; (5) analyzed disposition and plan proposals from third parties; (6) conferred with Mark Winthrop regarding pending case matters at issue and proposals for disposition of debtors in connection with his retention as Kirkendoll counsel; (7) reviewed Media Asset Placements LLC plan proposal; (8) outlined issues for discussion of Club Licensee plan; (9) outlined plan expense matters for call with Kirkendoll; (10) reviewed plan matters and prepared plan; (11) analyzed sale, plan, confirmation issues; (12) prepared motion to approve disclosure statement; (13) conferred with Trustee regarding payables and receivables for disclosure statement liquidation analysis; (14) summarized terms of plan and claims for liquidation analysis and tax review; and (15) e-mailed Committee counsel regarding plan matters.

The Firm spent **17.50 hours** on matters relating to the Plan and Disclosure Statement category, accounting for **$15,862.50** of the fees incurred during the First Interim Fee Period.

### 16. Retention of Professionals/Others

Time billed to this category included: (1) preparing an application and related documents to employ the Firm as the Trustee's general bankruptcy counsel; (2) reviewing the Firm's previous employment in Penthouse related matters, the history of the Penthouse entities through their two prior bankruptcy proceedings including treatment of the entities under prior plans and other merger

32

and sale transactions in order to prepare comprehensive disclosures for retention application; (3) assisting in the preparation of special counsel retention applications and related documents; (4) reviewing the retention application prepared by the Trustee's financial advisor; (5) reviewing case conflicts list; (6) reviewing and revising Akerman and Broadway Advisors retention applications and related documents; (7) researching potential employment of de la Guardia Casselino; and (8) preparing the application and related documents to retain BPE&H as accountants for Trustee.

The Firm spent **59.40 hours** on matters relating to the Retention of Professionals/Others category, accounting for **$37,882.50** of the fees incurred during the First Interim Fee Period.

### 17.    Relief from Stay

Time billed to this category was minimal and included preparing letters to creditors regarding violations of the automatic stay.

The Firm spent **0.80 hours** on matters relating to the Relief from Stay category, accounting for **$300.00** of the fees incurred during the First Interim Fee Period.

### 18.    Stay Litigation

Time billed to this category included, among other things: (1) calls with Mirco Haag regarding motions for relief from stay and adequate protection, potential resolution of actions: (2) drafting stipulation and order thereon to further extend response to motion for relief from stay and adequate protection re MojoHost; (3) conferring with MojoHost counsel regarding pending motions; (4) researching scope of police power exceptions to automatic stay; (5) drafting correspondence to Florida corporate registration authorities regarding proposed cancellation as violating automatic stay and being void; and (6) drafting letters to State of Florida regarding purported dissolution of three additional debtor entities.

The Firm spent **3.20 hours** on matters relating to the Stay Litigation category, accounting for **$3,022.50** of the fees incurred during the First Interim Fee Period.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law

33

**B.** **Detailed Listing of All Time Spent By the Professional on the Matters for Which Compensation is Sought (Local Bankruptcy Rule 2016-1(a) (1) (E)**

**Exhibit "A"** contains a summary, by category, of the Firm's services and expenses in these Cases that were incurred during the First Interim Fee Period covered by this Application. Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Trustee. **Exhibit "C"** contains the Firm's detailed time records during these periods.

**C.** **List of Expenses by Category (Local Bankruptcy Rule 2016-1(a) (1) (F)).**

The costs incurred are summarized in **Exhibits "A"** attached hereto, which provides a monthly breakdown for the First Interim Fee Period. The Firm has not charged the Chapter 11 Trustee for any outgoing faxes. The Firm has charged for unusual expenses, such as travel, court costs and special messenger services, including Federal Express. The Firm has written off all charges for overtime and working meals.

**D.** **Hourly Rates (Local Bankruptcy Rule 2016-1(a) (1) (G) and (I).**

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on **Exhibit "A"** attached hereto, including any changes of rates.

**E.** **Description of Professional Education and Experience (Local Bankruptcy Rule 2016-1(a) (1) (H)).**

**Exhibit "B"** includes a description of the professional education and biographies of the professionals employed by the Firm who rendered services in these cases. The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of the Firm.

**F.** **Notice of Application and Hearing**

Notice of the submission of this Application and the hearing thereon has been given to all parties entitled to notice in accordance with this Court's Order Granting Motion of Chapter 11 Trustee to Limit Scope of Notice entered June 13, 2018 [Docket No. 569] and to all parties requesting electronic notice. Accordingly, adequate notice has been given. Complete copies of the Application will be promptly furnished to any other party in interest upon specific request.

34

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 170 of 293

1  Therefore, notice should be deemed adequate under the circumstances and in accordance with

2  Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

### VIII.

### THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED

### BASED UPON APPLICABLE LAW

6  The fees and expenses requested by this Application are an appropriate award for the Firm's

7  services in acting as general bankruptcy counsel to the Trustee.

8  Pursuant to Section 330 of the Bankruptcy Code, the Court may award to a professional

9  person, reasonable compensation for actual, necessary services rendered, and reimbursement for

10  actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests

11  compensation and the costs incurred for which the Firm requests reimbursement are for actual and

12  necessary services rendered and costs incurred.

13  The professional services rendered by the Firm have required an expenditure of substantial

14  time and effort.

15  During the First Interim Fee Period, 1,191.60 hours have been recorded by members of the

16  Firm and more time was actually expended but either was not recorded or was written off.  The

17  Firm's blended hourly rate in these cases for the First Interim Fee Period including paraprofessionals

18  is $888.80.

19  Moreover, time and labor devoted is only one of many pertinent factors in determining an

20  award of fees and costs.  Based on the skills brought to bear in these cases by the Firm and the

21  results obtained and in light of the accepted lodestar approach, the Firm submits that the

22  compensation requested herein is reasonable and appropriate.

23  **A.    The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate
    by the Hours Expended.**

24

25  In determining the amount of allowable fees under 11 U.S.C. § 330 (a), courts are to be

26  guided by the same "general principles" as are to be applied in determining awards under the federal

27  fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re*

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

35

*Manoa Finance Co., Inc.,* 853 F.2d 687, 691 (9th Cir. 1988; *see Meronk v. Arter & Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (BAP 9th Cir. 2000 (reiterating that *Manoa Finance* is the controlling authority and characterizing the factor test[4] identified in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974 and *Kerr v. Screen Extras Guild, Inc.* 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied,* 425 U.S. 951 (1976 as an "obsolete laundry list" now subsumed within more refined analyses).

The United States Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983, a civil rights case, the Court held that while the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those factors. *Hensley* at 434, n. 9.[5] The following year, another civil rights case, *Blum vs. Stenson*, 465 U.S. 886 (1984 provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . . Adjustments to that fee then may be made as necessary in the particular case.

*Blum* at 888.

Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to determining fees should be applied using the lodestar approach, rather than an ad hoc approach. While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq, should be interpreted like that of the Civil Rights Act, the Court expressly rejected the ad hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that, "the lodestar figure includes most, if not

---

[4] The original twelve Johnson/Kerr factors were: (1) time and labor required; (2) novelty and difficulty of the questions involved; (3) skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) amount involved and results obtained; (9) experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) nature and length of the professional relationship with client; and (12) awards in similar cases.

[5] For discussion of the Johnson/Kerr subsumed factors: *See Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors…are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds*, 984 F.2d 345 (9th Cir. 1993) (Court extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992) held the sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation.").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

1    all, of the relevant factors constituting a 'reasonable' attorney's fee . . . " *Pennsylvania v. Del. Valley*

2    *Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986; *See also Blanchard v. Bergeron*, 489

3    U.S. 87, 94 (1989 ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is

4    properly calculated by multiplying the number of hours reasonably expended on the litigation times

5    a reasonable hourly rate.")

6       While the lodestar approach is the chief basis for determining fee awards under the federal

7    fee-shifting statutes and Bankruptcy Code, some of the Johnson/Kerr factors, previously applied in

8    an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

9    approach. *Buckridge* at 202 ("a court is permitted to adjust the lodestar up or down using a multiplier

10    based on the criteria listed in §330 and its consideration of the Kerr factors not subsumed within the

11    initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005 (court may

12    "adjust the lodestar amount after considering other factors that bear on the reasonableness of the

13    fee"); *Unsecured Creditors' Comm. V. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991

14    ("Although *Manoa* suggests that starting with the lodestar is customary, it does not mandate such an

15    approach in all cases…[f]ee shifting cases are persuasive, but due to the uniqueness of bankruptcy

16    proceedings, they are not controlling").

17       Attached hereto as **Exhibits "C"** are copies of the Firm's time reports and records kept in the

18    regular course of business reflecting the services rendered and the expenses incurred by the Firm

19    during the First Interim Fee Period.  The Firm's time reports are initially handwritten or recorded via

20    computer by the attorney or paralegal performing the described services.  The time reports are

21    organized on a daily basis.  The Firm is sensitive to issues of "lumping," and unless time was spent

22    in one time frame on a variety of different matters for a particular client, separate time entries are set

23    forth in the time reports.  The Firm's charges for its professional services are based upon the time,

24    nature, extent and value of such services and the cost of comparable services in the Southern

25    California region, other than in a case under the Bankruptcy Code.

26       As discussed above in detail, the Firm has achieved good results so far in this case.

27

28

37

PACHULSKI STANG ZIEHL & JONES LLP

ATTORNEYS AT LAW

## IX.

### **CONCLUSION**

This is the Firm's first request for interim compensation in this Case.  Neither the Firm, nor any partners or associates of the Firm, has any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded the Firm with any other person or attorney, except among partners and employees of the Firm.

The Firm believes that the services rendered for which compensation is sought in this Application have been beneficial to the estates, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

**WHEREFORE,** Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court: (1) allow on an interim basis fees in the amount of $1,059,220.50 and reimbursement of expenses in the amount of $32,710.95 for a total amount of $1,092,606.45, for the period March 6, 2018 through August 31, 2018; (2) authorize and direct the Trustee to pay all outstanding allowed fees and allowed expenses for the First Interim Fee Period; and (3) order such other and further relief as is appropriate.

Dated: September 18, 2018

PACHULSKI STANG ZIEHL & JONES LLP


By      */s/ Linda F. Cantor*

        Linda F. Cantor (CA Bar No. 153762)
        Attorneys for the Chapter 11 Trustee

38

DOCS_LA:316414.4 32277/001

**DECLARATION OF LINDA F. CANTOR**

I, Linda F. Cantor, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this court.  I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, general bankruptcy counsel to David K. Gottlieb, Chapter 11 Trustee of Penthouse Global Media, Inc. and its debtor subsidiaries (the "Trustee").

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      The Firm is not charging the Trustee for outgoing faxes.  The Firm's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  The Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

5.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.

6.      The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

7.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.  The Firm voluntarily wrote off

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

39

$80,370.50 in fees and $863.83 in expenses it incurred and recorded for the period covered by this Application.

9.    <u>Local Bankruptcy Rule 2016-1(a) (1) (K) Compliance</u> -- I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2018 at Los Angeles, California.

*/s/ Linda F. Cantor*
Linda F. Cantor

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 15:57:15    Desc
Main Document    Page 175 of 292

# EXHIBIT A

**SUMMARY OF SERVICE AND EXPENSES OF**
**PACHULSKI STANG ZIEHL & JONES LLP**
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

I. SERVICES

| Attorney / Paralegal* / Clerk** | Rate | Hours | | Total |
|---|---|---|---|---|
| **March 6, 2018 - August 31, 2018** | | | | |
| | | | | |
| <u>ASSET ANALYSIS</u> | | | | |
| | | | | |
| Cantor, Linda F. | 975 | 60.40 | $ | 58,890.00 |
| Kevane, Henry C. | 975 | 11.80 | $ | 11,505.00 |
| Hunter, James K.T. | 925 | 14.20 | $ | 13,135.00 |
| Nasatir, Iain A.W. | 925 | 0.80 | $ | 740.00 |
| Brown, Kenneth H. | 925 | 6.10 | $ | 5,642.50 |
| Hochman, Harry D. | 850 | 0.80 | $ | 680.00 |
| Kandel, Jeffrey L. | 775 | 6.50 | $ | 5,037.50 |
| Pomerantz, Jason S. | 775 | 19.30 | $ | 14,957.50 |
| Dassa, Beth D. | 375 | 4.20 | $ | 1,575.00 |
| Jeffries, Patricia J. | 375 | 0.20 | $ | 75.00 |
| | | | | |
| SUB TOTAL | | 124.30 | $ | 112,237.50 |
| | | | | |
| <u>ASSET DISPOSITION</u> | | | | |
| | | | | |
| Pachulski, Richard M. | 1245 | 1.60 | $ | 1,992.00 |
| Kharasch, Ira D. | 1050 | 1.00 | $ | 1,050.00 |
| Gruber, Richard J. | 1025 | 16.60 | $ | 17,015.00 |
| Cantor, Linda F. | 975 | 190.30 | $ | 185,542.50 |
| Nasatir, Iain A.W. | 925 | 0.80 | $ | 740.00 |
| Hochman, Harry D. | 850 | 39.40 | $ | 33,490.00 |
| Newmark, Victoria A. | 850 | 18.20 | $ | 15,470.00 |
| Dulberg, Jeffrey W. | 795 | 0.60 | $ | 477.00 |
| Dassa, Beth D. | 375 | 0.60 | $ | 225.00 |
| | | | | |
| SUB TOTAL | | 269.10 | $ | 256,001.50 |
| | | | | |
| <u>AVOIDANCE ACTIONS</u> | | | | |
| | | | | |
| Pomerantz, Jason S. | 775 | 10.30 | $ | 7,982.50 |
| Jeffries, Patricia J. | 735 | 2.50 | $ | 937.50 |
| | | | | |
| SUB TOTAL | | 12.80 | $ | 8,920.00 |
| | | | | |
| <u>BANKRUPTCY LITIGATION</u> | | | | |
| | | | | |
| Pachulski, Richard M. | 1245 | 0.90 | $ | 1,120.50 |
| Gruber, Richard J. | 1025 | 3.20 | $ | 3,280.00 |
| Cantor, Linda F. | 975 | 145.10 | $ | 141,472.50 |
| Hunter, James K.T. | 925 | 0.80 | $ | 740.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

| | | | | |
|---|---|---|---|---|
| Nasatir, Iain A.W. | 925 | 189.00 | $ | 174,825.00 |
| Hochman, Harry D. | 850 | 1.40 | $ | 1,190.00 |
| Newmark, Victoria A. | 850 | 1.30 | $ | 1,105.00 |
| Dulberg, Jeffrey W. | 795 | 0.10 | $ | 79.50 |
| Mulvihill, Joseph M. | 495 | 1.00 | $ | 495.00 |
| Forrester, Leslie A. | 395 | 0.50 | $ | 197.50 |
| SUB TOTAL | | 343.30 | $ | 324,505.00 |

CASE ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 52.70 | $ | 51,382.50 |
| Hunter, James K.T. | 925 | 0.10 | $ | 92.50 |
| Pomerantz, Jason S. | 775 | 1.40 | $ | 1,085.00 |
| Kim, Jonathan J. | 775 | 0.10 | $ | 77.50 |
| Mackle, Cia H. | 595 | 1.30 | $ | 773.50 |
| Dassa, Beth D. | 375 | 10.50 | $ | 3,937.50 |
| SUB TOTAL | | 66.10 | $ | 57,348.50 |

CLAIMS ADMINISTRATION/OBJECTIONS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 37.10 | $ | 36,172.50 |
| Kevane, Henry C. | 975 | 2.30 | $ | 2,242.50 |
| Nasatir, Iain A.W. | 925 | 4.60 | $ | 4,255.00 |
| Brown, Kenneth H. | 925 | 7.30 | $ | 6,752.50 |
| Hochman, Harry D. | 850 | 11.50 | $ | 9,775.00 |
| Nolan, Jeffrey P. | 750 | 0.70 | $ | 525.00 |
| Mackle, Cia H. | 595 | 1.30 | $ | 773.50 |
| Forrester, Leslie A. | 395 | 2.60 | $ | 1,027.00 |
| Dassa, Beth D. | 375 | 14.70 | $ | 5,512.50 |
| SUB TOTAL | | 82.10 | $ | 67,035.50 |

COMPENSATION OF PROFESSIONALS/OTHER

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 0.10 | $ | 97.50 |
| Dassa, Beth D. | 375 | 5.30 | $ | 1,987.50 |
| SUB TOTAL | | 5.40 | $ | 2,085.00 |

EXECUTORY CONTRACTS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 47.40 | $ | 46,215.00 |
| Brown, Kenneth H. | 925 | 6.10 | $ | 5,642.50 |
| Kandel, Jeffrey L. | 775 | 8.50 | $ | 6,587.50 |
| SUB TOTAL | | 62.00 | $ | 58,445.00 |

FINANCIAL FILINGS

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 375 | 35.80 | $ | 13,425.00 |
| SUB TOTAL | | 35.80 | $ | 13,425.00 |

FINANCING

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 18.70 | $ | 18,232.50 |
| SUB TOTAL | | 18.70 | $ | 18,232.50 |

INSURANCE COVERAGE

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 4.60 | $ | 4,485.00 |
| Nasatir, Iain A.W. | 925 | 48.90 | $ | 45,232.50 |
| Dassa, Beth D. | 375 | 4.50 | $ | 1,687.50 |
| SUB TOTAL | | 58.00 | $ | 51,405.00 |

LITIGATION/NON-BANKRUPTCY

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 7.40 | $ | 7,215.00 |
| SUB TOTAL | | 7.40 | $ | 7,215.00 |

MEETING OF CREDITORS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 4.00 | $ | 3,900.00 |
| SUB TOTAL | | 4.00 | $ | 3,900.00 |

OPERATIONS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 22.60 | $ | 22,035.00 |
| SUB TOTAL | | 22.60 | $ | 22,035.00 |

PLAN & DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 11.50 | $ | 11,212.50 |
| Kim, Jonathan J. | 775 | 6.00 | $ | 4,650.00 |
| SUB TOTAL | | 17.50 | $ | 15,862.50 |

RETENTION OF PROFESSIONALS/OTHERS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 20.70 | $ | 20,182.50 |
| Hong, Nina L. | 750 | 8.50 | $ | 6,375.00 |

SUMMARY OF SERVICE AND EXPENSES OF

PACHULSKI STANG ZIEHL & JONES LLP

**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 375 | 27.60 | $ | 10,350.00 |
| Harrison, Felice S. | 375 | 2.60 | $ | 975.00 |
| SUB TOTAL | | 59.40 | $ | 37,882.50 |

RELIEF FROM STAY

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 375 | 0.80 | $ | 300.00 |
| SUB TOTAL | | 0.80 | $ | 300.00 |

STAY LITIGATION

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 975 | 3.10 | $ | 3,022.50 |
| Dassa, Beth D. | 375 | 0.10 | $ | 37.50 |
| SUB TOTAL | | 3.20 | $ | 3,060.00 |
| TOTAL HOURS | | 1,192.50 | | |
| TOTAL SERVICES | | | $ | 1,059,895.50 |

II. EXPENSES

| | | |
|---|---|---|
| Bloomberg | $ | 121.90 |
| Conference Call | $ | 84.23 |
| Courtlink | $ | 60.76 |
| Federal Express | $ | 630.08 |
| Lexis/Nexis | $ | 1,384.72 |
| Legal Vision/Attorney Messenger Service | $ | 2,086.82 |
| Pacer - Court Research | $ | 1,586.40 |
| Postage | $ | 3,568.21 |
| Reproduction Expense | $ | 11,296.20 |
| Reproduction/Scan Copy | $ | 2,554.20 |
| Filing Fee | $ | 303.64 |
| Research | $ | 1,875.25 |
| Transcripts | $ | 7,158.54 |
| TOTAL EXPENSES | $ | 32,710.95 |
| TOTAL SERVICES AND EXPENSES | $ | 1,092,606.45 |

| In re |
|---|
| Penthouse Global Media, Inc. |
| |
| |
| Debtor |

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | 1,059,895.50 |
| Expenses Requested | 32,710.95 |

CHAPTER        11
Case No.    18-10098
Counsel for David K. Gottlieb, Chapter 11 Trustee

FEE APPLICATION      March 6, 2018 - August 31, 2018

## ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Pachulski, Richard M. | 1979 | 975.00 | 2.50 | $ 3,112.50 |
| Kharasch, Ira D. | 1983 | 1050.00 | 1.00 | $ 1,050.00 |
| Gruber, Richard J. | 1982 | 1025.00 | 19.80 | $ 20,295.00 |
| Kevane, Henry C. | 1986 | 975.00 | 14.10 | $ 13,747.50 |
| Cantor, Linda F. | 1991 | 975.00 | 625.70 | $ 610,057.50 |
| Hunter, James K.T. | 1976 | 925.00 | 15.10 | $ 13,967.50 |
| Nasatir, Iain A.W. | 1990 | 925.00 | 244.10 | $ 225,792.50 |
| Brown, Kenneth H. | 1981 | 925.00 | 19.50 | $ 18,037.50 |
| Hochman, Harry D. | 1987 | 850.00 | 53.10 | $ 45,135.00 |
| Newmark, Victoria A. | 1996 | 850.00 | 19.50 | $ 16,575.00 |
| Dulberg, Jeffrey W. | 1995 | 795.00 | 0.70 | $ 556.50 |
| Kandel, Jeffrey L. | 1984 | 775.00 | 15.00 | $ 11,625.00 |
| Pomerantz, Jason S. | 1991 | 775.00 | 31.00 | $ 24,025.00 |
| Kim, Jonathan J. | 1995 | 775.00 | 6.10 | $ 4,727.50 |
| Nolan, Jeffrey P. | 1992 | 750.00 | 0.70 | $ 525.00 |
| Hong, Nina L. | 1996 | 750.00 | 8.50 | $ 6,375.00 |
| Mackle, Cia H | 2006 | 575.00 | 2.60 | $ 1,547.00 |
| Mulvihill, Joseph M. | 2014 | 495.00 | 1.00 | $ 495.00 |
| | | | 1080.00 | |

## PARAPROFESSIONALS*/CLERK**

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Forrester, Leslie A. | N/A | 395 | 3.10 | 1,224.50 |
| Dassa, Beth D. | N/A | 375 | 104.10 | 39,037.50 |
| Harrison, Felice S. | N/A | 375 | 2.60 | 975.00 |
| Jeffries, Patricia J. | N/A | 375 | 2.70 | 1,012.50 |
| | | | 112.50 | |

TOTAL HOURS        1,192.50

TOTAL FEES REQUESTED        $ 1,059,895.50

BLENDED HOURLY RATE        888.80
INCLUDING PARAPROFESSIONALS

BLENDED HOURLY RATE        942.26
EXCLUDING PARAPROFESSIONALS

PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2018 | March | April | May | June | July | August | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Asset Analysis | $ 33,400.00 | $ 27,272.50 | $ 4,165.00 | $ 8,552.50 | $ 11,927.50 | $ 26,920.00 | | $ 112,237.50 |
| Asset Disposition | $ 6,950.00 | $ 40,526.50 | $ 101,860.00 | $ 89,642.50 | $ 9,515.00 | $ 7,507.50 | | $ 256,001.50 |
| Avoidance Actions | $ - | $ 4,967.50 | $ - | $ - | $ 3,952.50 | $ - | | $ 8,920.00 |
| Bankruptcy Litigation | $ 30,485.00 | $ 156,703.00 | $ 106,212.50 | $ 29,994.50 | $ 1,110.00 | $ - | | $ 324,505.00 |
| Case Administration | $ 39,911.00 | $ 6,320.00 | $ 1,740.00 | $ 4,155.00 | $ 1,135.00 | $ 4,087.50 | | $ 57,348.50 |
| Claims Administration | $ 41,340.50 | $ 11,137.50 | $ 4,170.00 | $ 3,735.00 | $ 5,752.50 | $ 900.00 | | $ 67,035.50 |
| Compensation of Professionals/Others | $ - | $ - | $ - | $ - | $ 135.00 | $ 1,950.00 | | $ 2,085.00 |
| Executory Contracts | $ 12,662.50 | $ 4,480.00 | $ 24,532.50 | $ 12,967.50 | $ 2,730.00 | $ 1,072.50 | | $ 58,445.00 |
| Financing | $ 15,210.00 | $ 1,657.50 | $ 682.50 | $ 682.50 | $ - | $ - | | $ 18,232.50 |
| Financial Filings | $ - | $ 187.50 | $ 2,925.00 | $ 4,200.00 | $ 6,112.50 | $ - | | $ 13,425.00 |
| Insurance Coverage | $ 41,322.50 | $ 4,810.00 | $ 92.50 | $ 3,885.00 | $ 1,295.00 | $ - | | $ 51,405.00 |
| Litigation | $ 5,655.00 | $ - | $ 1,560.00 | $ - | $ - | $ - | | $ 7,215.00 |
| Meeting of Creditors | $ 3,900.00 | $ - | $ - | $ - | $ - | $ - | | $ 3,900.00 |
| Operations | $ 9,555.00 | $ 5,557.50 | $ 4,582.50 | $ 1,560.00 | $ 780.00 | $ - | | $ 22,035.00 |
| Plan & Disclosure Statement | $ - | $ 6,727.50 | $ 4,042.50 | $ 3,825.00 | $ 1,267.50 | $ - | | $ 15,862.50 |
| Relief from Stay | $ 150.00 | $ 150.00 | $ - | $ - | $ - | $ - | | $ 300.00 |
| Retention of Professionals/Others | $ 20,835.00 | $ 12,795.00 | $ 1,710.00 | $ 2,542.50 | $ - | $ - | | $ 37,882.50 |
| Stay Litigation | $ 1,657.50 | $ - | $ 37.50 | $ 1,365.00 | $ - | $ - | | $ 3,060.00 |
| | | | | | | | | |
| Totals | $ 263,034.00 | $ 283,292.00 | $ 258,312.50 | $ 167,107.00 | $ 45,712.50 | $ 42,437.50 | | |
| | | | | | | | | |
| **GRAND TOTAL FEES** | | | | | | | | $ 1,059,895.50 |

PACHULSKI STANG ZIEHL & JONES LLP
<u>IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.</u>

| 2018 | March | April | May | June | July | August | TOTAL |
|---|---|---|---|---|---|---|---|
| Bloomberg | $ 90.90 | $ - | $ 31.00 | $ - | $ - | $ - | $ 121.90 |
| Conference Call | $ 22.50 | $ 34.30 | $ 13.34 | $ 14.09 | $ - | $ - | $ 84.23 |
| Courtlink | $ 60.76 | $ - | $ - | $ - | $ - | $ - | $ 60.76 |
| Federal Express | $ 74.91 | $ 228.76 | $ 141.38 | $ 156.75 | $ 9.44 | $ 18.84 | $ 630.08 |
| Lexis Nexis | $ 529.03 | $ 28.61 | $ 106.78 | $ 387.87 | $ - | $ 332.43 | $ 1,384.72 |
| Legal Vision/Court Messenger | $ 65.00 | $ 720.99 | $ 742.50 | $ 558.33 | $ - | $ - | $ 2,086.82 |
| Pacer (Court Research) | $ 200.80 | $ 316.50 | $ 215.70 | $ 622.20 | $ 131.80 | $ 99.40 | $ 1,586.40 |
| Postage | $ 38.32 | $ 747.24 | $ 2,015.11 | $ 759.69 | $ 7.17 | $ 0.68 | $ 3,568.21 |
| Reproduction Expense | $ 128.80 | $ 3,424.80 | $ 5,003.40 | $2,700.80 | $ 38.40 | $ - | $ 11,296.20 |
| Reproduction - Scan Copy | $ 161.90 | $ 1,196.50 | $ 592.80 | $ 527.90 | $ 25.20 | $ 49.90 | $ 2,554.20 |
| Filing Fee | $ - | $ 15.00 | $ 288.64 | $ - | $ - | $ - | $ 303.64 |
| Research | $ 1,875.25 | $ - | $ - | $ - | $ - | $ - | $ 1,875.25 |
| Transcripts | $ - | $ - | $ 7,158.54 | $ - | $ - | $ - | $ 7,158.54 |
| | | | | | | | |
| Totals | $ 3,248.17 | $ 6,712.70 | $ 16,309.19 | $5,727.63 | $ 212.01 | $ 501.25 | |
| | | | | | | | |
| **GRAND TOTAL EXPENSES** | | | | | | | $ 32,710.95 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/43    Entered 09/16/43 15:57:15    Desc
Main Document    Page 52 of 256

# EXHIBIT B





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Richard M. Pachulski

Tel: 310.277.6910    |    rpachulski@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A., *summa
cum laude,* 1976)

Stanford University (J.D.
1979)

Phi Beta Kappa; Pi Gamma
Mu

**BAR AND COURT
ADMISSIONS**

1979, California

**CLERKSHIPS**

Judicial extern, Robert M.
Takasugi (C.D. Cal. 1978-79)

Mr. Pachulski is widely regarded as one of the preeminent corporate restructuring attorneys in America. He was recently named an "Attorney of the Year" by American Lawyer Media's *Recorder*, and has been lead counsel on several deals that have been recognized as "Deal of the Year" by *The M&A Advisor, Turnaround & Workouts* and *Global M&A Network*. Over the past few years, he was lead counsel in the corporate restructurings of American Suzuki Motor Corporation, Solyndra LLC, and Mesa Airlines. Additionally, Mr. Pachulski also recently was lead bankruptcy counsel to Lehman Brothers in a matter involving over $2 billion due to Lehman Brothers.

For the past four decades, Mr. Pachulski has represented debtors and creditors' committees in both out-of-court workouts and in-court proceedings. In addition, he has extensive experience in business reorganizations, as well as debtor/creditor litigation across numerous industries. During the 1980s, he was a well-known chapter 7 and chapter 11 trustee. His work over this time span led to inclusion in the American College of Bankruptcy, an honorary association of the nation's most esteemed bankruptcy and insolvency professionals.

Other career highlights include representation of the debtors in MagnaChip Semiconductor, Breed Technologies, Sizzler International, Covad Communications and Peregrine Systems; representation of the Circuit City Creditors' Committee and, thereafter, the Circuit City Liquidating Trustee; representation of the ad hoc bondholders' committee in Adelphia Corporation; and lead counsel in the restructuring of the debts of internationally acclaimed singer-songwriter Toni Braxton. In total, he has assisted in tens of billions of dollars in restructurings during his career.

Several national publications and organizations frequently recognize Mr. Pachulski for his work in the restructuring and turnaround field. For example, *Chambers USA* repeatedly ranks him as a top-tier national bankruptcy/restructuring attorney; *Best Lawyers in America* has listed him among the nation's top bankruptcy attorneys every year since 1995; *K&R*

Case 1:18-bk-10098-MB    Doc 1401    Filed 09/16/22    Entered 09/16/22 16:30:41    Desc
Main Document    Page 186 of 433

Richard M. Pachulski (Cont.)

---

*Restructuring Register* and *Turnaround & Workouts* listed him as one of America's top restructuring professionals; *California Law Business* listed him as one of "California's 100 Most Influential Attorneys;" and *Los Angeles Business Journal* listed him as one of fifteen top banking & finance "turnaround artists." He also holds an "AV Preeminent Peer Rating," *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. In 2016, he was named to *Thomson Reuters*' "Top 10: 2016 Southern California Super Lawyers" list.

Mr. Pachulski is a graduate of UCLA, and received his J.D. from Stanford University. He is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation; Highway Technolgies; Peregrine Systems; Breed Technologies; Solyndra; Covad Communications Group, Commonwealth Equity Trust; Sizzler International; Toni Braxton; Mesa Air Group; MagnaChip Semiconductor

Creditors' committees in Circuit City; First Executive Corporation; Northpoint Communications

Ad hoc bondholders' committee in Adelphia Communications

Lehman Brothers in Palmdale Hills Property

Trustees in Triad America Corporation and Ezri Namvar

## Professional Affiliations

Fellow, American College of Bankruptcy

Member, Financial Lawyers Conference Board of Governors (1989-92)

## Publications

Coauthor, "Chapter 11 - The Bank of Last Resort," 45 *Business Lawyer* 261 (1989)

Coauthor, "Plan Wars - The Use of Chapter 11 to Coax Continued Financing From a Reluctant Lender," 738 PLI/Comm. 7 (1996)

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/18    Entered 04/16/18 15:57:15    Desc
Main Document    Page 157 of 296





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Ira D. Kharasch

Tel: 310.277.6910    |    ikharasch@pszjlaw.com

## EDUCATION

University of Illinois (B.A.,
*cum laude*, 1977)

University of California
School of Law, Los Angeles
(J.D. 1982)

Phi Beta Kappa

## BAR AND COURT
## ADMISSIONS

1983, California

1983, Alaska

2011, New York

## CLERKSHIPS

Judicial law clerk, Chief
Justice Edmond Burke
(Alaska)

Mr. Kharasch has significant experience as lead counsel representing debtors, creditors' committees, and other constituencies in chapter 11 corporate reorganizations and out-of-court workouts, and has a proven track record of confirming both creditor and debtor chapter 11 plans of reorganization. He has also been a longstanding member of the firm's management committee.

Mr. Kharasch is a graduate of the University of Illinois and received his J.D. from UCLA. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and has been named a "Super Lawyer" in the field of Bankruptcy and Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publisher of *Los Angeles Magazine*. He was also listed in the 2018 and 2019 editions of *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. Mr. Kharasch is admitted to practice in California, New York and Alaska and is a resident in our Los Angeles office.

## Representations

**Forbes Energy Services**: Represented Forbes Energy Services, an independent oilfied services contractor located in Texas with over $330 million of debt. Prior to the chapter 11 filing in Houston, the firm negotiated a restructuring with the bondholders where all their debt was converted to new equity, as well as providing new employment and management incentive contracts for management. A prepackaged plan was confirmed.

**Pacific Energy Resources:** Representing Pacific Energy Resources, an independent energy company that develops and produces oil and gas at its Alaska and California offshore drilling facilities. Pacific Energy had over $500 million in debt and generated over $200 million in revenue at the time of its chapter 11 filing. Pacific Energy's common stock traded on the Toronto

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 188 of 296

Ira D. Kharasch (Cont.)

PACHULSKI

STANG

ZIEHL

JONES

Stock Exchange causing it to file a CCAA reorganization proceeding in Vancouver to enforce certain US bankruptcy court orders. The company successfully sold its operations and confirmed a plan, and Mr. Kharasch continues to represent the company as a going concern.

**Plainwell:** Successfully managed the sale, resolved and restructured billions in claims (including $3.2 billion of Superfund claims), and confirmed the reorganization plan as principal bankruptcy counsel for this leading U.S. paper producer.

**Telogy:** Successfully reorganized Telogy, Inc., a Silicon Valley-based, high-tech distribution company that had approximately $100 million in revenue.

**OwnIt Mortgage Solutions:** Represented OwnIt Mortgage Solutions, a Southern California-based subprime mortgage company, in its chapter 11 case. OwnIt originated approximately $8.3 billion in subprime mortgage loans in 2005, filed for bankruptcy in late 2006 and successfully confirmed its plan of reorganization.

**Specialty Trust:** Represented Specialty Trust, a Reno-based Real Estate Investment Trust (REIT), in its chapter 11 case. Specialty Trust managed $203 million in mostly short-term mortgage loans to residential developers and confirmed its plan within 16 months.



### PACHULSKI STANG ZIEHL JONES

150 California Street
15th Floor
San Francisco, CA
94111-4500

# Henry C. Kevane

Tel: 415.263.7000    |    hkevane@pszjlaw.com

**EDUCATION**

Brown University (A.B.,
*magna cum laude*, 1982)

Southwestern Law School
(J.D., *magna cum laude*,
1986)

**BAR AND COURT
ADMISSIONS**

1986, California

Mr. Kevane is the managing partner of the firm's San Francisco office. He has worked on transactional and bankruptcy matters with clients from a variety of industries, and is listed among the "Best Lawyers in America" and "San Francisco's Best Lawyers" for his work in bankruptcy and creditor-debtor rights law. He has also been named a "Northern California Super Lawyer" every year since 2004 in a peer survey conducted by Law & Politics and the publishers of *San Francisco* magazine, an honor bestowed on only 5% of Northern California attorneys. In 2011, the *Daily Journal* profiled him in a special supplement as one of the top 25 municipal lawyers in California for his work in chapter 9 bankruptcy cases. Mr. Kevane was inducted into the American College of Bankruptcy as a fellow in 2015. He is a graduate of Brown University and received his J.D. from Southwestern Law School, where he was editor in chief of the *Southwestern University Law Review*. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and has been listed in *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law since 2006. Mr. Kevane is admitted to practice in California.

## Representations

Creditors' committees in SeraCare Life Sciences; Guy F. Atkinson Company; America West Airlines

Chapter 11 debtors in Deltagen; Thorpe Insulation; Point Blank Solutions; Champion Enterprises, Aegis Mortgage; Yipes Communications; E/O Networks; Worlds of Wonder; Frederick & Nelson

Participated in the municipal restructurings of the County of Orange, Heffernan Memorial Hospital District (chapter 9 debtor located in Calexico, California); Palm Drive Healthcare District; West Contra Costa Healthcare District; Valley Health System, Adair County Hospital District (Kentucky)

Henry C. Kevane (Cont.)

Debtor's counsel to Mendocino Coast Health Care District in its chapter 9 case

## Professional Affiliations

Fellow, American College of Bankruptcy

Director, *Business Law Today* (ABA Business Law Section)

Chair, Bankruptcy Committees Subcommittee of the ABA Business Law Section Business Bankruptcy Committee

Vice chair, Individual Chapter 11 Subcommittee of the ABA Business Law Section Business Bankruptcy Committee

Chair, State Bar of California Committee on Federal Courts (1996-2001)

Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999)

## Programs and Lectures

American Intellectual Property Law Association, American Conference Institute, ALI/ABA, Association of Insolvency & Restructuring Advisors

## Publications

Is a Bankruptcy Court's Determination of Insider Status Reviewed Under the Rigorous De Novo Standard or the More Deferential Clear-Error Standard?
45 ABA PREVIEW of United States Supreme Court Cases 42 (2017), October 27, 2017

Does the FDCPA Cover a Party That Purchases Defaulted Debt for Its Own Account?
44 ABA PREVIEW of United States Supreme Court Cases 218 (2017), April 14, 2017

Does the Bankruptcy Code Preclude Puerto Rico From Adopting a Local Insolvency Scheme for Restructuring the Debts of Its Public Utilities?
43 PREVIEW of United States Supreme Court Cases 200 (2016), March 22, 2016

Legislative Update: "Indicative Rulings" Under New Bankruptcy Rule 8008
ABA Business Bankruptcy Committee e-Newsletter, July 2015

No More Ad Lib: The Nuts and Bolts of Ad Hoc Committees
Business Law Today, December 2014

Legislative Update: Senate Bill 2418
Bankruptcy Fairness and Employee Benefits Protection Act
ABA Business Bankruptcy Committee of the Business Law Section, June 11, 2014

Henry C. Kevane (Cont.)

Bond Insurers Become Active Participants in Chapter 9s
26 Journal of Corporate Renewal 24, May 2013

Debtor-in-Possession Financing
Funding a Chapter 11 Case
December 2012

What Just Happened? How Asset Forfeiture Affects Bankruptcy Distributions
Business Law Today, June 2012

Legislative Update: California Assembly Bill 506 on Bankruptcy Code
Chapter 9 Eligibility
American Bar Association Business Law Section Business Bankruptcy
Committee Newsletter, January 2012

Deploying the "Prepackaged" Plan of Adjustment in Chapter 9
Chapter 9 Bankruptcy Strategies, October 2011

Across the Border: IP Entanglements in Chapter 15 Bankruptcies
May 2011

Chapter 9 Municipal Bankruptcy – The New "New Thing"?
Parts I & II
20 Business Law Today (May and June 2011)

"Legislative Solutions in the Orange County Chapter 9 Case," published in
course handbook, *The Aftermath of Bankruptcy: Legislative Reform -- State
and Federal* (1996)

"The Treatment of Financing Leases in a Chapter 9 Bankruptcy Case," in *AGL
& F Tax-Exempt Leasing Letter* (1996)

"The Legislative Side of the Orange County Chapter 9 Case" for Sacramento
County Bar Association (1996)

"Now What? Three Questions Facing the Municipal Bondholder Upon
Commencement of a Chapter 9 Case," published in course handbook,
*Municipal Bond Law for the Bankruptcy Practitioner* (1996)

"Fee Shifting by (1) Oversecured Creditors in Bankruptcy Cases & (2)
Prevailing Parties in Civil Litigation," published in course handbook *Getting
Paid What You Are Worth* (1996)

"The Newsgatherer's Shield: Why Waste Space in the California
Constitution?" 15 *Southwestern University Law Review* 527 (1985)

Coauthor, "Principles of Equitable Subordination Under Section 510 of the
Bankruptcy Code," in *Selected Issues in Bankruptcy Practice* (1991)

Contributing author, *Bankruptcy Practice: Annual Recent Developments*
(Calif. Contin. Ed. Bar 1992-1998)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Linda F. Cantor

Tel: 310.277.6910    |    lcantor@pszjlaw.com

**EDUCATION**

University of Michigan (A.B., with high distinction)

University of Michigan (M.S.W.)

University of Michigan (J.D., *cum laude*)

**BAR AND COURT ADMISSIONS**

1988, Illinois

1991, California

Ms. Cantor's practice focuses on representing companies and creditor representatives in financial restructurings and bankruptcy reorganizations. Ms. Cantor has substantial experience representing debtors, trustees, secured creditors and official creditors' committees in chapter 11 bankruptcy cases. She is a graduate of the University of Michigan, where she later received her J.D. She holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and was listed among the Top Women Attorneys in Southern California for Bankruptcy by Super Lawyers. She was also listed in the 2018 and 2019 editions of *Best Lawyers*. Ms. Cantor, a member of the firm since 1990, is admitted to practice in Illinois and California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation, Woodside Homes (formerly one of the nation's largest privately owned homebuilders), OwnIt Mortgage Solutions (formerly a major national subprime lender and loan originator), Prime Measurement Products, Whitehouse Hotels (developer of the Ritz Carlton Hotel and related developments in New Orleans, Louisiana), Breed Technologies (manufacturer of crash sensors and airbag systems), American Rice, Focal Communications, Gateway Educational Products (developer of "Hooked on Phonics"), Imperial Aluminum; Vulcan Metal Products, Dana Corporation, Ocean Park Hotels, Arlie & Company

Chapter 11 trustees in New Val Ford dba Magic Ford (formerly the nation's 5th largest Ford dealership), 21st Century Film Corporation, NSB Film Corporation, Georges Marciano; The Tulving Company; Penthouse Global Media

Linda F. Cantor (Cont.)

Court-appointed receiver in Mazda and Kia Superstores

Creditors' committees in Loews Cineplex Entertainment, B.U.M. International, The Boston Stores, Madison Associates (formerly Pannell Kerr Foster), C&R Clothiers

## Programs and Lectures

ABI Winter Leadership Conference (issues arising in hotel bankruptcy cases);

ABI Southwest Bankruptcy Conference (post-confirmation/jurisdiction);

California Bankruptcy Forum (ethics matters)

## Publications

"The Impact of Bankruptcy on Entertainment License Agreements: Protecting the Rights of Debtor Licensees," 19 *California Bankruptcy Journal* 225 (1991)





# Iain A.W. Nasatir

Tel: 310.277.6910    |    inasatir@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Williams College; Columbia
University (B.A. 1979)

Benjamin N. Cardozo School
of Law (J.D., *cum laude*,
1982)

Order of Barristers; National
Moot Court Team

**BAR AND COURT
ADMISSIONS**

1983, New York

1991, California

Iain Nasatir specializes in insurance and reinsurance disputes, including in particular insolvency and coverage matters for primary, reinsurance, and excess carriers. He has had substantial experience in representing clients in coverage disputes with state guaranty associations, including, for example, those arising out of the Executive Life Insurance Company insolvency.

On the litigation front, in 2005 Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation deposits. He also obtained dismissals for the same client in litigations brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away." In the course of his firm's representation of Sizzler Restaurants International in bankruptcy, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company of Pittsburgh, Pa. and other similar carriers.

He attended Stowe School in Bucks, England, Williams College, Columbia College, and Cardozo School of Law. In 2006, he was named a Southern California Super Lawyer. Mr. Nasatir is admitted to practice in New York and California, and is a resident in our Los Angeles office.

www.pszjlaw.com          LOS ANGELES    SAN FRANCISCO    COSTA MESA    NEW YORK    WILMINGTON, DE

Iain A.W. Nasatir (Cont.)

## Representations

Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America

Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; Executive Life

## Professional Affiliations

Conference of Insurance Counsel

Inter-Pacific Bar Association

Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)

Member, International Association of Insurance Receivers

## Programs and Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association

## Publications

Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39 *ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

"Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995)

"For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994)

"Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994)

Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)



### PACHULSKI
### STANG
### ZIEHL
### JONES

150 California Street
15th Floor
San Francisco, CA
94111-4500

# Kenneth H. Brown

Tel: 415.263.7000    |    kbrown@pszjlaw.com

**EDUCATION**

University of California at
Santa Barbara (B.A., with
high honors, 1977)

Hastings College of Law,
University of California (J.D.
1981)

**BAR AND COURT
ADMISSIONS**

1981, California

Mr. Brown has extensive experience in bankruptcy and commercial litigation. He has represented and advised debtors, unsecured creditors, secured creditors, insurers, creditors' committees, and trustees in complex Chapter 11 and Chapter 15 cases and in related litigation in both state and federal court, including defending employers in WARN Act class action litigation and advising them on the intersection of the WARN Act and bankruptcy. Mr. Brown also has extensive experience representing professional firms and their principals in dissolutions and bankruptcies. He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings College of the Law, where he was articles editor for the *Hastings Law Journal*. Mr. Brown is a director of the Bay Area Bankruptcy Forum, a former member of the State Bar of California Business Law Section Subcommittee on Debtor/Creditor Relations and Bankruptcy and frequently serves as a mediator for the Bankruptcy Dispute Resolution Program for the Northern District of California and the San Francisco Bar Association. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He was listed in the 2018 and 2019 editions of *Best Lawyers in America* for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation - Bankruptcy. Mr. Brown is admitted to practice in California and is a resident in our San Francisco office.

## Representations

Law firm bankruptcies: Brobeck, Phleger & Harrison; Heller Ehrman, Landels Ripley & Diamond

Committees in Catholic church bankruptcies: Christian Brothers Institute, Archdiocese of Milwaukee, Catholic Diocese of Wilmington

Cross-border case: Katsumi Iida

Case 1:18-bk-10098-MB   Doc 665   Filed 04/16/18   Entered 04/16/18 15:57:15   Desc
Main Document    Page 197 of 496

Kenneth H. Brown (Cont.)

## Professional Affiliations

Director, Bay Area Bankruptcy Forum (2001-)

Mediator, San Francisco Bar Association, Early Settlement Program
(1997-2003)

Bankruptcy Dispute Resolution Program, United States Bankruptcy Court for
the Northern District of California (1994-)

Member, State Bar of California Business Law Section Debtor/Creditor
Committee (1999-2002)

## Programs and Lectures

Lecturer, American Bankruptcy Institute; Association of Insolvency &
Restructuring Advisors; Bar Association of San Francisco; Santa Clara
County Bar Association

## Publications

Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter
15
27 ABI Journal No. 3 at 26 (April 2008), April 2008

"Discovery in Debt Collection Actions," in *Debt Collection Practice in
California* (2d ed. 2000)

"Tenants in Distress: Pitfalls and Opportunities for the Retail Landlord,"
*Shopping Center Business* (1998).

"Law Firm Break-Ups and Bankruptcies," 3 *Legal Malpractice Report* (No. 2
1992)

Co-author, "Dissolutions of Professional Firms Under State Law," in program
materials for the Third Annual Northwest Bankruptcy Institute (1989)

Case 1:18-bk-10098-MB Doc 665 Filed 04/16/18 Entered 04/16/18 15:57:15 Desc
Main Document Page 198 of 290



# Jeffrey W. Dulberg

Tel: 310.277.6910   |   jdulberg@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Swarthmore College (B.A. 1991)

University of California, Los Angeles (J.D. 1995)

Moot Court Honors Program

**BAR AND COURT ADMISSIONS**

1995, California

Mr. Dulberg has substantial experience representing debtors, creditors, trustees, asset purchasers, and creditors' committees in insolvency matters throughout the country. He has served as lead counsel for clients in a wide range of industries such as retail, technology, food services, new media, and real estate, among others. Mr. Dulberg has played a key role in several Chapter 11 matters that have been awarded accolades such as "Chapter 11 Reorganization of the Year" by the M&A Advisor, and "Turnaround of the Year" and "Transaction of the Year, Mid-Size Company" by the *Turnaround Management Association*. In addition, Mr. Dulberg maintains an active practice representing specialty lenders in a variety of settings.

He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit. Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters.

Mr. Dulberg is a graduate of Swarthmore College (with honors) and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science. On several occasions, most recently for 2019, Mr. Dulberg was named a "Super Lawyer" in the field of Bankruptcy & Creditor/ Debtor Rights in a peer survey conducted by Law & Politics and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys. He was also listed in the 2018 and 2019 editions of *Best Lawyers in America* for *Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation - Bankruptcy*. He is admitted to practice in California and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: The Walking Company; Channel Technologies; Z Gallerie; Select Staffing; Ultura (LA) Inc.; Meridian Sports Clubs *dba* Bodies in Motion; Contessa Foods; The Parent Company; Barbeques Galore;

Jeffrey W. Dulberg (Cont.)

---

People's Choice Home Loan; Cache Inc.; Prime Measurement Products; Olympia Group; RFB Cellular; Trend Technologies; Track 'n Trail

Creditors' committees: KSL Media; Freedom Communications (II); Western Convenience Stores; Hot Dog on a Stick; No Fear; B&B Bachrach, Inc. dba Bachrach Men's Clothing, Select Snacks/Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics; Custom Food Products (trade committee);

Secured lenders in Nasty Gal; Meruelo Maddux Properties

Creditors/landlord representations: Genesis Capital; Second Generation; The Sylmark Group; Mid-Valley Properties

## Professional Affiliations

Board of Directors, Los Angeles Bankruptcy Forum

Member, Turnaround Management Association

## Programs and Lectures

NACM/West Coast Apparel & Footwear Credit Association, American Bankruptcy Institute, Turnaround Management Association, Valley Credit Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum, Commercial Real Estate Women, International Women's Insolvency & Restructuring Confederation (IWIRC), Crew Network



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Nina L. Hong

Tel: 310.277.6910    |    nhong@pszjlaw.com

**EDUCATION**

Columbia College (B.A.,
*summa cum laude*, 1993)

Columbia University School
of Law (J.D. 1996)

Phi Beta Kappa; Omicron
Delta Epsilon; Harlan Fiske
Stone Scholar

**BAR AND COURT
ADMISSIONS**

1996, California

Ms. Hong specializes in a variety of business transactions and corporate governance matters, including formation and governance of business entities, debt and equity financings, mergers and acquisitions, venture capital investments, corporate restructurings, and compliance with federal and state securities laws. She has also advised clients in acquisitions of assets from distressed companies. She represents private and public companies in both domestic and international business transactions, including cross-border transactions involving Chinese companies. Ms. Hong is an author and speaker on a variety of legal issues, including developments in California and Delaware corporate law.

She was recently selected to the Committee of 100 (C-100) Leadership and Mentoring Program (LMP), a membership organization of Chinese Americans dedicated to achievement in America. C-100 provides professionals in the Los Angeles area with exclusive opportunities to engage with leaders in their fields. Its current members include I.M. Pei, master architect; Yo-Yo Ma, renowned cellist; Steve Chen, co-founder of YouTube; Leroy Chiao, NASA Astronaut; David Ho, AIDS researcher and 1996 Time Man of the Year; and Michelle Kwan, figure skating champion.

She is a graduate of Columbia University, where she also received her J.D. She is fluent in Mandarin. Ms. Hong is admitted to practice in California and is resident in our Los Angeles office.

## Professional Affiliations

Board of Governors, Southern California Chinese Lawyers Association (2013-)

Board, Century City Bar Association (2016-)

Vice chair, State Bar of California Business Law Section Corporations Committee (2007-2008; member, 2004-2008)

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/18    Entered 04/16/18 15:57:15    Desc
Main Document    Page 263 of 296

Nina L. Hong (Cont.)

Vice chair, State Bar of California Business Law Section Partnerships and Limited Liability Companies Committee (2010-)

Member, Inter-Pacific Bar Association

Member, Committee of 100 (C-100) Leadership and Mentoring Program (LMP) (2016-)

## Programs and Lectures

Keynote Speaker, Southwestern Law School's APALSA Banquet (April 2015)

Speaker, Southern California Chinese Lawyers Association's Summer Event (September 2014)

Speaker, "California LLC Operating Agreements," Teleseminar for State Bar of California Business Law Section (May 2014)

Co-lecturer, "The New LLC Act: Life After Beverly Killea," UCLA Faculty Center CEB Presentation (November 2013)

Co-lecturer, "Hot Topics in Business Tax and Fiduciary Duties of Managers of Insolvent Limited Liability Companies," Teleseminar for State Bar of California Business Law Section (May 2012)

"Recent Corporate Law Developments," State Bar of California 80th Annual Meeting (Sept. 2007)

## Publications

Member of the Working Group, *Third –Party Closing Opinions Limited Liability Companies and Partnerships* (State Bar of California 2016)

Contributing editor, *Handbook for Incorporating a Business in California* (State Bar of California 2006)

Coauthor, "Selected Developments in Corporate Law," *Business Law News* 3 (State Bar of California Annual Review 2007)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Richard J. Gruber

Tel: 310.277.6910   |   rgruber@pszjlaw.com

**EDUCATION**

Brandeis University (B.A., *magna cum laude*, 1977).

University of California School of Law, Los Angeles (J.D. 1982).

**BAR AND COURT ADMISSIONS**

1982, California.

Mr. Gruber is a transactional lawyer who specializes in representing clients in connection with real estate and general business matters (both in bankruptcy and non-bankruptcy contexts). His expertise includes handling asset purchases and sales and other personal-property transactions, the organization and sale of businesses, and all aspects of real-estate purchase and sale transactions, drafting and negotiating commercial leases, and real estate and personal-property financing documentation. He also negotiates and prepares partnership and limited liability company formation agreements, and provides general counseling in the corporate partnership and limited liability company areas. He is a graduate of Brandeis University and received his J.D. from UCLA. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Gruber is admitted to practice in California and is a resident in our Los Angeles office.

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 15:57:15    Desc
Main Document    Page 71 of 296





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# James K.T. Hunter

Tel: 310.277.6910    |    jhunter@pszjlaw.com

**EDUCATION**

New College, University of
South Florida (B.A. 1973)

Harvard University Law
School (J.D., *cum laude*,
1976)

**BAR AND COURT
ADMISSIONS**

1976, California

Mr. Hunter specializes in business and commercial litigation, including
bankruptcy litigation. He also has extensive experience in state and federal
court appeals. He is a graduate of New College in Sarasota, Florida, and
received his J.D. from Harvard Law School. Mr. Hunter is admitted to
practice in California and is a resident in our Los Angeles office.

## Representations

Woodside Group; Pacific Energy Resources; Lehman SunCal; Fleming
Companies; Adamson Apparel; Fremont General; Inacom Communications





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Harry Hochman

Tel: 310.277.6910    |    hhochman@pszjlaw.com

**EDUCATION**

University of Michigan (A.B. with high distinction 1982)

University of California at Los Angeles (J.D. 1987)

**BAR AND COURT ADMISSIONS**

California, 1987

**CLERKSHIPS**

Law clerk, Judge William J. Rea (C.D. Cal. 1987-89)

Judicial extern, Judge William Matthew Byrne, Jr. (C.D. Cal. 1986)

Mr. Hochman is experienced in both litigation and bankruptcy practice. He handles business litigation and appeals in federal and state courts, and has represented committees, debtors, trustees, and creditors in bankruptcy cases. He is a graduate of the University of Michigan and received his law degree from the UCLA School of Law, where he was editor in chief of the *UCLA Pacific Basin Law Journal*. He served as a federal law clerk to the Honorable William J. Rea and as a judicial extern to the Honorable Wm. Matthew Byrne, Jr. Mr. Hochman has taught as an adjunct professor of legal writing and advocacy at the University of Southern California Gould School of Law. He was been named in the 2018 and 2019 editions of by *Best Lawyers in America* for his work in bankruptcy litigation, and holds an AV Preeminent Peer Rating, *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. Mr. Hochman is admitted to practice in California and is a resident in our Los Angeles office.

## Representations

National Association of Bankruptcy Trustees as amicus curiae in *USACM Liquidating Trust v. Deloitte & Touche* (9th Circuit); *Bondi* (extraordinary commissioner of Parmalat Finanziaria S.p.A.) *v. Citigroup* (Parmalat) (NJ Supreme Court); *Peterson* (chapter 7 trustee for Lancelot Investors Fund) *v. McGladrey* (7th Circuit); and *Kirschner* (trustee of the Refco Litigation Trust) *v. KPMG* (NY Court of Appeals)

## Reported Cases

*In re Future Media Productions, Inc.*, 530 F.3d 1178 (9th Cir. 2008)

*In re GC Companies, Inc.*, 298 B.R. 226 (D. Del. 2003)

*In re General Teamsters, Warehousemen and Helpers Union, Local 890*, 265 F.3d 869 (9th Cir. 2001)

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 15:57:15    Desc
Main Document    Page 75 of 296

PACHULSKI
STANG
ZIEHL
JONES

Harry Hochman (Cont.)

*In re DAK Industries, Inc.*, 66 F.3d 1091 (9th Cir. 1995)

*In re Gordon*, 988 F.2d 1000 (9th Cir. 1993)

## Publications

Tectonic Changes Impact Evolving Turnaround Industry
Journal of Corporate Renewal (Nov/Dec 2014), December 2014

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/13    Entered 09/16/13 15:57:15    Desc
Main Document    Page 74 of 296





# Victoria A. Newmark

Tel: 310.277.6910    |    vnewmark@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

University of California at
Berkeley (B.A. 1991, with
honors)

Yale Law School (J.D. 1995)

**BAR AND COURT
ADMISSIONS**

1996, California

Ms. Newmark has extensive experience as a bankruptcy lawyer, including representation of debtors, creditors, and equity holders in chapter 11 reorganization cases. She has also represented buyers and sellers in acquisitions and sales of distressed assets, and borrowers and lenders in loan originations and out-of-court work-outs.

Ms. Newmark is a graduate of UC Berkeley and received her J.D. from Yale Law School, where she was an editor of the *Yale Law Journal* and managing editor of the *Yale Journal of International Law*. She co-authored an article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. She currently teaches legal writing as an adjunct instructor at Cal State, Los Angeles.

She has also been recognized annually ever year from 2004 to 2010 as a Southern California Rising Star in the Law & Politics Media Inc. survey published in *Los Angeles Magazine* and the Southern California edition of *Super Lawyers*. Ms. Newmark is admitted to practice in California and is a resident of our Los Angeles office.

## Representations

Represented a subprime mortgage loan originator and servicer, the nation's second-largest at the time of its chapter 11 filing, as debtor's counsel

Represented the purchaser of a mid-size nutritional supplements distributorship in contested bankruptcy auction proceedings

Represented a publicly held ISP and global online media content company and its affiliates as debtors' counsel in their chapter 11 cases

Represented the seed investor and acquirer of a California specialty retail business pursuant to section 363 of the Bankruptcy Code

Victoria A. Newmark (Cont.)

## Publications

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

Coauthor, "Tradeoffs," *The Deal* (May 23, 2005)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Jason S. Pomerantz

Tel: 310.277.6910  |  jspomerantz@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A. 1988;
Dean's List and Departmental
Honors)

Loyola Law School, Los
Angeles (J.D. 1991; Loyola
Entertainment Law Journal;
Scott Moot Court Honors;
Dean's Service Award
Winner)

**BAR AND COURT
ADMISSIONS**

1991, California

**CLERKSHIPS**

Law clerk, Judge David N.
Naugle (Bankr. C.D. Cal.)

Extern to the Honorable
Arthur L. Alarcon, United
States Court of Appeals,
Ninth Circuit (1989)

Mr. Pomerantz has substantial experience representing debtors, unsecured creditors, secured creditors, trustees, and creditors' committees in chapter 11 reorganization cases, chapter 7 cases, and in related litigation in both state and federal court. Mr. Pomerantz also has an active creditors' committee practice, having represented the creditors' committees in Glazed Investments (Krispy Kreme), Commissary Operations, Tom's Foods, Empire Beef and Souper Salad. Mr. Pomerantz's practice is generally focused on middle-market companies with annual revenues ranging from $25 - $300 million.

Since 1998, Mr. Pomerantz has mediated cases for the United States Bankruptcy Court in the Los Angeles Division and throughout the Central District through the Bankruptcy Mediation Program. He completed Advanced Mediation Training at the Straus Institute for Dispute Resolution at the Pepperdine University School of Law. In late 2014, the United States Bankruptcy Court (Central District) recognized Mr. Pomerantz for settling "the most number of mediation conferences in the Los Angeles Division and the Central District, and (being) the most chosen mediator in the Los Angeles Division as well as the Central District" during the 2013-2014 term.

Mr. Pomerantz frequently speaks and writes for various national credit and restructuring associations, including Credit Research Foundation, National Food Service Distributors, the Association of Insolvency & Restructuring Advisors (AIRA), the National Association of Professional Employer Organizations, and the National RV & Manufactured Housing Group. Mr. Pomerantz is a graduate of UCLA and received his J.D. from Loyola Law School in Los Angeles. He has been named a Southern California "Super Lawyer" from 2016-2018, an honor bestowed on only 5% of attorneys in the Southern California region. He was selected for inclusion in the 2018 and 2019 editions of *Best Lawyers in America* for his work in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation - Bankruptcy. Mr. Pomerantz is admitted to practice in California, and is a resident in our Los Angeles office.

www.pszjlaw.com          LOS ANGELES    SAN FRANCISCO    COSTA MESA    NEW YORK    WILMINGTON, DE

PACHULSKI
STANG
ZIEHL
JONES

Jason S. Pomerantz (Cont.)

## Representations

Chapter 7 and chapter 11 trustees

Creditors' committees: BCBG Max Azria; Circuit City; Tom's Foods; Glazed Investments (Krispy Kreme); Empire Beef; Haggen Holdings LLC; International Shipholding Corporation; Wet Seal; Groeb Farms; Souper Salad; Commissary Operations; Leading Edge; Univita

Postconfirmation matters in Woodside Homes; Ownit Mortgage Solutions; Foss Manufacturing; General Cinemas; Plainwell; Drake Acquisition (Foster & Gallagher), Key3 Media; Country Home Bakers; Murray Inc.; Organized Living; Bugle Boy Industries

## Professional Affiliations

Credit Research Foundation, National Association of Credit Management (NACM)(Foodservice Group, Nursing Home Group, Transportation Revenue Management Group), Credit Managers Ass'n (CMA)

Mediator, United States Bankruptcy Court, Central District of California - Certified mediator with expertise in both facilitative and evaluative mediation of complex disputes.

## Programs and Lectures

The Future of Retail: How Rapid Changes in the Retail Economy Are Affecting Creditor Strategies (2017)

Recognizing a Fraudulent Transfer or a Breach of Fiduciary Duty and Recovering Your Money (2017)

Current Insolvency Issues for Finance and Credit Professionals (2016)

Best Practices for Avoiding Preference Suits (2016)

Effective Mediation, Preparation, Styles, and Mediators: Getting to 9019 (2014)

Strategies for Working With Your Customer in Chapter 11 (2009)

Turning Lemons into Lemonade: Asking Difficult Client Questions Without Losing the Sale (2000)

Financial Due Diligence: Effectively Evaluating Prospective Clients and Monitoring Existing Clients (2000)

Demystifying Client Bankruptcy and Its Effect on PEOs (1999)

## Publications

"Some Revisions to the Bankruptcy Code Offer PEOs Leverage in the Bankruptcy Process," *PEO Insider* (Nov. 2005)

Jason S. Pomerantz (Cont.)

---

"Bankruptcy Notices: Not Just Junk Mail," *PEO Insider* (2000)

"Keeping the Lid on Pandora's Box: Terminate the Client Service Agreement Before the Client Files Bankruptcy," *PEO Insider* (2000)

"Have Courts Intruded on First Amendment Guarantees in Their Zeal to Ensure That Crime Does Not Pay?," *Loyola Entertainment Law Journal* (1991)

Case 1:18-bk-10098-MB    Doc 665    Filed 04/10/18    Entered 04/10/18 15:57:15    Desc
Main Document    Page 75 of 296





# Jeffrey L. Kandel

Tel: 310.277.6910    |    jkandel@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

University of California, Los
Angeles (B.A., summa cum
laude, 1981).

University of California, Los
Angeles (J.D., 1984).

Order of the Coif.

**BAR AND COURT
ADMISSIONS**

California, 1984.

**CLERKSHIPS**

Judicial Extern, Harry
Pregerson (9th Cir. 1982).

Mr. Kandel has represented debtors and creditors' committees throughout Southern and Central California, both in chapter 11 proceedings and in out-of-court workouts. Between 1993 and 2009, he specialized at Feld Winters Financial in the investment of bond proceeds for municipalities, schools, and hospitals and in arranging derivative products in connection with tax-exempt bond issues. He remains CEO of Feld Winters Financial where, among other things, he assists clients in assessing and addressing issues arising as a result of the bankruptcy of the various Lehman Brothers entities. He is a graduate of UCLA School of Law, where he worked on the *UCLA Law Review* and was a member of the Order of the Coif. Mr. Kandel is admitted to practice in California, and is resident in our Los Angeles office.





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Jonathan J. Kim

Tel: 310.277.6910    |    jkim@pszjlaw.com

**EDUCATION**

Duke University (A.B., *magna cum laude*, 1992)

Harvard University Law School (J.D., *cum laude*, 1995)

**BAR AND COURT ADMISSIONS**

1995, California

Mr. Kim has represented both debtors and creditors on a wide range of issues in chapter 11 cases, bankruptcy litigation, and federal court appeals, with substantial experience in plan, corporate/transactional, and litigation matters. He is a graduate of Duke University and received his J.D. from Harvard. He is a member of the Financial Lawyers Conference. Mr. Kim is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Woodside Homes; Ownit Mortgage Solutions; Murray Inc.; Peregrine Systems

## Publications

The Enforceability of a Make-Whole Provision in Bankruptcy: It Says What It Says
Journal of Corporate Renewal
May 9, 2017

Navigating Corporate Bankruptcy in the Electronic Age
Bankruptcy Law 360, January 15, 2015

Potential Risks and Lessons for Debtor-Licensors in Chapter 15 Cases Based on Recent Fourth Circuit Decision
International Bar Association: Insolvency and Restructuring International, September 2014

Authored or coauthored program materials for: "The Great Debate" (ABI Annual Bankruptcy Battleground West Conference, March 2011); "Trends and Issues in Commercial Real Estate Lending Covenants and Documentation" (California Bankruptcy Forum 2011); "The Mootness Doctrine as Applied to Bankruptcy Sales" (August 2009); "Retail Debtor Cases – Recent Issues" (Bloomberg Bankruptcy Law Seminar, May 2008);

Case 1:18-bk-10098-MB    Doc 665    Filed 09/18/18    Entered 09/18/18 15:57:15    Desc
Main Document    Page 31 of 296

Jonathan J. Kim (Cont.)

"Report From the Front: Creditors Committees After BAPCPA" (ABI Mid-Atlantic Conference 2006)



# Jeffrey P. Nolan

Tel: 310.277.6910    |    jnolan@pszjlaw.com

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Providence College (B.A. 1986)

McGeorge School of Law, University of the Pacific (J.D. 1991)

**BAR AND COURT ADMISSIONS**

1992, California

Mr. Nolan has substantial experience litigating tort, contract, and business disputes. He has successfully litigated numerous jury trials in state and federal courts as well as federal appeals before the Sixth and Ninth Circuit Courts of Appeal.

Mr. Nolan also has substantial experience representing unsecured creditors, trustees, and creditors' committees in chapter 11 and chapter 7 cases. He has prosecuted litigation to recover debtor assets in district courts and bankruptcy courts throughout the country, including prosecuting breach of fiduciary duty and tort claims as well as fraudulent transfer and other avoidance actions.

Mr. Nolan has defended numerous corporations and individuals in avoidance claims and business disputes in state and federal court, including Holiday Inn, Paxton Automotive Industries, Lippert Components and Tyson Foods.

Mr. Nolan was named to the 2018 and 2019 editions of U.S. News & World's Report's *Best Lawyers in America* in the practice area of Bankruptcy Litigation, and was previously selected to Thomson Reuters's "Super Lawyer Rising Stars." He is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Murray, Inc., AmeriServe Food Distribution, Inacom Corporation

Creditors' committees: Circuit City, Federation Employment and Guidance Service

Postconfirmation matters: Bugle Boy Industries, Foss Manufacturing, National R.V., Fleetwood Enterprises, Future Media Productions, Le-Nature's, Residential Capital, Wet Seal

| www.pszjlaw.com | LOS ANGELES   SAN FRANCISCO   COSTA MESA   NEW YORK   WILMINGTON, DE |

Jeffrey P. Nolan (Cont.)

## Professional Affiliations

Settlement officer, Los Angeles County

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 15:57:15    Desc
Main Document    Page 34 of 296



# Cia H. Mackle

cmackle@pszjlaw.com

**EDUCATION**

Duke University (A.B. 2003).

University of Southern California (J.D. 2006).

**BAR AND COURT ADMISSIONS**

2006, Florida.

Ms. Mackle's practice has focused on a broad range of domestic and international business reorganization and restructuring matters, including the representation of debtors in possession, chapter 11 trustees, creditors' committees, and institutional creditors acting in various capacities. Ms. Mackle has also been involved in various bankruptcy litigation matters. She is a graduate of Duke University and received her J.D. from University of Southern California where she was a member of the *Southern California Law Review*. Ms. Mackle is admitted to practice in Florida.

## Representations

Chapter 11 trustee in Estate Financial

www.pszjlaw.com    LOS ANGELES    SAN FRANCISCO    COSTA MESA    NEW YORK    WILMINGTON, DE





# Joseph M. Mulvihill

Tel: 302.778.6406  |  jmulvihill@pszjlaw.com

919 North Market Street
17th Floor
Wilmington, DE 19801

**EDUCATION**

Muhlenberg College (B.A. 2011)

Widener University School of Law (J.D., *magna cum laude,* May 2014)

**BAR AND COURT ADMISSIONS**

2014, Delaware

2015, Pennsylvania

**CLERKSHIPS**

Law clerk (Bankr. D. Del., 2014-15)

Judicial extern (Del. Sup. Ct. 2013-14)

Federal judicial extern, Judge Mary F. Walrath (Bankr. D. Del. 2013)

Mr. Mulvihill received his undergraduate degree from Muhlenberg College and graduated *magna cum laude* from Widener University School of Law, where he was an articles editor for the *Delaware Journal of Corporate Law* and a member of the Transactional Law Honor Society. He served as a law clerk for the Delaware bankruptcy court for Chief Judge Brendan L. Shannon, Judge Kevin Gross, Judge Laurie S. Silverstein and Judge Peter J. Walsh (retired); a judicial extern for the Delaware Supreme Court for Chief Justice Myron T. Steele (retired) and Justice Henry duPont Ridgely (retired); and a federal judicial intern for the Honorable Mary F. Walrath at the Delaware bankruptcy court.

Mr. Mulvihill is a member of the Delaware and Pennsylvania state bars and is resident in our Delaware office.

## Representations

Chapter 11 debtors: American Apparel 2015, Magnum Hunter Resources, Horsehead Holding Corporation, Emerald Oil, Phoenix Brands, American Apparel 2016, Aquion Energy, M&G USA, GST Autoleather, EV Energy Partners

## Professional Affiliations

Delaware Bankruptcy Inn of Court

Turnaround Management Association

## Publications

Contributing editor, "Sections 363 and 364—Use, Sale, or Lease of Property and Obtaining Credit," *Norton Annual Survey of Bankruptcy Law* (2017-)

Note, "The Ordinary-Course-of-Business Defense in Bankruptcy Preference

Joseph M. Mulvihill (Cont.)

Actions," 38 *Delaware Journal of Corporate Law* 637 (2013)

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/23    Entered 09/16/23 15:57:15    Desc
Main Document    Page 219 of 433

# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

March 31, 2018

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

| | |
|---|---|
| Invoice | 119492 |
| Client | 32277 |
| Matter | 00001 |
| | **LFC** |

RE:  Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   03/31/2018

| | |
|---|---|
| FEES | $263,034.00 |
| EXPENSES | $1,372.92 |
| **TOTAL CURRENT CHARGES** | **$264,406.92** |
| **TOTAL BALANCE DUE** | **$264,406.92** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    2

Invoice 119492

March 31, 2018

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 36.00 | $33,400.00 |
| AD | Asset Disposition [B130] | 7.50 | $6,950.00 |
| BL | Bankruptcy Litigation [L430] | 32.20 | $30,485.00 |
| CA | Case Administration [B110] | 42.00 | $39,911.00 |
| CO | Claims Admin/Objections[B310] | 47.00 | $41,340.50 |
| EC | Executory Contracts [B185] | 13.30 | $12,662.50 |
| FN | Financing [B230] | 15.60 | $15,210.00 |
| IC | Insurance Coverage | 47.10 | $41,322.50 |
| LN | Litigation (Non-Bankruptcy) | 5.80 | $5,655.00 |
| MC | Meeting of Creditors [B150] | 4.00 | $3,900.00 |
| OP | Operations [B210] | 9.80 | $9,555.00 |
| RFS | Relief from Stay | 0.40 | $150.00 |
| RP | Retention of Prof. [B160] | 29.70 | $19,447.50 |
| RPO | Ret. of Prof./Other | 3.70 | $1,387.50 |
| SL | Stay Litigation [B140] | 1.70 | $1,657.50 |
| | | 295.80 | $263,034.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 25.10 | $9,412.50 |
| CHM | Mackle, Cia H. | Counsel | 595.00 | 2.60 | $1,547.00 |
| HCK | Kevane, Henry C. | Partner | 975.00 | 7.80 | $7,605.00 |
| HDH | Hochman, Harry D. | Counsel | 850.00 | 12.30 | $10,455.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 60.20 | $55,685.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 4.40 | $4,070.00 |
| KHB | Brown, Kenneth H. | Partner | 925.00 | 19.50 | $18,037.50 |
| LAF | Forrester, Leslie A. | Other | 395.00 | 2.60 | $1,027.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 150.80 | $147,030.00 |
| NLH | Hong, Nina L. | Partner | 750.00 | 7.60 | $5,700.00 |
| VAN | Newmark, Victoria A. | Counsel | 850.00 | 2.90 | $2,465.00 |
| | | | | 295.80 | $263,034.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    3
Gottlieb, David (Penthouse)                               Invoice 119492
32277    00001                                            March 31, 2018

---

### Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $90.90 |
| Conference Call [E105] | $22.50 |
| CourtLink | $60.76 |
| Federal Express [E108] | $74.91 |
| Lexis/Nexis- Legal Research [E | $529.03 |
| Legal Vision Atty Mess Service | $65.00 |
| Pacer - Court Research | $200.80 |
| Postage [E108] | $38.32 |
| Reproduction Expense [E101] | $128.80 |
| Reproduction/ Scan Copy | $161.90 |
| | $1,372.92 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/18/18    Entered 09/18/18 15:57:15    Desc
Main Document    Page 31 of 296

Pachulski Stang Ziehl & Jones LLP                                    Page:      4
Gottlieb, David (Penthouse)                                         Invoice 119492
32277      00001                                                    March 31, 2018

Pachulski Stang Ziehl & Jones LLP                                    Page:      5
Gottlieb, David (Penthouse)                                         Invoice 119492
32277    00001                                                     March 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2018 | LFC | AA | Conference call with Humboldt Merchant Services regarding release of over-reserved funds | 0.50 | 975.00 | $487.50 |
| 03/08/2018 | LFC | AA | Follow-up call with David Gottlieb regarding release of funds / turnover motion | 0.20 | 975.00 | $195.00 |
| 03/08/2018 | LFC | AA | Confer with HDH regarding claims against lender | 0.20 | 975.00 | $195.00 |
| 03/08/2018 | LFC | AA | Confer with Nina Hong and provide materials and e-mail memos regarding history of debtors' ownership and property interests | 0.30 | 975.00 | $292.50 |
| 03/09/2018 | LFC | AA | Confer with Kelly Holland regarding related entities and connections | 0.70 | 975.00 | $682.50 |
| 03/11/2018 | HDH | AA | Review materials re turnover motion and draft outline. | 0.80 | 850.00 | $680.00 |
| 03/11/2018 | LFC | AA | Review and analysis regarding trademark litigation matters and prepare e-mail memorandum to trademark counsel David Sigalow | 0.40 | 975.00 | $390.00 |
| 03/12/2018 | LFC | AA | Telephone conference with David Sigalow, counsel representing debtors in worldwide trademark registration matter, Chinese and Japanese license contests and worldwide registration matters | 1.00 | 975.00 | $975.00 |
| 03/12/2018 | LFC | AA | E-mail and call to patent counsel regarding trademark opposition in China | 0.20 | 975.00 | $195.00 |
| 03/12/2018 | LFC | AA | E-mail memos and correspondence with debtors and Humboldt bank representatives regarding release of frozen funds from the merchant accounts | 0.40 | 975.00 | $390.00 |
| 03/12/2018 | LFC | AA | Research trademark perfection issues | 1.10 | 975.00 | $1,072.50 |
| 03/13/2018 | JKH | AA | Office conferences, emails Linda F. Cantor regarding Humboldt merchant accounts, Emergency turnover motion and review documents, search internet and begin preparation of emergency motion papers (2.7); Office conference with Linda F. Cantor regarding hearing and draft demand email to Humboldt, telephone conference with Gottlieb, Linda F. Cantor regarding same (1.4). | 4.10 | 925.00 | $3,792.50 |
| 03/13/2018 | KHB | AA | Review loan documents and related pleadings re rights of lender in Master License Agreement. | 2.30 | 925.00 | $2,127.50 |
| 03/13/2018 | KHB | AA | Review emails from Linda Cantor re case status and strategy. | 0.80 | 925.00 | $740.00 |
| 03/13/2018 | LFC | AA | Confer with Jim Hunter regarding Humboldt demand, claims and turnover | 0.30 | 975.00 | $292.50 |
| 03/13/2018 | LFC | AA | Confer with Jim Hunter regarding turnover motion to Humboldt merchant services | 0.30 | 975.00 | $292.50 |
| 03/13/2018 | LFC | AA | Telephone conference with counsel for Humboldt | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    6

Invoice 119492

March 31, 2018

|            |     |    |                                                                                                               | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |     |    | merchant card services regarding recovery of funds                                                            |       |        |            |
| 03/14/2018 | KHB | AA | Analyze lenders rights in Master licensing agreement and impact of being unperfected on petition date under 544. | 1.30  | 925.00 | $1,202.50  |
| 03/15/2018 | JKH | AA | Office conference with Linda F. Cantor regarding potential trademark avoidance action.                         | 0.10  | 925.00 | $92.50     |
| 03/15/2018 | KHB | AA | Email to L. Cantor re Trademark issues and applicability of 365(n).                                            | 1.40  | 925.00 | $1,295.00  |
| 03/16/2018 | JKH | AA | Emails from, to, office conference with Linda F. Cantor regarding Humboldt funds resolution.                   | 0.10  | 925.00 | $92.50     |
| 03/16/2018 | KHB | AA | Confer with Linda Cantor re Trademark issues and avoidance of unperfected liens.                               | 0.30  | 925.00 | $277.50    |
| 03/16/2018 | LFC | AA | Telephone conference with counsel for Humboldt bank and e-mail memos regarding release of funds in merchant accounts | 0.30  | 975.00 | $292.50    |
| 03/23/2018 | LFC | AA | Review draft term sheet from lender and review perfection questions                                            | 0.50  | 975.00 | $487.50    |
| 03/26/2018 | LFC | AA | Review IPO transaction documents   CO                                                                          | 0.40  | 975.00 | $390.00    |
| 03/27/2018 | LFC | AA | Review Caligula license agreement provisions and confer with IP counsel regarding same                        | 0.20  | 975.00 | $195.00    |
| 03/28/2018 | HCK | AA | Memos to / from L. Cantor re ExWorks / Dream Media perfection analysis and lien search.                        | 0.40  | 975.00 | $390.00    |
| 03/28/2018 | HCK | AA | Review Dream Media R/S pleadings with loan and security agreement exhibits / UCC filings.                      | 2.20  | 975.00 | $2,145.00  |
| 03/28/2018 | HCK | AA | Review corporate organization chart from L. Cantor.                                                            | 0.20  | 975.00 | $195.00    |
| 03/28/2018 | HCK | AA | Various follow-up with L. Cantor and B. Dassa re lien search results.                                          | 0.30  | 975.00 | $292.50    |
| 03/28/2018 | LFC | AA | Confer with Henry Kevane regarding perfection analysis and review files and e-mail memos regarding issues      | 0.30  | 975.00 | $292.50    |
| 03/28/2018 | LFC | AA | Confer with Beth Dassa regarding UCC searches (.2) and confer with IP counsel regarding copyright and trademark searches (.2) | 0.40  | 975.00 | $390.00    |
| 03/28/2018 | LFC | AA | Review Parasec report and analysis of lien perfection                                                          | 1.30  | 975.00 | $1,267.50  |
| 03/28/2018 | LFC | AA | Numerous calls and e-mails with Beth Dassa regarding perfection analysis and research                         | 0.60  | 975.00 | $585.00    |
| 03/28/2018 | BDD | AA | Work on obtaining UCC filing information; emails to/conferences with L. Cantor re same                         | 1.10  | 375.00 | $412.50    |
| 03/28/2018 | BDD | AA | Call with L. Cantor re UCC filings                                                                             | 0.20  | 375.00 | $75.00     |
| 03/29/2018 | HCK | AA | Review lien search results and memos to / from L. Cantor re further review.                                    | 0.20  | 975.00 | $195.00    |

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 119492
32277    00001                                                     March 31, 2018

---

|            |     |    |                                                                                                      | Hours | Rate   | Amount       |
|------------|-----|----|------------------------------------------------------------------------------------------------------|-------|--------|--------------|
| 03/29/2018 | HCK | AA | Further review / analyze lien search results and Dream Media loan / security documents.               | 1.20  | 975.00 | $1,170.00    |
| 03/29/2018 | LFC | AA | Further perfection analysis review regarding Dream Media and ExWorks claims                           | 2.50  | 975.00 | $2,437.50    |
| 03/29/2018 | LFC | AA | Further review of documents, conferences with Beth Dassa and analysis of Dream Media claims           | 1.20  | 975.00 | $1,170.00    |
| 03/29/2018 | BDD | AA | Email L. Forrester re PMGI Holdings and relationship to debtors                                       | 0.10  | 375.00 | $37.50       |
| 03/29/2018 | BDD | AA | Continue further UCC research re Penthouse entities; email L. Cantor re same                          | 0.30  | 375.00 | $112.50      |
| 03/29/2018 | BDD | AA | Email H. Kevane re UCC research                                                                       | 0.10  | 375.00 | $37.50       |
| 03/30/2018 | HCK | AA | Memos to / from L. Cantor re lien analysis and review partial collateral release.                     | 0.20  | 975.00 | $195.00      |
| 03/30/2018 | HCK | AA | Memos to / from L. Cantor re license income / royalty stream research and review Dream Media loan documents. | 0.70  | 975.00 | $682.50 |
| 03/30/2018 | HCK | AA | Review / analyze Kirkendoll MLA re security interest issues / review DIP financing motion.            | 1.30  | 975.00 | $1,267.50    |
| 03/30/2018 | HCK | AA | Brief research and memos to / from L. Cantor re MLA security interest analysis.                       | 0.60  | 975.00 | $585.00      |
| 03/30/2018 | LFC | AA | Confer with Henry Kevane and further analysis of perfection issues                                    | 2.10  | 975.00 | $2,047.50    |
|            |     |    |                                                                                                      | **36.00** |    | **$33,400.00** |

## Asset Disposition [B130]

|            |     |    |                                                                                                      | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 03/13/2018 | LFC | AD | Meeting with Trustee and Kirkendoll Master Licensee                                                   | 0.40  | 975.00 | $390.00   |
| 03/15/2018 | LFC | AD | Telephone conference with Trustee and David Peress, Hilco Streambank Group regarding marketing and sale process for IP | 0.50 | 975.00 | $487.50 |
| 03/15/2018 | LFC | AD | Telephone conference with Leslie Cohen, regarding Evil Angel interest in purchasing debtors' contracts | 0.50 | 975.00 | $487.50 |
| 03/23/2018 | LFC | AD | E-mail correspondence with investment bankers and valuation firms regarding valuation and sale of debtors' assets | 0.50 | 975.00 | $487.50 |
| 03/23/2018 | LFC | AD | Telephone conference with Steve Gerbsman regarding sale of debtors' assets (.2) and review e-mails and documents regarding firm (.1) | 0.30 | 975.00 | $292.50 |
| 03/26/2018 | LFC | AD | Telephone conference with Steve Gerbsman regarding marketing and sale of Penthouse assets             | 0.30  | 975.00 | $292.50   |
| 03/26/2018 | LFC | AD | Review draft purchase and sale agreement and analysis of credit bidding matters                      | 0.80  | 975.00 | $780.00   |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    8

Invoice 119492

March 31, 2018

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2018 | LFC | AD | Telephone conference with Trustee and David Perress regarding sale of assets / valuation process | 0.40 | 975.00 | $390.00 |
| 03/27/2018 | LFC | AD | Conference call with SSG regarding potential retention as investment bankers to sell assets | 0.60 | 975.00 | $585.00 |
| 03/28/2018 | LFC | AD | Confer with Victoria Newmark regarding sale motion | 0.30 | 975.00 | $292.50 |
| 03/28/2018 | VAN | AD | Draft sale/sale procedures/Gerbsman retention motion | 1.10 | 850.00 | $935.00 |
| 03/29/2018 | VAN | AD | Draft sale/sale procedures/Gerbsman motion | 1.30 | 850.00 | $1,105.00 |
| 03/30/2018 | VAN | AD | Draft sale/sale procedures/Gerbsman motion | 0.50 | 850.00 | $425.00 |
|  |  |  | | 7.50 | | $6,950.00 |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/10/2018 | LFC | BL | Review audio tapes of February 27,2018 hearing on motion to use cash collateral, motion for relief from stay and motion to approve DIP financing and assumption of Master License with Club licensees including review of underlying pleadings and documents and court records and anlaysis of issues. | 6.00 | 975.00 | $5,850.00 |
| 03/11/2018 | LFC | BL | Review audio tapes of hearings on February 27th and 28th on motion for DIP financing, cash collateral use and lender motion for relief from stay including review underlying pleadings and documents | 5.50 | 975.00 | $5,362.50 |
| 03/13/2018 | LFC | BL | Review motions for adequate protection and related relief pleadings filed by MojoHost | 0.30 | 975.00 | $292.50 |
| 03/13/2018 | LFC | BL | Confer with lender and debtor regarding MojoHost motions, projected payments and services provided | 0.50 | 975.00 | $487.50 |
| 03/19/2018 | IAWN | BL | Exchange emails and office conferences with Linda F Cantor re set off/recoup issue, review memorandum re same | 0.80 | 925.00 | $740.00 |
| 03/19/2018 | LFC | BL | Review lender settlement proposal and provide comments | 0.50 | 975.00 | $487.50 |
| 03/20/2018 | IAWN | BL | Review vice.org cryptocurrency documents and analyze same (3.3); office conference and emails Linda F Cantor re missing docuemnts and vice.org deal (.2) | 3.50 | 925.00 | $3,237.50 |
| 03/20/2018 | IAWN | BL | Analyze Metropolitan Lumber position re bankruptcy and set-off (.8), office conferences and emails with Linda FCantor re same (.2,) exchange emails with Leslie Forrester re documents to pull from New York Bankruptcy (.1), review and analyze same (.4) | 1.50 | 925.00 | $1,387.50 |
| 03/21/2018 | IAWN | BL | Research and analyze cases re choice of law | 2.80 | 925.00 | $2,590.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    9
Gottlieb, David (Penthouse)                                Invoice 119492
32277     00001                                            March 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | provision and California usury interests |  |  |  |
| 03/21/2018 | LFC | BL | Telephone conference with Dream Media counsel regarding operations, sale, claim and proposed term sheet for settlement | 1.20 | 975.00 | $1,170.00 |
| 03/22/2018 | IAWN | BL | Commence drafting memorandum re Dream Media objection and merits of law | 1.50 | 925.00 | $1,387.50 |
| 03/23/2018 | IAWN | BL | Revise and rework memorandum re choice of law merits of Dream Media objection | 3.20 | 925.00 | $2,960.00 |
| 03/28/2018 | IAWN | BL | Review vice.org contract and related documents to prepare 2004 motion | 2.20 | 925.00 | $2,035.00 |
| 03/29/2018 | IAWN | BL | Analyze vice.org deal and draft 2004 motion re same | 2.70 | 925.00 | $2,497.50 |
|  |  |  |  | 32.20 |  | $30,485.00 |

## Case Administration [B110]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/06/2018 | LFC | CA | Review case pleadings and prepare conflicts check for proposed representation of D. Gottlieb as chapter 11 trustee | 3.30 | 975.00 | $3,217.50 |
| 03/06/2018 | LFC | CA | Telephone conference with David Gottlieb regarding case filing | 0.30 | 975.00 | $292.50 |
| 03/06/2018 | LFC | CA | Telephone conference with Michael Weiss and David Gottlieb regarding chapter 11 case and trustee imposition | 0.70 | 975.00 | $682.50 |
| 03/06/2018 | LFC | CA | Telephone conference with David Gottlieb regarding case issues | 0.60 | 975.00 | $585.00 |
| 03/06/2018 | LFC | CA | Telephone conference with Trustee office regarding Penthouse case | 0.30 | 975.00 | $292.50 |
| 03/06/2018 | LFC | CA | Further review case pleadings | 2.60 | 975.00 | $2,535.00 |
| 03/07/2018 | LFC | CA | Review pleadings in debtors' cases | 1.50 | 975.00 | $1,462.50 |
| 03/07/2018 | LFC | CA | Travel to debtors' offices | 0.70 | 975.00 | $682.50 |
| 03/07/2018 | LFC | CA | Meetings with Kelly Holland, CEO, COO, accountant and staff and Chapter 11 trustee and proposed professionals from Province (David Roberts and Walt Bowser | 6.50 | 975.00 | $6,337.50 |
| 03/07/2018 | LFC | CA | Lunch meeting with trustee and financial advisors | 0.70 | 975.00 | $682.50 |
| 03/07/2018 | LFC | CA | Travel to Century City from Debtors' offices | 0.70 | 975.00 | $682.50 |
| 03/07/2018 | LFC | CA | Analysis of issues and prepare summary of tasks and responsibilities | 1.30 | 975.00 | $1,267.50 |
| 03/08/2018 | LFC | CA | Review and analysis regarding license agreement, cash collateral, claims | 1.60 | 975.00 | $1,560.00 |
| 03/08/2018 | LFC | CA | Confer with David Gottlieb regarding sale and operating issues | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    10

Invoice 119492

March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2018 | LFC | CA | Review case pleadings | 2.40 | 975.00 | $2,340.00 |
| 03/09/2018 | LFC | CA | Travel to / from Penthouse headquarters for meetings with company, counsel and staff | 1.80 | 975.00 | $1,755.00 |
| 03/09/2018 | LFC | CA | Review and analysis regarding licenses, sale and assumption/assignment of licenses, valuation matters, staffing issues, cash collateral,  recovery of funds held by merchant bank | 2.80 | 975.00 | $2,730.00 |
| 03/10/2018 | LFC | CA | Review case files, pleadings and hearing transcripts | 2.50 | 975.00 | $2,437.50 |
| 03/11/2018 | LFC | CA | Draft Initial Status Report by Chapter 11 Trustee and declaration in support thereof | 1.60 | 975.00 | $1,560.00 |
| 03/11/2018 | LFC | CA | Review and revise status report per comments and input of chapter 11 trustee | 0.60 | 975.00 | $585.00 |
| 03/12/2018 | LFC | CA | Review trademark litigation matters | 0.40 | 975.00 | $390.00 |
| 03/12/2018 | BDD | CA | Email L. Cantor re status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email J. Washington re status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email L. Cantor re exhibit to status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email J. Washington re filed status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email J. Washington re finalized status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email J. Washington re filing/serving ch. 11 status report | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | CA | Email L. Cantor re Ch. 11 status report | 0.10 | 375.00 | $37.50 |
| 03/13/2018 | LFC | CA | Travel to Bankruptcy Court for status conference | 0.60 | 975.00 | $585.00 |
| 03/13/2018 | LFC | CA | Conferences with Trustee and Margaux Ross regarding case administration and operating matters (.6); OP Travel from court to office (.8). | 1.40 | 975.00 | $1,365.00 |
| 03/13/2018 | LFC | CA | Prepare for and present Trustee's Initial Status Report | 1.00 | 975.00 | $975.00 |
| 03/13/2018 | LFC | CA | Meetings with Trustee and case constituents | 0.50 | 975.00 | $487.50 |
| 03/13/2018 | LFC | CA | Review notices of insider compensation | 0.10 | 975.00 | $97.50 |
| 03/14/2018 | JKH | CA | Office conferences with Linda F. Cantor regarding emergency motion procedure, non-response, solvency, of Humboldt merchants. | 0.10 | 925.00 | $92.50 |
| 03/15/2018 | LFC | CA | Review schedule of debtor and non-debtor entities and operations | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | CA | Travel to continued status conference hearing (.7); prepare for and attend hearing (.6); and return travel to office (.8). | 2.10 | 975.00 | $2,047.50 |
| 03/28/2018 | BDD | CA | Email L. Forrester re PMGI Holdings and its relationship to existing debtors | 0.10 | 375.00 | $37.50 |
| 03/28/2018 | BDD | CA | Email L. Cantor re GMCI Internet Operations | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    11

Invoice 119492

March 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/29/2018 | CHM | CA | Legal research re nunc pro tunc conversion and email L. Cantor re same. | 1.30 | 595.00 | $773.50 |
| 03/29/2018 | LFC | CA | Review cases including 6th Circuit case regarding conversion nunc pro tunc | 0.30 | 975.00 | $292.50 |
| 03/29/2018 | LFC | CA | Telephone conference with Debtor's counsel regarding current case status | 0.20 | 975.00 | $195.00 |
|  |  |  |  | **42.00** |  | **$39,911.00** |

## Claims Admin/Objections[B310]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2018 | HDH | CO | Conference with Linda F. Cantor re background (usury issues and portions of telephone conference with re same) | 1.10 | 850.00 | $935.00 |
| 03/08/2018 | HDH | CO | Research usury law | 0.80 | 850.00 | $680.00 |
| 03/08/2018 | HDH | CO | Review and analyze of claim objection | 0.60 | 850.00 | $510.00 |
| 03/08/2018 | LFC | CO | Conference call with Beth Young, counsel for lender, regarding case proceedings and lender issues regarding debtors' operations and sale | 1.70 | 975.00 | $1,657.50 |
| 03/09/2018 | HDH | CO | Research usury issue | 2.80 | 850.00 | $2,380.00 |
| 03/09/2018 | HDH | CO | Telephone conference with B. Young re usury defense | 0.50 | 850.00 | $425.00 |
| 03/09/2018 | HDH | CO | Further research re usury defense | 1.30 | 850.00 | $1,105.00 |
| 03/10/2018 | HDH | CO | Research and drafting of memo re usury defense | 3.20 | 850.00 | $2,720.00 |
| 03/10/2018 | LFC | CO | Review and analysis regarding bank security interests including analysis of legal issues raised by counsel for debtor | 1.40 | 975.00 | $1,365.00 |
| 03/11/2018 | HDH | CO | Complete memo re usury defenses | 1.20 | 850.00 | $1,020.00 |
| 03/13/2018 | KHB | CO | Review memo from H. Hochman re usury laws and choice of law issues under loan documents. | 0.70 | 925.00 | $647.50 |
| 03/13/2018 | KHB | CO | Telephone call with Linda Cantor re case status and strategy. | 0.30 | 925.00 | $277.50 |
| 03/13/2018 | LFC | CO | Review prior cash flow projections, cash collateral orders, e-mail memoranda and schedules relating to outstanding payables | 0.70 | 975.00 | $682.50 |
| 03/13/2018 | LFC | CO | Telephone conference with Walt Bowser regarding vendor administrative claim payment requirements | 0.20 | 975.00 | $195.00 |
| 03/14/2018 | LFC | CO | Conference call with Trustee and counsel for Creel regarding critical vendor payment | 0.30 | 975.00 | $292.50 |
| 03/15/2018 | LFC | CO | Telephone conference with Michael Weiss regarding insider and attorney compensation matters, secured claims and license matters | 0.40 | 975.00 | $390.00 |
| 03/15/2018 | LFC | CO | Draft notices of withdrawal of insider compensation | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    12
Invoice 119492
March 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/15/2018 | LFC | CO | Telephone conference with committee counsel regarding notices of insider compensation and post-petition vendor claims | 0.30 | 975.00 | $292.50 |
| 03/15/2018 | LFC | CO | Numerous email memos and correspondence regarding post-petition compensation matters | 0.40 | 975.00 | $390.00 |
| 03/16/2018 | CHM | CO | Legal research re usury law exemptions; email L. Cantor re same. | 1.30 | 595.00 | $773.50 |
| 03/16/2018 | IAWN | CO | Review and analyze Dream Media usury claim objection, memo by Harry Hochman; research by Cia Hunter ( 2.5); draft email to Dream Media re licensing (.4); and office conference with Linda F Cantor re same (.3) | 3.20 | 925.00 | $2,960.00 |
| 03/16/2018 | KHB | CO | Legal research usury exceptions. | 1.20 | 925.00 | $1,110.00 |
| 03/16/2018 | LFC | CO | Review secured claim and pending objection, legal analysis and choice of law issues  (.7) and confer with Iain Nasatir regarding same | 1.20 | 975.00 | $1,170.00 |
| 03/16/2018 | LFC | CO | Finalize Notice of Withdrawal of Insider Compensation Notices | 0.30 | 975.00 | $292.50 |
| 03/19/2018 | IAWN | CO | Review research re "duly licensed" re Dream Media claim objection | 0.80 | 925.00 | $740.00 |
| 03/19/2018 | KHB | CO | Legal research re choice of law provision enforceability concerning usury and prepare memo re same. | 4.60 | 925.00 | $4,255.00 |
| 03/19/2018 | KHB | CO | Confer with L. Cantor re choice of law provision enforceability concerning usury. | 0.30 | 925.00 | $277.50 |
| 03/19/2018 | LFC | CO | Confer with Ken Brown regarding choice of law / usury issues (.3) and initial review of memorandum | 0.60 | 975.00 | $585.00 |
| 03/19/2018 | LFC | CO | Review usury claims and California statutes | 0.70 | 975.00 | $682.50 |
| 03/20/2018 | LFC | CO | Review and analysis regarding usury objection to ExWorks Claims | 0.70 | 975.00 | $682.50 |
| 03/20/2018 | LFC | CO | Review and analysis regarding bank claim objection | 0.50 | 975.00 | $487.50 |
| 03/20/2018 | LFC | CO | Telephone conference with counsel for M-7 regarding case status and outstanding invoices of vendor | 0.40 | 975.00 | $390.00 |
| 03/21/2018 | LFC | CO | Conference with Iain Nasatir regarding usury claim | 0.30 | 975.00 | $292.50 |
| 03/21/2018 | LFC | CO | Review M-7 claims and invoices | 0.20 | 975.00 | $195.00 |
| 03/21/2018 | BDD | CO | Confer with L. Cantor re bar date order | 0.10 | 375.00 | $37.50 |
| 03/22/2018 | KHB | CO | Confer with Linda Cantor re choice of law issues concerning usury. | 0.20 | 925.00 | $185.00 |
| 03/22/2018 | LFC | CO | Review and analysis regarding standing of debtor regarding claims | 0.60 | 975.00 | $585.00 |
| 03/23/2018 | LFC | CO | Review proposed stipulation and order regarding | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    13

Invoice 119492

March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | debtor's claim objection hearing (.1) and confer with lender's counsel regarding continuation and claim matters | | | |
| 03/23/2018 | LFC | CO | Confer with company regarding vendor claims and threatened injunctions | 0.20 | 975.00 | $195.00 |
| 03/26/2018 | LFC | CO | Review and analysis regarding loan documents and perfection of Dream Media liens | 1.60 | 975.00 | $1,560.00 |
| 03/26/2018 | LFC | CO | Review and consider memorandum regarding usury claim objection | 0.40 | 975.00 | $390.00 |
| 03/26/2018 | LFC | CO | Review Nasatir memorandum regarding usury claim analysis and underlying cases | 0.40 | 975.00 | $390.00 |
| 03/26/2018 | BDD | CO | Preparation of draft bar date order and notice; email L. Cantor re same | 0.70 | 375.00 | $262.50 |
| 03/27/2018 | LFC | CO | Travel to and from Trustee's office for conference call and meeting with lender | 1.70 | 975.00 | $1,657.50 |
| 03/27/2018 | LFC | CO | Meetings with Trustee and with Trustee, Dream Media and counsel regarding claim and possible settlement matters | 2.50 | 975.00 | $2,437.50 |
| 03/27/2018 | LFC | CO | Telephone conference with Chafik Lahzami, Rolling Dice vendor, regarding outstanding pre-petition and post-petition claims, case status, repayment of claims and continuation of provision of services to the debtors  (.3) and review e-mail correspondence with invoices (.1) | 0.40 | 975.00 | $390.00 |
| 03/27/2018 | LFC | CO | Review Medpoint partners case and confer with Dream Media's counsel regarding relationship of High Times with Dream Media | 0.30 | 975.00 | $292.50 |
| 03/28/2018 | LAF | CO | Research re: Relationship among Penthouse subs. | 0.30 | 395.00 | $118.50 |
| 03/29/2018 | HCK | CO | Follow-up with B. Dassa re additional search requests (Dream Media). | 0.10 | 975.00 | $97.50 |
| 03/29/2018 | HCK | CO | Memos to / from L. Cantor re preliminary search results / deposit accounts. | 0.40 | 975.00 | $390.00 |
| 03/29/2018 | LAF | CO | Research re: Penthouse entities. | 2.30 | 395.00 | $908.50 |
| | | | | **47.00** | | **$41,340.50** |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2018 | LFC | EC | Confer with counsel for landlord regarding insurance matters and leasehold reduction | 0.20 | 975.00 | $195.00 |
| 03/12/2018 | LFC | EC | Review and address contract provisions for talent and licensing | 0.60 | 975.00 | $585.00 |
| 03/13/2018 | KHB | EC | Review authorities re applicability of section 365(n) to Trademark license and review license agreement. | 3.40 | 925.00 | $3,145.00 |
| 03/13/2018 | LFC | EC | Review cases and legislative history regarding | 0.80 | 975.00 | $780.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    14

Invoice 119492

March 31, 2018

---

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | section 365(n) and licensee rejection rights | | | |
| 03/13/2018 | LFC | EC | Draft memorandum outlining Trademark rejection issues, cases regarding split of authority and other applicable case pleadings | 0.80 | 975.00 | $780.00 |
| 03/13/2018 | LFC | EC | Confer with Ken Brown regarding trademark rights post-rejection | 0.40 | 975.00 | $390.00 |
| 03/14/2018 | KHB | EC | Analyze authority re applicability of 365(n) to trademarks and prepare memo re same. | 2.70 | 925.00 | $2,497.50 |
| 03/15/2018 | LFC | EC | Review and consider memorandum regarding trademark licensee rights | 0.60 | 975.00 | $585.00 |
| 03/16/2018 | LFC | EC | Review memorandum regarding section 365(n) and confer with Ken Brown regarding same | 0.70 | 975.00 | $682.50 |
| 03/19/2018 | LFC | EC | Review ViceCoin contract matters | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | EC | Review cryptocurrency matters with Iain Nasatir and U.S. Trustee requirements | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | EC | Research contract rejection matters | 0.50 | 975.00 | $487.50 |
| 03/22/2018 | LFC | EC | Review cash flow (.3) and confer with Walt Bowser regarding amounts due to/from M-7 (.2) in preparation for call with M-7  EC Conference call with M-7 regarding executory contract repayment matters and offsets | 0.80 | 975.00 | $780.00 |
| 03/22/2018 | LFC | EC | Telephone conference with Trustee regarding M-7 claim matters | 0.30 | 975.00 | $292.50 |
| 03/26/2018 | LFC | EC | Review lease provisions regarding HVAC for Penthouse premises and confer with Kelly Holland regarding same | 0.30 | 975.00 | $292.50 |
| 03/27/2018 | LFC | EC | Review e-mail memos and address licensee contract claim for work distributed in Australia | 0.30 | 975.00 | $292.50 |
| 03/27/2018 | LFC | EC | Review contract rejection article and licensee rights | 0.20 | 975.00 | $195.00 |
| 03/30/2018 | LFC | EC | Confer with landlord's counsel regarding rent matters | 0.10 | 975.00 | $97.50 |
| | | | | 13.30 | | $12,662.50 |

## Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2018 | LFC | FN | Confer with Iain Nasatir regarding insurance premium financing | 0.20 | 975.00 | $195.00 |
| 03/12/2018 | LFC | FN | Review budget for meeting with lender | 0.40 | 975.00 | $390.00 |
| 03/12/2018 | LFC | FN | Meeting with David Gottlieb, Walt Bowen and David Roberts regarding cash flow and budget matters | 1.10 | 975.00 | $1,072.50 |
| 03/12/2018 | LFC | FN | Meeting with Dream Media and counsel regarding cash collateral, budget and case administration | 1.70 | 975.00 | $1,657.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    15
Invoice 119492
March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2018 | LFC | FN | Review and revise proposed cash collateral stipulation with Dream Media including telephone conference with lender's counsel regarding same | 0.50 | 975.00 | $487.50 |
| 03/12/2018 | LFC | FN | Review proposed budget and confer with financial advisors and lender counsel regarding same | 0.30 | 975.00 | $292.50 |
| 03/12/2018 | LFC | FN | Finalize Order regarding cash collateral use | 0.20 | 975.00 | $195.00 |
| 03/13/2018 | LFC | FN | Review cash collateral budgets and projections regarding chapter 11 vendors | 0.40 | 975.00 | $390.00 |
| 03/13/2018 | LFC | FN | Confer with Iain Nasatir regarding insurance finance motion matters | 0.30 | 975.00 | $292.50 |
| 03/13/2018 | LFC | FN | Review draft insurance finance motion and provide comments; e-mail memo regarding same | 0.40 | 975.00 | $390.00 |
| 03/14/2018 | LFC | FN | Review and revise insurance finance motion, declarations, covered entities, financing motion terms, and proposed order including numerous conferences with Iain Nasatir regarding same | 1.50 | 975.00 | $1,462.50 |
| 03/14/2018 | LFC | FN | Finalize form of pleadings, exhibits and confer with Trustee and Iain Nasatir regarding coverage matters | 0.70 | 975.00 | $682.50 |
| 03/15/2018 | LFC | FN | Conferences with Beth Dassa regarding the provision of telephonic notice of the hearing on trustee's insurance finance motion | 0.30 | 975.00 | $292.50 |
| 03/15/2018 | LFC | FN | Review and revise draft declaration forms regarding telephonic notice of insurance finance motion | 0.20 | 975.00 | $195.00 |
| 03/16/2018 | LFC | FN | Travel and attend hearing on Trustee's emergency motion for authorization to enter into AFCO insurance finance agreement | 2.10 | 975.00 | $2,047.50 |
| 03/16/2018 | LFC | FN | Review and make revisions to proposed cash collateral term sheet | 0.60 | 975.00 | $585.00 |
| 03/19/2018 | LFC | FN | Confer with Dream Media's counsel and prepare Order authorizing continued use of cash collateral and notice of proposed order | 0.50 | 975.00 | $487.50 |
| 03/19/2018 | LFC | FN | Confer with Trustee's financial advisors regarding budget for cash collateral order and review budget | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | FN | Prepare order and notice on continued cash collateral use | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | FN | Review, revise and finalize cash collateral order and notice thereon | 0.30 | 975.00 | $292.50 |
| 03/23/2018 | LFC | FN | Review Penthouse Form 2 and projections for cash collateral use reports (.2) and confer with Walt Bowser regarding same  (.2)(.1) | 0.50 | 975.00 | $487.50 |
| 03/26/2018 | LFC | FN | Telephone conference with Trustee, Timothy Driver et al. regarding investment into Penthouse companies through offering transactions | 1.50 | 975.00 | $1,462.50 |

Pachulski Stang Ziehl & Jones LLP

Page: 16

Gottlieb, David (Penthouse)

Invoice 119492

32277    00001

March 31, 2018

---

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2018 | LFC | FN | Follow-up call with Trustee regarding investment proposal | 0.20 | 975.00 | $195.00 |
| 03/27/2018 | LFC | FN | Draft revised order on cash collateral use and notice | 0.60 | 975.00 | $585.00 |
| 03/27/2018 | LFC | FN | Review budget for further use of cash collateral | 0.20 | 975.00 | $195.00 |
| 03/28/2018 | LFC | FN | Review revised budget and finalize cash collateral notice and order | 0.30 | 975.00 | $292.50 |
| | | | | **15.60** | | **$15,210.00** |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/06/2018 | IAWN | IC | Review insurance policies and binders and premium finance agreement re trustee appointment premium due etc., and analyze issues re same (2.6); review draft motion for authority to enter into premium finance agreement and make notes (.5) | 3.10 | 925.00 | $2,867.50 |
| 03/07/2018 | IAWN | IC | Exchange emails and telephone calls with Linda F. Cantor re insurance and funds to pay premiums (.2); review David K. Gottlieb order to send to broker (.1); review insurance materials re broker contacts (.2 ) | 0.50 | 925.00 | $462.50 |
| 03/08/2018 | IAWN | IC | Exchange emails and telephone calls with Linda F Cantor re insurance situations (.2); telephone calls to broker to find responsible agent for penthouse (.5); exchange emails with David K Gottlieb and Linda F Cantor re appointment of trustee re premium finance agreement  (.3) | 1.00 | 925.00 | $925.00 |
| 03/09/2018 | IAWN | IC | Extensive emails and telephone conferences with broker re Penthosue insurance situation, premiums, issues with PFA, products covered etc., | 1.70 | 925.00 | $1,572.50 |
| 03/09/2018 | IAWN | IC | Exchange emails and telephone calls with Linda F Cantor re insurance situation and report broker responses | 0.40 | 925.00 | $370.00 |
| 03/09/2018 | IAWN | IC | Draft and revise emergency motion for authority to enter into PFA, with declarations | 2.80 | 925.00 | $2,590.00 |
| 03/09/2018 | IAWN | IC | Exchange emails and telephone calls with Linda F Cantor and broker re landlord certs | 0.50 | 925.00 | $462.50 |
| 03/11/2018 | IAWN | IC | Review Linda F Cantor email re motion and respond to email re same | 0.10 | 925.00 | $92.50 |
| 03/12/2018 | IAWN | IC | Exchange emails with broker re trustee questions (.2); review Linda F Cantor changes to motion and revise re same (1.4); exchange emails with Linda F Cantor re motion (.1); exchange emails with Linda F Cantor re UST being an additional insured (.1); exchange emails with broker re additional insureds, products insured etc. (.1) | 1.90 | 925.00 | $1,757.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    17
Invoice 119492
March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/13/2018 | IAWN | IC | Exchange emails with broker and Linda F Cantor re additional insureds, products insured (.3); review and comment on revisions to motion to Linda F Cantor (.5) | 0.80 | 925.00 | $740.00 |
| 03/14/2018 | IAWN | IC | Revise motion for Premium Finance Agreement authority 1.7; telephone conferences with broker re same (.3); revise with brokers comments (.7); review and revise order (.6); exchange office conferences and emails with Linda F Cantor re order language (.8); assemble exhibits and conform declarations (.8); finalize motion with Linda F Cantor and Melisa Desjardins for service and notice (1.8) | 6.70 | 925.00 | $6,197.50 |
| 03/14/2018 | BDD | IC | Email L. Cantor re telephonic notice on insurance premium finance agreement | 0.10 | 375.00 | $37.50 |
| 03/15/2018 | IAWN | IC | Exchange emails and telephone calls with broker re change in control issue with Lloyds media policy (1.0); analyze same against policy language (.8); draft response regarding legal analysis for change in control (.8); office conferences with Linda F Cantor re issues with change in control (.3); review emails between Kelly Holland and Linda F Cantor re insured entities, and attachments (.2); exchange emails with Lockton re new broker and policies (.2) | 3.30 | 925.00 | $3,052.50 |
| 03/15/2018 | LFC | IC | Confer with Iain Nasatir (.3) and follow-up call with David Gottlieb regarding insurance policy provisions (.3) and review numerous e-mail memoranda regarding insurance alternatives (.3) | 0.90 | 975.00 | $877.50 |
| 03/15/2018 | BDD | IC | Email L. Cantor re notice to Alan Nahmias re emerg insurance premium financing motion | 0.10 | 375.00 | $37.50 |
| 03/15/2018 | BDD | IC | Give telephonic notice to parties on service list re emerg motion on insurance premium financing motion (hearing 3/17) | 3.20 | 375.00 | $1,200.00 |
| 03/15/2018 | BDD | IC | Email N. Brown re insurance premium financing motion | 0.10 | 375.00 | $37.50 |
| 03/15/2018 | BDD | IC | Confer with L. Cantor re telephonic notice on emerg motion re insurance premium financing | 0.20 | 375.00 | $75.00 |
| 03/15/2018 | BDD | IC | Revisions to Dec re Telephonic Notice of Emerg Motion re insurance premium finance agreement; email L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 03/15/2018 | BDD | IC | Email L. Cantor re telephonic service on all parties re emerg hearing on insurance premium financing motion | 0.10 | 375.00 | $37.50 |
| 03/15/2018 | BDD | IC | Emails L. Cantor re further revisions to declaration re telephonic notice of emerg hearing on insurance prem finance agreement | 0.10 | 375.00 | $37.50 |
| 03/15/2018 | BDD | IC | Email M. Kulick re B. Dassa dec re telephonic | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    18
Gottlieb, David (Penthouse)                                         Invoice 119492
32277    00001                                                      March 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | notice of emerg hearing on insurance premium finance motion |  |  |  |
| 03/16/2018 | IAWN | IC | Exchange emails and telephone calls with broker re Lloyds position (.7); review Kelly Holland update on insureds (.1); exchange emails with broker and Linda F Cantor answering questions from broker re trustee and appointment (1.3) | 2.10 | 925.00 | $1,942.50 |
| 03/16/2018 | LFC | IC | Review information for investigation into alternative insurance transaction | 0.50 | 975.00 | $487.50 |
| 03/17/2018 | IAWN | IC | Review Trustee inquiry re fire coverage (.1); review property policy re same and analyze re fire coverage (1.7), respond to Linda F Cantor and trustee re same (.1) | 1.90 | 925.00 | $1,757.50 |
| 03/19/2018 | IAWN | IC | Exchange emails and telephone calls with broker re Lloyds policy position (.4); review Media policy and binder re coverage and change in control (1.7); exchange emails with Trustee and Linda F Cantor re Lloyds policy (.3); exchange emails with broker re self- insured retention (.2) | 2.60 | 925.00 | $2,405.00 |
| 03/19/2018 | IAWN | IC | Review Slaughter case and status; office conference with Linda F Cantor re recommendation | 1.20 | 925.00 | $1,110.00 |
| 03/19/2018 | LFC | IC | Confer with Iain Nasatir regarding insurance coverage open issues | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | IAWN | IC | Exchange emails and telephone calls with broker re need for Letter of Credit for Lloyds for self-insured retention (.5); assess position, review binder and draft response to Lloyds for broker (.9) | 1.40 | 925.00 | $1,295.00 |
| 03/20/2018 | IAWN | IC | Review and prepare cash flow reports to send to broker for Lloyds policy | 0.80 | 925.00 | $740.00 |
| 03/20/2018 | LFC | IC | Conferences with Iain Nasatir regarding Lloyd's of London insurance coverage conditions and review related e-mail memos and draft responses | 0.60 | 975.00 | $585.00 |
| 03/21/2018 | IAWN | IC | Exchange emails and telephone calls with Trustee, Linda F Cantor and broker re Lloyds policy and Premium Finance Agreement payment | 0.60 | 925.00 | $555.00 |
| 03/21/2018 | LFC | IC | Review and address insurance coverage and finance matters, confer with Iain Nasitir regarding coverage and e-mail memos regarding | 0.80 | 975.00 | $780.00 |
| 03/23/2018 | IAWN | IC | Exchange emails with Lockton re new broker | 0.10 | 925.00 | $92.50 |
| 03/23/2018 | IAWN | IC | Exchange emails with broker re Lloyds position | 0.30 | 925.00 | $277.50 |
| 03/23/2018 | IAWN | IC | Office conference and telephone conferences with Linda F Cantor and Trustee re insurance problem | 0.50 | 925.00 | $462.50 |
| 03/23/2018 | IAWN | IC | Office conferences with Linda F Cantor re possible payment of insurance | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    19

Invoice 119492

March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2018 | LFC | IC | Review e-mail memoranda regarding insurance coverage issues (.2), confer with Iain Nasatir regarding options for insurance (.3) and TC with Iain Nasatir and David Gottlieb regarding media insurance coverage (.2) | 0.70 | 975.00 | $682.50 |
| 03/23/2018 | LFC | IC | Follow-up with Iain Nasatir regarding insurance matters | 0.20 | 975.00 | $195.00 |
| 03/26/2018 | IAWN | IC | Exchange emails with broker re Lloyds position and continuing coverage (.6); exchange emails with Linda F Cantor re same (.1) | 0.70 | 925.00 | $647.50 |
| 03/27/2018 | IAWN | IC | Exchange emails and telephone calls with broker re Media liability claims history and related issues | 0.70 | 925.00 | $647.50 |
| 03/28/2018 | IAWN | IC | Exchange emails and telephone calls with Linda F Cantor re conversion impact on insurance | 0.60 | 925.00 | $555.00 |
| 03/28/2018 | IAWN | IC | Exchange emails conference call  with broker re Lloyds and change of control waiver | 0.80 | 925.00 | $740.00 |
| 03/28/2018 | LFC | IC | Conferences and e-mail memos with Iain Nasatir regarding insurance matters, case conversion, change of control consequences | 0.60 | 975.00 | $585.00 |
| 03/29/2018 | IAWN | IC | Exchange emails and telephone calls with broker re cancellation and payment on monthly basis versus Premium Finance Agreement arrangement | 0.70 | 925.00 | $647.50 |
| | | | | **47.10** | | **$41,322.50** |

### Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/09/2018 | LFC | LN | Review contracts and operating data and meeting with counsel for debtors in Don Slaughter attorney regarding pending litigation and operating / compliance issues | 2.00 | 975.00 | $1,950.00 |
| 03/19/2018 | LFC | LN | Telephone conference with Jamie Brichell regarding pending litigation against N.Y. club owner, status of proceedings and next steps | 0.50 | 975.00 | $487.50 |
| 03/19/2018 | LFC | LN | Telephone conference with Ken Rubenstein and John Vann regarding Jerrick Media lawsuit, possible settlement and interest in purchasing assets | 0.40 | 975.00 | $390.00 |
| 03/19/2018 | LFC | LN | Confer with Iain Nasatir regarding pending litigation matters and next steps | 0.40 | 975.00 | $390.00 |
| 03/20/2018 | LFC | LN | Review and confer with Iain Nasatir regarding Metropolitan Lumber litigation matters and review initial research results | 0.20 | 975.00 | $195.00 |
| 03/21/2018 | LFC | LN | Confer with Beth Dassa regarding retention of special litigation counsel for New York club owner litigation  (.2) and review e-mails regarding same (.2) | 0.40 | 975.00 | $390.00 |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/22   Entered 09/16/22 15:57:15   Desc
Main Document    Page 107 of 196

Pachulski Stang Ziehl & Jones LLP  
Gottlieb, David (Penthouse)  
32277    00001  

Page:    20  
Invoice 119492  
March 31, 2018  

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2018 | LFC | LN | Telephone conference with special litigation counsel regarding pending matters and retention by bankruptcy estate | 0.40 | 975.00 | $390.00 |
| 03/22/2018 | LFC | LN | Review litigation claims on pending litigation matters | 1.50 | 975.00 | $1,462.50 |
| | | | | 5.80 | | $5,655.00 |

### Meeting of Creditors [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/14/2018 | LFC | MC | Review schedules and statements, MORs and dockets in preparation for 341(a) meeting of creditors | 0.80 | 975.00 | $780.00 |
| 03/14/2018 | LFC | MC | Travel to/ from and attend 341(a) meeting of creditors | 3.20 | 975.00 | $3,120.00 |
| | | | | 4.00 | | $3,900.00 |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/09/2018 | LFC | OP | Confer with Trustee's proposed accountants regarding cash flow, payables and budget matters. | 0.50 | 975.00 | $487.50 |
| 03/09/2018 | LFC | OP | Confer with debtors' representatives regarding operating matters | 0.60 | 975.00 | $585.00 |
| 03/09/2018 | LFC | OP | Meeting with trustee and Bob Campbell regarding operations and potential exist strategies | 0.40 | 975.00 | $390.00 |
| 03/11/2018 | LFC | OP | Research applicable operating statutes and regulations and review notes from debtors regarding operational management of talent | 1.50 | 975.00 | $1,462.50 |
| 03/12/2018 | LFC | OP | Review e-mail memos regarding operating matters | 0.30 | 975.00 | $292.50 |
| 03/13/2018 | LFC | OP | Review and respond to e-mail memos from company and third parties addressing operating issues including recovery of funds, vendors, protection of trademark rights | 0.60 | 975.00 | $585.00 |
| 03/15/2018 | LFC | OP | Review pleadings and compensation notices, analysis regarding insider status, confer with company regarding officers and corporate records, confer with Trustee and with OUST regarding compensation matters | 1.30 | 975.00 | $1,267.50 |
| 03/15/2018 | LFC | OP | Review revised budget | 0.20 | 975.00 | $195.00 |
| 03/15/2018 | LFC | OP | Confer with Beth Young regarding cash flow, cash collateral stipulation and operating mattes | 0.50 | 975.00 | $487.50 |
| 03/15/2018 | LFC | OP | Numerous e-mail memos regarding Postpetition claims and compensation matters | 0.60 | 975.00 | $585.00 |
| 03/19/2018 | LFC | OP | Address Humboldt bank account matters | 0.30 | 975.00 | $292.50 |
| 03/20/2018 | LFC | OP | Meeting  with counsel for debtors and debtor | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    21

Invoice 119492

March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding operating matters (.5); meeting with chapter 11 trustee regarding operating matters (.1). | | | |
| 03/20/2018 | LFC | OP | Draft e-mail correspondence to Humboldt Bank regarding release of funds and re-establishment of merchant accounts | 0.20 | 975.00 | $195.00 |
| 03/20/2018 | LFC | OP | Review updated cash flow projections and confer with Iain Nasatir regarding SIR insurance requirements | 0.50 | 975.00 | $487.50 |
| 03/20/2018 | LFC | OP | E-mail memoranda regarding Stormy Daniels photo shoot and interview | 0.20 | 975.00 | $195.00 |
| 03/21/2018 | LFC | OP | Review pending vendor matters and payment schedules, cash flow projections | 0.50 | 975.00 | $487.50 |
| 03/26/2018 | LFC | OP | Review updated solvency analyses | 0.20 | 975.00 | $195.00 |
| 03/27/2018 | LFC | OP | Review and respond to company e-mails regarding vacation policies, operating matters and bankruptcy interface | 0.50 | 975.00 | $487.50 |
| 03/27/2018 | LFC | OP | Review financial projections | 0.30 | 975.00 | $292.50 |
| | | | | **9.80** | | **$9,555.00** |

### Relief from Stay

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2018 | BDD | RFS | Email L. Cantor re 362 violation letters | 0.10 | 375.00 | $37.50 |
| 03/27/2018 | BDD | RFS | Prepare letter to RD Productions re 362 stay violation; email L. Cantor re same | 0.30 | 375.00 | $112.50 |
| | | | | **0.40** | | **$150.00** |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/07/2018 | BDD | RP | Email L. Cantor re PSZJ employment application | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Prepare draft PSZJ employment application; email L. Cantor re same | 1.80 | 375.00 | $675.00 |
| 03/07/2018 | BDD | RP | Email N. Brown re PSZJ employment application | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Emails L. Forrester re employment disclosures | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Email L. Cantor re employment disclosures | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Email A. Bonn re conflicts check | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Email L. Cantor re PSZJ draft employment application | 0.10 | 375.00 | $37.50 |
| 03/07/2018 | BDD | RP | Review/analyze disclosures re PSZJ employment application | 0.70 | 375.00 | $262.50 |
| 03/08/2018 | LFC | RP | Conferences with Beth Dassa regarding history of operations, disclosures for retention application | 0.40 | 975.00 | $390.00 |
| 03/08/2018 | BDD | RP | Extensive review of prior Penthouse BK filings, | 2.30 | 375.00 | $862.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   00001

Page:   22

Invoice 119492

March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | including review of corp docs (10K); confer with L. Cantor re same | | | |
| 03/09/2018 | NLH | RP | Review and analyze corporate transactions and prior bankruptcies. | 2.20 | 750.00 | $1,650.00 |
| 03/12/2018 | LFC | RP | Review background issues for retention application disclosures | 0.70 | 975.00 | $682.50 |
| 03/12/2018 | NLH | RP | Review and analyze corporate transactions and prior bankruptcies. | 2.90 | 750.00 | $2,175.00 |
| 03/12/2018 | BDD | RP | Email N. Hong re General Media 2003 Disclosure Statement | 0.10 | 375.00 | $37.50 |
| 03/12/2018 | BDD | RP | Research 2003 disclosure statement filing; confer with N. Hong re same | 0.20 | 375.00 | $75.00 |
| 03/12/2018 | BDD | RP | Email N. Hong re ch. 11 trustee info for PMG | 0.10 | 375.00 | $37.50 |
| 03/13/2018 | NLH | RP | Review and analyze corporate transactions and prior bankruptcies. | 2.50 | 750.00 | $1,875.00 |
| 03/13/2018 | BDD | RP | Further research/analysis prior General Media/Penthouse bankruptcy cases re PSZJ disclosures; emails R. Feinstein and K. Brown re same | 1.50 | 375.00 | $562.50 |
| 03/13/2018 | BDD | RP | Email L. Cantor re app to employ PSZJ in 2003 General Media BK case | 0.10 | 375.00 | $37.50 |
| 03/13/2018 | BDD | RP | Email M. Kulick re App to Employ PSZJ in 2003 General Media bankruptcy case | 0.10 | 375.00 | $37.50 |
| 03/13/2018 | BDD | RP | Email N. Hong re PSZJ employment | 0.10 | 375.00 | $37.50 |
| 03/13/2018 | BDD | RP | Email L. Cantor re analysis of General Media, prior Penthouse BK cases | 0.20 | 375.00 | $75.00 |
| 03/13/2018 | BDD | RP | Revisions to PSZJ employment application re disclosures and prior cases | 0.70 | 375.00 | $262.50 |
| 03/13/2018 | BDD | RP | Prepare doc re chain of events re all Penthouse, General Media related filings per analysis of cases; confer with L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 03/16/2018 | LFC | RP | Telephone conference with patent counsel regarding protection of Omni marks | 0.20 | 975.00 | $195.00 |
| 03/21/2018 | LFC | RP | Review and revise PSZJ Retention Application | 1.70 | 975.00 | $1,657.50 |
| 03/21/2018 | BDD | RP | Email L. Cantor re firm's prior representation of D. Gottlieb | 0.10 | 375.00 | $37.50 |
| 03/21/2018 | BDD | RP | Revisions to PSZJ employment application re insertion of disclosure of prior representation of trustee; email L. Cantor re same | 0.30 | 375.00 | $112.50 |
| 03/23/2018 | LFC | RP | Review Province draft employment application | 0.20 | 975.00 | $195.00 |
| 03/26/2018 | LFC | RP | Confer with Beth Dassa regarding PSZJ retention application | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP          Page: 23
Gottlieb, David (Penthouse)          Invoice 119492
32277    00001          March 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2018 | LFC | RP | Review debtors' transactions history | 0.60 | 975.00 | $585.00 |
| 03/26/2018 | BDD | RP | Review 2003 Penthouse representation; email L. Cantor re same | 0.20 | 375.00 | $75.00 |
| 03/27/2018 | LFC | RP | Work on draft of PSZJ retention agreement | 1.50 | 975.00 | $1,462.50 |
| 03/27/2018 | LFC | RP | Further research matters for PSZJ retention agreement | 1.30 | 975.00 | $1,267.50 |
| 03/28/2018 | LFC | RP | Telephone conference with counsel for debtors regarding Slaughter litigation and case status | 0.30 | 975.00 | $292.50 |
| 03/29/2018 | LFC | RP | Research Penthouses case history post 2005 for disclosures | 1.60 | 975.00 | $1,560.00 |
| 03/29/2018 | BDD | RP | Email L. Cantor re PSZJ retention application | 0.10 | 375.00 | $37.50 |
| 03/29/2018 | BDD | RP | Email L. Cantor re retention application (ch. 11 v. ch. 7) | 0.10 | 375.00 | $37.50 |
| 03/29/2018 | BDD | RP | Continue working on disclosure information/research re PSZJ conflict information; conferences with/emails to L. Cantor re same | 3.20 | 375.00 | $1,200.00 |
| 03/30/2018 | LFC | RP | Further revisions to retention application | 0.30 | 975.00 | $292.50 |
| | | | | **29.70** | | **$19,447.50** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2018 | BDD | RPO | Email L. Cantor re 327e application to employ special counsel re several pending lawsuits | 0.10 | 375.00 | $37.50 |
| 03/21/2018 | BDD | RPO | Email J. Brickell at Pryor Cashman re 327e application | 0.10 | 375.00 | $37.50 |
| 03/21/2018 | BDD | RPO | Work on 327e application to retain Pryor Cashman as special counsel | 1.80 | 375.00 | $675.00 |
| 03/21/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman 327e application and information needed | 0.10 | 375.00 | $37.50 |
| 03/21/2018 | BDD | RPO | Email to J. Brickell at Pryor Cashman re information needed for 327e application | 0.10 | 375.00 | $37.50 |
| 03/22/2018 | BDD | RPO | Email J. Brickell re Pryor Cashman 327e application | 0.10 | 375.00 | $37.50 |
| 03/26/2018 | BDD | RPO | Email L. Cantor re Province employment application | 0.10 | 375.00 | $37.50 |
| 03/26/2018 | BDD | RPO | Review Province employment application; email L.Cantor re same | 0.30 | 375.00 | $112.50 |
| 03/26/2018 | BDD | RPO | Email D. Roberts re Province employment application | 0.10 | 375.00 | $37.50 |
| 03/26/2018 | BDD | RPO | Email J. Brickell re Pryor Cashment employment application | 0.10 | 375.00 | $37.50 |
| 03/26/2018 | BDD | RPO | Revisions to Pryor Cashman employment application; email L. Cantor re same | 0.40 | 375.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP                              Page:    24
Gottlieb, David (Penthouse)                                    Invoice 119492
32277    00001                                                 March 31, 2018

_____

|            |      |     |                                                          | Hours | Rate   | Amount     |
|------------|------|-----|----------------------------------------------------------|-------|--------|------------|
| 03/26/2018 | BDD  | RPO | Email M. Kulick re Pryor Cashman employment application  | 0.10  | 375.00 | $37.50     |
| 03/29/2018 | BDD  | RPO | Email D. Roberts re Province retention application       | 0.10  | 375.00 | $37.50     |
| 03/29/2018 | BDD  | RPO | Email N. Brown re Province employment application        | 0.10  | 375.00 | $37.50     |
| 03/29/2018 | BDD  | RPO | Confer with N. Brown re Province retention application   | 0.10  | 375.00 | $37.50     |
|            |      |     |                                                          | 3.70  |        | $1,387.50  |

## Stay Litigation [B140]

|            |     |    |                                                                                                                           | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 03/19/2018 | LFC | SL | Telephone conference with Mirco Haag regarding motions for relief from stay and adequate protection, potential resolution of actions | 0.40  | 975.00 | $390.00    |
| 03/19/2018 | LFC | SL | Review and revise Draft stipulation to continue hearings and revised proposed order, e-mail memo to counsel and prepare for filing | 0.30  | 975.00 | $292.50    |
| 03/20/2018 | LFC | SL | Telephone conferences with counsel for MojoHost regarding pending motions for RFS and adequate protection                  | 0.30  | 975.00 | $292.50    |
| 03/20/2018 | LFC | SL | Draft stipulation to further extend response to motion for relief from stay and adequate protection re: MojoHosting motions | 0.30  | 975.00 | $292.50    |
| 03/21/2018 | LFC | SL | Confer with counsel for MojoHost regarding pending motions for relief from stay and adequate protection                    | 0.20  | 975.00 | $195.00    |
| 03/21/2018 | LFC | SL | Address MojoHost's RFS pleadings                                                                                          | 0.20  | 975.00 | $195.00    |
|            |     |    |                                                                                                                           | 1.70  |        | $1,657.50  |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$263,034.00**

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 19:57:15    Desc
Main Document    Page 112 of 196

Pachulski Stang Ziehl & Jones LLP                                  Page:    25
Gottlieb, David (Penthouse)                                       Invoice 119492
32277    00001                                                    March 31, 2018

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 03/09/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/09/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/12/2018 | CL | Courtlink charges | 14.78 |
| 03/12/2018 | CL | Courtlink charges | 0.00 |
| 03/12/2018 | CL | Courtlink charges | 0.44 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/18/18   Entered 09/18/23 15:57:15   Desc
Main Document    Page 113 of 196

Pachulski Stang Ziehl & Jones LLP                                    Page:    26
Gottlieb, David (Penthouse)                                         Invoice 119492
32277    00001                                                      March 31, 2018

---

| 03/12/2018 | CL | Courtlink charges | 0.46 |
|---|---|---|---|
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |
| 03/12/2018 | CL | Courtlink charges | 0.46 |

Pachulski Stang Ziehl & Jones LLP                           Page:   27
Gottlieb, David (Penthouse)                                 Invoice 119492
32277     00001                                             March 31, 2018

---

| 03/12/2018 | FE  | 32277.00001 FedEx Charges for 03-12-18 | 9.28 |
| 03/12/2018 | PO  | 32277.00001 :Postage Charges for 03-12-18 | 2.04 |
| 03/12/2018 | RE  | ( 19 @0.20 PER PG) | 3.80 |
| 03/12/2018 | RE  | ( 19 @0.20 PER PG) | 3.80 |
| 03/12/2018 | RE  | ( 57 @0.20 PER PG) | 11.40 |
| 03/12/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 03/12/2018 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/12/2018 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 03/12/2018 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 03/12/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 03/12/2018 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 03/12/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/12/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    28
Invoice 119492
March 31, 2018

| | | | |
|---|---|---|---|
| 03/12/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 03/12/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/12/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/12/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/12/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/12/2018 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/19    Entered 09/16/19 15:57:15    Desc
Main Document    Page 118 of 196

Pachulski Stang Ziehl & Jones LLP                            Page:    29
Gottlieb, David (Penthouse)                                 Invoice 119492
32277    00001                                              March 31, 2018

---

| 03/13/2018 | CL | Courtlink charges | 0.46 |
|---|---|---|---|
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.00 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| 03/13/2018 | CL | Courtlink charges | 0.46 |
|---|---|---|---|
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/19 Entered 09/16/19 15:57:15 Desc
Main Document Page 110 of 196

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    31
Invoice 119492
March 31, 2018

| | | | |
|---|---|---|---|
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | CL | Courtlink charges | 0.46 |
| 03/13/2018 | LN | 32277.00001 Lexis Charges for 03-13-18 | 12.75 |
| 03/13/2018 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 03/13/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 03/13/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| 03/13/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/14/2018 | FE | 32277.00001 FedEx Charges for 03-14-18 | 11.69 |
| 03/14/2018 | LN | 32277.00001 Lexis Charges for 03-14-18 | 49.21 |
| 03/14/2018 | PO | 32277.00001 :Postage Charges for 03-14-18 | 2.05 |
| 03/14/2018 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 03/14/2018 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 03/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/14/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/14/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/14/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/14/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/15/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.21 |
| 03/15/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 03/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/15/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/15/2018 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    33
Gottlieb, David (Penthouse)                                               Invoice 119492
32277     00001                                                           March 31, 2018

---

| 03/15/2018 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 03/15/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/15/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 03/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/16/2018 | FE | 32277.00001 FedEx Charges for 03-16-18 | 26.16 |
| 03/16/2018 | LV | Legal Vision Atty/Mess. Service- Inv.01060, San Fernando Bankruptcy Court, BDD | 65.00 |
| 03/16/2018 | PO | 32277.00001 :Postage Charges for 03-16-18 | 10.68 |
| 03/16/2018 | RE | ( 240 @0.20 PER PG) | 48.00 |
| 03/16/2018 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 03/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/16/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/16/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/17/2018 | LN | 32277.00001 Lexis Charges for 03-17-18 | 8.58 |
| 03/19/2018 | FE | 32277.00001 FedEx Charges for 03-19-18 | 9.26 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    34
Gottlieb, David (Penthouse)                                          Invoice 119492
32277    00001                                                       March 31, 2018

---

| | | | |
|---|---|---|---|
| 03/19/2018 | LN | 32277.00001 Lexis Charges for 03-19-18 | 49.13 |
| 03/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/19/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 03/19/2018 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 03/19/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/19/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/19/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/20/2018 | BB | 32277.00001 Bloomberg Charges for 03-20-18 | 30.00 |
| 03/20/2018 | FE | 32277.00001 FedEx Charges for 03-20-18 | 9.26 |
| 03/20/2018 | LN | 32277.00001 Lexis Charges for 03-20-18 | 21.11 |
| 03/20/2018 | PO | 32277.00001 :Postage Charges for 03-20-18 | 13.35 |
| 03/20/2018 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 03/20/2018 | RE | ( 3 @0.20 PER PG) | 0.60 |
| 03/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/20/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/20/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/20/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    35

Invoice 119492

March 31, 2018

| | | | |
|---|---|---|---|
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/20/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/21/2018 | LN | 32277.00001 Lexis Charges for 03-21-18 | 18.16 |
| 03/21/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/21/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 03/22/2018 | LN | 32277.00001 Lexis Charges for 03-22-18 | 12.30 |
| 03/26/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.23 |
| 03/26/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 11.87 |
| 03/26/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/26/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 03/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/27/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.92 |
| 03/27/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 1.27 |
| 03/27/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/28/2018 | LN | 32277.00001 Lexis Charges for 03-28-18 | 313.82 |
| 03/28/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    36

Invoice 119492

March 31, 2018

| | | | |
|---|---|---|---|
| 03/28/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 03/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/28/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/28/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/28/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 03/28/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/29/2018 | BB | 32277.00001 Bloomberg Charges for 03-29-18 | 0.20 |
| 03/29/2018 | BB | 32277.00001 Bloomberg Charges for 03-29-18 | 30.00 |
| 03/29/2018 | BB | 32277.00001 Bloomberg Charges for 03-29-18 | 30.00 |
| 03/29/2018 | BB | 32277.00001 Bloomberg Charges for 03-29-18 | 0.50 |
| 03/29/2018 | BB | 32277.00001 Bloomberg Charges for 03-29-18 | 0.20 |
| 03/29/2018 | FE | 32277.00001 FedEx Charges for 03-29-18 | 9.26 |
| 03/29/2018 | LN | 32277.00001 Lexis Charges for 03-29-18 | 6.15 |
| 03/29/2018 | LN | 32277.00001 Lexis Charges for 03-29-18 | 37.82 |
| 03/29/2018 | PO | 32277.00001 :Postage Charges for 03-29-18 | 10.20 |
| 03/29/2018 | RE | ( 17 @0.20 PER PG) | 3.40 |
| 03/29/2018 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 03/29/2018 | RE | ( 255 @0.20 PER PG) | 51.00 |
| 03/29/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 124 of 198

Pachulski Stang Ziehl & Jones LLP                                    Page:    37
Gottlieb, David (Penthouse)                                         Invoice 119492
32277    00001                                                      March 31, 2018

| 03/29/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
|---|---|---|---|
| 03/29/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/29/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/29/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 03/29/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/29/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/29/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 03/29/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/29/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 03/29/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/29/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/29/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/30/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 03/31/2018 | PAC | Pacer - Court Research | 200.80 |

**Total Expenses for this Matter**                    **$1,372.92**

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 16:57:15    Desc
Main Document    Page 125 of 198

Pachulski Stang Ziehl & Jones LLP                                     Page:    38
Gottlieb, David (Penthouse)                                          Invoice 119492
32277    00001                                                      March 31, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 03/31/2018

| | |
|---|---|
| Total Fees | $263,034.00 |
| Chargeable costs and disbursements | $1,372.92 |
| Total Due on Current Invoice..................... | $264,406.92 |

Outstanding Balance from prior Invoices as of 03/31/2018    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**                    $264,406.92

Case 1:18-bk-10098-MB    Doc 665    Filed 09/18/18    Entered 09/18/18 15:57:15    Desc
Main Document    Page 128 of 296

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

April 30, 2018
Invoice    119493
Client    32277
Matter    00001
**LFC**

RE:   Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2018

| | |
|---|---|
| FEES | $278,254.50 |
| EXPENSES | $6,642.60 |
| **TOTAL CURRENT CHARGES** | **$284,897.10** |
| **BALANCE FORWARD** | **$264,406.92** |
| **TOTAL BALANCE DUE** | **$549,304.02** |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 15:57:15    Desc
Main Document    Page 127 of 196

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    2
Invoice 119493
April 30, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| | | 0.90 | $675.00 |
| AA | Asset Analysis/Recovery[B120] | 23.40 | $22,235.00 |
| AC | Avoidance Actions | 7.70 | $4,967.50 |
| AD | Asset Disposition [B130] | 42.50 | $40,526.50 |
| BL | Bankruptcy Litigation [L430] | 165.10 | $156,703.00 |
| CA | Case Administration [B110] | 9.60 | $6,320.00 |
| CO | Claims Admin/Objections[B310] | 11.70 | $11,137.50 |
| EC | Executory Contracts [B185] | 4.80 | $4,480.00 |
| FF | Financial Filings [B110] | 0.50 | $187.50 |
| FN | Financing [B230] | 1.70 | $1,657.50 |
| IC | Insurance Coverage | 5.20 | $4,810.00 |
| OP | Operations [B210] | 5.70 | $5,557.50 |
| PD | Plan & Disclosure Stmt. [B320] | 6.90 | $6,727.50 |
| RFS | Relief from Stay | 0.40 | $150.00 |
| RP | Retention of Prof. [B160] | 11.40 | $8,895.00 |
| RPO | Ret. of Prof./Other | 8.60 | $3,225.00 |
| | | 306.10 | $278,254.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 15.60 | $5,850.00 |
| FSH | Harrison, Felice  S. | Paralegal | 375.00 | 2.60 | $975.00 |
| HCK | Kevane, Henry C. | Partner | 975.00 | 6.30 | $6,142.50 |
| HDH | Hochman, Harry D. | Counsel | 850.00 | 9.30 | $7,905.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 91.00 | $84,175.00 |
| IDK | Kharasch, Ira D. | Partner | 1050.00 | 1.00 | $1,050.00 |
| JK | Kandel, Jeffrey | Counsel | 775.00 | 1.00 | $775.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 0.20 | $185.00 |
| JSP | Pomerantz, Jason S. | Counsel | 775.00 | 9.50 | $7,362.50 |
| JWD | Dulberg, Jeffrey W. | Partner | 795.00 | 0.60 | $477.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 145.00 | $141,375.00 |
| NLH | Hong, Nina L. | Partner | 750.00 | 0.90 | $675.00 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/18 Entered 09/16/18 15:57:15 Desc
Main Document Page 128 of 196

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    3

Invoice 119493

April 30, 2018

| | | | | | |
|-----|---------------------|-----------|---------|-------|-------------|
| PJJ | Jeffries, Patricia J. | Paralegal | 375.00 | 2.50 | $937.50 |
| RJG | Gruber, Richard J. | Counsel | 1025.00 | 10.70 | $10,967.50 |
| RMP | Pachulski, Richard M. | Partner | 1245.00 | 2.50 | $3,112.50 |
| VAN | Newmark, Victoria A. | Counsel | 850.00 | 7.40 | $6,290.00 |
| | | | | 306.10 | $278,254.50 |

## **Summary of Expenses**

| Description | Amount |
|-------------|--------|
| Federal Express [E108] | $192.96 |
| Filing Fee [E112] | $15.00 |
| Lexis/Nexis- Legal Research [E | $28.61 |
| Legal Vision Atty Mess Service | $720.99 |
| Pacer - Court Research | $316.50 |
| Postage [E108] | $747.24 |
| Reproduction Expense [E101] | $3,424.80 |
| Reproduction/ Scan Copy | $1,196.50 |
| | $6,642.60 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 16:57:15    Desc
Main Document    Page 261 of 433

Pachulski Stang Ziehl & Jones LLP                      Page:      4

Gottlieb, David (Penthouse)                            Invoice 119493

32277     00001                                        April 30, 2018

Pachulski Stang Ziehl & Jones LLP

Page: 5

Gottlieb, David (Penthouse)

Invoice 119493

32277     00001

April 30, 2018

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/16/2018 | NLH | Review and analyze documents. | 0.90 | 750.00 | $675.00 |
| | | | **0.90** | | **$675.00** |

### Asset Analysis/Recovery[B120]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | HCK | AA | Further review Kirkendoll MLA and Dream Media security interest and lien release and analyze proceeds question. | 1.40 | 975.00 | $1,365.00 |
| 04/02/2018 | HCK | AA | Brief research re MLA rejection. | 0.20 | 975.00 | $195.00 |
| 04/02/2018 | LFC | AA | Review lien perfection issues | 1.20 | 975.00 | $1,170.00 |
| 04/02/2018 | LFC | AA | Review e-mail correspondence regarding release of funds from credit card merchant | 0.20 | 975.00 | $195.00 |
| 04/02/2018 | LFC | AA | Review draft 2004 motion for Stuart Duncan | 0.30 | 975.00 | $292.50 |
| 04/02/2018 | LFC | AA | Review and analysis regarding revised settlement term sheet | 0.20 | 975.00 | $195.00 |
| 04/02/2018 | LFC | AA | Telephone conference with trustee regarding settlement and proposed plan | 0.40 | 975.00 | $390.00 |
| 04/03/2018 | HCK | AA | Analyze Kirkendoll MLA provisions re Excluded Trademarks. | 0.70 | 975.00 | $682.50 |
| 04/03/2018 | HCK | AA | Review additional Dream Media collateral perfection documents, control agreements. | 0.60 | 975.00 | $585.00 |
| 04/03/2018 | HCK | AA | Telephone call with L. Cantor re various Dream Media lien review issues. | 0.80 | 975.00 | $780.00 |
| 04/03/2018 | LFC | AA | Review perfection analysis documents and cases | 1.50 | 975.00 | $1,462.50 |
| 04/03/2018 | LFC | AA | Confer with Henry Kevane regarding perfection analysis documents and cases | 0.40 | 975.00 | $390.00 |
| 04/03/2018 | LFC | AA | Telephone conference with David Gottlieb regarding meeting with lender | 0.20 | 975.00 | $195.00 |
| 04/03/2018 | LFC | AA | Telephone conference with Beth Young regarding outstanding information concerning bank perfection analysis | 0.10 | 975.00 | $97.50 |
| 04/04/2018 | HCK | AA | Follow-up with L. Cantor re copyright liens and brief research re assignment of secured party. | 0.80 | 975.00 | $780.00 |
| 04/04/2018 | LFC | AA | Review issues, research perfection issues and finalize perfection analysis for meeting with Dream Works | 1.50 | 975.00 | $1,462.50 |
| 04/04/2018 | LFC | AA | Draft memorandum for Trustee outlining perfection issues and alternatives for meeting | 1.60 | 975.00 | $1,560.00 |
| 04/04/2018 | LFC | AA | Telephone conference with Trustee regarding claim perfection matters | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    6
Invoice 119493
April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2018 | LFC | AA | Draft summary of perfection issues | 0.30 | 975.00 | $292.50 |
| 04/04/2018 | LFC | AA | Confer with Beth Young regarding perfection analysis | 0.20 | 975.00 | $195.00 |
| 04/04/2018 | LFC | AA | Review full trademark assignment document (.2) and research assignment / perfection issues for IP (.9). | 1.10 | 975.00 | $1,072.50 |
| 04/06/2018 | LFC | AA | Further analysis regarding security interests | 0.70 | 975.00 | $682.50 |
| 04/09/2018 | LFC | AA | Telephone conference with IP counsel regarding international trademarks and domain name perfection issues | 0.20 | 975.00 | $195.00 |
| 04/10/2018 | LFC | AA | Confer with Jason Pomerantz regarding preference actions and case status | 0.20 | 975.00 | $195.00 |
| 04/11/2018 | LFC | AA | Review proposed contracts for licensing and e-mail memos regarding same | 0.30 | 975.00 | $292.50 |
| 04/11/2018 | LFC | AA | Review cases regarding assignment of IP rights | 0.40 | 975.00 | $390.00 |
| 04/11/2018 | LFC | AA | Confer with Iain Nasatir regarding 2004 examination (.2)  and review analysis of service of process and e-mail memos regarding same (.2). | 0.40 | 975.00 | $390.00 |
| 04/13/2018 | LFC | AA | Confer with Iain Nasatir regarding 2004 exam of Stuart Duncan | 0.10 | 975.00 | $97.50 |
| 04/13/2018 | JSP | AA | Confer with L. Cantor regarding avoidance actions | 0.30 | 775.00 | $232.50 |
| 04/18/2018 | JSP | AA | Continue analysis regarding potential avoidance actions | 2.60 | 775.00 | $2,015.00 |
| 04/23/2018 | LFC | AA | Analysis of claims against Kirkendoll and valuation matters | 1.50 | 975.00 | $1,462.50 |
| 04/23/2018 | LFC | AA | Confer with Walt Bowser regarding Kirkendoll license | 0.30 | 975.00 | $292.50 |
| 04/23/2018 | LFC | AA | Confer with Dream Media regarding Kirkendoll license matters | 0.30 | 975.00 | $292.50 |
| 04/23/2018 | LFC | AA | Telephone conference with trustee (.2) and Kirkendoll (.2) regarding Kirkendoll license transaction | 0.40 | 975.00 | $390.00 |
| 04/24/2018 | LFC | AA | Confer with Trustee's professionals and Kelly Holland regarding Kirkendoll license | 0.30 | 975.00 | $292.50 |
| 04/24/2018 | LFC | AA | Telephone conference with Trustee and Kirkendoll counsel regarding license value | 0.30 | 975.00 | $292.50 |
| 04/24/2018 | LFC | AA | Further rejection/avoidance analysis (.6) and conferences with Province regarding Kirkendoll club license matters (.4) | 1.00 | 975.00 | $975.00 |
| | | | | **23.40** | | **$22,235.00** |

Pachulski Stang Ziehl & Jones LLP          Page:    7
Gottlieb, David (Penthouse)          Invoice 119493
32277    00001          April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Avoidance Actions

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2018 | JSP | AC | Begin review of information concerning potential avoidance actions | 2.30 | 775.00 | $1,782.50 |
| 04/17/2018 | JSP | AC | Confer with L. Cantor regarding avoidance claim analysis | 0.80 | 775.00 | $620.00 |
| 04/20/2018 | JSP | AC | Continue review of documents pertaining to possible avoidance actions | 1.40 | 775.00 | $1,085.00 |
| 04/25/2018 | PJJ | AC | Create potential preference chart. | 2.00 | 375.00 | $750.00 |
| 04/26/2018 | PJJ | AC | Revise potential preference chart. | 0.50 | 375.00 | $187.50 |
| 04/26/2018 | JSP | AC | Work on preliminary preference analysis | 0.70 | 775.00 | $542.50 |
| | | | | **7.70** | | **$4,967.50** |

### Asset Disposition [B130]

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | VAN | AD | Draft sale motion | 1.70 | 850.00 | $1,445.00 |
| 04/03/2018 | LFC | AD | Review credit biding cases | 0.50 | 975.00 | $487.50 |
| 04/03/2018 | LFC | AD | E-mail correspondence with Kirkendoll counsel and Province and company regarding financial consultants due diligence review of records | 0.20 | 975.00 | $195.00 |
| 04/03/2018 | VAN | AD | Draft/revise sale motion | 1.90 | 850.00 | $1,615.00 |
| 04/04/2018 | VAN | AD | Draft/revise sale motion | 1.50 | 850.00 | $1,275.00 |
| 04/05/2018 | LFC | AD | Telephone conference with counsel for proposed purchaser regarding potential auction for the sale of assets | 0.60 | 975.00 | $585.00 |
| 04/06/2018 | LFC | AD | Review proposed sale terms and administrative claims | 0.80 | 975.00 | $780.00 |
| 04/06/2018 | RJG | AD | Start work with L Cantor on Draft APA for proposed credit bidder. | 1.30 | 1025.00 | $1,332.50 |
| 04/08/2018 | RJG | AD | Prepare draft Asset Purchase Agreement (credit bid). | 4.10 | 1025.00 | $4,202.50 |
| 04/09/2018 | LFC | AD | Review and respond to e-mail memos from potential purchaser's counsel regarding assets | 0.10 | 975.00 | $97.50 |
| 04/09/2018 | LFC | AD | Revise Confidentiality Agreement | 0.30 | 975.00 | $292.50 |
| 04/09/2018 | LFC | AD | Confer with Iain Nasatir regarding settlement sale and plan matters | 0.30 | 975.00 | $292.50 |
| 04/10/2018 | LFC | AD | Review draft motion to sell assets. | 0.30 | 975.00 | $292.50 |
| 04/15/2018 | LFC | AD | Review draft sale motion and related pleadings | 0.80 | 975.00 | $780.00 |
| 04/16/2018 | RMP | AD | Prepare for and participate in meeting with H. Rafatjoo, D. Gottlieb and L. Cantor and meeting with D. Gottlieb thereafter. | 1.60 | 1245.00 | $1,992.00 |
| 04/17/2018 | LFC | AD | Review and revise sale motion | 0.80 | 975.00 | $780.00 |

Pachulski Stang Ziehl & Jones LLP                                  Page:      8
Gottlieb, David (Penthouse)                                        Invoice 119493
32277    00001                                                     April 30, 2018

---

|            |     |    |                                                                                                                  | Hours | Rate    | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
| 04/17/2018 | LFC | AD | Review and revise sale motion                                                                                    | 0.80  | 975.00  | $780.00    |
| 04/18/2018 | LFC | AD | Draft notice of sale motion                                                                                      | 0.40  | 975.00  | $390.00    |
| 04/18/2018 | LFC | AD | Review and revise  draft of sale motion                                                                          | 2.80  | 975.00  | $2,730.00  |
| 04/18/2018 | LFC | AD | Further revisions to sale motion                                                                                 | 0.60  | 975.00  | $585.00    |
| 04/18/2018 | LFC | AD | Review and final revisions to sale motion                                                                        | 0.60  | 975.00  | $585.00    |
| 04/18/2018 | RJG | AD | Work on credit bid APA per final Term Sheet.                                                                     | 2.70  | 1025.00 | $2,767.50  |
| 04/19/2018 | IDK | AD | Meeting with potential buyer, Tim Driver, on his concerns on sale process (.8); Office conference with L. Cantor re same (.2). | 1.00  | 1050.00 | $1,050.00  |
| 04/20/2018 | LFC | AD | Telephone conference with Hamid Rafatjoo regarding investment banker for sale of assets                          | 0.20  | 975.00  | $195.00    |
| 04/20/2018 | RJG | AD | Finish draft of proposed APA and send to L Cantor.                                                               | 0.70  | 1025.00 | $717.50    |
| 04/21/2018 | LFC | AD | Review investment banker proposals and confer with potential additional entity to manage marketing and sale process | 0.40  | 975.00  | $390.00    |
| 04/21/2018 | LFC | AD | Telephone conference with Al Masse regarding marketing of Penthouse assets                                       | 0.50  | 975.00  | $487.50    |
| 04/21/2018 | JWD | AD | Emails re potential investment banks.                                                                            | 0.30  | 795.00  | $238.50    |
| 04/22/2018 | LFC | AD | Review draft APA                                                                                                 | 0.40  | 975.00  | $390.00    |
| 04/23/2018 | JWD | AD | Calls re potential sale representative (.2) and conf with L Cantor re same (.1)                                  | 0.30  | 795.00  | $238.50    |
| 04/24/2018 | LFC | AD | Telephone conference with Committee counsel regarding sale and pending matters                                   | 0.20  | 975.00  | $195.00    |
| 04/25/2018 | LFC | AD | Review potential alternative transaction for sale of assets proposed by committee and confer with its counsel    | 0.40  | 975.00  | $390.00    |
| 04/26/2018 | HDH | AD | Conference with Linda F. Cantor re settlement and sale                                                           | 0.30  | 850.00  | $255.00    |
| 04/26/2018 | HDH | AD | Conference with Linda F. Cantor re responses                                                                     | 0.30  | 850.00  | $255.00    |
| 04/26/2018 | HDH | AD | Review background pleadings and correspondence                                                                   | 1.80  | 850.00  | $1,530.00  |
| 04/26/2018 | HDH | AD | Conference with Linda F. Cantor re info needs                                                                    | 0.30  | 850.00  | $255.00    |
| 04/29/2018 | LFC | AD | Review and comment on asset purchase agreement                                                                   | 2.60  | 975.00  | $2,535.00  |
| 04/29/2018 | LFC | AD | Review and consider revised APA and RJG comments and questions                                                   | 0.60  | 975.00  | $585.00    |
| 04/30/2018 | HDH | AD | Conferences with Linda F. Cantor re reply to objections                                                          | 0.40  | 850.00  | $340.00    |
| 04/30/2018 | HDH | AD | Review background documents re objections and conflicting info                                                   | 2.00  | 850.00  | $1,700.00  |
| 04/30/2018 | HDH | AD | Begin drafting reply brief                                                                                       | 2.80  | 850.00  | $2,380.00  |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    9

Invoice 119493

April 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/30/2018 | LFC | AD | Work on further revisions to Asset Purchase Agreement | 0.70 | 975.00 | $682.50 |
| 04/30/2018 | LFC | AD | Review due diligence materials for Virtual Data Room | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | LFC | AD | Confer with prospective purchasers and Broadway Advisors regarding access to Penthouse assets data | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | VAN | AD | Analysis regarding contract assumption and assignment process in connection with sale of assets | 1.00 | 850.00 | $850.00 |
|  |  |  |  | 42.50 |  | $40,526.50 |

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/02/2018 | IAWN | BL | Revise 2004 motion and send to Linda F Cantor | 0.90 | 925.00 | $832.50 |
| 04/02/2018 | LFC | BL | Review case law on retroactive relief for employment, compensation, case conversion | 0.80 | 975.00 | $780.00 |
| 04/02/2018 | LFC | BL | Review chapter 11 case conversion precedent | 0.40 | 975.00 | $390.00 |
| 04/03/2018 | IAWN | BL | Review 2004 motion and options re subpoena; Deposition 30b6 and letters rogatory and research same; research Duncan (youtube) and white paper; and Penthouse transcripts of Kelly Holland testimony | 3.60 | 925.00 | $3,330.00 |
| 04/03/2018 | LFC | BL | Conferences with Iain Nasatir regarding Vice Coin contract discovery matters | 0.50 | 975.00 | $487.50 |
| 04/04/2018 | VAN | BL | Draft/revise portion of motion to convert | 1.30 | 850.00 | $1,105.00 |
| 04/05/2018 | LFC | BL | Confer with David Roberts regarding potential settlement with Lender | 0.50 | 975.00 | $487.50 |
| 04/05/2018 | LFC | BL | Review, revise and finalize motion to convert case nunc pro tunc to chapter 7 | 2.50 | 975.00 | $2,437.50 |
| 04/06/2018 | IAWN | BL | Review motion to convert and provide comments re same (.4); review 2004 and provide cover email to Beth Young (.2); send email re letters rogatory information (.1) | 0.90 | 925.00 | $832.50 |
| 04/06/2018 | LFC | BL | Review and revise motion to convert case to chapter 7 | 0.50 | 975.00 | $487.50 |
| 04/06/2018 | LFC | BL | Telephone conference with Trustee and David Roberts regarding projections and motion to convert case | 1.00 | 975.00 | $975.00 |
| 04/09/2018 | IAWN | BL | Research 2004 and 9016 scope (2.2), draft 2004 (1.1), telephone conference with Peter Rubin in Vancouver re letters rogatory (.4), exchange telephone conferences and office conferences with Linda F Cantor re 2004 and David K Gottlieb experience in Marciano (.6) | 4.30 | 925.00 | $3,977.50 |
| 04/09/2018 | LFC | BL | Telephone conference with counsel for committee | 0.60 | 975.00 | $585.00 |

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/22    Entered 04/16/22 16:57:15    Desc
Main Document    Page 135 of 196

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

Pachulski Stang Ziehl & Jones LLP    Page:   10
Gottlieb, David (Penthouse)    Invoice 119493
32277    00001    April 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and Kirkendoll Mgmt Group regarding chapter 7 conversion and plan proposal | | | |
| 04/09/2018 | LFC | BL | Review draft settlement agreement | 0.30 | 975.00 | $292.50 |
| 04/09/2018 | LFC | BL | Revise motion to convert case | 0.80 | 975.00 | $780.00 |
| 04/10/2018 | IAWN | BL | Exchanged emails with Beth Young re 2004, revised 2004 per comments (.9); reviewed Walter Bowser declaration, motion to convert, and provide comments to Linda F Cantor re same (1.3) | 2.20 | 925.00 | $2,035.00 |
| 04/10/2018 | LFC | BL | Review and revise motion to convert case | 2.50 | 975.00 | $2,437.50 |
| 04/10/2018 | LFC | BL | Confer with Iain Nasatir regarding proposed settlement with lender | 0.30 | 975.00 | $292.50 |
| 04/10/2018 | LFC | BL | Confer with Iain Nasatir regarding 2004 examination of Stuart Duncan | 0.30 | 975.00 | $292.50 |
| 04/10/2018 | LFC | BL | Review and analysis regarding draft settlement agreement with Dream Media | 0.60 | 975.00 | $585.00 |
| 04/11/2018 | IAWN | BL | Further research re subpoena scope, distances to cities in Canada and US and draft email to client re same | 2.20 | 925.00 | $2,035.00 |
| 04/11/2018 | LFC | BL | Confer with Iain Nasatir regarding evidence in support of motion to convert and 9019 motion | 0.20 | 975.00 | $195.00 |
| 04/11/2018 | LFC | BL | Review and revise motion to convert cases and draft declarations | 1.70 | 975.00 | $1,657.50 |
| 04/11/2018 | LFC | BL | Telephone conference with Beth Young regarding conversion matters | 0.10 | 975.00 | $97.50 |
| 04/11/2018 | LFC | BL | Telephone conference with D Gottlieb and Province regarding motion to convert and projections | 0.30 | 975.00 | $292.50 |
| 04/11/2018 | LFC | BL | Review and draft comments to proposed settlement agreement | 0.70 | 975.00 | $682.50 |
| 04/11/2018 | LFC | BL | Review projections and Bowser testimony and revise motion to convert case | 1.50 | 975.00 | $1,462.50 |
| 04/12/2018 | IAWN | BL | Review emails re motion to convert, projections and 2004 | 0.40 | 925.00 | $370.00 |
| 04/12/2018 | JKH | BL | Office conference with Linda F. Cantor regarding bank settlement agreement, issues, provisions. | 0.20 | 925.00 | $185.00 |
| 04/12/2018 | LFC | BL | Review and revise motion to convert cases and declarations in support thereof | 0.80 | 975.00 | $780.00 |
| 04/12/2018 | LFC | BL | Telephone conference with Walt Bowser re: motion to convert cases  Further revise and finalize motion to convert cases | 0.80 | 975.00 | $780.00 |
| 04/12/2018 | LFC | BL | Work on further revisions to motion to convert case | 1.50 | 975.00 | $1,462.50 |
| 04/12/2018 | LFC | BL | Review and mark-up proposed settlement agreement with Dream Media and conferences with Trustee regarding outstanding provisions | 1.40 | 975.00 | $1,365.00 |

Pachulski Stang Ziehl & Jones LLP                              Page:    11
Gottlieb, David (Penthouse)                                   Invoice 119493
32277    00001                                                April 30, 2018

|            |       |    |                                                                                              | Hours | Rate | Amount |
|------------|-------|----|--------------------------------------------------------------------------------------------------------|-------|------|--------|
| 04/12/2018 | LFC   | BL | Telephone conference with Dream Media counsel regarding settlement provisions                          | 0.30  | 975.00 | $292.50 |
| 04/12/2018 | LFC   | BL | Prepare Application for order shortening time, supporting declaration and order thereon                | 0.80  | 975.00 | $780.00 |
| 04/12/2018 | LFC   | BL | Review and revise application                                                                          | 0.30  | 975.00 | $292.50 |
| 04/12/2018 | LFC   | BL | Confer with case constituents and court regarding hearing on motion to convert cases.                 | 0.30  | 975.00 | $292.50 |
| 04/12/2018 | LFC   | BL | Telephone conference with debtors' counsel regarding motion to convert case and hearing dates.        | 0.20  | 975.00 | $195.00 |
| 04/13/2018 | IAWN  | BL | Exchange emails with Joseph Bain re discovery (.1); review emails re motion to convert and settlement from Linda F Cantor (.7) | 0.80 | 925.00 | $740.00 |
| 04/13/2018 | LFC   | BL | Meetings with DAZ (.4) and RMP (.2) and conferences with David Gottlieb (.5) regarding litigation concerning motion to convert case | 1.10 | 975.00 | $1,072.50 |
| 04/13/2018 | LFC   | BL | Confer with OUST attorney regarding pending matters                                                   | 0.20  | 975.00 | $195.00 |
| 04/13/2018 | LFC   | BL | Telephone conference with David Gottlieb regarding operating results and motion to convert cases.     | 0.30  | 975.00 | $292.50 |
| 04/13/2018 | RMP   | BL | Review e-mails and conference and telephone conferences with L. Cantor and H. Rafatjoo re conversion motion. | 0.90 | 1245.00 | $1,120.50 |
| 04/15/2018 | LFC   | BL | Review revised settlement proposal and issues                                                         | 0.20  | 975.00 | $195.00 |
| 04/16/2018 | IAWN  | BL | Worked on 9019 Motion (3.8), exchanged emails and office conferences with Linda F Cantor re same (.3), reviewed ex parte discovery order and discussed same with Linda F Cantor (.6) | 4.70 | 925.00 | $4,347.50 |
| 04/16/2018 | LFC   | BL | Confer with RMP regarding case status and meeting with Committee counsel                             | 0.30  | 975.00 | $292.50 |
| 04/16/2018 | LFC   | BL | Confer with Iain Nasatir regarding settlement motion                                                  | 0.30  | 975.00 | $292.50 |
| 04/16/2018 | LFC   | BL | Review objections to application for order shortening time                                            | 0.20  | 975.00 | $195.00 |
| 04/16/2018 | LFC   | BL | Meeting with David Gottlieb, Hamid Rafajoo and Richard Pachulski regarding conversion to chapter 7   | 1.50  | 975.00 | $1,462.50 |
| 04/16/2018 | LFC   | BL | Meeting with David Gottlieb regarding pending matters                                                 | 0.70  | 975.00 | $682.50 |
| 04/17/2018 | IAWN  | BL | Review emails re timing of hearing re motion (3); review settlement changes and questions in emails between Linda F Cantor, David K Gottlieb, Dream Media attorneys (.7) review and revise 9019 motion re same (.8), exchange emails with Linda F Cantor re motion and timing (.2) | 2.00 | 925.00 | $1,850.00 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/22 Entered 09/16/22 15:57:15 Desc
Main Document Page 137 of 436

Pachulski Stang Ziehl & Jones LLP

Page: 12

Gottlieb, David (Penthouse)

Invoice 119493

32277    00001

April 30, 2018

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 04/17/2018 | IAWN | BL | Draft request for clarifications to order re discovery for Linda F Cantor | 0.70 | 925.00 | $647.50 |
| 04/17/2018 | LFC | BL | Draft, review and revise settlement motion | 2.50 | 975.00 | $2,437.50 |
| 04/17/2018 | LFC | BL | Review and analysis of provisions (.3) provide further comments to settlement agreement including conferences with David Gottlieb regarding same | 1.20 | 975.00 | $1,170.00 |
| 04/17/2018 | LFC | BL | Draft, review and revise settlement motion | 2.50 | 975.00 | $2,437.50 |
| 04/17/2018 | LFC | BL | Review and analysis of provisions (.3) provide further comments to settlement agreement including conferences with David Gottlieb regarding same | 1.20 | 975.00 | $1,170.00 |
| 04/17/2018 | LFC | BL | Telephone conference with Committee Counsel regarding motion to convert case | 0.20 | 975.00 | $195.00 |
| 04/17/2018 | LFC | BL | Telephone conference with Committee Counsel regarding motion to convert case | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | IAWN | BL | Review Beth Young comments re 9019 motion, and revise (.9), exchange emails with Linda F Cantor re Beth Young comments (.4), exchange emails with Beth Young and David K Gottlieb re same (.2), finalize 9019 motion for filing (3.3) | 4.80 | 925.00 | $4,440.00 |
| 04/18/2018 | LFC | BL | Confer with Iain Nasatir and Trustee regarding 9019 motion | 0.30 | 975.00 | $292.50 |
| 04/18/2018 | LFC | BL | Telephone conference with Iain Nasatir and Beth Young regarding 9019 Motion provisions | 0.30 | 975.00 | $292.50 |
| 04/18/2018 | LFC | BL | Review comments to sale and settlement motion from Dream Media and further revise documents | 1.40 | 975.00 | $1,365.00 |
| 04/18/2018 | LFC | BL | Final review and revisions to 9019 motion | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | LFC | BL | Draft application for order shortening time, supporting declaration and form of order | 0.80 | 975.00 | $780.00 |
| 04/18/2018 | LFC | BL | Confer with Beth Young regarding 9019 motion issues | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | LFC | BL | Review and final revisions to 9019 motion | 0.50 | 975.00 | $487.50 |
| 04/18/2018 | LFC | BL | Draft order vacating order setting hearing and evidentiary matters | 0.30 | 975.00 | $292.50 |
| 04/18/2018 | LFC | BL | Telephone conference with UST regarding filing of sale and settlement motions and withdrawal of motion to convert case | 0.40 | 975.00 | $390.00 |
| 04/19/2018 | IAWN | BL | Exchange emails with Janice G Washington re working weekend | 0.20 | 925.00 | $185.00 |
| 04/19/2018 | IAWN | BL | Exchange emails with Joseph Bain and Linda F Cantor re discovery timing | 0.20 | 925.00 | $185.00 |
| 04/20/2018 | IAWN | BL | Exchange emails with David K Gottlieb re preparing documents (.1), analyze testimony areas (1.3), exchange emails with Marsh re refund, (.1), review | 5.30 | 925.00 | $4,902.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    13

Invoice 119493

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | discovery requests and analyze areas of production, methods of production (1.5), telephone conferences with IT and Janice G Washington re same (.5), exchange emails and telephone calls with IT re .pst pulls, name pulls,(.8) analyze methodology and effectuate through IT (1.5) | | | |
| 04/20/2018 | LFC | BL | Confer with Iain Nasatir regarding Kirkendoll notices of discovery requests | 0.50 | 975.00 | $487.50 |
| 04/20/2018 | LFC | BL | Review deposition notices and discovery requests and prepare list of parties for e-mail document search | 1.50 | 975.00 | $1,462.50 |
| 04/20/2018 | LFC | BL | Telephone conference with Mark Winthrop regarding status of discovery and case matters | 0.20 | 975.00 | $195.00 |
| 04/20/2018 | LFC | BL | Telephone conference with David Gottlieb regarding pending contested matters | 0.40 | 975.00 | $390.00 |
| 04/21/2018 | IAWN | BL | Coordinate document searches with IT and Janice G Washington | 4.50 | 925.00 | $4,162.50 |
| 04/21/2018 | LFC | BL | Conference call with David Gottlieb and Iain Nasatir regarding notices of depositions and document requests | 1.20 | 975.00 | $1,170.00 |
| 04/21/2018 | LFC | BL | Follow-up call with Iain Nasatir regarding document requests | 0.30 | 975.00 | $292.50 |
| 04/21/2018 | LFC | BL | Review e-mails and document requests and prepare outline of responsive documents | 1.60 | 975.00 | $1,560.00 |
| 04/21/2018 | LFC | BL | Work on searches for discovery responses | 0.60 | 975.00 | $585.00 |
| 04/22/2018 | IAWN | BL | Coordinated discovery with Province & trustee, telephone conferences with Province re same, researched DM rule 408 position, exchange analysis with Linda F Cantor | 6.50 | 925.00 | $6,012.50 |
| 04/22/2018 | LFC | BL | Follow-up call with Iain Nasatir regarding discovery process | 0.20 | 975.00 | $195.00 |
| 04/22/2018 | LFC | BL | Follow-up call with Iain Nasatir regarding Dream Media objection and privilege matters | 0.20 | 975.00 | $195.00 |
| 04/22/2018 | LFC | BL | Telephone conference with Iain Nasatir regarding Kirkendoll discovery | 0.20 | 975.00 | $195.00 |
| 04/22/2018 | LFC | BL | Telephone conference with Beth Young regarding Kirkendoll discovery | 0.30 | 975.00 | $292.50 |
| 04/22/2018 | LFC | BL | Conference call with Iain Nasatir and Province regarding Kirkendoll discovery process | 0.70 | 975.00 | $682.50 |
| 04/22/2018 | LFC | BL | Telephone conference with Beth Young and Iain Nasatir regarding discovery and lender objections to requests for production | 0.40 | 975.00 | $390.00 |
| 04/22/2018 | LFC | BL | Analyze issues and draft discovery requests | 0.70 | 975.00 | $682.50 |
| 04/22/2018 | LFC | BL | Research privilege issues | 1.30 | 975.00 | $1,267.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    14
Gottlieb, David (Penthouse)                                         Invoice 119493
32277    00001                                                     April 30, 2018

---

|            |      |    |                                                                                                                              | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 04/22/2018 | LFC  | BL | Research privilege issues                                                                                                    | 1.30  | 975.00 | $1,267.50  |
| 04/23/2018 | IAWN | BL | Continued work on production document review, research re privilege, joint privilege, settlement privilege, meet and confer etc., worked on objections and responses for Province and trustee | 6.50  | 925.00 | $6,012.50  |
| 04/23/2018 | LFC  | BL | Work on document production matters in response to Kirkendoll expedited discovery requests                                    | 2.50  | 975.00 | $2,437.50  |
| 04/23/2018 | LFC  | BL | Review Dream Media response to discovery (.2) and Kirkendoll reply (.1)                                                       | 0.30  | 975.00 | $292.50    |
| 04/23/2018 | LFC  | BL | Telephone conferences with Dream Media counsel regarding discovery and disputed privilege issues                             | 0.50  | 975.00 | $487.50    |
| 04/23/2018 | LFC  | BL | Follow-up calls with lender's counsel regarding discovery dispute and Kirkendoll matters                                     | 0.70  | 975.00 | $682.50    |
| 04/24/2018 | IAWN | BL | Document review and discovery response work                                                                                  | 6.00  | 925.00 | $5,550.00  |
| 04/24/2018 | LFC  | BL | Work on document requests responses                                                                                          | 3.50  | 975.00 | $3,412.50  |
| 04/25/2018 | IAWN | BL | Continue preparation re document production and responses, exchange communications with Province and trustee re same          | 4.50  | 925.00 | $4,162.50  |
| 04/25/2018 | LFC  | BL | Telephone conference with Kirkendoll and Trustee                                                                             | 0.30  | 975.00 | $292.50    |
| 04/25/2018 | LFC  | BL | Work on Kirkendoll document production matters                                                                               | 2.50  | 975.00 | $2,437.50  |
| 04/25/2018 | LFC  | BL | Review and consider objection to sale and settlement motions by debtors                                                       | 0.40  | 975.00 | $390.00    |
| 04/25/2018 | LFC  | BL | Confer with Dream Media counsel regarding issues raised in debtors' objection to sale and settlement                          | 0.30  | 975.00 | $292.50    |
| 04/25/2018 | LFC  | BL | Calls with Trustee regarding Kirkendoll litigation matters                                                                    | 0.40  | 975.00 | $390.00    |
| 04/26/2018 | HDH  | BL | Conference with Iain A. W. Nasatir re objections/discovery                                                                   | 0.20  | 850.00 | $170.00    |
| 04/26/2018 | HDH  | BL | Review discovery                                                                                                             | 0.20  | 850.00 | $170.00    |
| 04/26/2018 | IAWN | BL | Oversaw production and responses sent, prepared discovery of John D. Kirkendoll                                              | 8.50  | 925.00 | $7,862.50  |
| 04/26/2018 | LFC  | BL | Review documents and address document production matters                                                                      | 1.60  | 975.00 | $1,560.00  |
| 04/26/2018 | LFC  | BL | Review and provide comments on response to document request                                                                   | 0.30  | 975.00 | $292.50    |
| 04/26/2018 | LFC  | BL | Review and comments regarding Kirkendoll NDA                                                                                 | 0.30  | 975.00 | $292.50    |
| 04/26/2018 | LFC  | BL | Review Kirkendoll objection and confer with Harry Hochman regarding drafting reply                                           | 0.80  | 975.00 | $780.00    |
| 04/26/2018 | LFC  | BL | Outline issues for settlement litigation and objection responses                                                             | 0.70  | 975.00 | $682.50    |
| 04/27/2018 | HDH  | BL | Review correspondence and pleadings re objections                                                                            | 0.40  | 850.00 | $340.00    |

Pachulski Stang Ziehl & Jones LLP

Page:    15

Gottlieb, David (Penthouse)

Invoice 119493

32277    00001

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2018 | IAWN | BL | Continued work on trustee's discovery (1.2), prepared for deposition preparation of Walter Bowser and David K. Gottlieb (3.2) | 4.40 | 925.00 | $4,070.00 |
| 04/28/2018 | HDH | BL | Review correspondence re objection analysis and information requests | 0.30 | 850.00 | $255.00 |
| 04/28/2018 | IAWN | BL | Exchange emails with trustee re deposition preparation, Walter Bowser re same | 0.20 | 925.00 | $185.00 |
| 04/28/2018 | LFC | BL | Review and analysis regarding Kirkendoll objection, including review of case records and schedules and applicable legal authorities | 2.50 | 975.00 | $2,437.50 |
| 04/29/2018 | HDH | BL | Review correspondence and discovery re settlement and sale objections | 0.30 | 850.00 | $255.00 |
| 04/29/2018 | IAWN | BL | Review 408 cases and Joseph Bain emails re same | 0.80 | 925.00 | $740.00 |
| 04/29/2018 | IAWN | BL | Document doc pull for preparation, review same and preparation | 3.80 | 925.00 | $3,515.00 |
| 04/29/2018 | IAWN | BL | Exchange emails re requests for admission with Harry Hochman and Linda F Cantor | 0.30 | 925.00 | $277.50 |
| 04/29/2018 | LFC | BL | Review correspondence regarding privileged documents | 0.20 | 975.00 | $195.00 |
| 04/29/2018 | LFC | BL | Review drafts and email records and comment on drafts discovery requests to Kirkendoll | 0.60 | 975.00 | $585.00 |
| 04/29/2018 | RJG | BL | Prepare revised template APA per L Cantor's request. | 1.90 | 1025.00 | $1,947.50 |
| 04/30/2018 | IAWN | BL | Prepare trustee and Walter Bowser for depositions | 6.00 | 925.00 | $5,550.00 |
| 04/30/2018 | LFC | BL | Further confer with Harry D Hochman regarding reply to objection to sale and settlement motions (.1) (.2)  (.1) | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | LFC | BL | Confer with HDH regarding reply to objection to sale and settlement motions | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | LFC | BL | Confer with Iain Nasatir regarding depositions and discovery requests | 0.40 | 975.00 | $390.00 |
| 04/30/2018 | LFC | BL | Review records and e-mail memoranda for response to objections to sale and settlement motion including conferences with HDH regarding same | 1.10 | 975.00 | $1,072.50 |
| 04/30/2018 | LFC | BL | Mtg. with Walter Bowser regarding operations and cash flow of the debtors | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | LFC | BL | Confer with Lender's counsel regarding settlement matters | 0.30 | 975.00 | $292.50 |
| 04/30/2018 | LFC | BL | Mtg. with David Gottlieb regarding Kirkendoll depositions and contested matters | 0.40 | 975.00 | $390.00 |
| 04/30/2018 | LFC | BL | Research issues raised in objection to settlement and sale motion | 1.60 | 975.00 | $1,560.00 |
| | | | | **165.10** | | **$156,703.00** |

Pachulski Stang Ziehl & Jones LLP

Page: 16

Gottlieb, David (Penthouse)

Invoice 119493

32277    00001

April 30, 2018

## Case Administration [B110]

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 04/03/2018 | LFC | CA | Review exhibits and updated creditor lists for each debtor case | 1.00 | 975.00 | $975.00 |
| 04/08/2018 | JSP | CA | Meet with D. Gottlieb regarding case status, including conversion, preferences, claims and other issues | 1.40 | 775.00 | $1,085.00 |
| 04/09/2018 | BDD | CA | Email L. Cantor re motion to convert case | 0.10 | 375.00 | $37.50 |
| 04/09/2018 | BDD | CA | Email L. Cantor re updated creditor lists | 0.10 | 375.00 | $37.50 |
| 04/10/2018 | BDD | CA | Review docket and prepare critical dates memorandum; email L. Cantor re same | 1.10 | 375.00 | $412.50 |
| 04/11/2018 | BDD | CA | Confer with L. Cantor re updated schedules to be filed (Broadcasting) | 0.10 | 375.00 | $37.50 |
| 04/17/2018 | LFC | CA | Draft Status Report | 1.00 | 975.00 | $975.00 |
| 04/17/2018 | LFC | CA | Review, revise and finalize status report and declaration | 0.30 | 975.00 | $292.50 |
| 04/17/2018 | LFC | CA | Draft Status Report | 1.00 | 975.00 | $975.00 |
| 04/17/2018 | LFC | CA | Review, revise and finalize status report and declaration | 0.30 | 975.00 | $292.50 |
| 04/17/2018 | BDD | CA | Review docket and update critical dates memorandum re same; email/conference with L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 04/17/2018 | BDD | CA | Email J. Washington re calendaring matters | 0.10 | 375.00 | $37.50 |
| 04/18/2018 | BDD | CA | Email L. Cantor re Motion for Order Limiting Notice | 0.10 | 375.00 | $37.50 |
| 04/19/2018 | BDD | CA | Update critical dates memo; attend to misc. calendaring matters with M. DesJardien | 0.30 | 375.00 | $112.50 |
| 04/19/2018 | BDD | CA | Preparation of Notice/Motion for Order Limiting Scope of Notice; Dec of L. Cantor and Order re same; email L. Cantor re same | 2.20 | 375.00 | $825.00 |
| | | | | 9.60 | | $6,320.00 |

## Claims Admin/Objections[B310]

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 04/02/2018 | HCK | CO | Further review Dream Media loan amendments re collateral release. | 0.70 | 975.00 | $682.50 |
| 04/03/2018 | HCK | CO | Briefly review loan usury files and review Dream Media documents. | 0.50 | 975.00 | $487.50 |
| 04/03/2018 | LFC | CO | Further analysis regarding claims and term sheet proposal | 0.60 | 975.00 | $585.00 |
| 04/04/2018 | HCK | CO | Memos to / from L. Cantor re usury analysis and other Dream Media issues. | 0.60 | 975.00 | $585.00 |
| 04/04/2018 | LFC | CO | Travel and attend meeting with Trustee and lender | 3.50 | 975.00 | $3,412.50 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 15:57:15    Desc
Main Document    Page 142 of 196

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    17

Invoice 119493

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and counsel regarding claim treatment in bankruptcy case | | | |
| 04/06/2018 | LFC | CO | Review fees and administrative claims | 0.40 | 975.00 | $390.00 |
| 04/06/2018 | LFC | CO | Review prior settlement offers and estate compensation matters | 0.50 | 975.00 | $487.50 |
| 04/09/2018 | LFC | CO | Address claim matters with Beth Dassa | 0.20 | 975.00 | $195.00 |
| 04/09/2018 | BDD | CO | Email L. Cantor re creditor Adult Talent Managers | 0.10 | 375.00 | $37.50 |
| 04/09/2018 | BDD | CO | Review schedules/creditor matrix re Adult Talent Managers; email L. Cantor re same | 0.10 | 375.00 | $37.50 |
| 04/09/2018 | BDD | CO | Email L. Cantor re Adult Talent Managers contact info | 0.10 | 375.00 | $37.50 |
| 04/09/2018 | BDD | CO | Email L. Cantor re additions to letter re 362 violation of automatic stay | 0.10 | 375.00 | $37.50 |
| 04/10/2018 | LFC | CO | Analysis regarding M-7 claim resolution | 0.20 | 975.00 | $195.00 |
| 04/10/2018 | LFC | CO | Review litigation indemnification matters | 0.30 | 975.00 | $292.50 |
| 04/11/2018 | IAWN | CO | Review revised Walter Bowser declaration and exhibits and comment re same to Linda F Cantor | 0.60 | 925.00 | $555.00 |
| 04/11/2018 | LFC | CO | Penthouse  Review and respond to creditor inquiries | 0.30 | 975.00 | $292.50 |
| 04/11/2018 | LFC | CO | Confer with Jeff Kandel regarding M-7 agreement (.1) and review analysis of adequate protection terms | 0.20 | 975.00 | $195.00 |
| 04/13/2018 | LFC | CO | Telephone call with Trustee re: proposed settlement with Dream Media | 0.50 | 975.00 | $487.50 |
| 04/15/2018 | LFC | CO | Analysis and draft outline of contested case issues | 0.50 | 975.00 | $487.50 |
| 04/16/2018 | LFC | CO | Review M-7 agreement provisions and conflicting terms | 0.50 | 975.00 | $487.50 |
| 04/18/2018 | LFC | CO | Prepare notice of 9019 motion | 0.30 | 975.00 | $292.50 |
| 04/20/2018 | LFC | CO | Prepare correspondence to RD Productions regarding violation of automatic stay | 0.30 | 975.00 | $292.50 |
| 04/23/2018 | LFC | CO | Review Debtors' application to approve administrative claims for Catherine Brandt and Ken Whitworth | 0.20 | 975.00 | $195.00 |
| 04/27/2018 | LFC | CO | Telephone conference with committee counsel regarding objection to settlement motion | 0.10 | 975.00 | $97.50 |
| 04/27/2018 | LFC | CO | Review and address creditor claims | 0.30 | 975.00 | $292.50 |
| | | | | **11.70** | | **$11,137.50** |

## Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/06/2018 | LFC | EC | Review rent payment analysis | 0.20 | 975.00 | $195.00 |
| 04/10/2018 | LFC | EC | Review Omni Trademark Agreement with Alpha Cygni, litigation claims and related matters for call | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     18

Invoice 119493

April 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | with Alpha Cygna counsel |  |  |  |
| 04/10/2018 | LFC | EC | Confer with landlord counsel regarding mitigation of claims | 0.20 | 975.00 | $195.00 |
| 04/11/2018 | LFC | EC | Analysis regarding rights under Omni Trademark agreement and prior transfers  and litigation .4  AA TC with counsel Alpha Cygni, Inc. regarding Omni Trademark Agreement \ | 0.80 | 975.00 | $780.00 |
| 04/12/2018 | LFC | EC | Draft assignment of contract language | 0.20 | 975.00 | $195.00 |
| 04/16/2018 | LFC | EC | E-mail memos with counsel for landlord | 0.10 | 975.00 | $97.50 |
| 04/24/2018 | JK | EC | Preparation of motion to extend time to assume office lease. | 0.30 | 775.00 | $232.50 |
| 04/25/2018 | LFC | EC | Review licensee motion to compel assumption/rejection and request for adequate assurance | 0.20 | 975.00 | $195.00 |
| 04/25/2018 | JK | EC | Review correspondence from W. Bowser regarding proposed agreement with M7; Email exchange Linda F. Cantor regarding same. | 0.10 | 775.00 | $77.50 |
| 04/27/2018 | LFC | EC | Confer with Caroline Mankey regarding OMNI license matters | 0.20 | 975.00 | $195.00 |
| 04/30/2018 | LFC | EC | Review M-7 invoices and draft pleadings (.3) and meetings with Jeff Kandel regarding set-offs and preference matters  (.3) | 0.70 | 975.00 | $682.50 |
| 04/30/2018 | LFC | EC | Outline issues for addressing executory contacts and assumption / rejection protocol  (.4) and follow-up with Victoria Newmark regarding same  (.2) | 0.60 | 975.00 | $585.00 |
| 04/30/2018 | JK | EC | Conference with Linda F. Cantor regarding analysis of offsetting post-petition obligations to and from M7 (0.40); Analyze same (0.20). | 0.60 | 775.00 | $465.00 |
|  |  |  |  | **4.80** |  | **$4,480.00** |

### Financial Filings [B110]

| 04/17/2018 | BDD | FF | Review schedules for all debtor re inclusion of Waste Management on master service list; email L. Cantor re same | 0.40 | 375.00 | $150.00 |
|---|---|---|---|---|---|---|
| 04/23/2018 | BDD | FF | Review schedules re creditor F.T.S. Corporation; email L. Cantor re same | 0.10 | 375.00 | $37.50 |
|  |  |  |  | **0.50** |  | **$187.50** |

### Financing [B230]

| 04/17/2018 | LFC | FN | Draft revised cash collateral stipulated order | 0.20 | 975.00 | $195.00 |
|---|---|---|---|---|---|---|
| 04/17/2018 | LFC | FN | Draft revised cash collateral stipulated order | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | LFC | FN | Review and provide comments on Dream Media's | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    19

Invoice 119493

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | proposed stipulated order on cash collateral | | | |
| 04/18/2018 | LFC | FN | Review revise form of cash collateral stipulated order and budget | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | LFC | FN | Draft notice of proposed cash collateral order | 0.10 | 975.00 | $97.50 |
| 04/23/2018 | LFC | FN | Review budget and draft revised cash collateral stipulated order | 0.20 | 975.00 | $195.00 |
| 04/24/2018 | LFC | FN | Revise cash collateral stipulated order and draft notice of filing same | 0.30 | 975.00 | $292.50 |
| 04/25/2018 | LFC | FN | Finalize cash collateral notice and order for lodging and filing | 0.20 | 975.00 | $195.00 |
| | | | | **1.70** | | **$1,657.50** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | IAWN | IC | Exchange emails and telephone calls with broker and Linda F Cantor re status of insurance | 0.20 | 925.00 | $185.00 |
| 04/04/2018 | IAWN | IC | Exchange emails with Trustee, broker and Linda F Cantor re status of insurance, due date of premiums before cancellation, relationship of Chubb to Lloyds re payment of premiums | 0.80 | 925.00 | $740.00 |
| 04/04/2018 | IAWN | IC | Office conference and telephone call with Linda F Cantor and Trustee re options on insurance; exchange emails with broker re same | 0.40 | 925.00 | $370.00 |
| 04/04/2018 | IAWN | IC | Exchange emails, telephone calls and office conferences with Trustee, broker and Linda F Cantor re paying by wire and Premum Finance Agreement execution, eliminating Lloyds policy etc. | 1.20 | 925.00 | $1,110.00 |
| 04/04/2018 | IAWN | IC | Review Lloyds response and notice of cancellation | 0.20 | 925.00 | $185.00 |
| 04/05/2018 | IAWN | IC | Exchange emails with broker re wire payment and Premium Finance Agreement execution | 0.20 | 925.00 | $185.00 |
| 04/05/2018 | IAWN | IC | Exchange emails with Linda F Cantor re conversion motion and insurance insert, revise and redraft parts of insurance insert and return | 1.00 | 925.00 | $925.00 |
| 04/05/2018 | IAWN | IC | Exchange emails with Trustee, cantor and broker re arrangement for wire, Premium Finance Agreement execution and continued coverage of insurance | 0.40 | 925.00 | $370.00 |
| 04/06/2018 | IAWN | IC | Exchange emails and telephone calls with Trustee re premium amount due, Premium Finance Agreement execution and wire instructions | 0.20 | 925.00 | $185.00 |
| 04/09/2018 | IAWN | IC | Exchange emails with David K Gottlieb, Marsh and Linda F Cantor re notice of cancellation re insurance | 0.30 | 925.00 | $277.50 |
| 04/16/2018 | IAWN | IC | Exchanged emails with Catherine Brandt and David K Gottlieb re insurance | 0.10 | 925.00 | $92.50 |
| 04/28/2018 | IAWN | IC | Exchange emails with Marsh re cancellation | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    20

Invoice 119493

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/30/2018 | IAWN | IC | Exchange emails with Catherine Brandt and trustee re insurance | 0.10 | 925.00 | $92.50 |
| | | | | 5.20 | | $4,810.00 |

## Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/06/2018 | LFC | OP | Review projections and confer with David Roberts regarding same | 0.40 | 975.00 | $390.00 |
| 04/06/2018 | LFC | OP | Telephone conference with David Roberts regarding operations by and among entities and licensing matters | 0.80 | 975.00 | $780.00 |
| 04/06/2018 | LFC | OP | Review due diligence list and prepare e-mail memo regarding outstanding cash management questions | 0.20 | 975.00 | $195.00 |
| 04/09/2018 | LFC | OP | Telephone conference with Trustee regarding conversion to chapter 7 and plan proposal | 0.40 | 975.00 | $390.00 |
| 04/09/2018 | LFC | OP | Telephone conference with David Roberts regarding projections | 0.30 | 975.00 | $292.50 |
| 04/09/2018 | LFC | OP | Telephone conference with David Roberts and David Gottlieb regarding projections | 0.50 | 975.00 | $487.50 |
| 04/10/2018 | LFC | OP | Review projected fees of professionals and e-mail memos regarding same to include within financial advisors' projections | 0.40 | 975.00 | $390.00 |
| 04/11/2018 | LFC | OP | Review Form 2 and remit to lender | 0.10 | 975.00 | $97.50 |
| 04/13/2018 | LFC | OP | Review proposed licensing matters | 0.20 | 975.00 | $195.00 |
| 04/13/2018 | LFC | OP | Review contract liability provision analysis prepared by Nina Hong | 0.20 | 975.00 | $195.00 |
| 04/18/2018 | LFC | OP | E-mail memos (.1), and telephone call with trustee (.1) and call with Dream Media counsel addressing licensing and operating matters | 0.20 | 975.00 | $195.00 |
| 04/23/2018 | LFC | OP | Review operating budget and related e-mail messages | 0.20 | 975.00 | $195.00 |
| 04/23/2018 | LFC | OP | Conference call with Trustee, Kelly Holland and accounting personnel regarding operating matters | 0.80 | 975.00 | $780.00 |
| 04/24/2018 | LFC | OP | Review pending operating issues and Trademark renewal matters | 0.30 | 975.00 | $292.50 |
| 04/26/2018 | LFC | OP | Address operating issues with the company | 0.40 | 975.00 | $390.00 |
| 04/28/2018 | LFC | OP | Address licensing issues | 0.30 | 975.00 | $292.50 |
| | | | | 5.70 | | $5,557.50 |

## Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | LFC | PD | Telephone conference with counsel for potential plan proponent regarding financing and plan terms | 0.70 | 975.00 | $682.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    21

Invoice 119493

April 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2018 | LFC | PD | E-mail correspondence with Kirkendoll regarding access to books and records  .1 and draft Confidentiality Agreement  for corporate document review | 1.20 | 975.00 | $1,170.00 |
| 04/09/2018 | LFC | PD | Review and revise confidentiality agreement | 0.30 | 975.00 | $292.50 |
| 04/09/2018 | LFC | PD | Telephone conference with Trustee regarding Kirkendoll proposal and next steps | 0.30 | 975.00 | $292.50 |
| 04/10/2018 | LFC | PD | Prepare memo to Trustee regarding restructuring proposal  from Tim Driver and related Driver pleadings. | 0.30 | 975.00 | $292.50 |
| 04/10/2018 | LFC | PD | Review restructuring proposal from Tim Driver and prepare memo to Trustee regarding same | 0.40 | 975.00 | $390.00 |
| 04/12/2018 | LFC | PD | Review restructuring proposal provisions | 0.30 | 975.00 | $292.50 |
| 04/13/2018 | LFC | PD | Review and analysis regarding disposition and plan proposals from third parties | 2.50 | 975.00 | $2,437.50 |
| 04/13/2018 | LFC | PD | Telephone conference with Mark Winthrop regarding pending case matters at issue and proposals for disposition of debtors in connection with his retention as local counsel for Kirkendoll | 0.50 | 975.00 | $487.50 |
| 04/16/2018 | LFC | PD | Review new Media Asset Placements LLC plan proposal | 0.40 | 975.00 | $390.00 |
|  |  |  |  | **6.90** |  | **$6,727.50** |

### Relief from Stay

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2018 | BDD | RFS | Prepare draft email for creditors seeking payment re 362 violation; email L. Cantor re same | 0.40 | 375.00 | $150.00 |
|  |  |  |  | **0.40** |  | **$150.00** |

### Retention of Prof. [B160]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2018 | LFC | RP | Review and finalize retention application and e-mail memos regarding preparation of exhibits | 0.30 | 975.00 | $292.50 |
| 04/02/2018 | LFC | RP | Review and mark-up draft of Pryor Cashman application | 0.60 | 975.00 | $585.00 |
| 04/03/2018 | LFC | RP | Review and finalize retention application | 0.70 | 975.00 | $682.50 |
| 04/03/2018 | BDD | RP | Email L. Cantor re additional language for PSZJ retention application (re conflicts) | 0.20 | 375.00 | $75.00 |
| 04/03/2018 | BDD | RP | Meet with L. Cantor to discuss and review conflicts check re PSZJ retention application | 1.10 | 375.00 | $412.50 |
| 04/03/2018 | BDD | RP | Email L. Cantor re further conflicts check | 0.10 | 375.00 | $37.50 |
| 04/03/2018 | BDD | RP | Confer with A. Bonn re further conflicts check | 0.10 | 375.00 | $37.50 |
| 04/03/2018 | BDD | RP | Email A. Bonn re conflicts check | 0.10 | 375.00 | $37.50 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/22 Entered 09/16/22 15:57:15 Desc
Main Document Page 279 of 433

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    22
Invoice 119493
April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2018 | LFC | RP | Review revised retention application and exhibits and prepare for filing | 0.30 | 975.00 | $292.50 |
| 04/13/2018 | LFC | RP | Finalize Brickell retention application | 0.30 | 975.00 | $292.50 |
| 04/17/2018 | BDD | RP | Email L. Cantor re Order/Dec of Non Opp re PSJZ employment application | 0.10 | 375.00 | $37.50 |
| 04/17/2018 | BDD | RP | Preparation of order and dec of non opp re PSZJ employment application; email L. Cantor re same | 0.50 | 375.00 | $187.50 |
| 04/23/2018 | LFC | RP | Work on motion to retain investment banker (.2) and confer with Felice Harrison regarding same | 0.20 | 975.00 | $195.00 |
| 04/23/2018 | LFC | RP | Review and revise Akerman application | 0.40 | 975.00 | $390.00 |
| 04/23/2018 | BDD | RP | Email L. Cantor re Order/Dec of Non Opp re PSZJ retention application | 0.10 | 375.00 | $37.50 |
| 04/24/2018 | LFC | RP | Telephone conference with Al Masse regarding retention agreement | 0.20 | 975.00 | $195.00 |
| 04/24/2018 | LFC | RP | Draft retention orders and review DNOs for PSZJ and Province | 0.30 | 975.00 | $292.50 |
| 04/24/2018 | LFC | RP | Review and comment on draft engagement letter with Broadway Advisors | 0.20 | 975.00 | $195.00 |
| 04/24/2018 | FSH | RP | Update declaration of non opposition and order for PSZJ application and prepare dec of non opposition and order for Province and assemble each for filing and service. | 1.40 | 375.00 | $525.00 |
| 04/25/2018 | LFC | RP | Confer with Al Masse regarding retention terms and revise application and agreement | 0.40 | 975.00 | $390.00 |
| 04/25/2018 | LFC | RP | Review and comment on proposed retention agreement and revise application to retain Broadway Advisors | 0.70 | 975.00 | $682.50 |
| 04/26/2018 | LFC | RP | Review and revise Akerman retention application | 0.40 | 975.00 | $390.00 |
| 04/26/2018 | LFC | RP | Review OUST position and rules regarding retention of professionals and confer with Margaux Ross regarding same | 0.60 | 975.00 | $585.00 |
| 04/26/2018 | LFC | RP | Further revise Broadway Advisors application and draft proposed order | 0.40 | 975.00 | $390.00 |
| 04/27/2018 | LFC | RP | Review and finalize applications to retain Broadway Advisors and Akerman including drafting declarations and notices of applications | 1.40 | 975.00 | $1,365.00 |
| 04/27/2018 | LFC | RP | Telephone conference with AL Masse regarding final forms of retention agreements | 0.20 | 975.00 | $195.00 |
| 04/30/2018 | LFC | RP | Prepare Notice of Errata re: Broadway Advisors Retention application | 0.10 | 975.00 | $97.50 |
| | | | | **11.40** | | **$8,895.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    23

Invoice 119493

April 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Ret. of Prof./Other** | | | | | | |
| 04/02/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman retention | 0.10 | 375.00 | $37.50 |
| 04/02/2018 | BDD | RPO | Email J. Brickell re revisions/additions to PC's retention application | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Email J. Brickell re Pryor Cashman employment | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Revisions/additions to Pryor Cashman's employment application per L. Cantor comments | 1.10 | 375.00 | $412.50 |
| 04/04/2018 | BDD | RPO | Email M. Kulick re Pryor Cashman employment application | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Email J. Brickell re CV/resume re PC retention application | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman revised retention application | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Email J. Washington re Exhibit ISO Pryor Cashman's retention application | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Preparation of J. Brickell Declaration and Notice ISO Pryor Cashman retention application; email L. Cantor re same | 1.10 | 375.00 | $412.50 |
| 04/04/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman's possible counterclaim against Metropolitan Lumber | 0.10 | 375.00 | $37.50 |
| 04/04/2018 | BDD | RPO | Email J. Brickell re additional information needed for Pryor Cashman's retention application | 0.10 | 375.00 | $37.50 |
| 04/10/2018 | BDD | RPO | Email L. Cantor re Province retention application | 0.10 | 375.00 | $37.50 |
| 04/13/2018 | BDD | RPO | Email L. Cantor re retention application for La Guardia law firm | 0.10 | 375.00 | $37.50 |
| 04/13/2018 | BDD | RPO | Email L. Cantor re revised dec for J. Brickell ISO Application to Employ Pryor Cashman | 0.10 | 375.00 | $37.50 |
| 04/13/2018 | BDD | RPO | Email L. Cantor re finalized Application to Retain Pryor Cashman as special counsel | 0.10 | 375.00 | $37.50 |
| 04/16/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman employment application | 0.10 | 375.00 | $37.50 |
| 04/16/2018 | BDD | RPO | Email D. Gottlieb re Pryor Cashman retention application | 0.10 | 375.00 | $37.50 |
| 04/16/2018 | BDD | RPO | Work on bio re Pryor Cashman retention application | 0.10 | 375.00 | $37.50 |
| 04/16/2018 | BDD | RPO | Email J. Brickell re dec of J. Brickell ISO Trustee's Application to Employ Pryor Cashman as special counsel | 0.10 | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Email J. Brickell re revisions to Pryor Cashman retention application | 0.10 | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Revisions to dec of J. Brickell ISO Pryor Cashman employment application; redline/email L. Cantor re | 0.40 | 375.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP                                            Page:    24
Gottlieb, David (Penthouse)                                                  Invoice 119493
32277    00001                                                               April 30, 2018

_____

|            |     |     |                                                                                    | Hours | Rate | Amount |
|------------|-----|-----|--------------------------------------------------------------------------------|-------|------|--------|
|            |     |     | same                                                                           |       |      |        |
| 04/17/2018 | BDD | RPO | Email J. Brickell re revised employment application/declaration                | 0.10  | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Email D. Gottlieb re application to employ Pryor Cashman as special counsel    | 0.10  | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Email R. Johnson re retention agreement for de la Guardia Casselino            | 0.10  | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Email L. Cantor re retention agreement for de la Guardia Casselino             | 0.10  | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Review de la Guardia Casselino engagement letter; email L. Cantor re same      | 0.30  | 375.00 | $112.50 |
| 04/17/2018 | BDD | RPO | Email D. Gottlieb re Pryor Cashman retention application                        | 0.10  | 375.00 | $37.50 |
| 04/17/2018 | BDD | RPO | Email L. Cantor re J. Brickell declaration ISO Application to Employ Pryor Cashman | 0.10 | 375.00 | $37.50 |
| 04/18/2018 | BDD | RPO | Email L. Cantor re summary of de la Guardia Casselino engagement letter         | 0.20  | 375.00 | $75.00 |
| 04/19/2018 | BDD | RPO | Email L. Cantor re application to employ IP counsel                            | 0.10  | 375.00 | $37.50 |
| 04/22/2018 | BDD | RPO | Email L. Cantor re application to employ IP counsel                            | 0.10  | 375.00 | $37.50 |
| 04/23/2018 | BDD | RPO | Email L. Cantor re application to retain IP counsel                            | 0.10  | 375.00 | $37.50 |
| 04/23/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman retention application                          | 0.10  | 375.00 | $37.50 |
| 04/23/2018 | BDD | RPO | Work on draft of Akerman retention application (special IP counsel); email L. Cantor re same | 0.80 | 375.00 | $300.00 |
| 04/23/2018 | FSH | RPO | Prepare application to employ Broadway Advisors as investment bankers for the sale process. | 1.20 | 375.00 | $450.00 |
| 04/26/2018 | BDD | RPO | Email L. Cantor re Dec of Caroline Mankey ISO Application to Employ Akerman LLP as Special Intellectual Property Counsel | 0.10 | 375.00 | $37.50 |
| 04/26/2018 | BDD | RPO | Preparation of Declaration of Caroline Mankey ISO Application to Employ Akerman as Special Intellectual Property Counsel; email M. Kulick re same | 0.60 | 375.00 | $225.00 |
|            |     |     |                                                                                | **8.60** |  | **$3,225.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                          **$278,254.50**

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    25
Invoice 119493
April 30, 2018

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 04/02/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/02/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/03/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/03/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/03/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/03/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/04/2018 | LN | 32277.00001 Lexis Charges for 04-04-18 | 14.66 |
| 04/04/2018 | LN | 32277.00001 Lexis Charges for 04-04-18 | 13.95 |
| 04/04/2018 | PO | 32277.00001 :Postage Charges for 04-04-18 | 13.60 |
| 04/04/2018 | PO | 32277.00001 :Postage Charges for 04-04-18 | 30.75 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

| 04/04/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 04/04/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/05/2018 | FE | 32277.00001 FedEx Charges for 04-05-18 | 9.31 |
| 04/05/2018 | RE | ( 660 @0.20 PER PG) | 132.00 |
| 04/05/2018 | RE | ( 44 @0.20 PER PG) | 8.80 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/05/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/05/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/05/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/05/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/05/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/05/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/05/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/05/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/05/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    27
Gottlieb, David (Penthouse)                                         Invoice 119493
32277    00001                                                      April 30, 2018

---

| 04/05/2018 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 04/06/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/06/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/06/2018 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 04/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/09/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/09/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/10/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/10/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 04/10/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 04/10/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/11/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/12/2018 | FE | 32277.00001 FedEx Charges for 04-12-18 | 9.33 |
| 04/12/2018 | PO | 32277.00001 :Postage Charges for 04-12-18 | 66.83 |
| 04/12/2018 | RE | ( 1638 @0.20 PER PG) | 327.60 |
| 04/12/2018 | RE | ( 39 @0.20 PER PG) | 7.80 |
| 04/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                           Page:    28
Gottlieb, David (Penthouse)                                 Invoice 119493
32277    00001                                              April 30, 2018

---

| 04/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/12/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/12/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/12/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/12/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/12/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/12/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/12/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/13/2018 | FF | Filing Fee [E112] Courts/USBC, SSC | 15.00 |
| 04/13/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court., LFC | 65.00 |
| 04/13/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/13/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/13/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/13/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/13/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/13/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/13/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |

Pachulski Stang Ziehl & Jones LLP | | Page: 29
Gottlieb, David (Penthouse) | | Invoice 119493
32277    00001 | | April 30, 2018

| | | | |
|---|---|---|---|
| 04/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/15/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/16/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 04/16/2018 | RE | ( 32 @0.20 PER PG) | 6.40 |
| 04/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/16/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/16/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/16/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/16/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/16/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/16/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/16/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/17/2018 | FE | 32277.00001 FedEx Charges for 04-17-18 | 9.33 |
| 04/17/2018 | PO | 32277.00001 :Postage Charges for 04-17-18 | 19.58 |
| 04/17/2018 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 04/17/2018 | RE | ( 3 @0.20 PER PG) | 0.60 |
| 04/17/2018 | RE | ( 418 @0.20 PER PG) | 83.60 |

Pachulski Stang Ziehl & Jones LLP                          Page:   30
Gottlieb, David (Penthouse)                               Invoice 119493
32277    00001                                           April 30, 2018

---

| | | | |
|---|---|---|---|
| 04/17/2018 | RE  | ( 19 @0.20 PER PG) | 3.80 |
| 04/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/17/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/17/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/17/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/17/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/17/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/17/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/17/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/17/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/17/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/17/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/17/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/17/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/17/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |

Pachulski Stang Ziehl & Jones LLP

Page: 31

Gottlieb, David (Penthouse)

Invoice 119493

32277    00001

April 30, 2018

| 04/17/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
|---|---|---|---|
| 04/17/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/17/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 04/18/2018 | FE | 32277.00001 FedEx Charges for 04-18-18 | 9.33 |
| 04/18/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court, Inv.01446 N. Brown | 97.50 |
| 04/18/2018 | LV | Legal Vision Atty/Mess. Service- USBC, Inv. 01451, J. Washington | 65.00 |
| 04/18/2018 | PO | 32277.00001 :Postage Charges for 04-18-18 | 29.33 |
| 04/18/2018 | PO | 32277.00001 :Postage Charges for 04-18-18 | 29.33 |
| 04/18/2018 | PO | 32277.00001 :Postage Charges for 04-18-18 | 75.44 |
| 04/18/2018 | PO | 32277.00001 :Postage Charges for 04-18-18 | 444.38 |
| 04/18/2018 | RE | ( 697 @0.20 PER PG) | 139.40 |
| 04/18/2018 | RE | ( 468 @0.20 PER PG) | 93.60 |
| 04/18/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 04/18/2018 | RE | ( 336 @0.20 PER PG) | 67.20 |
| 04/18/2018 | RE | ( 1856 @0.20 PER PG) | 371.20 |
| 04/18/2018 | RE | ( 1794 @0.20 PER PG) | 358.80 |
| 04/18/2018 | RE | ( 2200 @0.20 PER PG) | 440.00 |
| 04/18/2018 | RE | ( 2166 @0.20 PER PG) | 433.20 |
| 04/18/2018 | RE | ( 1880 @0.20 PER PG) | 376.00 |
| 04/18/2018 | RE | ( 30 @0.20 PER PG) | 6.00 |

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/18    Entered 04/16/18 15:57:15    Desc
Main Document    Page 187 of 196

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    32
Invoice 119493
April 30, 2018

| 04/18/2018 | RE | ( 92 @0.20 PER PG) | 18.40 |
| 04/18/2018 | RE | ( 1494 @0.20 PER PG) | 298.80 |
| 04/18/2018 | RE | ( 22 @0.20 PER PG) | 4.40 |
| 04/18/2018 | RE | ( 22 @0.20 PER PG) | 4.40 |
| 04/18/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/18/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/18/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/18/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/18/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/18/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/18/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/18/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/18/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 04/18/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     33

Invoice 119493

April 30, 2018

| | | | |
|---|---|---|---|
| 04/18/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/18/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/18/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/18/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/18/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/18/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/18/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/18/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/18/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/18/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/18/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/18/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 04/18/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 04/18/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |

Pachulski Stang Ziehl & Jones LLP                                  Page:   34
Gottlieb, David (Penthouse)                                       Invoice 119493
32277    00001                                                   April 30, 2018

| | | | |
|---|---|---|---|
| 04/18/2018 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 04/19/2018 | RE | ( 166 @0.20 PER PG) | 33.20 |
| 04/19/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/19/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/19/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/19/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/19/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/19/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/19/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/19/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/19/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 04/20/2018 | FE | 32277.00001 FedEx Charges for 04-20-18 | 124.97 |
| 04/20/2018 | FE | 32277.00001 FedEx Charges for 04-20-18 | 30.69 |
| 04/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/20/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/20/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/20/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    35

Invoice 119493

April 30, 2018

| 04/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/20/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/20/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/20/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/20/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/20/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/20/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/20/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/20/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/20/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/20/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |

Case 1:18-bk-10098-MB   Doc 665   Filed 01/16/18   Entered 01/16/18 15:57:15   Desc
Main Document    Page 161 of 196

Pachulski Stang Ziehl & Jones LLP                            Page:   36
Gottlieb, David (Penthouse)                                 Invoice 119493
32277    00001                                              April 30, 2018

---

| 04/20/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/20/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 04/20/2018 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 04/21/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/21/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/21/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/21/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/21/2018 | RE2 | SCAN/COPY ( 155 @0.10 PER PG) | 15.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/22/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/22/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/22/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/22/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/22/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/22/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/22/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/22/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   37
Gottlieb, David (Penthouse)                                         Invoice 119493
32277    00001                                                      April 30, 2018

---

| 04/22/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/22/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/22/2018 | RE2 | SCAN/COPY ( 159 @0.10 PER PG) | 15.90 |
| 04/22/2018 | RE2 | SCAN/COPY ( 205 @0.10 PER PG) | 20.50 |
| 04/23/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/23/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/23/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/23/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/23/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/23/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/23/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/23/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/23/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/23/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/23/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/23/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/24/2018 | LV | Legal Vision Atty/Mess. Service- Clementine, Inv. 01587, IAWN | 69.58 |
| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Case 1:18-bk-10098-MB   Doc 665   Filed 06/16/21   Entered 06/16/21 15:57:15   Desc
Main Document   Page 163 of 196

Pachulski Stang Ziehl & Jones LLP                                    Page:   38
Gottlieb, David (Penthouse)                                          Invoice 119493
32277     00001                                                      April 30, 2018

---

| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    39
Invoice 119493
April 30, 2018

| 04/24/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
|---|---|---|---|
| 04/24/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/24/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/24/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   40
Gottlieb, David (Penthouse)                                         Invoice 119493
32277     00001                                                      April 30, 2018

---

| 04/24/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
|---|---|---|---|
| 04/24/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 04/24/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 04/24/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/24/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/24/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/24/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/24/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/24/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/24/2018 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 04/24/2018 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 04/24/2018 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 04/24/2018 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |

Case 1:18-bk-10098-MB    Doc 665    Filed 01/16/23    Entered 01/16/23 15:57:15    Desc
Main Document    Page 166 of 296

Pachulski Stang Ziehl & Jones LLP                                      Page:    41
Gottlieb, David (Penthouse)                                           Invoice 119493
32277    00001                                                        April 30, 2018

---

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/24/2018 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 04/24/2018 | RE2 | SCAN/COPY ( 95 @0.10 PER PG) | 9.50 |
| 04/24/2018 | RE2 | SCAN/COPY ( 155 @0.10 PER PG) | 15.50 |
| 04/24/2018 | RE2 | SCAN/COPY ( 155 @0.10 PER PG) | 15.50 |
| 04/24/2018 | RE2 | SCAN/COPY ( 199 @0.10 PER PG) | 19.90 |
| 04/24/2018 | RE2 | SCAN/COPY ( 201 @0.10 PER PG) | 20.10 |
| 04/25/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court, Inv. 01589, LFC | 65.00 |
| 04/25/2018 | LV | Legal Vision Atty/Mess. Service- San Fernando Bankruptcy Court, Inv. 01590, BDD | 65.00 |
| 04/25/2018 | RE | ( 11 @0.20 PER PG) | 2.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | |
|---|---|---|---|
| 04/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/25/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/25/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/25/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/25/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| 04/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    44
Gottlieb, David (Penthouse)                                         Invoice 119493
32277    00001                                                      April 30, 2018

---

| | | | |
|---|---|---|---|
| 04/25/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/25/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/25/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/25/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 04/25/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/25/2018 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 04/25/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 04/25/2018 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 04/25/2018 | RE2 | SCAN/COPY ( 101 @0.10 PER PG) | 10.10 |
| 04/25/2018 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 04/25/2018 | RE2 | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 04/25/2018 | RE2 | SCAN/COPY ( 128 @0.10 PER PG) | 12.80 |
| 04/25/2018 | RE2 | SCAN/COPY ( 158 @0.10 PER PG) | 15.80 |
| 04/25/2018 | RE2 | SCAN/COPY ( 172 @0.10 PER PG) | 17.20 |
| 04/25/2018 | RE2 | SCAN/COPY ( 233 @0.10 PER PG) | 23.30 |
| 04/25/2018 | RE2 | SCAN/COPY ( 332 @0.10 PER PG) | 33.20 |
| 04/26/2018 | LV | Legal Vision Atty/Mess. Service- Clementine, Inv. 01594, | 88.94 |

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/18    Entered 04/16/18 15:57:15    Desc
Main Document    Page 170 of 198

Pachulski Stang Ziehl & Jones LLP                          Page:    45
Gottlieb, David (Penthouse)                               Invoice 119493
32277     00001                                           April 30, 2018

---

IAWN

| | | | |
|---|---|---|---|
| 04/26/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 04/26/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/26/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/26/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/26/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/26/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/26/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    46
Gottlieb, David (Penthouse)                                         Invoice 119493
32277    00001                                                     April 30, 2018

---

| 04/26/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/26/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/26/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/26/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/26/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/26/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/26/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/26/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 04/26/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/26/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 04/26/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/26/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/26/2018 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 04/26/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 04/26/2018 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 04/26/2018 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |

Pachulski Stang Ziehl & Jones LLP                                          Page:   47
Gottlieb, David (Penthouse)                                               Invoice 119493
32277    00001                                                            April 30, 2018

---

| 04/26/2018 | RE2 | SCAN/COPY ( 121 @0.10 PER PG) | 12.10 |
| 04/27/2018 | PO | 32277.00001 :Postage Charges for 04-27-18 | 24.40 |
| 04/27/2018 | RE | ( 174 @0.20 PER PG) | 34.80 |
| 04/27/2018 | RE | ( 49 @0.20 PER PG) | 9.80 |
| 04/27/2018 | RE | ( 400 @0.20 PER PG) | 80.00 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/27/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/27/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/27/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/27/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/27/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/27/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/27/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    48
Gottlieb, David (Penthouse)                                           Invoice 119493
32277    00001                                                        April 30, 2018

---

| 04/27/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
|------------|-----|------------------------------|------|
| 04/27/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/27/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/27/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/27/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/27/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/27/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/27/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/27/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/27/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/27/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 04/27/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 04/28/2018 | LV | Legal Vision Atty/Mess. Service- IAWN, Inv. 01602 | 102.00 |
| 04/28/2018 | RE | ( 167 @0.20 PER PG) | 33.40 |
| 04/28/2018 | RE | ( 31 @0.20 PER PG) | 6.20 |
| 04/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   49
Gottlieb, David (Penthouse)                                         Invoice 119493
32277   00001                                                       April 30, 2018

| | | | |
|---|---|---|---|
| 04/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/28/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/28/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/28/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/28/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/28/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/28/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/28/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/28/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/28/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/28/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/28/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 04/28/2018 | RE2 | SCAN/COPY ( 101 @0.10 PER PG) | 10.10 |
| 04/28/2018 | RE2 | SCAN/COPY ( 206 @0.10 PER PG) | 20.60 |
| 04/28/2018 | RE2 | SCAN/COPY ( 1083 @0.10 PER PG) | 108.30 |
| 04/30/2018 | LV | Legal Vision Atty/Mess. Service- Clementine, Inv. 01615, IAWN | 102.97 |
| 04/30/2018 | PAC | Pacer - Court Research | 316.50 |
| 04/30/2018 | PO | 32277.00001 :Postage Charges for 04-30-18 | 13.60 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    50

Invoice 119493

April 30, 2018

| 04/30/2018 | RE | ( 200 @0.20 PER PG) | 40.00 |
| 04/30/2018 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/30/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/30/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/30/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | |
|---|---|---|---|
| 04/30/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/30/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/30/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/30/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 04/30/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/30/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/30/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 15:57:15    Desc
Main Document    Page 177 of 196

Pachulski Stang Ziehl & Jones LLP                              Page:    52
Gottlieb, David (Penthouse)                                    Invoice 119493
32277      00001                                               April 30, 2018

---

| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/30/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/30/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 04/30/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/30/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 04/30/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 04/30/2018 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 04/30/2018 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 04/30/2018 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 04/30/2018 | RE2 | SCAN/COPY ( 122 @0.10 PER PG) | 12.20 |
| 04/30/2018 | RE2 | SCAN/COPY ( 242 @0.10 PER PG) | 24.20 |

**Total Expenses for this Matter**              **$6,642.60**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    53

Invoice 119493

April 30, 2018

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 04/30/2018

| | |
|---|---:|
| Total Fees | $278,254.50 |
| Chargeable costs and disbursements | $6,642.60 |
| Total Due on Current Invoice..................... | $284,897.10 |

Outstanding Balance from prior Invoices as of 04/30/2018       **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $264,406.92 |

**Total Amount Due on Current and Prior Invoices**       $549,304.02

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

May 31, 2018
Invoice    119916
Client     32277
Matter    00001
**LFC**

RE:  Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   05/31/2018

| | |
|---|---:|
| FEES | $263,350.00 |
| EXPENSES | $18,254.54 |
| **TOTAL CURRENT CHARGES** | **$281,604.54** |
| **BALANCE FORWARD** | **$549,304.02** |
| **TOTAL BALANCE DUE** | **$830,908.56** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:     2

Invoice 119916

May 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 11.50 | $9,202.50 |
| AD | Asset Disposition [B130] | 108.00 | $101,860.00 |
| BL | Bankruptcy Litigation [L430] | 112.50 | $106,212.50 |
| CA | Case Administration [B110] | 3.20 | $1,740.00 |
| CO | Claims Admin/Objections[B310] | 6.00 | $4,170.00 |
| EC | Executory Contracts [B185] | 26.70 | $24,532.50 |
| FF | Financial Filings [B110] | 7.80 | $2,925.00 |
| FN | Financing [B230] | 0.70 | $682.50 |
| IC | Insurance Coverage | 0.10 | $92.50 |
| LN | Litigation (Non-Bankruptcy) | 1.60 | $1,560.00 |
| OP | Operations [B210] | 4.70 | $4,582.50 |
| PD | Plan & Disclosure Stmt. [B320] | 4.70 | $4,042.50 |
| RP | Retention of Prof. [B160] | 0.20 | $195.00 |
| RPO | Ret. of Prof./Other | 1.80 | $1,515.00 |
| SL | Stay Litigation [B140] | 0.10 | $37.50 |
| | | 289.60 | $263,350.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 13.70 | $5,137.50 |
| HDH | Hochman, Harry D. | Counsel | 850.00 | 21.10 | $17,935.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 55.50 | $51,337.50 |
| JJK | Kim, Jonathan J. | Counsel | 775.00 | 2.70 | $2,092.50 |
| JK | Kandel, Jeffrey | Counsel | 775.00 | 14.00 | $10,850.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 1.40 | $1,295.00 |
| JMM | Mulvihill, Joseph M. | Associate | 495.00 | 1.00 | $495.00 |
| JSP | Pomerantz, Jason S. | Counsel | 775.00 | 2.60 | $2,015.00 |
| LAF | Forrester, Leslie A. | Other | 395.00 | 0.50 | $197.50 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 163.90 | $159,802.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 375.00 | 0.20 | $75.00 |
| RJG | Gruber, Richard J. | Counsel | 1025.00 | 6.10 | $6,252.50 |
| VAN | Newmark, Victoria A. | Counsel | 850.00 | 6.90 | $5,865.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    3

Invoice 119916

May 31, 2018

|  | 289.60 | $263,350.00 |
|---|---|---|

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Bloomberg | $31.00 |
| Conference Call [E105] | $47.64 |
| Federal Express [E108] | $177.18 |
| Filing Fee [E112] | $288.64 |
| Lexis/Nexis- Legal Research [E | $106.78 |
| Legal Vision Atty Mess Service | $742.50 |
| Pacer - Court Research | $215.70 |
| Postage [E108] | $2,015.11 |
| Reproduction Expense [E101] | $5,003.40 |
| Reproduction/ Scan Copy | $592.80 |
| Research [E106] | $1,875.25 |

Pachulski Stang Ziehl & Jones LLP                                          Page:        4
Gottlieb, David (Penthouse)                                               Invoice 119916
32277      00001                                                          May 31, 2018

---

**Summary of Expenses**

| Description | Amount |
|---|---|
| Transcript [E116] | $7,158.54 |
| | $18,254.54 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    5

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 04/10/2018 | JK | AA | Review Adequate Protection term sheet with M7; Email exchange Linda F. Cantor regarding same. | 0.30 | 775.00 | $232.50 |
| 04/11/2018 | JK | AA | Review and revise draft Adequate Protection Agreement with M7 (1.30); Reconcile figures (1.90); Conference with Linda F. Cantor regarding same (0.20); Telephone conference with W. Bowser regarding vetting same (0.20); Email exchange Linda F. Cantor regarding redlined agreement draft (0.20). | 3.80 | 775.00 | $2,945.00 |
| 04/12/2018 | JK | AA | Email exchange Linda F. Cantor regarding analysis of draft agreement with M7. | 0.10 | 775.00 | $77.50 |
| 04/16/2018 | JK | AA | Review W. Bowser analysis of M7 contract and proposed agreement (0.40); Prepare analysis of substantive changes to M7 draft based on same (0.80); Telephone conference and email exchange with W. Bowser (0.30); Email exchange Linda F. Cantor (0.20); Further revise draft agreement (0.60). | 2.30 | 775.00 | $1,782.50 |
| 05/07/2018 | PJJ | AA | Revise preference analysis. | 0.20 | 375.00 | $75.00 |
| 05/09/2018 | JSP | AA | Further analysis of potential preference actions | 1.40 | 775.00 | $1,085.00 |
| 05/10/2018 | JSP | AA | Continue review/analysis regarding avoidance actions | 1.20 | 775.00 | $930.00 |
| 05/22/2018 | JKH | AA | Emails from, to Linda F. Cantor regarding Humboldt turnover motion | 0.10 | 925.00 | $92.50 |
| 05/22/2018 | LFC | AA | Review files regarding Humboldt account receivables and confer with Jim Hunter regarding collection action | 0.60 | 975.00 | $585.00 |
| 05/23/2018 | JKH | AA | Emails from, to Linda F. Cantor regarding Humboldt turnover issues (.1); Emails from Linda F. Cantor regarding background documents and review same (.6). | 0.70 | 925.00 | $647.50 |
| 05/23/2018 | LFC | AA | Confer with James Hunter regarding Humboldt turnover motion and demand letter | 0.20 | 975.00 | $195.00 |
| 05/24/2018 | JKH | AA | Office conference with Linda F. Cantor regarding auction, turnover regarding merchant bank account developments, strategy. | 0.40 | 925.00 | $370.00 |
| 05/30/2018 | JKH | AA | Office conference with Linda F. Cantor regarding auction issues, Omni lawsuit offer. | 0.20 | 925.00 | $185.00 |
| | | | | **11.50** | | **$9,202.50** |
| **Asset Disposition [B130]** | | | | | | |
| 05/01/2018 | HDH | AD | Conferences with Linda F. Cantor re Debtors' conflicting stories | 0.50 | 850.00 | $425.00 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 184 of 496

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    6

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2018 | HDH | AD | Draft reply brief re sale and settlement motions | 3.40 | 850.00 | $2,890.00 |
| 05/01/2018 | HDH | AD | Review Documents RE IP | 0.50 | 850.00 | $425.00 |
| 05/01/2018 | HDH | AD | Continue drafting reply brief | 4.70 | 850.00 | $3,995.00 |
| 05/01/2018 | HDH | AD | Review IP ownership information | 0.40 | 850.00 | $340.00 |
| 05/01/2018 | LFC | AD | Revise and finalize draft APA | 1.30 | 975.00 | $1,267.50 |
| 05/02/2018 | HDH | AD | Draft and revise reply brief re sale and settlement motions | 4.20 | 850.00 | $3,570.00 |
| 05/02/2018 | HDH | AD | Conferences with Linda F. Cantor and Gottlieb re discovery and reply brief | 0.40 | 850.00 | $340.00 |
| 05/02/2018 | HDH | AD | Review further documents re ownership and discuss with Linda F. Cantor | 0.50 | 850.00 | $425.00 |
| 05/02/2018 | HDH | AD | Draft Declarations in support of reply | 1.00 | 850.00 | $850.00 |
| 05/02/2018 | HDH | AD | Revise reply brief | 2.20 | 850.00 | $1,870.00 |
| 05/02/2018 | HDH | AD | Conferences with Linda F. Cantor re reply | 0.40 | 850.00 | $340.00 |
| 05/02/2018 | HDH | AD | Review reply re executory contract objections | 0.30 | 850.00 | $255.00 |
| 05/02/2018 | HDH | AD | Final revisions to reply and Declarations | 1.20 | 850.00 | $1,020.00 |
| 05/02/2018 | LFC | AD | Telephone conference with counsel for TOPCO Sales regarding sale and licensing issues | 0.30 | 975.00 | $292.50 |
| 05/02/2018 | VAN | AD | Analysis, including phone conference with Linda Cantor, regarding motion to assume and assign executory contracts in connection with sale of assets | 1.20 | 850.00 | $1,020.00 |
| 05/03/2018 | HDH | AD | Review filings re settlement and sale motions | 0.40 | 850.00 | $340.00 |
| 05/03/2018 | HDH | AD | Conference with Linda F. Cantor re settlement issues | 0.10 | 850.00 | $85.00 |
| 05/03/2018 | VAN | AD | Draft motion to assume and assign executory contracts in connection with sale of estate assets | 2.60 | 850.00 | $2,210.00 |
| 05/04/2018 | HDH | AD | Conference with Linda F. Cantor re settlement and sale motions | 0.20 | 850.00 | $170.00 |
| 05/04/2018 | LFC | AD | Review notes (.2) for call and participate on call with Trustee and Kirkendoll and representatives regarding sale of trademarks and plan | 0.70 | 975.00 | $682.50 |
| 05/04/2018 | LFC | AD | Telephone conferences with Beth Young re: APA | 0.60 | 975.00 | $585.00 |
| 05/04/2018 | LFC | AD | Review and revised / comment on APA | 1.30 | 975.00 | $1,267.50 |
| 05/04/2018 | LFC | AD | Work on executory contract schedules and sale matters | 1.60 | 975.00 | $1,560.00 |
| 05/04/2018 | LFC | AD | Review and consider Jerrick response to sale motion and e-mail memo with Caroline Mankey regarding same | 0.30 | 975.00 | $292.50 |
| 05/04/2018 | LFC | AD | Review accounts receivable by debtor in connection with debtors' oppositions to sale motion | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP          Page:    7
Gottlieb, David (Penthouse)          Invoice 119916
32277    00001          May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2018 | LFC | AD | Call with Committee counsel regarding status of sale motion and Kirkendoll matters | 0.10 | 975.00 | $97.50 |
| 05/05/2018 | RJG | AD | Exchange messages with N Hong re APA Issues. | 0.40 | 1025.00 | $410.00 |
| 05/06/2018 | LFC | AD | Work on further revisions to APA for sale of substantially all assets of the Debtors | 1.30 | 975.00 | $1,267.50 |
| 05/07/2018 | HDH | AD | Review Iain A. W. Nasatir email re issues and strategy | 0.20 | 850.00 | $170.00 |
| 05/07/2018 | LFC | AD | Telephone conference with David K Gottlieb regarding sale and Kirkendoll settlement matters | 0.50 | 975.00 | $487.50 |
| 05/07/2018 | LFC | AD | Emails regarding confidentiality matters with investment banker | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | AD | Review and consider issues including IP issues in term sheet | 0.90 | 975.00 | $877.50 |
| 05/07/2018 | LFC | AD | Mark-up term sheet and confer with IP counsel regarding same | 1.40 | 975.00 | $1,365.00 |
| 05/07/2018 | LFC | AD | Confer with investment banker regarding due diligence data | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | AD | Further review and mark-up Term Sheet and prepare e-mail correspondence regarding same | 1.60 | 975.00 | $1,560.00 |
| 05/07/2018 | BDD | AD | Confer with L. Cantor re Wednesday's sale motion hearing | 0.10 | 375.00 | $37.50 |
| 05/08/2018 | LFC | AD | Confer with Beth Young regarding sale of assets in whole and in lots | 0.30 | 975.00 | $292.50 |
| 05/08/2018 | LFC | AD | Telephone conference with licensor re: Omni rights in connection with sale | 0.20 | 975.00 | $195.00 |
| 05/08/2018 | LFC | AD | Confer with Broadway Advisors and Dream Media regarding due diligence and NDA provisions and review loan document confidentiality provisions concerning same | 0.30 | 975.00 | $292.50 |
| 05/09/2018 | BDD | AD | Email L. Cantor re sale hearing | 0.10 | 375.00 | $37.50 |
| 05/10/2018 | LFC | AD | Work on finalizing APA and confer with Richard Gruber regarding same | 0.60 | 975.00 | $585.00 |
| 05/10/2018 | LFC | AD | Review and analysis of revisions to sale procedures and other modifications as set forth on the record at the sale hearing, and work on draft of order approving sale motion and several revisions to draft order | 3.40 | 975.00 | $3,315.00 |
| 05/10/2018 | RJG | AD | Work on APA with L Cantor. | 0.60 | 1025.00 | $615.00 |
| 05/11/2018 | LFC | AD | Review comments to asset purchase agreement with Dream Media | 1.10 | 975.00 | $1,072.50 |
| 05/11/2018 | LFC | AD | Review and revise Notice of Entered Order and comments thereto and implement certain comments | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

Gottlieb, David (Penthouse)

Invoice 119916

32277    00001

May 31, 2018

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/11/2018 | LFC | AD | Confer with Broadway Advisors regarding headings and sale process . | 0.30 | 975.00 | $292.50 |
| 05/11/2018 | LFC | AD | Review and address findings on NDA | 0.60 | 975.00 | $585.00 |
| 05/11/2018 | LFC | AD | Review and consider revisions to form of order regarding sale motion and related pleadings | 0.80 | 975.00 | $780.00 |
| 05/11/2018 | LFC | AD | Confer with RJ regarding sale of assets | 0.40 | 975.00 | $390.00 |
| 05/11/2018 | LFC | AD | Review Penthouse asset portfolio | 0.40 | 975.00 | $390.00 |
| 05/11/2018 | LFC | AD | Address current and updated assets review and further update demands | 0.30 | 975.00 | $292.50 |
| 05/12/2018 | LFC | AD | Review and draft revisions to form of APA for sale of Debtors' assets | 1.50 | 975.00 | $1,462.50 |
| 05/12/2018 | LFC | AD | Further review and revise draft APA | 0.50 | 975.00 | $487.50 |
| 05/12/2018 | LFC | AD | Review post-petition contracts / licenses and revise APA to address | 0.50 | 975.00 | $487.50 |
| 05/12/2018 | LFC | AD | Review revisions made by Richard J Gruber | 0.30 | 975.00 | $292.50 |
| 05/12/2018 | LFC | AD | Review, revise and provide comments to Kirkendoll sale agreement draft | 1.40 | 975.00 | $1,365.00 |
| 05/12/2018 | LFC | AD | Confer with transactional and IP counsel regarding APA  AD  .4 | 0.40 | 975.00 | $390.00 |
| 05/14/2018 | HDH | AD | Conference with Linda F. Cantor re hearing on settlement/sale motion | 0.30 | 850.00 | $255.00 |
| 05/14/2018 | HDH | AD | Conference with Linda F. Cantor re hearing | 0.20 | 850.00 | $170.00 |
| 05/14/2018 | LFC | AD | Review comments and revise APA for filing with the Court | 1.10 | 975.00 | $1,072.50 |
| 05/14/2018 | LFC | AD | Confer with investment bankers, review files and records and provide additional data for due diligence room | 1.00 | 975.00 | $975.00 |
| 05/14/2018 | LFC | AD | Final revisions to APA .2  AD and draft cover pleading | 0.10 | 975.00 | $97.50 |
| 05/14/2018 | LFC | AD | Review initial comments to IP Licensing Agreement | 0.20 | 975.00 | $195.00 |
| 05/14/2018 | LFC | AD | Finalize forms of notice of entered order and bid procedures for sale | 0.40 | 975.00 | $390.00 |
| 05/14/2018 | RJG | AD | Review IP document and provide comments to L Cantor; email dialogue with L Cantor re same. | 0.80 | 1025.00 | $820.00 |
| 05/15/2018 | LFC | AD | Review issues regarding forms of orders raised by Kirkendoll and review orders and draft e-mail correspondence regarding same | 0.50 | 975.00 | $487.50 |
| 05/15/2018 | LFC | AD | Telephone conferences with John D Kirkendoll regarding sale matters | 0.40 | 975.00 | $390.00 |
| 05/15/2018 | LFC | AD | Telephone conference with Investment banker and trustee and dream media re: sale of assets. | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:      9
Invoice 119916
May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/15/2018 | LFC | AD | Telephone conference with Trustee and Dream Media re asset sale | 0.30 | 975.00 | $292.50 |
| 05/15/2018 | RJG | AD | Review and respond to draft Consent to Use. | 0.50 | 1025.00 | $512.50 |
| 05/16/2018 | LFC | AD | Call with creditors' committee and Dream Media counsel regarding Buy Out Transaction under settlement agreement | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Telephone conference with Leslie Cohen regarding potential purchase offer by Evil Angel | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Telephone conference with FTS creditor regarding outstanding claim and purchase offer | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Review and comment on draft Teaser | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Prepare notice of sale of assets | 0.60 | 975.00 | $585.00 |
| 05/16/2018 | LFC | AD | E-mail correspondence with potential bidder regarding sale and bid process | 0.30 | 975.00 | $292.50 |
| 05/16/2018 | LFC | AD | Review and address sale matters including notices, bid procedures, license assumption and creditor claims | 2.00 | 975.00 | $1,950.00 |
| 05/16/2018 | LFC | AD | Review and incorporate comments from Kirkendoll regarding sale notice and bidding procedures | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Telephone conference and follow-up e-mails with Jonathan Lippman regarding claims and offer to purchase assets | 0.30 | 975.00 | $292.50 |
| 05/16/2018 | LFC | AD | Review Dream Media NDA comments and correspondence regarding same | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | AD | Review memoranda from IP counsel regarding upcoming registrations and filings and provide to investment bankers | 0.50 | 975.00 | $487.50 |
| 05/17/2018 | LFC | AD | Initial review of Kirkendoll draft agreements for transfer of license and trademarks | 0.80 | 975.00 | $780.00 |
| 05/17/2018 | LFC | AD | Draft Notice of Sale addendum for filing with the Court for sale of substantially all of debtors' assets | 0.60 | 975.00 | $585.00 |
| 05/17/2018 | LFC | AD | Review and revise addendum for sale notice | 0.20 | 975.00 | $195.00 |
| 05/17/2018 | LFC | AD | Telephone conference with John D Kirkendoll counsel regarding filing of sale motion and status of definitive documents | 0.20 | 975.00 | $195.00 |
| 05/17/2018 | LFC | AD | E-mail with Richard J Gruber and Dream Media and IP counsel regarding forms of John D Kirkendoll transfer agreements and transfer of domain names . | 0.50 | 975.00 | $487.50 |
| 05/17/2018 | LFC | AD | Telephone conference with Douglas Duncan regarding Penthouse sale matters .2 and prepare e-mail correspondence in follow-up | 0.40 | 975.00 | $390.00 |
| 05/17/2018 | LFC | AD | Telephone conference with Trustee regarding Duncan information request and sale matters | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277  00001

Page:  10

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/2018 | RJG | AD | Exchange messages with L Cantor regarding "Affiliate" definition in APA. | 0.40 | 1025.00 | $410.00 |
| 05/18/2018 | LFC | AD | Review IP counsel revisions / comments to transfer agreements | 0.30 | 975.00 | $292.50 |
| 05/18/2018 | LFC | AD | Analysis of choice of law issues | 0.60 | 975.00 | $585.00 |
| 05/18/2018 | LFC | AD | Telephone conference with Beth Young regarding Kirkendoll sale matters (.2) and draft memorandum to Trustee regarding status of documents and potential resolutions (.2) and confer with John D Kirkendoll counsel (.2) | 0.60 | 975.00 | $585.00 |
| 05/18/2018 | LFC | AD | Numerous e-mail memos and conferences with counsel regarding Kirkendoll documents | 0.70 | 975.00 | $682.50 |
| 05/18/2018 | LFC | AD | Review and revise mark-up of documents incorporating additional comments | 2.30 | 975.00 | $2,242.50 |
| 05/19/2018 | LFC | AD | Telephone conference with Trustee regarding sale and Kirkendoll transactional documents | 0.50 | 975.00 | $487.50 |
| 05/19/2018 | LFC | AD | Review additional comments and changes to transactional documents by Kirkendoll and IP and transactional counsel and work on revised | 2.70 | 975.00 | $2,632.50 |
| 05/19/2018 | LFC | AD | Telephone conference with IP counsel John Babala (.2 ) and TC's the Kirkendoll IP counsel regarding sale documents | 0.60 | 975.00 | $585.00 |
| 05/19/2018 | LFC | AD | Further review of comments and revisions to documents and conferences with IP and transactional counsel | 1.20 | 975.00 | $1,170.00 |
| 05/19/2018 | RJG | AD | Review changes to APA and send comments to L Cantor. | 0.50 | 1025.00 | $512.50 |
| 05/20/2018 | LFC | AD | Work on transactional documents, further comments and revisions, numerous e-mail memos and calls with counsel | 3.30 | 975.00 | $3,217.50 |
| 05/20/2018 | LFC | AD | Further review and analysis of Delaware choice of law issues | 0.40 | 975.00 | $390.00 |
| 05/20/2018 | LFC | AD | Review and respond to e-mail correspondence regarding schedules to APA and bidding requirements | 0.30 | 975.00 | $292.50 |
| 05/20/2018 | LFC | AD | Address outstanding open items on document and review and comment on proposed final forms of sale and license agreements | 1.50 | 975.00 | $1,462.50 |
| 05/20/2018 | RJG | AD | Correspond with L Cantor and John Babala re issues concerning deal documents. | 0.50 | 1025.00 | $512.50 |
| 05/21/2018 | LFC | AD | Draft, review and revise sale motion | 2.40 | 975.00 | $2,340.00 |
| 05/21/2018 | LFC | AD | Review Delaware law distinctions and draft memo outlining choice of law provisions | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    11

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/21/2018 | LFC | AD | Review final transactional documents | 0.40 | 975.00 | $390.00 |
| 05/21/2018 | LFC | AD | Finalize pleadings and exhibits and prepare all documents for filing | 1.60 | 975.00 | $1,560.00 |
| 05/21/2018 | LFC | AD | Review deadlines and other schedules for posting into virtual due diligence room | 0.40 | 975.00 | $390.00 |
| 05/22/2018 | LFC | AD | Finalize notice of hearings on John D Kirkendoll settlement and sale | 0.20 | 975.00 | $195.00 |
| 05/24/2018 | LFC | AD | Telephone conference with David Gottlieb regarding private sale of assets | 0.20 | 975.00 | $195.00 |
| 05/24/2018 | LFC | AD | Telephone conference with David Gottlieb, Dream Media and their counsel regarding sale of assets | 0.40 | 975.00 | $390.00 |
| 05/24/2018 | LFC | AD | Follow-up call with David Gottlieb regarding  sale matters | 0.10 | 975.00 | $97.50 |
| 05/24/2018 | LFC | AD | Review confidential memorandum and conference call with Broadway partners regarding sale offers | 0.30 | 975.00 | $292.50 |
| 05/24/2018 | LFC | AD | Confer with bidders regarding auction process and sale order provisions | 0.30 | 975.00 | $292.50 |
| 05/25/2018 | LFC | AD | Review and respond to e-mails regarding sale and due diligence matters | 0.50 | 975.00 | $487.50 |
| 05/25/2018 | LFC | AD | Review pleadings for sale hearings | 0.60 | 975.00 | $585.00 |
| 05/28/2018 | LFC | AD | Review hearing transcript of May 9th sale and settlement motion | 0.60 | 975.00 | $585.00 |
| 05/29/2018 | LFC | AD | Telephone conference with David Gottlieb regarding sale matters | 0.20 | 975.00 | $195.00 |
| 05/29/2018 | LFC | AD | Telephone conference with Ryan Hayden of Middletown Agency regarding sale matter (.2) and several follow-up e-mail memos regarding same (.3) | 0.50 | 975.00 | $487.50 |
| 05/29/2018 | LFC | AD | Confer with Kirkendoll counsel regarding sale questions and license matters | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | LFC | AD | Review with IP counsel Kirkendoll sale issues | 0.20 | 975.00 | $195.00 |
| 05/29/2018 | LFC | AD | Telephone conference and follow-up with Rick Lambo for LFP regarding purchase offer | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | LFC | AD | Telephone conference with Steve Gubner regarding sale of assets and process | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | LFC | AD | Telephone conference with Committee Counsel, Trustee and investment banker regarding updated sale process | 0.20 | 975.00 | $195.00 |
| 05/29/2018 | LFC | AD | Telephone conference with Douglas Duncan regarding sale matters (.2) and send APA and additional information concerning the sale (.2) | 0.40 | 975.00 | $390.00 |
| 05/30/2018 | LFC | AD | Review purchase offer | 0.30 | 975.00 | $292.50 |
| 05/30/2018 | LFC | AD | Review purchase offers and correspondence | 1.70 | 975.00 | $1,657.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    12

Invoice 119916

May 31, 2018

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same | | | |
| 05/30/2018 | LFC | AD | Telephone conference with Margaux Ross regarding sale matters | 0.30 | 975.00 | $292.50 |
| 05/30/2018 | LFC | AD | Review and respond to numerous e-mail memos from prospective purchasers regarding offers and additional documentation | 0.70 | 975.00 | $682.50 |
| 05/30/2018 | LFC | AD | E-mail correspondence regarding access to data room, modified NDA and Dream Media confidentiality agreement | 0.30 | 975.00 | $292.50 |
| 05/30/2018 | BDD | AD | Email M. Gedeon re FTS invoices | 0.10 | 375.00 | $37.50 |
| 05/31/2018 | LFC | AD | Review sale matters | 0.50 | 975.00 | $487.50 |
| 05/31/2018 | LFC | AD | Telephone conference with David Gottlieb regarding sale | 0.30 | 975.00 | $292.50 |
| 05/31/2018 | LFC | AD | Telephone conferences with Ron Bender (.3) and Beth Young (.4) regarding sale matters | 0.70 | 975.00 | $682.50 |
| 05/31/2018 | LFC | AD | Confer with Iain Nasatir regarding marketing efforts for sale of assets | 0.50 | 975.00 | $487.50 |
| 05/31/2018 | LFC | AD | Review and analysis of bids and mark-ups of APAs | 2.10 | 975.00 | $2,047.50 |
| 05/31/2018 | LFC | AD | Conferences with Al Masse and David Gottlieb regarding bids | 0.70 | 975.00 | $682.50 |
| 05/31/2018 | LFC | AD | Research and analysis re: Alpha Cygni objection to sale motion | 1.50 | 975.00 | $1,462.50 |
| 05/31/2018 | LFC | AD | Draft Order approving sale of trademarks to Kirkendoll | 0.70 | 975.00 | $682.50 |
| 05/31/2018 | RJG | AD | Review and evaluate Kirkendoll markup of APA. | 1.10 | 1025.00 | $1,127.50 |
| 05/31/2018 | VAN | AD | Research and analysis regarding Alpha Cygni trademark agreement, including phone conference and email correspondence with Linda Cantor regarding same | 3.10 | 850.00 | $2,635.00 |
| | | | | **108.00** | | **$101,860.00** |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2018 | IAWN | BL | Exchange telephone calls with Beth Young re privilege, depositions, joint stipulation, etc., (.8) exchange emails, office conferences and telephone conferences with Linda F Cantor re David K Gottlieb deposition preparation (.5), arranged for deposition, security, food etc. (.3) review John D Kirkendoll Requests for Admissions responses and objections, analyze and exchange emails with David K Gottlieb re same (.7), prepare for Walter Bowser and David K Gottlieb deposition, review documents and briefs and discovery including numbers of documents produced by category (3.4) | 5.70 | 925.00 | $5,272.50 |

Pachulski Stang Ziehl & Jones LLP

Page:  13

Gottlieb, David (Penthouse)

Invoice 119916

32277    00001

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2018 | LFC | BL | Telephone conference with Beth Young regarding discovery and depositions | 0.20 | 975.00 | $195.00 |
| 05/01/2018 | LFC | BL | Review and address issues raised in objections to sale and settlement motions | 1.40 | 975.00 | $1,365.00 |
| 05/01/2018 | LFC | BL | Numerous conferences with Harry D Hochman regarding reply to objections | 0.60 | 975.00 | $585.00 |
| 05/01/2018 | LFC | BL | Conferences with Iain Nasatir re: depositions and contested hearings | 0.70 | 975.00 | $682.50 |
| 05/01/2018 | LFC | BL | Review documents from Kirkendoll and rediscovery responses | 0.40 | 975.00 | $390.00 |
| 05/01/2018 | LFC | BL | Review initial draft reply pleading and provide comments | 0.30 | 975.00 | $292.50 |
| 05/01/2018 | LFC | BL | Confer with Harry D Hochman regarding draft reply | 0.20 | 975.00 | $195.00 |
| 05/01/2018 | LFC | BL | Review public records, records and filing information regarding objection arguments | 1.50 | 975.00 | $1,462.50 |
| 05/02/2018 | IAWN | BL | Prepared for and attended Walter Bowswer and David K Gottlieb depositions | 7.20 | 925.00 | $6,660.00 |
| 05/02/2018 | IAWN | BL | Assisted with reply brief with Harry D Hochman and Linda F Cantor | 1.20 | 925.00 | $1,110.00 |
| 05/02/2018 | IAWN | BL | Exchanged emails with Linda F Cantor re reply brief, UCC's pleading and potential settlement discussions with John D Kirkendoll | 0.90 | 925.00 | $832.50 |
| 05/02/2018 | LFC | BL | Review and comment regarding draft reply to oppositions to motions to sell assets and approve settlement | 0.60 | 975.00 | $585.00 |
| 05/02/2018 | LFC | BL | Review files and official records regarding reply brief | 0.80 | 975.00 | $780.00 |
| 05/02/2018 | LFC | BL | Work on draft Replies to Oppositions to Sale Motion and Settlement Motion | 1.50 | 975.00 | $1,462.50 |
| 05/02/2018 | LFC | BL | Conferences with Harry D Hochman and Iain AW Nasatir regarding objections, replies and Kirkendoll depositions | 0.60 | 975.00 | $585.00 |
| 05/02/2018 | LFC | BL | Conferences with counsel for Dream Media (.4) and Kirkendoll (.4) regarding plan, sale and settlement issues | 0.80 | 975.00 | $780.00 |
| 05/02/2018 | LFC | BL | Further review, revise and  comment on draft replies to objections to sale and settlement motions | 0.70 | 975.00 | $682.50 |
| 05/02/2018 | LFC | BL | Meetings with Trustee regarding plan and sale/settlement issues, evidence in support of same | 0.80 | 975.00 | $780.00 |
| 05/02/2018 | LFC | BL | Review updated Trademark and Copyright searches | 0.20 | 975.00 | $195.00 |
| 05/02/2018 | LFC | BL | Review and address comments to reply briefs re: objections to sale / settlement | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    14
Invoice 119916
May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2018 | LAF | BL | Legal research re: Shareholder of record. | 0.50 | 395.00 | $197.50 |
| 05/03/2018 | IAWN | BL | Exchanged emails and telephone calls with Linda F Cantor re deposition of Dream Media and settlement discussions with John D Kirkendoll | 0.80 | 925.00 | $740.00 |
| 05/03/2018 | LFC | BL | Attend deposition of Adam Levin | 1.70 | 975.00 | $1,657.50 |
| 05/03/2018 | LFC | BL | Conferences with Iain Nasatir regarding settlement hearing | 0.40 | 975.00 | $390.00 |
| 05/03/2018 | LFC | BL | Confer with Dream Media counsel regarding sale and settlement matters, contested matters | 0.60 | 975.00 | $585.00 |
| 05/03/2018 | LFC | BL | Meeting with Joe Bain regarding Club licenses and plan | 0.50 | 975.00 | $487.50 |
| 05/04/2018 | IAWN | BL | Review and research cases from John Bain regarding Rule 408 and privilege (.8), review emails with Waklter Bowser and David K Gottlieb depositions, (.2), review Levine rough transcript,(.7), telephone conference with Linda F Cantor re filings, and review filings (.8) | 3.50 | 925.00 | $3,237.50 |
| 05/04/2018 | LFC | BL | Review and outline settlement points | 0.30 | 975.00 | $292.50 |
| 05/04/2018 | LFC | BL | Review Kirkendoll objection to discovery | 0.20 | 975.00 | $195.00 |
| 05/05/2018 | IAWN | BL | Review Walter Bowser and David K Gottlieb transcripts, draft and send emails to them re same and instructions | 2.80 | 925.00 | $2,590.00 |
| 05/05/2018 | LFC | BL | Calls and e-mail memos regarding potential settlement with Kirkendoll and term of agreement | 0.60 | 975.00 | $585.00 |
| 05/05/2018 | LFC | BL | Outline settlement terms | 0.30 | 975.00 | $292.50 |
| 05/06/2018 | IAWN | BL | Exchange emails with court reporter and David K Gottlieb re deposition (.2); draft extensive email regarding open issues for hearing/trial for Linda F Cantor, and review response (1.2) | 1.40 | 925.00 | $1,295.00 |
| 05/06/2018 | LFC | BL | Review and analysis of outstanding issues for hearing on Sale motion and confer with Iain Nasatir regarding same | 1.60 | 975.00 | $1,560.00 |
| 05/06/2018 | LFC | BL | Draft stipulation regarding resolution of Kirkendoll objection and plan proposal in anticipation of term sheet | 0.70 | 975.00 | $682.50 |
| 05/07/2018 | IAWN | BL | Draft objection to John D Kirkendoll's ex parte and revise (1.8), research competing bids as evidence (.5), review and discuss court's order re hearing with Linda F Cantor (.3); review term sheet (.2); review emails relating to term sheet between parties (.3), review and forward deposition signatures to John Bain time, (.2); review Marsh insurance emails (.1) | 3.30 | 925.00 | $3,052.50 |
| 05/07/2018 | LFC | BL | Confer with Dream Media counsel regarding sale and Kirkendoll settlement issues | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP           Page:    15

Gottlieb, David (Penthouse)                Invoice 119916

32277     00001                        May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2018 | LFC | BL | Telephone conference with Iain AW Nasatir regarding ex parte application response | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | BL | Review Kirkendoll term sheet | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | BL | Confer with Beth Young regarding Kirkendoll term sheet | 0.30 | 975.00 | $292.50 |
| 05/07/2018 | LFC | BL | Confer with David Gottlieb regarding Kirkendoll term sheet | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | BL | Review order on ex parte application | 0.10 | 975.00 | $97.50 |
| 05/08/2018 | IAWN | BL | Review emails between parties re term sheet (.3); exchange emails with Linda F Cantor re objection and hearing (.3); exchange emails with Linda F Cantor re objection, review the revisions (.4); review further term sheet exchanges (.2); exchange emails with David K Gottlieb and Water Bowser re trial preparation (.1) per Linda F Cantor prepare for hearing re evidence requested by court (1.8); exchange emails with Linda F Cantor re latest status for settlement and plans for hearing tomorrow (.1) | 3.20 | 925.00 | $2,960.00 |
| 05/08/2018 | LFC | BL | Confer with David Gottlieb (.2) and Caroline Mankey (.2) and participate in conference call with Kirkendoll management, Dream Media and Committee counsel regarding term sheet for settlement (.5) | 0.90 | 975.00 | $877.50 |
| 05/08/2018 | LFC | BL | Follow-up call with Beth Young regarding settlement matters | 0.40 | 975.00 | $390.00 |
| 05/08/2018 | LFC | BL | Follow-up call with David Gottlieb regarding settlement discussions | 0.20 | 975.00 | $195.00 |
| 05/08/2018 | LFC | BL | E-mail correspondence regarding Term Sheet revisions | 0.30 | 975.00 | $292.50 |
| 05/08/2018 | LFC | BL | E-mail memo and Confer with Caroline Mankey regarding license to Kirkendoll | 0.20 | 975.00 | $195.00 |
| 05/08/2018 | LFC | BL | E-mails with Kirkendoll regarding license agreement | 0.20 | 975.00 | $195.00 |
| 05/08/2018 | LFC | BL | Review and comment on draft objection to ex parte application to take live testimony at sale hearing | 0.30 | 975.00 | $292.50 |
| 05/08/2018 | LFC | BL | Review and analysis regarding MLA | 0.70 | 975.00 | $682.50 |
| 05/08/2018 | LFC | BL | Review pleadings and preparation for contested hearings on sale and settlement motions | 3.50 | 975.00 | $3,412.50 |
| 05/08/2018 | LFC | BL | Review revised term sheet, analysis of IP issues, confer with Caroline Mankey regarding IP issues and draft e-mail memos regarding same | 1.20 | 975.00 | $1,170.00 |
| 05/08/2018 | LFC | BL | Confer with Beth Young regarding revised term sheet and MLA issues | 0.40 | 975.00 | $390.00 |
| 05/08/2018 | LFC | BL | Confer with David Gottlieb regarding term sheet and MLA issues | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    16

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/08/2018 | LFC | BL | Revise Draft Stipulation regarding resolution of Kirkendoll Objection | 0.40 | 975.00 | $390.00 |
| 05/08/2018 | LFC | BL | Numerous e-mail memos regarding revisions to Term Sheet and settlement issues with Kirkendoll and analysis regarding same | 1.30 | 975.00 | $1,267.50 |
| 05/08/2018 | LFC | BL | Further review and analysis regarding Dream Media revisions to term sheet | 0.60 | 975.00 | $585.00 |
| 05/09/2018 | IAWN | BL | Exchange emails with Linda F Cantor re status (.2); review term sheet emails (.4); prepare for and attend 9019b and sale hearings (6.5) | 6.90 | 925.00 | $6,382.50 |
| 05/09/2018 | LFC | BL | Further review additional revisions to Term Sheet and settlement terms | 0.60 | 975.00 | $585.00 |
| 05/09/2018 | LFC | BL | Further e-mail correspondence regarding Term Sheet provisions | 0.80 | 975.00 | $780.00 |
| 05/09/2018 | LFC | BL | Review case record and evidence in support of settlement and sale motion and outline oral argument | 1.90 | 975.00 | $1,852.50 |
| 05/09/2018 | LFC | BL | Conference calls with Trustee, Beth Young and Ron Bender regarding outstanding issues on Kirkendoll settlement / term sheets | 0.50 | 975.00 | $487.50 |
| 05/09/2018 | LFC | BL | Travel to and from court for hearings on sale and settlement motions | 1.70 | 975.00 | $1,657.50 |
| 05/09/2018 | LFC | BL | Meetings with counsel and attend hearings on Trustee's settlement and sale motions | 3.50 | 975.00 | $3,412.50 |
| 05/10/2018 | IAWN | BL | Exchange emails with Linda F Cantor re term sheet (.2), exchange email with John Bain re 9019b (.1), review notes from hearing and send summary to Linda F Cantor re order re 9019b (.7), review draft order (.2 ) | 1.20 | 925.00 | $1,110.00 |
| 05/10/2018 | LFC | BL | Confer with Trustee regarding execution of term sheet and coordinate with counsel to finalize document and submit to court | 0.30 | 975.00 | $292.50 |
| 05/10/2018 | LFC | BL | Review and respond to e-mail memos from opposing counsel to forms of orders on sale and settlement motion | 0.40 | 975.00 | $390.00 |
| 05/10/2018 | LFC | BL | Draft order approving settlement motion, as modified at the hearing | 1.50 | 975.00 | $1,462.50 |
| 05/11/2018 | IAWN | BL | Review emails re term sheet and 9019 order between Dream Media counsel | 0.30 | 925.00 | $277.50 |
| 05/11/2018 | LFC | BL | Review comments and proposed revisions to Sale and Settlement Motion and incorporate certain revisions in final forms of orders | 1.20 | 975.00 | $1,170.00 |
| 05/11/2018 | LFC | BL | Review and address proposed revisions to term sheet with Kirkendoll | 0.60 | 975.00 | $585.00 |
| 05/11/2018 | LFC | BL | Further review and confer with counsel regarding | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP

Page: 17
Gottlieb, David (Penthouse)

Invoice 119916
32277    00001

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Kirkendoll term sheet | | | |
| 05/11/2018 | RJG | BL | Work with Linda C on Dream Media Agreement. | 1.30 | 1025.00 | $1,332.50 |
| 05/12/2018 | LFC | BL | Work on sale and settlement orders | 0.80 | 975.00 | $780.00 |
| 05/12/2018 | LFC | BL | Review revised forms of orders on sale and settlement | 0.40 | 975.00 | $390.00 |
| 05/13/2018 | IAWN | BL | Review emails re term sheet, 9019b order and sale order between Dream Media counsel | 0.50 | 925.00 | $462.50 |
| 05/13/2018 | LFC | BL | Review draft revisions to orders, bidding procedures, notices | 0.90 | 975.00 | $877.50 |
| 05/13/2018 | LFC | BL | Work on revised forms of orders and e-mail correspondence with interested parties and finalize orders and forms of notices | 1.30 | 975.00 | $1,267.50 |
| 05/13/2018 | LFC | BL | Confer with Janice G Washington regarding uploading and service of sale and settlement orders | 0.30 | 975.00 | $292.50 |
| 05/13/2018 | LFC | BL | Address outstanding matters on sale order with interested parties | 0.50 | 975.00 | $487.50 |
| 05/16/2018 | LFC | BL | Review orders entered by the court on sale and settlement | 0.20 | 975.00 | $195.00 |
| 05/19/2018 | IAWN | BL | Exchange emails with Linda F Cantor re working on motion (.1), review file re prior emails for status (.8), exchange emails and telephone calls with Linda F Cantor re one or two motions (.5) | 1.40 | 925.00 | $1,295.00 |
| 05/20/2018 | IAWN | BL | Prepare David K Gottlieb 9019b declaration, review 9019b draft motion, revise, exchange emails with Linda F Cantor re same | 2.80 | 925.00 | $2,590.00 |
| 05/21/2018 | IAWN | BL | Revised and finalized 9019b motion re John D Kirkendoll, declaration of David K Gottlieb, exchanged telephone calls with David K Gottlieb, John Bain, re same, office conferences with Linda F Cantor re same | 5.50 | 925.00 | $5,087.50 |
| 05/21/2018 | LFC | BL | Review settlement motion and provide comments | 0.30 | 975.00 | $292.50 |
| 05/21/2018 | JMM | BL | Research re Delaware vs. California law | 1.00 | 495.00 | $495.00 |
| 05/23/2018 | LFC | BL | Review and revise draft notice of withdrawal of objection to Dream Media's proof of claim | 0.30 | 975.00 | $292.50 |
| 05/23/2018 | LFC | BL | Review files and correspondence regarding turnover demand | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | IAWN | BL | Review draft complaint from Dream Media, analyze and comment upon (.8), exchange telephone calls with Beth Young re same (.3) | 1.10 | 925.00 | $1,017.50 |
| 05/29/2018 | LFC | BL | Review pleadings for Kirkdendoll hearings | 0.80 | 975.00 | $780.00 |
| 05/30/2018 | IAWN | BL | Attend hearing and post-hearing meetings re same | 1.50 | 925.00 | $1,387.50 |
| 05/30/2018 | IAWN | BL | Prepare for hearing, review Driver emails etc., exchange emails and telephone conferences with | 1.80 | 925.00 | $1,665.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    18
Gottlieb, David (Penthouse)                                         Invoice 119916
32277    00001                                                      May 31, 2018

|            |      |    |                                                                                                                          | Hours | Rate | Amount |
|------------|------|----|----------------------------------------------------------------------------------------------------------------------------------|-------|------|--------|
|            |      |    | Linda F Cantor re hearing                                                                                                         |       |      |        |
| 05/30/2018 | LFC  | BL | Review pleadings and prepare for hearings on Kirkendoll settlement and sale motions                                              | 0.80  | 975.00 | $780.00 |
| 05/30/2018 | LFC  | BL | Travel to and from court and attend hearings on Kirkendoll settlement and sale motion and debtors' request for allowance and payment of administrative claims including meeting with Kirkendoll following hearing | 3.00  | 975.00 | $2,925.00 |
| 05/31/2018 | IAWN | BL | Office conferences, telephone conferences and emails with Linda F Cantor re Al Masse declaration (.5), review Al Masse employment application, reports, and emails (.8), prepare Al Masse declaration (.9), revise same with Linda F Cantor comments and send to Al Masse (.2) | 2.40  | 925.00 | $2,220.00 |
|            |      |    |                                                                                                                                  | **112.50** |      | **$106,212.50** |

## Case Administration [B110]

|            |     |    |                                                                                  | Hours | Rate   | Amount   |
|------------|-----|----|----------------------------------------------------------------------------------|-------|--------|----------|
| 05/07/2018 | LFC | CA | Confer with Beth Dassa regarding amended schedules and licensee updates          | 0.20  | 975.00 | $195.00  |
| 05/07/2018 | BDD | CA | Email L. Cantor re misc. case matters                                            | 0.10  | 375.00 | $37.50   |
| 05/07/2018 | BDD | CA | Confer with L. Cantor re misc. case tasks                                        | 0.20  | 375.00 | $75.00   |
| 05/11/2018 | BDD | CA | Email L. Cantor re critical dates memo                                           | 0.10  | 375.00 | $37.50   |
| 05/14/2018 | BDD | CA | Update critical dates memo;  email L. Cantor and M. Desjardien re same           | 0.70  | 375.00 | $262.50  |
| 05/16/2018 | BDD | CA | Confer with L. Cantor re motion for order limiting notice                        | 0.10  | 375.00 | $37.50   |
| 05/16/2018 | BDD | CA | Email L. Cantor re motion for order limiting scope of notice                     | 0.10  | 375.00 | $37.50   |
| 05/17/2018 | BDD | CA | Update critical dates memo                                                       | 0.20  | 375.00 | $75.00   |
| 05/17/2018 | BDD | CA | Email M. DesJardien re calendaring matters                                       | 0.10  | 375.00 | $37.50   |
| 05/17/2018 | BDD | CA | Email L. Cantor re updated critical dates memo                                   | 0.10  | 375.00 | $37.50   |
| 05/23/2018 | LFC | CA | Review and update critical dates for sales and contract hearings                 | 0.20  | 975.00 | $195.00  |
| 05/23/2018 | LFC | CA | Review and revise motion to limit scope of notice and related pleadings          | 0.50  | 975.00 | $487.50  |
| 05/23/2018 | BDD | CA | Email L. Cantor re updating creditor matrix                                      | 0.10  | 375.00 | $37.50   |
| 05/23/2018 | BDD | CA | Email L. Cantor re order to limit notice                                         | 0.10  | 375.00 | $37.50   |
| 05/24/2018 | BDD | CA | Email L. Cantor re motion for order limiting notice                              | 0.10  | 375.00 | $37.50   |
| 05/24/2018 | BDD | CA | Review service list re motion for order limiting notice; email J. Washington re same | 0.30  | 375.00 | $112.50  |
|            |     |    |                                                                                  | **3.20** |      | **$1,740.00** |

Pachulski Stang Ziehl & Jones LLP      Page:   19
Gottlieb, David (Penthouse)      Invoice 119916
32277     00001      May 31, 2018

## Claims Admin/Objections[B310]

| Date | Init | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 05/01/2018 | BDD | CO | Email, Lucky at WebDotCalm re proof of claim filing instructions | 0.10 | 375.00 | $37.50 |
| 05/14/2018 | LFC | CO | Review M-7 payment schedule and calculate amounts owed by both parties | 0.50 | 975.00 | $487.50 |
| 05/14/2018 | BDD | CO | Confer with L. Cantor re bar date order | 0.10 | 375.00 | $37.50 |
| 05/16/2018 | BDD | CO | Email L. Cantor re bar date order | 0.10 | 375.00 | $37.50 |
| 05/16/2018 | BDD | CO | Revisions to bar date order; email L. Cantor re same | 0.20 | 375.00 | $75.00 |
| 05/16/2018 | BDD | CO | Call to M. Farag re bar date order | 0.10 | 375.00 | $37.50 |
| 05/16/2018 | BDD | CO | Confer with M. Kulick re bar date order | 0.10 | 375.00 | $37.50 |
| 05/16/2018 | BDD | CO | Revisions to Notice of Bar Date | 0.10 | 375.00 | $37.50 |
| 05/16/2018 | BDD | CO | Confer with L. Cantor re service of bar date notice | 0.10 | 375.00 | $37.50 |
| 05/17/2018 | LFC | CO | Confer with Beth Dassa regarding bar date and notices | 0.10 | 975.00 | $97.50 |
| 05/17/2018 | LFC | CO | Review notes of hearings and confer with Beth Dassa and clerk regarding bar date order | 0.30 | 975.00 | $292.50 |
| 05/17/2018 | BDD | CO | Call with M. Farag at BK court re bar date order | 0.10 | 375.00 | $37.50 |
| 05/17/2018 | BDD | CO | Confer with L. Cantor re bar date order | 0.10 | 375.00 | $37.50 |
| 05/17/2018 | BDD | CO | Email M. Kulick re entry of bar date order | 0.10 | 375.00 | $37.50 |
| 05/22/2018 | LFC | CO | E-mail memos with creditors regarding cure amounts under executory contracts and confer with Company regarding amounts due and owing based on books and records | 0.40 | 975.00 | $390.00 |
| 05/23/2018 | LFC | CO | Review Bar Date Notice form | 0.10 | 975.00 | $97.50 |
| 05/23/2018 | LFC | CO | Address questions from company regarding employee claims, Verizon claims and Palm Coast Data LLC | 0.50 | 975.00 | $487.50 |
| 05/23/2018 | BDD | CO | Revisions to Notice of bar date and proof of claim form; email L. Cantor re same | 0.20 | 375.00 | $75.00 |
| 05/24/2018 | BDD | CO | Email L. Cantor re bar date notice | 0.10 | 375.00 | $37.50 |
| 05/24/2018 | BDD | CO | Email L. Cantor re bar date notice | 0.10 | 375.00 | $37.50 |
| 05/25/2018 | BDD | CO | Email L. Cantor re bar date notice | 0.10 | 375.00 | $37.50 |
| 05/29/2018 | LFC | CO | Review and estimate administrative claims | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | LFC | CO | Confer with counsel for OUST regarding insider compensation matters and review pleadings regarding same | 0.60 | 975.00 | $585.00 |
| 05/29/2018 | BDD | CO | Revisions to bar date notice; email J. Washington re same | 0.20 | 375.00 | $75.00 |
| 05/29/2018 | BDD | CO | Call to court clerk re proof of claims re Notice of Bar Date | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    20

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/29/2018 | BDD | CO | Email L. Cantor re Notice of Bar Date/Proof of Claim | 0.10 | 375.00 | $37.50 |
| 05/29/2018 | BDD | CO | Confer with L. Cantor re proof of claim | 0.10 | 375.00 | $37.50 |
| 05/29/2018 | BDD | CO | Email L. Cantor and J. Washington re finalized proof of claim form | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | LFC | CO | Address claims and amended schedules with company and meeting with Beth Dassa regarding amended schedules preparation | 0.40 | 975.00 | $390.00 |
| 05/30/2018 | BDD | CO | Call with Michael (Judge Barash's clerk) re form proof of claim | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | CO | Call with E. Colson at BK court re proof of claim form | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | CO | Email L. Cantor re bar date notice and proof of claim | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | CO | Email J. Washington re bar date notice | 0.10 | 375.00 | $37.50 |
| 05/31/2018 | BDD | CO | Email Lucky at WebDotCalm re filing proof of claim | 0.10 | 375.00 | $37.50 |
| | | | | 6.00 | | $4,170.00 |

## Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2018 | LFC | EC | Review licensing matters  and process for assumption/ assignment and addressing objections for APA and contract procedures motion | 0.80 | 975.00 | $780.00 |
| 05/01/2018 | LFC | EC | Confer with UST counsel regarding filing document under seal and addressing EC issues | 0.30 | 975.00 | $292.50 |
| 05/01/2018 | JK | EC | Review Mason Street lease and correspondence regarding same (0.20); Telephone conference and email exchange with landlord's counsel A. Nahmias regarding requested extension of time to assume or reject (0.30). | 0.50 | 775.00 | $387.50 |
| 05/02/2018 | LFC | EC | Address executory contract assumption/rejection matters | 0.40 | 975.00 | $390.00 |
| 05/02/2018 | LFC | EC | Analysis of contract issues  (.4) and telephone conference with Victoria Newmark regarding procedures for assumption and assignment of executory contracts  (.5) | 0.90 | 975.00 | $877.50 |
| 05/02/2018 | LFC | EC | Review executory contract scheduled by debtors and additional licensee notifications | 0.50 | 975.00 | $487.50 |
| 05/02/2018 | JK | EC | Telephone conference with Linda F. Cantor regarding modifying draft M7 Agreement to credit pre-petition amounts due and owing to estate (0.20); Revise agreement accordingly (0.80); Conference with W. Bowser and Linda F. Cantor regarding same (1.00); Analyze calculations of pre-petition and | 2.50 | 775.00 | $1,937.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | post-petition amounts owing and from M7 (0.40); Email exchange Defendant. Gottlieb regarding same (0.10). | | | |
| 05/03/2018 | LFC | EC | Review M7 Reply to settlement proposal and draft memo regarding same | 0.30 | 975.00 | $292.50 |
| 05/03/2018 | LFC | EC | Review draft motion to assume and assign executory contracts | 0.50 | 975.00 | $487.50 |
| 05/03/2018 | LFC | EC | Confer with David Gottlieb regarding M7 and Kirkendoll licenses and plan issues | 0.40 | 975.00 | $390.00 |
| 05/03/2018 | LFC | EC | Draft outline of executory contract issues for sale or plan | 0.30 | 975.00 | $292.50 |
| 05/03/2018 | JK | EC | Telephone conference with Linda F. Cantor regarding recalculation of payment due M7 without including preference; Review calculation. | 0.30 | 775.00 | $232.50 |
| 05/03/2018 | JK | EC | Telephone conference with A. Nahmias regarding conditions for landlord agreement to extend time to assume or reject (0.20); Telephone conference with Linda F. Cantor regarding same (0.10); Preparation of correspondence to D. Gottlieb regarding same (0.10). | 0.40 | 775.00 | $310.00 |
| 05/04/2018 | JK | EC | Further email exchange with D. Gottlieb regarding lease for smaller office space. | 0.10 | 775.00 | $77.50 |
| 05/07/2018 | LFC | EC | Review and comment on motion to assume and assign executory contracts | 0.60 | 975.00 | $585.00 |
| 05/07/2018 | LFC | EC | Review stipulation to extend lease assumption / rejection date | 0.10 | 975.00 | $97.50 |
| 05/07/2018 | LFC | EC | Telephone conference with counsel for OMNI regarding sale of assets | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | LFC | EC | Address licensee issues for assumption/assignment motion and sale | 0.70 | 975.00 | $682.50 |
| 05/07/2018 | LFC | EC | Review schedule of licenses | 0.20 | 975.00 | $195.00 |
| 05/07/2018 | JK | EC | Review motion to sell substantially all assets (0.20); Telephone conference and email exchange with A. Nahmias regarding request to stipulate to extension of time to assume or reject real property lease (0.30); Preparation of stipulation extending time to assume or reject (1.60); Email exchange Linda F. Cantor regarding same (0.10) | 2.20 | 775.00 | $1,705.00 |
| 05/08/2018 | JK | EC | Preparation of order approving stipulation extending time to assume or reject Mason Avenue lease. | 0.50 | 775.00 | $387.50 |
| 05/09/2018 | JK | EC | Telephone conference and email exchange with A. Nahmias regarding draft stipulation with Mason Avenue landlord (0.20); Email exchange D. Gottlieb regarding same (0.10). | 0.30 | 775.00 | $232.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    22

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2018 | LFC | EC | Review executory contract schedule for filing with assumption and assignment motion | 0.30 | 975.00 | $292.50 |
| 05/10/2018 | LFC | EC | Confer with Province and Penthouse regarding revisions to schedule of executory contracts | 0.40 | 975.00 | $390.00 |
| 05/10/2018 | JK | EC | Revise stipulation with landlord, finalize order and prepare same for filing. | 0.30 | 775.00 | $232.50 |
| 05/10/2018 | JK | EC | Telephone conference and email exchange with A. Nahmias regarding revision of stipulation with landlord; Email exchange Linda F. Cantor regarding same. | 0.30 | 775.00 | $232.50 |
| 05/11/2018 | LFC | EC | Review updated contract schedule | 0.50 | 975.00 | $487.50 |
| 05/11/2018 | LFC | EC | Review and consider executory contract matters | 0.60 | 975.00 | $585.00 |
| 05/11/2018 | LFC | EC | Confer with counsel for M7 regarding assumption and assignment of M7 agreement contract | 0.50 | 975.00 | $487.50 |
| 05/11/2018 | JK | EC | Review entered order extending time to assume or reject Mason Ave. lease; Email exchange D. Gottlieb regarding same. | 0.10 | 775.00 | $77.50 |
| 05/12/2018 | LFC | EC | Review updated executory contract schedule and outstanding contract matters | 0.60 | 975.00 | $585.00 |
| 05/13/2018 | LFC | EC | Work on executory contract schedule for motion and review post-petition contracts for APA | 1.40 | 975.00 | $1,365.00 |
| 05/13/2018 | LFC | EC | Review and revise draft of motion to assume and assign executory contracts and notices of intent to assume and assign and related pleadings | 1.70 | 975.00 | $1,657.50 |
| 05/15/2018 | LFC | EC | Telephone conference with M7 regarding contract obligations, offsets and withdrawal of motion to compel assumption or rejection | 0.20 | 975.00 | $195.00 |
| 05/15/2018 | LFC | EC | Draft opposition to motion to compel assumption /assignment of contract by M7 | 1.40 | 975.00 | $1,365.00 |
| 05/15/2018 | LFC | EC | Research obligations to / from M7 | 0.60 | 975.00 | $585.00 |
| 05/15/2018 | LFC | EC | Review revised contract schedule | 0.40 | 975.00 | $390.00 |
| 05/16/2018 | LFC | EC | Review M7 outstanding invoices and payments | 0.40 | 975.00 | $390.00 |
| 05/16/2018 | LFC | EC | Review and comment on form of correspondence with licensees | 0.20 | 975.00 | $195.00 |
| 05/16/2018 | LFC | EC | Draft correspondence to contract parties regarding assumption / rejection of contracts | 0.20 | 975.00 | $195.00 |
| 05/21/2018 | LFC | EC | Review oppositions to motion to assume and assign | 0.20 | 975.00 | $195.00 |
| 05/21/2018 | LFC | EC | Confer with company regarding license agreements in respond to inquiries on cure amounts in motion to assume and assign contracts | 0.50 | 975.00 | $487.50 |
| 05/21/2018 | LFC | EC | Confer with licensees regarding cure and settlement of oppositions to assumption motion | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    23

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/21/2018 | LFC | EC | Review M7 stipulation | 0.10 | 975.00 | $97.50 |
| 05/22/2018 | LFC | EC | Review and address e-mail memos regarding executory contracts, review and objection matters | 0.50 | 975.00 | $487.50 |
| 05/23/2018 | LFC | EC | Review and respond to licensor questions regarding executory contract schedule | 0.20 | 975.00 | $195.00 |
| 05/23/2018 | LFC | EC | Review  pleadings and papers for hearings on sales and contract assumption matters | 0.80 | 975.00 | $780.00 |
| 05/30/2018 | LFC | EC | Review executory contract oppositions and terms of agreements | 0.50 | 975.00 | $487.50 |
| 05/31/2018 | LFC | EC | Analysis of executory contract matters with respect to Alpha Cygni objection | 0.40 | 975.00 | $390.00 |
| | | | | 26.70 | | $24,532.50 |

## Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2018 | BDD | FF | Email L. Cantor re Schedules | 0.10 | 375.00 | $37.50 |
| 05/03/2018 | BDD | FF | Confer with M. Kulick re Schedules/SOFAs for all related debtor cases | 0.10 | 375.00 | $37.50 |
| 05/03/2018 | BDD | FF | Review Schedule G for all debtors | 0.70 | 375.00 | $262.50 |
| 05/03/2018 | BDD | FF | Confer with J. Washington re Schedule G | 0.20 | 375.00 | $75.00 |
| 05/03/2018 | BDD | FF | Confer with M. Kulick re Schedule G for all debtors | 0.10 | 375.00 | $37.50 |
| 05/03/2018 | BDD | FF | Email M. Kulick re Schedule G | 0.10 | 375.00 | $37.50 |
| 05/15/2018 | BDD | FF | Review/analyze all Schedules/SOFAs for 15 debtors; draft email to company re amending/filing Schedules/SOFAs | 3.20 | 375.00 | $1,200.00 |
| 05/16/2018 | BDD | FF | Email L. Cantor re draft email to C. Brandt re amending/filing Schedules/SOFAs (15 debtor entities) | 0.20 | 375.00 | $75.00 |
| 05/17/2018 | BDD | FF | Email L. Cantor re FTS to add to list of creditors | 0.10 | 375.00 | $37.50 |
| 05/23/2018 | BDD | FF | Email C. Brandt re amending schedules/SOFAs | 0.20 | 375.00 | $75.00 |
| 05/23/2018 | BDD | FF | Email C. Brandt re filed schedules | 0.10 | 375.00 | $37.50 |
| 05/24/2018 | BDD | FF | Email C. Brandt re debtors that have filed schedules/sofas | 0.10 | 375.00 | $37.50 |
| 05/24/2018 | BDD | FF | Call with/emails to M. Gedeon re amending/filing Schedules/SOFAs | 1.10 | 375.00 | $412.50 |
| 05/24/2018 | BDD | FF | Email L. Cantor re amending/filing schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | FF | Email M. Gedeon re preparation of additional Schedules/SOFAs and amending previously filed Schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | FF | Email M. Gedeon re Schedules/SOFAs | 0.10 | 375.00 | $37.50 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 15:57:15    Desc
Main Document    Page 302 of 436

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    24

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/30/2018 | BDD | FF | Call with M. Gedeon re Schedules/SOFAs | 0.60 | 375.00 | $225.00 |
| 05/30/2018 | BDD | FF | Email M. Gedeon re amending schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| 05/30/2018 | BDD | FF | Email L. Cantor re updated Schedules/SOFAs and call with M. Gedeon | 0.10 | 375.00 | $37.50 |
| 05/31/2018 | BDD | FF | Review Schedules re WebDotCalm; email L. Cantor re same | 0.20 | 375.00 | $75.00 |
| 05/31/2018 | BDD | FF | Email J. Washington re WebDotCalm | 0.10 | 375.00 | $37.50 |
| 05/31/2018 | BDD | FF | Email M. Gedeon re Amended Schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| | | | | **7.80** | | **$2,925.00** |

### Financing [B230]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/10/2018 | LFC | FN | Work on draft cash collateral stipulated order and budget and e-mail memos with Dream Media counsel regarding same | 0.60 | 975.00 | $585.00 |
| 05/10/2018 | LFC | FN | Prepare notice of proposed cash collateral order | 0.10 | 975.00 | $97.50 |
| | | | | **0.70** | | **$682.50** |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/24/2018 | IAWN | IC | Exchange emails with Penthouse and broker re insurance | 0.10 | 925.00 | $92.50 |
| | | | | **0.10** | | **$92.50** |

### Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/2018 | LFC | LN | Review and revise motion to stay District Court litigation regarding Frommer and revise supporting declarations | 0.60 | 975.00 | $585.00 |
| 05/17/2018 | LFC | LN | Confer with IP counsel regarding Jerrick claims and email memos to investment banker regarding same | 0.30 | 975.00 | $292.50 |
| 05/29/2018 | LFC | LN | Confer with counsel for Alpha Cygna regarding purchase of its rights that are subject to litigation | 0.20 | 975.00 | $195.00 |
| 05/30/2018 | LFC | LN | Confer with IP counsel regarding Frommer litigation and offer | 0.30 | 975.00 | $292.50 |
| 05/31/2018 | LFC | LN | Confer with Jim Hunter regarding Jerrick offer and litigation settlement | 0.20 | 975.00 | $195.00 |
| | | | | **1.60** | | **$1,560.00** |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/08/2018 | LFC | OP | Review and respond to e-mail memos regarding operating expenses, outstanding invoices, retention of special counsel and potential consequences of | 0.70 | 975.00 | $682.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    25

Invoice 119916

May 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | auction | | | |
| 05/09/2018 | LFC | OP | Review updated balance sheets and operating results throughout the case | 0.30 | 975.00 | $292.50 |
| 05/10/2018 | LFC | OP | Review schedule of pending intellectual property registration deadlines and outstanding matters from IP counsel | 0.40 | 975.00 | $390.00 |
| 05/11/2018 | LFC | OP | Review outstanding trademark registration matters and outstanding operating issues | 1.90 | 975.00 | $1,852.50 |
| 05/14/2018 | LFC | OP | Confer with D. Gottlieb regarding limiting continuing obligations pending sale and other pending matters | 0.20 | 975.00 | $195.00 |
| 05/14/2018 | LFC | OP | Address operating issues / creditor e-mails | 0.50 | 975.00 | $487.50 |
| 05/15/2018 | LFC | OP | Telephone conference with Dream Media, counsel and Trustee regarding continued operations | 0.30 | 975.00 | $292.50 |
| 05/17/2018 | LFC | OP | E-mail correspondence with company regarding operating matters | 0.40 | 975.00 | $390.00 |
| | | | | 4.70 | | $4,582.50 |

### Plan & Disclosure Stmt. [B320]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2018 | LFC | PD | Outline issues for discussion of Club Licensee plan | 0.30 | 975.00 | $292.50 |
| 05/03/2018 | LFC | PD | Outline plan expense matters for Kirkendoll call | 0.50 | 975.00 | $487.50 |
| 05/04/2018 | LFC | PD | Follow-up call with Trustee regarding Kirkendoll plan issues | 0.30 | 975.00 | $292.50 |
| 05/04/2018 | LFC | PD | Review plan matters | 0.80 | 975.00 | $780.00 |
| 05/08/2018 | JJK | PD | Emails Cantor on plan/DS. | 0.10 | 775.00 | $77.50 |
| 05/10/2018 | JJK | PD | Review docs/filings; prepare plan. | 1.60 | 775.00 | $1,240.00 |
| 05/11/2018 | JJK | PD | Review docs/filings for plan. | 1.00 | 775.00 | $775.00 |
| 05/17/2018 | LFC | PD | Confer with Jonathan J Kim regarding plan of liquidation | 0.10 | 975.00 | $97.50 |
| | | | | 4.70 | | $4,042.50 |

### Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/15/2018 | LFC | RP | Finalize Order on Broadway Advisors retention application | 0.20 | 975.00 | $195.00 |
| | | | | 0.20 | | $195.00 |

### Ret. of Prof./Other

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2018 | LFC | RPO | Review, provide comments regarding Akerman retention application and revise pleadings accordingly | 0.80 | 975.00 | $780.00 |

Pachulski Stang Ziehl & Jones LLP                                              Page:    26
Gottlieb, David (Penthouse)                                                    Invoice 119916
32277     00001                                                                May 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2018 | LFC | RPO | Finalize notice of errata re Akerman application | 0.10 | 975.00 | $97.50 |
| 05/07/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman retention | 0.10 | 375.00 | $37.50 |
| 05/07/2018 | BDD | RPO | Email J. Brickell re Pryor Cashman retention application | 0.10 | 375.00 | $37.50 |
| 05/08/2018 | BDD | RPO | Email L. Cantor re J. Brickell email re Pryor Cashman retention | 0.10 | 375.00 | $37.50 |
| 05/15/2018 | BDD | RPO | Email L. Cantor re Pryor Cashman employment | 0.10 | 375.00 | $37.50 |
| 05/22/2018 | LFC | RPO | Draft Order approving Akerman retention and review CNO | 0.30 | 975.00 | $292.50 |
| 05/22/2018 | LFC | RPO | Review CNO and Prepare order on retention of Akerman | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 1.80 |  | $1,515.00 |

### Stay Litigation [B140]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 05/16/2018 | BDD | SL | Email L. Cantor re 362 violations and letters re same | 0.10 | 375.00 | $37.50 |
|  |  |  |  | 0.10 |  | $37.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                           **$263,350.00**

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 16:57:15    Desc
Main Document    Page 205 of 296

| Pachulski Stang Ziehl & Jones LLP | Page: 27 |
|---|---|
| Gottlieb, David (Penthouse) | Invoice 119916 |
| 32277    00001 | May 31, 2018 |

### Expenses

| | | | |
|---|---|---|---|
| 03/28/2018 | RS | Research [E106] Parasec, Inv. 115370701, BDD | 1,749.25 |
| 03/29/2018 | RS | Research [E106] Parasec, Inv. 115416901, BDD | 126.00 |
| 04/06/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 4.12 |
| 04/21/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 8.51 |
| 04/22/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 8.44 |
| 04/23/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 13.23 |
| 04/27/2018 | FE | Federal Express [E108] | 26.41 |
| 04/30/2018 | FE | Federal Express [E108] | 9.39 |
| 05/01/2018 | LV | Legal Vision Atty/Mess. Service- Legal Vision, Inv. 01629, JWG | 120.00 |
| 05/01/2018 | PO | 32277.00001 :Postage Charges for 05-01-18 | 20.20 |
| 05/01/2018 | RE | ( 18 @0.20 PER PG) | 3.60 |
| 05/01/2018 | RE | ( 160 @0.20 PER PG) | 32.00 |
| 05/01/2018 | RE | ( 424 @0.20 PER PG) | 84.80 |
| 05/01/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/01/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/01/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/01/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/01/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/01/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/01/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    28

Invoice 119916

May 31, 2018

| 05/01/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
|---|---|---|---|
| 05/01/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/02/2018 | BB | 32277.00001 Bloomberg Charges for 05-02-18 | 30.00 |
| 05/02/2018 | BB | 32277.00001 Bloomberg Charges for 05-02-18 | 0.40 |
| 05/02/2018 | BB | 32277.00001 Bloomberg Charges for 05-02-18 | 0.20 |
| 05/02/2018 | BB | 32277.00001 Bloomberg Charges for 05-02-18 | 0.40 |
| 05/02/2018 | FE | 32277.00001 FedEx Charges for 05-02-18 | 9.39 |
| 05/02/2018 | FE | 32277.00001 FedEx Charges for 05-02-18 | 9.39 |
| 05/02/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01742, San Fernando Bankruptcy Court, LFC/Noni | 65.00 |
| 05/02/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01747, Panini Kabob Grill, Jasmine | 75.00 |
| 05/02/2018 | PO | 32277.00001 :Postage Charges for 05-02-18 | 13.60 |
| 05/02/2018 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 05/02/2018 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 05/02/2018 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 05/02/2018 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 05/02/2018 | RE | ( 190 @0.20 PER PG) | 38.00 |
| 05/02/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/02/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/02/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/02/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/02/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    29

Invoice 119916

May 31, 2018

| 05/02/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
|---|---|---|---|
| 05/02/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/02/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/02/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/02/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/02/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/02/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/02/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/02/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/02/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/02/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 05/02/2018 | TR | Transcript [E116] The Sullivan Group of Court Reporters, Inv. 69648, IAWN | 5,822.69 |
| 05/03/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01748, San Fernando Bankruptcy Court, Janice | 97.50 |
| 05/03/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01750, Beth Young @ Levene, LFC | 10.00 |
| 05/03/2018 | RE | ( 55 @0.20 PER PG) | 11.00 |
| 05/03/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/03/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/03/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 05/03/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    30
Gottlieb, David (Penthouse)                                         Invoice 119916
32277    00001                                                      May 31, 2018

---

| 05/03/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/03/2018 | TR | Transcript [E116] The Sullivan Group of Court Reporters, Inv. 69652, LFC | 1,335.85 |
| 05/04/2018 | LN | 32277.00001 Lexis Charges for 05-04-18 | 79.25 |
| 05/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/04/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/04/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/04/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/04/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/04/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/07/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/07/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/07/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 19:57:15    Desc
Main Document    Page 269 of 296

Pachulski Stang Ziehl & Jones LLP                                        Page:    31
Gottlieb, David (Penthouse)                                             Invoice 119916
32277    00001                                                          May 31, 2018

---

| 05/07/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/07/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 05/07/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/07/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 05/08/2018 | FE | 32277.00001 FedEx Charges for 05-08-18 | 9.42 |
| 05/08/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/08/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/08/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/08/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/08/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/08/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/08/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/08/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/08/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/08/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/08/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 05/08/2018 | RE2 | SCAN/COPY ( 121 @0.10 PER PG) | 12.10 |
| 05/09/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/09/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/10/2018 | FE | 32277.00001 FedEx Charges for 05-10-18 | 9.42 |
| 05/10/2018 | FE | 32277.00001 FedEx Charges for 05-10-18 | 9.42 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    32
Invoice 119916
May 31, 2018

| | | | |
|---|---|---|---:|
| 05/10/2018 | PO | 32277.00001 :Postage Charges for 05-10-18 | 9.52 |
| 05/10/2018 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 05/10/2018 | RE | ( 112 @0.20 PER PG) | 22.40 |
| 05/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/10/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/10/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/10/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/10/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/10/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/10/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/10/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/10/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/10/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/10/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/10/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/10/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/10/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/10/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/10/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     33
Invoice 119916
May 31, 2018

| | | | |
|---|---|---|---:|
| 05/10/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/10/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/10/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/11/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01761, San Fernando Bankruptcy Court, JGW | 97.50 |
| 05/11/2018 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 05/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/11/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/11/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/11/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/11/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 05/11/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 212 of 436

Pachulski Stang Ziehl & Jones LLP                          Page:    34
Gottlieb, David (Penthouse)                               Invoice 119916
32277    00001                                            May 31, 2018

---

| 05/11/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/11/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/13/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/13/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/13/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/13/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/13/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/14/2018 | FE | 32277.00001 FedEx Charges for 05-14-18 | 9.42 |
| 05/14/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01764, Los Angeles Bankruptcy Court, Janice | 82.50 |
| 05/14/2018 | PO | 32277.00001 :Postage Charges for 05-14-18 | 20.50 |
| 05/14/2018 | PO | 32277.00001 :Postage Charges for 05-14-18 | 539.56 |
| 05/14/2018 | RE | ( 58 @0.20 PER PG) | 11.60 |
| 05/14/2018 | RE | ( 59 @0.20 PER PG) | 11.80 |
| 05/14/2018 | RE | ( 580 @0.20 PER PG) | 116.00 |
| 05/14/2018 | RE | ( 3024 @0.20 PER PG) | 604.80 |
| 05/14/2018 | RE | ( 3584 @0.20 PER PG) | 716.80 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/18 Entered 09/16/18 15:57:15 Desc
Main Document Page 213 of 296

Pachulski Stang Ziehl & Jones LLP                                    Page:   35
Gottlieb, David (Penthouse)                                          Invoice 119916
32277    00001                                                       May 31, 2018

---

| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/14/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/14/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/14/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/14/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/14/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/14/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/14/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/14/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 05/14/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    36
Invoice 119916
May 31, 2018

| | | | |
|---|---|---|---|
| 05/14/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/14/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/14/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/14/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/14/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/14/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/14/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/14/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/14/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/14/2018 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 05/14/2018 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 05/15/2018 | FE | 32277.00001 FedEx Charges for 05-15-18 | 9.42 |
| 05/15/2018 | FE | 32277.00001 FedEx Charges for 05-15-18 | 9.42 |
| 05/15/2018 | FE | 32277.00001 FedEx Charges for 05-15-18 | 9.42 |
| 05/15/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01794, San Fernando Bankruptcy Court, JGW | 97.50 |
| 05/15/2018 | PO | 32277.00001 :Postage Charges for 05-15-18 | 17.80 |
| 05/15/2018 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 05/15/2018 | RE | ( 560 @0.20 PER PG) | 112.00 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 16:30:41    Desc
Main Document    Page 215 of 296

Pachulski Stang Ziehl & Jones LLP                                    Page:    37
Gottlieb, David (Penthouse)                                         Invoice 119916
32277    00001                                                      May 31, 2018

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 05/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/15/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/15/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 05/15/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 05/15/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 05/15/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/15/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/15/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/15/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/15/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/15/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 05/15/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/15/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/15/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/15/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/15/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/15/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/15/2018 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 05/16/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 4.00 |
| 05/16/2018 | LV | Legal Vision Atty/Mess. Service- Inv. #01877, San Fernando | 97.50 |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/19   Entered 09/16/19 15:57:15   Desc
Main Document      Page 218 of 496

Pachulski Stang Ziehl & Jones LLP                                Page:    38
Gottlieb, David (Penthouse)                                     Invoice 119916
32277    00001                                                  May 31, 2018

---

|            |     | Bankruptcy Court, BDD/Myra        |      |
|------------|-----|-----------------------------------|------|
| 05/16/2018 | RE  | ( 2 @0.20 PER PG)                 | 0.40 |
| 05/16/2018 | RE  | ( 13 @0.20 PER PG)                | 2.60 |
| 05/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)       | 0.10 |
| 05/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)       | 0.10 |
| 05/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)       | 0.10 |
| 05/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)       | 0.10 |
| 05/16/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)       | 0.10 |
| 05/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)       | 0.20 |
| 05/16/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)       | 0.20 |
| 05/16/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG)       | 0.30 |
| 05/16/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG)       | 0.30 |
| 05/16/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)       | 0.40 |
| 05/16/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG)       | 0.50 |
| 05/16/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)       | 0.60 |
| 05/16/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG)      | 1.30 |
| 05/16/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG)      | 1.30 |
| 05/16/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG)      | 1.60 |
| 05/16/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG)      | 1.80 |
| 05/16/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG)      | 2.00 |
| 05/16/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG)      | 2.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:    39
Gottlieb, David (Penthouse)                               Invoice 119916
32277    00001                                            May 31, 2018

---

| 05/17/2018 | FE | 32277.00001 FedEx Charges for 05-17-18 | 9.42 |
| 05/17/2018 | PO | 32277.00001 :Postage Charges for 05-17-18 | 439.19 |
| 05/17/2018 | RE | ( 78 @0.20 PER PG) | 15.60 |
| 05/17/2018 | RE | ( 118 @0.20 PER PG) | 23.60 |
| 05/17/2018 | RE | ( 3550 @0.20 PER PG) | 710.00 |
| 05/17/2018 | RE | ( 3550 @0.20 PER PG) | 710.00 |
| 05/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/17/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/17/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/17/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/17/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/17/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/17/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   40
Gottlieb, David (Penthouse)                                         Invoice 119916
32277     00001                                                    May 31, 2018

---

| 05/17/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/17/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/17/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/17/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/17/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/17/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/17/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 05/17/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/17/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 05/18/2018 | FF | Filing Fee [E112] Courts/USBC, LFC | 107.64 |
| 05/18/2018 | PO | 32277.00001 :Postage Charges for 05-18-18 | 1.84 |
| 05/18/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/18/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/18/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/18/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 05/18/2018 | RE2 | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 05/20/2018 | LN | 32277.00001 Lexis Charges for 05-20-18 | 0.33 |
| 05/21/2018 | FE | 32277.00001 FedEx Charges for 05-21-18 | 9.44 |
| 05/21/2018 | LN | 32277.00001 Lexis Charges for 05-21-18 | 0.67 |
| 05/21/2018 | PO | 32277.00001 :Postage Charges for 05-21-18 | 134.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     41

Invoice 119916

May 31, 2018

---

| 05/21/2018 | RE | ( 120 @0.20 PER PG) | 24.00 |
|---|---|---|---|
| 05/21/2018 | RE | ( 157 @0.20 PER PG) | 31.40 |
| 05/21/2018 | RE | ( 2983 @0.20 PER PG) | 596.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/21/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/21/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/21/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/21/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/21/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 352 of 433

Pachulski Stang Ziehl & Jones LLP                                    Page:    42
Gottlieb, David (Penthouse)                                         Invoice 119916
32277     00001                                                     May 31, 2018

| | | | |
|---|---|---|---|
| 05/21/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/21/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/21/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 05/21/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 05/21/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/21/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     43

Invoice 119916

May 31, 2018

---

| | | | |
|---|---|---|---|
| 05/21/2018 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 05/22/2018 | FE | 32277.00001 FedEx Charges for 05-22-18 | 9.44 |
| 05/22/2018 | FE | 32277.00001 FedEx Charges for 05-22-18 | 9.44 |
| 05/22/2018 | FF | Filing Fee [E112] Courts/USBC, LFC | 181.00 |
| 05/22/2018 | LN | 32277.00001 Lexis Charges for 05-22-18 | 26.19 |
| 05/22/2018 | PO | 32277.00001 :Postage Charges for 05-22-18 | 317.64 |
| 05/22/2018 | PO | 32277.00001 :Postage Charges for 05-22-18 | 9.78 |
| 05/22/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 05/22/2018 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 05/22/2018 | RE | ( 39 @0.20 PER PG) | 7.80 |
| 05/22/2018 | RE | ( 70 @0.20 PER PG) | 14.00 |
| 05/22/2018 | RE | ( 212 @0.20 PER PG) | 42.40 |
| 05/22/2018 | RE | ( 216 @0.20 PER PG) | 43.20 |
| 05/22/2018 | RE | ( 234 @0.20 PER PG) | 46.80 |
| 05/22/2018 | RE | ( 360 @0.20 PER PG) | 72.00 |
| 05/22/2018 | RE | ( 360 @0.20 PER PG) | 72.00 |
| 05/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | |
|---|---|---|---|
| 05/22/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/22/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/22/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/22/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/22/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/22/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/22/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/22/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/22/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/22/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/22/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 05/22/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/22/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/22/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 05/22/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    45

Invoice 119916

May 31, 2018

---

| | | | |
|---|---|---|---|
| 05/22/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/22/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 05/22/2018 | RE2 | SCAN/COPY ( 115 @0.10 PER PG) | 11.50 |
| 05/22/2018 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 05/23/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/23/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/23/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/23/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/23/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/23/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/23/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/23/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/23/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/23/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/24/2018 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.03 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    46<br>
Invoice 119916<br>
May 31, 2018

| | | | |
|---|---|---|---:|
| 05/24/2018 | FE | 32277.00001 FedEx Charges for 05-24-18 | 9.44 |
| 05/24/2018 | PO | 32277.00001 :Postage Charges for 05-24-18 | 8.84 |
| 05/24/2018 | PO | 32277.00001 :Postage Charges for 05-24-18 | 159.06 |
| 05/24/2018 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 05/24/2018 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 05/24/2018 | RE | ( 11 @0.20 PER PG) | 2.20 |
| 05/24/2018 | RE | ( 29 @0.20 PER PG) | 5.80 |
| 05/24/2018 | RE | ( 130 @0.20 PER PG) | 26.00 |
| 05/24/2018 | RE | ( 1012 @0.20 PER PG) | 202.40 |
| 05/24/2018 | RE | ( 1023 @0.20 PER PG) | 204.60 |
| 05/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/24/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/24/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/24/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/24/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/24/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 05/24/2018 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |

Case 1:18-bk-10098-MB    Doc 665    Filed 04/16/18    Entered 04/16/18 15:57:15    Desc
Main Document    Page 225 of 496

Pachulski Stang Ziehl & Jones LLP                                    Page:    47
Gottlieb, David (Penthouse)                                         Invoice 119916
32277    00001                                                      May 31, 2018

---

| 05/25/2018 | RE  | ( 1 @0.20 PER PG)                                               | 0.20 |
| 05/25/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)                                     | 0.60 |
| 05/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)                                     | 0.70 |
| 05/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)                                     | 0.70 |
| 05/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)                                     | 0.70 |
| 05/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)                                     | 0.70 |
| 05/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)                                     | 0.70 |
| 05/25/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG)                                    | 3.80 |
| 05/29/2018 | CC  | Conference Call [E105] AT&T Conference Call, LFC                | 2.17 |
| 05/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)                                     | 0.10 |
| 05/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)                                     | 0.10 |
| 05/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)                                     | 0.10 |
| 05/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)                                     | 0.10 |
| 05/29/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)                                     | 0.20 |
| 05/29/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG)                                     | 0.30 |
| 05/29/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG)                                     | 0.60 |
| 05/29/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG)                                    | 1.10 |
| 05/29/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG)                                    | 1.80 |
| 05/29/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG)                                    | 2.40 |
| 05/29/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG)                                    | 3.80 |
| 05/30/2018 | FE  | 32277.00001 FedEx Charges for 05-30-18                          | 9.48 |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/22   Entered 09/16/22 15:57:15   Desc
Main Document      Page 226 of 496

Pachulski Stang Ziehl & Jones LLP

Page:   48

Gottlieb, David (Penthouse)

Invoice 119916

32277    00001

May 31, 2018

| | | | |
|---|---|---|---:|
| 05/30/2018 | PO | 32277.00001 :Postage Charges for 05-30-18 | 157.02 |
| 05/30/2018 | PO | 32277.00001 :Postage Charges for 05-30-18 | 165.47 |
| 05/30/2018 | PO | 32277.00001 :Postage Charges for 05-30-18 | 0.89 |
| 05/30/2018 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 05/30/2018 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 05/30/2018 | RE | ( 39 @0.20 PER PG) | 7.80 |
| 05/30/2018 | RE | ( 324 @0.20 PER PG) | 64.80 |
| 05/30/2018 | RE | ( 324 @0.20 PER PG) | 64.80 |
| 05/30/2018 | RE | ( 546 @0.20 PER PG) | 109.20 |
| 05/30/2018 | RE | ( 546 @0.20 PER PG) | 109.20 |
| 05/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/30/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/30/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/30/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/30/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    49
Gottlieb, David (Penthouse)                                         Invoice 119916
32277    00001                                                      May 31, 2018

| | | | |
|---|---|---|---|
| 05/30/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/30/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 05/30/2018 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 05/30/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/30/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/30/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 05/30/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 05/30/2018 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 05/30/2018 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 05/30/2018 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 05/31/2018 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 4.14 |
| 05/31/2018 | LN | 32277.00001 Lexis Charges for 05-31-18 | 0.34 |
| 05/31/2018 | PAC | Pacer - Court Research | 215.70 |
| 05/31/2018 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 05/31/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/31/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/31/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/31/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/31/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/31/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

| | | | |
|---|---|---|---|
| 05/31/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/31/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/31/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/31/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 05/31/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |

**Total Expenses for this Matter**                    **$18,254.54**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:    51

Invoice 119916

May 31, 2018

# REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 05/31/2018

| | |
|---|---|
| Total Fees | $263,350.00 |
| Chargeable costs and disbursements | $18,254.54 |
| Total Due on Current Invoice.................... | $281,604.54 |

Outstanding Balance from prior Invoices as of 05/31/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $264,406.92 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $284,897.10 |

**Total Amount Due on Current and Prior Invoices**                    $830,908.56

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/23    Entered 09/16/23 15:57:15    Desc
Main Document    Page 230 of 296

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

June 30, 2018

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

Invoice    119917
Client     32277
Matter     00001
**LFC**

RE:   Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/30/2018

| | |
|---|---:|
| FEES | $167,107.00 |
| EXPENSES | $5,566.27 |
| **TOTAL CURRENT CHARGES** | **$172,673.27** |
| **BALANCE FORWARD** | **$830,908.56** |
| **TOTAL BALANCE DUE** | **$1,003,581.83** |

Pachulski Stang Ziehl & Jones LLP                            Page:     2
Gottlieb, David (Penthouse)                                  Invoice 119917
32277    00001                                               June 30, 2018

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 9.90 | $8,552.50 |
| AD | Asset Disposition [B130] | 93.60 | $89,642.50 |
| BL | Bankruptcy Litigation [L430] | 32.30 | $29,994.50 |
| CA | Case Administration [B110] | 5.00 | $4,155.00 |
| CO | Claims Admin/Objections[B310] | 7.40 | $3,735.00 |
| EC | Executory Contracts [B185] | 13.30 | $12,967.50 |
| FF | Financial Filings [B110] | 11.20 | $4,200.00 |
| FN | Financing [B230] | 0.70 | $682.50 |
| IC | Insurance Coverage | 4.20 | $3,885.00 |
| OP | Operations [B210] | 1.60 | $1,560.00 |
| PD | Plan & Disclosure Stmt. [B320] | 4.60 | $3,825.00 |
| RPO | Ret. of Prof./Other | 3.10 | $2,542.50 |
| SL | Stay Litigation [B140] | 1.40 | $1,365.00 |
| | | 188.30 | $167,107.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 19.30 | $7,237.50 |
| HDH | Hochman, Harry D. | Counsel | 850.00 | 10.40 | $8,840.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 33.80 | $31,265.00 |
| JJK | Kim, Jonathan J. | Counsel | 775.00 | 3.30 | $2,557.50 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 3.20 | $2,960.00 |
| JSP | Pomerantz, Jason S. | Counsel | 775.00 | 4.70 | $3,642.50 |
| JWD | Dulberg, Jeffrey W. | Partner | 795.00 | 0.10 | $79.50 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 108.20 | $105,495.00 |
| RJG | Gruber, Richard J. | Counsel | 1025.00 | 3.00 | $3,075.00 |
| VAN | Newmark, Victoria A. | Counsel | 850.00 | 2.30 | $1,955.00 |
| | | | | 188.30 | $167,107.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    3
Gottlieb, David (Penthouse)                                             Invoice 119917
32277     00001                                                        June 30, 2018

---

### **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $9.48 |
| Lexis/Nexis- Legal Research [E | $387.87 |
| Legal Vision Atty Mess Service | $558.33 |
| Pacer - Court Research | $622.20 |
| Postage [E108] | $759.69 |
| Reproduction Expense [E101] | $2,700.80 |
| Reproduction/ Scan Copy | $527.90 |
| | $5,566.27 |

Pachulski Stang Ziehl & Jones LLP                          Page:    4
Gottlieb, David (Penthouse)                               Invoice 119917
32277    00001                                            June 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 06/05/2018 | JKH | AA | Office conference with Linda F. Cantor regarding auction result, potential issues regarding Humboldt account recovery. | 0.20 | 925.00 | $185.00 |
| 06/06/2018 | JKH | AA | Office conference with Linda F. Cantor regarding Asset Purchase contacts regarding Humboldt account. | 0.10 | 925.00 | $92.50 |
| 06/07/2018 | JKH | AA | Office conference with Linda F. Cantor regarding lease cure issue. | 0.10 | 925.00 | $92.50 |
| 06/12/2018 | JKH | AA | Review emails and attachments, office conference with and teleconference with Linda F. Cantor, Gottlieb, Humboldt regarding Humboldt accounts closures. | 1.00 | 925.00 | $925.00 |
| 06/12/2018 | LFC | AA | Conference call with Humboldt Bank regarding termination of merchant services accounts and transition of services to new buyer | 0.60 | 975.00 | $585.00 |
| 06/21/2018 | JKH | AA | Office conferences, emails from Linda F. Cantor, telephone conferences with Johnson, Humboldt regarding merchant account issues, details. | 1.20 | 925.00 | $1,110.00 |
| 06/21/2018 | LFC | AA | Confer with Jim Hunter regarding turnover of Humboldt merchant accounts (.2) and conference with Cory Busby, Jim Hunter and Renee Johnson regarding turnover process | 0.60 | 975.00 | $585.00 |
| 06/21/2018 | LFC | AA | Follow-up calls with Humboldt merchant services customer service department regarding closing of account and e-mail memos to Cory Busby regarding same | 0.30 | 975.00 | $292.50 |
| 06/26/2018 | LFC | AA | Review preference analysis (.2), final contract assumption schedule (.1) and mtg. with Jason Pomerantz regarding claims and avoidance actions | 0.40 | 975.00 | $390.00 |
| 06/26/2018 | JSP | AA | Analysis regarding potential avoidance claims | 2.70 | 775.00 | $2,092.50 |
| 06/26/2018 | JSP | AA | Confer with D. Gottlieb regarding potential avoidance claims | 0.40 | 775.00 | $310.00 |
| 06/27/2018 | JKH | AA | Office conference with Linda F. Cantor regarding Humboldt, case developments. | 0.10 | 925.00 | $92.50 |
| 06/27/2018 | JSP | AA | Further review/analysis of potential preferences based on call with D. Gottlieb | 1.60 | 775.00 | $1,240.00 |
| 06/28/2018 | JKH | AA | Office conference with Linda F. Cantor regarding privilege., document turnover issues. | 0.50 | 925.00 | $462.50 |
| 06/28/2018 | LFC | AA | Confer with Dream Media counsel regarding Vice Coin receivable status and e-mail to buyer regarding same | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **9.90** |  | **$8,552.50** |

Case 1:18-bk-10098-MB Doc 1401 Filed 01/16/23 Entered 01/16/23 15:57:15 Desc
Main Document Page 234 of 236

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:     5

Invoice 119917

June 30, 2018

---

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 06/01/2018 | LFC | AD | Review all pleadings relating to sale motion and auction and prepare outline responses to objections to motion to assume and assign executory contracts | 3.10 | 975.00 | $3,022.50 |
| 06/01/2018 | LFC | AD | Address bidder inquiries and confer with bidders' counsel and investment banker regarding bidding process | 0.80 | 975.00 | $780.00 |
| 06/01/2018 | LFC | AD | Review bids and mark-ups of APAs and prepare comments and proposed changes | 2.30 | 975.00 | $2,242.50 |
| 06/01/2018 | LFC | AD | Review bidding procedures (.3), e-mail memos and calls with Trustee and investment banker regarding same (.4) and research 363(m) and 363(n) good faith purchaser and collusion issues including conferences with Iain Nasatir regarding same (1.3) | 2.00 | 975.00 | $1,950.00 |
| 06/01/2018 | LFC | AD | Draft correspondence to bidders regarding bidding procedures and good faith purchaser findings | 0.40 | 975.00 | $390.00 |
| 06/01/2018 | LFC | AD | Review e-mail memos regarding additional bid and summary of bids to date | 0.40 | 975.00 | $390.00 |
| 06/01/2018 | LFC | AD | Review final form of marketing declaration by Al Masse | 0.20 | 975.00 | $195.00 |
| 06/01/2018 | LFC | AD | Revise bid summary and prepare documents for sale hearing and auction | 1.50 | 975.00 | $1,462.50 |
| 06/02/2018 | LFC | AD | Telephone conferencewith Al Masse regarding sale process | 0.20 | 975.00 | $195.00 |
| 06/02/2018 | LFC | AD | Review Kirkendoll contract provisions and RJG comments (.7) and telephone conference with John D Kirkendoll counsel regarding comments to mark-up of APA  and sale matter (1.3) | 2.00 | 975.00 | $1,950.00 |
| 06/02/2018 | LFC | AD | Review bids and address sale inquires and issues | 1.80 | 975.00 | $1,755.00 |
| 06/02/2018 | LFC | AD | Analysis of Kirkendoll APA issues | 0.80 | 975.00 | $780.00 |
| 06/02/2018 | LFC | AD | Prepare for and telephone conference with John D Kirkendoll counsel regarding form of APA | 1.50 | 975.00 | $1,462.50 |
| 06/02/2018 | LFC | AD | Prepare proposed APA revisions and confer with RJG regarding same | 0.60 | 975.00 | $585.00 |
| 06/02/2018 | LFC | AD | Review APA provisions for sale order draft | 0.70 | 975.00 | $682.50 |
| 06/03/2018 | LFC | AD | Review pleadings, objections and proposed forms of APA and draft Order approving the sale of substantially all of the debtors' assets | 2.80 | 975.00 | $2,730.00 |
| 06/03/2018 | LFC | AD | Review and revise proposed sale order | 0.80 | 975.00 | $780.00 |
| 06/03/2018 | LFC | AD | Review pleading and notes of hearing (.4) and draft order approving Kirkendoll sale  (1.5)  AD and draft order approving Kirkendoll settlement (.8)  AD | 2.70 | 975.00 | $2,632.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    6
Invoice 119917
June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2018 | LFC | AD | Review and revise Kirkendoll orders | 0.70 | 975.00 | $682.50 |
| 06/03/2018 | LFC | AD | Further revise proposed sale order for substantially all assets of the estates | 0.50 | 975.00 | $487.50 |
| 06/03/2018 | LFC | AD | Review revised Kirkendoll APA | 0.40 | 975.00 | $390.00 |
| 06/03/2018 | LFC | AD | Review pleadings and documents and prepare for hearing on sale motion, auction and motion to assume and assign executory contracts | 3.00 | 975.00 | $2,925.00 |
| 06/04/2018 | LFC | AD | Review pleadings and offers and prepare for hearings | 1.40 | 975.00 | $1,365.00 |
| 06/04/2018 | LFC | AD | Review and respond to e-mail memos from purchasers and counsel regarding auction | 0.50 | 975.00 | $487.50 |
| 06/04/2018 | LFC | AD | Travel and participate in auction for sale of substantially all assets of the estates including numerous break-out meetings with prospective purchasers | 6.50 | 975.00 | $6,337.50 |
| 06/05/2018 | LFC | AD | Telephone conference with buyer's counsel regarding sale implementation matters | 0.30 | 975.00 | $292.50 |
| 06/05/2018 | LFC | AD | Prepare documents and materials for counsel to buyer | 0.50 | 975.00 | $487.50 |
| 06/05/2018 | LFC | AD | Review and revise form of Sale Order | 1.60 | 975.00 | $1,560.00 |
| 06/05/2018 | LFC | AD | Review comments to Sale Order and confer with Dream Media regarding same | 0.40 | 975.00 | $390.00 |
| 06/05/2018 | LFC | AD | Correspondence and calls to address numerous inquiries from buyer's counsel and co-counsel regarding implementation of sale | 1.50 | 975.00 | $1,462.50 |
| 06/05/2018 | LFC | AD | Conference call with buyer's counsel and co-counsel | 0.30 | 975.00 | $292.50 |
| 06/06/2018 | LFC | AD | Telephone conference with Mark Bryn and purchaser regarding closing matters | 0.30 | 975.00 | $292.50 |
| 06/06/2018 | LFC | AD | Telephone conference with Trustee regarding closing issues | 0.20 | 975.00 | $195.00 |
| 06/06/2018 | LFC | AD | Correspondence with bidder regarding return of deposit | 0.10 | 975.00 | $97.50 |
| 06/06/2018 | LFC | AD | Review post-petition agreements for Schedule 1.1 of APA | 0.30 | 975.00 | $292.50 |
| 06/06/2018 | LFC | AD | Conferences with buyer's counsel regarding APA terms, tax analysis and related matters | 0.30 | 975.00 | $292.50 |
| 06/06/2018 | LFC | AD | Review further changes to Kirkendoll orders | 0.20 | 975.00 | $195.00 |
| 06/06/2018 | LFC | AD | Review and respond to calls and correspondence regarding sale matters | 1.50 | 975.00 | $1,462.50 |
| 06/06/2018 | VAN | AD | Research/analysis regarding Alpha Cygni trademark issue | 2.30 | 850.00 | $1,955.00 |
| 06/07/2018 | HDH | AD | Conference with Linda F. Cantor re Alpha Cygni | 0.10 | 850.00 | $85.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    7

Invoice 119917

June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | objection | | | |
| 06/07/2018 | HDH | AD | Review documents re TM assignment and research TM issues | 1.70 | 850.00 | $1,445.00 |
| 06/07/2018 | LFC | AD | Work on sale order form, APA, comments from buyer counsel and co-counsel and revisions to orders | 1.20 | 975.00 | $1,170.00 |
| 06/07/2018 | LFC | AD | Review and revise Kirkendoll sale order based on comments from counsel | 0.30 | 975.00 | $292.50 |
| 06/07/2018 | LFC | AD | Review and consider sale order comments from purchaser | 0.30 | 975.00 | $292.50 |
| 06/07/2018 | LFC | AD | Confer with HDH regarding reply to objection to contract assumption motion by Alpha Cygni | 0.30 | 975.00 | $292.50 |
| 06/07/2018 | LFC | AD | Numerous e-mail memos and correspondence with buyer's counsel and contract counterparties regarding sale and assumption/assignment matters | 1.60 | 975.00 | $1,560.00 |
| 06/07/2018 | LFC | AD | Telephone conference with Trustee regarding further revisions to APA | 0.30 | 975.00 | $292.50 |
| 06/07/2018 | LFC | AD | Review and revise APA provisions and confer with buyer's counsel regarding same | 0.50 | 975.00 | $487.50 |
| 06/08/2018 | HDH | AD | Research and begin draft response to Alpha Cygni sale objection | 3.20 | 850.00 | $2,720.00 |
| 06/08/2018 | LFC | AD | Work on and address sale questions and issues, review and consider assumption motion objections and responses, review revisions to forms and provisions of APA, schedules for APA, drafting matters and evidence for adequate assurance matters including e-mail correspondence with tax advisors, counsel for buyer and Dream Media, IP counsel and Trustee regarding sale process | 5.50 | 975.00 | $5,362.50 |
| 06/09/2018 | LFC | AD | Confer with counsel for buyer and Trustee regarding APA and final Sale Order provisions | 0.50 | 975.00 | $487.50 |
| 06/11/2018 | HDH | AD | Research and drafting of response to Alpha Cygni sale objection | 4.60 | 850.00 | $3,910.00 |
| 06/11/2018 | HDH | AD | Review, research, and revise response | 0.80 | 850.00 | $680.00 |
| 06/11/2018 | LFC | AD | Confer with Iain Nasatir regarding status of negotiations with contract counterparties and sale matters | 0.30 | 975.00 | $292.50 |
| 06/11/2018 | LFC | AD | Telephone conference with buyer's co-counsel (.2) and counsel re executory contracts and sale matters (.3) | 0.50 | 975.00 | $487.50 |
| 06/11/2018 | LFC | AD | Telephone conference with Trustee regarding sale matters | 0.10 | 975.00 | $97.50 |
| 06/11/2018 | BDD | AD | Email L. Cantor re Trustee opp to motion of M7 for Order Compelling T'tee to Assume/Reject contract and compelling payment of adequate protection | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    8

Invoice 119917

June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | payments | | | |
| 06/12/2018 | LFC | AD | Email memos regarding access to premises to copy files prior to sale closing | 0.20 | 975.00 | $195.00 |
| 06/12/2018 | LFC | AD | Review and revise final versions of sale order, APA, service lists and submissions in support of motion to assume and assign executory contracts and leases | 0.80 | 975.00 | $780.00 |
| 06/12/2018 | RJG | AD | Review and respond to issue concerning cure amounts. | 0.40 | 1025.00 | $410.00 |
| 06/13/2018 | LFC | AD | Numerous calls and e-mails and work on sale closing matters | 1.60 | 975.00 | $1,560.00 |
| 06/13/2018 | LFC | AD | Prepare correspondence to third parties regarding sale closing and transition matters | 0.30 | 975.00 | $292.50 |
| 06/13/2018 | LFC | AD | Review Dream Media accounting re: sale proceeds | 0.10 | 975.00 | $97.50 |
| 06/13/2018 | BDD | AD | Email L. Cantor re sale hearing | 0.10 | 375.00 | $37.50 |
| 06/14/2018 | LFC | AD | Review initial drafts of sale transfer documents and confer with Rick Gruber regarding same | 0.80 | 975.00 | $780.00 |
| 06/14/2018 | LFC | AD | Provide comments to draft transfer documents to Akerman | 0.20 | 975.00 | $195.00 |
| 06/14/2018 | LFC | AD | Numerous e-mail memos to debtors and buyer and third parties regarding executory contracts and final sale documents | 0.80 | 975.00 | $780.00 |
| 06/14/2018 | LFC | AD | Analysis of mechanism for modifying executory contract schedule including review of sale order, APA provisions and prepare memo outlining proposed tact | 0.80 | 975.00 | $780.00 |
| 06/14/2018 | LFC | AD | Review draft amendment to purchase agreement to address executory contract issues | 0.30 | 975.00 | $292.50 |
| 06/14/2018 | LFC | AD | Review additional transfer document drafts | 0.40 | 975.00 | $390.00 |
| 06/14/2018 | LFC | AD | Conference call with buyer's counsel regarding APA schedules and exhibits | 0.30 | 975.00 | $292.50 |
| 06/14/2018 | LFC | AD | Telephone conferences with IT person, the Trustee and confer with buyer's counsel regarding access to computers to back-up files and address debtors' refusal to allow Trustee's IT professional to back-up data at the debtors' headquarters | 1.40 | 975.00 | $1,365.00 |
| 06/14/2018 | RJG | AD | Assist L Cantor with certain Closing issues and documents; prepare draft Amendment regarding "Held Contracts." | 1.80 | 1025.00 | $1,845.00 |
| 06/15/2018 | LFC | AD | Review all revised transfer documents and blacklines – provide comments.  Confer with Trustee regarding execution of final transfer documents, review schedule and exhibits to APA and confer with co-counsel, the Trustee and buyer's counsel regarding the closing of the sale transaction. | 4.00 | 975.00 | $3,900.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    9

Invoice 119917

June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/15/2018 | LFC | AD | Review lien release documents and e-mail memos to buyer's counsel and Dream Media counsel regarding execution of same | 0.30 | 975.00 | $292.50 |
| 06/15/2018 | LFC | AD | Draft notice of continued status conference  .2  CA Final revisions to sale transfer documents | 0.20 | 975.00 | $195.00 |
| 06/15/2018 | LFC | AD | Review signatures on all transfer documents and final versions of contract assumption / rejection schedule | 0.50 | 975.00 | $487.50 |
| 06/15/2018 | LFC | AD | Confirm closing of Kirkendoll trademark sale | 0.20 | 975.00 | $195.00 |
| 06/15/2018 | LFC | AD | Analysis regarding transfer of subsidiary stock to purchaser and consequences for case administration and treatment under the plan | 1.20 | 975.00 | $1,170.00 |
| 06/15/2018 | LFC | AD | Confer with Jonathan Kim regarding stock transfer matters | 0.30 | 975.00 | $292.50 |
| 06/15/2018 | BDD | AD | Email L. Cantor re sale closing | 0.10 | 375.00 | $37.50 |
| 06/18/2018 | LFC | AD | Further review and analysis regarding transfer of subsidiary stock to buyer and ramifications for case administration | 1.50 | 975.00 | $1,462.50 |
| 06/19/2018 | LFC | AD | Review and analysis regarding sale of subsidiary entities | 1.50 | 975.00 | $1,462.50 |
| 06/19/2018 | LFC | AD | Confer with Isaac Pachulski regarding sale of subsidiary stock | 0.40 | 975.00 | $390.00 |
| 06/19/2018 | LFC | AD | Telephone conference with IP counsel regarding sale of stock versus assignment of interests | 0.50 | 975.00 | $487.50 |
| 06/20/2018 | LFC | AD | Telephone conference with Jason Fischer regarding stock transfer issues | 0.30 | 975.00 | $292.50 |
| 06/20/2018 | LFC | AD | Review and prepare revised APA schedules | 0.20 | 975.00 | $195.00 |
| 06/27/2018 | LFC | AD | Confer with Trustee regarding ownership transition matters | 0.20 | 975.00 | $195.00 |
| 06/28/2018 | LFC | AD | Confer with Trustee regarding transition matters | 0.20 | 975.00 | $195.00 |
| 06/28/2018 | LFC | AD | Conference call with buyers' counsel regarding transition matters including computer data back-up | 0.40 | 975.00 | $390.00 |
| 06/28/2018 | LFC | AD | Follow-up call with Trustee | 0.10 | 975.00 | $97.50 |
| 06/28/2018 | LFC | AD | Draft notice of consummation of sale and identification of new buyers | 0.30 | 975.00 | $292.50 |
| 06/28/2018 | LFC | AD | Analysis of attorney/client matters in chapter 11 case where debtors are out of possession | 0.60 | 975.00 | $585.00 |
| 06/28/2018 | RJG | AD | Exchange messages with L Cantor re records issues. | 0.30 | 1025.00 | $307.50 |
| 06/29/2018 | LFC | AD | Follow-up call with buyer's counsel  regarding transition matters | 0.20 | 975.00 | $195.00 |
| 06/29/2018 | RJG | AD | Prepare and circulate draft Lease Assignment to L Cantor. | 0.50 | 1025.00 | $512.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

Gottlieb, David (Penthouse)

Invoice 119917

32277    00001

June 30, 2018

|  |  |  |  | 93.60 |  | $89,642.50 |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| 06/01/2018 | IAWN | BL | Prepare and file Al Masse declaration re marketing, exchange emails re same with Al Masse (2.3); exchange emails and telephone calls with client re lack of need for declaration (.2); office conferences with Linda F Cantor re collusion vs. collaborative sale, review emails re same between Linda F Cantor and client and John Kirkendoll (.7) | 3.20 | 925.00 | $2,960.00 |
|---|---|---|---|---|---|---|
| 06/01/2018 | LFC | BL | Confer with objecting parties regarding auction process and contract assumption matters | 0.40 | 975.00 | $390.00 |
| 06/02/2018 | IAWN | BL | Review Linda F Cantor emails with John D Kirkendoll and client re sale | 0.20 | 925.00 | $185.00 |
| 06/02/2018 | LFC | BL | Draft order approving Kirkendoll settlement | 1.50 | 975.00 | $1,462.50 |
| 06/03/2018 | IAWN | BL | Review Linda F Cantor emails with John D Kirkendoll and client re sale | 0.10 | 925.00 | $92.50 |
| 06/04/2018 | IAWN | BL | Appear and attend sale hearing, pre-hearing and post-hearing | 4.00 | 925.00 | $3,700.00 |
| 06/05/2018 | IAWN | BL | Review Linda F Cantor sale order emails | 0.10 | 925.00 | $92.50 |
| 06/05/2018 | LFC | BL | Review comments to John D Kirkendoll settlement order | 0.20 | 975.00 | $195.00 |
| 06/06/2018 | IAWN | BL | Exchange emails and telephone calls with Bain re 9019 order and releases (.7); office conference with Linda F Cantor re same (.2) | 0.90 | 925.00 | $832.50 |
| 06/06/2018 | LFC | BL | Confer with Iain Nasatir regarding Kirkendoll sale and settlement orders | 0.20 | 975.00 | $195.00 |
| 06/07/2018 | IAWN | BL | Review  and analyze Montali decision regarding rejection of license, circulate email re Martin S Barasch opinion of  Montali | 0.80 | 925.00 | $740.00 |
| 06/08/2018 | IAWN | BL | Research and review and analyze Raima, Tempnology and Sima cases re rejection | 2.70 | 925.00 | $2,497.50 |
| 06/08/2018 | IAWN | BL | Research and review and analyze attorneys fee 1717 cases and related material | 3.00 | 925.00 | $2,775.00 |
| 06/10/2018 | IAWN | BL | Worked on lease reply to objection, analyzed cases, exchanged emails with Linda F Cantor re same | 3.20 | 925.00 | $2,960.00 |
| 06/10/2018 | IAWN | BL | Worked on Topco response to objection, analyze rejection cases | 2.20 | 925.00 | $2,035.00 |
| 06/11/2018 | IAWN | BL | Continued work on Topco brief | 0.80 | 925.00 | $740.00 |
| 06/11/2018 | IAWN | BL | Office conferences with Linda F Cantor re settlement progress of objections and revisions of briefs, | 1.40 | 925.00 | $1,295.00 |
| 06/11/2018 | IAWN | BL | Telephone conference with Mintz re settlement progress (.2), review emails between Mintz and | 0.40 | 925.00 | $370.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    11
Gottlieb, David (Penthouse)                                          Invoice 119917
32277    00001                                                       June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Houropian and Linda F Cantor re settlement of Topco (.2) | | | |
| 06/11/2018 | IAWN | BL | Review WGCZ declaration and office conferences with Linda F Cantor re same | 0.30 | 925.00 | $277.50 |
| 06/11/2018 | IAWN | BL | Reformulate Topco brief into Claxson brief, revise same office conferences with Linda F Cantor re same | 1.10 | 925.00 | $1,017.50 |
| 06/11/2018 | IAWN | BL | Review case law on fees re lease | 1.00 | 925.00 | $925.00 |
| 06/12/2018 | IAWN | BL | Review Topco emails re stipulation | 0.10 | 925.00 | $92.50 |
| 06/12/2018 | LFC | BL | Telephone conference with Trustee and his financial advisors re termination of employees and COBRA matters | 0.30 | 975.00 | $292.50 |
| 06/13/2018 | IAWN | BL | Exchange emails with Linda F Cantor re group health | 0.20 | 925.00 | $185.00 |
| 06/13/2018 | IAWN | BL | Prepare for and attend court hearing, objection to lease assumption and cure | 3.80 | 925.00 | $3,515.00 |
| 06/23/2018 | IAWN | BL | Exchange emails with Linda F Cantor re premium financing claim | 0.10 | 925.00 | $92.50 |
| 06/28/2018 | JWD | BL | Respond to L Cantor privilege question | 0.10 | 795.00 | $79.50 |
| | | | | **32.30** | | **$29,994.50** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2018 | BDD | CA | Prep of Order of Scope Limiting Notice and Dec re same (.3); email L. Cantor re same (.10 | 0.40 | 375.00 | $150.00 |
| 06/11/2018 | LFC | CA | Telephone conferences with David Gottlieb, Mark Bryn and David Roberts regarding the Trustee's download of data at the Debtors' premises (.8) and draft memo outlining issues (.3) | 1.10 | 975.00 | $1,072.50 |
| 06/11/2018 | BDD | CA | Email L. Cantor re order limiting scope of notice | 0.10 | 375.00 | $37.50 |
| 06/11/2018 | BDD | CA | Review docket and update critical dates memo (.50); email L. Cantor re same (.10) | 0.60 | 375.00 | $225.00 |
| 06/11/2018 | BDD | CA | Update critical dates memo per L. Cantor comments; email L. Cantor re same | 0.10 | 375.00 | $37.50 |
| 06/21/2018 | LFC | CA | Address issues in connection with back-up of debtors' records for trustee case administration | 0.40 | 975.00 | $390.00 |
| 06/21/2018 | LFC | CA | Review and confer with Beth Dassa regarding amended schedules and statements of financial affairs | 1.80 | 975.00 | $1,755.00 |
| 06/25/2018 | LFC | CA | E-mails and telephone conference regarding access to computer data of debtors for back-up | 0.50 | 975.00 | $487.50 |
| | | | | **5.00** | | **$4,155.00** |

Pachulski Stang Ziehl & Jones LLP        Page:    12
Gottlieb, David (Penthouse)        Invoice 119917
32277     00001        June 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2018 | BDD | CO | Email L. Cantor re creditor inquiry | 0.10 | 375.00 | $37.50 |
| 06/05/2018 | BDD | CO | Email A. Tyler (creditor) re filing a proof of claim | 0.10 | 375.00 | $37.50 |
| 06/06/2018 | LFC | CO | Review M7 claim analysis | 0.30 | 975.00 | $292.50 |
| 06/12/2018 | LFC | CO | Review and analysis regarding preference liability and administrative claims | 0.40 | 975.00 | $390.00 |
| 06/18/2018 | BDD | CO | Email L. Cantor re creditor inquiry on filing proof of claim | 0.10 | 375.00 | $37.50 |
| 06/18/2018 | BDD | CO | Email Szili (creditor) re filing of proof of claim | 0.10 | 375.00 | $37.50 |
| 06/26/2018 | LFC | CO | Review priority claims filed to date  and confer with Trustee and Province regarding same | 0.30 | 975.00 | $292.50 |
| 06/26/2018 | LFC | CO | Telephone conference with Paul Brent regarding bar dates and claim matters and follow-up e-mail | 0.20 | 975.00 | $195.00 |
| 06/26/2018 | BDD | CO | Email L. Cantor re filed claims | 0.10 | 375.00 | $37.50 |
| 06/27/2018 | LFC | CO | Confer with alleged administrative creditor regarding filing claim | 0.20 | 975.00 | $195.00 |
| 06/27/2018 | BDD | CO | Analyze claims filed in all 15 debtor cases and prepare spreadsheet re same (5.0); email L. Cantor re same (.10) | 5.10 | 375.00 | $1,912.50 |
| 06/28/2018 | BDD | CO | Prep sample req for admin claim; email creditor (Billard re same) | 0.20 | 375.00 | $75.00 |
| 06/29/2018 | LFC | CO | Confer with administrative creditor regarding claim | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 7.40 |  | $3,735.00 |

### Executory Contracts [B185]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2018 | LFC | EC | E-mail memos from contract parties regarding sale and assumption matters | 0.30 | 975.00 | $292.50 |
| 06/05/2018 | LFC | EC | Review M7 cure analysis and telephone conference with Walter Bowser and David K Gottlieb regarding same | 0.60 | 975.00 | $585.00 |
| 06/05/2018 | LFC | EC | Telephone conference with counsel for M7 regarding cure matters | 0.10 | 975.00 | $97.50 |
| 06/06/2018 | LFC | EC | Review litigation pleadings regarding Jerrick (.3) and consider rescission matters for Alpha Cygni reply to objection to motion to assume and assign (.7 ) | 1.00 | 975.00 | $975.00 |
| 06/10/2018 | LFC | EC | Review and respond to correspondence regarding executory contract questions and issues raised by purchaser's counsel | 0.30 | 975.00 | $292.50 |
| 06/10/2018 | LFC | EC | Review draft response to objection to motion to assume contracts and provide comments | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2018 | LFC | EC | Further revise replies to oppositions and prepare final versions of pleadings | 0.40 | 975.00 | $390.00 |
| 06/11/2018 | LFC | EC | Review and revise stipulation with TOPCO to continue hearing  (.2) and telephone conferences with TOPCO counsel regarding same  (.2) | 0.40 | 975.00 | $390.00 |
| 06/11/2018 | LFC | EC | Telephone conference with landlord's counsel regarding cure and attorneys' fees | 0.20 | 975.00 | $195.00 |
| 06/12/2018 | LFC | EC | Telephone conference with Trustee regarding outstanding objections to assumption motion, cure issues | 0.40 | 975.00 | $390.00 |
| 06/13/2018 | LFC | EC | Telephone conference with buyer counsel regarding outstanding executory contract objection matters | 0.30 | 975.00 | $292.50 |
| 06/13/2018 | LFC | EC | Telephone conference with M7 counsel regarding settlement matters (.2)  and review cure calculations (.2) | 0.40 | 975.00 | $390.00 |
| 06/13/2018 | LFC | EC | Telephone conference with Trustee regarding proposed settlement with M7 | 0.20 | 975.00 | $195.00 |
| 06/13/2018 | LFC | EC | Prepare for hearings on objections to assumption of executory contracts including review of late-filed landlord pleadings | 1.20 | 975.00 | $1,170.00 |
| 06/13/2018 | LFC | EC | Travel and attend hearings on objections to assumption and assignment of executory contracts | 4.50 | 975.00 | $4,387.50 |
| 06/13/2018 | LFC | EC | Address contract matters for APA schedules to be finalized at closing | 0.60 | 975.00 | $585.00 |
| 06/14/2018 | LFC | EC | Address outstanding executory contract inquiries and transfer issues | 0.60 | 975.00 | $585.00 |
| 06/21/2018 | LFC | EC | Review and comment on stipulation with landlord | 0.10 | 975.00 | $97.50 |
| 06/22/2018 | LFC | EC | Finalize notice of rejection of executory contracts , exhibit and service list | 0.40 | 975.00 | $390.00 |
| 06/25/2018 | LFC | EC | Review M7 stipulation and order regarding assumption / rejection hearing continuance | 0.10 | 975.00 | $97.50 |
| 06/27/2018 | LFC | EC | Confer with Debtor's counsel regarding landlord matters | 0.10 | 975.00 | $97.50 |
| 06/29/2018 | LFC | EC | Prepare forms of assignment of lease for landlord / buyer | 0.50 | 975.00 | $487.50 |
| | | | | **13.30** | | **$12,967.50** |

## Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/13/2018 | BDD | FF | Review/work on amending schedules/SOFAs (14 debtors) (3.7); email L. Cantor re same (.10) | 3.80 | 375.00 | $1,425.00 |
| 06/13/2018 | BDD | FF | Email M. Kulick re Schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| 06/13/2018 | BDD | FF | Email L. Cantor re amended Schedules/SOFAs | 0.10 | 375.00 | $37.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    14
Gottlieb, David (Penthouse)                                          Invoice 119917
32277    00001                                                       June 30, 2018

|            |      |    |                                                                                      | Hours | Rate   | Amount     |
|------------|------|----|-----------------------------------------------------------------------------------------------|-------|--------|------------|
| 06/19/2018 | BDD  | FF | Prepare additional documents for amended schedules and original schedules/sofas;(14 debtors) email L. Cantor re same | 4.20  | 375.00 | $1,575.00  |
| 06/19/2018 | BDD  | FF | Email L. Cantor re Amended Schedules, etc.                                                     | 0.10  | 375.00 | $37.50     |
| 06/20/2018 | BDD  | FF | Email L. Cantor re amended schedules                                                           | 0.10  | 375.00 | $37.50     |
| 06/21/2018 | BDD  | FF | Meet with L. Cantor to review amended schedules/sofas, etc.                                    | 1.10  | 375.00 | $412.50    |
| 06/21/2018 | BDD  | FF | Email L. Cantor re schedules                                                                   | 0.10  | 375.00 | $37.50     |
| 06/26/2018 | BDD  | FF | Begin working on revisions to Schedules/SOFAs per meeting with LFC                             | 0.30  | 375.00 | $112.50    |
| 06/28/2018 | BDD  | FF | Work on - compare/contrast filed Schedule F vs. amended Schedule F (1.0); email L. Cantor re same (.30) | 1.30  | 375.00 | $487.50    |
|            |      |    |                                                                                               | 11.20 |        | $4,200.00  |

### Financing [B230]

|            |      |    |                                                                  | Hours | Rate   | Amount    |
|------------|------|----|------------------------------------------------------------------|-------|--------|-----------|
| 06/03/2018 | LFC  | FN | Draft cash collateral stipulated order and notice                | 0.40  | 975.00 | $390.00   |
| 06/05/2018 | LFC  | FN | Review and finalize stipulation on use of cash collateral and notice of order | 0.30  | 975.00 | $292.50   |
|            |      |    |                                                                  | 0.70  |        | $682.50   |

### Insurance Coverage

|            |      |    |                                                                                      | Hours | Rate   | Amount    |
|------------|------|----|---------------------------------------------------------------------------------------|-------|--------|-----------|
| 06/12/2018 | IAWN | IC | Exchange emails and telephone calls with Marsh re group insurance rejection, office conference with Linda F Cantor re same, review Linda F Cantor emails to client re same | 0.80  | 925.00 | $740.00   |
| 06/14/2018 | IAWN | IC | Exchange emails and telephone calls with Marsh re new company insurance situation, emails to Linda F Cantor and client re same | 0.90  | 925.00 | $832.50   |
| 06/18/2018 | IAWN | IC | Exchange emails with Sakyi re group insurance                                          | 0.10  | 925.00 | $92.50    |
| 06/19/2018 | IAWN | IC | Exchange emails with Sakyi re group insurance                                          | 0.10  | 925.00 | $92.50    |
| 06/22/2018 | IAWN | IC | Analyze insurance premium situation, respond to Linda F Cantor re same                 | 0.80  | 925.00 | $740.00   |
| 06/26/2018 | IAWN | IC | Exchange emails with Marsh re assumption of insurance policies, office conferences and emails with Linda F Cantor re same | 0.60  | 925.00 | $555.00   |
| 06/27/2018 | IAWN | IC | Exchange emails with Sakyi re group insurance, office conference with Linda F Cantor re same, exchange emails with client re Marsh information | 0.90  | 925.00 | $832.50   |
|            |      |    |                                                                                       | 4.20  |        | $3,885.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   00001

Page:   15

Invoice 119917

June 30, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Operations [B210]** | | | | | | |
| 06/12/2018 | LFC | OP | Review and comment on proposed employee termination letter | 0.10 | 975.00 | $97.50 |
| 06/12/2018 | LFC | OP | Confer with Trustee and his financial advisors re: information needed from company and prepare memorandum and e-mail correspondence regarding same | 0.70 | 975.00 | $682.50 |
| 06/18/2018 | LFC | OP | Address operating transition matters  with buyer | 0.30 | 975.00 | $292.50 |
| 06/19/2018 | LFC | OP | Address operating transition issues | 0.40 | 975.00 | $390.00 |
| 06/22/2018 | LFC | OP | Review insurance matters | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **1.60** |  | **$1,560.00** |
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 06/15/2018 | JJK | PD | Analysis of sale, plan, confirmation issues and emails Cantor on same. | 1.10 | 775.00 | $852.50 |
| 06/18/2018 | JJK | PD | Call Cantor on plan, sale, case matters (0.5); prepare DS motion and consider issues (1.1); emails Cantor on plan issues (0.2). | 1.80 | 775.00 | $1,395.00 |
| 06/25/2018 | LFC | PD | Review draft motion and order re: approval of disclosure statement | 0.50 | 975.00 | $487.50 |
| 06/25/2018 | LFC | PD | Confer with professionals and Trustee regarding estimated administrative claims for disclosure statement | 0.40 | 975.00 | $390.00 |
| 06/26/2018 | JJK | PD | Conf. Cantor on plan, case issues. | 0.40 | 775.00 | $310.00 |
| 06/27/2018 | LFC | PD | Confer with Trustee regarding accounts payable and receivable for disclosure statement liquidation analysis | 0.40 | 975.00 | $390.00 |
|  |  |  |  | **4.60** |  | **$3,825.00** |
| **Ret. of Prof./Other** | | | | | | |
| 06/06/2018 | LFC | RPO | Draft and revise application to retain Scott Eisner as tax accountant | 1.20 | 975.00 | $1,170.00 |
| 06/06/2018 | LFC | RPO | Telephone conference with David K Gottlieb (.2) and telephone conference with Scott Eisner (.2) regarding retention of special tax consultants | 0.40 | 975.00 | $390.00 |
| 06/06/2018 | BDD | RPO | Call with/email to L. Cantor re application to employ Eisner/BPEH as accountants | 0.10 | 375.00 | $37.50 |
| 06/06/2018 | BDD | RPO | Email L. Cantor re accountant retention application | 0.10 | 375.00 | $37.50 |
| 06/07/2018 | LFC | RPO | Confer with Scott Eisner and review , revise and finalize form of retention application for tax advisors | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    16

Invoice 119917

June 30, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2018 | BDD | RPO | Email L. Cantor re BPEH/Eisner retention application | 0.10 | 375.00 | $37.50 |
| 06/22/2018 | BDD | RPO | Email L. Cantor re Dec/Order re Eisner employment | 0.10 | 375.00 | $37.50 |
| 06/25/2018 | LFC | RPO | Review draft declaration and order regarding Eisner tax firm retention | 0.10 | 975.00 | $97.50 |
| 06/25/2018 | BDD | RPO | Preparation of Order and Dec of Non Opp re Eisner employment (.3); email L. Cantor re same (.1) | 0.40 | 375.00 | $150.00 |
| | | | | 3.10 | | $2,542.50 |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/26/2018 | LFC | SL | Research scope of police power exceptions to automatic stay | 0.50 | 975.00 | $487.50 |
| 06/26/2018 | LFC | SL | Draft correspondence to Florida corporate registration authorities regarding proposed cancellation as violating automatic stay and being void | 0.50 | 975.00 | $487.50 |
| 06/26/2018 | LFC | SL | Revise correspondence to State of Florida regarding lapse of registration | 0.20 | 975.00 | $195.00 |
| 06/27/2018 | LFC | SL | Draft additional letters to State of Florida regarding purported dissolution of three additional debtor entities | 0.20 | 975.00 | $195.00 |
| | | | | 1.40 | | $1,365.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$167,107.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    17

Invoice 119917

June 30, 2018

---

### Expenses

| | | | |
|---|---|---|---:|
| 06/01/2018 | PO | 32277.00001 :Postage Charges for 06-01-18 | 10.20 |
| 06/01/2018 | RE | ( 15 @0.20 PER PG) | 3.00 |
| 06/01/2018 | RE | ( 225 @0.20 PER PG) | 45.00 |
| 06/01/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/01/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/01/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/01/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/01/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 06/01/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/01/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/01/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/01/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 06/01/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/01/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 06/01/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 06/01/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/01/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/01/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/02/2018 | LN | 32277.00001 Lexis Charges for 06-02-18 | 11.11 |
| 06/04/2018 | RE | ( 4 @0.20 PER PG) | 0.80 |

Pachulski Stang Ziehl & Jones LLP                           Page:    18
Gottlieb, David (Penthouse)                                 Invoice 119917
32277    00001                                              June 30, 2018

---

| 06/04/2018 | RE | ( 7 @0.20 PER PG) | 1.40 |
| 06/04/2018 | RE | ( 22 @0.20 PER PG) | 4.40 |
| 06/04/2018 | RE | ( 23 @0.20 PER PG) | 4.60 |
| 06/04/2018 | RE | ( 44 @0.20 PER PG) | 8.80 |
| 06/04/2018 | RE | ( 46 @0.20 PER PG) | 9.20 |
| 06/04/2018 | RE | ( 49 @0.20 PER PG) | 9.80 |
| 06/04/2018 | RE | ( 56 @0.20 PER PG) | 11.20 |
| 06/04/2018 | RE | ( 60 @0.20 PER PG) | 12.00 |
| 06/04/2018 | RE | ( 102 @0.20 PER PG) | 20.40 |
| 06/04/2018 | RE | ( 106 @0.20 PER PG) | 21.20 |
| 06/04/2018 | RE | ( 111 @0.20 PER PG) | 22.20 |
| 06/04/2018 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 06/04/2018 | RE2 | SCAN/COPY ( 174 @0.10 PER PG) | 17.40 |
| 06/04/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2018 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 06/04/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 98 @0.10 PER PG) | 9.80 |
| 06/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   19
Gottlieb, David (Penthouse)                                         Invoice 119917
32277    00001                                                      June 30, 2018

---

| 06/04/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/04/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/04/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 06/04/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/04/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/04/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/04/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/04/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 06/04/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/04/2018 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 06/05/2018 | FE | 32277.00001 FedEx Charges for 06-05-18 | 9.48 |
| 06/05/2018 | LN | 32277.00001 Lexis Charges for 06-05-18 | 7.27 |
| 06/05/2018 | RE | ( 7 @0.20 PER PG) | 1.40 |
| 06/05/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/05/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 20

Gottlieb, David (Penthouse)

Invoice 119917

32277     00001

June 30, 2018

| | | | |
|---|---|---|---|
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/05/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/05/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/05/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/06/2018 | LN | 32277.00001 Lexis Charges for 06-06-18 | 134.77 |
| 06/06/2018 | RE | ( 19 @0.20 PER PG) | 3.80 |
| 06/06/2018 | RE | ( 228 @0.20 PER PG) | 45.60 |
| 06/06/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/06/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/06/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 06/06/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| 06/06/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
|---|---|---|---|
| 06/06/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/06/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/07/2018 | LN | 32277.00001 Lexis Charges for 06-07-18 | 137.85 |
| 06/07/2018 | PO | 32277.00001 :Postage Charges for 06-07-18 | 37.38 |
| 06/07/2018 | RE | ( 32 @0.20 PER PG) | 6.40 |
| 06/07/2018 | RE | ( 35 @0.20 PER PG) | 7.00 |
| 06/07/2018 | RE | ( 88 @0.20 PER PG) | 17.60 |
| 06/07/2018 | RE | ( 247 @0.20 PER PG) | 49.40 |
| 06/07/2018 | RE | ( 608 @0.20 PER PG) | 121.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/07/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/07/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/07/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/07/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/07/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/07/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    22
Invoice 119917
June 30, 2018

| | | | |
|---|---|---|---|
| 06/07/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/07/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/07/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/07/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 06/07/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/07/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/08/2018 | LN | 32277.00001 Lexis Charges for 06-08-18 | 22.20 |
| 06/08/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/08/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/08/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/08/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/08/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/09/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/09/2018 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 06/10/2018 | LN | 32277.00001 Lexis Charges for 06-10-18 | 74.67 |

Pachulski Stang Ziehl & Jones LLP

Page:    23

Gottlieb, David (Penthouse)

Invoice 119917

32277    00001

June 30, 2018

---

| | | | |
|---|---|---|---|
| 06/11/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/11/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/11/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/11/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

| 06/11/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/11/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/11/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/11/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/11/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

Case 1:18-bk-10098-MB Doc 665 Filed 01/16/23 Entered 01/16/23 15:57:15 Desc
Main Document Page 384 of 496

Pachulski Stang Ziehl & Jones LLP                              Page:    25
Gottlieb, David (Penthouse)                                   Invoice 119917
32277    00001                                                June 30, 2018

---

| 06/11/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 06/11/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/11/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/11/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/11/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/11/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/12/2018 | PO | 32277.00001 :Postage Charges for 06-12-18 | 42.94 |
| 06/12/2018 | RE | ( 67 @0.20 PER PG) | 13.40 |
| 06/12/2018 | RE | ( 1273 @0.20 PER PG) | 254.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/12/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/12/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/12/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 06/12/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/12/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |

Case 1:18-bk-10098-MB Doc 665 Filed 04/16/18 Entered 04/16/18 15:57:15 Desc
Main Document Page 265 of 296

Pachulski Stang Ziehl & Jones LLP                                    Page:   26
Gottlieb, David (Penthouse)                                         Invoice 119917
32277    00001                                                     June 30, 2018

---

| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/12/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/12/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/12/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/12/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/12/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 06/12/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/12/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/12/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/12/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    27

Invoice 119917

June 30, 2018

| | | | |
|---|---|---|---|
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/12/2018 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 06/12/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/12/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/12/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/12/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/13/2018 | LV | Legal Vision Atty/Mess. Service- Inv. 02153, From San Fernando Bankruptcy Court, LFC | 65.00 |
| 06/13/2018 | RE | ( 7 @0.20 PER PG) | 1.40 |
| 06/13/2018 | RE | ( 405 @0.20 PER PG) | 81.00 |
| 06/13/2018 | RE | ( 405 @0.20 PER PG) | 81.00 |
| 06/13/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/13/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/13/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 06/13/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/13/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/13/2018 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 06/13/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| | | | |
|---|---|---|---|
| 06/13/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/13/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/13/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/13/2018 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 06/13/2018 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 06/13/2018 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 06/13/2018 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 06/13/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 06/13/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/13/2018 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 06/13/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/13/2018 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/14/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   00001

| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 06/14/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/15/2018 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 06/15/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/15/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/15/2018 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 06/15/2018 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 06/18/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/18/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/18/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/23    Entered 09/16/23 15:57:15    Desc
Main Document    Page 255 of 296

Pachulski Stang Ziehl & Jones LLP                                    Page:    30
Gottlieb, David (Penthouse)                                         Invoice 119917
32277     00001                                                    June 30, 2018

---

| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/20/2018 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 06/20/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/20/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/20/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/20/2018 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/20/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/20/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/10/18    Entered 09/10/18 15:57:15    Desc
Main Document    Page 260 of 296

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    31
Invoice 119917
June 30, 2018

| | | | |
|---|---|---|---|
| 06/20/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/20/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/20/2018 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 06/20/2018 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 06/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/20/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 06/20/2018 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/20/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/21/2018 | LV | Legal Vision Atty/Mess. Service- Inv. 02326,  San Fernando Bankruptcy Court, LFC | 97.50 |
| 06/21/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/21/2018 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/21/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/22/2018 | PO | 32277.00001 :Postage Charges for 06-22-18 | 325.88 |
| 06/22/2018 | PO | 32277.00001 :Postage Charges for 06-22-18 | 2.68 |
| 06/22/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/22/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/22/2018 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/22/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/22/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 06/22/2018 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |

Case 1:18-bk-10098-MB Doc 665 Filed 09/16/18 Entered 09/16/18 15:57:15 Desc
Main Document Page 261 of 296

Pachulski Stang Ziehl & Jones LLP                                Page:    32
Gottlieb, David (Penthouse)                                     Invoice 119917
32277    00001                                                  June 30, 2018

---

| 06/22/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)    | 0.10   |
|------------|-----|-------------------------------|--------|
| 06/22/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG)  | 1.60   |
| 06/25/2018 | RE  | ( 4 @0.20 PER PG)             | 0.80   |
| 06/25/2018 | RE  | ( 21 @0.20 PER PG)            | 4.20   |
| 06/25/2018 | RE  | ( 24 @0.20 PER PG)            | 4.80   |
| 06/25/2018 | RE  | ( 35 @0.20 PER PG)            | 7.00   |
| 06/25/2018 | RE  | ( 100 @0.20 PER PG)           | 20.00  |
| 06/25/2018 | RE  | ( 1113 @0.20 PER PG)          | 222.60 |
| 06/25/2018 | RE  | ( 1113 @0.20 PER PG)          | 222.60 |
| 06/25/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG)  | 1.60   |
| 06/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG)  | 1.90   |
| 06/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)   | 0.10   |
| 06/25/2018 | RE2 | SCAN/COPY ( 33 @0.10 PER PG)  | 3.30   |
| 06/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)   | 0.10   |
| 06/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)   | 0.10   |
| 06/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)   | 0.10   |
| 06/25/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG)  | 2.70   |
| 06/25/2018 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20  |
| 06/25/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG)   | 0.10   |
| 06/25/2018 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20  |
| 06/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)   | 0.40   |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/22   Entered 09/16/22 15:57:15   Desc
Main Document    Page 202 of 296

Pachulski Stang Ziehl & Jones LLP                              Page:    33
Gottlieb, David (Penthouse)                                   Invoice 119917
32277    00001                                                June 30, 2018

---

| 06/25/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/25/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 06/25/2018 | RE2 | SCAN/COPY ( 81 @0.10 PER PG) | 8.10 |
| 06/25/2018 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 06/25/2018 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 06/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 06/25/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/26/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/26/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/27/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/27/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

| 06/27/2018 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
|---|---|---|---|
| 06/27/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/27/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/28/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/28/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/28/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/29/2018 | LV | Legal Vision Atty/Mess. Service- Inv. 02350, Court Research, J. Washington | 300.00 |
| 06/29/2018 | LV | Legal Vision Atty/Mess. Service- Inv.02352, Pacific Western Bank, S. Lee | 95.83 |
| 06/29/2018 | PO | 32277.00001 :Postage Charges for 06-29-18 | 340.61 |
| 06/29/2018 | RE | ( 11 @0.20 PER PG) | 2.20 |
| 06/29/2018 | RE | ( 18 @0.20 PER PG) | 3.60 |
| 06/29/2018 | RE | ( 42 @0.20 PER PG) | 8.40 |
| 06/29/2018 | RE | ( 3360 @0.20 PER PG) | 672.00 |
| 06/29/2018 | RE | ( 3360 @0.20 PER PG) | 672.00 |
| 06/29/2018 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/29/2018 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 06/29/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/29/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/29/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/18   Entered 09/16/18 15:57:15   Desc
Main Document   Page 264 of 296

Pachulski Stang Ziehl & Jones LLP                              Page:    35
Gottlieb, David (Penthouse)                                   Invoice 119917
32277      00001                                              June 30, 2018

06/30/2018    PAC        Pacer - Court Research                              622.20

**Total Expenses for this Matter**                      **$5,566.27**

Pachulski Stang Ziehl & Jones LLP

Page: 36

Gottlieb, David (Penthouse)

Invoice 119917

32277    00001

June 30, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 06/30/2018

| | |
|---|---|
| Total Fees | $167,107.00 |
| Chargeable costs and disbursements | $5,566.27 |
| Total Due on Current Invoice...................... | $172,673.27 |

Outstanding Balance from prior Invoices as of 06/30/2018    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $264,406.92 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $284,897.10 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $281,604.54 |

**Total Amount Due on Current and Prior Invoices**    $1,003,581.83

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | July 31, 2018 |
| | Invoice    120255 |
| | Client    32277 |
| | Matter    00001 |
| | **LFC** |

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

RE:   Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   07/31/2018

|  |  |
|---|---|
| FEES | $45,712.50 |
| EXPENSES | $373.37 |
| **TOTAL CURRENT CHARGES** | **$46,085.87** |
| **BALANCE FORWARD** | **$1,003,581.83** |
| **TOTAL BALANCE DUE** | **$1,049,667.70** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     00001

Page:     2
Invoice 120255
July 31, 2018

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 13.30 | $11,927.50 |
| AC | Avoidance Actions | 5.10 | $3,952.50 |
| AD | Asset Disposition [B130] | 9.80 | $9,515.00 |
| BL | Bankruptcy Litigation [L430] | 1.20 | $1,110.00 |
| CA | Case Administration [B110] | 1.80 | $1,135.00 |
| CO | Claims Admin/Objections[B310] | 8.40 | $5,752.50 |
| CP | Compensation Prof. [B160] | 0.20 | $135.00 |
| EC | Executory Contracts [B185] | 2.80 | $2,730.00 |
| FF | Financial Filings [B110] | 16.30 | $6,112.50 |
| IC | Insurance Coverage | 1.40 | $1,295.00 |
| OP | Operations [B210] | 0.80 | $780.00 |
| PD | Plan & Disclosure Stmt. [B320] | 1.30 | $1,267.50 |
| | | 62.40 | $45,712.50 |

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 21.20 | $7,950.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 925.00 | 3.60 | $3,330.00 |
| JJK | Kim, Jonathan J. | Counsel | 775.00 | 0.10 | $77.50 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 1.80 | $1,665.00 |
| JPN | Nolan, Jeffrey P. | Counsel | 750.00 | 0.70 | $525.00 |
| JSP | Pomerantz, Jason S. | Counsel | 775.00 | 9.80 | $7,595.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 25.20 | $24,570.00 |
| | | | | 62.40 | $45,712.50 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/18/18    Entered 09/18/18 15:57:15    Desc
Main Document    Page 208 of 296

Pachulski Stang Ziehl & Jones LLP                          Page:      3
Gottlieb, David (Penthouse)                               Invoice 120255
32277      00001                                          July 31, 2018

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Conference Call [E105] | $14.09 |
| Federal Express [E108] | $156.71 |
| Pacer - Court Research | $131.80 |
| Postage [E108] | $7.17 |
| Reproduction Expense [E101] | $38.40 |
| Reproduction/ Scan Copy | $25.20 |
| | $373.37 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    4
Invoice 120255
July 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | Init | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/12/2018 | IAWN | AA | Office conference with Linda F Cantor re vice settlement issue (.1); review and analyze relevant settlement provision (.6); office conference with Linda F Cantor re same ( .1) | 0.80 | 925.00 | $740.00 |
| 07/12/2018 | LFC | AA | Review settlement terms and settlement matters re Vice Coin  .2  AA | 0.20 | 975.00 | $195.00 |
| 07/12/2018 | LFC | AA | Office conferences with Iain A.W. Nasatir re Vice settlement issues | 0.20 | 975.00 | $195.00 |
| 07/19/2018 | JKH | AA | Emails from, to, office conference with Linda F. Cantor, Busby regarding Humboldt account issues. | 0.30 | 925.00 | $277.50 |
| 07/19/2018 | LFC | AA | Review status of Humboldt Merchant Services account and address return of funds | 0.40 | 975.00 | $390.00 |
| 07/23/2018 | LFC | AA | Review preference analysis to prepare for call with ASK financial | 0.20 | 975.00 | $195.00 |
| 07/25/2018 | JKH | AA | Emails from, to, office conference with Linda F. Cantor regarding Humboldt, buyer issues. | 0.30 | 925.00 | $277.50 |
| 07/25/2018 | JKH | AA | Email from, telephone conference with Linda F. Cantor regarding Humboldt account other issues. | 0.50 | 925.00 | $462.50 |
| 07/25/2018 | LFC | AA | Emails and office conferences with James K.T. Hunter regarding Humboldt issues | 0.30 | 975.00 | $292.50 |
| 07/25/2018 | LFC | AA | Email and telephone conference with James K.T. Hunter regarding Humboldt account issues | 0.50 | 975.00 | $487.50 |
| 07/26/2018 | JKH | AA | Email from, office conference with Linda F. Cantor regarding Humboldt account update. | 0.10 | 925.00 | $92.50 |
| 07/26/2018 | LFC | AA | Email and office conference with James K.T. Hunter regarding Humboldt account update | 0.10 | 975.00 | $97.50 |
| 07/26/2018 | JSP | AA | Analysis regarding preference information | 1.80 | 775.00 | $1,395.00 |
| 07/29/2018 | LFC | AA | Confer with Jason S. Pomerantz regarding preferences | 0.50 | 975.00 | $487.50 |
| 07/30/2018 | LFC | AA | Prepare for (.3) and participate on call with ASK regarding avoidance actions and litigation claims (.8). | 1.10 | 975.00 | $1,072.50 |
| 07/30/2018 | LFC | AA | Prepare for (.3) and participate on call with ASK regarding avoidance actions and litigation claims (.8) | 1.10 | 975.00 | $1,072.50 |
| 07/30/2018 | LFC | AA | Confer with Iain Nasatir regarding potential D&O claims | 0.40 | 975.00 | $390.00 |
| 07/30/2018 | LFC | AA | Draft memorandum to trustee regarding claims, causes of action, reconciliation and turnover matters | 0.40 | 975.00 | $390.00 |
| 07/30/2018 | LFC | AA | Confer with Iain Nasatir regarding potential D&O claims | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:      5

Invoice 120255

July 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2018 | LFC | AA | Draft memorandum to trustee regarding claims, causes of action, reconciliation and turnover matters | 0.40 | 975.00 | $390.00 |
| 07/30/2018 | JSP | AA | Prepare for call regarding potential causes of action - avoidance, fraudulent transfer, D&O liability, claim objections | 2.10 | 775.00 | $1,627.50 |
| 07/30/2018 | JSP | AA | Participate on call regarding potential causes of action - avoidance, fraudulent transfer, D&O, claim objections | 0.80 | 775.00 | $620.00 |
| 07/31/2018 | LFC | AA | Confer with Walt Bowser regarding outstanding information requests from buyer | 0.20 | 975.00 | $195.00 |
| 07/31/2018 | LFC | AA | Penthouse Confer with Walt Bowser regarding outstanding information requests from buyer | 0.20 | 975.00 | $195.00 |
| | | | | 13.30 | | $11,927.50 |

### Avoidance Actions

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/25/2018 | JSP | AC | Work through preliminary preference analysis | 1.60 | 775.00 | $1,240.00 |
| 07/27/2018 | JSP | AC | Review information and prepare for call regarding preferences | 1.90 | 775.00 | $1,472.50 |
| 07/29/2018 | JSP | AC | Further analysis of preferences, including documents and data necessary for review; confer with L. Cantor regarding same | 1.60 | 775.00 | $1,240.00 |
| | | | | 5.10 | | $3,952.50 |

### Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/02/2018 | LFC | AD | Review and send lease assignment forms to buyer's counsel | 0.20 | 975.00 | $195.00 |
| 07/02/2018 | LFC | AD | Prepare correspondence to former debtors regarding vendor confusion regarding sale | 0.20 | 975.00 | $195.00 |
| 07/09/2018 | LFC | AD | Confer with Rick Gruber regarding NDA and privacy / employee data matters | 0.20 | 975.00 | $195.00 |
| 07/09/2018 | LFC | AD | Draft non-disclosure agreement for employee data | 0.60 | 975.00 | $585.00 |
| 07/09/2018 | LFC | AD | Review seller's privacy policy and assumption of policy matters | 0.30 | 975.00 | $292.50 |
| 07/10/2018 | IAWN | AD | Review APA and exchange emails and office calls with Linda F Cantor re preserving privilege | 0.80 | 925.00 | $740.00 |
| 07/10/2018 | LFC | AD | Revise NDA for employee information held by purchaser | 0.30 | 975.00 | $292.50 |
| 07/10/2018 | LFC | AD | Telephone conference with Paul Brandt regarding NDA, Addendum to APA and transition matters | 0.50 | 975.00 | $487.50 |
| 07/10/2018 | LFC | AD | Draft, review and revise Addendum to APA for privilege and customer information data | 0.80 | 975.00 | $780.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    6
Invoice 120255
July 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2018 | LFC | AD | Further review and revise addendum (.3) and confer with Iain Nasatir regarding litigation privilege issues (.3) | 0.60 | 975.00 | $585.00 |
| 07/10/2018 | LFC | AD | Telephone conference with Paul Brent regarding outstanding sale transition matters | 0.20 | 975.00 | $195.00 |
| 07/10/2018 | LFC | AD | Confer with Jim Hunter regarding privacy issues | 0.20 | 975.00 | $195.00 |
| 07/11/2018 | LFC | AD | Work on sale transition matters | 0.20 | 975.00 | $195.00 |
| 07/11/2018 | LFC | AD | Finalize Addendum to APA (.2), confer with Jim Hunter regarding APA (.3) and prepare correspondence regarding same (.2) | 0.70 | 975.00 | $682.50 |
| 07/16/2018 | LFC | AD | E-mail memos regarding asset transfer matters to buyer's counsel | 0.20 | 975.00 | $195.00 |
| 07/17/2018 | LFC | AD | Address post-sale disclosure matters | 0.40 | 975.00 | $390.00 |
| 07/24/2018 | LFC | AD | Address post-closing outstanding matters including reconciliation and closing of accounts | 0.40 | 975.00 | $390.00 |
| 07/25/2018 | LFC | AD | Telephone conference with Paul Brent regarding outstanding matters to implement sale documents and reconciliation | 1.00 | 975.00 | $975.00 |
| 07/26/2018 | LFC | AD | Draft correspondence to buyer's counsel regarding outstanding matters to consummate and implement sale and case administrative proceedings | 0.40 | 975.00 | $390.00 |
| 07/26/2018 | LFC | AD | Review responsive correspondence from buyer | 0.10 | 975.00 | $97.50 |
| 07/26/2018 | LFC | AD | Confer with Province regarding status of data provided by buyer | 0.10 | 975.00 | $97.50 |
| 07/30/2018 | LFC | AD | Prepare schedule of all outstanding matters and information needed by trustee from buyers and/or debtors | 0.50 | 975.00 | $487.50 |
| 07/30/2018 | LFC | AD | Review financial data provided by buyer's counsel | 0.20 | 975.00 | $195.00 |
| 07/30/2018 | LFC | AD | Prepare schedule of all outstanding matters and information needed by trustee from buyers and/or debtors | 0.50 | 975.00 | $487.50 |
| 07/30/2018 | LFC | AD | Review financial data provided by buyer's counsel | 0.20 | 975.00 | $195.00 |
| | | | | **9.80** | | **$9,515.00** |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/10/2018 | IAWN | BL | Review issue re settling Crypto currency and obligation to trustee, office conferences with Linda F Cantor re same | 0.60 | 925.00 | $555.00 |
| 07/10/2018 | JKH | BL | Emails from Linda F. Cantor regarding privilege issue, review draft language. | 0.30 | 925.00 | $277.50 |
| 07/11/2018 | JKH | BL | Office conference with Linda F. Cantor regarding attorney-client privilege issue regarding transferred | 0.30 | 925.00 | $277.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    7

Invoice 120255

July 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | books and records addendum. |  |  |  |
|  |  |  |  | **1.20** |  | **$1,110.00** |

### Case Administration [B110]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/10/2018 | BDD | CA | Attend to misc. calendaring matters; email M. DesJardien re same | 0.20 | 375.00 | $75.00 |
| 07/10/2018 | BDD | CA | Review docket; update critical dates memo and email L. Cantor re same | 0.80 | 375.00 | $300.00 |
| 07/11/2018 | LFC | CA | Telephone conference with US Trustee re: 341(a) meeting and follow-up with Trustee | 0.10 | 975.00 | $97.50 |
| 07/17/2018 | JJK | CA | Emails Cantor on case status / admin. claims status. | 0.10 | 775.00 | $77.50 |
| 07/18/2018 | LFC | CA | Penthouse Review monthly operating statements | 0.30 | 975.00 | $292.50 |
| 07/21/2018 | LFC | CA | Draft correspondence to Trustee regarding status of pending matters and next steps | 0.30 | 975.00 | $292.50 |
|  |  |  |  | **1.80** |  | **$1,135.00** |

### Claims Admin/Objections[B310]

| 07/02/2018 | LFC | CO | Review updated claims information | 0.20 | 975.00 | $195.00 |
|---|---|---|---|---|---|---|
| 07/02/2018 | LFC | CO | Confer with employee regarding filing proof of claim | 0.10 | 975.00 | $97.50 |
| 07/02/2018 | BDD | CO | Email L. Cantor re l/d to file proofs of claim | 0.10 | 375.00 | $37.50 |
| 07/03/2018 | LFC | CO | Review invoice relating to foreign entity | 0.10 | 975.00 | $97.50 |
| 07/03/2018 | LFC | CO | Review priority claims | 0.20 | 975.00 | $195.00 |
| 07/03/2018 | BDD | CO | Email L. Cantor re additional claims filed | 0.10 | 375.00 | $37.50 |
| 07/03/2018 | BDD | CO | Email L. Cantor re updated claims chart | 0.10 | 375.00 | $37.50 |
| 07/03/2018 | BDD | CO | Review claims registers for all 15 debtors and update claims chart re same. | 0.90 | 375.00 | $337.50 |
| 07/05/2018 | LFC | CO | Review and analysis regarding administrative / priority claim | 0.20 | 975.00 | $195.00 |
| 07/06/2018 | LFC | CO | Correspondence with Kelly Holland and Mary Gedeon regarding NOA proof of claim. | 0.30 | 975.00 | $292.50 |
| 07/10/2018 | BDD | CO | Email L Cantor re scheduled claims for all debtors | 0.10 | 375.00 | $37.50 |
| 07/10/2018 | BDD | CO | Review additional claims filed; update claims chart and email L. Cantor re same | 1.10 | 375.00 | $412.50 |
| 07/11/2018 | BDD | CO | Email L. Cantor re POCs vs. Scheduled claims for all debtors | 0.10 | 375.00 | $37.50 |
| 07/12/2018 | BDD | CO | Finalize claims chart (filed vs. scheduled claims); email L. Cantor re same | 0.80 | 375.00 | $300.00 |
| 07/12/2018 | BDD | CO | Revisions to claims chart per L. Cantor comments; | 0.50 | 375.00 | $187.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    8

Invoice 120255

July 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | email L. Cantor re same | | | |
| 07/19/2018 | LFC | CO | Review priority claims and preliminary research regarding bases for objections | 1.40 | 975.00 | $1,365.00 |
| 07/20/2018 | LFC | CO | Review and draft responses to correspondence regarding claim for damages asserted by Holly Hollingsworth | 0.40 | 975.00 | $390.00 |
| 07/25/2018 | JPN | CO | Meet with Linda F. Cantor and review claim objections and background. | 0.70 | 750.00 | $525.00 |
| 07/25/2018 | LFC | CO | Prepare for (.3) and meeting with Jeff Nolan regarding claim objection matters and legal / factual issues regarding asserted claims  (.7) | 1.00 | 975.00 | $975.00 |
| | | | | 8.40 | | $5,752.50 |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/12/2018 | LFC | CP | Prepare notice for professionals to file first interim fee applications | 0.10 | 975.00 | $97.50 |
| 07/30/2018 | BDD | CP | Email L. Cantor re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| | | | | 0.20 | | $135.00 |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/2018 | LFC | EC | Review Palm Beach Beaute license use post-rejection matters and confer with IP counsel regarding same | 0.40 | 975.00 | $390.00 |
| 07/11/2018 | LFC | EC | Review correspondence and executory contract schedules and draft response to Greek licensee information request. | 0.50 | 975.00 | $487.50 |
| 07/13/2018 | LFC | EC | Review and comment regarding amendments to M7 agreement | 0.20 | 975.00 | $195.00 |
| 07/13/2018 | LFC | EC | Review and comment regarding stipulation with M7 | 0.20 | 975.00 | $195.00 |
| 07/13/2018 | LFC | EC | Comments regarding TOPCO stipulation and order | 0.20 | 975.00 | $195.00 |
| 07/14/2018 | LFC | EC | Review and comment regarding draft TOPCO order | 0.10 | 975.00 | $97.50 |
| 07/16/2018 | LFC | EC | Review stipulation and order regarding continuance of hearing on M7 and finalize | 0.20 | 975.00 | $195.00 |
| 07/16/2018 | LFC | EC | Review revised form of stipulation with M7 and amended agreement incorporating my comments and confer with Trustee regarding same | 0.20 | 975.00 | $195.00 |
| 07/16/2018 | LFC | EC | Review files and notes regarding landlord lease assumption and e-mail  correspondence regarding same | 0.20 | 975.00 | $195.00 |
| 07/19/2018 | LFC | EC | Review and provide comments and revisions to assumption and assignment of lease agreement  (.3) and e-mail memo regarding same  (.1) | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    9
Invoice 120255
July 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/20/2018 | LFC | EC | Review and comments re: draft assumption and assignment of lease | 0.20 | 975.00 | $195.00 |
| | | | | 2.80 | | $2,730.00 |

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/2018 | BDD | FF | Email M. Kulick re revised Schedule D &F (Penthouse Global Media) | 0.10 | 375.00 | $37.50 |
| 07/02/2018 | BDD | FF | Work on revising exhibits re XVHUB Group fka Giant Swallowtail, Inc. | 0.30 | 375.00 | $112.50 |
| 07/05/2018 | BDD | FF | Continue working on edits to Schedules/SOFAs/Explanatory Notes | 4.30 | 375.00 | $1,612.50 |
| 07/05/2018 | BDD | FF | Email M. Kulick re revised Schedules/SOFAs | 0.10 | 375.00 | $37.50 |
| 07/09/2018 | BDD | FF | Email M. Kulick re Tan Door revised schedules | 0.10 | 375.00 | $37.50 |
| 07/09/2018 | BDD | FF | Continue working on revisions to Schedules/SOFAs per conf with L. Cantor | 4.10 | 375.00 | $1,537.50 |
| 07/10/2018 | BDD | FF | Review priority amounts for wage claims; email L. Cantor re same | 0.10 | 375.00 | $37.50 |
| 07/10/2018 | BDD | FF | Continue working on revisions to Schedules/SOFAs; disclaimers, etc. | 3.20 | 375.00 | $1,200.00 |
| 07/11/2018 | BDD | FF | Review all Schedules claims and compare versus filed claims; update claims chart and email L. Cantor re same | 4.00 | 375.00 | $1,500.00 |
| | | | | 16.30 | | $6,112.50 |

### Insurance Coverage

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/30/2018 | IAWN | IC | Review file re Campbell directors & officers insurance issue, analyze objection discussing Campbell and penthouse directors and officers, draft response re directors & officers coverage; office conference with Linda F Cantor re same | 1.40 | 925.00 | $1,295.00 |
| | | | | 1.40 | | $1,295.00 |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/02/2018 | LFC | OP | Review OTC correspondence | 0.10 | 975.00 | $97.50 |
| 07/06/2018 | LFC | OP | Review correspondence from Florida IP counsel regarding pending matters | 0.10 | 975.00 | $97.50 |
| 07/16/2018 | LFC | OP | Confer with Province regarding data back-up and information access | 0.20 | 975.00 | $195.00 |
| 07/31/2018 | LFC | OP | Review banking information from trustee's administrator and confer with buyer's counsel regarding same | 0.20 | 975.00 | $195.00 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/23    Entered 09/16/23 16:57:15    Desc
Main Document    Page 407 of 433

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    10

Invoice 120255

July 31, 2018

---

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 07/31/2018 | LFC | OP | Review banking information from trustee's administrator and confer with buyer's counsel regarding same | 0.20 | 975.00 | $195.00 |
| | | | | **0.80** | | **$780.00** |

### Plan & Disclosure Stmt. [B320]

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 07/09/2018 | LFC | PD | Draft e-mail memos summarizing terms of plan and claims for liquidation analysis and tax review | 0.60 | 975.00 | $585.00 |
| 07/17/2018 | LFC | PD | Review and analysis regarding plan matters | 0.50 | 975.00 | $487.50 |
| 07/19/2018 | LFC | PD | Draft e-mail memo to Committee counsel regarding plan matters | 0.20 | 975.00 | $195.00 |
| | | | | **1.30** | | **$1,267.50** |

**TOTAL SERVICES FOR THIS MATTER:**    **$45,712.50**

Pachulski Stang Ziehl & Jones LLP                                  Page:    11
Gottlieb, David (Penthouse)                                        Invoice 120255
32277    00001                                                     July 31, 2018

---

### Expenses

| | | | |
|---|---|---|---:|
| 06/05/2018 | CC  | Conference Call [E105]  AT&T Conference Call, LFC | 3.80 |
| 06/07/2018 | FE  | Federal Express [E108] 772426551200 | 9.48 |
| 06/07/2018 | FE  | Federal Express [E108] 772426704015 | 9.48 |
| 06/11/2018 | FE  | Federal Express [E108] 772450383498 | 9.44 |
| 06/12/2018 | CC  | Conference Call [E105]  AT&T Conference Call, LFC | 2.74 |
| 06/12/2018 | FE  | Federal Express [E108] 772461416104 | 9.44 |
| 06/25/2018 | FE  | Federal Express [E108] 772563043536 | 9.42 |
| 06/25/2018 | FE  | Federal Express [E108] 772563336944 | 9.42 |
| 06/26/2018 | FE  | Federal Express [E108] 772574789453 | 17.46 |
| 06/28/2018 | CC  | Conference Call [E105]  AT&T Conference Call, LFC | 6.02 |
| 06/29/2018 | CC  | Conference Call [E105]  AT&T Conference Call, LFC | 1.53 |
| 06/29/2018 | FE  | Federal Express [E108] | 17.46 |
| 06/29/2018 | FE  | Federal Express [E108] | 29.13 |
| 06/29/2018 | FE  | Federal Express [E108] | 26.54 |
| 07/02/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/02/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/03/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |

Case 1:18-bk-10098-MB Doc 665 Filed 01/16/22 Entered 01/16/22 16:57:15 Desc
Main Document Page 277 of 296

Pachulski Stang Ziehl & Jones LLP                              Page:    12
Gottlieb, David (Penthouse)                                   Invoice 120255
32277    00001                                                July 31, 2018

---

| 07/03/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/03/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/05/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/05/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/05/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/05/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/05/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    13
Invoice 120255
July 31, 2018

| | | | |
|---|---|---|---|
| 07/09/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/09/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/09/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/09/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/09/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/09/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 07/10/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/10/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/12/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

| 07/13/2018 | PO | 32277.00001 :Postage Charges for 07-13-18 | 0.94 |
| 07/13/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/16/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/17/2018 | FE | 32277.00001 FedEx Charges for 07-17-18 | 9.44 |
| 07/17/2018 | PO | 32277.00001 :Postage Charges for 07-17-18 | 6.23 |
| 07/17/2018 | RE | ( 168 @0.20 PER PG) | 33.60 |
| 07/17/2018 | RE | ( 24 @0.20 PER PG) | 4.80 |
| 07/24/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/30/2018 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 07/30/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 07/31/2018 | PAC | Pacer - Court Research | 131.80 |

**Total Expenses for this Matter**                                       **$373.37**

| Pachulski Stang Ziehl & Jones LLP | Page:   15 |
| Gottlieb, David (Penthouse) | Invoice 120255 |
| 32277    00001 | July 31, 2018 |

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 07/31/2018

| | |
|---|---|
| Total Fees | $45,712.50 |
| Chargeable costs and disbursements | $373.37 |
| Total Due on Current Invoice.................... | $46,085.87 |

Outstanding Balance from prior Invoices as of  07/31/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $264,406.92 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $284,897.10 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $281,604.54 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $172,673.27 |

**Total Amount Due on Current and Prior Invoices**                                        $1,049,667.70

Case 1:18-bk-10098-MB   Doc 665   Filed 09/16/18   Entered 09/16/18 15:57:15   Desc
Main Document    Page 281 of 296

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

August 31, 2018
Invoice    120256
Client     32277
Matter     00001
**LFC**

RE:  Penthouse Global Media et al.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   08/31/2018

| | |
|---|---|
| FEES | $42,437.50 |
| EXPENSES | $501.25 |
| **TOTAL CURRENT CHARGES** | **$42,938.75** |
| **BALANCE FORWARD** | **$1,049,667.70** |
| **TOTAL BALANCE DUE** | **$1,092,606.45** |

Pachulski Stang Ziehl & Jones LLP                                    Page:     2
Gottlieb, David (Penthouse)                                         Invoice 120256
32277     00001                                                    August 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 30.20 | $26,920.00 |
| AD | Asset Disposition [B130] | 7.70 | $7,507.50 |
| CA | Case Administration [B110] | 4.50 | $4,087.50 |
| CO | Claims Admin/Objections[B310] | 1.60 | $900.00 |
| CP | Compensation Prof. [B160] | 5.10 | $1,912.50 |
| CPO | Comp. of Prof./Others | 0.10 | $37.50 |
| EC | Executory Contracts [B185] | 1.10 | $1,072.50 |
| | | 50.30 | $42,437.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 375.00 | 9.20 | $3,450.00 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 4.10 | $3,792.50 |
| JSP | Pomerantz, Jason S. | Counsel | 775.00 | 4.40 | $3,410.00 |
| LFC | Cantor, Linda F. | Partner | 975.00 | 32.60 | $31,785.00 |
| | | | | 50.30 | $42,437.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $18.84 |
| Lexis/Nexis- Legal Research [E | $332.43 |
| Pacer - Court Research | $99.40 |
| Postage [E108] | $0.68 |

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/18    Entered 09/16/18 15:57:15    Desc
Main Document    Page 283 of 296

Pachulski Stang Ziehl & Jones LLP                          Page:      3
Gottlieb, David (Penthouse)                                Invoice 120256
32277      00001                                           August 31, 2018

---

### Summary of Expenses

| Description | Amount |
|---|---|
| Reproduction/ Scan Copy | $49.90 |
| | $501.25 |

Pachulski Stang Ziehl & Jones LLP                                Page:      4
Gottlieb, David (Penthouse)                                     Invoice 120256
32277      00001                                               August 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| 08/01/2018 | JSP | AA | Analysis regarding potential causes of action 9/547, 548, 550) to pursue | 2.20 | 775.00 | $1,705.00 |
|---|---|---|---|---|---|---|
| 08/07/2018 | LFC | AA | Confer with Humboldt counsel regarding closing of accounts and return of funds | 0.30 | 975.00 | $292.50 |
| 08/08/2018 | JSP | AA | Confer with D. Gottlieb regarding case status, including preferences | 0.90 | 775.00 | $697.50 |
| 08/13/2018 | JKH | AA | Email from., office conference with Linda F. Cantor and telephone conference with Brent regarding Humboldt account issues, strategy. | 0.60 | 925.00 | $555.00 |
| 08/13/2018 | LFC | AA | Review files (.2) and confer with Iain Nasatir regarding D&O lawsuit (.3) | 0.50 | 975.00 | $487.50 |
| 08/13/2018 | LFC | AA | Confer with Jim Hunter regarding recovery of Humboldt Merchant Services funds  (.1) and telephone conference with Humboldt Bank representative regarding same  (.2) | 0.30 | 975.00 | $292.50 |
| 08/13/2018 | LFC | AA | Telephone conference with Paul Brent regarding Merchant Services account funds | 0.30 | 975.00 | $292.50 |
| 08/13/2018 | LFC | AA | Review notes of calls with Humboldt Merchant Services | 0.10 | 975.00 | $97.50 |
| 08/14/2018 | JKH | AA | Email from, office conference with Linda F. Cantor regarding Humboldt draft communique. | 0.30 | 925.00 | $277.50 |
| 08/14/2018 | JSP | AA | Further analysis regarding preferences and potential additional causes of action; confer with D. Gottlieb in connection with same | 1.30 | 775.00 | $1,007.50 |
| 08/15/2018 | LFC | AA | Confer with Jason Pomerantz regarding avoidance action and litigation claims | 0.20 | 975.00 | $195.00 |
| 08/15/2018 | LFC | AA | Prepare draft joint demand letter to Humboldt Bank | 0.20 | 975.00 | $195.00 |
| 08/16/2018 | JKH | AA | Emails from, to Linda F. Cantor regarding Humboldt joint email and office conferences with Linda F. Cantor regarding same, issues regarding documents demand from buyer. | 0.70 | 925.00 | $647.50 |
| 08/21/2018 | LFC | AA | Review correspondence from Morrison & Foerster (.1) and telephone conference with Adam Lewis regarding retainer held by firm from Penthouse Media Group Inc.  (.3) and confer with James Hunter regarding same  (.1) | 0.50 | 975.00 | $487.50 |
| 08/22/2018 | JKH | AA | Emails from Linda F. Cantor, Brent regarding Humboldt account issues, office conference with Linda F. Cantor regarding same. | 0.20 | 925.00 | $185.00 |
| 08/23/2018 | JKH | AA | Review emails, attachment from Gottlieb, Linda F. Cantor regarding Humboldt account issues, and office conference with Linda F. Cantor regarding | 0.50 | 925.00 | $462.50 |

Pachulski Stang Ziehl & Jones LLP                                      Page:      5
Gottlieb, David (Penthouse)                                           Invoice 120256
32277     00001                                                      August 31, 2018

---

|            |     |    |                                                                                                                                                                                                                                                              | Hours | Rate   | Amount      |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
|            |     |    | same, law firm retainer.                                                                                                                                                                                                                                      |       |        |             |
| 08/23/2018 | LFC | AA | Telephone conference with Meredith Taunt, corporate counsel for Humboldt bank, regarding closure of accounts and release of funds to the estates                                                                                                               | 0.50  | 975.00 | $487.50     |
| 08/23/2018 | LFC | AA | Review 2013 plan, disclosure statement, first day declaration and corporate history in 2013 Penthouse / FriendFinder chapter 11 cases, 2007 corporate transactions and other documents and pleadings regarding history of debtors for Humboldt and retainer fund turnovers | 2.50  | 975.00 | $2,437.50   |
| 08/23/2018 | LFC | AA | Review Video Bliss and related entities involved in 2016 stock purchase agreement between Kelly Holland and Friendfinder network as seller, transactional documents and public filing information.                                                             | 1.30  | 975.00 | $1,267.50   |
| 08/24/2018 | LFC | AA | Review and analyze rights to retainer paid by Penthouse Media Group, Inc. to Morrison & Foerster, including tracing of corporate history and review of public records, bankruptcy pleadings and published court opinions.                                      | 2.70  | 975.00 | $2,632.50   |
| 08/27/2018 | JKH | AA | Emails, office conference with Linda F. Cantor regarding Humboldt account developments, Morrison Foerster retainer issue, review documents regarding same.                                                                                                     | 0.70  | 925.00 | $647.50     |
| 08/27/2018 | LFC | AA | Further review and analysis of corporate history and draft memorandum regarding rights and potential assets of debtor entities' estates and outstanding issues.                                                                                               | 1.80  | 975.00 | $1,755.00   |
| 08/27/2018 | LFC | AA | Draft memorandum to Trustee regarding title matters pertaining to retainer funds and Humboldt merchant accounts                                                                                                                                               | 0.40  | 975.00 | $390.00     |
| 08/27/2018 | LFC | AA | Draft correspondence to Morrison & Foerster setting forth basis for turnover of retainer funds to Trustee                                                                                                                                                      | 0.70  | 975.00 | $682.50     |
| 08/28/2018 | JKH | AA | Office conferences Linda F. Cantor, telephone conference with Lewis regarding Morrison Foerster retainer issue and review retainer regarding same.                                                                                                             | 0.60  | 925.00 | $555.00     |
| 08/28/2018 | LFC | AA | Confer with Buyer's counsel regarding chain of title matters and draft e-mail memos regarding same                                                                                                                                                            | 0.50  | 975.00 | $487.50     |
| 08/28/2018 | LFC | AA | Confer with Adam Lewis regarding retainer funds (.2) and review retention agreement                                                                                                                                                                           | 0.20  | 975.00 | $195.00     |
| 08/28/2018 | LFC | AA | Draft memo to buyer's counsel regarding retainer funds and Humboldt Bank Accounts                                                                                                                                                                             | 0.30  | 975.00 | $292.50     |
| 08/28/2018 | LFC | AA | Multiple e-mail memos to buyer's counsel in support of chain of title analysis                                                                                                                                                                                | 0.30  | 975.00 | $292.50     |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    6

Invoice 120256

August 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/29/2018 | JKH | AA | Office conference and email from Linda F. Cantor regarding retainer issues, telephone conferences with Brent and Cashdan regarding same. | 0.50 | 925.00 | $462.50 |
| 08/29/2018 | LFC | AA | Review correspondence from Humboldt Merchant Services regarding turnover of funds | 0.10 | 975.00 | $97.50 |
| 08/30/2018 | LFC | AA | Review closing binder of sale of Penthouse business to Kelly Holland from FriendFinder Network, Inc., schedules and related documents, corporate records regarding Video Bill merger, schedules and statements in 2013 bankruptcy case, public records and articles for title analysis supporting rights to Humboldt Merchant Services accounts and retainer fund held by Morrison & Foerster | 3.60 | 975.00 | $3,510.00 |
| 08/30/2018 | LFC | AA | Draft summary of transactions with supporting documents for review by Trustee and buyer. | 1.20 | 975.00 | $1,170.00 |
| 08/30/2018 | BDD | AA | Research corporate ownership structure info per L. Cantor request; confer with L. Cantor re same | 2.40 | 375.00 | $900.00 |
| 08/31/2018 | LFC | AA | Review additional closing documents from FriendFinder Networks sale transaction to Kelly Holland received from Michael Weiss in connection with chain of title analysis | 0.80 | 975.00 | $780.00 |
| | | | | 30.20 | | $26,920.00 |

### Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/01/2018 | LFC | AD | Address post-sale reconciliation matters including e-mail memos to third parties regarding payment of administrative cure claims | 0.40 | 975.00 | $390.00 |
| 08/03/2018 | LFC | AD | Review financial information and e-mail records for call with buyer's counsel regarding reconciliation | 0.30 | 975.00 | $292.50 |
| 08/03/2018 | LFC | AD | Telephone conference with buyer's counsel regarding financial reconciliation as provided in APA | 0.60 | 975.00 | $585.00 |
| 08/06/2018 | LFC | AD | Review bank statements and wire transfer information and confer with buyer's counsel regarding same | 0.30 | 975.00 | $292.50 |
| 08/07/2018 | LFC | AD | Confer with Walt Bowser regarding post-sale reconciliation process | 0.20 | 975.00 | $195.00 |
| 08/07/2018 | LFC | AD | Review e-mail memos and data supporting reconciliation matters | 0.30 | 975.00 | $292.50 |
| 08/08/2018 | LFC | AD | Review additional post-sale reconciliation documents | 0.20 | 975.00 | $195.00 |
| 08/09/2018 | LFC | AD | Address post-closing matters and review underlying additional financial data for conference call with buyer's counsel and CFO | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    00001

Page:    7
Invoice 120256
August 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/10/2018 | LFC | AD | Prepare for (.3) and participate on conference call with Trustee, Province,  buyer's counsel and CFO regarding transition and reconciliation matters  (.5). | 0.80 | 975.00 | $780.00 |
| 08/14/2018 | LFC | AD | Review financial data and e-mail memos regarding post-sale reconciliation process | 0.30 | 975.00 | $292.50 |
| 08/14/2018 | LFC | AD | E-mail correspondence and call to Paul Brent regarding post-closing matters | 0.20 | 975.00 | $195.00 |
| 08/17/2018 | LFC | AD | Penthouse Review documents and financial data provided by buyer's counsel regarding post-sale payables and receivables and reconciliation process | 0.50 | 975.00 | $487.50 |
| 08/17/2018 | LFC | AD | Conference call with financial advisors and Buyer's counsel regarding sale reconciliation matters | 0.50 | 975.00 | $487.50 |
| 08/20/2018 | LFC | AD | Review data for reconciliation analysis | 0.20 | 975.00 | $195.00 |
| 08/22/2018 | LFC | AD | Review and analysis of IP and stock transfer issues | 0.50 | 975.00 | $487.50 |
| 08/22/2018 | LFC | AD | E-mail memos with buyer's counsel regarding outstanding sale implementation matters | 0.20 | 975.00 | $195.00 |
| 08/29/2018 | LFC | AD | Review additional financial data in support of reconciliation | 0.20 | 975.00 | $195.00 |
| 08/31/2018 | LFC | AD | Prepare final forms of schedules to APA for filing with the Court | 1.40 | 975.00 | $1,365.00 |
| | | | | 7.70 | | $7,507.50 |

### Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/13/2018 | LFC | CA | Prepare draft of status report | 1.00 | 975.00 | $975.00 |
| 08/13/2018 | LFC | CA | Draft memo to Trustee regarding Humboldt Merchant Services and other pending matters | 0.40 | 975.00 | $390.00 |
| 08/13/2018 | BDD | CA | Review docket re critical dates and update critical date memo re same (.40); email L. Cantor re same (.10) | 0.50 | 375.00 | $187.50 |
| 08/14/2018 | LFC | CA | Further draft, review and revise Trustee's Third Status Report | 2.30 | 975.00 | $2,242.50 |
| 08/14/2018 | LFC | CA | Revise and finalize Third Status Report | 0.30 | 975.00 | $292.50 |
| | | | | 4.50 | | $4,087.50 |

### Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/13/2018 | LFC | CO | Review updated claims chart | 0.20 | 975.00 | $195.00 |
| 08/13/2018 | BDD | CO | Revise POC chart (.10); email L. Cantor re same (.10) | 0.20 | 375.00 | $75.00 |
| 08/13/2018 | BDD | CO | Email L. Cantor re further revisions to claims chart (re list of cure payments) | 0.10 | 375.00 | $37.50 |
| 08/17/2018 | LFC | CO | Telephone conference with Rolling Dice | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    8

Invoice 120256

August 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Productions regarding payment of post-petition administrative claim | | | |
| 08/17/2018 | BDD | CO | Email L. Cantor re L. Chafik POC | 0.10 | 375.00 | $37.50 |
| 08/20/2018 | BDD | CO | Email C. Lazzami re proof of claim | 0.10 | 375.00 | $37.50 |
| 08/22/2018 | BDD | CO | Review/edit chart re claim filed by NY Dept of Finance (.10); email L. Cantor re same (.10) | 0.20 | 375.00 | $75.00 |
| 08/22/2018 | BDD | CO | Email L. Cantor re additional tax claim | 0.10 | 375.00 | $37.50 |
| 08/29/2018 | LFC | CO | Confer with Beth Dassa regarding administrative bar date motion | 0.10 | 975.00 | $97.50 |
| 08/29/2018 | BDD | CO | Review info needed for ch. 11 administrative bar date motion (.10); email L. Cantor re same (.10) | 0.20 | 375.00 | $75.00 |
| 08/29/2018 | BDD | CO | Email L. Cantor re hearing on motion for admin bar date claims | 0.10 | 375.00 | $37.50 |
| | | | | **1.60** | | **$900.00** |

### Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/06/2018 | BDD | CP | Email L. Cantor re PSZJ interim fee application | 0.10 | 375.00 | $37.50 |
| 08/06/2018 | BDD | CP | Email L. Cantor re fee applications | 0.10 | 375.00 | $37.50 |
| 08/13/2018 | BDD | CP | Email L. Gardiazabal re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 08/13/2018 | BDD | CP | Email M. Kulick re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 08/20/2018 | BDD | CP | Email L. Gardizabal re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 08/20/2018 | BDD | CP | Email C. Ferra re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 08/21/2018 | BDD | CP | Continue working on PSZJ 1st interim fee application | 1.00 | 375.00 | $375.00 |
| 08/22/2018 | BDD | CP | Confer with L. Cantor re PSZJ 1st interim fee application | 0.20 | 375.00 | $75.00 |
| 08/22/2018 | BDD | CP | Continue working on PSTJ 1st interim fee application | 1.10 | 375.00 | $412.50 |
| 08/23/2018 | BDD | CP | Email L. Cantor re PSZJ 1st interim fee application | 0.10 | 375.00 | $37.50 |
| 08/23/2018 | BDD | CP | Continue working on PSZJ 1st interim fee application | 2.10 | 375.00 | $787.50 |
| | | | | **5.10** | | **$1,912.50** |

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/13/2018 | BDD | CPO | Email L. Cantor re Akerman fee application | 0.10 | 375.00 | $37.50 |
| | | | | **0.10** | | **$37.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    9

Invoice 120256

August 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Executory Contracts [B185]** | | | | | | |
| 08/03/2018 | LFC | EC | Review revisions to assumption and assignment agreement and e-mail memo regarding same | 0.20 | 975.00 | $195.00 |
| 08/06/2018 | LFC | EC | Review final forms of assumption / assignment agreement and M7 Stipulation and e-mail memos regarding same | 0.20 | 975.00 | $195.00 |
| 08/12/2018 | LFC | EC | Review draft order on M7 stipulation and e-mail memo regarding same | 0.10 | 975.00 | $97.50 |
| 08/20/2018 | LFC | EC | Follow-up on M7 settlement matters | 0.10 | 975.00 | $97.50 |
| 08/22/2018 | LFC | EC | Draft order approving stipulation with Eli Dubrow, landlord for Penthouse premises, regarding assumption and assignment of lease | 0.30 | 975.00 | $292.50 |
| 08/22/2018 | LFC | EC | Revise and finalize order per landlord counsel's comments | 0.20 | 975.00 | $195.00 |
|  |  |  |  | 1.10 |  | $1,072.50 |

**TOTAL SERVICES FOR THIS MATTER:**          $42,437.50

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    00001

Page:    10

Invoice 120256

August 31, 2018

---

### **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/07/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 08/13/2018 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/14/2018 | FE | Federal Express [E108] | 9.42 |
| 08/14/2018 | FE | 32277.00001 FedEx Charges for 08-14-18 | 9.42 |
| 08/14/2018 | PO | 32277.00001 :Postage Charges for 08-14-18 | 0.68 |
| 08/14/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/14/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/14/2018 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/20/2018 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 08/20/2018 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 08/20/2018 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 08/22/2018 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/23/2018 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 08/23/2018 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 08/28/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/30/2018 | LN | 32277.00001 Lexis Charges for 08-30-18 | 332.43 |
| 08/30/2018 | RE2 | SCAN/COPY ( 94 @0.10 PER PG) | 9.40 |
| 08/30/2018 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 08/30/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/30/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    11
Gottlieb, David (Penthouse)                                         Invoice 120256
32277    00001                                                      August 31, 2018

| | | | |
|---|---|---|---|
| 08/30/2018 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 08/31/2018 | PAC | Pacer - Court Research | 99.40 |

**Total Expenses for this Matter**                    **$501.25**

| Pachulski Stang Ziehl & Jones LLP | Page:   12 |
|---|---|
| Gottlieb, David (Penthouse) | Invoice 120256 |
| 32277    00001 | August 31, 2018 |

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 08/31/2018

| | |
|---|---|
| Total Fees | $42,437.50 |
| Chargeable costs and disbursements | $501.25 |
| Total Due on Current Invoice..................... | $42,938.75 |

Outstanding Balance from prior Invoices as of 08/31/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 119492 | 03/31/2018 | $263,034.00 | $1,372.92 | $264,406.92 |
| 119493 | 04/30/2018 | $278,254.50 | $6,642.60 | $284,897.10 |
| 119916 | 05/31/2018 | $263,350.00 | $18,254.54 | $281,604.54 |
| 119917 | 06/30/2018 | $167,107.00 | $5,566.27 | $172,673.27 |
| 120255 | 07/31/2018 | $45,712.50 | $373.37 | $46,085.87 |

**Total Amount Due on Current and Prior Invoices**                          $1,092,606.45

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***FIRST APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE CHAPTER 11 TRUSTEE; DECLARATION OF LINDA F. CANTOR IN SUPPORT THEREOF*** will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**September 18, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2018**, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 18, 2018**, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__:

- *Keith Patrick Banner      kbanner@greenbergglusker.com, sharper@greenbergglusker.com*
- *Ron Bender    rb@lnbyb.com*
- *Stephen F Biegenzahn     efile@sfblaw.com*
- *Paul M Brent     snb300@aol.com*
- *Linda F Cantor     lcantor@pszjlaw.com, lcantor@pszjlaw.com*
- *Carol Chow     carol.chow@ffslaw.com*
- *Russell Clementson     russell.clementson@usdoj.gov*
- *Joseph Corrigan     Bankruptcy2@ironmountain.com*
- *Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com*
- *Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Allan B Gelbard     xxxesq@aol.com, Allan@GelbardLaw.com*
- *David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com,*
  *dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Mirco J Haag     mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com*
- *Mark S Horoupian     mhoroupian@sulmeyerlaw.com,*
  *ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com*
- *Jeffrey L Kandel     jkandel@pszjlaw.com*
- *John P Kreis     jkreis@kreislaw.com, j.kreis@ca.rr.com*
- *Andrew B Levin     alevin@wcghlaw.com,*
  *Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Peter W Lianides     plianides@wcghlaw.com,*
  *pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com*
- *David W. Meadows     david@davidwmeadowslaw.com*
- *Krikor J Meshefejian     kjm@lnbrb.com*
- *Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
- *Iain A W Nasatir     inasatir@pszjlaw.com, jwashington@pszjlaw.com*
- *Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
- *S Margaux Ross     margaux.ross@usdoj.gov*
- *Michael St James     ecf@stjames-law.com*
- *Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
- *Cathy Ta     cathy.ta@bbklaw.com, paul.nordlund@bbklaw.com;sansanee.wells@bbklaw.com*
- *United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov*
- *Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com*
- *Michael H Weiss     lm@weissandspees.com, lm@weissandspees.com*
- *Marc J Winthrop     mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Christopher K.S. Wong     christopher.wong@arentfox.com*
- *Beth Ann R Young     bry@lnbyb.com*

2. __SERVED BY UNITED STATES MAIL__:

*See attached Service List*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case 1:18-bk-10098-MB    Doc 665    Filed 09/16/22    Entered 09/16/22 15:57:15    Desc
Main Document    Page 427 of 433

## In re Penthouse Global Media, Inc.
## Chapter 11 Case No. 1:18-bk-10098-MB
## 2002 Service List

**<u>SERVED BY UNITED STATES MAIL</u>:**

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel
Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA 91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application
to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR INTERIM AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID K. GOTTLIEB, FORMER CHAPTER 11 TRUSTEE; DECLARATION OF LINDA F. CANTOR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 16, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2022 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor Interested Party
bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**In re Penthouse Global Media, Inc.**
**Chapter 11 Case No. 1:18-bk-10098-MB**
**2002 Service List**

**SERVED BY UNITED STATES MAIL:**

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA  90069

*Trustee*
David K. Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Jennifer Nassiri
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard, Esq.
15760 Ventura Blvd., Ste. 801
Encino, CA  91436

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz, Esq.
Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll, Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main Street, Ste. 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian
Robert M. Hirsh (*pro hac vice* application to be submitted)
ARENT FOX LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065