1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for Attorneys for David K. Gottlieb,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtors.

☒  Affects All Debtors
☐  Affects Penthouse Global Broadcasting, Inc.
☐  Affects Penthouse Global Licensing, Inc.
☐  Affects Penthouse Global Digital, Inc.
☐  Affects Penthouse Global Publishing, Inc.
☐  Affects GMI Online Ventures, Ltd.
☐  Affects Penthouse Digital Media Productions, Inc.
☐  Affects Tan Door Media, Inc.
☐  Affects Penthouse Images Acquisitions, Ltd.
☐  Affects Pure Entertainment Telecommunications, Inc.
☐  Affects XVHUB Group, Inc.
☐  Affects General Media Communications, Inc.
☐  Affects General Media Entertainment, Inc.
☐  Affects Danni Ashe, Inc.
☐  Affects Steamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 7

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR INTERIM AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE; DECLARATION OF LINDA F. CANTOR IN SUPPORT THEREOF**

**Employment Period:
   March 12, 2019 – September 30, 2022**

**[Hearing Date TBD]**

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE DEBTORS AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE**

# TABLE OF CONTENTS

**Pages**

I.      APPLICATION SUMMARY ......................................................................................... 1

      A.      Summary of Employment Period (March 12, 2019 – September 30, 2022): ............ 1

      B.      Employment of the Firm and 341(a) Meetings of Creditors.................................. 1

      C.      Final Application Fees ...................................................................................... 2

II.     INTRODUCTORY STATEMENT ................................................................................ 2

III.    BRIEF NARRATIVE HISTORY AND POSTURE OF THE CASE DURING THE
      EMPLOYMENT PERIOD [LBR 2016-1(a)(1)(A)] ..................................................... 2

      A.      Meeting of Creditors ........................................................................................ 3

      B.      Post-Closing Reconciliation of Accounts Receivable and Other
           Purchaser Disputes ........................................................................................... 3

      C.      Post-Closing Intellectual Property Registration Issues....................................... 4

      D.      Global Settlement between the Trustee and WGCZ Ltd., S.R.O. ........................... 5

      E.      Other Case Administration Matters .................................................................... 6

IV.     NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME
      EXPENDED  ............................................................................................................... 7

      A.      Services Performed and Time Expended During the Employment Period
           Covered by this Final Application ..................................................................... 7

           1.      Asset Analysis.......................................................................................... 7

           2.      Asset Disposition ..................................................................................... 7

           3.      Bankruptcy Litigation .............................................................................. 8

           4.      Case Administration.................................................................................. 9

           5.      Claims Administration / Objection / Settlement........................................ 10

           6.      Compensation of Professionals/Others ..................................................... 11

           7.      Executory Contracts ................................................................................ 11

           8.      Financial Filings...................................................................................... 12

           9.      Insurance Coverage ................................................................................. 12

          10.     Meeting of Creditors ............................................................................... 12

          11.     Stay Litigation ........................................................................................ 12

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

i

|        | 12. | Retention of Professionals/Others | 12 |
|        | 13. | Litigation/Non-Bankruptcy | 13 |
|        | 14. | Operations | 13 |
| B. | | Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought [LBR 2016-1(a)(1)(E), (G) and (I)] | 13 |
| C. | | List of Expenses by Category [LBR 2016-1(a)(1)(F)] | 13 |
| D. | | Hourly Rates [LBR-1(a)(1)(G)] | 14 |
| E. | | Description of Professional Education and Experience [LBR 2016-1(a)(1)(H)] | 14 |
| F. | | Client's Declaration (LBR 2016-1(a)(1)(J)) | 14 |
| G. | | Applicant's Review of the Requirements of LBR 2016-1 [LBR 2016-1(a)(1)(K)] | 14 |
| H. | | No Fee Sharing | 14 |
| I. | | Notice of Application and Hearing (LBR 2016-1(c)(4)(C) | 14 |
| V. | | THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW | 15 |
| A. | | Factors in Evaluating Requests for Compensation | 15 |
| B. | | The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended | 15 |
| VI. | | CONCLUSION | 17 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

ii

Pachulski Stang Ziehl & Jones LLP (the "<u>Firm</u>" or "<u>PSZJ</u>"), counsel to David K. Gottlieb, the chapter 7 trustee (the "<u>Chapter 7 Trustee</u>" or "<u>Gottlieb</u>") for the Estates (individually, an "<u>Estate</u>" and, collectively, the "<u>Estates</u>") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "<u>Debtors</u>"), hereby submits this *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Chapter 7 Trustee* (the "<u>Final Application</u>"), for the period of March 12, 2019 through September 30, 2022 (the "<u>Employment Period</u>") pursuant to sections 330 of the Bankruptcy Code.[1]

For the Employment Period, the Firm seeks final allowance of compensation in the amount of **$393,228.50** and reimbursement of expenses in the amount of **$9,550.43** for a total award of **$402,778.93**, in connection with the Firm's Final Application.  These amounts have not been the subject of any prior interim application.

The Firm's attorneys and paralegals billed a total of 394.50 hours to this matter during the Employment Period.

# I.

## <u>APPLICATION SUMMARY</u>

**A.**    <u>**Summary of Employment Period (March 12, 2019 – September 30, 2022):**</u>

| | | |
|---|---|---|
| 1. | Total Fees Subject to Final Approval | $393,228.50 |
| 2. | Total Expenses Subject to Final Approval | $9,550.43 |
| 3. | **Total Request**    (TOTAL:  Lines 1 and 2) | **$402,778.93** |
| 4. | Total Hours Billed | 394.50 |
| 5. | Blended Hourly Rate Including Paralegals | $996.77 |
| 6. | Blended Hourly Rate Excluding Paralegals | $1,131.00 |

**B.**    <u>**Employment of the Firm and 341(a) Meetings of Creditors**</u>

Upon the motion of the Chapter 11 Trustee, the chapter 11 cases of the Debtors were converted to chapter 7 by Order of the Court entered March 12, 2019 [Dkt. No. 810].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.  All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

1

DOCS_LA:345321.2 32277/002

**C.**    **Final Application Fees**

This Final Application describes fees incurred and expenses advanced during the Employment Period of March 12, 2019 through September 30, 2022.  This is the Firm's first and final application for fees and expenses in these chapter 7 cases.  To limit professional fees, the Firm did not bill for many hours of services performed and wrote off approximately $70,000 during the Employment Period.

## II.

## INTRODUCTORY STATEMENT

Local Bankruptcy Rule 2016-1 (1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Compensation Guidelines").  Finally, cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F, *cert. denied*, 425 U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar."  *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007). The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo),* 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Final Application complies with all statutory guidelines and Court-imposed requirements.

As of November 16, 2022, there was a total of approximately $1,025,631.12 in funds held by the bankruptcy estates (the "Estates").

## III.

## BRIEF NARRATIVE HISTORY AND POSTURE OF THE

## CASE DURING THE EMPLOYMENT PERIOD [LBR 2016-1(a)(1)(A)]

The Chapter 7 Trustee retained the Firm as his general bankruptcy counsel to complete the administration of these Estates.  The Chapter 7 Trustee also retained the Offices of Bradley E.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

Brook, APC ("Brook") as special litigation counsel to pursue avoidance actions on a contingency basis and to work with the Trustee and his professionals on contested matters including objections to claims.

In connection with the sale of the Debtors' assets (which closed June 15, 2018), the purchaser - assignees of WGCZ Ltd., S.R.O. (the "Purchaser") – assumed the Debtors' headquarter lease and employed the majority of the Debtors' employees, including its principal and equity holder Kelly Holland, to continue business operations. The Purchaser also retained bankruptcy counsel to represent it in these proceedings. By the time of the conversion of these cases nine months later, in March 2019, it had become increasingly difficult for the Trustee to obtain information from the Purchaser and to connect with a representative of the Debtors. This hindered the Trustee's ability to make post-closing accounts receivable reconciliations, obtain documents necessary for claims administration and to hold the chapter 7 meetings of creditors.

## A.    Meeting of Creditors

The initial 341(a) meeting of creditors for the chapter 7 Debtors were scheduled for April 1, 2019. However, no appearance was made by representatives of the Debtors on that date. The 341(a) meetings were continued to May 6, 2019 and then to June 28, 2019, but the Debtors' representatives again failed to appear. The Trustee filed a motion to compel a Debtor representative to appear at the further continued 341(a) meetings set for September 6, 2019, but to no avail. Finally, former counsel for the Debtors agreed to appear on behalf of the chapter 7 Debtors and the 341(a) meetings of creditors were held and concluded on October 4, 2019.

## B.    Post-Closing Reconciliation of Accounts Receivable and Other Purchaser Disputes

Under the purchase and sale agreement between the Trustee and the Purchaser (the "APA"), accounts receivable that arose from pre-closing date activities were to be payable to and retained by the Estates and accounts receivable that arose from post-closing operations were the property of and to be payable to the Purchaser. The APA provided that if accounts receivable were paid to the wrong party post-closing, there would be a reconciliation by the Trustee and Purchaser, with the funds improperly received by either party turned over to the other (the "Wrong Pocket Provision"). From time to time after the closing of sale, the Trustee and the Purchaser had numerous discussions

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

and traded financial information in order to determine what amounts were owed by the other. The reconciliation process and negotiations regarding same continued throughout the first twenty months of the Employment Period as additional amounts were collected and disputed receivables were researched and determined. The completion of accounts receivable reconciliation was delayed initially due to accounting staff limitations of the Purchaser and later due to operational disruptions caused by Covid-19. By the summer of 2020, the Trustee and Purchaser had reached substantial agreement on the amounts that were owing to the Estates under the Wrong Pocket Provision, namely $360,000. However, the Purchaser had filed an administrative claim (the "WGCZ Claim") in the amount of $548,749.03, purportedly based on (a) Estate expenses paid by the Purchaser, (b) revenue paid to the Trustee that was property of the Purchaser, and (c) funds improperly withheld by the Purchaser.[2] Based on the assertions in the proof of claim, the Purchaser requested offsets from the turnover of the amounts otherwise owed the Estates and other additional consideration.

Perhaps related to its asserted claims, Purchaser took contrary positions in regards to the Trustee's administration of the Estates, creating additional work for the Trustee and his professionals. The Purchaser objected to the Trustee's applications to retain professionals, would not approve the final forms of schedules to the APA, would not turn over documents sought pursuant to a 2004 examination application despite entering into a stipulation to address confidential / attorney client matters, and generally contested the Trustee's position regarding responsibility for the payment of certain post-closing administrative claims.

## C.    **Post-Closing Intellectual Property Registration Issues**

The Debtors conducted worldwide licensing operations and following the sale closing the Purchaser ran into difficulties registering intellectual property ("IP") rights in certain foreign jurisdictions. During the Employment Period, the Firm expended significant efforts working with Purchaser's IP counsel to address foreign registration issues in various jurisdictions, including negotiating proposed forms of IP assignment document, powers of attorney documents, indemnity agreements, bills of sale and other forms of consent agreements to facilitate registration. One of the issues causing problems was that the IP was initially registered in the name of the Debtors and it was

---

[2] *See Purchaser's Request for Payment of Administrative Claim* [Docket No. 740] and Proof of Claim No. 88-1.

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

cost prohibitive for the Purchaser to re-register the hundreds of copyrights and trademarks in its own name in each foreign jurisdiction in which it did business. Interim solutions proposed by Purchaser, such as transfer agreements and powers of attorney on behalf of the Estates, were not feasible in the context of chapter 7 cases administered by a chapter 7 Trustee. These problems were ultimately resolved through a global settlement with the Purchaser, described below.

**D.    Global Settlement between the Trustee and WGCZ Ltd., S.R.O.**

Extended negotiations between the Trustee and the Purchaser culminated in a settlement of each party's respective claims in or about November 2020. Under the settlement, the Purchaser agreed to turn over the funds that it owed to the Estates and the Trustee agreed to facilitate the Purchaser's registration of intellectual property in foreign jurisdictions by assigning to it stock of certain Penthouse subsidiaries and by executing modified intellectual property assignment documents. Specifically, the settlement provided that the Purchaser would pay the Trustee $365,000, in consideration for which the Trustee would take the following actions with respect to each of the entities listed below:

| No. | Entity | PENTHOUSE IP | Action to be Taken |
|---|---|---|---|
| 01 | General Media Communications, Inc. | Trademarks & Copyrights | To be acquired via stock purchase |
| 02 | Pure Entertainment Telecommunications, Inc. | Copyrights | Modified assignment to be executed by Trustee |
| 03 | General Media Entertainment Inc. | Copyrights | Modified assignment to be executed by Trustee |
| 04 | Penthouse Images Acquisitions, Ltd. | Copyrights | Modified assignment to be executed by Trustee |
| 05 | XVHUB Group, Inc. | Copyrights | Modified assignment to be executed by Trustee |
| 06 | Penthouse Digital Media Products, Inc. | Trademarks & Copyrights | To be acquired in stock purchase |
| 07 | Danni Ashe, Inc. | Trademarks & Copyrights | To be acquired in stock purchase |
| 08 | Steamray Studios, Inc. | Copyrights | Modified assignment to be executed by Trustee |
| 09 | Tan Door Media, Inc. | Trademarks & Copyrights | To be acquired in stock purchase |
| 10 | GMI Online Ventures | Copyrights | To be acquired in stock purchase |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:345321.2 32277/002

In addition, the settlement agreement provided that the Purchaser and the Trustee mutually waive and release any and all claims which any may have against the other, including but not limited to the Claim and any rights under California Civil Code § 1542 or similar laws.

The Trustee's motion to approve the settlement, filed on December 14, 2020[3] [Dkt. No. 918], was approved by Order of the Bankruptcy Court dated January 11, 2021 [Dkt. No. 927].  The settlement has been fully consummated.

### E.    Other Case Administration Matters

Based on their extensive knowledge of the Debtors' operations and sale provision terms, the Firm and the Trustee's financial advisors worked closely with Brook in connection with the analysis and objection to numerous administrative claims, and the pursuit of avoidance actions against LCS Communications, Inc. dba Creel Printing, the Debtors' principal and equity holder Kelly Holland and Robert Campbell, an investment banker and former member of Debtors' Board of Directors. During the Employment Period, a significant amount of claims objection work was provided by the Firm including input, analysis, consultation and a myriad of other services in support of special counsel's efforts, which reduced asserted administrative claims from $2.29 million to $140,058.

During the Employment Period, the Firm also worked closely with the Trustee's tax advisors in the preparation of Estate Tax returns and the resolution of administrative tax claims filed by taxing authorities, the Firm analyzed intellectual property issues and addressed litigation claims in the Metropolitan Lumber case that had been asserted against the Debtors in New York State Court. The Firm worked with Brook in the review and analysis of the Vice Coin receivable claim and the feasibility of pursuing that matter.  The Firm also finalized and completed outstanding post sale closing matters, addressing employee information concerns and tax allocation issues, and filed an employment agreement for KROST which was the successor by merger to the Trustee's financial advisors.

---

[3] See *Notice Of Motion And Motion Of Chapter 7 Trustee For Order Approving Settlement Between The Trustee And WGCZ Ltd., S.R.O And Its Assignees Per Bankruptcy Rule 9019 And Authorizing The Trustee To Sell The Estate's Equity Interest In Certain Property Pursuant To 11 U.S.C. § 363 Free And Clear Of Interests; Memorandum Of Points And Authorities; Declaration Of David K. Gottlieb In Support Thereof.*

DOCS_LA:345321.2 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IV.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED**

**A.**    **Services Performed and Time Expended During the Employment Period Covered by this Final Application**

Pursuant to the Compensation Guidelines and LBR 2016-1, the Firm has classified all services performed for which compensation is sought for the Employment Period into one of several major categories.  The Firm attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.  A description of services by category is provided below for the Employment Period.

**1.**    **Asset Analysis**

This category relates to work regarding the analysis of assets of the Estates and the recovery thereof for the benefit of the Estates and their creditors.

During the Employment Period, the Firm, among other things: (i) reviewed and analyzed post-sale revenue collected by the Purchaser; (ii) drafted correspondence regarding information required from the Purchaser; (iii) conferred with Province and B. Brook regarding causes of action, estate issues and document production; (iv) addressed 2004 discovery issues and reviewed discovery production data; (v) reviewed recoupment issues and prepared memorandum regarding the same; (vi) conferred regarding Creel payments and distributions; (vii) reviewed Dream Media settlement; (xiii) reviewed Vice Coin matters and conferred with counsel regarding the same; (ix) researched and analyzed Purchaser claims and settlement issues; (x) drafted memoranda regarding settlement proposal; (xi) reviewed discovery production data; and (xii) researched assignment of avoidance actions and conferred with the Chapter 7 Trustee regarding the same.

The Firm spent **22.20** hours on matters relating to the Asset Analysis and Recovery category, accounting for **$23,401.00** of the fees incurred during the Employment Period.

**2.**    **Asset Disposition**

This category relates to work regarding the sale and disposition of assets.  During the Employment Period, the Firm, among other things: (i) conferred with the Chapter 7 Trustee and

DOCS_LA:345321.2 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

counsel for the Purchaser, P. Brent, regarding GCMI stock matters; (ii) drafted position outline regarding stock transfers to the Purchaser; (iii) drafted memorandum regarding items needed from the Purchaser pursuant to court order and Asset Purchase Agreement; (iv) reviewed files/sale assignment documents and worked on APA schedules, and conferred with B. Brook and Purchaser's counsel regarding the same; (v) conferred with IP counsel regarding sale of assets, trademark documents and power of attorney issues; (vi) worked on indemnity agreement in support of power of attorney for registration of trademarks; (vii) reviewed report re "Wrong Hands" allocation in purchase and sale agreement; (viii) reviewed issues regarding priority claims in connection with sale; (ix) reviewed and revised draft bill of sale and researched ownership documents and records; (x) researched subrogation and surety claims; (xi) conferred with Province regarding pending matters with the Purchaser; (xii) conferred with Purchaser's counsel regarding settlement issues; (xiii) worked on issues regarding transfer of NAFT shares; (xiv) worked on settlement, trademark transfer issues, and assignment documents; (xv) reviewed and analyzed free and clear sale in context of Debtor equity; (xvi) worked on issues regarding Ukraine trademark protection; and (xvii) conferred with S. Kopman/Oak Point Partners and worked on issues regarding potential sale of residual assets to Oak Point Partners;

The Firm spent **39.20 hours** on matters relating to the Asset Disposition category, accounting for **$41,561.00** of the fees incurred during the Employment Period.

**3.    Bankruptcy Litigation**

The Firm included time in this category generally related to the various litigation proceedings relating to the Debtors and contested matters in these bankruptcy proceedings.  During the Employment Period, the Firm, among other things: (i) reviewed memorandum regarding NOA litigation matters; (ii) communicated with A. Blaine and B. Brook regarding Metropolitan Lumber litigation and prepared stipulation regarding stay of litigation; (ii) communicated with the State Court and A. Blaine regarding adjournment of case proceedings; (iii) analyzed litigation issues with Purchaser and conferred with B. Brook regarding the same; (iv) prepared memorandum to Purchaser's counsel outlining 2004 outstanding items and discovery issues; (v) conferred with the Chapter 7 Trustee regarding claim and recovery issues; (vi) researched and analyzed litigation,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

settlement, and claim issues and summarized position of parties; (vii) reviewed payment schedule and prepared payment summary/outline of settlement proposal; (viii) conferred with B. Brook regarding Creel settlement; (ix) conferred with U.S. Trustee regarding case status and settlement matters; (x) worked on "Wrong Hands" analysis and settlement issues; (xi) reviewed LSC Communications case filing and conferred with B. Brook regarding the same; (xii) worked on issues and reviewed documents regarding transfer of equity interests and IP assignments for settlement of outstanding issues under APA with Purchaser; (xiii) prepared 9019 motion and settlement agreement regarding settlement with Purchaser and conferred with the Chapter 7 Trustee, B. Brook and Purchaser regarding the same; (xiv) researched 363(f) issues in connection with sale of stock; (xv) reviewed adversary complaints and conferred with counsel for Holland and Campbell regarding settlement; (xvi) worked on Holland and Campbell settlement agreements and 9019 motions, and conferred with the Chapter 7 Trustee and B. Brook regarding the same; and (xvii) reviewed settlement order and prepared dismissal stipulations pursuant to approved settlement agreements, and conferred with B. Brook regarding the same.

The Firm spent **48.10 hours** on matters relating to the Bankruptcy Litigation category, accounting for **$52,044.00** of the fees incurred during the Employment Period.

### 4.    Case Administration

During the Employment Period, the Firm, among other things: (i) attended a status hearing; (ii) prepared form of final report for chapter 7 case conversion; (iii) drafted final chapter 11 report; (iv) worked on issues regarding administrative claims; (v) drafted motion to compel attendance at 341(a) meeting of creditors; (vi); prepared for and attended 341(a) meeting of creditors, and conferred with U.S. Trustee, the Chapter 7 Trustee and M. Weiss regarding the same; (vii) analyzed claims distribution/allowance and researched cases and administrative priority matters; (viii) conferred with B. Brook regarding case administration matters; (ix) conferred with tax advisors regarding case distributions; (x) reviewed Creel settlement proposals; (xi) worked on trustee reports; (xii) reviewed outstanding fees and claims as of 12/31/19 and prepared summary of obligations for tax return purposes; (xiii) researched and worked on motion to dismiss cases and conferred with B.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

Brook and counsel for Purchaser regarding the same; (ix) reviewed distribution analysis from Province; and (x) reviewed fees of professionals.

The Firm spent **56.80 hours** on matters relating to the Case Administration category, accounting for **$57,817.00** of the fees incurred during the Employment Period.

**5.     Claims Administration / Objection / Settlement**

During the Employment Period, the Firm, among other things: (i) conferred with Purchaser's initial counsel P. Brent, conferred with Purchaser's subsequent counsel J. Nassiri, and conferred with B. Brook regarding sale reconciliation/set-offs and claim matters; (ii) conferred with the Chapter 7 Trustee and creditors regarding administrative claim allowance and distributions; (iii) worked with B. Brook and Province regarding case issues, preferences, potential litigation, discovery matters, administrative claims, and distributions; (iv) reviewed NOA claim financial analysis; (v) reviewed/responded to emails regarding claims and reconciliation with Purchaser; (vi) reviewed commission issues; (vii) worked on litigation claims and distribution analysis; (viii) reviewed/revised objection to certain claims; (ix) worked on license rejection issues; (x) conferred with the Chapter 7 Trustee, B. Brook Province, and special counsel regarding Creel settlement issues; (xi) reviewed draft trademark assignment and conferred with J. Nassiri regarding settlement/Buyer's calculation of wrong pocket analysis; (xii) worked on IP issues regarding post-sale trademark assignment matters; (xiii) prepared response to settlement offer with Purchaser; (xiv) reviewed competing/ownership interests and drafted email outlining settlement proposal and issues for consideration; (xv) reviewed assignment and sale documents regarding settlement; (xvi) addressed issues regarding release of liens against Penthouse subsidiary entities; (xvii) conferred with B. Brook re motion to dismiss cases; (xviii) worked on issues regarding tax claims/distribution projections and conferred with Province regarding the same; (xix) conferred with the Chapter 7 Trustee and B. Brook regarding claim objections; (xx) analyzed and reviewed contract claims; (xxi) drafted stipulation/order regarding withdrawal of landlord claim; (xxii) conferred with the Chapter 7 Trustee regarding claim objections; (xxiii) reviewed and analyzed all filed tax claims; (xxiv) analyzed claims chart and claims scheduled by Debtors as set forth in the Chapter 7 Trustee's final report; (xxv) prepared multiple claim objections and notices regarding the same; (xxvi) prepared

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10

response to Iron Mountain objection; (xxvii) researched scope of Bankruptcy Rule 3007; (xxviii) researched cases on Rule 502 and 503 objection pleadings; (xxix) worked on Los Angeles tax claim issues and confer with Province and B. Brook regarding the same; (xxx) addressed service issues regarding claim objections/notices; (xxxi) review settlement with Buyer and impact of case dismissals on final estate tax returns, including review of previously filed estate tax returns; (xxxii) reviewed outstanding claims and proof of claim filings by US Trustee and potential additional objections in connection with case closing and revised final distribution analysis for both chapter 7 and chapter 11 administrative claims; (xxxiii) conferred with counsel regarding New York state claims; (xxxiv) conferred with Province regarding claims distribution analysis; and (xxxv) addressed Distraint Warrant issues and drafted correspondence to U.S. Trustee regarding the same.

The Firm spent **131.30 hours** on matters relating to the Claims Administration/Objection category, accounting for **$142,276.00** of the fees incurred during the Employment Period.

### 6.    Compensation of Professionals/Others

During the Employment Period, the Firm billed time to this category for the preparation of its final fee applications and that of KROST and BPEH, the Trustee's financial advisors.

The Firm spent 41.90 hours on matters relating to the Compensation of Others/Professionals categories, accounting for $29,435.50 of the fees incurred during the Employment Period.

### 7.    Executory Contracts

During the Employment Period, the Firm, among other things: (i) reviewed executory contract assignment issues and contract assumption schedule/cure; (ii) conferred with B. Brook regarding NOA contract matters; (iii) drafted memo to Province outlining issues regarding cure amounts and claims; (iv) reviewed trademark agreement to be rejected by the Chapter 7 Trustee and post-rejection rights and remedies; (v) drafted SKWS license termination letter; and (vi) reviewed lease regarding termination provisions.

The Firm spent 6.50 hours on matters relating to the Executory Contract category, accounting for **$6,801.50** of the fees incurred during the Employment Period.

DOCS_LA:345321.2 32277/002

1

**8.    Financial Filings**

2      Time spent during the Employment Period was minimal and included a review of Debtor's

3  Schedules.

4      The Firm spent **0.20 hours** on matters relating to the Financial Filings category, accounting

5  for **$79.00** of the fees incurred during the Employment Period.

6      **9.    Insurance Coverage**

7      Time spent during the Employment Period was minimal and included reviewing the Creel

8  settlement and release provisions.

9      The Firm spent 0.80 hours on matters relating to the Insurance Coverage category,

10  accounting for **$820.00** of the fees incurred during the Employment Period.

11      **10.    Meeting of Creditors**

12      During the Employment Period, the Firm, among other things: (i) conferred with M. Weiss

13  regarding 341(a) meeting of creditors and reviewed files regarding the same; and (ii) prepared for

14  and attended the 341(a) meeting of creditors.

15      The Firm spent **3.90 hours** on matters relating to the Meeting of Creditors category,

16  accounting for **$3,802.50** of the fees incurred during the Employment Period.

17      **11.    Stay Litigation**

18      Time spent during the Employment Period was minimal, and included drafting a violation of

19  stay letter to counsel regarding State Court litigation against the Debtors.

20      The Firm spent **1.80 hours** on matters relating to the Stay Litigation category, accounting for

21  **$1,845.00** of the fees incurred during the Employment Period.

22      **12.    Retention of Professionals/Others**

23      During the Employment Period, the Firm, among other things: (i) prepared its application to

24  be retained in the chapter 7 case; (ii) assisted with the preparation of the applications to retain B.

25  Brook as special counsel to the Chapter 7 Trustee, and BPEH/KROST  as tax advisors to the Chapter

26  7 Trustee.

27      The Firm spent 35.60 hours on matters relating to the Retention of Professionals/Others

28  categories, accounting for **$27,190.00** of the fees incurred during the Employment Period.  Of this

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

12

amount, 20.10 hours were billed to the KROST retention application, at a cost of $14,137.50.  The majority of attorney time spent on the KROST retention application was written off.

**13.    Litigation/Non-Bankruptcy**

During the Employment Period, the Firm, among other things: (i) conferred regarding substitution of counsel in the Metropolitan Lumber litigation; (ii) conferred with counsel for Metropolitan Lumber; (iii) reviewed Metropolitan Lumber state court litigation and New York Supreme Court docket regarding the same; (iv) conferred with A. Blaine regarding New York litigation and stipulation regarding the same; and (v) drafted stipulation to stay proceedings in the New York state court action

The Firm spent **5.60 hours** on matters relating to the Litigation/Non-Bankruptcy category, accounting for **$5,541.00** of the fees incurred during the Employment Period.

**14.    Operations**

Time spent during the Employment Period was minimal, and included reviewing an operating report and intercompany transaction matters.

The Firm spent **0.60 hours** on matters relating to the Operations category, accounting for **$615.00** of the fees incurred during the Employment Period.

**B.    Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought [LBR 2016-1(a)(1)(E), (G) and (I)]**

**Exhibit "A"** contains a summary, by category, of the Firm's services and expenses in these cases that were incurred during the Employment Period.  Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Chapter 7 Trustee.  **Exhibit "C"** contains the Firm's detailed time records during the Employment Period, as well as a summary, by category, of the Firm's services and expenses in these cases that were incurred during the Employment Period.

**C.    List of Expenses by Category [LBR 2016-1(a)(1)(F)]**

The Firm advanced costs in the amount of $9,550.43 during the Employment Period.  The costs incurred during the Employment Period are summarized in **Exhibit "A"** attached hereto, which provides a monthly breakdown that complies with the Compensation Guidelines.  During the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

13

DOCS_LA:345321.2 32277/002

Employment Period, the Firm charged $.20 per page for photocopying, $.10 per page for scanning documents, and $1.00 per page for incoming and outgoing faxes.  The Firm has also charged for unusual expenses, such as online research and special messenger services, including Federal Express.

**D.**     **Hourly Rates [LBR-1(a)(1)(G)]**

The hourly rates of all professionals and paraprofessionals rendering services in these cases during the Employment Period are set forth on **Exhibit "A"** attached hereto.

**E.**     **Description of Professional Education and Experience [LBR 2016-1(a)(1)(H)]**

**Exhibit "B"** includes a description of the professional education and biographies of the professionals employed by the Firm who rendered the majority of the services in these cases during the Employment Period.

**F.**     **Client's Declaration (LBR 2016-1(a)(1)(J))**

A declaration will be filed regarding the Chapter 7 Trustee's review of this Application.

**G.**     **Applicant's Review of the Requirements of LBR 2016-1 [LBR 2016-1(a)(1)(K)]**

The attached declaration of Linda F. Cantor includes a statement that the applicant has reviewed the requirements of LBR 2016-1 and that the Final Application complies with such rule.

**H.**     **No Fee Sharing**

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these cases, except to the extent they are shared among members of the Firm.

**I.**     **Notice of Application and Hearing (LBR 2016-1(c)(4)(C)**

This Application shall be set for hearing with the Chapter 7 Trustee's final application for allowance and payment of fees and expenses.  Notice of final applications must be given by the Chapter 7 Trustee as part of the notice of the hearing on the Chapter 7 Trustee's request for compensation.  A separate notice by the Firm is not required.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14

**V.**

**THE FEES AND EXPENSES REQUESTED SHOULD**

**BE AWARDED BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Final Application are an appropriate award for the Firm's services in acting as counsel to the Chapter 7 Trustee, as set forth above and in the detailed time entries annexed hereto.

**A.    Factors in Evaluating Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred in these cases.

During the Employment Period, 394.50 hours have been recorded by members of the Firm and more time was actually expended but either was not recorded or was written off.  As noted above, the Firm wrote off approximately $70,000 in recorded fees and did not record time for other services provided in an effort to preserve Estate resources.  The Firm's blended hourly rate in these cases for the Employment Period including paraprofessionals is $996.77.

Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in these cases by the Firm and the results obtained and in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.  The Firm's efforts resulted in the settlement of all claims by and between the Purchaser and the Estates, the substantial reduction of administration claims, the resolution of outstanding litigation and contested tax matters, and the completion of administration of these Estates.

**B.    The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended**

In determining the amount of allowable fees under section 330 (a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

15

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy

2  matters." *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter &*

3  *Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa*

4  *Finance* is the controlling authority and characterizing the factor test[4] identified in *Johnson v.*

5  *Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.*

6  526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now

7  subsumed within more refined analyses).

8         The United States Supreme Court has evaluated the lodestar approach and endorses its usage.

9  In Hensley v. Eckerhart, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while

10  the Johnson factors might be considered in setting fees, the lodestar amount subsumed many of those

11  factors.  Hensley at 434, n. 9.[5]  The following year, another civil rights case, *Blum vs. Stenson*, 465

12  U.S. 886 (1984), provided the so-called lodestar calculation:

13              The initial estimate of a reasonable attorney's fee is properly
                calculated by multiplying the number of hours reasonably expended
14              on the litigation times a reasonable hourly rate . . . .  Adjustments to
                that fee then may be made as necessary in the particular case.
15

16  *Blum* at 888.

17         Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to

18  determining fees should be applied using the lodestar approach, rather than an ad hoc approach.

19  While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq.,

20  should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad

21  hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure

22  includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . . ."

---

23  [4] The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions
involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney
24  due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent,(7) time limitations imposed
by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the
25  attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12)
awards in similar cases.

26  [5] For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir.
1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and
27  experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San
Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds*, 984 F.2d 345 (9th Cir. 1993) (extending
28  *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent,
may not be considered in the lodestar calculation").

*Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also*

*Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of

a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably

expended on the litigation times a reasonable hourly rate").

While the lodestar approach is the primary basis for determining fee awards under the federal

fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in

an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

approach.  *Buckridge*, 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the

lodestar up or down using a multiplier based on the criteria listed in §330 and its consideration of the

Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d

800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that

bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*,

924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is

customary, it does not mandate such an approach in all cases.…  Fee shifting cases are persuasive,

but due to the uniqueness of bankruptcy proceedings, they are not controlling").

Attached hereto as **Exhibit "C"** is a copy of the Firm's time reports and records kept in the

regular course of business reflecting the services rendered and the expenses incurred by the Firm

during the Employment Period.  The Firm's time reports are initially handwritten or recorded via

computer by the attorney or paralegal performing the described services.  The time reports are

organized on a daily basis.  The Firm is sensitive to issues of "lumping," and unless time was spent

in one time frame on a variety of different matters, separate time entries are set forth in the time

reports.  The Firm's charges for its professional services are based upon the time, nature, extent and

value of such services and the cost of comparable services in the Southern California region, other

than in a case under the Bankruptcy Code.

## VI.

## <u>CONCLUSION</u>

This is the Firm's first and final request for compensation and reimbursement of expenses for

services performed in connection with its retention to represent the Chapter 7 Trustee.  The Firm

DOCS_LA:345321.2 32277/002

1  believes that the services rendered for which compensation is sought in this Final Application have

2  been beneficial to the creditors, that the costs incurred have been necessary and proper, and that the

3  sums requested for the services rendered and the costs incurred are fair and reasonable.

