BPE&H
Scott Eisner, C.P.A.
21650 Oxnard Street, Suite 1700
Woodland Hills, CA 91367
Telephone: 626-449-4225
Email: scott.eisner@krostcpas.com

Tax Advisors for Attorneys for David K. Gottlieb,
Chapter 7 Trustee and Former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Case Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB

**SECOND AND FINAL APPLICATION OF BPE&H, AN ACCOUNTANCY CORPORATION, FOR INTERIM AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX ADVISORS TO DAVID K. GOTTLIEB, FORMER CHAPTER 11 TRUSTEE; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**

**Second Application Period**
September 1, 2018 – March 11, 2019

**Employment Period**
June 6, 2018 – March 11, 2019

[Hearing Date to be noticed by Chapter 7 Trustee]

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,**

**THE DEBTORS, THE FORMER CHAPTER 11 TRUSTEE, THE OFFICE OF THE**

**UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING**

**UNSECURED CLAIMS AND OTHER PARTIES REQUESTING NOTICE:**

DOCS_LA:344328.4 32277/002

# I.

## INTRODUCTORY STATEMENT

BPE&H, an Accountancy Corporation ("BPEH"), special tax advisors to David K. Gottlieb, the former chapter 11 trustee (the "Trustee") in the chapter 11 cases (the "Cases") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors") hereby submits this *Second and Final Application of BPE&H, an Accountancy Corporation, for Interim and Final Approval of Compensation and Reimbursement of Expenses as Special Tax Advisors to David K. Gottlieb, Former Chapter 11 Trustee* (the "Final Application"), for the period of June 6, 2018 through March 11, 2019 (the "Employment Period") pursuant to sections 330 of the Bankruptcy Code.[1]

For the Employment Period, BPEH seeks final allowance of compensation in the amount of $11,505.50 in connection with its first interim fee application (the "First Interim Application"), for the period June 6, 2018 through August 31, 2018 (the "First Interim Period") and additional final allowance of compensation for the BPEH's Final Application in the amount of $27,029.75 and reimbursement of expenses in the amount of $292.00 for a total award of $27,321.75, as explained below.

Of the total amount sought herein, $15,524.25 is for fees incurred and $292.00 is for expenses advanced during the period September 1, 2018 through March 11, 2019 (the "Second Application Period"). These amounts have not been the subject of prior interim applications.

# II.

## APPLICATION SUMMARY

**A.**    **Summary of Employment Period Data (June 6, 2018 – March 11, 2019):**

| | | | |
|---|---|---|---|
| 1. | Total Fees Subject to Final Approval | | $27,029.75 |
| 2. | Total Expenses Subject to Final Approval | | $292.00 |
| 3. | Total Request | (TOTAL:  Lines 1 and 2) | $27,321.75 |
| 4. | Total Fees Paid per First Interim Application | | $7,966.38 |
| 5. | Total Expenses Paid per First Interim Application | | N/A |

---

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.  All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

DOCS_LA:344328.4 32277/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | | |
|---|---|---|---|
| 6. | Total Previously Paid | (TOTAL:  Lines 4 and 5) | $7,966.38 |
| 7. | Total Due | | $19,355.37 |
| 8. | Total Hours Billed | | 80.30 |

**B.** **Summary of Second Application Period Data (September 1, 2018 – March 11, 2019)**
**(these amounts are included in the totals for Section A above):**

| | | |
|---|---|---|
| 1. | Fees | $15,524.25 |
| 2. | Expenses | $292.00 |
| 3. | Total Request for Second Application Period    (TOTAL:  Lines 1 and 2) | $15,816.25 |
| 4. | Total Hours Billed | 48.50 |

**C.** **Employment of BPEH**

On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231].  On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236].  On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as chapter 11 trustee [Docket No. 239].

On June 7, 2018, the chapter 11 trustee filed an *Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of June 6, 2018* [Docket No. 538], which was approved by order entered on June 26, 2018 [Docket No. 602].

**D.** **Narrative History and Present Posture of Case**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), BPEH incorporates by reference the *Second and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K.  Gottlieb, Former Chapter 11 Trustee*, to be heard contemporaneously by the Court.

**III.**

**NARRATIVE STATEMENT OF SERVICES RENDERED**

**BY BPEH AND TIME EXPENDED**

**A.** **Narrative Statement of Services Rendered and Time Expended During Second**
**Application Period**

Pursuant to the Local Bankruptcy Rule 2016-1(a)(1)(D), below is a narrative statement of the services rendered by BPEH and the time expended during the Second Application Period.  A

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:344328.4 32277/002

complete copy of BPEH's billing statement describing services rendered, including the current hourly rates of BPEH's professionals and paraprofessionals rendering services in this Case, is attached as **Exhibit A** to the Declaration of Scott Eisner (the "Eisner Declaration").  Attached as **Exhibit B** to the Eisner Declaration is BPEH's First Interim Application, which contains the detailed time records for the First Interim Period.

