KROST
Scott Eisner, C.P.A.
21650 Oxnard Street, Suite 1700
Woodland Hills, CA 91367
Telephone:  626-449-4225
Email:  scott.eisner@krostcpas.com

Tax Advisors for Attorneys for David K. Gottlieb,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtor.<br><br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No.: 1:18-bk-10098-MB<br><br>Chapter 7<br><br>Jointly Administered with Case Nos.: 1:18-bk-10099-MB; 1:18-bk-10101-MB; 1:18-bk-10102-MB; 1:18-bk-10103-MB; 1:18-bk-10104-MB; 1:18-bk-10105-MB; 1:18-bk-10106-MB; 1:18-bk-10107-MB; 1:18-bk-10108-MB; 1:18-bk-10109-MB; 1:18-bk-10110-MB; 1:18-bk-10111-MB; 1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**FIRST AND FINAL APPLICATION OF KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, AN ACCOUNTANCY CORPORATION, FOR INTERIM AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX ADVISORS TO DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF**<br><br> **Employment Period**<br>January 1, 2020 – September 30, 2022<br><br>[Hearing Date to be noticed by Chapter 7 Trustee] |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY**

**JUDGE, THE DEBTORS, THE CHAPTER 7 TRUSTEE, THE DEBTORS AND THEIR**

**COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES**

**REQUESTING SPECIAL NOTICE:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# I.

## INTRODUCTORY STATEMENT

KROST Certified Public Accountants and Consultants ("KROST"), as successor by merger to BPE&H, an Accountancy Corporation ("BPEH"), special tax advisors to David K. Gottlieb, the chapter 7 trustee (the "Trustee") in the chapter 7 cases (the "Cases") of Penthouse Global Media, Inc. and its debtor subsidiaries (collectively, the "Debtors") hereby submits this *First and Final Application of KROST, Certified Public Accountants & Consultants, Successor by Merger to BPE&H, an Accountancy Corporation, for Interim and Final Approval of Compensation and Reimbursement of Expenses as Special Tax Advisors to David K. Gottlieb, Chapter 7 Trustee* (the "Final Application"), for the period of January 1, 2020 through September 30, 2022 (the "Employment Period") pursuant to sections 330 of the Bankruptcy Code.[1]

For the Employment Period, KROST seeks final allowance of compensation in the amount of $21,609.75 and reimbursement of expenses in the amount of $29.52 for a total award of $21,639.27, as explained below.  These amounts have not been the subject of prior interim applications.

# II.

## EMPLOYMENT OF KROST

On March 2, 2018, the Court entered an order directing the appointment of a Chapter 11 Trustee [Docket No. 231].  On March 6, 2018, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 236].  On March 6, 2018, the Court entered an order approving the appointment of David K. Gottlieb as chapter 11 trustee [Docket No. 239].

On June 7, 2018, the chapter 11 trustee filed an *Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of June 6, 2018* [Docket No. 538], which was approved by order entered on June 26, 2018 [Docket No. 602].

On January 31, 2019, the chapter 11 trustee filed a *Notice of Motion and Motion for Order Converting Cases to Chapter 7* [Docket No. 790] (the "Conversion Motion").  The Bankruptcy Court entered its Order converting the Cases to Cases under chapter 7 of the Bankruptcy Code [Docket

---

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.  All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

No. 810] (the "Conversion Order") on March 12, 2019, and the Office of the United States Trustee appointed David K. Gottlieb as the chapter 7 trustee in the Cases [Docket No. 812]. The Cases continue to be jointly administered under Case No. 1:18-bk-10098-MB.

On April 11, 2019, the Trustee filed an Application to Employ BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of March 12, 2018 (the "Chapter 7 Trustee's BPEH Application") [Docket No. 834], which was approved by order entered on May 28, 2019 [Docket No. 875].

