Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: lcantor@pszjlaw.com

Attorneys for David K. Gottlieb, Chapter 7 Trustee and
former Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**SUBMISSION OF REQUEST FOR FINAL APPROVAL OF COMPENSATION FOR AKERMAN LLP**

[Hearing Date to be noticed by Chapter 7 Trustee]

David K. Gottlieb, former chapter 11 trustee (the "Trustee"), through his counsel of record, hereby submits this request for Akerman, LLP, special counsel to the Trustee, for final approval of compensation.

DATED: November 16, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Linda F. Cantor
      Linda F. Cantor
Attorneys for David K. Gottlieb, Chapter 7 Trustee and
Former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

**AKERMAN LLP**
Caroline H. Mankey (SBN 187302)
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: caroline.mankey@akerman.com

Special Intellectual Property Counsel for
Penthouse Global Media, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

                    Debtor.

---

☒ Affects All Debtors
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No.: 1:18-bk-10098-MB

Chapter 11

Jointly Administered with Cases Nos.:
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**REQUEST FOR FINAL APPROVAL OF
COMPENSATION FOR AKERMAN
LLP**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

2

1  Akerman LLP ("Akerman"), special intellectual property counsel to the former Chapter 11

2  Trustee, David K. Gottlieb (the "Trustee"), in the jointly administered bankruptcy cases of debtor

3  Penthouse Global Media, Inc. and its debtor affiliates, hereby represents as follows:

4      1.      On September 18, 2018, Akerman filed its *First and Final Application for Allowance*

5  *and Payment of Final Compensation* [Docket No. 666] (the "Application"), attached hereto as

6  **Exhibit "A"**, requesting final approval of fees in the amount of $98,924.50.

7

8      2.      Pursuant to order entered on October 25, 2018 [Docket No. 715] (the "Order"), the

9  Court approved the Application on an interim basis, and authorized the Trustee to pay Akerman the

10  sum of $68,495.06.  *See* Order, attached hereto as **Exhibit "B"**.

11  **WHEREFORE**, Akerman respectfully requests that this Court (1) award on final basis, fees

12  in the amount of $98,924.50, previously awarded on an interim basis; (2) authorize payment by the

13  Trustee to Akerman the balance due of its allowed fees and expenses, to the extent funds are

14  available therefor; and (3) grant such other and further relief as is appropriate in the circumstances of

15  this case.

16

17                                              **AKERMAN LLP**

18

19                                              By: _____

20                                                  Caroline H. Mankey

21                                                  Special Intellectual Property Counsel to
                                                    David K. Gottlieb, former Chapter 11 Trustee

22  Respectfully submitted by:

23  **PACHULSKI STANG ZIEHL & JONES LLP**

24  By: */s/ Linda F. Cantor*
         Linda F. Cantor, Esq.
25       10100 Santa Monica Blvd., 13th Floor
         Los Angeles, CA  90067
26

27  Attorneys for David K. Gottlieb, Chapter 7 Trustee and former Chapter 11 Trustee

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

3

# EXHIBIT A

1    Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
2    10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
3    Telephone: 310/277-6910
Facsimile: 310/201-0760
4    E-mail:  lcantor@pszjlaw.com

5

6    Attorneys for David K. Gottlieb, Chapter 11 Trustee

7                UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
8                SAN FERNANDO VALLEY DIVISION

9    In re:                                    Case No.: 1:18-bk-10098-MB

10   PENTHOUSE GLOBAL MEDIA, INC.,             Chapter 11

11                                             Jointly Administered with Cases Nos.:
                                               1:18-bk-10099-MB; 1:18-bk-10101-MB;
12              Debtor.                         1:18-bk-10102-MB; 1:18-bk-10103-MB;
                                               1:18-bk-10104-MB; 1:18-bk-10105-MB;
13   ☒ Affects All Debtors                      1:18-bk-10106-MB; 1:18-bk-10107-MB;
     ☐ Affects Penthouse Global Broadcasting, Inc.   1:18-bk-10108-MB; 1:18-bk-10109-MB;
14   ☐ Affects Penthouse Global Licensing, Inc.   1:18-bk-10110-MB; 1:18-bk-10111-MB;
     ☐ Affects Penthouse Global Digital, Inc.    1:18-bk-10112-MB; 1:18-bk-10113-MB
15   ☐ Affects Penthouse Global Publishing, Inc.
     ☐ Affects GMI Online Ventures, Ltd.        SUBMISSION OF *FIRST APPLICATION
16   ☐ Affects Penthouse Digital Media Productions, Inc.   *OF AKERMAN LLP FOR INTERIM*
     ☐ Affects Tan Door Media, Inc.             *APPROVAL OF COMPENSATION*
17   ☐ Affects Penthouse Images Acquisitions, Ltd.
     ☐ Affects Pure Entertainment Telecommunications, Inc.   Date:         October 9, 2018
18   ☐ Affects XVHUB Group, Inc.               Time:         1:30 p.m.
     ☐ Affects General Media Communications, Inc.   Courtroom:    303
19   ☐ Affects General Media Entertainment, Inc.   Place:        21041 Burbank Blvd.
     ☐ Affects Danni Ashe, Inc.                              Woodland Hills, CA
20   ☐ Affects Streamray Studios, Inc.          Judge:        Hon. Martin R. Barash

21

22           David K. Gottlieb, chapter 11 trustee ("Trustee") through his counsel of record, hereby

23   submits the first interim fee application of Akerman, LLP, special counsel to the Trustee.

24

25   DATED: September 18, 2018            PACHULSKI STANG ZIEHL & JONES LLP

26                                        By: /s/ Linda F. Cantor
                                              Linda F. Cantor
27
                                         Attorneys for David K. Gottlieb, Chapter 11 Trustee
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

1

**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
2   *caroline.mankey@akerman.com*
601 W. Fifth Street, Suite 300
3   Los Angeles, CA 90071
Telephone: (213) 688-9500
4   Facsimile: (213) 627-6342

5   Special Intellectual Property Counsel for
PENTHOUSE GLOBAL MEDIA, INC.

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10           **SAN FERNANDO VALLEY DIVISION**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>         Debtor. | Case No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB |
| ☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | **FIRST AND FINAL APPLICATION OF AKERMAN LLP FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION; DECLARATION OF CAROLINE H. MANKEY IN SUPPORT THEREOF**<br><br>Date:        October 9, 2018<br>Time:       1:30 p.m.<br>Courtroom: 303<br>Place:      21041 Burbank Blvd.<br>           Woodland Hills, CA<br>Judge:     Hon. Martin R. Barash |

25   **TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,**
26   **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE**
**OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS, CREDITORS'**
27   **COMMITTEE, AND PARTIES-IN-INTEREST:**

28

# TABLE OF CONTENTS

**Page**

I.    RELIEF REQUESTED ........................................................................................1

II.   PRELIMINARY SUMMARY OF COMPENSATION DATA ...........................1

III.  RELEVANT BACKGROUND AND AKERMAN'S RETENTION ...................2

     A.   The Chapter 11 Case ............................................................................ 2

     B.   Akerman's Retention and Scope of Services to Be Provided ................... 2

IV.  NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED......2

     A.   Services Performed and Time Expended During the Application Period Covered by this First Application............................................................................ 2

         1.   Analyze Intellectual Property Issues..................................................... 3

         2.   Negotiate, Review, Edit and Draft Intellectual Property Assignment, Transfer and Sale Documents............................................................................ 4

         3.   Monitor and Maintain Trademark Registrations.................................... 5

     B.   Detailed Listing of All Time Spent by the Professional on the Matters for Which Compensation Is Sought ........................................................................ 5

     C.   Hourly Rates ........................................................................................ 5

     D.   Description of Professional Education and Experience............................ 5

     E.   No Fee Sharing .................................................................................... 5

V.   THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW ..................................................................................6

     A.   Factors In Evaluating Requests For Compensation ................................ 6

     B.   The Lodestar Award Should Be Calculated By Multiplying A Reasonable Hourly Rate By The Hours Expended.............................................................. 6

VI.  NOTICE.........................................................................................................8

VII.  CONCLUSION...............................................................................................9

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

Akerman LLP ("Akerman"), special intellectual property counsel to the Chapter 11 Trustee, David K. Gottlieb (the "Trustee"), in the jointly administered bankruptcy cases (the "Cases") of debtor Penthouse Global Media, Inc. and its debtor affiliates (collectively, the "Debtors"), hereby submits this First and Final Application of Akerman LLP for Allowance and Payment of Final Compensation (the "Application"), for the period of May 1, 2018, through August 31, 2018 (the "Application Period") pursuant to section 330 of the Bankruptcy Code.

## I.

## RELIEF REQUESTED

By this Application, Akerman seeks entry of an order approving fees for professional services rendered for and on behalf of the Trustee as special counsel during the Application Period in the total amount of $98,924.50.  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

| Name of Applicant | Akerman |
|---|---|
| Authorized to Provide Professional Services to | The Chapter 11 Trustee |
| Date Bankruptcy Petitions Filed | January 11, 2018 |
| Date Application to Employ Akerman Was Filed | May 1, 2018 |
| Retention Date/Date of Order Approving Employment | May 24, 2018, *nunc pro tunc* to May 1, 2018 |
| Fee Period Covered by Application | May 1, 2018 through August 31, 2018 |
| Terms and Conditions of Employment | Hourly.  No retainer. |
| Interim/Final | Final application. |
| Hours of Professional Time that are Subject to this Application | 155.60 |
| Fees Requested by this Application | $98,924.50 |
| Expenses Requested by this Application | $0 |
| Total Compensation Requested | $98,924.50 |

DOCS_LA:316890.1 32277/001

| Amount of Fees and Expenses Previously Awarded | $0 |
|---|---|
| Blended Rate (Including Paraprofessionals) | $635.76 |
| Blended Rate (Excluding Paraprofessionals) | $640.70 |
| Name; Billing Rate; and Date of Bar Admission for each Billing Attorney | Caroline H. Mankey; $495; 1996 |
| | John L. Babala; $760; 1998 |
| | Rema Awad; $440; 2005 |
| | Patricia M. Flanagan; $425; 2008 |

**III.**

**RELEVANT BACKGROUND AND AKERMAN'S RETENTION**

**A.    The Chapter 11 Case**

Pursuant to Local Bankruptcy Rule 2016-(a)(1)(A)(iv), Akerman incorporates by reference the narrative history and present posture of the case which were furnished in the interim fee application filed by Pachulski Stang Ziehl & Jones LLP, bankruptcy counsel for the Chapter 11 Trustee.

**B.    Akerman's Retention and Scope of Services to Be Provided**

On May 24, 2018, the Court authorized and approved the retention of Akerman as special counsel to the Trustee, nunc pro tunc to May 1, 2018 [Dkt. No. 514].  Specifically, Akerman was retained as special intellectual property counsel to advise the Trustee concerning the licensing and sale of the Debtors' intellectual property, as well as to address contested use, transfer and ownership issues.

**IV.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED**

**A.    Services Performed and Time Expended During the Application Period Covered by this First Application**

Local Rule 2016-1(1)(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the U.S. Trustee's Guidelines for Reviewing Applications for

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 ("Compensation Guidelines").  In accordance with the Local Rules and the Compensation Guidelines, Akerman has classified all services performed for which compensation ins sought during the Application Period into one of several categories.  Akerman placed the services performed in the category that best relates to the service provided.

