**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PENTHOUSE GLOBAL MEDIA, INC.,

Debtor.

.

☒ Affects All Debtors
☐ Affects Penthouse Global Media, Inc.
☐ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Streamray Studios, Inc.

Case No. 1:18-bk-10098-MB

Chapter 7

Jointly Administered with: Case Nos.
1:18-bk-10099-MB; 1:18-bk-10101-MB;
1:18-bk-10102-MB; 1:18-bk-10103-MB;
1:18-bk-10104-MB; 1:18-bk-10105-MB;
1:18-bk-10106-MB; 1:18-bk-10107-MB;
1:18-bk-10108-MB; 1:18-bk-10109-MB;
1:18-bk-10110-MB; 1:18-bk-10111-MB;
1:18-bk-10112-MB; 1:18-bk-10113-MB

**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN CONNECTION WITH SERVICES RENDERED AND EXPENSES INCURRED BY RAINES FELDMAN LLP AS FORMER COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF FEBRUARY 2, 2018 THROUGH SEPTEMBER 30, 2018; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**

[Hearing Date TBD]

The Honorable Martin R. Barash

i

3110365.1

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND THEIR COUNSEL, THE CHAPTER 7 TRUSTEE, AND THEIR COUNSEL OF RECORD, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Raines Feldman LLP ("RF" or the "Firm") hereby submits this *Second and Final Application for Allowance of Attorneys' Fees and Reimbursement of Expenses in Connection with Services Rendered and Expenses Incurred by Raines Feldman LLP as Former Counsel for the Official Committee of Unsecured Creditors* (the "Final Application") *for the Period of February 2, 2018 through September 30, 2018* (the "Application Period") pursuant to sections 330 of the Bankruptcy Code.[1]

For the Final Application, the Firm seeks (a) final allowance of compensation in the amount of $195,568.00 and reimbursement of expenses in the amount of $825.27 for a total award of $196,393.27 covering the period February 2, 2018 through August 31, 2018, as set forth in the Firm's first interim fee application (the "First Interim Application")[2], and (b) final allowance of compensation in the amount of $20,214.50 and reimbursement of expenses in the amount of $56.69 for a total award of $20,271.19, for the period September 1, 2018 through September 30, 2018.

The Firm's attorneys and paralegals billed 296.2 hours to this matter during the Application Period. Of the total amount sought herein, $20,214.50 is for fees incurred and 56.69 is for expenses advanced during the period September 1, 2018 through September 30, 2018 (the "Second Application Period"). These amounts have not been the subject of prior interim applications.

///

---

[1] All references to sections of the "Bankruptcy Code" are to sections 11 U.S.C. §§ 101-1532, as amended. All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

[2] Pursuant to the order approving the First Interim Application, the Firm was awarded, on an interim basis $195,568.00 and expenses in the amount of $825.27. *See Order Granting Interim Fee Applications Filed By 1) David K. Gottlieb, Chapter 11 Trustee 2) Akerman LLP; 3) BPE&H, 4) Pachulski Stang Ziehl & Jones LLP, 5) Province, Inc., 6) Raines Feldman LLP, and 7) Weiss & Spees, LLP On An Interim Basis* [Docket No. 715] (the "First Interim Fee Order").

1

I. **APPLICATION SUMMARY**

    A. **Summary of Employment Period (February 2, 2018 – September 30, 2018**

| | |
|---|---:|
| 1. Total Fees Subject to Final Approval | 215,782.50 |
| 2. Total Expenses Subject to Final Approval | 881.96 |
| 3. Total Request (Total Lines 1 and 2) | 216,664.46 |
| 4. Total Fees Paid per First Interim Application | 135,156.90 |
| 5. Total Expenses Paid per First Interim Application | 825.27 |
| 6. Total Previously Paid (Total Lines 4 and 5) | (135,982.17)[3] |
| 7. Total Due | 80,682.29 |
| 8. Total House Billed | |
| 9. Blended Hourly Rate Including Paralegals | 731.00 |
| 10. Blended Hourly Rate Excluding Paralegals | 852.00 |

