Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310/277-6910
Facsimile: 310/201-0760
E-mail:  lcantor@pszjlaw.com

Attorneys for Attorneys for David K. Gottlieb, Chapter 7 Trustee
and Former Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re:<br><br>PENTHOUSE GLOBAL MEDIA, INC.,<br><br>Debtors. | Case No.: 1:18-bk-10098-MB<br>Chapter 7<br><br>Jointly Administered with Cases Nos.:<br>1:18-bk-10099-MB; 1:18-bk-10101-MB;<br>1:18-bk-10102-MB; 1:18-bk-10103-MB;<br>1:18-bk-10104-MB; 1:18-bk-10105-MB;<br>1:18-bk-10106-MB; 1:18-bk-10107-MB;<br>1:18-bk-10108-MB; 1:18-bk-10109-MB;<br>1:18-bk-10110-MB; 1:18-bk-10111-MB;<br>1:18-bk-10112-MB; 1:18-bk-10113-MB |
|---|---|

☐ Affects All Debtors
☒ Affects Penthouse Global Broadcasting, Inc.
☐ Affects Penthouse Global Licensing, Inc.
☐ Affects Penthouse Global Digital, Inc.
☐ Affects Penthouse Global Publishing, Inc.
☐ Affects GMI Online Ventures, Ltd.
☐ Affects Penthouse Digital Media Productions, Inc.
☐ Affects Tan Door Media, Inc.
☐ Affects Penthouse Images Acquisitions, Ltd.
☐ Affects Pure Entertainment Telecommunications, Inc.
☐ Affects XVHUB Group, Inc.
☐ Affects General Media Communications, Inc.
☐ Affects General Media Entertainment, Inc.
☐ Affects Danni Ashe, Inc.
☐ Affects Steamray Studios, Inc.

**NOTICE OF ERRATA RE CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES AND FOR RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES**

**[DECLARATION OF DAVID K. GOTTLIEB FILED CONCURRENTLY HEREWITH]**

**Hearing**
Date:  March 21, 2023
Time: 11:00 a.m.
Place: U.S. Bankruptcy Court -
    Central District of California
    21041 Burbank Boulevard
    Suite 342/ Courtroom 303
    Woodland Hills, CA 91367
Judge: Hon. Martin R. Barash

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that there are typographical errors in *the Chapter 7 Trustee's Motion For Substantive Consolidation Of The Debtors' Estates And For Related Relief; Memorandum Of Points And Authorities* filed On February 27, 2023 [Dkt. No. 1114] (the "Motion") and in the concurrently filed Declaration of David K. Gottlieb in support of the Motion [Dkt. No. 1115] (the "Declaration").  In the Motion, at page 7, line 5, the case number for Penthouse Global Broadcasting, Inc. is incorrectly cited as case number 1:18-bk-1099-MB.  The correct case number for Penthouse Global Broadcasting, Inc. is **1:18-bk-10099-MB**.

**PLEASE TAKE FURTHER NOTICE** that the same typographical error is set forth on page 2, line 13 of the Proposed Order annexed to the Motion as Exhibit A, and on page 5, line 5 of the Declaration.  In all instances, the correct case number for Penthouse Global Broadcasting, Inc. is **1:18-bk-10099-MB.**

Dated:  February 28, 2023          PACHULKSI STANG ZIEHL & JONES LLP


                                   By:    */s/Linda F. Cantor*
                                          Linda F. Cantor
                                   Attorneys for David K. Gottlieb, Chapter 7 Trustee and
                                   Former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF ERRATA RE CHAPTER 7 TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' ESTATES AND FOR RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES [DECLARATION OF DAVID K. GOTTLIEB FILED CONCURRENTLY HEREWITH]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 28, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On February 28, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR.  On February 28, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

***Via Federal Express***
Honorable Martin R. Barash
U.S. Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342/ Courtroom 303
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 28, 2023 | Janice G. Washington | /s/ Janice G. Washington |
|---|---|---|
| Date | Printed Name | Signature |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**Central District of California (San Fernando Valley)
In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

### 1. NOTICE OF ELECTRONIC FILING (NEF)

Ron Bender on behalf of Interested Party
Courtesy NEF
rb@lnbyg.com

Stephen F Biegenzahn on behalf of
Creditor Eli B. Dubrow
efile@sfblaw.com

Paul M Brent on behalf of Interested Party
WGCZ Ltd., S.R.O.
snb300@aol.com

Bradley E Brook on behalf of Plaintiff
DAVID K GOTTLIEB
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gm
ail.com

Bradley E Brook on behalf of Trustee
David Keith Gottlieb (TR)
bbrook@bbrooklaw.com,
paulo@bbrooklaw.com;brookecfmail@gm
ail.com

Linda F Cantor, ESQ on behalf of Debtor
Penthouse Global Media, Inc.
lcantor@pszjlaw.com,
lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of
Financial Advisor Province Inc.
lcantor@pszjlaw.com,
lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Trustee
David Keith Gottlieb (TR)
lcantor@pszjlaw.com,
lcantor@pszjlaw.com

Carol Chow on behalf of Interested Party
Jerrick Media Holdings, Inc.
carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com

Carol Chow on behalf of Interested Party
Jerrick Ventures LLC
carol.chow@ffslaw.com,
easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S.

Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Joseph Corrigan on behalf of Creditor Iron
Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

Brian L Davidoff on behalf of Interested
Party Silver Reel Entertainment Mezzanine
Fund, L.P.
bdavidoff@greenbergglusker.com,
calendar@greenbergglusker.com;jking@gr
eenbergglusker.com

James A Dumas, Jr on behalf of Creditor
NOA Productions SPRL
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

James A Dumas, Jr on behalf of Creditor
Penthouse Global Broadcasting, Inc.
jdumas@dumas-law.com,
jdumas@ecf.inforuptcy.com

Jeffrey Garfinkle on behalf of Creditor
Easy Online Solutions, Ltd. d/b/a
MojoHost
jgarfinkle@buchalter.com,
docket@buchalter.com;jbelmont@buchalt
er.com

Allan B Gelbard on behalf of Other
Professional Allan B. Gelbard
xxxesq@aol.com,
Allan@GelbardLaw.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@d
kgallc.com,akuras@dkgallc.com;ecf.alert+
Gottlieb@titlexi.com

Mirco J Haag on behalf of Creditor Easy
Online Solutions, Ltd. d/b/a MojoHost
mhaag@buchalter.com,
dcyrankowski@buchalter.com;docket@bu
chalter.com
Mark S Horoupian on behalf of Interested
Party Courtesy NEF
mark.horoupian@gmlaw.com,
mhoroupian@ecf.courtdrive.com;cheryl.ca

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

ldwell@gmlaw.com

2 | Mark S Horoupian on behalf of Interested
Party WSM Investment, LLC dba TOPCO
3 | Sales
mark.horoupian@gmlaw.com,
4 | mhoroupian@ecf.courtdrive.com;cheryl.ca
ldwell@gmlaw.com
5

6 | Razmig Izakelian on behalf of Interested
Party WGCZ Ltd., S.R.O.
razmigizakelian@quinnemanuel.com
7

Jeffrey L Kandel on behalf of Trustee
8 | David Keith Gottlieb (TR)
jkandel@pszjlaw.com
9

John P Kreis on behalf of Creditor Claxson
10 | Media LLC
jkreis@kreislaw.com, j.kreis@ca.rr.com
11

Michael D Kwasigroch on behalf of
12 | Defendant Revideo, Inc.
attorneyforlife@aol.com
13

Michael D Kwasigroch on behalf of
14 | Defendant Kelly Holland
attorneyforlife@aol.com
15

Michael D Kwasigroch on behalf of
16 | Defendant Robert Campbell
attorneyforlife@aol.com
17

Andrew B Levin on behalf of Interested
18 | Party Kirkendoll Management LLC
ablevin@mintz.com,
19 | Meir@virtualparalegalservices.com;pj@w
cghlaw.com;jmartinez@wcghlaw.com
20

Peter W Lianides on behalf of Interested
21 | Party Kirkendoll Management LLC
plianides@wghlawyers.com,
22 | jmartinez@wghlawyers.com;svillegas@w
ghlawyers.com
23

David W. Meadows on behalf of Interested
24 | Party Courtesy NEF
david@davidwmeadowslaw.com
25

26 | Krikor J Meshefejian on behalf of Creditor
Interested Party
27 | kjm@lnbyg.com

28 | Krikor J Meshefejian on behalf of Creditor
Interested Party

---

kjm@lnbyg.com

Krikor J Meshefejian on behalf of Creditor
Interested Party
kjm@lnbyg.com

Alan I Nahmias on behalf of Interested
Party Courtesy NEF
anahmias@mbn.law,
jdale@mbnlawyers.com

Iain A W Nasatir on behalf of Trustee
David Keith Gottlieb (TR)
inasatir@pszjlaw.com,
jwashington@pszjlaw.com

Hamid R Rafatjoo on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
hrafatjoo@raineslaw.com,
bclark@raineslaw.com

Michael St James on behalf of Creditor
Interested Party
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.c
om

Michael St James on behalf of Interested
Party Michael St. James
ecf@stjames-law.com,
stjames.michaelr101488@notify.bestcase.c
om

Howard Steinberg on behalf of Creditor
Greenberg Traurig, LLP
steinbergh@gtlaw.com,
pearsallt@gtlaw.com;howard-steinberg-
6096@ecf.pacerpro.com

Cathy Ta on behalf of Creditor Penthouse
Clubs Worldwide, LLC
cathyta@cathyta.net

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Michael H Weiss on behalf of Attorney
Weiss & Spees, LLP
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Danni Ashe, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael H Weiss on behalf of Debtor GMI
Online Ventures, Ltd.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Communications, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
General Media Entertainment, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Digital Media Productions, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Broadcasting, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Digital, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Licensing, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Media, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Global Publishing, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Penthouse Images Acquisitions, Ltd.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Pure
Entertainment Telecommunications, Inc.
fka For Your Ears Only, Ltd.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
Streamray Studios, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor Tan
Door Media, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Michael H Weiss on behalf of Debtor
XVHUB Group, Inc.
mhw@mhw-pc.com,
lm@weissandspees.com

