| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (CA Bar No. 175373)<br>  mark.horoupian@gmlaw.com<br>GREENSPOON MARDER LLP<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>                                    Debtor(s),<br><br><br>                                   Plaintiff(s),<br><br>vs.<br><br><br><br>                                    Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐  ADVERSARY NUMBER (if applicable)<br>☑  See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, <u>Mark S. Horoupian</u>, <u>175373</u>, <u>mark.horoupian@gmlaw.com</u>
       *Name*                        *Bar ID Number*                  *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____


☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address <u>1875 Century Park East, Suite 1900, Los Angeles, CA 90067</u>
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

---

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
 ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
 ❏ I am, or
 ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
 ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
 ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
 ❏ I am, or
 ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 4/24/23               /s/Mark S. Horoupian
                              Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case Number | Case Name |
| --- | --- |
| 1:18-bk-10098-MB | Penthouse Global Media, Inc. |
| 2:15-bk-11688-ER | Shasa USA LLC |
| 2:18-bk-12429-NB | Dana Hollister |
| 2:20-bk-10264-ER | 450 S. Western, LLC, a California limited liabilit |
| 2:21-ap-01262-BB | Khadavi et al v. Green Coin |
| 2:21-bk-11188-BB | Glenroy Coachella, LLC |
| 2:21-bk-14449-BB | Alex A. Khadavi |
| 2:21-bk-16403-VZ | Spectrum Link, Inc. |
| 2:21-bk-18388-ER | Juan De Dios Jeronimo Lopez |
| 2:21-bk-18572-BB | Adli Law Group P.C. |