4      **WHEREFORE**, Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court

5  (1) allow on final basis, total fees in the total amount of **$393,228.50** and reimbursement of costs in

6  the amount of **$9,550.43** for the period March 12, 2019, through and including September 30, 2022,

7  for a total award of **$402,778.93**; (2) authorize and order payment to the Firm of the allowed

8  amounts; and (3) grant such other and further relief as is appropriate in the circumstances of these

9  cases.

10  Dated:  November 16, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

11                                              By: */s/ Linda F. Cantor*

12                                                  Linda F. Cantor

13                                              Attorneys for David K. Gottlieb, Chapter 7
                                                Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

18

# DECLARATION OF LINDA F. CANTOR

I, Linda F. Cantor, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this court.  I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for David K. Gottlieb, Chapter 7 Trustee.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      The Firm is not charging the Chapter 7 Trustee for outgoing faxes.  The Firm's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  The Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

5.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.  Any volume discount received by the Firm is passed on to the client.

6.      The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

7.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.  Moreover, in an effort to preserve Estate assets, many hours of services provided by the Firm were not recorded and the Firm wrote off approximately $70,000 in recorded fees.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

9.      Local Bankruptcy Rule 2016-1(a) (1) (K) Compliance.    I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of November, 2022 at Los Angeles, California.

                                    _/s/ Linda F. Cantor_____
                                    Linda F. Cantor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# EXHIBIT A

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

I. SERVICES

| Attorney / Paralegal* / Clerk** | Rate | Hours | | Total |
|---|---|---|---|---|
| **March 12, 2019 - September 30, 2022** | | | | |
| **ASSET ANALYSIS** | | | | |
| Cantor, Linda F. | 1,025 | 12.00 | $ | 12,300.00 |
| Cantor, Linda F. | 1,075 | 9.40 | $ | 10,105.00 |
| Cantor, Linda F. | 1,245 | 0.80 | $ | 996.00 |
| SUB TOTAL | | 22.20 | $ | 23,401.00 |
| **ASSET DISPOSITION** | | | | |
| Cantor, Linda F. | 1,025 | 18.50 | $ | 18,962.50 |
| Cantor, Linda F. | 1,075 | 17.50 | $ | 18,812.50 |
| Cantor, Linda F. | 1,245 | 1.80 | $ | 2,241.00 |
| Gruber, Richard J. | 1,095 | 1.00 | $ | 1,095.00 |
| Gruber, Richard J. | 1,125 | 0.40 | $ | 450.00 |
| SUB TOTAL | | 39.20 | $ | 41,561.00 |
| **BANKRUPTCY LITIGATION** | | | | |
| Cantor, Linda F. | 1,025 | 2.50 | $ | 2,562.50 |
| Cantor, Linda F. | 1,075 | 29.80 | $ | 32,035.00 |
| Cantor, Linda F. | 1,245 | 10.90 | $ | 13,570.50 |
| Cantor, Linda F. | 1,395 | 0.60 | $ | 837.00 |
| Morris, John A. | 1,025 | 1.60 | $ | 1,640.00 |
| Morris, John A. | 1,245 | 0.20 | $ | 249.00 |
| Dassa, Beth D. | 460 | 2.50 | $ | 1,150.00 |
| SUB TOTAL | | 48.10 | $ | 52,044.00 |
| **CASE ADMINISTRATION** | | | | |
| Cantor, Linda F. | 1,025 | 21.80 | $ | 22,345.00 |
| Cantor, Linda F. | 1,075 | 21.40 | $ | 23,005.00 |
| Cantor, Linda F. | 1,245 | 3.40 | $ | 4,233.00 |
| Cantor, Linda F. | 1,395 | 3.20 | $ | 4,464.00 |
| Hunter, James K.T. | 975 | 1.50 | $ | 1,462.50 |
| Dassa, Beth D. | 395 | 1.00 | $ | 395.00 |
| Dassa, Beth D. | 425 | 4.50 | $ | 1,912.50 |
| SUB TOTAL | | 56.80 | $ | 57,817.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

## CLAIMS ADMINISTRATION

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 24.40 | $ | 25,010.00 |
| Cantor, Linda F. | 1,075 | 10.60 | $ | 11,395.00 |
| Cantor, Linda F. | 1,245 | 58.40 | $ | 72,708.00 |
| Cantor, Linda F. | 1,395 | 16.70 | $ | 23,296.50 |
| Hochman, Harry D. | 950 | 0.20 | $ | 190.00 |
| Forrester, Leslie A. | 475 | 1.30 | $ | 617.50 |
| Dassa, Beth D. | 395 | 0.10 | $ | 39.50 |
| Dassa, Beth D. | 460 | 19.50 | $ | 8,970.00 |
| Dassa, Beth D. | 495 | 0.10 | $ | 49.50 |
| SUB TOTAL | | 131.30 | $ | 142,276.00 |

## COMPENSATION PROF.

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,245 | 2.70 | $ | 3,361.50 |
| Cantor, Linda F. | 1,395 | 7.60 | $ | 10,602.00 |
| Dassa, Beth D. | 395 | 0.10 | $ | 39.50 |
| Dassa, Beth D. | 495 | 26.00 | $ | 12,870.00 |
| SUB TOTAL | | 36.40 | $ | 26,873.00 |

## COMPENSATION PROF./OTHER

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 395 | 1.60 | $ | 632.00 |
| Dassa, Beth D. | 495 | 3.90 | $ | 1,930.50 |
| SUB TOTAL | | 5.50 | $ | 2,562.50 |

## EXECUTORY CONTRACTS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 5.00 | $ | 5,125.00 |
| Cantor, Linda F. | 1,075 | 1.30 | $ | 1,397.50 |
| Cantor, Linda F. | 1,395 | 0.20 | $ | 279.00 |
| SUB TOTAL | | 6.50 | $ | 6,801.50 |

## FINANCIAL FILINGS

| | | | | |
|---|---|---|---|---|
| Dassa, Beth D. | 395 | 0.20 | $ | 79.00 |
| SUB TOTAL | | 0.20 | $ | 79.00 |

## INSURANCE COVERAGE

| | | | | |
|---|---|---|---|---|
| Nasatir, Iain W. | 1,025 | 0.80 | $ | 820.00 |
| SUB TOTAL | | 0.80 | $ | 820.00 |

SUMMARY OF SERVICE AND EXPENSES OF

PACHULSKI STANG ZIEHL & JONES LLP

**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

### MEETING OF CREDITORS

| | | | | |
|---|---|---|---|---|
| Hunter, James K.T. | 975 | 3.90 | $ | 3,802.50 |
| SUB TOTAL | | 3.90 | $ | 3,802.50 |

### STAY LITIGATION

| | | | | |
|---|---|---|---|---|
| Cantor Linda F. | 1,025 | 1.80 | $ | 1,845.00 |
| SUB TOTAL | | 1.80 | $ | 1,845.00 |

### RETENTION OF PROFESSIONALS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 1.70 | $ | 1,742.50 |
| Cantor, Linda F. | 1,245 | 5.60 | $ | 6,972.00 |
| Cantor, Linda F. | 1,395 | 0.40 | $ | 558.00 |
| Forrester, Leslie A. | 475 | 8.10 | $ | 3,847.50 |
| Dassa, Beth D. | 395 | 2.80 | $ | 1,106.00 |
| Dassa, Beth D. | 460 | 0.90 | $ | 414.00 |
| Lockwood, Nancy P. | 460 | 5.10 | $ | 2,346.00 |
| SUB TOTAL | | 24.60 | $ | 16,986.00 |

### RETENTION OF PROFESSIONALS/OTHERS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 9.30 | $ | 9,532.50 |
| Dassa, Beth D. | 395 | 1.70 | $ | 671.50 |
| SUB TOTAL | | 11.00 | $ | 10,204.00 |

### LITIGATION/NON BANKRUPTCY

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 2.70 | $ | 2,767.50 |
| Morris, John A. | 1,025 | 2.40 | $ | 2,460.00 |
| Hunter, James K.T. | 975 | 0.20 | $ | 195.00 |
| Dassa, Beth D. | 395 | 0.30 | $ | 118.50 |
| SUB TOTAL | | 5.60 | $ | 5,541.00 |

### OPERATIONS

| | | | | |
|---|---|---|---|---|
| Cantor, Linda F. | 1,025 | 0.60 | $ | 615.00 |
| SUB TOTAL | | 0.60 | $ | 615.00 |
| TOTAL HOURS | | 394.50 | $ | 393,228.50 |
| TOTAL SERVICES | | | $ | 393,228.50 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.**

II.  EXPENSES

| | | |
|---|---|---:|
| Conference Call | $ | 26.68 |
| Court Link | $ | 50.70 |
| Federal Express | $ | 343.24 |
| Incoming Faxes | $ | 52.00 |
| Legal Vision | $ | 548.99 |
| Lexis/Nexis - Legal Research | $ | 650.95 |
| Pacer - Legal Research | $ | 302.40 |
| Postage | $ | 1,014.12 |
| Reproduction Expense | $ | 5,706.60 |
| Reproduction/Scan Copy | $ | 773.50 |
| Attorney Service | $ | 81.25 |
| | | |
| SUB-TOTAL EXPENSES | $ | 9,550.43 |
| | | |
| TOTAL EXPENSES | $ | 9,550.43 |
| | | |
| TOTAL SERVICES AND EXPENSES | $ | 402,778.93 |

In re

      Penthouse Global Media, Inc.




            Debtor

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | 393,228.50 |
| Expenses Requested | 9,550.43 |

CHAPTER     7
Case No.  18-10098
Bankruptcy Counsel for Chapter 7 Trustee


FEE APPLICATION   March 12, 2019 through September 30, 2022


ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Cantor, Linda F. | 1988 | 1025 | 100.30 | 102,807.50 |
| Cantor, Linda F. | 1988 | 1075 | 90.00 | 96,750.00 |
| Cantor, Linda F. | 1988 | 1245 | 83.60 | 104,082.00 |
| Cantor, Linda F. | 1988 | 1395 | 28.70 | 40,036.50 |
| Gruber, Richard J. | 1982 | 1095 | 1.00 | 1,095.00 |
| Gruber, Richard J. | 1982 | 1125 | 0.40 | 450.00 |
| Hochman, Harry D. | 1987 | 950 | 0.20 | 190.00 |
| Hunter, James K.T. | 1976 | 975 | 5.60 | 5,460.00 |
| Morris, John A. | 1991 | 1025 | 4.00 | 4,100.00 |
| Morris, John A. | 1991 | 1245 | 0.20 | 249.00 |
| Nasatir, Iain W. | 1983 | 1025 | 0.80 | 820.00 |
| | | TOTAL | 314.80 | 356,040.00 |

PARAPROFESSIONALS*/CLERK**

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Dassa, Beth D. | N/A | 395 | 7.80 | 3,081.00 |
| Dassa, Beth D. | N/A | 425 | 4.50 | 1,912.50 |
| Dassa, Beth D. | N/A | 460 | 22.90 | 10,534.00 |
| Dassa, Beth D. | N/A | 495 | 30.00 | 14,850.00 |
| Forrester, Leslie A. | N/A | 475 | 9.40 | 4,465.00 |
| Lockwood, Nancy P. | N/A | 460 | 5.10 | 2,346.00 |
| | | TOTAL | 79.70 | 37,188.50 |

TOTAL HOURS            394.50

TOTAL FEES REQUESTED     393,228.50

BLENDED HOURLY RATE     996.77
INCLUDING PARAPROFESSIONALS

BLENDED HOURLY RATE     1,131.00
EXCLUDING PARAPROFESSIONALS

SUPPLEMENTARY
PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2019 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis | - | - | - | - | - | 615.00 | - | - | 4,407.50 | 3,485.00 | 3,280.00 | 512.50 | 12,300.00 |
| Asset Disporition | - | - | - | - | 1,332.50 | 1,845.00 | 410.00 | - | 820.00 | 12,370.00 | 2,152.50 | 1,127.50 | 20,057.50 |
| Bankruptcy Litigation | - | - | - | - | - | - | - | 1,537.50 | 307.50 | 1,845.00 | 512.50 | - | 4,202.50 |
| Case Administration | - | - | 6,647.50 | 3,177.50 | - | 1,127.50 | 4,817.50 | 2,077.50 | - | 1,537.50 | 2,152.50 | 2,665.00 | 24,202.50 |
| Claims Administration | - | - | 347.00 | 205.00 | 8,815.00 | 5,330.00 | 615.00 | - | 512.50 | 1,435.00 | 7,072.50 | 717.50 | 25,049.50 |
| Compensation Prof. | - | - | - | - | 39.50 | - | - | - | - | - | - | - | 39.50 |
| Compensation Prof/Others | - | - | - | - | 632.00 | - | - | - | - | - | - | - | 632.00 |
| Executory Contracts | - | - | - | - | - | - | 3,280.00 | 307.50 | - | 717.50 | 820.00 | - | 5,125.00 |
| Financial Filings | - | - | - | - | - | 79.00 | - | - | - | - | - | - | 79.00 |
| Litigation/Non-Bankruptcy | - | - | 502.50 | 1,845.00 | 307.50 | 1,861.00 | 1,025.00 | - | - | - | - | - | 5,541.00 |
| Meeting of Creditors | - | - | 0.00 | - | - | - | - | - | 292.50 | 3,510.00 | | | 3,802.50 |
| Operations | - | - | 102.50 | - | - | 512.50 | - | - | - | - | - | - | 615.00 |
| Retention of Professionals | - | - | 1,106.00 | 1,127.50 | 615.00 | - | - | - | - | - | - | - | 2,848.50 |
| Retention of Prof./Others | - | - | 3,336.50 | 4,510.00 | 2,357.50 | - | - | - | - | - | - | - | 10,204.00 |
| Stay Litigation | - | - | - | 1,845.00 | - | - | - | - | - | - | - | - | 1,845.00 |
| Totals | 0.00 | 0.00 | 12,042.00 | 12,710.00 | 14,099.00 | 11,370.00 | 10,147.50 | 3,922.50 | 6,340.00 | 24,900.00 | 15,990.00 | 5,022.50 | 116,543.50 |

| 2020 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis | 8,170.00 | - | 1,935.00 | - | - | - | - | - | - | - | - | - | 10,105.00 |
| Asset Disposition | 6,577.50 | 3,117.50 | 4,300.00 | - | - | 537.50 | 430.00 | 860.00 | - | 2,472.50 | - | 967.50 | 19,262.50 |
| Bankruptcy Litigtion | 4,407.50 | 430.00 | 1,290.00 | 322.50 | - | 1,182.50 | 645.00 | 4,622.50 | 7,310.00 | 2,150.00 | 5,482.50 | 4,192.50 | 32,035.00 |
| Case Administration | 1,290.00 | 577.50 | - | - | - | - | 5,697.50 | - | - | 4,622.50 | 6,987.50 | 5,742.50 | 24,917.50 |
| Claims Administration | 1,695.00 | 215.00 | 1,290.00 | 2,902.50 | - | 322.50 | 1,290.00 | - | - | - | 3,870.00 | - | 11,585.00 |
| Executory Contracts | 1,397.50 | - | - | - | - | - | - | - | - | - | - | - | 1,397.50 |
| Insurance Coverage | - | - | 820.00 | - | - | - | - | - | - | - | - | - | 820.00 |
| | 23,537.50 | 4,340.00 | 9,635.00 | 3,225.00 | - | 2,042.50 | 8,062.50 | 5,482.50 | 7,310.00 | 9,245.00 | 16,340.00 | 10,902.50 | 100,122.50 |
| Totals | | | | | - | | | | | | | | - |

EXHIBIT SUMMARY FORM 4
PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis | $ - | $ - | $ - | $ - | $ - | $ 996.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 996.00 |
| Asset Disposition | $ - | $ - | $ - | $ - | $ - | $ 1,245.00 | $ 996.00 | | $ - | $ - | | $ - | $ 2,241.00 |
| Bankruptcy Litigtion | | | | $ 249.00 | $ - | $ 1,245.00 | $ 9,088.50 | $ - | $ 1,897.00 | $ 837.00 | $ 2,490.00 | $ - | $ 15,806.50 |
| Case Administration | | | $ - | $ - | $ - | $ - | $ 4,233.00 | $ - | $ - | $ - | $ - | $ - | $ 4,233.00 |
| Claims Administration | $ 46.00 | $ - | $ - | $ - | $ - | $ 25,138.00 | $ 45,828.00 | $ 2,588.00 | $ 5,916.00 | $ 11,434.50 | $ 1,743.00 | $ 622.50 | $ 93,316.00 |
| Compensation of Professionals | | $ - | $ - | $ - | $ - | $ - | $ 1,120.50 | $ - | $ 2,241.00 | $ - | $ - | $ - | $ 3,361.50 |
| Executory Contract | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 279.00 | $ - | $ - | $ 279.00 |
| Retention of Professionals | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ 604.00 | $ 13,487.50 | $ 46.00 | $ 14,137.50 |
| | | | | | | | | | | | | | |
| Totals | 46.00 | 0.00 | 0.00 | 249.00 | $ - | $ 28,624.00 | $ 61,266.00 | $ 2,588.00 | $ 10,054.00 | $ 13,154.50 | $ 17,720.50 | $ 668.50 | $ 134,370.50 |

| 2022 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | $ - | $ - | $ 2,929.50 | $ 1,255.50 | $ - | $ - | $ - | $ 279.00 | $ - | $ - | $ - | $ - | $ 4,464.00 |
| Claims Administration | $ - | $ - | $ 9,067.50 | $ 2,560.50 | $ - | $ - | $ 697.50 | $ - | $ - | $ - | $ - | $ - | $ 12,325.50 |
| Compensation of Professionals | | $ - | $ 6,097.50 | $ 4,752.00 | $ 2,128.50 | $ 495.00 | $ 6,606.00 | $ 1,215.00 | $ 2,178.00 | $ - | $ - | $ - | $ 23,472.00 |
| Compensation of Professionals/Other | $ - | $ - | $ - | | | | $ 1,782.00 | $ 99.00 | $ 49.50 | $ - | $ - | $ - | $ 1,930.50 |
| | $ - | $ - | $ 18,094.50 | $ 8,568.00 | $ 2,128.50 | $ 495.00 | $ 9,085.50 | $ 1,593.00 | $ 2,227.50 | $ - | $ - | $ - | $ 42,192.00 |

EXPENSE SUMMARY OF EXPENSES
PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2019 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conference Call | $ - | $ - | $ - | $ - | $ 3.67 | $ 1.74 | $ - | $ - | $ 5.91 | $ - | $ - | $ - | $ 11.32 |
| Court Link | $ - | $ - | $ 2.24 | $ - | $ - | $ - | $ - | $ 48.46 | $ - | $ - | $ - | $ - | $ 50.70 |
| Federal Express | $ - | $ - | $ - | $ 29.93 | $ 37.38 | $ - | $ 19.98 | $ - | $ - | $ - | $ - | $ - | $ 87.29 |
| Incoming Faxes | $ - | $ - | $ - | $ 52.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 52.00 |
| Legal Vision (Messenger) | $ - | $ - | $ - | $ - | $ - | $ 58.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.00 |
| Lexis Nexis (Research) | | | | | | | | $ 0.46 | $ 8.06 | | | | $ 8.52 |
| Pacer (Court Research) | $ - | $ - | $ 63.60 | $ 17.80 | $ 55.30 | $ 10.90 | $ 1.00 | $ - | $ - | $ 0.20 | $ - | $ 3.20 | $ 152.00 |
| Postage | $ - | $ - | $ - | $ 48.96 | $ - | $ 1.00 | $ 4.80 | $ - | $ - | $ - | $ - | $ - | $ 54.76 |
| Reproduction Expense | $ - | $ - | $ - | $ 344.00 | $ 36.40 | $ - | $ 19.20 | $ 1.60 | $ - | $ - | $ - | $ - | $ 401.20 |
| Reproduction/Scan Copy | $ - | $ - | $ 22.50 | $ 60.40 | $ 117.50 | $ 7.80 | $ 3.60 | $ - | $ 2.20 | $ - | $ 4.00 | $ - | $ 218.00 |
| | | | | | | | | | | | | | |
| Totals | $ - | $ - | $ 86.10 | $ 555.33 | $ 250.25 | $ 79.44 | $ 97.50 | $ 9.66 | $ 8.11 | $ 0.20 | $ 4.00 | $ 3.20 | $ 1,093.79 |

| 2020 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conference Call | $ 7.21 | $ - | $ - | $ - | $ - | $ - | $ 2.00 | $ - | $ - | $ - | $ - | $ - | $ 9.21 |
| Federal Express | | $ 25.61 | | | | | | | | | | $ 20.18 | $ 45.79 |
| Lexis/Nexis (Research) | $ - | $ 147.79 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 147.79 |
| Legal Vision | $ 17.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17.25 |
| Pacer (Court Research) | $ 3.70 | $ - | $ 0.40 | $ - | $ - | $ 2.00 | $ - | $ 0.70 | $ 1.20 | $ 2.50 | $ - | $ 34.30 | $ 44.80 |
| Postage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 545.48 | $ 545.48 |
| Reproduction Expense | $ 7.21 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,882.80 | $ 2,882.80 |
| Reproduction/Scan Copy | $5.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 67.10 | $ 72.60 |
| | | | | | | | | | | | | | |
| Totals | $40.87 | $ 173.40 | $ 0.40 | $ - | $ - | $ 2.00 | $ 2.00 | $ 0.70 | $ 1.20 | $ 2.50 | $ - | $ 3,549.86 | $ 3,765.72 |

SUPPLEMENTARY OF EXPENSES
PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO PENTHOUSE GLOBAL MEDIA, INC.

| 2021 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney Service | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 81.25 | $ - | $ - | $ - | 81.25 |
| Conference Call | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 6.15 | | | | | 6.15 |
| Pacer | $ 1.10 | $ 2.60 | $ - | $ 2.80 | $ - | $ 8.60 | $ 3.50 | $ 12.00 | $ 0.90 | $ - | $ 13.20 | $ 6.00 | $ 50.70 |
| Reproduction Expense | $ 109.80 | $ - | $ - | $ - | $ - | $ 6.40 | $ - | $ - | $ 1,045.20 | 360.60 | 732.20 | 67.40 | 2,321.60 |
| Reproduction/Scan Copy | $ 72.20 | $ - | $ - | $ - | $ - | $ 1.10 | 6.80 | $ - | 176.60 | 57.80 | 118.10 | 3.20 | 435.80 |
| Federal Express | $ 50.70 | $ - | $ - | $ - | $ - | 10.86 | $ - | $ - | $ - | 57.88 | 56.31 | 22.18 | 197.93 |
| Legal Vision | $ 172.50 | 301.24 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 473.74 |
| Lexis Nexis (Research) | $ - | $ - | $ - | $ - | 81.22 | $ - | $ - | $ - | $ - | $ - | 346.90 | $ - | 428.12 |
| Postage | $ 0.50 | | | | | | | | 70.00 | 40.99 | 218.21 | 48.83 | 378.53 |
| | | | | | | | | | | | | | |
| Totals | $ 406.80 | $ 303.84 | $ - | $ 2.80 | $ 81.22 | $ 26.96 | $ 16.45 | $ 12.00 | 1373.95 | 517.27 | $ 1,484.92 | $ 147.61 | 4,373.82 |

| 2022 | January | February | March | April | May | June | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pacer | $ 4.90 | $ 17.30 | $ 3.50 | $ 0.30 | $ - | $ - | $ 6.50 | $ 10.70 | $ 11.70 | $ - | | | $ 54.90 |
| Reproduction Expense | $ - | $ 95.00 | $ 6.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 101.00 |
| Reproduction/Scan Copy | $ 8.70 | $ 10.50 | $ - | $ - | $ - | $ - | $ 27.90 | $ - | | | | $ 47.10 |
| Federal Express | $ - | $ 12.23 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 12.23 |
| Lexis Nexis (Research) | $ - | $ - | $ - | $ - | $ - | 66.52 | $ - | $ - | $ - | $ - | | $ - | $ 66.52 |
| Postage | $ 2.65 | $ 18.60 | 6.07 | | $ 8.03 | | | | | | | | $ 35.35 |
| | | | | | | | | | | | | | |
| Totals | $ 16.25 | $ 153.63 | $ 15.57 | $ 0.30 | $ 8.03 | $ 66.52 | $ 34.40 | $ 10.70 | 11.7 | $ - | $ - | $ - | 317.1 |

# EXHIBIT B



# Richard J. Gruber

Los Angeles

Tel: 310.277.6910

## EDUCATION

- ▲ Brandeis University (B.A., *magna cum laude*, 1977).
- ▲ University of California School of Law, Los Angeles (J.D. 1982).

## BAR AND COURT ADMISSIONS

- ▲ 1982, California.



Mr. Gruber is a transactional lawyer who specializes in representing clients in connection with real estate and general business matters (both in bankruptcy and non-bankruptcy contexts). His expertise includes handling asset purchases and sales and other personal-property transactions, the organization and sale of businesses, and all aspects of real-estate purchase and sale transactions, drafting and negotiating commercial leases, and real estate and personal-property financing documentation. He also negotiates and prepares partnership and limited liability company formation agreements, and provides general counseling in the corporate partnership and limited liability company areas. He is a graduate of Brandeis University and received his J.D. from UCLA. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Gruber is admitted to practice in California and is resident in our Los Angeles office.

## News

PSZJ Attorneys Named in 2023

Edition of *Best
Lawyers in America*
August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Completes
Restructuring of
Loudpack
December 3, 2020

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

PSZJ Attorneys
Named in *Best
Lawyers in America*
August 15, 2019

Auction for Digital
Domain Assets
Produces $30M -
Double Opening Bid
September 24, 2012

Prince Sports
Confirms
Reorganization Plan;
Shifts From
Manufacturing
Business to Licensing
Operation
August 2012

# PACHULSKI STANG ZIEHL JONES

## Linda F. Cantor

Los Angeles
Tel: 310.277.6910

### EDUCATION

- University of Michigan (A.B., with high distinction)
- University of Michigan (M.S.W.)
- University of Michigan (J.D., *cum laude*)

### BAR AND COURT ADMISSIONS

- 1988, Illinois
- 1991, California



Ms. Cantor's practice focuses on representing companies and creditor representatives in financial restructurings and bankruptcy reorganizations. She has substantial experience representing debtors, trustees, secured creditors, and creditors' committees in chapter 11 bankruptcy cases.

She has been named to the *Los Angeles and San Francisco Daily Journal*'s list of "Top 100 Women Lawyers," which identifies California's leading women lawyers. The *Daily Journal* recognized Ms. Cantor for her roles in representing the chapter 11 trustee for Guess Jeans co-founder Georges Marciano and representing American Suzuki Motor Corporation in its chapter 11 case. She has been active in several other top PSZJ cases, including representing the chapter 11 trustee appointed in the bankruptcy cases of Penthouse Global Media and its fourteen debtor subsidiaries.

She holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability, and has been named to *Super Lawyers'* coveted "Top Women" list, consisting of only fifty practitioners in the region. She has also been listed in *Best Lawyers* every year since 2018. She is a graduate of the University of Michigan, where she later received her J.D.

Ms. Cantor, a member of the firm since 1990, is admitted to practice in Illinois and California, and is resident in our Los Angeles office.

## Representations

Chapter 11 debtors in California Hispanic Commission on Alcohol and Drug Abuse, Woodforest Square LLC, Henderson Holdings, American Suzuki Motor Corporation, Woodside Homes, OwnIt Mortgage Solutions, Prime Measurement Products, Whitehouse Hotels (developer of the Ritz Carlton Hotel and related developments in New Orleans, Louisiana), Breed Technologies, American Rice, Focal Communications, Gateway Educational Products, Imperial Aluminum; Vulcan Metal Products, Dana Corporation, Ocean Park Hotels, Arlie & Company

Chapter 11 trustees in New Val Ford dba Magic Ford, 21st Century Film Corporation, NSB Film Corporation, Georges Marciano; The Tulving Company; Penthouse Global Media

Court-appointed receiver in Mazda and Kia Superstores

Creditors' committees in Boy Scouts of America, Ditech Holding Corporation, Hollander Sleep Products LLC, Payless Holdings LLC, Barneys New York, Cobalt International Energy, Loews Cineplex Entertainment, B.U.M. International, The Boston Stores, Madison Associates (formerly Pannell Kerr Foster), C&R Clothiers

## Programs and Lectures

ABI Winter Leadership Conference (issues arising in hotel bankruptcy cases); ABI Southwest Bankruptcy Conference (post-confirmation/jurisdiction); California Bankruptcy Forum (ethics matters)

## News

PSZJ Attorneys Named in 2023 Edition of *Best Lawyers in America*
August 18, 2022

Seventeen PSZJ Attorneys Named to 2022 Southern California's "Super Lawyers" List
January 20, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

## Publications

"The Impact of Bankruptcy on Entertainment License Agreements: Protecting the Rights of Debtor Licensees," 19 *California Bankruptcy Journal* 225 (1991)

## Events

Do the Right Thing:
Dealing With
Unethical Tactics in
Bankruptcy, Both
Inside and Outside of
the Courtroom
California Bankruptcy Forum 25th Annual Insolvency Conference
San Diego, May 18, 2013

# John Morris

**New York**

Tel: 212.561.7700

## EDUCATION

▲ Carnegie Mellon University (B.S. 1986)

▲ Rutgers School of Law -- Newark (J.D. 1990)

## BAR AND COURT ADMISSIONS

▲ 1991, New York



Mr. Morris has broad experience litigating complex business, commercial, and bankruptcy-related matters, including corporate governance issues, contested sale motions, breach of contract and breach of fiduciary duty cases, valuation disputes, fraudulent transfer and preference cases, and claim objections. As lead trial counsel, Mr. Morris has tried numerous cases in bankruptcy, federal, and state courts, and has arbitrated and mediated numerous matters. In addition, Mr. Morris has been actively involved in several matters originating from the Cayman Islands, including the representation of liquidators of certain investment funds in substantial commercial litigation in the United States, as well as several cases arising under chapter 15 of the Bankruptcy Code.

Previously, Mr. Morris served as senior vice president and general counsel of The Robert Allen Group, a leader in the design and distribution of decorative fabrics and home furnishings; before that, he was a partner in the litigation department of a national law firm. Mr. Morris holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He graduated from Carnegie Mellon University and received his J.D. from Rutgers University School of Law – Newark, where he served as Articles Editor of the *Rutgers Law Review*. Mr. Morris is admitted to practice in New York, and is resident in our New York office.

## Representations

Creditors' committees in Barney's New York, Inc., Ditech Holding Corporation, Woodbridge Group of Companies LLC, Haggen Holdings, ERG Resources, Residential Capital (conflicts counsel), Aeropostale, Circuit City Stores, and Energy Futures (*ad hoc* committee of certain lien holders) (conflicts counsel), among others

Debtors, reorganized debtors, and estate fiduciaries in Fuse LLC, Forever 21, Inc., AEI Winddown, Inc. (Acquion Energy), Reorganized TK Holdings Trust (a successor to certain interests of TK Holdings, Inc.), Biolitec Holdings U.S., Magnum Hunter Resources Corporation, Saad Investments Company Limited (in liquidation), Quicksilver, Mesa Air Group, Inc., among others

## News

Eight PSZJ Attorneys Named to New York Metro "Super Lawyers" and "Rising Stars" Lists for 2021
September 2021

Pachulski Stang Ziehl & Jones: Five M&A Advisor Turnaround Awards
February 2014

The Second Circuit Clarifies Standard for Obtaining Chapter 15 Recognition
*Pachulski Bulletin No. 13*, April 2013

## Events

Preference Claims in Bankruptcy Litigation: Statutory Defenses You Must Consider
Knowledge Group Live Webcast Series
Webinar, February 28, 2020

Using and

Challenging Expert

Witness Testimony in

Bankruptcy Litigation:

Winning Strategies

Knowledge Group Live Webcast Series

Webinar, November 5, 2019

# Iain A.W. Nasatir

Los Angeles
Tel: 310.277.6910

## EDUCATION

- ◢ Williams College; Columbia University (B.A. 1979)
- ◢ Benjamin N. Cardozo School of Law (J.D., *cum laude*, 1982)
- ◢ Order of Barristers; National Moot Court Team

## BAR AND COURT ADMISSIONS

- ◢ 1983, New York
- ◢ 1991, California



Iain Nasatir specializes in insurance coverage, insolvency, regulatory, reinsurance, and bankruptcy disputes. Currently, he is involved with insurance coverage issues in the firm's representations of creditors' committees of sexual-abuse survivors in the chapter 11 bankruptcies of the Diocese of Buffalo, the Diocese of Rochester, the Archdiocese of New Orleans, and the Archdiocese of Santa Fe, and in other sex-abuse related bankruptcies (e.g., Boy Scouts of America and U.S.A Gymnastics). Prior committee representations involving sexual-abuse coverage issues include bankruptcies of the Gallup, Stockton and Davenport dioceses and The Weinstein Company. Other cases have involved debtors' obligations for SIRS and deductibles in bankruptcy (e.g., law firms Sedgwick and Heller Ehrman) and the interplay between state insurance regulators and bankruptcy court jurisdiction (e.g., Superior National, Fremont General and Executive Life).

For further information on the diocesan and other sex-abuse cases, please see general firm discussion.

In the course of the firm's bankruptcy representation of Sizzler Restaurants, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity

for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company and other similar carriers.

On the litigation front, Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation deposits. He also obtained dismissals for the same client in lawsuits brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away."

He attended Stowe School in Bucks, England, Williams College, Columbia College and Cardozo School of Law. Mr. Nasatir is admitted to practice in New York and California, and is resident in our Los Angeles office.