BPEH's services primarily relate to handling tax issues for the bankruptcy estates, including: (1) tax analysis based on sale of assets; (2) review of Asset Purchase Agreement governing the sale of the Debtors' assets; (3) telephone conferences with Trustee, financial advisors and legal counsel; (4) telephone conferences with representatives from prior CPA firm in order to obtain Pro-forma tax information for use in preparation of 2017 tax returns; (5) requesting information needed in order to prepare the returns; (6) preparing the 2017 tax returns; (7) preparation of 1099's for 2018; and (8) correspondence with taxing authorities including Internal Revenue Service, Franchise Tax Board and New York State Income Tax.

Total Hours:  48.50          Total Fees:  $15,524.25

**B.**    **Description of Professional Education and Experience**

A description of the professional education and experience of each of BPEH's professionals who rendered services in this Case is set forth in **Exhibit C** attached to the Eisner Declaration.

**C.**    **Available Funds**

As of November 16, 2022, the Trustee is holding funds in the amount of $1,025,631.12.

**D.**    **The Trustee's Declaration**

Pursuant to Local Rule 2016-1(a)(1)(J), a Declaration will be filed regarding the Trustee's review of this Application.

**E.**    **Notice of Application and Hearing**

Notice of the hearing on this Final Application shall be given by the Chapter 7 Trustee as part of the notice of hearing on the Chapter 7 Trustee's request for compensation.  A separate notice by BPEH is not required.  Complete copies of the Application have been delivered to the U.S. Trustee, the Debtors, the Official Committee of Creditors Holding Unsecured Claims and the Trustee, and will be promptly furnished to any other party upon specific request.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## IV.

## CONCLUSION

This is BPEH's final request for compensation in these Cases. BPEH believes that the services rendered for which compensation is sought in this Application have been beneficial to the estate, and that the sums requested for the services rendered are fair and reasonable.

WHEREFORE, BPEH respectfully requests that this Court (1) allow on final basis, fees awarded to BPEH in the total amount of $11,505.50 for the First Interim Period; (2) further allow on a final basis, fees in the total amount of $27,029.75 and reimbursement of expenses in the total amount of $292.00 for the Employment Period, for a total award of $27,321.75; (3) authorize payment to BPEH from the Estates of the net amount, due to the Firm in the amount of $19,355.37, to the extent of funds available; and (4) grant such other and further relief as is appropriate in the circumstances of this case.

Dated: November 16, 2022

BPE&H

By: _Scott Eisner_

Scott Eisner

Tax Advisors for David K. Gottlieb,
Chapter 7 Trustee and Former Chapter 11 Trustee

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _/s/ Linda F. Cantor_
    Linda F. Cantor, Esq.
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067

_Counsel for David K. Gottlieb,_
_Chapter 7 Trustee and Former Chapter 11 Trustee_

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:344328.4 32277/002

### DECLARATION OF SCOTT EISNER

I, Scott Eisner, declare as follows:

1.     I am a certified public accountant, duly licensed and authorized to practice in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and California Society of Certified Public Accounting, and am a tax principal of BPEH.  Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2.     I make this declaration in support of the *Second and Final Application of BPE&H, Certified Public Accountants & Consultants, an Accountancy Corporation, for Interim and Final Approval of Compensation and Reimbursement of Expenses as Special Tax Advisors to David K. Gottlieb, Former Chapter 11 Trustee*.  Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3.     In the ordinary course of its business, BPEH keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services.  Specifically, using a computerized billing system, the professionals of BPEH maintain a written record of the time expended, including a description of the nature of the services performed on a daily basis.  At a minimum, the timesheets of these professionals are transcribed into the Firm's computer program which generates a record of all time spent, the professional providing the services and a description of the services rendered.  The time expended by each professional is multiplied by the respective professional's billing rate.  The Firm conducts its business in reliance on the accuracy of such business records.

4.     I have reviewed BPEH's bills for services rendered in connection with its representation of the Trustee in this Case.  A complete copy of BPEH's billing statement describing services rendered, including the current hourly rates of BPEH's professionals and paraprofessionals rendering services for the Second Application Period, is attached hereto **Exhibit A**.

5.     Attached hereto as **Exhibit B** is BPEH's First Interim Application, which contains the detailed time records for the First Interim Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6

6.      Attached hereto as **Exhibit C** is a description of the professional education and experience of each of BPEH's professionals who rendered services in this Case.