Effective January 1, 2020, KROST merged (the "Merger") in BPE&H (the "BPEH"). While a partner at BPEH Scott Eisner ("Eisner") was the tax partner primarily responsible for the services rendered to the Trustee. Since the Merger, Eisner continued to render services in the same manner that he had at BPEH, and as a result, on November 17, 2021, the Trustee filed an *Application to Employ KROST, Certified Public Accountants & Consultants, Successor by Merger to BPE&H, an Accountancy Corporation, as Special Tax Advisors, Effective as of January 1, 2020* (the "KROST Application") [Docket No. 1030], which was approved by order entered on December 23, 2021 [Docket No. 1045]).[2]

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), KROST incorporates by reference the *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Chapter 7 Trustee*, to be heard contemporaneously by the Court.

---

[2] As stated in the *Supplemental Declaration of Scott Eisner in Support of the KROST Application* [Docket No. 1036] (the Supplemental Declaration"), KROST entered into an agreement (the "Agreement") with the United States Trustee that it will limit the fees it incurred between January 1, 2020, the effective date of the Merger, and November 17, 2021, to the hourly rates that were charged by BPE&H as set forth in BPE&H's employment application, as follows: (a) Eisner's hourly rate will be billed at $460.00; (b) the range of hourly fees for other tax partners will be $375.00 - $440.00, (c) the range of hourly fees for professional staff will be $120.00 - $325.00, and (d) the range of hourly fees for administrative staff will be between $60 to $75.00. The hourly rates set forth herein are limited to the amounts set forth in the Agreement.

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# III.

## NARRATIVE STATEMENT OF SERVICES RENDERED

## BY KROST AND TIME EXPENDED

**A.    Narrative Statement of Services Rendered and Time Expended During Final Application Period**

Pursuant to the Local Bankruptcy Rule 2016-1(a)(1)(D), below is a narrative statement of the services rendered by KROST and the time expended during the Employment Period.  A complete copy of KROST's billing statement describing services rendered, including the current hourly rates of KROST's professionals and paraprofessionals rendering services in this Case, is attached as **Exhibit A** to the Declaration of Scott Eisner (the "Eisner Declaration").

KROST's services primarily relate to handling tax issues for the bankruptcy estates, including corporate tax return preparation for 2019, 2020 and 2021, review City business tax notices, and confer with Trustee and bankruptcy counsel.

Total Hours:  63.65          Total Fees:  $21,609.75

**B.    Estimation of Additional Fees to Be Incurred**

KROST estimates that (1) additional fees in the amount of $3,000.00 have been incurred in connection with the preparation of its final fee application; and (2) additional fees in the amount of $585.00 will be incurred in connection with the preparation of 1099 forms, for a total additional estimated fees in the amount of $3,585.00.

**C.    Description of Professional Education and Experience**

A description of the professional education and experience of each of KROST's professionals who rendered services in this Case is set forth in **Exhibit B** attached to the Eisner Declaration.

**D.    Available Funds**

As of November 16, 2022, the Trustee is holding funds in the amount of $1,025,631.12.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**E.      The Trustee's Declaration**

Pursuant to Local Rule 2016-1(a)(1)(J), a Declaration will be filed regarding the Trustee's review of this Application.

**F.      Notice of Application and Hearing**

Pursuant to Local Rule 2016-2(c)(4)(C), notice of the Final Application shall be given by the Chapter 7 Trustee as part of the notice of hearing on the Chapter 7 Trustee's request for compensation.  A separate notice by KROST is not required.  Complete copies of the Application have been delivered to the Chapter 7 Trustee, the U.S. Trustee, the Debtors and their counsel, and parties requesting special notice.

**IV.**

**CONCLUSION**

This is KROST's first and final request for compensation in these Cases.  KROST believes that the services rendered for which compensation is sought in this Application have been beneficial to the estates, and that the sums requested for the services rendered are fair and reasonable.

WHEREFORE, KROST respectfully requests that this Court (1) allow on a final basis, fees in the total amount of $21,609.75 and reimbursement of expenses in the total amount of $29.52 for Employment Period, for a total award of $21,639.27; (2) authorize and order payment to KROST from the Estate of the net amount, due to the Firm in the amount of $21,639.27; (3) authorize and

*[Remainder of Page Intentionally Left Blank]*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:346117.3 32277/002

1  order payment to KROST from the Estate the amount of $3,585.00 for estimated fees due; and (4)

2  grant such other and further relief as is appropriate in the circumstances of this case.