### 1.    Analyze Intellectual Property Issues

The Debtors' primary assets were copyrights and trademarks (the "Debtors' IP"), many of which were licensed to third parties for exploitation in connection with a wide variety of goods and services.  Akerman was engaged to, and throughout the Application Period did, analyze and advise the Trustee on the nature and existence of the Debtors' IP; the clear title, status, validity and transferability of the Debtors' IP and goodwill; the possible impact of third party claims to the Debtors' IP; the respective value, advantages and disadvantages of various bids from third parties to purchase some or all of the Debtors' IP and related assets; the merit of objections by the Debtors' licensees to the sale of the Debtors' IP and/or rejection of executory agreements; the potential impact and legal issues arising out of the sale of certain of the Debtors' trademarks in specific classes of goods and services to multiple third party purchasers; potential licensing opportunities; and the corporate law issues implicated by a sale of the Debtors' IP and related assets.  Two Akerman attorneys, one with expertise in corporate transactional law and the other with expertise in intellectual property law, also attended the hearing before the Court in which the Debtors' assets were auctioned in order to advise the Trustee on the respective merits and value of the bids, and any corporate or intellectual property issues raised.

Akerman's analyses and advice contributed to the successful negotiation and documentation of the Trustee's sale of certain of the Debtors' IP to Penthouse Clubs Global Licensing, LLC, which was approved by the Court on June 8, 2018, and to the negotiation and documentation of the terms of the sale of the remainder of the Debtors' assets, and the assignment of all of the Debtors' IP, which closed on or about June 15, 2018.

DOCS_LA:316890.1 32277/001

3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Akerman conducted its analyses of the intellectual property related issues throughout the course of its retention and expended a total of 54.8 hours on these services for a total amount of fees of $33,330.50.

**2.    Negotiate, Review, Edit and Draft Intellectual Property Assignment, Transfer and Sale Documents**

Akerman also assisted in the negotiation, drafting, and editing of all of the documents and instruments in connection with both the sale of certain of the Debtors' IP to Penthouse Clubs Global Licensing, LLC (the "Penthouse Clubs"), including the following documents:

- Purchase and Sale Agreement with Penthouse Clubs;
- Master Intellectual Property License Agreement with Penthouse Clubs;
- Exclusive Intellectual Property License Agreement (Short Form) with Penthouse Clubs;
- Assignment of Penthouse Club Marks and Assets with Penthouse Clubs; and
- Consent and Registration Agreement with Penthouse Clubs.

Akerman also took the lead on drafting the documentation for the sale of the remainder of all of the Debtors' assets to the designees of successful bidder at the auction before this Court (collectively, the "Buyer").  The documents Akerman prepared include the following:

- Assignment and Assumption Agreement with the Buyer;
- Multiple Schedules to Assignment and Assumption Agreement with the Buyer;
- Assignment of Intangible Property to the Buyer;
- Bill of Sale; and
- Assignment Agreements assigning all of the copyrights and trademarks of each of nine of the Debtors to the Buyer with schedules of all copyrights and trademarks.

The negotiations for the sale of the Debtors' IP and other assets to Penthouse Clubs was complex due to the potentially competing interests of Penthouse Clubs, which was buying those PENTHOUSE marks and other marks of the Debtors relating to the PENTHOUSE nightclubs, and the potential interests of any buyers of the remainder of the Debtors' IP and how to protect and maximize the value of all of the Debtors' IP and other assets.  The negotiations were made more complicated by virtue of the involvement of the Stalking Horse bidder, Dream Media, which was interested in what assets were being sold to Penthouse Clubs and what impact the sale to Penthouse Clubs would have on the assets that Dream Media sought to purchase.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

4

The documentation of the sale of the remainder of the Debtors' assets to the Buyer was also complex, given the number of Debtors, the volume of the Debtors' IP, which included hundreds of trademarks and copyrights, all of which had to be scheduled, the existence of numerous executory agreements, and a dearth of historical information on the Debtors' IP and the executory agreements.

All of the work on these two transactions was performed in May and June 2018, over a total of 99.9 hours and total fees of $64,965.50.

### 3. Monitor and Maintain Trademark Registrations

Akerman also monitored the status of certain of the Debtors' trademarks and ensured that they were maintained in order to preserve the value of the Debtors' IP.

Akerman spent a total of 2 hours on these services and incurred a total of $628.50 in fees.

## B. Detailed Listing of All Time Spent by the Professional on the Matters for     Which Compensation Is Sought

**Exhibit A** attached hereto contains a summary, by category, of Akerman's services rendered during the Application Period.  The summary includes the time spent, rate and billing attributable to each person who performed compensable services.

**Exhibit B** attached hereto contains Akerman's detailed time records during the Application Period.

## C. Hourly Rates

The hourly rates of all professionals and paraprofessionals who rendered compensable services are set forth on **Exhibit A**.

## D. Description of Professional Education and Experience

**Exhibit C** attached hereto contains the professional biographies of each of the professionals employed by Akerman who rendered services during the Application Period, including their professional education, bar admissions, and experience.

## E. No Fee Sharing

Akerman has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by Akerman except to the extent they are shared among members of Akerman.

DOCS_LA:316890.1 32277/001

5

# V.

## THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON

## APPLICABLE LAW

The fees requested by this Application are an appropriate award for Akerman's services as special counsel to the Trustee.

### A.    Factors In Evaluating Requests For Compensation

Pursuant to section 330 of the Bankruptcy Code, the Court may award reasonable compensation for actual and necessary services rendered.  The professional services rendered by Akerman have required an expenditure of substantial time and effort.  Members of Akerman spent 155.6 hours during the Application Period, most of which were conducted in May and June 2018.  The fees for which Akerman requests compensation are for actual and necessary services rendered at the request of the Trustee and/or his counsel.

Time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in this matter by Akerman and the results obtained, in light of the accepted lodestar approach, Akerman submits that the compensation requested herein is reasonable and appropriate.  Akerman provided extensive assistance and counsel to the Trustee in expeditiously and efficiently negotiating, documenting, and closing two complex sale transactions, which involved numerous complex intellectual property and corporate law issues.  The services provided by Akerman helped to maximize the value of the Debtors' IP and other assets and helped to obtain the most favorable terms of the sale transactions, which benefited both the Debtors' estates and the Debtors' creditors.

### B.    The Lodestar Award Should Be Calculated By Multiplying A Reasonable Hourly Rate By The Hours Expended

The United States Supreme Court has approved application of the lodestar approach in determining a reasonable attorney's fee. The lodestar approach is as follows:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . . Adjustments to that fee then may be made as necessary in the particular case.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

*Blum vs. Stenson*, 465 U.S. 886, 888 (1984.  *In Hensley v. Eckerhart*, 461 U.S. 424 (1983), the Supreme Court explained that while ad hoc factors from older tests might be considered in setting fees,[1] the lodestar amount subsumed many of those factors.  *Hensley v. Eckerhart*, 461 U.S. 424, 434, n.9 (1983).

In 1986, the Supreme Court expressly held that factors relevant to determining fees should be applied using the lodestar approach, and expressly rejected reliance on the *ad hoc* application of the factors in older tests, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . ." *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate") (citations and quotations omitted).

Although the lodestar approach provides the fundamental framework for determining fee awards under the Bankruptcy Code, some of the *ad hoc* factors remain relevant for determining the appropriate hourly rate to use under the lodestar approach.  *In re Charles Russel Buckridge*, Jr., 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a 'multiplier' based on the criteria listed in § 330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991) (starting with the lodestar approach is not mandatory in all cases, particularly given the uniqueness of bankruptcy proceedings).

Under the lodestar approach, Akerman is entitled to payment for all of the fees incurred, calculated by multiplying the number of hours expended by each timekeeper by his or her hourly

---

[1] The *ad hoc* factors, now largely subsumed by the lodestar approach, are set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974. The original twelve *Johnson/Kerr* factors are: (1) time and labor required; (2) novelty and difficulty of the questions involved; (3) skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances involved; (8) amount involved and results obtained; (9) experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) nature and length of the professional relationship with client; and (12) awards in similar cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

billing rate.  **Exhibit A** consists of summaries showing the total amount of time that each timekeeper

spent on the different categories of services.  **Exhibit B** consists of copies of Akerman's time records

kept in the regular course of business reflecting the services actually rendered by Akerman during

the Application Period.  Akerman's time records are entered on a daily or weekly basis, are separated

by task, and are based on the time, nature, extent and value of such services and the cost of

comparable services.  Akerman made an effort to bill a specific amount for each separable or distinct

task and to provide sufficient detail to demonstrate the validity and necessity of each of the entries.

The information contained in Exhibits **A** and **B** evidences that members of Akerman spent a total of

155.60 hours providing services to the Trustee in connection with this case.

Exhibit C consists of the professional biographies of each of the attorneys who provided the

services to the Trustee in this case.  The biographies in **Exhibit C** demonstrate the deep experience

and skill in intellectual property and corporate transactional law that the Akerman lawyers brought to

this engagement.  The two attorneys who conducted the bulk of the work in this case attended highly

rated law schools and each have over 20 years of experience practicing law.  The hourly rates,

ranging from $425 to $760, are well within the range of rates charged by other lawyers with similar

levels of skill and experience in these fields of law in the Los Angeles market.

Collectively, the information contained in **Exhibits A, B** and **C** support both the time and the

rate components of the lodestar approach and warrant an award to Akerman of the entirety of the

$98,924.50 in fees that it incurred providing services to the Trustee in this case.

### VI.

### <u>NOTICE</u>

Notice of the filing of this Application has been given to all parties entitled to notice in

accordance with this Court's Order Granting Motion of Chapter 11 Trustee to Limit Scope of Notice

entered June 13, 2018 [Dkt. 569] and to all parties requesting electronic notice.  Accordingly,

adequate notice has been given.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

## VII.

## CONCLUSION

This is Akerman's first and final request for compensation. Akerman believes that the services rendered for which compensation is sought in this Application have been beneficial to the Debtors' estates and their creditors, and that the sums requested for the services rendered are fair and reasonable.

**WHEREFORE**, Akerman respectfully requests that the Court authorize payment to Akerman in the total amount of $98,924.50.

Dated: September 18, 2018

AKERMAN LLP

By: _____
Caroline H. Mankey
Special Intellectual Property Counsel to
David K. Gottlieb,
Chapter 11 Trustee

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ Linda F. Cantor
Linda F. Cantor, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

*Counsel for David K. Gottlieb,
Chapter 11 Trustee*

DOCS_LA:316890.1 32277/001

Case 1:18-bk-10098-MB    Doc 666    Filed 09/16/22    Entered 09/16/22 16:06:46    Desc
Main Document    Page 18 of 54

## DECLARATION OF CAROLINE H. MANKEY

I, Caroline H. Mankey, declare as follows:

1.     I am a partner at Akerman LLP ("Akerman") and a member in good standing of the State Bar of California.  I submit this declaration in support of the First and Final Application of Akerman LLP for Allowance and Payment of Final Compensation (the "Application").  Unless stated otherwise, all capitalized terms have the same meaning ascribed to them in the Application.  I have personal knowledge of the facts stated herein, and if called as a witness could testify competently thereto.

2.     I have personally reviewed the information contained in the Application and the exhibits hereto and believe their contents to be true and correct to the best of my knowledge, information and belief.

3.     I was personally and integrally involved in providing the services for which Akerman is seeking fees and I interacted extensively with the other Akerman professionals who also performed the services.  I have personally reviewed Akerman's invoices for this matter and the invoices represent true and correct charges to the best of my knowledge, information and belief.

4.     Based on my experience working as a litigator at four other law firms in Los Angeles since 1996, including the law firms of Glaser Weil Fink Howard Avchen & Shapiro LLP and Sedgwick, LLP, I believe that the hourly rates charged by the Akerman professionals are within the market rates that the majority of law firms in the Los Angeles market charge clients for comparable services.

5.     Local Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Rule 2016-1 and the Application complies with Local Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Los Angeles, California on this 18th day of September, 2018.