    B. **Summary of Second Application Period (September 1, 2018 – September 30, 2018) (these amounts are included in the totals for Section A above).**

| | |
|---|---:|
| 1. Fees | 20,214.50 |
| 2. Expenses | 56.69 |
| 3. Total Request for Second Application Period (Total lines 1 and 2) | 20,217.19 |
| 4. Total Hours Billed | 28.3 |
| 5. Blended Hourly Rate Including Paralegals | 714.00 |
| 6. Blended Hourly Rate Excluding Paralegals | 906.00 |

    C. **Employment of Firm**

On February 2, 2018, the Committee Members retained RF as their counsel. On March 21, 2018, the Bankruptcy Court entered an *Order Approving Application of the Official Committee of Unsecured Creditors to Approve Employment of Raines Feldman LLP as Counsel Nunc Pro Tunc as of February 2, 2018* [Docket No. 278].

---

[3] The First Interim Fee Order authorized payment to professionals of approximately 69.24% of the amounts awarded.

## II. COMPLIANCE WITH LOCAL RULES AND GUIDES

### A. Local Rules and Guides

The Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California ("LBR") and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "UST Guildelines") set forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. See, LBR 2016-1(a) and 28 C.F.R. § 58 (respectively). As set forth hereinbelow, this Final Application complies with the LBR, the UST Guidelines, the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure.

### B. Compensation and Expenses Sought

This Final Application describes fees incurred and expenses advanced during the Second Application Period – September 1, 2018 through September 30, 2018, and incorporates herein by reference RF's First Interim Application which described the fees and costs incurred between February 2, 2018 and August 31, 2018 (the "First Interim Period"). This is the Firm's second and final application for fees and expenses as counsel for the Official Committee of Unsecured Creditors.

During the Second Interim Period, the Firm prepared and filed its First Interim Fee Application, addressed issues related to fee objections and attended the hearing on First Interim Fee Applications.

## III. STATUTORY BASIS FOR COMPENSATION

The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016. RF seeks compensation for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Committee during the Application Period.

Section 330(a)(1) of the Bankruptcy Code provides for the allowance of "(A) reasonable compensation for actual, necessary services rendered by . . [an] attorney and by any paraprofessional person employed by any such person; and (B) reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1) (2018).

3

In addition, Section 330(a)(3) of the Bankruptcy Code provides:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [Title 11]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3) (2018).

Congress intended that bankruptcy attorneys be compensated at the market rate for comparable services in non-bankruptcy cases. *See In re Ames Dep't Stores, Inc.,* 76 F.3d 66, 71 (2d Cir. 1996) *(citing In re UNR Indus., Inc.,* 986 F.2d 207, 208-09 (7th Cir. 1993). The policy of Section 330 is to ensure that qualified attorneys will "not be deterred from taking bankruptcy cases due to a failure to pay adequate compensation." *Id.* at 210.

The court's examination of the reasonableness of services rendered must be conducted in an "objective manner, based upon what services a reasonable lawyer or legal firm would have performed . . . ." *Ames Dep't Stores,* 76 F.3d at 72 *(citing In re Matter of Taxman Clothing Co.,* 49 F.3d 310, 315 (7th Cir. 1995).

RF believes that its billing rates in these chapter 11 cases, which reflect RF's customary billing rates, are "reasonable billing rates" for purposes of this Court's determination of the "reasonableness" of the fees for services rendered. RF's customary billing rates were disclosed in the retention papers and approved by this Court.

The rates charged by RF professionals are reasonable and are consistent with customary rates charged by similar law firms. Indeed, it is submitted that the rates charged are significantly less than many firms providing similar services. If the cases were not cases under the Bankruptcy Code, RF would charge and expect to receive, on a current basis, an amount at least equal to the amounts requested herein for professional services.

Attached to the Declaration of Hamid R. Rafatjoo as Exhibit A is a true and correct copy of

4

the Firm's invoice for the Second Application period.

The Firm adopts by reference the narrative and history of the case as set forth in the Second and Final Application of Pachulski Stang Ziehl & Jones LLP for Interim and Final Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to David K. Gottlieb, Former Chapter 11 Trustee [Dkt. No. 1101].