Marc J Winthrop on behalf of Interested
Party Kirkendoll Management LLC
mwinthrop@wghlawyers.com,
jmartinez@wghlawyers.com

Christopher K.S. Wong on behalf of
Creditor LSC Communications US, LLC /
Creel Printing
christopher.wong@afslaw.com,
yvonne.li@arentfox.com

Beth Ann R. Young on behalf of Creditor
Dream Media Corporation
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Creditor
Interested Party
bry@lnbyg.com, bry@lnbyb.com

**U.S. Bankruptcy Court**
**Central District of California (San Fernando Valley)**
**In re Penthouse Global Media, Inc., Case No. 18-10098-MB**

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

*Debtor*
Penthouse Global Media, Inc.
28328 Witherspoon Pkwy.
Valencia, CA 91355

*Counsel for Debtor*
Michael H. Weiss, Esq., P.C.
8581 Santa Monica Boulevard, #4
West Hollywood, CA  90069

*Trustee*
David K. Gottlieb
Managing Member
D. Gottlieb & Associates, LLC
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Office of U.S. Trustee*
Kate Bunker
915 Wilshire Blvd.
Suite 1850
LOS ANGELES, CA 90017

*Counsel for The Official Committee of
Unsecured Creditors*
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California  90067

KROST, CERTIFIED PUBLIC
ACCOUNTANTS & CONSULTANTS,
SUCCESSOR BY MERGER TO BPE&H,
an Accountancy Corporation
Woodland Hills
21650 Oxnard Street Suite 1700
Woodland Hills, CA 91367

Scott Eisner
ASCEND
27001 Agoura Road
Suite 280
Santa Barbara, CA  93101

LSC Communications US, LLC / Creel
Printing.
Representative: Dan Pevonk
4101 Winfield Rd.
Warrenville, IL 60555

Encuentros
Kelly Holland
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Kelly Holland
10945 Old Santa Susana Pass
Chatsworth, CA 91311

Combat Zone
Dion Giarrusso
9909 Topanga Canyon Blvd., #207
Chatsworth, CA  91311

Mannassi IT Solutions
22222 Sherman Way, Suite 206
Canoga Park, CA  91303

Dream Media Corporation
10990 Wilshire Blvd., Penthouse
Los Angeles, CA  90024

Akerman LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071

Creel, LLC
6330 West Sunset Rd.
Las Vegas NV 89118

Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook, APC
10866 Washington Blvd. #108
Culver City, CA  90232

Caroline H. Mankey
Akerman LLP ("Akerman")
601 West 5th Street, 3rd Floor
Los Angeles, California 90071

Walter Bowser
Director
Province
16255 Ventura Blvd, Suite 440
Encino, California  97436

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Pachulski Stang Ziehl & Jones LLP
    Linda F. Cantor, Esq.
2   10100 Santa Monica Boulevard
    13th Floor
3   Los Angeles, California  90067

4   Rollin' Dice Productions, LLC
    842 Wilcox #1
5   Los Angeles CA  90038

6   V&M Design or
    Victor Gonzalez or Amanda Flores
7   2956 N. Brighton St
8   Burbank, CA  91504

9   Christine Bishop
    2863 Brookside Drive
10  Mobile, Alabama  36693

11  The Mish Way Inc.
12  14612 Voltaire Drive
    Frazier Park, CA 93225
13

14  Kristin Stec
    36 Carlton Way
15  Marverne, NY  11565

16  Deirdre O'Callaghan
    1636 N. Fairfax
17  Los Angeles, CA 90046

18
    Barbara F. Pizio
19  2342 82nd Street #3
    Brooklyn, NY  11214
20

21  Keith Whitworth
    595 Lincoln Avenue
22  Suite 206
    Pasadena, CA 91103
23

24  FunctionFox Systems
    #2-415 Dunedin Street
25  Victoria. BC
    Canada V9Z0Y3
26

27

28

Arash Dadashzadeh
5420 Kodiak Mountain Drive
Yorba Linda, CA  92887

Arash Dadashzadeh
P.O. Box 158
Dana Point, CA  92629

Szili Miklos
6000 Kecskelyet, Akademia Krt. 67
Hungary, 36304 83gg3

Smash Pictures
9619 Canoga Ave.
Chatsworth, CA  91311

Combat Zone
9619 Canoga Ave.
Chatsworth, CA  91311

City of Los Angeles, Office of Finance,
c/o LA Office of the City Attorney
Attn:  Wendy A. Loo, Esq.
200 North Main Street
Suite 920
Los Angeles, California  90012-4128

LA County Treasurer & Tax Collector
25 N Hill St #1
Los Angeles, CA 90012

William G. Florence
9655 E. Saguaro Summit Ct.
Gold Canyon, Arizona  85118

Eric M. Del Carlo
1204 Lincoln Avenue
Arata, California  95521

Jason Alan Bekoski
11121 Cypress Tree Point, #310
Colorado Springs, CO  80921

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.