## Representations

Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America

Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; Executive Life

## Professional Affiliations

Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)

Member, International Association of Insurance Receivers

## Programs and Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association, Turnaround Management Association, International Association of Insurance Receivers and ABA TIPS Insurance Coverage Programs

## News

PSZJ Attorneys Named in 2023 Edition of *Best Lawyers in America*

August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

## Publications

The Rights and Duties
of Insurers and
Insureds Under Self-
Insured Retentions
*50 The Brief 44 (Fall 2020)*

Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance,"
39*ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

"Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April
1995)

"For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management*
(Oct. 1994)

"Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug.
1994)

Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)

## Events

The SIR Dilemma:
When Does (And
When Should) an
Excess Carrier Get
Involved?
27th Annual American Bar Association Insurance Coverage Litigation Midyear
Conference
Tucson, February 20, 2020

Everything You Don't
Want to Learn About
Directors and Officers'
Insurance Policies . . .
After It's Too Late!
Turnaround Management Association
Webinar, September 24, 2015

The Right Choice –
Private Runoff,
Rehabilitation or
Liquidation
IAIR Insolvency Workshop 2013
Savannah GA, January 30, 2013

Harry Hochman | Pachulski Stang Ziehl & Jones

# Harry Hochman

Los Angeles

Tel: 310.277.6910

### EDUCATION

▲ University of Michigan (A.B. with high distinction 1982)

▲ University of California at Los Angeles (J.D. 1987)

### BAR AND COURT ADMISSIONS

▲ California, 1987

### CLERKSHIPS

▲ Law clerk, Judge William J. Rea (C.D. Cal. 1987-89)

▲ Judicial extern, Judge William Matthew Byrne, Jr. (C.D. Cal. 1986)



Mr. Hochman is experienced in both litigation and bankruptcy practice. He handles business litigation and appeals in federal and state courts, and has represented committees, debtors, trustees, and creditors in bankruptcy cases. He is a graduate of the University of Michigan and received his law degree from the UCLA School of Law, where he was editor in chief of the *UCLA Pacific Basin Law Journal*. He served as a federal law clerk to the Honorable William J. Rea and as a judicial extern to the Honorable Wm. Matthew Byrne, Jr. Mr. Hochman has taught as an adjunct professor of legal writing and advocacy at the University of Southern California Gould School of Law. He was been named in the 2018 and 2019 editions of by *Best Lawyers in America* for his work in bankruptcy litigation, and holds an AV Preeminent Peer Rating, *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. Mr. Hochman is admitted to practice in California and is resident in our Los Angeles office.

## Representations

National Association of Bankruptcy Trustees as amicus curiae in *Merit Management Group v. FTI Consulting, Inc.* (U.S. Supreme Court) and in *USACM Liquidating Trust v. Deloitte & Touche* (9th Circuit); *Bondi*

(extraordinary commissioner of Parmalat Finanziaria S.p.A.) *v. Citigroup* (Parmalat) (NJ Supreme Court); *Peterson* (chapter 7 trustee for Lancelot Investors Fund) *v. McGladrey* (7th Circuit); and *Kirschner* (trustee of the Refco Litigation Trust) *v. KPMG* (NY Court of Appeals)

## Reported Cases

*In re Future Media Productions, Inc.*, 530 F.3d 1178 (9th Cir. 2008)

*In re GC Companies, Inc.*, 298 B.R. 226 (D. Del. 2003)

*In re General Teamsters, Warehousemen and Helpers Union, Local 890*, 265 F.3d 869 (9th Cir. 2001)

*In re DAK Industries, Inc.*, 66 F.3d 1091 (9th Cir. 1995)

*In re Gordon*, 988 F.2d 1000 (9th Cir. 1993)

## News

PSZJ Attorneys
Named in 2023
Edition of *Best
Lawyers in America*
August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

## Publications

Tectonic Changes
Impact Evolving
Turnaround Industry
*Journal of Corporate Renewal (Nov/Dec 2014)*, December 2014

# James K.T. Hunter

Los Angeles
Tel: 310.277.6910

## EDUCATION

▲ New College, University of
  South Florida (B.A. 1973)

▲ Harvard University Law School
  (J.D., *cum laude*, 1976)

## BAR AND COURT
## ADMISSIONS

▲ 1976, California



Mr. Hunter specializes in business and commercial litigation, including bankruptcy litigation. He also has extensive experience in state and federal court appeals. He is a graduate of New College in Sarasota, Florida, and received his J.D. from Harvard Law School. Mr. Hunter is admitted to practice in California and is resident in our Los Angeles office.

## Representations

Woodside Group; Pacific Energy Resources; Lehman SunCal; Fleming Companies; Adamson Apparel; Fremont General; Inacom Communications

## News

PSZJ Attorneys
Named in 2023
Edition of *Best
Lawyers in America*
August 18, 2022

PSZJ Attorneys
Named in 2022
Edition of Best
Lawyers in America
August 19, 2021

PSZJ Attorneys
Named in 2021
Edition of *Best
Lawyers in America*
August 20, 2020

PSZJ Attorneys
Named in *Best
Lawyers in America*
August 15, 2019

# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

March 31, 2019

| | |
|---|---|
| Invoice | 122830 |
| Client | 32277 |
| Matter | 00002 |
| | **LFC** |

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2019

| | |
|---|---|
| FEES | $12,042.00 |
| EXPENSES | $86.10 |
| **TOTAL CURRENT CHARGES** | **$12,128.10** |
| **TOTAL BALANCE DUE** | **$12,128.10** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 122830

March 31, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 395.00 | 5.60 | $2,212.00 |
| JAM | Morris, John A. | Partner | 1025.00 | 0.30 | $307.50 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 0.20 | $195.00 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 9.10 | $9,327.50 |
| | | | | 15.20 | $12,042.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        3

Invoice 122830

March 31, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 7.10 | $6,647.50 |
| CO | Claims Admin/Objections[B310] | 0.40 | $347.00 |
| LN | Litigation (Non-Bankruptcy) | 0.50 | $502.50 |
| OP | Operations [B210] | 0.10 | $102.50 |
| RP | Retention of Prof. [B160] | 2.80 | $1,106.00 |
| RPO | Ret. of Prof./Other | 4.30 | $3,336.50 |
| | | 15.20 | $12,042.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        4
Gottlieb, David (Penthouse)                                          Invoice 122830
32277    - 00002                                                     March 31, 2019

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $63.60 |
| Reproduction/ Scan Copy | $22.50 |
| | $86.10 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 122830

March 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 03/12/2019 | LFC | CA | Review and respond to e-mails regarding claims and trademark transfer matters | 0.30 | 1025.00 | $307.50 |
| 03/12/2019 | LFC | CA | Travel and attend hearing on 6th case status report | 1.80 | 1025.00 | $1,845.00 |
| 03/19/2019 | LFC | CA | Review final report and case information for filing with UST upon case conversion | 0.50 | 1025.00 | $512.50 |
| 03/19/2019 | LFC | CA | E-mail correspondence with Renee Johnson at Trustee?s office (.1) and Beth Dassa (.1) and UST?s office (.1) regarding conversion report | 0.30 | 1025.00 | $307.50 |
| 03/19/2019 | BDD | CA | Conference with/emails to L. Cantor re ch. 11 trustee report (following ch. 7 conversion) | 0.40 | 395.00 | $158.00 |
| 03/20/2019 | LFC | CA | Prepare form of final report for cases converted to chapter 7 | 0.80 | 1025.00 | $820.00 |
| 03/21/2019 | BDD | CA | Confer with L. Cantor re Ch. 11 Trustee final report | 0.20 | 395.00 | $79.00 |
| 03/22/2019 | LFC | CA | Draft and revise Chapter 11 final report .8 CA Final review and revising of final report form | 0.30 | 1025.00 | $307.50 |
| 03/22/2019 | LFC | CA | Final review and revising of final report form | 0.80 | 1025.00 | $820.00 |
| 03/26/2019 | LFC | CA | Confer with Beth Dassa and Janice Washington regarding schedule of unpaid administrative claims for Chapter 11 Trustee report | 0.40 | 1025.00 | $410.00 |
| 03/26/2019 | LFC | CA | Review claims, fee application orders and docket entries regarding administrative claims | 0.50 | 1025.00 | $512.50 |
| 03/26/2019 | BDD | CA | Confer with L. Cantor and J. Washington re claims filed in Penthouse Digital Media case; research claims re same | 0.40 | 395.00 | $158.00 |
| 03/27/2019 | LFC | CA | Penthouse Review and comment regarding schedule of unpaid administrative claim and e-mail memos regarding same | 0.30 | 1025.00 | $307.50 |
| 03/29/2019 | LFC | CA | Telephone conference with Rolling Dice Productions re: 341(a) meeting | 0.10 | 1025.00 | $102.50 |
| | | | | 7.10 | | $6,647.50 |
| **Claims Admin/Objections[B310]** | | | | | | |
| 03/12/2019 | LFC | CO | Confer with Paul Brent regarding sale reconciliation and claim matters | 0.30 | 1025.00 | $307.50 |
| 03/26/2019 | BDD | CO | Email L. Cantor re chart re filed claims | 0.10 | 395.00 | $39.50 |
| | | | | 0.40 | | $347.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 122830

March 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 03/05/2019 | JKH | LN | Email from, office conference with Linda F. Cantor regarding Gottlieb substitution, trustee status, review same. | 0.20 | 975.00 | $195.00 |
| 03/05/2019 | JAM | LN | Communications with L. Cantor re substitution of counsel in Metropolitan Lumber litigation. | 0.30 | 1025.00 | $307.50 |
| | | | | **0.50** | | **$502.50** |
| **Operations [B210]** | | | | | | |
| 03/12/2019 | LFC | OP | Review operating report | 0.10 | 1025.00 | $102.50 |
| | | | | **0.10** | | **$102.50** |
| **Retention of Prof. [B160]** | | | | | | |
| 03/21/2019 | BDD | RP | Multiple revisions to PSZJ retention application, BPEH retention application, Province retention application, PSZJ/BPEH/Province notices re retention; revisions to B. Brook hourly retention agreement per conference with/comments from L. Cantor | 2.70 | 395.00 | $1,066.50 |
| 03/21/2019 | BDD | RP | Email M. Kulick re PSZJ retention application as counsel to ch. 7 trustee | 0.10 | 395.00 | $39.50 |
| | | | | **2.80** | | **$1,106.00** |
| **Ret. of Prof./Other** | | | | | | |
| 03/12/2019 | BDD | RPO | Message to B. Brook re retention application (.10); email L. Cantor re same (.10) | 0.20 | 395.00 | $79.00 |
| 03/12/2019 | BDD | RPO | Email L. Cantor re B. Brook retention | 0.10 | 395.00 | $39.50 |
| 03/12/2019 | BDD | RPO | Email L. Cantor re email rec'd from B. Brook re retention application | 0.10 | 395.00 | $39.50 |
| 03/13/2019 | BDD | RPO | Email B. Brook re retention application | 0.10 | 395.00 | $39.50 |
| 03/13/2019 | BDD | RPO | Email L. Cantor re B. Brook retainer agreements | 0.10 | 395.00 | $39.50 |
| 03/13/2019 | BDD | RPO | Email M. Kulick re B. Brook retention application | 0.10 | 395.00 | $39.50 |
| 03/14/2019 | BDD | RPO | Review B. Brook retention applications (both hourly and contingency) (.70); emails to L. Cantor re same (.10) | 0.80 | 395.00 | $316.00 |
| 03/18/2019 | LFC | RPO | Penthouse Review and  revise retention agreements and applications for chapter 7 case | 0.30 | 1025.00 | $307.50 |
| 03/19/2019 | LFC | RPO | Review and revise / comment on forms of retention | 0.40 | 1025.00 | $410.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 122830
32277    - 00002                                                    March 31, 2019

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | agreements with Bradley Brook | | | |
| 03/19/2019 | LFC | RPO | Review and revise motions and notices regarding retention of professionals for chapter 7 case | 0.60 | 1025.00 | $615.00 |
| 03/20/2019 | LFC | RPO | Confer with Beth Dassa regarding retention agreements and retention pleadings | 0.20 | 1025.00 | $205.00 |
| 03/20/2019 | LFC | RPO | Review and mark-up retention pleadings | 0.80 | 1025.00 | $820.00 |
| 03/21/2019 | LFC | RPO | Review revisions to retention applications | 0.30 | 1025.00 | $307.50 |
| 03/21/2019 | BDD | RPO | Email L. Cantor re revised retention applications/notices/B. Brook hourly retention agreement | 0.10 | 395.00 | $39.50 |
| 03/26/2019 | BDD | RPO | Email L. Cantor re ch. 7 retention applications, notices., etc. | 0.10 | 395.00 | $39.50 |
| | | | | 4.30 | | $3,336.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                 **$12,042.00**

Pachulski Stang Ziehl & Jones LLP                          Page:      8
Gottlieb, David (Penthouse)                                Invoice 122830
32277    - 00002                                           March 31, 2019

_____

### **Expenses**

| | | | |
|---|---|---|---|
| 03/12/2019 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 03/18/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/18/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/18/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/18/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 03/18/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 03/18/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/18/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/26/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 03/26/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 03/26/2019 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 03/26/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 03/26/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 03/26/2019 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 03/31/2019 | PAC | Pacer - Court Research | 63.60 |

**Total Expenses for this Matter**                              **$86.10**

Pachulski Stang Ziehl & Jones LLP                                      Page:       9
Gottlieb, David (Penthouse)                                           Invoice 122830
32277    - 00002                                                      March 31, 2019

---

**For current services rendered through:**    **03/01/2019 - 03/31/2019**

| | |
|---|---|
| **Total Fees** | **$12,042.00** |
| **Total Expenses** | **86.10** |
| **Total Due on Current Invoice** | **$12,128.10** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| David Gottlieb | April 30, 2019 |
| 17000 Ventura Blvd. ste. 300 | Invoice   122831 |
| Los Angeles, CA  91403 | Client    32277 |
|  | Matter     00002 |
|  | **LFC** |

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2019

| | |
|---|---|
| FEES | $12,710.00 |
| EXPENSES | $555.33 |
| **TOTAL CURRENT CHARGES** | **$13,265.33** |
| **TOTAL BALANCE DUE** | **$13,265.33** |

Pachulski Stang Ziehl & Jones LLP                                     Page:      2
Gottlieb, David (Penthouse)                                          Invoice 122831
32277    - 00002                                                     April 30, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1025.00 | 1.20 | $1,230.00 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 11.20 | $11,480.00 |
| | | | | 12.40 | $12,710.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        3
Gottlieb, David (Penthouse)                                          Invoice 122831
32277    - 00002                                                     April 30, 2019

---

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 3.10 | $3,177.50 |
| CO | Claims Admin/Objections[B310] | 0.20 | $205.00 |
| LN | Litigation (Non-Bankruptcy) | 1.80 | $1,845.00 |
| RP | Retention of Prof. [B160] | 1.10 | $1,127.50 |
| RPO | Ret. of Prof./Other | 4.40 | $4,510.00 |
| SL | Stay Litigation [B140] | 1.80 | $1,845.00 |
| | | 12.40 | $12,710.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 122831

April 30, 2019

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| CourtLink | $2.24 |
| Federal Express [E108] | $29.93 |
| Fax Transmittal [E104] | $52.00 |
| Pacer - Court Research | $17.80 |
| Postage [E108] | $48.96 |
| Reproduction Expense [E101] | $344.00 |
| Reproduction/ Scan Copy | $60.40 |
| | $555.33 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 122831

April 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 04/01/2019 | LFC | CA | Prepare schedules and files for 341(a) meeting of creditors in chapter 7 case | 0.40 | 1025.00 | $410.00 |
| 04/01/2019 | LFC | CA | Travel and attend 341(a) meeting of creditors in chapter 7 case | 2.30 | 1025.00 | $2,357.50 |
| 04/04/2019 | LFC | CA | Finalize final report for filing (.3) and e-mail memos regarding same  (.1) | 0.40 | 1025.00 | $410.00 |
| | | | | **3.10** | | **$3,177.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 04/17/2019 | LFC | CO | Confer with Iron Mountain creditor regarding administrative claim allowance and payment | 0.20 | 1025.00 | $205.00 |
| | | | | **0.20** | | **$205.00** |
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 04/04/2019 | JAM | LN | E-mail to L. Cantor re status (Met. Lumber) of litigation. | 0.10 | 1025.00 | $102.50 |
| 04/17/2019 | LFC | LN | Telephone conference with John Morris regarding Metropolitan Lumber litigation | 0.20 | 1025.00 | $205.00 |
| 04/17/2019 | JAM | LN | Review e-mails re Metropolitan Lumber (.2); telephone conference with L. Cantor re Metropolitan Lumber (.2). | 0.40 | 1025.00 | $410.00 |
| 04/23/2019 | LFC | LN | Review case dockets in state  court litigation and notices | 0.40 | 1025.00 | $410.00 |
| 04/25/2019 | JAM | LN | Review/revise letter re Metropolitan Lumber litigation (.5); e-mails with L. Cantor re Metropolitan Lumber (.2). | 0.70 | 1025.00 | $717.50 |
| | | | | **1.80** | | **$1,845.00** |
| **Retention of Prof. [B160]** | | | | | | |
| 04/08/2019 | LFC | RP | Finalize retention agreements | 0.70 | 1025.00 | $717.50 |
| 04/12/2019 | LFC | RP | Finalize Bradley Brook application and agreements | 0.40 | 1025.00 | $410.00 |
| | | | | **1.10** | | **$1,127.50** |
| **Ret. of Prof./Other** | | | | | | |
| 04/09/2019 | LFC | RPO | Penthouse Finalize Province application | 0.20 | 1025.00 | $205.00 |
| 04/10/2019 | LFC | RPO | Finalize Eisner declaration re: retention application for BPEH | 0.20 | 1025.00 | $205.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 122831

April 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/10/2019 | LFC | RPO | Revise PSZJ declaration re: retention application and e-mail memos regarding same | 0.10 | 1025.00 | $102.50 |
| 04/11/2019 | LFC | RPO | Finalize for filing professional applications for retention by chapter 7 trustee | 0.80 | 1025.00 | $820.00 |
| 04/11/2019 | LFC | RPO | Review and revise Brook firm application, notice and review and comment on retention agreements | 2.30 | 1025.00 | $2,357.50 |
| 04/15/2019 | LFC | RPO | E-mail memos regarding retention application for Brad Brook | 0.20 | 1025.00 | $205.00 |
| 04/15/2019 | LFC | RPO | Review and revise Brook retention application | 0.30 | 1025.00 | $307.50 |
| 04/16/2019 | LFC | RPO | Further revisions to Brook retention application   (.2) and e-mail memos regarding same (.1) | 0.30 | 1025.00 | $307.50 |
|  |  |  |  | 4.40 |  | $4,510.00 |

**Stay Litigation [B140]**

| 04/23/2019 | LFC | SL | Draft stay violation letter  (.6)  CA and revise same (.3) | 0.90 | 1025.00 | $922.50 |
|---|---|---|---|---|---|---|
| 04/24/2019 | LFC | SL | Penthouse Review and revise stay violation letter | 0.90 | 1025.00 | $922.50 |
|  |  |  |  | 1.80 |  | $1,845.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$12,710.00**

Pachulski Stang Ziehl & Jones LLP                                      Page:      7
Gottlieb, David (Penthouse)                                           Invoice 122831
32277    - 00002                                                     April 30, 2019

---

## **Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 04/04/2019 | CL | 32277.00001 CourtLink charges for 04-04-19 | 2.24 |
| 04/04/2019 | FE | 32277.00001 FedEx Charges for 04-04-19 | 9.97 |
| 04/04/2019 | PO | 32277.00001 :Postage Charges for 04-04-19 | 2.90 |
| 04/04/2019 | RE | ( 42 @0.20 PER PG) | 8.40 |
| 04/04/2019 | RE | ( 84 @0.20 PER PG) | 16.80 |
| 04/04/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/04/2019 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 04/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/10/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/10/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/10/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 04/10/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 04/10/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/10/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/10/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/11/2019 | FE | 32277.00002 FedEx Charges for 04-11-19 | 9.97 |
| 04/11/2019 | PO | 32277.00002 :Postage Charges for 04-11-19 | 21.30 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    8
Gottlieb, David (Penthouse)                                                Invoice 122831
32277    - 00002                                                           April 30, 2019

| | | | |
|---|---|---|---|
| 04/11/2019 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 04/11/2019 | RE | ( 101 @0.20 PER PG) | 20.20 |
| 04/11/2019 | RE | ( 202 @0.20 PER PG) | 40.40 |
| 04/11/2019 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 04/11/2019 | RE | ( 38 @0.20 PER PG) | 7.60 |
| 04/11/2019 | RE | ( 550 @0.20 PER PG) | 110.00 |
| 04/11/2019 | RE | ( 25 @0.20 PER PG) | 5.00 |
| 04/11/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/11/2019 | RE2 | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 04/11/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/11/2019 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 04/11/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/11/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/11/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 04/11/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/11/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/11/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/11/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP                                           Page:      9
Gottlieb, David (Penthouse)                                                 Invoice 122831
32277    - 00002                                                            April 30, 2019

---

| 04/11/2019 | RE2 | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
|---|---|---|---|
| 04/11/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/11/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/12/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 04/12/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 04/16/2019 | FE | 32277.00002 FedEx Charges for 04-16-19 | 9.99 |
| 04/16/2019 | PO | 32277.00002 :Postage Charges for 04-16-19 | 19.20 |
| 04/16/2019 | RE | ( 27 @0.20 PER PG) | 5.40 |
| 04/16/2019 | RE | ( 24 @0.20 PER PG) | 4.80 |
| 04/16/2019 | RE | ( 528 @0.20 PER PG) | 105.60 |
| 04/16/2019 | RE | ( 54 @0.20 PER PG) | 10.80 |
| 04/16/2019 | RE | ( 24 @0.20 PER PG) | 4.80 |
| 04/16/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 04/16/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 04/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/23/2019 | PO | 32277.00002 :Postage Charges for 04-23-19 | 3.36 |
| 04/23/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 04/24/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    10

Invoice 122831

April 30, 2019

| 04/24/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
|---|---|---|---|
| 04/26/2019 | PO | 32277.00002 :Postage Charges for 04-26-19 | 2.20 |
| 04/29/2019 | FX | (AGR 52 @1.00 PER PG) | 52.00 |
| 04/29/2019 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 04/30/2019 | PAC | Pacer - Court Research | 17.80 |
| **Total Expenses for this Matter** | | | **$555.33** |

**For current services rendered through:    04/01/2019 - 04/30/2019**

| **Total Fees** | **$12,710.00** |
|---|---|
| **Total Expenses** | **555.33** |
| **Total Due on Current Invoice** | **$13,265.33** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

May 31, 2019
Invoice    122832
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2019

| | |
|---|---|
| FEES | $14,099.00 |
| EXPENSES | $250.25 |
| **TOTAL CURRENT CHARGES** | **$14,349.25** |
| **TOTAL BALANCE DUE** | **$14,349.25** |

Pachulski Stang Ziehl & Jones LLP                                          Page:      2
Gottlieb, David (Penthouse)                                                Invoice 122832
32277    - 00002                                                           May 31, 2019

---

### Summary of Services by Professional

| ID  | Name            | Title     | Rate    | Hours | Amount      |
|-----|-----------------|-----------|---------|-------|-------------|
| BDD | Dassa, Beth D.  | Paralegal | 395.00  | 1.70  | $671.50     |
| LFC | Cantor, Linda F.| Partner   | 1025.00 | 13.10 | $13,427.50  |
|     |                 |           |         | 14.80 | $14,099.00  |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00002

Page:       3
Invoice 122832
May 31, 2019

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.30 | $1,332.50 |
| CO | Claims Admin/Objections[B310] | 8.60 | $8,815.00 |
| CP | Compensation Prof. [B160] | 0.10 | $39.50 |
| CPO | Comp. of Prof./Others | 1.60 | $632.00 |
| LN | Litigation (Non-Bankruptcy) | 0.30 | $307.50 |
| RP | Retention of Prof. [B160] | 0.60 | $615.00 |
| RPO | Ret. of Prof./Other | 2.30 | $2,357.50 |
| | | 14.80 | $14,099.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    4

Invoice 122832

May 31, 2019

## **<u>Summary of Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Conference Call [E105] | $3.67 |
| Federal Express [E108] | $37.38 |
| Pacer - Court Research | $55.30 |
| Reproduction Expense [E101] | $36.40 |
| Reproduction/ Scan Copy | $117.50 |
| | $250.25 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:   5

Invoice 122832

May 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 05/15/2019 | LFC | AD | Draft outline of our position regarding transfer of stock to purchaser | 0.40 | 1025.00 | $410.00 |
| 05/22/2019 | LFC | AD | Telephone conference with D. Gottlieb regarding GCMI stock matters  (.1) and draft e-mail memo regarding same  (.1) | 0.20 | 1025.00 | $205.00 |
| 05/24/2019 | LFC | AD | Telephone conference with Paul Brent regarding withdrawal of objection to retention of Chapter 7 Trustee professionals and potential GMCI stock transaction | 0.20 | 1025.00 | $205.00 |
| 05/31/2019 | LFC | AD | Review pleadings and court orders  (.2) and draft email memo regarding items needed from buyers pursuant to court order and APA  (.3) | 0.50 | 1025.00 | $512.50 |
| | | | | **1.30** | | **$1,332.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 05/13/2019 | LFC | CO | Review case issues, preferences, potential litigation and administrative claims and prepare for meeting with Bradley Brook regarding claim administration | 3.00 | 1025.00 | $3,075.00 |
| 05/13/2019 | LFC | CO | Meeting with Brad Brook regarding Penthouse claims and litigation matters | 2.50 | 1025.00 | $2,562.50 |
| 05/14/2019 | LFC | CO | Review discovery matters and responses to pending 2004 order  (.5)  and confer with Bradley Brook regarding same ( .2) | 0.70 | 1025.00 | $717.50 |
| 05/15/2019 | LFC | CO | Conference call with Brad Brook and Paul Brent regarding claim, reconciliation and discovery matters | 1.00 | 1025.00 | $1,025.00 |
| 05/29/2019 | LFC | CO | Telephone conference with Brad Brook regarding objection to buyer and NOA administrative claims | 0.70 | 1025.00 | $717.50 |
| 05/30/2019 | LFC | CO | Telephone conference with Brad Brook and Walt Bowser regarding claims and discovery matters | 0.50 | 1025.00 | $512.50 |
| 05/30/2019 | LFC | CO | Review and draft e-mail memos regarding claim issues | 0.20 | 1025.00 | $205.00 |
| | | | | **8.60** | | **$8,815.00** |
| **Compensation Prof. [B160]** | | | | | | |
| 05/07/2019 | BDD | CP | Call with L. Cantor re order on PSZJ retention (ch. 7 case) | 0.10 | 395.00 | $39.50 |
| | | | | **0.10** | | **$39.50** |

Pachulski Stang Ziehl & Jones LLP

Page:      6

Gottlieb, David (Penthouse)

Invoice 122832

32277    - 00002

May 31, 2019

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Comp. of Prof./Others** | | | | | | |
| 05/07/2019 | BDD | CPO | Preparation of 4 orders/4 decs of non opp re employment of PSZJ, BPE&H, Province, and B. Brook for ch. 7 case (1.5); emails L. Cantor re same (.10) | 1.60 | 395.00 | $632.00 |
| | | | | **1.60** | | **$632.00** |
| **Litigation (Non-Bankruptcy)** | | | | | | |
| 05/21/2019 | LFC | LN | Telephone conference with counsel for Metropolitan Lumber | 0.30 | 1025.00 | $307.50 |
| | | | | **0.30** | | **$307.50** |
| **Retention of Prof. [B160]** | | | | | | |
| 05/09/2019 | LFC | RP | Prepare notice of hearing on retention applications | 0.30 | 1025.00 | $307.50 |
| 05/28/2019 | LFC | RP | Review and prepare pleadings for retention application hearings | 0.30 | 1025.00 | $307.50 |
| | | | | **0.60** | | **$615.00** |
| **Ret. of Prof./Other** | | | | | | |
| 05/08/2019 | LFC | RPO | Penthouse Review opposition to retention agreements (.1), case pleadings (.2) and draft reply to opposition (1.1 ) | 1.40 | 1025.00 | $1,435.00 |
| 05/08/2019 | LFC | RPO | Telephone conference with David K Gottlieb regarding professional retention matters | 0.20 | 1025.00 | $205.00 |
| 05/08/2019 | LFC | RPO | Telephone conference with Paul Brent regarding objection to retention | 0.20 | 1025.00 | $205.00 |
| 05/08/2019 | LFC | RPO | Research cases regarding retention matters | 0.50 | 1025.00 | $512.50 |
| | | | | **2.30** | | **$2,357.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                      **$14,099.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 122832
32277    - 00002                                                    May 31, 2019

_____

**Expenses**

| | | | |
|---|---|---|---|
| 05/07/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/07/2019 | RE2 | SCAN/COPY ( 63 @0.10 PER PG) | 6.30 |
| 05/07/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 05/07/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/08/2019 | FE | 32277.00002 FedEx Charges for 05-08-19 | 10.03 |
| 05/08/2019 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 05/08/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/08/2019 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 05/08/2019 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 05/08/2019 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 05/08/2019 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 05/08/2019 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 05/08/2019 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 05/08/2019 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 05/08/2019 | RE2 | SCAN/COPY ( 66 @0.10 PER PG) | 6.60 |
| 05/08/2019 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 05/08/2019 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    8
Gottlieb, David (Penthouse)                                          Invoice 122832
32277    - 00002                                                    May 31, 2019

---

| 05/08/2019 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 05/08/2019 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 05/08/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/08/2019 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 05/08/2019 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 05/10/2019 | FE | 32277.00002 FedEx Charges for 05-10-19 | 27.35 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE | ( 52 @0.20 PER PG) | 10.40 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE | ( 52 @0.20 PER PG) | 10.40 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE | ( 13 @0.20 PER PG) | 2.60 |
| 05/10/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/13/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 05/13/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/13/2019 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      9
Gottlieb, David (Penthouse)                                               Invoice 122832
32277   - 00002                                                           May 31, 2019

---

| 05/13/2019 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/13/2019 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 05/13/2019 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 05/28/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/30/2019 | CC | Conference Call [E105] AT&T Conference Call, LFC | 3.67 |
| 05/31/2019 | PAC | Pacer - Court Research | 55.30 |
| **Total Expenses for this Matter** | | | **$250.25** |

---

**For current services rendered through:    05/01/2019 - 05/31/2019**

**Total Fees**                                                            **$14,099.00**

**Total Expenses**                                                            250.25

**Total Due on Current Invoice**                                          **$14,349.25**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

June 30, 2019
Invoice    122833
Client     32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2019

| | |
|---|---:|
| FEES | $11,370.00 |
| EXPENSES | $77.70 |
| **TOTAL CURRENT CHARGES** | **$11,447.70** |
| **TOTAL BALANCE DUE** | **$11,447.70** |

Pachulski Stang Ziehl & Jones LLP                              Page:      2
Gottlieb, David (Penthouse)                                    Invoice 122833
32277    - 00002                                               June 30, 2019

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 395.00 | 0.50 | $197.50 |
| JAM | Morris, John A. | Partner | 1025.00 | 0.10 | $102.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 10.80 | $11,070.00 |
| | | | | 11.40 | $11,370.00 |

Pachulski Stang Ziehl & Jones LLP                              Page:        3
Gottlieb, David (Penthouse)                                   Invoice 122833
32277    - 00002                                              June 30, 2019

---

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 0.60 | $615.00 |
| AD | Asset Disposition [B130] | 1.80 | $1,845.00 |
| CA | Case Administration [B110] | 1.10 | $1,127.50 |
| CO | Claims Admin/Objections[B310] | 5.20 | $5,330.00 |
| FF | Financial Filings [B110] | 0.20 | $79.00 |
| LN | Litigation (Non-Bankruptcy) | 2.00 | $1,861.00 |
| OP | Operations [B210] | 0.50 | $512.50 |
| | | 11.40 | $11,370.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 122833

June 30, 2019

## Summary of Expenses

| Description | Amount |
|---|---|
| Legal Vision Atty Mess Service | $58.00 |
| Pacer - Court Research | $10.90 |
| Postage [E108] | $1.00 |
| Reproduction/ Scan Copy | $7.80 |
| | $77.70 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     5

Invoice 122833

June 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 06/05/2019 | LFC | AA | Review and analysis of post-sale revenue collected by Buyers | 0.40 | 1025.00 | $410.00 |
| 06/05/2019 | LFC | AA | Draft correspondence re: information required from buyer | 0.20 | 1025.00 | $205.00 |
| | | | | **0.60** | | **$615.00** |
| **Asset Disposition [B130]** | | | | | | |
| 06/10/2019 | LFC | AD | Review APA regarding buyers claims | 0.40 | 1025.00 | $410.00 |
| 06/24/2019 | LFC | AD | Review sale files for accounting analysis | 0.30 | 1025.00 | $307.50 |
| 06/25/2019 | LFC | AD | Review files for sale related documents and case pleadings for tax advisors (.5), review and prepare final schedules for APA | 1.10 | 1025.00 | $1,127.50 |
| | | | | **1.80** | | **$1,845.00** |
| **Case Administration [B110]** | | | | | | |
| 06/25/2019 | LFC | CA | Telephone conference with Michael Weiss regarding Penthouse files and 341(a) meeting of creditors | 0.30 | 1025.00 | $307.50 |
| 06/25/2019 | LFC | CA | Review files regarding debtor representative for 341(a) meeting | 0.20 | 1025.00 | $205.00 |
| 06/27/2019 | LFC | CA | Telephone conference with Michael Weiss regarding 341(a) meeting | 0.10 | 1025.00 | $102.50 |
| 06/28/2019 | LFC | CA | Outline chapter 7 report | 0.50 | 1025.00 | $512.50 |
| | | | | **1.10** | | **$1,127.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 06/04/2019 | LFC | CO | Review Kirkendoll e-mail (.1) and confer with D. Gottlieb regarding WGCZ claim resolution (.3) | 0.40 | 1025.00 | $410.00 |
| 06/05/2019 | LFC | CO | Review NOA claim financial analysis | 0.40 | 1025.00 | $410.00 |
| 06/05/2019 | LFC | CO | Conference call with Brad Brook and Walt Bowser regarding NOA claim and buyer A/R reconciliation | 0.20 | 1025.00 | $205.00 |
| 06/05/2019 | LFC | CO | Telephone conference with Trustee regarding A/R reconciliation and NOA claim | 0.10 | 1025.00 | $102.50 |
| 06/06/2019 | LFC | CO | Draft e-mail memo regarding reconciliation analysis | 0.20 | 1025.00 | $205.00 |
| 06/08/2019 | LFC | CO | Review NOA payment analysis from Kirkendoll | 0.50 | 1025.00 | $512.50 |
| 06/11/2019 | LFC | CO | Review files and review/respond to e-mail memos regarding claims and reconciliation with buyers | 0.50 | 1025.00 | $512.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 122833

June 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2019 | LFC | CO | Telephone conference with Brad Brook regarding WCGZ and NOA claims | 0.40 | 1025.00 | $410.00 |
| 06/11/2019 | LFC | CO | Review issues and outline request for information | 0.40 | 1025.00 | $410.00 |
| 06/12/2019 | LFC | CO | Review and revise e-mail memo to Paul Brent regarding WCGZ claim and A/R reconciliation | 0.30 | 1025.00 | $307.50 |
| 06/12/2019 | LFC | CO | Follow-up e-mails with Brad Brook | 0.10 | 1025.00 | $102.50 |
| 06/25/2019 | LFC | CO | Draft correspondence to creditors | 0.30 | 1025.00 | $307.50 |
| 06/25/2019 | LFC | CO | Review legal matters re: set-off / claims reconciliation | 1.10 | 1025.00 | $1,127.50 |
| 06/26/2019 | LFC | CO | Review commission issues raised by David Kravitz (.1) and telephone conference with Brad Brook regarding commission claims (.2) | 0.30 | 1025.00 | $307.50 |
| | | | | **5.20** | | **$5,330.00** |