7.      It is BPEH's usual practice to allocate work and assignments in an efficient manner to achieve an effective result.  As demonstrated in the Application, the practice has been followed in this Case.

8.      BPEH has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to BPEH will be paid to any other entity.

9.      <u>Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance:</u>  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of November, 2022, at Woodland Hills, California.

Scott Eisner

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

DOCS_LA:344328.4 32277/002

# EXHIBIT A



**21650 OXNARD STREET, SUITE 1700, WOODLAND HILLS, CA 91367**
**PHONE (818) 914-7100  FAX (818) 914-7101  WWW.BPEHCPAS.COM**

*Penthouse Global Media, Inc & Subsidiaries*
*David K Gottieb, Trustee*
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367

For professional services rendered through March 11, 2019
For Professional Services September 1, 2018 through March 11, 2019

Tax analysis, request for information, reconciliation of accounts and preparation of 2017
federal and multi-state corporate income tax returns

1099 preparation, tax correspondence with Franchise Tax Board and telephone conferences with
trustee and bankruptcy counsel as required

| STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Scott Eisner | 4.60 | $440.00 | $ 2,024.00 |
| Martin Belak-Berger | 4.00 | $425.00 | 1,700.00 |
| Bob Price | 27.35 | $360.00 | 9,846.00 |
| Bob Price | 1.40 | $375.00 | 525.00 |
| Jim Estrella | 3.40 | $170.00 | 578.00 |
| Jo Gomez | 0.25 | $125.00 | 31.25 |
| Jo Gomez | 5.50 | $130.00 | 715.00 |
| Karen Partovich | 1.50 | $50.00 | 75.00 |
| Linda Duban | 0.50 | $60.00 | 30.00 |
| Certified Mail | | | 42.00 |
| Computer Charges | | | 250.00 |

$ 15,816.25

# EXHIBIT B

Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**SUBMISSION OF *FIRST APPLICATION***
***OF BPE&H, AN ACCOUNTANCY***
***CORPORATION, FOR INTERIM***
***APPROVAL OF COMPENSATION AND***
***REIMBURSEMENT OF EXPENSES***

Date:          October 9, 2018
Time:          1:30 p.m.
Courtroom:   303
Place:         21041 Burbank Blvd.
               Woodland Hills, CA
Judge:         Hon. Martin R. Barash

David K. Gottlieb, chapter 11 trustee ("Trustee") through his counsel of record, hereby

submits the first interim fee application of BPEH, special tax advisors to the Trustee

DATED: September 18, 2018          PACHULSKI STANG ZIEHL & JONES LLP


                                   By: /s/ *Linda F. Cantor*
                                          Linda F. Cantor
                                   Attorneys for David K. Gottlieb, Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

BPE&H, an Accountancy corporation
Scott Eisner, C.P.A.
21300 Victory Blvd., Suite 520
Woodland Hills, CA 91367
Telephone:  818-914-7100
Email:  seisner@bpehcpas.com

Accountants for David K. Gottlieb,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>               Debtor.<br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc.. | Case No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**FIRST APPLICATION OF BPE&H, AN ACCOUNTANCY CORPORATION, FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**<br><br>[Application Period:  June 6, 2018 – August 31, 2018]<br><br><u>Hearing Date</u><br>Date:        October 9, 2018<br>Time:        1: 30 p.m.<br>Place:      Courtroom 303<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367<br>Judge:     Honorable Martin R. Barash |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,**

**THE DEBTORS, THE CHAPTER 11 TRUSTEE, THE OFFICE OF THE UNITED STATES**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

TRUSTEE, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED

CLAIMS AND OTHER PARTIES REQUESTING NOTICE:

I.

**INTRODUCTORY STATEMENT**

BPE&H (the "<u>Firm</u>" or "<u>BPEH</u>"), accountants to David K. Gottlieb, the chapter 11 trustee

(the "<u>Trustee</u>") in the chapter 11 cases (the "<u>Cases</u>") of Penthouse Global Media, Inc. and its debtor

subsidiaries (collectively, the "<u>Debtors</u>") hereby submits its *First Application for Interim Approval*

*and Payment of Compensation and Reimbursement of Expenses* (the "<u>Application</u>"), for the period

of June 6, 2018 through and including August 31, 2018 (the "<u>Application Period</u>") pursuant to

sections 330 and 331 of the Bankruptcy Code.[1]

Pursuant to this Application, the Firm is seeking an order (a) approving on an interim basis

fees incurred in the amount of $11,505.50 during the Application Period; and (b) authorizing

payment to the Firm of unpaid fees incurred during the Application Period in the amount of

$11,505.50.