3  Dated: November 16, 2022                    KROST

4                                             By: _Scott Eisner_

5                                             Scott Eisner

6                                             Tax Advisors for David K. Gottlieb,
                                              Chapter 7 Trustee

7  Respectfully submitted by:

8  **PACHULSKI STANG ZIEHL & JONES LLP**

9

10  By: */s/ Linda F. Cantor*
        Linda F. Cantor, Esq.

11      10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067

12
    *Counsel for David K. Gottlieb, Chapter 7 Trustee*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

### **DECLARATION OF SCOTT EISNER**

2     I, Scott Eisner, declare as follows:

3     1.    I am a certified public accountant, duly licensed and authorized to practice in the

4 State of California.  I am a member in good standing of the American Institute of Certified Public

5 Accountants (AICPA) and California Society of Certified Public Accounting, and am a tax principal

6 of KROST.  Except as otherwise stated, each of the facts contained in this declaration is based upon

7 my personal knowledge and if called upon to do so, I could competently testify thereto.

8     2.    I make this declaration in support of the *First and Final Application of KROST,*

9 *Certified Public Accountants & Consultants, Successor by Merger to BPE&H, an Accountancy*

10 *Corporation, for Interim and Final Approval of Compensation and Reimbursement of Expenses as*

11 *Special Tax Advisors to David K.  Gottlieb, Chapter 7 Trustee* (the "Application").  Capitalized

12 terms not otherwise defined herein shall have the meaning given to them in the Application.

13     3.    In the ordinary course of its business, KROST keeps a record of all time expended by

14 its professionals and para-professionals in the rendering of professional services.  Specifically, using

15 a computerized billing system, the professionals of KROST maintain a written record of the time

16 expended, including a description of the nature of the services performed on a daily basis.  At a

17 minimum, the timesheets of these professionals are transcribed into the Firm's computer program

18 which generates a record of all time spent, the professional providing the services and a description

19 of the services rendered.  The time expended by each professional is multiplied by the respective

20 professional's billing rate.  The Firm conducts its business in reliance on the accuracy of such

21 business records.

22     4.    I have reviewed KROST's bills for services rendered in connection with its

23 representation of the Trustee in this Case.  A complete copy of KROST's billing statement

24 describing services rendered, including the hourly rates of KROST's professionals and

25 paraprofessionals rendering services for the Employment Period, is attached hereto **Exhibit A**.  The

26 rates set forth on Exhibit A incorporate the terms of the Agreement entered into with the United

27 States Trustee to limit the fees charged by KROST between January 1, 2020 and November 17, 2021

28

DOCS_LA:346117.3 32277/002

1   to the hourly rates that had been charged by BPE&H, as noted in the Application and as set forth in

2   the Supplemental Declaration at Docket No. 1036.

3       5.    Attached hereto as **Exhibit B** is a description of the professional education and

4   experience of each of KROST's professionals who rendered services in this Case.

5       6.    It is KROST's usual practice to allocate work and assignments in an efficient manner

6   to achieve an effective result. As demonstrated in the Application, the practice has been followed in

7   this Case.

8       7.    KROST has no fee sharing arrangement, understanding, or compensation sharing

9   arrangement with any other entity, and no part of the fees or expenses awarded to KROST will be

10   paid to any other entity.

11       8.    Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance: I have reviewed Local

12   Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

13       I declare under penalty of perjury under the laws of the State of California and the United

14   States of America that the foregoing is true and correct.

15       Executed this 16th day of November, 2022, at Woodland Hills, California.

16

17                                        Scott Eisner

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

8

DOCS_LA:346117.3 32277/002

# EXHIBIT A

**KROST**
CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS SINCE 1939
Pasadena • Valencia • West Los Angeles • Woodland Hills
KROSTCPAs.com

Exhibit A

Penthouse Global Media Inc. & Subsidiaries
David K. Gottlieb, Trustee
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367

For professional services rendered through September 30, 2022

For Professional Services January 1, 2020 through September 30, 2022

Tax analysis and preparation of Consolidated Corporate tax returns for 2019, 2020 and 2021; review of tax notices from City of Los Angeles related to claim from City of Los Angeles and telephone conferences with trustee and bankruptcy counsel and financial advisor