_____
CAROLINE H. MANKEY

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:316890.1 32277/001

Case 1:18-bk-10098-MB    Doc 666    Filed 09/16/43    Entered 09/16/43 16:06:46    Desc
Main Document    Page 14 of 55

# EXHIBIT A

# EXHIBIT A

## SUMMARY OF SERVICES OF AKERMAN LLP

### I.    Services (May 1, 2018 – August 31, 2018)

### 1.    Intellectual Property Analysis

| Timekeeper | Title | Initials | Rate | Hours | Total |
|---|---|---|---|---|---|
| Caroline H. Mankey | Partner | CHM | $495 | 28.30 | $14,008.50 |
| John L. Babala | Partner | JLB | $760 | 25.20 | $19,152 |
| Patricia M. Flanagan | Partner | PMF | $425 | 0.40 | $170 |
| **Total** | | | | **54.80** | **$33,330.50** |

### 2.    Documentation of Assignment, Transfer and Sale

| Timekeeper | Title | Initials | Rate | Hours | Total |
|---|---|---|---|---|---|
| Caroline H. Mankey | Partner | CHM | $495 | 27.30 | $13,513.50 |
| John L. Babala | Partner | JLB | $760 | 61.10 | $46,436 |
| Rema Awad | Partner | RA | $440 | 11.40 | $5,016 |
| **Total** | | | | **99.90** | **$64,965.50** |

### 3.    Monitoring and Maintaining Trademarks

| Timekeeper | Title | Initials | Rate | Hours | Total |
|---|---|---|---|---|---|
| Caroline H. Mankey | Partner | CHM | $495 | .70 | $346.50 |
| Christine M. Lynch | Paralegal | CML | $235 | 1.20 | $282 |
| **Total** | | | | **2.0** | **$628.50** |

## EXHIBIT A

### SUMMARY OF SERVICES OF AKERMAN LLP

**II.    Total Hours Billed by Professional/Paraprofessional (May 1, 2018 – August 31, 2018)**

| Timekeeper | Title | Initials | Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Caroline H. Mankey | Partner | CHM | $495 | 56.30 | $27,868.50 |
| John L. Babala | Partner | JLB | $760 | 86.30 | $65,588 |
| Rema Awad | Partner | RA | $440 | 11.40 | $5,016 |
| Patricia M. Flanagan | Partner | PMF | $425 | 0.40 | $170 |
| Christine Lynch | Paralegal | CML | $235 | 1.20 | $282 |
| **Totals** | | | | **155.60** | **$98,924.50** |
| Blended Hourly Rate (including paraprofessionals) | | | | | $635.76 |
| Blended Hourly Rate (excluding paraprofessionals) | | | | | $640.70 |

# EXHIBIT A

## SUMMARY OF SERVICES OF AKERMAN LLP

**III.    Monthly Billing Summary by Category (May 1, 2018 – August 31, 2018)**

| Category | May | June | July | August | Totals |
|---|---|---|---|---|---|
| IP Analysis | $10,047.50 | $22,837.50 | $445.50 | 0 | $33,330.50 |
| Documentation of Sales | $34,328.00 | $30,637.50 | 0 | 0 | $64,965.50 |
| Trademark Maintenance | 0 | $143.50 | $198 | $287 | $628.50 |
| **Totals** | $44,375.50 | $53,618.50 | $643.50 | $287 | **$98,924.50** |

Case 1:18-bk-10098-MB    Doc 666    Filed 09/16/23    Entered 09/16/23 16:06:46    Desc
Main Document    Page 22 of 54

# EXHIBIT B

## TIME RECORDS OF AKERMAN LLP



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     September 12, 2018
Invoice No.     9355760

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:    **PENTHOUSE GLOBAL MEDIA, INC.; AND
GENERAL MEDIA**
Matter Name:    **PENTHOUSE IP TRANSFERS**
Matter Number:    **0339986**

---

*For professional services rendered through May 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $39,359.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$39,359.50** |

*To ensure proper credit to the above account, please indicate invoice no. 9355760*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date        September 12, 2018
Invoice No.              9355760

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:     **PENTHOUSE GLOBAL MEDIA, INC.; AND
                 GENERAL MEDIA**
Matter Name:     **PENTHOUSE IP TRANSFERS**
Matter Number:   **0339986**

---

*For professional services rendered through May 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $39,359.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$39,359.50** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9355760
Return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP                                                                                    Page 3

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | May 31, 2018 |
|---|---|---|---|
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9355760 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 4-May-18 | Penthouse IP: Review and analyze IP issues raised in Frommer objection to sale motion (.10); emails with Cantor re Frommer's claims to Penthouse IP (.40) | CHM | 0.50 | 247.50 |
| 6-May-18 | Penthouse IP: Review emails from Cantor re IP assignment issues with Kirkendoll (.20); email Price and Flanagan re IP issues (.10) | CHM | 0.30 | 148.50 |
| 7-May-18 | Review, notate and edit two drafts of Term Sheet for assignment of Penthouse Club trademarks (1.0); review Master License Agreement and compare scope of license and marks listed in Master License Agreement to Term Sheet (.30); multiple emails with Cantor re scope of Term Sheet, proposed edits to Term Sheet, concerns about proposed license agreement and transfer of marks not previously licensed (.90) | CHM | 2.20 | 1,089.00 |
| 7-May-18 | Review of and provide comments to terms proposed, including concerning quality control issue for license agreement and specificity of business terms. | PMF | 0.40 | 170.00 |
| 8-May-18 | Review multiple revised drafts of Term Sheets for transfer of Penthouse Clubs IP (.50); multiple emails with Cantor, counsel for Dream Media, and counsel for Kirkendoll re IP transfer issues and additional terms needed to avoid naked license (1.30); four telephone conferences with Cantor re IP transfer issues (.80); conference call with all counsel re IP transfer issues (.50); review Kirkendoll license agreement for potential reference in Term Sheet (.50); review, execute, and send to Cantor declaration re Frommer IP allegations in objection to sale motion (.10); telephone conference with Micah Fincher, IP counsel for Kirkendoll (.30) | CHM | 4.00 | 1,980.00 |
| 9-May-18 | Multiple emails with counsel for Dream Media, Trustee and Kirkendoll re IP transfer issues | CHM | 0.30 | 148.50 |
| 10-May-18 | Emails with Linda Cantor re result of hearing on sale motion, status of transfer agreement, terms for consent agreement needed | CHM | 0.30 | 148.50 |
| 10-May-18 | Telephone conferences and emails regarding consent agreement regarding intellectual property assets. | JLB | 0.50 | 380.00 |
| 11-May-18 | Emails with Cantor and Babala re telephone conference to discuss consent agreement (.10); review trademark status list and spot check status of marks with recent renewal deadlines (.60); review and edit purchase agreement and compare to term sheet and master license agreement (1.70); emails with Cantor and David Sigalow re status of trademarks (.20) | CHM | 1.60 | 792.00 |

Akerman LLP                                                                    Page 4

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | May 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9355760 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 11-May-18 | Telephone conferences and emails regarding consent agreement amongst multiple purchasers of related intellectual property assets out of bankruptcy. | JLB | 0.70 | 532.00 |
| 13-May-18 | Emails with Linda Cantor re agreements needed for Kirkendoll transfer and license | CHM | 0.10 | 49.50 |
| 14-May-18 | Telephone conference with Linda Cantor and John Babala re documentation of IP transfers and license to Kirkendoll | CHM | 0.20 | 99.00 |
| 14-May-18 | Review and edit draft Master IP License Agreement with Kirkendoll | CHM | 2.00 | 990.00 |
| 14-May-18 | Review Cantor edits to Kirkendoll draft purchase agreement (.30); emails with counsel for Kirkendoll re drafts and scheduling call to discuss license agreement (.20) | CHM | 0.50 | 247.50 |
| 14-May-18 | Telephone conferences with counsel to trustee/debtor regarding requisite sale order and transaction documents (1.60); review drafts of same; review draft of consent agreement for multiple purchaser scenario (.50); review bid solicitation package (.50); provide comments on same (.50). | JLB | 3.60 | 2,736.00 |
| 15-May-18 | Telephone conferences and emails in respect of consent agreement and related IP transactional matters (1.40); review and prepare form of consent agreement in anticipation of multiple bid consolidation of debtor assets (1.00). | JLB | 2.40 | 1,824.00 |
| 16-May-18 | Review and edit draft Penthouse consent agreement with Kirkendoll Management | CHM | 1.00 | 495.00 |
| 17-May-18 | Review and revise purchase and sale agreement (3.40), transmittal to client (.10). | JLB | 3.50 | 2,660.00 |
| 18-May-18 | Receive and review Penthouse asset purchase agreement (1.70); receive and review comments from counsel to Kirkendoll (2.00); telephone conferences and emails regarding same (1.00); review and revise Penthouse license agreement; review revisions and markup to license agreement (.50); review consent agreement, review and provide comments on purchase and sale agreement (.50). | JLB | 5.70 | 4,332.00 |
| 19-May-18 | Review emails from Babala, Friend and Fincher re terms of Penthouse purchase and license agreements | CHM | 0.20 | 99.00 |

Akerman LLP                                                                                    Page 5

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | May 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9355760 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 19-May-18 | Receive and review term sheet (1.00); receive and review Kirkendoll MLA (1.00); receive and review third party creditor comments to multiple IP agreements (3.00), receive and review 2017 MLA (2.00); telephone conferences and emails with various parties and counsel to those parties (1.00); provide comments on various agreements(.80); review comments to agreements and proposed revisions; telephone conferences and emails regarding same, telephone conferences with counsel to debtor and counsel to trustee (.40). | JLB | 9.20 | 6,992.00 |
| 20-May-18 | Telephone conferences and emails in respect of Penthouse marks and transaction documents relating to Penthouse Club licensing transaction (2.70); review and provide comments on documents and proposed revisions  (2.00); telephone conferences and emails in respect of Penthouse marks and transaction documents relating to Penthouse Club licensing transaction (1.00); review and provide comments on documents and proposed revisions (1.00). | JLB | 6.70 | 5,092.00 |
| 21-May-18 | Review and comment on proposed final forms of MIPA (.20), short form IP license(.20), short form assignment of marks and assets(.20), purchase and sale agreement (.20), and consent and registration agreement (.20); telephone conferences and emails regarding same; review signature pages (1.50). | JLB | 2.50 | 1,900.00 |
| 29-May-18 | Telephone conferences and emails regarding clarification to PCI scope of use of Penthouse Intellectual property (1.70); review delineation of "historical practice" in connection with objection of secured creditor regarding "camming" and other uses (.50); actions to prepare for sale hearing and related matters (.50). | JLB | 2.70 | 2,052.00 |
| 30-May-18 | Review sale motions and order granting application to appoint Akerman (.50); review Alpha Cygni objection and emails with Cantor re executory nature of agreement (.30); emails with Cantor re bid from Frommer for IP assets (.30) | CHM | 1.10 | 544.50 |
| 30-May-18 | Receive and review form of Asset Purchase Agreement and related ancillary documents (2.10); receive and review emails from counsel to debtor (1.00); telephone conferences and emails regarding sale hearing (1.00). | JLB | 4.10 | 3,116.00 |
| 31-May-18 | Emails with Cantor analyzing Alpha Cygni arguments for reversion of OMNI mark and executory contract (.70); review case law cited by Alpha Cygni (.30) | CHM | 1.00 | 495.00 |

**Total Services** ...........................................................................................................**$39,359.50**

Akerman LLP

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | May 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9355760 |

Akerman LLP                                                                                    Page 7

080312      PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL   As of              May 31, 2018
            MEDIA
0339986     PENTHOUSE IP TRANSFERS                      Invoice Number        9355760

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| CHM | C. H. MANKEY | 15.30 | 495.00 | 7,573.50 |
| JLB | J. L. BABALA | 41.60 | 760.00 | 31,616.00 |
| PMF | P. M. FLANAGAN | 0.40 | 425.00 | 170.00 |
| | Total | 57.30 | | $39,359.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     September 12, 2018
Invoice No.     9366751

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:     **PENTHOUSE GLOBAL MEDIA, INC.; AND
GENERAL MEDIA**
Matter Name:     **PENTHOUSE IP TRANSFERS**
Matter Number:     **0339986**

---

*For professional services rendered through June 30, 2018 as summarized below:*

| | |
|---|---|
| Services | $58,634.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$58,634.50** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9366751*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date    September 12, 2018
Invoice No.    9366751