## IV. CONCLUSION

This is RF's second and final request for reimbursement of fees and expenses. Neither RF, nor any partners or associates of RF, have any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded RF with any other person or attorney, except among shareholders and associates of RF.

RF believes that the services rendered for which compensation is sought in this Application have been beneficial to the creditors and these estates, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

**WHEREFORE**, RF respectfully requests that this Court (1) allow on a final basis, fees awarded in the total amount of $195,568.00 and reimbursement of expenses in the total amount of $825.27 for the First Interim Period, for a total award of $196,393.27; (2) further allow on a final basis, fees in the total amount of $20,214.50 and reimbursement of expenses in the total amount of $56.69 for the Second Application Period, for a total award of $20,271.19; (3) authorize and order payment to the Firm of its allowed fees and expenses, to the extent of funds available therefor; and (4) grant such other and further relief as is appropriate in the circumstances of these cases.

Dated: November 17, 2022        RAINES FELDMAN LLP

By:   /s/ Hamid R. Rafatjoo
        Hamid R. Rafatjoo
Attorneys for the Official Committee of Unsecured Creditors

## DECLARATION OF HAMID R. RAFATJOO

I, Hamid R. Rafatjoo, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court and am a partner of Raines Feldman LLP ("RF" or the "Firm"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"). I submit this Declaration in support of the *Second and Final Application For Allowance Of Attorney's Fees And Reimbursement Of Expenses In Connection With Services Rendered And Expenses Incurred By Raines Feldman LLP As Former Counsel For The Official Committee of Unsecured Creditors* (the "Application") *For The Period Of February 2, 2018 Through September 30, 2018* (the "Application Period").

2. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would competently testify thereto.

3. I have personally reviewed the information contained in the Application and believe its contents to be true and correct to the best of my knowledge, information and belief. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief. Furthermore, as a partner at the Firm, I am familiar with its billing and record-keeping practices, and can thus represent that the bills attached to the Application are the Firm's business records kept in the ordinary course of business, containing information recorded within a reasonable time after the occurrence of the reflected events.

4. Attached hereto as Exhibit A, is a true and correct copy of the Firm's invoice for the Second Application period.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2022, in Los Angeles, California.

                         /s/ Hamid R. Rafatjoo
                         Hamid R. Rafatjoo

# EXHIBIT A



**Raines Feldman LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
accounting@raineslaw.com

Federal Tax ID: 20-4515337

**Invoice Date: 10/11/2018**
**Invoice Number: 49860**

The Official Committee of Unsecured Creditors

**3379-001 / Penthouse Global Media, Inc.**

| Professional Services | | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/05/2018 BC | Preparation of exhibits for first interim fee application; finalize first interim fee application. | 2.20 | 340.00 | 748.00 |
| 09/10/2018 HRR | Review, analyze and revise fee application. | 3.80 | 815.00 | 3,097.00 |
| 09/11/2018 BC | Revise First Interim Fee Application and Exhibits. | 0.80 | 340.00 | 272.00 |
| 09/17/2018 HRR | Review, analyze and respond to email regarding fee objections. | 0.20 | 815.00 | 163.00 |
| 09/17/2018 HRR | Review, analyze and revise first interim fee application | 2.80 | 815.00 | 2,282.00 |
| 09/18/2018 HRR | Review, analyze and respond to emails regarding fee objections. | 0.60 | 815.00 | 489.00 |
| 09/20/2018 BC | Research regarding fee applications filed by other Professionals. | 1.00 | 340.00 | 340.00 |
| 09/20/2018 HRR | Review and analyze fee application of debtors' counsel (1,7); Review and analyze emails regarding same (.20); and Review and analyze files regarding same (.60) | 2.50 | 815.00 | 2,037.50 |
| 09/20/2018 HRR | Review and analyze fee application of Pachulski Stang (1.5); Province (.5); and Ackerman (.3) | 2.30 | 815.00 | 1,874.50 |
| 09/21/2018 HRR | Review and analyze issues regarding fee objection. | 0.80 | 815.00 | 652.00 |
| 09/21/2018 HRR | Telephone call with S. Kalson regarding objection to fees. | 0.30 | 815.00 | 244.50 |
| 09/24/2018 BC | Prepare objection to First and Final Fee Application of Weiss and Spees. | 0.80 | 340.00 | 272.00 |
| 09/24/2018 HRR | Review and analyze fee applications in preparation for objections. | 1.10 | 815.00 | 896.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/24/2018 | HRR | Telephone call with G. Neil regarding fee applications (.40); telephone call with D. Pevonka regarding same (.40); Analyze and address issues regarding same (.30); telephone call with M. Ross regarding same (.50); and research regarding objection to fee applications (.50). | 2.10 | 815.00 | 1,711.50 |
| 09/25/2018 | HRR | Draft objection to fee applications (3.3); Review and analyze files regarding same (.6) and Review, analyze and revise same (.8). | 4.70 | 815.00 | 3,830.50 |
| 09/25/2018 | HRR | Telephone call with M. Ross regarding fee issues (.7); and telephone call with L. Cantor regarding same (.3) | 1.00 | 815.00 | 815.00 |
| 09/25/2018 | BC | Conference with H. Rafatjoo regarding comments of Committee to Fee Applications; finalize, efile and serve Committee's Objection and Comments to Fee Applications. | 1.20 | 340.00 | 408.00 |
| 09/26/2018 | HRR | Review, analyze and respond to emails regarding fee objection. | 0.10 | 815.00 | 81.50 |