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/04/2019 | BDD | FF | Review General Comm Schedules and email L. Cantor re same | 0.20 | 395.00 | $79.00 |
| | | | | **0.20** | | **$79.00** |

### Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/26/2019 | LFC | LN | Review state court pleadings and docket (.3) and prepare dismissal stipulation for Metropolitan Lumber case (.5) | 0.80 | 1025.00 | $820.00 |
| 06/26/2019 | BDD | LN | Review NY Supreme Court docket re Metropolitan Lumber docket information (.20); confer with L. Cantor re same (.10) | 0.30 | 395.00 | $118.50 |
| 06/26/2019 | JAM | LN | Communications with A. Blaine, L. Cantor re status of NY litigation. | 0.10 | 1025.00 | $102.50 |
| 06/28/2019 | LFC | LN | Draft, review and revise stipulation to stay proceedings in New York state court action | 0.80 | 1025.00 | $820.00 |
| | | | | **2.00** | | **$1,861.00** |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/12/2019 | LFC | OP | Review intercompany transaction matters | 0.50 | 1025.00 | $512.50 |
| | | | | **0.50** | | **$512.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                            **$11,370.00**

Pachulski Stang Ziehl & Jones LLP                               Page:     7
Gottlieb, David (Penthouse)                                     Invoice 122833
32277    - 00002                                                June 30, 2019

---

**Expenses**

| | | | |
|---|---|---|---|
| 06/03/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/24/2019 | PO | 32277.00002 :Postage Charges for 06-24-19 | 1.00 |
| 06/25/2019 | LV | Legal Vision Atty/Mess. Service- Inv. 06112, Messenger to Michael Wiss, LFC | 58.00 |
| 06/25/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/25/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/25/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/26/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/26/2019 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 06/28/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/30/2019 | PAC | Pacer - Court Research | 10.90 |

**Total Expenses for this Matter**                                    **$77.70**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        8

Invoice 122833

June 30, 2019

**For current services rendered through:    06/01/2019 - 06/30/2019**

| | |
|---|---|
| **Total Fees** | **$11,370.00** |
| **Total Expenses** | **77.70** |
| **Total Due on Current Invoice** | **$11,447.70** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

July 31, 2019
Invoice    122834
Client    32277
Matter    00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  07/31/2019

| | |
|---|---:|
| FEES | $10,147.50 |
| EXPENSES | $87.51 |
| **TOTAL CURRENT CHARGES** | **$10,235.01** |
| **TOTAL BALANCE DUE** | **$10,235.01** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:     2

Invoice 122834

July 31, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1025.00 | 0.80 | $820.00 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 9.10 | $9,327.50 |
| | | | | 9.90 | $10,147.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    3
Gottlieb, David (Penthouse)                                          Invoice 122834
32277    - 00002                                                     July 31, 2019

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.40 | $410.00 |
| CA | Case Administration [B110] | 4.70 | $4,817.50 |
| CO | Claims Admin/Objections[B310] | 0.60 | $615.00 |
| EC | Executory Contracts [B185] | 3.20 | $3,280.00 |
| LN | Litigation (Non-Bankruptcy) | 1.00 | $1,025.00 |
| | | 9.90 | $10,147.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 122834

July 31, 2019

## **Summary of Expenses**

| Description | Amount |
|---|---|
| CourtLink | $48.46 |
| Federal Express [E108] | $9.99 |
| Lexis/Nexis- Legal Research [E | $0.46 |
| Pacer - Court Research | $1.00 |
| Postage [E108] | $4.80 |
| Reproduction Expense [E101] | $19.20 |
| Reproduction/ Scan Copy | $3.60 |
| | $87.51 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00002

Page:     5
Invoice 122834
July 31, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| 07/31/2019 | LFC | AD | Review NOA contract assumption / rejection and sale issues | 0.40 | 1025.00 | $410.00 |
| | | | | **0.40** | | **$410.00** |

### Case Administration [B110]

| 07/08/2019 | LFC | CA | Research grounds for motion to compel 341(a) attendance | 0.60 | 1025.00 | $615.00 |
| 07/08/2019 | LFC | CA | Telephone conference with OUST attorney regarding 341(a) meeting attendance | 0.20 | 1025.00 | $205.00 |
| 07/09/2019 | LFC | CA | Review case record and pleadings and draft interim report | 2.50 | 1025.00 | $2,562.50 |
| 07/24/2019 | LFC | CA | Draft motion to compel attendance at 341(a) meeting of creditors | 0.70 | 1025.00 | $717.50 |
| 07/24/2019 | LFC | CA | Review and revise motion to compel, notice and supporting declaration | 0.70 | 1025.00 | $717.50 |
| | | | | **4.70** | | **$4,817.50** |

### Claims Admin/Objections[B310]

| 07/26/2019 | LFC | CO | Conference call with Brad Brook regarding litigation claims | 0.30 | 1025.00 | $307.50 |
| 07/26/2019 | LFC | CO | Review schedule of payments and e-mail memo to Walt Bowser regarding data analysis | 0.30 | 1025.00 | $307.50 |
| | | | | **0.60** | | **$615.00** |

### Executory Contracts [B185]

| 07/01/2019 | LFC | EC | Review executory contract assumption matters and related agreements (2.2) and confer with Brad Brook regarding same  (.2) | 2.40 | 1025.00 | $2,460.00 |
| 07/29/2019 | LFC | EC | Review executory contract assignment issues | 0.80 | 1025.00 | $820.00 |
| | | | | **3.20** | | **$3,280.00** |

### Litigation (Non-Bankruptcy)

| 07/09/2019 | LFC | LN | Revise and finalize stipulation regarding Metropolitan Lumber stay (.1) and e-mails regarding same  (.1) | 0.20 | 1025.00 | $205.00 |
| 07/09/2019 | JAM | LN | Review/revise Metropolitan Lumber stipulation (.3); e-mail to L. Cantor re same (.1). | 0.40 | 1025.00 | $410.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 122834

July 31, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/23/2019 | JAM | LN | Communications with A. Blaine, L. Cantor re stipulation (.2). | 0.20 | 1025.00 | $205.00 |
| 07/25/2019 | JAM | LN | Communications with A. Blaine re stipulation (Metropolitan Lumber). | 0.20 | 1025.00 | $205.00 |
| | | | | **1.00** | | **$1,025.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$10,147.50**

Pachulski Stang Ziehl & Jones LLP                               Page:      7
Gottlieb, David (Penthouse)                                     Invoice 122834
32277    - 00002                                                July 31, 2019

---

**Expenses**

| | | | |
|---|---|---|---|
| 07/03/2019 | CL | 32277.00001 CourtLink charges for 07-03-19 | 48.46 |
| 07/08/2019 | LN | 32277.00002 Lexis Charges for 07-08-19 | 0.46 |
| 07/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/10/2019 | PO | 32277.00002 :Postage Charges for 07-10-19 | 0.80 |
| 07/24/2019 | FE | Federal Express [E108] | 9.99 |
| 07/24/2019 | PO | 32277.00002 :Postage Charges for 07-24-19 | 4.00 |
| 07/24/2019 | RE | ( 16 @0.20 PER PG) | 3.20 |
| 07/24/2019 | RE | ( 80 @0.20 PER PG) | 16.00 |
| 07/24/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/24/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/31/2019 | PAC | Pacer - Court Research | 1.00 |
| **Total Expenses for this Matter** | | | **$87.51** |

---

**For current services rendered through:**    **07/01/2019 - 07/31/2019**

| | |
|---|---|
| **Total Fees** | **$10,147.50** |
| **Total Expenses** | **87.51** |
| **Total Due on Current Invoice** | **$10,235.01** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

August 31, 2019
Invoice    123552
Client     32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2019

| | |
|---|---|
| FEES | $3,922.50 |
| EXPENSES | $21.39 |
| **TOTAL CURRENT CHARGES** | **$3,943.89** |
| **TOTAL BALANCE DUE** | **$3,943.89** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      2
Invoice 123552
August 31, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1025.00 | 1.30 | $1,332.50 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 1.50 | $1,462.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 1.10 | $1,127.50 |
| | | | | 3.90 | $3,922.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 123552

August 31, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 1.50 | $1,537.50 |
| CA | Case Administration [B110] | 2.10 | $2,077.50 |
| EC | Executory Contracts [B185] | 0.30 | $307.50 |
|  |  | 3.90 | $3,922.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 123552

August 31, 2019

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Conference Call [E105] | $1.74 |
| Federal Express [E108] | $9.99 |
| Lexis/Nexis- Legal Research [E | $8.06 |
| Reproduction Expense [E101] | $1.60 |
| | $21.39 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5

Invoice 123552

August 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 08/01/2019 | LFC | BL | Review memorandum regarding NOA litigation matters | 0.20 | 1025.00 | $205.00 |
| 08/13/2019 | JAM | BL | Communications with A. Blaine re Metropolitan Lumber (.2); review/revise stiplation (.2); draft letter to Court re stipulation (.5). | 0.90 | 1025.00 | $922.50 |
| 08/15/2019 | JAM | BL | Communications with Court, A. Blaine re adjournment. | 0.40 | 1025.00 | $410.00 |
|  |  |  |  | **1.50** |  | **$1,537.50** |
| **Case Administration [B110]** |  |  |  |  |  |  |
| 08/20/2019 | JKH | CA | Office conferences and emails regarding 341(a) motion, hearing and review documents, telephone conference with Weiss regarding same. | 0.90 | 975.00 | $877.50 |
| 08/20/2019 | LFC | CA | Confer with Ira D Kharasch and Jim Hunter regarding motion to compel and attendance at 341(a) meeting | 0.50 | 1025.00 | $512.50 |
| 08/20/2019 | LFC | CA | Telephone conference with Michael Weiss regarding 341(a) meeting of creditors | 0.10 | 1025.00 | $102.50 |
| 08/21/2019 | JKH | CA | Review tentative ruling regarding motion to compel, telephone conference with Linda F. Cantor regarding same. | 0.20 | 975.00 | $195.00 |
| 08/28/2019 | JKH | CA | Emails from, to Linda F. Cantor, telephone conference with Weiss and emails Weiss, Gottlieb regarding 341(a). | 0.40 | 975.00 | $390.00 |
|  |  |  |  | **2.10** |  | **$2,077.50** |
| **Executory Contracts [B185]** |  |  |  |  |  |  |
| 08/05/2019 | LFC | EC | Confer with Brad Brook regarding NOA contract matters | 0.30 | 1025.00 | $307.50 |
|  |  |  |  | **0.30** |  | **$307.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                                         **$3,922.50**

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page:      6 |
| Gottlieb, David (Penthouse) | | | Invoice 123552 |
| 32277   - 00002 | | | August 31, 2019 |

---

### Expenses

| | | | |
|---|---|---|---|
| 06/05/2019 | CC | Conference Call [E105] AT&T Conference Call, LFC | 1.74 |
| 07/24/2019 | FE | 32277.00002 FedEx Charges for 07-24-19 | 9.99 |
| 08/13/2019 | RE | ( 8 @0.20 PER PG) | 1.60 |
| 08/22/2019 | LN | 32277.00002 Lexis Charges for 08-22-19 | 8.06 |
| **Total Expenses for this Matter** | | | **$21.39** |

---

**For current services rendered through:**    **08/01/2019 - 08/31/2019**

| | |
|---|---|
| **Total Fees** | **$3,922.50** |
| **Total Expenses** | **21.39** |
| **Total Due on Current Invoice** | **$3,943.89** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

September 30, 2019
Invoice    123565
Client     32277
Matter      00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2019

| | |
|---|---|
| FEES | $6,340.00 |
| EXPENSES | $8.11 |
| **TOTAL CURRENT CHARGES** | **$6,348.11** |
| **TOTAL BALANCE DUE** | **$6,348.11** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    2
Invoice 123565
September 30, 2019

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1025.00 | 0.30 | $307.50 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 0.30 | $292.50 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 5.60 | $5,740.00 |
| | | | | 6.20 | $6,340.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      3

Invoice 123565

September 30, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 4.30 | $4,407.50 |
| AD | Asset Disposition [B130] | 0.80 | $820.00 |
| BL | Bankruptcy Litigation [L430] | 0.30 | $307.50 |
| CO | Claims Admin/Objections[B310] | 0.50 | $512.50 |
| MC | Meeting of Creditors [B150] | 0.30 | $292.50 |
| | | 6.20 | $6,340.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:        4
Gottlieb, David (Penthouse)                                               Invoice 123565
32277    - 00002                                                          September 30, 2019

---

### **Summary of Expenses**

| Description | Amount |
|---|---|
| Conference Call [E105] | $5.91 |
| Reproduction/ Scan Copy | $2.20 |
| | $8.11 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     5

Invoice 123565

September 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 09/19/2019 | LFC | AA | Review files for meeting with Brad Brook | 1.10 | 1025.00 | $1,127.50 |
| 09/20/2019 | LFC | AA | Meeting with Bradley Brook regarding causes of action and estate assets | 1.50 | 1025.00 | $1,537.50 |
| 09/20/2019 | LFC | AA | Review and summarize estate claim issues | 1.30 | 1025.00 | $1,332.50 |
| 09/26/2019 | LFC | AA | Review materials and prepare for conference call with Walt Bowser and Brad Brook | 0.40 | 1025.00 | $410.00 |
| | | | | **4.30** | | **$4,407.50** |
| **Asset Disposition [B130]** | | | | | | |
| 09/20/2019 | LFC | AD | Review sale and assignment documents in response to tax advisors? inquiries | 0.50 | 1025.00 | $512.50 |
| 09/23/2019 | LFC | AD | Review and cross-check schedule of outstanding fees and charges for tax advisors | 0.30 | 1025.00 | $307.50 |
| | | | | **0.80** | | **$820.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 09/27/2019 | JAM | BL | Communications with Court, L. Cantor re Metropolitan Lumber case in New York State Supreme Court. | 0.30 | 1025.00 | $307.50 |
| | | | | **0.30** | | **$307.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 09/26/2019 | LFC | CO | Confer with Trustee regarding Kirkendoll (.1) and draft response to correspondence (.1) | 0.20 | 1025.00 | $205.00 |
| 09/26/2019 | LFC | CO | Review schedule of claims/ counterclaims | 0.30 | 1025.00 | $307.50 |
| | | | | **0.50** | | **$512.50** |
| **Meeting of Creditors [B150]** | | | | | | |
| 09/27/2019 | JKH | MC | Emails from, to Linda F. Cantor, Weiss regarding 341(a) hearing and review files regarding same. | 0.30 | 975.00 | $292.50 |
| | | | | **0.30** | | **$292.50** |
| **TOTAL SERVICES FOR THIS MATTER:** | | | | | | **$6,340.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 123565

September 30, 2019

---

### Expenses

| | | | |
|---|---|---|---:|
| 09/26/2019 | CC | Conference Call [E105] AT&T Conference Call, LFC | 5.91 |
| 09/26/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/26/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| **Total Expenses for this Matter** | | | **$8.11** |

---

**For current services rendered through:    09/01/2019 - 09/30/2019**

| | |
|---|---:|
| **Total Fees** | **$6,340.00** |
| **Total Expenses** | **8.11** |
| **Total Due on Current Invoice** | **$6,348.11** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| David Gottlieb | October 31, 2019 |
| 17000 Ventura Blvd. ste. 300 | Invoice    123566 |
| Los Angeles, CA  91403 | Client     32277 |
|  | Matter     00002 |
|  | **LFC** |

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   10/31/2019

| | |
|---|---|
| FEES | $24,900.00 |
| EXPENSES | $0.20 |
| **TOTAL CURRENT CHARGES** | **$24,900.20** |
| **TOTAL BALANCE DUE** | **$24,900.20** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    2

Invoice 123566

October 31, 2019

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JKH | Hunter, James K. T. | Counsel | 975.00 | 3.60 | $3,510.00 |
| LFC | Cantor, Linda F. | Partner | 1025.00 | 19.80 | $20,295.00 |
| RJG | Gruber, Richard J. | Counsel | 1095.00 | 1.00 | $1,095.00 |
| | | | | 24.40 | $24,900.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 123566

October 31, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 3.40 | $3,485.00 |
| AD | Asset Disposition [B130] | 12.00 | $12,370.00 |
| BL | Bankruptcy Litigation [L430] | 1.80 | $1,845.00 |
| CA | Case Administration [B110] | 1.50 | $1,537.50 |
| CO | Claims Admin/Objections[B310] | 1.40 | $1,435.00 |
| EC | Executory Contracts [B185] | 0.70 | $717.50 |
| MC | Meeting of Creditors [B150] | 3.60 | $3,510.00 |
|  |  | 24.40 | $24,900.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 123566

October 31, 2019

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.20 |
| | $0.20 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      5
Gottlieb, David (Penthouse)                                                Invoice 123566
32277    - 00002                                                           October 31, 2019

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 10/01/2019 | LFC | AA | Confer with Bradley Brook regarding Penthouse litigation matters | 0.70 | 1025.00 | $717.50 |
| 10/03/2019 | LFC | AA | Review 2004 exam order and discovery stipulations, documents produced and outstanding issues | 0.80 | 1025.00 | $820.00 |
| 10/03/2019 | LFC | AA | Prepare several e-mails to Bradley Brook regarding 2004 examination and next steps in litigation .6 | 0.60 | 1025.00 | $615.00 |
| 10/03/2019 | LFC | AA | Confer with Bradley Brook regarding Penthouse litigation matters | 0.70 | 1025.00 | $717.50 |
| 10/04/2019 | LFC | AA | Further e-mails and conferences with Bradley Brook regarding litigation with buyer | 0.60 | 1025.00 | $615.00 |
|  |  |  |  | **3.40** |  | **$3,485.00** |

### Asset Disposition [B130]

| 10/01/2019 | LFC | AD | Review contract assumption list re: Iron Mountain and e-mail memo regarding same | 0.20 | 1025.00 | $205.00 |
| 10/10/2019 | LFC | AD | Review proposed Power of Attorney and e-mails to and from Caroline Mankey and David Gottlieb regarding provision of POA | 0.60 | 1025.00 | $615.00 |
| 10/10/2019 | LFC | AD | Telephone conferences with new counsel for buyer regarding outstanding disputes regarding reconciliation of accounts receivable and related matters | 0.50 | 1025.00 | $512.50 |
| 10/10/2019 | LFC | AD | Draft e-mail correspondence to Trustee and Province regarding data needed to complete reconciliation of accounts receivable and resolve sale issues | 0.30 | 1025.00 | $307.50 |
| 10/10/2019 | LFC | AD | Analysis of sale provisions cited by buyer?s new counsel to establish ambiguity as to accounts receivable | 0.60 | 1025.00 | $615.00 |
| 10/10/2019 | LFC | AD | Telephone conference with Bradley Brook regarding Asset Purchase Agreement and accounts receivable dispute | 0.50 | 1025.00 | $512.50 |
| 10/10/2019 | LFC | AD | Review files and records regarding negotiations with purchaser concerning APA terms | 0.60 | 1025.00 | $615.00 |
| 10/10/2019 | LFC | AD | Outline pertinent provisions and e-mail Brad Brook documents and e-mail memos | 0.40 | 1025.00 | $410.00 |
| 10/10/2019 | LFC | AD | Draft response to buyer?s new counsel outlining estate?s position as to terms of APA and agreements with buyer | 0.80 | 1025.00 | $820.00 |
| 10/11/2019 | LFC | AD | Further review APA terms and review and revise | 0.70 | 1025.00 | $717.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     6

Gottlieb, David (Penthouse)

Invoice 123566

32277    - 00002

October 31, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | response to buyer?s new counsel regarding terms of APA and estate?s position as to contract terms | | | |
| 10/11/2019 | LFC | AD | Review Brad Brook comments and draft responsive e-mail regarding APA contractual provisions | 0.30 | 1025.00 | $307.50 |
| 10/12/2019 | LFC | AD | Review and respond to emails with IP counsel regarding sale of assets and power of attorney issues | 0.20 | 1025.00 | $205.00 |
| 10/14/2019 | LFC | AD | Review potential issues and draft proposed revised form of Power of Attorney | 0.50 | 1025.00 | $512.50 |
| 10/14/2019 | LFC | AD | Confer with Caroline Mankey regarding Power of Attorney | 0.20 | 1025.00 | $205.00 |
| 10/16/2019 | LFC | AD | Numerous e-mails and phone calls regarding terms of IP sale, form and scope of Power of Attorney | 1.10 | 1025.00 | $1,127.50 |
| 10/16/2019 | LFC | AD | Telephone conference with David Gottlieb regarding scope of Power of Attorney and sale issues | 0.20 | 1025.00 | $205.00 |
| 10/16/2019 | LFC | AD | Further revise form of power of attorney | 0.20 | 1025.00 | $205.00 |
| 10/16/2019 | LFC | AD | Telephone conferences with IP counsel regarding sale issues / power of attorney requests and potential issues | 0.60 | 1025.00 | $615.00 |
| 10/16/2019 | LFC | AD | Draft memo to IP counsel outlining sale issues | 0.30 | 1025.00 | $307.50 |
| 10/16/2019 | LFC | AD | Further e-mails regarding POA and potential for settlement of issues | 0.50 | 1025.00 | $512.50 |
| 10/22/2019 | LFC | AD | Confer with Rick Gruber regarding indemnity agreement in support of power of attorney for registration of trademarks | 0.30 | 1025.00 | $307.50 |
| 10/22/2019 | LFC | AD | Review e-mail from buyer's counsel regarding IP assignments and transfers upon renewal of trademarks and draft forms | 0.20 | 1025.00 | $205.00 |
| 10/22/2019 | RJG | AD | Prepare message to Linda F. Cantor with draft indemnity. | 0.40 | 1095.00 | $438.00 |
| 10/23/2019 | LFC | AD | Review and revise draft form of Indemnity Agreement for POA | 0.30 | 1025.00 | $307.50 |
| 10/23/2019 | LFC | AD | Several e-mail memos with Rick Gruber regarding Indemnity Agreement issues (.3) and further revise form of Indemnity Agreement (.4) | 0.70 | 1025.00 | $717.50 |
| 10/23/2019 | LFC | AD | Finalize form of Indemnity Agreement | 0.20 | 1025.00 | $205.00 |
| 10/23/2019 | RJG | AD | Work with Linda F. Cantor on Indemnity. | 0.30 | 1095.00 | $328.50 |
| 10/24/2019 | RJG | AD | More with Linda F. Cantor to finalize draft of Indemnity Agreement. | 0.30 | 1095.00 | $328.50 |
| | | | | **12.00** | | **$12,370.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/07/2019 | LFC | BL | Review draft correspondence to buyer?s counsel and legal analysis regarding litigation with buyer | 0.60 | 1025.00 | $615.00 |
| 10/07/2019 | LFC | BL | Analysis of issues and draft correspondence to Bradley Brook regarding same | 0.60 | 1025.00 | $615.00 |
| 10/14/2019 | LFC | BL | Prepare memo to buyer?s new counsel outlining 2004 outstanding items and discovery issues | 0.30 | 1025.00 | $307.50 |
| 10/25/2019 | LFC | BL | Review outline of matters to be addressed for meeting with Brad Brook | 0.30 | 1025.00 | $307.50 |
| | | | | **1.80** | | **$1,845.00** |
| **Case Administration [B110]** | | | | | | |
| 10/03/2019 | LFC | CA | Review notes and outstanding issues on motion to compel and 341(a) meeting of creditors | 0.30 | 1025.00 | $307.50 |
| 10/03/2019 | LFC | CA | Review and respond to email memos with Bradley Brook regarding 341(a) questions in connection with proposed litigation (.3), prepare outline of questions for 341(a) meeting (.3) and confer with James Hunter regarding same  (.1)(.1) | 0.80 | 1025.00 | $820.00 |
| 10/24/2019 | LFC | CA | Confer with Rick Gruber and revise Indemnity Agreement | 0.40 | 1025.00 | $410.00 |
| | | | | **1.50** | | **$1,537.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 10/18/2019 | LFC | CO | Review back-up from buyer?s counsel of chapter 11 administrative claims paid and review debtor?s records of claims | 0.60 | 1025.00 | $615.00 |
| 10/18/2019 | LFC | CO | Draft E-mail memo to Walt Bowser regarding unpaid chapter 11 administrative claims | 0.20 | 1025.00 | $205.00 |
| 10/21/2019 | LFC | CO | Review and respond to e-mail memos with Brad Brook regarding buyer?s payment of chapter 11 administrative claims | 0.30 | 1025.00 | $307.50 |
| 10/21/2019 | LFC | CO | Review Province analysis of data regarding chapter 11 administrative claims paid by buyer and review executory contract cure schedule | 0.30 | 1025.00 | $307.50 |
| | | | | **1.40** | | **$1,435.00** |
| **Executory Contracts [B185]** | | | | | | |
| 10/24/2019 | LFC | EC | Review contract assumption schedule and cure | 0.40 | 1025.00 | $410.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     8

Invoice 123566

October 31, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | amounts and compare with amounts paid by buyer for which reimbursement is sought | | | |
| 10/24/2019 | LFC | EC | Draft e-mail memo to Walt Bowser outlining issues as to cure amounts and claims | 0.30 | 1025.00 | $307.50 |
| | | | | 0.70 | | $717.50 |

## Meeting of Creditors [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/03/2019 | JKH | MC | Emails from, to, office conference with Linda F. Cantor regarding preparation for 341(a) hearing. | 0.90 | 975.00 | $877.50 |
| 10/04/2019 | JKH | MC | Travel to, from and attend 341(a) meeting, email Linda F. Cantor regarding same. | 2.70 | 975.00 | $2,632.50 |
| | | | | 3.60 | | $3,510.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                    **$24,900.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     9

Invoice 123566

October 31, 2019

---

**Expenses**

| | | | |
|---|---|---|---|
| 10/31/2019 | PAC | Pacer - Court Research | 0.20 |
| **Total Expenses for this Matter** | | | **$0.20** |

---

**For current services rendered through:    10/01/2019 - 10/31/2019**

| | |
|---|---|
| **Total Fees** | **$24,900.00** |
| **Total Expenses** | **0.20** |
| **Total Due on Current Invoice** | **$24,900.20** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

| | |
|---|---|
| | November 30, 2019 |
| | Invoice    129632 |
| | Client    32277 |
| | Matter    00002 |
| | **LFC** |

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2019

| | |
|---|---|
| FEES | $15,990.00 |
| **TOTAL CURRENT CHARGES** | **$15,990.00** |
| **TOTAL BALANCE DUE** | **$15,990.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129632

November 30, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1025.00 | 15.60 | $15,990.00 |
| | | | | 15.60 | $15,990.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        3

Invoice 129632

November 30, 2019

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 3.20 | $3,280.00 |
| AD | Asset Disposition [B130] | 2.10 | $2,152.50 |
| BL | Bankruptcy Litigation [L430] | 0.50 | $512.50 |
| CA | Case Administration [B110] | 2.10 | $2,152.50 |
| CO | Claims Admin/Objections[B310] | 6.90 | $7,072.50 |
| EC | Executory Contracts [B185] | 0.80 | $820.00 |
| | | 15.60 | $15,990.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

Gottlieb, David (Penthouse)

Invoice 129632

32277    - 00002

November 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 11/11/2019 | LFC | AA | Address outstanding 2004 discovery issues | 0.30 | 1025.00 | $307.50 |
| 11/12/2019 | LFC | AA | Telephone conference with David Stevenson regarding document production | 0.40 | 1025.00 | $410.00 |
| 11/12/2019 | LFC | AA | Confer with Province and buyer's counsel regarding document production | 0.40 | 1025.00 | $410.00 |
| 11/12/2019 | LFC | AA | Confer with Brad Brook regarding litigation and claims matters | 0.30 | 1025.00 | $307.50 |
| 11/13/2019 | LFC | AA | Further review case records regarding litigation matters | 0.60 | 1025.00 | $615.00 |
| 11/22/2019 | LFC | AA | Review recoupment issues, memorandum regarding same and legal arguments | 1.20 | 1025.00 | $1,230.00 |
|  |  |  |  | **3.20** |  | **$3,280.00** |
| **Asset Disposition [B130]** | | | | | | |
| 11/06/2019 | LFC | AD | Review POA and related document issues for trademark assignment matters and confer with IP counsel regarding same | 0.60 | 1025.00 | $615.00 |
| 11/08/2019 | LFC | AD | Review revised aging report re: "Wrong Hands" allocation in purchase and sale agreement  (.2)  and e-mail memo regarding same (.1) | 0.30 | 1025.00 | $307.50 |
| 11/19/2019 | LFC | AD | Review and analysis regarding priority of claims in connection with asset sale | 1.20 | 1025.00 | $1,230.00 |
|  |  |  |  | **2.10** |  | **$2,152.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/08/2019 | LFC | BL | Telephone conference with Jennifer Nassiri regarding document production, outstanding issues, settlement with buyer | 0.50 | 1025.00 | $512.50 |
|  |  |  |  | **0.50** |  | **$512.50** |
| **Case Administration [B110]** | | | | | | |
| 11/13/2019 | LFC | CA | Review and comment regarding draft pleadings and confer with Brad Brook regarding case issues | 1.50 | 1025.00 | $1,537.50 |
| 11/19/2019 | LFC | CA | Analysis re: Claim distribution schedule and administrative priority matters | 0.60 | 1025.00 | $615.00 |
|  |  |  |  | **2.10** |  | **$2,152.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129632

November 30, 2019

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| 11/01/2019 | LFC | CO | Review Aflac invoices and confer with Jennifer Nasseri regarding same | 0.10 | 1025.00 | $102.50 |
| 11/07/2019 | LFC | CO | Work on litigation claims and claim distribution analysis | 0.60 | 1025.00 | $615.00 |
| 11/18/2019 | LFC | CO | Telephone conference with Brad Brook regarding objection and discovery matters | 0.50 | 1025.00 | $512.50 |
| 11/18/2019 | LFC | CO | Review draft with objection and  legal authorities | 0.80 | 1025.00 | $820.00 |
| 11/20/2019 | LFC | CO | Work on claim distribution analysis | 0.70 | 1025.00 | $717.50 |
| 11/22/2019 | LFC | CO | Review and analysis of payments and revise draft objection | 2.40 | 1025.00 | $2,460.00 |
| 11/22/2019 | LFC | CO | Review revised recovery analysis and projections | 1.80 | 1025.00 | $1,845.00 |
|  |  |  |  | **6.90** |  | **$7,072.50** |

### Executory Contracts [B185]

| 11/18/2019 | LFC | EC | Review and analysis regarding contract cure matters | 0.80 | 1025.00 | $820.00 |
|  |  |  |  | **0.80** |  | **$820.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$15,990.00**

**For current services rendered through:    11/01/2019 - 11/30/2019**

**Total Fees**                                                                              **$15,990.00**

**Total Due on Current Invoice**                                                            **$15,990.00**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

December 31, 2019
Invoice    129633
Client      32277
Matter      00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2019

| | |
|---|---|
| FEES | $5,022.50 |
| EXPENSES | $3.20 |
| **TOTAL CURRENT CHARGES** | **$5,025.70** |
| **TOTAL BALANCE DUE** | **$5,025.70** |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:      2
Invoice 129633
December 31, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1025.00 | 4.90 | $5,022.50 |
| | | | | 4.90 | $5,022.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:       3
Invoice 129633
December 31, 2019

## <u>Summary of Services by Task Code</u>

| <u>Task Code</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.50 | $512.50 |
| AD | Asset Disposition [B130] | 1.10 | $1,127.50 |
| CA | Case Administration [B110] | 2.60 | $2,665.00 |
| CO | Claims Admin/Objections[B310] | 0.70 | $717.50 |
| | | 4.90 | $5,022.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        4

Invoice 129633

December 31, 2019

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
| --- | --- |
| Pacer - Court Research | $3.20 |
| | $3.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129633

December 31, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 12/10/2019 | LFC | AA | Call with Brad Brook regarding transfers and potential causes of action | 0.50 | 1025.00 | $512.50 |
| | | | | **0.50** | | **$512.50** |
| **Asset Disposition [B130]** | | | | | | |
| 12/02/2019 | LFC | AD | Review files and issues raised by buyer on IP transfers | 0.70 | 1025.00 | $717.50 |
| 12/09/2019 | LFC | AD | Review revised POA and e-mail memos to buyer's counsel and trustee regarding same | 0.40 | 1025.00 | $410.00 |
| | | | | **1.10** | | **$1,127.50** |
| **Case Administration [B110]** | | | | | | |
| 12/04/2019 | LFC | CA | Review and research draft distribution analysis | 0.60 | 1025.00 | $615.00 |
| 12/04/2019 | LFC | CA | Review draft NOA objection and confer with Brad Brook regarding same | 0.60 | 1025.00 | $615.00 |
| 12/06/2019 | LFC | CA | Call with Bradley Brook regarding case administration matters | 0.40 | 1025.00 | $410.00 |
| 12/16/2019 | LFC | CA | Review issues and confer with tax advisors concerning case distributions | 0.30 | 1025.00 | $307.50 |
| 12/16/2019 | LFC | CA | Confer with Brad Brook regarding case proceedings and operations | 0.50 | 1025.00 | $512.50 |
| 12/19/2019 | LFC | CA | Telephone conference with Rollin' Dice productions regarding case administration status | 0.20 | 1025.00 | $205.00 |
| | | | | **2.60** | | **$2,665.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 12/03/2019 | LFC | CO | Review license rejection issues (.4) and telephone conference with Jennifer Nassiri regarding sale reconciliation matters (.3) | 0.70 | 1025.00 | $717.50 |
| | | | | **0.70** | | **$717.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                $5,022.50

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      6

Invoice 129633

December 31, 2019

---

## Expenses

| | | | |
|---|---|---|---:|
| 12/31/2019 | PAC | Pacer - Court Research | 3.20 |
| | **Total Expenses for this Matter** | | **$3.20** |

---

**For current services rendered through:    12/01/2019 - 12/31/2019**

| | |
|---|---:|
| **Total Fees** | **$5,022.50** |
| **Total Expenses** | **3.20** |
| **Total Due on Current Invoice** | **$5,025.70** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