II.

**APPLICATION SUMMARY**

The Firm seeks interim allowance of compensation in the amount of $11,505.50 for fees

incurred by the Firm during the Application Period, as explained below.  During the Application

Period, the Firm's accountants billed 31.80 hours to this matter.  The Firm has received no

compensation to date.

**A.**    <u>**Summary of Application Period Data (June 6, 2018 – August 31, 2018)**</u>

| | | | |
|---|---|---|---|
| 1. | Total Fees Subject to Interim Approval | | $11,505.50 |
| 2. | Total Expenses Subject to Interim Approval | | $0.00 |
| 3. | Total Request | TOTAL (Lines 1 & 2) | $11,505.50 |
| 4. | Balance Due | | $11,505.50 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] All references to sections of the "Bankruptcy Code" are to sections 11 U.S.C. § § 101-1532, as amended.  All references to
"Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

DOCS_LA:316797.3 32277/001

5.    Total Hours Billed                                                                31.80

## III.

## SIGNIFICANT CASE EVENTS AND PRESENT POSTURE OF CASE

**A.    Background**

The Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on January 11, 2018 (the "Petition Date").

**B.    Employment of BPEH**

On June 7, 2018, the Trustee filed his application to employ BPEH as his special tax advisors to: (i) analyze the tax implications of the sale of substantially all of the Debtors' assets; (ii) prepare the Estates' tax returns; (iii) consult regarding other tax issues; (iv) review prior tax returns; and (v) provide other tax services as requested by the Trustee. [Docket No. 538].  The application was granted on June 26, 2018 effective as of June 6, 2018.  [Docket No. 602].  BPEH is a boutique accounting firm that specializes in providing a full range of tax and accountancy services and expertise to business owners and high net worth individuals.  Neither BPEH, nor any of its professionals, has any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded BPEH with any other person or attorney, except among BPEH's professionals.

**C.    Narrative History and Present Posture of Case**

Pursuant to Local Bankruptcy Rule 2016-1(1)(1)(A)(iv), BPEH incorporates by reference the *First Application of Pachulski Stang Ziehl & Jones for Interim Approval and Payment of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316797.3 32277/001

IV.

**NARRATIVE STATEMENT OF SERVICES RENDERED BY PSZJ**

**AND TIME EXPENDED**

**A.**      **Narrative Statement of Services Rendered and Time Expended During Second Application Period**

Pursuant to the Local Bankruptcy Rule 2016-1(a)(1)(D), below is a narrative statement of the services rendered by BPEH and the time expended during the Application Period.  A complete copy of BPEH's billing statement describing services rendered is attached hereto as **Exhibit A**.

BPEH's services primarily relate to handling tax issues for the bankruptcy estates, including (1) tax analysis based on sale of assets; (2) review of Asset Purchase Agreement governing the sale of the Debtors' assets; (3) telephone conferences with Trustee, financial advisors and legal counsel; (4) telephone conferences with representatives from prior CPA firm in order to obtain Pro-forma tax information for use in preparation of 2017 tax returns; (5) requesting information needed in order to prepare the returns; and (6) preparing a draft of the 2017 tax returns.

Total Hours 31.80            Total Fees $11,505.50

**B.**      **Hourly Rates**

The current hourly rates of all the Firm's professionals and paraprofessionals rendering services in this Case are set forth on the invoices attached as **Exhibit A** to the Declaration of Scott Eisner (the "Eisner Declaration").

**C.**      **Description of Professional Education and Experience**

A description of the professional education and experience of each of the Firm's professionals who rendered services in this Case is set forth in **Exhibit B** attached to the Eisner Declaration.

**D.**      **Available Funds**

As of September 12, 2018, the Trustee had $2,396,801.75 in funds on hand.

**E.**      **The Trustee's Declaration**

Pursuant to Local Rule 2016-1(a)(1)(J), a Declaration will be filed regarding the Trustee's review of this Application.

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**F.    Notice of Application and Hearing**

Appropriate notice of the hearing on this Application has been given to the U.S. Trustee, the Debtors, the Trustee, and parties that have filed a request for special notice, in accordance with the Local Bankruptcy Rules.  Complete copies of the Application have been delivered to the U.S. Trustee, the Debtors, the Official Committee of Creditors Holding Unsecured Claims and the Trustee, and will be promptly furnished to any other party upon specific request.  Therefore, notice should be deemed adequate under the circumstances.

**V.**

**CONCLUSION**

This is the BPEH's first request for compensation in these Cases.  BPEH believes that the services rendered for which compensation is sought in this Application have been beneficial to the estate, and that the sums requested for the services rendered are fair and reasonable.