January 1, 2020 through November 17, 2021

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| Scott Eisner | 5.25 hours | $ 460.00 | 2,415.00 |
| Bob Price | 5.00 hours | $ 440.00 | 2,200.00 |
| Bob Price | 5.50 hours | $ 435.00 | 2,392.50 |
| Melanie Prieger | 11.50 hours | $ 260.00 | 2,990.00 |
| Melanie Prieger | 9.50 hours | $ 220.00 | 2,090.00 |
| Linda Duban | 0.75 hours | $  75.00 | 56.25 |
| Karen Partovich | 2.25 hours | $  75.00 | 168.75 |
| Messenger Charge | | | 29.52 |
| | | | 12,342.02 |

November 18, 2021 through September 30, 2022

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| Scott Eisner | 3.05 hours | $ 600.00 | 1,830.00 |
| Bob Price | 6.25 hours | $ 550.00 | 3,437.50 |
| Melanie Prieger | 13.35 hours | $ 285.00 | 3,804.75 |
| Karen Partovich | 1.25 hours | $ 180.00 | 225.00 |
| | | | 9,297.25 |

| | | |
|---|---|---|
| Total Due | | 21,639.27 |

# EXHIBIT B

Scott I. Eisner CPA (CA CPA, License # 33318)

University of Arizona, Bachelor of Science in Business Administration; Major in Accounting-December 1978

Arthur Andersen & Co (Los Angeles, CA) January 1979 through November 1982 (Senior Auditor)

Block, Good & Gagerman (Sherman Oaks, CA) November 1982 through December 1987
(Senior/Supervisor/Manager)- Accounting and Tax

BPE&H (formerly Bock, Plant, Eisner, Fiorito & Belak- Berger) January 1988 through December
2019 (Senior Manager /Shareholder)- Practice areas include real estate, professional services
firms, business
Consulting in both Tax and Accounting

KROST CPAs & Consultants January 2020 through Present (Woodland Hills, CA) (Principal)-
Practice areas include real estate, professional services firms, business
consulting in both Tax and Accounting

Robert L. Price, CPA (CA CPA, License #130051)

California State University Northridge, Bachelor's Degree in Finance-May 1979

University of Southern California, MBT-May 1981

Ernst & Whitney (currently Ernst & Young) June 1981-December 1983 (Tax Department)

Various Private Companies January 1984-December 2001 including controller, chief financial officer and tax manager for large commercial real estate development/investment companies and wholesale distribution company

BPE&H (formerly Block, Plant, Eisner, Fiorito & Belak-Berger) Woodland Hills, CA-January 2002-December 2019 (Senior Tax Manager/Shareholder)-As Tax Partner practice areas including all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

Krost CPA's and Consultants Woodland Hills, CA-January 2020 to present- Principal as Tax Partner practice areas including all tax planning, research and compliance for corporate, partnership, trust and individual clients of the Firm primarily relating to taxation and planning

# Melanie J. Prieger, MST, CPA

29436 Greengrass Ct., Agoura Hills, CA 91301 ♦ 530.219.2922 ♦ mjprieger@yahoo.com

## Summary of Qualifications

- MS Taxation, Braden School of Taxation at Golden Gate University (with Honors), April 2018
- Thirteen seasons of public accounting experience, including 5 years with PwC
- Primary focus on real estate transactions such as 1031 exchanges, and professional services firms
- Partnerships: in-depth understanding of special allocations, inside/outside basis analysis
- S Corporations: AAA and basis analysis, other ownership issues
- Software Proficiencies: ProSystem *fx* Tax, CCH research software, MS Office, CCH Engagement, CCH Tax Planning
- Skilled at mentoring, training, team-building and developing cooperative work environment

## Work Experience

*Krost CPAs,* Jan. 2020 – Apr. 2022 (job change resulting from merger with BPE&H)
Tax Senior - Tax Manager