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:    **PENTHOUSE GLOBAL MEDIA, INC.; AND
GENERAL MEDIA**
Matter Name:    **PENTHOUSE IP TRANSFERS**
Matter Number:    **0339986**

---

*For professional services rendered through June 30, 2018 as summarized below:*

| | |
|---|---|
| Services | $58,634.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$58,634.50** |

*To ensure proper credit to the above account, please indicate invoice no. 9366751
Return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP                                                                                     Page 3

080312        PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL   As of              June 30, 2018
              MEDIA
0339986       PENTHOUSE IP TRANSFERS                      Invoice Number     9366751

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 15-May-18 | Prepare for and participate in telephone conference with Micah Fincher re draft license agreement with Kirkendoll Management (.60); edit license agreement (.20); email draft license agreement to Cantor (.10); emails with Sigalow re updated trademark statu s report (.10) | CHM | 1.00 | 495.00 |
| 17-May-18 | Review edited purchase agreement and list of domains (.10); emails with Cantor re edits to purchase agreement and whether domains are properly included (.40); email Babala re draft purchase agreement (.10); review Fincher comments re inclusion of domain names and confirm agreement with Cantor (.10); further emails with Cantor re domains and contents of storage locker (.50) | CHM | 1.20 | 594.00 |
| 18-May-18 | Emails with Babala and Cantor and counsel for Kirkendoll re further edits to purchase agreement, consent agreement and license agreement (1.0); research authorities for enforcing non-compete in California in connection with sale of business and email counsel for Kirkendoll re same (.70) | CHM | 1.70 | 841.50 |
| 20-May-18 | Telephone conference with Micah Fincher and Tom Monagan re scope of purchase and license agreements with Kirkendoll Management (.70); review and edit drafts of purchase and license agreements (.50); multiple emails with all counsel re draft agreements, proposed edits and comments to draft agreements (.50) | CHM | 1.70 | 841.50 |
| 29-May-18 | Analyze trademark concerns raised by Ryan Hayden of Ideal Talent Agency and email Cantor re same | CHM | 0.50 | 247.50 |
| 1-Jun-18 | Telephone conference with Cantor re bids (.20); telephone conference with Micah Fisher re Kirkendoll bids (.40); review summary of bids and begin preparing for auction hearing (.70) | CHM | 1.30 | 643.50 |
| 1-Jun-18 | Receive and review 8 purchase offer/bid packages in respect of penthouse-related IP and related assets. | JLB | 6.70 | 5,092.00 |
| 3-Jun-18 | Review final form of Asset Purchase Agreement and bids from Mind Geek, Kirkendoll Management, LFP Broadcasting, Jerrick, Topco, and Alpha Cygni in preparation for auction | CHM | 2.00 | 990.00 |
| 3-Jun-18 | Receive and review emails in respect of revised bids (1.00); telephone conferences and emails regarding same (.60). | JLB | 1.60 | 1,216.00 |
| 4-Jun-18 | Attend auction at US Bankruptcy Court and advise Trustee on IP issues related to bids | CHM | 7.00 | 3,465.00 |
| 4-Jun-18 | Attend bankruptcy hearing. | JLB | 7.00 | 5,320.00 |

Akerman LLP                                                                                      Page 4

| 080312  | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | June 30, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9366751 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 5-Jun-18 | Emails with Blaine Bortnick, counsel for Alpha Cygni, re OMNI marks | CHM | 0.10 | 49.50 |
| 6-Jun-18 | Emails and telephone conference with Blaine Bortnick re potential purchase of OMNI marks (.30); email Kelly Holland re potential purchase by Alpha Cygni of OMNI marks (.10) | CHM | 0.40 | 198.00 |
| 6-Jun-18 | Receive and review emails regarding proposed valuations and related issues (1.00); review Asset Purchase Agreement regarding preparation of ancillary documents (1.00); telephone conferences with counsel to purchaser (.70); telephone conferences with Kirkendoll (.70). | JLB | 3.40 | 2,584.00 |
| 7-Jun-18 | Emails with Babala and Cantor re buyer's changes to asset purchase agreement (.30); telephone conference with Mark Mintz re objections based on OMNI marks (.10); emails with Kelly Holland and Blaine Bortnick re OMNI marks (.20); review redlined draft of order approving sale (.20) | CHM | 0.80 | 396.00 |
| 7-Jun-18 | Receive and review inquiries regarding Asset Purchase Agreement (1.00); review purchaser's form of Asset Purchase Agreement (1.00); telephone conferences and emails with L. Cantor regarding same (.40); telephone conferences and emails with purchaser's counsel (.40); receive and re view form of sale order (.60). | JLB | 3.40 | 2,584.00 |
| 7-Jun-18 | Review markup and comment on Asset Purchase Agreement. | R A | 1.10 | 484.00 |
| 8-Jun-18 | Emails with Cantor and Bortnick re Alpha Cygni objection (.30); review schedule of post-petition agreements (.20); review and analyze redlined drafts of APA with WGCZ (1.0) | CHM | 1.50 | 742.50 |
| 8-Jun-18 | Receive and review comments to Asset Purchase Agreement (1.00); telephone conferences and emails regarding same (1.00); telephone conferences and emails with counsel to purchaser (1.20). | JLB | 3.20 | 2,432.00 |
| 8-Jun-18 | Teleconference with Jason Fischer regarding disclosure schedules to Asset Purchase Agreement (.40); Conference call with Jason Fischer and Linda Cantor regarding Asset Purchase Agreement and Disclosure Schedules (.40); Confer with John Babala re Asset Purchase Agreement (.50); Review multiple correspondence regarding the same (.50) | R A | 1.80 | 792.00 |
| 9-Jun-18 | Receive and review asset purchase agreement revisions (3.00); telephone conferences and emails regarding same (1.50). | JLB | 4.50 | 3,420.00 |
| 11-Jun-18 | Receive and review emails in respect of proof of funds and Asset Purchase Agreement (1.00); receive and review forms of Asset Purchase Agreement and related declaration (1.50). | JLB | 2.50 | 1,900.00 |

Akerman LLP                                                                                        Page 5

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | June 30, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9366751 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 12-Jun-18 | Review final purchase agreement executed by WGCZ | CHM | 0.30 | 148.50 |
| 13-Jun-18 | Analyze order suspending cancellation proceeding before the TTAB re OMNI and impact of dismissal of lawsuit (.50); emails with Cantor and Holland re potential lifting of stay of cancellation proceeding re OMNI and notification to buyer (.20); emails with Cantor, Jason Fischer, Rema Awad and John Babala re status of disclosure schedules and ancillary documents needed for imminent closing (1.0); telephone conference with Awad re status of closing documents (.30) | CHM | 2.00 | 990.00 |
| 13-Jun-18 | Review and edit closing documents. | JLB | 2.90 | 2,204.00 |
| 13-Jun-18 | Per client request, draft closing documents - Bill of Sale, Assignment and Assumption Agreement (1.50); Assignment of Intangible Property (1.20); Teleconference with J. Fischer's, counsel to Buyer (.30). | R A | 3.00 | 1,320.00 |
| 14-Jun-18 | Multiple emails with Awad and Babala re draft ancillary agreements and intellectual property assignments (1.2); emails with Cantor re draft ancillary agreements and schedules (.20); emails with Jason Fischer re drafts and status of his comments and schedules (.20); telephone conference with Babala re drafts (.20); telephone conference with Awad re edits to drafts (.30); research and save lists of copyrights owned by Debtors from Copyright Office database (1.20); review trademark report from Allen, Dyer to determine which Debtors need trademark assignments (.30); draft nine IP assignments for various debtors (2.5) | CHM | 6.10 | 3,019.50 |
| 14-Jun-18 | Edit documents in connection with Asset Purchase Agreement closing (1.90); telephone conferences and emails in connection with same (.50); review and comment on Asset Purchase Agreement and ancillary documents (.50). | JLB | 2.90 | 2,204.00 |
| 14-Jun-18 | Review comments from L. Cantor regarding closing documents and revise regarding the same (1.00); Review comments from Rick and further revise closing documents (.70); Correspondence with J. Fischer (.30). | R A | 2.00 | 880.00 |

Akerman LLP                                                                                          Page 6

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | June 30, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9366751 |

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 15-Jun-18 | Review and incorporate edits to IP assignments (.60); circulate execution copies of IP assignments with schedules (.70); review edits to schedules and other ancillary agreements (.50); multiple emails with Babala and Awad re status of closing (.50); telephone conference with Babala re status of closing (.10); telephone conference with Awad re documents for closing (.10); multiple emails with Awad, Babala, Cantor and Fischer re draft and final closing documents and execution of same (1.0); review signature pages of IP assignments and assemble fully executed documents (.50) | CHM | 4.00 | 1,980.00 |
| 15-Jun-18 | Review and revise ancillary agreements in respect of Asset Purchase Agreement (1.90); actions in connection with closing (1.00); telephone conferences and emails with counsel to buyer (.50); receive and review emails in respect of closing (.50). | JLB | 3.90 | 2,964.00 |
| 15-Jun-18 | Prepare schedule 4.8 to Asset Purchase Agreement (1.00); Review comments from J. Fischer and prepare final closing documents (1.00); Correspondence with L. Cantor regarding the same (.50); Prepare fully compiled sets of closing documents per request of L. Cantor (1.00). | R A | 3.50 | 1,540.00 |
| 19-Jun-18 | Conferences with Babala re potential alternatives to assignment and recordation of copyrights and trademarks by buyer (.30); emails with Cantor and Babala re alternatives to recordation (.30); telephone conference with Babala and Cantor re potential alter natives to recordation (.50) | CHM | 1.10 | 544.50 |
| 19-Jun-18 | Receive and review emails from counsel to trustee (1.00); telephone conferences and emails regarding same (1.70). | JLB | 2.70 | 2,052.00 |
| 20-Jun-18 | Telephone conference with Cantor and Fischer re assignment of General Media Communications intellectual property (.20); emails with Cantor and Fischer re assignment of IP, trademark report, and schedules (.30); emails with David Sigalow re trademark statu s and request for list of General Media trademarks (.20); prepare schedule of copyrights from US Copyright Office website (.30); prepare Assignment of General Media Communications IP (.30) | CHM | 1.30 | 643.50 |
| 21-Jun-18 | Review General Media Communications trademark report from David Sigalow (.10); email Jason Fischer re draft IP assignment from General Media Communications and schedules (.20) | CHM | 0.30 | 148.50 |

Akerman LLP                                                                                                                    Page 7

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | June 30, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9366751 |

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 26-Jun-18 | Emails with Linda Cantor re status of bankruptcy and schedules (.30); emails with Josh Bressler re notice of determination and grounds for seeking continued suspension of TTAB cancellation (.60); emails with Kelly Holland and buyer's counsel re cancellation proceeding in TTAB re OMNI trademark (.50); begin preparing notice of determination (.50); review status of TTAB cancellation (.30); analyze grounds for seeking continued suspension (.60) | CHM | 2.80 | 1,386.00 |
| 27-Jun-18 | Multiple emails with Jason Fischer and Josh Bressler re notification to TTAB of assignment of OMNI mark and dismissal of litigation (.60); emails with Jason Fischer re signature pages of IP assignments (.20); review assignments of IP from each debtor and replace signature pages (.60); emails with Cantor re Schedule 1.1(r) of purchase agreement (.10); review draft notice for filing with TTAB re OMNI trademark (.30); emails with Cottrell re assignments of copyrights on photographs (.20) | CHM | 2.00 | 990.00 |
| 29-Jun-18 | Emails with Kelly Holland and Jason Fischer re acceptance by USPTO of OMNI trademark registration and strategy for protecting the mark | CHM | 0.40 | 198.00 |
| 29-Jun-18 | Receive and review Notice of Acceptance of Statement of Use issued by the US Trademark Office for US Trademark/Service Mark Application for OMNI (.10); Download same (.10); Review and verify docketing dates re Acceptance and re issuance of Certificate of Registration (.10); Preparation of reporting letter to K. Holland (.10) | CML | 0.40 | 94.00 |