Sub-total Fees: $20,214.50

**Rate Summary**

| | | |
|---|---|---|
| Bambi Clark | 6.00 hours at $340.00/hr | $2,040.00 |
| Hamid R. Rafatjoo | 22.30 hours at $815.00/hr | $18,174.50 |
| Total hours: | 28.30 | $20,214.50 |

| **Expenses** | | **Amount** |
|---|---|---|
| 08/31/2018 | Court fees from Court Call | 42.50 |
| 09/20/2018 | FedEx | 14.19 |

Sub-total Expenses: $56.69

| | |
|---|---|
| Total Current Billing: | $20,271.19 |
| Previous Balance Due: | $196,393.27 |
| **Total Now Due:** | **$216,664.46** |

**Payment Options:**

MAIL CHECK:
Raines Feldman LLP
Attn: Accounts Receivable
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

CREDIT CARD:
Visit our website: https://www.raineslaw.com/pay-invoice.html

WIRE:
Boston Private Bank
225 N Beverly Drive
Beverly Hills, CA 90210
(424) 363-1401, Meline Kalendjian
Routing No.: 011002343
Account No.: 0943497140
Account Name: Raines Feldman LLP Operating Account
Reference: (Client Name/Invoice Number)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN CONNECTION WITH SERVICES RENDERED AND EXPENSES INCURRED BY RAINES FELDMAN LLP AS FORMER COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF FEBRUARY 2, 2018 THROUGH SEPTEMBER 30, 2018; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 17, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/2022 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
334650.1

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Ron Bender**   rb@lnbyg.com
- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Paul M Brent**   snb300@aol.com
- **Bradley E Brook**   bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- **Linda F Cantor**   lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Carol Chow**   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **James A Dumas**   jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- **Jeffrey Garfinkle**   jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Allan B Gelbard**   xxxesq@aol.com, Allan@GelbardLaw.com
- **David Keith Gottlieb (TR)**   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Mirco J Haag**   mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mark S Horoupian**   mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Jeffrey L Kandel**   jkandel@pszjlaw.com
- **John P Kreis**   jkreis@kreislaw.com, j.kreis@ca.rr.com
- **Michael D Kwasigroch**   attorneyforlife@aol.com
- **Andrew B Levin**   ablevin@mintz.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Peter W Lianides**   plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Alan I Nahmias**   anahmias@mbn.law, jdale@mbnlawyers.com
- **Iain A W Nasatir**   inasatir@pszjlaw.com, jwashington@pszjlaw.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Michael St James**   ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **Cathy Ta**   cathyta@cathyta.net
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Michael H Weiss**   mhw@mhw-pc.com, lm@weissandspees.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

334650.1

**F 9013-3.1.PROOF.SERVICE**

- **Marc J Winthrop**  mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@arentfox.com
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

334650.1

**F 9013-3.1.PROOF.SERVICE**