January 31, 2020
Invoice    129634
Client      32277
Matter      00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2020

| | |
|---|---:|
| FEES | $23,537.50 |
| EXPENSES | $29.56 |
| **TOTAL CURRENT CHARGES** | **$23,567.06** |
| **TOTAL BALANCE DUE** | **$23,567.06** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129634

January 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| HDH | Hochman, Harry D. | Counsel | 950.00 | 0.20 | $190.00 |
| LFC | Cantor, Linda F. | Partner | 1075.00 | 21.30 | $22,897.50 |
| RJG | Gruber, Richard J. | Counsel | 1125.00 | 0.40 | $450.00 |
| | | | | 21.90 | $23,537.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     3

Invoice 129634

January 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 7.60 | $8,170.00 |
| AD | Asset Disposition [B130] | 6.10 | $6,577.50 |
| BL | Bankruptcy Litigation [L430] | 4.10 | $4,407.50 |
| CA | Case Administration [B110] | 1.20 | $1,290.00 |
| CO | Claims Admin/Objections[B310] | 1.60 | $1,695.00 |
| EC | Executory Contracts [B185] | 1.30 | $1,397.50 |
| | | 21.90 | $23,537.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129634

January 31, 2020

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Conference Call [E105] | $7.21 |
| Legal Vision Atty Mess Service | $17.25 |
| Pacer - Court Research | $3.70 |
| Reproduction/ Scan Copy | $1.40 |
| | $29.56 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277  - 00002

Page:    5

Invoice 129634

January 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 01/06/2020 | LFC | AA | Conference with Brad Brook and Walt Bowser regarding Creel payments and distributions | 0.50 | 1075.00 | $537.50 |
| 01/06/2020 | LFC | AA | Review payment schedules and invoices | 0.40 | 1075.00 | $430.00 |
| 01/09/2020 | LFC | AA | E-mail memos and TCs with Brad Brook regarding litigation claims | 0.50 | 1075.00 | $537.50 |
| 01/16/2020 | LFC | AA | Review Dream Media settlement and research Vice Coin valuation and coin offering materials | 0.90 | 1075.00 | $967.50 |
| 01/16/2020 | LFC | AA | Telephone conference with Dream Media counsel re: Vice Coin litigation (.1)  and draft e-mail memos regarding same (.5) | 0.60 | 1075.00 | $645.00 |
| 01/16/2020 | LFC | AA | Research and analysis of Buyer claims and settlement issues | 1.20 | 1075.00 | $1,290.00 |
| 01/16/2020 | LFC | AA | Draft e-mail memos and settlement proposal to Buyer for resolution of outstanding issues | 0.90 | 1075.00 | $967.50 |
| 01/16/2020 | LFC | AA | Numerous e-mails and conference call with special counsel and the Trustee regarding Vice Coin litigation | 0.50 | 1075.00 | $537.50 |
| 01/19/2020 | LFC | AA | E-mail memos with Dream Media counsel and Trustee regarding Vice Coin Receivable litigation | 0.20 | 1075.00 | $215.00 |
| 01/20/2020 | LFC | AA | Review Vice Coin documents and review assignment matters | 0.40 | 1075.00 | $430.00 |
| 01/20/2020 | LFC | AA | E-mail memos and call with special counsel regarding Vice Coin Receivable | 0.30 | 1075.00 | $322.50 |
| 01/21/2020 | LFC | AA | Review questions and history of Vice Coin transaction | 0.50 | 1075.00 | $537.50 |
| 01/22/2020 | LFC | AA | Review Vice Coin matters (.5) and conference with Bradley Brook regarding same (.2) | 0.70 | 1075.00 | $752.50 |
| | | | | **7.60** | | **$8,170.00** |
| **Asset Disposition [B130]** | | | | | | |
| 01/08/2020 | LFC | AD | Research and analysis regarding subrogation and surety claims in connection with Buyer offset claims and enforcement of APA | 1.70 | 1075.00 | $1,827.50 |
| 01/09/2020 | LFC | AD | Telephone conference with Jennifer Nassiri regarding pending matters with Buyer under APA and license rejection issues | 0.60 | 1075.00 | $645.00 |
| 01/09/2020 | LFC | AD | Draft memo to Trustee and Province outlining pending matters with Buyer and next steps | 0.60 | 1075.00 | $645.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      6
Gottlieb, David (Penthouse)                                         Invoice 129634
32277    - 00002                                                     January 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | recommendation | | | |
| 01/09/2020 | LFC | AD | E-mail correspondence with buyer's counsel regarding settlement issues | 0.30 | 1075.00 | $322.50 |
| 01/21/2020 | LFC | AD | Review draft Bill of Sale for NAFT (.1) and research ownership documents and records (.8) | 0.90 | 1075.00 | $967.50 |
| 01/21/2020 | LFC | AD | Revise form of Bill of Sale  (.2) and draft e-mail memoranda regarding same | 0.20 | 1075.00 | $215.00 |
| 01/21/2020 | LFC | AD | Correspondence with RJG regarding form of transfer documents | 0.20 | 1075.00 | $215.00 |
| 01/21/2020 | RJG | AD | Exchange messages with Linda F. Cantor regarding additional transfer of shares. | 0.20 | 1125.00 | $225.00 |
| 01/24/2020 | LFC | AD | Review proposed POA for execution by Trustee and e-mail memos regarding same | 0.30 | 1075.00 | $322.50 |
| 01/28/2020 | LFC | AD | Review NAFT Media corporate documents and proposed form of deed for transfer of stock to buyer | 0.50 | 1075.00 | $537.50 |
| 01/28/2020 | LFC | AD | Review and revise form of deed and email correspondence to RGJ regarding same | 0.40 | 1075.00 | $430.00 |
| 01/29/2020 | RJG | AD | Exchange messages with Linda F. Cantor regarding transfer of NAFT shares. | 0.20 | 1125.00 | $225.00 |
| | | | | **6.10** | | **$6,577.50** |

## Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2020 | LFC | BL | Telephone conference with David Gottlieb regarding Creel claim distribution and settlement issues | 0.20 | 1075.00 | $215.00 |
| 01/02/2020 | LFC | BL | Telephone conference with Robert Hirsh regarding Creel claim litigation | 0.10 | 1075.00 | $107.50 |
| 01/02/2020 | LFC | BL | Draft e-mail memo outlining claim and recovery issues | 0.30 | 1075.00 | $322.50 |
| 01/03/2020 | LFC | BL | Conferences regarding litigation claims and review files and draft pleadings | 0.60 | 1075.00 | $645.00 |
| 01/08/2020 | LFC | BL | Follow-up call regarding litigation claims | 0.30 | 1075.00 | $322.50 |
| 01/10/2020 | LFC | BL | Review draft pleadings and analysis of litigation issues | 0.50 | 1075.00 | $537.50 |
| 01/10/2020 | LFC | BL | Review and comment on draft complaints | 0.40 | 1075.00 | $430.00 |
| 01/15/2020 | LFC | BL | Review payment schedule and prepare payment summary and outline settlement proposal | 1.30 | 1075.00 | $1,397.50 |
| 01/30/2020 | LFC | BL | Review legal theories on 503(b)(9) claim limitations | 0.40 | 1075.00 | $430.00 |
| | | | | **4.10** | | **$4,407.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    7

Invoice 129634

January 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 01/05/2020 | LFC | CA | Research and review cases regarding case distribution priorities | 0.60 | 1075.00 | $645.00 |
| 01/30/2020 | LFC | CA | Analysis regarding case distributions and Creel settlement proposals | 0.60 | 1075.00 | $645.00 |
| | | | | 1.20 | | **$1,290.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 01/02/2020 | LFC | CO | Review clams status | 0.20 | 1075.00 | $215.00 |
| 01/02/2020 | LFC | CO | Confer with Brad Brook regarding case distributions | 0.30 | 1075.00 | $322.50 |
| 01/15/2020 | HDH | CO | Conference with Linda F. Cantor regarding sale/executory contract claim issues | 0.20 | 950.00 | $190.00 |
| 01/31/2020 | LFC | CO | Calls and email memos with Trustee and special counsel regarding Creel claim matters | 0.90 | 1075.00 | $967.50 |
| | | | | 1.60 | | **$1,695.00** |
| **Executory Contracts [B185]** | | | | | | |
| 01/08/2020 | LFC | EC | Review Trademark agreement to be rejected by Trustee and post-rejection rights and remedies | 0.50 | 1075.00 | $537.50 |
| 01/14/2020 | LFC | EC | Draft SKWS license termination letter | 0.50 | 1075.00 | $537.50 |
| 01/19/2020 | LFC | EC | E-mail correspondence regarding termination of trademark license | 0.30 | 1075.00 | $322.50 |
| | | | | 1.30 | | **$1,397.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$23,537.50**

Pachulski Stang Ziehl & Jones LLP                          Page:      8
Gottlieb, David (Penthouse)                                Invoice 129634
32277    - 00002                                           January 31, 2020

---

## <u>Expenses</u>

| | | | |
|---|---|---|---|
| 01/06/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 4.60 |
| 01/08/2020 | CC | Conference Call [E105] AT&T Conference Call, LFC | 2.61 |
| 01/13/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/15/2020 | LV | Legal Vision Atty/Mess. Service- Inv. 07415 Sagar Parikh Delivery J. Washington | 17.25 |
| 01/31/2020 | PAC | Pacer - Court Research | 3.70 |
| | **Total Expenses for this Matter** | | **$29.56** |

---

**For current services rendered through:     01/01/2020 - 01/31/2020**

**Total Fees**                                          **$23,537.50**

**Total Expenses**                                             **29.56**

**Total Due on Current Invoice**                        **$23,567.06**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

February 29, 2020
Invoice    129635
Client     32277
Matter      00002
         **LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/29/2020

| | |
|---|---:|
| FEES | $3,910.00 |
| EXPENSES | $173.40 |
| **TOTAL CURRENT CHARGES** | **$4,083.40** |
| **TOTAL BALANCE DUE** | **$4,083.40** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129635

February 29, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 0.60 | $255.00 |
| LFC | Cantor, Linda F. | Partner | 1075.00 | 3.40 | $3,655.00 |
| | | | | 4.00 | $3,910.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129635

February 29, 2020

---

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 2.50 | $2,687.50 |
| BL | Bankruptcy Litigation [L430] | 0.40 | $430.00 |
| CA | Case Administration [B110] | 0.90 | $577.50 |
| CO | Claims Admin/Objections[B310] | 0.20 | $215.00 |
| | | 4.00 | $3,910.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      4
Gottlieb, David (Penthouse)                                         Invoice 129635
32277    - 00002                                                    February 29, 2020

---

### **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $25.61 |
| Lexis/Nexis- Legal Research [E | $147.79 |
| | $173.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      5

Invoice 129635

February 29, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 02/11/2020 | LFC | AD | Review further POA for execution by Trustee and research ownership transfer issues | 0.60 | 1075.00 | $645.00 |
| 02/12/2020 | LFC | AD | Review data underlying Wrong Hands analysis and e-mails with buyers' counsel regarding same | 0.30 | 1075.00 | $322.50 |
| 02/13/2020 | LFC | AD | Review proposed form of Consent and POA for filing trademarks in the Ukraine (.2) and confer with IP counsel regarding documents and alternatiives (.3) | 0.50 | 1075.00 | $537.50 |
| 02/20/2020 | LFC | AD | Review and consider trademark transfer issues | 0.60 | 1075.00 | $645.00 |
| 02/27/2020 | LFC | AD | Confer with IP counsel regarding trademark documents proposed for execution by Trustee and alternatives | 0.50 | 1075.00 | $537.50 |
| | | | | **2.50** | | **$2,687.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 02/13/2020 | LFC | BL | Review correspondence regarding settlement matters and litigation claims | 0.40 | 1075.00 | $430.00 |
| | | | | **0.40** | | **$430.00** |
| **Case Administration [B110]** | | | | | | |
| 02/13/2020 | LFC | CA | Review cash distribution analysis and e-mail memos regarding same | 0.30 | 1075.00 | $322.50 |
| 02/20/2020 | BDD | CA | Research Sec'y of State information and emails L. Cantor re same | 0.60 | 425.00 | $255.00 |
| | | | | **0.90** | | **$577.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 02/14/2020 | LFC | CO | Telephone conference with Brad Brook regarding pending litigation matters vis-à-vis case distribution projections | 0.20 | 1075.00 | $215.00 |
| | | | | **0.20** | | **$215.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                           **$3,910.00**

Pachulski Stang Ziehl & Jones LLP                               Page:       6
Gottlieb, David (Penthouse)                                     Invoice 129635
32277    - 00002                                               February 29, 2020

---

### Expenses

| | | | |
|---|---|---|---|
| 02/20/2020 | LN | 32277.00002 Lexis Charges for 02-20-20 | 147.79 |
| 02/24/2020 | FE | 32277.00002 FedEx Charges for 02-24-20 | 15.43 |
| 02/24/2020 | FE | 32277.00002 FedEx Charges for 02-24-20 | 10.18 |
| **Total Expenses for this Matter** | | | **$173.40** |

---

**For current services rendered through:    02/01/2020 - 02/29/2020**

**Total Fees**                                                 **$3,910.00**

**Total Expenses**                                                 **173.40**

**Total Due on Current Invoice**                               **$4,083.40**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | March 31, 2020 |
| | Invoice    129751 |
| | Client      32277 |
| | Matter      00002 |
| | **LFC** |

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2020

| | |
|---|---|
| FEES | $9,635.00 |
| EXPENSES | $0.40 |
| **TOTAL CURRENT CHARGES** | **$9,635.40** |
| **TOTAL BALANCE DUE** | **$9,635.40** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129751

March 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A. W. | Partner | 1025.00 | 0.80 | $820.00 |
| LFC | Cantor, Linda F. | Partner | 1075.00 | 8.20 | $8,815.00 |
| | | | | 9.00 | $9,635.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129751

March 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.80 | $1,935.00 |
| AD | Asset Disposition [B130] | 4.00 | $4,300.00 |
| BL | Bankruptcy Litigation [L430] | 1.20 | $1,290.00 |
| CO | Claims Admin/Objections[B310] | 1.20 | $1,290.00 |
| IC | Insurance Coverage | 0.80 | $820.00 |
| | | 9.00 | $9,635.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 129751

March 31, 2020

---

### **Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.40 |
| | $0.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    5

Invoice 129751

March 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 03/02/2020 | LFC | AA | Review discovery production data | 1.80 | 1075.00 | $1,935.00 |
| | | | | 1.80 | | $1,935.00 |
| **Asset Disposition [B130]** | | | | | | |
| 03/05/2020 | LFC | AD | Draft revised form of documents and draft e-mail memo to buyer's counsel regarding trademark assignment issues. | 0.90 | 1075.00 | $967.50 |
| 03/05/2020 | LFC | AD | Review trademark transfer issues and confer with IP counsel regarding same | 0.80 | 1075.00 | $860.00 |
| 03/06/2020 | LFC | AD | Review outstanding issues and e-mail memos regarding settlement matters with buyer | 0.50 | 1075.00 | $537.50 |
| 03/06/2020 | LFC | AD | Confer with Brad Brook regarding settlement issues with buyer | 0.30 | 1075.00 | $322.50 |
| 03/06/2020 | LFC | AD | Telephone conference with Trustee regarding buyer settlement and outstanding transfer issues | 0.20 | 1075.00 | $215.00 |
| 03/06/2020 | LFC | AD | Confer with buyer's counsel regarding transfer and settlement issues | 0.40 | 1075.00 | $430.00 |
| 03/06/2020 | LFC | AD | Telephone conference with IP counsel regarding renewed representation and IP transfer issues | 0.30 | 1075.00 | $322.50 |
| 03/09/2020 | LFC | AD | Review buyer proposed letter of consent / trademark transfer document matters and issues raised for estates | 0.60 | 1075.00 | $645.00 |
| | | | | 4.00 | | $4,300.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 03/03/2020 | LFC | BL | Review e-mails and claim data from buyer and confer with trustee regarding settlement issues | 0.40 | 1075.00 | $430.00 |
| 03/09/2020 | LFC | BL | Confer with Brad Brook regarding Creel settlement documents | 0.20 | 1075.00 | $215.00 |
| 03/13/2020 | LFC | BL | Review and comment on draft settlement agreement with Creel | 0.40 | 1075.00 | $430.00 |
| 03/15/2020 | LFC | BL | Confer with Brad Brook regarding Creel settlement documents | 0.20 | 1075.00 | $215.00 |
| | | | | 1.20 | | $1,290.00 |
| **Claims Admin/Objections[B310]** | | | | | | |
| 03/03/2020 | LFC | CO | Review Creel settlement issues (.5) and confer with | 0.70 | 1075.00 | $752.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:      6
Invoice 129751
March 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Brad Brook regarding same  (.2) | | | |
| 03/03/2020 | LFC | CO | Review distribution analysis vis-à-vis potential Creel settlement and confer with Brook and Bowser regarding same | 0.50 | 1075.00 | $537.50 |
| | | | | **1.20** | | **$1,290.00** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/15/2020 | IAWN | IC | Review Creel settlement and release provisions, exchange emails with telephone conferencelLinda F Cantor re same | 0.80 | 1025.00 | $820.00 |
| | | | | **0.80** | | **$820.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$9,635.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                         Invoice 129751
32277    - 00002                                                    March 31, 2020

---

**Expenses**

03/31/2020    PAC        Pacer - Court Research                          0.40
    **Total Expenses for this Matter**                                  **$0.40**

---

**For current services rendered through:    03/01/2020 - 03/31/2020**

**Total Fees**                                                    **$9,635.00**

**Total Expenses**                                                      **0.40**

**Total Due on Current Invoice**                                  **$9,635.40**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

April 30, 2020
Invoice    129637
Client      32277
Matter      00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2020

| | |
|---|---|
| FEES | $3,225.00 |
| **TOTAL CURRENT CHARGES** | **$3,225.00** |
| **TOTAL BALANCE DUE** | **$3,225.00** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
Gottlieb, David (Penthouse)                                         Invoice 129637
32277    - 00002                                                    April 30, 2020

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 3.00 | $3,225.00 |
| | | | | 3.00 | $3,225.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     3

Invoice 129637

April 30, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 0.30 | $322.50 |
| CO | Claims Admin/Objections[B310] | 2.70 | $2,902.50 |
| | | 3.00 | $3,225.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    4

Invoice 129637

April 30, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 04/13/2020 | LFC | BL | TC with OUST counsel regarding case status and settlement matters | 0.30 | 1075.00 | $322.50 |
| | | | | **0.30** | | **$322.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 04/09/2020 | LFC | CO | Telephone conference with Jennifer Nassiri regarding potential settlement and buyer's calculation of wrong pocket analysis | 0.20 | 1075.00 | $215.00 |
| 04/09/2020 | LFC | CO | Review documents and schedules re: case distributions (.2) and settlement proposal | 0.30 | 1075.00 | $322.50 |
| 04/09/2020 | LFC | CO | Review firm invoices regarding IP fees attendant to post-sale trademark assignment matters | 0.30 | 1075.00 | $322.50 |
| 04/09/2020 | LFC | CO | Review competing interest and issues and draft e-mail memo outlining settlement proposal and issues for consideration | 0.70 | 1075.00 | $752.50 |
| 04/13/2020 | LFC | CO | Review settlement offset analysis  and Humboldt Bank files based on Province response to buyer's setoff claims | 0.70 | 1075.00 | $752.50 |
| 04/13/2020 | LFC | CO | Draft response to settlement offer | 0.30 | 1075.00 | $322.50 |
| 04/17/2020 | LFC | CO | Revise and send response to buyer's settlement offer | 0.20 | 1075.00 | $215.00 |
| | | | | **2.70** | | **$2,902.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$3,225.00**

**For current services rendered through:**    **04/01/2020 - 04/30/2020**

**Total Fees**                                                                                             **$3,225.00**

**Total Due on Current Invoice**                                                            **$3,225.00**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

June 30, 2020
Invoice    129639
Client     32277
Matter    00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2020

| | |
|---|---:|
| FEES | $2,042.50 |
| EXPENSES | $2.00 |
| **TOTAL CURRENT CHARGES** | **$2,044.50** |
| **TOTAL BALANCE DUE** | **$2,044.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2
Invoice 129639
June 30, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 1.90 | $2,042.50 |
| | | | | 1.90 | $2,042.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129639

June 30, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.50 | $537.50 |
| BL | Bankruptcy Litigation [L430] | 1.10 | $1,182.50 |
| CO | Claims Admin/Objections[B310] | 0.30 | $322.50 |
| | | 1.90 | $2,042.50 |

Pachulski Stang Ziehl & Jones LLP                              Page:       4
Gottlieb, David (Penthouse)                                   Invoice 129639
32277    - 00002                                              June 30, 2020

---

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $2.00 |
| | $2.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129639

June 30, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** |  |  |  |  |  |  |
| 06/26/2020 | LFC | AD | Review draft trademark assignment and confer with IP counsel regarding same (.3) and provide comments and revisions to assignment form  (.2) | 0.50 | 1075.00 | $537.50 |
|  |  |  |  | **0.50** |  | **$537.50** |
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 06/03/2020 | LFC | BL | Review case filing of LSC Communications (.2) and confer with Brad Brook regarding authority for settlement (.1)(.1) | 0.40 | 1075.00 | $430.00 |
| 06/16/2020 | LFC | BL | Review files and emails regarding wrong-hands analysis and settlement issues and email with buyer's counsel regarding same | 0.50 | 1075.00 | $537.50 |
| 06/29/2020 | LFC | BL | Penthouse Review underlying pleadings and status report on Campbell and LSC litigation matters | 0.20 | 1075.00 | $215.00 |
|  |  |  |  | **1.10** |  | **$1,182.50** |
| **Claims Admin/Objections[B310]** |  |  |  |  |  |  |
| 06/25/2020 | LFC | CO | Review calculations and status of negotiations with buyer on wrong-pocket analysis | 0.30 | 1075.00 | $322.50 |
|  |  |  |  | **0.30** |  | **$322.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                   **$2,042.50**

Pachulski Stang Ziehl & Jones LLP                                      Page:      6
Gottlieb, David (Penthouse)                                           Invoice 129639
32277    - 00002                                                      June 30, 2020

---

**Expenses**

06/30/2020    PAC        Pacer - Court Research                                    2.00
    **Total Expenses for this Matter**                                           **$2.00**

---

**For current services rendered through:    06/01/2020 - 06/30/2020**

**Total Fees**                                                              **$2,042.50**

**Total Expenses**                                                              **2.00**

**Total Due on Current Invoice**                                            **$2,044.50**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | July 31, 2020 |
| David Gottlieb | Invoice   129640 |
| 17000 Ventura Blvd. ste. 300 | Client     32277 |
| Los Angeles, CA  91403 | Matter     00002 |
| | **LFC** |

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  07/31/2020

| | |
|---|---|
| FEES | $8,062.50 |
| EXPENSES | $2.00 |
| **TOTAL CURRENT CHARGES** | **$8,064.50** |
| **TOTAL BALANCE DUE** | **$8,064.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 129640

July 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 7.50 | $8,062.50 |
|    |      |       |      | 7.50 | $8,062.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129640

July 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 0.40 | $430.00 |
| BL | Bankruptcy Litigation [L430] | 0.60 | $645.00 |
| CA | Case Administration [B110] | 5.30 | $5,697.50 |
| CO | Claims Admin/Objections[B310] | 1.20 | $1,290.00 |
| | | 7.50 | $8,062.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      4
Gottlieb, David (Penthouse)                                          Invoice 129640
32277    - 00002                                                     July 31, 2020

---

## **Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Conference Call [E105] | $2.00 |
| | $2.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129640

July 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** |  |  |  |  |  |  |
| 07/03/2020 | LFC | AD | Review revised assignment document and e-mail memos regarding same | 0.20 | 1075.00 | $215.00 |
| 07/30/2020 | LFC | AD | E-mail memos regarding settlement and review transfer documents | 0.20 | 1075.00 | $215.00 |
|  |  |  |  | **0.40** |  | **$430.00** |
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 07/22/2020 | LFC | BL | E-mail memos regarding settlement, review files and proposals and summarize positions of parties | 0.40 | 1075.00 | $430.00 |
| 07/23/2020 | LFC | BL | Call with Trustee on settlement and draft settlement proposal to Jennifer Nassiri | 0.20 | 1075.00 | $215.00 |
|  |  |  |  | **0.60** |  | **$645.00** |
| **Case Administration [B110]** |  |  |  |  |  |  |
| 07/04/2020 | LFC | CA | Review files and docket to prepare interim report | 1.20 | 1075.00 | $1,290.00 |
| 07/06/2020 | LFC | CA | Review pleadings, e-mails and notes and draft interim report | 2.50 | 1075.00 | $2,687.50 |
| 07/07/2020 | LFC | CA | Review adversary dockets  (.2) and confer with Brad Brook regarding interim report and status of case litigation  (.3 ) | 0.50 | 1075.00 | $537.50 |
| 07/08/2020 | LFC | CA | Review and revise interim report | 0.60 | 1075.00 | $645.00 |
| 07/15/2020 | LFC | CA | Review summary of pending litigation matters  and revise interim trustee report | 0.50 | 1075.00 | $537.50 |
|  |  |  |  | **5.30** |  | **$5,697.50** |
| **Claims Admin/Objections[B310]** |  |  |  |  |  |  |
| 07/24/2020 | LFC | CO | Review ownership interests and assets in connection with proposed settlement | 0.70 | 1075.00 | $752.50 |
| 07/25/2020 | LFC | CO | Review assignment documents and sale documents for settlement | 0.50 | 1075.00 | $537.50 |
|  |  |  |  | **1.20** |  | **$1,290.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                    **$8,062.50**

Pachulski Stang Ziehl & Jones LLP                          Page:      6
Gottlieb, David (Penthouse)                                Invoice 129640
32277    - 00002                                           July 31, 2020

---

## Expenses

07/23/2020    CC          Conference Call [E105] AT&T Conference Call, LFC          2.00

    **Total Expenses for this Matter**                                              **$2.00**

---

  **For current services rendered through:**    **07/01/2020 - 07/31/2020**

**Total Fees**                                                           **$8,062.50**

**Total Expenses**                                                            **2.00**

**Total Due on Current Invoice**                                         **$8,064.50**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

August 31, 2020
Invoice    129641
Client      32277
Matter      00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2020

| | |
|---|---:|
| FEES | $5,482.50 |
| EXPENSES | $0.70 |
| **TOTAL CURRENT CHARGES** | **$5,483.20** |
| **TOTAL BALANCE DUE** | **$5,483.20** |

Pachulski Stang Ziehl & Jones LLP                                      Page:        2
Gottlieb, David (Penthouse)                                           Invoice 129641
32277    - 00002                                                       August 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 5.10 | $5,482.50 |
| | | | | 5.10 | $5,482.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      3
Gottlieb, David (Penthouse)                                          Invoice 129641
32277    - 00002                                                     August 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 0.80 | $860.00 |
| BL | Bankruptcy Litigation [L430] | 4.30 | $4,622.50 |
|    |              | 5.10  | $5,482.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129641

August 31, 2020

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.70 |
| | $0.70 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5

Invoice 129641

August 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 08/04/2020 | LFC | AD | Review assignment document and files regarding ownership evidence (.4) and e-mail to trustee and buyer regarding execution of further documentation (.4) | 0.80 | 1075.00 | $860.00 |
| | | | | **0.80** | | **$860.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 08/19/2020 | LFC | BL | Research and analysis regarding transfer of equity interests / IP assignments for settlement of outstanding issues under APA with buyer of estates' assets | 0.60 | 1075.00 | $645.00 |
| 08/19/2020 | LFC | BL | Confer with iP counsel regarding transfer of equity subsequent to transfers of IP . | 0.40 | 1075.00 | $430.00 |
| 08/19/2020 | LFC | BL | Draft memo outlining legal issues re: equity transfers | 0.20 | 1075.00 | $215.00 |
| 08/20/2020 | LFC | BL | Review stock transfer issues and email memos regarding same | 0.40 | 1075.00 | $430.00 |
| 08/20/2020 | LFC | BL | E-mail memos regarding settlement with buyer | 0.10 | 1075.00 | $107.50 |
| 08/21/2020 | LFC | BL | Review files and records and IP transfer documents regarding proposed settlement with buyer and transfer of IP and stock of certain debtor entities | 1.40 | 1075.00 | $1,505.00 |
| 08/27/2020 | LFC | BL | Review stock transfer issues for settlement with Buyer | 1.20 | 1075.00 | $1,290.00 |
| | | | | **4.30** | | **$4,622.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$5,482.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:        6
Gottlieb, David (Penthouse)                                         Invoice 129641
32277    - 00002                                                    August 31, 2020

---

## Expenses

08/31/2020    PAC        Pacer - Court Research                                      0.70

   **Total Expenses for this Matter**                                             **$0.70**

---

   **For current services rendered through:    08/01/2020 - 08/31/2020**

   **Total Fees**                                                              **$5,482.50**

   **Total Expenses**                                                              **0.70**

   **Total Due on Current Invoice**                                           **$5,483.20**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

September 30, 2020
Invoice    129642
Client    32277
Matter    00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2020

| | |
|---|---|
| FEES | $7,310.00 |
| EXPENSES | $1.20 |
| **TOTAL CURRENT CHARGES** | **$7,311.20** |
| **TOTAL BALANCE DUE** | **$7,311.20** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    2

Invoice 129642

September 30, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 6.80 | $7,310.00 |
| | | | | 6.80 | $7,310.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        3

Invoice 129642

September 30, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 6.80 | $7,310.00 |
| | | 6.80 | $7,310.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:      4
Gottlieb, David (Penthouse)                                             Invoice 129642
32277    - 00002                                                        September 30, 2020

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $1.20 |
| | $1.20 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5

Invoice 129642

September 30, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** |  |  |  |  |  |  |
| 09/01/2020 | LFC | BL | Review court hearing dates and e-mail memos regarding settlement | 0.20 | 1075.00 | $215.00 |
| 09/08/2020 | LFC | BL | Review documents and work on 9019 motion | 2.50 | 1075.00 | $2,687.50 |
| 09/09/2020 | LFC | BL | Review files and documents and transmit same to Brad Brook | 0.30 | 1075.00 | $322.50 |
| 09/09/2020 | LFC | BL | Work on draft 9019 pleadings | 0.90 | 1075.00 | $967.50 |
| 09/09/2020 | LFC | BL | TC with Brad Brook regarding settlement motion with buyer | 0.30 | 1075.00 | $322.50 |
| 09/09/2020 | LFC | BL | Further e-mails and documents transmitted re: settlement with buyer | 0.20 | 1075.00 | $215.00 |
| 09/10/2020 | LFC | BL | TC with Brad Brook regarding Settlement Motion | 0.40 | 1075.00 | $430.00 |
| 09/10/2020 | LFC | BL | TC with Brad Brook and David Gottlieb regarding buyer settlement motion | 0.20 | 1075.00 | $215.00 |
| 09/10/2020 | LFC | BL | Review and revise settlement motion with buyer | 1.20 | 1075.00 | $1,290.00 |
| 09/10/2020 | LFC | BL | E-mail memos regarding settlement issues with buyer | 0.20 | 1075.00 | $215.00 |
| 09/29/2020 | LFC | BL | Review settlement Motion with buyer | 0.40 | 1075.00 | $430.00 |
|  |  |  |  | **6.80** |  | **$7,310.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                           **$7,310.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        6

Invoice 129642

September 30, 2020

---

## Expenses

| | | | |
|---|---|---|---|
| 09/30/2020 | PAC | Pacer - Court Research | 1.20 |
| | **Total Expenses for this Matter** | | **$1.20** |

---

**For current services rendered through:    09/01/2020 - 09/30/2020**

**Total Fees**                                            **$7,310.00**

**Total Expenses**                                            **1.20**

**Total Due on Current Invoice**                             **$7,311.20**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

October 31, 2020
Invoice    129643
Client     32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2020

| | |
|---|---:|
| FEES | $9,245.00 |
| EXPENSES | $2.50 |
| **TOTAL CURRENT CHARGES** | **$9,247.50** |
| **TOTAL BALANCE DUE** | **$9,247.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129643

October 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 8.60 | $9,245.00 |
| | | | | 8.60 | $9,245.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129643

October 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 2.30 | $2,472.50 |
| BL | Bankruptcy Litigation [L430] | 2.00 | $2,150.00 |
| CA | Case Administration [B110] | 4.30 | $4,622.50 |
| | | 8.60 | $9,245.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 129643

October 31, 2020

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $2.50 |
| | $2.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129643

October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 10/21/2020 | LFC | AD | Review and analysis of free and clear sale in the context of debtor equity | 2.30 | 1075.00 | $2,472.50 |
| | | | | **2.30** | | **$2,472.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/01/2020 | LFC | BL | Review and provide comments to form of settlement agreement with buyer | 0.30 | 1075.00 | $322.50 |
| 10/23/2020 | LFC | BL | Research 363(f) issues in connection with sale of stock of five subsidiary entities under settlement with buyer | 1.70 | 1075.00 | $1,827.50 |
| | | | | **2.00** | | **$2,150.00** |
| **Case Administration [B110]** | | | | | | |
| 10/13/2020 | LFC | CA | Review outstanding fees and claims as of 12/31/2019 for tax returns | 1.80 | 1075.00 | $1,935.00 |
| 10/14/2020 | LFC | CA | Review claim recovery analysis, court docket, filed claims and projections and prepare summary of pending obligations as of 12/31/2019 and potentially allowed claims to be paid, in full or in part, at the close of the case for preparation of 2019 tax returns. | 2.50 | 1075.00 | $2,687.50 |
| | | | | **4.30** | | **$4,622.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                           **$9,245.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      6

Invoice 129643

October 31, 2020

---

## Expenses

| | | | |
|---|---|---|---|
| 10/31/2020 | PAC | Pacer - Court Research | 2.50 |
| | **Total Expenses for this Matter** | | **$2.50** |

---

**For current services rendered through:    10/01/2020 - 10/31/2020**

| | |
|---|---|
| **Total Fees** | **$9,245.00** |
| **Total Expenses** | **2.50** |
| **Total Due on Current Invoice** | **$9,247.50** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

November 30, 2020
Invoice    129644
Client     32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2020

| | |
|---|---|
| FEES | $16,340.00 |
| **TOTAL CURRENT CHARGES** | **$16,340.00** |
| **TOTAL BALANCE DUE** | **$16,340.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 129644

November 30, 2020

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LFC | Cantor, Linda F. | Partner | 1075.00 | 15.20 | $16,340.00 |
| | | | | 15.20 | $16,340.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 129644

November 30, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 5.10 | $5,482.50 |
| CA | Case Administration [B110] | 6.50 | $6,987.50 |
| CO | Claims Admin/Objections[B310] | 3.60 | $3,870.00 |
| | | 15.20 | $16,340.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