WHEREFORE, BPEH respectfully requests that this Court enter an order (a) approving on an interim basis fees incurred in the amount of $11,505.50 during the Application Period; and (b) authorizing payment to the Firm of unpaid fees incurred during the Application Period in the amount of $11,505.50.

Dated: September 18, 2018

BPE&H, AN ACCOUNTANCY CORPORATION

By: _Scott Eisner_
Scott Eisner

Accountants for David K. Gottlieb,
Chapter 11 Trustee

Respectfully submitted by:

PACHULSKI STANG ZIEHL & JONES LLP

By: _/s/ Linda F. Cantor_
    Linda F. Cantor, Esq.
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067

_Counsel for David K. Gottlieb,
Chapter 11 Trustee_

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5

DOCS_LA:316797.3 32277/001

## **DECLARATION OF SCOTT EISNER**

I, Scott Eisner, declare as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA) and California Society of Certified Public Accounting, and am a partner of BPE&H ("BPEH" or the "Firm").  Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2.      I make this declaration in support of the *First Application of BPE&H, an Accountancy Corporation, for Interim Approval of Compensation and Reimbursement of Expenses* (the "Application").  Capitalized terms not otherwise defined herein shall have the meaning given to them in the Application.

3.      In the ordinary course of its business, BPEH keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services.  Specifically, using a computerized billing system, the professionals of BPEH maintain a written record of the time expended, including a description of the nature of the services performed on a daily basis.  At a minimum, the timesheets of these professionals are transcribed into the Firm's computer program which generates a record of all time spent, the professional providing the services and a description of the services rendered.  The time expended by each professional is multiplied by the respective professional's billing rate.  The Firm conducts its business in reliance on the accuracy of such business records.

4.      I have reviewed BPEH's bills for services rendered in connection with its representation of the Trustee in this Case.  A true and complete copy of the Firm's invoices is attached hereto as **Exhibit "A"** and incorporated herein by this reference.

5.      A description of the professional education and experience of each of BPEH's professionals who rendered services in this Case is set forth in **Exhibit "B"** attached hereto.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.    It is BPEH's usual practice to allocate work and assignments in an efficient manner to achieve an effective result.  As demonstrated in the Application, the practice has been followed in this Case.

7.    BPEH has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to BPEH will be paid to any other entity.

8.    <u>Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance:</u>  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this _13th_ day of September, 2018, at Woodland Hills, California.

Scott Eisner

7

Case 1:18-bk-10098-MB    Doc 667    Filed 09/16/18    Entered 09/16/18 16:12:09    Desc
Main Document    Page 9 of 19

# EXHIBIT A

# BPEH

### AN ACCOUNTANCY CORPORATION

*21300 VICTORY BOULEVARD, SUITE 520, WOODLAND HILLS, CA 91367*
*PHONE (818) 914-7100  FAX (818) 914-7101  WWW.BPEHCPAS.COM*

*EXHIBIT A*

*Penthouse Global Media, Inc & Subsidiaries*
*David K Gottlieb, Trustee*
*17000 Ventura Blvd., Suite 300*
*Encino, CA  91316*

*Invoice No.67519    Date  09/13/2018    Client No.33591*

*PLEASE RETURN TOP PORTION WITH REMITTANCE*
===========================================================================

*BPE&H, An Accountancy Corporation*

For professional services rendered through 08/31/2018:

| SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---------|-------|-------|------|--------|

For professional services rendered June 7, 2018 through August 31, 2018

Tax analysis and review of Asset Purchase Agreement, request for information needed to prepare 2017 tax returns, telephone conferences with trustee and bankruptcy counsel, telephone conferences with prior CPA firm, and preparation of draft 2017 tax returns (in process)

| | | | | |
|---|---|---|---|---|
| Scott Eisner (August) | 0.95 | $440.00 | $ | 418.00 |
| Scott Eisner (June) | 4.50 | $420.00 | | 1,890.00 |
| Bob Price (August) | 8.00 | $360.00 | | 2,880.00 |
| Bob Price (June) | 17.75 | $350.00 | | 6,212.50 |
| Natalia Nikulin (July) | 0.60 | $175.00 | | 105.00 |

| | | |
|---|---|---|
| Current Amount Due | | 11,505.50 |
| Prior Balance | | 0.00 |
| Total Amount Due | $ | 11,505.50 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 11,505.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11,505.50 |

WE WANT TO THANK OUR MANY CLIENTS AND FRIENDS WHO HAVE REFERRED OTHERS TO US

Case 1:18-bk-10098-MB    Doc 667    Filed 09/16/19    Entered 09/16/19 16:12:09    Desc
Main Document    Page 11 of 19

# EXHIBIT B

# Natalia Nikulin, CPA, MBA

10732 Independence Ave, Chatsworth, CA 91311 - natalianikulin@gmail.com - (734) 644-0880

---

Highly motivated, detail oriented accountant with over 12 years of accounting experience, solution-focused and known for accuracy, attention to detail and timeliness in making business decisions to effectively manage accounting issues. Capable of acquiring new skills and taking on new roles and responsibilities quickly and effectively. Easily interface with all levels of staff and leadership.