- Review and preparation of entity returns including complex pass-through entity structures, multi-state apportionment, and real estate transactions
- Industry focus: real estate investment, professional services
- Review and preparation of individual returns with emphasis on high net worth
- Research and consulting regarding real estate transactions and new tax laws (particularly Covid-19 relief)
- Staff mentoring: developed & taught courses on CCH Engagement and CCH Tax Planning
- Member of Procedures Committee: streamlining paperless office procedures

*BPE&H, An Accountancy Corporation,* Aug. 2018 – Dec. 2019
Tax Senior

- Tax compliance with focus on pass-through entities and real estate transactions
- Updated technology skills in paperless environment (CCH Engagement, Adobe Acrobat, etc.)
- Research tax law changes & make CPE presentations to staff: TCJA, partnership reporting, etc.

*Self-Employed*, Jan. 2007 – Jun. 2011, contract hire with local CPA firm
Seasonal Tax Research and Reviewer

- Emphasis on pass-through and tiered entities
- Tax research and compliance using CCH and ProSystem *fx*
- Multistate compliance, primarily California and Oregon

*PricewaterhouseCoopers (PwC),* Jan. 1994 – Jan. 1999, San Francisco, CA
Staff Accountant - Tax Manager

- Tax research and compliance using CCH and ProSystem *fx*
- Real Estate Group: analyze tax treatment of real estate transactions for planning and compliance
- Developed and taught in-house CPE courses on partnership taxation and real estate transactions using PowerPoint

## Certificate/Membership

- Passed CPA Exam first sitting, November 1993
- Member, AICPA and CalCPA

## Volunteer/Other Interests

- *Musician*: Pianist and vocalist at Calvary Community Church in Westlake Village
- *Public Speaking/Teaching*: Presentations and teaching for groups of 5-500 women

**Linda L. Duban**
**4386 NE Cloverdale Street**
**Moorpark, California 93021**
**818-731-4655**
lindaduban@yahoo.com


**Experience:**


**Fox & Associates, CPA**
**5835 Kanan Road**
**Agoura Hills, CA 91301**
**January 2002 – July 2006**


**BPE&H CPA's**
**Administrative Assistant**
**July 2006 – January 2020**
**21300 Victory Blvd.**
**Woodland Hills, CA 91367**


**Krost CPAs & Consultants**
**Administrative Assistant**
**January 2020 – December 2022**
**21650 Oxnard Street, Suite 1700**
**Woodland Hills, CA 91367**


**Education:**


**University of Illinois**
**Bachelor of Arts – Elementary Education**

**Karen Partovich**
**17634 Corinthian Drive**
**Encino, California 91316**
**818-674-3234**
**kpartovich@gmail.com**

## Experience:

**Notations Invitation Design**
**Graphic Designer**
**January 1985 – January 2004**
**17634 Corinthian Drive**
**Encino, CA 91316**

**BPE&H CPA's**
**Administrative Assistant**
**January 2004 – January 2020**
**21300 Victory Blvd.**
**Woodland Hills, CA 91367**

**Krost CPA's & Consultants**
**Administrative Assistant**
**January 2020 – December 2022**
**21650 Oxnard Street, Suite 1700**
**Woodland Hills, CA 91367**

## Education:

**California State University, Northridge**
**Bachelor of Arts**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **FIRST AND FINAL APPLICATION OF KROST, CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, SUCCESSOR BY MERGER TO BPE&H, AN ACCOUNTANCY CORPORATION, FOR INTERIM AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX ADVISORS TO DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE; DECLARATION OF SCOTT EISNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 16, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2022 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor Interested Party
bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In re Penthouse Global Media, Inc.**
**Chapter 11 Case No. 1:18-bk-10098-MB**
**2002 Service List**

**<u>SERVED BY UNITED STATES MAIL</u>:**

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA 90069

*Trustee*
David K. Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of*
*Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Jennifer Nassiri
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard, Esq.
15760 Ventura Blvd., Ste. 801
Encino, CA 91436

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz, Esq.
Jones Walker
201 St. Charles Avenue
New Orleans, LA 70170-5100

John D. Kirkendoll, Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Joseph E Bain
Jones Walker LLP
811 Main Street, Ste. 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian
Robert M. Hirsh (*pro hac vice* application to be submitted)
ARENT FOX LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065