**Total Services** ...................................................................................................................**$58,634.50**

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | Total for PACER PUBLIC RECORDS SYSTEM | 0.00 |

**Total Disbursements** ........................................................................................................**$0.00**

Akerman LLP                                                                              Page 8

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | June 30, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9366751 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| CHM | C. H. MANKEY | 39.50 | 495.00 | 19,552.50 |
| CML | C. M. LYNCH | 0.40 | 235.00 | 94.00 |
| JLB | J. L. BABALA | 44.70 | 760.00 | 33,972.00 |
| R A | R. AWAD | 11.40 | 440.00 | 5,016.00 |
| | Total | 96.00 | | $58,634.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date   September 12, 2018
Invoice No.            9374912

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:     **PENTHOUSE GLOBAL MEDIA, INC.; AND
                   GENERAL MEDIA**
Matter Name:     **PENTHOUSE IP TRANSFERS**
Matter Number:   **0339986**

*For professional services rendered through July 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $643.50 |
| Disbursements | $18.80 |
| **TOTAL THIS INVOICE** | **$662.30** |

*To ensure proper credit to the above account, please indicate invoice no. 9374912*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date    September 12, 2018
Invoice No.    9374912

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:    **PENTHOUSE GLOBAL MEDIA, INC.; AND
                GENERAL MEDIA**
Matter Name:    **PENTHOUSE IP TRANSFERS**
Matter Number:  **0339986**

---

*For professional services rendered through July 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $643.50 |
| Disbursements | $18.80 |
| **TOTAL THIS INVOICE** | **$662.30** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9374912*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP                                                                    Page 3

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | July 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9374912 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 2-Jul-18 | Emails with Holland re rights to OMNI trademark (.30); emails with Cantor re debtor's lack of standing to agree to licensing request (.30) | CHM | 0.60 | 297.00 |
| 6-Jul-18 | Emails with David Sigalow and Jason Fischer re prosecution of Canadian registration for PENTHOUSE mark | CHM | 0.20 | 99.00 |
| 11-Jul-18 | Review Trustee filings in Bankruptcy Court for status of sale and IP assignments | CHM | 0.20 | 99.00 |
| 23-Jul-18 | Emails with Bressler and Fischer re status of prosecution of OMNI trademark | CHM | 0.20 | 99.00 |
| 27-Jul-18 | Review and respond to email from buyer's counsel re assumption of TTAB proceeding re OMNI trademark | CHM | 0.10 | 49.50 |

**Total Services** ....................................................................................................**$643.50**

| Date | Disbursements | Value |
|---|---|---|
| 15-Jun-18 | COURT SERVICES - FIRST LEGAL NETWORK LLC - Rush/ Delivery- Pleadings delivered to First Central / First St. Court Room -United States District Court of Los Angeles - to Judge, in regards to Order No. 3653615 / Invoice No. 10152848 Date: 6/15/2018- ASK Annie about this . Page 4. AT/5966 | 18.80 |
| | Total for COURT SERVICES | 18.80 |

**Total Disbursements** .........................................................................................**$18.80**

Akerman LLP                                                                        Page 4

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | July 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9374912 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| CHM | C. H. MANKEY | 1.30 | 495.00 | 643.50 |
| | Total | 1.30 | | $643.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    September 12, 2018
Invoice No.    9385726

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:    **PENTHOUSE GLOBAL MEDIA, INC.; AND
GENERAL MEDIA**
Matter Name:    **PENTHOUSE IP TRANSFERS**
Matter Number:    **0339986**

*For professional services rendered through August 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $287.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$287.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9385726*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date        September 12, 2018
Invoice No.                    9385726

D. GOTTLIEB & ASSOCIATES, LLC
MANAGING MEMBER
17000 VENTURA BLVD, SUITE 300
ENCINO, CALIFORNIA 91403

Client Name:      **PENTHOUSE GLOBAL MEDIA, INC.; AND
                          GENERAL MEDIA**
Matter Name:      **PENTHOUSE IP TRANSFERS**
Matter Number:   **0339986**

---

*For professional services rendered through August 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $287.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$287.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9385726*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP                                                                                          Page 3

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | August 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9385726 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 9-Aug-18 | Emails with Lynch and Jason Fischer re certificate of registration for OMNI trademark | CHM | 0.20 | 99.00 |
| 17-Aug-18 | Receive and review original Certificate of Registration issued by the U.S. Trademark Office for U.S. Trademark/Service Mark Application for OMNI (.10); Numerous e-mail exchanges with C. Mankey re Certificate of Registration (.30); Review numerous e-mail exchanges between C. Mankey and J. Fischer re Certificate of Registration (.10); Preparation of reporting letter and FedEx to M. Gedeon re Certificate of Registration (.20); File update (.10). | CML | 0.80 | 188.00 |

**Total Services** ...................................................................................................................**$287.00**

Akerman LLP                                                                    Page 4

| 080312 | PENTHOUSE GLOBAL MEDIA, INC.; AND GENERAL MEDIA | As of | August 31, 2018 |
| 0339986 | PENTHOUSE IP TRANSFERS | Invoice Number | 9385726 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| CHM | C. H. MANKEY | 0.20 | 495.00 | 99.00 |
| CML | C. M. LYNCH | 0.80 | 235.00 | 188.00 |
| | Total | 1.00 | | $287.00 |

Case 1:18-bk-10098-MB    Doc 666    Filed 09/16/23    Entered 09/16/23 16:06:46    Desc
Main Document    Page 42 of 74

# EXHIBIT C

**BIOGRAPHIES OF PROFESSIONALS OF AKERMAN LLP**



# akerman

People

### Caroline H. Mankey

Partner, Intellectual Property
Los Angeles

T: +1 213 533 5949
caroline.mankey@akerman.com
vCard

Connect With Me

Caroline is a seasoned trial lawyer representing clients in the entertainment, arts, fashion, retail, and technology sectors, such as motion picture studios and production companies, major media companies, film libraries, actors, comedians, television personalities, musicians, artists, jewelry designers, retailers, manufacturers, architects, market research firms, and others, in disputes involving copyrights, trademarks, trade secrets, design patents, defamation, licensing and other contract rights, rights of publicity, business interference, and partnership disputes.

Caroline is personally involved in all aspects of her clients' cases, including pre-trial and trial strategy, court appearances, oral arguments, client relations, discovery, depositions, associate assignments, trial preparation, and trial or arbitration. Representing both eminent and emerging companies as well as individuals, Caroline has gained a reputation for developing innovative, efficient, and creative strategies, with a passion for understanding and advancing her clients' interests.

## Notable Work

**Trial:** First-chaired and won a $1 million+ judgment on behalf of the founder of a renowned rock band in a jury trial for misappropriation of her client's statutory and common law publicity rights arising out of the unauthorized use of photographs in a national print advertising campaign for athletic shoes.

**Trial:** First-chaired and won trial of a multi-party partnership dispute and secured a $10 million+ judgment for her client.

**Trial:** Tried and won a two-month-long jury trial against a major film and television production company for breach of an intellectual property license concerning the rights to manufacture and distribute electronic toys.

**Appeal:** Argued and prevailed before the Ninth Circuit Court of Appeals in defense of Los Angeles County Metropolitan Transportation Authority's

### Areas of Experience

Intellectual Property
Copyrights
Entertainment

### Education

J.D., University of California, Los Angeles, 1996
B.A., University of California, Los Angeles, 1990, *cum laude*

### Admissions

#### Bars

California

#### Courts

U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. District Court, Central District of California
U.S. District Court, Eastern District of California
California Supreme Court

### Related Content

218 Akerman Lawyers Across the United States
Named to 2018 *Super Lawyers* and *Rising Stars* Lists
June 20, 2018

Akerman Continues Record Los Angeles Expansion
with Employment Partner Marissa Alguire
June 11, 2018

Akerman Bolsters Real Estate and Cannabis
Practices with Cutting Edge Team Led by Partner
Irán Hopkins
May 21, 2018

Case 1:18-bk-10098-MB    Doc 666    Filed 05/10/18    Entered 09/16/22 16:06:40    Desc
Main Document    Page 48 of 55

bus system, concluding more than 10 years of contentious high-profile litigation.

**Appeal:** Successfully defended a multinational mass media corporation in United States District Court and in the Ninth Circuit Court of Appeals in a suit alleging the client's motion picture infringed on the copyright to a 1925 comedy film.

**Trial:** Served as trial and appellate counsel for entertainment company and prevailed in both courts in a dispute over the unauthorized manufacturing and sale of T-shirts and posters bearing the images of a famous comedy team. Served as counsel for *amici curiae* clients in connection with the California Supreme Court's review of the case, which became one of the seminal California cases on right of publicity law.

**Trial:** First-chaired and won bench trial for specific performance of buy-sell agreement among shareholders in closely held corporation.

**Trial:** First chaired 7-day bench trial and secured judgment in favor of the defense in probate case involving claims by the sister of client's deceased life partner seeking to recover all property and assets that had been co-owned by the couple prior to the death of the decedent. Judgment affirmed on appeal.

**Trial:** First chaired bench trial and defeated all disputed claims for breach of oral agreement arising out of a former domestic relationship.

**Trial:** First chaired jury trial defending movie producer against claims of assault and abuse arising out of former domestic relationship and prevailed on key evidentiary disputes leading to favorable settlement midway through jury selection.

**Arbitration:** Prevailed on behalf of respondent in arbitration of claims arising out of a manufacturing agreement to bottle wine in single serving pouches and secured an award of all attorneys' fees and costs.

**Dispositive Motion:** Filed summary judgment motion seeking dismissal of plaintiff's claims for alleged trademark and copyright infringement arising out of competing jewelry designs, leading to the voluntary dismissal of the copyright infringement claim by the plaintiff, and after statements made by the District Court judge at the hearing on the motion suggesting that she would find the plaintiff's trademarks descriptive and unprotectable, leading to settlement on terms very favorable to the client.

**Dispositive Motion :** In a lawsuit for copyright infringement filed against the firm's client, a renowned artist, Ms. Mankey successfully argued on summary judgment of the copyright infringement claim that the idea of two dolphins swimming underwater, with one swimming upright and the other crossing horizontally, is not protected by copyright.

**Dispositive Motion:** Obtained preliminary and permanent injunction preventing the use or dissemination of videotaped footage of a well-known comedian/actor.

**Dispositive Motion:** Prevailed against media defendants' anti-SLAPP motion to strike a supermodel's claim for breach of oral contract arising from defendants' creation of a television show different from the agreed-upon nature and focus of the show.

**Dispositive Motion:** Prevailed in probate court proceeding resulting in order that an oral license defense to a copyright infringement action violated the no-contest provisions of a well-known comedian's trust.

**Dispositive Motion:** Represented well-known defendant-author and successfully opposed the defendant's motion to stay copyright infringement action, pending appeal of an order of the Probate Department of the Los Angeles Superior Court that the assertion of a proposed defense to the action would violate the no-contest provisions of a trust. Successfully opposed the defendant's motion to dismiss a complaint for copyright infringement for lack of personal jurisdiction and improper venue or, in the alternative, to transfer for improper venue or convenience, leading to settlement.

**Dispositive Motion:** Successfully moved to dismiss plaintiff's claim for violation of the Computer Fraud and Abuse Act arising from alleged access of plaintiff's proprietary source code.

**Dispositive Motion:** Defended a start-up and its founders in suit for misappropriation of trade secrets, leading to settlement.

**Dispositive Motion:** Represented a loan-out corporation for a television host in a suit for breach of a talent licensing agreement, leading to settlement.

**Dispositive Motion:** Co-wrote a motion to dismiss that disposed of the bulk of an actor's challenges to a motion picture company's rights to a movie franchise, leading to settlement.