Gottlieb, David (Penthouse)

Invoice 129644

32277    - 00002

November 30, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/06/2020 | LFC | BL | Review revised draft settlement motion with buyer | 0.30 | 1075.00 | $322.50 |
| 11/09/2020 | LFC | BL | Review and comment on buyer settlement motion | 1.40 | 1075.00 | $1,505.00 |
| 11/16/2020 | LFC | BL | Review and revise buyer settlement motion | 3.40 | 1075.00 | $3,655.00 |
| | | | | **5.10** | | **$5,482.50** |
| **Case Administration [B110]** | | | | | | |
| 11/17/2020 | LFC | CA | Research and analysis regarding case dismissal under section 707(a) and section 305 | 1.20 | 1075.00 | $1,290.00 |
| 11/17/2020 | LFC | CA | Follow-up calls with Brad Brook regarding motion to dismiss cases | 0.20 | 1075.00 | $215.00 |
| 11/18/2020 | LFC | CA | Review and revise application to dismiss case | 2.80 | 1075.00 | $3,010.00 |
| 11/18/2020 | LFC | CA | TC's with counsel for Buyer regarding hearings on motions to approve settlement and on motion to dismiss | 0.20 | 1075.00 | $215.00 |
| 11/18/2020 | LFC | CA | Further review and revise motion to dismiss | 1.20 | 1075.00 | $1,290.00 |
| 11/18/2020 | LFC | CA | TC's with Brad Brook regarding motion to dismiss cases | 0.40 | 1075.00 | $430.00 |
| 11/20/2020 | LFC | CA | Review and research dismissal matters | 0.50 | 1075.00 | $537.50 |
| | | | | **6.50** | | **$6,987.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 11/17/2020 | LFC | CO | Review further revised settlement motion | 0.40 | 1075.00 | $430.00 |
| 11/17/2020 | LFC | CO | TC's with Brad Brook regarding settlement, liens against stock and case dismissal (.2) and TC with David Gottlieb regarding dismissal  (.1) | 0.30 | 1075.00 | $322.50 |
| 11/17/2020 | LFC | CO | Review settlement agreement and case file regarding release of liens | 1.80 | 1075.00 | $1,935.00 |
| 11/17/2020 | LFC | CO | E-mail memos regarding lien release to Dream Media's counsel and buyer's co-counsel | 0.20 | 1075.00 | $215.00 |
| 11/18/2020 | LFC | CO | TC with UST counsel regarding motion to dismiss and settlement motion | 0.20 | 1075.00 | $215.00 |
| 11/18/2020 | LFC | CO | TC with Beth Young regarding release of liens against Penthouse subsidiary entities | 0.70 | 1075.00 | $752.50 |
| | | | | **3.60** | | **$3,870.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        5

Invoice 129644

November 30, 2020

---

**TOTAL SERVICES FOR THIS MATTER:**                                   **$16,340.00**

---

**For current services rendered through:**    **11/01/2020 - 11/30/2020**

**Total Fees**                                                        **$16,340.00**

**Total Due on Current Invoice**                                      **$16,340.00**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

December 31, 2020
Invoice    129645
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020

| | |
|---|---|
| FEES | $9,755.00 |
| EXPENSES | $3,531.36 |
| **TOTAL CURRENT CHARGES** | **$13,286.36** |
| **TOTAL BALANCE DUE** | **$13,286.36** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 129645

December 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 1.20 | $510.00 |
| LFC | Cantor, Linda F. | Partner | 1075.00 | 8.60 | $9,245.00 |
| | | | | 9.80 | $9,755.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:    3
Invoice 129645
December 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.90 | $967.50 |
| BL | Bankruptcy Litigation [L430] | 3.90 | $4,192.50 |
| CA | Case Administration [B110] | 5.00 | $4,595.00 |
|  |  | 9.80 | $9,755.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129645

December 31, 2020

### <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Federal Express [E108] | $20.18 |
| Pacer - Court Research | $15.80 |
| Postage [E108] | $545.48 |
| Reproduction Expense [E101] | $2,882.80 |
| Reproduction/ Scan Copy | $67.10 |
| | $3,531.36 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      5

Invoice 129645

December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 12/02/2020 | LFC | AD | Review NAFT media stock transfer document and copyrights and trademarks listed | 0.50 | 1075.00 | $537.50 |
| 12/03/2020 | LFC | AD | TC w/ Brad Brook regarding motion to dismiss adversary complaints and transfer documents | 0.20 | 1075.00 | $215.00 |
| 12/11/2020 | LFC | AD | TC with David Gottlieb to finalize documents and address NAFT quitclaim | 0.20 | 1075.00 | $215.00 |
| | | | | **0.90** | | **$967.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 12/03/2020 | LFC | BL | Review proposed revised versions of settlement motion, settlement agreement and related  buyer settlement pleadings | 0.40 | 1075.00 | $430.00 |
| 12/05/2020 | LFC | BL | Review revised motion to approve settlement with buyer and declaration in support thereof | 0.40 | 1075.00 | $430.00 |
| 12/07/2020 | LFC | BL | Review and revise supplemental notices of settlement hearings | 0.20 | 1075.00 | $215.00 |
| 12/10/2020 | LFC | BL | Revise buyer settlement pleadings and documents | 0.60 | 1075.00 | $645.00 |
| 12/12/2020 | LFC | BL | Review comments to buyer settlement pleadings and settlement documents | 0.30 | 1075.00 | $322.50 |
| 12/12/2020 | LFC | BL | Revise buyer settlement motion and declaration | 0.30 | 1075.00 | $322.50 |
| 12/14/2020 | LFC | BL | Review and finalize settlement pleadings, notices and exhibit documents, review and revise service list and review and comment on final forms of motions to approve settlement with buyer and to dismiss cases | 1.70 | 1075.00 | $1,827.50 |
| | | | | **3.90** | | **$4,192.50** |
| **Case Administration [B110]** | | | | | | |
| 12/02/2020 | LFC | CA | Review motion to dismiss service list | 0.20 | 1075.00 | $215.00 |
| 12/05/2020 | LFC | CA | Draft, review and revise motion to dismiss cases | 2.50 | 1075.00 | $2,687.50 |
| 12/05/2020 | LFC | CA | Review creditor and service lists for motion to dismiss | 0.40 | 1075.00 | $430.00 |
| 12/05/2020 | LFC | CA | Draft separate notice of motion to dismiss cases | 0.10 | 1075.00 | $107.50 |
| 12/06/2020 | BDD | CA | Text to L. Cantor re service list on motion to dismiss case | 0.10 | 425.00 | $42.50 |
| 12/07/2020 | BDD | CA | Email L. Cantor re service list for motion to dismiss | 0.10 | 425.00 | $42.50 |
| 12/09/2020 | LFC | CA | Review and comment on revised service list for | 0.30 | 1075.00 | $322.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277     - 00002

Page:       6

Invoice 129645

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | motion to dismiss | | | |
| 12/10/2020 | BDD | CA | Revisions to service list re motion to dismiss and email L. Cantor re same | 0.20 | 425.00 | $85.00 |
| 12/11/2020 | LFC | CA | Further review parties on creditor list and review claims register and revise service list on motion to dismiss | 0.30 | 1075.00 | $322.50 |
| 12/11/2020 | BDD | CA | Email L. Cantor re service list for motion to dismiss and research additional parties re same (.50); revisions to service list (.10) | 0.60 | 425.00 | $255.00 |
| 12/14/2020 | BDD | CA | Call with and email L. Cantor re motions to dismiss and service list re same | 0.20 | 425.00 | $85.00 |
| | | | | **5.00** | | **$4,595.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                        **$9,755.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:       7

Invoice 129645

December 31, 2020

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 12/04/2020 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/10/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/14/2020 | FE | 32277.00002 FedEx Charges for 12-14-20 | 10.09 |
| 12/14/2020 | FE | 32277.00002 FedEx Charges for 12-14-20 | 10.09 |
| 12/14/2020 | PO | 32277.00002 :Postage Charges for 12-14-20 | 42.00 |
| 12/14/2020 | PO | 32277.00002 :Postage Charges for 12-14-20 | 503.48 |
| 12/14/2020 | RE | ( 62 @0.20 PER PG) | 12.40 |
| 12/14/2020 | RE | ( 72 @0.20 PER PG) | 14.40 |
| 12/14/2020 | RE | ( 1302 @0.20 PER PG) | 260.40 |
| 12/14/2020 | RE | ( 1584 @0.20 PER PG) | 316.80 |
| 12/14/2020 | RE | ( 64 @0.20 PER PG) | 12.80 |
| 12/14/2020 | RE | ( 7082 @0.20 PER PG) | 1,416.40 |
| 12/14/2020 | RE | ( 4248 @0.20 PER PG) | 849.60 |
| 12/14/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/14/2020 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/14/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/14/2020 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      8
Gottlieb, David (Penthouse)                                          Invoice 129645
32277    - 00002                                                     December 31, 2020

| | | | |
|---|---|---|---:|
| 12/14/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/14/2020 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/14/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/14/2020 | RE2 | SCAN/COPY ( 229 @0.10 PER PG) | 22.90 |
| 12/14/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/14/2020 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/14/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/14/2020 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 12/14/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/14/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/14/2020 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 12/14/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/14/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/31/2020 | PAC | Pacer - Court Research | 15.80 |

**Total Expenses for this Matter**                                  **$3,531.36**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        9

Invoice 129645

December 31, 2020

---

**For current services rendered through:    12/01/2020 – 12/31/2020**

| | |
|---|---|
| **Total Fees** | **$9,755.00** |
| **Total Expenses** | **3,531.36** |
| **Total Due on Current Invoice** | **$13,286.36** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

December 31, 2020
Invoice    131071
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020

| | |
|---|---|
| FEES | $1,577.50 |
| EXPENSES | $26.60 |
| **TOTAL CURRENT CHARGES** | **$1,604.10** |
| **TOTAL BALANCE DUE** | **$1,604.10** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 131071

December 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 425.00 | 2.70 | $1,147.50 |
| LFC | Cantor, Linda F. | Partner | 1075.00 | 0.40 | $430.00 |
| | | | | 3.10 | $1,577.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 131071

December 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.40 | $430.00 |
| CA | Case Administration [B110] | 2.70 | $1,147.50 |
| | | 3.10 | $1,577.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 131071

December 31, 2020

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $18.50 |
| Reproduction/ Scan Copy | $8.10 |
| | $26.60 |

Pachulski Stang Ziehl & Jones LLP                                       Page:    5
Gottlieb, David (Penthouse)                                            Invoice 131071
32277    -00002                                                        December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 02/14/2020 | LFC | AD | Confer with IP counsel and e-mail memos with buyer and IP counsel regarding documents for Ukraine trademark protection | 0.40 | 1075.00 | $430.00 |
| | | | | **0.40** | | **$430.00** |
| **Case Administration [B110]** | | | | | | |
| 12/08/2020 | BDD | CA | Review multiple service lists re motion to dismiss and emails N. Brown re same | 1.30 | 425.00 | $552.50 |
| 12/09/2020 | BDD | CA | Continue working on service lists in connection with motion to dismiss to be filed and email L. Cantor re same | 1.40 | 425.00 | $595.00 |
| | | | | **2.70** | | **$1,147.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$1,577.50**

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277   - 00002

Page:      6
Invoice 131071
December 31, 2020

---

**<u>Expenses</u>**

| | | | |
|---|---|---|---|
| 11/14/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 11/25/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/27/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/09/2020 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 01/13/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/13/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/31/2020 | PAC | Pacer - Court Research | 18.50 |

**Total Expenses for this Matter**                                     **$26.60**

---

**For current services rendered through:    12/01/2020 - 12/31/2020**

**Total Fees**                                                        **$1,577.50**

**Total Expenses**                                                         **26.60**

**Total Due on Current Invoice**                                      **$1,604.10**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

January 31, 2021
Invoice    129646
Client     32277
Matter    00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021

| | |
|---|---:|
| FEES | $46.00 |
| EXPENSES | $406.00 |
| **TOTAL CURRENT CHARGES** | **$452.00** |
| **TOTAL BALANCE DUE** | **$452.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129646

January 31, 2021

_____

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 0.10 | $46.00 |
| | | | | 0.10 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129646

January 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.10 | $46.00 |
| | | 0.10 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129646

January 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $50.70 |
| Legal Vision Atty Mess Service | $172.50 |
| Pacer - Court Research | $0.70 |
| Postage [E108] | $0.50 |
| Reproduction Expense [E101] | $109.80 |
| Reproduction/ Scan Copy | $71.80 |
| | $406.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129646

January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 01/14/2021 | BDD | CO | Email L. Cantor re creditor call | 0.10 | 460.00 | $46.00 |
| | | | | **0.10** | | **$46.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$46.00**

Pachulski Stang Ziehl & Jones LLP                                      Page:      6
Gottlieb, David (Penthouse)                                           Invoice 129646
32277    - 00002                                                      January 31, 2021

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/05/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/11/2021 | RE | ( 549 @0.20 PER PG) | 109.80 |
| 01/11/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/11/2021 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/20/2021 | LV | Legal Vision Atty/Mess. Service- Inv.51391, From PSZJ office to 16255 Ventura Blvd, Encino, Ca., J. Washington | 86.25 |
| 01/21/2021 | PO | Postage Charges | 0.50 |
| 01/27/2021 | FE | 32277.00002 FedEx Charges for 01-27-21 | 25.35 |
| 01/28/2021 | FE | 32277.00002 FedEx Charges for 01-28-21 | 25.35 |
| 01/28/2021 | LV | Legal Vision Atty/Mess. Service- From PSZJ office to 16255 Ventura Blvd, Encino, Ca., J. Washington | 86.25 |
| 01/28/2021 | RE2 | SCAN/COPY ( 229 @0.10 PER PG) | 22.90 |
| 01/28/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 01/28/2021 | RE2 | SCAN/COPY ( 117 @0.10 PER PG) | 11.70 |
| 01/28/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 01/28/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/28/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/28/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                    Page:       7
Gottlieb, David (Penthouse)                                         Invoice 129646
32277    - 00002                                                    January 31, 2021

---

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 01/28/2021 | RE2 | SCAN/COPY ( 229 @0.10 PER PG) | 22.90 |
| 01/28/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/28/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/28/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/28/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/31/2021 | PAC | Pacer - Court Research | 0.70 |

**Total Expenses for this Matter**                                  **$406.00**

---

**For current services rendered through:    01/01/2021 - 01/31/2021**

**Total Fees**                                                        **$46.00**

**Total Expenses**                                                    **406.00**

**Total Due on Current Invoice**                                      **$452.00**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

January 31, 2021
Invoice    131072
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021

| | |
|---|---|
| EXPENSES | $0.80 |
| **TOTAL CURRENT CHARGES** | **$0.80** |
| **TOTAL BALANCE DUE** | **$0.80** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 131072

January 31, 2021

### Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.40 |
| Reproduction/ Scan Copy | $0.40 |
| | $0.80 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        3
Gottlieb, David (Penthouse)                                         Invoice 131072
32277    -00002                                                     January 31, 2021

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 01/21/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/21/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/31/2021 | PAC | Pacer - Court Research | 0.40 |
| | **Total Expenses for this Matter** | | **$0.80** |

---

**For current services rendered through:    01/01/2021 - 01/31/2021**

**Total Expenses**                                                              **0.80**

**Total Due on Current Invoice**                                              **$0.80**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

February 28, 2021
Invoice    129647
Client     32277
Matter      00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021

| | |
|---|---:|
| EXPENSES | $301.24 |
| **TOTAL CURRENT CHARGES** | **$301.24** |
| **TOTAL BALANCE DUE** | **$301.24** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
Gottlieb, David (Penthouse)                                          Invoice 129647
32277    - 00002                                                     February 28, 2021

---

## Summary of Expenses

| Description | Amount |
|---|---|
| Legal Vision Atty Mess Service | $301.24 |
| | $301.24 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      3
Gottlieb, David (Penthouse)                                          Invoice 129647
32277   - 00002                                                      February 28, 2021

---

### Expenses

02/11/2021   LV          Legal Vision Atty/Mess. Service- Inv. 07891, L. Rodriguez              301.24

  **Total Expenses for this Matter**                                              **$301.24**

---

**For current services rendered through:     02/01/2021 - 02/28/2021**

**Total Expenses**                                                               **301.24**

**Total Due on Current Invoice**                                               **$301.24**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

February 28, 2021
Invoice      131073
Client      32277
Matter      00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021

| | |
|---|---|
| EXPENSES | $2.60 |
| **TOTAL CURRENT CHARGES** | **$2.60** |
| **TOTAL BALANCE DUE** | **$2.60** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:      2

Invoice 131073

February 28, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $2.60 |
| | $2.60 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      3
Gottlieb, David (Penthouse)                                               Invoice 131073
32277   -00002                                                            February 28, 2021

---

**Expenses**

02/28/2021    PAC        Pacer - Court Research                                    2.60

    **Total Expenses for this Matter**                         **$2.60**

---

    **For current services rendered through:     02/01/21 - 02/28/2021**

    **Total Expenses**                                         **2.60**

    **Total Due on Current Invoice**                           **$2.60**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

April 30, 2021

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

Invoice    129649
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2021

| | |
|---|---|
| FEES | $249.00 |
| EXPENSES | $2.80 |
| **TOTAL CURRENT CHARGES** | **$251.80** |
| **TOTAL BALANCE DUE** | **$251.80** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129649

April 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JAM | Morris, John A. | Partner | 1245.00 | 0.20 | $249.00 |
| | | | | 0.20 | $249.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3
Invoice 129649
April 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 0.20 | $249.00 |
|  |  | 0.20 | $249.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129649

April 30, 2021

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $2.80 |
| | $2.80 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    5

Invoice 129649

April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 04/02/2021 | JAM | BL | Communications with L. Cantor, B. Brook re: Metropolitan Lumber litigation (0.2). | 0.20 | 1245.00 | $249.00 |
| | | | | **0.20** | | **$249.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                        **$249.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:       6
Gottlieb, David (Penthouse)                                          Invoice 129649
32277    - 00002                                                    April 30, 2021

---

## Expenses

04/30/2021    PAC       Pacer - Court Research                              2.80

   **Total Expenses for this Matter**                                    **$2.80**

---

**For current services rendered through:    04/01/2021 - 04/30/2021**

**Total Fees**                                                       **$249.00**

**Total Expenses**                                                       **2.80**

**Total Due on Current Invoice**                                    **$251.80**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

May 31, 2021
Invoice    129650
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2021

| | |
|---|---|
| EXPENSES | $81.22 |
| **TOTAL CURRENT CHARGES** | **$81.22** |
| **TOTAL BALANCE DUE** | **$81.22** |

Pachulski Stang Ziehl & Jones LLP                                  Page:     2
Gottlieb, David (Penthouse)                                       Invoice 129650
32277    - 00002                                                  May 31, 2021

---

**Summary of Expenses**

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research [E | $81.22 |
| | $81.22 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      3
Gottlieb, David (Penthouse)                                         Invoice 129650
32277    - 00002                                                    May 31, 2021

---

## **Expenses**

| | | | |
|---|---|---|---|
| 05/31/2021 | LN | 32277.00002 Lexis Charges for 05-31-21 | 81.22 |

    **Total Expenses for this Matter**                          **$81.22**

---

**For current services rendered through:**    **05/01/2021 - 05/31/2021**

**Total Expenses**                                                                 **81.22**

**Total Due on Current Invoice**                                                   **$81.22**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

June 30, 2021

| | |
|---|---|
| Invoice | 129651 |
| Client | 32277 |
| Matter | 00002 |
| | **LFC** |

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2021

| | |
|---|---|
| FEES | $28,624.00 |
| EXPENSES | $26.96 |
| **TOTAL CURRENT CHARGES** | **$28,650.96** |
| **TOTAL BALANCE DUE** | **$28,650.96** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2
Invoice 129651
June 30, 2021

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 1.60 | $736.00 |
| LFC | Cantor, Linda F. | Partner | 1245.00 | 22.40 | $27,888.00 |
| | | | | 24.00 | $28,624.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:     3

Invoice 129651

June 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.80 | $996.00 |
| AD | Asset Disposition [B130] | 1.00 | $1,245.00 |
| BL | Bankruptcy Litigation [L430] | 1.00 | $1,245.00 |
| CO | Claims Admin/Objections[B310] | 21.20 | $25,138.00 |
| | | 24.00 | $28,624.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 129651

June 30, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $10.86 |
| Pacer - Court Research | $8.60 |
| Reproduction Expense [E101] | $6.40 |
| Reproduction/ Scan Copy | $1.10 |
| | $26.96 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129651

June 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 06/10/2021 | LFC | AA | Review cases and consider assignment of avoidance actions | 0.60 | 1245.00 | $747.00 |
| 06/21/2021 | LFC | AA | Draft e-mail correspondence to Trustee regarding assignment of avoidance actions and supporting legal authority | 0.20 | 1245.00 | $249.00 |
|  |  |  |  | **0.80** | | **$996.00** |
| **Asset Disposition [B130]** | | | | | | |
| 06/23/2021 | LFC | AD | Telephone confernce with Sharon Kopman / Oak Point Partners regarding sale of Penthouse residual assets | 0.40 | 1245.00 | $498.00 |
| 06/23/2021 | LFC | AD | Review outstanding claims and potential assets and analysis of legal issues for transfer of residual assets to Oak Point | 0.60 | 1245.00 | $747.00 |
|  |  |  |  | **1.00** | | **$1,245.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 06/07/2021 | LFC | BL | Review adversary complains and correspondence with counsel for Holland and Campbell re settlement | 0.60 | 1245.00 | $747.00 |
| 06/22/2021 | LFC | BL | Review pleadings and draft e-mail correspondence to Holland and Campbell counsel regarding settlement | 0.40 | 1245.00 | $498.00 |
|  |  |  |  | **1.00** | | **$1,245.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 06/01/2021 | LFC | CO | Review tax claims and tax notices and confer with tax advisors re same | 0.50 | 1245.00 | $622.50 |
| 06/02/2021 | LFC | CO | E-mail correspondence and confer regarding tax claims (.3) and review basis for claims (.4) | 0.70 | 1245.00 | $871.50 |
| 06/02/2021 | LFC | CO | Review legal theories for objections to claim types | 0.70 | 1245.00 | $871.50 |
| 06/03/2021 | LFC | CO | Analysis of administrative claims | 0.60 | 1245.00 | $747.00 |
| 06/03/2021 | LFC | CO | Draft e-mail memo outlining additional bases of claim objections | 0.40 | 1245.00 | $498.00 |
| 06/03/2021 | LFC | CO | Telephone conference with Brad Brook regarding claim objections | 0.50 | 1245.00 | $622.50 |
| 06/04/2021 | LFC | CO | Confer with tax advisors regarding early determination letters | 0.20 | 1245.00 | $249.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:       6
Invoice 129651
June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2021 | LFC | CO | Review applicable statutes and cases re: objections | 1.20 | 1245.00 | $1,494.00 |
| 06/10/2021 | LFC | CO | Review contract claims and back-up | 0.40 | 1245.00 | $498.00 |
| 06/10/2021 | LFC | CO | Review updated administrative claim chart and analysis of claim distribution calculations | 1.50 | 1245.00 | $1,867.50 |
| 06/11/2021 | LFC | CO | Review contract claims and back-up | 0.40 | 1245.00 | $498.00 |
| 06/14/2021 | LFC | CO | Research and analysis re: claim legal issues | 1.50 | 1245.00 | $1,867.50 |
| 06/15/2021 | LFC | CO | Review all filed claims and analysis of administrative amounts (1.6), research case law (.6) and draft email outlining issues regarding same (.4 ) | 2.60 | 1245.00 | $3,237.00 |
| 06/15/2021 | LFC | CO | Email correspondence with tax advisors and financial consultants regarding claims and distribution analysis | 0.40 | 1245.00 | $498.00 |
| 06/15/2021 | LFC | CO | Review Eli Dubrow claim and settlement pleadings and draft correspondence regarding settlement / withdrawal of claim | 0.40 | 1245.00 | $498.00 |
| 06/15/2021 | LFC | CO | Telephone conference with Bradley Brook regarding claims | 1.10 | 1245.00 | $1,369.50 |
| 06/16/2021 | LFC | CO | Draft stipulation and order regarding withdrawal of landlord claim | 0.60 | 1245.00 | $747.00 |
| 06/16/2021 | LFC | CO | Email memos regarding landlord claim | 0.20 | 1245.00 | $249.00 |
| 06/16/2021 | LFC | CO | TC with Bradley Brook regarding claim objections | 0.60 | 1245.00 | $747.00 |
| 06/16/2021 | LFC | CO | Further review and analysis re: distribution projections and e-mail correspondence with Walt Bowser regarding same | 1.40 | 1245.00 | $1,743.00 |
| 06/16/2021 | LFC | CO | Review revised versions of distribution projections and confer with Province regarding same | 0.40 | 1245.00 | $498.00 |
| 06/16/2021 | LFC | CO | Review title report concerning headquarters property tax claim | 0.20 | 1245.00 | $249.00 |
| 06/16/2021 | BDD | CO | Research claims register re Claim 5-1 filed by LA County Tax Collector and emails L. Cantor re same | 0.40 | 460.00 | $184.00 |
| 06/17/2021 | LFC | CO | Review final report and scheduled of claims on debtor's books and records | 0.50 | 1245.00 | $622.50 |
| 06/17/2021 | LFC | CO | Telephone conference with Walt Bowser regarding claim schedule and distribution analysis | 0.30 | 1245.00 | $373.50 |
| 06/17/2021 | LFC | CO | Finalize claim withdrawal pleadings for filing | 0.10 | 1245.00 | $124.50 |
| 06/21/2021 | LFC | CO | Review claim issues and confer with Bradley Brook regarding preparation of claim objections | 1.30 | 1245.00 | $1,618.50 |
| 06/21/2021 | BDD | CO | Email L. Cantor re claim objections | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    7

Invoice 129651

June 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/21/2021 | BDD | CO | Email D. Gottlieb re claim objections | 0.10 | 460.00 | $46.00 |
| 06/23/2021 | LFC | CO | Prepare materials for call with Beth Dassa regarding Penthouse claims | 0.40 | 1245.00 | $498.00 |
| 06/23/2021 | LFC | CO | Telephone conference with Beth Dassa regarding claims analysis and chart and follow-up emails | 0.50 | 1245.00 | $622.50 |
| 06/23/2021 | BDD | CO | Call with L. Cantor re admin claim objections | 0.90 | 460.00 | $414.00 |
| 06/23/2021 | BDD | CO | Email L. Cantor re administrative claim objections | 0.10 | 460.00 | $46.00 |
| | | | | **21.20** | | **$25,138.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$28,624.00**

Pachulski Stang Ziehl & Jones LLP                          Page:      8
Gottlieb, David (Penthouse)                                Invoice 129651
32277    - 00002                                          June 30, 2021

---

## Expenses

| | | | |
|---|---|---|---|
| 06/22/2021 | RE | ( 30 @0.20 PER PG) | 6.00 |
| 06/22/2021 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 06/23/2021 | FE | 32277.00002 FedEx Charges for 06-23-21 | 10.86 |
| 06/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/23/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/30/2021 | PAC | Pacer - Court Research | 8.60 |
| **Total Expenses for this Matter** | | | **$26.96** |

---

**For current services rendered through:    06/01/2021 - 06/30/2021**

**Total Fees**                                            **$28,624.00**

**Total Expenses**                                             **26.96**

**Total Due on Current Invoice**                          **$28,650.96**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

July 31, 2021
Invoice    129652
Client    32277
Matter    00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  07/31/2021

|  | |
|---|---|
| FEES | $61,266.00 |
| EXPENSES | $16.45 |
| **TOTAL CURRENT CHARGES** | **$61,282.45** |
| **TOTAL BALANCE DUE** | **$61,282.45** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129652

July 31, 2021

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 7.90 | $3,634.00 |
| LAF | Forrester, Leslie A. | Other | 475.00 | 0.50 | $237.50 |
| LFC | Cantor, Linda F. | Partner | 1245.00 | 46.10 | $57,394.50 |
| | | | | 54.50 | $61,266.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:    3
Invoice 129652
July 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 0.80 | $996.00 |
| BL | Bankruptcy Litigation [L430] | 7.30 | $9,088.50 |
| CA | Case Administration [B110] | 3.40 | $4,233.00 |
| CO | Claims Admin/Objections[B310] | 42.10 | $45,828.00 |
| CP | Compensation Prof. [B160] | 0.90 | $1,120.50 |
| | | 54.50 | $61,266.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:       4

Invoice 129652

July 31, 2021

## __Summary of Expenses__

| Description | Amount |
| --- | --- |
| Conference Call [E105] | $6.15 |
| Pacer - Court Research | $3.50 |
| Reproduction/ Scan Copy | $6.80 |
| | $16.45 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5

Invoice 129652

July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 07/12/2021 | LFC | AD | Review additional debtor entities, potential unclaimed assets for possible sale of residual assets | 0.80 | 1245.00 | $996.00 |
| | | | | **0.80** | | **$996.00** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 07/06/2021 | LFC | BL | Review settlement terms and draft of agreements for Holland and Campbell matters  and provide comments | 1.50 | 1245.00 | $1,867.50 |
| 07/06/2021 | LFC | BL | Review and revise forms of settlement agreements | 2.40 | 1245.00 | $2,988.00 |
| 07/06/2021 | LFC | BL | TC with Brad Brook regarding settlement agreements / revisions | 0.40 | 1245.00 | $498.00 |
| 07/06/2021 | LFC | BL | Further revise settlement agreements | 0.30 | 1245.00 | $373.50 |
| 07/08/2021 | LFC | BL | Review and revise Holland settlement agreement | 1.30 | 1245.00 | $1,618.50 |
| 07/08/2021 | LFC | BL | Review and revise Campbell settlement agreement | 0.80 | 1245.00 | $996.00 |
| 07/08/2021 | LFC | BL | TC with D. Gottlieb regarding Holland settlement (.1) and follow-up call with Brad Brook (.3) | 0.40 | 1245.00 | $498.00 |
| 07/16/2021 | LFC | BL | Review status of settlements and email memo to counsel re: same | 0.20 | 1245.00 | $249.00 |
| | | | | **7.30** | | **$9,088.50** |
| **Case Administration [B110]** | | | | | | |
| 07/05/2021 | LFC | CA | Review dockets, pleadings and status of pending matters and further tasks for completion of case for review and revisions to chapter 7 Trustee Report | 3.40 | 1245.00 | $4,233.00 |
| | | | | **3.40** | | **$4,233.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 07/06/2021 | LFC | CO | Review and analysis of claims chart and claims scheduled by debtors as set forth in Trustee's final report, and consider forms of objections or amendments to schedules | 1.80 | 1245.00 | $2,241.00 |
| 07/06/2021 | LFC | CO | Draft email memos and comments regarding claims for revised claim chart | 0.50 | 1245.00 | $622.50 |
| 07/06/2021 | LFC | CO | Review updated claims chart for preparation of objections | 0.40 | 1245.00 | $498.00 |
| 07/06/2021 | LFC | CO | Prepare further comments regarding claims chart | 0.40 | 1245.00 | $498.00 |
| 07/06/2021 | BDD | CO | Email L. Cantor re objection to administrative | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:     6
Invoice 129652
July 31, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | claims | | | |
| 07/07/2021 | LFC | CO | Review schedules of books and records claims and email memos regarding additional claim objections | 0.40 | 1245.00 | $498.00 |
| 07/07/2021 | LFC | CO | Review chart of claims and search files regarding applicable contracts and agreements supporting same | 0.60 | 1245.00 | $747.00 |
| 07/12/2021 | LFC | CO | Review and revise postpetition debt chart | 0.30 | 1245.00 | $373.50 |
| 07/12/2021 | BDD | CO | Email L. Cantor re claim objections | 0.10 | 460.00 | $46.00 |
| 07/15/2021 | BDD | CO | Analyze numerous claims in preparation for claim objections and call with L. Cantor re same | 2.30 | 460.00 | $1,058.00 |
| 07/19/2021 | LFC | CO | Research administrative claim objection matters | 2.20 | 1245.00 | $2,739.00 |
| 07/19/2021 | BDD | CO | Work on 1st omni objection to satisfied claims | 2.10 | 460.00 | $966.00 |
| 07/20/2021 | LFC | CO | Review claim objections based on avoidable transfers | 0.60 | 1245.00 | $747.00 |
| 07/20/2021 | LFC | CO | Research case law regarding applicability of section 502(d) to administrative claims | 1.30 | 1245.00 | $1,618.50 |
| 07/20/2021 | LFC | CO | Draft memo to Brad Brook regarding objections to claims of insiders | 0.20 | 1245.00 | $249.00 |
| 07/20/2021 | LFC | CO | Review draft claim objection and provide comments and draft outline of arguments | 1.10 | 1245.00 | $1,369.50 |
| 07/20/2021 | LFC | CO | Confer with Brad Brook regarding basis for insider alleged claims | 0.30 | 1245.00 | $373.50 |
| 07/20/2021 | LFC | CO | Analysis of procedure for amending complaint to add claim objection and email correspondence re: same | 0.40 | 1245.00 | $498.00 |
| 07/20/2021 | BDD | CO | Call with L. Cantor re omnibus claim objections | 0.30 | 460.00 | $138.00 |
| 07/20/2021 | BDD | CO | Continue working on 1st omnibus motion to satisfied claims and email L. Cantor re same | 0.80 | 460.00 | $368.00 |
| 07/21/2021 | LFC | CO | Conference call with Walt Bowser and Brad Brook regarding insider claims | 0.20 | 1245.00 | $249.00 |
| 07/21/2021 | LFC | CO | Review files and records regarding contracts of certain claimants posted to data room for preparation of objections | 0.70 | 1245.00 | $871.50 |
| 07/21/2021 | LFC | CO | Analysis regarding alternative grounds for objection to insider claims | 0.80 | 1245.00 | $996.00 |
| 07/21/2021 | LFC | CO | Review and further revise draft objection to satisfied claims | 1.20 | 1245.00 | $1,494.00 |
| 07/21/2021 | BDD | CO | Continue revising omnibus claim objection to satisfied claims per calls with/emails L. Cantor re | 1.20 | 460.00 | $552.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      7