## Key Skills:

- US GAAP
- Account Reconciliation
- Financial Reporting
- Journal Entries & General Ledger

- Tax Return Preparation
- Tax Planning
- Tax Research
- External Audits & Attestation

## Technical Skills:

ProFx Tax, Datafaction & Datafaction Imaging, Laserfiche, Creative Solutions, Ultra Tax CS, QuickBooks, Peachtree, CCH Engagement, Excel, Power Point, Microsoft Outlook, Microsoft Office.

## Work Experience:

**BPE&H, An Accountancy Corporation, Woodland Hills, CA**          May 2016 – Present
Senior Tax Preparer
- Review tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepare highly complex returns.
- Review and prepare returns for clients with multi-state and foreign business activity.
- Assist partners in resolution of issues resulted from IRS audit of clients' tax returns.
- Research tax issues using various sources.

**Meloni Hribal Tratner LLP, Woodland Hills, CA**          January 2016 – May 2016
Tax Supervisor
- Supervise tax return preparation and work assignments for tax staff.
- Review tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepare more complex returns as assigned by managers and partners.
- Review and prepare returns for clients with multi-state and foreign business activity.
- Train staff on CCH Engagement and ProFx software.
- Assist partners in resolution of issues resulted from IRS audit of clients' tax returns.
- Research tax issues using various sources.
- Handle other projects assigned by management as needed.

**Singer Burke Zimmer Butler, LLP, Encino, CA**          November 2012 – January 2016
Tax Accountant
- Prepared tax returns including: corporate (S and C corporations), partnerships, individuals and trusts.
- Prepared returns for clients with multi-state business activity.
- Performed tax projection and tax planning for business clients and individuals.
- Performed business management clients' year-end close-outs for tax projection purposes.
- Reviewed business management clients' financial statements.
- Was point of contact for all non business management tax clients.

- Reviewed non-business management clients' financial statements and proposed AJEs.
- Researched tax issues using various sources.
- Assisted partners in resolution of issues resulted from IRS audit of clients' tax returns. Actively communicated with IRS and states' departments of revenue in written form as well as over the phone.
- Handled special projects assigned by management as needed.
-

**Silberstein Ungar, PLLC, Bingham Farms, MI**                    January 2011 – July 2011
Senior Auditor/ Senior Tax Preparer
**Tax Preparation**
- Prepared tax returns including: corporate, partnership, individual, and other comprising of exempt organizations, trust, estate, pension plan, personal property, gift and single business tax.
- Prepared returns for clients with multi-state business activity.
- Performed tax projection and tax planning for business clients and individuals.
- Researched tax issues online using various sources.
- Assisted partners in resolution of issues resulted from IRS audit of client's tax returns.

**Auditing & Attestation**
- Performed audits for publically traded franchise chains and non-public for-profit organizations.
- Performed analytical procedures necessary to produce various reports.
- Performed day-to-day audit work
- Evaluated financial reporting and its compliance with GAAP and other regulations.
- Maintained professional communication with various levels of client's personnel.

September 2008 – December 2010 - Maternity leave.


**Clayton & McKervey, P.C., Southfield, MI**
Associate                                December 2007 – September 2008
**Tax Preparation**
- Prepared all parts of tax returns including: corporate (70%), partnership (20%), individual (10%).
- Business returns included, but were not limited to, preparation of: book to tax reconciliation, schedule of cost of goods sold, M-1(M-3), M-2 and pass-through schedules.
- Prepared returns for clients with multi-state business activity.
- Performed tax projections and tax planning for business clients and individuals.
- Researched tax issues online using Checkpoint, BNA Tax and other sources.

**Auditing & Attestation**
- Carried out all stages of audit and attestation engagements for non-public for-profit organizations.
- Performed analytical procedures necessary to produce various reports.
- Evaluated financial reporting and its compliance with GAAP and other regulations.
- Performed clients' financial statements compilation, including consolidation, and review.


**Education and Professional Designation:**
CPA certified (December 2007). CA CPA certified in 2013. Member of CalCPA and AICPA.
Wayne State University, Detroit, MI    (December 2004)
Master of Science Degree in Business Management Administration with concentration in Accounting.
Ivanovo State University, Russia. Master Degree in Law. (June 1994).