## Honors and Distinctions

- *Daily Journal's* Top Intellectual Property Lawyers in California, 2017
- *National Law Journal's* List of Intellectual Property Trailblazers, 2017
- *Super Lawyer* Magazine, Top 50 Women Lawyers of Southern California, 2014
- *Super Lawyer* Magazine, Listed in Southern California for Intellectual Property Litigation, 2011–2018
- *Super Lawyer* Magazine, Listed in Souther California as a "Rising Star," 2005

## Affiliations

- Women Who Lead Board, Association of Media and Entertainment Counsel, Vice-Chair
- The Industry, Vice-Chair, Board of Directors
- Female Executives in Media and Entertainment, Board Member
- Paley Center Media Council
- Los Angeles Copyright Society
- ChIPs (Chiefs in Intellectual Property)
- Chair for the Class of 1996 UCLA School of Law Reunion 2016
- ASU-Arkfeld eDiscovery Conference Advisory Committee 2012-2016
- 2015 Member of Board of Directors of Reading Opens Minds
- United States District Court for the Central District of California, Attorney Settlement Officer for copyright and trademark cases, 2010-2015

## Published Work and Lectures

- *L.A. Biz*, Co-author, "Hollywood hackers: How to prevent and respond to cyberattacks in the entertainment industry," September 5, 2017
- Webinar, Speaker, "Pirates, Hackers & Thieves – Oh My! New Cyberrisks Facing the Entertainment Industry," August 23, 2017
- Webinar, Speaker, "A Primer for Trademark and Copyright Issues in Fashion," June 6, 2017

- Entertainment Law Practicum session on Media Ethics, Litigation and Privacy at Loyola Law School, March 16, 2016

- Costa Mesa, "Truth Is the New Black: A Conversation Series," December 2, 2015

- Today's General Counsel Institute "The Exchange" Conference, Panelist, "Practical Implications of the Newly Amended FRCP," December 7, 2015

- Today's General Counsel Institute "The Exchange" Conference, Panelist, "Cooperation and Collaboration," December 8, 2015

- Los Angeles Intellectual Property Law Association Roundtable at Loyola Law School, October 13, 2015

- Radio Interview by Mari Frank, KUCI , "Privacy Piracy," May 5, 2014

- ASU-Arkfeld eDiscovery and Digital Evidence Conference, Moderator, "BYOD and Social Media — Can the Chaos Evolve Into Order?" March 14, 2014

- ASU-Arkfeld eDiscovery and Digital Evidence Conference, Moderator, "Cloudy Skies Ahead? Practical Approaches to the Uncertainties and Risks of Cloud Computing," March 12, 2014

- Today's General Counsel Institute "The Exchange" Conference, Panelist, "The Importance of Process and Project Management Skills," December 11, 2013

- *Los Angeles Daily Journal,* Author, "'Tweet, Tweet,' Went the Rock Star," January 30, 2014

- Federal Judicial Center E-Discovery Seminar for Federal Judges, Panelist, "ESI in Small Actions," September 10, 2013

- ASU-Arkfeld eDiscovery and Digital Evidence Conference, Moderator, "Social Media Discovery Considerations," March 14, 2013

- *Los Angeles Daily Journal*, Author, "But My Lawyer Told Me to Delete the Facebook Posts!" March 6, 2012

- ASU-Arkfeld eDiscovery and Digital Evidence Conference, Panelist, "Litigation Holds — Know When to (Litigation) Hold 'em, Know When to Fold 'em," March 13, 2013

- ASU-Arkfeld eDiscovery and Digital Evidence Conference, Moderator, "Atypical Discovery," May 25, 2012

- Bar Association of San Francisco Webinar, Speaker, "Social Media as Electronic Evidence," May 15, 2012

## Published Decisions

- *AtPac, Inc. v. Aptitude Solutions, Inc.*, 730 F. Supp. 2d 1174 (E.D. Cal. 2010)

- *Labor/Community Strategy Center v. L.A. County Metropolitan Transportation Authority*, 564 F.3d 1115 (9th 2009)

- *Comedy III Productions, Inc. v. Gary Saderup, Inc.*, 25 Cal.4[th] 387 (2001)

- *Comedy III Productions, Inc. v. New Line Cinema*, 200 F.3d 593 (9th 2000)

- *Comedy III Productions, Inc. v. Gary Saderup, Inc.*, 68 Cal. App. 4th 744 (1998)



akerman

People

### John L. Babala

Partner, Corporate
Los Angeles

T: +1 213 688 9500
john.babala@akerman.com
vCard

Connect With Me

John Babala is a partner in the Corporate Practice Group. John concentrates his diverse corporate practice on public and private company M&A buyouts, joint ventures, strategic alliances, securities and corporate finance, workouts and restructuring transactions. He advises companies that are early-stage start-ups, closely held family owned businesses, multi-billion dollar public companies and international investment and trading firms, many of which operate in regulated industries, such as alcohol, energy, and healthcare. John serves as outside general counsel, handling day-to-day legal corporate and business transactions for his clients and regularly advises directors and C-suite executives on complex matters of corporate governance, such as fiduciary duties and special committees related to transactions. He publishes and lectures regularly on corporate law, M&A, and securities.

#### Notable Work

**International Private Equity Fund Formation and Beverage Alcohol M&A:** Formation and ongoing representation of Samson & Surrey Holdings Luxembourg, S.à.r.l., an artisinal spirits producer, including acquisitions of Few Spirits, Blue Coat Gin, Brenne Whisky, Widow Jane Whiskey, and Mezcal Vago.

**Sale of Promotional Item Sourcing Company:** Represented BAMKO, Inc., in its sale to Superior Uniform Group, Inc. (NASDAQ: SGC).

**Sale of Iconic Adult Entertainment Company:** Represented bankruptcy trustee in sale of assets of Penthouse Global Media, Inc. to WCGZ Ltd., from the Czech Republic.

**Growth Investment in Multi-Brand Action Sports Company:** Represented Sole Technology Inc. (Altamont, etnies, thirtytwo, Emerica brands) in connection with growth capital investment by First Capital and Karlin.

#### Published Work and Lectures

- Board of Directors Center of Excellence, The Battery (Parlor), San Francisco, Presenter, "Data Science in the Boardroom," May 2018
- Board of Directors Center of Excellence LA Summit, The Beverly Hills Hotel, Presenter, "Diversity in the Boardroom," November 2017
- Business Law Society Symposium, Loyola Law School, Panelist, September 2016
- Sears Holdings Corporation, Author, "Waterfalls, Allocations & Bad Boy Covenants in Joint Ventures," September 2016
- Sears Holdings Corporation, Author, "Anatomy of a Joint Venture," January 2016

---

### Areas of Experience

Corporate
Capital Markets
Corporate Governance
Corporate Finance and Lending
Corporate Restructuring
Financial Services
M&A and Private Equity
International

---

### Education

J.D., University of Michigan Law School, 1995
B.A., Alma College, Economics and Political Science, 1992

---

### Admissions

#### Bars

California
Illinois

---

### Related Content

Data Science in the Boardroom
May 23, 2018

Your First Board Seat
February 21, 2018

Private Networking Reception and Vodka Tasting Event
September 27, 2017

- M&A Litigation Series: Mitigating Litigation and Transaction Risk: Part Three, Presenter, October, 2015

- Webcast, Presenter, "Avoiding the Post-Merger Blues: How to Reduce the Risk of Post-Deal Disputes," November 2013

- Webcast, Presenter, "Business Succession Planning and Exit Strategies for the Closely Held and Family Owned Business," October 2013

- ACG San Diego Conference, Speaker, "Constructing a Great Deal: How to Get the Most Out of Your M&A Transaction," April 2012

- 8th National Small Business Conference Breakout Sessions, Speaker, "Impact of Mergers and Acquisitions on Small Businesses," June 8, 2011

## Affiliations

- Ronald McDonald House Charities of Southern California, Long Beach House Founding Board Member

- Economic Development Corporation

- Legal Committee State Bar of California, Business Law Section, Opinions Committee

- American Bar Association, Member

- Society of Corporate Secretaries and Governance Professionals, Smaller Public Companies Task Force

- The State Bar of Ohio (Inactive)

_akerman_

People

## Rema Awad

Partner, Tax
Jacksonville

T: +1 904 598 8668
rema.awad@akerman.com
vCard

Connect With Me

Rema Awad focuses her practice in the areas of corporate law, securities, and mergers and acquisitions. She represents private equity firms and public and private companies in both buy and sell side transactions. In addition, she represents clients in connection with joint ventures, private equity placements, and reporting with the Securities and Exchange Commission (SEC).

### Published Work and Lectures

- *FOCUS*, ACC North Florida Newsletter, Author, "To Fee Shift or Not to Fee Shift? That Is the Most Recent Question for Public Company Boards," 3rd Quarter, 2014
- *FOCUS*, ACC North Florida Newsletter, Co-Author, "Online Sales Tax: Pending Federal and State Legislation," 3rd Quarter, 2013
- *FOCUS*, ACC North Florida Newsletter, Co-Author, "Delaware Court of Chancery Enjoins Enforcement of 'Don't Ask, Don't Waive' Standstill Provisions in Deal Process Confidentiality Agreements," 2nd Quarter, 2013

### Affiliations

- American Bar Association, Member
- Association for Corporate Growth, Member
- Jacksonville Bar Association, Member
- Beaches Emergency Assistance Ministry, Board Member, 2012-2014
- Leadership Council on Legal Diversity, Fellow

### Honors and Distinctions

- *Jacksonville Business Journal*, 2017, "40 Under 40" Honoree

### Areas of Experience

Tax
Capital Markets
Emerging Growth Companies
M&A and Private Equity
Financial Services

### Education

J.D., Pepperdine University School of Law, 2005
B.A., University of California, Irvine, 2002

### Admissions

### Bars

Florida
California

### Related Content

Akerman Advises myMatrixx in Sale to Express Scripts, Nation's Largest Pharmacy Benefit Management Company
May 24, 2017

Rema Awad Honored Among '40 Under 40' by *Jacksonville Business Journal*
March 17, 2017

Akerman Senterfitt Represents Salt Life Holdings LLC in its Sale to Delta Apparel Inc.
September 06, 2013

Case 1:18-bk-10098-MB    Doc 666    Filed 09/16/22    Entered 09/16/22 16:06:40    Desc
Main Document    Page 54 of 74

akerman

People



## Patricia M. Flanagan

Partner, Intellectual Property
West Palm Beach

T: +1 561 653 5000
patti.flanagan@akerman.com
vCard

Connect With Me

Patricia Flanagan helps emerging and industry leading companies protect and enforce their U.S. and international intellectual property rights. She focuses on representing clients in the strategic management and utilization of their trademark portfolios, including procurement, maintenance, licensing, and asserting and defending trademark and unfair competition litigation. From startups to established global companies, Patricia's clients span a diverse range of sectors, including retail, fashion, and hospitality brands; international music festivals; production companies and entertainment professionals; technology and software companies; private equity firms; and real estate owners and developers.

Patricia works with her clients to help them develop business strategies that cultivate and protect their intellectual property assets through the use of trademark and copyright registrations, trade secrets, licensing, publicity, digital media, and internet-related content. When litigation is the appropriate path, Patricia takes action to protect and defend her clients' businesses, brands, and proprietary information. She has extensive experience litigating cases that center on trademark infringement, copyright infringement, unfair competition, false advertising, and entertainment litigation in federal courts across the country, as well before the Trademark Trial and Appeal Board.

She regularly counsels clients on clearance and registration of trademarks and service marks, and worldwide brand management strategies, evaluates and represents clients in trademark oppositions in cancellation proceedings before the U.S. Trademark Office, and counsels and assists clients on policing and enforcement issues. She has substantial experience counseling clients on consumer advertising and marketing laws, including guidance on and counseling clients in respect of advertising reviews and compliance matters, including with respect to the Federal Trade Commission's truth-in-advertising rules.