Invoice 129652

July 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | same (1.1); email L. Cantor re same (.10) | | | |
| 07/22/2021 | LFC | CO | Work on claim objection matters | 2.50 | 1245.00 | $3,112.50 |
| 07/23/2021 | LFC | CO | Research, review files and records and continue to analyze and work on claim objections | 3.60 | 1245.00 | $4,482.00 |
| 07/26/2021 | LFC | CO | Further review and revise forms of claim objections and confer with Brad Brook and Beth Dassa regarding same | 1.80 | 1245.00 | $2,241.00 |
| 07/26/2021 | BDD | CO | Email L. Cantor re omnibus objection to satisfied claims | 0.10 | 460.00 | $46.00 |
| 07/26/2021 | BDD | CO | Call with L. Cantor re claim objections | 0.10 | 460.00 | $46.00 |
| 07/27/2021 | LFC | CO | Draft and revise forms of administrative claim objections | 2.50 | 1245.00 | $3,112.50 |
| 07/27/2021 | LFC | CO | Review and further revise forms | 1.30 | 1245.00 | $1,618.50 |
| 07/27/2021 | BDD | CO | Research objections to admin claims under 503(b) and emails L. Cantor and L. Forrester re same | 0.40 | 460.00 | $184.00 |
| 07/28/2021 | LFC | CO | Research and analysis regarding scheduled administrative claims and disallowance | 0.70 | 1245.00 | $871.50 |
| 07/28/2021 | LFC | CO | Review forms and authorities for objection to scheduled administrative claims and e-mail memos to and from Brad Brook regarding same | 1.80 | 1245.00 | $2,241.00 |
| 07/28/2021 | LAF | CO | Legal research re: Objection to 503 motion in CD Cal. | 0.50 | 475.00 | $237.50 |
| 07/28/2021 | BDD | CO | Email L. Cantor re objections to administrative claims | 0.10 | 460.00 | $46.00 |
| 07/29/2021 | LFC | CO | Review and revise draft objection to scheduled claims and requests for payment | 3.20 | 1245.00 | $3,984.00 |
| 07/29/2021 | LFC | CO | Conference call with Brad Brook regarding administrative claim objections | 0.40 | 1245.00 | $498.00 |
| 07/29/2021 | LFC | CO | Work on further revisions to claim objections | 1.50 | 1245.00 | $1,867.50 |
| 07/29/2021 | BDD | CO | Email L. Cantor re notices in respect of omni objection to administrative claims | 0.10 | 460.00 | $46.00 |
| 07/29/2021 | BDD | CO | Calls with L. Cantor re admin claim objections | 0.20 | 460.00 | $92.00 |
| 07/30/2021 | LFC | CO | Review files and case pleadings for support to claim objections | 0.70 | 1245.00 | $871.50 |
| 07/31/2021 | LFC | CO | Review revised objection to scheduled claims | 0.30 | 1245.00 | $373.50 |
| | | | | **42.10** | | **$45,828.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      8

Invoice 129652

July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 07/12/2021 | LFC | CP | Review pleadings and exhibits re: noncompliance with fee order for filing | 0.20 | 1245.00 | $249.00 |
| 07/12/2021 | LFC | CP | Review and recalculate outstanding fees for notice and confer with accounting department and with Beth Dassa regarding same | 0.70 | 1245.00 | $871.50 |
| | | | | **0.90** | | **$1,120.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$61,266.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:       9

Invoice 129652

July 31, 2021

---

## Expenses

| | | | |
|---|---|---|---|
| 07/06/2021 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 07/08/2021 | CC | Conference Call [E105] AT&T Conference Call, LFC | 0.69 |
| 07/21/2021 | CC | Conference Call [E105] AT&T Conference Call, LFC | 5.46 |
| 07/26/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 07/31/2021 | PAC | Pacer - Court Research | 3.50 |
| **Total Expenses for this Matter** | | | **$16.45** |

---

**For current services rendered through:     07/01/2021 - 07/31/2021**

| | |
|---|---|
| **Total Fees** | **$61,266.00** |
| **Total Expenses** | **16.45** |
| **Total Due on Current Invoice** | **$61,282.45** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

August 30, 2021
Invoice    129653
Client     32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2021

| | |
|---|---|
| FEES | $2,588.00 |
| EXPENSES | $12.00 |
| **TOTAL CURRENT CHARGES** | **$2,600.00** |
| **TOTAL BALANCE DUE** | **$2,600.00** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129653

August 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 4.80 | $2,208.00 |
| LAF | Forrester, Leslie A. | Other | 475.00 | 0.80 | $380.00 |
| | | | | 5.60 | $2,588.00 |

Pachulski Stang Ziehl & Jones LLP                              Page:      3
Gottlieb, David (Penthouse)                                   Invoice 129653
32277    - 00002                                               August 30, 2021

---

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CO | Claims Admin/Objections[B310] | 5.60 | $2,588.00 |
| | | 5.60 | $2,588.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    4

Invoice 129653

August 30, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $12.00 |
| | $12.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5

Invoice 129653

August 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 08/02/2021 | BDD | CO | Review service list for administrative claims bar date and email L. Cantor re same | 0.30 | 460.00 | $138.00 |
| 08/16/2021 | BDD | CO | Emails L. Cantor re objections to administrative claims (.20); review objections and begin working on notices re same (.30) | 0.80 | 460.00 | $368.00 |
| 08/16/2021 | BDD | CO | Email N. Brown re UST attorney assignment | 0.10 | 460.00 | $46.00 |
| 08/16/2021 | BDD | CO | Work on service list for objections to administrative claims | 0.20 | 460.00 | $92.00 |
| 08/17/2021 | BDD | CO | Email L. Cantor re notice of administrative claim objections | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | CO | Call to Judge's clerk re notice of administrative claims | 0.10 | 460.00 | $46.00 |
| 08/17/2021 | BDD | CO | Review objections for claims of taxing authorities and email L. Forrester re same | 0.30 | 460.00 | $138.00 |
| 08/18/2021 | LAF | CO | Legal research re: Objections to administrative tax claim. | 0.80 | 475.00 | $380.00 |
| 08/18/2021 | BDD | CO | Prepare 9 notices to motions for disallowance of administrative claims and email L. Cantor re same | 2.50 | 460.00 | $1,150.00 |
| 08/18/2021 | BDD | CO | Call with L. Cantor re objections to motions for administrative claims | 0.30 | 460.00 | $138.00 |
| 08/23/2021 | BDD | CO | Email L. Cantor re notices in connection with objections to administrative claims | 0.10 | 460.00 | $46.00 |
| | | | | **5.60** | | **$2,588.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$2,588.00**

Pachulski Stang Ziehl & Jones LLP                    Page:        6
Gottlieb, David (Penthouse)                          Invoice 129653
32277    - 00002                                     August 30, 2021

---

## Expenses

08/31/2021    PAC       Pacer - Court Research                                12.00
   **Total Expenses for this Matter**                                       **$12.00**

---

**For current services rendered through:    08/31/2021**

**Total Fees**                                                           **$2,588.00**

**Total Expenses**                                                          **12.00**

**Total Due on Current Invoice**                                         **$2,600.00**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

September 30, 2021
Invoice    129654
Client      32277
Matter      00002
         **LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2021

| | |
|---|---|
| FEES | $10,054.00 |
| EXPENSES | $1,373.95 |
| **TOTAL CURRENT CHARGES** | **$11,427.95** |
| **TOTAL BALANCE DUE** | **$11,427.95** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129654

September 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 6.70 | $3,082.00 |
| LFC | Cantor, Linda F. | Partner | 1245.00 | 5.60 | $6,972.00 |
| | | | | 12.30 | $10,054.00 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:        3
Invoice 129654
September 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation [L430] | 3.10 | $1,897.00 |
| CO | Claims Admin/Objections[B310] | 7.40 | $5,916.00 |
| CP | Compensation Prof. [B160] | 1.80 | $2,241.00 |
| | | 12.30 | $10,054.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:     4

Invoice 129654

September 30, 2021

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Attorney Service [E107] | $81.25 |
| Pacer - Court Research | $0.90 |
| Postage [E108] | $70.00 |
| Reproduction Expense [E101] | $1,045.20 |
| Reproduction/ Scan Copy | $176.60 |
| | $1,373.95 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:       5

Invoice 129654

September 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 09/01/2021 | LFC | BL | Review signed agreements and e-mail correspondence settlement to Trustee regarding same | 0.10 | 1245.00 | $124.50 |
| 09/29/2021 | LFC | BL | Review and provide comments / revisions to settlement motions in Campbell and Holland matters | 0.50 | 1245.00 | $622.50 |
| 09/29/2021 | BDD | BL | Multiple calls with/emails to B. Brook and L. Cantor re motions to approve compromise with Campbell & Holland (.50); revisions to motions re same (1.10); emails N. Brown re same (.20) | 1.80 | 460.00 | $828.00 |
| 09/29/2021 | BDD | BL | Work on service list issues re 9019 motions and objections to requests for admin claims | 0.50 | 460.00 | $230.00 |
| 09/29/2021 | BDD | BL | Emails N. Brown re motions to compromise (Campbell & Holland) | 0.20 | 460.00 | $92.00 |
| | | | | **3.10** | | **$1,897.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 09/17/2021 | LFC | CO | Draft revised objection to tax claims | 1.60 | 1245.00 | $1,992.00 |
| 09/20/2021 | BDD | CO | Email L. Cantor and B Brook re administrative tax claims | 0.10 | 460.00 | $46.00 |
| 09/20/2021 | BDD | CO | Call to clerk re objections to administrative claims | 0.10 | 460.00 | $46.00 |
| 09/21/2021 | BDD | CO | Follow up call to clerk re objection to administrative claims and email L. Cantor re same | 0.10 | 460.00 | $46.00 |
| 09/22/2021 | BDD | CO | Email L. Cantor re objections to admin claims and call to clerk re same | 0.10 | 460.00 | $46.00 |
| 09/23/2021 | LFC | CO | Review notices re: dismissed cases outstanding claims (.1); review motion and order on settlement and case dismissals; (.3) and draft correspondence to UST counsel regarding discharge of claims against dismissed entities (.4) | 0.80 | 1245.00 | $996.00 |
| 09/27/2021 | BDD | CO | Email court re objections to requests for payment to admin claims | 0.10 | 460.00 | $46.00 |
| 09/27/2021 | BDD | CO | Email L. Cantor and B. Brook re objections to requests for payment of admin claims filed by FTB | 0.10 | 460.00 | $46.00 |
| 09/29/2021 | LFC | CO | Confer with Brad Brook regarding filing of claim objections and settlement motions | 0.20 | 1245.00 | $249.00 |
| 09/29/2021 | LFC | CO | Review and comments regarding service parties and e-mail memos regarding same | 0.20 | 1245.00 | $249.00 |
| 09/29/2021 | BDD | CO | Email L. Cantor re objections to tax claims | 0.10 | 460.00 | $46.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        6
Gottlieb, David (Penthouse)                                          Invoice 129654
32277    - 00002                                                     September 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/30/2021 | LFC | CO | Further research and consolidate tax return letters and claims for filing objection | 0.40 | 1245.00 | $498.00 |
| 09/30/2021 | BDD | CO | Review/finalize objections/motions/proofs of service and prepare for filing 13 claim objections and 2 9019 motions, and emails to L. Cantor, B. Brook and N. Brown re same (2.80); prepare erratas re 9019 motions and emails N. Brown re same (.30) | 3.10 | 460.00 | $1,426.00 |
| 09/30/2021 | BDD | CO | Email L. Cantor re proofs of service for claim objections | 0.10 | 460.00 | $46.00 |
| 09/30/2021 | BDD | CO | Email E. Colson re objections to payment for administrative claims filed by FTB | 0.10 | 460.00 | $46.00 |
| 09/30/2021 | BDD | CO | Email L. Cantor re objections to admin tax claims | 0.10 | 460.00 | $46.00 |
| 09/30/2021 | BDD | CO | Email B. Brook re filed motions and claim objections | 0.10 | 460.00 | $46.00 |
| | | | | 7.40 | | $5,916.00 |

## Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/29/2021 | LFC | CP | Review rules and court manual regarding additional notice procedures (.2) and e-mail memo regarding same (.2) | 0.40 | 1245.00 | $498.00 |
| 09/30/2021 | LFC | CP | Review and revise objection to Franchise Tax Board claims (.6 ) and confer with Janice G Washington regarding consolidated notice (.1) | 0.70 | 1245.00 | $871.50 |
| 09/30/2021 | LFC | CP | Review tax documents regarding letters requesting 505 tax determinations and submit letters as exhibits to objection | 0.50 | 1245.00 | $622.50 |
| 09/30/2021 | LFC | CP | Telephone call with Beth Dassa regarding filings and preparation of errata notices | 0.20 | 1245.00 | $249.00 |
| | | | | 1.80 | | $2,241.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                              **$10,054.00**

Pachulski Stang Ziehl & Jones LLP                                        Page:      7
Gottlieb, David (Penthouse)                                             Invoice 129654
32277   - 00002                                                         September 30, 2021

---

**Expenses**

| | | | |
|---|---|---|---|
| 09/16/2021 | AS | Attorney Service [E107] Nationwide Legal, Inv. 00000034815, J. Washington | 81.25 |
| 09/30/2021 | PO | Postage Charges | 70.00 |
| 09/30/2021 | RE | ( 444 @0.20 PER PG) | 88.80 |
| 09/30/2021 | RE | ( 1610 @0.20 PER PG) | 322.00 |
| 09/30/2021 | RE | ( 1700 @0.20 PER PG) | 340.00 |
| 09/30/2021 | RE | ( 1160 @0.20 PER PG) | 232.00 |
| 09/30/2021 | RE | ( 52 @0.20 PER PG) | 10.40 |
| 09/30/2021 | RE | ( 260 @0.20 PER PG) | 52.00 |
| 09/30/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/30/2021 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 09/30/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/30/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/30/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Gottlieb, David (Penthouse)

Invoice 129654

32277    - 00002

September 30, 2021

| | | | |
|---|---|---|---|
| 09/30/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/30/2021 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/30/2021 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/30/2021 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 09/30/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/30/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 09/30/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 09/30/2021 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/30/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 09/30/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 09/30/2021 | RE2 | SCAN/COPY ( 135 @0.10 PER PG) | 13.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 09/30/2021 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                Page:      9
Gottlieb, David (Penthouse)                                      Invoice 129654
32277    - 00002                                                 September 30, 2021

| | | | |
|---|---|---|---|
| 09/30/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/30/2021 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 09/30/2021 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/30/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/30/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/30/2021 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 09/30/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/30/2021 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |
| 09/30/2021 | RE2 | SCAN/COPY ( 104 @0.10 PER PG) | 10.40 |
| 09/30/2021 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/30/2021 | PAC | Pacer - Court Research | 0.90 |

**Total Expenses for this Matter**                              **$1,373.95**

---

**For current services rendered through:    09/01/2021 - 09/30/2021**

**Total Fees**                                                  **$10,054.00**

**Total Expenses**                                              **1,373.95**

**Total Due on Current Invoice**                                **$11,427.95**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

October 31, 2021
Invoice    129655
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2021

| | |
|---|---:|
| FEES | $13,154.50 |
| EXPENSES | $476.28 |
| **TOTAL CURRENT CHARGES** | **$13,630.78** |
| **TOTAL BALANCE DUE** | **$13,630.78** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 129655

October 31, 2021

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 1.00 | $460.00 |
| LFC | Cantor, Linda F. | Partner | 1395.00 | 9.10 | $12,694.50 |
| | | | | 10.10 | $13,154.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    3

Gottlieb, David (Penthouse)

Invoice 129655

32277    - 00002

October 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 0.60 | $837.00 |
| CO | Claims Admin/Objections[B310] | 8.80 | $11,434.50 |
| EC | Executory Contracts [B185] | 0.20 | $279.00 |
| RP | Retention of Prof. [B160] | 0.50 | $604.00 |
| | | 10.10 | $13,154.50 |

Pachulski Stang Ziehl & Jones LLP                                   Page:      4
Gottlieb, David (Penthouse)                                        Invoice 129655
32277    - 00002                                                   October 31, 2021

## __Summary of Expenses__

| Description | Amount |
|---|---|
| Federal Express [E108] | $57.88 |
| Reproduction Expense [E101] | $360.60 |
| Reproduction/ Scan Copy | $57.80 |
| | $476.28 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129655

October 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/28/2021 | LFC | BL | Review settlement order and provide comments | 0.20 | 1395.00 | $279.00 |
| 10/28/2021 | LFC | BL | Review draft forms of dismissal stipulations and orders per approved settlement agreements | 0.40 | 1395.00 | $558.00 |
| | | | | **0.60** | | **$837.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 10/01/2021 | LFC | CO | Review filed pleadings concerning settlements, claims and court notices (.1) and telephone conference with Beth Dassa regarding same (1.) | 0.20 | 1395.00 | $279.00 |
| 10/01/2021 | BDD | CO | Email N. Brown re filed motions/objections | 0.10 | 460.00 | $46.00 |
| 10/01/2021 | BDD | CO | Prepare errata re date of hearing on claim objection and emails N. Brown re same | 0.20 | 460.00 | $92.00 |
| 10/01/2021 | BDD | CO | Call with N. Brown re incorrect hearing date for claim objection | 0.10 | 460.00 | $46.00 |
| 10/02/2021 | LFC | CO | Draft revised consolidated objection to tax claims (1.1) and draft email discussing same to Brad Brook (.2) | 1.30 | 1395.00 | $1,813.50 |
| 10/02/2021 | LFC | CO | Review administrative tax claims and exhibits to consolidated objection | 0.50 | 1395.00 | $697.50 |
| 10/03/2021 | BDD | CO | Email B. Brook re pleadings filed 9/30 | 0.10 | 460.00 | $46.00 |
| 10/04/2021 | LFC | CO | Review proposed language and confer with J Washington regarding filing of consolidated tax claim objections | 0.20 | 1395.00 | $279.00 |
| 10/04/2021 | BDD | CO | Email J. Washington re motions to disallow administrative claims (FTB and book entry claims) | 0.10 | 460.00 | $46.00 |
| 10/05/2021 | LFC | CO | Review pleadings and notices for filing | 0.20 | 1395.00 | $279.00 |
| 10/05/2021 | BDD | CO | Assist with prep/filing/serving of Motion to Disallow Request for Payment of Admin Claim # 68-1 and emails B. Brook, N. Brown, and J. Washington re same | 0.30 | 460.00 | $138.00 |
| 10/08/2021 | LFC | CO | Review Iron Mountain claim, payment records from operating estate and executory contract notices and debtors' contract  claim analysis in connection with claim objection | 0.40 | 1395.00 | $558.00 |
| 10/08/2021 | LFC | CO | Review legal and factual  analysis of Iron Mountain claim response | 0.20 | 1395.00 | $279.00 |
| 10/11/2021 | LFC | CO | Review Iron Mountain claim objection response and reply with updated analysis including email memos | 0.40 | 1395.00 | $558.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

Gottlieb, David (Penthouse)

Invoice 129655

32277   - 00002

October 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding same | | | |
| 10/11/2021 | LFC | CO | Review LA Dept of Revenue claim and debtors' operating reports for applicable periods | 0.60 | 1395.00 | $837.00 |
| 10/11/2021 | LFC | CO | Review outstanding administrative claims | 0.40 | 1395.00 | $558.00 |
| 10/13/2021 | LFC | CO | Review further claim analysis on Iron Mountain claim objection | 0.20 | 1395.00 | $279.00 |
| 10/13/2021 | LFC | CO | Review Providence email regarding City of Los Angeles tax basis calculations and determine appropriate basis for objection | 0.30 | 1395.00 | $418.50 |
| 10/14/2021 | LFC | CO | Review estate operations revenue and email to Walt Bowser basis for allowance of reduced administrative tax claim and calculations | 0.30 | 1395.00 | $418.50 |
| 10/14/2021 | LFC | CO | Review email and memo outlining additional potential administrative tax claim objections | 0.30 | 1395.00 | $418.50 |
| 10/16/2021 | LFC | CO | Review pending claim issues and TC with Brad Brook regarding same | 0.50 | 1395.00 | $697.50 |
| 10/21/2021 | LFC | CO | Review pleadings and case docket and email correspondence with Brad Brook regarding same | 0.20 | 1395.00 | $279.00 |
| 10/27/2021 | LFC | CO | Review revised operating revenue figures and calculate LA City tax obligation | 0.30 | 1395.00 | $418.50 |
| 10/28/2021 | LFC | CO | Review and provide comments on forms of Order and notices of continuances | 0.30 | 1395.00 | $418.50 |
| 10/28/2021 | LFC | CO | Research scope of Rule 3007 | 0.60 | 1395.00 | $837.00 |
| 10/29/2021 | LFC | CO | Research cases on 502 and 503 objection pleadings and scope of notice requirements | 0.50 | 1395.00 | $697.50 |
| | | | | **8.80** | | **$11,434.50** |

**Executory Contracts [B185]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/08/2021 | LFC | EC | Review Penthouse lease re termination provisions | 0.20 | 1395.00 | $279.00 |
| | | | | **0.20** | | **$279.00** |

**Retention of Prof. [B160]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2021 | LFC | RP | Review retention provisions for merger of firm and renewed substitution application | 0.40 | 1395.00 | $558.00 |
| 10/26/2021 | BDD | RP | Email L. Cantor re App to Retain S. Eisner in ch. 7 case | 0.10 | 460.00 | $46.00 |
| | | | | **0.50** | | **$604.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$13,154.50**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      7

Invoice 129655

October 31, 2021

---

### Expenses

| | | | |
|---|---|---|---|
| 10/01/2021 | FE | 32277.00002 FedEx Charges for 10-01-21 | 14.06 |
| 10/01/2021 | FE | 32277.00002 FedEx Charges for 10-01-21 | 10.94 |
| 10/01/2021 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/01/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/01/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/04/2021 | FE | 32277.00002 FedEx Charges for 10-04-21 | 10.96 |
| 10/04/2021 | RE | ( 396 @0.20 PER PG) | 79.20 |
| 10/04/2021 | RE | ( 497 @0.20 PER PG) | 99.40 |
| 10/04/2021 | RE | ( 66 @0.20 PER PG) | 13.20 |
| 10/04/2021 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/04/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/04/2021 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/04/2021 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 10/04/2021 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/04/2021 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 10/05/2021 | FE | 32277.00002 FedEx Charges for 10-05-21 | 10.96 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    8

Invoice 129655

October 31, 2021

| | | | |
|---|---|---|---:|
| 10/05/2021 | FE | 32277.00002 FedEx Charges for 10-05-21 | 10.96 |
| 10/05/2021 | RE | ( 630 @0.20 PER PG) | 126.00 |
| 10/05/2021 | RE | ( 49 @0.20 PER PG) | 9.80 |
| 10/05/2021 | RE | ( 130 @0.20 PER PG) | 26.00 |
| 10/05/2021 | RE | ( 14 @0.20 PER PG) | 2.80 |
| 10/05/2021 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 10/05/2021 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 10/05/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2021 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 10/05/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/05/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/05/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/05/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2021 | RE | ( 21 @0.20 PER PG) | 4.20 |

**Total Expenses for this Matter**                                 **$476.28**

**For current services rendered through:    10/01/2021 - 10/31/2021**

**Total Fees**                                                    **$13,154.50**

**Total Expenses**                                                      **476.28**

**Total Due on Current Invoice**                                  **$13,630.78**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

October 31, 2021
Invoice    131074
Client    32277
Matter    00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2021

| | |
|---|---|
| EXPENSES | $40.99 |
| **TOTAL CURRENT CHARGES** | **$40.99** |
| **TOTAL BALANCE DUE** | **$40.99** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:       2

Invoice 131074

October 31, 2021

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Postage [E108] | $40.99 |
| | $40.99 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:    3

Invoice 131074

October 31, 2021

### Expenses

| | | | |
|---|---|---|---:|
| 10/01/2021 | PO | Postage | 5.01 |
| 10/01/2021 | PO | Postage | 2.65 |
| 10/04/2021 | PO | Postage | 16.52 |
| 10/04/2021 | PO | Postage | 14.16 |
| 10/22/2021 | PO | Postage | 2.65 |
| **Total Expenses for this Matter** | | | **$40.99** |

**For current services rendered through:    10/01/2021 - 10/31/2021**

**Total Expenses**                                                                                  **40.99**

**Total Due on Current Invoice**                                                          **$40.99**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

November 30, 2021
Invoice    129752
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2021

| | |
|---|---:|
| FEES | $17,720.50 |
| EXPENSES | $1,260.61 |
| **TOTAL CURRENT CHARGES** | **$18,981.11** |
| **TOTAL BALANCE DUE** | **$18,981.11** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2
Invoice 129752
November 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 0.70 | $322.00 |
| LAF | Forrester, Leslie A. | Other | 475.00 | 8.10 | $3,847.50 |
| LFC | Cantor, Linda F. | Partner | 1245.00 | 9.00 | $11,205.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 460.00 | 5.10 | $2,346.00 |
| | | | | 22.90 | $17,720.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 129752

November 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 2.00 | $2,490.00 |
| CO | Claims Admin/Objections[B310] | 1.40 | $1,743.00 |
| RP | Retention of Prof. [B160] | 19.50 | $13,487.50 |
| | | 22.90 | $17,720.50 |

Pachulski Stang Ziehl & Jones LLP                              Page:      4
Gottlieb, David (Penthouse)                                    Invoice 129752
32277    - 00002                                               November 30, 2021

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $56.31 |
| Lexis/Nexis- Legal Research [E | $346.90 |
| Pacer - Court Research | $11.40 |
| Reproduction Expense [E101] | $732.20 |
| Reproduction/ Scan Copy | $113.80 |
| | $1,260.61 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 129752

November 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 11/01/2021 | LFC | BL | Review settlement documents and research forms of dismissal stipulation and order | 0.70 | 1245.00 | $871.50 |
| 11/18/2021 | LFC | BL | Review OSC, settlement agreement and record and confer with Brad Brook regarding same | 0.50 | 1245.00 | $622.50 |
| 11/18/2021 | LFC | BL | Revise draft stipulation and order re: dismissal of adversary proceedings | 0.60 | 1245.00 | $747.00 |
| 11/22/2021 | LFC | BL | Review court order and pending matter on settled adversary actions  and confer with Brad Brook regarding same | 0.20 | 1245.00 | $249.00 |
|  |  |  |  | **2.00** |  | **$2,490.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 11/02/2021 | LFC | CO | Review revised notices of continued claim  hearings and confirm service items | 0.40 | 1245.00 | $498.00 |
| 11/03/2021 | LFC | CO | Review notices and objection forms and email memos regarding changes | 0.30 | 1245.00 | $373.50 |
| 11/08/2021 | LFC | CO | TC with Brad Brook regarding filing of additional administrative claim objections | 0.10 | 1245.00 | $124.50 |
| 11/08/2021 | LFC | CO | Review additional objections and service matters | 0.20 | 1245.00 | $249.00 |
| 11/09/2021 | LFC | CO | Review notice and claims status | 0.40 | 1245.00 | $498.00 |
|  |  |  |  | **1.40** |  | **$1,743.00** |
| **Retention of Prof. [B160]** | | | | | | |
| 11/01/2021 | LFC | RP | Review retention pleadings, merger notifications and confer with Nancy Lockwood regarding new retention pleadings | 0.50 | 1245.00 | $622.50 |
| 11/03/2021 | NPL | RP | Begin preparation of application to employ KROST as accountants to the chapter 7 trustee. | 1.10 | 460.00 | $506.00 |
| 11/04/2021 | NPL | RP | Continued preparation of application to employ KROST as tax accountants to the chapter 7 trustee. | 2.40 | 460.00 | $1,104.00 |
| 11/04/2021 | NPL | RP | Prepare notice of application to employ KROST as tax accountants to the chapter 7 trustee. | 0.60 | 460.00 | $276.00 |
| 11/04/2021 | NPL | RP | Prepare proposed order on application to employ KROST as tax accountants to the chapter 7 trustee | 0.30 | 460.00 | $138.00 |
| 11/04/2021 | NPL | RP | Prepare declaration in support of application to employ KROST as tax accountants to the chapter 7 trustee. | 0.60 | 460.00 | $276.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     6

Gottlieb, David (Penthouse)

Invoice 129752

32277    - 00002

November 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2021 | NPL | RP | Draft email to L. Cantor regarding application to employ KROST as tax accountants to the chapter 7 trustee. | 0.10 | 460.00 | $46.00 |
| 11/08/2021 | LFC | RP | Review and revise draft application to retain KROST as special tax advisors to the Trustee | 0.60 | 1245.00 | $747.00 |
| 11/08/2021 | LFC | RP | Further review and revise KROST retention application | 0.50 | 1245.00 | $622.50 |
| 11/09/2021 | BDD | RP | Email L. Cantor re Eisner retention application | 0.10 | 460.00 | $46.00 |
| 11/11/2021 | LFC | RP | Research and review case law re retention matters | 3.20 | 1245.00 | $3,984.00 |
| 11/11/2021 | LFC | RP | Review declaration in support of KROST retention application | 0.30 | 1245.00 | $373.50 |
| 11/15/2021 | LAF | RP | Citecheck & edit pleading re 327 & nunc pro tunc. | 2.50 | 475.00 | $1,187.50 |
| 11/15/2021 | LAF | RP | Legal research re: Adevedo, 327 & nunc pro tunc. | 0.50 | 475.00 | $237.50 |
| 11/16/2021 | LAF | RP | Citecheck & edit pleading re 327. | 2.10 | 475.00 | $997.50 |
| 11/16/2021 | BDD | RP | Call with L. Cantor re S. Eisner retention app nunc pro tunc | 0.20 | 460.00 | $92.00 |
| 11/16/2021 | BDD | RP | Research nunc pro tunc retention applications and email L. Cantor re same | 0.30 | 460.00 | $138.00 |
| 11/17/2021 | LAF | RP | Citecheck & edit points & authorities. | 3.00 | 475.00 | $1,425.00 |
| 11/17/2021 | BDD | RP | Call with L. Cantor re Eisner nunc pro tunc retention application | 0.10 | 460.00 | $46.00 |
| 11/22/2021 | LFC | RP | Review proposed resolution of KROST retention application with UST and confer with Scott Eisner regarding same | 0.30 | 1245.00 | $373.50 |
| 11/22/2021 | LFC | RP | Draft supplemental declaration of Scott Eisner re: agreement with UST on fees | 0.20 | 1245.00 | $249.00 |
| | | | | 19.50 | | $13,487.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                      $17,720.50

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
Gottlieb, David (Penthouse)                                          Invoice 129752
32277    - 00002                                                     November 30, 2021

---

### Expenses

| | | | |
|---|---|---|---|
| 11/03/2021 | FE | 32277.00002 FedEx Charges for 11-03-21 | 11.29 |
| 11/03/2021 | RE | ( 90 @0.20 PER PG) | 18.00 |
| 11/03/2021 | RE | ( 222 @0.20 PER PG) | 44.40 |
| 11/03/2021 | RE | ( 84 @0.20 PER PG) | 16.80 |
| 11/03/2021 | RE | ( 176 @0.20 PER PG) | 35.20 |
| 11/03/2021 | RE | ( 150 @0.20 PER PG) | 30.00 |
| 11/03/2021 | RE | ( 70 @0.20 PER PG) | 14.00 |
| 11/03/2021 | RE | ( 119 @0.20 PER PG) | 23.80 |
| 11/03/2021 | RE | ( 215 @0.20 PER PG) | 43.00 |
| 11/03/2021 | RE | ( 270 @0.20 PER PG) | 54.00 |
| 11/03/2021 | RE | ( 70 @0.20 PER PG) | 14.00 |
| 11/03/2021 | RE | ( 70 @0.20 PER PG) | 14.00 |
| 11/03/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/03/2021 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/08/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2021 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     8
Gottlieb, David (Penthouse)                                         Invoice 129752
32277    - 00002                                                    November 30, 2021

| 11/08/2021 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/08/2021 | RE2 | SCAN/COPY ( 170 @0.10 PER PG) | 17.00 |
| 11/08/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2021 | RE2 | SCAN/COPY ( 220 @0.10 PER PG) | 22.00 |
| 11/08/2021 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 11/08/2021 | RE2 | SCAN/COPY ( 133 @0.10 PER PG) | 13.30 |
| 11/09/2021 | FE | 32277.00002 FedEx Charges for 11-09-21 | 11.26 |
| 11/09/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/09/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/09/2021 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 11/09/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/12/2021 | LN | 32277.00002 Lexis Charges for 11-12-21 | 14.40 |
| 11/13/2021 | LN | 32277.00002 Lexis Charges for 11-13-21 | 50.40 |
| 11/15/2021 | LN | 32277.00002 Lexis Charges for 11-15-21 | 62.62 |

Pachulski Stang Ziehl & Jones LLP                                         Page:      9
Gottlieb, David (Penthouse)                                               Invoice 129752
32277    - 00002                                                          November 30, 2021

---

| 11/16/2021 | LN  | 32277.00002 Lexis Charges for 11-16-21    | 20.86  |
| 11/16/2021 | RE2 | SCAN/COPY ( 14 @0.10 PER PG)              | 1.40   |
| 11/16/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG)              | 1.60   |
| 11/17/2021 | LN  | 32277.00002 Lexis Charges for 11-17-21    | 177.45 |
| 11/17/2021 | LN  | 32277.00002 Lexis Charges for 11-17-21    | 21.17  |
| 11/17/2021 | RE  | ( 78 @0.20 PER PG)                        | 15.60  |
| 11/17/2021 | RE  | ( 390 @0.20 PER PG)                       | 78.00  |
| 11/17/2021 | RE  | ( 19 @0.20 PER PG)                        | 3.80   |
| 11/17/2021 | RE  | ( 741 @0.20 PER PG)                       | 148.20 |
| 11/17/2021 | RE2 | SCAN/COPY ( 17 @0.10 PER PG)              | 1.70   |
| 11/17/2021 | RE2 | SCAN/COPY ( 21 @0.10 PER PG)              | 2.10   |
| 11/17/2021 | RE2 | SCAN/COPY ( 18 @0.10 PER PG)              | 1.80   |
| 11/17/2021 | RE2 | SCAN/COPY ( 22 @0.10 PER PG)              | 2.20   |
| 11/17/2021 | RE2 | SCAN/COPY ( 13 @0.10 PER PG)              | 1.30   |
| 11/17/2021 | RE2 | SCAN/COPY ( 21 @0.10 PER PG)              | 2.10   |
| 11/18/2021 | FE  | 32277.00002 FedEx Charges for 11-18-21    | 11.24  |
| 11/22/2021 | FE  | 32277.00002 FedEx Charges for 11-22-21    | 11.26  |
| 11/22/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)               | 0.70   |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
Gottlieb, David (Penthouse)                                         Invoice 129752
32277    - 00002                                                    November 30, 2021

| | | | |
|---|---|---|---|
| 11/22/2021 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/22/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2021 | FE | 32277.00002 FedEx Charges for 11-24-21 | 11.26 |
| 11/24/2021 | RE | ( 156 @0.20 PER PG) | 31.20 |
| 11/24/2021 | RE | ( 741 @0.20 PER PG) | 148.20 |
| 11/24/2021 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/24/2021 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2021 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/30/2021 | PAC | Pacer - Court Research | 11.40 |
| **Total Expenses for this Matter** | | | **$1,260.61** |