Scott I. Eisner, CPA (CA CPA, License #33318)

University of Arizona, Bachelor of Science in Business Administration; Major in Accounting-December 1978

Arthur Andersen & Co. (Los Angeles, CA) January 1979 through November 1982 (Senior Auditor)

Block, Good & Gagerman (Sherman Oaks, CA) November 1982 through December 1987 (Senior/Supervisor/Manager) – Accounting and Tax

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger)  January 1988-Present (Senior Manager/Shareholder) – Practice areas include real estate, professional services firms, business consulting in both Tax and Accounting

Document Number: 316864

Case 1:18-bk-10098-MB    Doc 667    Filed 09/16/22    Entered 09/16/22 16:12:09    Desc
Main Document    Page 25 of 41

Robert L. Price, CPA (CA CPA, License #130051)

California State University Northridge, Bachelor's degree in Finance-May 1979

University of Southern California, MBT-May 1981

Ernst & Whinney (currently Ernst & Young) June 1981-December 1983 (Tax department)

Various Private Companies January 1984-December 2001 including controller, chief financial officer and tax director for large commercial real estate development/investment companies and whole distribution company

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger) January 2002-Present (Senior Tax Manager/Shareholder)-As Tax Partner practice areas include all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

Document Number: 316864

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***FIRST APPLICATION OF BPE&H, AN
ACCOUNTANCY CORPORATION, FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF*** will be served or was served **(a)** on the
judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**September 18, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2018**, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 18, 2018**, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the
document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

DOCS_LA:312979.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com*
- *Ron Bender    rb@lnbyb.com*
- *Stephen F Biegenzahn    efile@sfblaw.com*
- *Paul M Brent    snb300@aol.com*
- *Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Russell Clementson    russell.clementson@usdoj.gov*
- *Joseph Corrigan    Bankruptcy2@ironmountain.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com*
- *Jeffrey L Kandel    jkandel@pszjlaw.com*
- *John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com*
- *Andrew B Levin    alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Peter W Lianides    plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Krikor J Meshefejian    kjm@lnbrb.com*
- *Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
- *Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com*
- *Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Michael St James    ecf@stjames-law.com*
- *Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
- *Cathy Ta    cathy.ta@bbklaw.com, paul.nordlund@bbklaw.com;sansanee.wells@bbklaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com*
- *Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com*
- *Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Christopher K.S. Wong    christopher.wong@arentfox.com*
- *Beth Ann R Young    bry@lnbyb.com*

**2. SERVED BY UNITED STATES MAIL**:

*See attached Service List*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:312979.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

In re Penthouse Global Media, Inc.
Chapter 11 Case No. 1:18-bk-10098-MB
2002 Service List

**<u>SERVED BY UNITED STATES MAIL</u>:**

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA  90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel
Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA  91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application
to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

# EXHIBIT C

Scott I. Eisner CPA (CA CPA, License # 33318)

University of Arizona, Bachelor of Science in Business Administration; Major in Accounting-December 1978

Arthur Andersen & Co (Los Angeles, CA) January 1979 through November 1982 (Senior Auditor)

Block, Good & Gagerman (Sherman Oaks, CA) November 1982 through December 1987 (Senior/Supervisor/Manager)- Accounting and Tax

BPE&H (formerly Bock, Plant, Eisner, Fiorito & Belak- Berger) January 1988 through December 2019 (Senior Manager /Shareholder)- Practice areas include real estate, professional services firms, business
Consulting in both Tax and Accounting

KROST CPAs & Consultants January 2020 through Present (Woodland Hills, CA) (Principal)-Practice areas include real estate, professional services firms, business
consulting in both Tax and Accounting

Martin Belak-Berger, CPA (CA CPA, License #50285E)

I first started my public accounting career at Block, Good and Gagerman in 1984 after serving as a technical support supervisor at CCH Computax, now known as Pro Systems Fx.

I was hired to help streamline the computer aspects of their tax practice as well as work on some of the more complex partnership tax returns. The Firm separated in 1987 and I continued with a successor firm, Good, Gagerman and Berns. After several years as a tax manager, I returned to Block Plant and Eisner in 1989 and was promoted to partner in 1992. In 2020, the successor firm BPE&H, merged into Krost CPAs and Advisors. In December of 2023, the members of BPE&H will leave Krost to start Ascend Tax and Business advisors, LLP.