She regularly assists clients with a variety of contracts and commercial transactions related to intellectual property, from development and intellectual property ownership agreements for employees and consultants to licenses, manufacturing, and distribution agreements. She also assists clients by conducting intellectual property due diligence for acquisition/sale transactions and advises on intellectual property provisions in asset purchase agreements.

### Notable Work

**Global Licensing and Distribution:** Represent clients in the retail, fashion, and technology sectors, including an internationally renowned clothing company with a portfolio of brands distributed through multiple channels, in drafting and negotiating license, distribution and agency agreements.

## Areas of Experience

Intellectual Property
Copyrights
Intellectual Property Licensing
Intellectual Property Litigation
Trade Secrets, Restrictive Covenants, and Unfair Competition
Trademarks

## Education

Certificate, Fordham University School of Law, 2016, Fashion Law Institute, Summer Intensive Program a.k.a. Fashion Law Bootcamp
J.D., Stetson University College of Law, 2008, cum laude
M.B.A., Stetson University, 2008
B.S., University of Central Florida, 2005, Alpha Xi Delta

## Admissions

### Bars

Florida

### Courts

U.S. District Court, Middle District of Florida
U.S. District Court, Southern District of Florida
U.S. District Court, Northern District of Florida
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Eleventh Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Supreme Court

## Related Content

Akerman Elevates 19 Lawyers to Partnership
February 03, 2017

The FTC Social Media Consent Order Against SmartClick: Injunctive Relief and Monetary Judgment For Doctor Certification Program and Paid Promotions Formatted To Appear As Independent Lifestyle Blogs and Review Sites
July 26, 2016

The 2015 FTC Policy Statement: An Advertisement Can

Reproduction Or Interpretation May Be Deceptive Based On Its Formatting
June 03, 2016

**Global Brand Management:** Represent clients across the entertainment, technology, real estate, and hospitality sectors, including the owner of an internationally renowned music festival in managing worldwide intellectual property portfolios.

**Trademark Litigation:** Represented Grammy award-winning musical artist in trademark suit brought against his record company.

**Trademark Litigation:** Represented client in federal trademark suit where client sought enforcement of trademark rights against competitor. Case settled favorably for client.

**Trademark Litigation:** Represented hospitality management company in defending federal trademark suit brought against it.

**Entertainment:** Represented client in federal trademark suit on behalf of an entertainment startup enforcing trademark rights against infringer. Case settled favorably for client.

**Patent Litigation:** Represented software company defending against claim that its online auction of foreclosed property and tax certificates infringed a patent.

**Trade Dress Litigation:** Represented client in enforcement of its trade dress in culinary products.

**Global Licensing:** Represented consumer products company in negotiating various complex worldwide trademark licenses and manufacturing and distribution agreements.

**Entertainment:** Represented production company in negotiating various talent and related agreements.

**Hospitality:** Represented resort and spa in negotiating various licenses and operational agreements.

## Published Work and Lectures

- MIP International Women's Leadership Forum, Speaker, "Social Media, Brands and Trademark Infringement," June 7, 2018
- MIP Luxury Brand and Retail Forum, Speaker, "Online Brand Protection and Anti-counterfeiting Strategies," April 19, 2016
- Applying For A U.S. Trademark Registration: Punctuation Matters(?), Intellectual Property Today, March 2013, Vol. 20, No. 3

## Affiliations

- American Apparel and Footwear Association (AAFA), Brand Protection Council Committee, Member
- The Federal Bar Association, Member
- The Florida Bar, Business Law Section, Member

## Honors and Distinctions

- *Daily Business Review*, 2014-2017 Litigation Department of the Year for Intellectual Property, Member

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***FIRST AND FINAL APPLICATION OF AKERMAN LLP FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION; DECLARATION OF CAROLINE H. MANKEY IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 18, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 18, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2018 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:312979.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- *Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com*
- *Ron Bender    rb@lnbyb.com*
- *Stephen F Biegenzahn    efile@sfblaw.com*
- *Paul M Brent    snb300@aol.com*
- *Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Russell Clementson    russell.clementson@usdoj.gov*
- *Joseph Corrigan    Bankruptcy2@ironmountain.com*
- *Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com*
- *James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Allan B Gelbard    xxxesq@aol.com, Allan@GelbardLaw.com*
- *David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,*
  *dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com*
- *Mirco J Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com,*
  *ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com*
- *Jeffrey L Kandel    jkandel@pszjlaw.com*
- *John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com*
- *Andrew B Levin    alevin@wcghlaw.com,*
  *Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Peter W Lianides    plianides@wcghlaw.com,*
  *pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Krikor J Meshefejian    kjm@lnbrb.com*
- *Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
- *Iain A W Nasatir    inasatir@pszjlaw.com, jwashington@pszjlaw.com*
- *Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com*
- *S Margaux Ross    margaux.ross@usdoj.gov*
- *Michael St James    ecf@stjames-law.com*
- *Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
- *Cathy Ta    cathy.ta@bbklaw.com, paul.nordlund@bbklaw.com;sansanee.wells@bbklaw.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*
- *Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com*
- *Michael H Weiss    lm@weissandspees.com, lm@weissandspees.com*
- *Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com*
- *Christopher K.S. Wong    christopher.wong@arentfox.com*
- *Beth Ann R Young    bry@lnbyb.com*

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

*See attached Service List*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:312979.1 32277/001

## In re Penthouse Global Media, Inc.
## Chapter 11 Case No. 1:18-bk-10098-MB
## 2002 Service List

**<u>SERVED BY UNITED STATES MAIL</u>:**

*Debtor*
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

*Counsel for Debtor*
Michael H. Weiss, Esq.
WEISS & SPEES LLP
6310 San Vicente Boulevard, Suite 401
Los Angeles, CA 90048

*Trustee*
David Keith Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
17000 Ventura Blvd., Suite 300
Encino, California, 91403

*Office of U.S. Trustee*
Margaux S. Ross
915 Wilshire Blvd. , Suite 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Ave.
North Hollywood, CA 91605

LSC Communications US, LLC / Creel
Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard
Attorney at Law
15760 Ventura Boulevard
Suite 801
Encino, CA  91436

Kelly Holland
President and Chief Executive Officer
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz
Attorney at Law
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main St., Ste 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian (SBN 185142)
Robert M. Hirsh (pro hac vice application
to be submitted
ARENT FOX LLP
555 West Fifth Street 48th Fl
Los Angeles, CA 90013-1065

John D. Kirkendoll
Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

# EXHIBIT B

1　Linda F. Cantor (CA Bar No. 153762)
2　PACHULSKI STANG ZIEHL & JONES LLP
　　10100 Santa Monica Blvd., 13th Floor
3　Los Angeles, CA  90067
　　Telephone: 310/277-6910
4　Facsimile: 310/201-0760
　　E-mail:  lcantor@pszjlaw.com
5
6　Attorneys for David K. Gottlieb, Chapter 11 Trustee

FILED & ENTERED

OCT 25 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier        DEPUTY CLERK

8　　　　　**UNITED STATES BANKRUPTCY COURT**

9　　　　　**CENTRAL DISTRICT OF CALIFORNIA**

10　　　　　**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>　　　　　Debtor.<br><br>---<br>☒ Affects All Debtors<br>☐ Affects Penthouse Global Broadcasting, Inc.<br>☐ Affects Penthouse Global Licensing, Inc.<br>☐ Affects Penthouse Global Digital, Inc.<br>☐ Affects Penthouse Global Publishing, Inc.<br>☐ Affects GMI Online Ventures, Ltd.<br>☐ Affects Penthouse Digital Media Productions, Inc.<br>☐ Affects Tan Door Media, Inc.<br>☐ Affects Penthouse Images Acquisitions, Ltd.<br>☐ Affects Pure Entertainment Telecommunications, Inc.<br>☐ Affects XVHUB Group, Inc.<br>☐ Affects General Media Communications, Inc.<br>☐ Affects General Media Entertainment, Inc.<br>☐ Affects Danni Ashe, Inc.<br>☐ Affects Streamray Studios, Inc. | Case No.: 1:18-bk-10098-MB<br><br>Chapter 11<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB<br><br>**ORDER GRANTING INTERIM FEE APPLICATIONS FILED BY 1) DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE 2) AKERMAN LLP; 3) BPE&H, 4) PACHULSKI STANG ZIEHL & JONES LLP, 5) PROVINCE, INC., 6) RAINES FELDMAN LLP, AND 7) WEISS & SPEES, LLP ON AN INTERIM BASIS**<br><br>**[Relates to Docket Nos. 658, 661, 662, 665, 666, 667, and 682]**<br><br>**Hearing:**<br>Date:　　　October 9, 2018<br>Time:　　　1:30 p.m.<br>Courtroom:　303<br>Place:　　　21041 Burbank Blvd.<br>　　　　　　Woodland Hills, CA<br>Judge:　　　Hon. Martin R. Barash |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

Case 1:18-bk-10098-MB    Doc 1405    Filed 10/16/23    Entered 10/16/23 16:15:50    Desc
Main Document    Page 2 of 74

1    These matters came on for hearing (the "Hearing") before the Court at the above-referenced

2    time and place upon the applications of professionals employed in or in connection with the above-

3    captioned cases for interim approval of compensation and reimbursement of expenses.  Appearances

4    were as noted on the record.

5    The Court has considered the interim fee applications (collectively, the "Interim

6    Applications") of David K. Gottlieb (the "Trustee Fee Application"), in his capacity as Chapter 11

7    trustee (the "Trustee") of the estates of Penthouse Global Media, Inc. and its subsidiary debtor

8    entities (the "Debtors") [Dkt. No. 662], Pachulski Stang Ziehl & Jones LLP, as bankruptcy counsel

9    to the Trustee (the "PSZJ Fee Application") [Dkt. No. 665], Province, Inc., as financial advisor to

10   the Trustee (the "Province Fee Application") [Dkt. No. 682], Akerman LLP, special intellectual

11   property counsel to the Trustee (the "Akerman Fee Application") [Dkt. No. 666], BPE&H, an

12   Accountancy corporation, as special tax counsel to the Trustee (the "BPEH Fee Application") [Dkt.

13   No. 667], Raines Feldman LLP, counsel for the Official Committee of Unsecured Creditors (the

14   "Raines Feldman Application") [Dkt. No 661], and Weiss & Spees, LLP ("Weiss & Spees"), as

15   bankruptcy counsel to the Debtors (the "Weiss & Spees Fee Application") [Dkt. No. 658]

16   (collectively, the "Estate Professionals").

17   Based upon the record, and having considered the objections (collectively, the "Fee

18   Application Objections") to the Interim Fee Applications filed by the Official Committee of

19   Unsecured Creditors (the "Committee Objection") [Dkt. No. 686], WGCZ Ltd., S.R.O. [Dkt. No.

20   693] (the "WGCZ Objection") and the Office of the United States Trustee [Dkt. No. 694] (the "UST

21   Objection"), the subsequently filed Replies thereto filed by Weiss & Spees, LLP [Dkt. No. 695],

22   Akerman LLP [Dkt. No. 697]. and the Trustee [Dkt. No. 698], the Supplement to Objection and

23   Evidentiary Objection filed by WGCZ [Docket Nos. 700 and 701, respectively] (the "Supplemental

24   WGCZ Objections"), and the Response to the Supplemental WGCZ Objections filed by the Trustee

25   [Dkt. No. 702]; and the UST Objection having been resolved, the WGCZ Objection and

26   Supplemental WGCZ Objections having been resolved, in part, and reserved and preserved, and the

27   Committee Objection having been resolved, in part, and granted in part, and the Trustee having

28

DOCS_LA:317242.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

agreed to hold back from payment at this time certain amounts as set forth on Exhibit "A" to this

Order, and the Court having found that the compensation sought by the Interim Applications, as

granted below, is reasonable compensation for actual, necessary services rendered by the Estate

Professionals and that the reimbursement of expenses incurred by the Estate Professionals, as

granted below, is for actual and necessary expenses, and the Court having found that notice of the

Interim Applications was adequate, appropriate, and properly served under the circumstances and no

further notice need by given, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.      To the extent not resolved at the Hearing, the Fee Application Objections are

overruled on an interim basis.