**For current services rendered through:    11/01/2021 - 11/30/2021**

| | |
|---|---|
| **Total Fees** | **$17,720.50** |
| **Total Expenses** | **1,260.61** |
| **Total Due on Current Invoice** | **$18,981.11** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

November 30, 2021
Invoice    131075
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  11/30/2021**

| | |
|---|---:|
| EXPENSES | $224.31 |
| **TOTAL CURRENT CHARGES** | **$224.31** |
| **TOTAL BALANCE DUE** | **$224.31** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 131075

November 30, 2021

---

### Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $1.80 |
| Postage [E108] | $218.21 |
| Reproduction/ Scan Copy | $4.30 |
|  | $224.31 |

Pachulski Stang Ziehl & Jones LLP                                        Page:      3
Gottlieb, David (Penthouse)                                             Invoice 131075
32277    -00002                                                         November 30, 2021

---

**Expenses**

| | | | |
|---|---|---|---:|
| 11/03/2021 | PO | Postage | 97.56 |
| 11/08/2021 | PO | Postage | 31.66 |
| 11/09/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/17/2021 | PO | Postage | 49.07 |
| 11/22/2021 | PO | Postage | 3.65 |
| 11/24/2021 | PO | Postage | 36.27 |
| 11/30/2021 | PAC | Pacer - Court Research | 1.80 |

**Total Expenses for this Matter**                                  **$224.31**

---

**For current services rendered through:    11/01/2021 - 11/30/2021**

**Total Expenses**                                                      **224.31**

**Total Due on Current Invoice**                                      **$224.31**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

December 31, 2021
Invoice    131076
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2021**

| | |
|---|---|
| FEES | $668.50 |
| EXPENSES | $147.61 |
| **TOTAL CURRENT CHARGES** | **$816.11** |
| **TOTAL BALANCE DUE** | **$816.11** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 131076

December 31, 2021

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 460.00 | 0.10 | $46.00 |
| LFC | Cantor, Linda F. | Partner | 1245.00 | 0.50 | $622.50 |
| | | | | 0.60 | $668.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 131076

December 31, 2021

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.50 | $622.50 |
| RP | Retention of Prof. [B160] | 0.10 | $46.00 |
| | | 0.60 | $668.50 |

Pachulski Stang Ziehl & Jones LLP                    Page:      4
Gottlieb, David (Penthouse)                          Invoice 131076
32277    - 00002                                     December 31, 2021

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $22.18 |
| Pacer - Court Research | $6.00 |
| Postage [E108] | $48.83 |
| Reproduction Expense [E101] | $67.40 |
| Reproduction/ Scan Copy | $3.20 |
| | $147.61 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:      5

Invoice 131076

December 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 12/06/2021 | LFC | CO | Review and consider creditor response to claim objection | 0.20 | 1245.00 | $249.00 |
| 12/07/2021 | LFC | CO | Review and consider Combat Zone response to objection to request for payment of administrative claim | 0.30 | 1245.00 | $373.50 |
| | | | | **0.50** | | **$622.50** |
| **Retention of Prof. [B160]** | | | | | | |
| 12/15/2021 | BDD | RP | Review Order re Krost retention and email L. Cantor re same | 0.10 | 460.00 | $46.00 |
| | | | | **0.10** | | **$46.00** |
| **TOTAL SERVICES FOR THIS MATTER:** | | | | | | **$668.50** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:    6

Invoice 131076

December 31, 2021

---

### Expenses

| | | | |
|---|---|---|---:|
| 12/15/2021 | FE | 32277.00002 FedEx Charges for 12-15-21 | 11.09 |
| 12/15/2021 | PO | Postage | 5.11 |
| 12/15/2021 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 12/16/2021 | FE | 32277.00002 FedEx Charges for 12-16-21 | 11.09 |
| 12/16/2021 | PO | Postage | 4.65 |
| 12/16/2021 | RE | ( 64 @0.20 PER PG) | 12.80 |
| 12/16/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/16/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/29/2021 | PO | Postage | 39.07 |
| 12/29/2021 | RE | ( 168 @0.20 PER PG) | 33.60 |
| 12/29/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/31/2021 | PAC | Pacer - Court Research | 6.00 |

**Total Expenses for this Matter**    **$147.61**

---

**For current services rendered through:**    **12/01/2021 - 12/31/2021**

| | |
|---|---:|
| **Total Fees** | **$668.50** |
| **Total Expenses** | **147.61** |
| **Total Due on Current Invoice** | **$816.11** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

January 31, 2022
Invoice    131077
Client    32277
Matter    00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2022

| | |
|---|---|
| EXPENSES | $16.25 |
| **TOTAL CURRENT CHARGES** | **$16.25** |
| **TOTAL BALANCE DUE** | **$16.25** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:     2

Invoice 131077

January 31, 2022

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $4.90 |
| Postage [E108] | $2.65 |
| Reproduction/ Scan Copy | $8.70 |
| | $16.25 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 131077

January 31, 2022

## Expenses

| | | | |
|---|---|---|---|
| 01/20/2022 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 01/21/2022 | PO | Postage | 2.65 |
| 01/21/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/21/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/31/2022 | PAC | Pacer - Court Research | 4.90 |
| | **Total Expenses for this Matter** | | **$16.25** |

**For current services rendered through:    01/01/2022 - 01/31/2022**

**Total Expenses**                                                                 **16.25**

**Total Due on Current Invoice**                                          **$16.25**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

February 28, 2022
Invoice    131078
Client      32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2022

| | |
|---|---|
| EXPENSES | $153.63 |
| **TOTAL CURRENT CHARGES** | **$153.63** |
| **TOTAL BALANCE DUE** | **$153.63** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
Gottlieb, David (Penthouse)                                          Invoice 131078
32277    - 00002                                                    February 28, 2022

---

### **Summary of Expenses**

| Description | Amount |
|---|---|
| Federal Express [E108] | $12.23 |
| Pacer - Court Research | $17.30 |
| Postage [E108] | $18.60 |
| Reproduction Expense [E101] | $95.00 |
| Reproduction/ Scan Copy | $10.50 |
| | $153.63 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        3
Gottlieb, David (Penthouse)                                          Invoice 131078
32277    -00002                                                      February 28, 2022

---

**Expenses**

| | | | |
|---|---|---|---:|
| 02/24/2022 | FE  | 32277.00002 FedEx Charges for 02-24-22 | 12.23 |
| 02/24/2022 | PO  | Postage | 18.60 |
| 02/24/2022 | RE  | ( 200 @0.20 PER PG) | 40.00 |
| 02/24/2022 | RE  | ( 50 @0.20 PER PG) | 10.00 |
| 02/24/2022 | RE  | ( 225 @0.20 PER PG) | 45.00 |
| 02/24/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 02/24/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 02/24/2022 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 02/24/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 02/24/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/24/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/25/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/28/2022 | PAC | Pacer - Court Research | 17.30 |

**Total Expenses for this Matter**                                   **$153.63**

---

For current services rendered through:    02/01/2022 - 02/28/2022

**Total Expenses**                                                   **153.63**

**Total Due on Current Invoice**                                     **$153.63**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

March 31, 2022
Invoice    131079
Client      32277
Matter     00002
**LFC**

RE:   Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2022

| | |
|---|---|
| FEES | $18,094.50 |
| EXPENSES | $15.57 |
| **TOTAL CURRENT CHARGES** | **$18,110.07** |
| **TOTAL BALANCE DUE** | **$18,110.07** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 131079

March 31, 2022

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 0.20 | $99.00 |
| LFC | Cantor, Linda F. | Partner | 1395.00 | 12.90 | $17,995.50 |
| | | | | 13.10 | $18,094.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 131079

March 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 2.10 | $2,929.50 |
| CO | Claims Admin/Objections[B310] | 6.50 | $9,067.50 |
| CP | Compensation Prof. [B160] | 4.50 | $6,097.50 |
|   |   | 13.10 | $18,094.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:        4
Gottlieb, David (Penthouse)                                          Invoice 131079
32277    - 00002                                                     March 31, 2022

---

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $3.50 |
| Postage [E108] | $6.07 |
| Reproduction Expense [E101] | $6.00 |
| | $15.57 |

Pachulski Stang Ziehl & Jones LLP                                          Page:      5
Gottlieb, David (Penthouse)                                                Invoice 131079
32277    -00002                                                            March 31, 2022

_____

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| 03/21/2022 | LFC | CA | Analysis of claims allowance regarding final distributions and case closing | 2.10 | 1395.00 | $2,929.50 |
|  |  |  |  | 2.10 |  | $2,929.50 |

### Claims Admin/Objections[B310]

| 03/24/2022 | LFC | CO | Review settlement with buyer of debtors' assets and impact of case dismissals on preparation of final estate tax returns including review of previous estate tax returns filed in these cases | 1.80 | 1395.00 | $2,511.00 |
| 03/28/2022 | LFC | CO | Review outstanding claims, recent proof of claim filings by the OUST and potential additional objections in connection with preparing for closing of cases and revised final distribution analysis for chapter 7 and chapter 11 administrative claims | 2.70 | 1395.00 | $3,766.50 |
| 03/29/2022 | LFC | CO | Review PGMI Distraint Warrant, review previous forms from NYC and telephone call to counsel for New York state regarding same | 0.40 | 1395.00 | $558.00 |
| 03/31/2022 | LFC | CO | Review current version of case distribution report and research docket and records regarding updated figures and impact on distribution percentages | 1.60 | 1395.00 | $2,232.00 |
|  |  |  |  | 6.50 |  | $9,067.50 |

### Compensation Prof. [B160]

| 03/16/2022 | LFC | CP | Review files and invoices in preparation for drafting second and final fee applications | 2.80 | 1395.00 | $3,906.00 |
| 03/18/2022 | LFC | CP | Review revised invoices and billings for final fee applications | 1.50 | 1395.00 | $2,092.50 |
| 03/28/2022 | BDD | CP | Emails L. Cantor re PSZJ final fee applications | 0.10 | 495.00 | $49.50 |
| 03/29/2022 | BDD | CP | Email L. Cantor re PSZJ final fee applications | 0.10 | 495.00 | $49.50 |
|  |  |  |  | 4.50 |  | $6,097.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$18,094.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:        6
Gottlieb, David (Penthouse)                                          Invoice 131079
32277    - 00002                                                     March 31, 2022

---

**Expenses**

| | | | |
|---|---|---|---|
| 03/31/2022 | PO | Postage Charges | 6.07 |
| 03/31/2022 | RE | ( 20 @0.20 PER PG) | 4.00 |
| 03/31/2022 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 03/31/2022 | PAC | Pacer - Court Research | 3.50 |
| | **Total Expenses for this Matter** | | **$15.57** |

---

**For current services rendered through:    03/01/2022 - 03/31/2022**

**Total Fees**                                                      **$18,094.50**

**Total Expenses**                                                       **15.57**

**Total Due on Current Invoice**                                    **$18,110.07**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

April 30, 2022
Invoice    131080
Client      32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2022

| | |
|---|---|
| FEES | $8,568.00 |
| EXPENSES | $0.30 |
| **TOTAL CURRENT CHARGES** | **$8,568.30** |
| **TOTAL BALANCE DUE** | **$8,568.30** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 131080

April 30, 2022

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 9.70 | $4,801.50 |
| LFC | Cantor, Linda F. | Partner | 1395.00 | 2.70 | $3,766.50 |
| | | | | 12.40 | $8,568.00 |

Pachulski Stang Ziehl & Jones LLP                                      Page:        3
Gottlieb, David (Penthouse)                                           Invoice 131080
32277    - 00002                                                     April 30, 2022

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 0.90 | $1,255.50 |
| CO | Claims Admin/Objections[B310] | 1.90 | $2,560.50 |
| CP | Compensation Prof. [B160] | 9.60 | $4,752.00 |
|  |  | 12.40 | $8,568.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      4

Invoice 131080

April 30, 2022

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $0.30 |
| | $0.30 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    5

Invoice 131080

April 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 04/04/2022 | LFC | CA | Review updated case distribution analysis from Province and e-mail correspondence to professionals regarding same | 0.40 | 1395.00 | $558.00 |
| 04/05/2022 | LFC | CA | Further review professional fees and updated case distribution analysis (.3) and confer with Province and other case professionals regarding claim analysis (.2) | 0.50 | 1395.00 | $697.50 |
| | | | | **0.90** | | **$1,255.50** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 04/01/2022 | LFC | CO | Review and revise final administrative claim chart and analysis of case distributions for chapter 11 claims | 0.80 | 1395.00 | $1,116.00 |
| 04/01/2022 | LFC | CO | Confer with chapter 7 professionals regarding outstanding fees for case distribution analysis | 0.30 | 1395.00 | $418.50 |
| 04/01/2022 | BDD | CO | Email L. Cantor re claims chart | 0.10 | 495.00 | $49.50 |
| 04/06/2022 | LFC | CO | Review updated receipts and distribution report from chapter 7 trustee's office and confer with Brad Brook regarding Franchise Tax Board repayment of held funds | 0.30 | 1395.00 | $418.50 |
| 04/06/2022 | LFC | CO | Telephone call with Walt Bowser regarding case closing and claim distribution analysis | 0.20 | 1395.00 | $279.00 |
| 04/19/2022 | LFC | CO | Review Distraint Warrant and draft correspondence to OUST regarding apparent bogus collection attempts | 0.20 | 1395.00 | $279.00 |
| | | | | **1.90** | | **$2,560.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 04/04/2022 | BDD | CP | Begin reviewing bills and start preparing final fee app (ch. 11 period) (1.80); emails accounting re same (.20) | 2.00 | 495.00 | $990.00 |
| 04/05/2022 | BDD | CP | Email L. Cantor re 2nd/final interim period fees/expenses for ch. 11 case | 0.10 | 495.00 | $49.50 |
| 04/06/2022 | BDD | CP | Continue working on PSZJ final fee application (ch. 11 period) | 1.10 | 495.00 | $544.50 |
| 04/07/2022 | BDD | CP | Review prior fee application/order (ch. 11 case) and | 3.70 | 495.00 | $1,831.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    6

Invoice 131080

April 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | work on 2nd and interim final application re same |  |  |  |
| 04/12/2022 | BDD | CP | Work on Ch. 11 final fee application | 0.30 | 495.00 | $148.50 |
| 04/19/2022 | BDD | CP | Continue reviewing invoices re prep of PSZJ fee app (ch. 11 case) | 0.60 | 495.00 | $297.00 |
| 04/20/2022 | BDD | CP | Continue working on PSZJ final fee application (ch. 11 period) | 1.70 | 495.00 | $841.50 |
| 04/26/2022 | BDD | CP | Email L. Cantor re PSZJ final fee app (ch. 11 period) | 0.10 | 495.00 | $49.50 |
|  |  |  |  | **9.60** |  | **$4,752.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$8,568.00**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      7

Invoice 131080

April 30, 2022

## Expenses

| | | | |
|---|---|---|---|
| 04/30/2022 | PAC | Pacer - Court Research | 0.30 |

**Total Expenses for this Matter**                     **$0.30**

**For current services rendered through:    04/01/2022 - 04/30/2022**

**Total Fees**                                                      **$8,568.00**

**Total Expenses**                                                    **0.30**

**Total Due on Current Invoice**                        **$8,568.30**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

May 31, 2022
Invoice    131082
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2022**

| | |
|---|---:|
| FEES | $2,128.50 |
| EXPENSES | $8.03 |
| **TOTAL CURRENT CHARGES** | **$2,136.53** |
| **TOTAL BALANCE DUE** | **$2,136.53** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
Gottlieb, David (Penthouse)                                         Invoice 131082
32277    - 00002                                                   May 31, 2022

---

### Summary of Services by Professional

| ID  | Name           | Title     | Rate   | Hours | Amount     |
|-----|----------------|-----------|--------|-------|------------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 4.30  | $2,128.50  |
|     |                |           |        | 4.30  | $2,128.50  |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 131082

May 31, 2022

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CP | Compensation Prof. [B160] | 4.30 | $2,128.50 |
| | | 4.30 | $2,128.50 |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    - 00002

Page:      4
Invoice 131082
May 31, 2022

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Postage [E108] | $8.03 |
| | $8.03 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   -00002

Page:      5

Invoice 131082

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 05/03/2022 | BDD | CP | Continue working on PSZJ final fee app (ch. 11) case - summarizing/analyzing invoices | 1.10 | 495.00 | $544.50 |
| 05/10/2022 | BDD | CP | Continue reviewing bills re final fee application (ch. 11 period), and work on fee app | 0.80 | 495.00 | $396.00 |
| 05/10/2022 | BDD | CP | Email N. Brown re PSZJ final fee application (ch. 11 period) | 0.10 | 495.00 | $49.50 |
| 05/19/2022 | BDD | CP | Continue working on narrative for BK category descriptions for final fee application (Ch. 11 period) | 2.30 | 495.00 | $1,138.50 |
| | | | | **4.30** | | **$2,128.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$2,128.50**

Pachulski Stang Ziehl & Jones LLP                                      Page:       6
Gottlieb, David (Penthouse)                                           Invoice 131082
32277    -00002                                                       May 31, 2022

---

**<u>Expenses</u>**

| | | | |
|---|---|---|---|
| 05/24/2022 | PO | Postage | 0.93 |
| 05/24/2022 | PO | Postage | 7.10 |
| | **Total Expenses for this Matter** | | **$8.03** |

---

**For current services rendered through:    05/01/2022 - 05/31/2022**

| | |
|---|---|
| **Total Fees** | **$2,128.50** |
| **Total Expenses** | **8.03** |
| **Total Due on Current Invoice** | **$2,136.53** |

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

June 30, 2022
Invoice    131083
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2022

| | |
|---|---:|
| FEES | $495.00 |
| EXPENSES | $66.52 |
| **TOTAL CURRENT CHARGES** | **$561.52** |
| **TOTAL BALANCE DUE** | **$561.52** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 131083

June 30, 2022

## __Summary of Services by Professional__

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 1.00 | $495.00 |
| | | | | 1.00 | $495.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 131083

June 30, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CP | Compensation Prof. [B160] | 1.00 | $495.00 |
| | | 1.00 | $495.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:        4
Gottlieb, David (Penthouse)                                               Invoice 131083
32277    - 00002                                                          June 30, 2022

---

### Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research [E | $66.52 |
| | $66.52 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      5
Invoice 131083
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 06/07/2022 | BDD | CP | Continue working on PSZJ final fee application (ch. 11 period) | 0.40 | 495.00 | $198.00 |
| 06/14/2022 | BDD | CP | Email L. Cantor re final fee applications | 0.10 | 495.00 | $49.50 |
| 06/20/2022 | BDD | CP | Call with/emails to L. Cantor re PSZJ final fee applications (ch. 7 & ch. 11) | 0.50 | 495.00 | $247.50 |
| | | | | **1.00** | | **$495.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                             **$495.00**

Pachulski Stang Ziehl & Jones LLP                                        Page:        6
Gottlieb, David (Penthouse)                                             Invoice 131083
32277    -00002                                                        June 30, 2022

---

**<u>Expenses</u>**

06/21/2022    LN          32277.00002 Lexis Charges for 06-21-22                          66.52

   **Total Expenses for this Matter**                                         **$66.52**

---

**For current services rendered through:    06/01/2022 - 06/30/2022**

**Total Fees**                                                           **$495.00**

**Total Expenses**                                                          **66.52**

**Total Due on Current Invoice**                                         **$561.52**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

July 31, 2022
Invoice    131084
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  07/31/2022

| | |
|---|---|
| FEES | $9,085.50 |
| EXPENSES | $34.40 |
| **TOTAL CURRENT CHARGES** | **$9,119.90** |
| **TOTAL BALANCE DUE** | **$9,119.90** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 131084

July 31, 2022

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----------|-------------|--------------|-------------|--------------|----------------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 9.90 | $4,900.50 |
| LFC | Cantor, Linda F. | Partner | 1395.00 | 3.00 | $4,185.00 |
| | | | | 12.90 | $9,085.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    3

Invoice 131084

July 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CO | Claims Admin/Objections[B310] | 0.50 | $697.50 |
| CP | Compensation Prof. [B160] | 8.80 | $6,606.00 |
| CPO | Comp. of Prof./Others | 3.60 | $1,782.00 |
| | | 12.90 | $9,085.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        4

Invoice 131084

July 31, 2022

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $6.50 |
| Reproduction/ Scan Copy | $27.90 |
| | $34.40 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:    5

Invoice 131084

July 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 07/06/2022 | LFC | CO | Review FTB invoice and contradictory case claim records | 0.50 | 1395.00 | $697.50 |
| | | | | **0.50** | | **$697.50** |
| **Compensation Prof. [B160]** | | | | | | |
| 07/07/2022 | LFC | CP | Review files, statements and records regarding final professional fee applications | 2.20 | 1395.00 | $3,069.00 |
| 07/07/2022 | BDD | CP | Email L. Cantor re PSZJ final fee application (ch. 11 period) | 0.10 | 495.00 | $49.50 |
| 07/07/2022 | BDD | CP | Continue working on PSZJ final fee application (ch. 11 case) | 5.80 | 495.00 | $2,871.00 |
| 07/08/2022 | BDD | CP | Review invoices for PSZJ final fee application (ch. 7 period) and email N. Brown re same | 0.30 | 495.00 | $148.50 |
| 07/11/2022 | LFC | CP | Review KROST fee draft and provide comments to Beth Dassa | 0.30 | 1395.00 | $418.50 |
| 07/11/2022 | BDD | CP | Email N. Brown re Ch. 7 final fee application | 0.10 | 495.00 | $49.50 |
| | | | | **8.80** | | **$6,606.00** |
| **Comp. of Prof./Others** | | | | | | |
| 07/06/2022 | BDD | CPO | Email R. Johnson re final fee applications | 0.10 | 495.00 | $49.50 |
| 07/07/2022 | BDD | CPO | Email L. Cantor re hearing on final fee applications | 0.10 | 495.00 | $49.50 |
| 07/07/2022 | BDD | CPO | Email R. Johnson re hearing on final fee applications | 0.10 | 495.00 | $49.50 |
| 07/11/2022 | BDD | CPO | Prepare draft final fee application (ch. 11 period) for S. Eisner and emails L Cantor and S. Eisner re same | 2.80 | 495.00 | $1,386.00 |
| 07/18/2022 | BDD | CPO | Email S. Eisner re edits to Krost fee application (ch. 11 period) | 0.10 | 495.00 | $49.50 |
| 07/18/2022 | BDD | CPO | Email N. Brown re S. Eisner edits to Krost final fee application (ch.11 period) | 0.10 | 495.00 | $49.50 |
| 07/19/2022 | BDD | CPO | Email R. Johnson re final fee applications | 0.10 | 495.00 | $49.50 |
| 07/20/2022 | BDD | CPO | Email N. Brown re Krost final fee application (ch. 11 period) | 0.10 | 495.00 | $49.50 |
| 07/21/2022 | BDD | CPO | Email S. Eisner re ch. 7 fee application (Krost) | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:        6

Invoice 131084

July 31, 2022

|  | 3.60 | $1,782.00 |
|---|---|---|

**TOTAL SERVICES FOR THIS MATTER:**                           **$9,085.50**

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    7

Invoice 131084

July 31, 2022

---

**Expenses**

| | | | |
|---|---|---|---|
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/08/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2022 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 07/08/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 07/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2022 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 07/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/08/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 07/08/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/08/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 07/08/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 07/08/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 07/08/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:    8

Invoice 131084

July 31, 2022

| 07/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/08/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 07/08/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 07/31/2022 | PAC | Pacer - Court Research | 6.50 |

**Total Expenses for this Matter**                                    **$34.40**

**For current services rendered through:**    **07/01/2022 - 07/31/2022**

**Total Fees**                                                      **$9,085.50**

**Total Expenses**                                                      **34.40**

**Total Due on Current Invoice**                                    **$9,119.90**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

August 31, 2022
Invoice    131085
Client     32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2022

| | |
|---|---:|
| FEES | $1,593.00 |
| EXPENSES | $10.70 |
| **TOTAL CURRENT CHARGES** | **$1,603.70** |
| **TOTAL BALANCE DUE** | **$1,603.70** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:    2

Invoice 131085

August 31, 2022

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 0.40 | $198.00 |
| LFC | Cantor, Linda F. | Partner | 1395.00 | 1.00 | $1,395.00 |
| | | | | 1.40 | $1,593.00 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      3

Invoice 131085

August 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 0.20 | $279.00 |
| CP | Compensation Prof. [B160] | 1.00 | $1,215.00 |
| CPO | Comp. of Prof./Others | 0.20 | $99.00 |
| | | 1.40 | $1,593.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:       4
Gottlieb, David (Penthouse)                                             Invoice 131085
32277     - 00002                                                       August 31, 2022

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $10.70 |
| | $10.70 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      5
Gottlieb, David (Penthouse)                                          Invoice 131085
32277    -00002                                                      August 31, 2022

---

|              |     |     |                                                          | Hours | Rate | Amount |
|--------------|-----|-----|----------------------------------------------------------|-------|------|--------|
| **Case Administration [B110]** | | | | | | |
| 08/16/2022   | LFC | CA  | Review final report issues                               | 0.20  | 1395.00 | $279.00 |
|              |     |     |                                                          | **0.20** | | **$279.00** |
| **Compensation Prof. [B160]** | | | | | | |
| 08/08/2022   | LFC | CP  | Review files and draft of chapter 11 fee application     | 0.80  | 1395.00 | $1,116.00 |
| 08/16/2022   | BDD | CP  | Review Trustee Motion for Cash Disbursements and emails L. Cantor re same | 0.20 | 495.00 | $99.00 |
|              |     |     |                                                          | **1.00** | | **$1,215.00** |
| **Comp. of Prof./Others** | | | | | | |
| 08/15/2022   | BDD | CPO | Email S. Eisner re final fee application (ch. 7 case)    | 0.10  | 495.00 | $49.50 |
| 08/31/2022   | BDD | CPO | Emails S. Eisner re final fee applications               | 0.10  | 495.00 | $49.50 |
|              |     |     |                                                          | **0.20** | | **$99.00** |
| **TOTAL SERVICES FOR THIS MATTER:** | | | | | | **$1,593.00** |

Pachulski Stang Ziehl & Jones LLP                                     Page:        6
Gottlieb, David (Penthouse)                                          Invoice 131085
32277    -00002                                                      August 31, 2022

_____

**Expenses**

08/31/2022    PAC        Pacer - Court Research                              10.70

    **Total Expenses for this Matter**                    **$10.70**

_____

**For current services rendered through:**    **08/01/2022 - 08/31/2022**

**Total Fees**                                                          **$1,593.00**

**Total Expenses**                                                           **10.70**

**Total Due on Current Invoice**                                        **$1,603.70**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Gottlieb
17000 Ventura Blvd. ste. 300
Los Angeles, CA  91403

September 30, 2022
Invoice    131086
Client      32277
Matter     00002
**LFC**

RE:  Chapter 7 Trustee Rep.

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  09/30/2022

| | |
|---|---|
| FEES | $2,227.50 |
| EXPENSES | $11.70 |
| **TOTAL CURRENT CHARGES** | **$2,239.20** |
| **BALANCE FORWARD** | **$400,539.73** |
| **TOTAL BALANCE DUE** | **$402,778.93** |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

Page:      2

Invoice 131086

September 30, 2022

---

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 495.00 | 4.50 | $2,227.50 |
| | | | | 4.50 | $2,227.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    - 00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CP | Compensation Prof. [B160] | 4.40 | $2,178.00 |
| CPO | Comp. of Prof./Others | 0.10 | $49.50 |
| | | 4.50 | $2,227.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      4
Gottlieb, David (Penthouse)                                          Invoice 131086
32277    - 00002                                                     September 30, 2022

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $11.70 |
| | $11.70 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277   - 00002

Page:    5

Invoice 131086

September 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 09/21/2022 | BDD | CP | Begin reviewing bills/start working on re PSZJ final fee application (Ch. 7 case) and emails L. Gardizabal, R. Rothman and N. Brown re same | 4.40 | 495.00 | $2,178.00 |
| | | | | **4.40** | | **$2,178.00** |
| **Comp. of Prof./Others** | | | | | | |
| 09/29/2022 | BDD | CPO | Email S. Eisner re final fee applications | 0.10 | 495.00 | $49.50 |
| | | | | **0.10** | | **$49.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$2,227.50**

Pachulski Stang Ziehl & Jones LLP                                        Page:      6
Gottlieb, David (Penthouse)                                             Invoice 131086
32277    - 00002                                                        September 30, 2022

---

## **Expenses**

| 09/30/2022 | PAC | Pacer - Court Research | 11.70 |
|---|---|---|---|
| | **Total Expenses for this Matter** | | **$11.70** |

Pachulski Stang Ziehl & Jones LLP
Gottlieb, David (Penthouse)
32277    -00002

Page:      7
Invoice 131086
September 30, 2022

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**      09/30/2022

| | |
|---|---|
| **Total Fees** | **$2,227.50** |
| **Total Expenses** | **11.70** |
| **Total Due on Current Invoice** | **$2,239.20** |

**Outstanding Balance from prior invoices as of      09/30/2022      (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 122830 | 03/31/2019 | $12,042.00 | $86.10 | $12,128.10 |
| 122831 | 04/30/2019 | $12,710.00 | $555.33 | $13,265.33 |
| 122832 | 05/31/2019 | $14,099.00 | $250.25 | $14,349.25 |
| 122833 | 06/30/2019 | $11,370.00 | $77.70 | $11,447.70 |
| 122834 | 07/31/2019 | $10,147.50 | $87.51 | $10,235.01 |
| 123552 | 08/31/2019 | $3,922.50 | $21.39 | $3,943.89 |
| 123565 | 09/30/2019 | $6,340.00 | $8.11 | $6,348.11 |
| 123566 | 10/31/2019 | $24,900.00 | $0.20 | $24,900.20 |
| 129632 | 11/30/2019 | $15,990.00 | $0.00 | $15,990.00 |
| 129633 | 12/31/2019 | $5,022.50 | $3.20 | $5,025.70 |
| 129634 | 01/31/2020 | $23,537.50 | $29.56 | $23,567.06 |
| 129635 | 02/29/2020 | $3,910.00 | $173.40 | $4,083.40 |
| 129637 | 04/30/2020 | $3,225.00 | $0.00 | $3,225.00 |
| 129639 | 06/30/2020 | $2,042.50 | $2.00 | $2,044.50 |
| 129640 | 07/31/2020 | $8,062.50 | $2.00 | $8,064.50 |
| 129641 | 08/31/2020 | $5,482.50 | $0.70 | $5,483.20 |
| 129642 | 09/30/2020 | $7,310.00 | $1.20 | $7,311.20 |
| 129643 | 10/31/2020 | $9,245.00 | $2.50 | $9,247.50 |

Pachulski Stang Ziehl & Jones LLP

Gottlieb, David (Penthouse)

32277    -00002

Page:    8

Invoice 131086

September 30, 2022

| | | | | |
|---|---|---|---|---|
| 129644 | 11/30/2020 | $16,340.00 | $0.00 | $16,340.00 |
| 129645 | 12/31/2020 | $9,755.00 | $3,531.36 | $13,286.36 |
| 129646 | 01/31/2021 | $46.00 | $406.00 | $452.00 |
| 129647 | 02/28/2021 | $0.00 | $301.24 | $301.24 |
| 129649 | 04/30/2021 | $249.00 | $2.80 | $251.80 |
| 129650 | 05/31/2021 | $0.00 | $81.22 | $81.22 |
| 129651 | 06/30/2021 | $28,624.00 | $26.96 | $28,650.96 |
| 129652 | 07/31/2021 | $61,266.00 | $16.45 | $61,282.45 |
| 129653 | 08/31/2021 | $2,588.00 | $12.00 | $2,600.00 |
| 129654 | 09/30/2021 | $10,054.00 | $1,373.95 | $11,427.95 |
| 129655 | 10/31/2021 | $13,154.50 | $476.28 | $13,630.78 |
| 129751 | 03/31/2020 | $9,635.00 | $0.40 | $9,635.40 |
| 129752 | 11/30/2021 | $17,720.50 | $1,260.61 | $18,981.11 |
| 131071 | 12/31/2020 | $1,577.50 | $26.60 | $1,604.10 |
| 131072 | 01/31/2021 | $0.00 | $0.80 | $0.80 |
| 131073 | 02/28/2021 | $0.00 | $2.60 | $2.60 |
| 131074 | 10/31/2021 | $0.00 | $40.99 | $40.99 |
| 131075 | 11/30/2021 | $0.00 | $224.31 | $224.31 |
| 131076 | 12/31/2021 | $668.50 | $147.61 | $816.11 |
| 131077 | 01/31/2022 | $0.00 | $16.25 | $16.25 |
| 131078 | 02/28/2022 | $0.00 | $153.63 | $153.63 |
| 131079 | 03/31/2022 | $18,094.50 | $15.57 | $18,110.07 |
| 131080 | 04/30/2022 | $8,568.00 | $0.30 | $8,568.30 |
| 131082 | 05/31/2022 | $2,128.50 | $8.03 | $2,136.53 |
| 131083 | 06/30/2022 | $495.00 | $66.52 | $561.52 |
| 131084 | 07/31/2022 | $9,085.50 | $34.40 | $9,119.90 |
| 131085 | 08/31/2022 | $1,593.00 | $10.70 | $1,603.70 |

**Total Amount Due on Current and Prior Invoices:**                    **$402,778.93**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR INTERIM AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE; DECLARATION OF LINDA F. CANTOR IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 16, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2022 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor Interested Party
bry@lnbyg.com, bry@lnbyb.com

---

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**In re Penthouse Global Media, Inc.**
**Chapter 11 Case No. 1:18-bk-10098-MB**
**2002 Service List**

<u>**SERVED BY UNITED STATES MAIL:**</u>

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA  90069

*Trustee*
David K. Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Jennifer Nassiri
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard, Esq.
15760 Ventura Blvd., Ste. 801
Encino, CA  91436

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz, Esq.
Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll, Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main Street, Ste. 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian
Robert M. Hirsh (*pro hac vice* application to be submitted)
ARENT FOX LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065

DOCS_LA:346120.1 32277/001