My areas of expertise are centered around helping owners of closely held businesses successfully navigate the financial and tax hurdles in an ever increasingly complex environment. I partner with my clients to facilitate successful tax strategies so as to maximize after-tax returns. This includes significant expertise in owning and operating real estate, maximizing tax incentives and searching out opportunities in that tax code.

Lastly, I advise clients through the business cycle, including the most efficient form of ownership, acquiring new business and finding proper exit strategies. This includes an emphasis on creative estate tax planning to ensure that the wealth created over a lifetime continues to the next generation.

Education: Munich American High School

University of Arizona, Bachelor's Degree in Finance

Professional Affiliations: AICPA tax section, Cal Society of CPAs

Extra-Curricular: Involved in youth soccer both as a coach and president of a large soccer club
Enjoy skiing, golf, soccer and travel.

Robert L. Price, CPA (CA CPA, License #130051)

California State University Northridge, Bachelor's Degree in Finance-May 1979

University of Southern California, MBT-May 1981

Ernst & Whitney (currently Ernst & Young) June 1981-December 1983 (Tax Department)

Various Private Companies January 1984-December 2001 including controller, chief financial officer and tax manager for large commercial real estate development/investment companies and wholesale distribution company

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger) Woodland Hills, CA-January 2002-December 2019 (Senior Tax Manager/Shareholder)-As Tax Partner practice areas including all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

Krost CPA's and Consultants Woodland Hills, CA-January 2020 to present- Principal as Tax Partner practice areas including all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

**Jim Estrella, CPA**

**License:**     California CPA License No. 137237 Issued October 2018

**Education:**   California State University, Northridge, Bachelor of Science – Professional
Accountancy, December 2015

California State University, Northridge, Master of Science – Accountancy, August
2016

**Experience:**  KROST, Woodland Hills, CA                                            January 2020 - Current

Manager – Tax, Accounting, and Assurance services (Jan 2021 – Current)

Senior –  Tax, Accounting, and Assurance services (Jan 2020 – Dec 2020)

BPE&H, Woodland Hills, CA                                            May 2016 – December 2019

Supervisor – Tax, Accounting, and Assurance services (July 2019 – Dec 2019)

Senior –  Tax, Accounting, and Assurance services (Nov 2017 – July 2019)

Senior –  Tax, Accounting, and Assurance services (May 2016 – Nov 2017)

Winningham, Becker & Co, Woodland Hills, CA                  Dec 2015 – April 2016

Intern – Tax

**Karen Partovich**
**17634 Corinthian Drive**
**Encino, California 91316**
**818-674-3234**
**kpartovich@gmail.com**

## Experience:

**Notations Invitation Design**
**Graphic Designer**
**January 1985 – January 2004**
**17634 Corinthian Drive**
**Encino, CA 91316**

**BPE&H CPA's**
**Administrative Assistant**
**January 2004 – January 2020**
**21300 Victory Blvd.**
**Woodland Hills, CA 91367**

**Krost CPA's & Consultants**
**Administrative Assistant**
**January 2020 – December 2022**
**21650 Oxnard Street, Suite 1700**
**Woodland Hills, CA 91367**

## Education:

**California State University, Northridge**
**Bachelor of Arts**

**Linda L. Duban**
**4386 NE Cloverdale Street**
**Moorpark, California 93021**
**818-731-4655**
lindaduban@yahoo.com

**Experience:**

**Fox & Associates, CPA**
**5835 Kanan Road**
**Agoura Hills, CA 91301**
**January 2002 – July 2006**

**BPE&H CPA's**
**Administrative Assistant**
**July 2006 – January 2020**
**21300 Victory Blvd.**
**Woodland Hills, CA 91367**

**Krost CPAs & Consultants**
**Administrative Assistant**
**January 2020 – December 2022**
**21650 Oxnard Street, Suite 1700**
**Woodland Hills, CA 91367**

**Education:**

**University of Illinois**
**Bachelor of Arts – Elementary Education**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND AND FINAL APPLICATION OF BPE&H, AN ACCOUNTANCY CORPORATION, FOR INTERIM AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX ADVISORS TO DAVID K. GOTTLIEB, FORMER CHAPTER 11 TRUSTEE; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 16, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2022 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346120.1 32277/001

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor Interested Party
bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**In re Penthouse Global Media, Inc.**
**Chapter 11 Case No. 1:18-bk-10098-MB**
**2002 Service List**

### SERVED BY UNITED STATES MAIL:

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA  90069

*Trustee*
David K. Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Jennifer Nassiri
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard, Esq.
15760 Ventura Blvd., Ste. 801
Encino, CA  91436

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz, Esq.
Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll, Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main Street, Ste. 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian
Robert M. Hirsh (*pro hac vice* application to be submitted)
ARENT FOX LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065