2.      The PSZJ Fee Application, which requests fees in the amount of $1,059,895.50 and

expenses advanced in the amount of $32,710.95, is approved on an interim basis.  The Trustee is

authorized to pay Pachulski, Stang, Ziehl & Jones LLP the amount of $756,517.78, on an interim

basis, for fees and expenses for the period March 6, 2018 through August 31, 2018.

3.      The Akerman Fee Application, which requests fees in the amount of $98,924.50, is

approved on an interim basis.  The Trustee is authorized to pay Akerman LLP the amount of

$68,495.06, on an interim basis, for the period May 1, 2018 through August 31, 2018.

4.      The BPE&H Fee Application, which requests fees in the amount of $11,505.50, is

approved on an interim basis.  The Trustee is authorized to pay BPE&H, an Accountancy

corporation, the amount of $7,966.38, on an interim basis, for the period June 6, 2018 through

August 31, 2018.

5.      The Province Fee Application, which requests fees in the amount of $550,591.50 and

expenses advanced in the amount of $2,410.19, is approved on an interim basis.  The Trustee is

authorized to pay Province, Inc. the amount of $382,896.89, on an interim basis, for fees and

expenses, on an interim basis, for the period March 6, 2018 through August 31, 2018.

6.      The Weiss & Spees Fee Application requests fees in the amount of $276,810.00 and

expenses advanced in the amount of $7,247.21.  Taking into account (a) the voluntary reduction by

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

DOCS_LA:317242.1 32277/001

Weiss & Spees of its fees by the amounts of $18,845.00 and $547.50 on a final basis, and (b) the

Court's disallowance of Weiss & Spees' fees in the amount of $6,900 on an interim basis relating to

work performed on the Androcles Entertainment transaction, the Weiss & Spees Fee Application is

approved in the amount of $250,517.50 in fees and $7,247.21 in expenses on an interim basis.

Pursuant to the calculations set forth on Exhibit "B" to this Order, and after applying the retainer in

the amount of $27,450.00, the Trustee is authorized to pay Weiss & Spees LLP the amount of

$151, 025.60, on an interim basis, for fees and expenses for the period January 11, 2018 through

August 30, 2018.

7.      The Trustee Fee Application, which requests fees in the amount of $469,053.23 and

expenses advanced in the amount of $390.07, is approved on an interim basis.  The Trustee is

authorized to pay his fees and expenses in the amount of $325,041.28, on an interim basis, for the

period March 6, 2018 through August 31, 2018, and for interim fee distributions as set forth on

Exhibit "A".

8.      The Raines Feldman Application, which requests fees in the amount of $195,568.00

and expenses advanced in the amount of $825.27, is approved on an interim basis.  The Trustee is

authorized to pay Raines Feldman LLP the amount of $135,982.17, on an interim basis, for fees and

expenses for the period March 6, 2018 through August 31, 2018.

//

//

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

Case 1:18-bk-10098-MB    Doc 1406    Filed 10/26/23    Entered 10/26/22 16:15:20    Desc
Main Document    Page 5 of 9

9.     The Trustee is authorized to pay the awarded fees and reimburse the awarded

expenses to each of the respective Estate Professionals as set forth in paragraphs 1 through 8,

inclusive, herein, on an interim basis, pursuant to the calculations set forth on Exhibit "A" to this

Order.

###

Date: October 25, 2018

Martin R Barash
United States Bankruptcy Judge

DOCS_LA:317242.1 32277/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

Case 1:18-bk-10098-MB    Doc 13    Filed 10/26/18    Entered 10/26/18 16:15:26    Desc
Main Document    Page 66 of 74

# Exhibit A

PH
Interim fee Holdback Calculation
October 10, 2018

Cash:

| | | |
|---|---|---|
| Cash on Hand, 9/24/18 (1) | | 2,446,929.18 |
| Humboldt Monies to be received | | 158,445.98 |
| Estimated Cash on hand, 9/28/18 | | 2,605,375.16 |

Reserves:

| | | |
|---|---|---|
| Ch. 11 Administrative reserve | | 400,000.00 |
| Reconciliation Reserve | | 200,000.00 |
| Operating Reserve | | 150,000.00 |
| Estimated reserves | | 750,000.00 |

| | | |
|---|---|---|
| Estimated cash available for interim distribution | 1,855,375.16 | 69.24% |

| | Fees | Expenses | Total | | | Amount Due | Retainer Applied | Check |
|---|---|---|---|---|---|---|---|---|
| PSZJ | 1,059,895.50 | 32,710.95 | 1,092,606.45 | | | 756,517.78 | - | 756,517.78 |
| Akerman | 98,924.50 | | 98,924.50 | | | 68,495.06 | - | 68,495.06 |
| BP&H | 11,505.50 | | 11,505.50 | | | 7,966.38 | - | 7,966.38 |
| Province | 550,591.50 | 2,410.19 | 553,001.69 | | | 382,896.89 | - | 382,896.89 |
| Weiss & Spees | 250,517.50 | 7,247.21 | 257,764.71 | | | 178,475.60 | 27,450.00 | 151,025.60 |
| Raines Feldman | 195,568.00 | 825.27 | 196,393.27 | | | 135,982.17 | - | 135,982.17 |
| David K. Gottlieb, Ch. 11 Trustee | 469,053.23 | 390.07 | 469,443.30 | | | 325,041.28 | - | 325,041.28 |
| | 2,636,055.73 | 43,583.69 | 2,679,639.42 | 2,679,639.42 | 100.00% | 1,855,375.16 | 27,450.00 | 1,827,925.16 |

| | | | |
|---|---|---|---|
| Estimated Holdback | | 824,264.26 | 30.76% |

Cash on Hand (1) :

| | |
|---|---|
| TCB | 2,430,794.88 |
| EWB | 9,864.30 |
| EWB (6500 Euros @1.14) | 6,270.00 |
| | 2,446,929.18 |

Trustee Fee calculation:

| | |
|---|---|
| Disbursements per Schedule | 13,032,182.35 |
| Fees and Expenses First Interim Distribution | 1,827,925.16 |
| Total disbursements | 14,860,107.51 |

Fee calculation:

| | |
|---|---|
| 25% of First $5,000 | 1,250.00 |
| 10% of Next $45,000 | 4,500.00 |
| 5% of Next $950,000 | 47,500.00 |
| 3% Of Balance ($13,860,107.51) | 415,803.23 |
| | 469,053.23 |

Case 1:18-bk-10098-MB   Doc 1   Filed 10/26/23   Entered 10/26/23 16:15:25   Desc
Main Document   Page 68 of 74

# Exhibit B

Penthouse
Calculation of Weiss & Spees Fee Reduction
10/10/18

|  | Fees | Expenses | Total | |
|---|---|---|---|---|
| Original Fee Application | 276,810.00 | 7,247.21 | 284,057.21 | |
| Adjustment per W & S reply | (18,845.00) | - | (18,845.00) | |
| Adjustment Per UST Objection | (547.50) | - | (547.50) | |
| Androcles Adjustment | (6,900.00) | - | (6,900.00) | |
|  | 250,517.50 | 7,247.21 | 257,764.71 | 257,764.71 |

Retainer available for application:

|  | Fees | Expenses | Total | |
|---|---|---|---|---|
| Applied | 19,968.32 | 3,379.68 | 23,348.00 | |
| Unapplied | 4,102.00 | - | 4,102.00 | |
|  | 24,070.32 | 3,379.68 | 27,450.00 | 27,450.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SUBMISSION OF REQUEST FOR FINAL APPROVAL OF COMPENSATION FOR AKERMAN LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 16, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2022 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001                    **F 9013-3.1.PROOF.SERVICE**

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ron Bender on behalf of Interested Party Courtesy NEF
rb@lnbyb.com

Stephen F Biegenzahn on behalf of Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff DAVID K GOTTLIEB
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Bradley E Brook on behalf of Trustee David Keith Gottlieb (TR)
bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com

Linda F Cantor, ESQ on behalf of Debtor Penthouse Global Media, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee David Keith Gottlieb (TR)
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party Jerrick Ventures LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested Party Silver Reel Entertainment Mezzanine Fund, L.P.
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

James A Dumas, Jr on behalf of Creditor NOA Productions SPRL
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Allan B Gelbard on behalf of Other Professional Allan B. Gelbard
xxxesq@aol.com, Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mark S Horoupian on behalf of Interested Party WSM Investment, LLC dba TOPCO Sales
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Razmig Izakelian on behalf of Interested Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com

Jeffrey L Kandel on behalf of Trustee David Keith Gottlieb (TR)
jkandel@pszjlaw.com

John P Kreis on behalf of Creditor Claxson Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Michael D Kwasigroch on behalf of Defendant Revideo, Inc.
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Kelly Holland
attorneyforlife@aol.com

Michael D Kwasigroch on behalf of Defendant Robert Campbell
attorneyforlife@aol.com

Andrew B Levin on behalf of Interested Party Kirkendoll Management LLC
ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com

Peter W Lianides on behalf of Interested Party Kirkendoll Management LLC
plianides@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbn.law, jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee David Keith Gottlieb (TR)
inasatir@pszjlaw.com, jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor Committee The Official Committee of Unsecured Creditors
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael St James on behalf of Creditor Interested Party
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael St James on behalf of Interested Party Michael St. James
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Howard Steinberg on behalf of Creditor Greenberg Traurig, LLP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

Cathy Ta on behalf of Creditor Penthouse Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney Weiss & Spees, LLP
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Danni Ashe, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor GMI Online Ventures, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Communications, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor General Media Entertainment, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

Michael H Weiss on behalf of Debtor Penthouse Global Digital, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Licensing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Global Publishing, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure Entertainment Telecommunications, Inc. fka For Your Ears Only, Ltd.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Streamray Studios, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan Door Media, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Michael H Weiss on behalf of Debtor XVHUB Group, Inc.
mhw@mhw-pc.com, lm@weissandspees.com

Marc J Winthrop on behalf of Interested Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of Creditor LSC Communications US, LLC / Creel Printing
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor Interested Party
bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346120.1 32277/001

**F 9013-3.1.PROOF.SERVICE**

**In re Penthouse Global Media, Inc.**
**Chapter 11 Case No. 1:18-bk-10098-MB**
**2002 Service List**

<u>**SERVED BY UNITED STATES MAIL**</u>:

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA  90069

*Trustee*
David K. Gottlieb, Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

*Counsel for The Official Committee of*
*Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Jennifer Nassiri
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067

DVD Factory Inc.
Representative: Steve Kalson
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605

LSC Communications US, LLC / Creel Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Palm Coast Data
Representative: Neil Gordon
11 Commerce Blvd.
Palm Coast, FL 32164

Allan B. Gelbard, Esq.
15760 Ventura Blvd., Ste. 801
Encino, CA 91436

Kelly Holland
10945 Old Santa
Susana Pass Rd.
Chatsworth, CA 91311

Robert W. Campbell
Penthouse Global Media, Inc.
8944 Mason Ave.
Chatsworth, CA 91311

Miller Law Group
Representative: Walter M. Stella
111 Sutter Street
San Francisco, CA 94104

Mark A. Mintz, Esq.
Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170-5100

John D. Kirkendoll, Founder/CEO
Kirkendoll Management, LLC
201 St Charles Ave., Suite 3915
New Orleans, LA 70170

Howard J. Steinberg (CA SBN 89291)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Joseph E Bain
Jones Walker LLP
811 Main Street, Ste. 2900
Houston, TX 77002

Timothy Driver
433 North Camden, Suite 970
Beverly Hills, CA 90210

Aram Ordubegian
Robert M. Hirsh (*pro hac vice* application to be submitted)
ARENT FOX LLP
555 West Fifth Street, 48th Fl.
Los Angeles, CA 90013-1065